**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Tabatha Washington, et al.
                        Plaintiff,

v.                                                     Case No.: 1:20−cv−00442
                                                           Honorable Manish S. Shah

City of Chicago, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 22, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Defendant's motion to conduct additional discovery [92] is granted in part, denied in part. The parties may take Judge Ayala−Gonzalez's deposition after the fact discovery deadline, on a date convenient to the parties and witness. Defendants are not allowed to depose Destiny or Diamond Flowers. Although discovery is an investigative process, the court is not persuaded that either Flowers is likely to have meaningful information to provide. The countervailing value in putting an end to discovery to move the case forward outweighs any admissible evidence the Flowerses might have. Defendants may continue to obtain subpoena compliance (on previously issued and served subpoenas) from the Sheriff, DCFS, Cook County, Stroger, and Rush, but may not serve new subpoenas. Allowing subpoena recipients to come into full compliance is not an extension of discovery that harms plaintiff (and will not delay the schedule for summary judgment). Plaintiff Washington should supplement her discovery responses with additional medical records that she can obtain, and all parties have an ongoing obligation to supplement throughout the case. Subpoena recipients should complete their productions by 11/22/21. The parties must file a status report on 11/16/21 confirming that Judge Ayala−Gonzalez's deposition is complete (or scheduled) and with any proposal for briefing summary judgment before expert discovery. If defendants intend to seek summary judgment before expert discovery, they must state whether they anticipate filing a motion for partial or complete summary judgment, and on what theories of liability. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.