**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Tabatha Washington, et al.

                  Plaintiff,

v.                                                                      Case No.: 1:20−cv−00442
                                                                     Honorable Manish S. Shah

City of Chicago, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 2, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Telephone hearing held on defendants' motion to compel [95]. The court will review the documents from Elizabeth Kucaba's privilege log entitled "Typed Case Notes" and Brett Balmer's privilege log entitled "Various Dates Continuous Notes" in camera. The Cook County Public Defender's Office shall submit the documents in pdf format to proposed_order_shah@ilnd.uscourts.gov no later than 11/9/21. The court will issue a ruling on the motion via cm/ecf or reconvene a telephone hearing. The parties' status report remains due 11/16/21. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.