# EXHIBIT 10

STATE OF ILLINOIS)
· · · · · · · · · ·) SS:
EASTERN DIVISION )


· · · ·IN THE UNITED STATES DISTRICT COURT
· · · · FOR THE NORTHERN DISTRICT OF ILLINOIS
· · · · · · · · · ·EASTERN DIVISION


TABATHA WASHINGTON and )
DONTE HOWARD,· · · · · )
· · · · · · · · · · · ·)
· · · · · · Plaintiffs, )
· · · · · · · · · · · ·)
vs.· · · · · · · · · · ) No.: 20 CV 442
· · · · · · · · · · · ·)
CITY OF CHICAGO,· · · ·)
ET AL.,· · · · · · · · )
· · · · · · · · · · · ·)
· · · · · · Defendants. )



· · · · · · VIDEOTAPED DEPOSITION OF

· · · · · · · TABATHA WASHINGTON
· · · · · · · · · VOLUME I

· · · · · · · Conducted virtually


· · · · · · · September 20, 2021

· · · · · · · 10:21 a.m., CST



Job No.:· 418610

Pages:· 1 - 74

Reported By:· Konni L. Stapf, CSR No. 084-004144



· · · · · · · · · · · · CERTIFIED
· · · · · · · · · · · · TRANSCRIPT



WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 2..5
TABITHA WASHINGTON, 09/20/2021

---

Page 2

```
·1· · · · · · · · A P P E A R A N C E S
·2· ·*********************************************
·3· · · · · · · · ALL PARTIES APPEARED
·4· · · · · · · · REMOTELY VIA ZOOM
·5· ·*********************************************
·6
· · ·Counsel for Plaintiffs:
·7
· · · · · · VITALE, VICKREY, NIRO, SOLON & GASEY, LLP
·8· · · · BY: DYLAN M. BROWN
· · · · · · 311 South Wacker Drive, Suite 2470
·9· · · · Chicago, IL· 60606
· · · · · · 312.236.0733
10· · · · dbrown@vvnlaw.com
11
· · ·Counsel for Defendants:
12
· · · · · · BORKAN & SCAHILL, LTD
13· · · · BY: EMILY E. SCHNIDT
· · · · · · BY: CHRISTIANE MURRAY
14· · · · 20 South Clark Street, Suite 1700
· · · · · · Chicago, IL· 60603
15· · · · 312.580.1030
· · · · · · eschnidt@borkanscahill.com
16
17· ·Also Present:
18· · · · Joseph Haggerty
· · · · · · AdvancedOne Legal Videographer
19
20
21
22
23
24
25
```

---

Page 3

```
·1· · · · · · · · INDEX TO EXAMINATION
·2
· · ·WITNESS:· TABITHA WASHINGTON
·3
·4· ·EXAMINATION· · · · · · · · · · · · · · · PAGE
·5· ·By Ms. Schnidt· · · · · · · · · · · · · · ·5
·6
·7
·8
·9· · · · · · · · INDEX TO EXHIBITS
10· ·NUMBER· DESCRIPTION· · · · · · · · · · ·MARKED
11· · ·1· · Photograph· · · · · · · · · · · · 69
12· · · · · · EXHIBIT RETAINED BY COUNSEL *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
·1· · · · · · · · P R O C E E D I N G S
·2
·3· · · · · ·THE VIDEOGRAPHER:· On the record.· The
·4· ·following is a videotaped deposition.· My name is
·5· ·Joseph Haggerty, and I'm the legal videographer.
·6· ·The court reporter today is Konni Stapf, and we are
·7· ·with AdvancedOne Legal.
·8· · · · · ·This deposition is being taken on
·9· ·September 20, 2021, taken in the matter of Tabatha
10· ·Washington and Donte Howard versus the City of
11· ·Chicago, et al.· Present today is the witness,
12· ·Tabatha Washington.· (Technical glitch.)
13· · · · · ·Will counsel state their name and whom
14· ·they represent.
15· · · · · ·MR. BROWN:· Dylan Brown on behalf of
16· ·the plaintiffs.
17· · · · · ·MS. SCHNIDT:· Emily Schnidt on behalf
18· ·of the defendant officers.
19· · · · · ·MS. MURRAY:· Christiane Murray on
20· ·behalf of the defendant officers.
21
22
23
24
25
```

---

Page 5

```
·1· · · · · · · · TABITHA WASHINGTON,
·2· ·a witness herein, having been first duly sworn
·3· ·remotely, by agreement of counsel, to speak the
·4· ·truth and nothing but the truth, was examined and
·5· ·testified as follows:
·6
·7· · · · · ·MS. SCHNIDT:· Before we begin, we'll
·8· ·just have an agreement on the record between all
·9· ·parties that this deposition is being conducted
10· ·remotely, but all be -- the same rules should apply
11· ·and this should be treated as though the attorneys
12· ·and the court reporter, videographer, and deponent
13· ·were all within the same room in Illinois, right?
14· · · · · ·MR. BROWN:· Agreed.
15· · · · · ·MS. SCHNIDT:· Thank you.
16
17· · · · · · · · EXAMINATION
18· ·BY MS. SCHNIDT:
19· · · ·Q.· ·Can you, please, state your name for
20· ·the record.
21· · · ·A.· ·Tabitha Washington.
22· · · ·Q.· ·Can you, please, spell your first name.
23· · · ·A.· ·T-a-b-a-t-h-a, last name Washington,
24· ·W-a-s-h-i-n-g-t-o-n.
25· · · ·Q.· ·How old are you, Ms. Washington?
```

---



(866) 715-7770
advancedONE.com

Page 6

1 · · · · A. · · 36.
2 · · · · Q. · · What's your date of birth?
3 · · · · A. · · · · · · .
4 · · · · Q. · · Are you currently suffering from any
5 · medical conditions today?
6 · · · · A. · · Yes.
7 · · · · Q. · · Okay. · Do any of those conditions
8 · affect your ability to tell the truth?
9 · · · · A. · · No.
10 · · · · Q. · · And do any of those conditions affect
11 · your ability to -- strike that.
12 · · · · · · · · Have you been told by any doctor that
13 · any of these conditions affect your memory?
14 · · · · A. · · No.
15 · · · · Q. · · Have you noticed that any of these
16 · conditions you believe affect your memory?
17 · · · · A. · · No.
18 · · · · Q. · · What are the medical conditions that
19 · you're suffering from today?
20 · · · · A. · · I have neuropathy, it's a nerve
21 · condition in my legs and my feet. · Diabetes, type
22 · 1, severe diabetes. · And right now I'm going on --
23 · I'm going under a lot of tests that I did not have
24 · before.
25 · · · · Q. · · Have you been diagnosed with anything

Page 7

1 · else besides the neuropathy and type 1 diabetes
2 · that you are currently suffering from?
3 · · · · A. · · Depression.
4 · · · · Q. · · Anything else?
5 · · · · A. · · Stress.
6 · · · · Q. · · Have you been diagnosed with stress?
7 · · · · A. · · Yes, I take medication for it.
8 · · · · Q. · · Okay. · Any other medical condition that
9 · you've been diagnosed with?
10 · · · · A. · · Where do I begin?
11 · · · · Q. · · I'm sorry. · To be clear, any other
12 · medical condition that you've been diagnosed with
13 · that you're currently suffering from today?
14 · · · · A. · · Inflammation of my kidney and my liver.
15 · The neuropathy, the diabetes, and stuff. · I wish that I
16 · pronounce the other words of it. · I wish that I
17 · would have brung my book.
18 · · · · Q. · · What is -- can you describe the
19 · condition that you've been diagnosed with that
20 · you've been suffering from today?
21 · · · · A. · · Sleep anxiety, weight loss, they have
22 · me taking protein medication. · They have me
23 · taking -- geeze, what is it called? · Besides the
24 · protein. · Geeze, I wish that I would have --
25 · magnesium medication.

Page 8

1 · · · · Q. · · Anything else?
2 · · · · A. · · No.
3 · · · · Q. · · Okay. · And just to be clear, this
4 · condition that you couldn't remember or pronounce
5 · the name of, have you described that condition?
6 · · · · A. · · Loss of appetite, extreme weight loss.
7 · No appetite. · Some days I go without my medications
8 · because I can't keep food down to take my insulin.
9 · That's it.
10 · · · · Q. · · Okay. · So just to be clear, you've
11 · described or given me the name of any diagnosis
12 · that you are currently suffering from today,
13 · correct, that a doctor has diagnosed you with?
14 · · · · A. · · There is more. · I just don't have my
15 · paperwork in front of me because it's a lot.
16 · · · · Q. · · What paperwork would you be referring
17 · to?
18 · · · · A. · · To name all the medications and what
19 · I've been diagnosed with. · Right now I'm taking 14
20 · different medications.
21 · · · · Q. · · Is there a particular piece of paper
22 · that you've created or is it something that --
23 · · · · A. · · No.
24 · · · · Q. · · Hold on. · Let me finish. · Is it
25 · something from a provider that they've given you?

Page 9

1 · · · · A. · · Provider.
2 · · · · Q. · · Who's the provider that's given you
3 · that piece of paper?
4 · · · · A. · · I can't -- I wish that I would have
5 · brought my paperwork because I can't pronounce
6 · their names.
7 · · · · Q. · · What facility?
8 · · · · A. · · Rush, Mt. Sinai, West Suburban, Cook
9 · County Hospital.
10 · · · · Q. · · Okay. · Ms. Washington, I'm asking about
11 · what you have been diagnosed with that you're
12 · suffering from today.
13 · · · · A. · · Rush Hospital.
14 · · · · Q. · · Okay. · Any other facility that's given
15 · you a diagnosis of a condition that you're
16 · suffering from today?
17 · · · · A. · · Mt. Sinai, West Suburban, Cook County
18 · Hospital.
19 · · · · Q. · · Okay. · Have you been prescribed any
20 · medication that you're currently taking that a
21 · doctor has told you the medication could impact
22 · your memory?
23 · · · · A. · · No.
24 · · · · Q. · · Are you taking any medication currently
25 · that a doctor has told you that medication could

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 10..13
TABITHA WASHINGTON, 09/20/2021

---

Page 10

1 · impact your ability to tell the truth?
2 · · · · A. · ·No.
3 · · · · Q. · ·Have you ever given a deposition
4 · before?
5 · · · · A. · ·No, ma'am.
6 · · · · Q. · ·I'm going to go through some of the
7 · ground rules with you. · First of all, make sure all
8 · of your answers are verbal, no uh-huh, huh-uh,
9 · nodding or shaking of your head. · If you do that,
10 · I'm going to ask you is that a yes or no to make
11 · sure that we can get your answer down on the
12 · record.
13 · · · · · ·Secondly, if I ask you any question
14 · that you don't remember, please let me know. · We
15 · don't want you to guess or speculate as to
16 · anything. · I may ask you a few questions to see if
17 · I can try and jog your memory, but if at the end of
18 · the day your response would be a guess or an
19 · assumption, please tell me that. · Okay?
20 · · · · A. · ·Yes.
21 · · · · Q. · ·If I ask you any questions that you
22 · don't understand, please let me know. · I'm happy to
23 · repeat or rephrase any question that I ask you.
24 · But if you answer the question, we'll assume you
25 · understood the question; is that fair?

Page 11

1 · · · · A. · ·Yes.
2 · · · · Q. · ·If at any point you need to take a
3 · break, please let me know. · The only thing that I
4 · request is that if there is a question pending, you
5 · answer that question and then you let me know that
6 · you need to take a break. · Okay?
7 · · · · A. · ·Yes.
8 · · · · Q. · ·Have you been told by any doctor that
9 · you need to take a break for -- you know, within a
10 · certain interval period of time?
11 · · · · A. · ·Yes.
12 · · · · Q. · ·What's that interval period of time
13 · that a doctor has told you that you need to be
14 · taking breaks?
15 · · · · A. · ·I have to eat. · I have to take my
16 · insulin. · If I feel at any time that my sugar is
17 · dropping, it alerts my phone. · I will have to go
18 · and check it and make sure that I'm okay.
19 · · · · Q. · ·What time, assuming that nothing
20 · happens between now and lunch, what time do you
21 · need to eat at?
22 · · · · A. · ·I really can't -- I can't really say.
23 · · · · Q. · ·Is there a particular period of time
24 · that you eat everyday?
25 · · · · A. · ·No, because I work so. · When I was

Page 12

1 · working, I normally try to eat when -- in a nice
2 · period of time and to take my insulin to keep it
3 · up.
4 · · · · Q. · ·Is there a certain period of time that
5 · you take your insulin everyday?
6 · · · · A. · ·No.
7 · · · · Q. · ·Is your phone by you to alert you if
8 · you need to take your insulin?
9 · · · · A. · ·Yes.
10 · · · · Q. · ·Okay. · If at any point you get that
11 · alert that you need to take your insulin or you
12 · personally feel that you need to take your insulin,
13 · please let me know. · Okay?
14 · · · · A. · ·All right.
15 · · · · Q. · ·Same thing with eating, if at any point
16 · you feel that you need to eat, please let me know.
17 · · · · A. · ·Okay.
18 · · · · Q. · ·All right. · Have you ever been known by
19 · any other name besides Tabatha?
20 · · · · A. · ·No.
21 · · · · Q. · ·Any nicknames?
22 · · · · A. · ·No.
23 · · · · Q. · ·Have you ever been -- strike that.
24 · · · · · · ·Have you ever interacted with the
25 · police and given any other name?

Page 13

1 · · · · A. · ·No.
2 · · · · Q. · ·Are you currently married?
3 · · · · A. · ·No.
4 · · · · Q. · ·Have you ever been married?
5 · · · · A. · ·No.
6 · · · · Q. · ·Were you married to Marquee Davis
7 · (phonetic)?
8 · · · · A. · ·No.
9 · · · · Q. · ·What's your highest level of education?
10 · · · · A. · ·Some college.
11 · · · · Q. · ·How far into college did you go?
12 · · · · A. · ·I got a CNA certificate.
13 · · · · Q. · ·When did you get your CNA certificate?
14 · · · · A. · ·April 2003.
15 · · · · Q. · ·How many years of college did you do?
16 · · · · A. · ·It was an eight-week program.
17 · · · · Q. · ·So you took eight weeks of courses to
18 · get your CNA certificate that was offered?
19 · · · · · · ·It looks like we have a slight
20 · connection issue. · Did you hear what I said?
21 · · · · A. · ·You said that I took eight weeks to get
22 · my certificate.
23 · · · · Q. · ·Let me just --
24 · · · · · · ·MS. SCHNIDT: · I didn't get an answer.
25 · Did you, Konni?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 14..17
TABITHA WASHINGTON, 09/20/2021

Page 14

1 · · · · · · ·MR. BROWN:· We didn't get the question,
2 ·Emily.
3 · · · · · ·MS. SCHNIDT:· Oh, I cut off.· Okay.
4 ·BY MS. SCHNIDT:
5 · · Q.· ·Did you take eight weeks of a program
6 offered by a college to get your CNA certificate?
7 · · A.· ·Yes.
8 · · Q.· ·Okay.· Any other college courses that
9 you've taken besides those -- that eight-week
10 program that you attended for the CNA certificate?
11 · · A.· ·No.
12 · · Q.· ·Where did you go to high school?
13 · · A.· ·Chicago Seventh Day Adventist Academy.
14 · · Q.· ·Did you graduate from high school?
15 · · A.· ·Yes.
16 · · Q.· ·When?
17 · · A.· ·I don't remember.
18 · · Q.· ·Did you go all four years through high
19 school without any stops?
20 · · A.· ·Yes.
21 · · · · · ·MS. SCHNIDT:· Dylan, I guess there is
22 someone in there, which is fine.· I just don't know
23 if he can hear us where we would need to put his
24 appearance on the record.
25 · · · · · ·MR. BROWN:· No, he can't.· He put his

Page 15

1 ·headphones on.· He's not listening.· It's our
2 ·paralegal, but he's not participating in any sense.
3 · · · · · ·MS. SCHNIDT:· Okay.
4 ·BY MS. SCHNIDT:
5 · · · Q.· ·Other than this incident that we're
6 ·here to talk about today that occurred on May 30,
7 ·2018, have you ever been arrested?
8 · · · A.· ·No, ma'am.
9 · · · Q.· ·Have you had any involvement with the
10 ·police?
11 · · · A.· ·No, ma'am.
12 · · · Q.· ·Have you ever been interviewed by the
13 ·police other than this incident that started on
14 ·May 30, 2018?
15 · · · A.· ·No, ma'am.
16 · · · Q.· ·What did you do to prepare for your
17 ·deposition today?
18 · · · A.· ·What do you mean by that?
19 · · · Q.· ·Did you meet with your attorney prior
20 ·to your deposition?
21 · · · A.· ·No, I just spoke to him over the phone.
22 · · · Q.· ·How long -- when did you talk to him
23 ·over the phone?
24 · · · A.· ·Friday.
25 · · · Q.· ·How long did you talk to him for?

Page 16

1 · · A.· ·Really not long.
2 · · Q.· ·Can you estimate for me?
3 · · A.· ·I would probably say maybe 10 or
4 15 minutes.
5 · · Q.· ·Have you seen any documents that have
6 been provided in this case?
7 · · A.· ·For this deposition?
8 · · Q.· ·At all.
9 · · A.· ·No -- actually, yes, I have.
10 · · Q.· ·What records -- what documents have you
11 seen?
12 · · A.· ·What the case -- like what the case was
13 about, what was going on with me what the case.
14 · · Q.· ·Describe for me what the documents
15 were.
16 · · A.· ·About why the case was going on, why
17 there was a lawsuit accountable for.
18 · · Q.· ·Any other documents that you can
19 describe for me that you reviewed?
20 · · A.· ·Not that I'm aware of.
21 · · Q.· ·So did you see the complaint that was
22 filed on your behalf?
23 · · A.· ·Yes.
24 · · Q.· ·Okay.· Have you seen any police reports
25 ·that were produced in this case?

Page 17

1 · · A.· ·I believe so.
2 · · Q.· ·Have you seen any video from this case?
3 · · A.· ·Yes.
4 · · Q.· ·Whose video?
5 · · A.· ·It was my house.
6 · · Q.· ·What -- it was a video from inside your
7 house?
8 · · A.· ·The police.
9 · · Q.· ·What do you mean the police?· Explain
10 to me what this video was.
11 · · A.· ·What do you mean explain to you?
12 · · Q.· ·I said, is it video inside your house,
13 and you said the police, so I'm trying to
14 understand what that answer meant.
15 · · A.· ·I mean, it was them talking to me.
16 · · Q.· ·Okay.· Was it from an officer's body
17 camera?
18 · · A.· ·Yes.
19 · · Q.· ·How many videos did you see of the
20 police talking to you inside your house?
21 · · A.· ·It was just a short one.
22 · · Q.· ·How many videos did you see?
23 · · A.· ·One.· It was just one.· It was a short
24 one.
25 · · · Q.· ·Make sure that you let me finish my

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 18..21
TABITHA WASHINGTON, 09/20/2021

Page 18

1  question before you give your answer.
2  · · · · ·What were you saying -- what was being
3  said on that video that you saw?
4  · · ·A.· ·They were knocking, and I was asking
5  what was going on.
6  · · ·Q.· ·Was it at the back door of your
7  apartment?
8  · · ·A.· ·Yes.
9  · · ·Q.· ·When is the last time that you saw that
10 video?
11 · · ·A.· ·I don't remember.
12 · · ·Q.· ·Was it within the last month?
13 · · ·A.· ·I don't remember.
14 · · ·Q.· ·Any other video that you've seen at any
15 point in time?
16 · · ·A.· ·Huh-uh.
17 · · ·Q.· ·No?
18 · · · · ·MR. BROWN:· You've got to say yes or
19 no.
20 · · ·A.· ·No.
21 BY MS. SCHNIDT:
22 · · ·Q.· ·Did you see your video from inside the
23 police station?
24 · · ·A.· ·No.
25 · · ·Q.· ·Did you see any video in which Carlton

Page 19

1  White was shown?
2  · ·A.· ·No.
3  · ·Q.· ·How about Donte Howard, did you see any
4  video in which Donte Howard was shown?
5  · ·A.· ·No.
6  · ·Q.· ·Did you see any video in which Cynthia
7  Cage was shown?
8  · ·A.· ·No.
9  · ·Q.· ·Have you seen any transcript from this
10 case and -- well, first answer that question.
11 · · ·A.· ·Yes.
12 · · ·Q.· ·What transcripts?
13 · · ·A.· ·This was from when I was incarcerated,
14 from my public defender.
15 · ·Q.· ·And what was the -- what was discussed
16 in the transcript?
17 · ·A.· ·The case.· What supposedly happened
18 that night.
19 · ·Q.· ·Was it someone's testimony?
20 · ·A.· ·I don't remember.
21 · ·Q.· ·Was it from a court hearing?
22 · ·A.· ·I believe so.
23 · ·Q.· ·And was someone being asked questions
24 and someone giving answers?
25 · ·A.· ·I'm not for sure.

