# EXHIBIT 12

STATE OF ILLINOIS )
· · · · · · · · · ·) SS:
EASTERN DIVISION· )


· · · · · ·IN THE UNITED STATES DISTRICT COURT
· · · · · FOR THE NORTHERN DISTRICT OF ILLINOIS
· · · · · · · · · ·EASTERN DIVISION


TABATHA WASHINGTON and )
DONTE HOWARD,· · · · · )
· · · · · · · · · · · ·)  **ORIGINAL**
· · · · · · Plaintiffs, )
· · · · · · · · · · · ·)
vs. · · · · · · · · · ·) No.: 20 CV 442
· · · · · · · · · · · ·)
CITY OF CHICAGO, · · · )
ET AL.,· · · · · · · · )
· · · · · · · · · · · ·)
· · · · · · Defendants. )


· · · · · · VIDEOTAPED DEPOSITION OF

· · · · · TABATHA WASHINGTON, VOLUME III

· · · · · · · ·Conducted virtually


· · · · · · · October 12, 2021

· · · · · · · ·1:06 p.m., CST




Job No.:· 418766



Reported By:· Konni L. Stapf, CSR No. 084-004144



AdvancedONE LEGAL· · · · · ·(866) 715-7770
· · · · · · · · · · · · · · ·advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.
TABATHA WASHINGTON - VOL. 3, 10/12/2021

Page 237

```
· 1                A P P E A R A N C E S

· 2    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

· 3    ·  ·   ·   ·   ·   · ·ALL PARTIES APPEARED

· 4    ·  ·   ·   ·   ·   · · REMOTELY VIA ZOOM

· 5    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

· 6
·      Counsel for Plaintiffs:
· 7
·          VITALE, VICKREY, NIRO, SOLON & GASEY, LLP
· 8         BY: DYLAN M. BROWN
·          311 South Wacker Drive, Suite 2470
· 9         Chicago, IL· 60606
           312.236.0733
10         dbrown@vvnlaw.com

11
       Counsel for Defendants:
· 12
·          BORKAN & SCAHILL, LTD
13         BY: EMILY E. SCHNIDT
·          20 South Clark Street, Suite 1700
14         Chicago, IL· 60603
·          312.580.1030
15         eschnidt@borkanscahill.com

16
·      Also Present:
17
·          Dan Gaven, AdvancedOne Legal, Videographer
18

19

20

21

22

23

24

25
```

@©  AdvancedONE          (866) 715-7770
      LEGAL              advancedONE.com

·1                    INDEX TO EXAMINATION

·2
·       WITNESS:· TABATHA WASHINGTON, VOLUME III
·3

·4      EXAMINATION · · · · · · · · · · · · · · · PAGE

·5      By Ms. Schnidt · · · · · · · · · · · · ·240, 412

·6      By Mr. Brown · · · · · · · · · · · · · · · 409

·7

·8

·9

10                    INDEX TO EXHIBITS

11      NUMBER·  ·DESCRIPTION · · · · · · · · · · · ·MARKED

12       ·8·  · · Videotape · · · · · · · · · · · · · ·249
·        ·9·  · · Interview videotape · · · · · · · · ·290
13      10·  · · Motions · · · · · · · · · · · · · · ·353
·       11·  · · Informed Refusal for Health· · · · ·387
14       ·  ·  · · · Care Services

15

16

17

18

19

20

21

22

23

24

25

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 239
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1                    P R O C E E D I N G S

·2

·3    · · · · ·THE VIDEOGRAPHER:· Good afternoon,

·4    Ladies and Gentlemen.· My name is Dan Gaven, your

·5    videographer, and I represent AdvancedOne Legal

·6    located at Zoom web conferences.· Today's date is

·7    October 12, 2021.· The time now is, approximately,

·8    1:06 p.m.

·9    · · · · ·This is the start of the media label

10    number one of the videotaped deposition of Tabatha

11    Washington in the matter of Tabatha Washington and

12    Donte Howard versus the City of Chicago, et al.,

13    case number 20 CV 442.

14    · · · · ·This deposition is being taken via Zoom

15    web conferencing where the defendant counsel and

16    the court reporter are attending the deposition via

17    an internet connection from their separate

18    locations.

19    · · · · ·Counsel, would you, please, identify

20    yourself, starting with the questioning attorney.

21    · · · · ·MS. SCHNIDT:· Emily Schnidt for the

22    defendants.· Also present is Christiane Murray for

23    the defendants.

24    · · · · ·MR. BROWN:· Dylan Brown on behalf of

25    the plaintiffs.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 240
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · · · · ·THE VIDEOGRAPHER:· Thank you.· The

·2    court reporter today is Konni Stapf from

·3    AdvancedOne Legal.· Will you, please, swear in the

·4    witness.

·5

·6    · · · · · · · · · TABATHA WASHINGTON,

·7    a witness herein, having previously been sworn

·8    remotely and by agreement of counsel, to speak the

·9    truth and nothing but the truth, was examined and

10    testified as follows:

11

12    · · · · · ·MS. SCHNIDT:· Before we begin, we have

13    an agreement on record between all parties that

14    this deposition, even though it's being conducted

15    remotely, should be treated in the same way as

16    though all the parties, the videographer, and the

17    court reporter are sitting in the same room.

18    Correct?

19    · · · · · · · MR. BROWN:· Agreed.

20    · · · · · · · MS. SCHNIDT:· Thank you.

21

22    · · · · · · · · · · EXAMINATION

23    BY MS. SCHNIDT:

24    · · Q.· · ·**Ms. Washington, can you, please -- I'm**

25    **sorry.· Have you been diagnosed with any new**

·1    medical conditions since we last took your

·2    deposition?

·3    · · A.· · ·They have written me a -- and they just

·4    put me on more medication, and I have a doctor's

·5    appointment this evening.

·6    · · Q.· · ·What medications did they put you on?

·7    · · A.· · ·I don't remember the name of them, but

·8    they're some strong pain killers.

·9    · · · · · Q.· · · What were the pain killers for?

10    · · A.· · ·The -- my legs.· I got real bad nerve

11    damage and for the body aches and pains.

12    · · Q.· · ·What hospital did you go to after your

13    last deposition?

14    · · A.· · ·Rush.

15    · · Q.· · ·Were you admitted?

16    · · A.· · ·Yes.

17    · · Q.· · ·How long were you admitted for?

18    · · A.· · ·Three or four days.

19    · · Q.· · ·Did they diagnose you with any new

20    conditions?

21    · · A.· · ·No, they couldn't figure out what

22    triggered me to get sick like that.

23    · · Q.· · ·So you were kept for three to four days

24    and there was no resolution as far as why you've

25    been getting sick?

· 1 · · A.· · ·No, they just made me an appointment

· 2 with the GI -- couple of specialists to figure it

· 3 out.

· 4 · · Q.· · ·**Who's your appointment with tonight?**

· 5 · · A.· · ·Smebak, Leslie Smebak.

· 6 · · Q.· · ·**Is it S-m-e-b-e-c-k{sic}?**

· 7 · · A.· · ·Huh?

· 8 · · Q.· · ·**Is it S-m-e-b-e-c-k?**

· 9 · · A.· · ·I don't know.· I think.

**10** · · Q.· · ·**Do you -- where is she out of?**

11 · · A.· · ·West Suburban Hospital.

**12** · · Q.· · ·**Have you ever seen her before?**

13 · · A.· · ·Yes.

**14** · · Q.· · ·**Have you received any new medical**

**15** **records when you've gone to Rush Hospital?**

16 · · A.· · ·What you mean by that?

**17** · · Q.· · ·**Do you have any new -- do you have any**

**18** **medical records from when you've gone to Rush**

**19** **Hospital?**

20 · · A.· · ·Do I have them, no.· Rush has my

21 medical records.

**22** · · Q.· · ·**So you don't have them in your**

**23** **possession?**

24 · · A.· · ·Besides my discharge paper, that's at

25 home.

1    · · Q.· ·  So you have a copy of your discharge

2    paperwork?

3    · · A.· · ·Yes.

4        Q.     And from which hospital stay was that

5    from?

6    · · A.· · ·Rush.

7    · · Q.· · ·I'm sorry.· The discharge paperwork,

8    was it from this last -- from last week?

9    · · A.· · ·Uh-huh.

10   · · Q.· · ·That's a yes?

11   · · A.· · ·Yes.· I'm sorry.

12   · · Q.· · ·That's all right.· Have you seen

13   anybody else besides the doctors at Rush Hospital

14   since your deposition?

15   · · A.· · ·No.· The -- this would be my first one

16   and then I have a couple more coming up.

17   · · Q.· · ·Who else are your appointments with?

18   · · A.· · ·Pain management, the GI doctor.  I

19   can't remember off the back of my head, but it's

20   about three or four.

21   · · Q.· · ·So there is a pain management doctor, a

22   GI doctor, anybody else?

23   · · A.· · ·I see my doctor for my diabetes.

24   · · Q.· · ·Who's the diabetes doctor?

25   · · A.· · ·I can't re -- I don't know.· I can't

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 244
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    remember his name.· There are so many of them.
·2    · ·Q.· · ·What -- is he with the hospital?
·3    · ·A.· · ·Yes.
·4    · ·Q.· · ·What hospital?
·5    · ·A.· · ·Rush.
·6    · ·Q.· · ·Do you know the name of the pain
·7    management doctor?
·8    · ·A.· · ·No, these are all new to me.· The
·9    hospital set these appointments up for me so this
10    will be my first time seeing them.
11    · ·Q.· · ·Is the pain management doctor
12    appointment at Rush as well?
13    · ·A.· · ·Yeah, Rush.
14    · ·Q.· · ·And then the GI doctor?
15    · ·A.· · ·Rush, I believe, too.
16    · ·Q.· · ·Any other appointments that you have
17    set up?
18    · ·A.· · ·No, I can't really say because they
19    just throw them at me whenever they feel like it.
20    So right now, I'm just going to three.
21    · ·Q.· · ·Yeah, I'm asking about what's currently
22    scheduled, not what may happen in the future.
23    · ·A.· · ·No, these are -- this is all the
24    doctors that so far I have to see.
25    · ·Q.· · ·Have you been told that -- well, what



·1  **painkiller are you on?**

·2  · · A.· · ·Hold on.· Let me get my bag.· One of

·3  the them is Gabapentin, 400 milligrams.· It's

·4  hydromor --

·5  · · · · · · · ·MR. BROWN:· Hydromorphone, maybe?

·6  · · · · · · · ·THE WITNESS:· Yeah, I think that's what

·7  it is.

·8  · · · A.· · · Ibuprofen, 800 milligrams.· Then it's

·9  Pancrea B6.· I think that's how you pronounce it.

10  BY MS. SCHNIDT:

11  · · Q.· · ·**Can you spell it?**

12  · · A.· · ·P-a-n-c-r-e-a B6.

13  · · Q.· · ·**E-a?· What was the last part?**

14  · · A.· · ·A, P-a-n-c-r-e-a.

15  · · Q.· · ·**Okay.· And then did you say B6?**

16  · · A.· · ·The six is what the medicine was 16,800

17  milligrams.

18  · · Q.· · ·**Okay.**

19  · · A.· · ·Hydrocortisone.· That's it for now.

20  Oh, and the ointment for the pain in my feet and my

21  legs.

22  · · Q.· · ·**Do you -- is that like a book that you**

23  **have where you keep track of the medication that**

24  **you're on?**

25  · · A.· · ·Yeah, and my doctor's appointments.

 1     · · · · · ·MS. SCHNIDT:· Dylan, I'm just going to

 2     ask that you guys produce that.

 3     · · · · · ·MR. BROWN:· That should be okay.

 4     · · · · · ·MS. SCHNIDT:· Sorry?

 5     · · · · · ·MR. BROWN:· That should be okay.· If

 6     there are other medical stuff in there, obviously,

 7     we won't produce that, but anything that's

 8     relevant.

 9     · · · · · ·MS. SCHNIDT:· Okay.

10     BY MS. SCHNIDT:

**11     · · Q.· · ·Do you have a list of your diagnoses in**

**12     there?**

13     · · A.· · ·No.

**14     · · Q.· · ·So what's in there, in that book?**

15     · · A.· · ·All of my medications.

**16     · · Q.· · ·And all your appointments?**

17     · · A.· · ·My appointments not in here.· My

18     appointments I write on a board that I bought that

19     I hang on the wall.

**20     · · Q.· · ·Is it like a white board?**

21     · · A.· · ·Yeah.

**22     · · Q.· · ·You testified in your last deposition**

**23     that Cynthia Cage had brought you and your children**

**24     McDonald's on the day of the incident.· Do you**

**25     remember that?**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 247
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1· · · A.· · ·Yes, I do.

·2· · · **Q.· · ·When did she get that?**

·3· · · A.· · ·I don't recall.· I don't remember.

·4· · · **Q.· · ·What did she get for you?**

·5· · · A.· · ·I didn't eat nothing.

·6· · · **Q.· · ·But she got you McDonald's?**

·7· · · A.· · ·No, she got her and the kids

·8· McDonald's.

·9· · · **Q.· · ·What did you eat that day?**

10· · · A.· · ·I don't remember.

11· · · **Q.· · ·Why did you not just go inside of your**

12· **apartment rather than engage with Kim Edmondson on**

13· **May 30, 2018?**

14· · · · · · ·MR. BROWN:· Objection, form, vague.

15· BY MS. SCHNIDT:

16· · · **Q.· · ·Go ahead.**

17· · · A.· · ·Because we was still outside selling

18· snowballs.

19· · · **Q.· · ·But why didn't you just walk inside**

20· **rather than physically striking him?**

21· · · · · · ·MR. BROWN:· Objection, argumentative,

22· asked and answered, form.

23· BY MS. SCHNIDT:

24· · · **Q.· · ·Go ahead.**

25· · · A.· · ·He was screaming at me.· He was coming

 AdvancedONE LEGAL· · **(866) 715-7770** advancedONE.com

·1    towards me, so I had defended myself.

·2    · · Q.· · ·Did you call the police?

·3    · · A.· · ·No.

·4    · · Q.· · ·Did anyone call the police?

·5    · · A.· · ·I believe a neighbor or somebody.

·6    · · Q.· · ·Who?

·7    · · A.· · ·I don't know him.

·8    · · Q.· · ·I'm sorry.· Go ahead.

·9    · · A.· · ·I don't know who called, but it wasn't

10    from me.

11    · · Q.· · ·How were you aware that someone called

12    the police?

13    · · A.· · ·When they came to the house.

14    · · Q.· · ·So you believe the police came to the

15    house because a neighbor or someone had called the

16    police?

17    · · A.· · ·Yes.

18    · · Q.· · ·Why didn't you call the police?

19    · · A.· · ·I mean, it was over with.· There wasn't

20    nothing to call the police about.

21    · · Q.· · ·What about when Kim Edmondson walked

22    away after engaging with Carlton White, why didn't

23    you call the police then before you physically

24    struck him?

25    · · · · · · · · MR. BROWN:· Objection, argumentative,

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 249
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    asked and answered.

·2    BY MS. SCHNIDT:

·3          Q.      Go ahead.

·4          A.· · ·Because we was still selling snowballs.

·5          Q.      Any other reason?

·6     · · A.· · ·No.· I mean, we was just -- no, we was

·7    just outside still selling snowballs.

·8     · · · · · ·MS. SCHNIDT:· I'm going to show you

·9    what I'll mark as Exhibit 8.

10     · · · · · ·(Deposition Exhibit 8 marked

11     · · · · · · · for identification.)

12    BY MS. SCHNIDT:

13     · ·Q.· · ·I'll come back to that while it's

14    downloading.

15     · · · · · ·When you engaged with Kim Edmondson,

16    how was the lighting outside?

17     · ·A.· · ·It was beginning to turn dark.

18     · ·Q.· · ·But it wasn't fully dark yet?

19     · ·A.· · ·No.

20     · ·Q.· · ·Was there a street light above?

21     · ·A.· · ·I don't remember.

22     · ·Q.· · ·Was the street light on, if there was?

23     · ·A.· · ·I don't remember.

24     · ·Q.· · ·Did you have any difficulty seeing Kim

25    Edmondson?

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 16 of 254 PageID #:1291

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 250
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · A.· · ·Can you rephrase that?
·2    · · Q.· · ·**Because it was starting to turn dark,**
·3    **you said, did you have any difficulty seeing him?**
·4    · · A.· · ·No.
·5    · · Q.· · ·**Did you have any difficulty seeing his**
·6    **injuries?**
·7    · · A.· · ·No.
·8    · · Q.· · ·**What was your height on May 30, 2018?**
·9    · · A.· · ·5'4".
10    · · Q.· · ·**And your weight?**
11    · · A.· · ·About 125, 130.
12    · · Q.· · ·**What was Kim Edmondson's height?**
13    · · A.· · ·I don't know.
14    · · Q.· · ·**Where did you come -- was he taller or**
15    **shorter than you?**
16    · · A.· · ·Taller than me.
17    · · Q.· · ·**And where did you come up to him, like,**
18    **on his body?**
19    · · A.· · ·I don't know.
20    · · Q.· · ·**Can you approximate?**
21    · · A.· · ·I don't know.
22    · · Q.· · ·**How much taller than you was he?**
23    · · A.· · ·I don't know.
24    · · Q.· · ·**Would you say a foot taller?**
25    · · A.· · ·I don't know.



**aⒸ** AdvancedONE          **(866) 715-7770**
LEGAL                    advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 251
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1    · · Q.· · ·**And now I'm not asking you to give me a**
 2   **precise foot and inch measurement, I'm just asking**
 3   **you to estimate.· Like, I can say someone's taller**
 4   **than me, and I can say they are a few inches taller**
 5   **than me.**
 6    · · · · · ·**Can you tell me if Kim Edmondson was a**
 7   **few inches taller than you or a foot taller than**
 8   **you, two feet taller than you?**
 9    · · A.· · ·I don't know.· I just know that he was
10   taller than me.
11    · · Q.· · ·**How tall is Donte Howard?**
12    · · A.· · ·I don't know.
13    · · Q.· · ·**How much taller than you is he?**
14    · · · · · ·MR. BROWN:· Objection, form.
15   BY MS. SCHNIDT:
16    · · Q.· · ·**Go ahead.**
17    · · A.· · ·He's taller than me.
18    · · Q.· · ·**A few inches?**
19    · · A.· · ·I don't know.
20    · · Q.· · ·**How about Carlton White?**
21    · · A.· · ·Taller than me.
22    · · Q.· · ·**How much taller is he?**
23    · · A.· · ·I don't know.
24    · · Q.· · ·**Well, he's your cousin, you know him**
25   **pretty well, right?**

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

· 1 · · A.· · ·Yeah.

· 2 · · Q.· · ·**He lived with you for a period of time,**

· 3 **right?**

· 4 · · A.· · ·He spent the night a few times.

· 5 · · Q.· · ·**Okay.· So you've been in the room with**

· 6 **him, and you've talked to him face-to-face, right?**

· 7 · · A.· · ·Uh-huh.

· 8 · · Q.· · ·**Yes?**

· 9 · · A.· · ·Yes.

10 · · Q.· · ·**Okay.· Approximately, how much taller**

11 **is he than you?· Like where do you come up to his**

12 **body?**

13 · · A.· · ·I don't know.

14 · · Q.· · ·**When you struck Kim Edmondson -- strike**

15 **that.**

16 · · · · · · How did Kim Edmondson receive the

17 **injury on his lip?**

18 · · A.· · ·With the -- me striking him.

19 · · Q.· · ·**And how did he receive the injury on**

20 **his chest?**

21 · · A.· · ·Me striking him.

22 · · Q.· · ·**How many times did you strike him?**

23 · · A.· · ·Once.

24 · · Q.· · ·**So did you see -- well, did -- where on**

25 **his body did the pole hit him first?**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 253
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · A.· · ·It came across his lip.

·2    · · Q.· · ·**And then how did it come into contact**

·3    **with his chest?**

·4    · · A.· · ·It was a one swing.· It just went

·5    across.

·6    · · Q.· · ·**So it went -- was it on the left or**

·7    **right side of his lip?**

·8    · · A.· · ·I don't know.· I don't remember.

·9    · · Q.· · ·**Where on his chest?**

10    · · A.· · ·Right here, I believe.

11    · · Q.· · ·**In the center?**

12    · · A.· · ·Somewhere across.· I'm not quite sure.

13    I just know it's on his chest.

14    · · Q.· · ·**Was it in the center of his chest?**

15    · · A.· · ·I don't remember.· I just know it went

16    across his -- on his chest.

17    · · Q.· · ·**Well, I'm trying to understand.· You're**

18    **saying it went across his chest, so I'm trying to**

19    **understand what you're talking about.**

20    · · A.· · ·When I hit him one time, it went

21    straight across his lip and his chest.

22    · · Q.· · ·**So you swung the pole one time and it**

23    **hit his lip and then went down to his chest?**

24    · · A.· · ·Yes.

25    · · Q.· · ·**Did you see any blood anywhere?**



·1 · · · · A.· · ·Not at first.

·2 · · · · Q.· · · Did you see any blood on him at any

·3 time?

·4 · · · · A.· · ·When he came back.

·5 · · · · Q.· · ·And where in the timeline of events did

·6 he come back and you saw blood?

·7 · · · · A.· · ·I don't remember.

·8 · · · · Q.· · ·Well, was it when he came back from

·9 fighting with Carlton and you then hit him, did you

10 see blood then?

11 · · · · A.· · ·I don't remember.

12 · · · · Q.· · ·Was it before he started fighting with

13 Donte Howard?

14 · · · · A.· · ·Yes.

15 · · · · Q.· · ·And when you saw -- when you saw blood,

16 where was the blood?

17 · · · · A.· · ·It was all in his lip.· He had a shirt

18 around his head.

19 · · · · Q.· · ·That wasn't responsive to my question.

20 Where was the blood?

21 · · · · A.· · ·On his lip.

22 · · · · Q.· · ·And when you saw the blood on his lip,

23 at that time, his shirt was around his head?

24 · · · · A.· · ·Yes, he was holding -- covering the

25 blood.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 255
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1     · · **Q.· · ·Was Kim Edmondson holding the shirt or**
 2    **was the shirt wrapped around his head at the time**
 3    **that you saw blood on his lip?**
 4    · · A.· · ·I don't remember.
 5     · · **Q.· · ·Did you see at any point Kim**
 6    **Edmondson's shirt wrapped around his head?**
 7    · · A.· · ·Not -- no.
 8     · · **Q.· · ·Did you see at any point Kim Edmondson**
 9    **holding the shirt to his lip?**
10    · · A.· · ·Yes, if I'm not mistaken.
11     · · **Q.· · ·When?**
12    · · A.· · ·I don't know when, but I believe he did
13    have his shirt across his lip.
14     · · **Q.· · ·Was it before or after he fought with**
15    **Donte Howard?**
16    · · · · · ·MR. BROWN:· Objection, asked and
17    answered.
18    · · A.· · ·Yeah.
19    BY MS. SCHNIDT:
20     · · **Q.· · ·What's yeah?**
21    · · A.· · ·Yes, the blood, he was bleeding before
22    he started with Donte Howard.
23     · · **Q.· · ·Was Kim Edmondson holding the shirt to**
24    **his lip before he fought with Donte Howard?**
25    · · A.· · ·Yes.

@© AdvancedONE LEGAL          (866) 715-7770
advancedONE.com

1    · · Q.· · ·Was he holding the shirt to his lip

2    after he fought with Donte Howard?

3    · · A.· · ·I don't remember.

4    · · Q.· · · When Kim Edmondson started fighting

5    with Donte Howard, what did he do with his shirt?

6    · · A.· · ·I believe it was on the ground, I

7    think.· I don't remember.

8    · · Q.· · ·Why do you say you believe it was on

9    the ground, if you don't remember?

10   · · A.· · ·I mean, if they was fighting, I'm

11   pretty sure he threw his shirt down.

12   · · Q.· · ·Did you see Kim Edmondson pick the

13   shirt up when they were done fighting?

14   · · A.· · ·No, I don't remember.

15   · · Q.· · ·Did you -- did Kim Edmondson ever take

16   off his shirt?

17   · · A.· · ·Yes.

18   · · Q.· · ·When?

19   · · A.· · ·After -- I believe after the

20   altercation with me when he walked off.

21   · · Q.· · ·Did you see him take off his shirt?

22   · · A.· · ·No.

23   · · Q.· · ·It's just when he walked off, he came

24   back and his shirt wasn't on his body?

25   · · A.· · ·Yes.

1    · · Q.· · ·So when he fought with you, his shirt

2    was on?

3    · · A.· · ·Yeah -- yes.

4    · · Q.· · ·Did you ever see him remove any other

5    clothing?

6    · · A.· · ·His jacket was hanging on the gate.

7    · · · · · Q.· · · Did you see him take that jacket off?

8    · · · · · A.· · ·I didn't pay no attention.

9    · · · · · Q.· · · Do you know at what point in the day he

10   took his jacket off?

11   · · A.· · ·No.

12   · · Q.· · ·Was he wearing his jacket when he

13   fought with Carlton White?

14   · · A.· · ·I don't remember.

15   · · Q.· · ·Was he wearing his shirt when he fought

16   with Carlton White?

17   · · A.· · ·I don't remember.

18   · · · · · Q.· · · Was he wearing his shirt when he fought

19   with Donte Howard?

20   · · A.· · ·No.

21   · · Q.· · ·So he was wearing his shirt when he

22   fought with you, right?

23   · · A.· · ·Uh-huh.

24   · · Q.· · ·That's a yes?

25   · · A.· · ·Yes.· I mean, yes.· I'm sorry.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.        Page 258
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · ·Q.· · **·And after you hit him with the pole, he**

·2    **took his shirt off, right?**

·3    · ·A.· · ·No, he walked off.· I didn't see him

·4    when he took his shirt off.

·5    · ·Q.· · **·So when you hit him with the pole, he**

·6    **was wearing his shirt, though?**

·7    · ·A.· · ·Yes.

·8    · ·Q.· · **·And then he walked off and came back**

·9    **and wasn't wearing his shirt any longer?**

10    · ·A.· · ·Yes.

**11**    · ·Q.· · **·And at that point you thought he was**

**12**    **holding his shirt in his hand, correct?**

13    · ·A.· · ·Yes.

**14**    · ·Q.· · **·And he was holding the shirt to his lip**

**15**    **at some point in time?**

16    · ·A.· · ·Yes.

**17**    · ·Q.· · **·Okay.· Then when he fought with Donte**

**18**    **Howard, you don't know what he did with that shirt?**

19    · ·A.· · ·No.

**20**    · ·Q.· · **·Is that correct what I said?**

21    · ·A.· · ·Yes.

**22**    · ·Q.· · **·Okay.· And then -- I'm sorry.· Go on.**

23    · ·A.· · ·I wasn't paying attention to the shirt.

**24**    · ·Q.· · **·And when the fight was over, did you**

**25**    **see his shirt -- did you see Kim Edmondson's shirt**



·1   **anywhere?**

·2   · · A.· · ·I guess he had his shirt.· I don't

·3   remember.

·4   · · **Q.· · ·When you saw Kim Edmondson's injury on**

·5   **his lip and on his chest, how far away was he from**

·6   **you?**

·7   · · A.· · ·He was coming up when him and Donte

·8   fought.

·9   · · **Q.· · ·Well, did you see an injury to his lip**

10   **or to his chest when you swung the pole at him --**

11   **after you swung the pole at him?**

12   · · A.· · ·No, he wasn't bleeding.· He didn't

13   start bleeding yet.

14   · · **Q.· · ·So you only realized that you had**

15   **actually injured him once he came back and fought**

16   **with Donte; is that correct?**

17   · · A.· · ·Yes.

18   · · **Q.· · ·How far away from you was Kim Edmondson**

19   **when you saw that he had been injured?**

20   · · A.· · ·I don't remember.

21   · · **Q.· · ·After Kim Edmondson fought with Donte**

22   **Howard, you saw him walk along Washington to go**

23   **towards Laramie; is that right?**

24   · · A.· · ·Yes.

25   · · **Q.· · ·Did you actually see him turn onto**

·1    Laramie?

·2    · · A.· · ·No.

·3    · · Q.· · ·Did you ever see him come back?

·4    · · A.· · ·After with Donte, no, he never came

·5    back.

·6    · · Q.· · ·After Kim Edmondson walked off towards

·7    Laramie -- well, how far did he get?· What's the

·8    furthest cross street that you saw him reach when

·9    he walked away?

10    · · A.· · ·I don't know.

11    · · Q.· · ·Did you fully see him reach Laramie?

12    · · A.· · ·No.

13    · · Q.· · ·Did you see him reach Lockwood?

14    · · A.· · ·Yes.

15    · · Q.· · ·Did you see him reach Latrobe?

16    · · A.· · ·Latrobe and Lockwood run the same way.

17    · · Q.· · ·So he's -- I'm going to share my

18    screen.· And for the record, we're looking at a map

19    near 5316 West Washington.· Do you see the arrow at

20    5316 West Washington?

21    · · A.· · ·Yes.

22    · · Q.· · ·Okay.· Do you see Lockwood is the first

23    street to the east of where your apartment was?

24    · · A.· · ·Uh-huh -- yes.

25    · · Q.· · ·And then do you see the next cross

·1   street on Washington is Latrobe going east and then

·2   the last cross street going east on Washington is

·3   Laramie.· Do you see that?

·4   · · A.· · ·Yes.

·5   · · Q.· · ·Okay.· Do you -- did you see Kim

·6   Edmondson cross over Lockwood going east on

·7   Washington?

·8   · · A.· · ·Yes.

·9   · · Q.· · ·Did you see him continuing down

10   Washington towards Latrobe?

11   · · A.· · ·Halfway.

12   · · Q.· · ·Did you ever see him cross over

13   Latrobe?

14   · · A.· · ·Yes.

15   · · Q.· · ·Okay.· Still going east on Washington?

16   · · A.· · ·Yes.

17   · · Q.· · ·Did you see Kim Edmondson reach Laramie

18   still going east on Washington?

19   · · A.· · ·No.

20   · · Q.· · ·Did you -- at what point along

21   Washington did you stop watching him then?

22   · · A.· · ·When he walked -- when it was all over

23   with.

24   · · Q.· · ·Well, was it after he crossed over

25   Latrobe that you stopped watching him?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 262
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · A.· · ·Yes.

·2    · · Q.· · ·Okay.· So how was it that you -- well,

·3    do you know which direction he went after you

·4    stopped watching him?

·5    · · A.· · ·No.· No.

·6    · · Q.· · ·So after you watched Kim Edmondson walk

·7    east on Washington and cross over Latrobe, what did

·8    you do?

·9    · · A.· · ·We went the opposite way.

10    · · Q.· · ·Who is we?

11    · · A.· · ·Me, Cynthia, Carlton, and

12    D.C. -- Donte.

13    · · Q.· · ·And where did you guys go?

14    · · A.· · ·I believe to the store.

15    · · Q.· · ·Where was that store?

16    · · A.· · ·I want to say Leclaire, Madison and

17    Leclaire.· I don't know the name of the streets off

18    the back of my head.

19    · · Q.· · ·Did you leave for the store immediately

20    after the altercation with Kim Edmondson stopped?

21    · · A.· · ·No.· After we got done putting up the

22    rest of the stuff, we put up the stuff, and then we

23    went to the store.

24    · · Q.· · ·How much time did it take to put up the

25    stuff before you left for the store?



@©  AdvancedONE    (866) 715-7770
        LEGAL         advancedONE.com

 1     · · A.· · ·Maybe 10 minutes.· There wasn't much to

 2     put up.

 3     · · **Q.· · ·I'm showing you, again, that map, the**

 4     **Google map at 5316 West Washington.· So you said**

 5     **the store is on Madison?**

 6     · · A.· · ·Uh-huh.

 7     · · **Q.· · ·Do you see the cross street of where**

 8     **the store is at on here?**

 9     · · A.· · ·I can't see.· You're moving.

10     · · **Q.· · ·Sorry.· I was trying to move it down a**

11     **little.**

12     · · A.· · ·I don't know.· It's the opposite side.

13     I don't see it.

14     · · **Q.· · ·Approximately, how many blocks is it**

15     **from your apartment?**

16     · · A.· · ·Just one.

17     **Q.      Is it on Lorel and Madison?**

18     A.· · ·Yeah, it's between there.· I can't see.

19              (Discussion off the record.)

20     BY MS. SCHNIDT:

21     · · **Q.· · ·Can you see --**

22     · · A.· · ·I don't see the name of the store,

23     though.

24     · · **Q.· · ·Do you know the name of the store?**

25     · · A.· · ·Huh-uh.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 264
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1· · ·Q.· · ·**No.· And the store is along Madison; is**
·2· **that right?**
·3· · · A.· · ·Uh-huh.· It's right across when you get
·4· to Madison, you just cross the street and the store
·5· is right there.
·6· · ·Q.· · ·**I'm sorry.**
·7· · · A.· · ·It's about a -- I can't see.· It's
·8· going back the other way.· Madison Food Mart.
·9· · ·Q.· · ·**Is it this Prestige Food and Liquor**
10· **Store by Lotus and Madison?**
11· · · A.· · ·Yes.
12· · ·Q.· · ·**Okay.· So it's on the corner of Lotus**
13· **and Madison?**
14· · · A.· · ·Yes, ma'am.
15· · ·Q.· · ·**So it's about one, two, three, four and**
16· **a half blocks from where you lived?**
17· · · A.· · ·No, it's right at Madison.· Literally,
18· one block.
19· · ·Q.· · ·**So do you consider between Washington**
20· **and Madison to be one block?**
21· · · A.· · ·Yes.
22· · ·Q.· · ·**And then do you consider Lorel to Lotus**
23· **to be one block?**
24· · · A.· · ·It's not right there.
25· · ·Q.· · ·**Okay.· I was asking you is it this**


@©  AdvancedONE    **(866) 715-7770**
LEGAL              advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 31 of 254 PageID #:1306

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 265
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    Prestige Food and Liquor Store on Lotus and

·2    Madison, and you said yes.

·3    · · A.· · ·No, that's not it.· That's too far.

·4    · · Q.· · ·Okay.· Is it this Convenience For You

·5    store?

·6    · · A.· · ·Yep -- yes, I mean.

·7        Q.· · ·Okay.· I'm showing you the street view

·8    of Convenience For You.· Is that the store that you

·9    went to?

10    · · A.· · ·Yes.

11    · · Q.· · ·Okay.· So you put away your snowball

12    stuff, that took about 10 minutes, and then the

13    four of you adults all walked over to this liquor

14    store?

15    · · A.     Yes.

16        Q.· · ·How long were you gone?

17    · · A.· · ·Not even 10 minutes.

18    · · Q.· · ·Who stayed with your young children

19    while you were gone?

20    · · A.· · ·My sister that's 18.

21    · · Q.· · ·Your sister?

22    · · A.· · ·Yes.

23    · · Q.· · ·What's your sister's name?

24    · · A.· · ·Destiny Flowers.

25    · · Q.· · ·When did she show up?

@© AdvancedONE    (866) 715-7770
LEGAL              advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 266
TABATHA WASHINGTON - VOL. 3, 10/12/2021

· 1 · · · A.· · ·She came over there before all of that

· 2 happened.· She came and brought my niece over there

· 3 to get snowballs.

· 4 · · · Q.· · · So she was there when the altercation

· 5 with Kim Edmondson took place?

· 6 · · · A.· · ·She was in the house.· She never came

· 7 out.

· 8 · · · Q.· · ·Who else was in the house with her?

· 9 · · · A.· · ·The kids.

10 · · · Q.· · · Which kids?

11 · · · A.· · ·Mine and her daughter.

12 · · · Q.· · ·How old is her daughter?

13 · · · A.· · ·She just made four.

14 · · · Q.· · ·And you said your kids, but you have a

15 few kids, so tell me the names of your children who

16 were inside at the time that the altercation took

17 place.

18 · · · A.· · ·Tyshawn, Tammiron, and Angel.

19 · · · Q.· · ·Your sister on May 30, 2018, was

20 18 years old?

21 · · · A.· · ·Yes.

22 · · · Q.· · ·Is she still alive?

23 · · · A.· · ·Yes.

24 · · · Q.· · ·Where does she live?

25 · · · A.· · ·She stays out of town with her

·1   boyfriend, I guess.· She don't live in Chicago.

·**2**         **Q.**        **Where does she live?**

·3         A.        I believe in Indiana.

·**4**         **Q.**        **What's her telephone number?**

·5         A.        She don't have one.

·**6**         **Q.**        **How do you reach her?**

·7         A.        We don't see her often.· If she calls,

·8   she calls my mom.

·**9**    ·  · **Q.· · ·All right.· I'm going to make a demand**

**10   now that you provide the contact information for**

**11   Destiny Flowers.**

**12**    ·  · A.· · ·I really don't have a number on her.

**13**    ·  · **Q.· · ·Okay.· Well, does your mom have -- does**

**14   your mom talk to her?**

**15**    ·  · A.· · ·Yes.

**16**    ·  · **Q.· · ·Okay.· You can ask your mom for her**

**17   number.· What's the name of her boyfriend?**

**18**    ·  · A.· · ·Rell.· And my mom is at work.

**19**    ·  · **Q.· · ·Okay.· What's the name of her**

**20   boyfriend?**

**21**    ·  · A.· · ·Rell.

**22**    ·  · **Q.· · ·Can you spell that?**

**23**    ·  · A.· · ·R-e-l-l, I think.

**24**    ·  · **Q.· · ·What's his last name?**

**25**    ·  · A.· · ·I don't know.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.      Page 268
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · ·Q.· · ·**What's her daughter's name?**

·2    · ·A.· · ·Diamond.

·3    · ·Q.· · ·**Same last name, Flowers?**

·4    · ·A.· · ·Yes.

·5    · ·Q.· · ·**When -- how long before the altercation**

·6  **with Kim Edmondson took place did Destiny show up?**

·7    · ·A.· · ·I don't remember.

·8    · ·Q.· · ·**Is there any reason why you didn't tell**

·9  **me her name when I've asked you repeatedly in your**

10  **deposition who else was around that you were**

11  **selling snowballs to or giving snowballs to?**

12    · ·A.· · ·You asked about my daughter.· My

13  daughter wasn't there.

14    · ·Q.· · ·**I've asked the names of other people**

15  **who were there, and you've never given me the name**

16  **Destiny Flowers.**

17    · ·A.· · ·It slipped my mind.· She didn't stay

18  long.

19    · ·Q.· · ·**Well, she stayed through the entire**

20  **altercation, right?**

21    · ·A.· · ·Yeah, but she was in the house.· She

22  never came out until her cab got there after we

23  came from the store.

24    · ·Q.· · ·**Did you ever talk to her about this**

25  **altercation?**

@© AdvancedONE LEGAL    (866) 715-7770  advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                     Page 269
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1     · · A.· · ·No.

·2     · · Q.· · ·**When you guys went inside the house,**

·3     **did you tell her, I just hit somebody with a pole?**

·4     · · A.· · ·No.

·5     · · Q.· · ·**So after you came back from the liquor**

·6     **store, what happened next?**

·7     · · A.· · ·We was sitting in the house.

·8     · · Q.· · ·**How long were you sitting in the house**

·9     **before the police arrived?**

10     · · A.· · ·I'd give or take, I'm not for sure,

11     maybe a half an hour to an hour.

12     · · Q.· · ·**What were you doing during that half an**

13     **hour to an hour?**

14     · · A.· · ·Just in the house getting the -- them

15     ready for bed and getting their school clothes out.

16     I mean, not their school clothes, their summer

17     clothes out.

18     · · Q.· · ·**How were you getting your children**

19     **ready for bed?**

20     · · A.· · ·They bathed.· They went to sleep.

21     Angel went in her room, and she stayed up until she

22     was sleepy.

23     · · Q.· · ·**How long before the police arrived did**

24     **Angel go to sleep?**

25     · · A.· · ·I don't remember.



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 270
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1· · ·Q.· · ·How long before the police arrived did
·2· Tammiron go to sleep?
·3· · ·A.· · ·They were asleep.
·4· · ·Q.· · ·At what point -- who put your -- who
·5· put Tammiron -- you said they were asleep, do you
·6· mean Tammiron and Tyshawn?
·7· · ·A.· · ·Yes.
·8· · ·Q.· · ·At what point did Tammiron and Tyshawn
·9· go to sleep?
10· · ·A.· · ·I don't remember.
11· · ·Q.· · ·Did you put them to sleep?
12· · ·A.· · ·Yeah -- yes.
13· · ·Q.· · ·Did you put them to sleep before or
14· after the altercation with Kim Edmondson?
15· · ·A.· · ·This was, I believe, after I wiped them
16· down and stuff.
17· · ·Q.· · ·So after their baths?
18· · ·A.· · ·Yes, ma'am.
19· · ·Q.· · ·How long before the police arrived did
20· Tammiron and Tyshawn go to sleep?
21· · ·A.· · ·They went to sleep right away, after
22· their baths and their last feeding.
23· · ·Q.· · ·So how long before the police arrived?
24· · ·A.· · ·A half an hour to an hour.
25· · ·Q.· · ·How long did it take for you to bathe

1@©   AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

· **1**   **them?**

·2    · · A.· · ·I don't -- I don't know.· I never

·3    counted the time on bathing them.

·**4**    · ·**Q.· · ·Did you bathe Angel, Tammiron, and**

·**5**    **Tyshawn all at the same time?**

·6    · · A.· · ·No.

·**7**    · ·**Q.· · ·Who did you bathe first?**

·8    · · A.· · ·Tyshawn and Tammiron.

·**9**    · ·**Q.· · ·Did you give Angel a bath?**

10    · · A.· · ·Angel took a bath.· She washed herself

11    up.

**12**    · ·**Q.· · ·And did you put Tammiron and Tyshawn in**

**13**    **their own room?**

14    · · A.· · ·It was in my bed.

**15**    · ·**Q.· · ·And Angel went into her room?**

16    · · A.· · ·Yes, ma'am.

**17**    · ·**Q.· · ·Were Tammiron and Tyshawn both in your**

**18**    **house on May 30, 2018?**

19    · · A.· · ·Yes.

**20**    · ·**Q.· · ·One of them wasn't at the hospital?**

21    · · A.· · ·No.

**22**    · ·**Q.· · ·So then after getting your children --**

**23**    **giving Tammiron and Tyshawn a bath and putting them**

**24**    **to sleep, what did you do?**

25    · · A.· · ·We was just sitting in the house

**ac** AdvancedONE    **(866) 715-7770**
LEGAL    advancedONE.com

·1  talking and laughing.

·2  · · Q.· · ·**What were you talking about?**

·3  · · A.· · ·I don't remember.

·4  · · Q.· · ·**How much time passed between when you**

·5  **gave Tammiron and Tyshawn a bath and put them to**

·6  **bed did the police arrive?**

·7  · · A.· · ·Like I said, a half an hour to an hour.

·8  · · Q.· · ·**So for that half an hour to one hour**

·9  **before the police arrived, you were sitting in the**

10  **living room with Cynthia Cage, Carlton White, and**

11  **Donte Howard; is that correct?**

12  · · A.· · ·Yes.

13  · · Q.· · ·**And what were the four of you talking**

14  **about?**

15  · · · · · · MR. BROWN:· Objection, asked and

16  answered.

17  · · A.· · ·We just laughed.· I don't remember our

18  conversation.

19  BY MS. SCHNIDT:

20  · · Q.· · ·**Can you remember anything that you guys**

21  **were talking about during that half an hour to hour**

22  **before the police arrived?**

23  · · A.· · ·No, I think we was just all just joking

24  around.· I don't remember.

25  · · Q.· · ·**Did you guys at any time talk about the**

·1   altercation that had just taken place with Kim

·2   Edmondson?

·3   · · A.· · ·No.

·4   · · Q.· · ·So you get into a fight with Kim

·5   Edmondson, and none of you guys talk about it?

·6   · · · · · ·MR. BROWN:· Objection, argumentative,

·7   asked and answered.

·8   BY MS. SCHNIDT:

·9   · · · · Q.· · · Go ahead.

10   · · · · A.· · ·No, there was nothing to talk about.

11   · · Q.· · ·From the entire time after the

12   altercation ended with Donte Howard and Kim

13   Edmondson until the police arrived, the four of you

14   never talked about that altercation?

15   · · A.· · ·No.

16   · · Q.· · ·Or the altercation he had with Carlton

17   or the altercation he had with you; is that

18   correct?

19   · · A.· · ·Yes, that's correct.· We didn't

20   conversate about it.

21   · · Q.· · ·Where were you when the police arrived?

22   · · A.· · ·In the back, in the living room.

23   · · Q.· · ·What was your first indication to the

24   fact that police were at 5316 West Washington?

25   · · A.· · ·At first, I didn't know they was there,

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 274
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   but when they knocked, I assumed maybe Edmondson
·2   called the police.
·3   · · Q.· · ·**Where did you hear a knock?**
·4   · · A.· · ·They was beating on the side windows
·5   and the back door.
·6   · · Q.· · ·**Did you open the door?**
·7   · · A.· · ·Yes.
·8   · · Q.· · ·**Did you let the police in?**
·9   · · A.· · ·Yes.
**10** · · Q.· · ·**Did you let the police in through the**
**11** **back door?**
12   · · A.· · ·Yes.
**13** · · Q.· · ·**Did you let the police in through the**
**14** **front door?**
15   · · A.· · ·I don't know who let the police in
16   through the front.
**17** · · Q.· · ·**Did you open the -- your apartment door**
**18** **that goes to the front of the building for the**
**19** **police?**
20   · · A.· · ·No.
**21** · · Q.· · ·**Did you open the door to 5316 West**
**22** **Washington for the police?**
23   · · A.· · ·No.
**24** · · Q.· · ·**When the police came through the front**
**25** **door to your apartment building -- do you**



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 275
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1    understand what I'm saying when I say the front

 2    door to your apartment building?· I'm referring to

 3    you go through the entrance door that's outside and

 4    then you go through that hallway and then you go to

 5    your specific apartment door.· Okay?

 6    · · A.· · ·Okay.

 7    · · Q.· · ·So when the police came through your

 8    specific apartment door, where were you?

 9    · · A.· · ·I was in the back talking to the police

10    that came through to the back door.

11    · · Q.· · ·Did you give anybody permission to let

12    the police in?

13    · · A.· · ·Yeah.

14    · · Q.· · ·Who?

15    · · A.· · ·I don't remember, but I gave somebody

16    permission to open the door.

17    · · Q.· · ·What happened when the police came into

18    your apartment?

19    · · · · · ·MR. BROWN:· Objection, vague, calls for

20    a narrative.

21    BY MS. SCHNIDT:

22    · · Q.· · ·Go ahead.

23    · · A.· · ·They was rough.· Really -- I really

24    don't know.· I can't replay it in my head.

25    · · Q.· · ·How were the police rough?

@© AdvancedONE   (866) 715-7770
LEGAL           advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.　　　　　Page 276
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1　· · A.· · ·The handcuffs were super tight.· I was

·2　trying to -- they was just rough.

**·3　· · Q.· · ·Any other way in which you felt that**

**·4　the police were rough other than the handcuffs were**

**·5　tight?**

·6　· · A.· · ·They was taking me outside.· They was

·7　kind of squeezing my arm and stuff tight and

·8　wouldn't loosen the handcuffs up.

**·9　· · Q.· · ·Anything else?**

10　· · A.· · ·They wouldn't tell me why they was

11　there.

**12　· · Q.· · ·Did you have an understanding as to why**

**13　the police were standing in your apartment talking**

**14　to you at the time that they were talking to you?**

15　· · A.· · ·About an altercation, that was it.

**16　· · Q.· · ·Did you -- did the police tell you why**

**17　you were being taken to the police station?**

18　· · A.· · ·No.

**19　· · Q.· · ·Did you voluntarily go with the police?**

20　· · A.· · ·Yes.

**21　· · Q.· · ·And why did you think that you were**

**22　going with the police?**

23　· · A.· · ·Because somebody called the police

24　about us having an altercation.

**25　· · Q.· · ·When you were in your apartment, did**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 277
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   you tell the police about the altercation?

·2   · · A.· · ·I don't recall.

·3       Q.     Did you tell them that you fought with

·4   Kim Edmondson?

·5   · · A.· · ·I don't recall.

·6   · · Q.· · Did you tell them Carlton White fought

·7   with Kim Edmondson?

·8   · · A.· · ·I don't recall.

·9       Q.· · Do you recall if you told    strike

10   that.

11           Did you tell them if Donte Howard

12   fought with Kim Edmondson?

13   · · A.· ·  I don't recall.

14   · · Q.· ·  If -- did you tell the police that

15   Donte Howard had just shown up?

16   · · A.· · ·Yes.

17   · · Q.· · ·Why?

18   · · A.· · ·Because he walked and got a computer

19   and then came back.

20   · · Q.· · ·Did you tell the police that he wasn't

21   involved in the altercation because he had just

22   shown up?

23   · · A.· · ·No, that's -- because when they came

24   in, they didn't say anything about the altercation.

25   I just said that he just got here.

@© AdvancedONE   (866) 715-7770
LEGAL          advancedONE.com

·1    · ·Q.· · ·So tell me everything that you said to
·2    the police, and they said to you when you were in
·3    your apartment?
·4    · ·A.· · ·I don't recall saying nothing.
·5    · ·Q.· · ·Well, you've just gave a description of
·6    some portion of a conversation, so I'm asking you
·7    tell me what you remember.
·8    · ·A.· · ·I assume that they was there because of
·9    the altercation.
10    · ·Q.· · ·What did --
11    · ·A.· · ·They didn't specifically say anything
12    like -- I didn't say too much in detail.
13    · ·Q.· · ·What did you say to them?
14    · ·A.· · ·I don't remember.
15    · ·Q.· · ·What did they say to you?
16    · ·A.· · ·Who apartment is this?· And I said me.
17    · ·Q.· · ·I'm sorry.· They said what?
18    · ·A.· · ·Whose apartment is this?· And I said
19    mine.
20    · ·Q.· · ·Okay.· What else was said?
21    · ·A.· · ·I don't remember.
22    · ·Q.· · ·In the apartment, did you tell the
23    police that Donte Howard had just shown up?
24    · · · · · ·MR. BROWN:· Objection, asked and
25    answered.

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

·1· · · · ·A.· · ·Yes.

·2· ·BY MS. SCHNIDT:

·3· · · ·Q.· · ·Okay.· When did you say that?

·4· · · ·A.· · ·When they came to the back door.

·5· · · ·Q.· · ·Okay.· And what did they say in

·6· ·response to you?

·7· · · ·A.· · ·I don't remember.· I just know -- I

·8· ·don't remember because they was talking to the --

·9· ·trying to argue with the police, and I had to tell

10· ·them to stop.

11· · · ·Q.· · ·Who is "they" was arguing with the

12· ·police?

13· · · ·A.· · ·Donte Howard and Carlton White.

14· · · ·Q.· · ·Anything else that you said to the

15· ·police while they were in your apartment?

16· · · ·A.· · ·No.

17· · · ·Q.· · ·Did you lie to the police when you were

18· ·in your apartment?

19· · · ·A.· · ·No.

20· · · ·Q.· · ·Did you tell the police that Donte

21· ·Howard wasn't involved in the fight?

22· · · ·A.· · ·No.

23· · · ·Q.· · ·Did you tell the police Donte Howard

24· ·had just shown up, and he wasn't involved in the

25· ·fight?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 280
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · · · · ·MR. BROWN:· Objection, asked and

·2    answered, argumentative.

·3    BY MS. SCHNIDT:

·4    · · · · Q.· · · Go ahead.

·5    · · A.· · ·I said that he just showed up.· I never

·6    said nothing about he wasn't involved in the fight.

·7    · · Q.· · ·Did you tell them he just showed up in

·8    relation to -- for the purpose of making them

·9    believe he was not involved in the altercation?

10    · · A.· · ·No.

11    · · Q.· · ·Prior to the police showing up, were

12    you guys talking about the fight?

13    · · · · · ·MR. BROWN:· Objection, asked and

14    answered.· Don't answer that.· Argumentative.

15    · · · · · ·MS. SCHNIDT:· Dylan, that is

16    ridiculous.· What's your grounds for telling her

17    not to answer a question?

18    · · · · · ·MR. BROWN:· Because it's harassing and

19    you've asked her ten times already.

20    · · · · · ·MS. SCHNIDT:· I've not asked her that

21    specific question.

22    BY MS. SCHNIDT:

23    · · Q.· · ·When the police showed up, were you

24    guys talking about the fight?

25    · · · · · ·MR. BROWN:· Objection, asked and

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 281
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1· answered.

·2· BY MS. SCHNIDT:

·3· · ·Q.· · ·Go ahead.

·4· · ·A.· · ·No.

·5· · ·Q.· · ·Did anyone say, fuck that bitch.· He

·6· got what he deserved?

·7· · ·A.· · ·No.

·8· · ·Q.· · ·Did anyone say, when you protect, you

·9· have to fight?

10· · ·A.· · ·No.

11· · ·Q.· · ·Did anyone say, he ain't going to get

12· my gun?

13· · ·A.· · ·No.

14· · ·Q.· · ·Did anyone say, he walked away.· He

15· fine?

16· · ·A.· · ·I don't remember that being talked

17· about.

18· · ·Q.· · ·How can you say for sure that those

19· other statements were said, but you don't remember

20· if someone said, he walked away; he fine?

21· · ·A.· · ·Because I wasn't listening if somebody

22· said it.

23· · ·Q.· · ·Well, so it's a possibility someone was

24· talking about the fight with Kim Edmondson and said

25· he walked away; he fine?

@© AdvancedONE          (866) 715-7770
LEGAL                   advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 282
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1 · · A.· · ·No, we wasn't talking about him.

·2 · · Q.· · ·Did you tell the police that Donte

·3 Howard was your cousin?

·4 · · A.· · ·No.

·5 · · Q.· · ·Is he your cousin?

·6 · · A.· · ·No.

·7 · · Q.· · ·Do you consider him to be your cousin?

·8 · · A.· · ·No.

·9 · · Q.· · ·Would you describe him as your cousin

10 to anyone?

11 · · A.· · ·No.

12 · · Q.· · ·Have you told me everything about your

13 conversation with the police in your apartment

14 regarding the altercation with Kim Edmondson?

15 · · · · · ·MR. BROWN:· Objection, form.

16 · · A.· · ·No, like I said, they didn't say much.

17 My assumption was that they came there because we

18 had the altercation, that was it, and they put me

19 in handcuffs.

20 BY MS. SCHNIDT:

21 · · Q.· · ·Right.· Earlier I was asking you to

22 tell me everything that was said in the apartment.

23 Have you told me everything that was said in the

24 apartment between you and the police?

25 · · A.· · ·Yes, that I remember.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 283
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · Q.· · ·In the apartment did you tell the
·2    police that Donte Howard fought with Kim Edmondson?
·3    · · A.· · ·No, they didn't ask me that.
·4    · · Q.· · ·Did you tell them that you fought with
·5    Donte Howard {sic} in the apartment?
·6    · · A.· · ·I don't remember.
·7    · · Q.· · ·While you were in the apartment, did
·8    you tell the police that Carlton White fought with
·9    Kim Edmondson?
10    · · A.· · ·No.
11    · · Q.· · ·And I think my earlier question I
12    messed up.· While you were in the apartment, did
13    you tell the police that you fought with Kim
14    Edmondson?
15    · · A.· · ·I don't remember.
16    · · Q.· · ·On the way to the police station, did
17    you talk to the police about the altercation with
18    Kim Edmondson?
19        A.     If I remember, no.
20    · · Q.· · ·Do you have a FOID card?
21    · · A.· · ·A who?
22    · · Q.· · ·A FOID card, F-O-I-D?
23    · · A.· · ·I think no.· That's a gun card, right?
24    · · Q.· · ·You do have a card that gives you the
25    right to own a weapon?

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 284
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1   · · A.· · ·That's what I was trying explain is
 2   that what she was talking about, no, I don't.
 3   · · · · Q.· · · Have you ever?· Have you ever had a
 4   **FOID card, which is the card that gives you the**
 5   **right to possess a weapon?**
 6   · · A.· · ·No.
 7   · · Q.· · ·**When you got to the police station,**
 8   **where did you go?**
 9   · · A.· · ·They put me in the room.
10   · · Q.· · ·**How many times did the police interview**
11   **you in the room?**
12   · · A.· · ·I haven't the slightest idea.
13   · · Q.· · ·**Did you tell the police about the**
14   **altercation with Kim Edmondson?**
15   · · A.· · ·Yes.· Once they asked me about him,
16   yes.
17   · · Q.· · ·**Okay.· Did you tell the police that you**
18   **hit Kim Edmondson with a pole?**
19   · · A.· · ·Yes.
20   · · Q.· · ·**Did you specifically use the words a**
21   **pole?**
22   · · A.· · ·No.· He asked me was he struck -- did I
23   strike him, I think.· That's how he said it, and I
24   said, yes.
25   · · Q.· · ·**And what did you describe striking him**

1@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 285
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1  with?

·2  · · A.· · A small metal pole, the one that was on

·3  the screen.

·4  · · Q.· · **Are you talking about the one that I**

·5  **showed you in your deposition before?**

·6  · · A.· · ·Yes.

·7  · · Q.· · · They didn't show you any pole during

·8  your interviews, right?

·9  · · A.· · No.

10  · · Q.· · **When you first talked to the police at**

11  **the station, did you say that it was you, Carlton,**

12  **and a third boy in the neighborhood who fought Kim**

13  **Edmondson?**

14  · · A.· · ·I believe so.

15  · · Q.· · **Why did you describe Donte Howard as a**

16  **third -- as a boy in the neighborhood?**

17  · · A.· · ·I don't know.

18  · · Q.· · **Why did you not just tell them the name**

19  **of Donte Howard?**

20  · · A.· · ·I don't know.· They already had me

21  incarcerated, so I thought it was irrelevant.

22  · · Q.· · **Well, at that point you knew the police**

23  **were asking you about the altercation with Kim**

24  **Edmondson, right?**

25  · · A.· · Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.        Page 286
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1 · · **Q.· · ·You knew that they were interviewing to**
·2 **find out what happened during that altercation and**
·3 **who was involved, correct?**
·4 · · A.· · ·Yes.
·5 · · **Q.· · ·So every person who was involved in**
·6 **that altercation would be relevant, right?**
·7 · · · · · ·MR. BROWN:· Objection, calls for
·8 speculation, calls for a legal conclusion.
·9 BY MS. SCHNIDT:
10 · · **Q.· · ·Go ahead.**
11 · · A.· · ·Yeah.
12 · · **Q.· · ·So why is it that you would think Donte**
13 **Howard, who was also involved in that altercation**
14 **that the police were interviewing about, was**
15 **irrelevant?**
16 · · A.· · ·Because they only grabbed me and
17 Carlton White.
18 · · **Q.· · ·At that time they only grabbed you and**
19 **Carlton White because you had told the police only**
20 **the two of you were involved, correct?**
21 · · A.· · ·I don't recall that.
22 · · **Q.· · ·Did you -- when the police asked you**
23 **who the third boy in the neighborhood was, did you**
24 **say, I don't know his name?**
25 · · A.· · ·No, I told them DT.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 287
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · ·Q.· · ·Initially, did you say, I don't know
·2    his name?
·3    · ·A.· · ·Yeah, at first, because I was scared.
·4    · ·Q.· · ·Why did you lie and say, I don't know
·5    his name?
·6    · ·A.· · ·Because I felt like he didn't do
·7    nothing wrong.· None of us did.
·8    · ·Q.· · ·So because you felt like he didn't do
·9    anything wrong, you lied to the police?
10    · · · · ·MR. BROWN:· Objection, argumentative,
11    misstates her testimony.
12    BY MS. SCHNIDT:
13    · ·Q.· · ·Go ahead.
14    · ·A.· · ·Can you repeat that?
15    · ·Q.· · ·So because you didn't feel that he did
16    anything wrong, you lied to the police?
17    · · · · ·MR. BROWN:· Same objections.
18    · ·A.· · ·Well, I don't believe calling it a lie.
19    I just -- a third boy.
20    BY MS. SCHNIDT:
21    · ·Q.· · ·Well, when you say, I don't know his
22    name, do you think that's telling the truth?
23    · ·A.· · ·No.
24    · ·Q.· · ·What do you think that is?
25    · ·A.· · ·I just felt it was irrelevant to put



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 288
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   his name in it because they already grabbed us.

·2   · · Q.· · ·So at that time you did know the

·3   name -- the third person in the -- the third boy in

·4   the neighborhood who was involved in the

·5   altercation, his name was Donte Howard, correct?

·6   · · A.· · ·I just -- I believe when I said the

·7   third boy, I was talking about Edmondson, yeah.

·8   · · Q.· · ·When you said, I don't know his name,

·9   you're referring to the third person who was

10   involved in the altercation with Kim Edmondson,

11   correct?

12   · · A.· · ·Yes.

13   · · Q.· · ·And you told the police, I don't know

14   his name, right?

15   · · A.· · ·I don't recall.· I don't believe I was

16   talking about Donte.· I think we was talking about

17   Edmondson.

18   · · Q.· · ·So at the time when the police are

19   asking you who was the other person involved in the

20   altercation with Kim Edmondson or Black, as you

21   called him, you thought they were talking about Kim

22   Edmondson or Black?

23   · · A.· · ·Yes.

24   · · Q.· · ·And when you said, I don't know his

25   name, you're saying you didn't know Black's name?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 289
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   · · A.· · ·Yeah, I didn't know his real name at

·2   first until all this happened, and we went to jail

·3   I learned his real name.

·4   · · Q.· · ·**When -- earlier when you testified**

·5   **giving the name of Donte was irrelevant, then what**

·6   **were you talking about when I was asking why you**

·7   **said, I don't know his name, and you said, I didn't**

·8   **think that was relevant?**

·9   · · A.· · ·Because I misunderstood the question.

10   · · Q.· · ·**Okay.**

11   · · · · · ·MR. BROWN:· Emily, could we just take a

12   quick bathroom break before we get into the video?

13   · · · · · ·MS. SCHNIDT:· Sure.

14   · · · · · ·MR. BROWN:· Just about 2 or 3 minutes?

15   · · · · · ·MS. SCHNIDT:· Okay.

16   · · · · · ·THE VIDEOGRAPHER:· We're off the

17   record.· The time is 2:05 p.m.

18   · · · · · ·(Recess taken.)

19   · · · · · ·THE VIDEOGRAPHER:· Standby.· We're back

20   on the record.· The time is 2:13 p.m.

21   BY MS. SCHNIDT:

22   · · Q.· · ·**Okay.· I'm showing you what I will mark**

23   **as Exhibit 9, which is your interview video, and**

24   **have you seen this video before?**

25   · · A.· · ·No.

·1    · ·Q.      **Have you seen any portions of this**
·2    **video?**
·3    · · A.· · ·No.
·4    · ·Q.· · ·**All right.· I'm pressing play at 32:44**
·5    **on the video, ERI time, it's 34:42 on the media**
·6    **player time.**
·7                    (Deposition Exhibit 9 marked
·8                    · for identification.)
·9                    (Whereupon the video recording is
10    played.)
11    BY MS. SCHNIDT:
**12    · ·Q.· · ·Did you hear the detective ask you when**
**13    he asked you a question, what was the fight about?**
14    · · A.· · ·Yes.
15    · · · · · ·(Whereupon the video recording is
16    played.)
17    BY MS. SCHNIDT:
**18    · ·Q.· · ·Did you hear the detective ask, and who**
**19    was he fighting with outside?**
20    · · A.· · ·Somewhat.
**21    · ·Q.· · ·Okay.**
22    · · · · · ·(Whereupon the video recording is
23    played.)
24    BY MS. SCHNIDT:
**25    · ·Q.· · ·Did you hear you responded, it wasn't**

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

```
·1   really a fight.· And then the other detective said,

·2   you were just arguing.· And you said, yeah, I was

·3   arguing.· It wasn't really a fight?

·4   · · A.· · ·Yes.

·5   · · · · · ·(Whereupon the video recording is

·6   played.)

·7   BY MS. SCHNIDT:

·8   · · Q.· · ·The detective said, who was he arguing

·9   with?· Did you hear that?

10   · · A.· · ·Yes.

11   · · Q.· · ·And at that point, you knew the

12   detective was asking you, who was Black arguing

13   with, the person that you had fought with, correct?

14   · · A.· · ·No, I don't -- I don't remember.

15   · · Q.· · ·So at the time that the detective said,

16   who was he arguing with; who did you think he was

17   referring to?

18   · · A.· · ·I don't remember who he was talking

19   about.

20   · · Q.· · ·All right.

21   · · · · · ·(Whereupon the video recording is

22   played.)

23   BY MS. SCHNIDT:

24   · · Q.· · ·You responded, my cousin.· Right?

25   · · A.· · ·Yes.
```

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 292
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · **Q.· · ·So you knew that they were asking, who**
·2    **was he fighting with, and you said my cousin,**
·3    **correct?**
·4    · · A.· · ·Yes.
·5    · · **Q.· · ·So you knew at that time your cousin**
·6    **had fought with Black or Kim Edmondson, right?**
·7    · · A.· · ·Right.
·8    · · **Q.· · ·So you knew they were referring to, who**
·9    **did Black fight with, because you said, my cousin,**
10    **right?**
11    · · A.· · ·Yes.
12    · · · · · ·(Whereupon the video recording is
13    played.)
14    BY MS. SCHNIDT:
15    · · **Q.· · ·And they said, who else, and you said,**
16    **and, and another boy in the neighborhood.· Did you**
17    **hear that?**
18    · · A.· · ·I heard it, but I don't remember saying
19    it.
20    · · **Q.· · ·Well, you heard yourself say it,**
21    **correct?**
22    · · A.· · ·Yes.
23    · · **Q.· · ·So why is it that you lied and didn't**
24    **tell them Donte Howard?**
25    · · A.· · ·Because I was scared.

@© AdvancedONE    (866) 715-7770
LEGAL                advancedONE.com

·1        Q.      Any other reason why you lied?

·2     · · A.· · ·Because there really wasn't a fight.

·3     · · Q.· · **Any other -- I'm sorry.**

·4     · · A.· · ·Nothing.

·5     · · Q.· · **So because you were scared, and it**

·6  **wasn't a fight, you lied to police about the**

·7  **identity of another person who fought with Kim**

·8  **Edmondson; is that right?**

·9     · · A.· · ·Yes.

10     · · Q.· · **During the altercation, you would agree**

11  **that no one had to defend you, correct?**

12     · · · · · ·MR. BROWN:· Objection, form.

13     · · A.· · ·I don't remember that.

14  BY MS. SCHNIDT:

15     · · Q.· · **Well, did you feel that someone needed**

16  **to defend you?**

17     · · A.· · ·He's a big guy, so I would probably say

18  yes.· If they wasn't out there, no telling what he

19  would have did.

20     · · Q.· · **Well, I thought he walked away after**

21  **you struck him with a pole?**

22     · · A.· · ·And he came back.

23     · · Q.· · **And when he came back, he wasn't going**

24  **for you, was he?**

25     · · A.· · ·I remember -- I don't -- somebody --

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 60 of 254 PageID #:1335

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 294
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1  him saying -- D.C. saying, that's a girl, man.· But

 2  I wasn't paying attention.· I didn't know that he

 3  came back.· I just saw when he came back.

 4  · · **Q.· · ·Where was he when he came back in**

 5  **relation to you?**

 6  · · A.· · ·First, he was on the other side of

 7  Washington, then he was crossing the street.

 8  · · **Q.· · ·So you had enough time to go inside,**

 9  **didn't you?**

10  · · A.· · ·Yes.

11  · · **Q.· · ·And Kim Edmondson during this**

12  **altercation kept saying to you, I don't want to**

13  **fight you, T.· I don't want to fight you, T; didn't**

14  **he?**

15  · · A.· · ·I don't remember.

16  · · **Q.· · ·All right.· I'm pressing play on 35:36**

17  **on the ERI time.**

18  · · · · · ·(Whereupon the video recording is

19  played.)

20  BY MS. SCHNIDT:

21  · · **Q.· · ·I got the wrong time.· I'm sorry.· I'm**

22  **pressing play on 33:43 on the ERI time.**

23  · · · · · ·(Whereupon the video recording is

24  played.)

25  BY MS. SCHNIDT:

·1           Q.      You heard the detective say, so the guy
·2    and your cousin start arguing, right?
·3    · · A.· · ·I heard it.
·4    · · Q.· · ·And you said, yeah, I don't know what
·5    they were arguing about?
·6    · · A.· · ·I didn't hear that part.
·7    · · Q.· · ·Okay.· I'll rewind ten seconds, 33:44.
·8    · · · · · ·(Whereupon the video recording is
·9    played.)
10    BY MS. SCHNIDT:
11    · · Q.· · ·You said, I can't say who started
12    arguing; is that correct?
13    · · A.· · ·Yes.
14    · · Q.· · ·Okay.
15    · · · · · ·(Whereupon the video recording is
16    played.)
17    BY MS. SCHNIDT:
18    · ·Q.· · ·Did you hear you said, he started
19    swinging, but he was also saying, I don't want to
20    fight you, Tabatha?
21    · · A.· · ·I don't remember that.
22    · · Q.· · ·Well, did you hear yourself just say
23    that?
24    · · A.· · ·Yeah.
25    · · Q.· · ·Okay.· Did Kim Edmondson back up into a

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 296
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   car?

·2          A.· · ·Yes.

·3          Q.      Did he --

·4   · · A.· · ·I think it was a small minivan.

·5   · · Q.· · ·What?

·6   · · A.· · ·I think it was, like, a small minivan.

·7   · · Q.· · ·Did the car hit him or did he back up

·8   into it?

·9   · · A.· · ·He backed up into it.

10   · · Q.· · ·Did he roll over on the ground when he

11   backed up into that car?

12   · · A.· · ·Yeah.

13   · · Q.· · ·Was he -- did he back up into that car

14   when he was fighting with Carlton?

15   · · A.· · ·No.

16   · · Q.· · ·When did he back up into that car?

17   · · A.· · ·When him and Donte had an altercation.

18   · · Q.· · ·Why did you tell the detectives that he

19   backed up into that car while he was fighting your

20   cousin?

21   · · A.· · ·That was a mistake.· It was Donte he

22   was fighting in the street.

23   · · Q.· · ·Was there anything else that you told

24   the detectives that was a mistake?

25   · · A.· · ·I don't remember.

@©  AdvancedONE     (866) 715-7770
        LEGAL          advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 297
TABATHA WASHINGTON - VOL. 3, 10/12/2021

··1  ··· **Q.·· ·Did anyone hide the pole that you used**
··2  **to hit Kim Edmondson with?**
··3  ··· A.·· ·Not to my knowledge, no.
··4  ··· **Q.·· ·I'm pressing play at 35:59 on the ERI.**
··5  ··· ··· ·(Whereupon the video recording is
··6  played.)
··7  BY MS. SCHNIDT:
··8  ··· **Q.·· ·Do you hear the detective ask you,**
··9  **where did you put this pipe when you were done with**
10  **it?**
11  ··· A.·· ·No, I couldn't understand what he was
12  just saying.
13  ··· **Q.·· ·All right.· I'll rewind it.· 36:02.**
14  ··· ··· ·(Whereupon the video recording is
15  played.)
16  BY MS. SCHNIDT:
17  ··· **Q.·· ·Did you hear, where did you put this**
18  **pipe when you were done with it?**
19  ··· A.·· ·Uh-huh.
20  ··· **Q.·· ·That's a yes?**
21  ··· A.·· ·Yes.
22  ··· **Q.·· ·Okay.· Press play.**
23  ··· ··· ·(Whereupon the video recording is
24  played.)
25  BY MS. SCHNIDT:

·1     **Q.· · ·Did you say, I don't know where he hid**
·2  **it?**
·3  · · A.· · ·No.· I don't know what I said.· I can't
·4  even understand it.
·5  · · **Q.· · ·All right.· I'm going to rewind one**
·6  **more time, 36:06, and press play, and I want you to**
·7  **tell me what you said then.**
·8  · · · · · ·(Whereupon the video recording is
·9  played.)
10  BY MS. SCHNIDT:
11  · · **Q.· · ·What did you say?**
12  · · A.· · ·I don't know where it is.
13  · · **Q.· · ·Did you see anybody pick up that pole**
14  **after you were done with it?**
15  · · A.· · ·I don't remember.
16     **Q.     What did you do -- what did you**
17  **personally do with the pole when you were done with**
18  **it?**
19  · · A.· · ·I don't remember.
20  · · **Q.· · ·Did anybody wipe off that pole?**
21  · · A.· · ·No.
22  · · **Q.· · ·Well, if you don't remember what**
23  **happened with it, how can you say, no, nobody wiped**
24  **it off?**
25  · · A.· · ·Because nobody had a reason to.

1      Q.      Any other reason -- I mean, well, any

2    other reason why you're saying, no, nobody wiped it

3    off?

4      · · ·A.· · ·That's because they asked me a

5    question, I guess.

6      · ·Q.· · ·No, I'm asking you, you said, I don't

7    know what happened to the pole.· But you're saying

8    nobody wiped it off.· I'm saying, how can -- if you

9    don't know what happened to it, how can you say

10    whether someone did not wipe it off?

11      · · ·A.· · ·Because I'm assuming they didn't.  I

12    don't know.· I don't remember.

13      · ·Q.· · ·When you were talking to the

14    detectives, did you describe Donte Howard as the

15    big, tall, light-skinned man?

16      · · ·A.· · ·Yes.

17      · ·Q.· · ·And did you describe him as having a

18    big belly and motioning, like, towards your stomach

19    area?

20      · · ·A.· · ·I don't remember.

21      · ·Q.· · ·When the detectives continued to

22    question you about Donte Howard, did you continue

23    to pretend like you didn't know the name of Donte

24    Howard?

25      · · ·A.· · ·I don't remember.

1    · · Q.· · ·Did you ever tell -- when the

2    detectives asked you who was the other guy, did you

3    ever say his name is Donte Howard?

4    · · A.· · ·I don't remember.

5    · · Q.· · · Did you ever tell them, I know him; he

6    was in the apartment?

7    · · A.· · ·I don't remember.

8    · · Q.· · ·Well, I'll represent to you that it

9    wasn't until the detectives confronted you with the

10   fact that your cousin says you knew him that you

11   finally said, yeah, I know him, his name is D.T.,

12   Donte.· Okay.· Do you remember that?

13   · · A.· · ·No.

14   · · Q.· · ·And then the detectives came back again

15   and said, who was that guy in your apartment, and

16   that's when you finally said, it was Donte.· Do you

17   remember that?

18   · · A.· · ·No.· Sorry.

19   · · Q.· · ·Why is it that you didn't immediately

20   tell the detectives that that guy in the apartment

21   was the third guy who was involved in the

22   altercation?

23   · · · · · ·MR. BROWN:· Objection, asked and

24   answered.

25   BY MS. SCHNIDT:

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 301
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1          **Q.      Go ahead.**
·2     · · A.· · ·Because -- I don't know.· Because,
·3     like, I thought it was irrelevant.· I didn't think
·4     it was a big deal.
·5          **Q.      Any other reason why you didn't tell**
·6     **the detectives that third guy in the apartment was**
·7     **Donte Howard and he was involved in the**
·8     **altercation?**
·9               MR. BROWN:· Objection, form, asked and
10     answered.
11     · · A.· · ·It was irrelevant.· I didn't think it
12     was -- too much of it.
13     BY MS. SCHNIDT:
14     · · **Q.· · ·During the interview with the**
15     **detectives that we just watched, they were**
16     **respectful to you, right?**
17     · · · · · ·MR. BROWN:· Objection, form, incomplete
18     hypothetical.
19     · · A.· · ·I mean, I guess, if that's what you
20     call nice, forcing somebody to say something.
21     BY MS. SCHNIDT:
22     · · **Q.· · ·Well, do you feel that the detectives**
23     **at any time threatened you?**
24     · · A.· · ·Yes, they did.
25     · · **Q.· · ·When did they threaten you?**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 302
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   · · A.· · ·When I asked to call home to make sure

·2   that my kids get their feeding tubes on time and

·3   that Cynthia knew what she was doing, the detective

·4   told me, well, you can't make a phone call unless

·5   you give me a number.

·**6   · · Q.· · ·How is that threatening?**

·7   · · A.· · ·Because my kids are on feeding tubes

·8   and can't just let anybody take care of them, and

·9   they have to have their feeds and their medication.

**10   · · Q.· · ·Well, did you give them the phone**

**11   number to reach Cynthia?**

12   · · A.· · ·Yes.

**13   · · Q.· · ·Okay.· So then you were able to call**

**14   Cynthia and check on your kids?**

15   · · A.· · ·Yes.

**16   · · Q.· · ·Any other way in which you felt they**

**17   were threatening to you?**

18   · · A.· · ·I kept trying -- they left me in the

19   room for hours.· I kept asking can she bring my

20   insulin.

**21   · · Q.· · ·Anything else?**

22   · · A.· · ·Not that I can remember.

**23   · · Q.· · ·They did bring you -- well, they tried**

**24   to bring you to the hospital so you could get your**

**25   insulin, right?**



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 303
TABATHA WASHINGTON - VOL. 3, 10/12/2021

· 1 · · A.· · ·Yes.

· 2 · · Q.· · ·And it was you who said you didn't want

· 3 to ride in a police car, correct?

· 4 · · A.· · ·It was hot, and I was sick.

· 5 · · Q.· · ·So you said you didn't want to ride in

· 6 the police car, correct?

· 7 · · A.· · ·I don't remember saying a police car.

· 8 · · Q.· · ·They offered to call an ambulance for

· 9 you, too, didn't they?

10 · · A.· · ·No, they did not.

11 · · Q.· · ·So they didn't offer to call you an

12 ambulance so that you could go to the hospital and

13 get your insulin?

14 · · A.· · ·No, an officer took me.

15 · · Q.· · ·But after the officer tried to take you

16 and you said you didn't want to ride in a police

17 car?

18 · · A.· · ·I don't remember that.

19 · · Q.· · ·The detectives who interviewed you

20 bought you food, right?

21 · · A.· · ·Yes.

22 · · Q.· · ·What did they buy you?

23 · · A.· · ·McDonald's.

24 · · Q.· · ·Anything else?

25 · · A.· · ·Chips and, I believe, candy.

·1 · · Q.· · ·Okay.· Anything else to drink?

·2 · · A.· · ·Water.

·3 · · Q.· · ·Anything else?

·4 · · A.· · ·No.

·5 · · Q.· · ·Why didn't you eat the McDonald's they

·6 brought you?

·7 · · A.· · ·Because I'm a diabetic and it --

·8 · · Q.· · ·What about -- I'm sorry.· Go ahead.

·9 · · A.· · ·It would have shot my sugar up.

10 · · Q.· · ·Why didn't you eat the chips they gave

11 you?

12 · · A.· · ·Because that would have messed with my

13 sugar.

14 · · Q.· · ·Why didn't you eat the candy they got

15 you?

16 · · A.· · ·Because it would have messed with

17 my -- my sugar would have been sky high.

18 · · Q.· · ·Did you drink the water they gave you?

19 · · A.· · ·Yes.

20 · · Q.· · ·Did they offer to get you something

21 else?

22 · · A.· · ·No.

23 · · Q.· · ·Do you eat chips?

24 · · A.· · ·Yes.

25 · · Q.· · ·Do you eat candy?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 305
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1         A.· · ·Not necessarily.

·2         Q.     What do you mean, not necessarily?

·3    · · A.· · ·I keep some type of sweetness with me

·4    all the time just in case my sugar drops, so not on

·5    the regular.

·6    · · Q.· · ·Did your sugar drop when you were at

·7    the police station?

·8    · · A.· · ·Yes.

·9    · · Q.· · ·Why didn't you eat the candy when that

10    happened?

11    · · A.· · ·Because it didn't happen until

12    afterwards when they moved me to another cell.

13    · · Q.· · ·So were you -- did you have any issues

14    with your diabetes while you were in the interview

15    room that we just were watching you on video on?

16    · · A.· · ·No.

17    · · Q.· · ·Why didn't you eat the chips that

18    the -- you said you do eat chips, why didn't you

19    eat the chips that the detective bought you?

20    · · A.· · ·Because I really didn't have no

21    appetite.· I couldn't eat.

22    · · Q.· · ·Why couldn't you eat?

23    · · A.· · ·After them telling me that Edmond was

24    dead, I was in shock.· I was crying.· I didn't have

25    an appetite.· I was throwing up.

@© AdvancedONE LEGAL    (866) 715-7770  advancedONE.com

· 1    · · Q.· · ·So you were throwing up because you

· 2    were in shock over what they told you?

· 3    · · A.· · ·Yes, because there -- someone -- I

· 4    didn't have appetite after that.· I couldn't eat

· 5    nothing.· It wouldn't stay down.

· 6    · · Q.        Any other reason why you weren't

· 7    eating?

· 8    · · A.  · ·I didn't have nothing to check my sugar

· 9    with to know what -- if it was high or low.· And

10     then if I went into shock in that room, they

11     wouldn't have known because I was in there for

12     hours.

13     · · Q.· · ·Any other reason why you didn't eat

14     what they gave you that you haven't testified to?

15         A.        Nothing.

16         Q.        All right.· Do you eat french fries?

17         A.        A small amount.

18         Q.        Were there french fries in the

19     McDonald's bag?

20     · · A.· · Yeah.

21     · · Q.· ·  Why didn't you eat those?

22     · · A.· ·  Because I didn't have an appetite.

23     · · Q.· ·  And you didn't have an appetite because

24     you were in shock over learning that Kim Edmondson

25     was dead?

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 307
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1      · · A.· · ·Yes.

·2      · · Q.· · ·Any other reason other than your being

·3      in shock as to why you didn't eat?

·4      · · A.· · ·I didn't have my meter to check my

·5      sugar, and I didn't have any insulin.

·6      · · Q.· · ·The detectives also gave you cigarettes

·7      while you were in that interview room, right?

·8      · · A.· · ·Yes.

·9      · · Q.· · ·Did you feel that the detectives were

10      coercing you to give a statement in any way?

11      · · A.· · ·Yes.

12      · · Q.· · ·How?

13      · · A.· · ·The way they was asking me questions,

14      it's like they was trying to put words in my mouth.

15      · · Q.· · ·Did they put words in your mouth?

16      · · A.· · ·Yes.

17      · · Q.· · ·How?

18      · · A.· · ·When they kept asking who, and they

19      kept saying -- because I was scared, I said Donte,

20      and then I realized that was a lie, and I told them

21      I did it.· They kept trying to get me to say that

22      he did it.

23      · · Q.· · ·Why did you initially say Donte is the

24      one who hit him in the head with the pole?

25      · · · · · ·MR. BROWN:· Objection, misstates her

·1   prior testimony.

·2   · · A.· · ·Because I was scared.

·3   BY MS. SCHNIDT:

·4       Q.      **What were you scared of?**

·5   · · A.· · ·Going to jail, being away from my kids.

·6   Never been to jail and in trouble for something I

·7   didn't do.

·8   **· · Q.· · ·So to avoid going to jail, you told the**

·9   **detectives that Donte was the one who hit him in**

10   **the head with a pole?**

11   · · A.· · ·Yes.

12   **· · Q.· · ·Any other reason why you told**

13   **detectives that Donte was the one who hit him in**

14   **the head with a pole?**

15   · · A.· · ·I was scared.

16   **· · Q.· · ·Other than being scared, any other**

17   **reason?**

18   · · A.· · ·No.

19   **· · Q.· · ·Now, the detectives didn't tell you to**

20   **say it was Donte who hit him in the head with a**

21   **pole, right?**

22   · · A.· · ·No.

23   **· · Q.· · ·Is that correct what I said?**

24   · · A.· · ·Yes.

25   **· · Q.· · ·Let me ask it a different way.· Did the**

·1    detectives tell you to say it was Donte who hit him

·2    in the head with a pole?

·3    · · A.· · ·No.

·4    · · Q.· · ·That was something that you came up

·5    with, right?

·6    · · A.· · ·Yes.

·7    · · Q.· · ·And the reason that you came up with

·8    that is because you were scared?

·9    · · A.· · ·Yes.

10    · · Q.· · ·Any other reason why you came up with

11    that?

12    · · A.· · ·No.

13    · · Q.· · ·And the reason that you were scared is

14    you didn't want to go to jail?

15    · · A.· · ·I didn't want to go to jail.· I didn't

16    want to be taken away from my kids.

17    · · Q.· · ·Anything else?

18    · · A.· · ·I ain't never been in trouble.  I

19    didn't even know he had passed away.

20    · · Q.· · ·Any other reason why you were scared?

21    · · A.· · ·No.

22    · · Q.· · ·The detectives were asking you about

23    Donte hitting him in the head with a pole after you

24    were the one who said it was Donte, correct?

25    · · A.· · ·Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 310
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1     · · Q.· · ·**They didn't come to you and say, did**
·2     **Donte hit him in the head with a pole, right?**
·3     · · A.· · ·Right.
·4     · · · · · ·MS. SCHNIDT:· Do you need to take a
·5     break and get water?
·6     · · · · · ·THE WITNESS:· If I can, please.
·7     · · · · · ·MS. SCHNIDT:· Yeah.
·8     · · · · · ·THE VIDEOGRAPHER:· We're going off the
·9     record.· The time is 2:36 p.m.
10     · · · · · ·(Recess taken.)
11     · · · · · ·THE VIDEOGRAPHER:· Standby.· We are
12     back on the record.· The time is 2:41 p.m.
13     BY MS. SCHNIDT:
14     · · Q.· · ·**When you talked to the detectives, it**
15     **was you who volunteered that Donte Howard was the**
16     **one who hit him in the head with the pole, right?**
17     · · A.· · ·Yes.
18     · · Q.· · ·**And then you told the detectives that**
19     **Donte Howard hit Kim Edmondson over the head with**
20     **the pole one time, correct?**
21     · · A.· · ·No.
22     · · Q.· · ·**What's incorrect about what I said?**
23     · · A.· · ·That Donte hit him over the head.
24     · · Q.· · ·**Well, did you tell the detectives that**
25     **Donte hit Kim Edmondson over the head one time with**



@© AdvancedONE LEGAL    (866) 715-7770 advancedONE.com

·1    a pole?

·2    · · A.· · ·No.

·3    · · Q.· · ·I'm showing you Exhibit 9 again.· I'm

·4    pressing play at 3:09:46 ERI time.

·5    · · · · · ·(Whereupon the video recording is

·6    played.)

·7    BY MS. SCHNIDT:

·8    · · Q.· · ·The detective just asked you how hard

·9    do you think he hit him in the head with the pole,

10    and you responded, I don't know; is that correct?

11    · · A.· · ·Yes.

12    · · Q.· · ·You didn't respond, he didn't hit him

13    in the head with the pole, right?

14    · · A.· · ·They didn't ask that.

15    · · Q.· · ·Well, but I'm saying, you knew at this

16    point -- strike that.· Let me rephrase.

17    · · · · · ·You knew at this point that the

18    detectives were asking you, how hard did Donte hit

19    Kim Edmondson in the head with the pole, correct?

20    · · A.· · ·Yes.

21    · · Q.· · ·And your response to that question was,

22    I don't know, correct?

23    · · A.· · ·Yes.

24    · · Q.· · ·Your response was not, no, Donte didn't

25    hit him in the head with the pole, correct?

·1 · · A.· · ·Yes.

·2 · · Q.· · ·**All right.· I'm going to press play**

·3 **again from 3:10:35.**

·4 · · · · · ·(Whereupon the video recording is

·5 played.)

·6 BY MS. SCHNIDT:

·7 · · Q.· · ·**I'm sorry.· I'm going to fast forward**

·8 **to 3:13:31 ERI time.**

·9 · · · · · ·(Whereupon the video recording is

10 played.)

11 BY MS. SCHNIDT:

12 · · Q.· · ·**I'm sorry.· I'm pressing play at**

13 **3:13:03 ERI time.**

14 · · · · · ·(Whereupon the video recording is

15 played.)

16 BY MS. SCHNIDT:

17 · · Q.· · ·**The detective asked you who hit who**

18 **harder, and you said, I don't know, they were all**

19 **out there fighting, basically, right?**

20 · · A.· · ·Yes.

21 · · Q.· · ·**Okay.**

22 · · · · · ·(Whereupon the video recording is

23 played.)

24 BY MS. SCHNIDT:

25 · · Q.· · ·**Then he said, here, this is an easy**

·1  **question, and then you said, Donte did it, correct?**

·2  · · A.· · ·Yes, but I changed my mind right away

·3  because I knew it was wrong to lie.· I was just

·4  scared.

·5  · · Q.· · ·**Well, how long did it take for you to**

·6  **change your mind?**

·7  · · A.· · ·I don't know, but I know I changed my

·8  mind and told them I did it.

·9  · · Q.· · ·**It wasn't during this interview that**

10  **you told the detectives you were the one -- well,**

11  **what do you mean, you did it?· You hit him in the**

12  **head with the pole?**

13  · · A.· · ·No, when I told them I striked him

14  across his lip and his chest.· I never said nobody

15  hit him in his head.

16  · · Q.· · ·**It was once you talked to the assistant**

17  **state's attorney that that's when you changed the**

18  **story again and said that, no, Donte didn't hit him**

19  **in the head with the pole, right?**

20  · · · · · ·MR. BROWN:· Objection, misstates the

21  evidence.

22  BY MS. SCHNIDT:

23  · · Q.· · ·**Go ahead.**

24  · · A.· · ·Can you repeat the question?

25  · · Q.· · ·**It wasn't until you spoke to the**

·**1**  **assistant state's attorney, did you then change**

·**2**  **your story and say, no, when I said it was Donte,**

·**3**  **it wasn't Donte, basically?**

·4  · · · · · ·MR. BROWN:· Same objection.

·5  · · A.· · ·Yes.· I said, because I was scared, and

·6  that's what the police wanted to hear, but then I

·7  told -- I didn't like lying, so I told the truth.

·8  BY MS. SCHNIDT:

·**9**  · · **Q.· · ·When you are saying you told -- who was**

**10**  **the first person that you told, oh, I was lying, it**

**11**  **wasn't Donte who hit him in the head?**

12  · · A.· · ·I don't remember.

**13**  · · **Q.· · ·Was it when you were interviewed by the**

**14**  **assistant state's attorney?**

15  · · A.· · ·I don't even know who the state's

16  attorney was.· I don't know who was who coming in

17  that room.

**18**  · · **Q.· · ·Well, it wasn't these two detectives**

**19**  **that you were talking to, correct?**

20  · · A.· · ·I don't know.

**21**  · · **Q.· · ·You didn't tell these detectives during**

**22**  **this interview that you were lying?**

23  · · · · · ·MR. BROWN:· Objection, misstates the

24  evidence, asked and answered.

25  BY MS. SCHNIDT:

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 315
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · Q.· · ·Go ahead.

·2    · · A.· · ·I don't remember.· I told somebody but

·3    I know I changed my mind quick.

·4    · · Q.· · ·Do you consider quick to be 20 hours

·5    later?

·6    · · · · · ·MR. BROWN:· Objection, argumentative,

·7    misstates the testimony -- misstates the evidence.

·8    BY MS. SCHNIDT:

·9    · · Q.· · ·Go ahead.

10    · · A.· · ·I don't know what time it was.· I just

11    know I was in that room for hours, and they was

12    talking to me.

13    · · Q.· · ·All right.· Now, back to this, though,

14    in this video during this interview with the

15    detectives, you just said Donte did it, right?

16    · · · · · ·MR. BROWN:· Objection, misstates the

17    evidence.

18    BY MS. SCHNIDT:

19    · · Q.· · ·That's just where we were at was that

20    you had said Donte did it, right?

21    · · A.· · ·Yes.

22    · · Q.· · ·Okay.· I'm going to press play from

23    3:13:19.

24    · · · · · · · (Whereupon the video recording is

25    played.)

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 316
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   BY MS. SCHNIDT:
·2   · · Q.· · ·I'll rewind, 3:13:11.
·3   · · · · · ·(Whereupon the video recording is
·4   played.)
·5   BY MS. SCHNIDT:
·6   · · Q.· · ·The detective said, here, this is an
·7   easy question, who hit him over the head?· Did you
·8   hear that?
·9   · · A.· · ·Yes.
10   · · Q.· · ·And you respond, Donte did it.
11   · · A.· · ·Yes, because it was like they was
12   forcing me to say it because they kept asking me.
13   · · Q.· · ·Well, they weren't forcing you to say
14   it.· You're the one who came up with it, right?
15   · · A.· · ·I came up with it because they kept
16   bringing him up asking, so I said D.T. because I
17   was scared.
18   · · Q.· · ·Did they ever say to you, did Donte --
19   did Donte hit Kim Edmondson in the head before you
20   told the detectives Donte hit Kim Edmondson in the
21   head?
22   · · A.· · ·No, they just kept asking about the
23   big, tall guy.
24   · · Q.· · ·They were asking you about his
25   identity, correct?

·1    · · A.· · ·I don't remember.

·2    · · Q.· · **And they were asking you who hit him**

·3    **over the head -- strike that.**

·4    · · · · · **They were asking you who hit Kim**

·5    **Edmondson or Black over the head, correct?**

·6    · · A.· · ·Yes.

·7    · · Q.· · **But they never once said to you, did**

·8    **that big, tall guy hit Kim Edmondson in the head?**

·9    · · A.· · ·No.· It was like they was forcing me to

10    say it.· It was 3:00 in the morning.

**11**   · · Q.· · **They didn't ask you that, correct?**

12    · · A.· · ·No.· I don't remember, actually.

**13**   · · Q.· · **Well, you do remember that you were the**

**14**   **first person to volunteer Donte Howard's name as**

**15**   **the person who hit Kim Edmondson on the head,**

**16**   **right?**

17    · · A.· · ·I don't remember.· I know that I said

18    it, but I didn't know anything about -- I don't

19    remember.

**20**   · · · Q.· · **Are you changing your earlier testimony**

**21**   **now?**

22    · · · A.· · · I just -- I said I said it, but I only

23    said it because I was scared.

**24**   · · Q.· · **And we talked about why you were scared**

**25**   **earlier, right?· You've already testified to the**

·1  basis for you being scared, correct?

·2  · · A.· · ·Yes.

·3  · · Q.· · ·Okay.· So in this question the

·4  detective says to you, this is an easy question,

·5  who hit him over the head, and you respond, Donte

·6  did it, correct?

·7  · · A.· · ·Yes.

·8  · · Q.· · ·And then I'm going to press play from

·9  3:13:22.

10  · · · · · · · (Whereupon the video recording is

11  played.)

12  BY MS. SCHNIDT:

13  · · Q.· · ·He asks you how many times.· Did you

14  hear that?

15  · · A.· · ·Yes.

16  · · · · · · (Whereupon the video recording is

17  played.)

18  BY MS. SCHNIDT:

19  · · Q.· · · You said, I only saw him swinging --

20  hold on, wait a minute, one time, correct?

21  · · A.· · ·Yes.

22  · · Q.· · ·So you told the detectives Donte Howard

23  struck Kim Edmondson in the head one time?

24  · · A.· · ·I said he hit him one time.· I don't

25  recall saying the head right there.

@© AdvancedONE     (866) 715-7770
LEGAL            advancedONE.com

·1      **Q.      So when they said, this is an easy**

·2   **question, who hit him over the head, you said Donte**

·3   **did it, and he immediately says, how many times,**

·4   **you say one time.· You're saying that you weren't**

·5   **talking about Donte hitting Kim Edmondson in the**

·6   **head one time?**

·7   · · A.· · ·I didn't hear the head part.

·8   · · **Q.· · ·All right.· I'll rewind it again.**

·9   **3:13:08.**

10             (Whereupon the video recording is

11   played.)

12   BY MS. SCHNIDT:

13   · · **Q.· · ·The detective says, here, this is an**

14   **easy question, who hit him over the head, correct?**

15   · · A.· · ·Yes.

16   · · · · · ·(Whereupon the video recording is

17   played.)

18   BY MS. SCHNIDT:

19   · · **Q.· · ·You responded, Donte.· He says**

20   **immediately, how many times.· You say, I only saw**

21   **him swinging -- no, hold on, one time, correct?**

22   · · A.· · ·Yes.

23   · · **Q.· · ·All right.· So when the detective is**

24   **asking you, how many times did Donte Howard strike**

25   **Kim Edmondson, you knew at that time he's saying**

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

·1    how many times did he hit him over the head, and

·2    you respond one time, right?

·3    · · A.· · ·Yes.

·4    · · Q.· · ·All right.· I'm fast forwarding 3:15:27

·5    on ERI time.

·6                (Whereupon the video recording is

·7    played.)

·8    BY MS. SCHNIDT:

·9    · · Q.· · ·So the detectives are asking you what

10    were you talking about just before we came, and you

11    were telling them you were putting the kids to bed.

12    They weren't arguing about it.· And you said they

13    were talking about the fight, correct?

14    · · · · · ·MR. BROWN:· Objection, misstates the

15    evidence.

16    BY MS. SCHNIDT:

17    · · Q.· · ·Go ahead.

18    · · A.· · ·I didn't remember saying that, but I

19    see that I said that.

20    · · Q.· · ·Yeah, on the video you said -- you

21    heard yourself say, they were talking about it,

22    meaning the fight, correct?

23    · · · · · ·MR. BROWN:· Objection.· Same

24    objections.

25    BY MS. SCHNIDT:

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 321
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1      ·  · Q.·  ·Go ahead.

·2      ·  · A.·  ·Yes.

·3      ·  · Q.·  ·Did you ever leave before the fight

·4      with Kim Edmondson was finished?

·5      ·  · A.  · ·What do you mean?

·6      ·  · Q.  · ·Did you ever leave before Carlton

·7      White, you, or Donte Howard were finished fighting

·8      with him?· Did you ever go inside the apartment

·9      before the altercation finished?

10      ·  · A.·  ·I'm not for sure.

11      ·  · Q.·  ·Is there a point in time that you're

12      thinking that you may have left while the

13      altercation was going on?

14      ·  · A.·  ·Not to my knowledge.· I don't remember.

15      ·  · Q.·  ·Did Donte Howard hit Kim Edmondson with

16      a pole?

17      ·  · A.·  ·No.

18      ·  · Q.  · ·Did Donte Howard ever hold a pole on

19      May 30, 2018?

20      ·  · A.·  ·Not to my recognition.· I'm not for

21      sure.· I don't remember.

22      ·  · Q.·  ·You mean not to your recollection?

23      ·  · A.·  ·Yeah, to my memory, I don't believe he

24      did.

25      ·  · Q  · ·Okay.· How many -- did you tell the

·1  **detectives that you saw Donte Howard strike Kim**

·2  **Edmondson twice with a pole?**

·3  · · · A.· · ·I believe there was just once just now.

·4  · · Q.· · ·**Later, after the interview that we**

·5  **watched, did you tell the detectives that you saw**

·6  **Donte hit Kim Edmondson twice?**

·7  · · · · · ·MR. BROWN:· Objection, foundation.

·8  · · · A.· · ·I don't remember.

·9  BY MS. SCHNIDT:

10  · · Q.· · ·**All right.· I'm showing you Exhibit 9**

11  **again.· Starting at 3:19:57.**

12  · · · · · ·(Whereupon the video recording is

13  played.)

14  BY MS. SCHNIDT:

15  · · Q.· · ·**So you just said he hit him with a**

16  **pole, and the detective said, how many times, and**

17  **you said, I saw him hit him twice?**

18  · · · A.· · ·Yes, because they wanted -- they kept

19  asking me the same questions to scare me, and

20  that's what happened.

21  · · Q.· · ·**Well, but you're the one who**

22  **volunteered that Donte Howard struck Kim Edmondson**

23  **with the pole twice, correct?**

24  · · · A.· · ·Yes.

25  · · Q.· · ·**They didn't tell you that Donte Howard**

@© AdvancedONE LEGAL    (866) 715-7770
advancedONE.com

  1    struck Kim Edmondson with the pole twice, right?

  2    · · A.· · ·Right.

  3    · · Q.· · ·All right.· I'm showing you Exhibit

  4    No. 9 at 23:54:24 on the ERI time.· Do you

  5    recognize this man who's sitting in the interview

  6    room with you at this point?

  7    · · A.· · ·No.

  8    · · Q.· · ·All right.· I'll represent to you that

  9    he tells you at the beginning of the interview that

 10    he's an assistant state's attorney, Patrick Waller.

 11    · · · · · ·Do you remember meeting with him in

 12    this interview room?

 13    · · A.· · ·No.

 14    · · Q.· · ·Did you tell anyone while you were at

 15    the police station that you swung the pole three

 16    times at Kim Edmondson?

 17    · · A.· · ·I don't remember.

 18    · · Q.· · ·Did you tell anyone while you were at

 19    the police station that you swung the pole once,

 20    you hit him in the lip, you swung the pole twice,

 21    you hit him in the chest, and the third time you

 22    swung the pole you missed?

 23    · · A.· · ·I don't remember.

 24    · · Q.· · ·Is that what occurred?

 25    · · A.· · ·No.· I swung once.

·1      · · Q.· · ·**All right.· I'm pressing play on**
·2      **Exhibit 9 at 23:50:35 ERI time.**
·3      · · · · · ·(Whereupon the video recording is
·4      played.)
·5      BY MS. SCHNIDT:
·6      · · Q.· · ·**All right.· I'm pressing play on the**
·7      **ERI time 23:48:45.**
·8      · · · · · ·(Whereupon the video recording is
·9      played.)
10      BY MS. SCHNIDT:
11      · · Q.· · ·**Did you hear yourself just describe**
12      **swinging three times and the third time Kim**
13      **Edmondson jumping back and you missing him?**
14      · · A.· · ·It sounded like I said I jumped back
15      and the third time is when I hit him.
16      · · Q.· · ·**All right.· We'll keep playing.**
17      · · · · · ·(Whereupon the video recording is
18      played.)
19      BY MS. SCHNIDT:
20      · · Q.· · ·**All right.· I'm pressing play on ERI**
21      **time 23:43:11.**
22      · · · · · ·(Whereupon the video recording is
23      played.)
24      BY MS. SCHNIDT:
25      · · Q.· · ·**Do you see you just said, when I swung,**

·1   **I hit him right here on the face, and you indicated**

·2   **your lip?**

·3   · · A.· · ·Yes.

·4   · · **Q.**    **You're not looking at the video, so I**

·5   **need to make sure that you're watching the video.**

·6   · · A.· · ·Yes.

·7   · · **Q.· · ·So I'm going to rewind that.· 23:43:09**

·8   **ERI time.**

·9           (Whereupon the video recording is

10   played.)

11   BY MS. SCHNIDT:

**12**   · · **Q.· · ·So you said, when I swung, I hit him**

**13**   **right here, and you indicated the left side of your**

**14**   **lip, right?**

15   · · A.· · ·Yes.

16   · · · · · ·(Whereupon the video recording is

17   played.)

18   BY MS. SCHNIDT:

**19**   · · **Q.· · ·You said, he jumped back.· When he**

**20**   **jumped again, I swung and hit him right here, and**

**21**   **you're motioning to your chest, correct?**

22   · · A.· · ·Yes.

23   · · · · · ·(Whereupon the video recording is

24   played.)

25   BY MS. SCHNIDT:

·1    · · Q.· · ·The third time you said, I missed

·2    because he jumped back, correct?

·3    · · A.· · ·Yes.

·4    · · Q.· · ·So you've just described to this

·5    gentleman sitting in the room, who I'm representing

·6    to you is the assistant state's attorney, that you

·7    swung the pole at Kim Edmondson three times, right?

·8    · · A.· · ·Yes.

·9    · · Q.· · ·The first time that you swung, you hit

10    him in the lip, that's what you told him, right,

11    yes?

12    · · A.· · ·Yes.

13    · · Q.· · ·The second time you swung, you hit him

14    in the chest, that's what you told him, right?

15    · · A.· · ·Yes, ma'am.

16    · · Q.· · ·And then the third time you swung, you

17    missed Kim Edmondson?

18    · · A.· · ·Yes.

19    · · Q.· · ·All right.· Did you at any time see

20    Carlton White and Kim Edmondson shove each other?

21    · · A.· · ·I don't remember.

22    · · Q.· · ·Did you at any time see Carlton --

23    strike that.

24    · · · · · ·Did you at any time see Donte Howard

25    land one to two punches on Kim Edmondson's face?

@© AdvancedONE

LEGAL

(866) 715-7770

advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 327
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · A.· · ·I believe so.

·2    · · Q.· · ·Did you see Donte Howard strike Kim

·3    Edmondson other than those one to two punches that

·4    landed on Kim Edmondson's face?

·5    · · A.· · ·No.· No.· There really wasn't an

·6    altercation.

·7    · · Q.· · ·That's not my question.· Did you ever

·8    see Kim -- Donte Howard strike Kim Edmondson

·9    anywhere other than the one to two punches that

10    landed on his face?

11    · · A.· · ·No.

12    · · Q.· · ·Were you aware when you were sitting in

13    that interview room that you were on camera?

14    · · A.· · ·Yes.

15    · · Q.· · ·And when you met with that assistant

16    state's attorney, were you aware of the fact that

17    if you felt that you had been threatened

18    inappropriately by any detective, you could have

19    complained to him?

20    · · A.· · ·No, I'd never been to jail.

21    · · Q.· · ·Did you ever tell anybody that any

22    detective treated you -- well, strike that.

23    · · · · · ·Do you believe that any detective

24    treated you inappropriately?

25    · · A.· · ·Yes -- I mean, yes, I do.

·1      Q.      How so?
·2    · · A.· · ·Because, for one, they knew I'd never
·3    been to jail, and it was like they was just going
·4    so hard, and I feel like I was telling the truth,
·5    and they took the truth and twisted it.
·6    · · Q.· · ·**How did they twist the truth?**
·7    · · A.· · ·Because they said I killed somebody.
·8    · · Q.· · ·**When did they say that?**
·9    · · A.· · ·This is after the police station.  I
10    don't know exactly what time or when, but it was in
11    the police station.
12    · · Q.· · ·**Who said that you killed someone?**
13    · · A.· · ·The detective said, well, he passed
14    away.
15    · · Q.· · ·**All right.· Any other way in which you**
16    **felt the detective acted inappropriately?**
17    · · A.· · ·Leaving somebody in a room that has to
18    use the bathroom for hours, I think that's a form
19    of being harsh.
20    · · Q.· · ·**You were taken to the bathroom on a**
21    **number of occasions, weren't you?**
22    · · A.· · ·Because I kept having to throw up after
23    I keep telling them, can I please go to the
24    restroom.· Then they decided -- so they have to
25    keep coming to the room and brought a big garbage

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 329
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    can in there.

·2    · ·Q.· · ·But you were brought to the bathroom a

·3    number of times, right?

·4    · · A.· · ·A few times.

·5    · ·Q.· · ·Uh-huh.· Any other way that you felt

·6    that the detectives treated you inappropriately?

·7    · · A.· · ·I don't know.· I don't even remember.

·8    · ·Q.· · ·Have you testified to everything that

·9    you remember?

10    · · A.· · ·Yes, ma'am.

11    · ·Q.· · ·Did you use a pole earlier in that day

12    to fight with Cynthia Cage?

13    · · A.· · ·You mean my friend?· We wasn't

14    fighting, just playing.

15    · ·Q.· · ·How were you playing with a pole while

16    fighting with Cynthia Cage?

17    · · A.· · ·We wasn't fighting.· We were horse

18    playing around.

19    · ·Q.· · ·How were you using a pole with Cynthia

20    Cage to horse play around?

21    · · A.· · ·I don't know.· I don't know how to

22    explain it to you.· We was just horse playing

23    around.

24    · ·Q.· · ·Well, tell me what happened.

25    · · A.· · ·I don't remember.· We was just -- I



·1    know we was playing around that day.

·2    · · Q.· · ·**And while you were playing around, you**

·3    **picked up a pole?**

·4    · · A.· · ·That wasn't a pole.· If I'm not

·5    mistaken, that was that same little stick that I

·6    was playing with.

·7    · · Q.· · ·**Is it the same stick that you used to**

·8    **strike Kim Edmondson?**

·9    · · A.· · ·Yes.

10    · · Q.· · ·**Was it one of the larger poles that the**

11    **police collected?**

12    · · A.· · ·No.

13    · · Q.· · ·**So when you were horse playing around**

14    **with Cynthia Cage, you picked up the same pole that**

15    **you used to strike Kim Edmondson with?**

16    · · A.· · ·Yes.

17    · · Q.· · ·**And you're saying it wasn't a fight,**

18    **you were just horse playing around?**

19    · · A.· · ·Yes.

20    · · Q.· · ·**All right.· I'm showing you Exhibit**

21    **No. 3.· Is this Exhibit No. 3 the pole that you**

22    **used to strike Kim Edmondson?**

23    · · A.· · ·Yes.

24    · · Q.· · ·**And is this the pole that you used when**

25    **you were horse playing with Cynthia earlier that**

·1  day?

·2  · · A.· · ·Yes.

·3  · · Q.· · **Where did this pole come from that's in**

·4  **Exhibit No. 3?**

·5  · · A.· · ·The table folding chair, like the card

·6  tables.

·7  · · Q.· · **Okay.· So like a folding chair that**

·8  **goes with a card table; is that what you said?**

·9  · · A.· · ·Yes.

10  · · Q.· · ·And what piece on the folding chair did

11  it come from?

12  · · A.· · ·The leg, the chair leg, the back left

13  chair leg, if I'm not mistaken.

14  · · Q.· · **So one of the four legs that holds the**

15  **chair up, that's what this was?**

16  · · A.· · ·Yes, I believe that's where it came

17  from, if I'm not mistaken.· I know it came from a

18  part of the table, my card table.

19  · · Q.· · **Did it come from the table or did it**

20  **come from a chair?**

21  · · A.· · ·I said the chair that goes with the

22  card table.· Yes, it came from the chair.

23  · · Q.· · **And this piece that we're looking at**

24  **that's in Exhibit 3 is a portion of the leg for the**

25  **chair?**

@© AdvancedONE LEGAL    (866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 332
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   · · A.· · ·I don't see Exhibit 3.· Oh, yes.

·2   · · Q.· · ·I'm sorry.· This is marked as Exhibit 3

·3   from your deposition, but it's got evidence marker

·4   number two next to it, right?

·5   · · A.· · ·Yes.

·6   · · Q.· · ·Okay.· So this pole that's sitting next

·7   to evidence marker number two came from the leg of

·8   a folding chair?

·9   · · A.· · ·Yes.

10   · · Q.· · ·Okay.· When the state's attorney asked

11   you about why you told the detectives Donte Howard

12   struck Kim Edmondson with the pole, you told them

13   that you were talking fast to the detectives, you

14   were scared, you were nervous, and you didn't mean

15   to say that he hit him with sticks.· Do you

16   remember that?

17   · · A.· · ·Yes.

18   · · Q.· · ·Sorry?

19   · · A.· · ·Yes.

20   · · Q.· · ·You didn't say that the detectives were

21   trying to force you to say --

22   · · · · · ·MS. SCHNIDT:· Is somebody not on mute?

23   Dan, I think you're the only one who's not on mute.

24   · · · · · ·THE VIDEOGRAPHER:· Right.· Sorry about

25   that everyone.



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 333
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · · · · ·MS. SCHNIDT:· That's okay.

·2    BY MS. SCHNIDT:

·3    · ·**Q.· · ·So let me repeat the question.· So when**

·4    **you were talking to the state's attorney and he**

·5    **asked you why you told the detectives before that**

·6    **it was Donte who hit him with the pole in the head,**

·7    **you said I was just talking fast to detectives, I**

·8    **was scared, I was nervous, I didn't mean to say he**

·9    **hit him with the sticks.**

10    · · · · · ·**Do you remember that?**

11    · ·A.· · ·Yeah, but I still don't remember saying

12    the head part right when I was talking to him.

13    · ·**Q.· · ·Okay.· Well, why didn't you tell the**

14    **state's attorney that you said Donte Howard used**

15    **the pole because you felt the detectives were**

16    **trying to get you to say something that you didn't**

17    **want to say?**

18    · ·A.· · ·I don't know.

19    · ·**Q.· · ·Did you feel that way?**

20    · ·A.· · ·Yes, I did.

21    · ·**Q.· · ·Why didn't you tell the state's**

22    **attorney how you were feeling?**

23    · ·A.· · ·Because I never been to jail, and I

24    didn't know I could tell him.

25    · ·**Q.· · ·Well, he asked you why you said it,**



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 334
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    right?

·2    · · A.    Yes.

·3    · · Q.    And the reason -- the only reason why

·4    you didn't tell him that you felt the detectives

·5    were trying to get you to say something you didn't

·6    want to say is because you'd just never been to

·7    jail, and you didn't know you could tell him that?

·8    · · A.· · ·Yes.

·9    · · Q.· · ·Any other reason?

10    · · A.· · ·I was scared.

11    · · Q.· · ·You were scared of the state's

12    attorney?

13    · · A.· · ·No, I was scared for being in jail.

14    · · Q.· · ·Any other reason why you didn't tell

15    the state's attorney what -- that you said that

16    because you felt the detectives wanted you to say

17    that?

18    · · · A.· · ·I don't know.

19    · · · Q.    All right.· Now, I'm going to show you

20    what I've marked as Exhibit 8, which is Bates

21    stamped 1775.

22    · · · · · ·(Whereupon the video recording is

23    played.)

24    BY MS. SCHNIDT:

25    · · · Q.    Have you seen this body cam footage

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 335
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   before?

·2   · · A.· · ·No.

·3   · · · · · ·(Whereupon the video recording is

·4   played.)

·5   BY MS. SCHNIDT:

·6   · · Q.· · ·I've stopped it at 13 seconds into the

·7   video.· Was the -- at the time that you had the

·8   altercation with Kim Edmondson, was it lighter or

·9   darker than it appears in this video outside?

10   · · A.· · ·A little lighter.

11   · · Q.· · ·All right.· I'm pressing play 1 minute,

12   43 seconds.

13   · · · · · · · · (Whereupon the video recording is

14   played.)

15   BY MS. SCHNIDT:

16   · · Q.· · ·Did you hear yourself and Carlton say

17   there was an altercation earlier with some guy in

18   the building, and you said, who was trying to fight

19   me?

20   · · A.· · ·Yes.

21   · · Q.· · ·Why didn't you say at that time he was

22   fighting Carlton and this man right here, Donte,

23   standing in front of you?

24   · · A.· · ·I don't know.

25   · · Q.· · ·I'm playing from 4 minutes and

@© AdvancedONE LEGAL    (866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.      Page 336
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   **32 seconds.**

·2         (Whereupon the video recording is

·3   played.)

·4   BY MS. SCHNIDT:

·5   · · Q.· · ·**Did you hear yourself just tell the**

·6   **detectives, he just got here, and you're pointing**

·7   **at Donte Howard?**

·8   · · A.· · ·Yes.

·9   · · Q.· · ·**So that was a lie to the detectives,**

10   **correct?**

11   · · A.· · ·No.

12   · · Q.· · ·**Well, why wasn't it a lie?**

13   · · A.· · ·Because he had to go get his laptop.

14   · · Q.· · ·**But he had gotten there -- he had come**

15   **back before the altercation started, right?**

16   · · A.· · ·No, he left after the altercation.

17   · · Q.· · ·**It's your testimony that Donte Howard**

18   **left after the altercation with Kim Edmondson to**

19   **get his laptop before the police arrived?**

20   · · A.· · ·No.· I said, D.T. went down the street

21   to go get his laptop.

22   · · Q.· · ·**When?**

23   · · A.· · ·This was after the altercation.

24   · · Q.· · ·**So when Donte Howard went to go get his**

25   **laptop was after you had struck Kim Edmondson with**

·1   a pole and after he had fought with Kim Edmondson?

·2       A.· · ·Yes.

·3       Q.    At what point in time, because you've

·4   told me everything that occurred, and you testified

·5   that you all went to the liquor store, and then you

·6   came back, and you were sitting in your living room

·7   drinking and hanging out?

·8   · · A.· · ·Yes.

·9   · · Q.· · ·So at what point in time did he also

10   leave to go get his laptop?

11   · · A.· · ·In between that time.

12   · · Q.· · ·You testified earlier that before

13   the -- when you gave your testimony the first time,

14   you said that before the altercation started, Donte

15   Howard went and got his laptop and came back.· Is

16   that false?

17   · · A.· · ·I don't recall saying before the

18   altercation.

19   · · Q.· · ·Well, which one is it?· I'm trying to

20   understand.· Which one is it?· Did he leave before

21   the altercation with Kim Edmondson or after?

22   · · A.· · ·This was after.

23       Q.    And in that half an hour to an hour

24   between the altercation and the police arriving

25   you're saying Donte Howard left to get his laptop?

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 104 of 254 PageID #:1379

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 338
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1· · · · · A.· · ·Yes.

·2· · · Q.· · ·So if you testified in your first

·3· deposition that Donte Howard left to get his laptop

·4· before the altercation started, that would be

·5· false, correct?

·6· · · A.· · ·Yes.

·7· · · Q.· · ·Did Donte Howard go to get his laptop

·8· before you left for the liquor store?

·9· · · A.· · ·No, we all walked off together.

10· · · Q.· · ·So he went with you to the liquor

11· store, correct?

12· · · A.· · ·Yes.

13· · · Q.· · ·And then he went from the liquor store

14· back to your apartment, correct?

15· · · A.· · ·Yes.

16· · · Q.· · ·And then you guys were hanging out in

17· your apartment, right?

18· · · A.· · ·Yes.

19· · · Q.· · ·And then the police arrived, right?

20· · · A.· · ·The police arrived maybe, maybe, give

21· or take, maybe 10 or 15 minutes after he got back.

22· · · Q.· · ·Did Donte Howard come back to your

23· apartment after the liquor store?

24· · · A.· · ·Yes.

25· · · Q.· · ·So he was in your apartment and then he

·1   **left again?**

·2   · · A.· · ·Yes.

·3   · · **Q.· · ·Did he leave to get his laptop twice**

·4   **that day?**

·5   · · A.· · ·No, just that once after the

·6   altercation.

·7   · · **Q.· · ·How long was he gone?**

·8   · · A.· · ·Just about 10 minutes.

·9   · · **Q.· · ·He lives about a 5-minute walk away**

10   **from your house?**

11   · · A.· · ·About 10- or 15-minute walk.

12   · · **Q.· · ·Well, how can he walk -- if he lives 10**

13   **to 15 minutes away from your house, but he's -- it**

14   **only took him 10 minutes to get there and back?**

15   · · A.· · ·I don't know how far he lives from my

16   house, but I know it don't take long to walk that

17   way to take my babies.· It's a short walk.

18   · · **Q.· · ·Regardless, you told the detectives**

19   **that he had just gotten there when they were**

20   **telling you that you guys need to all come in,**

21   **right?**

22   · · A.· · ·Yes.

23   · · **Q.· · ·And you understood at that time that**

24   **he -- that the police were bringing you in for the**

25   **purpose of interviewing about the altercation with**


@©ⓒ AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.         Page 340
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1  **Kim Edmondson, right?**

·2  · ·A.· · ·Yes.

·3  · ·**Q.**· · ·**So when you said, he just got here,**

·4  **that was really an attempt to get the police not to**

·5  **focus on Donte Howard, get their focus away from**

·6  **him, wasn't it?**

·7  · ·A.· · ·No.

·8  · ·**Q.**· · ·**Well, why would you say he just got**

·9  **here when you know you're being brought into the**

10  **interview about an altercation that he was involved**

11  **in?**

12            MR. BROWN:· Objection, asked and

13  answered.

14  BY MS. SCHNIDT:

15     **Q.**     **Go ahead.**

16  · ·A.· · ·Because I thought it was irrelevant.  I

17  didn't think nothing of it.

18  · ·**Q.**· · ·**Okay.· I'm going to show you this**

19  **Google map showing the distance between Washington**

20  **Boulevard and Moving Everest Charter School, which**

21  **is where your daughter went to school, correct?**

22  · ·A.· · ·Yes.

23  · ·**Q.**· · ·**How far away from Moving Everest does**

24  **Donte Howard live?**

25  · ·A.· · ·At the corner right there on Lake.

@© AdvancedONE LEGAL    **(866) 715-7770**  advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 107 of 254 PageID #:1382

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 341
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · Q.· · ·Okay.· According to Google, that's a

·2    12-minute walk away.· So it's your testimony Donte

·3    Howard walked that, approximate, 12-minute walk,

·4    got his laptop, and came back within 10 minutes?

·5    · · A.· · ·It's not a long walk.· I walk like that

·6    all the time, and it's not a long walk.· It just

·7    looks like the blocks long because of that, but

·8    it's really not.

·9    · · Q.· · ·How long does it take you to walk your

10    daughter to school?

11    · · A.· · ·Probably -- I wouldn't even say -- just

12    about 10 minutes.· It's a short walk.

13    · · Q.· · ·And Donte Howard did that walk to there

14    and back in 10 minutes?

15    · · · · · ·MR. BROWN:· Objection, misstates her

16    prior testimony.

17    BY MS. SCHNIDT:

18    · · Q.· · ·Correct?

19    · · A.· · ·No.· Could you repeat that?

20    · · Q.· · ·How long was he gone for?

21    · · A.· · ·I don't know.· I don't know.

22    · · Q.· · ·You said about 10 minutes earlier, so

23    was that a lie?

24    · · A.· · ·No, I just -- I don't -- I didn't keep

25    track of the time, but I know he wasn't gone long.

·1    I give or take about 10 minutes, 10 or 15 minutes.

·2    It depends on the walk, how you walk.

·3         Q.    Okay.· I'm going back to Exhibit No. 8

·4    I'll come back to this.· All right.

·5    · · · · ·Have you ever seen any of the Carlton

·6    White's interview video when he was at the station?

·7    · · A.· · ·No.

·8    · · Q.· · ·Did -- have you ever read his criminal

·9    trial testimony?

10    · · A.· · ·No.

11    · · Q.· · ·If Carlton White testified that the

12    altercation started with him, then went to Donte,

13    and then went to you, is he lying?

14    · · A.· · ·It started with him, then me, then

15    Donte.

16    · · Q.· · ·Right.· So if he testified that it went

17    him, then Donte, then you, is he lying?

18    · · A.· · ·He probably misunderstood.· He was

19    drinking that night.

20    · · Q.· · ·Have you talked to him about that

21    fight?

22    · · A.· · ·No.

23    · · Q.· · ·I'm going back to Exhibit No. 8, and

24    I'm pressing play at -- at 6 minutes and 3 seconds

25    I'm pressing play.· If you can watch in the

·1  **right-hand corner where your bed is located.**

·2  · · A.· · ·Uh-huh.

·3  · · · · · ·(Whereupon the video recording is

·4  played.)

·5  BY MS. SCHNIDT:

·6  · · **Q.· · ·Do you see a person lying in your bed?**

·7  · · A.· · ·Yes.

·8  · · **Q.· · ·Who is that?**

·9  · · A.· · ·My niece.

10  · · **Q.· · ·Who is your niece?**

11  · · A.· · ·Diamond.

12  · · **Q.· · ·How old was Diamond at the time?**

13  · · A.· · ·I don't remember.· I think she's, like,

14  four now.

15  · · **Q.· · ·Well, that happened three years ago.**

16  **So is it your testimony that's a one-year-old lying**

17  **in your bed?**

18  · · A.· · ·I don't remember.· I just said again --

19  probably so, because I think that she just made

20  four.· Yeah, she made four.

21  · · **Q.· · ·She just turned four in 2021, right?**

22  · · A.· · ·Yes.

23  · · **Q.· · ·Okay.· So this person who's lying in**

24  **your bed you're saying is a one-year-old?**

25  · · A.· · ·I don't -- she a baby.· I don't keep up

AdvancedONE LEGAL    (866) 715-7770  advancedONE.com

·1    with other people's kids.

·2    · · Q.· · ·**Well, who else would be in your bed?**

·3    · · A.· · ·My niece is right there asleep.

·4    · · · · · ·MS. SCHNIDT:· Dylan, is there something

·5    that's frustrating you that you felt that you

·6    needed to do a big sigh?· Unprofessional.

·7    · · · · · ·MR. BROWN:· I don't know what you're

·8    talking about.

·9    · · · · · ·MS. SCHNIDT:· Okay.· The video caught

10    it.· Don't worry.

11    BY MS. SCHNIDT:

**12    · · Q.· · ·Are you saying your niece that's in**

**13    your bed is your one-year-old niece, Diamond?**

14    · · A.· · ·Yes, that's her, but I don't recall how

15    old she was right there.· I'm thinking one, but she

16    might not be.· I don't remember.

**17    · · Q.· · ·All right.· Well, regardless, maybe**

**18    one, two years old, it's your testimony that person**

**19    lying in the bed is a one or two-year-old?**

20    · · A.· · ·I can hardly see her but yes.

**21    · · Q.· · ·Well, that looks like a pretty large**

**22    person.· Is there anybody else who spent the night**

**23    that night or was sleeping in your bed?**

24    · · A.· · ·I told you my sister was there.

**25        Q.     Well, you said your sister left before**

·1   **the police came.· Is that your sister?**

·2   · · A.· · ·No, that's my niece.

·3   · · **Q.· · ·Did your sister leave your -- did your**

·4   **sister leave her daughter at your house?**

·5   · · A.· · ·Yeah.

·6      Q.      Why did you not testify at the criminal

·7   trial?

·8   · · · · · ·MR. BROWN:· Objection, calls for

·9   attorney/client privilege.

10   · · · · · ·MS. SCHNIDT:· You waived privilege,

11   Dylan.

12   · · · · · ·MR. BROWN:· Not for this deposition.

13   · · · · · ·MS. SCHNIDT:· You don't get to pick and

14   choose when you are waiving privilege.· You waived

15   privilege with her attorney, so you waived

16   privilege between the communications between her

17   and her attorney.

18   · · · · · ·MR. BROWN:· We disagree.

19   · · · · · ·MS. SCHNIDT:· Are you instructing her

20   not to answer?

21   · · · · · ·MR. BROWN:· Yes.

22   · · · · · ·MS. SCHNIDT:· All right.· We're going

23   to need to get a date for her fourth deposition,

24   and I'll file a motion to compel.

25   · · · · · ·MR. BROWN:· Okay.· Let's go off the

·1  record for a second.

·2         MS. SCHNIDT:· Sure.· That's fine.· Off

·3  the record.

·4  · · · · · ·(Discussion off the record.)

·5  · · · · · ·THE VIDEOGRAPHER:· Standby.· We are

·6  back on the record.· The time is 3:33 p.m.

·7  BY MS. SCHNIDT:

·8  · · **Q.· · ·Okay.· Why did you not testify in your**

·9  **own defense at your criminal trial?**

10  · · A.· · ·Because my lawyer told me I didn't have

11  to.

12  · · **Q.· · ·Did you ask her why?**

13  · · A.· · ·No.

14  · · **Q.· · ·Did you want to?**

15  · · A.· · ·No.

16  · · **Q.· · ·Why not?**

17  · · A.· · ·Because I trusted her.· She told me not

18  to do it, so I didn't do it.

19  · · **Q.· · ·What did you tell your lawyer as to**

20  **what occurred during the altercation?**

21  · · A.· · ·What do you mean?

22  · · **Q.· · ·Have you told -- did you tell your**

23  **criminal defense attorney the same story with**

24  **regard to the altercation with Kim Edmondson that**

25  **you testified in your deposition?**

@© AdvancedONE LEGAL    (866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 347
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1· · · A.· · ·Yes.

·2· · · Q.· · ·Did you talk to her about telling the

·3· detectives that Donte Howard used the pole to

·4· strike Kim Edmondson?

·5· · · A.· · ·I don't remember.

·6· · · Q.· · ·Did you explain to her why you said

·7· Donte Howard used the pole to strike Kim Edmondson?

·8· · · · · · ·MR. BROWN:· Objection, asked and

·9· answered.

10· BY MS. SCHNIDT:

11· · · Q.· · ·Go ahead.

12· · · A.· · ·I don't remember.

13· · · Q.· · ·Did you ever identify for your defense

14· attorney what pole you used to strike Kim

15· Edmondson?

16· · · A.· · ·I believe so.

17· · · Q.· · ·Which pole -- well, did you describe it

18· for her?

19· · · A.· · ·I don't -- I don't remember.· I just

20· know that I told her that I hit him once.

21· · · Q.· · ·You told your criminal defense attorney

22· that you struck Kim Edmondson once; is that what

23· you said?

24· · · A.· · ·No, I said, that I don't recall telling

25· her -- actually, I don't even remember it's been so

·1   long.

·2   · · Q.· · ·Did she ever show you a photograph of

·3   the pole and you identified which one it was?

·4   · · A.· · ·No.

·5   · · Q.· · ·Did you guys ever talk about which pole

·6   it was that you used?

·7   · · A.· · ·Yes.

·8   · · Q.· · ·Tell me about that conversation.

·9   · · A.· · ·It really wasn't a conversation.  I

10   just explained the pole to her.

11   · · Q.· · ·Did you -- did you -- do you believe

12   that the police took apart your children's feeding

13   stands and collected the poles?

14   · · A.· · ·I wasn't there.

15   · · Q.· · ·Did you ever tell your criminal defense

16   attorney that the police took apart your children's

17   feeding stands to get the poles that they

18   collected?

19   · · A.· · ·I don't remember that.

20   · · Q.· · ·Are you aware that your criminal

21   defense attorney argued to a court that the police

22   took apart the poles from your children's feeding

23   tubes?

24   · · A.· · ·Yes.

25   · · Q.· · ·Where did that come from?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 349
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   · · A.· · ·I guess whenever she talked to who was

·2   still at the house when they came to the house.  I

·3   don't know.· I wasn't there.

·4   · · Q.· · ·Have you ever heard that the police

·5   took apart your children's feeding tubes?

·6   · · A.· · ·I don't remember.

·7   · · Q.· · ·You would -- earlier you testified that

·8   the poles that we saw by evidence markers one,

·9   three, and four came from poles that your children

10   had been playing with, right?

11   · · A.· · ·Yes.

12   · · Q.· · ·So, for instance, we're looking at

13   Exhibit 2, which is by evidence marker number one.

14   This pole here, that was a pole that had already

15   been taken apart and your children had played with,

16   right?

17   · · A.· · ·Yes.

18   · · Q.· · ·Okay.· Same with Exhibit No. 4, which

19   is by evidence marker number three, that was a pole

20   that had already been taken apart that your

21   children played with, right?

22   · · A.· · ·Yes.

23   · · Q.· · ·And same with Exhibit 5, the pole next

24   to evidence marker number four, that's a pole that

25   your children -- that had already been taken apart

1@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

·1    and your children played with, right?

·2    · · A.· · ·Yes.

·3    · · Q.· · ·Did you ever go inside and get the pole

·4    while Carlton White and Kim Edmondson were

·5    fighting?

·6                MR. BROWN:· Objection, form, vague.

·7    BY MS. SCHNIDT:

·8    · · Q.· · ·Go ahead.

·9    · · A.· · ·No.

10    · · Q.· · ·Did you hear your criminal defense

11    attorney argue during the trial that you went

12    inside and got the pole while Carlton White and Kim

13    Edmondson were fighting?

14    · · A.· · ·No.

15    · · Q.· · ·Why did your criminal defense attorney

16    argue that?

17    · · · · · ·MR. BROWN:· Objection, foundation,

18    calls for speculation.

19    BY MS. SCHNIDT:

20    · · Q.· · ·Go ahead.

21    · · A.· · ·I don't recall that.

22    · · Q.· · ·Do you have any idea where she got that

23    from?

24    · · · · · ·MR. BROWN:· Same objection.

25    · · · ·A.· · ·No, I couldn't tell you.· I wasn't

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.    Page 351
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1  there.

·2  BY MS. SCHNIDT:

·3  · · **Q.**· · ·**All right.**· **Do you believe that you**

·4  **suffered while you were in jail following your**

·5  **arrest?**

·6  · · A.· · ·Yes.

·7  · · **Q.**· · ·**How long were you in jail?**

·8  · · A.· · ·I want to say five months.

·9  · · **Q.**· · ·**How did you suffer while you were in**

10  **jail for those, approximate, five months?**

11  · · A.· · ·I was taking -- when I went to jail, I

12  was only taking an insulin shot.· When I got to

13  jail, I wasn't being treated with the medications

14  right.· The food was no good.· My sugar kept going

15  up and down.· I had to be put in the hospital, sent

16  to the hospital, to Cook County Hospital a few

17  times and then to the hospital within the jail

18  because I wasn't being proper -- my diabetes wasn't

19  being properly treated, and it just -- now I'm on,

20  like, ten different medications.· I didn't have

21  these problems before I went to jail.

22  · · **Q.**· · ·**Any other way in which you felt that**

23  **you suffered while you were in jail?**

24  · · A.· · ·Emotional, yes.· Depression, missing my

25  kids, yes.· Like over -- I was just depressed.

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 118 of 254 PageID #:1393

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 352
TABATHA WASHINGTON - VOL. 3, 10/12/2021

1    · · Q.· · ·**How often did you see your kids while**
2    **you were in jail?**
3    · · A.· · ·My kids came and saw me maybe two
4    times, three times.· I'm not for sure.· I just told
5    them to stop bringing them because it was too hard.
6    · · Q.· · ·**Who did you tell to stop bringing your**
7    **kids?**
8    · · · · A.· · ·Cynthia when she had them.
9    · · · · Q.· · · So you told Cynthia to stop bringing
10   your kids while you were in jail?
11   · · A.· · ·Yes.
12   · · Q.· · ·**After five months were you put on**
13   **electronic home monitoring?**
14   · · A.· · ·Yes, ma'am.
15   · · Q.· · ·**Did you violate the terms of your**
16   **electronic home monitoring while you were on that**
17   **monitoring?**
18   · · A.· · ·To my knowledge, no, because my judge
19   granted 7:00 to 7:00 movement to take my parenting
20   classes, and whatever classes that I needed to take
21   to get my kids back, and they just didn't honor it.
22   · · Q.· · ·**So did the electronic home monitoring**
23   **service claim that you violated the terms of your**
24   **release?**
25   · · A.· · ·Yes, they did because I got back

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 119 of 254 PageID #:1394

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 353
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1   sometimes a little later after my classes.· I was

 2   on the bus.

 3   · · **Q.· · ·All right.· On one occasion -- so why**

 4   **was it that they said -- what happened on the times**

 5   **that you were said to have violated your electronic**

 6   **home monitoring condition?**

 7   · · A.· · ·I was late coming from my classes.

 8   · · **Q.· · ·I'm sorry.· Late coming from where?**

 9   · · A.· · ·My classes, my parenting classes.· I

10   had to take a drug -- a drug and alcohol

11   assessment.· I had to take that.· I had visits with

12   my kids.· It took longer than what they wanted.

13   · · **Q.· · ·Okay.· I'm showing you what I'll mark**

14   **as Exhibit 10.**

15   · · · · · ·(Deposition Exhibit 10 marked

16   · · · · · · for identification.)

17   BY MS. SCHNIDT:

18   · · **Q.· · ·Exhibit 10 is a couple motions to**

19   **reduce bond, but I'm going to direct you to page 7**

20   **to 9.· This supplemental motion to reconsider bond**

21   **was drafted by your assist -- your public defender,**

22   **and it says in this motion that on February 19 you**

23   **were taken into custody for violating the**

24   **conditions of electronic home monitoring.**

25   **Allegedly, you were not at work when electronic**

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 120 of 254 PageID #:1395

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 354
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1  home monitoring assumed that you were; is that

·2  true?

·3   · · A.· · ·I wasn't even working then.· I believe

·4  I was coming from one of my classes that I had to

·5  take.· I wasn't working then.

·6   · · Q.· · ·So that incident on February 19, 2019,

·7  you were not working and, in fact, you were not

·8  where you were supposed to be because you were late

·9  coming back from one of your parenting classes?

10   · · A.· · ·February 19?· I don't remember where I

11  was at, but I knew it wasn't a violation because I

12  had that movement again from 7:00 to 7:00.

13   · · Q.· · ·For specific purposes?

14   · · A.· · ·Yes, and that's the -- yes, yes, ma'am.

15   · · Q.· · ·Okay.· And you were also required to be

16  at work at certain times, right?

17   · · A.· · ·They didn't grant me movement for work.

18   · · Q.· · ·So is this true that on February 19,

19  2019, you were taken into custody because you were

20  not at work when they thought that you were

21  supposed to be -- electronic home monitoring

22  thought that you were supposed to be?

23   · · A.· · ·Yeah, that's wrong.

24   · · Q.· · ·And then on March 26, 2019, did you go

25  to the secretary of state to try to get your Social

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

·1    Security card instead of going home right after

·2    court?

·3    · · A.· · ·Yes.

·4    · · Q.· · ·So that's another reason why you were

·5    then violated for violating the conditions of your

·6    electronic home monitoring?

·7    · · A.· · ·I don't see how it violated when my

·8    movement was granted 7:00 to 7:00.

·9    · · Q.· · ·Well, were you granted movement 7:00 to

10    7:00 to go and get your Social Security card?

11    · · A.· · ·I didn't know that I had to -- I

12    thought electronic monitoring knew that already.

13    · · Q.· · ·Okay.

14    · · A.· · ·Because they had the paperwork and the

15    work from the judge.

16    · · Q.· · ·In this supplemental motion to

17    reconsider conditions of bond filed by your public

18    defender on page 3 of Exhibit 10, it says that your

19    movement had unrestricted movement between 7:00

20    a.m. until 7:00 p.m. Monday through Friday for the

21    purposes of your employment, visitation with your

22    children, and attendance at court-ordered parenting

23    classes.

24    · · · · · ·Is that true, you were granted movement

25    from 7:00 a.m. to 7:00 p.m. for employment,

·1    visitation with your children, and attendance at

·2    court-ordered parenting classes?

·3          A.· · ·Yes, ma'am.

·4          Q.     And you leaving to go get your Social

·5    Security card after court, did you believe that fit

·6    within the movement that you were permitted?

·7    · · A.· · ·Yeah.

·8    · · Q.· · ·**How?**

·9    · · A.· · ·Because I thought as long as I'm in

10    before 7:00, that I had 7:00 to 7:00 movement, and

11    it was something that I needed to start working

12    with -- or to even get an ID.

**13    · · Q.· · ·Okay.· How long were you -- after you**

**14    were determined to have violated your parole or**

**15    your electronic home monitoring, how long were you**

**16    in custody for?**

17    · · A.· · ·I think it was over the weekend.

**18    · · Q.· · ·Otherwise, you were -- after those five**

**19    months, you didn't go back to jail other than that**

**20    weekend?**

21    · · A.· · ·I think I -- twice.

**22    · · Q.· · ·Twice over the weekend?**

23    · · A.· · ·No, not the whole weekend for the other

24    time.· I was coming from my parenting class out

25    south.

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

·1 · · **Q.· · ·Okay.· So how many days in total were**
·2 **you in custody for violating the conditions of your**
·3 **electronic home monitoring?**
·4 · · A.· · ·I don't know.
·5 · · **Q.· · ·Okay.· I just want to confirm on the**
·6 **record that you're not seeking lost wages as part**
·7 **of this case; is that right?**
·8 · · A.· · ·Yes.
·9 · · **Q.· · ·Are you going to in any way claim that**
10 **your inability to work caused you any damage?**
11 · · A.· · ·Yes.
12 · · **Q.· · ·How so?**
13 · · A.· · ·Can you repeat that question?
14 · · **Q.· · ·Are you going to claim that your**
15 **inability to work caused you any damage?**
16 · · A.· · ·Yes.
17 · · **Q.· · ·How did it cause you damage?**
18 · · A.· · ·Not being able to move, can't work,
19 can't bring in any income.· Staying place to place,
20 sometimes I had to pay for medication and couldn't
21 afford it.· I'd get a new job, I'd get sick, and
22 can't work.
23 · · **Q.· · ·Do you believe that you were unable to**
24 **work because the police arrested you?**
25 · · A.· · ·Could you --

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 358
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · ·Q.· · **Well, let me -- after you were released**
·2    **from Cook County Jail after those five months, were**
·3    **you at all impeded from getting a job?**
·4    · ·A.· · ·Yes.
·5    · ·Q.· · **How?**
·6    · ·A.· · ·Because they wouldn't grant me movement
·7    when I had interviews and letters saying that I had
·8    interviews.· They just didn't give me movement to
·9    let me do anything.
10    · ·Q.· · **The Chicago Police Department had**
11    **nothing to do with that, right?**
12    · ·A.· · ·Well, we have on house arrest marked on
13    my leg, nobody would hire me.
14    · ·Q.· · **People with the electronic home**
15    **monitoring had nothing to do with the police**
16    **department, right?**
17    · ·A.· · ·I guess.
18    · ·Q.· · **That was the sheriff's department?**
19    · ·A.· · ·Well, the sheriff's department -- I
20    really don't know too much about it.
21    · ·Q.· · **What jobs did you apply for that you**
22    **didn't get?**
23    · ·A.· · ·I applied at a few nursing homes.
24    · ·Q.· · **What nursing homes?**
25    · ·A.· · ·Jackson Square, Renaissance, I want to



Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 125 of 254 PageID #:1400

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 359
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    say, and Hillside.

·2    · · Q.· · ·I'm sorry.· Go ahead.· Keep going.

·3    · · A.· · ·And the Home Care Place.

·4    · · Q.· · ·And did they tell you why you were not

·5    hired?

·6    · · A.· · ·It wasn't that the people didn't hire

·7    me.· I wasn't approved for my job interviews.

·8    · · Q.· · ·You weren't approved movement from the

·9    sheriff's department to go to the job interviews?

10    · · A.· · ·Yes.

11    · · Q.· · ·Okay.· And any other reason why you

12    were not able to get jobs with those companies that

13    you applied to?

14    · · A.· · ·My legs go out sometimes from not being

15    treated in Cook County.· I got real bad nerve --

16    how do you pronounce that?

17    · · · · · ·MR. BROWN:· Neuropathy.

18    BY MS. SCHNIDT:

19    · · Q.· · ·Neuropathy?

20    · · A.· · ·Yes.· My legs and feet swelled up so

21    bad.· That's why they put me on so much pain meds

22    because it's damaged.· They say they can't be

23    fixed.

24    · · Q.· · ·All right.· Have you ever been

25    diagnosed with pancreatitis?



·1 · · A.· · ·Yes.

·2 · · Q.· · ·**When?**

·3 · · A.· · ·That was back in 2012 or '13.

·4 · · Q.· · ·**Do you still have that diagnosis?**

·5 · · A.· · ·It comes and goes.

·6 · · Q.· · ·**When is the last time that you had an**

·7 **issue with pancreatitis?**

·8 · · A.· · ·I don't remember, but I believe not

·9 this last hospital stay, but the one before.

10 · · Q.· · ·**Like earlier in October?**

11 · · A.· · ·Huh-uh.

12 · · Q.· · ·**I'm sorry.· September?**

13 · · A.· · ·Yeah, I think the end of September.

14 · · Q.· · ·**When were you diagnosed with having**

15 **diabetes?**

16 · · A.· · ·2015.· It was just supposed to be

17 gestational.

18 · · Q.· · ·**And it stayed after you had the baby?**

19 · · A.· · ·It went away and then when I had my

20 last one, it came back and then it stayed.

21 · · Q.· · ·**How did you care for your diabetes**

22 **before you were arrested?**

23 · · A.· · ·I ate and I took my shots.

24 · · Q.· · ·**What -- like what kind of things did**

25 **you eat?**

 ·1    · · A.· · ·Broccoli, fish, pasta, fruits.

 ·2    · · Q.· · ·Pasta?

 ·3    · · A.· · ·Uh-huh.

 ·4    · · Q.· · ·And fruits?

 ·5    · · A.· · ·Uh-huh.

 ·6    · · Q.· · ·Yes?

 ·7    · · A.· · ·Yes.· And tuna, baked chicken, greens,

 ·8    cabbage, stuff like that.

 ·9    · · Q.· · ·Did you have a doctor that you

 10    regularly saw after you had your last son and you

 11    had the diabetes permanently?

 12    · · A.· · ·Yes.

 13    · · Q.· · ·Who?

 14    · · A.· · ·Her name was Dr. Gross.

 15    · · Q.    How do you spell her last name?

 16    · · A.    G-r-o-s-s.

 17    · · Q.    Out of where?

 18    · · A.    Loretto.

 19    · · Q.· · ·Prior to your arrest on May 30, 2018,

 20    did you ever have to -- were you ever admitted to a

 21    hospital for your diabetes?

 22    · · A.· · ·No.

 23    · · Q.    Did you feel, prior to your arrest,

 24    that you had good control over your diabetes?

 25    · · A.· · ·Yes.

aC© AdvancedONE    (866) 715-7770
         LEGAL      advancedONE.com

·1· · · Q.· · ·**Did you ever exercise?**

·2· · · A.· · ·Yes.

·3· · · Q.· · ·**How frequently?**

·4· · · A.· · ·Well, I'm not going to say physically

·5· exercise, but with kids, I did a lot of exercising.

·6· · · Q.· · ·**So just generally keeping up with your**

·7· **kids?**

·8· · · A.· · ·And working when I could.

·9· · · Q.· · ·**How frequently did you work before your**

10· **arrest?**

11· · · A.· · ·I was employed at -- oh, Lord, I don't

12· want to say the Sheridan up north.· I don't

13· remember the name of the nursing home.

14· · · · · · ·MS. SCHNIDT:· So, Dylan, I want to ask

15· you because you're not claiming lost wages, but her

16· testimony has been that she's going to claim that

17· her inability to work has caused her damage, which

18· is not part of Interrogatory No. 13.· I have a lot

19· more discovery on that then, you know, including

20· just this deposition right now.

21· · · · · · ·So is that something that you're going

22· to maintain at trial that her inability to work

23· caused her damage?

24· · · · · · ·MR. BROWN:· I mean, it can cause -- do

25· you want to have this conversation on the record?

·1    · · · · ·MS. SCHNIDT:· Yeah, I would prefer it

·2    just so we have a record of it considering we have

·3    to file a joint status report.

·4    · · · · ·MR. BROWN:· Well, she's not claiming

·5    lost wages.· What she's saying is she was damaged

·6    by it.· It can be emotional damage.· It can be

·7    anything that doesn't relate to I used to make X

·8    per year, and I wasn't able to make X.· But if she

·9    suffered emotional damage from her inability to

10    work and carry on a normal life, I think that's

11    different from lost wages.

12    · · · · ·MS. SCHNIDT:· Okay.

13    · · · · ·MR. BROWN:· I will stipulate, of

14    course, that we are not seeking lost wages.

15    · · · · ·MS. SCHNIDT:· The reason I'm asking is

16    because we ran into this issue with Donte Howard.

17    I was interpreting his answers to mean something

18    that he's claiming damages for, despite the answer

19    to the interrogatory.· And I'm showing you her

20    answer where we specifically say, detail any and

21    all damages and injuries for which you seek

22    recovery.· And nothing in there says that she was

23    damaged by way of being unable to work.· Okay?

24    · · · · ·MR. BROWN:· Okay.

25    · · · · ·MS. SCHNIDT:· I would like to get more

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 364
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    detail in this deposition.· Obviously, now, I'm up

·2    against a time crunch, but I have to be able to do

·3    discovery on this, and I think the best way in this

·4    moment is to be able to continue deposing her, but

·5    also we're going to need records too.

·6    · · · · · ·MR. BROWN:· You can keep deposing her,

·7    but we disagree that you need any records for this

·8    very -- this sliver of damages that she's claiming.

·9    · · · · · ·MS. SCHNIDT:· Let's take a break.

10    · · · · · ·MR. BROWN:· Okay.

11    · · · · · ·MS. SCHNIDT:· Thanks.

12    · · · · · ·THE VIDEOGRAPHER:· We are going off the

13    record.· The time is 3:58 p.m.

14    · · · · · ·(Recess taken.)

15    · · · · · ·THE VIDEOGRAPHER:· We're back on the

16    record.· The time is 4:06 p.m.

17    BY MS. SCHNIDT:

**18    · · Q.· · ·All right.· Before your arrest on**

**19    May 30, 2018, did you have any stress in your life**

**20    that you felt contributed to your diabetes?**

21    · · A.· · ·No.

**22    · · Q.· · ·Did you have any involvement with DCFS**

**23    prior to your arrest on May 30, 2018?**

24    · · A.· · ·Yes.

**25    · · Q.· · ·What for?**



AdvancedONE LEGAL    (866) 715-7770
advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 131 of 254 PageID #:1406

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 365
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · A.· · ·Well, it was months and months ago.

·2    One of the -- one of my boys, I took them to the

·3    doctor -- no, I switched their doctor.· And the

·4    doctor before them, before I switched them over

·5    to Logan Square -- before, when I switched their

·6    doctor, the other doctor called DCFS and said I was

·7    neglecting my kids because I wasn't coming over

·8    there to her doctor visits any more.

·**9    · · Q.· · ·Was that true?**

10    · · A.· · ·Yeah, I switched them.· I stopped going

11    to her.

**12    · · Q.· · ·Any other time that you had involvement**

**13    with DCFS?**

14    · · A.· · ·Just when my kids was born premature

15    and I had therapy and stuff come in the house, but

16    my kids were never took from me or anything.

**17    · · Q.· · ·Your kids never what?**

18    · · A.· · ·Been taken from me.

**19    · · Q.· · ·Did you have a case open with DCFS**

**20    because your son was grossly underweight, and you**

**21    weren't visiting him in the hospital?**

22    · · A.· · ·Yeah.

**23    · · Q.· · ·What happened there?**

24    · · A.· · ·I was working.· Like I work, go see

25    him, and then I still had other kids at home, so I

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 366
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    was just all over the place.

·2    · ·Q.· · ·And how long before your arrest was

·3    that DCFS case?

·4    · ·A.· · ·That was back in 2015, I think.

·5    · ·Q.· · ·So you said that there was one DCFS

·6    case because you had switched doctors and your

·7    prior doctor thought that you were neglecting your

·8    children by not bring them in for appointments but

·9    you actually were going to see another doctor,

10    right?

11    · ·A.· · ·Yes.

12    · ·Q.· · ·And then there was another DCFS case

13    where your son was born premature?

14    · ·A.· · ·When I had him premature, and he was in

15    the hospital.

16    · ·Q.· · ·Why was that a DCFS case?

17    · ·A.· · ·They felt like I wasn't coming as much

18    as I should, and I had -- I explained to them, I

19    come see him.· I still had other kids at home, and

20    I still had to work.

21    · ·Q.· · ·Okay.· So that's the same case that I

22    was asking you about, about him being grossly

23    underweight, and you not visiting your child when

24    he was in the hospital?

25    · ·A.· · ·Yes.

1     · · Q.· · ·All right.· Was it -- was there any

2     other reason why they were reporting you to DCFS in

3     that case?

4     · · A.· · ·They kept saying he was underweight,

5     but I did everything they told me to do.· The

6     nutrition came out to the house, therapy,

7     everybody.· I had a good team.

8     · · Q.· · ·Any other DCFS cases that you've had?

9     · · A.· · ·Not that I recall.

10    · · Q.· · ·Did you have a DCFS case for Angel?

11    · · A.· · ·No.

12    · · Q.· · ·Did you have a DCFS case for your older

13    daughter?

14    · · A.· · ·No.

15    · · Q.· · ·Then you have another son, right?

16    · · A.· · ·Yes.

17    · · Q.· · ·He's how old?

18    · · A.· · ·14.

19    · · Q.· · ·Did you have a DCFS case for your older

20    son?

21    · · A.· · ·No, ma'am.

22    · · Q.· · ·Did you have a DCFS case because one of

23    your child -- or because your children had

24    witnessed violence in the house?

25    · · A.· · ·No.

1    Q.    Who had custody of your older daughter

2  when she was a minor?

3    A.    Me and her dad.

4    Q.    Who does she live with?

5    A.    Both of us.  We coparented.

6    Q.    And you had custody of your older --

7  well, who has custody of your older son?

8    A.    I guess you could say he stays with his

9  dad.  We don't want him to go to school in the

10  city.

11    Q.    When did you make that decision?

12    A.    I don't remember.  I just -- when he

13  was old enough for him to grow up.

14    Q.    Why -- well, do you have custody of

15  Angel, Tammiron, and Tyshawn?

16    A.    Could you repeat that question?

17    Q.    Do you have custody of Angel, Tammiron,

18  and Tyshawn?

19    A.    Not at this very moment.

20    Q.    Why not?

21    A.    Because I have to finish the programs.

22    Q.    What programs?

23    A.    Anger management.  I did -- I did the

24  alcohol.  I did -- yeah, the parenting, the

25  months -- the meetings -- with my kids, I have to

·1    have a parenting coach observe us.

·2    · ·Q.· · ·**How often do you need to have a**

·3    **parenting coach observe your interactions with you**

·4    **and your children?**

·5    · ·A.· · ·I'm not for sure yet.

·6    · ·Q.· · ·**How many times have they monitored your**

·7    **interactions with your children?**

·8    · ·A.· · ·I did a few times before the Corona and

·9    then just recently we were meeting at the library.

10    · ·Q.· · ·**Why is it that you need to have a**

11    **parenting coach observe your interactions with your**

12    **children?**

13    · ·A.· · ·I don't know.· That's something that

14    DCFS mandated.

15    · ·Q.· · ·**Did they tell you why?**

16    · ·A.· · ·I mean, their doctor said my kids was

17    neglected, I guess.· I'm not really sure why.

18    · ·Q.· · ·**So you believe it's because the doctor**

19    **had called and said your children were being**

20    **neglected because you didn't show up for doctor's**

21    **appointments?**

22    · · · · · ·MR. BROWN:· Objection, misstates her

23    prior testimony.

24    BY MS. SCHNIDT:

25    · ·Q.· · ·**Go ahead.**

·1 · · A.· · ·Yeah.

·2 · · Q.· · **Why is it that you have to undergo**

·3 **anger management classes?**

·4 · · A.· · ·I don't know.· I never had to do any of

·5 this.· It's something that the judge.· Maybe

·6 because of the case.

·7 · · Q.· · **Did they tell you why you have to**

·8 **attend anger management classes?**

·9 · · A.· · ·I don't -- I'm really not understanding

10 at this moment of why I have to take all of these

11 classes, so I can't answer that.· Sorry.

12 · · Q.· · **How many anger management classes do**

13 **you have to take?**

14 · · A.· · ·I don't know.· Until they say I took

15 enough.

16 · · Q.· · **Have you taken any?**

17 · · A.· · ·No, I haven't started yet.· I'm waiting

18 for them to get back with me because I missed this

19 class because they just gave me the paperwork.

20 · · Q.· · **How long have you known that you had to**

21 **take an anger management class in order to get**

22 **custody of your children back?**

23 · · A.· · ·It started with the Corona and then

24 everything was shut down.

25 · · Q.· · **So in March of 2020?**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 371
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1· · · A.· · ·Not March.

·2· · · Q.· · ·**When did you learn that you had to take**

·3· **anger management classes to get custody of your**

·4· **children back?**

·5· · · A.· · ·I want to say about a month or two ago.

·6· · · Q.· · ·**So in, approximately, August of 2021**

·7· **you learned that you needed to undergo anger**

·8· **management classes?**

·9· · · A.· · ·Yeah, because every time they just

10· bring something up new once I complete something

11· and I just do it.

**12· · · Q.· · ·What have you completed in order to get**

**13· custody of your children back?**

14· · · A.· · ·Drug and alcohol substance.· I did mom

15· counseling for me and something else, but I don't

16· remember.

**17· · · Q.· · ·Where did you complete that counseling?**

18· · · A.· · ·PCC Wellness Center.· Lake and Austin,

19· PCC -- it's PCC.

**20· · · Q.· · ·PCC Wellness Center at Lake and Austin?**

21· · · A.· · ·Yes.

**22· · · Q.· · ·And how long was that counseling for?**

23· · · A.· · ·I did five sessions.

**24· · · Q.· · ·What did you discuss in those sessions?**

25· · · A.· · ·Do I have to tell you that?

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 138 of 254 PageID #:1413

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 372
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · Q.· · ·**Yes.**
·2    · · A.· · ·Just the stuff that I was going
·3    through.
·4    · · Q.· · ·**Like tell me what you discussed.**
·5    · · A.· · ·Just the stuff that I'm going through
·6    with my kids, getting them back, my health.
·7    · · Q.· · ·**What did you tell them as far as what**
·8    **stuff you were going through?**
·9    · · · · · ·MR. BROWN:· Objection, asked and
10    answered.
11    BY MS. SCHNIDT:
12    · · Q.· · ·**Go ahead.**
13    · · A.· · ·Getting my kids back, my health.
14    · · Q.· · ·**What did you say with regards to**
15    **getting your kids back in those sessions?**
16    · · A.· · ·It was frustrating because my kids
17    never been away from me.
18    · · Q.· · ·**And what -- anything else that you said**
19    **about getting your kids back in those five**
20    **sessions?**
21    · · A.· · ·No, we just talked about -- about
22    personal stuff with me.
23    · · Q.· · ·**What other personal things?**
24    · · A.· · ·That I miss my kids.
25    · · Q.· · ·**Anything else?**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 373
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1          A.· · ·Huh-uh.

·2          Q.· · ·**No?**

·3          A.· · ·No.· Sorry.

·4          Q.     How long were those sessions?

·5     · · A.· · ·An hour.

·6     · ·Q.· · ·**Were you given any tips with regard to**

·7     **your frustration over not having your kids back in**

·8     **your custody?**

·9     · · A.· · ·Such as do what they ask me to do.

10     · ·Q.· · ·**Anything else?**

11     · · A.· · ·No.

12     · ·Q.· · ·**What did you talk about with regard to**

13     **your health?**

14     · · A.· · ·That it's frustrating that I'm 36 years

15     old going through everything I'm going through, and

16     I was just fine before I went to jail.

17     · ·Q.· · ·**Did they give you any tips with regard**

18     **to your health?**

19     · · A.· · ·Huh-uh.

20     · ·Q.· · ·**No?· Is that a no?**

21     · · A.· · ·No.

22     · ·Q.· · ·**How many sessions for drug and alcohol**

23     **counseling did you go to?**

24     · · A.· · ·I had to do 32 hours.

25     · ·Q.· · ·**What did you discuss in that drug and**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 374
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   alcohol counseling?

·2   · · A.· · ·I don't remember.

·3   · · Q.· · ·**You don't remember anything that was**

·4   **discussed in that counseling?**

·5   · · A.· · ·How to control your urges and -- that's

·6   pretty much about it.· Everybody go around the

·7   table and talk.

·8   · · Q.· · ·**Did you have to give examples of when**

·9   **you weren't able to control your urges?**

10   · · A.· · ·No.

11   · · Q.· · ·**Did you get -- do any sort of**

12   **processing as to instances in your past when you**

13   **haven't controlled your urges?**

14   · · A.· · ·They didn't ask about the past.

15   · · Q.· · ·**Did -- in any of these counseling**

16   **sessions, whether it's anger management, drug and**

17   **alcohol, or your individual counseling, did you**

18   **ever talk about this incident?**

19   · · A.· · ·Somewhat of it.

20   · · Q.· · ·**What did you talk about with regards to**

21   **this incident?**

22   · · A.· · ·That I wished jail on nobody.· Why did

23   it happen to me.· Why do my kids get taken from me.

24   And now they suffering being with people they don't

25   even know.



@©  AdvancedONE        (866) 715-7770
        LEGAL          advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 141 of 254 PageID #:1416

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 375
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1          Q.       When you were -- are you employed now?

·2          A.       Yes.

·3          Q.       Where are you employed?

·4    · · ·A.· · ·Senior Helpers Home Care.

·5    · · Q.· · ·What's your job title there?

·6    · · ·A.· · ·CNA, certified nursing assistant.

·7    · · Q.· · ·Is it a full-time job?

·8    · · ·A.· · ·I wouldn't say it's a full-time job

·9    because it's home care.· Some days you have

10    clients, some days you don't.

11    · · Q.· · ·So on average, how many hours a week do

12    you work?

13    · · ·A.· · ·I try to at least get to at least

14    30 hours a week.

15    · · Q.· · ·Have you tried to get more?

16    · · ·A.· · ·Yes.

17    · · Q.· · ·They just don't have the work?

18    · · ·A.· · ·Yes.

19    · · Q.· · ·Have you been employed anywhere else

20    since your arrest on May 30, 2018?

21    · · ·A.· · ·What do you mean?

22    · · Q.· · ·So your arrest was on May 30, 2018.

23    You're currently employed with Senior Helpers Home

24    Care.· Have you worked anywhere else in this time

25    frame?

·1    · · A.· · ·In Hillside at Renaissance.

·**2**    · · **Q.· · ·Is that a nursing home?**

·3    · · A.· · ·Yes, ma'am.

·**4**    · · **Q.· · ·When did you work there?**

·5    · · A.· · ·I started in June of 2019.· I think
·6    that I was there for a year.

·**7**    · · **Q.· · ·Why did you stop working there?**

·8    · · A.· · ·I had got sick.

·**9**    · · **Q.· · ·When did you start working at Senior
10    Helpers?**

11    · · A.· · ·Three weeks ago.

**12**    · · **Q.· · ·So in, approximately, June of 2020 did
13    you stop working at Hillside?**

14    · · A.· · ·Yes.

**15**    · · **Q.· · ·And you were unemployed for,
16    approximately, one year and four months?**

17    · · A.· · ·Yes.

**18**    · · **Q.·    Or from about June of 2020 to September
19    of 2021?**

20    · · A.· · ·Probably around that time.

**21**    · · **Q.· · ·Were you trying to get jobs at anywhere
22    between June of 2020 and September of 2021?**

23    · · A.· · ·Yes.

**24**    · · **Q.· · ·Where?**

25    · · A.· · ·Different home care agencies.

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

·1    　Q.　　Why weren't you hired?

·2    ·　·A.·　·Right now they wasn't hiring and then

·3    the COVID started.

·4    ·　·Q.·　·Well, COVID started in March of 2020,

·5    so why weren't you hired in June of 2020 until

·6    September of 2021?

·7    ·　·A.·　·I was getting -- because I kept getting

·8    sick.

·9    ·　·Q.·　·Any other reason why you weren't hired

10    for that month and -- one year and three months,

11    approximately?

12    ·　·A.·　·I mean, when jobs was calling me at

13    that time, I was either in the hospital or I was

14    sick, so my -- it went to somebody else.

15    ·　·Q.·　·Have you -- when you were released from

16    jail in October of 2018, about five months after

17    your arrest, until you -- sorry?

18    ·　·A.·　·I said, yes, ma'am.

19    ·　·Q.·　·Okay.· From October of 2018 until June

20    of 2019, did you work anywhere?

21    ·　·A.·　·No.

22    ·　·Q.·　·Did you apply for jobs?

23    ·　·A.·　·I did online when I could.

24    ·　·Q.·　·And did you get interviews?

25    ·　·A.·　·Yes.

1    · · Q.· · ·Were you able to attend those

2    interviews?

3    · · A.· · ·No.

4    · · Q.· · ·Why not?

5    · · A.· · ·Because house arrest wouldn't grant me

6    movement.

·7    · · Q.· · ·And you did -- you did get a court

·8    order saying that you should be allowed to move in

·9    November of 2018, right, for purposes of work?

10    · · A.· · ·Yes.

11    · · Q.· · ·Okay.· So it was house arrest that

12    wasn't following that court order saying that you

13    should be allowed to work?

14    · · A.· · ·Yes.

15    · · Q.· · ·Any other reason, other than house

16    arrest not allowing you to work, that you didn't

17    get a job between October of 2018 and June of 2019?

18    · · A.· · ·No.

19    · · Q.· · ·All right.· So before your arrest in

20    May of 2019, did you ever see a therapist?

21    · · A.· · ·No.

22    · · Q.· · ·Have you ever been diagnosed with any

23    mental health disorder?

24    · · A.· · ·No.

25    · · Q.· · ·Were you ever diagnosed with adjustment

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                 Page 379
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   **disorder?**

·2   · · A. · · ·No.

·3   · · **Q. · · ·Were you diagnosed with anxiety?**

·4   · · A. · · ·No.

·5   · · **Q. · · ·Were you diagnosed with post-traumatic**

·6   **stress disorder?**

·7   · · A. · · ·No.

·8   · · **Q. · · ·When you were in jail, do you believe**

·9   **that you suffered medically?**

10   · · A. · · ·Yes.

11   · · **Q. · · ·How?**

12   · · A. · · ·Because I wasn't being -- being the

13   proper treatment.

14   · · **Q. · · ·And did you already testify to all the**

15   **ways that you weren't getting the proper treatment?**

16   · · A. · · ·I believe so.

17   · · **Q. · · ·Were you ever denied treatment for your**

18   **diabetes while you were in jail?**

19   · · A. · · ·No.

20   · · **Q. · · ·While you were in jail, did you ever**

21   **receive the wrong medication?**

22   · · A. · · ·I don't think so, but I know when I

23   came home, they told me to stop taking those

24   cholesterol pills and some other pills to stop

25   taking.



 1    · · Q.   · What were the other pills that you were

 2    told to stop taking?

 3         A.   · ·I don't remember the name of it.

 4    · · Q.· · ·Do you know what it was for?

 5    · · · A.· · ·No.

 6    · · Q.· · ·Did you see a doctor more often because

 7    you -- while you were in jail than you did when you

 8    were out of jail?

 9    · · · A.· · ·Yeah, I kept getting sent to the

10    infirmary.

11    · · · Q.· · ·And why were you being sent to the

12    infirmary?

13    · · · A.· · ·Either my sugar dropped or it was too

14    high and it took the nurses too long to come to the

15    station, so they had to take me to the infirmary,

16    and I went to Cook County Hospital as well.

17    · · · Q.· · ·When you were in Cook County Jail, what

18    sort of things did you eat?

19    · · · A.· · ·I tried to eat the healthy stuff off

20    the commissary, like crackers, the meat in the

21    package.· I ate some of their vegetables when they

22    was available, the fruits, black beans we had got.

23    · · · Q.· · ·Do you believe that you should be

24    eating crackers when you have diabetes?

25    · · · A.· · ·Well, I mean, no, but when you're in

@© AdvancedONE          (866) 715-7770
LEGAL                    advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 147 of 254 PageID #:1422

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 381
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   jail, you have no choice.

·2   · · Q.· · ·**Were you given the option to have the**

·3   **ADA tray?**

·4   · · A.· · ·Yes.

·5   · · Q.· · ·**Did you take that option?**

·6   · · A.· · ·Yes.· The only difference from that

·7   tray was an apple.

·8   · · Q.· · ·**Well, did you agree to take the ADA**

·9   **tray?**

10   · · A.· · ·Yes.

11   · · Q.· · ·**And were you given the ADA tray?**

12   · · A.· · ·Yes.

13   · · · · ·MS. SCHNIDT:· Christiane, can you hear

14   me?

15   · · · · · ·MS. MURRAY:· Yes.

16   · · · · · ·MS. SCHNIDT:· Can you send me that

17   form, please?

18   · · · · · ·MS. MURRAY:· Yes.

19   · · · · · ·MS. SCHNIDT:· Thank you.

20   BY MS. SCHNIDT:

21   · · Q.· · ·**Did you ever refuse to have your blood**

22   **glucose levels checked?**

23   · · A.· · ·No.

24   · · Q.· · ·**Did you ever refuse treatment for your**

25   **diabetes?**

@© AdvancedONE   (866) 715-7770
LEGAL                advancedONE.com

·1 · · A.· · ·Yes.

·2 · · **Q.· · ·Why?**

·3 · · · A.· · ·Because they would come in at 4:00 in

·4 the morning and try to give me insulin with nothing

·5 to eat, and I would have bottomed out.

·6 **Q.      Any other times other than at 4:00 a.m.**

·7 **that you refused treatment for your diabetes?**

·8 A.· · ·No.

·9 **Q.      How many times did you refuse treatment**

10 **for your diabetes?**

11 · · A.· · ·I don't remember.

12 · · **Q.· · ·Were you ever refused your diabetes**

13 **medication?**

14 · · A.· · ·No.

15 · · **Q.· · ·How did you check your glucose levels**

16 **while you were in jail?**

17 · · A.· · ·Whenever the nurse came.

18 · · **Q.· · ·And did you always agree to have your**

19 **glucose levels checked?**

20 · · A.· · ·Yes.

21 · · **Q.· · ·Was there ever a time in which the**

22 **nurse didn't check your glucose levels?**

23 · · A.· · ·When I needed them to on time, yes.

24 · · **Q.· · ·I don't understand that.· What do you**

25 **mean?**

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 383
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · A.· · ·Like if I'm going into an episode and
·2    I'm telling them that my sugar dropped, and I'm
·3    sweating and stuff, now I'm just sitting here.
·4    They got to find a nurse now.
·5    · · Q.· · ·So every time that you needed to have
·6    your glucose levels checked, they did do it,
·7    correct?
·8    · · A.· · ·Yeah.
·9    · · Q.· · ·Was there ever a time in which you
10    needed to have your glucose levels checked and they
11    did not do it?
12    · · A.· · ·No, they just took too long to come.
13    · · Q.· · ·But eventually they would do it?
14    · · A.· · ·Yes.
15    · · Q.· · ·Do you believe that -- well, was your
16    mental health impacted when you were in jail?
17    · · A.· · ·I mean, I'm not going to say impacted
18    like that, but it would make a person depressed
19    when you haven't ever been to jail and it's your
20    first time and look at what she's facing and my
21    kids.
22    · · Q.· · ·Do you believe that you received care
23    for your mental health while you were in jail?
24    · · A.· · ·Huh?
25    · · Q.· · ·Do you believe that you received health

 1  care for your mental health while you were in jail?

 2  · · A.· · ·I'm not understanding that question.

 3  · · · Q.· · · Did you see a doctor for your mental

 4  health while you were in jail?

 5  · · · A.· · ·No.

 6  · · · Q.· · · Did you see a psychiatrist?

 7  · · · A.· · ·Yeah, when I first was took to county.

 8  · · · Q.· · ·And what did you see the psychiatrist

 9  for?

10  · · · A.· · ·I guess that was part of the processing

11  us in.

12  · · · Q.· · ·Okay.· Any other time that you saw a

13  psychiatrist?

14  · · · A.· · ·Nope, not that I'm aware of.

15  · · · Q.· · ·Were you diagnosed with a psychiatric

16  disorder while you were in jail?

17  · · · A.· · ·No.

18  · · · Q.· · ·Did you ever experience any

19  hallucinations while you were in jail?

20  · · · A.· · ·No.

21  · · · Q.· · ·Did you ever suffer from any nightmares

22  while you were in jail?

23  · · · A.· · ·Yes.

24  · · · Q.· · ·How often?

25  · · · A.· · ·I don't know.· I can't count.· I just

· 1   know that I had nightmares.

· 2   · · Q.· · ·**How many times a week, if it was**

· 3   **weekly?**

· 4   · · A.· · ·It wasn't weekly.· I don't know.  I

· 5   don't remember.

· 6   · · Q.· · ·**What were the nightmares?**

· 7   · · A.· · ·Just there, that place, being in jail.

· 8   · · Q.· · ·**So while you were in jail, you had**

· 9   **nightmares about being in jail?**

10   · · A.· · ·Yes.· And after I found -- it set in

11   what I was being charged with, yeah.

12   · · Q.· · ·**Can you describe your nightmares any**

13   **further than you were being -- that you were in**

14   **jail?**

15   · · A.· · ·I can't hear you.

16   · · Q.· · ·**Can you describe your nightmares that**

17   **you had any more other than they were about being**

18   **in jail?**

19   · · A.· · ·When -- nightmares of him being

20   deceased.

21   · · Q.· · ·**Anything else?**

22   · · A.· · ·Nightmares about my kids, like I wasn't

23   there to protect them.· I don't know what was going

24   on with them in the world.

25   · · Q.· · ·**Anything else?**

1 · · A.· · ·Not that I'm aware of.

2 · · Q.· · ·**Did you see a therapist while you were**

3 **in jail?**

4 · · A.· · ·No.

5 · · Q.· · ·**Did you ever lie about your symptoms so**

6 **that you could go to Tier F?**

7 · · A.· · ·To who?

8 · · Q.· · ·**Did you ever lie about your symptoms,**

9 **your medical symptoms, so that you could be housed**

10 **in Tier F?**

11 · · A.· · I don't know what you are talking

12 about.

13 · · · · Q.· · · Well, did you ever get switched to Tier

14 F?

15 · · A. · ·Yes.

16 · · Q. · ·**And why did you get switched?**

17 · · A. · ·I guess because of my diabetes.· I'm

18 not for sure.

19 · · Q. · ·**Were you truthful when you were**

20 **reporting your symptoms prior to being transferred**

21 **to Tier F?**

22 · · A.· · ·Yes.· I didn't ask to be transferred.

23 They just came and told me to pack my stuff up.

24 · · Q.· · ·**I'm showing you what I'll mark as**

25 **Exhibit 11.**

·1                    (Deposition Exhibit 11 marked

·2                    · for identification.)

·3    BY MS. SCHNIDT:

·4    · ·Q.· · ·Which is Bates stamped A 1600.· Do you

·5    see this form that's dated June -- sorry, July 9,

·6    2018?

·7    · · A.· · ·Yes.

·8    · ·Q.· · ·And at the top it says, Informed

·9    Refusal for Health Care Services?

10    · · A.· · ·Yes.

11    · ·Q.· · ·Is that your signature above signature

12    of patient?

13    · · A.· · ·Yes.

14    · ·Q.· · ·And did you on June 9, 2018, sign that

15    you were refusing to change your diet from ADA to a

16    regular diet?

17    · · A.· · ·Yes.

18    · ·Q.· · ·Why did you sign this?

19    · · A.· · ·Because the diet was the same tray.

20    · ·Q.· · ·But you could have an apple?

21    · · A.· · ·Yes.

22    · ·Q.· · ·And why did you refuse having an apple?

23    · · A.· · ·At the time, I didn't eat apples.

24    · ·Q.· · ·Why not?

25    · · A.· · ·I don't know.· I just didn't like them.

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 388
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   I ain't never ate oatmeal before going to jail.  I
·2   started eating oatmeal.
·3   · ·Q.  · **When did you start eating apples?**
·4   · · A.  · ·I started eating apples to help me
·5   through the night when I still get hungry.
·6   · ·Q.  · **When what?· I'm sorry.**
·7   · · A.  · ·I used to start getting the apples to
·8   keep, so I could have something to snack on at
·9   night when I get hungry.
10   · ·Q.· · **You've been eating apples through the**
11   **last three depositions, right?**
12   · · A.· · ·Two.
13   · ·Q.· · **Two depositions.· So you know apples**
14   **are important for your diabetes maintenance, right?**
15   · · A.· · ·Yes.
16   · ·Q.· · **But back when you were in jail, you**
17   **didn't feel that you needed to eat apples for your**
18   **diabetes maintenance?**
19   · · A.· · ·Because my diabetes was under control
20   before I went to jail.
21   · ·Q.· · **Well, this is June 9, 2018, so you've**
22   **been in jail for two months, right?**
23   · · A.· · ·Yes.
24   · · · · · ·MR. BROWN:· Objection, misstates the
25   evidence.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 389
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1  BY MS. SCHNIDT:

 2   · · Q.· · ·**So why is it that on June 9, 2018,**

 3  **you're refusing a tray that would give you an apple**

 4  **that's important for your diabetes maintenance?**

 5   · · · · · ·MR. BROWN:· Objection, asked and

 6  answered.

 7  BY MS. SCHNIDT:

 8   · · Q.· · ·**Go ahead.**

 9   · · A.· · ·Because at the time I didn't eat

10  apples.

11   · · Q.· · ·**Okay.· Did you make any other decisions**

12  **with regard to your diet that you knew was not good**

13  **for your diabetes maintenance?**

14   · · A.· · ·Not that I'm aware of.

15   · · Q.· · ·**Did you believe that eating meat from**

16  **packaged packages was good for a person who has**

17  **diabetes?**

18   · · A.· · ·Yes.

19   · · Q.· · ·**Did you order food from the commissary**

20  **that was detrimental to your diabetes?**

21   · · A.· · ·I tried to get what was on there.

22   · · Q.· · ·**And were the items that were available**

23  **in commissary bad for your diabetes?**

24   · · A.· · ·The type of snacks?

25   · · Q.· · ·**Yeah.**

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 156 of 254 PageID #:1431

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 390
TABATHA WASHINGTON - VOL. 3, 10/12/2021

· 1 · · · A.· · · I guess the snacks was bad.

· 2 · · · **Q.· · · How often did you eat from the**

· 3 · · **commissary?**

· 4 · · · A.· · When I had commissary money.· I didn't

· 5 · have it often.

· 6 · · · **Q.· · ·At least once a month did you eat a**

· 7 · **snack in commissary?**

· 8 · · · A.· · ·Yes.

· 9 · · · **Q.· · ·Once a week?**

10 · · · A.· · ·Like I had said, only when I had the

11 money, so I can't just say once a week.· Some weeks

12 I ain't got no money for commissary.· I had to eat

13 what the jail give us.

14 · · · **Q.· · ·And some weeks you would have money for**

15 **commissary and you could eat what you bought at**

16 **commissary?**

17 · · · A.· · ·Yes.

18 · · · **Q.· · ·Did you eat cookies from commissary?**

19 · · · A.· · ·No.

20 · · · **Q.· · ·Were you prescribed medication when you**

21 **were in Cook County Jail?**

22 · · · A.· · ·What do you mean?

23 · · · **Q.· · ·Were you prescribed medication while**

24 **you were in jail?**

25 · · · A.· · ·Yeah.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al. Page 391
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1 · ·**Q.· · ·Did you take every medication that you**

·2 **were prescribed?**

·3 · ·A.· · ·Yes, if I'm not mistaken.

·4 · ·**Q.· · ·Did you take any -- were you prescribed**

·5 **any medication that had to do with treatment for**

·6 **your mental health?**

·7 · ·A.· · ·I'm not for sure because the doctor

·8 gave me trazodone.· She said it's good for insomnia

·9 and sleep because I wasn't sleeping when I first

10 got there.· All I did was cry.

11 · ·**Q.· · ·Did you take that trazodone?**

12 · ·A.· · ·After a while I did.

13 · ·**Q.· · ·Why didn't you take it initially?**

14 · ·A.· · ·Because I didn't know why it was given

15 to me, and I wasn't admitting there was nothing

16 wrong with me.

17 · ·**Q.· · ·So you would say that prior to you**

18 **being arrested, you had no issues whatsoever with**

19 **your mental health; is that right?**

20 · ·A.· · ·Yes.

21 · ·**Q.· · ·And you had never been diagnosed with**

22 **any mental health condition, right?**

23 · ·A.· · ·Right.

24 · ·**Q.· · ·That's correct what I said?**

25 · ·A.· · ·Yes.



1        Q.        Since being released from jail, can you

2    describe to me what your diabetes management is

3    like now?

4    · · A.· · ·It's hard to control now because, like

5    I said, from the beginning I went in the hospital

6    just taking insulin, nothing else, no pills, no

7    nothing.· My legs was working just fine and then

8    since I came home, my nerve damage got damaged

9    while I was in there, my sugar out of control.

10   · · · · · ·DKA, it was times I had to go without

11   my medicine because I didn't have movement to go to

12   the doctor.· I would have to call the ambulance

13   just to get a prescription, but I was taken to the

14   hospital.

15   · · · · · ·I don't even know where to start.  I

16   still have nightmares of him.· I ain't never been

17   in the hospital so much in my life.· They -- Rush

18   know who I am.

19   · · Q.· · ·Anything else?

20   · · A.· · ·I've been to Rush three times,

21   Mt. Sinai twice, and West Suburban and Cook County.

22   · · Q.· · ·Stroger Hospital?

23   · · A.· · ·Yes.

24   · · Q.· · ·Have you been to Stroger since you've

25   been released from jail?

· 1     · · A.· · ·Yes.

· 2     · · Q.· · ·And when did you go to Rush three

· 3     times?

· 4     · · A.· · ·Well, last three hospital stays I was

· 5     at Rush.

· 6     · · · · Q.· · · When was that?

· 7     · · A.· · ·I'm not for sure exactly when.· I don't

· 8     have the date.

· 9     · · Q.· · ·When did you go to Mt. Sinai?

10      · · A.· · ·I don't remember.

11      · · Q.· · ·Can you give me the years?

12      · · A.· · ·I really don't remember.

13      · · Q.· · ·Okay.· When did you go to West

14      Suburban?

15      · · A.· · ·I don't know.· I can't remember.

16      · · Q.· · ·Do you have any of these dates in your

17      book that you have?

18      · · A.· · ·No.

19      · · Q.· · ·Has anybody told you that you have

20      nerve damage?

21      · · A.· · ·Yes.

22      · · Q.· · ·Where is the nerve damage?

23      · · A.· · ·From my knees all the way down to the

24      bottom of my feet.

25      · · Q.· · ·Who diagnosed you with nerve damage?

@©  AdvancedONE        (866) 715-7770
LEGAL                  advancedONE.com

·1　　　　A.· · ·My doctor.

·2　　　　Q.　　Who's the name of the doctor?

·3　· · A.· · ·It was Dr. Gross, but she's no longer

·4　here no more.· Every time I go to the hospital,

·5　they know that they run a test.· It's like they

·6　can't reverse it.· There is nothing they can do

·7　about it but try to give me pain medication to keep

·8　the swelling down and to minimize my pain.

·9　Sometimes it's hard to walk I swell up so bad.

10　· · Q.· · ·Has any doctor told you what caused the

11　nerve damage?

12　· · A.· · ·They said it was due to my diabetes not

13　being treated right.

14　· · Q.· · ·Did they say at what point in time your

15　diabetes was not treated right?

16　· · A.· · ·I'm guessing prior to jail because

17　before I went to jail, I didn't have it.

18　· · Q.· · ·What I'm asking you is has any doctor

19　told you when your diabetes was not treated right

20　that led to nerve damage?

21　· · A.· · ·How can I put this?· I didn't tell her

22　that I was in jail because I didn't think that was

23　none of her business, but I told her I was away and

24　this is when it started happening.

25　· · · · · ·And she ran a test.· She said it was

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

·1    due -- she's like it's not nothing we can do.· We

·2    can't reverse it, just give you medication.

·3         **Q.     So other than a doctor confirming that**

·4    **you have nerve damage, has any doctor told you what**

·5    **the nerve damage is from and when?**

·6    · · A.· · ·It's from diabetes, but I don't know

·7    when.· I don't know when -- what doctor stated it

·8    was.

·9    · · **Q.· · ·Okay.· So if I'm hearing you, no doctor**

10    **has said, well, because your diabetes wasn't**

11    **managed correctly from May of 2018 through November**

12    **of 2019, you now have nerve damage or anything to**

13    **that effect, right?**

14    · · A.· · ·No.

15    · · **Q.· · ·They haven't dated when the nerve**

16    **damage came about?**

17    · · A.· · ·They just say -- they calculated, I

18    guess, they told me I don't know exactly because

19    they couldn't tell me exactly when it happened, but

20    they know before I went to jail I wasn't having

21    these problems.· I went home back to the same

22    doctors.

23    · · **Q.· · ·Dr. Gross?**

24    · · A.· · ·Yes.

25    · · **Q.· · ·Where is Dr. Gross out of?**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 396
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · A.· · ·She was at Loretto Hospital, but she's
·2    no longer there anymore.
·3    · · Q.· · ·What is DKA?
·4    · · A.· · ·Uh --
·5    · · Q.· · ·Is it diabetic ketoacidosis?
·6    · · A.· · ·Yes, I could never get that right.
·7    · · Q.· · ·Has anybody diagnosed you with diabetic
·8    ketoacidosis?
·9    · · A.· · ·The hospital stay where my last visit
10    with you when we was in court.
11    · · Q.· · ·Last week when you were at your
12    deposition?
13    · · · A.· · ·Yes.
14    · · · Q.· · ·So this is a new diagnosis that you
15    have?
16    · · · A.· · ·Yes.
17    · · · Q.· · ·And what were you experiencing prior to
18    you being diagnosed with diabetic ketoacidosis?
19    · · A.· · ·Real, real, real bad pains out the
20    blue.· I was -- I started throwing up.· I was
21    sweating, just aching.
22    · · Q.· · ·Has any medical professional told you
23    the cause of the diabetic ketoacidosis?
24    · · A.· · ·They really couldn't tell me when I
25    went even though they did all the tests.· They

@C AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

1  couldn't tell me why, so they -- I believe the GA

2  set me up with an appointment with a GI doctor,

3  some specialist.

4  · · Q.· · ·Okay.· And then you said another way in

5  which your diabetes has been impacted is that your

6  sugar is out of control.· Describe to me what that

7  looks like.

8  · · A.· · ·What I mean by out of control was in

9  jail because I couldn't monitor my sugar the way I

10  know that I need to be checked.· You like eat the

11  food.· Just because they give you an apple, excuse

12  my French, you are damned if you do, and you're

13  damned if you don't.· The food still the same with

14  the starch and all of that.

15  · · Q.· · ·So while you were in jail for those

16  five months, that's when your sugar was out of

17  control because you couldn't test it?

18  · · A.· · ·I just couldn't eat healthy at all and

19  there really wasn't much exercise to do in there

20  but stand by your bed and try to exercise.

21  · · Q.· · ·Did you do exercises while you were in

22  jail?

23  · · · · · A.· · ·Yes, I tried at least.

24  · · · · · Q.· · ·How frequently?

25  · · · · · A.· · ·Whenever we got rec time.

@©  AdvancedONE     (866) 715-7770
LEGAL                advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.         Page 398
TABATHA WASHINGTON - VOL. 3, 10/12/2021

1   · ·Q.     Well, did you do exercises in your

2  cell?

3   · ·A.· · ·Yeah, me and a couple of girls used to

4  do sit-ups and jumping jacks.

5   · ·Q.· · ·How frequently?

6   · ·A.· · ·I don't know.· I don't know.· We would

7  start/stop, start/stop.· Sometimes we couldn't do

8  it because we was on lockdown.

9   · ·Q.· · ·Well, in your jail, you would be able

10  to do sit-ups and jumping jacks by yourself, right?

11   · ·A.· · ·Yes.

12   · ·Q.· · ·Did you do it?

13   · ·A.· · ·I mean, it was always with a group of

14  us.

15   · ·Q.· · ·And how much did you do that with a

16  group?

17   · ·A.· · ·Whenever we have rec time.

18   · ·Q.· · ·How often did you have rec time?

19   · ·A.· · ·It's supposed to be twice a week, but

20  sometimes they don't let us have it at all.

21   · ·Q.· · ·Did you ever exercise when you were by

22  yourself in your cell?

23   · ·A.· · ·No.

24   · ·Q.· · ·How often did you have to go without

25  medication because you didn't have movement to pick

@© AdvancedONE LEGAL    (866) 715-7770  advancedONE.com

·1    up your medication?

·2    · · A.· · ·A few times, maybe about four times.

·3         Q.     And can you give me the months that

·4    that happened?

·5         A.· · ·I don't remember.

·6         Q.     How many times did you have to call an

·7    ambulance in order to get your medication?

·8    · · A.· · ·Twice.

·9    · · Q.· · ·And where did you go when you called an

10    ambulance?

11    · · A.· · ·I don't know the name of the hospital.

12    I just know that I was out south where my gran stay

13    at.

14    · · Q.· · ·Where your what stay at?

15    · · A.· · ·My granny, my grandma.

16    · · Q.· · ·Why didn't you have any family member

17    go and pick up your medication?

18    · · A.· · ·Because I had needed to see a doctor so

19    they could adjust my medication first.

20         Q.     Okay.· So it's not that you weren't

21    getting your medication, it was that you needed a

22    medication adjustment, and you needed approval for

23    the movement?

24    · · A.· · ·Yes, when I came home.

25         Q.     All right.· Now that you're in 2021, do

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 400
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    **you feel that your diabetes is under control?**

·2    · · A.· · ·Not at all.

·3    · · **Q.· · ·Why not?**

·4    · · A.· · ·Because anything that's going on with

·5    my body can trigger my sugar to act up.· If I get

·6    sick, I can't eat so that means I can't take

·7    insulin.· If I'm vomiting constantly, that's going

·8    to mess with my sugar.· Stress.· There are a lot of

·9    ways to set off my sugar, and they're trying to

10    help me control it.

11    · · **Q.· · ·Do you exercise?**

12    · · A.· · ·Huh-uh.

13    · · **Q.· · ·Why not?· That's a no?**

14    · · A.· · ·No.

15    · · **Q.· · ·Why not?**

16    · · A.· · ·If I get any smaller, I'm going to turn

17    into a toothpick.

18    · · **Q.· · ·Has the doctor recommended that you**

19    **exercise?**

20    · · A.· · ·No, my doctor recommended me to eat

21    more.

22    · · **Q.· · ·And are you doing that?**

23    · · A.· · ·I try to eat as much as possible to the

24    point where it won't upset my stomach.

25    · · **Q.· · ·Have you spoken to any therapist since**

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

·1   being released from Cook County?

·2       A.· · ·The one at PCC.

·3       Q.    And that's those five times that you

·4   went?

·5       A.· · ·Yes.

·6       Q.    Why is it when we asked for the names

·7   of all your providers, you did not provide the name

·8   of that therapist in your answers to

·9   interrogatories?

10   · · A.· · ·You asked me before did I see

11   therapists, and I said no.· You just asked me about

12   this therapist.

13   · · Q.· · ·Yeah, I'm saying when we gave you

14   answers to interrogatories to fill out, and we

15   asked for the identity of any medical provider, why

16   did you not give the name of this therapist that is

17   from PCC Wellness Center?

18   · · A.· · ·I got confused.· I thought you was

19   talking about him.

20   · · Q.· · ·Have you been diagnosed with any mental

21   health condition since being released?

22   · · A.· · ·No.

23   · · Q.· · ·Did you tell DCFS that you and Marquee

24   Davis were married?

25   · · A.· · ·No.

 1  · · Q.· · ·Did you tell your children that you
 2  were married to Marquee Davis?
 3  · · · A.· · ·I was joking around with my daughter.
 4  · · Q.· · · Why would you joke around about
 5  marrying someone with your seven year old?
 6  · · · A.· · ·She asked me -- she call him daddy.
 7  She -- momma, did you and daddy get married.
 8  · · · Q.· · ·She called Marquee Davis daddy?
 9  · · · A.· · ·Yes.
10  · · · Q.· · ·She has a father in her life, right?
11  · · · A.· · ·No.
12  · · · Q.· · ·Where is her father?
13  · · · A.· · ·I don't know.
14  · · · Q.· · ·When is the last time that she saw her
15  father?
16  · · · A.· · ·I could not answer that question.  I
17  don't know.
18  · · · Q.· · ·Are you aware he was trying to get
19  custody of her at one point while you were -- go
20  ahead.
21  · · · A.· · ·Yes.· And then once he got -- found out
22  that I was released from jail, he went MIA.
23  · · · Q.· · ·How was it that -- do you believe that
24  your children suffered because of your arrest?
25  · · · A.· · ·Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 403
TABATHA WASHINGTON - VOL. 3, 10/12/2021

· 1 · · · Q.· · ·**How?**

· 2 · · · A.· · ·Mentally.· Angel never got in trouble.

· 3 Never got into a fight.· Never got a bad report

· 4 from her teacher.· And now she's doing -- she's

· 5 doing that.· Tyshawn, he really don't know no

· 6 better or Tammiron.· But she's the one that's

· 7 affected the most.

· 8 · · · Q.· · ·**Other than her getting in trouble is**

· 9 **there any way that -- any other way you feel your**

10 **children suffered?**

11 · · · A.· · ·They miss their mother.· She said all

12 the time she ready to come home.

13 · · · Q.· · ·**Any other way?**

14 · · · A.· · ·I mean, mentally, yeah.· She still

15 trying to figure this out when she's going home.

16 · · · Q.· · · **What's the longest amount of time**

17 **you've gone without seeing your children since you**

18 **were released from jail?**

19 · · · A.· · ·When COVID started.

20 · · · Q.· · ·**Have you missed visitation with your**

21 **children because of your own miss scheduling or**

22 **falling asleep?**

23 · · · A.· · ·The hospital.

24 · · · Q.· · ·**So you missed seeing your children when**

25 **you were in the hospital, right, visitation with**

·1   your children when you were in the hospital?

·2   · · A.· · ·Yes.

·3   · · Q.· · ·Any other time that you've missed

·4   visitations with your children?

·5   · · A.· · ·I didn't have -- yes, I didn't have no

·6   money to get there.

·7   · · Q.· · ·Were you able to take the bus to go see

·8   your kids?

·9   · · A.· · ·I didn't have any money.· I couldn't

10   get no money from nobody to get there or a ride.

11   · · Q.· · ·Did you -- do you personally pay

12   out-of-pocket to take the bus?

13   · · A.· · ·Yes.

14   · · Q.· · ·And you didn't have money to take the

15   bus?

16   · · A.· · ·No.

17   · · Q.· · ·Any other times?· I'm sorry.

18   · · A.· · ·I wasn't working at the time.

19   · · Q.· · ·Any other times that you've missed

20   visitation with your children?

21   · · A.· · ·Work.

22   · · Q.· · ·What does that mean?

23   · · A.· · ·If I work, I can't call off.

24   · · Q.· · ·Did you at times chose to take

25   additional shifts at work rather than visiting with

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 171 of 254 PageID #:1446

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 405
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   your children?

·2   · · A.· · ·I have.

·3   · · Q.· · ·You have?

·4   · · A.· · ·Yes.

·5   · · Q.· · ·And why did you make that decision?

·6   · · A.· · ·Because if they didn't have a place to

·7   come to, then where was -- that was another one of

·8   my demands that I have to have my own place, but I

·9   started visiting at home, and it's hard when you're

10   just one person working.

11   · · Q.· · ·Did you miss appointments with your

12   children because you've fallen asleep?

13   · · A.· · ·I have one time coming from work and

14   sat down and dozed off after doing a 12 or

15   8 -- overnight -- 8:00 at night and then -- 8:00 at

16   night to 8:00 in the morning.

17   · · Q.· · ·Have you missed visitation with your

18   children because you've been drinking heavily?

19   · · A.· · ·No.

20   · · Q.· · ·Are you aware that someone contacted

21   DCFS and said you've been drinking heavily?

22   · · A.· · ·No, I haven't.

23   · · · · · ·MR. BROWN:· Emily, it is now 5:00.· How

24   much longer?

25   · · · · · · · ·MS. SCHNIDT:· I'm actually right near

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 406
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1   the end.· Give me just five more minutes.· I just

·2   need to look at this.

·3   BY MS. SCHNIDT:

·4   · · Q.· · ·**Have you been discharged from**

·5   **therapy -- have you been discharged from programs**

·6   **that were needed to get custody back of your**

·7   **children because you've missed too many**

·8   **appointments?**

·9   · · A.· · ·That was just the one.· I did the

10   written part, but the in person part because I

11   couldn't get off work or they was going to fire me.

12   · · Q.· · ·**Was that -- what was that program for?**

13   · · A.· · ·That was a parenting program.

14   · · Q.· · ·**Who is Tierra, T-i-e-r-r-a?**

15   · · A.· · ·A friend of mine.

16   · · Q.· · ·**Are you still friends with her?**

17   · · A.· · ·She was -- my niece had -- she got

18   custody of my sister baby that's deceased, and she

19   will call and talk to my niece, and I'll call and

20   talk to my niece.

21   · · Q.· · ·**Did she ever tell you that she called**

22   **DCFS about you?**

23   · · A.· · ·No.

24   · · Q.· · ·**Did she ever tell you that you drink**

25   **heavily at your home, and she doesn't believe that**



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.         Page 407
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·**1** **you should come back home after you were released**

·**2** **from the sheriff's department?**

·3 · · A.· · ·No.

·**4** **· · Q.· · ·Why would she say something like that?**

·5 · · · · · ·MR. BROWN:· Objection, calls for

·6 speculation, foundation.· It's harassing.

·7 BY MS. SCHNIDT:

·**8** **· · Q.· · ·Why do you think she would say**

·**9** **something like that?**

10 · · · · · ·MR. BROWN:· Same objections.

11 BY MS. SCHNIDT:

**12** **· · Q.· · ·Go ahead.**

13 · · A.· · ·I don't know.

**14** **· · Q.· · ·You are friends with her, right?**

15 · · A.· · ·Yes.

**16** **· · Q.· · ·When is the last time that you spoke to**

**17** **Cynthia Cage?**

18 · · A.· · ·The last time that I saw her was at

19 trial.· We didn't speak.

**20** **· · Q.· · ·Do you know where she lives now?**

21 · · A.· · ·Nope.

**22** **· · Q.· · ·Do you know her telephone number?**

23 · · A.· · ·Nope.

**24** **· · Q.· · ·Have you tried to call her?**

25 · · A.· · ·Nope.



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.        Page 408
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    ··Q.···When is the last time that you spoke to

·2    Donte Howard?

·3    ··A.···I don't even know.

·4    ··Q.···Have you spoken to him since you were

·5    last in the hospital in September?

·6    ··A.···No.

·7    ··Q.···When is the last time that you spoke to

·8    Carlton White?

·9    ··A.···I just saw him the other day.

10    ··Q.···Where?

11    ··A.···At my mom's house.

12    ··Q.···Did you talk about this case?

13    ··A.···Nope.

14    ··Q.···Did you talk about the deposition?

15    ··A.···Nope.

16    ··Q.···Other than your attorneys who are here,

17    your public defender, have you spoken to anybody

18    about this case?

19    ··A.···No.

20    ··Q.···Have you spoken to anybody about the

21    altercation with Kim Edmondson?

22    ··A.···No.

23    ··Q.···Have you ever posted on social media

24    about your arrest?

25    ··A.···I don't even -- I got so many pages I

·1   don't even go on because somebody hacked me.

·2   · · · · ·MS. SCHNIDT:· Okay.· Let me take a

·3   five-minute break.· I think we're almost done.

·4   · · · · ·THE VIDEOGRAPHER:· We are going off the

·5   record.· The time is 5:02 p.m.

·6   · · · · ·(Recess taken.)

·7   · · · · ·THE VIDEOGRAPHER:· Standby.· We're back

·8   on the record.· The time is 5:09 p.m.

·9   · · · · ·MS. SCHNIDT:· For the record, I do not

10   have any further questions.

11   · · · · ·MR. BROWN:· Okay.· And I just have a

12   few follow-ups.

13

14                    EXAMINATION

15   BY MR. BROWN:

**16** · ·**Q.**· ·**You were asked earlier about the food**

**17** **that was served at the jail, right, do you recall?**

18   · ·A.· · ·Yes.

**19** · ·**Q.**· ·**And the commissary food was actually**

**20** **healthier than the food that the jail gave you;**

**21** **isn't that right?**

22   · ·A.· · ·Yes.

**23** · ·**Q.**· ·**And you would spend what commissary**

**24** **money you had -- I'm sorry.· Let me rephrase it.**

**25** · · · · ·**When you had money, you would use that**

 ·1    to buy food from the commissary; is that right?

 ·2    · · A.· · ·Yes.

 ·3    · · Q.· · ·And that food included chicken, tuna,

 ·4    corn, black beans, and other ADA compliant food?

 ·5    · · A.· · ·Yes.

 ·6    · · Q.· · ·Did you use that money to buy sweets

 ·7    from the commissary?

 ·8    · · A.· · ·No.

 ·9        Q.    And you told the police when you were

 10    being interviewed back in May through June of 2018

 11    that it was you and only you that hit Kim Edmondson

 12    with a little pole, right?

 13    · · A.· · ·Yes.

 14    · · Q.· · ·And when you said that Donte did, why

 15    did you say that?

 16    · · A.· · ·Because I was scared, and I thought

 17    that that's what they wanted to hear.

 18    · · Q.· · ·And they gave you the impression that

 19    that's what they wanted you to say, right?

 20    · · · · · ·MS. SCHNIDT:· Object to form.

 21    · · A.· · ·Yes.

 22    BY MR. BROWN:

 23    · · Q.· · ·Did they ask you repeatedly about

 24    Donte?

 25    · · A.· · ·The big, tall guy, yes.

·1· · · Q.· · ·And were they yelling at you?

·2· · · A.· · ·Yes.

·3· · · Q.· · ·Did they wake you up at 3:00 in the

·4· morning and smoke cigarettes and blow it in your

·5· face while you were talking to them?

·6· · · · · · ·MS. SCHNIDT:· Object to form.

·7· · · A.· · ·Yes.

·8· BY MR. BROWN:

·9· · · Q.· · ·And you eventually told everybody that

10· it was not Donte; it was you?

11· · · A.· · ·Yes.

12· · · Q.· · ·And last time you sat for a deposition

13· in this case, Ms. Schnidt showed you the body cam

14· footage of when the police arrived at your house.

15· Do you recall that?

16· · · A.· · ·Yes.

17· · · Q.· · ·And due to our current audio technical

18· issues, what I'm going to do is just show you a

19· still from that video.· Can you see that all right?

20· · · A.· · ·Uh-huh -- yes.

21· · · Q.· · ·And you recognize that as being when

22· the -- you're talking to the police officer who's

23· come in the back door; is that right?

24· · · A.· · ·Yes.

25· · · Q.· · ·And there's pounding on the windows



·1  going on?

·2  · ·A.· · ·Yes.

·3  · ·Q.· · ·And those windows are shut, right?

·4  · ·A.· · ·Yes.

·5  · ·Q.· · ·Can you hear people talking through

·6  those shut windows?

·7  · ·A.· · ·No.

·8  · ·Q.· · ·And this is the back of the apartment,

·9  correct?

10  · ·A.· · ·Yes.

11  · ·Q.· · ·How many feet would you say that those

12  back windows are from Washington Street, 30,

13  40 feet?

14  · ·A.· · ·30 feet.

15  · ·Q.· · ·That's how far -- how much feet there

16  is between those windows and basically Washington

17  Street, right?

18  · ·A.· · ·Yes.

19  · ·Q.· · ·From the front of the apartment

20  building?

21  · ·A.· · ·30 feet.

22  · ·Q.· · ·Okay.

23  · · · · ·MR. BROWN:· That's all that I've got.

24

25                  EXAMINATION

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 413
TABATHA WASHINGTON - VOL. 3, 10/12/2021

 1   BY MS. SCHNIDT:
 2   · · Q.· · ·**How did the police give you the**
 3   **impression that they wanted to hear Donte Howard**
 4   **was the one who struck Kim Edmondson with the pole**
 5   **in the head?**
 6   · · A.· · ·They kept asking me over and over
 7   again.
 8   · · Q.· · ·**What were they asking you?**
 9   · · A.· · ·Is this how he hit him?· Did he hit him
10   with this?
11   · · Q.· · ·**So they -- the detectives asked you, is**
12   **this how Donte Howard struck Kim Edmondson with the**
13   **pole?**
14   · · A.· · ·Yes.
15   · · Q.· · ·**And then what was the other question**
16   **that you say they asked you?**
17   · · A.· · ·What do you mean?· Can you re-ask that
18   a different way?
19   · · Q.· · ·**Sure.· You said they kept asking me**
20   **over and over again, and then you gave two**
21   **questions, is this how he hit him and then there**
22   **was a second question.· What was the second**
23   **question?**
24   · · A.· · ·That was the same question.· I repeated
25   myself twice.

@© AdvancedONE LEGAL     (866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 414
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · ·Q.· · ·Okay.· So the police repeatedly asked
·2    you is this how Donte struck Kim Edmondson?
·3    · · A.· · ·Yes.
·4    · ·Q.· · ·And were they demonstrating something?
·5    · · A.· · ·I'm not quite sure.· I don't remember
·6    because I'm not quite sure.
·7    · ·Q.· · ·Did they -- where were you when they
·8    asked you is this how he hit him?
·9    · · A.· · ·At the police station.
10    · ·Q.· · ·Was it in the room that we just watched
11    the video?
12    · · A.· · ·I don't remember.
13    · ·Q.· · ·Well, were you asked any questions
14    outside of that room that you were in for hours, as
15    you said?
16    · · A.· · ·I don't remember.
17    · ·Q.· · ·Who was it that was saying is this how
18    he hit him?
19    · · A.· · ·I believe it was one of the detectives.
20    I'm not for sure.
21    · ·Q.· · ·Was -- did they ask is this how he hit
22    him before or after you said that Donte Howard
23    struck Kim Edmondson?
24    · · A.· · ·I don't remember.
25    · ·Q.· · ·Well, earlier you had testified that



·1    you were the one who first brought up Donte Howard

·2    striking Kim Edmondson, right?

·3    · · A. · · ·Yes.

·4    · · Q. · · ·So it had to have been after you

·5    brought it up, right?

·6    · · A. · · ·I don't remember.

·7        Q.    All right.· I'm showing you Exhibit

·8    No. 9, and it's on ERI time 32:16.· This detective

·9    in the blue shirt who's standing by the door, did

10    he ask you, is this how he hit him?

11    · · A. · · I don't remember.

12        Q.· · ·This detective who's sitting in the

13    white shirt next to you on the bench, was he asking

14    you, is this how he hit him?

15    · · A. · · ·I don't remember.

16    · · Q. · · ·And then at 3:03:15 on the ERI time,

17    the Exhibit 9.· Do you see this detective walking

18    in with the bald head?· Is he the one who asked

19    you, is this how he hit him?

20    · · A. · · ·I don't remember.

21    · · Q. · · ·Any other reason why you believe the

22    detective gave the impression that they wanted to

23    hear Donte Howard was the one who struck Kim

24    Edmondson?

25    · · A. · · ·I don't know.

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 182 of 254 PageID #:1457

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Page 416
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    · · Q.· · ·**And what did they ask you about the**
·2    **big, tall guy?**
·3    · · A.· · ·I don't even remember.· Who he was.
·4    · · Q.· · ·**Other than who he was, did they ask you**
·5    **anything else?**
·6    · · A.· · ·I don't remember.
·7    · · · · · ·MS. SCHNIDT:· I don't have any other
·8    questions.
·9    · · · · · ·MR. BROWN:· Neither do I.
10    · · · · · ·MS. SCHNIDT:· Signature?
11    · · · · · ·MR. BROWN:· We'll reserve.
12    · · · · · ·THE VIDEOGRAPHER:· At this time,
13    counsel, will you tell us if you're ordering the
14    transcript and the video.
15    · · · · · ·MS. SCHNIDT:· I'll order the
16    transcript, not the video at this time.· Thank you.
17    · · · · · ·MR. BROWN:· Neither for us at this
18    time.· Thank you.
19    · · · · · ·THE VIDEOGRAPHER:· Konni, do you need
20    anything else on the record?
21    · · · · · ·THE COURT REPORTER:· No.
22    · · · · · ·THE VIDEOGRAPHER:· This concludes
23    today's deposition of Tabatha Washington.· The time
24    is 5:18 p.m.· We're off the record.
25    · · · · · ·(Proceeding concluded at 5:18 p.m.)

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 183 of 254 PageID #:1458

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 417
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1    STATE OF ILLINOIS )
·     · · · · · · · ·)  ss.
·2    ROCK ISLAND COUNTY)

·3

·4    · · · · I, KONNI L. STAPF, a Certified Shorthand
·     Reporter in and for the States of Illinois, Iowa,
·5    and Arizona, do hereby certify that the facts as
·     stated in the caption hereto are true; that the
·6    witness named on the face sheet was by me sworn
·     remotely with the agreement of all counsel to
·7    testify to the truth and nothing but the truth
·     concerning the matters in controversy in this
·8    cause; that said witness was thereupon examined
·     under oath and the examination reduced to writing
·9    under my supervision, consisting of the foregoing
·     pages, and the computer-aided transcript is a true
10    record of the testimony given by said witness and
·     all objections made.
11

12    · · · · I further certify that I am neither
·     attorney or counsel for, nor related to or employed
13    by any of the parties to the action in which this
·     deposition is taken; and, further, that I am not a
14    relative or employee of any attorney or counsel
·     employed by the parties hereto or financially
15    interested in the action.

16
·     · · · · In witness whereof I have hereunto set my
17    hand this 20th day in October, 2021.

18

19

20

21
·     KONNI L. STAPF, CSR, RPR
22    Registered Professional Reporter
·     Illinois CSR License No.
23    · · ·084-004144
·     Iowa CSR License No. 1168
24    Arizona CSR

25

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 184 of 254 PageID #:1459

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Page 418
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1 · · · · · · · · · ·Errata Sheet

·2 NAME OF CASE:· · · ·WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.

·3 DATE OF DEPOSITION: 10/12/2021

·4 NAME OF WITNESS:· · TABATHA WASHINGTON - VOL. 3

·5 Reason Codes:· 1. To clarify the record.

·6 · · · · · · · · 2. To conform to the facts.

·7 · · · · · · · · 3. To correct transcription errors.

·8 Page        Line        Reason

·9 From                            to

10 Page        Line        Reason

11 From                            to

12 Page        Line        Reason

13 From                            to

14 Page        Line        Reason

15 From                            to

16 Page        Line        Reason

17 From                            to

18 Page        Line        Reason

19 From                            to

20 Page        Line        Reason

21 From                            to

22 Page        Line        Reason

23 From _____    to _____

24                                   _____

25                          TABATHA WASHINGTON - VOL. 3



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                Page 419
TABATHA WASHINGTON - VOL. 3, 10/12/2021

·1                    WITNESS CERTIFICATION

·2

·3    · · · · ·I hereby certify that I have read the

·4    foregoing transcript of my deposition testimony,

·5    and that my answers to the questions propounded,

·6    with the attached corrections or changes, if

·7    any, are true and correct.

·8

·9

10

11

12

13    _____     _____
·     DATE· · · · · · · ·TABATHA WASHINGTON – VOL. 3
14

15

16

17                       _____
·                       PRINT NAME
18

19

20    JOB 418766

21    WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.

22

23

24

25

@©  AdvancedONE          (866) 715-7770
    LEGAL               advancedONE.com

```
WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                         420
TABATHA WASHINGTON - VOL. 3, 10/12/2021                      Index: 1..3
```

**Exhibits**

**Washington - Vol. 3,**
 **Tabatha 10-12-21 (**
 **Washington-Howard)**
 **Exhibit 10**
  238:13 353:14,15,18
  355:18

**Washington - Vol. 3,**
 **Tabatha 10-12-21 (**
 **Washington-Howard)**
 **Exhibit 11**
  238:13 386:25 387:1

**1**

**1**
  335:11

**10**
  263:1 265:12,17 338:21
  339:8,12,14 341:4,12,14,
  22 342:1 353:14,15,18
  355:18

**10-**
  339:11

**11**
  386:25 387:1

**12**
  239:7 405:14

**12-minute**
  341:2,3

**125**
  250:11

**13**
  335:6 360:3 362:18

**130**
  250:11

**14**
  367:18

**15**
  338:21 339:13 342:1

**15-minute**
  339:11

**16,800**
  245:16

**1600**
  387:4

**1775**
  334:21

**18**
  265:20 266:20

**19**
  353:22 354:6,10,18

**1:06**
  239:8

**2**

**2**
  289:14 349:13

**20**
  239:13 315:4

**2012**
  360:3

**2015**
  360:16 366:4

**2018**
  247:13 250:8 266:19
  271:18 321:19 361:19
  364:19,23 375:20,22
  377:16,19 378:9,17
  387:6,14 388:21 389:2
  395:11 410:10

**2019**
  354:6,19,24 376:5
  377:20 378:17,20 395:12

**2020**
  370:25 376:12,18,22
  377:4,5

**2021**
  239:7 343:21 371:6
  376:19,22 377:6 399:25

**23:43:09**
  325:7

**23:43:11**
  324:21

**23:48:45**
  324:7

**23:50:35**
  324:2

**23:54:24**
  323:4

**26**
  354:24

**2:05**
  289:17

**2:13**
  289:20

**2:36**
  310:9

**2:41**
  310:12

**3**

**3**
  289:14 330:21 331:4,24
  332:1,2 342:24 355:18

**30**
247:13 250:8 266:19
271:18 321:19 361:19
364:19,23 375:14,20,22
412:12,14,21

**32**
336:1 373:24

**32:16**
415:8

**32:44**
290:4

**33:43**
294:22

**33:44**
295:7

**34:42**
290:5

**35:36**
294:16

**35:59**
297:4

**36**
373:14

**36:02**
297:13

**36:06**
298:6

**3:00**
317:10 411:3

**3:03:15**
415:16

**3:09:46**
311:4

**3:10:35**
312:3

**3:13:03**
312:13

**3:13:08**
319:9

**3:13:11**
316:2

**3:13:19**
315:23

**3:13:22**
318:9

**3:13:31**
312:8

**3:15:27**
320:4

**3:19:57**
322:11

**3:33**
346:6

**3:58**
364:13

---

**4**

---

**4**
335:25 349:18

**40**
412:13

**400**
245:3

**43**
335:12

**442**
239:13

**4:00**
382:3,6

**4:06**
364:16

---

**5**

---

**5**
349:23

**5'4"**
250:9

**5-minute**
339:9

**5316**
260:19,20 263:4 273:24
274:21

**5:00**
405:23

**5:02**
409:5

**5:09**
409:8

**5:18**
416:24,25

---

**6**

---

**6**
342:24

---

**7**

---

**7**
353:19

**7:00**
352:19 354:12 355:8,9,
10,19,20,25 356:10

@C AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**8**

**8**
 249:9,10 334:20 342:3,
 23 405:15

**800**
 245:8

**8:00**
 405:15,16

**9**

**9**
 289:23 290:7 311:3
 322:10 323:4 324:2
 353:20 387:5,14 388:21
 389:2 415:8,17

**A**

**a.m.**
 355:20,25 382:6

**able**
 302:13 357:18 359:12
 363:8 364:2,4 374:9
 378:1 398:9 404:7

**about**
 243:20 244:21 248:20,21
 250:11 251:20 253:19
 264:7,15 265:12 268:12,
 24 272:2,14,21,25 273:5,
 10,14,20 276:15,24
 277:1,24 280:6,12,24
 281:17,24 282:1,12
 283:17 284:2,13,15
 285:4,23 286:14 288:7,
 16,21 289:6,14 290:13
 291:19 293:6 295:5

 299:22 304:8 309:22
 310:22 316:22,24
 317:18,24 319:5 320:10,
 12,13,21 332:11,24
 339:8,9,11,25 340:10
 341:12,22 342:1,20
 344:8 347:2 348:5,8
 358:20 366:22 371:5
 372:19,21 373:12 374:6,
 14,18,20 376:18 377:16
 385:9,17,22 386:5,8,12
 394:7 395:16 399:2
 401:11,19 402:4 406:22
 408:12,14,18,20,24
 409:16 410:23 416:1

**above**
 249:20 387:11

**According**
 341:1

**aches**
 241:11

**aching**
 396:21

**across**
 253:1,5,12,16,18,21
 255:13 264:3 313:14

**act**
 400:5

**acted**
 328:16

**actually**
 259:15,25 317:12 347:25
 366:9 405:25 409:19

**ADA**
 381:3,8,11 387:15 410:4

**additional**
 404:25

**adjust**
 399:19

**adjustment**
 378:25 399:22

**admitted**
 241:15,17 361:20

**admitting**
 391:15

**adults**
 265:13

**Advancedone**
 239:5 240:3

**affected**
 403:7

**afford**
 357:21

**after**
 241:12 248:22 255:14
 256:2,19 258:1 259:11,
 21 260:4,6 261:24 262:3,
 6,20,21 268:22 269:5
 270:14,15,17,21 271:22
 273:11 293:20 298:14
 303:15 305:23 306:4
 309:23 322:4 328:9,22
 336:16,18,23,25 337:1,
 21,22 338:21,23 339:5
 352:12 353:1 355:1
 356:5,13,18 358:1,2
 360:18 361:10 377:16
 385:10 391:12 405:14
 407:1 414:22 415:4

**afternoon**
 239:3

**afterwards**
 305:12

**again**

263:3 300:14 311:3
312:3 313:18 319:8
322:11 325:20 339:1
343:18 354:12 413:7,20

**against**
364:2

**agencies**
376:25

**ago**
343:15 365:1 371:5
376:11

**agree**
293:10 381:8 382:18

**Agreed**
240:19

**agreement**
240:8,13

**ahead**
247:16,24 248:8 249:3
251:16 273:9 275:22
280:4 281:3 286:10
287:13 301:1 304:8
313:23 315:1,9 320:17
321:1 340:15 347:11
350:8,20 359:2 369:25
372:12 389:8 402:20
407:12

**ain't**
281:11 309:18 388:1
390:12 392:16

**alcohol**
353:10 368:24 371:14
373:22 374:1,17

**alive**
266:22

**all**
240:13,16 243:12 244:8,

23 246:15,16 254:17
261:22 265:13 266:1
267:9 271:5 272:23
289:2 290:4 291:20
294:16 297:13 298:5
305:4 306:16 312:2,18
315:13 319:8,23 320:4
322:10 323:3,8 324:1,6,
16,20 326:19 328:15
330:20 334:19 335:11
337:5 338:9 339:20
341:6 342:4 344:17
345:22 351:3 353:3
358:3 359:24 363:21
364:18 366:1 367:1
370:10 378:19 379:14
391:10 393:23 396:25
397:14,18 398:20 399:25
400:2 401:7 403:11
411:19 412:23 415:7

**Allegedly**
353:25

**allowed**
378:8,13

**allowing**
378:16

**almost**
409:3

**along**
259:22 261:20 264:1

**already**
280:19 285:20 288:1
317:25 349:14,20,25
355:12 379:14

**also**
239:22 286:13 295:19
307:6 337:9 354:15
364:5

**altercation**
256:20 262:20 266:4,16
268:5,20,25 270:14
273:1,12,14,16,17
276:15,24 277:1,21,24
278:9 280:9 282:14,18
283:17 284:14 285:23
286:2,6,13 288:5,10,20
293:10 294:12 296:17
300:22 301:8 321:9,13
327:6 335:8,17 336:15,
16,18,23 337:14,18,21,
24 338:4 339:6,25
340:10 342:12 346:20,24
408:21

**always**
382:18 398:13

**am**
392:18

**ambulance**
303:8,12 392:12 399:7,
10

**amount**
306:17 403:16

**an**
239:17 240:13 242:1
259:9 269:11,12,13
270:24 272:7,8,21
276:12,15,24 296:17
303:8,11,14 305:25
306:22,23 312:25 316:6
318:4 319:1,13 323:10
327:5 335:17 337:23
340:4,10 351:12 356:12
360:6 370:21 373:5
381:7 383:1 387:20,22
389:3 397:2,11 399:6,9

**and**
239:4,5,11,15 240:8,9,16



241:3,4,11,24 243:4,16
244:14 245:15,20,25
246:16,23 247:7,22
249:1 250:10,17 251:1,2,
4 252:6,19 253:2,21,22,
23 254:5,6,9,15,22
255:16 256:24 258:1,8,9,
11,14,22,24 259:5,7,15
260:16,18,25 261:1
262:7,11,13,16,22
263:17 264:1,4,9,10,13,
15,20,22 265:1,2,12
266:2,11,14,18 267:18
268:15 269:15,21 270:6,
8,16,20,22 271:4,8,12,
15,17,23 272:1,5,10,13,
15 273:5,7,12 274:5
275:3,4 276:7,21 277:18,
19 278:2,16,18,24 279:5,
9,13,24 280:1,13,18,25
281:24 282:18,24 283:11
284:23,25 285:12 286:2,
16,18 287:4 288:13,24
289:2,7,23 290:18 291:1,
2,11 292:2,15,16,23
293:5,22,23 294:11
295:2,4 296:17 298:6
299:17,18 300:14,15,23
301:7,9 302:2,8,9,14
303:2,4,12,16,25 304:7
306:9,23 307:5,18,20
308:6 309:7,13 310:1,5,
18 311:10,21 312:18
313:1,8,14,18 314:2,5,24
315:11 316:10 317:2,24
318:5,8 319:3 320:1,10,
12 322:16,19 323:21
324:12,13,15 325:1,13,
20 326:16,20 327:15
328:3,4,5,25 330:2,17,24
331:10,23 332:14 333:4,
23 334:3,7 335:16,18,22,

25 336:6 337:1,4,5,6,7,
15,23,24 338:13,16,19,
25 339:14,23 340:12,20
341:4,6,13,14 342:13,23,
24 345:13,17,24 347:8
348:3,13 349:9,15,23
350:1,3,4,12 351:15,17,
19 352:3,20,21 353:10,
22 354:7,14,15,24
355:10,14,22 356:1,4,10
357:20,21 358:7 359:1,3,
4,11,20 360:5,18,19,20,
23 361:4,7,10 362:8
363:8,10,19,20,21,22
364:3 365:1,3,6,15,20,25
366:2,6,12,14,18,19,23
368:3,6,15,18 369:4,8,19
370:23 371:11,14,15,18,
20,22 372:9,18 373:15,
22,25 374:5,7,16,24
376:15,16,22 377:2,10,
24 378:7,17 379:14,24
380:11,14,16 381:11
382:4,5,18 383:1,2,3,10,
19,20 384:8 385:10
386:16,23 387:8,14,22
389:5,22 390:14,15
391:9,15,21 392:7,21
393:2 394:8,23,25 395:5
396:17 397:4,12,14,18,
20 398:3,4,10,15 399:3,
9,17,22 400:9,22 401:3,
11,14,23 402:7,21 403:4
404:14 405:5,9,13,14,15,
21 406:18,19,25 409:11,
19,23 410:3,4,9,11,14,
16,18 411:1,4,9,12,17,
21,25 412:3,8,16 413:6,
15,20,21 414:4 415:8,16
416:1,14

**Angel**

266:18 269:21,24 271:4,
9,10,15 367:10 368:15,
17 403:2

**anger**
368:23 370:3,8,12,21
371:3,7 374:16

**another**
292:16 293:7 305:12
355:4 366:9,12 367:15
397:4 405:7

**answer**
280:14,17 345:20
363:18,20 370:11 402:16

**answered**
247:22 249:1 255:17
272:16 273:7 278:25
280:2,14 281:1 300:24
301:10 314:24 340:13
347:9 372:10 389:6

**answers**
363:17 401:8,14

**anxiety**
379:3

**any**
240:25 241:19 242:14,17
244:16 249:5,24 250:3,5
253:25 254:2 255:5,8
257:4 258:9 268:8
272:25 276:3 285:7
290:1 293:1,3 299:1
301:5,23 302:16 305:13
306:6,13 307:2,5,10
308:12,16 309:10,20
326:19,22,24 327:18,21,
23 328:15 329:5 334:9,
14 342:5 350:22 351:22
357:9,10,15,19 359:11
363:20 364:7,19,22
365:8,12 367:1,8 370:4,

16 373:6,17 374:11,15
377:9 378:15,22 382:6
384:12,18,21 385:12,17
389:11 391:4,5,22
393:16 394:10,18 395:4
396:22 399:16 400:16,25
401:15,20 403:9,13
404:3,9,17,19 409:10
414:13 415:21 416:7

**anybody**
243:13,22 275:11
298:13,20 302:8 327:21
344:22 393:19 396:7
408:17,20

**anymore**
396:2

**anyone**
248:4 281:5,8,11,14
282:10 297:1 323:14,18

**anything**
246:7 272:20 276:9
277:24 278:11 279:14
287:9,16 296:23 302:21
303:24 304:1,3 309:17
317:18 358:9 363:7
365:16 372:18,25 373:10
374:3 385:21,25 392:19
395:12 400:4 416:5,20

**anywhere**
253:25 259:1 327:9
375:19,24 376:21 377:20

**apart**
348:12,16,22 349:5,15,
20,25

**apartment**
247:12 260:23 263:15
274:17,25 275:2,5,8,18
276:13,25 278:3,16,18,
22 279:15,18 282:13,22,

24 283:1,5,7,12 300:6,
15,20 301:6 321:8
338:14,17,23,25 412:8,
19

**appears**
335:9

**appetite**
305:21,25 306:4,22,23

**apple**
381:7 387:20,22 389:3
397:11

**apples**
387:23 388:3,4,7,10,13,
17 389:10

**applied**
358:23 359:13

**apply**
358:21 377:22

**appointment**
241:5 242:1,4 244:12
397:2

**appointments**
243:17 244:9,16 245:25
246:16,17,18 366:8
369:21 405:11 406:8

**approval**
399:22

**approved**
359:7,8

**approximate**
250:20 341:3 351:10

**approximately**
239:7 252:10 263:14
371:6 376:12,16 377:11

**are**
239:16 240:17 243:17

244:1,8,23 245:1 246:6
251:4 285:4 288:18
302:7 310:11 314:9
317:20 320:9 344:12
345:14,19 346:5 348:20
357:9,14 363:14 364:12
375:1,3 386:11 388:14
397:12 400:8,22 402:18
405:20 406:16 407:14
408:16 409:4 412:3,12

**area**
299:19

**argue**
279:9 350:11,16

**argued**
348:21

**arguing**
279:11 291:2,3,8,12,16
295:2,5,12 320:12

**argumentative**
247:21 248:25 273:6
280:2,14 287:10 315:6

**arm**
276:7

**around**
254:18,23 255:2,6
268:10 272:24 329:18,
20,23 330:1,2,13,18
374:6 376:20 402:3,4

**arrest**
351:5 358:12 361:19,23
362:10 364:18,23 366:2
375:20,22 377:17 378:5,
11,16,19 402:24 408:24

**arrested**
357:24 360:22 391:18

**arrive**

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

272:6

**arrived**
269:9,23 270:1,19,23
272:9,22 273:13,21
336:19 338:19,20 411:14

**arriving**
337:24

**arrow**
260:19

**as**
240:10,15 241:24 244:12
249:9 276:12 282:9
285:15,16 288:20 289:23
299:14,17 307:3 317:14
332:2 334:20 346:19
353:14 356:9 357:6
366:17,18 372:7 373:9
374:12 380:16 386:24
400:23 411:21 414:14

**ask**
246:2 267:16 283:3
290:12,18 297:8 308:25
311:14 317:11 346:12
362:14 373:9 374:14
386:22 410:23 414:21
415:10 416:1,4

**asked**
247:22 249:1 255:16
268:9,12,14 272:15
273:7 278:24 280:1,13,
19,20,25 284:15,22
286:22 290:13 299:4
300:2,23 301:9 302:1
311:8 312:17 314:24
332:10 333:5,25 340:12
347:8 372:9 389:5 401:6,
10,11,15 402:6 409:16
413:11,16 414:1,8,13
415:18

**asking**
244:21 251:1,2 264:25
278:6 282:21 285:23
288:19 289:6 291:12
292:1 299:6 302:19
307:13,18 309:22 311:18
316:12,16,22,24 317:2,4
319:24 320:9 322:19
363:15 366:22 394:18
413:6,8,19 415:13

**asks**
318:13

**asleep**
270:3,5 344:3 403:22
405:12

**assessment**
353:11

**assist**
353:21

**assistant**
313:16 314:1,14 323:10
326:6 327:15 375:6

**assume**
278:8

**assumed**
274:1 354:1

**assuming**
299:11

**assumption**
282:17

**at**
239:6 242:24 243:13
244:12,19 247:25 254:1,
2,23 255:2,5,8 257:9
258:11,15 259:10,11
260:18,19 261:20 263:4,
8 264:17 266:16 267:18

270:4,8 271:5,20 272:25
273:24,25 276:14
285:10,22 286:18 287:3
288:2,18 289:1 290:4
291:11,15 292:5 297:4
301:23 305:6 311:4,15,
17 312:12 315:19 319:25
322:11 323:4,6,9,14,16,
18 324:2 325:4 326:7,19,
22,24 331:23 335:6,7,21
336:7 337:3,9 339:23
340:25 342:6,24 343:12
345:4,6 346:9 349:2,12
353:25 354:11,16,20
355:22 356:1 358:3,23
362:11,22 365:25 366:19
368:19 369:9 370:10
371:20 375:13 376:1,9,
13,21 377:12 382:3,6
383:20 387:8,23 388:8
389:9 390:6,15 393:5
394:14 396:1,11 397:18,
23 398:20 399:13,14
400:2 401:2 402:19
404:18,24,25 405:9,15
406:2,25 407:18 408:11
409:17 411:1,3,14 414:9
415:16 416:12,16,17,25

**ate**
360:23 380:21 388:1

**attempt**
340:4

**attend**
370:8 378:1

**attendance**
355:22 356:1

**attending**
239:16

**attention**

**@©** AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

257:8 258:23 294:2

**attorney**
239:20 313:17 314:1,14,
16 323:10 326:6 327:16
332:10 333:4,14,22
334:12,15 345:15,17
346:23 347:14,21
348:16,21 350:11,15

**attorney/client**
345:9

**attorneys**
408:16

**audio**
411:17

**August**
371:6

**Austin**
371:18,20

**available**
380:22 389:22

**average**
375:11

**avoid**
308:8

**aware**
248:11 327:12,16 348:20
384:14 386:1 389:14
402:18 405:20

**away**
248:22 259:5,18 260:9
265:11 270:21 281:14,
20,25 293:20 308:5
309:16,19 313:2 328:14
339:9,13 340:5,23 341:2
360:19 372:17 394:23

**B**

**B6**
245:9,12,15

**babies**
339:17

**baby**
343:25 360:18 406:18

**back**
243:19 249:13 254:4,6,8
256:24 258:8 259:15
260:3,5 262:18 264:8
269:5 273:22 274:5,11
275:9,10 277:19 279:4
289:19 293:22,23 294:3,
4 295:25 296:7,13,16
300:14 310:12 315:13
324:13,14 325:19 326:2
331:12 336:15 337:6,15
338:14,21,22 339:14
341:4,14 342:3,4,23
346:6 352:21,25 354:9
356:19 360:3,20 364:15
366:4 370:18,22 371:4,
13 372:6,13,15,19 373:7
388:16 395:21 406:6
407:1 409:7 410:10
411:23 412:8,12

**backed**
296:9,11,19

**bad**
241:10 359:15,21 389:23
390:1 394:9 396:19
403:3

**bag**
245:2 306:19

**baked**
361:7

**bald**
415:18

**basically**
312:19 314:3 412:16

**basis**
318:1

**Bates**
334:20 387:4

**bath**
271:9,10,23 272:5

**bathe**
270:25 271:4,7

**bathed**
269:20

**bathing**
271:3

**bathroom**
289:12 328:18,20 329:2

**baths**
270:17,22

**be**
240:15 243:15 244:10
246:3,5 264:20,23 282:7
286:6 309:16 315:4
338:4 344:2,16 351:15
354:8,15,21,22 359:22
360:16 363:6 364:2,4
378:8,13 380:23 386:9,
22 397:10 398:9,19

**beans**
380:22 410:4

**beating**
274:4

**because**
244:18 247:17 248:15
249:4 250:2 276:23

**@©** AdvancedONE
LEGAL

**(866) 715-7770**
**advancedONE.com**

277:18,21,23 278:8
279:8 280:18 281:21
282:17 286:16,19 287:3,
6,8,15 288:1 289:9
292:9,25 293:2,5 298:25
299:4,11 301:2 302:7
304:7,12,16 305:11,20
306:1,3,11,22,23 307:19
308:2 309:8 313:3 314:5
316:11,12,15,16 317:23
322:18 326:2 328:2,7,22
333:15,23 334:6,16
336:13 337:3 340:16
341:7 343:19 346:10,17
351:18 352:5,18,25
354:8,11,19 355:14
356:9 357:24 358:6
359:22 362:15 363:16
365:7,20 366:6 367:22,
23 368:21 369:18,20
370:6,18,19 371:9
372:16 375:9 377:7
378:5 379:12 380:6
382:3 386:17 387:19
388:19 389:9 391:7,9,14
392:4,11 394:16,22
395:10,18 397:9,11,17
398:8,25 399:18 400:4
402:24 403:21 405:6,12,
18 406:7,10 409:1
410:16 414:6

**bed**
269:15,19 271:14 272:6
320:11 343:1,6,17,24
344:2,13,19,23 397:20

**been**
240:7,25 241:25 244:25
252:5 259:19 304:17
308:6 309:18 327:17,20
328:3 333:23 334:6
347:25 349:10,15,20,25

359:24 362:16 365:18
372:17 375:19 378:22
383:19 388:10,22 391:21
392:16,20,24,25 397:5
401:20 405:18,21 406:4,
5 415:4

**before**
240:12 242:12 248:23
254:12 255:14,21,24
262:25 266:1 268:5
269:9,23 270:1,13,19,23
272:9,22 285:5 289:12,
24 316:19 320:10 321:3,
6,9 333:5 335:1 336:15,
19 337:12,14,17,20
338:4,8 344:25 351:21
356:10 360:9,22 362:9
364:18 365:4,5 366:2
369:8 373:16 378:19
388:1,20 394:17 395:20
401:10 414:22

**begin**
240:12

**beginning**
249:17 323:9 392:5

**behalf**
239:24

**being**
239:14 240:14 276:17
281:16 307:2 308:5,16
318:1 328:19 334:13
340:9 351:13,18,19
357:18 359:14 363:23
366:22 369:19 374:24
379:12 380:11 385:7,9,
11,13,17,19 386:20
391:18 392:1 394:13
396:18 401:1,21 410:10
411:21

**believe**
244:15 248:5,14 253:10
255:12 256:6,8,19
262:14 267:3 270:15
280:9 285:14 287:18
288:6,15 303:25 321:23
322:3 327:1,23 331:16
347:16 348:11 351:3
354:3 356:5 357:23
360:8 369:18 379:8,16
380:23 383:15,22,25
389:15 397:1 402:23
406:25 414:19 415:21

**belly**
299:18

**bench**
415:13

**besides**
242:24 243:13

**best**
364:3

**better**
403:6

**between**
240:13 263:18 264:19
272:4 282:24 337:11,24
340:19 345:16 355:19
376:22 378:17 412:16

**big**
293:17 299:15,18 301:4
316:23 317:8 328:25
344:6 410:25 416:2

**bitch**
281:5

**black**
288:20,22 291:12 292:6,
9 317:5 380:22 410:4

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**Black's**
288:25

**bleeding**
255:21 259:12,13

**block**
264:18,20,23

**blocks**
263:14 264:16 341:7

**blood**
253:25 254:2,6,10,15,16,
20,22,25 255:3,21
381:21

**blow**
411:4

**blue**
396:20 415:9

**board**
246:18,20

**body**
241:11 250:18 252:12,25
256:24 334:25 400:5
411:13

**bond**
353:19,20 355:17

**book**
245:22 246:14 393:17

**born**
365:14 366:13

**both**
271:17 368:5

**bottom**
393:24

**bottomed**
382:5

**bought**

246:18 303:20 305:19
390:15

**Boulevard**
340:20

**boy**
285:12,16 286:23 287:19
288:3,7 292:16

**boyfriend**
267:1,17,20

**boys**
365:2

**break**
289:12 310:5 364:9
409:3

**bring**
302:19,23,24 357:19
366:8 371:10

**bringing**
316:16 339:24 352:5,6,9

**Broccoli**
361:1

**brought**
246:23 266:2 304:6
328:25 329:2 340:9
415:1,5

**Brown**
239:24 240:19 245:5
246:3,5 247:14,21
248:25 251:14 255:16
272:15 273:6 275:19
278:24 280:1,13,18,25
282:15 286:7 287:10,17
289:11,14 293:12 300:23
301:9,17 307:25 313:20
314:4,23 315:6,16
320:14,23 322:7 340:12
341:15 344:7 345:8,12,

18,21,25 347:8 350:6,17,
24 359:17 362:24 363:4,
13,24 364:6,10 369:22
372:9 388:24 389:5
405:23 407:5,10 409:11,
15 410:22 411:8 412:23
416:9,11,17

**building**
274:18,25 275:2 335:18
412:20

**bus**
353:2 404:7,12,15

**business**
394:23

**but**
240:9 241:7 243:19
246:7 247:6,19 248:9
249:18 255:12 266:14
268:21 274:1 275:15
281:19 292:18 294:1
295:19 299:7 303:15
311:15 313:2,7 314:6
315:2 317:7,18,22
320:18 322:21 328:10
329:2 332:3 333:11
336:14 339:13,16 341:7,
25 344:14,15,20 353:19
354:11 360:8,9 362:5,15
363:8 364:2,4,7 365:15
366:8 367:5 371:15
379:22 380:25 383:13,18
387:20 388:16 392:13
394:3,7,23 395:6,19
396:1 397:20 398:19
403:6 405:8 406:10

**buy**
303:22 410:1,6

**by**
240:8,23 242:16 245:10

@© AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

246:10 247:15,23 249:2,
12 251:15 255:19 263:20
264:10 272:19 273:8
275:21 279:2 280:3,22
281:2 282:20 286:9
287:12,20 289:21
290:11,17,24 291:7,23
292:14 293:14 294:20,25
295:10,17 297:7,16,25
298:10 300:25 301:13,21
308:3 310:13 311:7
312:6,11,16,24 313:22
314:8,13,25 315:8,18
316:1,5 318:12,18
319:12,18 320:8,16,25
322:9,14 324:5,10,19,24
325:11,18,25 327:18
333:2 334:24 335:5,15
336:4 340:14 341:17
343:5 344:11 346:7
347:10 349:8,13,19
350:7,19 351:2 353:17,
21 355:17 359:18 363:6,
23 364:17 366:8 369:24
372:11 381:20 387:3
389:1,7 397:8,20 398:10,
21 406:3 407:7,11
409:15 410:22 411:8
413:1 415:9

---

**C**

**cab**
268:22

**cabbage**
361:8

**Cage**
246:23 272:10 329:12,
16,20 330:14 407:17

**calculated**

395:17

**call**
248:2,4,18,20,23 301:20
302:1,4,13 303:8,11
392:12 399:6 402:6
404:23 406:19 407:24

**called**
248:9,11,15 274:2
276:23 288:21 365:6
369:19 399:9 402:8
406:21

**calling**
287:18 377:12

**calls**
267:7,8 275:19 286:7,8
345:8 350:18 407:5

**cam**
334:25 411:13

**came**
248:13,14 253:1 254:4,8
256:23 258:8 259:15
260:4 266:1,2,6 268:22,
23 269:5 274:24 275:7,
10,17 277:19,23 279:4
282:17 293:22,23 294:3,
4 300:14 309:4,7,10
316:14,15 320:10
331:16,17,22 332:7
337:6,15 341:4 345:1
349:2,9 352:3 360:20
367:6 379:23 382:17
386:23 392:8 395:16
399:24

**camera**
327:13

**can**
240:24 245:11 250:1,20
251:3,4,6 263:21 267:16,

22 272:20 281:18 287:14
298:23 299:8,9 302:19,
22 310:6 313:24 328:23
329:1 339:12 342:25
344:20 357:13 362:24
363:6 364:6 381:13,16
385:12,16 392:1 393:11
394:6,21 395:1 399:3
400:5 411:19 412:5
413:17

**can't**
243:19,25 244:18 263:9,
18 264:7 275:24 295:11
298:3 302:4,8 357:18,19,
22 359:22 370:11 384:25
385:15 390:11 393:15
394:6 395:2 400:6
404:23

**candy**
303:25 304:14,25 305:9

**car**
296:1,7,11,13,16,19
303:3,6,7,17

**card**
283:20,22,23,24 284:4
331:5,8,18,22 355:1,10
356:5

**care**
302:8 359:3 360:21
375:4,9,24 376:25
383:22 384:1 387:9

**Carlton**
248:22 251:20 254:9
257:13,16 262:11 272:10
273:16 277:6 279:13
283:8 285:11 286:17,19
296:14 321:6 326:20,22
335:16,22 342:5,11
350:4,12 408:8



**carry**
363:10

**case**
239:13 305:4 357:7
365:19 366:3,6,12,16,21
367:3,10,12,19,22 370:6
408:12,18 411:13

**cases**
367:8

**caught**
344:9

**cause**
357:17 362:24 396:23

**caused**
357:10,15 362:17,23
394:10

**cell**
305:12 398:2,22

**center**
253:11,14 371:18,20
401:17

**certain**
354:16

**certified**
375:6

**chair**
331:5,7,10,12,13,15,20,
21,22,25 332:8

**change**
313:6 314:1 387:15

**changed**
313:2,7,17 315:3

**changing**
317:20

**charged**
385:11

**Charter**
340:20

**check**
302:14 306:8 307:4
382:15,22

**checked**
381:22 382:19 383:6,10
397:10

**chest**
252:20 253:3,9,13,14,16,
18,21,23 259:5,10
313:14 323:21 325:21
326:14

**Chicago**
239:12 267:1 358:10

**chicken**
361:7 410:3

**child**
366:23 367:23

**children**
246:23 265:18 266:15
269:18 271:22 349:9,15,
21,25 350:1 355:22
356:1 366:8 367:23
369:4,7,12,19 370:22
371:4,13 402:1,24
403:10,17,21,24 404:1,4,
20 405:1,12,18 406:7

**children's**
348:12,16,22 349:5

**chips**
303:25 304:10,23
305:17,18,19

**choice**
381:1

**cholesterol**
379:24

**choose**
345:14

**chose**
404:24

**Christiane**
239:22 381:13

**cigarettes**
307:6 411:4

**city**
239:12 368:10

**claim**
352:23 357:9,14 362:16

**claiming**
362:15 363:4,18 364:8

**class**
356:24 370:19,21

**classes**
352:20 353:1,7,9 354:4,9
355:23 356:2 370:3,8,11,
12 371:3,8

**clients**
375:10

**clothes**
269:15,16,17

**clothing**
257:5

**CNA**
375:6

**coach**
369:1,3,11

**coercing**
307:10

**collected**
330:11 348:13,18

**come**

**AdvancedONE**
LEGAL

**(866) 715-7770**
advancedONE.com

249:13 250:14,17 252:11
253:2 254:6 260:3 310:1
331:3,11,19,20 336:14
338:22 339:20 342:4
348:25 365:15 366:19
380:14 382:3 383:12
403:12 405:7 407:1
411:23

**comes**
360:5

**coming**
243:16 247:25 259:7
314:16 328:25 353:7,8
354:4,9 356:24 365:7
366:17 405:13

**commissary**
380:20 389:19,23 390:3,
4,7,12,15,16,18 409:19,
23 410:1,7

**communications**
345:16

**companies**
359:12

**compel**
345:24

**complained**
327:19

**complete**
371:10,17

**completed**
371:12

**compliant**
410:4

**computer**
277:18

**concluded**
416:25

**concludes**
416:22

**conclusion**
286:8

**condition**
353:6 391:22 401:21

**conditions**
241:1,20 353:24 355:5,
17 357:2

**conducted**
240:14

**conferences**
239:6

**conferencing**
239:15

**confirm**
357:5

**confirming**
395:3

**confronted**
300:9

**confused**
401:18

**connection**
239:17

**consider**
264:19,22 282:7 315:4

**considering**
363:2

**constantly**
400:7

**contact**
253:2 267:10

**contacted**
405:20

**continue**
299:22 364:4

**continued**
299:21

**continuing**
261:9

**contributed**
364:20

**control**
361:24 374:5,9 388:19
392:4,9 397:6,8,17
400:1,10

**controlled**
374:13

**Convenience**
265:4,8

**conversate**
273:20

**conversation**
272:18 278:6 282:13
348:8,9 362:25

**Cook**
351:16 358:2 359:15
380:16,17 390:21 392:21
401:1

**cookies**
390:18

**coparented**
368:5

**copy**
243:1

**corn**
410:4

**corner**
264:12 340:25 343:1

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**Corona**
369:8 370:23

**correct**
240:18 258:12,20 259:16
272:11 273:18,19 286:3,
20 288:5,11 291:13
292:3,21 293:11 295:12
303:3,6 308:23 309:24
310:20 311:10,19,22,25
313:1 314:19 316:25
317:5,11 318:1,6,20
319:14,21 320:13,22
322:23 325:21 326:2
336:10 338:5,11,14
340:21 341:18 383:7
391:24 412:9

**correctly**
395:11

**could**
289:11 302:24 303:12
327:18 333:24 334:7
341:19 357:25 362:8
368:8,16 377:23 386:6,9
387:20 388:8 390:15
396:6 399:19 402:16

**couldn't**
241:21 297:11 305:21,22
306:4 350:25 357:20
395:19 396:24 397:1,9,
17,18 398:7 404:9
406:11

**counsel**
239:15,19 240:8 416:13

**counseling**
371:15,17,22 373:23
374:1,4,15,17

**count**
384:25

**counted**
271:3

**county**
351:16 358:2 359:15
380:16,17 384:7 390:21
392:21 401:1

**couple**
242:2 243:16 353:18
398:3

**course**
363:14

**court**
239:16 240:2,17 348:21
355:2 356:5 378:7,12
396:10 416:21

**court-ordered**
355:22 356:2

**cousin**
251:24 282:3,5,7,9
291:24 292:2,5,9 295:2
296:20 300:10

**covering**
254:24

**COVID**
377:3,4 403:19

**crackers**
380:20,24

**criminal**
342:8 345:6 346:9,23
347:21 348:15,20
350:10,15

**cross**
260:8,25 261:2,6,12
262:7 263:7 264:4

**crossed**
261:24

**crossing**
294:7

**crunch**
364:2

**cry**
391:10

**crying**
305:24

**current**
411:17

**currently**
244:21 375:23

**custody**
353:23 354:19 356:16
357:2 368:1,6,7,14,17
370:22 371:3,13 373:8
402:19 406:6,18

**CV**
239:13

**Cynthia**
246:23 262:11 272:10
302:3,11,14 329:12,16,
19 330:14,25 352:8,9
407:17

**D**

**D.C.**
262:12 294:1

**D.T.**
300:11 316:16 336:20

**dad**
368:3,9

**daddy**
402:6,7,8

**damage**

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

241:11 357:10,15,17
362:17,23 363:6,9 392:8
393:20,22,25 394:11,20
395:4,5,12,16

**damaged**
359:22 363:5,23 392:8

**damages**
363:18,21 364:8

**damned**
397:12,13

**Dan**
239:4 332:23

**dark**
249:17,18 250:2

**darker**
335:9

**date**
239:6 345:23 393:8

**dated**
387:5 395:15

**dates**
393:16

**daughter**
266:11,12 268:12,13
340:21 341:10 345:4
367:13 368:1 402:3

**daughter's**
268:1

**Davis**
401:24 402:2,8

**day**
246:24 247:9 257:9
329:11 330:1 331:1
339:4 408:9

**days**
241:18,23 357:1 375:9,

10

**DCFS**
364:22 365:6,13,19
366:3,5,12,16 367:2,8,
10,12,19,22 369:14
401:23 405:21 406:22

**dead**
305:24 306:25

**deal**
301:4

**deceased**
385:20 406:18

**decided**
328:24

**decision**
368:11 405:5

**decisions**
389:11

**defend**
293:11,16

**defendant**
239:15

**defendants**
239:22,23

**defended**
248:1

**defender**
353:21 355:18 408:17

**defense**
346:9,23 347:13,21
348:15,21 350:10,15

**demand**
267:9

**demands**
405:8

**demonstrating**
414:4

**denied**
379:17

**department**
358:10,16,18,19 359:9
407:2

**depends**
342:2

**deposing**
364:4,6

**deposition**
239:10,14,16 240:14
241:2,13 243:14 246:22
249:10 268:10 285:5
290:7 332:3 338:3
345:12,23 346:25 353:15
362:20 364:1 387:1
396:12 408:14 411:12
416:23

**depositions**
388:11,13

**depressed**
351:25 383:18

**Depression**
351:24

**describe**
282:9 284:25 285:15
299:14,17 324:11 347:17
385:12,16 392:2 397:6

**described**
326:4

**description**
278:5

**deserved**
281:6

**despite**
363:18

**Destiny**
265:24 267:11 268:6,16

**detail**
278:12 363:20 364:1

**detective**
290:12,18 291:1,8,12,15
295:1 297:8 302:3
305:19 311:8 312:17
316:6 318:4 319:13,23
322:16 327:18,22,23
328:13,16 415:8,12,17,
22

**detectives**
296:18,24 299:14,21
300:2,9,14,20 301:6,15,
22 303:19 307:6,9 308:9,
13,19 309:1,22 310:14,
18,24 311:18 313:10
314:18,21 315:15 316:20
318:22 320:9 322:1,5
329:6 332:11,13,20
333:5,7,15 334:4,16
336:6,9 339:18 347:3
413:11 414:19

**determined**
356:14

**detrimental**
389:20

**diabetes**
243:23,24 305:14 351:18
360:15,21 361:11,21,24
364:20 379:18 380:24
381:25 382:7,10,12
386:17 388:14,18,19
389:4,13,17,20,23 392:2
394:12,15,19 395:6,10
397:5 400:1

**diabetic**
304:7 396:5,7,18,23

**diagnose**
241:19

**diagnosed**
240:25 359:25 360:14
378:22,25 379:3,5
384:15 391:21 393:25
396:7,18 401:20

**diagnoses**
246:11

**diagnosis**
360:4 396:14

**Diamond**
268:2 343:11,12 344:13

**did**
241:6,12,19 245:15
247:2,4,9,11 248:2,4
249:24 250:3,5,14,17
252:16,19,22,24,25
253:2,25 254:2,5,9
255:5,8,12 256:5,12,15,
21 257:4,7 258:18,24,25
259:9,25 260:3,7,11,13,
15 261:5,9,12,17,20,21
262:7,13,19,24 265:25
268:6,24 269:3,23 270:1,
8,11,13,19,25 271:4,7,9,
12,24 272:6,25 274:3,6,
8,10,13,17,21 275:11
276:12,16,19,21,25
277:3,6,11,14,20 278:10,
13,15,22 279:3,5,17,20,
23 280:7 281:5,8,11,14
282:2 283:1,4,7,12,16
284:8,10,13,17,20,22,25
285:11,15,18 286:22,23
287:1,4,7,15 288:2
290:12,18,25 291:9,16

292:9,16 293:15,19
295:18,22,25 296:3,7,10,
13,16,18 297:1,9,17
298:1,11,13,16,20
299:10,14,17,22 300:1,2,
5 301:24,25 302:10,23
303:10,22 304:18,20
305:6,13 307:9,15,21,22,
23 308:25 310:1,24
311:18 313:1,5,8,11
314:1 315:15,20 316:7,
10,18,19 317:7 318:6,13
319:3,24 320:1 321:3,6,
8,15,18,24,25 322:5
323:14,18 324:11
326:19,22,24 327:2,7,21
328:6,8 329:11 331:3,10,
19 333:19,20 335:16
336:5 337:9,20 338:7,22
339:3 341:13 342:8
345:3,6 346:8,12,14,19,
22 347:2,6,13,17 348:2,
5,11,15,25 350:3,10,15
351:9 352:1,6,15,22,25
354:24 356:5 357:17
358:21 359:4 360:21,24
361:9,20,23 362:1,5,9
364:19,22 365:19 367:5,
10,12,19,22 368:11,23,
24 369:8,15 370:7 371:2,
14,17,23,24 372:7,14
373:12,17,23,25 374:8,
11,15,17,20,22 376:4,7,
9,12 377:20,22,23,24
378:7,20 379:14,20
380:6,7,18 381:5,8,21,24
382:9,15,18 383:6,11
384:3,6,8,18,21 386:2,5,
8,13,16 387:14,18,22
388:3 389:11,15,19
390:2,6,18 391:1,4,10,
11,12 393:2,9,13 394:14

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

396:25 397:21 398:1,12, 15,18,21,24 399:6,9 401:7,10,16,23 402:1,7 404:11,24 405:5,11 406:9,21,24 408:12,14 410:6,14,15,23 411:3 413:2,9 414:7,21 415:9 416:1,4

**didn't**
247:5,19 248:18,22 257:8 258:3 259:12 268:8,17 273:19,25 277:24 278:11,12 282:16 283:3 285:7 287:6,8,15 288:25 289:1,7 292:23 294:2,9,13 295:6 299:11, 23 300:19 301:3,5,11 303:2,5,9,11,16 304:5, 10,14 305:9,11,17,18,20, 24 306:4,8,13,21,22,23 307:3,4,5 308:7,19 309:14,15,19 310:1 311:12,14,24 313:18 314:7,21 317:11,18 319:7 320:18 322:25 332:14,20 333:8,13,16, 21,24 334:4,5,7,14 335:21 340:17 341:24 346:10,18 351:20 352:21 354:17 355:11 356:19 358:8,22 359:6 369:20 374:14 378:16 382:22 386:22 387:23,25 388:17 389:9 390:4 391:13,14 392:11 394:17,21,22 398:25 399:16 404:5,9, 14 405:6 407:19

**diet**
387:15,16,19 389:12

**difference**

381:6

**different**
308:25 351:20 363:11 376:25 413:18

**difficulty**
249:24 250:3,5

**direct**
353:19

**direction**
262:3

**disagree**
345:18 364:7

**discharge**
242:24 243:1,7

**discharged**
406:4,5

**discovery**
362:19 364:3

**discuss**
371:24 373:25

**discussed**
372:4 374:4

**discussion**
263:19 346:4

**disorder**
378:23 379:1,6 384:16

**distance**
340:19

**DKA**
392:10 396:3

**do**
242:10,17,20 244:6 245:22 246:11,24 247:1 252:11 256:5,8 257:9 260:19,22,25 261:3,5

262:3,8 263:7,24 264:19, 22 267:6 270:5 271:24 274:25 277:9 282:7 283:20,24 287:6,8,22,24 297:8 298:16,17 300:12, 16 301:22 304:23,25 305:2,18 306:16 308:7 310:4 311:9 313:11 315:4 317:13 321:5 323:4,11 324:25 327:23, 25 332:15 333:10 343:6 344:6 346:18,21 348:11 350:22 351:3 357:23 358:9,11,15 359:16 360:4 361:15 362:24 364:2 367:5 368:14,17 369:2 370:4,12 371:11, 25 373:9,24 374:11,23 375:11,21 379:8 380:4, 23 382:24 383:6,11,13, 15,22,25 387:4 390:22 391:5 393:16 394:6 395:1 397:12,19,21 398:1,4,7,10,12,15 399:25 400:11 402:23 404:11 407:8,20,22 409:9,17 411:15,18 413:17 415:17 416:9,19

**doctor**
243:18,21,22,23,24 244:7,11,14 361:9 365:3, 4,6,8 366:7,9 369:16,18 380:6 384:3 391:7 392:12 394:1,2,10,18 395:3,4,7,9 397:2 399:18 400:18,20

**doctor's**
241:4 245:25 369:20

**doctors**
243:13 244:24 366:6

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

395:22

**does**
266:24 267:2,13 340:23
341:9 368:4 404:22

**doesn't**
363:7 406:25

**doing**
269:12 302:3 400:22
403:4,5 405:14

**don't**
241:7 242:9,22 243:25
247:3,10 248:7,9 249:21,
23 250:13,19,21,23,25
251:9,12,19,23 252:13
253:8,15 254:7,11 255:4,
12 256:3,7,9,14 257:14,
17 258:18 259:2,20
260:10 262:17 263:12,
13,22 267:1,5,7,12,25
268:7 269:25 270:10
271:2 272:3,17,24
274:15 275:15,24 277:2,
5,8,13 278:4,14,21
279:7,8 280:14 281:16,
19 283:6,15 284:2
285:17,20 286:21,24
287:1,4,18,21 288:8,13,
15,24 289:7 291:14,18
292:18 293:13,25
294:12,13,15 295:4,19,
21 296:25 298:1,3,12,15,
19,22 299:6,9,12,20,25
300:4,7 301:2 303:7,18
311:10,22 312:18 313:7
314:12,15,16,20 315:2,
10 317:1,12,17,18
318:24 321:14,21,23
322:8 323:17,23 326:21
328:10 329:7,21,25
332:1 333:11,18 334:18

335:24 337:17 339:15,16
341:21,24 343:13,18,25
344:7,10,14,16 345:13
347:5,12,19,24,25
348:19 349:3,6 350:21
354:10 355:7 357:4
358:20 360:8 362:11,12
368:9,12 369:13 370:4,9,
14 371:15 374:2,3,24
375:10,17 379:22 380:3
382:11,24 384:25 385:4,
5,23 386:11 387:25
392:15 393:7,10,12,15
395:6,7,18 397:13 398:6,
20 399:5,11 402:13,17
403:5 407:13 408:3,25
409:1 414:5,12,16,24
415:6,11,15,20,25 416:3,
6,7

**done**
256:13 262:21 297:9,18
298:14,17 409:3

**Donte**
239:12 251:11 254:13
255:15,22,24 256:2,5
257:19 258:17 259:7,16,
21 260:4 262:12 272:11
273:12 277:11,15 278:23
279:13,20,23 282:2
283:2,5 285:15,19
286:12 288:5,16 289:5
292:24 296:17,21
299:14,22,23 300:3,12,
16 301:7 307:19,23
308:9,13,20 309:1,23,24
310:2,15,19,23,25
311:18,24 313:1,18
314:2,3,11 315:15,20
316:10,18,19,20 317:14
318:5,22 319:2,5,19,24
321:7,15,18 322:1,6,22,

25 326:24 327:2,8
332:11 333:6,14 335:22
336:7,17,24 337:14,25
338:3,7,22 340:5,24
341:2,13 342:12,15,17
347:3,7 363:16 408:2
410:14,24 411:10 413:3,
12 414:2,22 415:1,23

**door**
274:5,6,11,14,17,21,25
275:2,3,5,8,10,16 279:4
411:23 415:9

**down**
253:23 256:11 261:9
263:10 270:16 306:5
336:20 351:15 370:24
393:23 394:8 405:14

**downloading**
249:14

**dozed**
405:14

**Dr**
361:14 394:3 395:23,25

**drafted**
353:21

**drink**
304:1,18 406:24

**drinking**
337:7 342:19 405:18,21

**drop**
305:6

**dropped**
380:13 383:2

**drops**
305:4

**drug**
353:10 371:14 373:22,25

AdvancedONE LEGAL          (866) 715-7770          advancedONE.com

374:16

**DT**
286:25

**due**
394:12 395:1 411:17

**during**
269:12 272:21 285:7
286:2 293:10 294:11
301:14 313:9 314:21
315:14 346:20 350:11

**Dylan**
239:24 246:1 280:15
344:4 345:11 362:14

---

**E**

**E-A**
245:13

**each**
326:20

**earlier**
282:21 283:11 289:4
317:20,25 329:11 330:25
335:17 337:12 341:22
349:7 360:10 409:16
414:25

**east**
260:23 261:1,2,6,15,18
262:7

**easy**
312:25 316:7 318:4
319:1,14

**eat**
247:5,9 304:5,10,14,23,
25 305:9,17,18,19,21,22
306:4,13,16,21 307:3
360:25 380:18,19 382:5
387:23 388:17 389:9

390:2,6,12,15,18 397:10,
18 400:6,20,23

**eating**
306:7 380:24 388:2,3,4,
10 389:15

**Edmond**
305:23

**Edmondson**
247:12 248:21 249:15,25
251:6 252:14,16 255:1,8,
23 256:4,12,15 259:18,
21 260:6 261:6,17 262:6,
20 266:5 268:6 270:14
273:2,5,13 274:1 277:4,
7,12 281:24 282:14
283:2,9,14,18 284:14,18
285:13,24 288:7,10,17,
20,22 292:6 293:8
294:11 295:25 297:2
306:24 310:19,25 311:19
316:19,20 317:5,8,15
318:23 319:5,25 321:4,
15 322:2,6,22 323:1,16
324:13 326:7,17,20
327:3,8 330:8,15,22
332:12 335:8 336:18,25
337:1,21 340:1 346:24
347:4,7,15,22 350:4,13
408:21 410:11 413:4,12
414:2,23 415:2,24

**Edmondson's**
250:12 255:6 258:25
259:4 326:25 327:4

**effect**
395:13

**either**
377:13 380:13

**electronic**
352:13,16,22 353:5,24,

25 354:21 355:6,12
356:15 357:3 358:14

**else**
243:13,17,22 266:8
268:10 276:9 278:20
279:14 292:15 296:23
302:21 303:24 304:1,3,
21 309:17 344:2,22
371:15 372:18,25 373:10
375:19,24 377:14
385:21,25 392:6,19
416:5,20

**Emily**
239:21 289:11 405:23

**emotional**
351:24 363:6,9

**employed**
362:11 375:1,3,19,23

**employment**
355:21,25

**end**
360:13 406:1

**ended**
273:12

**engage**
247:12

**engaged**
249:15

**engaging**
248:22

**enough**
294:8 368:13 370:15

**entire**
268:19 273:11

**entrance**
275:3

**episode**
383:1

**ERI**
290:5 294:17,22 297:4
311:4 312:8,13 320:5
323:4 324:2,7,20 325:8
415:8,16

**estimate**
251:3

**et al**
239:12

**even**
240:14 265:17 298:4
309:19 314:15 329:7
341:11 347:25 354:3
356:12 374:25 392:15
396:25 408:3,25 409:1
416:3

**evening**
241:5

**events**
254:5

**eventually**
383:13 411:9

**ever**
242:12 256:15 257:4
260:3 261:12 268:24
284:3 300:1,3,5 316:18
321:3,6,8,18 327:7,21
342:5,8 347:13 348:2,5,
15 349:4 350:3 359:24
361:20 362:1 374:18
378:20,22,25 379:17,20
381:21,24 382:12,21
383:9,19 384:18,21
386:5,8,13 398:21
406:21,24 408:23

**Everest**
340:20,23

**every**
286:5 371:9 383:5 391:1
394:4

**everybody**
367:7 374:6 411:9

**everyone**
332:25

**everything**
278:1 282:12,22,23
329:8 337:4 367:5
370:24 373:15

**evidence**
313:21 314:24 315:7,17
320:15 332:3,7 349:8,13,
19,24 388:25

**exactly**
328:10 393:7 395:18,19

**EXAMINATION**
240:22 409:14 412:25

**examined**
240:9

**examples**
374:8

**excuse**
397:11

**exercise**
362:1,5 397:19,20
398:21 400:11,19

**exercises**
397:21 398:1

**exercising**
362:5

**Exhibit**
249:9,10 289:23 290:7

311:3 322:10 323:3
324:2 330:20,21 331:4,
24 332:1,2 334:20 342:3,
23 349:13,18,23 353:14,
15,18 355:18 386:25
387:1 415:7,17

**experience**
384:18

**experiencing**
396:17

**explain**
284:1 329:22 347:6

**explained**
348:10 366:18

**F**

**F-O-I-D**
283:22

**face**
325:1 326:25 327:4,10
411:5

**face-to-face**
252:6

**facing**
383:20

**fact**
273:24 300:10 327:16
354:7

**fallen**
405:12

**falling**
403:22

**false**
337:16 338:5

**family**

399:16

**far**
241:24 244:24 259:5,18
260:7 265:3 339:15
340:23 372:7 412:15

**fast**
312:7 320:4 332:13
333:7

**father**
402:10,12,15

**February**
353:22 354:6,10,18

**feeding**
270:22 302:2,7 348:12,
17,22 349:5

**feeds**
302:9

**feel**
244:19 287:15 293:15
301:22 307:9 328:4
333:19 361:23 388:17
400:1 403:9

**feeling**
333:22

**feet**
245:20 251:8 359:20
393:24 412:11,13,14,15,
21

**felt**
276:3 287:6,8,25 302:16
327:17 328:16 329:5
333:15 334:4,16 344:5
351:22 364:20 366:17

**few**
251:4,7,18 252:4 266:15
329:4 351:16 358:23
369:8 399:2 409:12

**fight**
258:24 273:4 279:21,25
280:6,12,24 281:9,24
290:13 291:1,3 292:9
293:2,6 294:13 295:20
320:13,22 321:3 329:12
330:17 335:18 342:21
403:3

**fighting**
254:9,12 256:4,10,13
290:19 292:2 296:14,19,
22 312:19 321:7 329:14,
16,17 335:22 350:5,13

**figure**
241:21 242:2 403:15

**file**
345:24 363:3

**filed**
355:17

**fill**
401:14

**finally**
300:11,16

**find**
286:2 383:4

**fine**
281:15,20,25 346:2
373:16 392:7

**finish**
368:21

**finished**
321:4,7,9

**fire**
406:11

**first**
243:15 244:10 252:25
254:1 260:22 271:7

273:23,25 285:10 287:3
289:2 294:6 314:10
317:14 326:9 337:13
338:2 383:20 384:7
391:9 399:19 415:1

**fish**
361:1

**fit**
356:5

**five**
351:8,10 352:12 356:18
358:2 371:23 372:19
377:16 397:16 401:3
406:1

**five-minute**
409:3

**fixed**
359:23

**Flowers**
265:24 267:11 268:3,16

**focus**
340:5

**FOID**
283:20,22 284:4

**folding**
331:5,7,10 332:8

**follow-ups**
409:12

**following**
351:4 378:12

**follows**
240:10

**food**
264:8,9 265:1 303:20
351:14 389:19 397:11,13
409:16,19,20 410:1,3,4

**foot**
  250:24 251:2,7

**footage**
  334:25 411:14

**for**
  239:21,22 241:9,11,17,
  23 243:23 244:9 245:19,
  20 247:4 249:11 252:2
  260:18 262:19,25 265:4,
  8 267:10,16 269:10,15,
  19 270:25 272:8 274:18,
  22 275:19 280:8,16
  281:18 286:7,8 290:8
  293:24 302:19 303:8
  306:11 308:6 313:5
  315:11 318:1 321:10,20
  328:2,18 331:24 334:13
  338:8 339:24 341:20
  345:8,12,23 346:1
  347:13,18 349:12 350:18
  351:10 352:4 353:16,23
  354:13,17 355:5,20,25
  356:16,23 357:2,20
  358:21 359:7 360:21
  361:21 363:18,21 364:7,
  25 366:8 367:10,12,19
  368:13 369:5,20 370:18
  371:15,22 373:22 376:6,
  15 377:10,22 378:9
  379:17 380:4 381:24
  382:7,10 383:23 384:1,3,
  9 386:18 387:2,9 388:14,
  17,22 389:4,13,16,23
  390:12,14 391:5,7,8
  393:7 397:15 399:22
  401:6,15 406:12 407:5
  409:9 411:12 414:14,20
  416:17

**force**
  332:21

**forcing**
  301:20 316:12,13 317:9

**form**
  247:14,22 251:14 282:15
  293:12 301:9,17 328:18
  350:6 381:17 387:5
  410:20 411:6

**forward**
  312:7

**forwarding**
  320:4

**fought**
  255:14,24 256:2 257:1,
  13,15,18,22 258:17
  259:8,15,21 277:3,6,12
  283:2,4,8,13 285:12
  291:13 292:6 293:7
  337:1

**found**
  385:10 402:21

**foundation**
  322:7 350:17 407:6

**four**
  241:18,23 243:20 264:15
  265:13 266:13 272:13
  273:13 331:14 343:14,
  20,21 349:9,24 376:16
  399:2

**fourth**
  345:23

**frame**
  375:25

**french**
  306:16,18 397:12

**frequently**
  362:3,9 397:24 398:5

**Friday**
  355:20

**friend**
  329:13 406:15

**friends**
  406:16 407:14

**fries**
  306:16,18

**from**
  239:17 240:2 242:18
  243:4,5,8 248:10 254:8
  259:5,18 263:15 264:16
  268:23 269:5 273:11
  308:5 309:16 312:3
  315:22 318:8 331:3,11,
  17,19,20,22 332:3,7
  335:25 338:13 339:10,
  13,15 340:5,23 348:22,
  25 349:9 350:23 353:7,8
  354:4,9,12 355:15,25
  356:24 358:2,3 359:8,14
  363:9,11 365:16,18
  372:17 374:23 376:18
  377:15,19 381:6 384:21
  387:15 389:15,19 390:2,
  18 392:1,5,25 393:23
  395:5,6,11 401:1,17
  402:22 403:4,18 404:10
  405:13 406:4,5 407:2
  410:1,7 411:19 412:12,
  19

**front**
  274:14,16,18,24 275:1
  335:23 412:19

**fruits**
  361:1,4 380:22

**frustrating**
  344:5 372:16 373:14

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**frustration**
373:7

**fuck**
281:5

**full-time**
375:7,8

**fully**
249:18 260:11

**further**
385:13 409:10

**furthest**
260:8

**future**
244:22

**G**

**G-R-O-S-S**
361:16

**GA**
397:1

**Gabapentin**
245:3

**garbage**
328:25

**gate**
257:6

**gave**
272:5 275:15 278:5
304:10,18 306:14 307:6
337:13 370:19 391:8
401:13 409:20 410:18
413:20 415:22

**Gaven**
239:4

**generally**
362:6

**gentleman**
326:5

**Gentlemen**
239:4

**gestational**
360:17

**get**
241:22 245:2 247:2,4
260:7 264:3 266:3 273:4
281:11 289:12 302:2,24
303:13 304:20 307:21
310:5 333:16 334:5
336:13,19,21,24 337:10,
25 338:3,7 339:3,14
340:4,5 345:13,23
348:17 350:3 352:21
354:25 355:10 356:4,12
357:21 358:22 359:12
363:25 370:18,21 371:3,
12 374:11,23 375:13,15
376:21 377:24 378:7,17
386:13,16 388:5,9
389:21 392:13 396:6
399:7 400:5,16 402:7,18
404:6,10 406:6,11

**getting**
241:25 269:14,15,18
271:22 358:3 372:6,13,
15,19 377:7 379:15
380:9 388:7 399:21
403:8

**GI**
242:2 243:18,22 244:14
397:2

**girl**
294:1

**girls**
398:3

**give**
251:1 269:10 271:9
275:11 302:5,10 307:10
338:20 342:1 358:8
373:17 374:8 382:4
389:3 390:13 393:11
394:7 395:2 397:11
399:3 401:16 406:1
413:2

**given**
268:15 373:6 381:2,11
391:14

**gives**
283:24 284:4

**giving**
268:11 271:23 289:5

**glucose**
381:22 382:15,19,22
383:6,10

**go**
241:12 247:11,16,24
248:8 249:3 251:16
258:22 259:22 262:13
269:24 270:2,9,20 273:9
275:3,4,22 276:19 280:4
281:3 284:8 286:10
287:13 294:8 301:1
303:12 304:8 309:14,15
313:23 315:1,9 320:17
321:1,8 328:23 336:13,
21,24 337:10 338:7
340:15 345:25 347:11
350:3,8,20 354:24
355:10 356:4,19 359:2,9,
14 365:24 368:9 369:25
372:12 373:23 374:6
386:6 389:8 392:10,11

393:2,9,13 394:4 398:24
399:9,17 402:19 404:7
407:12 409:1

**goes**
274:18 331:8,21 360:5

**going**
244:20 246:1 249:8
260:17 261:1,2,6,15,18
264:8 267:9 276:22
281:11 293:23 298:5
308:5,8 310:8 312:2,7
315:22 318:8 321:13
325:7 328:3 334:19
340:18 342:3,23 345:22
351:14 353:19 355:1
357:9,14 359:2 362:4,16,
21 364:5,12 365:10
366:9 372:2,5,8 373:15
383:1,17 385:23 388:1
400:4,7,16 403:15
406:11 409:4 411:18
412:1

**gone**
242:15,18 265:16,19
339:7 341:20,25 403:17

**good**
239:3 351:14 361:24
367:7 389:12,16 391:8

**Google**
263:4 340:19 341:1

**got**
241:10 247:6,7 262:21
268:22 277:18,25 281:6
284:7 294:21 304:14
332:3 336:6 337:15
338:21 340:3,8 341:4
350:12,22 351:12 352:25
359:15 376:8 380:22
383:4 390:12 391:10

392:8 397:25 401:18
402:21 403:2,3 406:17
408:25 412:23

**gotten**
336:14 339:19

**grabbed**
286:16,18 288:1

**gran**
399:12

**grandma**
399:15

**granny**
399:15

**grant**
354:17 358:6 378:5

**granted**
352:19 355:8,9,24

**greens**
361:7

**Gross**
361:14 394:3 395:23,25

**grossly**
365:20 366:22

**ground**
256:6,9 296:10

**grounds**
280:16

**group**
398:13,16

**grow**
368:13

**guess**
259:2 267:1 299:5
301:19 349:1 358:17
368:8 369:17 384:10

386:17 390:1 395:18

**guessing**
394:16

**gun**
281:12 283:23

**guy**
293:17 295:1 300:2,15,
20,21 301:6 316:23
317:8 335:17 410:25
416:2

**guys**
246:2 262:13 269:2
272:20,25 273:5 280:12,
24 338:16 339:20 348:5

---

**H**

**hacked**
409:1

**had**
246:23 248:1,15 254:17
259:2,14,19 273:1,16,17
277:15,21 278:23 279:9,
24 282:18 284:3 285:20
286:19 291:13 292:6
293:11 294:8 296:17
298:25 309:19 315:20
327:17 335:7 336:13,14,
25 337:1 339:19 349:10,
14,15,20,25 351:15
352:8 353:10,11 354:4,
12 355:11,14,19 356:10
357:20 358:7,10,15
360:6,18,19 361:10,11,
24 365:12,15,25 366:6,
14,18,19,20 367:7,8,23
368:1,6 369:19 370:4,20
371:2 373:24 376:8
380:15,22 385:1,8,17

@©  AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

390:4,10,12 391:5,18,21
392:10 399:18 406:17
409:24,25 414:25 415:4

**half**
264:16 269:11,12 270:24
272:7,8,21 337:23

**Halfway**
261:11

**hallucinations**
384:19

**hallway**
275:4

**hand**
258:12

**handcuffs**
276:1,4,8 282:19

**hang**
246:19

**hanging**
257:6 337:7 338:16

**happen**
244:22 305:11 374:23

**happened**
266:2 269:6 275:17
286:2 289:2 298:23
299:7,9 305:10 322:20
329:24 343:15 353:4
365:23 395:19 399:4

**happening**
394:24

**harassing**
280:18 407:6

**hard**
311:8,18 328:4 352:5
392:4 394:9 405:9

**harder**
312:18

**hardly**
344:20

**harsh**
328:19

**has**
242:20 328:17 362:16,17
368:7 389:16 393:19
394:10,18 395:4,10
396:7,22 397:5 400:18
402:10

**have**
240:12,25 241:3,4
242:12,14,17,20,22
243:1,12,16 244:16,24,
25 245:23 246:11 249:24
250:3,5 255:13 266:14
267:5,12,13 276:12
281:9 282:12,23 283:20,
24 284:3 289:24 290:1
293:19 302:9 304:9,12,
16,17 305:13,20,24
306:4,8,11,22,23 307:4,5
321:12 327:18 328:24
329:8 334:25 342:5,8,20
346:10,22 349:4 350:22
351:20 353:5 356:14
358:12 359:24 360:4
361:9,20 362:18,25
363:2 364:2,19,22
365:19 367:10,12,15,19,
22 368:14,17,21,25
369:1,2,6,10 370:2,7,10,
13,16,20 371:12,25
374:8 375:9,15,17,19,24
377:15 378:22 380:24
381:1,2,21 382:5,18
383:5,10 387:20 388:8
390:5,14 392:11,12,16,

24 393:8,16,17,19
394:17 395:4,12 396:15
398:17,18,20,24,25
399:6,16 400:25 401:20
403:20 404:5,9,14 405:2,
3,6,8,13,17 406:4,5
407:24 408:4,17,20,23
409:10,11 415:4 416:7

**haven't**
284:12 306:14 370:17
374:13 383:19 395:15
405:22

**having**
240:7 276:24 299:17
328:22 360:14 373:7
387:22 395:20

**he**
244:2 247:25 250:14,22
251:9,13,22 252:2,4,11,
19 254:4,6,8,12,17,24
255:12,14,21,22,24
256:1,2,5,11,20,23
257:1,9,12,15,18,21
258:1,3,4,5,8,11,14,17,
18 259:2,5,7,12,15,19
260:4,7,9 261:22,24
262:3 273:16,17 277:18,
20,21,25 279:24 280:5,6,
7,9 281:5,6,11,14,20,25
282:5 284:22,23 287:6,8,
15 290:13,19 291:8,16,
18 292:2 293:18,20,22,
23,24 294:2,3,4,6,7,14
295:18,19 296:3,7,9,10,
13,14,16,18,19,21
297:11 298:1 300:5
301:7 307:22 309:19
311:9,12 312:25 318:13,
24 319:3,19 320:1
321:23 322:15 323:9

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

325:19 326:2 328:13
332:15 333:4,8,25
335:21 336:6,13,14,16
337:1,9,20 338:10,13,21,
25 339:3,7,9,12,15,19,24
340:3,8,10 341:20,25
342:6,13,16,17,18
366:14,24 367:4 368:8,
12 402:18,21,22 403:5
413:9,21 414:8,18,21
415:10,13,14,18,19
416:3,4

**he's**
251:17,24 260:17 293:17
319:25 323:10 339:13
363:18 367:17

**head**
243:19 254:18,23 255:2,
6 262:18 275:24 307:24
308:10,14,20 309:2,23
310:2,16,19,23,25 311:9,
13,19,25 313:12,15,19
314:11 316:7,19,21
317:3,5,8,15 318:5,23,25
319:2,6,7,14 320:1
333:6,12 413:5 415:18

**health**
372:6,13 373:13,18
378:23 383:16,23,25
384:1,4 387:9 391:6,19,
22 401:21

**healthier**
409:20

**healthy**
380:19 397:18

**hear**
274:3 290:12,18,25
291:9 292:17 295:6,18,
22 297:8,17 314:6 316:8

318:14 319:7 324:11
335:16 336:5 350:10
381:13 385:15 410:17
412:5 413:3 415:23

**heard**
292:18,20 295:1,3
320:21 349:4

**hearing**
395:9

**heavily**
405:18,21 406:25

**height**
250:8,12

**help**
388:4 400:10

**Helpers**
375:4,23 376:10

**her**
242:12 247:7 266:8,11,
12,25 267:4,6,7,12,14,
16,17,19 268:1,9,22,24
269:3,21 271:15 280:16,
19,20 287:11 307:25
341:15 344:14,20 345:4,
15,16,17,19,23 346:12,
17 347:2,6,18,20,25
348:10 361:14,15
362:15,17,22,23 363:9,
19 364:4,6 365:8,11
368:3 369:22 394:21,23
402:10,12,14,19 403:4,8
406:16 407:14,18,22,24

**here**
246:17 253:10 263:8
277:25 312:25 316:6
319:13 325:1,13,20
335:22 336:6 340:3,9
349:14 383:3 394:4

408:16

**herein**
240:7

**herself**
271:10

**hid**
298:1

**hide**
297:1

**high**
304:17 306:9 380:14

**Hillside**
359:1 376:1,13

**him**
247:20 248:7,24 250:3,
17 251:24 252:6,18,21,
22,25 253:20 254:2,9
256:21 257:4,7 258:1,3,5
259:7,10,11,15,22,25
260:3,8,11,13,15 261:9,
12,21,25 262:4 282:1,7,9
284:15,23,25 288:21
293:21 294:1 296:7,17
299:17 300:5,10,11
307:24 308:9,13,20
309:1,23 310:2,16,23
311:9,12,25 313:11,13,
15,18 314:11 316:7,16
317:2 318:5,19,24 319:2,
14,21 320:1 321:8
322:15,17 323:11,20,21
324:13,15 325:1,12,20
326:10,13,14 327:19
332:15 333:6,9,12,24
334:4,7 339:14 340:6
342:12,14,17,20 347:20
365:21,25 366:14,19,22
368:9,13 385:19 392:16
401:19 402:6 408:4,9

@©  AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

413:9,21 414:8,18,22
415:10,14,19

**hire**
358:13 359:6

**hired**
359:5 377:1,5,9

**hiring**
377:2

**his**
244:1 250:5,18 252:11,
17,20,25 253:1,3,7,9,13,
14,16,18,21,23 254:17,
18,21,22,23 255:2,3,6,9,
13,24 256:1,5,11,16,21,
24 257:1,6,10,12,15,18,
21 258:2,4,6,9,12,14,25
259:2,5,9,10 267:24
286:24 287:2,5,21 288:1,
5,8,14,24 289:1,3,7
300:3,11 313:14,15
316:24 327:10 336:13,
19,21,24 337:10,15,25
338:3,7 339:3 341:4
342:8 363:17 368:8

**hit**
252:25 253:20,23 254:9
258:1,5 269:3 284:18
296:7 297:2 307:24
308:9,13,20 309:1 310:2,
16,19,23,25 311:9,12,18,
25 312:17 313:11,15,18
314:11 316:7,19,20
317:2,4,8,15 318:5,24
319:2,14 320:1 321:15
322:6,15,17 323:20,21
324:15 325:1,12,20
326:9,13 332:15 333:6,9
347:20 410:11 413:9,21
414:8,18,21 415:10,14,
19

**hitting**
309:23 319:5

**hold**
245:2 318:20 319:21
321:18

**holding**
254:24 255:1,9,23 256:1
258:12,14

**holds**
331:14

**home**
242:25 302:1 352:13,16,
22 353:6,24 354:1,21
355:1,6 356:15 357:3
358:14 359:3 362:13
365:25 366:19 375:4,9,
23 376:2,25 379:23
392:8 395:21 399:24
403:12,15 405:9 406:25
407:1

**homes**
358:23,24

**honor**
352:21

**horse**
329:17,20,22 330:13,18,
25

**hospital**
241:12 242:11,15,19
243:4,13 244:2,4,9
271:20 302:24 303:12
351:15,16,17 360:9
361:21 365:21 366:15,24
377:13 380:16 392:5,14,
17,22 393:4 394:4 396:1,
9 399:11 403:23,25
404:1 408:5

**hot**
303:4

**hour**
269:11,13 270:24 272:7,
8,21 337:23 373:5

**hours**
302:19 306:12 315:4,11
328:18 373:24 375:11,14
414:14

**house**
248:13,15 266:6,8
268:21 269:2,7,8,14
271:18,25 339:10,13,16
345:4 349:2 358:12
365:15 367:6,24 378:5,
11,15 408:11 411:14

**housed**
386:9

**how**
241:17 245:9 248:11
249:16 250:22 251:11,
13,20,22 252:10,16,19,
22 253:2 259:5,18 260:7
262:2,24 263:14 265:16
266:12 267:6 268:5
269:8,18,23 270:1,19,23,
25 272:4 275:25 281:18
284:10,23 298:23 299:8,
9 302:6 307:12,17 311:8,
18 313:5 318:13 319:3,
20,24 320:1 321:25
322:16 328:1,6 329:15,
19,21 333:22 339:7,12,
15 340:23 341:9,20
342:2 343:12 344:14
351:7,9 352:1 355:7
356:8,13,15 357:1,12,17
358:5 359:16 360:21
361:15 362:3,9 366:2
367:17 369:2,6 370:12,

20 371:22 373:4,22
374:5 375:11 379:11
382:9,15 384:24 385:2
390:2 394:21 397:24
398:5,15,18,24 399:6
402:23 403:1 405:23
412:11,15 413:2,9,12,21
414:2,8,17,21 415:10,14,
19

**Howard**
239:12 251:11 254:13
255:15,22,24 256:2,5
257:19 258:18 259:22
272:11 273:12 277:11,15
278:23 279:13,21,23
282:3 283:2,5 285:15,19
286:13 288:5 292:24
299:14,22,24 300:3
301:7 310:15,19 318:22
319:24 321:7,15,18
322:1,22,25 326:24
327:2,8 332:11 333:14
336:7,17,24 337:15,25
338:3,7,22 340:5,24
341:3,13 347:3,7 363:16
408:2 413:3,12 414:22
415:1,23

**Howard's**
317:14

**Huh**
242:7 383:24

**Huh-uh**
263:25 360:11 373:1,19
400:12

**hungry**
388:5,9

**Hydrocortisone**
245:19

**hydromor**
245:4

**Hydromorphone**
245:5

**hypothetical**
301:18

---

**I**

---

**I'D**
269:10 327:20 328:2
357:21

**I'LL**
249:9,13 295:7 297:13
300:8 316:2 319:8 323:8
342:4 345:24 353:13
386:24 406:19 416:15

**I'M**
240:24 243:7,11 244:20,
21 246:1 248:8 249:8
251:1,2 253:12,17,18
255:10 256:10 257:25
258:22 260:17 263:3
264:6 265:7 267:9
269:10 275:1,2 278:6,17
289:22 290:4 293:3
294:16,21 297:4 298:5
299:6,8,11 304:7,8
311:3,15 312:2,7,12
315:22 318:8 320:4
321:10,20 322:10 323:3
324:1,6,20 325:7 326:5
330:4,20 331:13,17
332:2 334:19 335:11,25
337:19 340:18 342:3,23,
24,25 344:15 351:19
352:4 353:8,13,19 356:9
359:2 360:12 362:4
363:15,19 364:1 369:5,
17 370:9,17 372:5

373:14,15 383:1,2,3,17
384:2,14 386:1,17,24
388:6 389:14 391:3,7
393:7 394:16,18 395:9
400:7,16 401:13 404:17
405:25 409:24 411:18
414:5,6,20 415:7

**I'VE**
268:9,14 280:20 334:20
335:6 392:20 412:23

**Ibuprofen**
245:8

**ID**
356:12

**idea**
284:12 350:22

**identification**
249:11 290:8 353:16
387:2

**identified**
348:3

**identify**
239:19 347:13

**identity**
293:7 316:25 401:15

**if**
246:5 249:22 251:6
255:10 256:9,10 267:7
277:9,11,14 281:20,21
283:19 293:18 298:22
299:8 301:19 306:9,10
310:6 327:17 330:4
331:13,17 338:2 339:12
342:11,16,25 363:8
383:1 385:2 391:3 395:9
397:12,13 400:5,7,16
404:23 405:6 416:13

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**immediately**
262:19 300:19 319:3,20

**impacted**
383:16,17 397:5

**impeded**
358:3

**important**
388:14 389:4

**impression**
410:18 413:3 415:22

**in**
239:11 240:3,15,17
242:22 244:22 245:20
246:6,11,14,17,22 252:5
253:11,14 254:5,17
257:9 258:12,15 266:6,8
267:1,3 268:9,21 269:7,
8,14,21 271:12,14,17,25
272:9 273:22 274:8,10,
13,15 275:9,12,24 276:3,
13,25 277:21,24 278:2,
12,22 279:5,15,18,21,24
280:6,7,9 282:13,19,22,
23 283:1,5,7,12 284:9,11
285:5,12,16 286:5,13,23
288:1,3,4,10,19 292:16
294:4 296:22 300:6,15,
20,21 301:6,7 302:16,18
303:3,5,16 305:4,14,24
306:2,10,11,18,24 307:3,
7,10,14,15,24 308:6,9,
13,20 309:2,18,23 310:2,
16 311:9,13,19,25
313:11,15,19 314:11,16
315:11,14 316:19,20
317:8,10 318:3,23 319:5
321:11 323:5,11,20,21
326:5,10,14 327:12
328:10,15,17 329:1,11
331:3,24 333:6 334:13

335:9,17,23 337:3,6,9,
11,23 338:2,16,25
339:20,24 340:11 341:14
342:25 343:6,17,21,23
344:2,12,19,23 346:8,25
351:4,7,9,15,22,23
352:2,10 353:22 354:7
355:16 356:9,16 357:1,2,
9,19 359:15 360:3,10
363:22 364:1,3,19
365:15,21 366:4,8,14,24
367:2,24 368:9 370:21,
25 371:6,12,24 372:15,
19 373:7,25 374:4,12,15
375:24 376:1,5,12 377:4,
5,13,16 378:8,19 379:8,
18,20 380:7,17,20,25
382:3,16,21 383:9,16,23
384:1,4,11,16,19,22
385:7,8,9,10,13,18,24
386:3,10 388:16,22
389:23 390:7,21,24
392:5,9,17 393:16
394:14,22 396:10 397:4,
8,15,19,21 398:1,9,22
399:7,25 401:8 402:10
403:2,8,25 404:1 405:16
406:10 408:5 410:10
411:3,4,13,23 413:5
414:10,14 415:9,12,18

**inability**
357:10,15 362:17,22
363:9

**inappropriately**
327:18,24 328:16 329:6

**incarcerated**
285:21

**inch**
251:2

**inches**
251:4,7,18

**incident**
246:24 354:6 374:18,21

**included**
410:3

**including**
362:19

**income**
357:19

**incomplete**
301:17

**incorrect**
310:22

**Indiana**
267:3

**indicated**
325:1,13

**indication**
273:23

**individual**
374:17

**infirmary**
380:10,12,15

**information**
267:10

**Informed**
387:8

**initially**
287:1 307:23 391:13

**injured**
259:15,19

**injuries**
250:6 363:21

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**injury**
252:17,19 259:4,9

**inside**
247:11,19 266:16 269:2
294:8 321:8 350:3,12

**insomnia**
391:8

**instance**
349:12

**instances**
374:12

**instead**
355:1

**instructing**
345:19

**insulin**
302:20,25 303:13 307:5
351:12 382:4 392:6
400:7

**interactions**
369:3,7,11

**internet**
239:17

**interpreting**
363:17

**interrogatories**
401:9,14

**interrogatory**
362:18 363:19

**interview**
284:10 289:23 301:14
305:14 307:7 313:9
314:22 315:14 322:4
323:5,9,12 327:13
340:10 342:6

**interviewed**
303:19 314:13 410:10

**interviewing**
286:1,14 339:25

**interviews**
285:8 358:7,8 359:7,9
377:24 378:2

**into**
253:2 271:15 273:4
275:17 289:12 295:25
296:8,9,11,13,16,19
306:10 335:6 340:9
353:23 354:19 363:16
383:1 400:17 403:3

**involved**
277:21 279:21,24 280:6,
9 286:3,5,13,20 288:4,
10,19 300:21 301:7
340:10

**involvement**
364:22 365:12

**irrelevant**
285:21 286:15 287:25
289:5 301:3,11 340:16

**is**
239:4,6,7,9,14,22 240:2
242:6,8,10 243:21 244:2,
11,23 245:3,7,16,22
246:20 251:11,13,22
252:11 258:20 259:16,23
260:22 261:1,2 262:10
263:5,8,14,17 264:1,5,9,
25 265:4,8 266:12,22
267:18 268:8 272:11
273:17 278:16,18 279:11
280:15 282:5 284:1,4
286:12 287:24 289:17,
20,23 290:9,15,22 291:5,
21 292:12,23 293:8

294:18,23 295:8,12,15
297:5,14,23 298:8,12
300:3,11,19 302:6
307:23 308:23 309:8,13
310:9,12 311:5,10 312:4,
9,14,22,25 315:24 316:3,
6 318:4,10,16 319:1,10,
13,16,23 320:6 321:11
322:12 323:24 324:3,8,
15,17,22 325:9,16,23
326:6 328:9 330:7,21,24
331:8,24 332:2,22 334:6,
20,22 335:3,13 336:2
337:15,19,20 340:21
342:13,17 343:1,3,8,10,
16,24 344:3,4,13,19,22
345:1 346:6 347:22
349:13,19 353:18 354:1,
18 355:24 357:7 360:6
362:18,21 363:5,15
364:4,13,16 369:10
370:2 373:20 375:7
376:2 387:4,11 388:21
389:2 391:19 392:2
393:22 394:6,18,24
395:5,25 396:3,5,14
397:5,6 400:1 401:6,16
402:12,14 403:8 405:23
406:14 407:16 408:1,7
409:5,8 410:1 411:18,23
412:8,16 413:9,11,21
414:2,8,17,21 415:10,14,
18,19 416:24

**isn't**
409:21

**issue**
360:7 363:16

**issues**
305:13 391:18 411:18

**it**
242:2,6,8 243:8 244:19
245:7,9,11,19 246:20
248:9,19 249:17,18
250:2 253:1,2,4,6,14,15,
18,20,22 254:8,12,17
255:14 256:6,8 261:22,
24 262:2,24 263:10,13,
14,17 264:9,25 265:3,4
268:17 270:25 271:14
273:5,20 275:24 276:15
281:22 282:18 284:23
285:11,21 286:12
287:18,25 288:1 290:25
291:3 292:18,19,20,23
293:5 295:3 296:4,6,8,9,
21 297:10,13,18 298:2,4,
12,14,18,23,24 299:2,8,
9,10 300:8,16,19 301:3,
4,11,12 303:2,4 304:7,9,
16 305:11 306:5,9
307:21,22 308:20,25
309:1,24 310:14 313:1,3,
5,8,9,11,16,25 314:2,3,
10,13,18 315:10,15,20
316:10,11,12,14,15
317:9,10,18,22,23 318:6
319:3,8 320:12,21
324:14 328:3,5,10
329:22 330:7,10,17
331:11,16,17,19,22
332:4 333:6,25 335:6,8,9
336:12 337:19,20
339:13,16 340:6,16,17
341:6,9 342:2,14,16
343:16 344:10 346:18
347:17 348:3,6,9 351:19
352:5,21 353:4,12,22
354:11 355:7,18 356:11,
17 357:17,21 358:20
359:6 360:5,16,18,19,20
362:24 363:1,2,6 365:1

367:1 369:10 370:2,23
371:11 372:16 374:6,19,
23 375:7 377:14 378:11
380:3,4,13,14 383:6,11,
13,18 385:2,4,10 387:8
389:2 390:5 391:13,14
392:10 394:3,6,7,12,17,
24,25 395:2,7,19 396:5
397:17 398:8,12,13,20
399:21 400:10,24 401:6
402:23 405:23 409:24
410:11 411:4,10 414:10,
17,19 415:4,5

**it's**
240:14 243:19 245:3,8
249:13 253:13 256:23
263:12,18 264:3,7,12,15,
17,24 280:18 281:23
290:5 307:14 332:3
336:17 339:17 341:2,5,6,
8,12 344:18 347:25
359:22 369:18 370:5
371:19 373:14 374:16
375:8,9 383:19 391:8
392:4 394:5,9 395:1,6
398:19 399:20 405:9
407:6 415:8

**items**
389:22

---

**J**

---

**jacket**
257:6,7,10,12

**jacks**
398:4,10

**Jackson**
358:25

**jail**

289:2 308:5,6,8 309:14,
15 327:20 328:3 333:23
334:7,13 351:4,7,10,11,
13,17,21,23 352:2,10
356:19 358:2 373:16
374:22 377:16 379:8,18,
20 380:7,8,17 381:1
382:16 383:16,19,23
384:1,4,16,19,22 385:7,
8,9,14,18 386:3 388:1,
16,20,22 390:13,21,24
392:1,25 394:16,17,22
395:20 397:9,15,22
398:9 402:22 403:18
409:17,20

**job**
357:21 358:3 359:7,9
375:5,7,8 378:17

**jobs**
358:21 359:12 376:21
377:12,22

**joint**
363:3

**joke**
402:4

**joking**
272:23 402:3

**judge**
352:18 355:15 370:5

**July**
387:5

**jumped**
324:14 325:19,20 326:2

**jumping**
324:13 398:4,10

**June**
376:5,12,18,22 377:5,19

378:17 387:5,14 388:21
389:2 410:10

**just**
241:3 242:1 244:19,20
246:1 247:11,19 249:6,7
251:2,9 253:4,13,15
256:23 263:16 264:4
266:13 269:3,14 271:25
272:17,23 273:1 276:2
277:15,21,25 278:5,23
279:7,24 280:5,7 285:18
287:19,25 288:6 289:11,
14 291:2 294:3 295:22
297:12 301:15 302:8
305:4,15 311:8 313:3
315:10,15,19 316:22
317:22 320:10 322:3,15
324:11,25 326:4 328:3
329:14,22,25 330:18
333:7 334:6 336:5,6
339:5,8,19 340:3,8
341:6,11,24 343:18,19,
21 347:19 348:10
351:19,25 352:4,21
357:5 358:8 360:16
362:6,20 363:2 365:14
366:1 368:12 369:9
370:19 371:9,11 372:2,5,
21 373:16 375:17 383:3,
12 384:25 385:7 386:23
387:25 390:11 392:6,7,
13 395:2,17 396:21
397:11,18 399:12 401:11
405:10 406:1,9 408:9
409:11 411:18 414:10

**K**

**keep**
245:23 305:3 324:16
328:23,25 341:24 343:25

359:2 364:6 388:8 394:7

**keeping**
362:6

**kept**
241:23 294:12 302:18,19
307:18,19,21 316:12,15,
22 322:18 328:22 351:14
367:4 377:7 380:9 413:6,
19

**ketoacidosis**
396:5,8,18,23

**kids**
247:7 266:9,10,14,15
302:2,7,14 308:5 309:16
320:11 344:1 351:25
352:1,3,7,10,21 353:12
362:5,7 365:7,14,16,17,
25 366:19 368:25 369:16
372:6,13,15,16,19,24
373:7 374:23 383:21
385:22 404:8

**killed**
328:7,12

**killers**
241:8,9

**Kim**
247:12 248:21 249:15,24
250:12 251:6 252:14,16
255:1,5,8,23 256:4,12,15
258:25 259:4,18,21
260:6 261:5,17 262:6,20
266:5 268:6 270:14
273:1,4,12 277:4,7,12
281:24 282:14 283:2,9,
13,18 284:14,18 285:12,
23 288:10,20,21 292:6
293:7 294:11 295:25
297:2 306:24 310:19,25
311:19 316:19,20 317:4,

8,15 318:23 319:5,25
321:4,15 322:1,6,22
323:1,16 324:12 326:7,
17,20,25 327:2,4,8
330:8,15,22 332:12
335:8 336:18,25 337:1,
21 340:1 346:24 347:4,7,
14,22 350:4,12 408:21
410:11 413:4,12 414:2,
23 415:2,23

**kind**
276:7 360:24

**knees**
393:23

**knew**
285:22 286:1 291:11
292:1,5,8 300:10 302:3
311:15,17 313:3 319:25
328:2 354:11 355:12
389:12

**knock**
274:3

**knocked**
274:1

**know**
242:9 243:25 244:6
248:7,9 250:13,19,21,23,
25 251:9,12,19,23,24
252:13 253:8,13,15
255:12 257:9 258:18
260:10 262:3,17 263:12,
24 267:25 271:2 273:25
274:15 275:24 279:7
285:17,20 286:24 287:1,
4,21 288:2,8,13,24,25
289:1,7 294:2 295:4
298:1,3,12 299:7,9,12,23
300:5,11 301:2 306:9
309:19 311:10,22 312:18

@©  AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

313:7 314:15,16,20
315:3,10,11 317:17,18
328:10 329:7,21 330:1
331:17 333:18,24 334:7,
18 335:24 339:15,16
340:9 341:21,25 344:7
347:20 349:3 355:11
357:4 358:20 362:19
369:13 370:4,14 374:25
379:22 380:4 384:25
385:1,4,23 386:11
387:25 388:13 391:14
392:15,18 393:15 394:5
395:6,7,18,20 397:10
398:6 399:11,12 402:13,
17 403:5 407:13,20,22
408:3 415:25

**knowledge**
297:3 321:14 352:18

**known**
306:11 370:20

**Konni**
240:2 416:19

**L**

**label**
239:9

**Ladies**
239:4

**Lake**
340:25 371:18,20

**land**
326:25

**landed**
327:4,10

**laptop**
336:13,19,21,25 337:10,

15,25 338:3,7 339:3
341:4

**Laramie**
259:23 260:1,7,11 261:3,
17

**large**
344:21

**larger**
330:10

**last**
241:1,13 243:8 245:13
246:22 261:2 267:24
268:3 270:22 360:6,9,20
361:10,15 388:11 393:4
396:9,11 402:14 407:16,
18 408:1,5,7 411:12

**late**
353:7,8 354:8

**later**
315:5 322:4 353:1

**Latrobe**
260:15,16 261:1,10,13,
25 262:7

**laughed**
272:17

**laughing**
272:1

**lawyer**
346:10,19

**learn**
371:2

**learned**
289:3 371:7

**learning**
306:24

**least**
375:13 390:6 397:23

**leave**
262:19 321:3,6 337:10,
20 339:3 345:3,4

**leaving**
328:17 356:4

**Leclaire**
262:16,17

**led**
394:20

**left**
253:6 262:25 302:18
321:12 325:13 331:12
336:16,18 337:25 338:3,
8 339:1 344:25

**leg**
331:12,13,24 332:7
358:13

**legal**
239:5 240:3 286:8

**legs**
241:10 245:21 331:14
359:14,20 392:7

**Leslie**
242:5

**let**
245:2 274:8,10,13,15
275:11 302:8 308:25
311:16 333:3 358:1,9
398:20 409:2,24

**Let's**
345:25 364:9

**letters**
358:7

**levels**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.
TABATHA WASHINGTON - VOL. 3, 10/12/2021
453
Index: library..low

381:22 382:15,19,22
383:6,10

**library**
369:9

**lie**
279:17 287:4,18 307:20
313:3 336:9,12 341:23
386:5,8

**lied**
287:9,16 292:23 293:1,6

**life**
363:10 364:19 392:17
402:10

**light**
249:20,22

**light-skinned**
299:15

**lighter**
335:8,10

**lighting**
249:16

**like**
241:22 244:19 245:22
246:20 250:17 251:3
252:11 272:7 278:12
282:16 287:6,8 296:6
299:18,23 301:3 307:14
314:7 316:11 317:9
324:14 328:3,4 331:5,7
341:5,7 343:13 344:21
351:20,25 360:10,24
361:8 363:25 365:24
366:17 372:4 380:20
383:1,18 385:22 387:25
390:10 392:3,4 394:5
395:1 397:7,10 407:4,9

**lip**

252:17 253:1,7,21,23
254:17,21,22 255:3,9,13,
24 256:1 258:14 259:5,9
313:14 323:20 325:2,14
326:10

**liquor**
264:9 265:1,13 269:5
337:5 338:8,10,13,23

**list**
246:11

**listening**
281:21

**Literally**
264:17

**little**
263:11 330:5 335:10
353:1 410:12

**live**
266:24 267:1,2 340:24
368:4

**lived**
252:2 264:16

**lives**
339:9,12,15 407:20

**living**
272:10 273:22 337:6

**located**
239:6 343:1

**locations**
239:18

**lockdown**
398:8

**Lockwood**
260:13,16,22 261:6

**Logan**
365:5

**long**
241:17 265:16 268:5,18
269:8,23 270:1,19,23,25
313:5 339:7,16 341:5,6,
7,9,20,25 348:1 351:7
356:9,13,15 366:2
370:20 371:22 373:4
380:14 383:12

**longer**
258:9 353:12 394:3
396:2 405:24

**longest**
403:16

**look**
383:20 406:2

**looking**
260:18 325:4 331:23
349:12

**looks**
341:7 344:21 397:7

**loosen**
276:8

**Lord**
362:11

**Lorel**
263:17 264:22

**Loretto**
361:18 396:1

**lost**
357:6 362:15 363:5,11,
14

**lot**
362:5,18 400:8

**Lotus**
264:10,12,22 265:1

**low**

306:9

**lying**
314:7,10,22 342:13,17
343:6,16,23 344:19

---

### M

**ma'am**
264:14 270:18 271:16
326:15 329:10 352:14
354:14 356:3 367:21
376:3 377:18

**made**
242:1 266:13 343:19,20

**Madison**
262:16 263:5,17 264:1,4,
8,10,13,17,20 265:2

**maintain**
362:22

**maintenance**
388:14,18 389:4,13

**make**
267:9 302:1,4 325:5
363:7,8 368:11 383:18
389:11 405:5

**making**
280:8

**man**
294:1 299:15 323:5
335:22

**managed**
395:11

**management**
243:18,21 244:7,11
368:23 370:3,8,12,21
371:3,8 374:16 392:2

**mandated**
369:14

**many**
244:1 252:22 263:14
284:10 318:13 319:3,20,
24 320:1 321:25 322:16
357:1 369:6 370:12
373:22 375:11 382:9
385:2 399:6 406:7
408:25 412:11

**map**
260:18 263:3,4 340:19

**March**
354:24 370:25 371:1
377:4

**mark**
249:9 289:22 353:13
386:24

**marked**
249:10 290:7 332:2
334:20 353:15 358:12
387:1

**marker**
332:3,7 349:13,19,24

**markers**
349:8

**Marquee**
401:23 402:2,8

**married**
401:24 402:2,7

**marrying**
402:5

**Mart**
264:8

**matter**
239:11

**may**
244:22 247:13 250:8
266:19 271:18 321:12,19
361:19 364:19,23
375:20,22 378:20 395:11
410:10

**maybe**
245:5 263:1 269:11
274:1 338:20,21 344:17
352:3 370:5 399:2

**Mcdonald's**
246:24 247:6,8 303:23
304:5 306:19

**me**
241:3,4,22 242:1 244:8,
9,19 245:2 247:25 248:1,
10 250:16 251:1,4,5,6,
10,17,21 252:18,21
256:20 262:11 266:15
268:9,15 276:6,10 278:1,
7,16 282:12,18,22,23
283:3 284:9,15,22
285:20 286:16 298:7
299:4 302:4,5,18 303:14
305:3,12,23 307:13,21
308:25 311:16 315:12
316:12 317:9 322:19
329:24 333:3 335:19
337:4 342:14 346:10,17
348:8 352:3 354:17
358:1,6,8,9,13 359:7,21
365:16,18 367:5 368:3
370:18,19 371:15 372:4,
17,22 373:9 374:23
377:12 378:5 379:23
380:15 381:14,16 382:4
386:23 388:4 391:8,15,
16 392:2 393:11 394:7
395:18,19 396:24 397:1,
2,6 398:3 399:3 400:10,

@©  AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

20 401:10,11 402:6
406:1,11 409:1,2,24
413:6,19

**mean**
242:16 248:19 249:6
256:10 257:25 265:6
269:16 270:6 299:1
301:19 305:2 313:11
321:5,22 327:25 329:13
332:14 333:8 346:21
362:24 363:17 369:16
375:21 377:12 380:25
382:25 383:17 390:22
397:8 398:13 403:14
404:22 413:17

**meaning**
320:22

**means**
400:6

**measurement**
251:2

**meat**
380:20 389:15

**media**
239:9 290:5 408:23

**medical**
241:1 242:14,18,21
246:6 386:9 396:22
401:15

**medically**
379:7

**medication**
241:4 245:23 302:9
357:20 379:21 382:13
390:20,23 391:1,5 394:7
395:2 398:25 399:1,7,17,
19,21,22

**medications**
241:6 246:15 351:13,20

**medicine**
245:16 392:11

**meds**
359:21

**meeting**
323:11 369:9

**meetings**
368:25

**member**
399:16

**memory**
321:23

**mental**
378:23 383:16,23 384:1,
3 391:6,19,22 401:20

**mentally**
403:2,14

**mess**
400:8

**messed**
283:12 304:12,16

**met**
327:15

**metal**
285:2

**meter**
307:4

**MIA**
402:22

**might**
344:16

**milligrams**
245:3,8,17

**mind**
268:17 313:2,6,8 315:3

**mine**
266:11 278:19 406:15

**minimize**
394:8

**minivan**
296:4,6

**minor**
368:2

**minute**
318:20 335:11

**minutes**
263:1 265:12,17 289:14
335:25 338:21 339:8,13,
14 341:4,12,14,22 342:1,
24 406:1

**miss**
372:24 403:11,21 405:11

**missed**
323:22 326:1,17 370:18
403:20,24 404:3,19
405:17 406:7

**missing**
324:13 351:24

**misstates**
287:11 307:25 313:20
314:23 315:7,16 320:14
341:15 369:22 388:24

**mistake**
296:21,24

**mistaken**
255:10 330:5 331:13,17
391:3

**misunderstood**
289:9 342:18

**mom**
267:8,13,14,16,18
371:14

**mom's**
408:11

**moment**
364:4 368:19 370:10

**momma**
402:7

**Monday**
355:20

**money**
390:4,11,12,14 404:6,9,
10,14 409:24,25 410:6

**monitor**
397:9

**monitored**
369:6

**monitoring**
352:13,16,17,22 353:6,
24 354:1,21 355:6,12
356:15 357:3 358:15

**month**
371:5 377:10 390:6

**months**
351:8,10 352:12 356:19
358:2 365:1 368:25
376:16 377:10,16 388:22
397:16 399:3

**more**
241:4 243:16 298:6
362:19 363:25 365:8
375:15 380:6 385:17
394:4 400:21 406:1

**morning**
317:10 382:4 405:16
411:4

**most**
403:7

**mother**
403:11

**motion**
345:24 353:20,22 355:16

**motioning**
299:18 325:21

**motions**
353:18

**mouth**
307:14,15

**move**
263:10 357:18 378:8

**moved**
305:12

**movement**
352:19 354:12,17 355:8,
9,19,24 356:6,10 358:6,8
359:8 378:6 392:11
398:25 399:23

**moving**
263:9 340:20,23

**MR**
239:24 240:19 245:5
246:3,5 247:14,21
248:25 251:14 255:16
272:15 273:6 275:19
278:24 280:1,13,18,25
282:15 286:7 287:10,17
289:11,14 293:12 300:23
301:9,17 307:25 313:20
314:4,23 315:6,16
320:14,23 322:7 340:12
341:15 344:7 345:8,12,
18,21,25 347:8 350:6,17,
24 359:17 362:24 363:4,

13,24 364:6,10 369:22
372:9 388:24 389:5
405:23 407:5,10 409:11,
15 410:22 411:8 412:23
416:9,11,17

**Ms**
239:21 240:12,20,23,24
245:10 246:1,4,9,10
247:15,23 249:2,8,12
251:15 255:19 263:20
272:19 273:8 275:21
279:2 280:3,15,20,22
281:2 282:20 286:9
287:12,20 289:13,15,21
290:11,17,24 291:7,23
292:14 293:14 294:20,25
295:10,17 297:7,16,25
298:10 300:25 301:13,21
308:3 310:4,7,13 311:7
312:6,11,16,24 313:22
314:8,25 315:8,18 316:1,
5 318:12,18 319:12,18
320:8,16,25 322:9,14
324:5,10,19,24 325:11,
18,25 332:22 333:1,2
334:24 335:5,15 336:4
340:14 341:17 343:5
344:4,9,11 345:10,13,19,
22 346:2,7 347:10 350:7,
19 351:2 353:17 359:18
362:14 363:1,12,15,25
364:9,11,17 369:24
372:11 381:13,15,16,18,
19,20 387:3 389:1,7
405:25 406:3 407:7,11
409:2,9 410:20 411:6,13
413:1 416:7,10,15

**Mt**
392:21 393:9

**much**

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

250:22 251:13,22 252:10
262:24 263:1 272:4
278:12 282:16 301:12
358:20 359:21 366:17
374:6 392:17 397:19
398:15 400:23 405:24
412:15

**Murray**
239:22 381:15,18

**mute**
332:22,23

**my**
239:4 241:10 242:20,24
243:15,19,23 244:10
245:2,20,25 246:15,17
254:19 260:17 262:18
265:20 266:2 267:8,18
268:12,17 271:14 275:24
276:7 281:12 282:17
283:11 291:24 292:2,9
297:3 302:2,7,19 304:9,
12,17 305:4 306:8 307:4,
14 308:5 309:16 313:2,7
315:3 321:14,20,23
327:7 329:13 331:18
339:15,17 343:9 344:3,
24 345:2 346:10 351:14,
18,24 352:3,18,19,21
353:1,7,9,12 354:4 355:7
356:24 358:13 359:7,14,
20 360:19,23 365:2,7,14,
16 368:25 369:16 372:6,
13,16,24 374:23 377:14
380:13 383:2,20 385:22
386:17,23 388:19 392:7,
8,9,11,17 393:23,24
394:1,8,12 396:9 397:9,
12 399:12,15,19 400:5,8,
9,20,24 402:3 405:8
406:17,18,19,20 408:11

**myself**
248:1 413:25

**N**

**name**
239:4 241:7 244:1,6
262:17 263:22,24 265:23
267:17,19,24 268:1,3,9,
15 285:18 286:24 287:2,
5,22 288:1,3,5,8,14,25
289:1,3,5,7 299:23
300:3,11 317:14 361:14,
15 362:13 380:3 394:2
399:11 401:7,16

**names**
266:15 268:14 401:6

**narrative**
275:20

**near**
260:19 405:25

**necessarily**
305:1,2

**need**
310:4 325:5 339:20
345:23 364:5,7 369:2,10
397:10 406:2 416:19

**needed**
293:15 344:6 352:20
356:11 371:7 382:23
383:5,10 388:17 399:18,
21,22 406:6

**neglected**
369:17,20

**neglecting**
365:7 366:7

**neighbor**
248:5,15

**neighborhood**
285:12,16 286:23 288:4
292:16

**Neither**
416:9,17

**nerve**
241:10 359:15 392:8
393:20,22,25 394:11,20
395:4,5,12,15

**nervous**
332:14 333:8

**Neuropathy**
359:17,19

**never**
260:4 266:6 268:15,22
271:2 273:14 280:5
308:6 309:18 313:14
317:7 327:20 328:2
333:23 334:6 365:16,17
370:4 372:17 388:1
391:21 392:16 396:6
403:2,3

**new**
240:25 241:19 242:14,17
244:8 357:21 371:10
396:14

**next**
260:25 269:6 332:4,6
349:23 415:13

**nice**
301:20

**niece**
266:2 343:9,10 344:3,12,
13 345:2 406:17,19,20

**night**
252:4 342:19 344:22,23
388:5,9 405:15,16


AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**nightmares**
384:21 385:1,6,9,12,16, 19,22 392:16

**no**
241:21,24 242:1,20 243:15 244:8,18,23 246:13 247:7 248:3 249:6,19 250:4,7 255:7 256:14,22 257:8,11,20 258:3,19 259:12 260:2,4, 12 261:19 262:5,21 264:1,17 265:3 269:1,4 271:6,21 272:23 273:3, 10,15 274:20,23 276:18 277:23 279:16,19,22 280:10 281:4,7,10,13 282:1,4,6,8,11,16 283:3, 10,19,23 284:2,6,22 285:9 286:25 287:23 289:25 290:3 291:14 293:11,18 296:15 297:3, 11 298:3,21,23 299:2,6 300:13,18 303:10,14 304:4,22 305:16,20 308:18,22 309:3,12,21 310:21 311:2,24 313:13, 18 314:2 316:22 317:9, 12 319:21 321:17 323:4, 7,13,25 327:5,11,20 330:12,21 331:4 334:13 335:2 336:11,16,20 338:9 339:5 340:7 341:19,24 342:3,7,10,22, 23 345:2 346:13,15 347:24 348:4 349:18 350:9,14,25 351:14 352:18 356:23 361:22 362:18 364:21 365:3 367:11,14,21,25 370:17 372:21 373:2,3,11,20,21 374:10 377:21 378:3,18,

21,24 379:2,4,7,19 380:5,25 381:1,23 382:8, 14 383:12 384:5,17,20 386:4 390:12,19 391:18 392:6 393:18 394:3,4 395:9,14 396:2 398:23 400:13,14,20 401:11,22, 25 402:11 403:5 404:5, 10,16 405:19,22 406:23 407:3 408:6,19,22 410:8 412:7 415:8 416:21

**nobody**
298:23,25 299:2,8 313:14 358:13 374:22 404:10

**none**
273:5 287:7 394:23

**Nope**
384:14 407:21,23,25 408:13,15

**normal**
363:10

**north**
362:12

**not**
244:22 246:17 247:11 251:1 253:12 254:1 255:7,10 264:24 265:3, 17 269:10,16 280:9,17, 20 285:18 297:3 299:10 302:22 303:10 305:1,2,4 311:24 321:10,14,20,22 325:4 327:7 330:4 331:13,17 332:22,23 340:4 341:5,6,8 344:16 345:6,12,20 346:8,16,17 352:4 353:25 354:7,20 356:23 357:6,18 359:4, 12,14 360:8 362:4,15,18

363:4,14 366:8,23 367:9 368:19,20 369:5,17 370:9 371:1 373:7 378:4, 16 383:11,17 384:2,14 386:1,18 387:24 389:12, 14 391:3,7 393:7 394:12, 15,19 395:1 399:20 400:2,3,13,15 401:7,16 402:16 409:9 411:10 414:5,6,20 416:16

**nothing**
240:9 247:5 248:20 273:10 278:4 280:6 287:7 293:4 306:5,8,15 340:17 358:11,15 363:22 382:4 391:15 392:6,7 394:6 395:1

**November**
378:9 395:11

**now**
239:7 244:20 245:19 251:1 267:10 308:19 315:13 317:21 322:3 334:19 343:14 351:19 362:20 364:1 374:24 375:1 377:2 383:3,4 392:3,4 395:12 399:25 403:4 405:23 407:20

**number**
239:10,13 267:4,12,17 302:5,11 328:21 329:3 332:4,7 349:13,19,24 407:22

**nurse**
382:17,22 383:4

**nurses**
380:14

**nursing**
358:23,24 362:13 375:6



@©  AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

376:2

**nutrition**
367:6

---

## O

**oatmeal**
388:1,2

**Object**
410:20 411:6

**objection**
247:14,21 248:25 251:14
255:16 272:15 273:6
275:19 278:24 280:1,13,
25 282:15 286:7 287:10
293:12 300:23 301:9,17
307:25 313:20 314:4,23
315:6,16 320:14,23
322:7 340:12 341:15
345:8 347:8 350:6,17,24
369:22 372:9 388:24
389:5 407:5

**objections**
287:17 320:24 407:10

**observe**
369:1,3,11

**obviously**
246:6 364:1

**occasion**
353:3

**occasions**
328:21

**occurred**
323:24 337:4 346:20

**October**
239:7 360:10 377:16,19
378:17

**of**
239:9,10,11,12,24 240:8
241:7 242:2,10 243:1,19
244:1,6 245:2,23 246:11,
15,24 247:11 252:2
253:7,14 254:5 260:23
262:17,18,22 263:7,22,
24 264:12 265:8,13
266:1,15,25 267:17,19
268:14 271:20 272:13
273:5,13 274:18 276:7
278:5,6,8 280:8 285:19
286:20 287:7 289:5
290:1 293:7 294:6
299:23 301:12 302:8
305:3 308:4 323:9
325:13 327:16 328:19,21
329:3 330:10 331:14,18,
24 332:7 334:11 335:23
339:25 340:17 341:7,25
342:5 348:2 352:15,23
353:24 354:4,9,25 355:1,
5,17,18,21 357:2,7
360:13,24 361:17 362:5,
13,18 363:2,13,23 364:8
365:2 367:22 368:1,5,6,
7,14,17 370:4,6,10,22,25
371:3,6,13 374:8,11,15,
19 376:5,12,18,19,22
377:4,5,6,16,19,20
378:9,17,20 380:3,8,18,
21 384:10,14 385:19
386:1,17 387:12 389:14,
24 392:9,16 393:16,24
394:2,23 395:11,12,25
396:23 397:6,8,14,16
398:3,13 399:11 400:8
401:7,8,15,16 402:19,24
403:16,21 405:7 406:6,
15,18 410:10 411:14
412:8,19 414:14,19
416:23

**off**
243:19 256:16,20,21,23
257:7,10 258:2,3,4,8
260:6 262:17 263:19
289:16 298:20,24 299:3,
8,10 310:8 338:9 345:25
346:2,4 364:12 380:19
400:9 404:23 405:14
406:11 409:4 416:24

**offer**
303:11 304:20

**offered**
303:8

**officer**
303:14,15 411:22

**often**
267:7 352:1 369:2 380:6
384:24 390:2,5 398:18,
24

**oh**
245:20 314:10 332:1
362:11

**ointment**
245:20

**okay**
245:15,18 246:3,5,9
252:5,10 258:17,22
260:22 261:5,15 262:2
264:12,25 265:4,7,11
267:13,16,19 275:5,6
278:20 279:3,5 284:17
289:10,15,22 290:21
295:7,14,25 297:22
300:12 302:13 304:1
312:21 315:22 318:3
321:25 331:7 332:6,10
333:1,13 340:18 341:1
342:3 343:23 344:9
345:25 346:8 349:18

Case: 1:20-cv-00442 Document #: 105-12 Filed: 01/28/22 Page 226 of 254 PageID #:1501

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    460
TABATHA WASHINGTON - VOL. 3, 10/12/2021
                                          Index: old..other

353:13 354:15 355:13
356:13 357:1,5 359:11
363:12,23,24 364:10
366:21 377:19 378:11
384:12 389:11 393:13
395:9 397:4 399:20
409:2,11 412:22 414:1

**old**
266:12,20 343:12
344:15,18 367:17 368:13
373:15 402:5

**older**
367:12,19 368:1,6,7

**on**
239:24 240:13 241:4,6
245:1,2,24 246:18,19,24
247:12 249:22 250:8,18
252:17,19,24 253:6,9,13,
16 254:2,21,22 255:3
256:6,8,24 257:2,6
258:22 259:4,5 261:1,2,
6,15,18 262:7 263:5,8,17
264:12 265:1 266:19
267:12 271:3,18 274:4
283:16 285:2 289:20
290:5 294:6,16,17,22
296:10 297:4 302:2,7,14
305:4,15 310:12 317:15
318:20 319:21 320:5,20
321:13,18 323:4 324:1,6,
20 325:1 326:25 327:4,
10,13 328:20 331:10
332:22,23 340:5,25
342:2 346:6 351:19
352:12,16 353:2,3,4,22
354:6,18,24 355:18
357:5 358:12 359:21
361:19 362:19,25 363:10
364:3,15,18,23 374:22
375:11,20,22 382:23

385:24 387:14 388:8
389:2,21 398:8 400:4
408:23 409:1,8 411:25
412:1 415:8,13,16
416:20

**once**
252:23 259:15 284:15
313:16 317:7 322:3
323:19,25 339:5 347:20,
22 371:10 390:6,9,11
402:21

**one**
239:10 243:15 245:2
253:4,20,22 263:16
264:15,18,20,23 267:5
271:20 272:8 285:2,4
293:11 298:5 307:24
308:9,13 309:24 310:16,
20,25 313:10 316:14
318:20,23,24 319:4,6,21
320:2 322:21 326:25
327:3,9 328:2 330:10
331:14 332:23 337:19,20
344:15,18,19 348:3
349:8,13 353:3 354:4,9
360:9,20 365:2 366:5
367:22 376:16 377:10
401:2 402:19 403:6
405:7,10,13 406:9 413:4
414:19 415:1,18,23

**one-year-old**
343:16,24 344:13

**online**
377:23

**only**
259:14 286:16,18,19
317:22 318:19 319:20
332:23 334:3 339:14
351:12 381:6 390:10
410:11

**onto**
259:25

**open**
274:6,17,21 275:16
365:19

**opposite**
262:9 263:12

**option**
381:2,5

**or**
241:18 243:20 248:5,15
250:14 251:7 253:6
255:1,14 259:10 268:11
269:10 270:13 273:16,17
288:20,22 289:14 292:6
296:7 306:9 317:5 321:7
328:10 331:19 335:8
337:21 338:21 339:11
342:1 344:19,23 356:12,
14 360:3 365:16 367:23
371:5 374:17 376:18
377:13 380:13 395:12
403:6,21 404:10 405:14
406:11 414:22

**order**
370:21 371:12 378:8,12
389:19 399:7 416:15

**ordering**
416:13

**other**
244:16 246:6 249:5
257:4 264:8 268:14
276:3,4 281:19 288:19
291:1 293:1,3 294:6
299:1,2 300:2 301:5
302:16 306:6,13 307:2
308:12,16 309:10,20
326:20 327:3,9 328:15
329:5 334:9,14 344:1

351:22 356:19,23 359:11 365:6,12,25 366:19 367:2,8 372:23 377:9 378:15 379:24 380:1 382:6 384:12 385:17 389:11 395:3 403:8,9,13 404:3,17,19 408:9,16 410:4 413:15 415:21 416:4,7

**Otherwise**
356:18

**our**
272:17 411:17

**out**
241:21 242:3,10 266:7, 25 268:22 269:15,17 286:2 293:18 312:19 337:7 338:16 356:24 359:14 361:17 367:6 380:8 382:5 392:9 395:25 396:19 397:6,8, 16 399:12 401:14 402:21 403:15

**out-of-pocket**
404:12

**outside**
247:17 249:7,16 275:3 276:6 290:19 335:9 414:14

**over**
248:19 258:24 261:6,12, 22,24 262:7 265:13 266:1,2 296:10 306:2,24 310:19,23,25 316:7 317:3,5 318:5 319:2,14 320:1 351:25 356:17,22 361:24 365:4,7 366:1 373:7 413:6,20

**overnight**
405:15

**own**
271:13 283:25 346:9 403:21 405:8

---

**P**

---

**P-A-N-C-R-E-A**
245:12,14

**p.m.**
239:8 289:17,20 310:9, 12 346:6 355:20,25 364:13,16 409:5,8 416:24,25

**pack**
386:23

**package**
380:21

**packaged**
389:16

**packages**
389:16

**page**
353:19 355:18

**pages**
408:25

**pain**
241:8,9 243:18,21 244:6, 11 245:20 359:21 394:7, 8

**painkiller**
245:1

**pains**
241:11 396:19

**Pancrea**

245:9

**pancreatitis**
359:25 360:7

**paper**
242:24

**paperwork**
243:2,7 355:14 370:19

**parenting**
352:19 353:9 354:9 355:22 356:2,24 368:24 369:1,3,11 406:13

**parole**
356:14

**part**
245:13 295:6 319:7 331:18 333:12 357:6 362:18 384:10 406:10

**parties**
240:13,16

**passed**
272:4 309:19 328:13

**past**
374:12,14

**pasta**
361:1,2

**patient**
387:12

**Patrick**
323:10

**pay**
257:8 357:20 404:11

**paying**
258:23 294:2

**PCC**
371:18,19,20 401:2,17

**people**
  268:14 358:14 359:6
  374:24 412:5

**people's**
  344:1

**per**
  363:8

**period**
  252:2

**permanently**
  361:11

**permission**
  275:11,16

**permitted**
  356:6

**person**
  286:5 288:3,9,19 291:13
  293:7 314:10 317:14,15
  343:6,23 344:18,22
  383:18 389:16 405:10
  406:10

**personal**
  372:22,23

**personally**
  298:17 404:11

**phone**
  302:4,10

**photograph**
  348:2

**physically**
  247:20 248:23 362:4

**pick**
  256:12 298:13 345:13
  398:25 399:17

**picked**
  330:3,14

**piece**
  331:10,23

**pills**
  379:24 380:1 392:6

**pipe**
  297:9,18

**place**
  266:5,17 268:6 273:1
  357:19 359:3 366:1
  385:7 405:6,8

**plaintiffs**
  239:25

**play**
  290:4 294:16,22 297:4,
  22 298:6 311:4 312:2,12
  315:22 318:8 324:1,6,20
  329:20 335:11 342:24,25

**played**
  290:10,16,23 291:6,22
  292:13 294:19,24 295:9,
  16 297:6,15,24 298:9
  311:6 312:5,10,15,23
  315:25 316:4 318:11,17
  319:11,17 320:7 322:13
  324:4,9,18,23 325:10,17,
  24 334:23 335:4,14
  336:3 343:4 349:15,21
  350:1

**player**
  290:6

**playing**
  324:16 329:14,15,18,22
  330:1,2,6,13,18,25
  335:25 349:10

**please**
  239:19 240:3,24 310:6
  328:23 381:17

**point**
  255:5,8 257:9 258:11,15
  261:20 270:4,8 285:22
  291:11 311:16,17 321:11
  323:6 337:3,9 394:14
  400:24 402:19

**pointing**
  336:6

**pole**
  252:25 253:22 258:1,5
  259:10,11 269:3 284:18,
  21 285:2,7 293:21 297:1
  298:13,17,20 299:7
  307:24 308:10,14,21
  309:2,23 310:2,16,20
  311:1,9,13,19,25 313:12,
  19 321:16,18 322:2,16,
  23 323:1,15,19,20,22
  326:7 329:11,15,19
  330:3,4,14,21,24 331:3
  332:6,12 333:6,15 337:1
  347:3,7,14,17 348:3,5,10
  349:14,19,23,24 350:3,
  12 410:12 413:4,13

**poles**
  330:10 348:13,17,22
  349:8,9

**police**
  248:2,4,12,14,16,18,20,
  23 269:9,23 270:1,19,23
  272:6,9,22 273:13,21,24
  274:2,8,10,13,15,19,22,
  24 275:7,9,12,17,25
  276:4,13,16,17,19,22,23
  277:1,14,20 278:2,23
  279:9,12,15,17,20,23
  280:11,23 282:2,13,24
  283:2,8,13,16,17 284:7,
  10,13,17 285:10,22
  286:14,19,22 287:9,16

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

288:13,18 293:6 303:3,6,
7,16 305:7 314:6 323:15,
19 328:9,11 330:11
336:19 337:24 338:19,20
339:24 340:4 345:1
348:12,16,21 349:4
357:24 358:10,15 410:9
411:14,22 413:2 414:1,9

**portion**
278:6 331:24

**portions**
290:1

**possess**
284:5

**possession**
242:23

**possibility**
281:23

**possible**
400:23

**post-traumatic**
379:5

**posted**
408:23

**pounding**
411:25

**precise**
251:2

**prefer**
363:1

**premature**
365:14 366:13,14

**prescribed**
390:20,23 391:2,4

**prescription**
392:13

**present**
239:22

**press**
297:22 298:6 312:2
315:22 318:8

**pressing**
290:4 294:16,22 297:4
311:4 312:12 324:1,6,20
335:11 342:24,25

**Prestige**
264:9 265:1

**pretend**
299:23

**pretty**
251:25 256:11 344:21
374:6

**previously**
240:7

**prior**
280:11 308:1 341:16
361:19,23 364:23 366:7
369:23 386:20 391:17
394:16 396:17

**privilege**
345:9,10,14,15,16

**probably**
293:17 341:11 342:18
343:19 376:20

**problems**
351:21 395:21

**proceeding**
416:25

**processing**
374:12 384:10

**produce**
246:2,7

**professional**
396:22

**program**
406:12,13

**programs**
368:21,22 406:5

**pronounce**
245:9 359:16

**proper**
351:18 379:13,15

**properly**
351:19

**protect**
281:8 385:23

**provide**
267:10 401:7

**provider**
401:15

**providers**
401:7

**psychiatric**
384:15

**psychiatrist**
384:6,8,13

**public**
353:21 355:17 408:17

**punches**
326:25 327:3,9

**purpose**
280:8 339:25

**purposes**
354:13 355:21 378:9

**put**
241:4,6 262:22,24 263:2
265:11 270:4,5,11,13

271:12 272:5 282:18
284:9 287:25 297:9,17
307:14,15 351:15 352:12
359:21 394:21

**putting**
262:21 271:23 320:11

**Q**

**question**
254:19 280:17,21 283:11
289:9 290:13 299:5,22
311:21 313:1,24 316:7
318:3,4 319:2,14 327:7
333:3 357:13 368:16
384:2 402:16 413:15,22,
23,24

**questioning**
239:20

**questions**
307:13 322:19 409:10
413:21 414:13 416:8

**quick**
289:12 315:3,4

**quite**
253:12 414:5,6

**R**

**R-E-L-L**
267:23

**ran**
363:16 394:25

**rather**
247:12,20 404:25

**re**
243:25

**re-ask**
413:17

**reach**
260:8,11,13,15 261:17
267:6 302:11

**read**
342:8

**ready**
269:15,19 403:12

**real**
241:10 289:1,3 359:15
396:19

**realized**
259:14 307:20

**really**
244:18 267:12 275:23
291:1,3 293:2 305:20
327:5 340:4 341:8 348:9
358:20 369:17 370:9
393:12 396:24 397:19
403:5

**reason**
249:5 268:8 293:1
298:25 299:1,2 301:5
306:6,13 307:2 308:12,
17 309:7,10,13,20 334:3,
9,14 355:4 359:11
363:15 367:2 377:9
378:15 415:21

**rec**
397:25 398:17,18

**recall**
247:3 277:2,5,8,9,13
278:4 286:21 288:15
318:25 337:17 344:14
347:24 350:21 367:9
409:17 411:15

**receive**
252:16,19 379:21

**received**
242:14 383:22,25

**recently**
369:9

**recess**
289:18 310:10 364:14
409:6

**recognition**
321:20

**recognize**
323:5 411:21

**recollection**
321:22

**recommended**
400:18,20

**reconsider**
353:20 355:17

**record**
240:13 260:18 263:19
289:17,20 310:9,12
346:1,3,4,6 357:6 362:25
363:2 364:13,16 409:5,8,
9 416:20,24

**recording**
290:9,15,22 291:5,21
292:12 294:18,23 295:8,
15 297:5,14,23 298:8
311:5 312:4,9,14,22
315:24 316:3 318:10,16
319:10,16 320:6 322:12
324:3,8,17,22 325:9,16,
23 334:22 335:3,13
336:2 343:3

**records**
242:15,18,21 364:5,7

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**recovery**
363:22

**reduce**
353:19

**referring**
275:2 288:9 291:17
292:8

**Refusal**
387:9

**refuse**
381:21,24 382:9 387:22

**refused**
382:7,12

**refusing**
387:15 389:3

**regard**
346:24 373:6,12,17
389:12

**regarding**
282:14

**regardless**
339:18 344:17

**regards**
372:14 374:20

**regular**
305:5 387:16

**regularly**
361:10

**relate**
363:7

**relation**
280:8 294:5

**release**
352:24

**released**

358:1 377:15 392:1,25
401:1,21 402:22 403:18
407:1

**relevant**
246:8 286:6 289:8

**Rell**
267:18,21

**remember**
241:7 243:19 244:1
246:25 247:3,10 249:21,
23 253:8,15 254:7,11
255:4 256:3,7,9,14
257:14,17 259:3,20
268:7 269:25 270:10
272:3,17,20,24 275:15
278:7,14,21 279:7,8
281:16,19 282:25 283:6,
15,19 291:14,18 292:18
293:13,25 294:15 295:21
296:25 298:15,19,22
299:12,20,25 300:4,7,12,
17 302:22 303:7,18
314:12 315:2 317:1,12,
13,17,19 320:18 321:14,
21 322:8 323:11,17,23
326:21 329:7,9,25
332:16 333:10,11
343:13,18 344:16 347:5,
12,19,25 348:19 349:6
354:10 360:8 362:13
368:12 371:16 374:2,3
380:3 382:11 385:5
393:10,12,15 399:5
414:5,12,16,24 415:6,11,
15,20 416:3,6

**remotely**
240:8,15

**remove**
257:4

**Renaissance**
358:25 376:1

**repeat**
287:14 313:24 333:3
341:19 357:13 368:16

**repeated**
413:24

**repeatedly**
268:9 410:23 414:1

**rephrase**
250:1 311:16 409:24

**replay**
275:24

**report**
363:3 403:3

**reporter**
239:16 240:2,17 416:21

**reporting**
367:2 386:20

**represent**
239:5 300:8 323:8

**representing**
326:5

**required**
354:15

**reserve**
416:11

**resolution**
241:24

**respectful**
301:16

**respond**
311:12 316:10 318:5
320:2

**responded**

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

290:25 291:24 311:10 319:19

**response**
279:6 311:21,24

**responsive**
254:19

**rest**
262:22

**restroom**
328:24

**reverse**
394:6 395:2

**rewind**
295:7 297:13 298:5 316:2 319:8 325:7

**ride**
303:3,5,16 404:10

**ridiculous**
280:16

**right**
243:12 244:20 251:25 252:3,6 253:7,10 257:22 258:2 259:23 264:2,3,5, 17,24 267:9 268:20 270:21 282:21 283:23,25 284:5 285:8,24 286:6 288:14 290:4 291:20,24 292:6,7,10 293:8 294:16 295:2 297:13 298:5 301:16 302:25 303:20 306:16 307:7 308:21 309:5 310:2,3,16 311:13 312:2,19 313:2,19 315:13,15,20 316:14 317:16,25 318:25 319:8, 23 320:2,4 322:10 323:1, 2,3,8 324:1,6,16,20 325:1,13,14,20 326:7,10,

14,19 328:15 329:3 330:20 332:4,24 333:12 334:1,19 335:11,22 336:15 338:17,19 339:21 340:1,25 342:4,16 343:21 344:3,15,17 345:22 349:10,16,21 350:1 351:3,14 353:3 354:16 355:1 357:7 358:11,16 359:24 362:20 364:18 366:10 367:1,15 377:2 378:9,19 388:11, 14,22 391:19,22,23 394:13,15,19 395:13 396:6 398:10 399:25 402:10 403:25 405:25 407:14 409:17,21 410:1, 12,19 411:19,23 412:3, 17 415:2,5,7

**right-hand**
343:1

**roll**
296:10

**room**
240:17 252:5 269:21 271:13,15 272:10 273:22 284:9,11 302:19 305:15 306:10 307:7 314:17 315:11 323:6,12 326:5 327:13 328:17,25 337:6 414:10,14

**rough**
275:23,25 276:2,4

**run**
260:16 394:5

**Rush**
241:14 242:15,18,20 243:6,13 244:5,12,13,15 392:17,20 393:2,5

**S**

**S-M-E-B-E-C-K**
242:8

**S-M-E-B-E-C-K{SIC**
242:6

**said**
250:3 258:20 263:4 265:2 266:14 270:5 272:7 277:25 278:1,2,16, 17,18,20 279:14 280:5,6 281:19,20,22,24 282:16, 22,23 284:23,24 288:6,8, 24 289:7 291:1,2,8,15 292:2,9,15 295:4,11,18 298:3,7 299:6 300:11,15, 16 303:2,5,16 305:18 307:19 308:23 309:24 310:22 312:18,25 313:1, 14,18 314:2,5 315:15,20 316:6,16 317:7,17,22,23 318:19,24 319:1,2 320:12,19,20 322:15,16, 17 324:14,25 325:12,19 326:1 328:7,12,13 331:8, 21 333:7,14,25 334:15 335:18 336:20 337:14 340:3 341:22 343:18 344:25 347:6,23,24 353:4,5 365:6 366:5 369:16,19 372:18 377:18 390:10 391:8,24 392:5 394:12,25 395:10 397:4 401:11 403:11 405:21 410:14 413:19 414:15,22

**same**
240:15,17 260:16 268:3 271:5 287:17 314:4 320:23 322:19 330:5,7,

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

14 346:23 349:18,23
350:24 366:21 387:19
395:21 397:13 407:10
413:24

**sat**
405:14 411:12

**saw**
254:6,15,22 255:3 259:4,
19,22 260:8 294:3
318:19 319:20 322:1,5,
17 349:8 352:3 361:10
384:12 402:14 407:18
408:9

**say**
244:18 245:15 250:24
251:3,4 256:8 262:16
275:1 277:24 278:11,12,
13,15 279:3,5 281:5,8,
11,14,18 282:16 285:11
286:24 287:1,4,21
292:20 293:17 295:1,11,
22 298:1,11,23 299:9
300:3 301:20 307:21,23
308:20 309:1 310:1
314:2 316:12,13,18
317:10 319:4,20 320:21
328:8 332:15,20,21
333:8,16,17 334:5,6,16
335:16,21 340:8 341:11
351:8 359:1,22 362:4,12
363:20 368:8 370:14
371:5 372:14 375:8
383:17 390:11 391:17
394:14 395:17 407:4,8
410:15,19 412:11 413:16

**saying**
253:18 275:1 278:4
288:25 292:18 294:1,12
295:19 297:12 299:2,7,8
303:7 307:19 311:15

314:9 318:25 319:4,25
320:18 330:17 333:11
337:17,25 343:24 344:12
358:7 363:5 367:4 378:8,
12 401:13 414:17

**says**
300:10 318:4 319:3,13,
19 353:22 355:18 363:22
387:8

**scare**
322:19

**scared**
287:3 292:25 293:5
307:19 308:2,4,15,16
309:8,13,20 313:4 314:5
316:17 317:23,24 318:1
332:14 333:8 334:10,11,
13 410:16

**scheduled**
244:22

**scheduling**
403:21

**Schnidt**
239:21 240:12,20,23
245:10 246:1,4,9,10
247:15,23 249:2,8,12
251:15 255:19 263:20
272:19 273:8 275:21
279:2 280:3,15,20,22
281:2 282:20 286:9
287:12,20 289:13,15,21
290:11,17,24 291:7,23
292:14 293:14 294:20,25
295:10,17 297:7,16,25
298:10 300:25 301:13,21
308:3 310:4,7,13 311:7
312:6,11,16,24 313:22
314:8,25 315:8,18 316:1,
5 318:12,18 319:12,18

320:8,16,25 322:9,14
324:5,10,19,24 325:11,
18,25 332:22 333:1,2
334:24 335:5,15 336:4
340:14 341:17 343:5
344:4,9,11 345:10,13,19,
22 346:2,7 347:10 350:7,
19 351:2 353:17 359:18
362:14 363:1,12,15,25
364:9,11,17 369:24
372:11 381:13,16,19,20
387:3 389:1,7 405:25
406:3 407:7,11 409:2,9
410:20 411:6,13 413:1
416:7,10,15

**school**
269:15,16 340:20,21
341:10 368:9

**screaming**
247:25

**screen**
260:18 285:3

**second**
326:13 346:1 413:22

**seconds**
295:7 335:6,12 336:1
342:24

**secretary**
354:25

**Security**
355:1,10 356:5

**see**
243:23 244:24 252:24
253:25 254:2,10 255:5,8
256:12,21 257:4,7 258:3,
25 259:9,25 260:3,11,13,
15,19,22,25 261:3,5,9,
12,17 263:7,9,13,18,21,


@© AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

22 264:7 267:7 298:13
320:19 324:25 326:19,
22,24 327:2,8 332:1
343:6 344:20 352:1
355:7 365:24 366:9,19
378:20 380:6 384:3,6,8
386:2 387:5 399:18
401:10 404:7 411:19
415:17

**seeing**
244:10 249:24 250:3,5
403:17,24

**seek**
363:21

**seeking**
357:6 363:14

**seen**
242:12 243:12 289:24
290:1 334:25 342:5

**selling**
247:17 249:4,7 268:11

**send**
381:16

**Senior**
375:4,23 376:9

**sent**
351:15 380:9,11

**separate**
239:17

**September**
360:12,13 376:18,22
377:6 408:5

**served**
409:17

**service**
352:23

**Services**
387:9

**sessions**
371:23,24 372:15,20
373:4,22 374:16

**set**
244:9,17 385:10 397:2
400:9

**seven**
402:5

**share**
260:17

**she**
242:10 247:2,4,6,7
265:25 266:1,2,4,6,13,
22,24,25 267:1,2,5,7,8
268:17,19,21 269:21
271:10 284:2 302:3,19
343:19,20,21,25 344:15
346:17 348:2 349:1
350:22 352:8 363:5,8,22
368:2,4 391:8 394:25
396:1 402:6,7,8,10,14
403:11,12,14 406:17,18,
21,24,25 407:4,8,20

**she's**
343:13 362:16 363:4,5
364:8 383:20 394:3
395:1 396:1 403:4,6,15

**Sheridan**
362:12

**sheriff's**
358:18,19 359:9 407:2

**shifts**
404:25

**shirt**
254:17,23 255:1,2,6,9,

13,23 256:1,5,11,13,16,
21,24 257:1,15,18,21
258:2,4,6,9,12,14,18,23,
25 259:2 415:9,13

**shock**
305:24 306:2,10,24
307:3

**short**
339:17 341:12

**shorter**
250:15

**shot**
304:9 351:12

**shots**
360:23

**should**
240:15 246:3,5 366:18
378:8,13 380:23 407:1

**shove**
326:20

**show**
249:8 265:25 268:6
285:7 334:19 340:18
348:2 369:20 411:18

**showed**
280:5,7,23 285:5 411:13

**showing**
263:3 265:7 280:11
289:22 311:3 322:10
323:3 330:20 340:19
353:13 363:19 386:24
415:7

**shown**
277:15,22 278:23 279:24

**shut**
370:24 412:3,6

**sic**
  283:5

**sick**
  241:22,25 303:4 357:21
  376:8 377:8,14 400:6

**side**
  253:7 263:12 274:4
  294:6 325:13

**sigh**
  344:6

**sign**
  387:14,18

**signature**
  387:11 416:10

**Sinai**
  392:21 393:9

**since**
  241:1 243:14 375:20
  392:1,8,24 400:25
  401:21 403:17 408:4

**sister**
  265:20,21 266:19
  344:24,25 345:1,3,4
  406:18

**sister's**
  265:23

**sit-ups**
  398:4,10

**sitting**
  240:17 269:7,8 271:25
  272:9 323:5 326:5
  327:12 332:6 337:6
  383:3 415:12

**six**
  245:16

**sky**

304:17

**sleep**
  269:20,24 270:2,9,11,13,
  20,21 271:24 391:9

**sleeping**
  344:23 391:9

**sleepy**
  269:22

**slightest**
  284:12

**slipped**
  268:17

**sliver**
  364:8

**small**
  285:2 296:4,6 306:17

**smaller**
  400:16

**Smebak**
  242:5

**smoke**
  411:4

**snack**
  388:8 390:7

**snacks**
  389:24 390:1

**snowball**
  265:11

**snowballs**
  247:18 249:4,7 266:3
  268:11

**so**
  241:23 242:22 243:1,21
  244:1,9,20,24 246:14
  248:1,14 252:5,24 253:6,

18,22 257:1,21 258:5
259:14 260:17 262:2,6
263:4 264:12,15,19
265:11 266:4,15 269:5
270:17,23 271:22 272:8
273:4 275:7 278:1,6
281:23 285:14,21 286:5,
12 287:8,15 288:2,18
291:15 292:1,5,8,23
293:5,17 294:8 295:1
302:13,24 303:5,11,12
305:4,13 306:1 308:8
314:7 316:16 318:3,22
319:1,23 320:9 322:15
325:4,7,12 326:4 327:1
328:1,4,24 330:13 331:7,
14 332:6 333:3 336:9,24
337:9 338:2,10,25 340:3
341:2,22 342:16 343:16,
19,23 345:15 346:18
347:16,25 349:12 352:9,
22 353:3 354:6,18 355:4
357:1,12 359:20,21
362:6,14,21 363:2
365:25 366:5,21 369:18
370:11,25 371:6 375:11,
22 376:12 377:5,14
378:11,19 379:16,22
380:15 383:5 385:8
386:5,9 388:8,13,21
389:2 390:11 391:17
392:17 394:9 395:3,9
396:14 397:1,15 399:18,
20 400:6 403:24 408:25
413:11 414:1 415:4

**social**
  354:25 355:10 356:4
  408:23

**some**
  241:8 258:15 278:6
  305:3 335:17 375:9,10

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

379:24 380:21 390:11,14
397:3

**somebody**
248:5 269:3 275:15
276:23 281:21 293:25
301:20 315:2 328:7,17
332:22 377:14 409:1

**someone**
248:11,15 281:20,23
293:15 299:10 306:3
328:12 402:5 405:20

**someone's**
251:3

**something**
301:20 304:20 308:6
309:4 333:16 334:5
344:4 356:11 362:21
363:17 369:13 370:5
371:10,15 388:8 407:4,9
414:4

**sometimes**
353:1 357:20 359:14
394:9 398:7,20

**Somewhat**
290:20 374:19

**Somewhere**
253:12

**son**
361:10 365:20 366:13
367:15,20 368:7

**sorry**
240:25 243:7,11 246:4
248:8 257:25 258:22
263:10 264:6 278:17
293:3 294:21 300:18
304:8 312:7,12 332:2,18,
24 353:8 359:2 360:12
370:11 373:3 377:17

387:5 388:6 404:17
409:24

**sort**
374:11 380:18

**sounded**
324:14

**south**
356:25 399:12

**speak**
240:8 407:19

**specialist**
397:3

**specialists**
242:2

**specific**
275:5,8 280:21 354:13

**specifically**
278:11 284:20 363:20

**speculation**
286:8 350:18 407:6

**spell**
245:11 267:22 361:15

**spend**
409:23

**spent**
252:4 344:22

**spoke**
313:25 407:16 408:1,7

**spoken**
400:25 408:4,17,20

**Square**
358:25 365:5

**squeezing**
276:7

**stamped**
334:21 387:4

**stand**
397:20

**Standby**
289:19 310:11 346:5
409:7

**standing**
276:13 335:23 415:9

**stands**
348:13,17

**Stapf**
240:2

**starch**
397:14

**start**
239:9 259:13 295:2
356:11 376:9 388:3,7
392:15

**start/stop**
398:7

**started**
254:12 255:22 256:4
295:11,18 336:15 337:14
338:4 342:12,14 370:17,
23 376:5 377:3,4 388:2,4
394:24 396:20 403:19
405:9

**starting**
239:20 250:2 322:11

**state**
354:25

**state's**
313:17 314:1,14,15
323:10 326:6 327:16
332:10 333:4,14,21
334:11,15

**stated**
  395:7

**statement**
  307:10

**statements**
  281:19

**station**
  276:17 283:16 284:7
  285:11 305:7 323:15,19
  328:9,11 342:6 380:15
  414:9

**status**
  363:3

**stay**
  243:4 268:17 306:5
  360:9 396:9 399:12,14

**stayed**
  265:18 268:19 269:21
  360:18,20

**Staying**
  357:19

**stays**
  266:25 368:8 393:4

**stick**
  330:5,7

**sticks**
  332:15 333:9

**still**
  247:17 249:4,7 261:15,
  18 266:22 333:11 349:2
  360:4 365:25 366:19,20
  388:5 392:16 397:13
  403:14 406:16 411:19

**stipulate**
  363:13

**stomach**

299:18 400:24

**stop**
  261:21 279:10 352:5,6,9
  376:7,13 379:23,24
  380:2

**stopped**
  261:25 262:4,20 335:6
  365:10

**store**
  262:14,15,19,23,25
  263:5,8,22,24 264:1,4,10
  265:1,5,8,14 268:23
  269:6 337:5 338:8,11,13,
  23

**story**
  313:18 314:2 346:23

**straight**
  253:21

**street**
  249:20,22 260:8,23
  261:1,2 263:7 264:4
  265:7 294:7 296:22
  336:20 412:12,17

**streets**
  262:17

**stress**
  364:19 379:6 400:8

**strike**
  252:14,22 277:9 284:23
  311:16 317:3 319:24
  322:1 326:23 327:2,8,22
  330:8,15,22 347:4,7,14

**striked**
  313:13

**striking**
  247:20 252:18,21 284:25
  415:2

**Stroger**
  392:22,24

**strong**
  241:8

**struck**
  248:24 252:14 284:22
  293:21 318:23 322:22
  323:1 332:12 336:25
  347:22 413:4,12 414:2,
  23 415:23

**stuff**
  246:6 262:22,25 265:12
  270:16 276:7 361:8
  365:15 372:2,5,8,22
  380:19 383:3 386:23

**substance**
  371:14

**Suburban**
  242:11 392:21 393:14

**Such**
  373:9

**suffer**
  351:9 384:21

**suffered**
  351:4,23 363:9 379:9
  402:24 403:10

**suffering**
  374:24

**sugar**
  304:9,13,17 305:4,6
  306:8 307:5 351:14
  380:13 383:2 392:9
  397:6,9,16 400:5,8,9

**summer**
  269:16

**super**
  276:1

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**supplemental**
353:20 355:16

**supposed**
354:8,21,22 360:16
398:19

**sure**
253:12 256:11 269:10
281:18 289:13 302:1
321:10,21 325:5 346:2
352:4 369:5,17 386:18
391:7 393:7 413:19
414:5,6,20

**swear**
240:3

**sweating**
383:3 396:21

**sweetness**
305:3

**sweets**
410:6

**swell**
394:9

**swelled**
359:20

**swelling**
394:8

**swing**
253:4

**swinging**
295:19 318:19 319:21
324:12

**switched**
365:3,4,5,10 366:6
386:13,16

**sworn**
240:7

**swung**
253:22 259:10,11
323:15,19,20,22,25
324:25 325:12,20 326:7,
9,13,16

**symptoms**
386:5,8,9,20

---

**T**

**T-I-E-R-R-A**
406:14

**Tabatha**
239:10,11 240:6 295:20
416:23

**table**
331:5,8,18,19,22 374:7

**tables**
331:6

**take**
256:15,21 257:7 262:24
269:10 270:25 289:11
302:8 303:15 310:4
313:5 338:21 339:16,17
341:9 342:1 352:19,20
353:10,11 354:5 364:9
370:10,13,21 371:2
380:15 381:5,8 391:1,4,
11,13 400:6 404:7,12,14,
24 409:2

**taken**
239:14 273:1 276:17
289:18 309:16 310:10
328:20 349:15,20,25
353:23 354:19 364:14
365:18 370:16 374:23
392:13 409:6

**taking**

**talk**
267:14 268:24 272:25
273:5,10 283:17 347:2
348:5 373:12 374:7,18,
20 406:19,20 408:12,14

**talked**
252:6 273:14 281:16
285:10 310:14 313:16
317:24 342:20 349:1
372:21

**talking**
253:19 272:1,2,13,21
275:9 276:13,14 279:8
280:12,24 281:24 282:1
284:2 285:4 288:7,16,21
289:6 291:18 299:13
314:19 315:12 319:5
320:10,13,21 332:13
333:4,7,12 344:8 386:11
401:19 411:5,22 412:5

**tall**
251:11 299:15 316:23
317:8 410:25 416:2

**taller**
250:14,16,22,24 251:3,4,
7,8,10,13,17,21,22
252:10

**Tammiron**
266:18 270:2,5,6,8,20
271:4,8,12,17,23 272:5
368:15,17 403:6

**teacher**
403:4

**team**
367:7

276:6 351:11,12 379:23,
25 380:2 392:6

**AdvancedONE**
**LEGAL**
**(866) 715-7770**
**advancedONE.com**

**technical**
411:17

**telephone**
267:4 407:22

**tell**
251:6 266:15 268:8
269:3 276:10,16 277:1,3,
6,11,14,20 278:1,7,22
279:9,20,23 280:7 282:2,
22 283:1,4,8,13 284:13,
17 285:18 292:24 296:18
298:7 300:1,5,20 301:5
308:19 309:1 310:24
314:21 321:25 322:5,25
323:14,18 327:21 329:24
333:13,21,24 334:4,7,14
336:5 346:19,22 348:8,
15 350:25 352:6 359:4
369:15 370:7 371:25
372:4,7 394:21 395:19
396:24 397:1 401:23
402:1 406:21,24 416:13

**telling**
280:16 287:22 293:18
305:23 320:11 328:4,23
339:20 347:2,24 383:2

**tells**
323:9

**ten**
280:19 295:7 351:20

**terms**
352:15,23

**test**
394:5,25 397:17

**testified**
240:10 246:22 289:4
306:14 317:25 329:8
337:4,12 338:2 342:11,

16 346:25 349:7 414:25

**testify**
345:6 346:8 379:14

**testimony**
287:11 308:1 315:7
317:20 336:17 337:13
341:2,16 342:9 343:16
344:18 362:16 369:23

**tests**
396:25

**than**
247:12,20 250:15,16,22
251:4,5,7,8,10,13,17,21
252:11 276:4 307:2
308:16 327:3,9 335:9
353:12 356:19 378:15
380:7 382:6 385:13,17
395:3 403:8 404:25
408:16 409:20 416:4

**Thank**
240:1,20 381:19 416:16,
18

**Thanks**
364:11

**that**
240:13 241:22 242:16
243:4 244:16,24,25
245:22,23 246:2,3,5,7,
14,18,23,25 247:2,9
248:11 249:13 250:1
251:9 252:15 254:19,23
255:3 257:7 258:11,18,
20 259:14,16,19,23
260:8 261:3,25 262:2,15
263:3 264:2 265:8,12
266:1,16 267:10,22
268:10 269:12 272:8,11,
20,21 273:1,14,17,24
274:18 275:4,10 276:3,

14,15,21 277:3,10,14,20,
25 278:1,8,23 279:3,14,
20 280:5,14,15,20 281:5,
16,18 282:2,17,18,22,23,
25 283:2,3,4,8,13,24
284:2,4,17 285:2,4,11,22
286:1,2,6,12,13,14,18,21
287:14,15,24 288:2
289:8 291:9,11,13,15
292:1,5,17,23 293:8,11,
13,15 294:2 295:6,12,21,
23 296:11,13,16,18,19,
21,23,24 297:1 298:13,
20 300:8,10,12,15,17,19,
20 301:6,15,22 302:2,3,
6,22 303:12,18 304:12
305:9,15,17,19,23 306:4,
10,14,24 307:7,9,20,21
308:9,13,23 309:4,7,8,
11,13 310:15,18,23,24
311:10,14,16,17,21
313:9,17,18 314:10,17,
19,22 315:11,19 316:8
317:3,8,11,13,17 318:14
319:4,25 320:18,19
321:11,12 322:1,4,5,22,
25 323:8,9,15,19,24
325:5,7 326:6,9,23
327:3,9,13,15,16,17,21,
22,23 328:8,12,17 329:5,
6,8,11 330:1,4,5,7,10,14,
21,24,25 331:7,8,14,21,
23 332:13,15,16,20,25
333:5,10,14,16,19 334:4,
7,15,17 335:7,21 336:9,
17 337:4,5,11,12,14,16,
23 338:3,4 339:4,5,16,
19,20,23,24 340:4,10
341:3,5,7,13,19,23
342:11,16,19,20 343:8,
15,19 344:5,18,21,23
345:1 346:24 347:3,20,

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

22,24 348:6,8,12,16,17,
19,20,21,25 349:4,7,8,9,
14,19,20,24,25 350:11,
16,21,22 351:3,22
352:16,20,23 353:4,5,11,
22 354:1,4,6,12,18,20,22
355:11,12,18,24 356:5,6,
10,11,19 357:6,7,9,13,
14,23 358:7,11,18,21
359:6,12,16 360:3,4,6
361:8,9,24 362:16,19,21,
22 363:7,14,18,22 364:7,
8,20 365:9,12 366:3,4,5,
7,16,21 367:3,8,9
368:11,16 369:10,13
370:2,5,11,20 371:2,7,
17,22,25 372:2,5,18,24
373:14,20,25 374:3,4,22
376:2,6,20 377:10,13
378:8,11,12,16 379:9,15
380:1,23 381:5,6,16
382:7,24 383:2,5,15,18,
22,25 384:2,10,12,14
385:1,7,13,16 386:1,6,9
387:11,14 388:17 389:2,
3,12,14,15,20,22 391:1,
5,11,17,19 393:6,17,19
394:5,20,22 395:3,13
396:6,14 397:5,6,10,14
398:15 399:3,4,12,20,21,
25 400:1,6,18,22 401:3,
8,16,23 402:1,14,16,22,
23 403:5,9 404:3,19,22
405:5,7,8,20 406:6,9,12,
13,21,24,25 407:4,9,16,
18 408:1,7 409:17,20,21,
25 410:1,3,6,11,14,15,
17,18 411:9,15,19,21,23
412:11,23 413:3,16,17,
24 414:10,14,17,22,25
415:22

**that's**
242:24 243:10,12 245:6,
9,19 246:7 257:24 265:3,
20 273:19 275:3 277:23
283:23 284:1,23 287:22
294:1 297:20 299:4
300:16 301:19 313:17
314:6 315:19 322:20
326:10,14 327:7 328:18
331:3,15,16,24 332:6
333:1 341:1 343:16
344:5,12,14 345:2 346:2
349:24 354:14,23 355:4
359:21 363:10 366:21
369:13 374:5 387:5
389:4 391:24 397:16
400:4,7,13 401:3 403:6
406:18 410:17,19
412:15,23

**the**
239:3,7,9,10,11,12,15,
16,20,21,23,25 240:1,3,
8,9,15,16,17 241:7,9,10,
11 242:2 243:7,13,15,18,
19,24 244:2,6,8,11,14,
22,23 245:3,6,13,16,20,
23 246:19,24 247:7
248:2,4,12,13,14,15,18,
20,23 249:16,22 252:4,5,
16,18,19,25 253:6,11,14,
22 254:5,16,20,22,24
255:1,2,9,21,23 256:1,6,
9,12,19 257:6,9 258:1,5,
14,23,24 259:10,11
260:7,16,18,19,22,23,25
261:2 262:9,14,17,18,19,
20,21,22,23,24,25 263:3,
5,7,8,12,19,22,24 264:1,
4,8,12 265:7,8,12 266:4,
6,8,9,15,16 267:10,17,19
268:5,14,15,19,21,23

269:2,5,7,8,9,14,23
270:1,14,19,23 271:3,5,
20,25 272:6,9,13,22,25
273:11,13,16,17,21,22,
23 274:2,4,5,6,8,10,13,
15,16,17,18,21,22,24
275:1,3,7,9,10,12,16,17,
25 276:1,4,8,13,14,16,
17,19,22,23 277:1,14,20,
21,24 278:2,9,22 279:4,
8,9,11,14,17,20,21,23,24
280:6,8,9,11,12,23,24
281:24 282:2,13,14,18,
22,23,24 283:1,5,7,8,12,
13,16,17,24 284:4,7,9,
10,11,12,13,17,20 285:2,
3,4,10,11,12,16,18,22,23
286:14,19,20,22,23
287:9,16,22 288:2,3,4,6,
9,10,13,18,19 289:5,9,
12,16,17,19,20 290:5,9,
12,13,15,18,22 291:1,5,
8,11,13,15,21 292:12,16
293:6,10 294:6,7,17,18,
21,22,23 295:1,8,15
296:7,10,18,22,24 297:1,
4,5,8,14,23 298:8,17
299:7,13,14,21,23 300:1,
2,6,9,14,20,21 301:6,7,
14,22 302:3,10,18,24
303:6,12,15,19 304:5,10,
14,18 305:4,5,7,9,14,17,
18,19 306:18 307:6,9,13,
23,24 308:8,9,10,13,14,
19,20,25 309:2,7,13,22,
23,24 310:2,6,8,9,11,12,
14,15,16,18,19,20,23,24,
25 311:5,8,9,13,17,19,25
312:4,9,14,17,22 313:10,
11,12,16,17,19,20,24,25
314:6,7,10,11,13,15,23
315:7,14,16,24 316:3,6,

7,14,19,20,22 317:3,5,8,
10,13,15,25 318:3,5,10,
16,22,23,25 319:2,5,7,
10,13,14,16,23 320:1,6,
9,11,13,14,20,22 321:3,
8,9,12,25 322:4,5,12,16,
19,21,23 323:1,4,5,9,15,
19,20,21,22 324:3,6,8,
12,15,17,22 325:1,4,5,9,
13,16,23 326:1,5,6,7,9,
10,13,14,16 327:9,16
328:4,5,6,9,11,13,16,18,
20,23,25 329:2,6 330:7,
10,14,21,24 331:5,10,12,
14,18,19,21,22,24 332:7,
10,11,12,13,20,23,24
333:3,4,5,6,9,12,13,15,
21 334:3,4,11,15,16,22
335:3,6,7,13,18 336:2,5,
9,15,16,18,19,20,23
337:5,13,14,17,21,24
338:4,8,10,13,19,20,23
339:5,18,24,25 340:4,9,
19,25 341:6,7,25 342:2,
5,6,11,25 343:3,12
344:9,19,22 345:1,6,16,
25 346:3,4,5,6,20,23,24
347:2,3,7 348:3,10,12,
13,16,17,21,22 349:2,4,
8,23 350:3,11,12 351:13,
14,15,16,17 352:15,22,
23 353:2,4,23 354:14,25
355:5,14,15,20 356:6,17,
22,23 357:2,5,24 358:10,
14,15,18,19 359:3,6,8,9
360:6,9,13,18 361:11
362:12,13,25 363:15,16,
19 364:3,12,13,15,16
365:2,3,6,15,21 366:1,
15,21,24 367:5,6,24
368:9,21,23,24,25 369:8,
9,18 370:5,6,19,23

372:2,5 374:6,14 375:17
377:3,13 379:12,14,15,
21 380:1,3,9,11,14,15,
19,20,22 381:2,6,8,11
382:4,17,21 384:8,10
385:6,24 387:8,19,23
388:5,7,10,24 389:9,19,
22,24 390:1,2,10,13
391:7 392:5,12,13,17
393:8,11,22,23 394:2,4,
8,10 395:5,15,21 396:9,
19,23,25 397:1,9,10,13,
14 399:3,11,23 400:18,
23 401:2,6,7,15,16
402:14 403:6,7,12,16,23,
25 404:1,7,12,14,18
405:16 406:1,9,10 407:2,
16,18 408:1,5,7,9,14,20
409:4,5,7,8,9,16,17,19,
20 410:1,7,9,18,25
411:3,13,14,22,23,25
412:8,19 413:2,4,5,11,
12,15,22,24 414:1,9,10,
11,19 415:1,9,12,13,16,
17,18,21,22,23 416:1,12,
13,14,15,16,19,20,21,22,
23,24

**their**
239:17 269:15,16
270:17,22 271:13 302:2,
9 340:5 365:3,5 369:16
380:21 403:11

**them**
241:7 242:20,22 244:1,
10,19 245:3 269:14
270:11,13,15 271:1,3,20,
23 272:5 277:3,6,11
278:13 279:10 280:7,8
283:4 285:18 286:25
292:24 300:5 302:8,10
305:23 307:20 313:8,13

320:11 328:23 332:12
352:5,8 365:2,4,10
366:8,18 370:18 372:6,7
382:23 383:2 385:23,24
387:25 411:5

**then**
243:16 244:14 245:8,15
248:23 253:2,23 254:9,
10 258:8,17,22 260:25
261:1,21 262:22 264:22
265:12 271:22 275:4
277:19 289:5 291:1
294:7 298:7 300:14
302:13 306:10 307:20
310:18 312:25 313:1
314:1,6 318:8 326:16
328:24 337:5 338:13,16,
19,25 342:12,13,14,17
351:17 354:3,5,24 355:5
360:19,20 362:19 365:25
366:12 367:15 369:9
370:23 377:2 392:7
397:4 402:21 405:7,15
413:15,20,21 415:16

**therapist**
378:20 386:2 400:25
401:8,12,16

**therapists**
401:11

**therapy**
365:15 367:6 406:5

**there**
241:24 243:21 244:1
246:6,12,14 248:19
249:20,22 263:1,18
264:5,24 266:1,2,4
268:8,13,15,22 273:10,
25 276:11 278:8 282:17
293:2,18 296:23 306:3,
11,18 312:19 318:25

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

321:11 322:3 327:5
329:1 335:17 336:14
339:14,19 340:25 341:13
344:3,4,15,22,24 348:14
349:3 351:1 363:22
365:8,23 366:5,12 367:1
375:5 376:4,6,7 382:21
383:9 385:7,23 389:21
391:10,15 392:9 394:6
396:2 397:19 400:8
403:9 404:6,10 412:15
413:21

**there's**
  411:25

**these**
  244:8,9,23 314:18,21
  351:21 370:10 374:15
  393:16 395:21

**they**
  241:3,6,19,21 242:1
  244:18,19 248:13 251:4
  256:10,13 269:20 270:3,
  5,21 273:25 274:1,4
  275:23 276:2,6,10,14
  277:23,24 278:2,8,11,15,
  17 279:4,5,8,11,15
  282:16,17,18 283:3
  284:9,15 285:7,20 286:1,
  16,18 288:1,21 292:1,8,
  15 293:18 295:5 299:4,
  11 301:15,24,25 302:9,
  16,18,23 303:8,9,10,11,
  22 304:5,10,14,18,20
  305:12 306:2,10,14
  307:13,14,15,18,21
  310:1 311:14 312:18
  315:11 316:11,12,13,15,
  18,22,24 317:2,4,7,9,11
  319:1 320:12,21 322:18,
  25 328:2,3,5,6,7,8,24

339:19 348:17 349:2
352:21,25 353:4,12
354:17,20 355:14 358:6,
8 359:4,21,22 366:17
367:2,4,5 369:6,15
370:7,14,19 371:9 373:9,
17 374:14,24 375:17
377:2 379:23 380:15,21
382:3 383:4,6,10,12,13
385:17 386:23 392:17
394:5,6,12,14 395:15,17,
18,19,20 396:24,25
397:1,11 398:20 399:19
403:11 405:6 406:11
410:17,18,19,23 411:1,3
413:3,6,8,11,16,19
414:4,7,21 415:22 416:1,
4

**they're**
  241:8 400:9

**things**
  360:24 372:23 380:18

**think**
  242:9 245:6,9 256:7
  267:23 272:23 276:21
  283:11,23 284:23 286:12
  287:22,24 288:16 289:8
  291:16 296:4,6 301:3,11
  311:9 328:18 332:23
  340:17 343:13,19
  356:17,21 360:13 363:10
  364:3 366:4 376:5
  379:22 394:22 407:8
  409:3

**thinking**
  321:12 344:15

**third**
  285:12,16 286:23 287:19
  288:3,7,9 300:21 301:6
  323:21 324:12,15 326:1,

16

**this**
  239:9,14 240:14 241:5
  243:8,15 244:9,23 264:9,
  25 265:4,13 268:24
  270:15 278:16,18 289:2,
  24 290:1 294:11 297:9,
  17 311:15,17 312:25
  313:9 314:22 315:13,14
  316:6 318:3,4 319:1,13
  323:5,6,12 326:4 328:9
  330:21,24 331:3,15,23
  332:2,6 334:25 335:9,22
  336:23 337:22 340:18
  342:4 343:23 345:12
  349:14 353:20,22 354:18
  355:16 357:7 360:9
  362:20,25 363:16 364:1,
  3,7,8 368:19 370:5,10,18
  374:18,21 375:24 387:5,
  18 388:21 394:21,24
  396:14 401:12,16 403:15
  406:2 408:12,18 411:13
  412:8 413:9,10,12,21
  414:2,8,17,21 415:8,10,
  12,14,17,19 416:12,16,
  17,22

**those**
  281:18 306:21 327:3
  351:10 356:18 358:2
  359:12 371:24 372:15,19
  373:4 378:1 379:23
  397:15 401:3 412:3,6,11,
  16

**though**
  240:14,16 258:6 263:23
  315:13 396:25

**thought**
  258:11 285:21 288:21
  293:20 301:3 340:16


@©  AdvancedONE          (866) 715-7770
LEGAL                    advancedONE.com

354:20,22 355:12 356:9 366:7 401:18 410:16

**threaten**
301:25

**threatened**
301:23 327:17

**threatening**
302:6,17

**three**
241:18,23 243:20 244:20 264:15 323:15 324:12 326:7 343:15 349:9,19 352:4 376:11 377:10 388:11 392:20 393:2,4

**threw**
256:11

**through**
268:19 274:10,13,16,24 275:3,4,7,10 355:20 372:3,5,8 373:15 388:5, 10 395:11 410:10 412:5

**throw**
244:19 328:22

**throwing**
305:25 306:1 396:20

**Tier**
386:6,10,13,21

**Tierra**
406:14

**tight**
276:1,5,7

**time**
239:7 244:10 252:2 253:20,22 254:3,23 255:2 258:15 262:24 266:16 271:3,5 272:4,25 273:11 276:14 286:18

288:2,18 289:17,20 290:5,6 291:15 292:5 294:8,17,21,22 298:6 301:23 302:2 305:4 310:9,12,20,25 311:4 312:8,13 315:10 318:20, 23,24 319:4,6,21,25 320:2,5 321:11 323:4,21 324:2,7,12,15,21 325:8 326:1,9,13,16,19,22,24 328:10 335:7,21 337:3,9, 11,13 339:23 341:6,25 343:12 346:6 356:24 360:6 364:2,13,16 365:12 371:9 375:24 376:20 377:13 382:21,23 383:5,9,20 384:12 387:23 389:9 394:4,14 397:25 398:17,18 402:14 403:12,16 404:3,18 405:13 407:16,18 408:1, 7 409:5,8 411:12 415:8, 16 416:12,16,18,23

**timeline**
254:5

**times**
252:4,22 280:19 284:10 318:13 319:3,20,24 320:1 322:16 323:16 324:12 326:7 329:3,4 351:17 352:4 353:4 354:16 369:6,8 382:6,9 385:2 392:10,20 393:3 399:2,6 401:3 404:17,19, 24

**tips**
373:6,17

**title**
375:5

**to**
240:8 241:12,22,23 242:2,15,18 244:8,20,24 246:1 248:13,14,20 249:8,13,17 250:2,17 251:1,3 252:6,11 253:17, 18,23 254:19 255:9,23 256:1 258:14,23 259:9, 10,22 260:17,23 262:14, 16,23,24 263:1,10 264:4, 20,22,23 265:9,13 266:3 267:9,14 268:11,24 269:11,13,20,24 270:2,9, 11,13,20,21,24,25 271:24 272:5,7,8,21 273:10,23 274:18,21,25 275:2,4,9,10,11,16 276:2,12,14,17 278:1,2, 13,15 279:4,6,8,9,10,14, 17 280:8,11,17 281:9,11 282:7,10,21 283:16,17, 25 284:5,7 285:10 286:1 287:9,16,25 288:9 289:2 291:17 292:8 293:6,11, 16 294:5,8,12,13 295:19 297:2,3 298:5,6,25 299:7,9,13,21,23 300:8 301:16,20 302:1,9,11,13, 17,24 303:3,5,8,11,12, 15,16 304:1,20 305:12 306:8,9,14 307:3,4,10, 14,21 308:5,6,8,19 309:1,14,15,16 310:1,4, 14 311:21 312:2,7,8 313:3,5,16,25 314:6,19 315:4,12,13,22 316:12, 13,18 317:7,9,14,25 318:4,8 320:11 321:14, 20,22,23 322:19 323:8 325:5,7,21 326:4,6,25 327:3,9,19,20 328:3,17, 20,22,23,24,25 329:2,8,

12,20,21,22 330:7,15,22
332:4,7,13,15,21 333:4,
7,8,12,16,17,23 334:5,6,
16,19 335:18 336:9,13,
18,21,24 337:5,10,19,23,
25 338:3,7,10,14,22
339:3,13,14,16,17,20
340:4,18,21 341:1,9,10,
13 342:3,4,12,13,20,23
344:6 345:13,20,23,24
346:11,14,18,19,24
347:2,3,6,7,14 348:10,
17,21 349:1,2,24 351:8,
11,12,15,16,17,21 352:5,
6,9,18,19,20,21 353:5,
10,11,18,19,20 354:4,8,
12,15,21,22,25 355:8,9,
10,11,16,25 356:4,10,11,
12,14,19 357:5,9,10,14,
15,18,19,20,23 358:8,11,
15,25 359:9,12,13
360:16 361:19,20,23
362:4,12,14,16,17,22,25
363:3,7,8,9,17,19,23,25
364:2,4,5,20,23 365:2,5,
8,11 366:9,18,20 367:2,
5,6 368:9,13,21,25
369:2,10 370:2,4,7,10,
13,18,20,21 371:2,3,5,7,
12,25 372:14 373:6,9,12,
16,18,23,24 374:5,8,9,
12,20,23 375:13,15
376:18,21 377:14 378:1,
8,13,16 379:14,23,24
380:2,9,11,14,15,16,19
381:2,8,21 382:4,5,18,23
383:4,5,10,12,17,19
384:7 385:23 386:6,7,13,
20,21,22,23 387:15
388:1,4,7,8,17,20
389:12,20,21 390:12
391:5,15,17 392:2,4,10,

11,12,13,15,20,24 393:2,
9,13,23 394:4,7,8,9,12,
16,17,20 395:12,20,21
396:17 397:6,10,19,20
398:3,10,19,24,25 399:6,
7,18 400:5,8,9,16,20,23,
25 401:8,14 402:2,18
403:12,15 404:6,7,10,12,
14,24 405:6,7,8,16
406:2,6,11,19,20 407:16,
24 408:1,4,7,17,20
410:1,6,17,19,20 411:5,
6,17,18,22 413:3 415:4,
13,22

**today**
240:2

**today's**
239:6 416:23

**together**
338:9

**told**
244:25 277:9 282:12,23
286:19,25 288:13 296:23
302:4 306:2 307:20
308:8,12 310:18 313:8,
10,13 314:7,9,10 315:2
316:20 318:22 326:10,14
332:11,12 333:5 337:4
339:18 344:24 346:10,
17,22 347:20,21 352:4,9
367:5 379:23 380:2
386:23 393:19 394:10,
19,23 395:4,18 396:22
410:9 411:9

**tonight**
242:4

**too**
244:15 265:3 278:12
301:12 303:9 352:5

358:20 364:5 380:13,14
383:12 406:7

**took**
241:1 257:10 258:2,4
265:12 266:5,16 268:6
271:10 303:14 328:5
339:14 348:12,16,22
349:5 353:12 360:23
365:2,16 370:14 380:14
383:12 384:7

**toothpick**
400:17

**top**
387:8

**total**
357:1

**towards**
248:1 259:23 260:6
261:10 299:18

**town**
266:25

**track**
245:23 341:25

**transcript**
416:14,16

**transferred**
386:20,22

**tray**
381:3,7,9,11 387:19
389:3

**trazodone**
391:8,11

**treated**
240:15 327:22,24 329:6
351:13,19 359:15
394:13,15,19

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**treatment**
379:13,15,17 381:24
382:7,9 391:5

**trial**
342:9 345:7 346:9
350:11 362:22 407:19

**tried**
302:23 303:15 375:15
380:19 389:21 397:23
407:24

**trigger**
400:5

**triggered**
241:22

**trouble**
308:6 309:18 403:2,8

**true**
354:2,18 355:24 365:9

**trusted**
346:17

**truth**
240:9 287:22 314:7
328:4,5,6

**truthful**
386:19

**try**
354:25 375:13 382:4
394:7 397:20 400:23

**trying**
253:17,18 263:10 276:2
279:9 284:1 302:18
307:14,21 332:21 333:16
334:5 335:18 337:19
376:21 400:9 402:18
403:15

**tubes**
302:2,7 348:23 349:5

**tuna**
361:7 410:3

**turn**
249:17 250:2 259:25
400:16

**turned**
343:21

**twice**
322:2,6,17,23 323:1,20
339:3 356:21,22 392:21
398:19 399:8 413:25

**twist**
328:6

**twisted**
328:5

**two**
251:8 264:15 286:20
314:18 326:25 327:3,9
332:4,7 344:18 352:3
371:5 388:12,13,22
413:20

**two-year-old**
344:19

**type**
305:3 389:24

**Tyshawn**
266:18 270:6,8,20 271:5,
8,12,17,23 272:5 368:15,
18 403:5

---

**U**

---

**Uh**
396:4

**Uh-huh**
243:9 252:7 257:23
260:24 263:6 264:3

297:19 329:5 343:2
361:3,5 411:20

**unable**
357:23 363:23

**under**
388:19 400:1

**undergo**
370:2 371:7

**understand**
253:17,19 275:1 297:11
298:4 337:20 382:24

**understanding**
276:12 370:9 384:2

**understood**
339:23

**underweight**
365:20 366:23 367:4

**unemployed**
376:15

**unless**
302:4

**Unprofessional**
344:6

**unrestricted**
355:19

**until**
268:22 269:21 273:13
289:2 300:9 305:11
313:25 355:20 370:14
377:5,17,19

**up**
243:16 244:9,17 250:17
252:11 256:13 259:7
262:21,22,24 263:2
265:25 268:6 269:21
271:11 276:8 277:15,22



AdvancedONE
LEGAL

**(866) 715-7770**
advancedONE.com

278:23 279:24 280:5,7,
11,23 283:12 295:25
296:7,9,11,13,16,19
298:13 304:9 305:25
306:1 309:4,7,10 316:14,
15,16 328:22 330:3,14
331:15 343:25 351:15
359:20 362:6,12 364:1
368:13 369:20 371:10
386:23 394:9 396:20
397:2 399:1,17 400:5
411:3 415:1,5

**upset**
400:24

**urges**
374:5,9,13

**us**
276:24 287:7 288:1
368:5 369:1 384:11
390:13 398:14,20
416:13,17

**use**
284:20 328:18 329:11
409:25 410:6

**used**
297:1 330:7,15,22,24
333:14 347:3,7,14 348:6
363:7 388:7 398:3

**using**
329:19

**V**

**vague**
247:14 275:19 350:6

**vegetables**
380:21

**versus**

239:12

**very**
364:8 368:19

**via**
239:14,16

**video**
289:12,23,24 290:2,5,9,
15,22 291:5,21 292:12
294:18,23 295:8,15
297:5,14,23 298:8
305:15 311:5 312:4,9,14,
22 315:14,24 316:3
318:10,16 319:10,16
320:6,20 322:12 324:3,8,
17,22 325:4,5,9,16,23
334:22 335:3,7,9,13
336:2 342:6 343:3 344:9
411:19 414:11 416:14,16

**videographer**
239:3,5 240:1,16 289:16,
19 310:8,11 332:24
346:5 364:12,15 409:4,7
416:12,19,22

**videotaped**
239:10

**view**
265:7

**violate**
352:15

**violated**
352:23 353:5 355:5,7
356:14

**violating**
353:23 355:5 357:2

**violation**
354:11

**violence**

367:24

**visit**
396:9

**visitation**
355:21 356:1 403:20,25
404:20 405:17

**visitations**
404:4

**visiting**
365:21 366:23 404:25
405:9

**visits**
353:11 365:8

**voluntarily**
276:19

**volunteer**
317:14

**volunteered**
310:15 322:22

**vomiting**
400:7

**W**

**wages**
357:6 362:15 363:5,11,
14

**wait**
318:20

**waiting**
370:17

**waived**
345:10,14,15

**waiving**
345:14

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**wake**
411:3

**walk**
247:19 259:22 262:6
339:9,11,12,16,17 341:2,
3,5,6,9,12,13 342:2
394:9

**walked**
248:21 256:20,23 258:3,
8 260:6,9 261:22 265:13
277:18 281:14,20,25
293:20 338:9 341:3

**walking**
415:17

**wall**
246:19

**Waller**
323:10

**want**
262:16 294:12,13 295:19
298:6 303:2,5,16 309:14,
15,16 333:17 334:6
346:14 351:8 357:5
358:25 362:12,14,25
368:9 371:5

**wanted**
314:6 322:18 334:16
353:12 410:17,19 413:3
415:22

**was**
240:9 241:24 243:4,8
245:13,16 247:17,25
248:19 249:4,6,16,17,20,
22 250:2,8,12,14,22
251:6,9 253:4,6,14
254:8,12,16,17,20,23,24
255:1,2,14,21,23 256:1,
6,8,10 257:2,6,12,15,18,

21 258:6,11,14,24 259:5,
7,18 260:23 261:22,24
262:2,15 263:10 264:25
266:4,6,8,19 268:10,21
269:7,22 270:15 271:14,
25 272:23 273:10,23,25
274:4 275:9,23 276:1,2,
6,10,15 278:8,20 279:8,
11 280:9 281:23 282:3,
17,18,21,22,23 284:1,2,
22 285:2,11,21 286:3,5,
13,14,23 287:3,25 288:4,
5,7,9,15,16,19 289:5,6,8
290:13,19 291:2,8,12,16,
18 292:2,25 293:24
294:4,6,7 295:19 296:4,
6,13,14,19,21,22,23,24
297:11 300:2,6,15,16,21
301:3,4,6,7,11,12 302:3
303:2,4 305:23,24,25
306:9,11,25 307:13,14,
19,20 308:2,9,13,15,20
309:1,4,24 310:15
311:21,24 313:3,16
314:2,5,9,10,13,16
315:10,11,19 316:11,17
317:9,10,23 321:4,13
322:3 328:3,4,10 329:22,
25 330:1,5,6,10 331:15
333:6,7,8,12 334:10,13
335:7,8,17,18,21 336:9,
23,25 337:22 338:25
339:7 340:4,10,16
341:20,23 342:6,18
343:12 344:15,23,24
348:3,6 349:1,14,19
351:11,12,14,25 352:5
353:1,4,7,21 354:4,11
355:8 356:11,17,24
358:18 360:3,16 361:14
362:11 363:5,17,22
365:1,6,9,14,20,24

366:1,2,4,5,12,13,14,16,
22,24 367:1,4 368:2,13
369:16 370:24 371:22
372:2,16 373:16 374:3
375:22 376:6 377:7,12,
13 378:11 380:4,13,22
381:7 382:21 383:9,15
384:7,10 385:2,11,23
387:19 388:19 389:12,
16,20,21 390:1 391:10,
14,15 392:7,9,10,13
393:4,6 394:3,12,15,19,
22,23,25 395:8 396:1,10,
20 397:8,16 398:8,13
399:12,21 401:18 402:3,
18,22,23 405:7 406:9,11,
12,13,17 407:18 409:17,
19 410:11,16 411:10
413:4,15,22,24 414:10,
17,19,21 415:13,23
416:3,4

**washed**
271:10

**Washington**
239:11 240:6,24 259:22
260:19,20 261:1,2,7,10,
15,18,21 262:7 263:4
264:19 273:24 274:22
294:7 340:19 412:12,16
416:23

**wasn't**
248:9,19 249:18 254:19
256:24 258:9,23 259:12
263:1 268:13 271:20
277:20 279:21,24 280:6
281:21 282:1 290:25
291:3 293:2,6,18,23
294:2 300:9 313:9,25
314:3,11,18 327:5
329:13,17 330:4,17


@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

336:12 340:6 341:25
348:9,14 349:3 350:25
351:13,18 354:3,5,11
359:6,7 363:8 365:7
366:17 377:2 378:12
379:12 385:4,22 391:9,
15 395:10,20 397:19
404:18

**watch**
342:25

**watched**
262:6 301:15 322:5
414:10

**watching**
261:21,25 262:4 305:15
325:5

**water**
304:2,18 310:5

**way**
240:15 260:16 262:9
264:8 276:3 283:16
302:16 307:10,13 308:25
328:15 329:5 333:19
339:17 351:22 357:9
363:23 364:3 393:23
397:4,9 403:9,13 413:18

**ways**
379:15 400:9

**we**
240:12 241:1 246:7
247:17 249:4,6 262:9,10,
21,22 267:7 268:22
269:7 271:25 272:17,23
273:19 282:1,17 288:16
289:2,11,12 301:15
305:15 310:11 315:19
317:24 320:10 322:4
329:13,17,22,25 330:1
338:9 345:18 346:5

349:8 358:12 363:2,14,
16,20 364:7,12 368:5,9
369:9 372:21 380:22
395:1 396:10 397:25
398:6,7,8,17 401:6,13,14
407:19 409:4 414:10

**We'll**
324:16 416:11

**we're**
260:18 289:16,19 310:8
331:23 345:22 349:12
364:5,15 409:3,7 416:24

**weapon**
283:25 284:5

**wearing**
257:12,15,18,21 258:6,9

**web**
239:6,15

**week**
243:8 375:11,14 385:2
390:9,11 396:11 398:19

**weekend**
356:17,20,22,23

**weekly**
385:3,4

**weeks**
376:11 390:11,14

**weight**
250:10

**well**
244:12,25 251:24,25
252:24 253:17 254:8
259:9 260:7 261:24
262:2 267:13 268:19
278:5 281:23 285:22
287:18,21 292:20
293:15,20 295:22 298:22

299:1 300:8 301:22
302:4,10,23 310:24
311:15 313:5,10 314:18
316:13 317:13 322:21
327:22 328:13 329:24
333:13,25 336:12 337:19
339:12 340:8 343:15
344:2,17,21,25 347:17
355:9 358:1,12,19 362:4
363:4 365:1 368:7,14
377:4 380:16,25 381:8
383:15 386:13 388:21
393:4 395:10 398:1,9
414:13,25

**Wellness**
371:18,20 401:17

**went**
253:4,6,15,18,20,23
262:3,9,23 265:9 269:2,
20,21 270:21 271:15
289:2 306:10 336:20,24
337:5,15 338:10,13
340:21 342:12,13,16
350:11 351:11,21 360:19
373:16 377:14 380:16
388:20 392:5 394:17
395:20,21 396:25 401:4
402:22

**were**
241:9,15,17,23 248:11
256:13 265:16,19 266:16
268:10,15 269:8,12,18
270:3,5 271:17 272:2,9,
13,21 273:21,24 275:8,
25 276:1,4,13,14,17,21,
25 278:2 279:15,17
280:11,23 281:19 283:7,
12 285:23 286:1,14,20
288:21 289:6 291:2
292:1,8 293:5 295:5

@©  AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

297:9,18 298:14,17
299:13 301:15 302:13,17
305:6,13,14,15 306:1,2,
18,24 307:7,9 308:4
309:8,13,20,22,24
311:18 312:18 313:10
314:13,19,22 315:19
316:24 317:2,4,13,24
320:10,11,13,21 321:7
323:14,18 327:12,13,16
328:20 329:2,15,17,19
330:2,13,18,25 332:13,
14,20 333:4,15,22 334:5,
11 337:6 338:16 339:19,
24 350:4,13 351:4,7,9,23
352:2,10,12,16 353:5,23,
25 354:1,7,8,15,19,20,22
355:4,9,24 356:6,13,14,
15,18 357:1,23 358:1,2
359:4,12 360:14,22
361:20 365:16 366:7,9
367:2 369:9,19 372:8
373:4,6 375:1 376:15,21
377:15 378:1,25 379:3,5,
8,17,18,20 380:1,7,8,11,
17 381:2,11 382:12,16
383:16,23 384:1,4,15,16,
19,22 385:6,8,13,17
386:2,19 387:15 388:16
389:22 390:20,21,23,24
391:2,4 396:11,17
397:15,21 398:21 401:24
402:2,19 403:18,25
404:1,7 406:6 407:1
408:4 409:16 410:9
411:1,5 413:8 414:4,7,
13,14 415:1

**weren't**
306:6 316:13 319:4
320:12 328:21 359:8
365:21 374:9 377:1,5,9

379:15 399:20

**West**
242:11 260:19,20 263:4
273:24 274:21 392:21
393:13

**what**
241:6,9,12,21 242:16
244:2,4,22,25 245:6,13,
16 247:4,9 248:21 249:9
250:8,12 253:19 256:5
257:9 258:18,20 261:20
262:7 269:6,12 270:4,8
271:24 272:2,13 273:23
275:1,17 278:7,10,13,15,
17,20 279:5 281:6 284:1,
2,25 286:2 287:24 289:5,
22 290:13 293:18 295:4
296:5 297:11 298:3,7,11,
16,22 299:7,9 301:19
302:3 303:22 304:8
305:2 306:2,9,14 308:4,
23 310:22 313:11 314:6
315:10 320:9 321:5
322:20 323:24 326:10,14
328:10 329:24 331:8,10,
15 334:15,20 337:3,9
344:7 346:19,20,21
347:14,22 353:4,12,13
358:21,24 360:24 363:5
364:25 365:17,23 368:22
371:12,24 372:4,7,14,18,
23 373:9,12,25 374:20
375:21 380:1,4,17
382:24 383:20 384:8
385:6,11,23 386:11,24
388:6 389:21 390:13,15,
22 391:24 392:2 394:10,
14,18 395:4,7 396:3,17
397:6,8 399:14 404:22
406:12 409:23 410:17,19
411:18 413:8,15,17,22

416:1

**what's**
244:21 246:14 255:20
260:7 265:23 267:4,17,
19,24 268:1 280:16
310:22 375:5 403:16

**whatever**
352:20

**whatsoever**
391:18

**when**
242:15,18 247:2 248:13,
21 249:15 252:14 253:20
254:4,8,15,22 255:11,12
256:4,13,18,20,23 257:1,
12,15,18,21 258:4,5,17,
24 259:4,7,10,19 260:8
261:22 264:3 265:25
266:4 268:5,9 269:2
272:4 273:21 274:1,24
275:1,7,17 276:25
277:23 278:2 279:3,4,17
280:23 281:8 284:7
285:10 286:22 287:21
288:6,8,18,24 289:4,6
290:12 293:23 294:3,4
296:10,14,16,17 297:9,
18 298:17 299:13,21
300:1,16 301:25 302:1
305:6,9,12 307:18
310:14 313:13,17 314:2,
9,13 319:1,23 324:15,25
325:12,19 327:12,15
328:8,10 330:13,24
332:10 333:3,12 336:22,
24 337:13 339:19 340:3,
9 342:6 345:14 349:2
351:11,12 352:8 353:25
354:20 355:7 358:7
360:2,6,14,19 362:8

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

365:5,14 366:14,23
368:2,11,12 371:2 374:8,
12 375:1 376:4,9 377:12,
15,23 379:8,22 380:7,17,
21,24,25 382:23 383:16,
19 384:7 385:19 386:19
388:3,5,6,9,16 390:4,10,
20 391:9 393:2,6,7,9,13
394:19,24 395:5,7,15,19
396:10,11,24 397:16
398:21 399:9,24 401:6,
13 402:14 403:15,19,24
404:1 405:9 407:16
408:1,7 409:25 410:9,14
411:14,21 414:7

**whenever**
244:19 349:1 382:17
397:25 398:17

**where**
239:15 242:10 245:23
250:14,17 252:11,24
253:9 254:5,16,20
260:23 262:13,15 263:7
264:16 266:24 267:2
273:21 274:3 275:8
284:8 294:4 297:9,17
298:1,12 315:19 331:3,
16 340:21 343:1 348:25
350:22 353:8 354:8,10
361:17 363:20 366:13
371:17 375:3 376:24
392:15 393:22 395:25
396:9 399:9,12,14
400:24 402:12 405:7
407:20 408:10 414:7

**whereupon**
290:9,15,22 291:5,21
292:12 294:18,23 295:8,
15 297:5,14,23 298:8
311:5 312:4,9,14,22

315:24 316:3 318:10,16
319:10,16 320:6 322:12
324:3,8,17,22 325:9,16,
23 334:22 335:3,13
336:2 343:3

**whether**
299:10 374:16

**which**
243:4 262:3 266:10
276:3 284:4 289:23
302:16 328:15 334:20
337:19,20 340:20 347:17
348:3,5 349:13,18
351:22 362:17 363:21
382:21 383:9 387:4
397:5

**while**
249:13 265:19 279:15
283:7,12 296:19 305:14
307:7 321:12 323:14,18
329:15 330:2 350:4,12
351:4,9,23 352:1,10,16
379:18,20 380:7 382:16
383:23 384:1,4,16,19,22
385:8 386:2 390:23
391:12 392:9 397:15,21
402:19 411:5

**white**
246:20 248:22 251:20
257:13,16 272:10 277:6
279:13 283:8 286:17,19
321:7 326:20 342:11
350:4,12 408:8 415:13

**White's**
342:6

**who**
243:17 248:6,9 262:10
265:18 266:8,15 268:10,
15 270:4 271:7 274:15

275:14 278:16 279:11
283:21 285:12 286:3,5,
13,23 288:4,9,19 290:18
291:8,12,16,18 292:1,8,
15 293:7 295:11 300:2,
15,21 303:2,19 307:18,
24 308:9,13,20 309:1,24
310:15,16 312:17 314:9,
11,15,16 316:7,14 317:2,
4,15 318:5 319:2,14
322:21 326:5 328:12
333:6 335:18 343:8,10
344:2,22 349:1 352:6
361:13 368:1,4,7 386:7
389:16 392:18 393:25
406:14 408:16 413:4
414:17 415:1,18,23
416:3,4

**who's**
242:4 243:24 323:5
332:23 343:23 394:2
411:22 415:9,12

**whole**
356:23

**Whose**
278:18

**why**
241:24 247:11,19
248:18,22 256:8 268:8
276:10,12,16,21 277:17
285:15,18 286:12 287:4
289:6 292:23 293:1
296:18 299:2 300:19
301:5 304:5,10,14 305:9,
17,18,22 306:6,13,21
307:3,23 308:12 309:10,
20 317:24 332:11 333:5,
13,21,25 334:3,14
335:21 336:12 340:8
345:6 346:8,12,16 347:6

350:15 353:3 355:4
359:4,11,21 366:16
367:2 368:14,20 369:10,
15,17 370:2,7,10 374:22,
23 376:7 377:1,5,9 378:4
380:11 382:2 386:16
387:18,22,24 389:2
391:13,14 397:1 399:16
400:3,13,15 401:6,15
402:4 405:5 407:4,8
410:14 415:21

**will**
240:3 244:10 289:22
363:13 406:19 416:13

**windows**
274:4 411:25 412:3,6,12,
16

**wipe**
298:20 299:10

**wiped**
270:15 298:23 299:2,8

**wished**
374:22

**with**
239:20 240:25 241:19
242:2,4 243:17 244:2
247:12 248:19,22 249:15
252:2,5,18 253:3 254:9,
12 255:14,22,24 256:2,5,
20 257:1,13,16,19,22
258:1,5,17,18 259:16,21
260:4 261:23 262:20
265:18 266:5,8,25 268:6
269:3 270:14 272:10
273:1,4,12,16,17 276:19,
22 277:3,7,12 279:9,11
281:24 282:13,14 283:2,
4,8,13,17 284:14,18
285:1,23 288:10,20

290:19 291:9,13,16
292:2,6,9 293:7,21
296:14 297:2,9,18
298:14,17,23 300:9
301:14 304:12,16 305:3,
14 306:9 307:24 308:10,
14,20 309:2,5,7,10,23
310:2,16,19,25 311:9,13,
19,25 313:12,19 315:14
316:14,15 321:4,8,15
322:2,15,23 323:1,6,11
327:15 329:12,15,16,19
330:6,14,15,25 331:8,21
332:12,15 333:6,9 335:8,
17 336:18,25 337:1,21
338:10 339:25 342:12,14
344:1 345:15 346:23,24
349:10,15,18,21,23
350:1 351:13 353:11
355:21 356:1,12 358:11,
14,15 359:12,25 360:7,
14 362:5,6 363:16
364:22 365:13,19 368:4,
8,25 369:3,7,11 370:18,
23 372:6,14,22 373:6,12,
17 374:20,24 375:23
378:22,25 379:3,5 382:4
384:15 385:11,24 389:12
391:5,16,18,21 393:25
396:7,10,18 397:2,13
398:13,15 400:4,8
401:20 402:3,5 403:20,
25 404:4,20,25 405:11,
17 406:16 407:14 408:21
410:12 413:4,10,12
415:18

**within**
341:4 351:17 356:6

**without**
392:10 398:24 403:17

**witness**
240:4,7 245:6 310:6

**witnessed**
367:24

**won't**
246:7 400:24

**words**
284:20 307:14,15

**work**
267:18 353:25 354:16,
17,20 355:15 357:10,15,
18,22,24 362:9,17,22
363:10,23 365:24 366:20
375:12,17 376:4 377:20
378:9,13,16 404:21,23,
25 405:13 406:11

**worked**
375:24

**working**
354:3,5,7 356:11 362:8
365:24 376:7,9,13 392:7
404:18 405:10

**world**
385:24

**worry**
344:10

**would**
239:19 243:15 250:24
282:9 286:6,12 293:10,
17,19 304:9,12,16,17
338:4 340:8 344:2 349:7
358:13 363:1,25 382:3,5
383:13,18 389:3 390:14
391:17 392:12 398:6,9
402:4 407:4,8 409:23,25
412:11

**wouldn't**

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.
TABATHA WASHINGTON - VOL. 3, 10/12/2021
486
Index: wrapped..you

276:8,10 306:5,11
341:11 358:6 375:8
378:5

**wrapped**
255:2,6

**write**
246:18

**written**
241:3 406:10

**wrong**
287:7,9,16 294:21 313:3
354:23 379:21 391:16

---

**Y**

---

**yeah**
244:13,21 245:6,25
246:21 252:1 255:18,20
257:3 263:18 268:21
270:12 275:13 286:11
287:3 288:7 289:1 291:2
295:4,24 296:12 300:11
306:20 310:7 320:20
321:23 333:11 343:20
345:5 354:23 356:7
360:13 363:1 365:10,22
368:24 370:1 371:9
380:9 383:8 384:7
385:11 389:25 390:25
398:3 401:13 403:14

**year**
363:8 376:6,16 377:10
402:5

**years**
266:20 343:15 344:18
373:14 393:11

**yelling**
411:1

**Yep**
265:6

**yes**
241:16 242:13 243:3,10,
11 244:3 247:1 248:17
252:8,9 253:24 254:14,
24 255:10,21,25 256:17,
25 257:3,24,25 258:7,10,
13,16,21 259:17,24
260:14,21,24 261:4,8,14,
16 262:1 264:11,14,21
265:2,6,10,15,22 266:21,
23 267:15 268:4 270:7,
12,18 271:16,19 272:12
273:19 274:7,9,12
276:20 277:16 279:1
282:25 284:15,16,19,24
285:6,25 286:4 288:12,
23 290:14 291:4,10,25
292:4,11,22 293:9,18
294:10 295:13 296:2
297:20,21 299:16 301:24
302:12,15 303:1,21
304:19,24 305:8 306:3
307:1,8,11,16 308:11,24
309:6,9,25 310:17
311:11,20,23 312:1,20
313:2 314:5 315:21
316:9,11 317:6 318:2,7,
15,21 319:15,22 320:3
321:2 322:18,24 325:3,6,
15,22 326:3,8,11,12,15,
18 327:14,25 329:10
330:9,16,19,23 331:2,9,
16,22 332:1,5,9,17,19
333:20 334:2,8 335:20
336:8 337:2,8 338:1,6,
12,15,18,24 339:2,22
340:2,22 343:7,22
344:14,20 345:21 347:1
348:7,24 349:11,17,22

350:2 351:6,24,25
352:11,14,25 354:14
355:3 356:3 357:8,11,16
358:4 359:10,20 360:1
361:6,7,12,25 362:2
364:24 366:11,25 367:16
371:21 372:1 375:2,16,
18 376:3,14,17,23
377:18,25 378:10,14
379:10 381:4,6,10,12,15,
18 382:1,20,23 383:14
384:23 385:10 386:15,22
387:7,10,13,17,21
388:15,23 389:18 390:8,
17 391:3,20,25 392:23
393:1,21 395:24 396:6,
13,16 397:23 398:11
399:24 401:5 402:9,21,
25 404:2,5,13 405:4
407:15 409:18,22 410:2,
5,13,21,25 411:2,7,11,
16,20,24 412:2,4,10,18
413:14 414:3 415:3

**yet**
249:18 259:13 369:5
370:17

**you**
239:19 240:1,3,20,24,25
241:6,12,15,17,19,23
242:10,12,14,16,17,22
243:1,12 244:6,16,25
245:1,9,11,15,22,23
246:2,11,22,23,24 247:4,
6,9,11,19 248:2,11,14,
18,23 249:8,15,24 250:1,
3,5,14,15,17,20,22,24
251:1,3,6,7,8,13,24
252:2,11,14,22,24
253:22,25 254:2,6,9,15,
22 255:3,5,8 256:8,9,12,
15,21 257:1,4,7,9,22

AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

258:1,5,11,18,24,25 259:4,6,9,10,11,14,18, 19,22,25 260:3,8,11,13, 15,19,22,25 261:3,5,9, 12,17,20,21,25 262:2,3, 6,8,13,19,25 263:3,4,7, 21,24 264:3,4,16,19,22, 25 265:2,4,7,8,11,13,16, 19 266:14 267:6,10,16, 22 268:8,9,10,12,24 269:2,3,5,8,12,18 270:5, 11,13,25 271:4,7,9,12,24 272:2,4,9,13,20,25 273:4,5,13,17,21 274:3, 6,8,10,13,17,21,25 275:3,4,8,11 276:3,12, 14,16,17,19,21,25 277:1, 3,6,9,11,14,20 278:1,2,6, 7,13,15,22 279:3,6,14, 17,20,23 280:7,12,23 281:8,18,19 282:2,7,9, 12,21,23,24 283:1,4,7,8, 12,13,17,20,24 284:3,4, 7,8,11,13,17,20,25 285:4,5,7,10,11,15,18, 22,23 286:1,12,18,19,20, 22,23 287:1,4,8,9,14,15, 16,21,22,24 288:2,8,13, 19,20,21,24,25 289:4,6, 7,22,24 290:1,12,13,18, 25 291:2,9,11,12,13,16, 24 292:1,2,5,8,9,15,16, 20,23 293:1,5,6,10,11, 15,16,21,24 294:5,8,9, 12,13 295:1,4,11,18,20, 22 296:18,23 297:1,8,9, 17,18 298:1,6,7,11,13, 14,16,17,22,23 299:6,8, 9,13,14,17,22,23 300:1, 2,5,8,9,10,12,16,19 301:5,16,19,22,23,25 302:4,5,10,13,16,17,23,

24 303:2,5,9,11,12,15, 16,19,20,22 304:5,6,10, 11,14,15,18,20,23,25 305:2,6,9,13,14,15,17, 18,19,22 306:1,2,6,13, 14,16,21,23,24 307:3,6, 7,9,10,23 308:4,8,12,19 309:1,4,7,8,10,13,14,20, 22,23 310:1,4,14,15,18, 24 311:3,8,9,10,12,15, 17,18 312:17,18 313:1,5, 10,11,16,17,24,25 314:1, 9,10,13,19,21,22 315:4, 15,20 316:7,10,13,18,19, 24 317:2,4,7,11,13,20,24 318:1,4,5,13,19,22 319:2,4,19,20,24,25 320:2,9,10,11,12,20 321:3,5,6,7,8,12,22,25 322:1,5,10,15,17,25 323:3,4,6,8,9,11,14,15, 18,19,20,21,22 324:11, 13,25 325:1,12,13,19 326:1,6,9,10,13,14,16, 19,22,24 327:2,7,12,13, 15,16,17,18,21,22,23,24 328:12,15,20,21 329:2,5, 6,8,9,11,13,15,19,22 330:2,7,13,14,15,18,20, 21,24,25 331:8 332:11, 12,13,14,15,20,21 333:4, 5,7,10,13,14,15,16,19, 21,22,25 334:4,5,7,11, 14,15,16,19,25 335:7,16, 18,21,23 336:5,25 337:4, 5,6,12,13,14 338:2,8,10, 16 339:18,20,23,24 340:3,8,9,18 341:9,19,22 342:2,5,8,13,17,20,25 343:6 344:5,12,24,25 345:6,10,13,14,15,19 346:8,12,14,19,21,22,25

347:2,6,13,14,17,21,22, 23 348:2,3,5,6,11,15,20 349:4,7 350:3,10,11,22, 25 351:3,4,7,9,22,23 352:1,2,6,9,10,12,15,16, 23 353:5,13,19,22,25 354:1,7,8,15,19,20,22,24 355:4,9,24 356:4,5,6,13, 15,18,19 357:2,9,10,13, 14,15,17,23,24,25 358:1, 3,21 359:4,8,11,13,16,24 360:4,6,14,18,21,22,25 361:9,10,15,20,23,24 362:1,9,15,19,25 363:19, 21 364:6,7,19,20,22 365:12,19,20 366:5,6,7, 9,22,23 367:2,10,12,15, 19,22 368:6,8,11,14,16, 17 369:2,3,10,15,18,20 370:2,7,13,16,20 371:2, 7,12,17,24,25 372:4,7,8, 14,18 373:6,12,17,23,25 374:3,8,9,11,12,17,20 375:1,3,9,10,12,15,19, 21,24 376:4,7,9,13,15,21 377:1,5,9,15,17,20,22,24 378:1,7,8,12,16,20,22,25 379:3,5,8,9,14,15,17,18, 20 380:1,4,6,7,11,17,18, 23,24 381:1,2,5,8,11,13, 16,19,21,24 382:7,9,12, 15,16,18,24 383:5,9,15, 16,19,22,23,25 384:1,3, 4,6,8,12,15,16,18,19,21, 22 385:8,12,13,15,16,17 386:2,5,6,8,9,11,13,16, 19,24 387:4,14,15,18,20, 22 388:3,13,16,17 389:3, 11,12,15,19 390:2,6,14, 15,18,20,22,23,24 391:1, 4,11,13,17,18,21 392:1, 24 393:2,9,11,13,16,17,

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

19,25 394:10,18,19
395:2,4,9,12 396:7,10,
11,14,17,18,22 397:4,10,
11,12,13,15,17,21 398:1,
9,12,15,18,21,24,25
399:3,6,9,16,20,21,22
400:1,11,18,22,25 401:3,
7,10,11,13,16,18,20,23
402:1,4,7,18,19,23
403:9,17,20,24,25 404:1,
7,11,14,24 405:3,5,11,
17,20 406:4,5,16,21,22,
24 407:1,8,14,16,20,22,
24 408:1,4,7,12,14,17,
20,23 409:16,17,20,23,
24,25 410:6,9,11,14,15,
18,19,23 411:1,3,5,9,10,
12,13,15,18,19,21 412:5,
11 413:2,8,11,16,17,19,
20 414:2,7,8,13,14,15,
22,25 415:1,4,7,10,13,
14,17,19,21 416:1,4,13,
16,18,19

**you'd**
334:6

**you're**
245:24 253:17,19 263:9
288:9,25 299:2,7 316:14
319:4 321:11 322:21
325:4,5,21 330:17
332:23 336:6 337:25
340:9 343:24 344:7
357:6 362:15,21 375:23
380:25 389:3 397:12
399:25 405:9 411:22
416:13

**you've**
241:24 242:15,18 252:5,
6 268:15 278:5 280:19
317:25 326:4 337:3

367:8 388:10,21 392:24
403:17 404:3,19 405:12,
18,21 406:7

**young**
265:18

**your**
239:4 241:1,12 242:4,22
243:1,14,17 246:11,16,
22,23 247:11 250:8,10
251:24 260:23 263:15
265:11,18,21,23 266:14,
15,19 267:13,14,16
268:9 269:18 270:4
271:17,22 273:23
274:17,25 275:2,5,7,18
276:13,25 278:3 279:15,
18 280:16 282:3,5,7,9,
12,13 285:5,8 289:23
292:5 295:2 296:19
299:18 300:10,15
302:14,24 303:13 305:6,
14 307:2,15 311:21,24
313:6 314:2 317:20
321:22 325:2,13,21
332:3 336:17 337:6,13
338:2,14,17,22,25
339:10,13 340:21 341:2,
9 343:1,6,10,16,17,24
344:2,12,13,18,23,25
345:1,3,4 346:8,9,19,22,
25 347:13,21 348:12,15,
16,20,22 349:5,9,15,20,
25 350:1,10,15 351:4
352:1,6,10,15,23 353:5,
21 354:9,25 355:5,10,17,
18,21 356:1,4,14,15
357:2,10,14 360:21
361:10,19,21,23,24
362:6,9 364:18,19,20,23
365:17,20 366:2,6,7,13,
23 367:12,19,23 368:1,6,

7 369:3,4,6,7,11,19
370:22 371:3,13 372:15,
19 373:7,8,13,18 374:5,
9,12,13,17 375:5,20,22
377:17 378:19 379:17
381:21,24 382:7,10,12,
15,18,22 383:6,10,15,19,
23 384:1,3 385:12,16
386:5,8,9,20 387:11,15
388:14,17 389:4,12,13,
20,23 391:6,19 392:2
393:16 394:14,19 395:10
396:11 397:5,16,20
398:1,9,22 399:1,7,14,
17,21 400:1 401:7,8
402:1,5,24 403:9,17,20,
21,24 404:1,4,8,20
405:1,11,17 406:6,25
408:16,17,24 411:4,14

**yourself**
239:20 292:20 295:22
320:21 324:11 335:16
336:5 398:10,22

---

**Z**

---

**Zoom**
239:6,14