Page 20

1  · · ·Q.· ·Have you ever seen Detective Vincent
2  Alonzo's Grand Jury testimony?
3  · · ·A.· ·No.
4  · · ·Q.· ·Have you ever seen any portion of the
5  criminal trial transcript?
6  · · ·A.· ·No.
7  · · ·Q.· ·Were you at the criminal trial?
8  · · ·A.· ·Meaning?· Can you kind of explain that
9  one?
10 · · ·Q.· ·Sure.· Did you attend the criminal
11 trial in which you were being prosecuted for the
12 murder of Kim Edmondson?
13 · · ·A.· ·Yeah, I was there.
14 · · ·Q.· ·Was Donte Howard there?
15 · · ·A.· ·Yeah.
16 · · ·Q.· ·And did you and Donte Howard discuss
17 the criminal trial while it was going on?
18 · · ·A.· ·No.
19 · · ·Q.· ·Did you guys talk about it before the
20 criminal trial started?
21 · · ·A.· ·No.
22 · · ·Q.· ·Since the criminal trial, have you
23 talked to Donte Howard about the charges against
24 you guys?
25 · · ·A.· ·No.

Page 21

1  · · ·Q.· ·Have you talked to Donte Howard at all
2  since your criminal trial?
3  · · ·A.· ·It really wasn't a conversation.· Once
4  he found out I was in the hospital, he asked me how
5  I was doing.· That was it.
6  · ·Q.· ·When did he contact you?
7  · ·A.· ·I don't remember the date.
8  · ·Q.· ·How long ago was it?
9  · ·A.· ·I don't remember.
10 · ·Q.· ·Was it within the last month?
11 · ·A.· ·I don't remember.· I've been in the
12 hospital on occasional times.
13 · ·Q.· ·How many times have you talked to Donte
14 Howard since the criminal trial?
15 · ·A.· ·Only when he checked on me when he
16 found out that I was in the hospital.
17 · ·Q.· ·One time?
18 · ·A.· ·I don't recall.
19 · ·Q.· ·You don't recall how many times you've
20 spoken to Donte Howard?
21 · ·A.· ·No.
22 · ·Q.· ·Could it have been more than one time?
23 · · · · ·MR. BROWN:· Objection, asked and
24 answered.
25 BY MS. SCHNIDT:

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.      Pages 22..25
TABITHA WASHINGTON, 09/20/2021

Page 22

1 · · · Q.· · ·Go ahead.
2 · · · A.· · I don't recall.
3 · · · Q.· · In the conversations that you've had
4 ·with Donte Howard since the criminal trial, what
5 ·did you guys talk about?
6 · · · A.· · It was just how I was doing, how was my
7 ·health doing, and how was the kids.· That was it.
8 · · · Q.· · Have you seen him in person since the
9 ·criminal trial?
10 · · · A.· · No.
11 · · · Q.· · How did you meet Donte Howard?
12 · · · A.· · Through my God sister.
13 · · · Q.· · Who is your God sister?
14 · · · A.· · Kiana Ford.
15 · · · Q.· · Can you spell her first name, please.
16 · · · A.· · I don't know how she spell her name.
17 · · · Q.· · How did Ms. Ford know Donte Howard?
18 · · · A.· · That was her boyfriend.
19 · · · Q.· · When did you meet him?
20 · · · A.· · I don't recall.
21 · · · Q.· · How long had you known him before this
22 ·incident?
23 · · · A.· · I don't recall.· Like, once again, that
24 ·was my sister's boyfriend, not mine, so I don't
25 ·recall.

Page 23

1 · · · Q.· · How long did they date for?
2 · · · A.· · I don't know.
3 · · · Q.· · Who are your Godparents?
4 · · · A.· · I don't know how to answer this
5 ·question.· I'd rather just not say.
6 · · · Q.· · Why?
7 · · · A.· · Because.
8 · · · Q.· · That's not an answer.· Why won't you
9 ·answer the question?
10 · · · A.· · Because it's irrelevant.
11 · · · Q.· · It's not.· Answer the question.
12 · · · A.· · I don't know their names.
13 · · · Q.· · Okay.· You don't know who your
14 ·Godparents are?
15 · · · A.· · I say my God sister.· Never said her
16 ·parents was my Godparents.
17 · · · Q.· · How is Kiana Ford your God sister?
18 · · · A.· · Because we grew up together as friends
19 ·going to grammar school.
20 · · · Q.· · And how does that make her your God
21 ·sister versus your friend?
22 · · · A.· · Because that's the role we started
23 ·calling each other.
24 · · · Q.· · So you understand that that's not
25 ·actually your God sister, correct; Kiana Ford is

Page 24

1 ·not your God sister?
2 · · · A.· · Okay.
3 · · · Q.· · Is that true, is Kiana Ford your God
4 ·sister?
5 · · · A.· · That's the label I gave her.
6 · · · Q.· · If I ask you any question in which
7 ·you're not able to give me an accurate answer,
8 ·please tell me.· Okay?· You understand you're under
9 ·oath today, correct?
10 · · · A.· · Uh-huh.
11 · · · Q.· · That's a yes?
12 · · · A.· · Yes.
13 · · · Q.· · And that means that you have sworn to
14 ·tell the truth, the whole truth, and nothing but
15 ·the truth, correct?
16 · · · A.· · Yes.
17 · · · Q.· · Okay.· Is Kiana Ford your God sister?
18 · · · · · · MR. BROWN:· Objection, asked and
19 ·answered.· This is now harassing.
20 ·BY MS. SCHNIDT:
21 · · · Q.· · Go ahead.
22 · · · A.· · That's the name that I gave her, my God
23 ·sister.
24 · · · Q.· · Okay.· And when is the first time you
25 ·met Donte Howard?

Page 25

1 · · · · · · MR. BROWN:· Objection, asked and
2 ·answered.
3 ·BY MS. SCHNIDT:
4 · · · Q.· · Go ahead.
5 · · · A.· · Don't recall.
6 · · · Q.· · Where were you?
7 · · · A.· · Don't recall.
8 · · · Q.· · How often did you see him in 2018?
9 · · · A.· · Don't recall.
10 · · · Q.· · Prior to the incident on May 30, 2018,
11 ·when was the last time that you saw him?
12 · · · A.· · I do not recall.
13 · · · Q.· · Did you have Donte Howard's telephone
14 ·number in your phone in May of 2018?
15 · · · A.· · I don't recall.· I had a million
16 ·numbers in my phone.
17 · · · Q.· · How did you contact Donte Howard?
18 · · · A.· · What do you mean, how did I contact
19 ·him?
20 · · · Q.· · Well, did you ever contact Donte Howard
21 ·prior to May 30, 2018?
22 · · · A.· · No, my sister -- Kiana Ford, sorry,
23 ·would call me off his phone when her phone was off.
24 · · · Q.· · And were they dating on May 30, 2018?
25 · · · A.· · I don't recall.· I don't keep up with

i@c) AdvancedONE LEGAL     (866) 715-7770   advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 26..29
TABITHA WASHINGTON, 09/20/2021

Page 26

1  other people love lives. They was going through
2  their own situations.
3      Q.   What does that mean?
4      A.   Their own situations. Their
5  relationship problems. They was going through
6  their own stuff.
7      Q.   So they had relationship problems --
8      A.   I don't recall.
9      Q.   -- in 2018?
10     A.   I don't recall. I don't have to --
11     Q.   Excuse me?
12          THE WITNESS: Can I use the restroom,
13  please?
14          MS. SCHNIDT: Yep.
15          I'm just going to remind you,
16  Ms. Washington, that you're under oath and you're
17  not allowed to be speaking to your attorney while
18  you're under oath.
19          THE WITNESS: Okay.
20          THE VIDEOGRAPHER: The time is 10:49.
21  We're going off the video record.
22          (Recess taken.)
23          THE VIDEOGRAPHER: Standby. The time
24  is 10:55 a.m. We're back on the video record.
25  BY MS. SCHNIDT:

Page 27

1      Q.   While you were on the break, did you
2  speak to your attorney?
3      A.   No.
4      Q.   Did you ever see Donte Howard after
5  Kiana Ford and he broke up?
6      A.   Yeah, a few times because I used to
7  walk past their house to take my daughter to
8  school.
9      Q.   So you would see him when you would
10  walk past his house after they broke up?
11     A.   I don't recall. I never said they
12  broke up.
13     Q.   Are they still together?
14     A.   I don't know.
15     Q.   When is the last time that you saw
16  Donte Howard in person?
17     A.   Don't know.
18     Q.   What is the last time that you saw
19  Kiana Ford in person?
20     A.   It's been a long time.
21     Q.   When is the last time that you spoke to
22  Kiana Ford?
23     A.   It's been a long time. I can't recall.
24     Q.   Have you ever met anybody that she's
25  said is her boyfriend since Donte Howard?

Page 28

1      A.   No.
2      Q.   You said that you saw Donte Howard a
3  few times when you would walk past his house after
4  he and Kiana Ford broke up when you were taking
5  your children to school, that's correct, right?
6          MR. BROWN: Objection, misstates her
7  testimony, form.
8  BY MS. SCHNIDT:
9      Q.   Go ahead.
10     A.   I never said that.
11     Q.   Okay. Let me ask you, did you ever see
12  Donte Howard after he and Kiana Ford broke up?
13     A.   I never said they broke up.
14     Q.   I'm asking you, did you ever see him
15  after they broke up?
16     A.   I can't answer that question because I
17  never said they broke up.
18     Q.   When is -- strike that.
19     Q.   Have you seen Donte Howard since
20  May 30, 2018?
21     A.   Yeah, in court.
22     Q.   Any other times outside of court?
23     A.   No.
24     Q.   What school did your children go to
25  that you would take your children to school and go

Page 29

1  past his house?
2      A.   Moving Everest.
3      Q.   What was the name?
4      A.   Moving Everest.
5      Q.   Movant Everest?
6      A.   Moving Everest Charter School.
7      Q.   And who went to Moving Everest?
8      A.   Angel Pendleton (phonetic).
9      Q.   When did she attend that school?
10     A.   2018.
11     Q.   Did Donte Howard ever come over to your
12  house besides May 30, 2018?
13     A.   I think something like two days before
14  that.
15     Q.   Earlier you testified that you didn't
16  know when the last time was that you saw him before
17  May 30, 2018. Why are you now changing your answer
18  and saying that you saw him two days before that?
19          MR. BROWN: Objection, misstates her
20  prior testimony. This is harassing. Form.
21  BY MS. SCHNIDT:
22     Q.   Go ahead.
23     A.   I just answered it.
24     Q.   What was your answer? I didn't hear an
25  answer.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 30..33
TABITHA WASHINGTON, 09/20/2021

Page 30

·1 · · A. · ·Two days before that.
·2 · · Q. · ·**Earlier you testified that you didn't**
·3 **recall when the last time was before you saw Donte**
·4 **Howard before May 30, 2018.· Why are you now**
·5 **changing that answer?**
·6 · · A. · ·Because he walked past my house.· We
·7 was outside, and he walked past because his mother
·8 stayed up the street.· But besides that, no, that
·9 was just by coincidence.
10 · · · ·Q. · ·**Who lived up the street?**
11 · · · ·A. · ·His mother.
12 · · · ·Q. · ·**Where did he live?**
13 · · · ·A. · ·I don't know.
14 · · · ·Q. · ·**How many times had he walked past your**
15 **house prior to May 30, 2018, and he stopped to**
16 **speak to you?**
17 · · A. · ·I can't -- I don't recall.
18 · · Q. · ·**But it's now your testimony that two**
19 **days before the incident on May 30, 2018, Donte**
20 **Howard was walking past your house and he stopped**
21 **and spoke to you?**
22 · · A. · ·We was sitting outside in the front.
23 · · Q. · ·**All right.· And how long did he stay**
24 **for?**
25 · · A. · ·I don't recall.

Page 31

·1 · · Q. · ·**What did you guys talk about?**
·2 · · A. · ·I don't recall.
·3 · · Q. · ·**So why is it that you remember the fact**
·4 **that he stopped by your house two days before but**
·5 **you don't really remember much else related to**
·6 **Donte Howard?**
·7 · · A. · ·I don't recall.
·8 · · Q. · ·**So why is it that you remember him**
·9 **stopping by your house two days before May 30,**
10 **2018?**
11 · · · · ·MR. BROWN:· Objection, form.
12 BY MS. SCHNIDT:
13 · · Q. · ·**Go ahead.**
14 · · A. · ·I mean, we was sitting outside.
15 · · Q. · ·**Was there something special about that**
16 **particular day that you remembered him coming by**
17 **two days before May 30, 2018?**
18 · · · ·A. · ·He spoke.
19 · · · ·Q. · ·**What did he say?**
20 · · · ·A. · ·He spoke.
21 · · · ·Q. · ·**Right.· What did he say when he spoke?**
22 · · · ·A. · ·What's up.
23 · · · ·Q. · ·**Okay.· What else?**
24 · · · ·A. · ·What's up.· He spoke.
25 · · · ·Q. · ·**And what did you say?**

Page 32

·1 · · · ·A. · ·What's up.
·2 · · · ·Q. · ·**Okay.· And what did he say?**
·3 · · · ·A. · ·That was it.
·4 · · Q. · ·**So two days before the incident on**
·5 **May 30, 2018, he walked past your house.· He said**
·6 **what's up, you said what's up, and that's it.· He**
·7 **left?**
·8 · · A. · ·He kept walking.
·9 · · Q. · ·**In September of 2021 you remember him**
10 **walking past, the two of you saying, what's up, and**
11 **that's all that you remember about that interaction**
12 **with him?**
13 · · A. · ·September -- I don't recall.
14 · · Q. · ·**Today is September 20, 2021, that's why**
15 **I said that date.· Okay.**
16 · · · ·**So I'm asking you, you remember, now,**
17 **on September 20, 2021, that on May 28, 2018, Donte**
18 **Howard walked past, he said, what's up, you said,**
19 **what's up, and that's the only interaction that you**
20 **had?· That's your testimony?**
21 · · A. · ·Yes.
22 · · Q. · ·**Okay.· And you don't remember anything**
23 **else about how often you would see him prior to**
24 **May 30, 2018, correct?**
25 · · A. · ·No, I don't recall because I -- once

Page 33

·1 again, didn't know him like that.
·2 · · · ·Q. · ·**And you don't recall how you met him --**
·3 **strike that.**
·4 · · · · · ·**You don't recall where you met him,**
·5 **correct?**
·6 · · A. · ·No.
·7 · · Q. · ·**You don't recall when the last time was**
·8 **that you saw him in person since May 30 -- since**
·9 **the criminal trial in 2019, correct?**
10 · · A. · ·I told you court.
11 · · Q. · ·**Since the criminal trial in November of**
12 **2019.· So let me re-ask the question so it's clear.**
13 · · · · · ·**You don't recall when the last time was**
14 **that you saw him since November of 2019, the**
15 **criminal trial, correct?**
16 · · A. · ·Correct.
17 · · Q. · ·**All right.· And you don't recall how**
18 **many times you've spoken to him since the criminal**
19 **trial in November of 2019; is that correct?**
20 · · A. · ·Correct.
21 · · Q. · ·**In preparation for your deposition did**
22 **you review any documents?**
23 · · A. · ·Meaning?
24 · · Q. · ·**To prepare for today's testimony, did**
25 **you review any documents?**

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 34..37
TABITHA WASHINGTON, 09/20/2021

Page 34

1 · · · · A.· ·Like I said, I spoke to -- on Friday to
2 ·my lawyer, but that's it.
3 · · · ·Q.· ·Did you look at any documents before
4 ·sitting for your deposition today?
5 · · · ·A.· ·No, sorry.· Sorry, no.
6 · · · ·Q.· ·Okay.· Have you spoken to Donte Howard
7 ·about his deposition?
8 · · · ·A.· ·No.
9 · · · ·Q.· ·Did Donte Howard ever come into your
10 ·house without Kiana Ford at any point in time?
11 · · · ·A.· ·Yes.
12 · · · ·Q.· ·Other than May 30, 2018, did Donte
13 ·Howard ever come into your house without Kiana
14 ·Ford?
15 · · · ·A.· ·No.
16 · · · ·Q.· ·On May 30, 2018, what was Donte Howard
17 ·doing at your house?
18 · · · ·A.· ·We was actually all sitting outside
19 ·selling snow cones.
20 · · · ·Q.· ·When did he come over?
21 · · · ·A.· · ·I don't recall that time, but sometime
22 ·that day.
23 · · · ·Q.· ·How long had he been over before the
24 ·altercation with Kim Edmondson?
25 · · · ·A.· · ·I don't recall.

Page 35

1 · · · ·Q.· ·How was it that he came to be at your
2 ·house that day?
3 · · · ·A.· · ·I was outside with my daughter, Angel,
4 ·selling snow cones in the front.
5 · · · ·Q.· ·How is it that --
6 · · · ·A.· · ·He was getting out of school, walking
7 ·up Washington.
8 · · · ·Q.· ·Had you ever -- prior to May 30, 2018,
9 ·had you ever gone anywhere with Donte Howard
10 ·without Kiana Ford?
11 · · · ·A.· ·No.
12 · · · ·Q.· ·Was Donte Howard dating Kiana Ford on
13 ·May 30, 2018?
14 · · · · ·MR. BROWN:· Objection, asked and
15 ·answered.
16 ·BY MS. SCHNIDT:
17 · · · ·Q.· ·Go ahead.
18 · · · ·A.· · ·Don't recall.
19 · · · ·Q.· ·Did you ever talk to him about Kiana
20 ·Ford on May 30, 2018?
21 · · · ·A.· ·No.
22 · · · ·Q.· ·Why not?
23 · · · · ·MR. BROWN:· Objection, form.· You can
24 ·answer.
25 ·BY MS. SCHNIDT:

Page 36

1 · · · ·Q.· ·Go ahead.
2 · · · ·A.· ·Because anything I needed to know I
3 ·could have just called her phone and asked her.
4 · · · ·Q.· ·What was she doing that day?
5 · · · ·MR. BROWN:· Objection, calls for
6 ·speculation, form, foundation.
7 · · · ·A.· · ·I don't know.
8 ·BY MS. SCHNIDT:
9 · · · ·Q.· ·So if you didn't know what she was
10 ·doing, why didn't you ask him, hey, where's Kiana
11 ·today, if they were still together?
12 · · · ·A.· ·Because, once again, if I wanted to
13 ·know anything, I could have just called and asked
14 ·her.
15 · · · ·Q.· ·Was -- did you have any romantic
16 ·relationship with Donte Howard?
17 · · · ·A.· ·No.
18 · · · · ·MR. BROWN:· Hold on a second.· That's
19 ·not an alarm that's going off, is it?
20 · · · · ·THE WITNESS:· Huh-uh.
21 · · · · ·MR. BROWN:· No.· Okay.
22 · · · · ·THE WITNESS:· Can I have some more hot
23 ·coffee?
24 · · · · ·MR. BROWN:· I just wanted to make sure
25 ·that wasn't her alarm.

Page 37

1 · · · · ·MS. SCHNIDT:· That's fine.· Konni, can
2 ·you, please, read back the last question and
3 ·answer.
4 · · · · (Requested portion of the record read
5 ·back.)
6 ·BY MS. SCHNIDT:
7 · · · ·Q.· ·Did you have any interest in a romantic
8 ·relationship with Donte Howard?
9 · · · ·A.· ·No, ma'am.
10 · · · ·Q.· ·Did anyone who was at your apartment
11 ·have a romantic relationship with Donte Howard on
12 ·May 30, 2018?
13 · · · ·A.· ·That I'm aware of, no.
14 · · · ·Q.· ·Did Cynthia Cage have an interest in a
15 ·romantic relationship with Donte Howard?
16 · · · ·A.· ·Don't know.
17 · · · ·Q.· ·Did Cynthia -- was Cynthia Cage -- did
18 ·she seem to be flirting with Donte Howard on
19 ·May 30, 2018?
20 · · · ·A.· ·Not that I'm aware of.
21 · · · ·Q.· ·Was it strange to you that he was
22 ·sticking around and hanging out at your apartment
23 ·on May 30, 2018?
24 · · · · ·MR. BROWN:· Objection, form, vague.
25 ·BY MS. SCHNIDT:

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 38..41
TABITHA WASHINGTON, 09/20/2021

Page 38

·1· · · ·Q.· · ·Go ahead.
·2· · · ·A.· · ·No.
·3· · · ·Q.· · ·Well, this was the first time that you
·4· ·would have hung out with him one-on-one on May 30,
·5· ·2018, right?
·6· · · · · · · MR. BROWN:· Objection, misstates prior
·7· ·testimony, form.
·8· ·BY MS. SCHNIDT:
·9· · · ·Q.· · ·Go ahead.
10· · · ·A.· · ·I mean, I don't know how to answer that
11· ·question.· I mean, I didn't think nothing of it.
12· · · ·Q.· · ·You hadn't hung out with Donte Howard,
13· ·like, just the two of you before, had you?
14· · · ·A.· · ·No.· And I still don't recall anything
15· ·of the nature, like to sit and really speculate on
16· ·that.
17· · · ·Q.· · ·I'm confused as to your answer.· You
18· ·don't recall what?
19· · · ·A.· · ·To think about him just hanging out.· I
20· ·didn't think nothing of it.
21· · · ·Q.· · ·But had you ever hung out with him
22· ·one-on-one before?
23· · · ·A.· · ·No.
24· · · ·Q.· · ·Did you know Kim Edmondson?
25· · · ·A.· · ·He stayed in the building.

Page 39

·1· · · ·Q.· · ·How long had he stayed in the building?
·2· · · ·A.· · ·I don't know.
·3· · · ·Q.· · ·How long did you know him?
·4· · · ·A.· · ·I really didn't know him.· Like, him
·5· ·and his mom stayed there before I moved in the
·6· ·building.
·7· · · ·Q.· · ·How often did you see him prior to his
·8· ·death?
·9· · · ·A.· · ·He was always around the building.
10· · · ·Q.· · ·Did he live in 5316 West Washington on
11· ·May 30, 2018?
12· · · ·A.· · ·He stayed in the back, and I don't
13· ·recall that exact address, but he stayed in that
14· ·building but in the back of the building.
15· · · ·Q.· · ·All right.· So on May 30, 2018, he was
16· ·living in the apartment building that's in the back
17· ·of 5316 West Washington, correct?
18· · · ·A.· · ·His mother was living back there.· He
19· ·was not supposed to be on the premises.· At that
20· ·time, I did not know that.
21· · · ·Q.· · ·Okay.· So on May 30, 2018, did you know
22· ·whether Kim Edmondson was allowed to be on the
23· ·premises?
24· · · ·A.· · ·No.
25· · · ·Q.· · ·How did you learn that Kim Edmondson

Page 40

·1· ·wasn't allowed to be on the premises?
·2· · · ·A.· · ·Court.
·3· · · ·Q.· · ·What do you mean, court?
·4· · · ·A.· · ·November 19 when he went to trial,
·5· ·that's when I learned that he was not supposed to
·6· ·be on the premises at all.
·7· · · ·Q.· · ·And who did you learn that from?
·8· · · ·A.· · ·That came out of his mother's mouth.
·9· · · ·Q.· · ·So on May 30, 2018, when you were
10· ·interacting with Kim Edmondson, you believed he was
11· ·allowed to be on the premises, correct?
12· · · ·A.· · ·Yes.· His mother didn't come outside
13· ·and say nothing, so I didn't know.
14· · · ·Q.· · ·Okay.· Do you have any personal
15· ·knowledge of Kim Edmondson's criminal history?
16· · · ·A.· · ·I found out after a few times at court.
17· · · ·Q.· · ·Who did you find out from?
18· · · ·A.· · ·My public defender, that he had a
19· ·violent history.
20· · · ·Q.· · ·But prior to learning from your
21· ·attorney of his criminal history, you didn't know
22· ·about it, correct?
23· · · ·A.· · ·I mean, I heard a few -- I mean, I knew
24· ·about one incident that he had got into it with a
25· ·young man around the corner from me, but besides

Page 41

·1· ·that, no, I didn't.
·2· · · ·Q.· · ·When did you learn about the incident
·3· ·with the man around the corner?
·4· · · ·A.· · ·I was leaving out to go take my
·5· ·daughter to school and he was laid out in the front
·6· ·yard, in the grass, in the rain, and I woke him up
·7· ·because he was beat up or whatever and I told him
·8· ·just go sit in the hallway and get out of the rain.
·9· ·And I asked him what happened to him and he said
10· ·that the guy around the corner had jumped on him or
11· ·had an altercation with.
12· · · ·Q.· · ·When was this?
13· · · ·A.· · ·I don't recall the exact date.· I don't
14· ·recall.
15· · · ·Q.· · ·How long before May 30, 2018?
16· · · ·A.· · ·I don't recall.
17· · · ·Q.· · ·How many other times did you interact
18· ·with Kim Edmondson before his death?
19· · · ·A.· · ·Like I said, once again, he hung around
20· ·the building.· I see him.· I'd set my garbage
21· ·outside, he would take to the dumpster and keep
22· ·moving but besides that, there was really no
23· ·hanging out or nothing like that.
24· · · ·Q.· · ·Other than when you woke him up and
25· ·told him to sit in the hallway, did you have any

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.　　　　　　Pages 42..45
TABITHA WASHINGTON, 09/20/2021

Page 42

1　　other conversations with Kim Edmondson prior to his
2　　death?
3　　　　　　　MR. BROWN:　Objection, vague, form.
4　　BY MS. SCHNIDT:
5　　　　Q.　　Go ahead.
6　　　　A.　　I mean, I just told you.　Like, really
7　　wasn't -- I knew he stayed in the building.
8　　　　Q.　　But you didn't have conversations with
9　　him?
10　　　　A.　　No, there wasn't no conversation.　It
11　　wasn't like we just hung out or nothing like that.
12　　It just so happened that morning it was raining.
13　　He was in the grass sleeping.　I told him to go sit
14　　in the hallway.
15　　　　Q.　　And you didn't witness that incident
16　　between him and anybody on that day or the day
17　　before, correct?
18　　　　A.　　I don't recall what day it happened,
19　　but no, I didn't witness it.
20　　　　Q.　　Okay.　Did you ever -- other than
21　　May 30, 2018, did you ever witness Kim Edmondson in
22　　any altercation?
23　　　　A.　　No, that's just -- I didn't see it.
24　　That was just the recall of me waking him up and
25　　that was it.

Page 43

1　　　　Q.　　Did you ever -- okay.　Were you fearful
2　　of Kim Edmondson?
3　　　　A.　　Besides that day, he never done nothing
4　　to me, why would I be?
5　　　　Q.　　So before May 30, 2018, you knew Kim
6　　Edmondson just as a harmful -- strike that -- as a
7　　harmless person, correct?
8　　　　　　　MR. BROWN:　Objection, misstates her
9　　prior testimony.
10　　BY MS. SCHNIDT:
11　　　　Q.　　Go ahead.
12　　　　A.　　I guess I didn't know much about him.
13　　We all just lived in the same building.
14　　　　Q.　　Did you know anything else about him
15　　that you haven't testified to?
16　　　　A.　　I mean, besides he was on drugs.
17　　　　Q.　　How did you know that?
18　　　　A.　　Who didn't know?
19　　　　Q.　　How did you know that?
20　　　　A.　　It was obvious.
21　　　　Q.　　In what -- how was it obvious to you
22　　that Kim Edmondson was on drugs?
23　　　　A.　　The way he acted.
24　　　　Q.　　When?
25　　　　A.　　When you saw him.　But it didn't bother

Page 44

1　　me because he never done nothing to harm me.
2　　　　Q.　　And you didn't see any -- didn't see
3　　him trying to harm anybody else, correct?
4　　　　A.　　Not to my notification, no.
5　　　　Q.　　What was -- when you said, the way he
6　　acted, you knew he was on drugs.　First of all,
7　　when was that that you saw him acting in a way
8　　which you saw him on drugs -- you believed him to
9　　be on drugs?
10　　　　A.　　I really don't recall, but growing up
11　　in my neighborhood, it's pretty much obvious when
12　　a -- you can pretty much tell a person that's on
13　　drugs.
14　　　　Q.　　My question was when.
15　　　　A.　　I don't recall.
16　　　　Q.　　When did you see -- let me finish my
17　　question.　When did you see Kim Edmondson act in a
18　　way in which you believed that he was on drugs?
19　　　　A.　　I don't recall the date or exact time,
20　　but --
21　　　　Q.　　How many times did you see him act in a
22　　way in which you believed him to be on drugs?
23　　　　A.　　I don't recall.
24　　　　Q.　　And what did he do that indicated to
25　　you that he was on drugs?

Page 45

1　　　　A.　　Just the way that he was acting, not
2　　normal.
3　　　　Q.　　Those times in which you believed that
4　　he was on drugs, you didn't see him act in any
5　　aggressive way towards anybody, correct?
6　　　　A.　　Correct.
7　　　　Q.　　How do you know Carlton White?
8　　　　A.　　That's my cousin.
9　　　　Q.　　On which side?
10　　　　A.　　My mom's side.
11　　　　Q.　　What's your mom's name?
12　　　　A.　　Octavia White.
13　　　　Q.　　And who's the sibling that is Carlton's
14　　mother?
15　　　　A.　　Florence White.
16　　　　Q.　　So Carlton White's mother is sisters
17　　with your mother?
18　　　　A.　　Yes, ma'am.
19　　　　Q.　　When is the last time that you saw
20　　Carlton White?
21　　　　A.　　I don't recall.
22　　　　Q.　　Was it this year?
23　　　　A.　　Yeah.
24　　　　Q.　　Where?
25　　　　A.　　He was staying with my mom.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 46..49
TABITHA WASHINGTON, 09/20/2021

Page 46

1 · · · · Q.· · So who else was staying with your mom when
2 · you saw him?
3 · · · · A.· · My siblings.
4 · · · · Q.· · And what was the occasion in which you
5 · saw him?
6 · · · · A.· · · I was going to see my mom.
7 · · · · Q.· · Is he still staying with your mom?
8 · · · · A.· · If I'm not mistaken at the time, yes.
9 · · · · Q.· · Is he still?
10 · · · · A.· · No.
11 · · · · Q.· · When did he move out of your mom's
12 · house?
13 · · · · A.· · I don't recall.
14 · · · · Q.· · When was the last time that you spoke
15 · to Carlton White?
16 · · · · A.· · I don't know.
17 · · · · Q.· · Did you talk to him about his
18 · deposition in this case?
19 · · · · A.· · · No.
20 · · · · Q.· · Did you talk to him before his
21 · deposition in this case?
22 · · · · A.· · No.· I just went to go see my mom.
23 · · · · Q.· · So was he living with your mom at the
24 · time that he gave his deposition in this case?
25 · · · · · · · MR. BROWN:· Emily, you broke up there.

Page 47

1 · BY MS. SCHNIDT:
2 · · · · Q.· · Was he living with your mom at the time
3 · that he gave his deposition in this case?
4 · · · · A.· · I don't know if he was still living
5 · there, but he was there.
6 · · · · Q.· · He was at your mom's house at the time
7 · that he gave his deposition in this case?
8 · · · · A.· · · Yeah.
9 · · · · Q.· · And were you also at the house at the
10 · time that he gave his deposition?
11 · · · · A.· · · I stopped by there, but I wasn't there.
12 · · · · Q.· · Why did you stop by?
13 · · · · A.· · My mom.
14 · · · · Q.· · So how did you learn that Carlton White
15 · was giving a deposition in this case?
16 · · · · A.· · I don't remember.
17 · · · · Q.· · Did he tell you he was going to be
18 · giving a deposition?
19 · · · · A.· · I don't remember.
20 · · · · Q.· · After his deposition was over, did you
21 · talk to him about his deposition?
22 · · · · A.· · No.
23 · · · · Q.· · Did you talk to him about the fact that
24 · he gave a deposition?
25 · · · · A.· · · No, I haven't talked to him at all.

Page 48

1 · · · · Q.· · So the last time that you talked to him
2 · was the day that he was giving his deposition?
3 · · · · A.· · I didn't talk to him. I stopped over
4 · there to see my mom.
5 · · · · Q.· · When is the last time Carlton White
6 · lived with you?
7 · · · · A.· · · Carlton ain't -- he never lived with
8 · me.· He spent nights at my house.· That was back in
9 · 2018.
10 · · · · Q.· · How often would he spend the night at
11 · your house?
12 · · · · A.· · · Not often.
13 · · · · Q.· · Would he ever spend more than one night
14 · at your house?
15 · · · · A.· · · Yeah.
16 · · · · Q.· · So, like, how long would he -- how
17 · long -- hold on.· How long would he stay the night
18 · at your house?
19 · · · · A.· · · The weekend.
20 · · · · Q.· · Any other time besides the weekends
21 · that he would stay at your house?
22 · · · · A.· · No, he would come and visit but not
23 · spend the night.
24 · · · · Q.· · When Carlton -- when did Carlton begin
25 · spending the night at your house?

Page 49

1 · · · · · · · MR. BROWN:· Objection, form, vague.
2 · · · · A.· · I don't recall.
3 · BY MS. SCHNIDT:
4 · · · · Q.· · So you said in 2018 he would spend the
5 · night at your house.· What I'm trying to understand
6 · is how long of a stretch were you allowing him to
7 · spend the night at your house; how long had that
8 · been going on?
9 · · · · A.· · Probably -- he would probably come,
10 · like, once a month just to see how I was doing, see
11 · the kids.
12 · · · · Q.· · Since May 30, 2018, has he stayed with
13 · you?
14 · · · · A.· · No.
15 · · · · Q.· · Why not?
16 · · · · · · · MR. BROWN:· Objection, form, vague.
17 · BY MS. SCHNIDT:
18 · · · · Q.· · Go ahead.
19 · · · · A.· · I was incarcerated.· I lost everything.
20 · I was staying with people.· I had no place for him
21 · to come to.
22 · · · · Q.· · So when -- so any other reason as to
23 · why he hasn't stayed with you since May 30, 2018?
24 · · · · A.· · I mean, no.
25 · · · · Q.· · Did you consider yourself and Carlton

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 50..53
TABITHA WASHINGTON, 09/20/2021

Page 50

·1· ·White close?
·2· · · · A.· · That was my favorite cousin.
·3· · · · Q.· · Is he still your favorite cousin?
·4· · · · A.· · Yeah.
·5· · · · Q.· · But you haven't talked to him in a long
·6· ·time?
·7· · · · · · · MR. BROWN:· Objection, misstates her
·8· ·prior testimony.
·9· ·BY MS. SCHNIDT:
10· · · · Q.· · Go ahead
11· · · · A.· · No.
12· · · · Q.· · Why not?
13· · · · A.· · I mean people grow up.
14· · · · Q.· · What does that mean?
15· · · · A.· · I don't actually have his phone number
16· ·and he probably don't have my number because I
17· ·haven't gave it to him.· I'm just trying to stay
18· ·out to myself.
19· · · · Q.· · When did you get a new phone?
20· · · · A.· · I don't recall.
21· · · · Q.· · How long have you had it?
22· · · · A.· · I don't recall.
23· · · · Q.· · How long have you had the new number?
24· · · · A.· · I don't know.· Sorry.· I don't recall.
25· · · · Q.· · When -- who's your provider?

Page 51

·1· · · · A.· ·T-Mobile.
·2· · · · Q.· · And did you have T-Mobile with the old
·3· ·number?
·4· · · · A.· ·No.
·5· · · · Q.· · Who did you have before that?
·6· · · · A.· ·Boost Mobile.
·7· · · · Q.· · Do you have an account with T-Mobile?
·8· · · · A.· ·No, ma'am.· It's a prepaid.
·9· · · · Q.· · Where did you buy it?
10· · · · A.· ·I don't know.· My daughter is the one
11· ·that got the phone for me.
12· · · · Q.· · What's your daughter's name?
13· · · · A.· · Takyla Shaw.
14· · · · Q.· · Can you spell her first name.
15· · · · A.· · T-a-k-y-l-a, last name, S-h-a-w.
16· · · · Q.· · How old is she?
17· · · · A.· · 20.
18· · · · Q.· · Did she buy the phone with her own
19· ·money?
20· · · · A.· · No.
21· · · · Q.· · Did you give her money?
22· · · · A.· · Yes.
23· · · · Q.· · Did you give her your card?
24· · · · A.· · Yes.
25· · · · Q.· · And what bank do you have that card

Page 52

·1· ·with?
·2· · · · A.· · It's a prepaid card.
·3· · · · Q.· · What kind of card is it?
·4· · · · A.· · AccountNow.
·5· · · · Q.· · Excuse me?
·6· · · · A.· · AccountNow.
·7· · · · Q.· · And how do you go about putting more
·8· ·money on that card?
·9· · · · A.· · I didn't.· It was just used for child
10· ·support.
11· · · · Q.· · How long have you had that card?
12· · · · A.· · I don't know.· A long time.
13· · · · Q.· · And it's in your name?
14· · · · A.· · Yes.
15· · · · Q.· · All right.· Hold on to that card,
16· ·please, and don't destroy it.
17· · · · · · · All right.· And how did you meet
18· ·Cynthia Cage?
19· · · · A.· · From the neighborhood.
20· · · · Q.· · When did you meet her?
21· · · · A.· · I don't recall.· I don't know.
22· · · · Q.· · How long did you know her prior to
23· ·May 30, 2018?
24· · · · A.· · Seven or eight years, I think.· Give or
25· ·take.

Page 53

·1· · · · Q.· · Did you meet her through anybody?
·2· · · · A.· · No.
·3· · · · Q.· · Do any of your medical conditions cause
·4· ·you to be tired?
·5· · · · A.· · Yes.
·6· · · · Q.· · What conditions?
·7· · · · A.· · The -- all the pain medications I take.
·8· · · · Q.· · All right.· Do you -- are you able to
·9· ·continue with this deposition?
10· · · · A.· · Yeah, for a little while longer.
11· · · · Q.· · Okay.· Are you having any difficulty
12· ·understanding my questions?
13· · · · A.· · No, ma'am.· But if I do, I'll ask a
14· ·question.
15· · · · Q.· · Are you having any difficulty
16· ·testifying?
17· · · · A.· · No, ma'am.
18· · · · Q.· · All right.· I'm sorry, how did you meet
19· ·Cynthia Cage?
20· · · · A.· · I don't -- I mean in the neighborhood.
21· · · · Q.· · How frequently did you see Cynthia Cage
22· ·in 2018?
23· · · · A.· · She was my best friend, so like
24· ·everyday, just about.
25· · · · Q.· · How long had she been your best friend?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 54..57
TABITHA WASHINGTON, 09/20/2021

Page 54

·1· · · A.· · ·I don't really know exactly when she
·2· became my best friend, but after a couple of years.
·3· · · ·Q.· · ·Did -- where is Cynthia Cage living
·4· ·now?
·5· · · A.· · ·I don't know.
·6· · · ·Q.· · ·When is the last time that you spoke to
·7· ·Cynthia Cage?
·8· · · A.· · ·Last time I seen Cynthia Cage was
·9· ·November 19, the day we had trial.
10· · · ·Q.· · ·When was the last time that you spoke
11· to her?
12· · · A.· · ·We didn't even speak that day, so I
13· don't know.
14· · · ·Q.· · ·Why have you -- have you tried to reach
15· out to her since the trial?
16· · · · A.· · ·No, we are no longer friends.
17· · · ·Q.· · ·Why not?
18· · · · A.· · ·Just betrayal.
19· · · ·Q.· · ·What's the betrayal?
20· · · · A.· · ·Kind of -- we just don't see eye to
21· ·eye.
22· · · ·Q.· · ·Explain that.· What happened?
23· · · · A.· · ·We just don't see eye to eye no more.
24· · · ·Q.· · ·What did you -- what do you not see eye
25· to eye with her about?

Page 55

·1· · · · A.· · ·We just grew apart.· Well, really -- I
·2· can't even really say.
·3· · · ·Q.· · ·You just said that there is betrayal
·4· and that's why you guys are not friends.· What is
·5· the betrayal?
·6· · · · A.· · ·The betrayal, we don't see eye to eye,
·7· so we just stopped talking.
·8· · · ·Q.· · ·What do you not see eye to eye about
·9· that you consider betrayal?
10· · · A.· · ·Our friendship.
11· · · ·Q.· · ·How so?
12· · · · · · MR. BROWN:· Objection, asked and
13· ·answered.
14· · · · · · ·MS. SCHNIDT:· It's definitely not.
15· BY MS. SCHNIDT:
16· · · ·Q.· · ·Go ahead.· How so?
17· · · A.· · ·Our friendship.
18· · · ·Q.· · ·What about your friendship makes you
19· believe that she betrayed you?
20· · · A.· · ·She wasn't the person I thought she
21· ·was.
22· · · ·Q.· · ·How is she not the person you thought
23· she was?
24· · · A.· · ·I don't really know how to answer that
25· question.· It's just that we don't see eye to eye.

Page 56

·1· · · ·Q.· · ·You said she's not the person you
·2· ·thought she was, what are you basing that on?
·3· · · · A.· · ·My kids.
·4· · · ·Q.· · ·Okay.· What happened?
·5· · · · A.· · ·She wasn't the person that she said she
·6· ·was to my kids, so we didn't see eye to eye.
·7· · · ·Q.· · ·What did she do to your kids that makes
·8· ·you believe she's not the person you thought she
·9· ·was?
10· · · · A.· · ·She gave up on my kids when I was
11· ·incarcerated.
12· · · ·Q.· · ·How did she give up on your kids?
13· · · · A.· · ·She no longer wanted to keep them
14· ·anymore.
15· · · ·Q.· · ·Why is it that you wouldn't tell me
16· ·that answer?
17· · · · A.· · ·Because I didn't think -- it's just
18· ·betrayal.
19· · · ·Q.· · ·Well, why wouldn't you explain to me
20· ·that she wouldn't keep your kids and that's why
21· ·you're no longer friends with her and you felt
22· ·betrayed by that?
23· · · · A.· · ·Because that is betrayal.· Because
24· ·she's supposed to be my friend.· I would have kept
25· ·her kids in that case.

Page 57

·1· · · ·Q.· · ·But I'm asking you why you wouldn't
·2· ·give me that answer before?
·3· · · · A.· · ·I don't know.· I thought saying
·4· ·betrayal was just enough.
·5· · · ·Q.· · ·Did you confront Cynthia Cage when you
·6· ·felt betrayed by her?
·7· · · · A.· · ·No, we stopped talking.· I found out
·8· ·through DCFS, so we never got a chance to discuss
·9· ·it.
10· · · ·Q.· · ·Have you heard where she's living?
11· · · · A.· · ·No.
12· · · ·Q.· · ·Nobody on the street has talked about
13· ·where she's living?
14· · · · A.· · ·No, I didn't ask.
15· · · ·Q.· · ·When did you and your children start
16· ·selling snow cones on May 30, 2018?
17· · · · A.· · ·Early in the day -- well, I would say
18· ·around 2:00/3:00 when school was starting to let
19· ·out.
20· · · ·Q.· · ·What children were out there when you
21· ·were selling snow cones?
22· · · · A.· · ·It was a lot of kids.· People pulling
23· ·up, kids walking up getting out of school.
24· · · ·Q.· · ·Who of your children were there?
25· · · · A.· · ·My son and -- my two sons and my

CCD AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 58..61
TABITHA WASHINGTON, 09/20/2021

Page 58

1   daughter.
2        Q.   What are your two son's name?
3        A.   Tammiron and Tyshawn.
4        Q.   Can you spell their names, please?
5        A.   Tyshawn, T-y-s-h-a-w-n, Washington.
6   Tammiron, T-a-m-m-i-r-o-n, Washington.
7        Q.   And which of your daughters was there
8   while you were selling snow cones?
9        A.   Angel Pendleton.
10       Q.   How old was she at the time?
11       A.   Eight.
12       Q.   Were any of your other children at --
13  present at any point on May 30, 2018?
14       A.   My oldest daughter was there. She came
15  and got a snow cone and then she left.
16       Q.   What's her name?
17       A.   Takyla Shaw.
18       Q.   What time did she come and get a snow
19  cone?
20       A.   I don't remember.
21       Q.   How did -- how did she -- how did she
22  get to your house?
23       A.   She walked up.
24       Q.   Was she with anybody?
25       A.   She was by herself.

Page 59

1        Q.   Did she live with you at the time?
2        A.   No.
3        Q.   Where did she live at that time; where?
4   Address?
5        A.   On Congress, 4822 West Congress.
6        Q.   And when did Takyla Shaw leave on
7   May 30, 2018?
8        A.   I don't recall.
9        Q.   Who was with you at the time that you
10  and your children started selling snow cones?
11       A.   At first it was me and -- before we
12  started selling snow cones, it was me and Cynthia,
13  then my cousin Derek came over. Donte came over.
14  He went to the warehouse with me to get the stuff
15  while Cynthia watched the kids.
16       Q.   What did Carlton -- strike that.
17            Is Derek Carlton White?
18       A.   Yes.
19       Q.   What did Carlton White do while you and
20  Donte Howard went over to the warehouse?
21       A.   I believe he walked off somewhere. I'm
22  not for sure.
23       Q.   Where is the warehouse located that you
24  and Donte Howard went to?
25       A.   Adams and Cicero.

Page 60

1        Q.   How did you get there?
2        A.   My car.
3        Q.   Did you have plans for Carlton White to
4   come over that day?
5        A.   No.
6        Q.   Did he show up with anybody?
7        A.   When he (audio difficulties) -- but
8   when he walked, he walked somewhere, but after they
9   dropped him off, he walked off and went somewhere
10  by himself.
11            MS. SCHNIDT: I'm sorry, I did not.
12  Konni, can you read that back for me? It broke up
13  for me.
14            THE COURT REPORTER: It broke up for me
15  as well.
16  BY MS. SCHNIDT:
17       Q.   Can you, please, repeat your answer,
18  Ms. Washington?
19       A.   When he came over, he was dropped off.
20  But when he left, he walked off and went somewhere
21  by his self.
22       Q.   Who dropped him off?
23       A.   I don't know the people that he was in
24  the car with.
25       Q.   What time was he dropped off?

Page 61

1        A.   I don't recall.
2        Q.   When did Donte Howard come over?
3        A.   He was, actually, coming from school.
4        Q.   How did you know he was coming from
5   school?
6        A.   Because when -- he had his book bag on,
7   and I just asked him where he came from, and he
8   said he just got off school.
9        Q.   Then when did you actually start
10  selling the snow cones?
11       A.   After we left the store, I came and set
12  up because my daughter was already out of school
13  because she went to a charter school. So pretty
14  much right away we set up, and we started selling
15  snow cones -- snowballs.
16       Q.   What time did your daughter's school
17  get out?
18       A.   No, what I mean by out of school, she
19  was out of school for the summer.
20       Q.   So who were you referring to when you
21  were saying school was ending around 2:00/3:00?
22       A.   The other kids that was still in
23  school. She was going to a charter school, they
24  was already out of school. Public school still in
25  there.

CCD AdvancedONE LEGAL     (866) 715-7770   advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.　　　　　Pages 62..65
TABITHA WASHINGTON, 09/20/2021

**Page 62**

·1 · · Q.· ·You're referring to other kids in the
·2 neighborhood?
·3 · · A.· ·Yes.
·4 · · Q.· ·So you said 3 or 4:00 is when you
·5 started to set up for the snow cones?
·6 · · A.· ·Yeah.· No, I said 2 or 3:00.· Around 2
·7 or 3:00 we started -- we went to the store and
·8 started setting up.
·9 · · Q.· ·So prior to 2 or 3:00 you went with
10 Donte Howard to the warehouse?
11 · · A.· · Yes, we went around that time.
12 · · Q.· · How long were you at the warehouse?
13 · · A.· · Not long.· I would probably say
14 probably not even 15 minutes because it wasn't
15 crowded, and I knew exactly what I was going there
16 to get.
17 · · Q.· ·How far away was the warehouse from
18 your house?
19 · · A.· ·About a five minute drive.· I mean, you
20 could walk there if you wanted to, but I drove
21 because I was carrying the ice and juice and stuff.
22 · · Q.· ·When did you first encounter Kim
23 Edmondson on May 30, 2018?
24 · · A.· ·I had saw him earlier that day.· I was
25 cleaning up, and I set my garbage outside the back

**Page 63**

·1 door to take out, and I guess he was somewhere in
·2 one of the neighbor's houses upstairs, and he came
·3 down and he took my trash out and that was it.· I
·4 didn't see him no more until the evening.
·5 · · Q.· ·So prior to you selling snow cones, you
·6 saw Kim Edmondson take your trash out?
·7 · · A.· ·Earlier that day he was upstairs, I'm
·8 guessing, in one of the neighbor's houses.· I was
·9 setting my trash outside the back door, cleaning
10 up, and he grabbed it, and he took it to the
11 dumpster for me, and I didn't see him no more.· He
12 went out the back gate and that was the last time I
13 saw him until later that evening.
14 · · Q.· ·Did he take the trash out before you
15 started selling snow cones that day?
16 · · A.· ·Yeah, before I even went to the
17 warehouse.
18 · · Q.· ·How did you know that he took your
19 trash out?
20 · · A.· ·Because I had my kitchen door open
21 because I was cleaning up.
22 · · Q.· ·Did he say anything to you?
23 · · A.· ·No, he just said, hey, I'll take this
24 for you and that was it.
25 · · Q.· ·When is the next time that you saw him

**Page 64**

·1 ·that day?
·2 · · · A.· ·Later --
·3 · · · · · ·MR. BROWN:· Let her finish.· Emily, did
·4 ·you finish your question?
·5 · · · · · ·MS. SCHNIDT:· Yeah, I did.
·6 · · · A.· ·Later that evening.
·7 ·BY MS. SCHNIDT:
·8 · · · Q.· ·What time?
·9 · · · A.· ·I don't know.· It was getting dark.· It
10 ·started drizzling and we started putting the stuff
11 ·up but I know it was dark.
12 · · · Q.· ·When you saw Kim Edmondson in the
13 ·evening, where was he?
14 · · · A.· ·He was sitting outside in the front.
15 · · · Q.· ·What was he wearing?
16 · · · A.· ·Some Army pants, I believe a white
17 ·shirt, and he had on a -- some type of red and blue
18 ·or red and white jacket that was hanging on the
19 ·gate.
20 · · · Q.· ·Did he say anything to you when you saw
21 ·him outside in the front in the evening?
22 · · · A.· ·At first, no, he was just being
23 ·belligerent.
24 · · · Q.· ·How was he being belligerent?
25 · · · A.· ·Cursing and stuff.

**Page 65**

·1 · · Q.· ·What else besides cursing?
·2 · · A.· ·I mean, he was going off, and I asked
·3 him to move down because it was kids out there.
·4 · · Q.· ·How many kids were out there?
·5 · · A.· ·I don't know.· They was just kids
·6 trying to buy snowballs until we put all the stuff
·7 up.
·8 · · Q.· ·How much money did you make that day?
·9 · · A.· ·I don't know.
10 · · Q.· ·Did you sell a lot of snow cones?
11 · · A.· ·We sold a nice amount.· It was in the
12 '90s, so it was nice weather out there.
13 · · Q.· ·How much were you selling them for?
14 · · A.· ·We had 25, 50, 75 cent and dollar snow
15 cones.
16 · · Q.· ·Then you said it was drizzling out when
17 you first saw Kim Edmondson?
18 · · A.· ·No.
19 · · Q.· ·So when did you first see Kim
20 Edmondson?
21 · · A.· ·The first time that I saw him is when
22 he took my trash out.
23 · · Q.· ·Okay.· Now, I'm focusing in on the
24 evening.· So when you saw --
25 · · A.· ·Oh.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 66..69
TABITHA WASHINGTON, 09/20/2021

Page 66

1 · · · · Q.· · When you saw Kim Edmondson in the
2 · evening on May 30, 2018, it was drizzling out; is
3 · that correct?
4 · · · · A.· · It had just started.· He was already
5 · standing out, but it had started drizzling, so we
6 · started putting stuff up.
7 · · · · Q.· · And there were a bunch of kids
8 · everywhere trying to buy snow cones still?
9 · · · · A.· · They was trying to get snow cones
10 · before we put everything up.
11 · · · · Q.· · How many adults were around?
12 · · · · A.· · I mean, I really don't know because
13 · there was people pulling up in cars, walking up
14 · with their kids, so I really can't tell you.· I
15 · don't know.
16 · · · · Q.· · Who -- did you know anybody who was
17 · outside when you saw Kim Edmondson in the evening
18 · for the first time?
19 · · · · A.· · Me, Cynthia, Carlton.
20 · · · · Q.· · Donte Howard, was he there?
21 · · · · A.· · At that given moment, I don't
22 · believe -- I think that he went home to go get his
23 · laptop to use my WiFi.
24 · · · · Q.· · How long was Donte Howard gone on
25 · May 30, 2018?

Page 67

1 · · · · A.· · Not too long because, like I said, his
2 · mom stayed down the street.
3 · · · · Q.· · Can you estimate for me how long he was
4 · gone?
5 · · · · A.· · I really wasn't paying attention.· I
6 · was focused on selling snowballs with my daughter.
7 · · · · Q.· · But he told you that he was leaving to
8 · go get his laptop to use your WiFi?
9 · · · · A.· · Yeah, he had walked off.
10 · · · · Q.· · Then when you encounter Kim Edmondson
11 · that evening, what was he saying?
12 · · · · A.· · He was just cursing and, like I said,
13 · being belligerent when there was children present.
14 · · · · Q.· · What was he saying?
15 · · · · A.· · Fuck you, and I beat your -- just going
16 · off.· And nobody knew why he was going off, like
17 · what triggered him to go off.
18 · · · · Q.· · Other than fuck you, what else was he
19 · saying?
20 · · · · A.· · I'll beat your ass.· It was just a lot.
21 · Like, there was so much going on besides trying to
22 · tone him out, get these other kids out the way.
23 · Nobody really was paying no attention, so he came
24 · down to where we was.
25 · · · · Q.· · So when he -- where was he when you

Page 68

1 · first saw him and he was cursing?
2 · · · · A.· · He was standing down at the other end,
3 · down further from where we was at my entrance,
4 · but he was coming down to the entrance that goes
5 · back to where his mother lived.
6 · · · · Q.· · Okay.· And then he approached you?
7 · · · · A.· · He came down that way still cursing and
8 · stuff.· And I kept asking him to just why don't you
9 · go on and leave, people's kids out here.· And it
10 · went through one end and out the other, like he
11 · didn't care.
12 · · · · MR. BROWN:· Hold on one second.· Do you
13 · need to take a break?
14 · · · · · · THE WITNESS:· (Witness inaudibly
15 · speaking.)
16 · · · · · · MS. SCHNIDT:· Do you need to take a
17 · break or no?
18 · · · · · · MR. BROWN:· Yeah, let's do a real quick
19 · break.· I'm going to get her some ibuprofen.
20 · · · · · · THE VIDEOGRAPHER:· The time is 11:47
21 · a.m.· We're off the video record.
22 · · · · · · · (Recess taken.)
23 · · · · · · THE VIDEOGRAPHER:· The time is
24 · 11:56 a.m.· We're back on the video record.
25 · BY MS. SCHNIDT:

Page 69

1 · · · · Q.· · Okay.· I'm going to show you what I've
2 · marked as Exhibit 1.
3 · · · · · · · (Deposition Exhibit 1 marked
4 · · · · · · · for identification.)
5 · BY MS. SCHNIDT:
6 · · · · Q.· · Do see this photograph of a building
7 · and a street in front of you?
8 · · · · A.· · Yes.
9 · · · · Q.· · What's the building that's in the
10 · center of the photograph?
11 · · · · A.· · 5316 West Washington.
12 · · · · Q.· · That's your apartment building?
13 · · · · A.· · Yes.
14 · · · · Q.· · These two -- there is four windows on
15 · the front of the building, on the basement floor,
16 · are all four of those buildings part of your
17 · apartment?· I'm sorry, are all four of those
18 · windows part of your apartment?
19 · · · · A.· · Yes.
20 · · · · Q.· · Then I'm going to zoom in.· Along the
21 · left-hand side of the building between -- on the
22 · left side of 5316 West Washington, so the right
23 · side of the photograph, that's heading towards --
24 · to the right side of the sidewalk that's headed
25 · towards the back building, these two -- at least

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 70..73
TABITHA WASHINGTON, 09/20/2021

Page 70

1  two squares that are to the right of the column
2  behind the fence, are those also windows for your
3  apartment?
4  · · · A. · ·Yes.
5  · · · Q. · ·Is there any -- are there any
6  additional windows for your apartment that we can't
7  see in the -- or that you can see in the
8  photograph, first of all?
9  · · · A. · ·Yes.
10  · · · Q. · ·Is it this back window along the back
11  of the building to the right of -- just to the left
12  of the right column?
13  · · · A. · ·Yes.
14  · · · Q. · ·Okay. · Are there any other windows that
15  we can't see that's blocked by this right column?
16  · · · A. · ·Yes.
17  · · · Q. · ·How many?
18  · · · A. · ·Two.
19  · · · Q. · ·This far back window that's to the left
20  of the column near the back of the building, what's
21  that window -- what room is that window in?
22  · · · A. · ·Oh, no, that's not my window. · That
23  goes to the back of the building.
24  · · · Q. · ·Okay. · So this far back window that we
25  can see in the photograph that's to the left of the

Page 71

1  column on the ride side building, that's not
2  your -- that's not a window that's associated with
3  your apartment?
4  · · · A. · ·No, that's the bathroom, the kids'
5  room. · I'm trying to see the walkway -- yeah,
6  that's mine.
7  · · · Q. · ·I didn't hear that. · That's what?
8  · · · A. · ·That's part of my apartment.
9  · · · Q. · ·Okay. · So this back window that's on
10  the right side of the sidewalk to the left side of
11  the column on the building is part of your
12  apartment?
13  · · · A. · ·Uh-huh.
14  · · · Q. · ·Yes?
15  · · · A. · ·Yes.
16  · · · Q. · ·What room?
17  · · · A. · ·The kitchen.
18  · · · Q. · ·These two right windows that are to the
19  right of the column --
20  · · · A. · ·This right here --
21  · · · · ·MR. BROWN: · Let her finish.
22  BY MS. SCHNIDT:
23  · · · Q. · ·The front window, what room is that
24  connected to?
25  · · · A. · ·The bathroom.

Page 72

1  · · · Q. · ·Okay. · And then the next window, what's
2  that connected to?
3  · · · A. · ·The kids'room.
4  · · · Q. · ·And then the two windows that you said
5  are there but we can't see it because it's blocked
6  by the column, what's that part of?
7  · · · A. · ·The sitting area, the TV room or -- if
8  that's what you want to call it.
9  · · · Q. · ·Okay. · These front four windows on the
10  front of 5316 West Washington, what do those belong
11  to?
12  · · · A. · ·My room.
13  · · · Q. · ·Where did your children sleep on
14  May 30, 2018?
15  · · · A. · ·In their bedroom.
16  · · · Q. · ·Who was sleeping at your apartment on
17  May 30, 2018?
18  · · · A. · ·It was just the kids that was sleeping.
19  · · · Q. · ·Which kids?
20  · · · A. · ·My three small ones. · I've got to --
21  · · · Q. · ·What did you say?
22  · · · · ·MR. BROWN: · Hold on one second. · She
23  said she has to throw up.
24  · · · · ·MS. SCHNIDT: · Let's go off the record,
25  please.

Page 73

1  · · · · ·THE VIDEOGRAPHER: · The time is
2  12:00 p.m. · We are off the record.
3  · · · ·(Recess taken.)
4  · · · · ·MS. SCHNIDT: · We'll go ahead and put it
5  on that -- as long as you have no problem with
6  that, Dylan?
7  · · · · ·MR. BROWN: · Not at all.
8  · · · · ·MS. SCHNIDT: · Go ahead and put it on
9  the transcript itself and not go on video.
10  · · · · ·(Discussion off the record.)
11  · · · · ·MS. SCHNIDT: · We're not going to go on
12  the video record.
13  · · · · ·(Whereupon the following is not on the
14  video record.)
15  · · · · ·MR. BROWN: · The time is 12:51 central
16  time, and we are going to adjourn the deposition of
17  Tabatha Washington for the day. · She's physically,
18  medically unable to continue. · We'll reschedule for
19  a time as soon as possible in the near future that
20  is mutually agreeable by the parties.
21  · · · · ·MS. SCHNIDT: · Okay. · Thank you.
22  · · · · ·(Proceeding concluded at 12:52 p.m.)
23
24
25

Page 74

·1· ·STATE OF ILLINOIS )
· · · · · · · · · · · ·) ss.
·2· ·ROCK ISLAND COUNTY)
·3
·4· · · · · I, KONNI L. STAPF, a Certified Shorthand
· · ·Reporter in and for the States of Illinois, Iowa,
·5· ·and Arizona, do hereby certify that the facts as
· · ·stated in the caption hereto are true; that the
·6· ·witness named on the face sheet was by me sworn
· · ·remotely with the agreement of all counsel to
·7· ·testify to the truth and nothing but the truth
· · ·concerning the matters in controversy in this
·8· ·cause; that said witness was thereupon examined
· · ·under oath and the examination reduced to writing
·9· ·under my supervision, consisting of the foregoing
· · ·pages, and the computer-aided transcript is a true
10· ·record of the testimony given by said witness and
· · ·all objections made.
11
12· · · · · I further certify that I am neither
· · ·attorney or counsel for, nor related to or employed
13· ·by any of the parties to the action in which this
· · ·deposition is taken; and, further, that I am not a
14· ·relative or employee of any attorney or counsel
· · ·employed by the parties hereto or financially
15· ·interested in the action.
16
· · · · · · In witness whereof I have hereunto set my
17· ·hand this 27th day in September, 2021.
18
19· · · · · · · · · · C1()
20· · · · · · · \LA \ L
21
· · · · · · · KONNI L. STAPF, CSR, RPR
22· · · · · · Registered Professional Reporter
· · · · · · · Illinois CSR License No.
23· · · · · · · · 084-004144
· · · · · · · Iowa CSR License No. 1168
24· · · · · · Arizona CSR
25

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    75
TABITHA WASHINGTON, 09/20/2021                    Index: 1..able

**1**

**1**
6:22 7:1 69:2,3

**1/21/85**
6:3

**10**
16:3

**10:49**
26:20

**10:55**
26:24

**11:47**
68:20

**11:56**
68:24

**12:00**
73:2

**12:51**
73:15

**12:52**
73:22

**14**
8:19

**15**
16:4 62:14

**19**
40:4 54:9

**2**

**2**
62:6,9

**20**
4:9 32:14,17 51:17

**2003**
13:14

**2018**
15:7,14 25:8,10,14,21,24
26:9 28:20 29:10,12,17
30:4,15,19 31:10,17
32:5,17,24 34:12,16
35:8,13,20 37:12,19,23
38:5 39:11,15,21 40:9
41:15 42:21 43:5 48:9
49:4,12,23 52:23 53:22
57:16 58:13 59:7 62:23
66:2,25 72:14,17

**2019**
33:9,12,14,19

**2021**
4:9 32:9,14,17

**25**
65:14

**28**
32:17

**2:00/3:00**
57:18 61:21

**3**

**3**
62:4

**30**
15:6,14 25:10,21,24
28:20 29:12,17 30:4,15,
19 31:9,17 32:5,24 33:8
34:12,16 35:8,13,20
37:12,19,23 38:4 39:11,
15,21 40:9 41:15 42:21
43:5 49:12,23 52:23
57:16 58:13 59:7 62:23
66:2,25 72:14,17

**36**
6:1

**3:00**
62:6,7,9

**4**

**4822**
59:5

**4:00**
62:4

**5**

**50**
65:14

**5316**
39:10,17 69:11,22 72:10

**7**

**75**
65:14

**9**

**90s**
65:12

**A**

**a.m.**
26:24 68:21,24

**ability**
6:8,11 10:1

**able**
24:7 53:8

**about**
9:10 15:6 16:13,16 19:3
20:19,23 22:5 31:1,15
32:11,23 34:7 35:19
38:19 40:22,24 41:2
43:12,14 46:17 47:21,23
52:7 53:24 54:25 55:8,18
57:12 62:19

**Academy**
14:13

**account**
51:7

**accountable**
16:17

**Accountnow**
52:4,6

**accurate**
24:7

**act**
44:17,21 45:4

**acted**
43:23 44:6

**acting**
44:7 45:1

**actually**
16:9 23:25 34:18 50:15
61:3,9

**Adams**
59:25

**additional**
70:6

**address**
39:13 59:4

**adjourn**
73:16

**adults**
66:11

**Advancedone**
4:7

**Adventist**
14:13

**affect**
6:8,10,13,16

**after**
27:4,10 28:3,12,15 40:16
47:20 54:2 60:8 61:11

**again**
22:23 33:1 36:12 41:19

**against**
20:23

**aggressive**
45:5

**ago**
21:8

**agreeable**
73:20

**Agreed**
5:14

**agreement**
5:3,8

**ahead**
22:1 24:21 25:4 28:9
29:22 31:13 35:17 36:1
38:1,9 42:5 43:11 49:18
50:10 55:16 73:4,8

**ain't**
48:7

**alarm**
36:19,25

**alert**

12:7,11

**alerts**
11:17

**all**
5:8,10,13 8:18 10:7
12:14,18 14:18 16:8 21:1
30:23 32:11 33:17 34:18
39:15 40:6 43:13 44:6
47:25 52:15,17 53:7,8,18
65:6 69:16,17 70:8 73:7

**allowed**
26:17 39:22 40:1,11

**allowing**
49:6

**along**
69:20 70:10

**Alonzo's**
20:2

**already**
61:12,24 66:4

**also**
47:9 70:2

**altercation**
34:24 41:11 42:22

**always**
39:9

**amount**
65:11

**an**
5:8 10:18 13:16,24 17:16
23:8 24:7 29:24 36:19
37:14 41:11 51:7

**and**
4:5,6,10,13 5:4,11,12
6:10,21,22 7:1,14,15 8:3,
18 10:17 11:5,18,20

12:2,25 17:13 18:4
19:10,15,23,24 20:16
21:23 22:7 23:20 24:13,
14,18,24 25:1,24 26:16
27:5 28:4,12,25 29:7,18
30:7,15,20,21,23 31:25
32:2,6,10,19,22 33:2,17
35:14 36:3,13 37:2,22
38:14,15 39:5,12 40:7,13
41:5,6,7,8,9,21,24 42:15,
16,24 44:2,24 45:13 46:4
47:9 48:22 49:25 50:16
51:2,25 52:7,13,16,17
55:4,12 56:20,21 57:15,
25 58:3,7,15,18 59:6,10,
11,12,19,24,25 60:9,20
61:7,11,14 62:7,15,21,25
63:1,2,3,10,11,12,24
64:10,17,18,25 65:2,14
66:7 67:12,15,16 68:1,6,
7,8,9,10 69:7 72:1,4
73:4,8,9,16

**Angel**
29:8 35:3 58:9

**answer**
10:11,24 11:5 13:24
17:14 18:1 19:10 23:4,8,
9,11 24:7 28:16 29:17,
24,25 30:5 35:24 37:3
38:10,17 55:24 56:16
57:2 60:17

**answered**
21:24 24:19 25:2 29:23
35:15 55:13

**answers**
10:8 19:24

**anxiety**
7:21

**any**

6:4,7,10,12,13,15 7:8,11
8:11 9:14,19,24 10:13,
21,23 11:2,8,16 12:10,
15,19,21,25 14:8,19
15:2,9 16:5,18,24 17:2
18:14,25 19:3,6,9 20:4
24:6 28:22 33:22,25
34:3,10 36:15 37:7 40:14
41:25 42:22 44:2 45:4
48:20 49:22 53:3,11,15
58:12,13 70:5,14

**anybody**
27:24 42:16 44:3 45:5
53:1 58:24 60:6 66:16

**anymore**
56:14

**anyone**
37:10

**anything**
6:25 7:4 8:1 10:16 32:22
36:2,13 38:14 43:14
63:22 64:20

**anywhere**
35:9

**apart**
55:1

**apartment**
18:7 37:10,22 39:16
69:12,17,18 70:3,6 71:3,
8,12 72:16

**appearance**
14:24

**appetite**
8:6,7

**apply**
5:10

**approached**

68:6

**April**
13:14

**are**
4:6 5:25 6:4,18 7:2 8:12
9:24 10:8 13:2 23:3,14
27:13 29:17 30:4 53:8,
11,15 54:16 55:4 56:2
58:2 69:16,17 70:1,2,5,
14 71:18 72:5 73:2,16

**area**
72:7

**Army**
64:16

**around**
37:22 39:9 40:25 41:3,
10,19 57:18 61:21 62:6,
11 66:11

**arrested**
15:7

**as**
5:5,11 10:15 23:18 38:17
43:6 49:22 60:15 69:2
73:5,19

**ask**
10:10,13,16,21,23 24:6
28:11 36:10 53:13 57:14

**asked**
19:23 21:4,23 24:18 25:1
35:14 36:3,13 41:9 55:12
61:7 65:2

**asking**
9:10 18:4 28:14 32:16
57:1 68:8

**ass**
67:20

**associated**
  71:2

**assume**
  10:24

**assuming**
  11:19

**assumption**
  10:19

**at**
  10:17 11:2,16,21 12:10,
  15 16:8 18:6,14 20:7
  21:1 34:3,10,17 35:1
  37:10,22 39:19 40:6,16
  46:8,23 47:2,6,9,25 48:8,
  10,14,18,21,25 49:5,7
  58:10,12,13 59:1,3,9,11
  62:12 64:22 66:21 68:2,3
  69:25 72:16 73:7,22

**attend**
  20:10 29:9

**attended**
  14:10

**attention**
  67:5,23

**attorney**
  15:19 26:17 27:2 40:21

**attorneys**
  5:11

**audio**
  60:7

**aware**
  16:20 37:13,20

**away**
  61:14 62:17

# B

**back**
  18:6 26:24 37:2,5 39:12,
  14,16,18 48:8 60:12
  62:25 63:9,12 68:5,24
  69:25 70:10,19,20,23,24
  71:9

**bag**
  61:6

**bank**
  51:25

**basement**
  69:15

**basing**
  56:2

**bathroom**
  71:4,25

**be**
  5:10,11 7:11 8:3,10,16
  10:18 11:13 26:17 35:1
  37:18 39:19,22 40:1,6,11
  43:4 44:9,22 47:17 53:4
  56:24

**beat**
  41:7 67:15,20

**became**
  54:2

**because**
  8:8,15 9:5 11:25 23:7,10,
  18,22 27:6 28:16 30:6,7
  32:25 36:2,12 41:7 44:1
  50:16 56:17,23 61:6,12,
  13 62:14,21 63:20,21
  65:3 66:12 67:1 72:5

**bedroom**
  72:15

**been**
  5:2 6:12,25 7:6,9,12,19,
  20 8:19 9:11,19 11:8
  12:18,23 13:4 15:7,12
  16:6 21:11,22 27:20,23
  34:23 49:8 53:25

**before**
  5:7 6:24 10:4 18:1 20:19
  22:21 29:13,16,18 30:1,
  3,4,19 31:4,9,17 32:4
  34:3,23 38:13,22 39:5
  41:15,18 42:17 43:5
  46:20 51:5 57:2 59:11
  63:14,16 66:10

**begin**
  5:7 7:10 48:24

**behalf**
  4:15,17,20 16:22

**behind**
  70:2

**being**
  4:8 5:9 18:2 19:23 20:11
  64:22,24 67:13

**believe**
  6:16 17:1 19:22 55:19
  56:8 59:21 64:16 66:22

**believed**
  40:10 44:8,18,22 45:3

**belligerent**
  64:23,24 67:13

**belong**
  72:10

**besides**
  7:1,23 12:19 14:9 29:12
  30:8 40:25 41:22 43:3,16
  48:20 65:1 67:21

**best**

53:23,25 54:2

**betrayal**
54:18,19 55:3,5,6,9
56:18,23 57:4

**betrayed**
55:19 56:22 57:6

**between**
5:8 11:20 42:16 69:21

**birth**
6:2

**blocked**
70:15 72:5

**blue**
64:17

**body**
17:16

**book**
7:17 61:6

**Boost**
51:6

**bother**
43:25

**boyfriend**
22:18,24 27:25

**break**
11:3,6,9 27:1 68:13,17,
19

**breaks**
11:14

**broke**
27:5,10,12 28:4,12,13,
15,17 46:25 60:12,14

**brought**
9:5

**Brown**

4:15 5:14 14:1,25 18:18
21:23 24:18 25:1 28:6
29:19 31:11 35:14,23
36:5,18,21,24 37:24 38:6
42:3 43:8 46:25 49:1,16
50:7 55:12 64:3 68:12,18
71:21 72:22 73:7,15

**brung**
7:17

**building**
38:25 39:1,6,9,14,16
41:20 42:7 43:13 69:6,9,
12,15,21,25 70:11,20,23
71:1,11

**buildings**
69:16

**bunch**
66:7

**but**
5:4,10 10:17,24 15:2
24:14 30:8,18 31:4 34:2,
21 38:21 39:13,14 40:20,
25 41:22 42:8,19 43:25
44:10,20 47:5,11 48:22
50:5 53:13 54:2 57:1
60:7,8,20 62:20 64:11
66:5 67:7 68:4 72:5

**buy**
51:9,18 65:6 66:8

**by**
5:3,18 6:12 11:8 12:7,18
14:4,6 15:4,12,18 18:21
21:25 24:20 25:3 26:25
28:8 29:21 30:9 31:4,9,
12,16 35:16,25 36:8
37:6,25 38:8 42:4 43:10
47:1,11,12 49:3,17 50:9
55:15 56:22 57:6 58:25
60:10,16,21 61:18 64:7

68:25 69:5 70:15 71:22
72:6 73:20

                    **C**

**Cage**
19:7 37:14,17 52:18
53:19,21 54:3,7,8 57:5

**call**
25:23 72:8

**called**
7:23 36:3,13

**calling**
23:23

**calls**
36:5

**came**
35:1 40:8 58:14 59:13
60:19 61:7,11 63:2 67:23
68:7

**camera**
17:17

**can**
5:19,22 7:18 10:11,17
14:23 16:2,18 20:8 22:15
26:12 35:23 36:22 37:1
44:12 51:14 58:4 60:12,
17 67:3 70:7,25

**can't**
7:15 8:8 9:4,5 11:22
14:25 27:23 28:16 30:17
55:2 66:14 70:6,15 72:5

**car**
60:2,24

**card**
51:23,25 52:2,3,8,11,15

**care**
68:11

**Carlton**
18:25 45:7,16,20 46:15
47:14 48:5,7,24 49:25
59:16,17,19 60:3 66:19

**Carlton's**
45:13

**carrying**
62:21

**cars**
66:13

**case**
16:6,12,13,16,25 17:2
19:10,17 46:18,21,24
47:3,7,15 56:25

**cause**
53:3

**cent**
65:14

**center**
69:10

**central**
73:15

**certain**
11:10 12:4

**certificate**
13:12,13,18,22 14:6,10

**chance**
57:8

**changing**
29:17 30:5

**charges**
20:23

**charter**

29:6 61:13,23

**check**
11:18

**checked**
21:15

**Chicago**
4:11 14:13

**child**
52:9

**children**
28:5,24,25 57:15,20,24
58:12 59:10 67:13 72:13

**Christiane**
4:19

**Cicero**
59:25

**City**
4:10

**cleaning**
62:25 63:9,21

**clear**
7:11 8:3,10 33:12

**close**
50:1

**CNA**
13:12,13,18 14:6,10

**coffee**
36:23

**coincidence**
30:9

**college**
13:10,11,15 14:6,8

**column**
70:1,12,15,20 71:1,11,19
72:6

**come**
29:11 34:9,13,20 40:12
48:22 49:9,21 58:18 60:4
61:2

**coming**
31:16 61:3,4 68:4

**complaint**
16:21

**concluded**
73:22

**condition**
6:21 7:8,12,19 8:4,5 9:15

**conditions**
6:5,7,10,13,16,18 53:3,6

**conducted**
5:9

**cone**
58:15,19

**cones**
34:19 35:4 57:16,21 58:8
59:10,12 61:10,15 62:5
63:5,15 65:10,15 66:8,9

**confront**
57:5

**confused**
38:17

**Congress**
59:5

**connected**
71:24 72:2

**connection**
13:20

**consider**
49:25 55:9

**contact**

21:6 25:17,18,20

**continue**
53:9 73:18

**conversation**
21:3 42:10

**conversations**
22:3 42:1,8

**Cook**
9:8,17

**corner**
40:25 41:3,10

**correct**
8:13 23:25 24:9,15 28:5
32:24 33:5,9,15,16,19,20
39:17 40:11,22 42:17
43:7 44:3 45:5,6 66:3

**could**
9:21,25 21:22 36:3,13
62:20

**couldn't**
8:4

**counsel**
4:13 5:3

**County**
9:9,17

**couple**
54:2

**courses**
13:17 14:8

**court**
4:6 5:12 19:21 28:21,22
33:10 40:2,3,16 60:14

**cousin**
45:8 50:2,3 59:13

**created**

8:22

**criminal**
20:5,7,10,17,20,22 21:2,
14 22:4,9 33:9,11,15,18
40:15,21

**crowded**
62:15

**currently**
6:4 7:2,13 8:12 9:20,24
13:2

**cursing**
64:25 65:1 67:12 68:1,7

**cut**
14:3

**Cynthia**
19:6 37:14,17 52:18
53:19,21 54:3,7,8 57:5
59:12,15 66:19

---

**D**

**dark**
64:9,11

**date**
6:2 21:7 23:1 32:15
41:13 44:19

**dating**
25:24 35:12

**daughter**
27:7 35:3 41:5 51:10
58:1,14 61:12 67:6

**daughter's**
51:12 61:16

**daughters**
58:7

**Davis**

13:6

**day**
10:18 14:13 31:16 34:22
35:2 36:4 42:16,18 43:3
48:2 54:9,12 57:17 60:4
62:24 63:7,15 64:1 65:8
73:17

**days**
8:7 29:13,18 30:1,19
31:4,9,17 32:4

**DCFS**
57:8

**death**
39:8 41:18 42:2

**defendant**
4:18,20

**defender**
19:14 40:18

**definitely**
55:14

**deponent**
5:12

**deposition**
4:4,8 5:9 10:3 15:17,20
16:7 33:21 34:4,7 46:18,
21,24 47:3,7,10,15,18,
20,21,24 48:2 53:9 69:3
73:16

**Depression**
7:3

**Derek**
59:13,17

**describe**
7:18 16:14,19

**described**
8:5,11

**destroy**
52:16

**Detective**
20:1

**diabetes**
6:21,22 7:1,15

**diagnosed**
6:25 7:6,9,12,19 8:13,19
9:11

**diagnosis**
8:11 9:15

**did**
6:23 13:11,13,15,20,25
14:5,12,14,18 15:16,19,
22,25 16:21 17:19,22
18:22,25 19:3,6 20:10,
16,19 21:6 22:5,11,17,19
23:1 25:8,13,17,18,20
27:1,4 28:11,14,24 29:9,
11 30:12,23 31:1,19,21,
25 32:2 33:21,24 34:3,9,
12,20 35:19 36:15 37:7,
10,14,17 38:24 39:3,7,
10,20,21,25 40:7,17
41:2,17,25 42:20,21
43:1,14,17,19 44:16,17,
21,24 46:11,17,20 47:12,
14,17,20,23 48:24 49:25
50:19 51:2,5,9,18,21,23
52:17,20,22 53:1,18,21
54:3,24 56:7,12 57:5,15
58:18,21 59:1,3,6,16,19
60:1,3,6,11 61:2,4,9,16
62:22 63:14,18,22 64:3,
5,20 65:8,10,19 66:16
72:13,21

**didn't**
13:24 14:1 29:15,24 30:2
33:1 36:9,10 38:11,20

39:4 40:12,13,21 41:1
42:8,15,19,23 43:12,18,
25 44:2 45:4 48:3 52:9
54:12 56:6,17 57:14
63:4,11 68:11 71:7

**different**
8:20

**difficulties**
60:7

**difficulty**
53:11,15

**discuss**
20:16 57:8

**discussed**
19:15

**discussion**
73:10

**do**
6:7,10 7:10 10:9 11:20
13:15 15:16,18 17:9,11
25:12,18 40:3,14 44:24
45:7 51:7,25 52:7 53:3,8,
13 54:24 55:8 56:7 59:19
68:12,16,18 69:6 72:10

**doctor**
6:12 8:13 9:21,25 11:8,
13

**documents**
16:5,10,14,18 33:22,25
34:3

**does**
23:20 26:3 50:14

**doing**
21:5 22:6,7 34:17 36:4,
10 49:10

**dollar**
65:14

**don't**
8:14 10:14,15,22 14:17,
22 18:11,13 19:20 21:7,
9,11,18,19 22:2,16,20,
23,24 23:2,4,12,13 25:5,
7,9,15,25 26:8,10 27:11,
14,17 30:13,17,25 31:2,
5,7 32:13,22,25 33:2,4,7,
13,17 34:21,25 35:18
36:7 37:16 38:10,14,18
39:2,12 41:13,16 42:18
44:10,15,19,23 45:21
46:13,16 47:4,16,19 49:2
50:15,16,20,22,24 51:10
52:12,16,21 53:20 54:1,
5,13,20,23 55:6,24,25
57:3 58:20 59:8 60:23
61:1 64:9 65:5,9 66:12,
15,21 68:8

**done**
43:3 44:1

**Donte**
4:10 19:3,4 20:14,16,23
21:1,13,20 22:4,11,17
24:25 25:13,17,20 27:4,
16,25 28:2,12,19 29:11
30:3,19 31:6 32:17 34:6,
9,12,16 35:9,12 36:16
37:8,11,15,18 38:12
59:13,20,24 61:2 62:10
66:20,24

**door**
18:6 63:1,9,20

**down**
8:8 10:11 63:3 65:3 67:2,
24 68:2,3,4,7

**drive**
62:19

**drizzling**

64:10 65:16 66:2,5

**dropped**
60:9,19,22,25

**dropping**
11:17

**drove**
62:20

**drugs**
43:16,22 44:6,8,9,13,18,
22,25 45:4

**duly**
5:2

**dumpster**
41:21 63:11

**Dylan**
4:15 14:21 73:6

**E**

**each**
23:23

**earlier**
29:15 30:2 62:24 63:7

**Early**
57:17

**eat**
11:15,21,24 12:1,16

**eating**
12:15

**Edmondson**
20:12 34:24 38:24 39:22,
25 40:10 41:18 42:1,21
43:2,6,22 44:17 62:23
63:6 64:12 65:17,20
66:1,17 67:10

**Edmondson's**
40:15

**education**
13:9

**eight**
13:17,21 14:5 52:24
58:11

**eight-week**
13:16 14:9

**else**
7:1,4 8:1 31:5,23 32:23
43:14 44:3 46:1 65:1
67:18

**Emily**
4:17 14:2 46:25 64:3

**encounter**
62:22 67:10

**end**
10:17 68:2,10

**ending**
61:21

**enough**
57:4

**entrance**
68:3,4

**estimate**
16:2 67:3

**et al**
4:11

**even**
54:12 55:2 62:14 63:16

**evening**
63:4,13 64:6,13,21 65:24
66:2,17 67:11

**ever**

10:3 12:18,23,24 13:4
15:7,12 20:1,4 25:20
27:4,24 28:11,14 29:11
34:9,13 35:8,9,19 38:21
42:20,21 43:1 48:13

**Everest**
29:2,4,5,6,7

**everyday**
11:24 12:5 53:24

**everything**
49:19 66:10

**everywhere**
66:8

**exact**
39:13 41:13 44:19

**exactly**
54:1 62:15

**EXAMINATION**
5:17

**examined**
5:4

**Excuse**
26:11 52:5

**Exhibit**
69:2,3

**explain**
17:9,11 20:8 54:22 56:19

**extreme**
8:6

**eye**
54:20,21,23,24,25 55:6,
8,25 56:6

**F**

**facility**

9:7,14

**fact**
31:3 47:23

**fair**
10:25

**far**
13:11 62:17 70:19,24

**favorite**
50:2,3

**fearful**
43:1

**feel**
11:16 12:12,16

**feet**
6:21

**felt**
56:21 57:6

**fence**
70:2

**few**
10:16 27:6 28:3 40:16,23

**filed**
16:22

**find**
40:17

**fine**
14:22 37:1

**finish**
8:24 17:25 44:16 64:3,4
71:21

**first**
5:2,22 10:7 19:10 22:15
24:24 38:3 44:6 51:14
59:11 62:22 64:22 65:17,
19,21 66:18 68:1 70:8

**five**
62:19

**flirting**
37:18

**floor**
69:15

**Florence**
45:15

**focused**
67:6

**focusing**
65:23

**following**
4:4 73:13

**follows**
5:5

**food**
8:8

**for**
5:19 7:7 11:9 14:10
15:16,25 16:2,7,14,17,19
19:25 20:11 23:1 30:24
33:21,24 34:4 36:5 49:20
51:11 52:9 53:10 59:22
60:3,12,13,14 61:19 62:5
63:11,24 65:13 66:18
67:3 69:4 70:2,6 73:17,
18

**Ford**
22:14,17 23:17,25 24:3,
17 25:22 27:5,19,22
28:4,12 34:10,14 35:10,
12,20

**form**
28:7 29:20 31:11 35:23
36:6 37:24 38:7 42:3
49:1,16

**found**
21:4,16 40:16 57:7

**foundation**
36:6

**four**
14:18 69:14,16,17 72:9

**frequently**
53:21

**Friday**
15:24 34:1

**friend**
23:21 53:23,25 54:2
56:24

**friends**
23:18 54:16 55:4 56:21

**friendship**
55:10,17,18

**from**
6:4,19 7:2,13,20 8:12,25
9:12,16 14:14 17:2,6,16
18:22 19:9,13,14,21
40:7,17,20,25 52:19
61:3,4,7 62:17 68:3

**front**
8:15 30:22 35:4 41:5
64:14,21 69:7,15 71:23
72:9,10

**fuck**
67:15,18

**further**
68:3

**future**
73:19

## G

**garbage**
  41:20 62:25

**gate**
  63:12 64:19

**gave**
  24:5,22 46:24 47:3,7,10,
  24 50:17 56:10

**geeze**
  7:23,24

**get**
  10:11 12:10 13:13,18,21,
  24 14:1,6 41:8 50:19
  58:18,22 59:14 60:1
  61:17 62:16 66:9,22
  67:8,22 68:19

**getting**
  35:6 57:23 64:9

**give**
  18:1 24:7 51:21,23 52:24
  56:12 57:2

**given**
  8:11,25 9:2,14 10:3
  12:25 66:21

**giving**
  19:24 47:15,18 48:2

**glitch**
  4:12

**go**
  8:7 10:6 11:17 13:11
  14:12,18 22:1 24:21 25:4
  28:9,24,25 29:22 31:13
  35:17 36:1 38:1,9 41:4,8
  42:5,13 43:11 46:22
  49:18 50:10 52:7 55:16
  66:22 67:8,17 68:9 72:24

73:4,8,9,11

**God**
  22:12,13 23:15,17,20,25
  24:1,3,17,22

**Godparents**
  23:3,14,16

**goes**
  68:4 70:23

**going**
  6:22,23 10:6,10 16:13,16
  18:5 20:17 23:19 26:1,5,
  15,21 36:19 46:6 47:17
  49:8 61:23 62:15 65:2
  67:15,16,21 68:19 69:1,
  20 73:11,16

**gone**
  35:9 66:24 67:4

**got**
  13:12 18:18 40:24 51:11
  57:8 58:15 61:8 72:20

**grabbed**
  63:10

**graduate**
  14:14

**grammar**
  23:19

**Grand**
  20:2

**grass**
  41:6 42:13

**grew**
  23:18 55:1

**ground**
  10:7

**grow**
  50:13

**growing**
  44:10

**guess**
  10:15,18 14:21 43:12
  63:1

**guessing**
  63:8

**guy**
  41:10

**guys**
  20:19,24 22:5 31:1 55:4

## H

**had**
  15:9 22:3,21 25:15 26:7
  30:14 32:20 34:23 35:8,9
  38:13,21 39:1 40:18,24
  41:10,11 49:7,20 50:21,
  23 52:11 53:25 54:9 61:6
  62:24 63:20 64:17 65:14
  66:4,5 67:9

**hadn't**
  38:12

**Haggerty**
  4:5

**hallway**
  41:8,25 42:14

**hanging**
  37:22 38:19 41:23 64:18

**happened**
  19:17 41:9 42:12,18
  54:22 56:4

**happens**
  11:20

**happy**
  10:22

harassing
24:19 29:20

harm
44:1,3

harmful
43:6

harmless
43:7

has
8:13 9:21,25 11:13 49:12
57:12 72:23

hasn't
49:23

have
5:8 6:12,15,20,23,25 7:6,
17,21,22,24 8:5,14 9:4,
11,19 10:3 11:8,15,17
12:18,23,24 13:4,19
15:7,9,12 16:5,9,10,24
17:2 19:9 20:1,4,22 21:1,
13,22 22:8 24:13 25:13
26:10 27:24 28:19 34:6
36:3,13,15,22 37:7,11,14
38:4 40:14 41:25 42:8
50:15,16,21,23 51:2,5,7,
25 52:11 54:14 56:24
57:10 60:3 73:5

haven't
43:15 47:25 50:5,17

having
5:2 53:11,15

he
14:23,25 21:4,6,15 27:5
28:4,12 30:6,7,12,14,15,
20,23 31:4,18,19,20,21,
24 32:2,5,6,8,18 34:20,
23 35:1,6 37:21 38:25
39:1,9,10,12,13,15,18

40:4,5,10,18,24 41:5,7,9,
19,21 42:7,13 43:3,16,23
44:1,5,6,18,24,25 45:1,4,
25 46:7,9,11,23,24 47:2,
3,4,5,6,7,10,17,24 48:2,
7,8,10,13,16,17,21,22
49:4,9,12,23 50:3,16
59:14,21 60:6,7,8,9,19,
20,23,25 61:3,4,6,7,8
63:1,2,3,7,10,11,14,18,
22,23 64:13,14,15,17,20,
22,24 65:2,22 66:4,20,22
67:3,7,9,11,12,14,16,18,
23,25 68:1,2,4,6,7,10

he's
15:1,2

head
10:9

headed
69:24

heading
69:23

headphones
15:1

health
22:7

hear
13:20 14:23 29:24 71:7

heard
40:23 57:10

hearing
19:21

her
22:15,16,18 23:15,20
24:5,22 25:23 27:25 28:6
29:19 36:3,14,25 43:8
50:7 51:14,18,21,23

52:20,22 53:1 54:11,15,
25 56:21,25 57:6 58:16
64:3 68:19 71:21

here
15:6 68:9 71:20

herein
5:2

herself
58:25

hey
36:10 63:23

high
14:12,14,18

highest
13:9

him
15:21,22,25 22:8,19,21
25:8,11,19 27:9 28:14
29:16,18 31:8,16 32:9,
12,23 33:1,2,4,8,14,18
35:19 36:10 38:4,19,21
39:3,4,7 41:6,7,9,10,20,
24,25 42:9,13,16,24
43:12,14,25 44:3,7,8,21,
22 45:4 46:2,5,17,20
47:21,23,25 48:1,3 49:6,
20 50:5,17 60:9,22 61:7
62:24 63:4,11,13,25
64:21 65:3,21 67:17,22
68:1,8

himself
60:10

his
14:23,25 25:23 27:10
28:3 29:1 30:7,11 34:7
39:5,7,18 40:8,12,21
41:18 42:1 46:17,20,24
47:3,7,10,20,21 48:2

50:15 60:21 61:6 66:22
67:1,8 68:5

history
  40:15,19,21

hold
  8:24 36:18 48:17 52:15
  68:12 72:22

home
  66:22

hospital
  9:9,13,18 21:4,12,16

hot
  36:22

house
  17:5,7,12,20 27:7,10
  28:3 29:1,12 30:6,15,20
  31:4,9 32:5 34:10,13,17
  35:2 46:12 47:6,9 48:8,
  11,14,18,21,25 49:5,7
  58:22 62:18

houses
  63:2,8

how
  5:25 13:11,15 15:22,25
  17:19,22 19:3 21:4,8,13,
  19 22:6,7,11,16,17,21
  23:1,4,17,20 25:8,17,18
  30:14,23 32:23 33:2,17
  34:23 35:1,5 38:10 39:1,
  3,7,25 41:15,17 43:17,
  19,21 44:21 45:7 47:14
  48:10,16,17 49:6,7,10
  50:21,23 51:16 52:7,11,
  17,22 53:18,21,25 55:11,
  16,22,24 56:12 58:10,21
  60:1 61:4 62:12,17 63:18
  64:24 65:4,8,13 66:11,24
  67:3 70:17

Howard
  4:10 19:3,4 20:14,16,23
  21:1,14,20 22:4,11,17
  24:25 25:17,20 27:4,16,
  25 28:2,12,19 29:11
  30:4,20 31:6 32:18 34:6,
  9,13,16 35:9,12 36:16
  37:8,11,15,18 38:12
  59:20,24 61:2 62:10
  66:20,24

Howard's
  25:13

huh-uh
  10:8 18:16 36:20

hung
  38:4,12,21 41:19 42:11

───────────────────

                I

I'D
  23:5 41:20

I'LL
  53:13 63:23 67:20

I'M
  4:5 6:22,23 7:11 8:19
  9:10 10:6,10,22 11:18
  16:20 17:13 19:25 26:15
  28:14 32:16 37:13,20
  38:17 46:8 49:5 50:17
  53:18 57:1 59:21 60:11
  63:7 65:23 68:19 69:1,
  17,20 71:5

I'VE
  8:19 21:11 69:1 72:20

ibuprofen
  68:19

ice
  62:21

identification
  69:4

if
  10:9,13,16,17,21,24
  11:2,4,16 12:7,10,15
  14:23 24:6 36:9,11,12
  46:8 47:4 53:13 62:20
  72:7

Illinois
  5:13

impact
  9:21 10:1

in
  4:9 5:13 6:21 8:15 12:1
  14:22 15:2 16:6,25
  18:15,25 19:4,6,16 20:11
  21:4,11,16 22:3,8 24:6
  25:8,14,16 26:9 27:16,19
  28:21 30:22 32:9 33:8,9,
  11,19,21 34:10 35:4
  37:7,14 38:25 39:1,5,10,
  12,13,14,16 41:5,6,8,25
  42:7,13,14,21 43:13,21
  44:7,11,17,18,21,22
  45:3,4 46:4,18,21,24
  47:3,7,15 48:8 49:4 50:5
  52:13 53:20,22 56:25
  57:17 60:23 61:22,24
  62:1 63:1,8 64:12,14,21
  65:11,23 66:1,13,17
  69:7,9,20 70:7,21,25
  72:15 73:19

inaudibly
  68:14

incarcerated
  19:13 49:19 56:11

incident
  15:5,13 22:22 25:10
  30:19 32:4 40:24 41:2

42:15

**indicated**
44:24

**Inflammation**
7:14

**inside**
17:6,12,20 18:22

**insulin**
8:8 11:16 12:2,5,8,11,12

**interact**
41:17

**interacted**
12:24

**interacting**
40:10

**interaction**
32:11,19

**interest**
37:7,14

**interval**
11:10,12

**interviewed**
15:12

**into**
13:11 34:9,13 40:24

**involvement**
15:9

**irrelevant**
23:10

**is**
4:4,6,8,11 5:9 7:18,23
8:14,21,22,24 10:10,25
11:4,16,23 12:4,7 14:21,
22 17:12 18:9 22:13
23:17,25 24:3,17,19,24

26:20,24 27:15,18,21,25
28:18 29:20 31:3,8 32:14
33:19 35:5 36:19 45:13,
16,19 46:7,9 48:5 49:6
50:3 51:10,16 52:3 54:3,
6 55:3,4,22 56:15,23
59:17,23 62:4 63:25
65:21 66:2 68:20,23
69:14 70:5,10,21 71:11,
23 73:1,13,15,20

**issue**
13:20

**it**
7:7,16,23 8:9,22,24
11:17,18 12:2 13:16,19
17:5,6,12,15,16,21,23
18:6,12 19:19,21 20:17,
19 21:3,5,8,10,22 22:6,7
29:23 31:3,8 32:3,6 34:2
35:1,5 36:19 37:21
38:11,20 40:22,24 42:10,
12,18,19,23,25 43:20,21,
25 45:22 50:17,21 51:9
52:3,9,16 56:15 57:9,22
59:11,12 60:12,14 62:14
63:3,10,24 64:9,11 65:3,
11,12,16 66:2,4,5 67:20
68:9 70:10 72:5,8,18
73:4,8

**it's**
6:20 8:15 15:1 23:10,11
27:20,23 30:18 33:12
44:11 51:8 52:2,13
55:14,25 56:17 72:5

**itself**
73:9

**J**

**jacket**
64:18

**jog**
10:17

**Joseph**
4:5

**juice**
62:21

**jumped**
41:10

**Jury**
20:2

**just**
5:8 8:3,10,14 13:23
14:22 15:21 17:21,23
22:6 23:5 26:15 29:23
30:9 36:3,13,24 38:13,19
41:8 42:6,11,12,23,24
43:6,13 45:1 46:22 49:10
50:17 52:9 53:24 54:18,
20,23 55:1,3,7,25 56:17
57:4 61:7,8 63:23 64:22
65:5 66:4 67:12,15,20
68:8 70:11 72:18

**K**

**keep**
8:8 12:2 25:25 41:21
56:13,20

**kept**
32:8 56:24 68:8

**Kiana**
22:14 23:17,25 24:3,17
25:22 27:5,19,22 28:4,12

34:10,13 35:10,12,19
36:10

**kidney**
7:14

**kids**
22:7 49:11 56:3,6,7,10,
12,20,25 57:22,23 59:15
61:22 62:1 65:3,4,5 66:7,
14 67:22 68:9 72:18,19

**kids'**
71:4 72:3

**Kim**
20:12 34:24 38:24 39:22,
25 40:10,15 41:18 42:1,
21 43:2,5,22 44:17 62:22
63:6 64:12 65:17,19
66:1,17 67:10

**kind**
20:8 52:3 54:20

**kitchen**
63:20 71:17

**knew**
40:23 42:7 43:5 44:6
62:15 67:16

**knocking**
18:4

**know**
10:14,22 11:3,5,9 12:13,
16 14:22 22:16,17 23:2,
4,12,13 27:14,17 29:16
30:13 33:1 36:2,7,9,13
37:16 38:10,24 39:2,3,4,
20,21 40:13,21 43:12,14,
17,18,19 45:7 46:16 47:4
50:24 51:10 52:12,21,22
54:1,5,13 55:24 57:3
60:23 61:4 63:18 64:9,11
65:5,9 66:12,15,16

**knowledge**
40:15

**known**
12:18 22:21

**Konni**
4:6 13:25 37:1 60:12

---

**L**

**label**
24:5

**laid**
41:5

**laptop**
66:23 67:8

**last**
5:23 18:9,12 21:10 25:11
27:15,18,21 29:16 30:3
33:7,13 37:2 45:19 46:14
48:1,5 51:15 54:6,8,10
63:12

**later**
63:13 64:2,6

**lawsuit**
16:17

**lawyer**
34:2

**learn**
39:25 40:7 41:2 47:14

**learned**
40:5

**learning**
40:20

**least**
69:25

**leave**
59:6 68:9

**leaving**
41:4 67:7

**left**
32:7 58:15 60:20 61:11
69:22 70:11,19,25 71:10

**left-hand**
69:21

**legal**
4:5,7

**legs**
6:21

**let**
8:24 10:14,22 11:3,5
12:13,16 13:23 17:25
28:11 33:12 44:16 57:18
64:3 71:21

**let's**
68:18 72:24

**level**
13:9

**like**
13:19 16:12 22:23 29:13
33:1 34:1 38:13,15 39:4
41:19,23 42:6,11 48:16
49:10 53:23 67:1,12,16,
21 68:10

**listening**
15:1

**little**
53:10

**live**
30:12 39:10 59:1,3

**lived**
30:10 43:13 48:6,7 68:5

**liver**
  7:14

**lives**
  26:1

**living**
  39:16,18 46:23 47:2,4
  54:3 57:10,13

**located**
  59:23

**long**
  15:22,25 16:1 21:8 22:21
  23:1 27:20,23 30:23
  34:23 39:1,3 41:15
  48:16,17 49:6,7 50:5,21,
  23 52:11,12,22 53:25
  62:12,13 66:24 67:1,3
  73:5

**longer**
  53:10 54:16 56:13,21

**look**
  34:3

**looks**
  13:19

**loss**
  7:21 8:6

**lost**
  49:19

**lot**
  6:23 8:15 57:22 65:10
  67:20

**love**
  26:1

**lunch**
  11:20

**M**

**ma'am**
  10:5 15:8,11,15 37:9
  45:18 51:8 53:13,17

**magnesium**
  7:25

**make**
  10:7,10 11:18 17:25
  23:20 36:24 65:8

**makes**
  55:18 56:7

**man**
  40:25 41:3

**many**
  13:15 17:19,22 21:13,19
  30:14 33:18 41:17 44:21
  65:4 66:11 70:17

**marked**
  69:2,3

**Marquee**
  13:6

**married**
  13:2,4,6

**matter**
  4:9

**may**
  10:16 15:6,14 25:10,14,
  21,24 28:20 29:12,17
  30:4,15,19 31:9,17 32:5,
  17,24 33:8 34:12,16
  35:8,13,20 37:12,19,23
  38:4 39:11,15,21 40:9
  41:15 42:21 43:5 49:12,
  23 52:23 57:16 58:13
  59:7 62:23 66:2,25
  72:14,17

**maybe**
  16:3

**me**
  7:22 8:11,15,24 10:14,
  19,22 11:3,5 12:13,16
  13:23 16:2,14,19 17:10,
  15,25 21:4,15 24:7,8
  25:23 26:11 28:11 33:12
  40:25 42:24 43:4 44:1,16
  48:8 51:11 52:5 56:15,19
  57:2 59:11,12,14 60:12,
  13,14 63:11 66:19 67:3

**mean**
  15:18 17:9,11,15 25:18
  26:3 31:14 38:10,11
  40:3,23 42:6 43:16 49:24
  50:13,14 53:20 61:18
  62:19 65:2 66:12

**Meaning**
  20:8 33:23

**means**
  24:13

**meant**
  17:14

**medical**
  6:5,18 7:8,12 53:3

**medically**
  73:18

**medication**
  7:7,22,25 9:20,21,24,25

**medications**
  8:7,18,20 53:7

**meet**
  15:19 22:11,19 52:17,20
  53:1,18

**memory**
  6:13,16 9:22 10:17

**met**
  24:25 27:24 33:2,4

**million**
  25:15

**mine**
  22:24 71:6

**minute**
  62:19

**minutes**
  16:4 62:14

**misstates**
  28:6 29:19 38:6 43:8
  50:7

**mistaken**
  46:8

**Mobile**
  51:6

**mom**
  39:5 45:25 46:1,6,7,22,
  23 47:2,13 48:4 67:2

**mom's**
  45:10,11 46:11 47:6

**moment**
  66:21

**money**
  51:19,21 52:8 65:8

**month**
  18:12 21:10 49:10

**more**
  8:14 21:22 36:22 48:13
  52:7 54:23 63:4,11

**morning**
  42:12

**mother**
  30:7,11 39:18 40:12

45:14,16,17 68:5

**mother's**
  40:8

**mouth**
  40:8

**Movant**
  29:5

**move**
  46:11 65:3

**moved**
  39:5

**moving**
  29:2,4,6,7 41:22

**MR**
  4:15 5:14 14:1,25 18:18
  21:23 24:18 25:1 28:6
  29:19 31:11 35:14,23
  36:5,18,21,24 37:24 38:6
  42:3 43:8 46:25 49:1,16
  50:7 55:12 64:3 68:12,18
  71:21 72:22 73:7,15

**Ms**
  4:17,19 5:7,15,18,25
  9:10 13:24 14:3,4,21
  15:3,4 18:21 21:25 22:17
  24:20 25:3 26:14,16,25
  28:8 29:21 31:12 35:16,
  25 36:8 37:1,6,25 38:8
  42:4 43:10 47:1 49:3,17
  50:9 55:14,15 60:11,16,
  18 64:5,7 68:16,25 69:5
  71:22 72:24 73:4,8,11,21

**Mt**
  9:8,17

**much**
  31:5 43:12 44:11,12
  61:14 65:8,13 67:21

**murder**
  20:12

**Murray**
  4:19

**mutually**
  73:20

**my**
  4:4 6:21 7:14,17 8:7,8,14
  9:5 11:15,16,17 12:2
  13:22 17:5,25 19:14
  22:6,12,24 23:15,16
  24:22 25:16,22 27:7 30:6
  34:2 35:3 40:18 41:4,20
  44:4,11,14,16 45:8,10,25
  46:3,6,22 47:13 48:4,8
  50:2,16 51:10 53:12,23
  54:2 56:3,6,10,24 57:25
  58:14 59:13 60:2 61:12
  62:25 63:3,9,20 65:22
  66:23 67:6 68:3 70:22
  71:8 72:12,20

**myself**
  50:18

---

**N**

**name**
  4:4,13 5:19,22,23 8:5,11,
  18 12:19,25 22:15,16
  24:22 29:3 45:11 51:12,
  14,15 52:13 58:2,16

**names**
  9:6 23:12 58:4

**nature**
  38:15

**near**
  70:20 73:19

**need**

11:2,6,9,13,21 12:8,11,
12,16 14:23 68:13,16

**needed**
36:2

**neighbor's**
63:2,8

**neighborhood**
44:11 52:19 53:20 62:2

**nerve**
6:20

**neuropathy**
6:20 7:1,15

**never**
23:15 27:11 28:10,13,17
43:3 44:1 48:7 57:8

**new**
50:19,23

**next**
63:25 72:1

**nice**
12:1 65:11,12

**nicknames**
12:21

**night**
19:18 48:10,13,17,23,25
49:5,7

**nights**
48:8

**no**
6:9,14,17 8:2,7,23 9:23
10:2,5,8,10 11:25 12:6,
20,22 13:1,3,5,8 14:11,
25 15:8,11,15,21 16:9
18:17,19,20,24 19:2,5,8
20:3,6,18,21,25 21:21
22:10 25:22 27:3 28:1,23

30:8 32:25 33:6 34:5,8,
15 35:11,21 36:17,21
37:9,13 38:2,14,23 39:24
41:1,22 42:10,19,23 44:4
46:10,19,22 47:22,25
48:22 49:14,20,24 50:11
51:4,8,20 53:2,13,17
54:16,23 56:13,21 57:7,
11,14 59:2 60:5 61:18
62:6 63:4,11,23 64:22
65:18 67:23 68:17 70:22
71:4 73:5

**nobody**
57:12 67:16,23

**nodding**
10:9

**normal**
45:2

**normally**
12:1

**not**
6:23 15:1,2 16:1,20
19:25 22:24 23:5,8,11,24
24:1,7 25:12 26:17 35:22
36:19 37:20 39:19,20
40:5 44:4 45:1 46:8
48:12,22 49:15 50:12
54:17,24 55:4,8,14,22
56:1,8 59:22 60:11
62:13,14 67:1 70:22
71:1,2 73:7,9,11,13

**nothing**
5:4 11:19 24:14 38:11,20
40:13 41:23 42:11 43:3
44:1

**noticed**
6:15

**notification**

44:4

**November**
33:11,14,19 40:4 54:9

**now**
6:22 8:19 11:20 24:19
29:17 30:4,18 32:16 54:4
65:23

**number**
25:14 50:15,16,23 51:3

**numbers**
25:16

## O

**oath**
24:9 26:16,18

**Objection**
21:23 24:18 25:1 28:6
29:19 31:11 35:14,23
36:5 37:24 38:6 42:3
43:8 49:1,16 50:7 55:12

**obvious**
43:20,21 44:11

**occasion**
46:4

**occasional**
21:12

**occurred**
15:6

**Octavia**
45:12

**of**
4:9,10,15,18,20 5:3 6:2,
7,10,13,15,23 7:14,16
8:5,6,11,15,21 9:3,15
10:6,7,8,9,17 11:10,12,
23 12:2,4 13:9,15,17

14:5 16:20 17:19 18:6
20:4,8,12 25:14 28:22
32:9,10 33:11,14,19 35:6
37:4,13,20 38:11,13,15,
20 39:14,17 40:8,15,21
41:8 42:24 43:2 44:6
46:11 49:6 52:3 53:3
54:2,20 57:22,23,24
58:7,12 61:12,18,19,24
63:2,8 64:17 65:10 66:7
69:6,7,10,15,16,17,18,
21,22,23,24 70:1,8,11,
12,20,23,25 71:8,10,11,
19 72:6,10 73:16

**off**
14:3 25:23 26:21 36:19
59:21 60:9,19,20,22,25
61:8 65:2 67:9,16,17
68:21 72:24 73:2,10

**offered**
13:18 14:6

**officer's**
17:16

**officers**
4:18,20

**often**
25:8 32:23 39:7 48:10,12

**Oh**
14:3 65:25 70:22

**okay**
6:7 7:8 8:3,10 9:10,14,19
10:19 11:6,18 12:10,13,
17 14:3,8 15:3 16:24
17:16 23:13 24:2,8,17,24
26:19 28:11 31:23 32:2,
15,22 34:6 36:21 39:21
40:14 42:20 43:1 53:11
56:4 65:23 68:6 69:1
70:14,24 71:9 72:1,9

73:21

**old**
5:25 51:2,16 58:10

**oldest**
58:14

**on**
4:3,8,15,17,19 5:8 6:22
8:24 10:11 14:24 15:1,6,
13 16:13,16,22 18:3,5
20:17 21:12,15 25:10,24
26:24 27:1 30:19 32:4,17
34:1,16 35:12,20 36:18
37:11,18,23 38:4,15
39:10,15,19,21,22 40:1,
6,9,11 41:10 42:16
43:16,22 44:6,8,9,12,18,
22,25 45:4,9 48:17 49:8
52:8,15 56:2,10,12
57:12,16 58:13 59:5,6
61:6 62:23 63:13 64:17,
18 65:23 66:2,24 67:6,21
68:9,12,24 69:14,15,21
71:1,9,11 72:9,13,16,22
73:5,8,9,11,13

**once**
21:3 22:23 32:25 36:12
41:19 49:10

**one**
17:21,23,24 20:9 21:17,
22 40:24 48:13 51:10
63:2,8 68:10,12 72:22

**one-on-one**
38:4,22

**ones**
72:20

**only**
11:3 21:15 32:19

**open**
63:20

**or**
8:4,11,22 10:9,10,15,18,
23 12:11 16:3 18:18
41:7,10,23 42:11,16
44:19 52:24 62:4,6,7,9
64:18 68:17 70:7 72:7

**other**
7:8,11,16 9:14 12:19,25
14:8 15:5,13 16:18 18:14
23:23 26:1 28:22 34:12
41:17,24 42:1,20 48:20
49:22 58:12 61:22 62:1
67:18,22 68:2,10 70:14

**our**
15:1 55:10,17

**out**
21:4,16 35:6 37:22 38:4,
12,19,21 40:8,16,17
41:4,5,8,23 42:11 46:11
50:18 54:15 57:7,19,20,
23 61:12,17,18,19,24
63:1,3,6,12,14,19 65:3,4,
12,16,22 66:2,5 67:22
68:9,10

**outside**
28:22 30:7,22 31:14
34:18 35:3 40:12 41:21
62:25 63:9 64:14,21
66:17

**over**
15:21,23 29:11 34:20,23
47:20 48:3 59:13,20
60:4,19 61:2

**own**
26:2,4,6 51:18

**P**

**p.m.**
73:2,22

**pain**
53:7

**pants**
64:16

**paper**
8:21 9:3

**paperwork**
8:15,16 9:5

**paralegal**
15:2

**parents**
23:16

**part**
69:16,18 71:8,11 72:6

**participating**
15:2

**particular**
8:21 11:23 31:16

**parties**
5:9 73:20

**past**
27:7,10 28:3 29:1 30:6,7,
14,20 32:5,10,18

**paying**
67:5,23

**pending**
11:4

**Pendleton**
29:8 58:9

**people**
26:1 49:20 50:13 57:22

60:23 66:13

**people's**
68:9

**period**
11:10,12,23 12:2,4

**person**
22:8 27:16,19 33:8 43:7
44:12 55:20,22 56:1,5,8

**personal**
40:14

**personally**
12:12

**phone**
11:17 12:7 15:21,23
25:14,16,23 36:3 50:15,
19 51:11,18

**phonetic**
13:7 29:8

**photograph**
69:6,10,23 70:8,25

**physically**
73:17

**piece**
8:21 9:3

**place**
49:20

**plaintiffs**
4:16

**plans**
60:3

**please**
5:19,22 10:14,19,22 11:3
12:13,16 22:15 24:8
26:13 37:2 52:16 58:4
60:17 72:25

**point**
11:2 12:10,15 18:15
34:10 58:13

**police**
12:25 15:10,13 16:24
17:8,9,13,20 18:23

**portion**
20:4 37:4

**possible**
73:19

**premises**
39:19,23 40:1,6,11

**prepaid**
51:8 52:2

**preparation**
33:21

**prepare**
15:16 33:24

**prescribed**
9:19

**present**
4:11 58:13 67:13

**pretty**
44:11,12 61:13

**prior**
15:19 25:10,21 29:20
30:15 32:23 35:8 38:6
39:7 40:20 42:1 43:9
50:8 52:22 62:9 63:5

**probably**
16:3 49:9 50:16 62:13,14

**problem**
73:5

**problems**
26:5,7

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                     95
TABITHA WASHINGTON, 09/20/2021          Index: proceeding..reports

proceeding
73:22

produced
16:25

program
13:16 14:5,10

pronounce
7:16 8:4 9:5

prosecuted
20:11

protein
7:22,24

provided
16:6

provider
8:25 9:1,2 50:25

public
19:14 40:18 61:24

pulling
57:22 66:13

put
14:23,25 65:6 66:10
73:4,8

putting
52:7 64:10 66:6

**Q**

question
10:13,23,24,25 11:4,5
14:1 18:1 19:10 23:5,9,
11 24:6 28:16 33:12 37:2
38:11 44:14,17 53:14
55:25 64:4

questions
10:16,21 19:23 53:12

quick
68:18

**R**

rain
41:6,8

raining
42:12

rather
23:5

re-ask
33:12

reach
54:14

read
37:2,4 60:12

real
68:18

really
11:22 16:1 21:3 31:5
38:15 39:4 41:22 42:6
44:10 54:1 55:1,2,24
66:12,14 67:5,23

reason
49:22

recall
21:18,19 22:2,20,23,25
25:5,7,9,12,15,25 26:8,
10 27:11,23 30:3,17,25
31:2,7 32:13,25 33:2,4,7,
13,17 34:21,25 35:18
38:14,18 39:13 41:13,14,
16 42:18,24 44:10,15,19,
23 45:21 46:13 49:2
50:20,22,24 52:21 59:8
61:1

recess
26:22 68:22 73:3

record
4:3 5:8,20 10:12 14:24
26:21,24 37:4 68:21,24
72:24 73:2,10,12,14

records
16:10

red
64:17,18

referring
8:16 61:20 62:1

related
31:5

relationship
26:5,7 36:16 37:8,11,15

remember
8:4 10:14 14:17 18:11,13
19:20 21:7,9,11 31:3,5,8
32:9,11,16,22 47:16,19
58:20

remembered
31:16

remind
26:15

remotely
5:3,10

repeat
10:23 60:17

rephrase
10:23

reporter
4:6 5:12 60:14

reports
16:24

**represent**
 4:14

**request**
 11:4

**requested**
 37:4

**reschedule**
 73:18

**response**
 10:18

**restroom**
 26:12

**review**
 33:22,25

**reviewed**
 16:19

**ride**
 71:1

**right**
 5:13 6:22 8:19 12:14,18
 28:5 30:23 31:21 33:17
 38:5 39:15 52:15,17
 53:8,18 61:14 69:22,24
 70:1,11,12,15 71:10,18,
 19,20

**role**
 23:22

**romantic**
 36:15 37:7,11,15

**room**
 5:13 70:21 71:5,16,23
 72:3,7,12

**rules**
 5:10 10:7

**Rush**
 9:8,13

**S**

**S-H-A-W**
 51:15

**said**
 13:20,21 17:12,13 18:3
 23:15 27:11,25 28:2,10,
 13,17 32:5,6,15,18 34:1
 41:9,19 44:5 49:4 55:3
 56:1,5 61:8 62:4,6 63:23
 65:16 67:1,12 72:4,23

**same**
 5:10,13 12:15 43:13

**saw**
 18:3,9 25:11 27:15,18
 28:2 29:16,18 30:3 33:8,
 14 43:25 44:7,8 45:19
 46:2,5 62:24 63:6,13,25
 64:12,20 65:17,21,24
 66:1,17 68:1

**say**
 11:22 16:3 18:18 23:5,15
 31:19,21,25 32:2 40:13
 55:2 57:17 62:13 63:22
 64:20 72:21

**saying**
 18:2 29:18 32:10 57:3
 61:21 67:11,14,19

**Schnidt**
 4:17 5:7,15,18 13:24
 14:3,4,21 15:3,4 18:21
 21:25 24:20 25:3 26:14,
 25 28:8 29:21 31:12
 35:16,25 36:8 37:1,6,25
 38:8 42:4 43:10 47:1
 49:3,17 50:9 55:14,15
 60:11,16 64:5,7 68:16,25
 69:5 71:22 72:24 73:4,8,

 11,21

**school**
 14:12,14,19 23:19 27:8
 28:5,24,25 29:6,9 35:6
 41:5 57:18,23 61:3,5,8,
 12,13,16,18,19,21,23,24

**second**
 36:18 68:12 72:22

**Secondly**
 10:13

**see**
 10:16 16:21 17:19,22
 18:22,25 19:3,6 25:8
 27:4,9 28:11,14 32:23
 39:7 41:20 42:23 44:2,
 16,17,21 45:4 46:6,22
 48:4 49:10 53:21 54:20,
 23,24 55:6,8,25 56:6
 63:4,11 65:19 69:6 70:7,
 15,25 71:5 72:5

**seem**
 37:18

**seen**
 16:5,11,24 17:2 18:14
 19:9 20:1,4 22:8 28:19
 54:8

**self**
 60:21

**sell**
 65:10

**selling**
 34:19 35:4 57:16,21 58:8
 59:10,12 61:10,14 63:5,
 15 65:13 67:6

**sense**
 15:2

**September**

4:9 32:9,13,14,17

**set**
41:20 61:11,14 62:5,25

**setting**
62:8 63:9

**Seven**
52:24

**Seventh**
14:13

**severe**
6:22

**shaking**
10:9

**Shaw**
51:13 58:17 59:6

**she**
22:16 29:9 36:4,9 37:18
51:16,18 53:23,25 54:1
55:19,20,22,23 56:2,5,7,
8,10,12,13,20 58:10,14,
15,18,21,23,24,25 59:1,3
61:13,18,23 72:22,23

**she's**
27:24 56:1,8,24 57:10,13
73:17

**shirt**
64:17

**short**
17:21,23

**should**
5:10,11

**show**
60:6 69:1

**shown**
19:1,4,7

**sibling**
45:13

**siblings**
46:3

**side**
45:9,10 69:21,22,23,24
71:1,10

**sidewalk**
69:24 71:10

**Sinai**
9:8,17

**since**
20:22 21:2,14 22:4,8
27:25 28:19 33:8,11,14,
18 49:12,23 54:15

**sister**
22:12,13 23:15,17,21,25
24:1,4,17,23 25:22

**sister's**
22:24

**sisters**
45:16

**sit**
38:15 41:8,25 42:13

**sitting**
30:22 31:14 34:4,18
64:14 72:7

**situations**
26:2,4

**sleep**
7:21 72:13

**sleeping**
42:13 72:16,18

**slight**
13:19

**small**
72:20

**snow**
34:19 35:4 57:16,21
58:8,15,18 59:10,12
61:10,15 62:5 63:5,15
65:10,14 66:8,9

**snowballs**
61:15 65:6 67:6

**so**
8:10 11:25 13:17 16:21
17:1,13 19:22 22:24
23:24 26:7 27:9 31:3,8
32:4,16 33:12 36:9
39:15,21 40:9,13 42:12
43:5 45:16 46:23 47:14
48:1,16 49:4,22 53:23
54:12 55:7,11,16 56:6
57:8 61:13,20 62:4,9
63:5 65:12,19,24 66:5,14
67:21,23,25 69:22 70:24
71:9

**sold**
65:11

**some**
8:7 10:6 13:10 36:22
64:16,17 68:19

**someone**
14:22 19:23,24

**someone's**
19:19

**something**
8:22,25 29:13 31:15

**sometime**
34:21

**somewhere**
59:21 60:8,9,20 63:1

**son**
57:25

**son's**
58:2

**sons**
57:25

**soon**
73:19

**sorry**
7:11 25:22 34:5 50:24
53:18 60:11 69:17

**speak**
5:3 27:2 30:16 54:12

**speaking**
26:17 68:15

**special**
31:15

**speculate**
10:15 38:15

**speculation**
36:6

**spell**
5:22 22:15,16 51:14 58:4

**spend**
48:10,13,23 49:4,7

**spending**
48:25

**spent**
48:8

**spoke**
15:21 27:21 30:21 31:18,
20,21,24 34:1 46:14
54:6,10

**spoken**
21:20 33:18 34:6

**squares**
70:1

**Standby**
26:23

**standing**
66:5 68:2

**Stapf**
4:6

**start**
57:15 61:9

**started**
15:13 20:20 23:22 59:10,
12 61:14 62:5,7,8 63:15
64:10 66:4,5,6

**starting**
57:18

**state**
4:13 5:19

**station**
18:23

**stay**
30:23 48:17,21 50:17

**stayed**
30:8 38:25 39:1,5,12,13
42:7 49:12,23 67:2

**staying**
45:25 46:1,7 49:20

**sticking**
37:22

**still**
27:13 36:11 38:14 46:7,9
47:4 50:3 61:22,24 66:8
68:7

**stop**
47:12

**stopped**
30:15,20 31:4 47:11 48:3
55:7 57:7

**stopping**
31:9

**stops**
14:19

**store**
61:11 62:7

**strange**
37:21

**street**
30:8,10 57:12 67:2 69:7

**stress**
7:5,6

**stretch**
49:6

**strike**
6:11 12:23 28:18 33:3
43:6 59:16

**stuff**
7:15 26:6 59:14 62:21
64:10,25 65:6 66:6 68:8

**Suburban**
9:8,17

**suffering**
6:4,19 7:2,13,20 8:12
9:12,16

**sugar**
11:16

**summer**
61:19

**support**
52:10

**supposed**

39:19 40:5 56:24

**supposedly**
19:17

**sure**
10:7,11 11:18 17:25
19:25 20:10 36:24 59:22

**sworn**
5:2 24:13

---

**T**

**T-A-B-A-T-H-A**
5:23

**T-A-K-Y-L-A**
51:15

**T-A-M-M-I-R-O-N**
58:6

**T-MOBILE**
51:1,2,7

**T-Y-S-H-A-W-N**
58:5

**Tabatha**
4:9,12 5:1,21 12:19
73:17

**take**
7:7 8:8 11:2,6,9,15 12:2,
5,8,11,12 14:5 27:7
28:25 41:4,21 52:25 53:7
63:1,6,14,23 68:13,16

**taken**
4:8,9 14:9 26:22 68:22
73:3

**taking**
7:22,23 8:19 9:20,24
11:14 28:4

**Takyla**

51:13 58:17 59:6

**talk**
15:6,22,25 20:19 22:5
31:1 35:19 46:17,20
47:21,23 48:3

**talked**
20:23 21:1,13 47:25 48:1
50:5 57:12

**talking**
17:15,20 55:7 57:7

**Tammiron**
58:3,6

**technical**
4:12

**telephone**
25:13

**tell**
6:8 10:1,19 24:8,14
44:12 47:17 56:15 66:14

**testified**
5:5 29:15 30:2 43:15

**testifying**
53:16

**testimony**
19:19 20:2 28:7 29:20
30:18 32:20 33:24 38:7
43:9 50:8

**tests**
6:23

**than**
15:5,13 21:22 34:12
41:24 42:20 48:13 67:18

**Thank**
5:15 73:21

**that**
5:9 6:11,12,15,18,23 7:2,

8,12,13,16,19,24 8:4,5,
12,13,22,25 9:3,4,11,15,
20,25 10:9,10,11,14,19,
21,23,25 11:3,4,5,8,12,
13,16,18,19,24 12:4,10,
11,12,16,23 13:18,21
14:8,9,10 15:5,6,13,18
16:5,18,19,20,21,25
17:14,25 18:3,9,14
19:10,18 20:8 21:5,16
22:3,7,18,23 23:20,24
24:3,13,22 25:11 26:3,16
27:15,18,21,24 28:2,10,
16,18,25 29:9,14,15,16,
18 30:1,2,5,8,18 31:3,4,
8,15,16 32:3,11,15,17,19
33:1,3,8,14,19 34:21,22
35:1,2,5 36:4,25 37:13,
20,21 38:3,10,16 39:13,
19,20,25 40:5,7,8,18,24
41:1,10,22,23 42:11,12,
15,16,24,25 43:3,6,15,
17,19,22 44:7,18,24,25
45:1,3,13,19 46:14,24
47:3,7,10,14,23 48:1,2,8,
21 49:7 50:2,14 51:5,11,
25 52:8,11,15 54:6,10,
12,22 55:3,9,19,24,25
56:2,5,7,15,16,20,22,23,
25 57:2 59:3,9,16,23
60:4,12,23 61:22 62:11,
24 63:3,7,12,13,15,18,
24,25 64:1,6,18 65:8,21
66:3,21,22 67:7,11 68:4,
7 70:1,6,7,14,21,22,24
71:7,18,23 72:2,4,6,18
73:5,6,19

**that's**
8:9 9:2,14 23:8,22,24
24:5,11,22 28:5 32:6,11,
14,19,20 34:2 36:18,19

37:1 39:16 40:5 42:23
44:12 45:8 55:4 56:20
69:9,12,23,24 70:15,19,
22,25 71:1,2,4,6,7,8,9
72:8

**the**
4:3,5,6,9,10,11,16,18,20
5:3,4,8,10,11,12,13,20
6:8,18 7:1,15,16,18,23
8:5,11,18 9:2,21 10:1,6,
11,17,18,24,25 11:3
12:24 14:1,10,24 15:9,
12,21,23 16:12,13,14,16,
21 17:8,9,13,19 18:6,9,
12,22 19:15,16,17 20:4,
7,10,11,17,19,22,23
21:4,7,10,11,14,16 22:3,
4,7,8 23:9,11,22 24:5,14,
15,22,24 25:10,11 26:12,
19,20,21,23,24 27:1,15,
18,21 29:3,16 30:3,8,10,
19,22 31:3 32:4,10,19
33:7,9,11,12,13,14,18
34:23 35:4 36:20,22
37:2,4 38:3,13,15,25
39:1,5,9,12,14,16,19,22
40:1,6,11,25 41:2,3,5,6,
8,10,13,20,21,25 42:7,
13,14,16,24 43:13,23
44:5,19 45:1,13,19 46:4,
8,14,23 47:2,6,9,23 48:1,
2,5,10,17,19,20,23,25
49:4,7,11 50:23 51:2,10,
11,18 52:19 53:7,20
54:6,9,10,15,19 55:5,6,
20,22 56:1,5,8 57:12,17
58:10 59:1,9,14,15,20,23
60:14,23,24 61:10,11,19,
22 62:1,5,7,10,12,17,21,
25 63:2,4,8,9,10,12,14,
16,25 64:10,12,14,18,21

65:6,11,21,23 66:1,17,18
67:2,22 68:2,4,10,14,20,
21,23,24 69:9,10,15,20,
21,22,23,24,25 70:1,2,7,
10,11,12,19,20,23,25
71:1,4,5,10,11,17,18,19,
23,25 72:1,3,4,6,7,9,18,
24 73:1,2,9,10,12,13,15,
16,17,19,20

**their**
4:13 9:6 23:12 26:2,4,6
27:7 58:4 66:14 72:15

**them**
17:15 56:13 65:13

**then**
11:5 58:15 59:13 61:9
65:16 67:10 68:6 69:20
72:1,4

**there**
8:14,21 11:4,23 12:4
14:21,22 16:17 20:13,14
31:15 39:5,18 41:22
42:10 46:25 47:5,11 48:4
55:3 57:20,24 58:7,14
60:1 61:25 62:15,20
65:3,4,12 66:7,13,20
67:13,21 69:14 70:5,14
72:5

**these**
6:13,15 67:22 69:14,25
71:18 72:9

**they**
4:14 7:21,22 18:4 23:1
25:24 26:1,5,7 27:10,11,
13 28:13,15,17 36:11
60:8 61:23 65:5 66:9

**they've**
8:25

**thing**
11:3 12:15

**think**
29:13 38:11,19,20 52:24
56:17 66:22

**this**
4:8 5:9,11 8:3 15:5,13
16:6,7,25 17:2,10 19:9,
13 22:21 23:4 24:19
29:20 38:3 41:12 45:22
46:18,21,24 47:3,7,15
53:9 63:23 69:6 70:10,
15,19,24 71:9,20

**those**
6:7,10 14:9 45:3 69:16,
17 70:2 72:10

**though**
5:11

**thought**
55:20,22 56:2,8 57:3

**three**
72:20

**through**
10:6 14:18 22:12 26:1,5
53:1 57:8 68:10

**throw**
72:23

**time**
11:10,12,16,19,20,23
12:2,4 18:9,15 21:17,22
24:24 25:11 26:20,23
27:15,18,20,21,23 29:16
30:3 33:7,13 34:10,21
38:3 39:20 44:19 45:19
46:8,14,24 47:2,6,10
48:1,5,20 50:6 52:12
54:6,8,10 58:10,18 59:1,
3,9 60:25 61:16 62:11

63:12,25 64:8 65:21
66:18 68:20,23 73:1,15,
16,19

**times**
21:12,13,19 27:6 28:3,22
30:14 33:18 40:16 41:17
44:21 45:3

**tired**
53:4

**to**
5:3 6:8,11 7:11 8:3,8,10,
17,18 10:1,6,10,15,16,22
11:2,6,9,13,15,17,21
12:1,2,7,8,11,12,16 13:6,
17,21 14:6,12,23 15:6,
16,20,21,22,25 17:10,11,
13,15,20 18:18 20:23
21:1,13,20 23:4,19 24:7,
13 25:10,21 26:10,15,17
27:2,6,7,21 28:5,24,25
29:7,11 30:15,16,21 31:5
32:23 33:18,24 34:1,6
35:1,8,19 36:2,12,24
37:18,21 38:10,15,17,19
39:7,19,22 40:1,4,5,11,
20 41:4,5,9,21,25 42:1,
13 43:4,15,21 44:1,3,4,8,
22,24 46:6,15,17,20,22
47:17,21,23,25 48:1,3,4
49:5,6,10,21,22 50:5,17,
18 52:15,22 53:4,8 54:6,
11,14,15,20,23,25 55:6,
8,24,25 56:6,7,13,19,24
57:8,18 58:22 59:14,20,
24 60:3 61:13,20,23
62:1,5,7,9,10,16,20 63:1,
5,10,16,22 64:20 65:3,6
66:8,9,22,23 67:7,8,17,
21,24 68:4,5,8,13,16,19
69:1,20,24 70:1,11,19,

23,25 71:5,10,18,24
72:2,8,11,20,23 73:11,
16,18

**today**
4:6,11 6:5,19 7:13,20
8:12 9:12,16 15:6,17
24:9 32:14 34:4 36:11

**today's**
33:24

**together**
23:18 27:13 36:11

**told**
6:12 9:21,25 11:8,13
33:10 41:7,25 42:6,13
67:7

**tone**
67:22

**too**
67:1

**took**
13:17,21 63:3,10,18
65:22

**towards**
45:5 69:23,25

**transcript**
19:9,16 20:5 73:9

**transcripts**
19:12

**trash**
63:3,6,9,14,19 65:22

**treated**
5:11

**trial**
20:5,7,11,17,20,22 21:2,
14 22:4,9 33:9,11,15,19
40:4 54:9,15

**tried**
54:14

**triggered**
67:17

**true**
24:3

**truth**
5:4 6:8 10:1 24:14,15

**try**
10:17 12:1

**trying**
17:13 44:3 49:5 50:17
65:6 66:8,9 67:21 71:5

**TV**
72:7

**two**
29:13,18 30:1,18 31:4,9,
17 32:4,10 38:13 57:25
58:2 69:14,25 70:1,18
71:18 72:4

**type**
6:21 7:1 64:17

**Tyshawn**
58:3,5

---

**U**

**uh-huh**
10:8 24:10 71:13

**unable**
73:18

**under**
6:23 24:8 26:16,18

**understand**
10:22 17:14 23:24 24:8
49:5

**C00** AdvancedONE    **(866) 715-7770**
LEGAL                        **advancedONE.com**

**understanding**
53:12

**understood**
10:25

**until**
63:4,13 65:6

**up**
12:3 23:18 25:25 27:5,
10,12 28:4,12,13,15,17
30:8,10 31:22,24 32:1,6,
10,18,19 35:7 41:6,7,24
42:24 44:10 46:25 50:13
56:10,12 57:23 58:23
60:6,12,14 61:12,14
62:5,8,25 63:10,21 64:11
65:7 66:6,10,13 72:23

**upstairs**
63:2,7

**us**
14:23

**use**
26:12 66:23 67:8

**used**
27:6 52:9

---

**V**

---

**vague**
37:24 42:3 49:1,16

**verbal**
10:8

**versus**
4:10 23:21

**video**
17:2,4,6,10,12 18:3,10,
14,22,25 19:4,6 26:21,24
68:21,24 73:9,12,14

**videographer**
4:3,5 5:12 26:20,23
68:20,23 73:1

**videos**
17:19,22

**videotaped**
4:4

**Vincent**
20:1

**violent**
40:19

**visit**
48:22

---

**W**

---

**W-A-S-H-I-N-G-T-O-N**
5:24

**waking**
42:24

**walk**
27:7,10 28:3 62:20

**walked**
30:6,7,14 32:5,18 58:23
59:21 60:8,9,20 67:9

**walking**
30:20 32:8,10 35:6 57:23
66:13

**walkway**
71:5

**want**
10:15 72:8

**wanted**
36:12,24 56:13 62:20

**warehouse**
59:14,20,23 62:10,12,17

63:17

**was**
5:4 11:25 13:16,18
16:12,13,16,17,21 17:5,
6,10,15,16,21,23 18:2,4,
5,6,12 19:1,4,7,13,15,19,
21,23 20:13,14,17 21:4,
5,8,10,16 22:6,7,18,24
23:16 25:11,23 26:1,5
29:3,16,24 30:3,7,9,20,
22 31:14,15 32:3 33:7,13
34:16,18 35:1,3,6,12
36:4,9,15 37:10,17,21
38:3 39:9,15,18,19,22
40:5,10 41:4,5,7,12,22
42:12,13,24,25 43:16,20,
21,22 44:5,6,7,14,18,25
45:1,4,22,25 46:1,4,6,14,
23 47:2,4,5,6,15,17,20
48:2,8 49:10,19,20 50:2
52:9 53:23 54:8,10
55:21,23 56:2,6,9,10
57:4,18,22 58:7,10,14,
24,25 59:9,11,12 60:19,
23,25 61:3,4,12,19,21,
22,23,24 62:15,17,21,24
63:1,3,7,8,12,21,24 64:9,
11,13,14,15,18,22,24
65:2,3,5,11,12,16 66:2,4,
9,13,16,20,24 67:3,6,7,
11,12,13,14,16,18,20,21,
23,24,25 68:1,2,3,4
72:16,18

**Washington**
4:10,12 5:1,21,23,25
9:10 26:16 35:7 39:10,17
58:5,6 60:18 69:11,22
72:10 73:17

**wasn't**
21:3 36:25 40:1 42:7,10,

11 47:11 55:20 56:5
62:14 67:5

**watched**
59:15

**way**
43:23 44:5,7,18,22 45:1,
5 67:22 68:7

**we**
4:6 5:7 10:11,14 13:19
14:1,23 23:18,22 30:6,22
31:14 34:18 42:11 43:13
54:9,12,16,20,23 55:1,6,
7,25 56:6 57:7,8 59:11
61:11,14 62:7,11 64:10
65:6,11,14 66:5,10 67:24
68:3 70:6,15,24 72:5
73:2,16

**we'll**
5:7 10:24 73:4,18

**we're**
15:5 26:21,24 68:21,24
73:11

**wearing**
64:15

**weather**
65:12

**weekend**
48:19

**weekends**
48:20

**weeks**
13:17,21 14:5

**weight**
7:21 8:6

**well**
19:10 25:20 38:3 55:1
56:19 57:17 60:15

**went**
29:7 40:4 46:22 59:14,
20,24 60:9,20 61:13
62:7,9,11 63:12,16 66:22
68:10

**were**
5:13 13:6 16:15,25 18:2,
4 20:7,11 25:6,24 27:1
28:4 36:11 40:9 43:1
47:9 49:6 57:20,21,24
58:8,12 61:20,21 62:12
65:4,13 66:7,11

**West**
9:8,17 39:10,17 59:5
69:11,22 72:10

**what**
6:18 7:18,23 8:16,18 9:7,
11 11:19,20 13:20 15:16,
18 16:10,12,13,14 17:6,
9,10,11,14 18:2,5 19:12,
15,17 22:4 25:18 26:3
27:18 28:24 29:3,24
31:1,19,21,23,25 32:2
34:16 36:4,9 38:18 40:3
41:9 42:18 43:21 44:5,24
46:4 49:5 50:14 51:25
52:3 53:6 54:22,24 55:4,
8,18 56:2,4,7 57:20 58:2,
18 59:16,19 60:25 61:16,
18 62:15 64:8,15 65:1
67:11,14,17,18 69:1
70:21 71:7,16,23 72:8,
10,21

**what's**
6:2 11:12 13:9 31:22,24
32:1,6,10,18,19 45:11
51:12 54:19 58:16 69:9
70:20 72:1,6

**whatever**
41:7

**when**
11:25 12:1 13:13 14:16
15:22 18:9 19:13 21:6,15
22:19 24:24 25:11,23
27:9,15,21 28:3,4,18
29:9,16 30:3 31:21 33:7,
13 34:20 40:4,5,9 41:2,
12,24 43:24,25 44:5,7,
11,14,16,17 45:19 46:1,
11,14 48:5,24 49:22
50:19,25 52:20 54:1,6,10
56:10 57:5,15,18,20 59:6
60:7,8,19,20 61:2,6,9,20
62:4,22 63:25 64:12,20
65:16,19,21,24 66:1,17
67:10,13,25

**where**
7:10 14:12,23 25:6 30:12
33:4 45:24 51:9 54:3
57:10,13 59:3,23 61:7
64:13 67:24,25 68:3,5
72:13

**where's**
36:10

**whereupon**
73:13

**whether**
39:22

**which**
14:22 18:25 19:4,6 20:11
24:6 44:8,18,22 45:3,9
46:4 58:7 72:19

**while**
20:17 26:17 27:1 53:10
58:8 59:15,19

**white**
19:1 45:7,12,15,20 46:15
47:14 48:5 50:1 59:17,19
60:3 64:16,18

**White's**
45:16

**who**
22:13 23:3,13 29:7 30:10
37:10 40:7,17 43:18 46:1
51:5 57:24 59:9 60:22
61:20 66:16 72:16

**who's**
9:2 45:13 50:25

**whole**
24:14

**whom**
4:13

**Whose**
17:4

**why**
16:16 23:6,8 29:17 30:4
31:3,8 32:14 35:22 36:10
43:4 47:12 49:15,23
50:12 54:14,17 55:4
56:15,19,20 57:1 67:16
68:8

**Wifi**
66:23 67:8

**will**
4:13 11:17

**window**
70:10,19,21,22,24 71:2,
9,23 72:1

**windows**
69:14,18 70:2,6,14 71:18
72:4,9

**wish**
7:16,24 9:4

**with**
4:7 6:25 7:6,9,12,19
8:13,19 9:11 10:7 12:15,

24 15:9,19 16:13 22:4
25:25 32:12 34:24 35:3,9
36:16 37:8,11,15,18
38:4,12,21 40:10,24
41:3,11,18 42:1,8 45:17,
25 46:1,7,23 47:2 48:6,7
49:12,20,23 51:2,7,18
52:1 53:9 54:25 56:21
58:24 59:1,9,14 60:6,24
62:9 66:14 67:6 71:2
73:5

**within**
5:13 11:9 18:12 21:10

**without**
8:7 14:19 34:10,13 35:10

**witness**
4:11 5:2 26:12,19 36:20,
22 42:15,19,21 68:14

**woke**
41:6,24

**won't**
23:8

**words**
7:16

**work**
11:25

**working**
12:1

**would**
7:17,24 8:16 9:4 10:18
14:23 16:3 25:23 27:9
28:3,25 32:23 38:4 41:21
43:4 48:10,13,16,17,21,
22 49:4,9 56:24 57:17
62:13

**wouldn't**
56:15,19,20 57:1

**Y**

**yard**
41:6

**yeah**
20:13,15 27:6 28:21
45:23 47:8 48:15 50:4
53:10 62:6 63:16 64:5
67:9 68:18 71:5

**year**
45:22

**years**
13:15 14:18 52:24 54:2

**Yep**
26:14

**yes**
6:6 7:7 10:10,20 11:1,7,
11 12:9 14:7,15,20 16:9,
23 17:3,18 18:8,18 19:11
24:11,12,16 32:21 34:11
40:12 45:18 46:8 51:22,
24 52:14 53:5 59:18
62:3,11 69:8,13,19 70:4,
9,13,16 71:14,15

**you**
5:15,19,22,25 6:4,12,15,
16,25 7:2,6,18 8:4,5,12,
13,16,25 9:2,11,15,19,
21,24,25 10:3,7,9,10,13,
14,15,16,21,23,24 11:2,
4,5,6,8,9,13,20,24 12:5,
7,8,10,11,12,16,18,23,24
13:2,4,6,11,13,15,17,20,
21,25 14:5,10,12,14,18
15:7,9,12,16,18,19,22,25
16:2,5,10,18,19,21,24
17:2,9,11,13,19,20,22,25
18:1,2,3,9,22,25 19:3,6,9

20:1,4,7,8,10,11,16,19,
22,24 21:1,6,13,19 22:5,
8,11,15,19,21 23:8,13,24
24:6,8,13,24 25:6,8,11,
13,17,18,20 26:15 27:1,
4,9,15,18,21,24 28:2,3,4,
11,14,19,25 29:15,16,17,
18 30:2,3,4,16,21 31:1,3,
5,8,16,25 32:6,9,10,11,
16,18,19,22,23 33:2,4,7,
8,10,13,14,17,22,25
34:3,6 35:8,9,19,23 36:9,
10,15 37:2,7,21 38:3,12,
13,17,21,24 39:3,7,21,25
40:3,7,9,10,14,17,21
41:2,17,24,25 42:6,8,15,
20,21 43:1,5,14,15,17,
19,21,25 44:2,5,6,7,8,12,
16,17,18,21,22,25 45:3,
4,7,19 46:2,4,14,17,20,
25 47:9,12,14,17,20,23
48:1,6 49:4,6,13,23,25
50:5,19,21,23 51:2,5,7,9,
14,21,23,25 52:7,11,17,
20,22 53:1,4,8,11,15,18,
21 54:6,10,14,24 55:3,4,
8,9,18,19,22 56:1,2,8,15,
19,21 57:1,5,10,15,20
58:4,8 59:1,9,19,23 60:1,
3,12,17 61:4,9,20 62:4,9,
12,19,20,22 63:5,14,18,
22,24,25 64:4,12,20
65:8,10,13,16,17,19,24
66:1,14,16,17 67:3,7,10,
15,18,25 68:6,8,12,16
69:1,7 70:7 72:4,8,21
73:5,21

**you're**
6:19 7:13 9:11,15,20
24:7,8 26:16,18 56:21
62:1

**you've**
7:9,12,19,20 8:10,22
14:9 18:14,18 21:19 22:3
33:18

**young**
40:25

**your**
5:19,22 6:2,8,11,13,16
9:22 10:1,8,9,11,17,18
12:5,7,8,11,12 13:9,13,
18 14:6 15:16,19,20
16:22 17:6,12,20 18:1,6,
22 21:2 22:13 23:3,13,
17,20,21,25 24:1,3,17
25:14 26:17 27:2 28:5,
24,25 29:11,17,24 30:14,
18,20 31:4,9 32:5,20
33:21 34:4,9,13,17 35:1
37:10,22 38:17 40:20
45:11,17 46:1,7,11,23
47:2,6 48:11,14,18,21,25
49:5,7 50:3,25 51:12,23
52:13 53:3,25 55:18
56:7,12,20 57:15,24
58:2,7,12,22 59:10 60:17
61:16 62:18 63:6,18 64:4
67:8,15,20 69:12,16,18
70:2,6 71:2,3,11 72:13,
16

**yourself**
49:25

---

**Z**

---

**zoom**
69:20