# EXHIBIT 13

STATE OF ILLINOIS )
· · · · · · · · · ·) SS:
EASTERN DIVISION· )


· · · IN THE UNITED STATES DISTRICT COURT
· · · FOR THE NORTHERN DISTRICT OF ILLINOIS
· · · · · · · · ·EASTERN DIVISION


TABATHA WASHINGTON and )
DONTE HOWARD,· · · · · )
· · · · · · · · · · · · )
· · · · Plaintiffs,· · )
· · · · · · · · · · · · )
vs.· · · · · · · · · · ) No.: 20 CV442
· · · · · · · · · · · · )
CITY OF CHICAGO,· · · ·)
ET AL.,· · · · · · · · )
· · · · · · · · · · · · )
· · · · · Defendants.· ·)


· · · · · · VIDEOTAPED DEPOSITION OF

· · · · · ·DONTE HOWARD

· · ·Conducted virtually


· · · · September 9, 2021

· · · · 10:10 a.m., CST



Job No.:· 417596



Reported By:· Konni L. Stapf, CSR No. 084-004144


**CERTIFIED TRANSCRIPT**



WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 2..5
DONTE HOWARD, 09/09/2021

---

**Page 2**

```
 1   · · · · · A P P E A R A N C E S
 2   ******************************************
 3   · · · · · ALL PARTIES APPEARED
 4   · · · · REMOTELY VIA ZOOM
 5   ******************************************
 6
     Counsel for Plaintiffs:
 7
         VITALE, VICKREY, NIRO, SOLON & GASEY, LLP
 8       BY:· DYLAN M. BROWN
         311 South Wacker Drive, Suite 2470
 9       Chicago, IL· 60606
         312.236.0733
10       dbrown@vvnlaw.com
11
     Counsel for Defendants:
12
         BORKAN & SCANHILL, LTD
13       BY:· EMILY E. SCHNIDT
         20 South Clark Street, Suite 1700
14       Chicago, IL· 60603
     · · · 312.580.1030
15
16
     Also Present:
17
     · · Nick Perry, AdvancedOne Legal, Videographer
18   · · · · Jim Balodimas
     · · · · Adrian Garcia
19
20
21
22
23
24
25
```

---

**Page 3**

```
·1   · · · · · · · ·INDEX TO EXAMINATION
·2
· · ·WITNESS:· DONTE HOWARD
·3
·4   ·EXAMINATION· · · · · · · · · · · · ·PAGE
·5   ·By Ms. Schnidt · · · · · · · · · · ·6, 260
·6   ·By Mr. Brown · · · · · · · · · · · ·258
·7
·8
·9
10   · · · · · · ·INDEX TO EXHIBITS
11   ·NUMBER· DESCRIPTION· · · · · · · · ·MARKED
12   · ·1· ·Photograph· · · · · · · · · · 61
     · ·2· ·Photograph· · · · · · · · · · 62
13   · ·3· ·Photograph· · · · · · · · · · 63
     · ·4· ·Photograph· · · · · · · · · · 65
14   · ·5· ·Photograph· · · · · · · · · · 70
     · ·6· ·Photograph· · · · · · · · · · 73
15   · ·7· ·Map· · · · · · · · · · · · · ·81
     · ·8· ·Map· · · · · · · · · · · · · ·122
16   · ·9· ·Video clip· · · · · · · · · · 164
     · 10· ·Video clip· · · · · · · · · · 201
17   · 11· ·Answers to Interrogatories· ·207
     · 12· ·Grand Jury testimony of· · · 213
18   · · · ·Detective Alonzo
     · 13· ·Supplemental Responses· · · ·234
19   · 14· ·Rush Hospital letter· · · · ·253
20
21
22
23
24
25
```

---

**Page 4**

```
·1   · · · · · · · ·DONTE HOWARD,
·2   a witness herein, having been first duly sworn
·3   remotely, by agreement of counsel, to speak the
·4   truth and nothing but the truth, was examined and
·5   testified as follows:
·6
·7   · · · · ·THE VIDEOGRAPHER:· Okay.· Good morning.
·8   My name is Nick Perry, your videographer, and I
·9   represent AdvancedOne Legal located on Zoom.· The
10   phone number is 866.715.7770.· Today's date is
11   September 9, 2021, and the time is now,
12   approximately, 10:10 a.m.
13   · · · · ·This is the start of media label number
14   one of the Zoom deposition of Donte Howard in the
15   matter of Tabatha Washington and Donte Howard
16   versus the City of Chicago, et al., taking place in
17   the U.S. District Court for the Northern District
18   of Illinois.
19   · · · · ·This deposition is being taken by Zoom
20   web conferencing where the deponent, counsel, and
21   the court reporter are attending the deposition via
22   internet connected from their separate locations.
23   This is being taken on behalf of the defendant.
24   · · · · ·Counsel, will you, please, identify
25   yourselves starting with the questioning attorney.
```

---

**Page 5**

```
·1   · · · · ·MS. SCHNIDT:· Emily Schnidt.
·2   · · · · ·MR. BROWN:· And Dylan Brown on behalf
·3   of the plaintiffs.
·4   · · · · ·THE VIDEOGRAPHER:· Thank you.· The
·5   court reporter today is Konni Stapf with
·6   AdvancedOne Legal.· Will the court reporter,
·7   please, swear in the witness.
·8
·9   · · · · · · · ·DONTE HOWARD,
10   a witness herein, having been first duly sworn
11   remotely, by agreement of counsel, to speak the
12   truth and nothing but the truth, was examined and
13   testified as follows:
14
15   · · · · · THE VIDEOGRAPHER:· Thank you.· You may
16   proceed.
17   · · · · ·MS. SCHNIDT:· I should you have brought
18   this up before we went on the record.· Dylan, there
19   is supposed to be a camera on you.
20   · · · · ·MR. BROWN:· Okay.
21   · · · · ·MS. SCHNIDT:· My only concern is
22   because this is a video deposition, will you object
23   to the playing of this video where you're on the
24   camera as well in court?
25   · · · · ·MR. BROWN:· No.
```

---



AdvancedONE LEGAL          (866) 715-7770
                           advancedONE.com

1 · · · · · · · · ·MS. SCHNIDT:· Okay.· Thank you.

2

3 · · · · · · · · · EXAMINATION

4 ·BY MS. SCHNIDT:

5 · · · ·Q.· · Sir, can you, please, state your name

6 ·for the record.

7 · · · ·A.· · Donte Howard.

8 · · · ·Q.· · And can you spell your first and last

9 ·name?

10 · · · ·A.· · D-o-n-t-e, Donte, H o w a r d, Howard.

11 · · · ·Q.· · How old are you, Mr. Howard?

12 · · · ·A.· · 37 years old.

13 · · · ·Q.· · What's your date of birth?

14 · · · ·A.· · · · · · · · · · · .

15 · · · ·Q.· · Have you ever been known by any other

16 ·name than Donte?

17 · · · ·A.· · Yes.

18 · · · ·Q.· · What names?

19 · · · ·A.· · DT and Taste.

20 · · · ·Q.· · Can you spell that last one?

21 · · · ·A.· · T-a-s-t-e.

22 · · · ·Q.· · Taste?

23 · · · ·A.· · Yes.

24 · · · ·Q.· · Okay.· Have you ever given any other

25 ·name when you've been arrested?

1 · · · ·A.· · Yes.

2 · · · ·Q.· · What?

3 · · · ·A.· · Is we talking about the day in

4 ·question?

5 · · · ·Q.· · At any point in time.

6 · · · ·A.· · Oh, no.· Arrested, no.

7 · · · ·Q.· · Have you ever given any other name when

8 ·you've interacted with the police?

9 · · · ·A.· · Yes.

10 · · · ·Q.· · What names?

11 · · · ·A.· · Jermaine Johnson one time.

12 · · · ·Q.· · And when was that time?

13 · · · ·A.· · The day, that May 30th, I believe.

14 · · · ·Q.· · Of 2018?

15 · · · ·A.· · Yes.

16 · · · ·Q.· · May 30, 2018, correct, sir?

17 · · · ·A.· · Yes.

18 · · · ·Q.· · What is your highest level of education

19 ·currently?

20 · · · ·A.· · 11th.

21 · · · ·Q.· · Are you pursuing your G.E.D.?

22 · · · ·A.· · At the date I was.

23 · · · ·Q.· · Presently are you pursuing your G.E.D.?

24 · · · ·A.· · No, not at the -- not present, no.

25 · · · ·Q.· · When is the last time that you took any

1 ·courses towards a G.E.D.?

2 · · · ·A.· · 2000 -- last year.· Last year, right

3 ·before COVID, I believe, in March.· March of 2020.

4 · · · ·Q.· · Why did you stop taking courses in

5 ·March of 2020?

6 · · · ·A.· · Well, when the pandemic started, they

7 ·cut out the school, and they went to Zoom, but I

8 ·wasn't able to keep up with that, and I was working

9 ·at the time.· It was pretty hard to do both.

10 · · · ·Q.· · Were you pursuing your G.E.D. in May of

11 ·2018?

12 · · · ·A.· · Yes.

13 · · · ·Q.· · When did you start your courses for

14 ·that portion of your schooling?

15 · · · ·A.· · It was -- it was the spring semester.

16 ·So I believe it started in April.

17 · · · ·Q.· · Then you were arrested on June 4, 2018,

18 ·correct?

19 · · · ·A.· · Yes.

20 · · · ·Q.· · All right.· When is the next time that

21 ·you started taking courses towards your G.E.D.?

22 · · · ·A.· · That would be April of 20 -- 2020.

23 · · · ·Q.· · You said that you stopped taking

24 ·courses in March of -- the semester started in

25 ·March of 2020?

1 · · · ·A.· · Yes.

2 · · · ·Q.· · Okay.· When did you -- so you stopped

3 ·taking courses in June of 2018, correct?

4 · · · ·A.· · Yes.

5 · · · ·Q.· · When is it -- when did you start taking

6 ·courses again?

7 · · · ·A.· · 2020, after I was released from Cook

8 ·County Jail.

9 · · · ·Q.· · When in 2020 did you start?

10 · · · ·A.· · March.· March.· Sorry if I have the

11 ·dates wrong.· It was so long ago, but I believe it

12 ·was March.

13 · · · ·Q.· · Well, we're talking about last year,

14 ·right?

15 · · · ·A.· · Yes.

16 · · · ·Q.· · Okay.· So last year when did you start

17 ·taking courses?

18 · · · ·A.· · March.

19 · · · ·Q.· · And in March of 2020 you also stopped

20 ·taking courses?

21 · · · ·A.· · No, I stopped in -- okay.· Well, okay.

22 ·Okay.· Well, I had to start in February.· February.

23 · · · ·Q.· · Okay.· Why did you not pursue taking

24 ·any G.E.D. courses from November 2019 to,

25 ·approximately, February 2020?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 10..13
DONTE HOWARD, 09/09/2021

Page 10

·1 · · A.· ·I had to wait on the -- on the semester
·2 to start, I believe.· You can't jump right in, like
·3 in the middle of a semester.· You have to wait on
·4 either spring or the winter semester.
·5 · · Q.· ·**In May of 2018 or -- I'm sorry.· Strike**
·6 **that.**
·7 · · · · · **In April 2018 when you started taking**
·8 **your G.E.D. courses, where were you taking those**
·9 **courses?**
10 · · · · ·MR. BROWN:· Objection.· Misstates the
11 prior testimony.
12 BY MS. SCHNIDT:
13 · · Q.· ·**Go ahead, sir.**
14 · · · · ·THE WITNESS:· Should I?
15 · · · · ·MR. BROWN:· Yes.
16 · · A.· ·Truman College.
17 BY MS. SCHNIDT:
18 · · Q.· ·**Then in February of 2020 where were you**
19 **taking those courses?**
20 · · A.· ·Malcolm X.
21 · · Q.· ·Why did you switch -- switch schools?
22 · · A.· ·Malcolm X was closer.
23 · · Q.· ·And Malcolm X's spring semester started
24 **in, approximately, February?**
25 · · A.· ·I believe so.

Page 11

·1 · · · ·Q.· ·**Did Truman College's spring semester**
·2 ·**start earlier than February?**
·3 · · · ·A.· ·I'm not sure.
·4 · · · ·Q.· ·**Prior to April of 2018, had you taken**
·5 ·**any G.E.D. courses?**
·6 · · · ·A.· ·I can't remember if I did.
·7 · · · ·Q.· ·**So would it be accurate to say that you**
·8 ·**just started taking G.E.D. courses shortly before**
·9 ·**your arrest?**
10 · · · ·MR. BROWN:· Objection, form.
11 · · · ·A.· ·I'm not sure.
12 ·BY MS. SCHNIDT:
13 · · · ·Q.· ·**Why did you decide to pursue your**
14 ·**G.E.D.?**
15 · · · ·A.· ·For, you know, opportunities, work
16 ·opportunities.· I started to get my G.E.D. so I
17 ·could enter into a college, get college credits and
18 ·pursue a career.
19 · · · ·Q.· ·**What -- what career were you intending**
20 ·**to pursue when you started getting your G.E.D.**
21 ·**credits or started taking G.E.D. classes?**
22 · · · ·A.· ·Some type of, like, drug abuse
23 ·counselor or, you know, I had my options.· I was
24 ·still undecided, but I was leaning towards like
25 ·some type of drug counselor, maybe.

Page 12

·1 · · Q.· ·**Why is that?**
·2 · · A.· ·Well, I dealt with addiction myself so
·3 I knew a little bit about it and, you know, the
·4 drug that I was dealing with, you know, I did a lot
·5 of studying on it, and I felt that maybe I could be
·6 of help to people.
·7 · · Q.· ·**When is it that you decided to pursue**
·8 **taking G.E.D. courses?**
·9 · · A.· ·Well, I always wanted to, I just never
10 had the time to do it.· I just never really, you
11 know, stuck it out and did it.
12 · · Q.· ·**So what was the turning point when you**
13 **decided to go ahead and start whenever you started?**
14 · · · · ·MR. BROWN:· Objection, asked and
15 answered.
16 · · A.· ·After I -- I did a short time in a
17 rehab program.· After I came out of that, I decided
18 it was time.
19 BY MS. SCHNIDT:
20 · · Q.· ·**When did you start that rehab program?**
21 · · A.· ·Some time in February of 2017, I
22 believe.
23 · · Q.· ·**When did you finish the rehab program?**
24 · · A.· ·The beginning of March or the end of
25 February.· I was only there eleven days.

Page 13

·1 · · · ·Q.· ·**So that time, those eleven days that**
·2 ·**you were in the rehab program, is what inspired you**
·3 ·**to pursue drug addiction counseling as a career**
·4 ·**path?**
·5 · · · ·A.· ·I would say it had -- I would say it
·6 ·had a lot to do with it, yes.· You know, seeing the
·7 ·other side of addiction and those affected by it.
·8 · · · ·Q.· ·**Okay.· So I'm trying to understand the**
·9 ·**time frame of when you started pursuing the G.E.D.**
10 ·**courses, and you testified that you weren't really**
11 ·**sure, so I want to try and narrow it down.**
12 · · · · · ·**You got --**
13 · · · ·A.· ·Okay.
14 · · · ·Q.· ·**You got out of the rehab program around**
15 ·**end of February, beginning of March of 2017.· From**
16 ·**that point in time until April of 2018, when you**
17 ·**were in that spring semester that -- during that**
18 ·**time frame that you got arrested?**
19 · · · ·A.· ·Yes.
20 · · · ·Q.· ·**Had you finished any semester for your**
21 ·**G.E.D. program?**
22 · · · ·A.· ·No.
23 · · · ·Q.· ·**Okay.· So the first time that you**
24 ·**started pursuing your G.E.D. courses, was it that**
25 ·**spring semester in April of 2018?**

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 14..17
DONTE HOWARD, 09/09/2021

Page 14

·1 · · A.· ·Yes.

·2 · · Q.· ·So had you only been pursuing your
·3 G.E.D. for, approximately, one to two months before
·4 your arrest?

·5 · · A.· ·About, yes.· Yes.

·6 · · Q.· ·Then you were arrested and after you
·7 got out of jail, you started taking G.E.D. courses
·8 again in February or March of 2020; is that right?

·9 · · A.· ·Yes.

10 · · Q.· ·And then you stopped those courses
11 because of COVID?

12 · · A.· ·Yes.

13 · · Q.· ·Okay.· So in totality have you pursued
14 your G.E.D. for about three to four months?

15 · · A.· ·I wouldn't say -- I'm not sure of the
16 time total, but it sounds about right, maybe.

17 · · Q.· ·Okay.· Have you attempted to go back to
18 get your -- to continue pursuing your G.E.D. since
19 March of 2020?

20 · · A.· · No.

21 · · Q.· · Why not?

22 · · A.· · I've been working.· I've been looking
23 after my mom.· It's pretty difficult to do now
24 being the state of my mother.

25 · · Q.· ·What do you mean being the state of

Page 15

·1 ·your mother?

·2 · · · A.· ·I have an elderly mom that's dealing
·3 ·with, you know, the first stages of old timers, so
·4 ·you know, I have to spend a lot of time with her.

·5 · · · Q.· ·Have you completed any -- how does it
·6 ·work for a G.E.D., do you get credits?

·7 · · · A.· ·Well, Malcolm X and Truman, they --
·8 ·basically, they just -- they just get you ready for
·9 ·the test, and you can take the test when you feel
10 ·as though you're ready.

11 · · · · · ·It's not really, like, credits or
12 ·anything like that, but if you score high enough,
13 ·they put you in a Gateway program where you can
14 ·start working towards college credits while you're
15 ·attempting to get your G.E.D.

16 · · · Q.· ·Did you have any schedule to or any
17 ·date on the calendar to take your G.E.D. test at
18 ·any point in time?

19 · · · A.· ·No.

20 · · · Q.· ·Approximately, how many months of
21 ·studying does it take to get your -- to -- has
22 ·either college conveyed to you what it takes to be
23 ·ready to take your G.E.D. test?

24 · · · A.· ·It's really at your comfort, you know,
25 ·when you feel as though you're ready.· They don't

Page 16

·1 ·give you a certain time that they think you'll be
·2 ·ready.· It's more about how you feel and how
·3 ·comfortable you are with taking it.

·4 · · · Q.· ·Is there any sort of set curriculum
·5 ·that you are supposed to follow in order to get
·6 ·ready for the G.E.D.?

·7 · · · A.· ·Just attendance.· Attendance keeps you
·8 ·in the program.· That's, basically, all they
·9 ·require is that you be there.

10 · · · Q.· ·While you were in jail, did you take
11 ·any classes to pursue your G.E.D.?

12 · · · A.· ·It wasn't offered.

13 · · · Q.· ·Have you ever -- did you ever take any
14 ·college courses at any point in your life?

15 · · · A.· ·No, I haven't.

16 · · · Q.· ·In the last year and a half since --
17 ·well, strike that.

18 · · · · · ·Since you were released from jail, what
19 ·have you been doing with your time?

20 · · · · · ·MR. BROWN:· Objection.· Calls for a
21 ·narrative, form.

22 ·BY MS. SCHMIDT:

23 · · · Q.· ·Go ahead.

24 · · · A.· ·I've been working.· Working, taking
25 ·care of my mom.· Doing a little -- doing jobs, you

Page 17

·1 know, like cutting hair and, you know, different
·2 things to keep myself busy.

·3 · · · · · Mostly, I've been doing a lot of
·4 studying with the Bible and things like that,
·5 building my spiritual self.

·6 · · · Q.· ·When did you start building your
·7 spiritual self?

·8 · · · A.· ·I found Christ while I was incarcerated
·9 in Division 9.

10 · · · Q.· ·While you were in jail in Division 9?

11 · · · A.· ·Yes.

12 · · · Q.· ·How did you find Christ during that
13 time?

14 · · · A.· ·Well, I -- you know, I was dealing with
15 a lot of situations that I couldn't really do
16 nothing about, so I reached out and I asked Him to
17 come into my heart and help me with my situation,
18 and I was on the Christian deck also so.

19 · · · Q.· ·So it was just like your own personal
20 led journey?

21 · · · A.· ·Would you rephrase that?

22 · · · Q.· ·Sure.· Was it just -- you didn't have
23 anybody guiding you in finding Christ; it was just
24 something that you did yourself?

25 · · · A.· ·Yes, you can say that.· You can say

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 18..21
DONTE HOWARD, 09/09/2021

Page 18

1  that.
2  · · · Q.· · And since -- I'm sorry.· Go ahead.
3  · · · A.· · It was certain -- there was certain,
4  like, people would come in, like, Christians and
5  they would come in, and they would mentor us, but
6  you know, it's -- it's -- it's more of yourself.
7  No one can -- no one can invite Christ into your
8  life for you.· That's something you have to accept.
9  · · · Q.· · Since being released from jail, in what
10 ways do you believe you've been building your
11 spiritual self?
12 · · · A.· · When I do -- just, basically, you know,
13 putting God first, studying -- doing a lot of
14 studying and trying to just live a life pleasing to
15 Him, I would say.
16 · · · Q.· · What do you mean by studying?· What do
17 you do to study as part of your spiritual life?
18 · · · A.· · Bible.
19 · · · Q.· · You read the Bible?
20 · · · A.· · Study, read.· Study is like, you know,
21 I can take maybe read a verse and really dig into
22 that verse.· They have cross references in the
23 Bible and, you know, different things.· I have a
24 lot of books on commentary and that sort of stuff.
25 · · · Q.· · What are some of the names of the books

Page 19

1  that you have?
2  · · A.· · Kingdom Man.· I have the Holiness of
3  God.· I have John McArthur.· I have a couple of
4  books.· I really can't name them all.
5  · · Q.· · So Kingdom Man, the olderness of God?
6  · · A.· · Holiness of God.
7  · · Q.· · Holiness of God.· You said John
8  McArthur, is that an author?
9  · · A.· · Yes, he's a theologist.
10 · · Q.· · How many books do you have of his?
11 · · A.· · I have a Bible, and I have a study
12 guide.
13 · · Q.· · What's the name of that study guide?
14 · · A.· · Walking in the Likeness of Christ, I
15 believe.
16 · · Q.· · Any other books that you use to study?
17 · · A.· · Some -- I can't remember the names of
18 them all.· I have prayer books.· I have a lot of
19 stuff, different stuff.
20     Q.     Did you ever go to Triton College?
21     A.     Triton?
22     Q.     Yes.
23     A.     No.· Triton?· No, I don't believe so.
24     Q.     And for the -- prior to your arrest for
25 the, approximate, one to two months that you were

Page 20

1  pursuing your G.E.D. program, how many hours a day
2  did you spend studying and going to courses for the
3  G.E.D.?
4  · · · A.· · You mean in class or out?
5  · · · Q.· · Well, let's take them separately, I
6  guess.· How many hours per week did you spend in
7  class for your G.E.D. prior to your arrest?
8  · · · A.· · 12 to 15 hours a week in class.
9  · · · Q.· · And outside of those 12 to 15 hours,
10 how many hours per week did you spend studying for
11 your G.E.D.?
12 · · · A.· · Usually when I -- is this question
13 before my arrest or was this after?
14 · · · Q.· · Yes, before your arrest.
15 · · · A.· · Okay.· I did a lot of studying, maybe
16 three hours a day at the school.
17 · · · Q.· · And now after your arrest for the,
18 approximate, one month that you were in the G.E.D.
19 program, how many hours did you spend per week in
20 classes?
21 · · · A.· · 20 -- maybe 20 hours, 16 to 20 hours
22 per week in class.
23 · · · Q.· · And how many hours per week did you
24 spend studying on your own?
25 · · · A.· · An hour, I would say an hour a day.· I

Page 21

1  was working, so I didn't get much study time in.
2  · · · Q.· · So if you'd spent three hours prior to
3  your arrest, if you spent three hours per day
4  studying, that's 21 hours for the week plus 12 to
5  15 hours in class studying, that's 33 hours a week
6  of studying and taking courses.
7  · · · · · · Are you saying that amount of time for,
8  approximately, one to two months did not prepare
9  you to take your G.E.D.?
10 · · · A.· · Well, it was still areas that I needed,
11 that I felt that I needed that I didn't take while
12 I was in high school that we hadn't reached yet, as
13 far as our studying.
14 · · · · · · So I was really rebuilding, like, what
15 I knew, like decimals, working with decimals.· We
16 hadn't really got to geometry.· That was a field
17 that I really couldn't understand, so I was giving
18 myself enough time to, you know, acquire these
19 skills that I was lacking.
20 · · · Q.· · When you were in jail, did you continue
21 studying on your own?
22 · · · A.· · I didn't have anything to study.
23 · · · Q.· · Did you request people send you books
24 or manuals for you to read?
25 · · · A.· · No.

(C)    AdvancedONE    (866) 715-7770
LEGAL              advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 22..25
DONTE HOWARD, 09/09/2021

Page 22

1 · · · · Q. · ·Why not?

2 · · · · A. · ·I was mostly studying the word of God.

3 · · · · Q. · ·So you didn't ask people to send you

4 · any books or manuals to continue persuing your

5 · G.E.D. while you were in jail because instead you

6 · were focused on the Bible?

7 · · · · A. · ·Yes.

8 · · · · Q. · ·Any other reason why you didn't ask

9 · anybody to send you any course -- any materials to

10 · continue preparing for your G.E.D. test?

11 · · · · A. · ·I really didn't have anyone.· My mother

12 · was pretty old, so I didn't really want to bother

13 · her with too much of anything, so no.

14 · · · · Q. · ·Did anybody send you anything while you

15 · were in jail?

16 · · · · A. · ·What do you mean anything?· Like what?

17 · · · · Q. · ·Did you get any books?

18 · · · · A. · ·No.

19 · · · · Q. · ·Did people visit you when you were in

20 · jail?

21 · · · · A. · ·My mother.

22 · · · · Q. · ·Anybody else?

23 · · · · A. · ·I got a visit from my brother one time.

24 · He's in Texas.· He came up and seen me.· That's

25 · about it.

Page 23

1 · · · · Q. · ·What's your mother's name?

2 · · · · A. · ·May Howard.

3 · · · · Q. · ·And how often would your mother visit

4 · you while you were in jail?

5 · · · · A. · ·As she was able.

6 · · · · Q. · ·Are you able to estimate?

7 · · · · A. · ·Maybe once a month, depending on, like,

8 · you know, the season, you know, if she was able to

9 · make it.· She doesn't drive so.

10 · · · · Q. · ·And you were in jail -- how long were

11 · you in jail for?

12 · · · · A. · ·18 months.

13 · · · · Q. · ·So in the, approximate, 18 visits that

14 · your mom made to you, you never asked her once to

15 · bring you any of the G.E.D. materials you had been

16 · studying?

17 · · · · A. · ·That's not allowed.· No one can bring

18 · you anything to the jail.

19 · · · · Q. · ·No one can bring you any documents of

20 · any kind to the jail?

21 · · · · A. · ·No, ma'am.

22 · · · · Q. · ·Can they mail you materials?

23 · · · · A. · ·Sure.

24 · · · · Q. · ·Did you ask your mother to mail you

25 · anything?

Page 24

1 · · · · · · · MR. BROWN:· Objection, asked and

2 · answered.

3 · BY MS. SCHNIDT:

4 · · · · Q. · ·Go ahead.

5 · · · · A. · ·I didn't want to bother her to do so.

6 · She's very old fashioned in, like, the way of the

7 · world and having to order things on the internet.

8 · She's not able to operate the internet, so I didn't

9 · bother with that.

10 · · · · Q. · ·Well, didn't you have the G.E.D.

11 · materials at your house?

12 · · · · A. · ·I had some material at my house, yes.

13 · Maybe like some -- nothing to -- like books, you

14 · can't really -- the books have to be new.· You have

15 · to order books.· You can't really send books unless

16 · they are, like, ordered from Amazon or something

17 · like that.· They are very, you know, tough on that.

18 · · · · Q. · ·You're saying the jail rules are in

19 · order for you to receive a book, it has to be a

20 · brand new book?

21 · · · · A. · ·Not that, but most of the books that I

22 · had, it had spines on it, and that's not -- that's

23 · not allowed.· When it has a hardback, it's not

24 · allowed.· It would have to be a soft copy.

25 · · · · Q. · ·So what were you talking about you

Page 25

1 · can't have anything new; what was that about?

2 · · · · A. · ·I say it would have to be new in order

3 · to receive it, and it would have to be a soft back.

4 · · · · Q. · ·So the jail rules are in order to

5 · receive a book, it needs to be paperback and it

6 · needs to be brand new?

7 · · · · · · · MR. BROWN:· Objection.· Misstates his

8 · prior testimony.

9 · BY MS. SCHNIDT:

10 · · · · Q. · ·Go ahead.

11 · · · · A. · ·I believe so.· Something like that.

12 · · · · Q. · ·So it's for that reason because you

13 · didn't have any paperback books that were brand

14 · new, you didn't ask your mother to send you any

15 · G.E.D. materials?

16 · · · · · · · MR. BROWN:· Objection.· Misstates his

17 · prior testimony and form.

18 · · · · A. · ·I would say so.

19 · BY MS. SCHNIDT:

20 · · · · Q. · ·How about your brother, what's his

21 · name?

22 · · · · A. · ·Bruce Ware.

23 · · · · Q. · ·Can you spell his last name?

24 · · · · A. · ·W-a-r-e.

25 · · · · · · · (Whereupon the court reporter lost

(C)    AdvancedONE    (866) 715-7770
       LEGAL          advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 26..29
DONTE HOWARD, 09/09/2021

Page 26

1  internet connection and the following testimony was
2  filled in from the video recording.)
3  BY MS. SCHNIDT:
4  · · · Q. · · When he visited you, did you ask him --
5  · strike that.
6  · · · · · · Did you ever ask him, whether you spoke
7  · to him or when he visited you, to send you any
8  · G.E.D. materials so you could continue studying for
9  · your G.E.D.?
10 · · · A. · · No.
11 · · · Q. · · Why not?
12 · · · A. · · I was entirely focused on getting
13 · closer to God.
14 · · · Q. · · Okay.· So is it really you didn't ask
15 · anybody to send you any materials to continue
16 · pursuing your G.E.D. because instead you were
17 · focused on reading the Bible?
18 · · · A. · · That and it was very difficult to
19 · receive things, so I put my attention towards what
20 · I had.
21 · · · Q. · · Where did you get the Bible?
22 · · · A. · · I was on a deck that they brought them
23 · pretty normally.· I got my first Bible from
24 · division -- when I was in Division 10.· I went down
25 · to chapel, and I came back with a Bible.· I still

Page 27

1  have the Bible.
2  · · Q. · · You were allowed to take that Bible
3  with you?
4  · · A. · · Well, take it with me?· Yes, they
5  allowed me back up with it.
6  · · Q. · · I'm sorry.· I meant you were allowed to
7  leave the jail with the Bible?
8  · · A. · · Yes.· It was my property.
9  · · Q. · · Mr. Howard, what documents did you
10 review in preparation for your deposition today?
11 · · A. · · Interrogatories.
12 · · Q. · · Interrogatories?
13 · · A. · · I have a speech impairment.
14 · · · · · MS. SCHNIDT:· Hold on one second.
15 Konni, did I miss your call?· Konni, you're on
16 mute.
17 · · · · · THE COURT REPORTER:· Sorry about that.
18 I was booted off.· I don't know what happened.· But
19 I got his last answer spelling his brother's name.
20 · · · · · (Discussion off the record.)
21 · · · · · THE VIDEOGRAPHER:· Standby.· We're now
22 going off the record.· The time is 10:41 a.m.
23 · · · · · (Recess taken.)
24 · · · · · THE VIDEOGRAPHER:· We are now going
25 back on the record.· The time is 11:49 a.m.

Page 28

1  BY MS. SCHNIDT:
2  · · · Q. · · Okay.· Mr. Howard, prior to us going
3  · off the record, I was asking you what documents
4  · that you reviewed in preparation for your
5  · deposition, and I know that you said
6  · interrogatories or some other variation of that
7  · word.· It's kind of difficult to say.
8  · · · · · · Other than the interrogatories, what
9  · other documents did you review?
10 · · · A. · · That's it.
11 · · · Q. · · Have you reviewed -- now, this question
12 · is generally, have you ever looked at any of the
13 · police reports in this case?
14 · · · A. · · No.
15 · · · Q. · · Have you seen any video?
16 · · · A. · · No.
17 · · · Q. · · And you understand that I'm asking you
18 · at any point in time from the date of your arrest
19 · to today have you seen any video?
20 · · · A. · · No.
21 · · · Q. · · Have you reviewed any deposition
22 · transcripts of any person who's testified in this
23 · case?
24 · · · A. · · Can you repeat that question, please.
25 · · · Q. · · Have you seen any -- have you reviewed

Page 29

1  any deposition transcripts of anybody who has
2  testified in this case?
3  · · A. · · No.
4  · · Q. · · Do you know -- so when I'm talking
5  about a deposition transcript, it's a line by line
6  question and answer where there's numbers along the
7  side.· Have you seen anything like that related to
8  this case?
9  · · · · · MR. BROWN:· Objection, asked and
10 answered.· He said the only thing he's reviewed are
11 the interrogatories.
12 · · · · · MS. SCHNIDT:· I don't need your
13 speaking objection.· Asked and answered is fine.
14 BY MS. SCHNIDT:
15 · · Q. · · Go ahead, sir.
16 · · A. · · No.
17 · · Q. · · Have you reviewed any criminal trial
18 testimony?
19 · · · · · MR. BROWN:· Asked and answered.
20 · · A. · · No.
21 BY MS. SCHNIDT:
22 · · Q. · · Do you have any documents showing what
23 your schedule was for your G.E.D. program?
24 · · A. · · I'm not sure.· Before or after my
25 arrest?

WASHINGTON vs CITY OF CHICAGO, et al.                                    Pages 30..33
DONTE HOWARD, 09/09/2021

---

Page 30

1 · · · Q. · ·Both.
2 · · · A. · ·If I do, it will be hard to find. I'm
3 ·not sure if I do, though.
4 · · · Q. · ·Do you have any documents showing your
5 ·attendance for your G.E.D. classes?
6 · · · A. · ·I'm not sure.
7 · · · Q. · ·Were any documents created to show how
8 ·frequently you were studying for the G.E.D.?
9 · · · · · ·MR. BROWN: Objection, foundation.
10 · · · A. · ·I don't believe so.
11 ·BY MS. SCHNIDT:
12 · · · Q. · ·Did you like have to submit any sort of
13 ·time record or journal entry or anything to a
14 ·teacher or the school to indicate how often you
15 ·were studying?
16 · · · A. · ·No.
17 · · · Q. · ·Were G.E.D. courses offered in Cook
18 ·County Jail while you were there?
19 · · · · · ·MR. BROWN: Objection, asked and
20 ·answered.
21 · · · A. · ·No. Not where I was at, no.
22 ·BY MS. SCHNIDT:
23 · · · Q. · ·Where were they offered?
24 · · · A. · ·I'm not sure. I'm not sure, but I'm
25 ·pretty sure they have G.E.D. in the Cook County

Page 31

1 ·Jail, but not in Division 9 at the time that I was
2 ·there there wasn't.
3 · · · Q. · ·Were you in Division 9 or Division 10?
4 · · · A. · ·I started in Division 10, and then I
5 ·was transferred to Division 9.
6 · · · Q. · ·How long were you in Division 10?
7 · · · A. · ·I'm not sure. Maybe two weeks, two,
8 ·maybe two weeks.
9 · · · Q. · ·And the remainder of the 18 months was
10 ·spent in Division 9?
11 · · · A. · ·Yes.
12 · · · Q. · ·For the two weeks that you were --
13 ·strike that.
14 · · · · · ·Actually, for the two weeks that you
15 ·were in Division 10 were G.E.D. courses offered?
16 · · · A. · ·I'm not sure.
17 · · · Q. · ·Okay. Before we go further with this
18 ·deposition, I just want to establish some ground
19 ·rules with you.
20 · · · · · ·First of all, you're doing a great job
21 ·of this. Make sure you let me finish my answer
22 ·before you give your question. It's for the ease
23 ·of the court reporter. Do you understand that?
24 · · · A. · ·Yes.
25 · · · Q. · ·Okay. And if I accidentally interrupt

Page 32

1 ·you, it will be an accident, and I apologize, and I
2 ·give you an opportunity to finish. Okay?
3 · · · A. · ·Okay.
4 · · · Q. · ·If you say uh-huh or huh-uh, I'm going
5 ·to ask you is that a yes or no because I need to
6 ·make sure that we get your answer down on the
7 ·record. Do you understand that?
8 · · · A. · ·Yes.
9 · · · Q. · ·If I ask you any question that you
10 ·don't know or you don't remember, please let me
11 ·know. I'm happy -- I may ask you some questions to
12 ·see if I can jog your memory, but if at the end of
13 ·the day, you'd be guessing, just tell me you'd be
14 ·guessing and let me know. Okay?
15 · · · A. · ·Okay.
16 · · · Q. · ·And all of these questions that I'm
17 ·asking you, I do not want to know about any
18 ·communications that you had with your attorney,
19 ·whether it's your current attorneys or whether it's
20 ·your criminal defense attorneys. Okay?
21 · · · A. · ·Okay.
22 · · · Q. · ·All right. How long did you meet with
23 ·your attorney to prepare for your deposition?
24 · · · A. · ·I'm not really sure. Maybe -- maybe an
25 ·hour.

Page 33

1 · · · Q. · ·And when was that?
2 · · · A. · ·That was last week. No, that
3 ·was -- what is -- that was last week. Yeah, last
4 ·week.
5 · · · Q. · ·When you met with your attorney, did
6 ·you look at any documents?
7 · · · A. · ·No.
8 · · · Q. · ·And when you met with your attorney,
9 ·did you look at any video?
10 · · · A. · ·No.
11 · · · Q. · ·When is the last time that you spoke to
12 ·Tabatha Washington?
13 · · · A. · ·Maybe two or three weeks ago.
14 · · · Q. · ·Where were you when you spoke to her?
15 · · · A. · ·I believe I was at home.
16 · · · Q. · ·Was it in person or on the phone?
17 · · · A. · ·On the phone.
18 · · · Q. · ·What did you talk to her about?
19 · · · A. · ·Just basically her health. I called to
20 ·see how she was doing dealing with her health. I
21 ·know she's been having some trouble with that.
22 · · · Q. · ·How frequently do you talk with Tabatha
23 ·Washington?
24 · · · A. · ·Not that much, maybe once a month.
25 · · · Q. · ·Is it ever in person?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 34..37
DONTE HOWARD, 09/09/2021

---

**Page 34**

1 · · · ·A. · ·No, I haven't seen her in person for a
2 ·while.
3 · · · ·Q. · ·When is the last time that you saw her
4 ·in person?
5 · · · ·A. · ·I can't remember.
6 · · · ·Q. · ·So the criminal trial for this matter
7 ·in 2019, have you seen her since then?
8 · · · ·A. · ·I believe so.
9 · · · ·Q. · ·So sometime in the last, approximate,
10 ·year?
11 · · · ·A. · ·Yes. · I took her to the grocery store,
12 ·I believe.
13 · · · ·Q. · ·How far do you live from her?
14 · · · ·A. · ·I can't really give you an exact
15 ·mileage, but I know -- I don't stay too close.
16 ·It's not walking distance.
17 · · · ·Q. · ·Where do you live now?
18 · · · ·A. · ·5447 West West End Avenue.
19 · · · ·Q. · ·Is that where your mother lives?
20 · · · ·A. · ·Yes.
21 · · · ·Q. · ·Is it your mother's house?
22 · · · ·A. · ·Yes.
23 · · · ·Q. · ·Anybody else live there with you and
24 ·your mother?
25 · · · ·A. · ·No.

---

**Page 35**

1 · · · ·Q. · ·How did you meet Tabatha Washington?
2 · · · ·A. · ·Through -- I was dating her -- a friend
3 ·of hers.
4 · · · ·Q. · ·What's the friend's name?
5 · · · ·A. · ·Kiana(phonetic).
6 · · · ·Q. · ·Last name?
7 · · · ·A. · ·Ford, like the car. · Ford.
8 · · · ·Q. · ·Is that actually one of Tabatha's
9 ·siblings?
10 · · · ·A. · ·They call each other siblings, but they
11 ·are not really. · They are not blood related. They
12 ·are just good friends, I guess.
13 · · · ·Q. · ·And how long did you date Kiana Ford
14 ·for?
15 · · · ·A. · ·For a couple of months.
16 · · · ·Q. · ·When?
17 · · · ·A. · ·Maybe, like, eight months. · I'm not
18 ·sure of the dates.
19 · · · ·Q. · ·What year?
20 · · · ·A. · ·2017 to '18, I guess, yeah. · I met her
21 ·shortly after I got out of rehab. · I started
22 ·messaging with her, and I know that we went into
23 ·the new year. · I remember the new year, so 2017
24 ·until '18.
25 · · · ·Q. · ·Were you dating Kiana Ford at the time

---

**Page 36**

1 ·of your arrest?
2 · · · ·A. · ·No.
3 · · · ·Q. · ·Were you dating anyone at the time of
4 ·your arrest?
5 · · · ·A. · ·No.
6 · · · ·Q. · ·Were you dating anyone at the time that
7 ·this incident occurred on May 30, 2018?
8 · · · ·A. · ·No.
9 · · · ·Q. · ·How frequently did you see Tabatha
10 ·Washington after you stopped dating Kiana Ford?
11 · · · ·A. · ·A couple of times.
12 · · · ·Q. · ·Just a couple of times in totality?
13 · · · ·A. · ·Yes, just a couple of times before the
14 ·day in question, May 30. · Just a couple of times.
15 · · · ·Q. · ·Why were you at Tabatha Washington's
16 ·house that day?
17 · · · ·A. · ·I was helping her. · She was selling
18 ·snow cones and everything. · I went with her to the
19 ·ice house.
20 · · · ·Q. · ·How did you arrange to see her that
21 ·day?
22 · · · ·A. · ·I just -- when I got out of school that
23 ·day, I remember just stopping by over there.
24 · · · ·Q. · ·How far did you live from her?
25 · · · ·A. · ·Maybe six blocks -- maybe six blocks.

---

**Page 37**

1 · · · ·Q. · ·So is -- at the time of the incident,
2 ·can we have an understanding that when I say "the
3 ·incident," we're referring to May 30, 2018, when
4 ·the altercation with Kim Edmondson took place?
5 · · · ·A. · ·Okay.
6 · · · ·Q. · ·So at the time of the incident, where
7 ·were you living?
8 · · · ·A. · ·5447 West West End.
9 · · · ·Q. · ·So your mom's house was, approximately,
10 ·six blocks from Tabatha Washington's apartment at
11 ·5316 West Washington?
12 · · · ·A. · ·Give or take a block.
13 · · · ·Q. · ·Okay. · Did you know Kim Edmondson
14 ·before May 20, 2018?
15 · · · ·A. · ·No. · I seen him. · He stayed there, but
16 ·I didn't know him personally, no.
17 · · · ·Q. · ·Were you introduced to him?
18 · · · ·A. · ·No, not really.
19 · · · ·Q. · ·So he was just a man walking down the
20 ·street?
21 · · · ·A. · ·That day?
22 · · · ·Q. · ·No. · I mean, you're saying I'd seen
23 ·him?
24 · · · ·A. · ·Yeah, because he stayed in the building
25 ·that Tabatha stayed in. · He would be hanging out

---

**aO AdvancedONE**
LEGAL

**(866) 715-7770**
**advancedONE.com**

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 38..41
DONTE HOWARD, 09/09/2021

Page 38

·1· ·there sometimes.· I believe that I seen him.
·2· · · ·Q.· ·Did you ever interact with him before
·3· ·the incident?
·4· · · ·A.· ·Yeah.
·5· · · ·Q.· ·What were your interactions?
·6· · · ·A.· ·Well, we had did a -- it was a holiday.
·7· ·It was the holiday, I believe, that was before --
·8· ·yeah, it had to been before.· It was before, and I
·9· ·was barbecuing for Tabatha, and he helped me take
10· ·some things in the house once.
11· · · ·Q.· ·Did you have any argument with him that
12· ·day?
13· · · ·A.· ·Absolutely not.
14· · · ·Q.· ·Did you have a conversation with him
15· ·the day that you were barbecuing for Tabatha?
16· · · ·A.· ·No, just maybe briefly conversations,
17· ·but it wasn't nothing to an extent where we was
18· ·talking for a long time, no.
19· · · ·Q.· ·Was it Memorial Day before -- when you
20· ·had had this interaction with him?
21· · · ·A.· ·Yes, I get that mixed up with Labor
22· ·Day, that's why I didn't say the holiday, but,
23· ·yeah, Memorial Day.
24· · · ·Q.· ·Was that two days before the incident?
25· · · ·A.· ·I'm not sure how many days before the

Page 39

·1· ·incident Memorial Day was.
·2· · · ·Q.· ·I'll represent to you Memorial Day, the
·3· ·actual day, was Monday, May 28th, and the incident
·4· ·occurred on May 30th.
·5· · · ·A.· ·Yes.
·6· · · ·Q.· ·Okay.· So it was on Memorial Day that
·7· ·you had an interaction with him?
·8· · · ·A.· ·Yes.
·9· · · ·Q.· ·Was that your first interaction with
10· ·him?
11· · · ·A.· ·Yes.
12· · · ·Q.· ·And the two of you just carried items
13· ·into Tabatha Washington's apartment without
14· ·talking?
15· · · ·A.· ·I say that we talked briefly like
16· ·little conversation, you know, a little friendly
17· ·conversation.· I'm a friendly guy.· I talk to
18· ·people, but nothing like as far as I can remember
19· ·the conversation that we had.
20· · · ·Q.· ·Were you dating Tabatha?
21· · · ·A.· ·No.
22· · · ·Q.· ·Did you consider her a friend?
23· · · ·A.· ·Yes.
24· · · ·Q.· ·What are the other times that you saw
25· ·her before the incident on May 30th?

Page 40

·1· · · · · · ·MR. BROWN:· Objection, form.
·2· · · ·A.· ·She would come around my then
·3· ·girlfriend, Kiana, that's how I met her and got to
·4· ·know her a little bit.· She would come over to the
·5· ·house sometimes.
·6· · · ·Q.· ·I'm sorry.· Let me clarify.· What were
·7· ·the other times that you saw Tabatha after you and
·8· ·Kiana broke up before the incident on May 30th?
·9· · · ·A.· ·The time at that barbecue and the day
10· ·of the incident.· It was a very short -- it was a
11· ·very short period of time from me breaking up with
12· ·my girlfriend to the day of the incident.· I'm not
13· ·sure of the dates, but it wasn't that much.· It
14· ·wasn't that long of a time.
15· · · ·Q.· ·Was Tabatha having a party on Memorial
16· ·Day?
17· · · ·A.· ·No.
18· · · ·Q.· ·So it was just you barbecuing for her
19· ·on Memorial Day?
20· · · ·A.· ·I know her mom was over.· A couple of
21· ·other siblings.· Just a holiday, just enjoying the
22· ·weather, meat on the grill.
23· · · ·Q.· ·Were any other men there?
24· · · ·A.· ·No.
25· · · ·Q.· ·How did you make arrangements with

Page 41

·1· ·Tabatha to barbecue for her, her sisters, and her
·2· ·mother on Memorial Day?
·3· · · ·A.· ·I stopped over.· I believe that I
·4· ·talked to her, and she said that she was cooking
·5· ·and I went over.
·6· · · ·Q.· ·How was it that if Kim Edmondson wasn't
·7· ·a part of this barbecue that he ended up carrying
·8· ·some items into Tabatha's apartment?
·9· · · ·A.· ·I believe he was around and maybe he
10· ·was asked to help.· I'm not sure how that all
11· ·occurred, because I was barbecuing.· And as we was
12· ·wrapping it up, he appeared to help me, so I don't
13· ·know how he got there or anything.
14· · · ·Q.· ·So the one and only time that you met
15· ·Kim Edmondson was on that Memorial Day before the
16· ·incident?
17· · · ·A.· ·Yes.
18· · · ·Q.· ·And your interaction with him was just
19· ·maybe a briefly talking to him as you were getting
20· ·into Tabatha's apartment?
21· · · ·A.· ·Table to be exact.
22· · · ·Q.· ·You and him were carrying in a table
23· ·into Tabatha's apartment?
24· · · ·A.· ·Yes.
25· · · ·Q.· ·Any other interactions with him before

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 42..45
DONTE HOWARD, 09/09/2021

Page 42

·1· ·the incident?

·2· · · · A.· · No.

·3· · · · Q.· · Did you know Carlton White?

·4· · · · · · MR. BROWN:· Objection, form, vague.

·5· · · · A.· · I knew -- he did a tattoo for my

·6· ·girlfriend once, yes.· I didn't know him, but I've

·7· ·seen him before.

·8· ·BY MS. SCHNIDT:

·9· · · · Q.· · What was that girlfriend's name?

10· · · · A.· · Kiana Ford.

11· · · · Q.· · How long before the incident on

12· ·May 30th did Carlton do that tattoo for Kiana?

13· · · · A.· · I can't remember.

14· · · · Q.· · Other than the time in which Carlton

15· ·White did the tattoo for Kiana Ford, did you have

16· ·any other interaction with Carlton White before the

17· ·incident?

18· · · · A.· · No.

19· · · · Q.· · Did you know Cynthia Cage before the

20· ·date of incident?

21· · · · A.· · No.

22· · · · Q.· · Did you have Cynthia Cage's phone

23· ·number before the date of the incident?

24· · · · A.· · No, I never had her phone number.

25· · · · Q.· · Were you pursuing a romantic

Page 43

·1· ·relationship with Cynthia Cage before the date of

·2· ·the incident?

·3· · · · A.· · No.

·4· · · · Q.· · How about on the date of the incident?

·5· · · · A.· · No.

·6· · · · Q.· · Did you ever have any personal

·7· ·knowledge of Kim Edmondson's criminal history?

·8· · · · A.· · No.

·9· · · · Q.· · Had you ever witnessed Kim Edmondson

10· ·act violently before May 30, 2018?

11· · · · A.· · No.

12· · · · Q.· · Is it your contention that you saw him

13· ·act violently on May 30, 2018?

14· · · · A.· · Is it my what?

15· · · · Q.· · Do you believe Kim Edmondson acted

16· ·violently on May 30, 2018?

17· · · · A.· · Yes.

18· · · · Q.· · So other than what occurred on May 30,

19· ·2018, you never saw Kim Edmondson act

20· ·inappropriately or violently, correct?

21· · · · A.· · I haven't really seen him, so no.

22· · · · Q.· · So that's correct what I said, right?

23· · · · A.· · Yes.· Yes.· I'm sorry.

24· · · · Q.· · That's fine.· What time did you go over

25· ·to Tabatha Washington's apartment?

Page 44

·1· · · · A.· · When?

·2· · · · Q.· · I'm sorry.· On the date of incident,

·3· ·when did you go over to Tabatha Washington's

·4· ·apartment?

·5· · · · A.· · After school, so maybe anywhere from

·6· ·3:00 to 5:00.· I like to --

·7· · · · Q.· · And you just happened to show up at her

·8· ·apartment that day?

·9· · · · A.· · Yes.

10· · · · Q.· · Where was she when you arrived?

11· · · · A.· · Selling the snowballs.· She was on the

12· ·front, I believe.· She had the snowball stand, and

13· ·then we went and got the ice.

14· · · · Q.· · Were you pursuing a romantic

15· ·relationship with Tabatha Washington?

16· · · · A.· · No.

17· · · · Q.· · Where did you go and get the ice from?

18· · · · A.· · From the -- it's a store on Cicero --

19· ·Cicero Ave.· It's like a candy warehouse.

20· · · · Q.· · Did you drive or walk there?

21· · · · A.· · She drove.

22· · · · Q.· · What time did you get back to her

23· ·apartment?

24· · · · A.· · I'm not sure.

25· · · · Q.· · Was it dark out?

Page 45

·1· · · · A.· · No, it wasn't dark.

·2· · · · Q.· · How long were you at her apartment

·3· ·before you left to go get ice?

·4· · · · A.· · I believe she was -- when I got there,

·5· ·she was walking out to get the ice so we went right

·6· ·away.

·7· · · · Q.· · Was anybody else with the two of you

·8· ·when you went to go get ice?

·9· · · · A.· · Her daughter.

10· · · · Q.· · What's her daughter's name?

11· · · · A.· · I'm not sure.· She called her big baby

12· ·so I don't know her name.

13· · · · Q.· · About how old was she?

14· · · · A.· · 14, 15.

15· · · · Q.· · When you came -- was anybody at her

16· ·apartment?· So you and Tabatha go to get ice, was

17· ·anybody else left at her apartment?

18· · · · A.· · I believe Cynthia.

19· · · · Q.· · So was Cynthia at Tabatha's apartment

20· ·when you arrived?

21· · · · A.· · Yes, I believe so.

22· · · · Q.· · Anybody else with Cynthia?

23· · · · A.· · I believe Carlton was there too, her

24· ·cousin.

25· · · · Q.· · Anybody else?

**aO** AdvancedONE
LEGAL

**(866) 715-7770**
**advancedONE.com**

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 46..49
DONTE HOWARD, 09/09/2021

Page 46

1 · · · ·A.· ·No, not that I can remember.
2 · · · ·Q.· ·**Where were Tabatha Washington's young**
3 ·**kids?**
4 · · · ·A.· ·Kids was there.
5 · · · ·Q.· ·**Did she leave her younger kids at the**
6 ·**apartment?**
7 · · · ·A.· ·I believe so, yes.
8 · · · ·Q.· ·**How many?**
9 · · · ·A.· ·Three young kids.
10 · · · ·Q.· ·**Do you know any of the young kids'**
11 ·**names?**
12 · · · ·A.· ·No.· It's a shame.· I don't.
13 · · · ·Q.· ·**So you come back from getting ice and**
14 ·**what happened?**
15 · · · ·A.· ·She proceeded to sell the snowballs.
16 ·She put the ice in the cooler that she had, and she
17 ·proceeded to sell snowballs.
18 · · · ·Q.· ·**Approximately, how long did she sell**
19 ·**snowballs for on May 30th?**
20 · · · ·A.· ·I'm not sure of the time, but I know it
21 ·started to rain, and she was going to take the
22 ·stuff in.
23 · · · ·Q.· ·**What were you doing while Tabatha was**
24 ·**selling snowballs?**
25 · · · ·A.· ·Just standing around.

Page 47

1 · · · ·Q.· ·Did you have anything to drink?
2 · · · ·A.· ·No.· What do you mean drink?
3 · · · ·Q.· ·Any liquids?
4 · · · ·A.· ·I believe I had a snowball.
5 · · · ·Q.· ·**Did anybody else have anything else to**
6 ·**drink -- anything to drink?**
7 · · · ·A.· ·I'm not sure.
8 · · · ·Q.· ·**Was Kim Edmondson outside the apartment**
9 ·**while Tabatha was selling snowballs?**
10 · · · ·A.· ·No, he walked up.
11 · · · ·Q.· ·**Were you interacting with anybody while**
12 ·**Tabatha was selling snowballs?**
13 · · · ·A.· ·No.
14 · · · ·Q.· ·**So you were just standing there and had**
15 ·**one snowball and that was it?**
16 · · · ·A.· ·Yeah, just standing around.
17 · · · ·Q.· ·**Did you talk to Tabatha?**
18 · · · ·A.· ·I'm pretty sure I did, but like I
19 ·wasn't doing anything in particular, like, just
20 ·standing around selling snowballs.
21 · · · ·Q.· ·**How long was she selling the snowballs**
22 ·**for before it started to rain?**
23 · · · ·A.· ·I'm not sure of the time, not long, but
24 ·it wasn't -- it wasn't long.
25 · · · ·Q.· ·**More than an hour, less than an hour?**

Page 48

1 · · · ·A.· ·Maybe an hour.
2 · · · ·Q.· ·**So you said Kim Edmondson walked up,**
3 ·**when did he walk up?**
4 · · · ·A.· ·As they was taking the stuff in, I
5 ·believe.
6 · · · ·Q.· ·**Who was taking -- when you say, the**
7 ·**stuff, you're talking about the snowball stuff?**
8 · · · ·A.· ·Yes.
9 · · · ·Q.· ·**Who was bringing the stuff -- the**
10 ·**snowball stuff in?**
11 · · · ·A.· ·I believe -- I believe her daughter was
12 ·bringing the stuff in, bringing the snowball stand
13 ·in.
14 · · · ·Q.· ·**The daughter that she calls big baby?**
15 · · · ·A.· ·Yes.
16 · · · ·Q.· ·**Anybody else helping to bring the**
17 ·**snowball stuff in?**
18 · · · ·A.· ·No, not that I can remember.
19 · · · ·Q.· ·**Was Tabatha helping?**
20 · · · ·A.· ·Yes, Tabatha was helping I would say.
21 · · · ·Q.· ·**What was Cynthia doing the whole time**
22 ·**that Tabatha was selling snowballs?**
23 · · · ·A.· ·If she -- she was with the kids in the
24 ·house mostly, I guess.
25 · · · ·Q.· ·**What was Carlton doing while Tabatha**

Page 49

1 ·**was selling snowballs?**
2 · · · ·A.· ·I'm not sure.
3 · · · ·Q.· ·**Was he outside with you?**
4 · · · ·A.· ·I believe he was outside, yeah.
5 · · · ·Q.· ·**Do you have a memory of him being**
6 ·**outside when Tabatha was selling snowballs?**
7 · · · ·A.· ·Yes.
8 · · · ·Q.· ·So Tabatha and her daughter are
9 ·carrying snowball stuff in because it was raining.
10 ·What happens next?
11 · · · ·A.· ·Kim Edmondson walked up.· He was -- you
12 ·can tell he had been intoxicated or something was
13 ·going on with him.· He was doing a lot of screaming
14 ·and a lot of cursing and the kids was -- Tabatha's
15 ·daughter was out there, and he was being very
16 ·disrespectful towards Tabatha.
17 · · · ·Q.· ·**What was he saying that was**
18 ·**disrespectful towards Tabatha?**
19 · · · ·A.· ·Calling her bitches and hoes.
20 · · · ·Q.· ·**He was calling Tabatha bitches and**
21 ·**hoes?**
22 · · · ·A.· ·Yes.
23 · · · ·Q.· ·**So he was talking -- speaking to one**
24 ·**person, Tabatha, and calling her bitches and hoes,**
25 ·**plural?**

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 50..53
DONTE HOWARD, 09/09/2021

Page 50

·1 · · · A.· · ·He was saying bitches and hoes, yes.
·2 ·He was doing a lot of cursing.· I'm not sure who it
·3 ·was directed at, but he was doing a lot of calling
·4 ·the name of bitches and hoes, yes.
·5 · · · Q.· · ·Well, who else was out there with
·6 ·Tabatha when he was calling her bitches and hoes?
·7 · · · A.· · ·Well, Carlton was out.· I believe
·8 ·Cynthia had came out.
·9 · · · Q.· · ·At what point did Carlton -- strike
10 ·that.
11 · · · · · · ·At what point did Cynthia come out?
12 · · · A.· · ·I'm not sure.· I just have a memory of
13 ·her being out there when he walked up.
14 · · · Q.· · ·Was Cynthia saying anything to Kim
15 ·Edmondson before he started calling Tabatha bitches
16 ·and hoes?
17 · · · A.· · ·No.
18 · · · Q.· · ·Was Tabatha saying -- I'm sorry?
19 · · · A.· · ·Not that I can remember.· I'm sorry.
20 ·No.
21 · · · Q.· · ·Was Tabatha saying anything to Kim
22 ·Edmondson before he started calling her bitches and
23 ·hoes?
24 · · · A.· · ·No.
25 · · · Q.· · ·Was Carlton saying anything to Kim

Page 51

·1 ·Edmondson before he started calling Tabatha bitches
·2 ·and hoes?
·3 · · · A.· · ·No -- yeah, he called -- Carlton --
·4 ·Carlton and Kim, they got into some type a -- they
·5 ·got into -- in some type of way.· They got into
·6 ·some type of disagreement, and they was -- they was
·7 ·shoving with each other.
·8 · · · Q.· · ·Was that before Kim was calling Tabatha
·9 ·bitches and hoes?
10 · · · A.· · ·I'm not sure.
11 · · · Q.· · ·Did you see Carlton and Kim shoving
12 ·each other?
13 · · · A.· · ·Yes.
14 · · · Q.· · ·Where were they when they were shoving
15 ·each other?
16 · · · A.· · ·It was -- they was in front of the --
17 ·in front of the gate to the right.
18 · · · Q.· · ·How far away were Carlton and Kim
19 ·Edmondson when they were shoving each other from
20 ·you?
21 · · · A.· · ·A couple of feet, a couple of feet.
22 ·Maybe five feet.· I was on the inside of the gate.
23 ·They was on the outside of the gate.
24 · · · Q.· · ·Who shoved who first?
25 · · · A.· · ·I'm not sure.

Page 52

·1 · · · Q.· · ·What were Carlton and Kim saying to
·2 ·each other when they were shoving each other?
·3 · · · A.· · ·I'm not sure.
·4 · · · Q.· · ·Were you there when someone shoved the
·5 ·other first?
·6 · · · A.· · ·Yes, I was there.
·7 · · · Q.· · ·Did you see it happen?
·8 · · · A.· · ·Yes, I seen shoving and pushing, yes.
·9 ·I'm not sure who pushed first, though.· I'm not.
10 · · · Q.· · ·And you're not sure what they were
11 ·saying?
12 · · · A.· · ·No, they was just fussing at each
13 ·other.· It was about -- something about a past --
14 ·something about a past -- I don't know if it was a
15 ·past fight or it was a past argument they had, but
16 ·evidently they knew each other, and they had a run
17 ·in with each other previously to the night.
18 · · · Q.· · ·What were they saying that gave you
19 ·that -- well, first of all, did you have personal
20 ·knowledge of there being any sort of past fight or
21 ·argument?
22 · · · A.· · ·No.
23 · · · Q.· · ·Had you heard about it before Kim and
24 ·Carlton started shoving each other?
25 · · · A.· · ·I heard about it after.

Page 53

·1 · · · Q.· · ·So while the -- while the two of them
·2 ·are shoving each other, were they saying anything
·3 ·that was indicating to you it was about a past
·4 ·fight or argument?
·5 · · · A.· · ·No, I couldn't really hear what they
·6 ·were -- they were just going at each other.· I
·7 ·couldn't really hear or make out what they were
·8 ·saying.
·9 · · · Q.· · ·So what did you learn afterwards about
10 ·this past fight -- well, strike that.
11 · · · · · · ·How did you learn about this past fight
12 ·afterwards?
13 · · · A.· · ·Carlton had -- was, you know, saying
14 ·something about it from the past.· I can't really
15 ·remember what he said, but I know it was either a
16 ·past argument or past fight.· I'm not sure.
17 · · · Q.· · ·When did he say something about it?
18 · · · A.· · ·After.
19 · · · Q.· · ·Was anybody else there when he was
20 ·talking about it?
21 · · · A.· · ·I'm not sure.
22 · · · Q.· · ·Was it inside Tabatha's apartment,
23 ·outside Tabatha's apartment, or not at Tabatha's
24 ·apartment?
25 · · · A.· · ·It was outside.· I think he was outside

WASHINGTON vs CITY OF CHICAGO, et al.                                    Pages 54..57
DONTE HOWARD, 09/09/2021

Page 54

1 when he stated that. I'm not sure if it was in
2 between because he left and then he came back, so
3 I'm not sure if it was -- it was through that time
4 period of him leaving and coming back.
5    Q.   When you said he left and he came back,
6 who are you referring to?
7    A.   Kim.
8    Q.   Did Carlton or Kim ever do anything
9 more than just shove the other one?
10       MR. BROWN: Objection. Form.
11    A.   No, not that I remember. Not that I
12 seen.
13 BY MS. SCHNIDT:
14    Q.   So you only ever saw Carlton and Kim
15 shove each other?
16    A.   Yes.
17    Q.   When you're saying shove each other,
18 where were their -- where was Carlton's hands going
19 on Kim's body?
20    A.   Maybe the -- maybe like the chest area.
21    Q.   Okay.  And for the record, you were
22 indicating shoving in the upper chest area?
23    A.   Like, yeah.  (Witness indicating.)
24 Yes.
25    Q.   Where was Kim physically touching

Page 55

1 Carlton?
2    A.   Yes.
3    Q.   Where?
4    A.   Around the same area.
5    Q.   Were you -- did you witness the end of
6 Carlton and Kim shoving each other?
7    A.   I seen them walk off, yes, so I would
8 say I did.
9    Q.   Who?
10    A.   Kim walk off.
11    Q.   So you were there when the shoving
12 started and you were there throughout the entire
13 time until the shoving ended, correct?
14    A.   It was very brief.
15    Q.   How long?
16    A.   I wouldn't even -- I wouldn't -- I
17 wouldn't even say a minute.
18    Q.   So you were there for the entire less
19 than one minute of shoving from the start to the
20 end, right?
21    A.   I didn't go nowhere.
22    Q.   And at no time did you see anything
23 other than Carlton shove Kim and Kim shove Carlton?
24    A.   Yes, that I can remember.
25    Q.   Well, if it got more severe, is that

Page 56

1 something that you would expect to remember?
2    A.   The whole night it happened -- it
3 happened very fast.
4    Q.   Okay.  But that's not my question.  My
5 question is:  Is that something that you think
6 you'd remember if somebody punched the other one?
7    A.   Yeah.
8    Q.   And you don't have any memory of
9 anybody punching the other one; you don't have any
10 memory of Carlton punching Kim; is that right?
11    A.   No.
12    Q.   That's correct what I said?
13       MR. BROWN: Can you repeat that
14 question or have it read back?
15       (Requested portion of the record read
16 back.)
17 BY MS. SCHNIDT:
18    Q.   Let me rephrase the question so it's
19 clear.  Did Carlton punch Kim?
20    A.   Not that I can remember.
21    Q.   So after the less than one minute of
22 Carlton and Kim shoving each other -- well, strike
23 that.
24       Did Kim ever fall into any sort of
25 object when Carlton was shoving him?

Page 57

1    A.   No.
2    Q.   Did Carlton ever fall into any sort of
3 object when Kim was shoving him?
4    A.   No.
5    Q.   So after this approximate shoving
6 between the two of them, Kim walks away, correct?
7    A.   Yes.
8    Q.      Which way did he walk?
9    A.      Like across the street, walking like
10 crossing the street.
11    Q.   Are you saying across the street on
12 Washington?
13    A.   Yes.
14    Q.   So he just went across to the other
15 sidewalk on Washington?
16    A.   Yes.
17    Q.   Did he go anywhere else from there?
18    A.   No, he came back.
19    Q.   So how long -- I'm sorry?
20    A.   He directed his attention towards
21 Tabatha.
22    Q.   How long was -- was it between when the
23 shoving stopped to when Kim came back and directed
24 his attention towards Tabatha?
25    A.   Not -- not even a minute.  He didn't go

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 58..61
DONTE HOWARD, 09/09/2021

Page 58

1 · far.
2 · · · · Q. · Who else was outside at this point when
3 · Kim came back?
4 · · · · A. · Her daughter and -- a daughter and
5 · Cynthia and Carlton and myself.
6 · · · · Q. · How about anybody else on the street;
7 · was anybody else on the street?
8 · · · · A. · Not that I seen or can remember, no.
9 · · · · Q. · Was it raining when Carlton and Kim
10 · were shoving each other?
11 · · · · A. · Yes.
12 · · · · Q. · Was it raining when Kim came back?
13 · · · · A. · Yes.
14 · · · · Q. · During that less than one minute when
15 · Kim walked away, what were you doing?
16 · · · · A. · I was still inside of the gate.
17 · · · · Q. · What were you doing?
18 · · · · A. · Trying to see what was going on, I
19 · guess.
20 · · · · Q. · What was Tabatha doing?
21 · · · · A. · Tabatha was standing outside of the
22 · gate. I believe it was -- I believe there was
23 · stuff still needed to be brought in.
24 · · · · Q. · What was Cynthia doing?
25 · · · · A. · Standing.

Page 59

1 · · · · Q.   What was Tabatha's daughter doing?
2 · · · · A.    Standing.
3 · · · · Q. · Where was Cynthia standing?
4 · · · · A. · I believe Cynthia was outside of the
5 · gate if not right in the gate entrance.
6 · · · · Q. · Where was Tabatha's daughter standing?
7 · · · · A. · I'm not sure.
8 · · · · Q. · Where was Carlton standing?
9 · · · · A. · I'm not sure. It's just at this time,
10 · you know, our focus kind of -- my focus shifted on,
11 · like, what was Kim doing because he was acting very
12 · irrational.
13 · · · · Q. · Well, he had walked across the street,
14 · right?
15 · · · · A. · Yes.
16 · · · · Q. · Okay. So what else was he doing prior
17 · to him walking back?
18 · · · · A. · Still cursing. He was still acting
19 · very ignorant.
20 · · · · Q. · How?
21 · · · · A. · He was cursing. He was jumping around.
22 · He wasn't blinking.
23 · · · · Q. · You could see that he wasn't blinking
24 · from across the street?
25 · · · · A. · No, when he was -- when I was in sight

Page 60

1 · of seeing him when he was, like, coming back and he
2 · was -- Tabatha was trying to get him to go.
3 · · · · Q. · Did anyone ever say, let's all just go
4 · inside?
5 · · · · A. · I'm not sure.
6 · · · · Q. · When Kim came back, was he saying
7 · anything?
8 · · · · A. · He was calling -- he was doing --
9 · calling Tabatha bitches and hoes.
10 · · · · Q. · So he continued calling Tabatha bitches
11 · and hoes?
12 · · · · A. · Yes.
13 · · · · Q. · What happened next?
14 · · · · A. · That's when Tabatha, I believe, that
15 · she picked up something, and she was trying to wave
16 · him off because he was -- he was constantly
17 · approaching her and, you know, she was trying
18 · to -- she was trying to get him, you know, to go on
19 · about his business.
20 · · · · Q. · What did she pick up?
21 · · · · A. · Something like a stick.
22 · · · · Q. · What color was it?
23 · · · · A. · I believe it was silver. I was
24 · thinking from the -- from the trial it was silver.
25 · · · · Q. · So it was one of the poles that was

Page 61

1 · shown during the trial?
2 · · · · A. · I'm not sure if it was -- I'm not sure
3 · if it was the exact pole from the trial. I'm not
4 · sure, but it was a flimsy little stick pole thing.
5 · · · · Q. · It was metal, right?
6 · · · · · · · MR. BROWN: Objection, calls for
7 · speculation, foundation.
8 · · · · A. · I'm not sure.
9 · BY MS. SCHNIDT:
10 · · · · Q. · Well, what material was this silver
11 · pole?
12 · · · · · · · MR. BROWN: Same objections.
13 · · · · A. · I never touched it. I'm not sure.
14 · BY MS. SCHNIDT:
15 · · · · Q. · Well, looking at it, could you say what
16 · material it was like?
17 · · · · A. · It could have been duct tape. You
18 · know, I don't really know what material it was made
19 · from by looking at it.
20 · · · · Q. · Okay. Let's show you what we'll mark
21 · as Exhibit No. 1, and it's Bates stamped 1747 -- BS
22 · 1747.
23 · · · · · · · (Deposition Exhibit 1 marked
24 · · · · · · · for identification.)
25 · BY MS. SCHNIDT:

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 62..65
DONTE HOWARD, 09/09/2021

Page 62

1 · · · · Q.· · Was it this object that's next to the
2 · yellow marker number 1?
3 · · · · · · · MR. BROWN:· Objection, foundation.
4 · · · · A.· · I'm not sure. It was dark out.· It's
5 · really not sure.· I can just see a color.· It was
6 · grayish.
7 · BY MS. SCHNIDT:
8 · · · · Q.· · Well, this is a silver pole, right?
9 · · · · A.· · Yes, that looks to be a silver pole in
10 · the picture, yes.
11 · · · · Q.· · Did the object that Tabatha Washington
12 · picked up look to be like this object?
13 · · · · A.· · I'm not sure.
14 · · · · Q.· · Okay.· I'll show you Exhibit No. 2,
15 · which is Bates stamp 1748.
16 · · · · · · · (Deposition Exhibit 2 marked
17 · · · · · · · for identification.)
18 · BY MS. SCHNIDT:
19 · · · · Q.· · Do you see this silver pole next to the
20 · marker number 2?
21 · · · · A.· · Yes, I do.
22 · · · · Q.· · Was that the object that Tabatha picked
23 · up?
24 · · · · A.· · I'm not sure.
25 · · · · Q.· · Was this shown during the trial?

Page 63

1 · · A.· · I believe so, yes.
2 · · Q.· · And was that the -- one of the -- was
3 · that the object that you thought looked like what
4 · Tabatha picked up?
5 · · A.· · I'm not -- I'm not really sure.
6 · · Q.· · Going back to Exhibit No. 1, was this
7 · silver pole shown during the trial?
8 · · · · · MR. BROWN:· For the record, I don't
9 · know if it's paused, but you're not showing
10 · anything.
11 · · · · · MS. SCHNIDT:· Sorry.· Thank you.
12 · BY MS. SCHNIDT:
13 · · Q.· · Going back to Exhibit 1, was this the
14 · silver pole what was shown during the trial?
15 · · A.· · I don't -- I don't think so.· I'm not
16 · sure.
17 · · Q.· · Does this silver pole look like what
18 · Tabatha Washington picked up on May 30th?
19 · · A.· · I seen what seemed to be a maybe like a
20 · couple of inches and it was gray in color.· I'm not
21 · sure if that was it.
22 · · Q.· · Okay.· I'm going to show you Exhibit
23 · No. 3, which is Bates stamped 1753.
24 · · · · · (Deposition Exhibit 3 marked
25 · · · · · for identification.)

Page 64

1 · BY MS. SCHNIDT:
2 · · · · Q.· · Do you see this silver pole with a
3 · yellow evidence marker number 3?
4 · · · · A.· · Yes, I see it.
5 · · · · Q.· · Was this the -- was this pole shown
6 · during the trial?
7 · · · · A.· · I'm not sure.
8 · · · · Q.· · Does this pole look like the pole that
9 · Tabatha Washington picked up outside of her
10 · apartment on May 30th?
11 · · · · A.· · I'm not sure if that's it or not.· I'm
12 · not sure. I don't -- these -- in trial, I was
13 · continuously reading my Bible.· I really wasn't
14 · even trying to focus on what was going on, so a lot
15 · of things, like, I really can't remember from
16 · trial.
17 · · · · Q.· · During the trial you were reading your
18 · Bible, you weren't paying attention to the
19 · testimony?
20 · · · · A.· · It was too much.
21 · · · · Q.· · So that's a yes to my question, you
22 · weren't paying attention to the testimony, you were
23 · reading your Bible?
24 · · · · A.· · I was reading my Bible a lot during the
25 · trial, yes.

Page 65

1 · · · · Q.· · Were you paying attention to the
2 · testimony?
3 · · · · A.· · Yes, I was paying attention to some
4 · testimony.
5 · · · · Q.· · You were on trial for murder.· Is it
6 · your testimony that you were more focused on your
7 · Bible than you were about the charges and the
8 · testimony being presented against you?
9 · · · · A.· · That was pretty scary, and it was too
10 · much to deal with on my own, so I was trying to
11 · look towards Jesus.· That's what the Bible teaches
12 · you.
13 · · · · Q.· · Well, Mr. Howard, you just testified
14 · that what you saw -- what you saw Tabatha pick up
15 · was shown during the trial.· So I've shown you
16 · three of the four poles that were collected in this
17 · case, and I want to know which one was it that was
18 · shown during the trial?
19 · · · · A.· · I'm not sure.
20 · · · · Q.· · All right.· I'm going to show you
21 · Exhibit No. 4, which is Bates stamped 1756.
22 · · · · · · · (Deposition Exhibit 4 marked
23 · · · · · · · for identification.)
24 · BY MS. SCHNIDT:
25 · · · · Q.· · Do you see this fourth pole that's next

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 66..69
DONTE HOWARD, 09/09/2021

Page 66

·1 to the evidence marker number 4?

·2 · · A.· · ·Yes, I see it.

·3 · · Q.· · ·Okay.· Was this the pole that was shown
·4 during the trial?

·5 · · A.· · ·I would say, no, that's -- I would say
·6 no.· I would say I don't remember seeing that.

·7 · · Q.· · ·And was this the pole that Tabatha
·8 Washington picked up outside of her apartment?

·9 · · A.· · ·It doesn't look like what she picked
10 up, no.

11 · · Q.· · ·So is it your testimony that another
12 pole was shown during the trial, that that's what
13 Tabatha picked up outside of her apartment?

14 · · A.· · ·I'm saying I can't remember what she
15 picked up.· That's what -- I know what it looked
16 like.· I don't have a photographic memory of what
17 it looked like.

18 · · Q.· · ·But that pole was shown during the
19 trial?

20 · · · · · ·MR. BROWN:· Objection, form and vague.

21 · · A.· · ·I'm not sure.

22 BY MS. SCHNIDT:

23 · · Q.· · ·So now you're saying that you don't
24 know if what pole she picked up outside of her
25 apartment was actually shown during the trial; is

Page 67

·1 that your testimony now?

·2 · · A.· · ·I don't know that what she picked up
·3 was presented in trial.

·4 · · Q.· · ·Did Tabatha Washington make contact
·5 with Donte Howard with that pole that picked up
·6 outside of her apartment -- I'm sorry.· Strike
·7 that.· Thank you.

·8 · · · · · ·Did Tabatha Washington make contact
·9 with Kim Edmondson with that pole she picked up
10 outside of her apartment?

11 · · · ·A.· · I believe so.

12 · · · ·Q.· · You saw her make contact?

13 · · · ·A.· · I saw her waving, but I wasn't
14 really -- they was standing on the curb.· I was
15 inside of, like, the gate, like, right by the gate.
16 I didn't really, you know, like hear or hear what
17 she was waving or strike him with, but she was
18 waving at him.· She was waving it at him, like
19 little like pokes.

20 · · Q.· · ·At any point did Tabatha make contact
21 with the pole on Kim Edmondson?

22 · · A.· · ·Yes.

23 · · Q.· · ·And you did see her make contact with
24 the pole on Kim Edmondson?

25 · · A.· · ·I seen the marks on him, on his chest

Page 68

·1 ·and on his lip, and I seen her poking, like waving
·2 ·him off and poking at that direction, so I would
·3 ·assume that she -- that she contacted him with the
·4 ·stick.

·5 · · · Q.· · ·Was that with the same pole that you
·6 ·saw her pick up right when Kim approached?

·7 · · · A.· · ·Yes.

·8 · · · Q.· · ·So at no point in time was there a
·9 ·second pole that was brought out by anybody,
10 ·correct?

11 · · · A.· · ·No.

12 · · · Q.· · ·Did you ever pick up any pole on
13 ·May 30, 2018?

14 · · · A.· · ·No.

15 · · · Q.· · ·And I'm talking at any point in time
16 ·did you ever pick up any pole on May 30, 2018?

17 · · · A.· · ·No.

18 · · · Q.· · ·Did you pick up any what you would
19 ·characterize as a stick on May 30, 2018?

20 · · · A.· · ·I'm sorry.· No.

21 · · · Q.· · ·Okay.· So you were testifying Kim came
22 ·back, approximately, less than one minute later and
23 ·Tabatha Washington picked up a silver stick and
24 ·what happened -- well, first of all, is that
25 ·correct thus far in the summary?

Page 69

·1 · · · A.· · ·Can you repeat it, please.

·2 · · · Q.· · ·Sure.· After less than one minute, Kim
·3 ·Edmondson came back from across the street,
·4 ·approached, continued calling Tabatha bitches and
·5 ·hoes, and Tabatha picked up a silver stick,
·6 ·correct?

·7 · · · A.· · ·Yes.

·8 · · · Q.· · ·Okay.· Where did that silver stick come
·9 ·from?

10 · · · A.· · ·I believe that she picked it up.

11 · · · Q.· · ·But where did she pick it up from?

12 · · · A.· · ·I'm not sure.· Off the ground.· There
13 ·was still some stuff that we hadn't -- I believe
14 ·there was still stuff that hadn't -- that was out
15 ·with the snowball stand.· Maybe it was something
16 ·that was being used to hold something up or --

17 · · · Q.· · ·Was that stick -- excuse me.· Did you
18 ·see that stick being used with the snowball stand
19 ·earlier?

20 · · · A.· · ·No, I wasn't there when she set it up.

21 · · · Q.· · ·But did you see that stick being used?

22 · · · A.· · ·In the argument or...

23 · · · Q.· · ·In the stand.

24 · · · A.· · ·No, I didn't see it.· I don't remember
25 ·seeing it.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 70..73
DONTE HOWARD, 09/09/2021

---

Page 70

1 · · · Q.· ·Did you see her physically pick up the
2 stick when Kim Edmondson approached?
3 · · A.· ·Yes.
4 · · Q.· ·Where did she pick up the stick from?
5 · · A.· ·From the ground.
6 · · Q.· ·Where on the ground -- let me rephrase
7 that question.
8 · · · · ·Was it inside or outside the gate?
9 · · A.· ·I can't remember.
10 · · Q.· ·Okay. I'm going to show you what we'll
11 mark as Exhibit 5.
12 · · · · ·(Deposition Exhibit 5 marked
13 · · · · · · for identification.)
14 BY MS. SCHNIDT:
15 · · Q.· ·Okay. Do you see Exhibit 5, a
16 photograph of 5316 West Washington?
17 · · A.· ·Yes.
18 · · · · ·MR. BROWN:· Is it 5317?· Because you
19 said 5316.
20 · · · · ·MS. SCHNIDT:· Well, I see the map says
21 5317.
22 BY MS. SCHNIDT:
23 · · Q.· ·But Mr. Howard, do you see the building
24 that Tabatha Washington lived in?
25 · · A.· ·Yes.

---

Page 71

1 · · Q.· ·Okay. And can you describe that
2 building in this photograph?
3 · · A.· ·It's a dark brown, light brown at the
4 bottom building, looks like three stories and a
5 basement.
6 · · · · ·And is it in the center of this
7 photograph?
8 · · A.· ·Yes.
9 · · Q.· ·Is the building that Tabatha lived in
10 behind this light pole that's on the street?
11 · · A.· ·Yes.
12 · · Q.· ·Okay. Do you see the area where the
13 snowball stand was set up in this photograph?
14 · · A.· ·In the far, but yes.
15 · · Q.· ·Okay. Can you describe for me where
16 the snowball stand was set up at?
17 · · A.· ·It would be from -- it would be to the
18 right, it would be to the right of the gate
19 entrance.
20 · · Q.· ·So if you're looking at the building,
21 to the right?
22 · · A.· ·Yes.
23 · · Q.· ·Okay. Was it on the sidewalk or in the
24 parkway grassy area?
25 · · A.· ·Sidewalk.

---

Page 72

1 · · · Q.· ·All right. Can you still see the map?
2 · · A.· ·Yes, I can.
3 · · Q.· ·Or still see the photograph?
4 · · A.· ·Yes.
5 · · Q.· ·Is my cursor in the area where the
6 snowball stand was set up?
7 · · · · ·MR. BROWN: Emily, respectfully, I
8 think you've got to zoom in. It's really far this
9 view of ours.
10 · · · · ·MS. SCHNIDT: Mr. Howard -- I got this.
11 The witness can tell me if he needs something.
12 BY MS. SCHNIDT:
13 · · Q.· ·Mr. Howard, can you see the area where
14 the snowball stand was set up?
15 · · A.· ·It's pretty far. When you just had it
16 zoomed in, that was perfect.
17 · · Q.· ·Yeah.
18 · · A.· ·Took it back this far.
19 · · · · ·MS. SCHNIDT:· Okay.· Hold on one
20 second.
21 · · · · ·MR. BROWN:· Emily, can we do a quick
22 bathroom break?
23 · · · · ·MS. SCHNIDT:· Let's just get through
24 this real quick and then we can.
25 BY MS. SCHNIDT:

---

Page 73

1 · · · Q.· ·Okay. I've got a zoomed in photo.· Let
2 me share the screen.· Okay.· Can you see the area
3 now, Mr. Howard, where the stand was?
4 · · A.· ·Yes.
5 · · · Q.· ·All right.· Is this red dot in the area
6 where the snowball stand was?
7 · · A.· ·Yes.
8 · · · Q.· ·All right. I'm going to circle on what
9 we'll mark as Exhibit 6.
10 · · · · · ·(Deposition Exhibit 6 marked
11 · · · · · · · for identification.)
12 BY MS. SCHNIDT:
13 · · · Q.· ·Is this red circle on Exhibit 6 the
14 approximate area where the snowball stand was
15 located?
16 · · A.· ·Yes.
17 · · · Q.· ·All right. When Kim Edmondson came
18 back, and Tabatha Washington picked up the silver
19 stick, can you see in this photograph the area
20 where she was standing when she picked up that
21 silver stick?
22 · · A.· ·I'm not -- I'm not really sure which --
23 I say my attention was more so focused on
24 Mr. Edmondson.
25 · · · Q.· ·Okay. Well, where was she standing

---

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 74..77
DONTE HOWARD, 09/09/2021

Page 74

1 · right after -- when she was swinging the stick?
2 · Can you see the area where she was standing when
3 · she was swinging the stick?
4 · · · · A. · · Yes, right on the curb.
5 · · · · Q. · · Is it the curb that's in -- well, which
6 · curb are we talking about?
7 · · · · A. · · Right behind that black car.
8 · · · · Q. · · All right. · So the curb, that's where
9 · I've drawn along where this blue line is?
10 · · · · A. · · Oh, no. · You on the car, behind it.
11 · · · · Q. · · Right, I understand that, but the blue
12 · line is located where if this car wasn't there,
13 · that's where the curb was, correct?
14 · · · · A. · · I'm sorry. · I'm talking about the rear
15 · of the car. Behind the rear of the car, not behind
16 · it right there. · Behind the rear where the tree --
17 · more so where the tree is at and the fire hydrant.
18 · I believe there is a fire hydrant right there.
19 · · · · Q. · · Okay. · I'm going to -- is this blue
20 · line now located where Tabatha was swinging the
21 · stick at Kim Edmondson?
22 · · · · A. · · Yes, around that area.
23 · · · · Q. · · Okay. · And is your testimony that while
24 · you did see Tabatha pick up the stick, you can't
25 · say where she was standing when she picked up the

Page 75

1 · stick?
2 · · · · A. · · Can you repeat that, please.
3 · · · · Q. · · Did you see where Tabatha -- I'm going
4 · to rephrase the question.
5 · · · · · · · Did you see where Tabatha was standing
6 · when she picked up the stick?
7 · · · · A. · · No.
8 · · · · Q. · · But you did see her pick up the stick?
9 · · · · A. · · I seen her with it. · I seen her pick it
10 · up. I don't know where she picked it up from, but
11 · I know that she didn't have it in her hand. · She
12 · didn't have it the whole time, so I'm not sure
13 · where exactly she picked it up at, but I know she
14 · picked it up.
15 · · · · Q. · · Did she go inside to pick up that
16 · stick?
17 · · · · · · · MR. BROWN: · Objection, asked and
18 · answered.
19 · · · · A. · · No.
20 · BY MS. SCHNIDT:
21 · · · · Q. · · So she stayed outside the entire time
22 · and that stick came from somewhere outside?
23 · · · · A. · · Yes.
24 · · · · Q. · · I'm going to save this as Exhibit 6
25 · and, Mr. Howard, if you need to use the washroom,

Page 76

1 · you can use the washroom now.
2 · · · · · · · THE WITNESS: · Please. · Thank you.
3 · · · · · · · MS. SCHNIDT: · Off the record,
4 · everybody.
5 · · · · · · · THE VIDEOGRAPHER: · Standby. · We are now
6 · going off the record. · The time is 11:50 a.m.
7 · · · · · · · (Recess taken.)
8 · · · · · · · THE VIDEOGRAPHER: · We're now going back
9 · on the record. · The time is 12:00. · Sorry -- I need
10 · to start it.
11 · · · · · · · Standby. · We're now going back on the
12 · record. · The time is 12:00 p.m.
13 · BY MS. SCHNIDT:
14 · · · · Q. · · So Mr. Howard, when Kim Edmondson
15 · approached Tabatha Washington, she picked up the
16 · stick and start swinging at him. · What happened
17 · next?
18 · · · · A. · · He started to back -- he started
19 · to -- he started to back off. · He started to back
20 · off, and he walked off. · On his return he kept --
21 · he was doing a lot of -- a lot of profanity and
22 · talking with his self, and he came back. · Came
23 · right back.
24 · · · · Q. · · How long was Tabatha swinging the stick
25 · for before she walked off -- strike that.

Page 77

1 · · · · · · · How long was Tabatha swinging that
2 · silver stick for before Kim Edmondson walked off?
3 · · · · A. · · Very briefly. · She just a couple of
4 · pokes and like a couple of pokes and maybe a wave
5 · and he started to back off.
6 · · · · Q. · · Where was she poking Kim on his body?
7 · · · · A. · · Like from where I was standing, I
8 · couldn't see where she poked him at exactly, but
9 · she was -- it was towards his chest and face area.
10 · · · · Q. · · How far were you standing from Tabatha
11 · when she was poking Kim Edmondson with the stick?
12 · · · · A. · · I was on the inside of the gate and
13 · they was on the curb.
14 · · · · Q. · · How close to the gate?
15 · · · · A. · · I was close to the gate. · I was close
16 · to the gate. · If you like open -- swing the gate,
17 · the door, maybe I would be that distance from the
18 · gate.
19 · · · · Q. · · Okay. · So I'm going to show you what we
20 · have marked as Exhibit 6. · And you see that gate
21 · that you were standing on the other side of,
22 · correct?
23 · · · · A. · · Yes.
24 · · · · Q. · · And you're saying that you were
25 · standing a far enough distance away from the gate

ao AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 78..81
DONTE HOWARD, 09/09/2021

---

Page 78

1· ·for the door to be able to completely swing open?
2· · · · · ·MR. BROWN:· Objection, form.
3· · · · A.· I would say.· I would say.
4· ·BY MS. SCHNIDT:
5· · · · Q.· Well, I'm not asking you to guess.· I'm
6· ·asking you to tell me where you were standing.
7· · · · A.· I'm not sure if I was that -- if I
8· ·was -- yeah, I wasn't far.· I'm not sure if I was
9· ·that far away.· I don't think I was that far away,
10· ·like, maybe the gate would hit me if it opened.
11· · · · Q.· So do you see on the inside of the gate
12· ·closest to the door there are two pieces of
13· ·sidewalk before you hit the door threshold?
14· · · · A.· Yes, I can see that.
15· · · · Q.· Okay.· And there is what looks like a
16· ·line in the middle of the two pieces of the
17· ·sidewalk paver?
18· · · · A.· Yes, I see.
19· · · · Q.· Were you standing on the inside of this
20· ·line closer to the gate?
21· · · · A.· Yes, I was.
22· · · · Q.· So I'm going to -- oops, sorry.· In the
23· ·green circle -- hold on one second.
24· · · · · · In this green square is this -- within
25· ·this green square of Exhibit 6 the area that you

Page 79

1· ·were standing in when Tabatha was swinging the
2· ·silver pole at Kim Edmondson?
3· · · · A.· Yes.
4· · · · Q.· All right.· Okay.· What positioning
5· ·when -- which way was Kim Edmondson facing when
6· ·Tabatha was swinging the stick at him?
7· · · · A.· He was facing towards the gate.
8· · · · Q.· And which way was Tabatha facing when
9· ·she was swinging the silver pole at Kim Edmondson?
10· · · · A.· Towards the street.· They was angled
11· ·though, like, they was angled.· So towards --
12· ·Tabatha was facing towards the street, but at an
13· ·angle.
14· · · · Q.· If you were looking at this photograph,
15· ·was she facing -- was she facing towards the right
16· ·side of the photograph in the direction of the tree
17· ·or to the left side of the photograph in the
18· ·direction of other building?
19· · · · A.· Towards the tree.· If she was to take
20· ·off -- if Tabatha was to walk off straight the way
21· ·she was facing, she would directly probably hit
22· ·Laramie at the corner, like, on the corner.· She
23· ·would be on the corner if she would go straight to
24· ·where she was at an angle, if that makes any sense.
25· ·I'm sorry.· I'm trying to give you the best way I

Page 80

1· ·can.
2· · · · Q.· Laramie or Lockwood?
3· · · · A.· Lockwood.· Yeah, Lockwood.· Lockwood,
4· ·yes.· I'm sorry about that.
5· · · · Q.· That's okay.· So I just actually want
6· ·to make sure we're clear on this.
7· · · · · · I'm showing you what we'll mark as
8· ·Exhibit 7, which is a map, and you see on the map
9· ·5316 West Washington, right?· Do you see that?
10· · · · A.· Yeah, I see it.
11· · · · Q.· To the east is Lockwood and to the west
12· ·is Lorel, right?
13· · · · A.· Uh-huh.
14· · · · Q.· That's a yes?
15· · · · A.· Yes.
16· · · · Q.· Okay.· So when Tabatha was swinging the
17· ·silver pole at Edmondson, she was facing towards
18· ·Lockwood?
19· · · · A.· Yes.
20· · · · Q.· And Edmondson was facing towards you,
21· ·standing on the other side of the gate?
22· · · · A.· Not -- no, not towards.· He was at the
23· ·same angle that Tabatha was, so he would be more
24· ·so -- like if he was to walk straight, he would hit
25· ·Lorel on the corner.

Page 81

1· · · · Q.· Okay.
2· · · · · · (Deposition Exhibit 7 marked
3· · · · · · for identification.)
4· ·BY MS. SCHNIDT:
5· · · · Q.· So you were, basically, looking at the
6· ·sides of both of them?
7· · · · A.· Yes.
8· · · · Q.· You were looking at the right side of
9· ·Kim and Tabatha -- you were looking at the left
10· ·side of Tabatha, correct?
11· · · · A.· No, I could see -- I can see Tabatha's
12· ·face, and I could see -- I could see -- I could see
13· ·Kim's face, so it wasn't just a side view.· They
14· ·just was at an angle.· They wasn't looking towards
15· ·Washington -- I mean, towards facing the building
16· ·and facing across the street at the other building.
17· · · · Q.· So Kim was angled more between the
18· ·building, his angle was facing towards the building
19· ·and also towards Lorel Avenue?
20· · · · A.· Yes, I would say so.· Yes.
21· · · · Q.· And Tabatha was also looking towards
22· ·the building and towards Lockwood?
23· · · · A.· No, she -- the way that they're -- it's
24· ·just at an angle, so I'm not sure what she can see
25· ·from the angle.· I just know like what I could see,

WASHINGTON vs CITY OF CHICAGO, et al.                                    Pages 82..85
DONTE HOWARD, 09/09/2021

Page 82

1  you know, they was just angled from where I was at.
2  They wasn't, you know, facing each other.· Like if
3  she was to turn around, she could walk into a gate.
4  She wasn't facing that way.· It was just at an
5  angle.
6  · · Q.· · But you could see Kim's face, right?
7  · · A.· · Yeah.
8  · · Q.· · And you could see Tabatha's face?
9  · · A.· · Yes.
10  · · Q.· · If you could see Kim's face, you could
11  also see his chest, right?
12  · · A.· · Yes.
13  · · Q.· · All right.· So when Tabatha was hitting
14  him with that silver pole, where was she striking
15  him?
16  · · A.· · Like I say, once -- I couldn't exactly
17  see her.· I couldn't see her hit him.· I couldn't
18  see the contact from -- I couldn't see the contact.
19  · · Q.· · Could you see where the pole was making
20  contact with Kim's body?
21  · · A.· · No, I could see her poking.· It's dark.
22  It's raining.· I could see her poking, but I don't
23  see where -- the exact contact, no.
24  · · Q.· · Did he start bleeding when she was
25  making contact with him?

Page 83

1  · · A.· · I couldn't see no blood at that time
2  from where I was standing.· I couldn't see no
3  blood, no.
4  · · Q.· · And it's your testimony it was dark?
5  · · A.· · Yes, it had gotten dark.· It
6  was -- yes.
7  · · Q.· · Was this street light on above where
8  the two of them were standing?
9  · · A.· · I don't remember.· It's a lot -- going
10  down Washington is a lot of lights that's out, so
11  I'm not really sure if that light was on that
12  night.
13  · · Q.· · Was the -- was there any other light in
14  the area?
15  · · A.· · I'm not sure.· I don't remember.
16  · · Q.· · What time was this at when Tabatha was
17  hitting Edmondson with the pole?
18  · · A.· · I'm not sure.· I didn't -- I wasn't
19  checking for the time.
20  · · Q.· · Was it after dinner time?
21  · · A.· · Depends on what time you eat dinner.
22  · · Q.· · Well, what time do you eat dinner?
23  · · A.· · I eat dinner sometimes late.
24  · · Q.· · Well, was it after 8:00?
25  · · A.· · Yeah -- yes, I would say it was after

Page 84

1  · 8:00.· Yes, I would say it was after 8:00.
2  · · Q.· · And how heavy was it raining?
3  · · A.· · That I can't remember.· It was -- it
4  was a constant flow.· It wasn't like drizzling.· It
5  was a rain.· The streets was slippery.
6  · · Q.· · Was it lightning?
7  · · A.· · I can't remember if it was lightning
8  that night.· I don't remember any lightning.
9  · · Q.· · But it was more than drizzling out?
10  · · A.· · Yes.
11  · · Q.· · And it was more than misting out?
12  · · A.· · What do you consider a mist?· I'm not
13  sure of the -- a mist.
14  · · Q.· · Okay.· If you were driving your car,
15  would you have to have your windshield wipers on at
16  a constant beat?
17  · · A.· · I'm not sure what speed, but you would
18  have to have them on.
19  · · Q.· · Well, you wouldn't be able to have
20  that -- you know when you turn your windshield
21  wipers on and there is a pause in between, you
22  wouldn't be able to have that pause in between, you
23  would need to have them on constantly?
24  · · A.· · I don't remember.
25  · · Q.· · You remember it being a steady rain at

Page 85

1  that time?
2  · · A.· · Yes, I remember it raining.
3  · · Q.· · My question was steady rain.· I'm using
4  the word that you used.· You remember it being a
5  steady rain, correct?
6  · · A.· · Yes.
7  · · Q.· · And it was a steady rain from when it
8  started raining and you guys needed to pack up the
9  snowball stuff until this time at which Tabatha is
10  poking Kim with that silver pole, right?
11  · · A.· · Yes.
12  · · Q.· · So how many times -- could you see
13  Tabatha's arm when she was moving the pole towards
14  Kim Edmondson?
15  · · A.· · Like a poke. (Witness indicating.)· I
16  could see her -- I could see her movement.
17  · · Q.· · And just for the record, you indicated
18  a poking motion with your right hand.
19  · · Q.· · Was that mimicking the motion that she
20  was making that night?
21  · · A.· · Yes.
22  · · Q.· · All right.· How many times did she make
23  that poking motion?
24  · · A.· · Maybe two or three times I want to say.
25  It happened so quickly.

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021
Pages 86..89

Page 86

1 · · · · Q. · · **Other than making that poking motion,**
2 **did she make any other motion with her arm while**
3 **the pole was in her hand?**
4 · · · · A. · · Not that I can remember.
5 · · · · Q. · · **What happened after Tabatha poked Kim**
6 **Edmondson in the chest and face area two to three**
7 **times?**
8 · · · · A. · · I didn't -- I didn't see no contact on
9 how many times she poked him in the chest.  I
10 didn't see that. I can't recall how many times she
11 poked him in the chest.
12 · · · · Q. · · **Okay. What was the area of his body**
13 **that she was poking -- that she was making this**
14 **poking motion with the pole?**
15 · · · · A. · · Towards the chest, towards the chest
16 area and the lower face area.
17 · · · · Q. · · **So you were able to see her arm making**
18 **the movement of poking two to three times and you**
19 **were able to see that the pole going towards his**
20 **chest and lower face area, correct?**
21 · · · · A. · · Yes.
22 · · · · Q. · · **You just could not see where the end of**
23 **the pole was making contact?**
24 · · · · A. · · Correct. Yes. Yes.
25 · · · · Q. · · **All right. What happened after she**

Page 87

1 made these two to three poking motions?
2 · · A. · · Well, he proceeded to turn around and
3 walk off.
4 · · Q. · · **Where did he go?**
5 · · A. · · Towards the other side of the street.
6 · · Q. · · **Again, on the other side of Washington?**
7 · · A. · · Yeah, towards that -- not Washington --
8 yeah, yeah, Washington, towards that way, yeah,
9 briefly, and then turned around. He continued to
10 curse and said he was going to -- he decided that
11 he was going to go ahead and fight her, you know,
12 because he -- he come back, and he was cursing, and
13 I got -- I got -- did I answer? I feel like I'm
14 going on and on.
15 · · Q. · · **Okay. When you said he was gone, he**
16 **went to the other side of Washington briefly, what**
17 **was he doing on the other side of Washington?**
18 · · A. · · No, he walked that way. I don't think
19 he reached the sidewalk or the grass. He just
20 walked that way towards the other side of
21 Washington and then he returned. He came back.
22 · · Q. · · **How long did it take him from when**
23 **Tabatha last made the poking motion to when he came**
24 **back, how much time passed?**
25 · · A. · · Briefly. It's like he was -- he would

Page 88

1 leave and it's like he was -- he would just make
2 sounds like he was going back and forth with his
3 self like what he's going to do, how he's going to
4 react to this, and he would return.
5 · · Q. · · **So how long was it between when Tabatha**
6 **made the last poking motion to when he returned?**
7 · · A. · · I'm not sure how long, but it was
8 briefly. I can't remember.
9 · · Q. · · **Was it, approximately, the same amount**
10 **of time as before, more time, less time?**
11 · · A. · · Approximately around the same amount of
12 time from before.
13 · · Q. · · **So about less than a minute again?**
14 · · A. · · Yes.
15 · · Q. · · **In that less than one minute, what did**
16 **you do?**
17 · · A. · · Are you talking as he was walking off
18 or his return; when he turned back around towards
19 us?
20 · · Q. · · **Well, as Kim Edmondson was walking off,**
21 **what did you do?**
22 · · A. · · I was still inside of the gate where I
23 was standing when she was swiping with the pole.
24 · · · · Q. · · **In this green box area of Exhibit 6?**
25 · · · · A. · · Yes.

Page 89

1 · · · · Q. · · **Okay. And then he turned around, what**
2 **did you do?**
3 · · · · A. · · Well, he stated that he was going to,
4 you know, hey, I'm gonna fuck you up, and that's
5 when I came out of the gate, and I tried to tell
6 him, like, hey, this is enough, man. That's a
7 female, you know, she has a right to not want you
8 here. You know, you're being disrespectful. And
9 he pointed his aggression towards me and said he
10 would F me up. He would fuck my bitch ass up.
11 · · · · Q. · · **How close did you get to him when you**
12 **came out of the gate and approached him?**
13 · · · · A. · · As he was walking back, I was walking,
14 so by the time I was walking and talking, and he
15 was walking and talking, he was -- like, we was
16 meeting with each other.
17 · · · · Q. · · **Where did you -- in Exhibit 6 can you**
18 **see the area where you met him?**
19 · · · · MR. BROWN: Emily, we're looking at the
20 map, not the exhibit in front of the building.
21 · · · · · · MS. SCHNIDT: I'm sorry.
22 · · · · MR. BROWN: I just want to make sure
23 we're on the same page.
24 · · · · · · MS. SCHNIDT: I appreciate it. Thank
25 you.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 90..93
DONTE HOWARD, 09/09/2021

Page 90

·1··BY MS. SCHNIDT:
·2····Q.··Can you see Exhibit 6 in front of you
·3··now, sir?
·4····A.··Yes.
·5····Q.··Can you see the area of Exhibit 6, the
·6··location where you and Kim Edmondson met?
·7····A.··Yeah, like it just was like in the
·8··middle of the street.· This was in the street.
·9····Q.··Can you see it in the area of Exhibit 6
10··where the two of you met?
11····A.··Not really.
12····Q.··Okay.
13········MR. BROWN:· Can you zoom out?
14········THE WITNESS:· You should probably zoom
15··out.
16········MS. SCHNIDT:· Okay.· Hold on one
17··second.
18··BY MS. SCHNIDT:
19····Q.··I'm showing you what we have previously
20··marked as Exhibit 5.· Do you see the area of where
21··you and Kim Edmondson met when he came back after
22··engaging with Tabatha Washington?
23····A.··Okay, let's say, do you see the half of
24··the street, let's say half of that in the middle of
25··half of the street, so a quarter of the street.

Page 91

·1····Q.··Okay.· Is my cursor in the area where
·2··you met him?
·3····A.··Yeah, that's where we met.· Yes.
·4····Q.··Okay.· I'm going to -- with the color
·5··yellow, I'm going to circle this area on Exhibit --
·6··what we'll mark as Exhibit 5.· Is this the area
·7··within the yellow circle where you met Kim
·8··Edmondson?
·9····A.··No, you need to go east some.
10····Q.··Okay.
11····A.··Because I'm not walking straight out of
12··the gate going to the street.· I'm going sort of at
13··an angle so it was --
14····Q.··Like between where these two cars are?
15····A.··The other way.
16····Q.··This way?
17····A.··Yes.· East.
18····Q.··Is my cursor now in the area where you
19··met him?
20····A.··Yes.· I would say yes.
21····Q.··Is this yellow circle the area where
22··you met Kim Edmondson in the street?
23····A.··Yes, that's more around the area.· Yes.
24····Q.··Okay.
25········MS. SCHNIDT:· I'm going to save this as

Page 92

·1··Exhibit 7.
·2··BY MS. SCHNIDT:
·3····Q.··So as Kim Edmondson is approaching you
·4··from across 5316 West Washington, was he talking?
·5····A.··Yes.
·6····Q.··Did you have any difficulty hearing
·7··him?
·8····A.··He was a little slurred.· His language
·9··was a little off.· His voice was a little off,
10··like, a little bit, but I could understand what he
11··was saying.
12····Q.··You could understand him?
13····A.··Yeah.
14····Q.··And you could hear him?
15····A.··Yes.
16····Q.··Okay.
17····A.··I could hear that he was intoxicated or
18··something.
19····Q.··Well, I'm not asking -- I'm asking
20··could you hear the words that he was saying?
21····A.··Yes.
22····Q.··What was he saying?
23····A.··That he would fuck me up, my bitch ass
24··up and inviting me to a fight.
25····Q.··This is while he's walking from across

Page 93

·1··the street towards this area of the yellow circle
·2··on Exhibit 7?
·3····A.··Yes.
·4····Q.··Okay.· When he got to this area, within
·5··the yellow circle on Exhibit 7, when he met you,
·6··what did he say?
·7····A.··When we was face-to-face?
·8····Q.··Yes.
·9····A.··He began to -- he began to engage in a
10··fight.
11····Q.··So at what point -- where was Kim
12··Edmondson when you said to him, that's enough, you
13··can't talk to a female that way?
14····A.··He was walking back towards this way.
15····Q.··What was -- so you could hear him when
16··he was across the street speaking to Tabatha?
17····A.··He hadn't made it across the street.
18··He made it past the halfway mark, I would say, but
19··he wasn't on the other side of the street.· You
20··know, he walked off but he walked off briefly and
21··turned around like he had changed his mind about
22··leaving almost immediately as he started walking
23··off, and he started to threaten her and say, like,
24··hey, like he was getting ready to fight her.
25····Q.··Did you have any difficulty hearing

WASHINGTON vs CITY OF CHICAGO, et al.          Pages 94..97
DONTE HOWARD, 09/09/2021

---

Page 94

1 ·anything that he said to anyone while he was out
2 ·there?
3 · · · ·A.· ·No.
4 · · · · · · ·MR. BROWN:· Objection, form, vague.
5 · · · ·A.· ·No.
6 ·BY MS. SCHNIDT:
7 · · · ·Q.· ·So when he was across the street, after
8 ·he engaged with Carlton White, you could hear him
9 ·just fine?
10 · · · ·A.· ·From where he was standing at, yes, I
11 ·could hear him.
12 · · · ·Q.· ·All right.· And then when he was across
13 ·the street after he engaged with Tabatha
14 ·Washington, you could hear him just fine?
15 · · · ·A.· ·When he was speaking, yes, I could hear
16 ·him from where he was walking to and walking from.
17 ·Yes, I could hear him.
18 · · · ·Q.· ·When Tabatha and Kim Edmonson were
19 ·engaged with each other, when you're saying she was
20 ·swinging and appeared to be poking him with the
21 ·silver pole, what was she saying to him?
22 · · · ·A.· ·Just telling him to go on about his
23 ·business, I believe.
24 · · · ·Q.· ·What was he saying to her?
25 · · · ·A.· ·It was all -- his words was mostly

---

Page 95

1 ·bitches and hoes and cursing.
2 · · · ·Q.· ·So it's your testimony Kim Edmondson
3 ·walks away and at the point in which he's on the
4 ·other side of the halfway mark of Washington,
5 ·that's when you tell him, that's enough, you don't
6 ·talk to a female that way?
7 · · · ·A.· ·No, he was going -- he was coming like
8 ·he was going to fight her like, you know, he was
9 ·going to get ready to fight her now, and I told him
10 ·that's a female, you don't fight no female.· See,
11 ·the whole time I'm trying not to get involved.
12 · · · ·Q.· ·Well, if you're trying not to get
13 ·involved, why didn't you just go inside?
14 · · · · · · ·MS. SCHNIDT:· Objection, argumentative.
15 · · · ·A.· ·I don't know.
16 ·BY MS. SCHNIDT:
17 · · · ·Q.· ·If you're trying not to get involved,
18 ·why didn't you tell everybody else to go inside?
19 · · · ·A.· ·I don't know.
20 · · · ·Q.· ·So at this point Kim Edmonson has
21 ·turned around and you decide to leave the outside
22 ·of the gate and engage with him, correct?
23 · · · ·A.· ·Yes.
24 · · · ·Q.· ·Why did you decide to leave the gate,
25 ·the inside of the gate and engage with him?

---

Page 96

1 · · · ·A.· ·His aggression that he was walking back
2 ·towards Tabatha, looked like he was going to
3 ·seriously hurt her.
4 · · · ·Q.· ·Why did you -- so are you saying that
5 ·you defended Tabatha Washington?
6 · · · ·A.· ·I'm saying that I felt that the -- that
7 ·I should let him know that it's not -- you know, he
8 ·shouldn't fight her.
9 · · · ·Q.· ·So were you -- did you decide to
10 ·physically engage with him?
11 · · · ·A.· ·It immediately -- when I said that it
12 ·immediately went from Tabatha to me, so I was --
13 ·when we fought, I was defending myself.
14 · · · ·Q.· ·But you decided to leave the inside of
15 ·the gate where you were having no altercation with
16 ·him to approach him to defend Tabatha at that
17 ·point, correct?
18 · · · ·A.· ·He was walking -- he had put his
19 ·attention on me.· He was walking towards me now.
20 ·It wasn't -- once I said, like, hey, man, like
21 ·don't -- don't go ahead.· I'm not sure what I said.
22 ·But his attention was to meet me in a fight.
23 ·That he will fuck me up.· His attention -- his
24 ·aggression shifted from Tabatha to me at the point
25 ·I had left the gate.

---

Page 97

1 · · · ·Q.· ·But at that point, he hadn't had any
2 ·attention on you, correct?
3 · · · ·A.· ·Not that I can remember, no.
4 · · · ·Q.· ·He hadn't engaged with you whatsoever,
5 ·had he?
6 · · · ·A.· ·Not that I can remember, no.
7 · · · ·Q.· ·He hadn't spoken to you, correct?
8 · · · ·A.· ·No.
9 · · · ·Q.· ·You didn't say anything to him yet at
10 ·this point, right?
11 · · · ·A.· ·At what point?
12 · · · ·Q.· ·Up until this point, you haven't said
13 ·anything to him, correct?
14 · · · ·A.· ·No.
15 · · · ·Q.· ·But you decide to put yourself in the
16 ·situation because you felt that you needed to say
17 ·something on Tabatha Washington's behalf, right?
18 · · · ·A.· ·I felt as though Tabatha was in grave
19 ·danger -- that she was in danger at the moment and
20 ·I felt as though me, as a man, should say
21 ·something, yes.
22 · · · ·Q.· ·Grave danger or danger?
23 · · · ·A.· ·Danger.
24 · · · ·Q.· ·Why did you stop yourself from saying
25 ·grave danger?

WASHINGTON vs CITY OF CHICAGO, et al.        Pages 98..101
DONTE HOWARD, 09/09/2021

Page 98

1 · · · A. · · I don't really know what that means.
2 · I'm sorry. I've heard it said before. I really
3 · don't know what grave danger means.
4 · · · Q. · · So you felt that Tabatha was in danger
5 · and you needed to go and engage with Kim Edmondson
6 · to stop him from engaging her?
7 · · · · · · MR. BROWN:· Objection, misstates his
8 · prior testimony.
9 · · · · A. · · I felt as though I should say
10 · something, yes.
11 · BY MS. SCHNIDT:
12 · · · · Q. · Why is it that your criminal defense
13 · attorney argued at the criminal trial that you were
14 · not defending Tabatha Washington when you just
15 · testified you were?
16 · · · · · · MR. BROWN:· Objection, calls for
17 · speculation, foundation, and calls for a legal
18 · conclusion.
19 · BY MS. SCHNIDT:
20 · · · · Q. · · Go ahead.
21 · · · · A. · · I'm not sure.
22 · · · · Q. · · Have you ever said to anyone, I wasn't
23 · defending Tabatha?
24 · · · · A. · · I'm not sure what I've said to anyone
25 · currently.

Page 99

1 · · · · Q. · · Well, did you believe that you were
2 · defending Tabatha when you walked out of that gate
3 · to engage with Kim Edmondson?
4 · · · · · · MR. BROWN:· Objection, asked and
5 · answered.
6 · · · · A. · · I believe I was -- I was protecting
7 · myself.
8 · BY MS. SCHNIDT:
9 · · · · Q. · · Well, no, you weren't protecting
10 · yourself, sir, because he hadn't engaged with you
11 · yet, were you?
12 · · · · · · MR. BROWN:· Objection, argumentative,
13 · asked and answered.
14 · BY MS. SCHNIDT:
15 · · · · Q. · · Go ahead.
16 · · · · A. · · I believe I was protecting myself.
17 · · · · Q. · · You just testified that you walked out
18 · of that gate to defend Tabatha from being in
19 · danger, correct?
20 · · · · A. · · When I spoke it, when I spoke that
21 · maybe he should, you know, that that's a female, I
22 · was inside of the gate. · When I stepped -- when I
23 · started to move Kim was, he was -- he had his
24 · aggression towards me in approaching me.
25 · · · · Q. · · So you were inside of the gate and Kim

Page 100

1 · Edmondson did not have any aggression towards you,
2 · correct?
3 · · · · A. · · Well, he was walking towards me.  I
4 · stated that --
5 · · · · Q. · · Go ahead.
6 · · · · A. · · I stated that he should, you know,
7 · leave it alone.· That Tabatha was a female.  I
8 · stated that from inside of the gate.
9 · · · · Q. · · Okay.· And you could have turned around
10 · and walked inside then at that point, couldn't you?
11 · · · · A. · · There wasn't nothing stopping me, so
12 · yes.
13 · · · · Q. · · But Kim Edmondson started to approach
14 · you and at that point you made the decision to come
15 · at him, correct?
16 · · · · A. · · To not come at him, but he was inviting
17 · me, he was being very, very disrespectful towards
18 · me.· I decided to defend myself.
19 · · · · Q. · · What was he inviting you to?
20 · · · · A. · · A fight.
21 · · · · Q. · · He was inviting you to a fight and you
22 · took that invitation?
23 · · · · · · MR. BROWN:· Objection, argumentative,
24 · misstates his prior testimony.
25 · BY MS. SCHNIDT:

Page 101

1 · · · · Q. · · Go ahead.
2 · · · · A. · · I decided that if he's inviting me to a
3 · fight, that I should fight.· Where I grew up at,
4 · you -- sometimes you have to fight.
5 · · · · Q. · · So what did you do in that fight?
6 · · · · A. · · Basically nothing.· I swung at him.  I
7 · maybe hit him once.· He hit me.· And it was about
8 · that.· It was over.· It happened so quickly.· It
9 · was over with.
10 · · · · Q. · · Did you maybe hit him once or did you
11 · hit him once?
12 · · · · A. · · I could have hit him once.
13 · · · · Q. · · I'm not asking for you to guess or
14 · speculate.· Did your body come into contact with
15 · his body?
16 · · · · A. · · Yes, I hit him in the chest -- in the
17 · chest or face area.· I'm not really sure.· I was
18 · just swinging.
19 · · · · Q. · · So you did come into contact with him?
20 · · · · A. · · Yes.
21 · · · · Q. · · Why were you just saying that maybe I
22 · hit him; I could have possibly hit him?
23 · · · · A. · · Okay.· Well, I hit him.
24 · · · · Q. · · And where did you come into contact
25 · with him?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 102..105
DONTE HOWARD, 09/09/2021

---

Page 102

·1      A.    I'm not sure.
·2      Q.    It was in the chest or face area?
·3      A.    When I swing, I close my eyes.
·4      Q.    How many swings did you take at him?
·5      A.    Two or three.
·6      Q.    And how many times did your body come
·7  into contact with his body?
·8      · A.· · Once.
·9      · · Q.· · And those two to three times that you
10  swung, you closed your eyes each time?
11      · A.· · Embarrassingly, yes.
12      · · Q.· · And where did Kim Edmondson's body come
13  in height wise; was he taller, shorter than you,
14  same height?
15      · · A.· · Shorter than me.
16      · Q.· · And how was your arm extended when you
17  swung at him?
18      · · · · · MR. BROWN:· Objection, form, vague.
19      · · A.· · Like a swipe maybe.
20  BY MS. SCHNIDT:
21      · · Q.· · Was it -- first of all, was it a closed
22  fist or open fist?
23      · · A.· · It was a closed fist.
24      · · Q.· · So you punched him?
25      · · A.· · Yeah, but swipely like.

---

Page 103

1· · · ·Q.· · Like you batted at him with your closed
2· ·fist?
3· · · ·A.· · I'm not really a fighter, so yes.
4· · · ·Q.· · Was your arm all the way extended when
5· ·you came into contact with his body?
6· · · ·A.· · I'm not sure.
7· · · ·Q.· · Have you ever been in a fight before?
8· · · ·A.· · Not many.· Yes, I've been in a fight
9· ·before, yes.
10· · · ·Q.· · Okay.· So how many times?
11· · · ·A.· · I don't remember.
12· · · ·Q.· · And what were those situations?
13· · · ·A.· · I don't remember.
14· · · ·Q.· · You don't remember the times that you
15· ·were in a fight?
16· · · ·A.· · It was grammar school.· I was young.
17· · · ·Q.· · So the only time that you got into a
18· ·physical altercation was in grammar school, that's
19· ·your testimony?
20· · · ·A.· · No, that's not.· I just can't remember.
21· ·I know I've been in some fights, I just cannot
22· ·remember the instance or how I swung.
23· · · ·Q.· · Well, then, why were you saying that
24· ·you were in grammar school when you got into a
25· ·fight?

---

Page 104

·1· · · ·A.· · I did most fighting in grammar school.
·2· · · ·Q.· · You do understand, sir, that you're
·3· ·under oath, correct?
·4· · · · · · ·MR. BROWN:· Objection, argumentative.
·5· · · · ·A.· · Yes.
·6· ·BY MS. SCHNIDT:
·7· · · ·Q.· · That's not argumentative.· You do
·8· ·understand that, correct, sir?
·9· · · · ·A.· · Yes, ma'am.
10· · · ·Q.· · So when I'm asking you questions, I'm
11· ·not asking you to guess, speculate, or lie.· I'm
12· ·asking you to tell me the truth.· You understand
13· ·that, right?
14· · · · ·A.· · Yes.
15· · · ·Q.· · How many times have you been in a
16· ·fight?
17· · · · ·A.· · I can't remember.
18· · · ·Q.· · When was the last time you were in a
19· ·fight before you decided to take a swing at Kim
20· ·Edmondson?
21· · · · · · ·MR. BROWN:· Objection, argumentative,
22· ·asked and answered.
23· · · · ·A.· · I can't remember.
24· ·BY MS. SCHNIDT:
25· · · · ·Q.· · When you were in those altercations

---

Page 105

·1· ·that you had, did you punch someone?
·2· · · · ·A.· · I can't remember.
·3· · · ·Q.· · You can't remember if you ever punched
·4· ·somebody?
·5· · · · ·A.· · I can't remember.
·6· · · ·Q.· · Did you slap them?
·7· · · · ·A.· · I can't remember.
·8· · · ·Q.· · Well, what were these fights you were
·9· ·in if you can't remember how you physically engaged
10· ·with them?
11· · · · ·A.· · Well, I know I've been into a fight
12· ·before.· I just can't remember how.· You know, I
13· ·can barely the remember the night in question.
14· · · ·Q.· · You can barely remember the night in
15· ·question in which you've been alleged to have
16· ·murdered someone?
17· · · · ·A.· · Yes.
18· · · ·Q.· · Why?
19· · · · ·A.· · It was a long time ago.
20· · · ·Q.· · So because it was three years ago,
21· ·you're saying you don't really remember the details
22· ·of the night in which you're alleged to have
23· ·murdered someone?
24· · · · · · ·MR. BROWN:· Objection, misstates his
25· ·testimony, argumentative.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 106..109
DONTE HOWARD, 09/09/2021

Page 106

1 · · · · · ·Yes.
2 ·BY MS. SCHNIDT:
3 · · · ·Q.· ·Any other reason as to why you don't
4 ·remember the details of the night that you're
5 ·alleged to have murdered someone?
6 · · · ·A.· ·Well, I did have -- I was in a drug
7 ·addiction for a while and that drug it attacks the
8 ·brain.
9 · · · ·Q.· ·Were you under the influence of any
10 ·drugs that night of the incident?
11 · · · ·A.· ·No.
12 · · · ·Q.· ·When was the last time that you had
13 ·consumed any sort of drug?
14 · · · ·A.· ·February 2017.
15 · · · ·Q.· ·Were you hospitalized for consuming
16 ·that drug?
17 · · · ·A.· ·No, I'm speaking on the time I went to
18 ·rehab for my addiction.· I'm speaking to that drug.
19 ·It wasn't one specific time I took the drug. It
20 ·was years of abuse.
21 · · · ·Q.· ·Had you had any doctor ever tell you
22 ·that the drugs that you consumed damaged your brain
23 ·and has impacted your memory?
24 · · · ·A.· ·No.
25 · · · ·Q.· ·So other than the fact that you had an

Page 107

1 ·addiction -- what was the addiction to?
2 · · · ·A.· ·Vicodin, opiate pain pills.
3 · · · ·Q.· ·How many years were you abusing
4 ·opiates?
5 · · · ·A.· ·Five to eight years.
6 · · · ·Q.· ·Well, how many years were you taking
7 ·opiates?
8 · · · ·A.· ·Five to eight years.
9 · · · ·Q.· ·That's a pretty big year -- three year
10 ·differential.· Why is it that you can't narrow it
11 ·down between five to eight years?
12 · · · ·A.· ·I really can't recall when I started.
13 ·I just know when it ended.
14 · · · ·Q.· ·All right.· So the night that you
15 ·physically engaged with Kim Edmonson, it's your
16 ·testimony that you were batting at him with a
17 ·closed fist, right?
18 · · · ·A.· ·Yes.
19 · · · ·Q.· ·And each time you batted at him with
20 ·your closed fist, you shut your eyes?
21 · · · ·A.· ·Yes.
22 · · · ·Q.· ·So the one time that -- sorry.· Go
23 ·ahead.
24 · · · ·A.· ·I said, yes, I would say.
25 · · · ·Q.· ·So the one time that you physically

Page 108

1 ·made contact with Kim Edmondson, you don't know
2 ·where on his body you made physical contact with?
3 · · · ·A.· ·I felt the contact, yes.
4 · · · ·Q.· ·But you don't know where it was on his
5 ·body?
6 · · · ·A.· · It had to have been the face.
7 · · · ·Q.· · Why?
8 · · · ·A.· · If I would say, I would say the face,
9 ·that's what I was batting towards.· That's where I
10 ·was swinging towards, his face.
11 · · · ·Q.· ·But you didn't see your hand make
12 ·contact with his face, right?
13 · · · ·A.· ·Not that I can remember.
14 · · · ·Q.· ·And you didn't hear anything that would
15 ·indicate that you made physical contact with his
16 ·face, correct?
17 · · · ·A.· ·I didn't hear nothing, no.
18 · · · ·Q.· ·And your eyes were shut?
19 · · · ·A.· ·I say I blink as we was fighting.· It
20 ·happened so quickly.· It was very briefly.· I just
21 ·don't remember exactly where I hit him at.
22 · · · ·Q.· ·Were you playing peek-a-boo with him
23 ·before you hit him?
24 · · · · · ·MR. BROWN:· Objection, vague, form,
25 ·argumentative.· What does that mean?

Page 109

1 ·BY MS. SCHNIDT:
2 · · · ·Q.· ·Go ahead, sir.
3 · · · · · ·MS. SCHNIDT:· That's a speaking
4 ·objection, Dylan.· Vague is sufficient.
5 · · · ·A.· ·I don't know what that means.
6 ·BY MS. SCHNIDT:
7 · · · ·Q.· ·You don't know what peek-a-boo means?
8 · · · ·A.· ·No.
9 · · · ·Q.· ·You have a kid, right?
10 · · · ·A.· ·Yes.
11 · · · ·Q.· ·Okay.· Have you played peek-a-boo with
12 ·your kid?
13 · · · ·A.· ·No.
14 · · · ·Q.· ·All right.· Did you hide behind a car
15 ·and pop up at him playing around with him?
16 · · · ·A.· ·No.
17 · · · ·Q.· ·Did you hide behind a car and hide from
18 ·him?
19 · · · ·A.· ·No, not that I can remember.
20 · · · ·Q.· ·So you walked out from the gate,
21 ·immediately approached him, and then engaged in a
22 ·physical altercation with Kim Edmondson, correct?
23 · · · ·A.· ·Yes.
24 · · · ·Q.· ·How much time passed from when you
25 ·walked out of the gate to when you started batting

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 110..113
DONTE HOWARD, 09/09/2021

Page 110

1  at Kim Edmondson with a closed fist?
2  · · · · A.· ·Maybe a couple of seconds.
3  · · · · Q.· ·Did he land any punches on you?
4  · · · · A.· ·Yes.
5  · · · · Q.· ·Where?
6  · · · · A.· ·Hit me on, like, my -- this area, like,
7  my side of my face area.
8  · · · · Q.· ·In your jaw?
9  · · · · A.· ·Yeah, lower jaw.· I would say this is
10 my jaw, but this, like, my side of my chin.
11 · · · · Q.· ·On the left side?
12 · · · · A.· ·Yes.
13 · · · · Q.· ·How many times?
14 · · · · A.· ·Once.
15 · · · · Q.· ·Was it before or after you struck him?
16 · · · · A.· ·I'm not sure the order.
17 · · · · Q.· ·So you struck him, he may have struck
18 you before or after, then what happened?
19 · · · · A.· ·We both walked off.· It was raining.· I
20 was slipping, and we both walked off.
21 · · · · Q.· ·Did he get hit by a car?
22 · · · · A.· ·No, he didn't get hit by a car.· Where
23 we was standing, a car had stopped, and he had
24 backed up into it, but the car was not moving when
25 he backed up into it.

Page 111

1  · · Q.· ·Did he roll over the car?
2  · · A.· ·No.
3  · · Q.· ·Did he fall to the ground after he
4  backed up into the car?
5  · · A.· ·No.
6  · · Q.· ·How tall are you?
7  · · A.· ·6'4".
8  · · Q.· ·And where on your body did Kim
9  Edmondson's head come?
10 · · A.· ·I don't remember.
11 · · Q.· ·Approximately, how much shorter than
12 you was he?
13 · · A.· ·I'm not -- I don't remember.
14 · · Q.· ·Was he skinnier than you?
15 · · A.· ·He had -- from what I can remember, he
16 had muscle.· He wasn't a slim guy.· He had some
17 muscle.
18 · · Q.· ·What was your weight then?
19 · · A.· ·I don't remember.
20 · · Q.· ·Were you heavier set?
21 · · A.· ·Maybe -- no, I wasn't heavy.· My weight
22 has always been proportionate to my height so...
23 · · · Q.· ·So what's been your weight?
24 · · · A.· ·250.· My high is maybe 5 -- I mean, I'm
25 sorry.· 275 is, I believe, my highest weight and

Page 112

1  that's while I was incarcerated.
2  · · · · Q.· ·So you got up to 275 when you were in
3  jail?
4  · · · · A.· ·Yes.
5  · · · · Q.· ·When you're saying incarcerated, you're
6  referring to Cook County Jail, right?
7  · · · · A.· ·Yes.
8  · · · · Q.· ·You have actually been incarcerated
9  before in the Department of Corrections, haven't
10 you?
11 · · · · A.· ·Yes.
12 · · · · Q.· ·Do you know the difference between
13 being incarcerated in prison versus being in jail?
14 · · · · A.· ·I didn't know that.· I just learned
15 that.
16 · · · · A.· ·You just call it all incarceration?
17 · · · · A.· ·Incarcerated is being in prison and
18 jail is being in jail in Cook County.
19 · · · · Q.· ·I'm asking you, is there a difference?
20 · · · · A.· ·I've always -- incarcerated is being in
21 jail, period.· Jail/prison.
22 · · · · Q.· ·Okay.· After -- strike that.
23 · · · · MS. SCHNIDT:· Let's go ahead and take
24 our break now for lunch.· Go off the record.
25 · · · · THE VIDEOGRAPHER:· Okay.· Standby.· We

Page 113

1  are now going off the record.· The time is
2  12:45 p.m.
3  · · · · · · ·(Recess taken.)
4  · · · · THE VIDEOGRAPHER:· We are now going
5  back on the record.· The time is 1:23 p.m.
6  BY MS. SCHNIDT:
7  · · · · Q.· ·Good afternoon, Mr. Howard.· When you
8  met with Mr. Brown, I'm sorry -- strike that.
9  · · · · Q.· ·Was it Mr. Brown that you met with to
10 prepare for your deposition?
11 · · · · A.· ·Yes.
12 · · · · Q.· ·The guy who's sitting next to you?
13 · · · · A.· ·Yes.
14 · · · · Q.· ·Okay.· When you met with him last week,
15 what time was it at?
16 · · · · A.· ·I believe it was 11:00.
17 · · · · Q.· ·And it was only for one hour?
18 · · · · A.· ·Yes.
19 · · · · Q.· ·Did you guys have lunch together?
20 · · · · MR. BROWN:· I can't remember.
21 · · · · A.· ·I don't remember.
22 BY MS. SCHNIDT:
23 · · · · Q.· ·How many times have you met with your
24 attorneys at their offices since this case started?
25 · · · · A.· ·Maybe three times.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 114..117
DONTE HOWARD, 09/09/2021

Page 114

·1 · · Q.· · Have you ever had lunch with them?
·2 · · A.· · I just had lunch with them.
·3 · · Q.· · Other than today?
·4 · · A.· · I don't remember.
·5 · · Q.· · Okay.· When we were setting up the time
·6 for -- to take lunch, your attorney asked you, is
·7 Pot Belly okay?· You liked Pot Belly last time.
·8 · · · · · Did you guys have lunch together last
·9 time?
10 · · A.· · I believe so, yes.
11 · · Q.· · So was the meeting longer than an hour?
12 · · A.· · No, it wasn't.
13 · · Q.· · So you met from 11:00 until 12:00 and
14 just had lunch together?
15 · · A.· · Yes.
16 · · Q.· · Did you talk about -- strike that,
17 sorry.
18 · · · · · Did you look at any documents?
19 · · · · · MR. BROWN:· Objection, asked and
20 answered.
21 BY MS. SCHNIDT:
22 · · Q.· · During lunch?
23 · · A.· · During lunch now?
24 · · Q.· · No, I'm talking about when you guys met
25 ·last week, and you had lunch, did you look at any

Page 115

1 ·documents?
2 · · · A.· · No.
3 · · Q.· · Did you look at any documents during
4 your lunch break now?
5 · · A.· · No.
6 · · Q.· · When I was showing you Exhibit No. 4,
7 I'm going to put it up on the screen for you.
8 · · · · · Do you remember seeing Exhibit No. 4?
9 · · A.· · Yes.
10 · · Q.· · Okay.· You testified that that pole
11 that's in Exhibit No. 4 was definitely not the pole
12 that Tabatha Washington picked up outside of her
13 apartment and swung at Kim Edmondson.· Do you
14 remember that?
15 · · · MR. BROWN:· Objection, misstates his
16 testimony.
17 · · A.· · Yes, I remember that.
18 BY MS. SCHNIDT:
19 · · Q.· · Okay.· How can you say for sure that
20 this pole wasn't the pole that she had in her hand?
21 · · A.· · It's a lot bigger, and it's a lot
22 longer, it looks like.· I'm pretty sure I would
23 have remembered that pole if I'd seen her with that
24 pole.
25 · · Q.· · Okay.· I'm showing you Exhibit No. 1.

Page 116

·1 Do you see the pole in Exhibit No. 1?
·2 · · A.· · Yes.
·3 · · Q.· · Could this pole have been the pole that
·4 she picked up?
·5 · · · · · MR. BROWN:· Objection, asked and
·6 answered.
·7 · · A.· · I don't know.
·8 BY MS. SCHNIDT:
·9 · · Q.· · This pole appears to be about the same
10 size as the pole in Exhibit No. 4, doesn't it?
11 · · A.· · I'm not sure.· It seems a little
12 thinner at the edge.· It's not as round as the pole
13 in Exhibit 4.
14 · · Q.· · Right.· But the rest of the pole looks
15 to be about the same size as the pole in Exhibit 4?
16 · · A.· · Well, I'm going off the edge of the
17 pole to know that it's not the same pole.
18 · · Q.· · Prior to you -- prior to Kim Edmondson
19 engaging with Carlton White on the day of incident,
20 do you know about Kim Edmondson being a problem for
21 Tabatha Washington?
22 · · A.· · No, not that I can remember.
23 · · Q.· · Were you over at Tabatha Washington's
24 apartment that day because Kim Edmondson had been
25 an issue for her?

Page 117

·1 · · A.· · No.
·2 · · Q.· · If Carlton White testified that you
·3 were over at -- strike that.
·4 · · · · · If Carlton White told the police that
·5 you were over at Tabatha Washington's apartment
·6 that day because Kim Edmondson had been bothering
·7 her, do you know where he would have gotten that
·8 information?
·9 · · A.· · Absolutely not.
10 · · Q.· · He would be lying if he said that,
11 right?
12 · · A.· · Yes, he would.
13 · · Q.· · Have you heard -- have you heard
14 anything prior to the date of incident or on the
15 date of incident that Kim Edmondson had been acting
16 like the boogieman towards Tabatha Washington?
17 · · A.· · No.
18 · · Q.· · Why is it that you struck Kim Edmondson
19 on the date of the incident?
20 · · A.· · I was defending myself.
21 · · Q.· · Any other reason?
22 · · A.· · No.
23 · · Q.· · Why is it that you didn't go inside
24 instead of approaching Kim Edmondson on the date of
25 the incident?

CCD  AdvancedONE            (866) 715-7770
LEGAL                       advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
Pages 118..121
DONTE HOWARD, 09/09/2021

Page 118

1 · · · · A. · ·I'm not sure.
2 · · · · Q. · ·Did you call the police on the date of
3 ·incident?
4 · · · · A. · ·No.
5 · · · · Q. · ·Why not?
6 · · · · A. · ·I felt no need to call the police.
7 · · · · Q. · ·Well, somebody being in danger is a
8 ·reason to call the police, correct?
9 · · · · · · ·MR. BROWN:· Objection, argumentative.
10 · · · · A. · ·Yes, I would say.· I would say it's
11 ·enough reason to call the police for someone being
12 ·in danger, yes.
13 ·BY MS. SCHNIDT:
14 · · · · Q. · ·And you thought Tabatha Washington was
15 ·in danger, didn't you?
16 · · · · A. · ·Yes, I did.
17 · · · · Q. · ·So why didn't you call the police when
18 ·you thought Tabatha Washington was in danger?
19 · · · · A. · ·Well, at the time if anything was to
20 ·occur, if I was to walk, you know, it would have
21 ·happened by the time the police had got there
22 ·anyway.
23 · · · · Q. · ·So instead you decided to protect
24 ·Tabatha and approach Kim Edmondson?
25 · · · · A. · ·I decided to speak and tell, you know,

Page 119

1 ·let Kim -- let him know that that wouldn't be right
2 ·for him to, you know, attack Tabatha, which was
3 ·what it looked like he was on his way to do.
4 · · · · Q. · ·Kim Edmondson -- when you spoke and Kim
5 ·Edmondson turned his attention on you, did you feel
6 ·you were in danger?
7 · · · · A. · ·I felt as though he was ready -- he
8 ·wanted to fight me.· That was his words, that he
9 ·would fuck me up, my bitch ass up.
10 · · · · Q. · ·And you didn't call the police at that
11 ·time, correct?
12 · · · · A. · ·No.
13 · · · · Q. · ·Why not?
14 · · · · A. · ·Because he was in the middle of
15 ·approaching me.
16 · · · · Q. · ·And you were also in the middle of
17 ·approaching him, right?
18 · · · · A. · ·Yes, you could say.
19 · · · · Q. · ·Well, that's what happened, right?
20 · · · · A. · ·Yes.
21 · · · · Q. · ·Did anyone call the police?
22 · · · · A. · ·I'm not sure.
23 · · · · Q. · ·Did you see anyone with their cell
24 ·phone?
25 · · · · A. · ·No.

Page 120

1 · · · · Q. · ·Did Tabatha call the police?
2 · · · · A. · ·I'm not sure.
3 · · · · Q. · ·Did she tell you at any point in time
4 ·up until today that she had called the police?
5 · · · · A. · ·No.
6 · · · · Q. · ·When this entire incident was
7 ·occurring, how many other people were outside
8 ·besides you, Cynthia Cage, Tabatha Washington,
9 ·Carlton White, and Kim Edmondson?
10 · · · · A. · ·I believe that was all.· Hold on.· Can
11 ·you say that again, please?· I'm sorry.
12 · · · · Q. · ·Other than you, Tabatha Washington,
13 ·Carlton White, Cynthia Cage, and Kim Edmondson, who
14 ·else was outside?
15 · · · · A. · ·Her daughter.
16 · · · · Q. · ·The 14-year-old?
17 · · · · A. · ·Yes.
18 · · · · Q. · ·Where was she standing?
19 · · · · A. · ·I'm not sure where she was standing.
20 · · · · Q. · ·Did you see her outside when Carlton
21 ·was engaging with Kim Edmondson?
22 · · · · A. · ·I believe so, yes.
23 · · · · Q. · ·Did you see her outside when Tabatha
24 ·was engaging with Kim Edmondson?
25 · · · · A. · ·My attention was more so focused on

Page 121

1 ·Kim.
2 · · · · Q. · ·But you know she was out -- you know
3 ·Tabatha Washington's daughter was outside the whole
4 ·time?
5 · · · · A. · ·I didn't see her leave.· I didn't see
6 ·her leave.
7 · · · · Q. · ·When you went -- after engaging with
8 ·Kim Edmondson, the whole group of you went inside
9 ·Tabatha's apartment, right?
10 · · · · A. · ·Can you repeat that?· I'm sorry.· I was
11 ·still in my head with the last question.
12 · · · · Q. · ·Okay.· Do you want to change your
13 ·answer to anything with regards to where?
14 · · · · A. · ·No, I don't want to change my answer,
15 ·but can you repeat the question.
16 · · · · Q. · ·Yeah, that's fine.· Let me actually ask
17 ·you a different question.
18 · · · · · · ·After you struck Kim Edmondson, you
19 ·said both of you just walked away, right?
20 · · · · A. · ·There was a point in the tussle that we
21 ·both walked away, yes.
22 · · · · Q. · ·Where did Kim Edmondson go?
23 · · · · A. · ·He walked off towards Washington.
24 ·Towards Washington.
25 · · · · Q. · ·You guys were on Washington.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 122..125
DONTE HOWARD, 09/09/2021

Page 122

·1····A.··Laramie [sic].· I'm sorry.
·2····Q.··Okay.· All right.· I'm showing you that
·3··map, again, that we had marked as an exhibit
·4··earlier.· I don't remember the exhibit number.
·5··We'll go ahead and save this as Exhibit 8.
·6·····(Deposition Exhibit 8 marked
·7·········for identification.)
·8··BY MS. SCHNIDT:
·9····Q.··All right.· So Mr. Howard, do you see
10··Exhibit 8, the map in front of you?
11····A.··Yes.
12····Q.··All right.· You engaged in the
13··altercation with -- with Kim Edmondson on
14··Washington, correct?
15····A.··Yes.
16····Q.··All right.· When Kim Edmondson walked
17··away, which street did he go towards?
18····A.··Towards Lockwood.· Towards Lockwood.
19····Q.··Did you see him go anywhere else other
20··than east on Washington towards Lockwood?
21····A.··No.
22····Q.··So you engage with Kim Edmondson --
23··strike that.
24·····Carlton White, Tabatha Washington, and
25··you all engaged with Kim Edmondson on -- either in

Page 123

·1··front of 5316 West Washington, on the sidewalk, or
·2··in the street in front of 5316 West Washington,
·3··correct?
·4····A.··That's correct.
·5····Q.··No one had an altercation over near the
·6··intersection of Washington and Lockwood, correct?
·7····A.··No.
·8····Q.··Okay.· Are you aware Carlton White
·9··testified that there was an altercation between
10··Washington and Lockwood in that -- near that
11··intersection?
12····MR. BROWN:· Objection, form,
13··foundation.
14····A.··No, I'm not aware of that.
15··BY MS. SCHNIDT:
16····Q.··If he testified that there was an
17··altercation during the incident at that area, would
18··he be lying?
19····MR. BROWN:· Objection, form.
20····A.··I would say that he -- that
21··he's -- yeah, I would say that that didn't happen.
22··BY MS. SCHNIDT:
23····Q.··Have you talked to Carlton White about
24··this incident?
25····A.··No.

Page 124

·1····Q.··So you just saw Kim Edmondson walk
·2··towards Lockwood on Washington and that's the last
·3··place that you saw him?
·4····A.··Yes, walking that direction.· Yes.
·5····Q.··Okay.· What did you do after Kim
·6··Edmondson started to walk towards Lockwood on
·7··Washington?
·8····A.··I watched him walk that way from me,
·9··maybe 20 seconds, and we proceeded to go back in
10··the house.
11····Q.··Those 20 seconds that you watched Kim
12··Edmondson walk, was he on Washington the entire
13··time?
14····A.··Yes.
15····Q.··When he reached Lockwood, did you see
16··him actually reach the intersection of Washington
17··and Lockwood?
18····A.··Yes.
19····Q.··Did he turn left or right?
20····A.··No.
21····Q.··Did he keep going?
22····A.··As far as I watched him, yes.
23····Q.··Did he cross over to the other side of
24··Washington and Lockwood?
25····A.··Well, he was like in the middle still

Page 125

·1··walking in the street the last that I seen.
·2····Q.··Still on Washington?
·3····A.··Uh-huh.
·4····Q.··Yes?
·5····A.··Yes.· Yes.· I'm sorry.
·6····Q.··That's okay.· You said we turned to
·7··walk inside.· Who's we?
·8····A.··Me, Tabatha, Carlton, her daughter, and
·9··Cynthia.
10····Q.··And when the five of you got -- well,
11··which door did you use, the front door or the side
12··door, the back door?
13····A.··The front door.
14····Q.··Did all three -- or all five of you
15··proceed down the hallway?
16····A.··Yes.
17····Q.··And you go into Tabatha's apartment?
18····A.··Yes.
19····Q.··Okay.· What happened next?
20····A.··We proceeded to the back of the
21··apartment where it was, like, a TV room where the
22··TV was at.
23····Q.··Did you carry anything inside when you
24··went into the apartment?
25····A.··I don't remember that.· I don't

WASHINGTON vs CITY OF CHICAGO, et al.                           Pages 126..129
DONTE HOWARD, 09/09/2021

Page 126

1 · remember if I did.
2 · · · · Q. · · Did anyone carry anything inside?
3 · · · · A. · · I don't remember if they did.
4 · · · · Q. · · After Tabatha swung that silver pole at
5 · Kim Edmondson, what did she do with that pole?
6 · · · · A. · · I'm not sure. I don't remember.
7 · · · · Q. · · Did you ever see that pole again after
8 · she swung it at him?
9 · · · · A. · · I don't believe so, no.
10 · · · · Q. · · Other than at the criminal trial, you
11 · saw it at the criminal trial, right?
12 · · · · A. · · If the pole that she used was in the
13 · trial, then yes.
14 · · · · Q. · · Are you aware of DNA testing that was
15 · done in this case?
16 · · · · A. · · Yes.
17 · · · · Q. · · Okay. And you're aware that one of
18 · those poles had Kim Edmondson's DNA on it, correct?
19 · · · · A. · · Yes, I learned that at the trial, yes.
20 · · · · Q. · · Which pole was it?
21 · · · · A. · · I don't know.
22 · · · · Q. · · Do you have any other explanation for
23 · Kim Edmondson's DNA being on one of the poles other
24 · than that was the pole that Tabatha Washington
25 · struck him with?

Page 127

1 · · · · A. · · Yes, I would have to say that if his
2 · DNA was found on the pole, that it was absolutely
3 · the pole that she struck him with, yes.
4 · · · · Q. · · You never saw a second pole outside of
5 · 5316 West Washington, right? No?
6 · · · · A. · · No.
7 · · · · Q. · · So the five of you proceed back towards
8 · the back of the apartment where the TV is located,
9 · right?
10 · · · · A. · · Yes.
11 · · · · Q. · · What happens then?
12 · · · · A. · · I believe we went to the store.
13 · · · · Q. · · Who went to the store?
14 · · · · A. · · Me, Tabatha and Carlton.
15 · · · · Q. · · What did you -- what store?
16 · · · · A. · · The liquor store.
17 · · · · Q. · · What did you buy?
18 · · · · A. · · I didn't buy anything. I believe they
19 · purchased some alcohol.
20 · · · · Q. · · Up until this point, had you had any
21 · alcohol on May 30, 2018?
22 · · · · A. · · No.
23 · · · · Q. · · Did you have any alcohol on May 30,
24 · 2018?
25 · · · · A. · · No.

Page 128

1 · · · · Q. · · Even after you went back to Tabatha's
2 · apartment, did you have any alcohol?
3 · · · · A. · · No.
4 · · · · Q. · · Did you have any prescription
5 · medication?
6 · · · · A. · · No.
7 · · · · Q. · · Did you have any illegal drugs?
8 · · · · A. · · No.
9 · · · · Q. · · Did you have any substances in your
10 · system?
11 · · · · A. · · None.
12 · · · · Q. · · You didn't consume anything?
13 · · · · A. · · No.
14 · · · · Q. · · Were you present when Cynthia Cage
15 · testified at the criminal trial?
16 · · · · A. · · Yes.
17 · · · · Q. · · And do you recall her testifying that
18 · you, Tabatha, Carlton, and herself were all
19 · drinking alcohol on May 30, 2018?
20 · · · · A. · · No, I don't recall that.
21 · · · · Q. · · If she testified that you -- that the
22 · four of you were all drinking alcohol, is she
23 · lying?
24 · · · · A. · · I didn't drink any alcohol, no.
25 · · · · Q. · · So she's lying?

Page 129

1 · · · · · · · · MR. BROWN: Objection, form, calls for
2 · speculation.
3 · · · · A. · · Yes.
4 · BY MS. SCHNIDT:
5 · · · · Q. · · If Carlton White testified that you
6 · were drinking outside of 5316 West Washington
7 · before Kim Edmondson approached, is he lying?
8 · · · · A. · · Yes. I wasn't drinking.
9 · · · · Q. · · Why weren't you drinking?
10 · · · · A. · · I had school the next morning.
11 · · · · Q. · · Any other reason?
12 · · · · A. · · No.
13 · · · · Q. · · Do you drink alcohol?
14 · · · · A. · · Special occasions. None now, but back
15 · then, special occasions, weekends.
16 · · · · Q. · · Why not now?
17 · · · · A. · · That doesn't -- that doesn't go with --
18 · very well with God.
19 · · · · Q. · · Do you have an issue with alcohol?
20 · · · · A. · · No.
21 · · · · Q. · · Do you become violent when you drink
22 · alcohol?
23 · · · · A. · · No.
24 · · · · Q. · · Have you ever told anybody that you
25 · have an issue with alcohol?

WASHINGTON vs CITY OF CHICAGO, et al.                      Pages 130..133
DONTE HOWARD, 09/09/2021

Page 130

1   A.   No.
2   Q.   Or something, you know, to that effect?
3   A.   No.
4   Q.   So other than for religious reasons,
5   you're totally fine drinking alcohol?
6   A.   Spiritual reasons, yes.
7   Q.   So you go to the liquor store, someone
8   buys something, what happens then?
9   A.   We leave and we go back to Tabatha's
10  house.
11  Q.   What time was it when you got back to
12  Tabatha's house?
13  A.   I'm not sure of the time.
14  Q.   What time did you leave to go to the
15  liquor store?
16  A.   I'm not sure of the time.
17  Q.   What's the next thing that occurred --
18  well, when you went back to Tabatha's house, what
19  did you guys do?
20  A.   I went back into the TV area in the
21  back of the apartment.
22  Q.   Okay. What did you do?
23  A.   We was just watching some TV. The TV
24  was on and shortly the police came in.
25  Q.   What were you watching?

Page 131

1   A.   I can't remember what was on the TV.
2   Q.   Where was Tabatha's 14-year-old
3   daughter?
4   A.   I don't remember.
5   Q.   Was she in the apartment?
6   A.   I'm not sure.
7   Q.   How long after you guys came back from
8   the liquor store did the police arrive?
9   A.   Maybe 15 minutes. It wasn't long.
10  Q.   What was your first indication that
11  police were outside of 5316 West Washington?
12  A.   You say outside?
13  Q.   Well, let me ask you this way: What
14  was your first indication that police were present
15  at 5316 West Washington?
16  A.   They walked through the door.
17  Q.   What door?
18  A.   They came in. They came in the side
19  door and the front door.
20  Q.   Were you aware that police were outside
21  the building before they came in?
22  A.   No, not that I can remember. No.
23  Q.   Were you aware that police were buzzing
24  on buzzers and knocking on doors trying to find out
25  information about the altercation?

Page 132

1   A.   No.
2   Q.   Did you hear police outside?
3   A.   No, we was sitting in the back. Didn't
4   hear no police. If they was buzzing, they was
5   buzzing from the front.
6   Q.   Did you hear police outside the
7   windows?
8   A.   No.
9   Q.   Where were you when the police arrived?
10  A.   Sitting on the couch in the TV area.
11  Q.   And how did the police enter?
12  A.   Through the side door and the front
13  door.
14  Q.   Were you speaking to the police when
15  they entered?
16  A.   They asked me my name, that's when I
17  began to speak.
18  Q.   Where were you when you first spoke to
19  police?
20  A.   I was sitting down in the TV area.
21  Q.   Did you record the police?
22  A.   I believe I had my phone. I don't
23  think I was recording.
24  Q.   Where was your phone at? You said, I
25  believe I had my phone. Where was the phone?

Page 133

1   A.   I believe I had it out. I'm not sure
2   if I was recording in my hand.
3   Q.   Why did you have your phone out?
4   A.   That's where I usually keep it.
5   Q.   When the police asked your name, what
6   did you say?
7   A.   I told them my name was Jermaine
8   Johnson.
9   Q.   Why?
10  A.   I was very nervous and scared. I
11  thought that the -- Kim had sent the police and
12  possibly told them some type of lie.
13  Q.   Well, why would that scare you?
14  A.   Because I didn't want to go to jail.
15  Q.   Why did you think that you would go to
16  jail?
17  A.   The way that they came in, I thought
18  maybe possibly like, you know, I didn't know there
19  was no telling what he told him. He left. He was
20  intoxicated, and we just couldn't figure out what
21  he was thinking that night.
22  Q.   Earlier you mentioned that Kim was
23  intoxicated. What's your reason for believing that
24  he was intoxicated?
25  A.   The way was -- the way he was carrying

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021                                    Pages 134..137

Page 134

·1· ·on.· When I previously met him the day of the
·2· ·holiday, he was a different person this night.
·3· · · · ·Q.· · ·How was he a different person?
·4· · · · ·A.· · ·The way he was acting and the way he
·5· ·was speaking.· I don't think I heard him curse that
·6· ·day that I met him.
·7· · · · ·MS. SCHNIDT:· Hey, Dylan, you're not on
·8· ·the camera view.· Thank you.
·9· ·BY MS. SCHNIDT:
10· · · · ·Q.· · ·Any other reason for believing that Kim
11· ·Edmondson was intoxicated?
12· · · · ·A.· · ·No.
13· · · · ·Q.· · ·So you said that you didn't want to go
14· ·to jail because of the way that the police came in.
15· ·What do you mean by that?
16· · · · ·A.· · ·The way that they entered the
17· ·apartment, the force that they entered, it was a
18· ·lot.· There was a lot of them.· You could tell that
19· ·something just happened, that they was there for
20· ·some type of reason.
21· · · · ·Q.· · ·What force did they use to enter?
22· · · · ·A.· · ·They, I believe that -- I believe that
23· ·Cynthia answered the door, I believe.· They come on
24· ·in.· You know, and they are yelling.· They flash --
25· ·they got flashlights flashing on us.· I was totally

Page 135

·1· ·nervous, and I was scared.
·2· · · · ·Q.· · ·So you're saying that the police --
·3· ·that Cynthia Cage answered the door and the police
·4· ·just forced their way in?
·5· · · · ·A.· · ·Yes.
·6· · · · ·Q.· · ·Did you witness that?
·7· · · · ·A.· · ·Yeah, they never asked to come in.
·8· · · · ·Q.· · ·Where was Tabatha when Cynthia answered
·9· ·the door?
10· · · · ·A.· · ·I'm not sure.
11· · · · ·Q.· · ·And when the police entered, they were
12· ·yelling at you?
13· · · · ·A.· · ·They was just -- looks like they were
14· ·just trying to -- not yelling, but they just -- it
15· ·was just a lot of commotion.· A lot of commotion
16· ·with the flashlights, and I don't really, you know.
17· · · · ·Q.· · ·What other commotion was there besides
18· ·flashlights?
19· · · · ·A.· · ·Just the police officers, you know,
20· ·when you see a lot of police like that, so it was a
21· ·lot of commotion like they was looking for somebody
22· ·or something.
23· · · · ·Q.· · ·When the police entered, you were
24· ·sitting on the couch scared; is that your
25· ·testimony?

Page 136

·1· · · · ·A.· · ·Yes.
·2· · · · ·Q.· · ·Then any other -- strike that.
·3· · · · ·Any other reason why you gave the false
·4· ·name of Jermaine Johnson to the police officers?
·5· · · · ·A.· · ·No.
·6· · · · ·Q.· · ·You were on probation during this time,
·7· ·weren't you?
·8· · · · ·A.· · ·Yes, I was.
·9· · · · ·Q.· · ·Okay.· And if you had been --
10· · · · ·A.· · ·Yes, see --
11· · · · ·Q.· · ·What?
12· · · · ·A.· · ·You're right.· You're right.· I was on
13· ·probation at the time.
14· · · · ·Q.· · ·So is the reason that you gave a false
15· ·name because you were also on probation?
16· · · · ·A.· · ·I was more so scared.· It wasn't really
17· ·about my probation.· I was just scared that maybe
18· ·they, you know, had my name for some reason, so I
19· ·wasn't thinking.· I was nervous, and I gave them an
20· ·incorrect name.
21· · · · ·Q.· · ·What was your demeanor towards the
22· ·police?
23· · · · ·A.· · ·What do you mean?
24· · · · ·Q.· · ·Like, were you talkative, were you
25· ·confrontational, were you shy?

Page 137

·1· · · · ·A.· · ·I probably was --
·2· · · · ·Q.· · ·Friendly?
·3· · · · ·A.· · ·I was talkative.· I can't really
·4· ·remember.
·5· · · · ·Q.· · ·When you gave the false name of
·6· ·Jermaine Johnson, was your intention to ensure that
·7· ·you wouldn't be arrested for violating your
·8· ·probation?
·9· · · · ·MR. BROWN:· Objection, asked and
10· ·answered.
11· · · · ·A.· · ·No.
12· ·BY MS. SCHNIDT:
13· · · · ·Q.· · ·At the time that the police were inside
14· ·Tabatha Washington's apartment, you knew you had
15· ·struck Kim Edmondson, correct?
16· · · · ·A.· · ·Yes.
17· · · · ·Q.· · ·You knew that you had been in a
18· ·physical altercation with him, right?
19· · · · ·A.· · ·Yes.
20· · · · ·Q.· · ·And that fact alone would have revoked
21· ·your probation, wouldn't it?
22· · · · ·MR. BROWN:· Objection, calls for
23· ·speculation, foundation.
24· · · · ·A.· · ·No, it wouldn't have.
25· ·BY MS. SCHNIDT:



WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021                                    Pages 138..141

Page 138

1 · · Q.· ·Well, that fact alone would have
2 violated the terms of your probation, wouldn't it?
3 · · A.· ·I don't think so.· I don't remember the
4 terms of my probation.
5 · · Q.· ·Have you ever been on probation other
6 than that time in 2018?
7 · · A.· ·Yes.
8 · · Q.· ·Okay.· How many times?
9 · · A.· ·Twice.
10 · · Q.· ·When you're on probation, you do
11 understand that you can't be arrested for another
12 crime or else it may violate the terms of your
13 probation, right?
14 · · A.· ·Yes, felony.
15 · · Q.· ·Okay.· A felony would be a reason for
16 you being arrested and possibly having your
17 probation revoked?
18 · · A.· ·Yes, I've been arrested on probation,
19 and I didn't get violated, though, before.
20 · · Q.· ·Right.· I understand it's not an
21 automatic rule that you're going to be violated,
22 right?
23 · · A.· ·Right.
24 · · Q.· ·There are some steps that you have to
25 go through, right?

Page 139

1 · · A.· ·Yes, I would say.
2 · · Q.· ·But one of those steps is if you're
3 arrested for committing a crime, they are going to
4 also take you into custody for violating your
5 probation, right?
6 · · A.· ·Yes.
7 · · Q.· ·So if you had been arrested that night
8 for battering Kim Edmondson, you knew there was a
9 chance your probation would be violated; you
10 violated and your probation would be revoked,
11 right?
12 · · A.· ·Yes.
13 · · Q.· ·So is that the reason why you gave the
14 name Jermaine Johnson because you did not want the
15 police to know you were on probation and
16 potentially have your probation revoked?
17 · · · · MR. BROWN:· Objection, asked and
18 answered for the fourth time, Emily.
19 BY MS. SCHNIDT:
20 · · Q.· ·Go ahead.
21 · · A.· ·Could you repeat that?
22 · · Q.· ·Is that the reason why you told the
23 police your name was Jermaine Johnson because you
24 did not want to run the risk of your probation
25 being revoked for battering Kim Edmondson?

Page 140

1 · · A.· ·I was nervous and I was scared that
2 they was coming to arrest me for the fight when I
3 gave them that name.
4 · · Q.· ·You also give -- sorry.· Go ahead.
5 · · A.· ·No, you go.
6 · · Q.· ·Did you also give them that name
7 because you were concerned your probation would be
8 revoked?
9 · · A.· ·No.
10 · · Q.· ·What were you on probation for?
11 · · A.· ·Identity theft.
12 · · Q.· ·Where did that occur?
13 · · A.· ·Tinley Park, I believe.
14 · · Q.· ·When were you arrested for that?
15 · · A.· ·I'm not sure.· I don't remember.
16 · · Q.· ·Were you found guilty or did you plead
17 guilty?
18 · · A.· ·I pleaded guilty.
19 · · Q.· ·Did you serve time in prison for that?
20 · · A.· ·60 day jail stay along with the
21 probation.
22 · · Q.· ·Was it a concurrent sentence?
23 · · A.· ·Meaning?· What do you mean concurrent?
24 · · Q.· ·Did you -- was it 60 days in prison and
25 then -- well, first of all, you said jail.· Was it

Page 141

1 jail or was it prison?
2 · · A.· ·Jail.
3 · · Q.· ·At the Cook County Jail?
4 · · A.· ·Yes.
5 · · Q.· ·Okay.· And when you -- you served those
6 60 days after you pled guilty?
7 · · A.· ·Yes.
8 · · Q.· ·And how long was your probation period?
9 · · A.· ·Two years, I believe.
10 · · Q.· ·But that probation ended up being
11 revoked because of your arrest in this case,
12 correct?
13 · · A.· ·Yes -- not revoked.· They violated me,
14 put a probation hold.· They didn't say revoked.
15 · · Q.· ·Did you tell the police anything else
16 about the -- strike that.
17 · · · · ·When the police were in the apartment,
18 did you tell them about the altercation?
19 · · A.· ·No.
20 · · Q.· ·Why not?
21 · · A.· ·Tabatha had -- Tabatha had stated that
22 I wasn't there.
23 · · Q.· ·So why did that mean that you lied to
24 the police?
25 · · · · ·MR. BROWN:· Objection, argumentative

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 142..145
DONTE HOWARD, 09/09/2021

Page 142

·1  and foundation and form.
·2  · · A.· · Could you repeat that, please.
·3  BY MS. SCHNIDT:
·4  · · Q.· · **Why did the fact that Tabatha said that**
·5  **you were not there mean that you lied to the**
·6  **police?**
·7  · · A.· · Could you rephrase your question,
·8  please?
·9  · · Q.· · **Did you lie to the police when they**
10  **were in Tabatha Washington's apartment?**
11  · · A.· · About my name, yes.
12  · · Q.· · Okay.· Anything else?
13  · · A.· · No.
14  · · Q.· · **Did you tell the police that you had**
15  **just gotten there?**
16  · · A.· · Yes.· Yes, I did.· Yes.
17  · · Q.· · **That's a lie, right?**
18  · · A.· · Yes.· It happened so long ago, ma'am,
19  I'm sorry.
20  · · Q.· · Okay.· So you did lie to the police
21  about two things, right?
22  · · A.· · Yes, I agreed with Tabatha that I had
23  just gotten there, yes.
24  · · Q.· · **Why did you lie to the police?**
25  · · A.· · Because Tabatha had said that I wasn't

Page 143

·1  there.· I just went along with her.
·2  · · Q.· · **Why wouldn't you correct her and tell**
·3  **the police I was there, and I actually hit that**
·4  **guy?**
·5  · · A.· · Because I was scared and I was nervous
·6  at the time.
·7  · · Q.· · **What were you scared about?**
·8  · · A.· · The reason why they was there and what
·9  Mr. Edmondson had told them to bring them there
10  with such force.
11  · · Q.· · **Isn't it true that you told the police**
12  **that you had just shown up because you didn't want**
13  **them to know that you had actually struck Kim**
14  **Edmondson?**
15  · · · · MR. BROWN:· Objection, argumentative,
16  asked and answered for at least a third time now.
17  You're getting -- this is getting too much, Emily.
18  · · · · MS. SCHNIDT:· There is nothing getting
19  too much.
20  BY MS. SCHNIDT:
21  · · Q.· · Go ahead.
22  · · A.· · No, ma'am.
23  · · · · MS. SCHNIDT:· Dylan, me asking him
24  questions about this incident in a way in which
25  defendants believe it went down doesn't mean that

Page 144

·1  I'm being argumentative or violating any of the
·2  rules that we're required to abide by.
·3  · · · · · So I understand your asked and answered
·4  objections, and you can make those, but telling me
·5  that I'm getting to be too far is not correct and
·6  simply because I'm pushing your client doesn't mean
·7  that I'm being argumentative.
·8  BY MS. SCHNIDT:
·9  · · Q.· · **Okay.· When you spoke to the police --**
10  · · A.· · Yes.
11  · · Q.· · **-- you told the police multiple times**
12  **that you had just arrived, didn't you?**
13  · · A.· · If I did, I don't recall.· I don't
14  remember.· I know once I at least told them after
15  Tabatha stated that I had just got there, that I
16  had just got there.
17  · · Q.· · **And so based on the fact that Tabatha**
18  **said he just got here, you're saying you went along**
19  **with the lie and told the police a lie as well?**
20  · · A.· · Yes, ma'am.
21  · · Q.· · **It's your testimony Tabatha Washington**
22  **was the first person to tell the police that you**
23  **just got there?**
24  · · A.· · I'm not sure who else told the police
25  that I just got there.

Page 145

·1  · · Q.· · **Well, you just said that the whole**
·2  **reason why you lied to the police was because**
·3  **Tabatha lied there?**
·4  · · A.· · Yes, I'm not sure if someone disclosed
·5  that that's why I wasn't around, that's what I
·6  meant by that.
·7  · · Q.· · **Okay.· Well, did anybody else lie to**
·8  **the police and you went along with that lie?**
·9  · · A.· · No.
10  · · Q.· · **Is there any other reason for you lying**
11  **to the police other than Tabatha was the one who**
12  **first lied to the police?**
13  · · A.· · No.
14  · · Q.· · **Okay.· When the police were there in**
15  **Tabatha Washington's apartment, isn't it true that**
16  **some of the -- that Carlton White described some of**
17  **the altercation?**
18  · · A.· · I don't recall that, ma'am.
19  · · Q.· · **Do you recall anybody describing any**
20  **portion of the altercation inside of the apartment?**
21  · · A.· · No.· The police immediately stated that
22  they wanted to take them to the station and
23  question them.· I don't remember no one being
24  questioned inside of the apartment, no.
25  · · Q.· · **When the police said that they wanted**

WASHINGTON vs CITY OF CHICAGO, et al.

DONTE HOWARD, 09/09/2021

Pages 146..149

Page 146

1 · to take -- well, it's your memory that the police
2 · said they wanted to take who to the station?
3 · · · · A. · ·Tabatha and Carlton, I believe.
4 · · · · Q. · ·When the police said that they wanted
5 · to take Tabatha and Carlton to the station, you
6 · were aware that they were investigating that
7 · altercation that you had just engaged in, correct?
8 · · · · A. · ·I don't remember them stating why they
9 · was there.
10 · · · · Q. · ·Were you confused as to why Tabatha and
11 · Carlton were being brought to the police station?
12 · · · · A. · ·Can you repeat that, please.
13 · · · · Q. · ·Were you confused as to why Tabatha and
14 · Carlton were being brought to the police station?
15 · · · · A. · ·Yes, I believe they said they wanted to
16 · talk to them about an incident, a fight, so I don't
17 · think I was confused.
18 · · · · Q. · ·And you knew that fight was the fight
19 · that you just told the police I wasn't there for,
20 · right?
21 · · · · · ·MR. BROWN: · Objection, misstates prior
22 · testimony.
23 · · · · A. · ·I did say that I wasn't there. · I did
24 · state that I just got there.
25 · BY MS. SCHNIDT:

Page 147

1 · · · · Q. · ·Sorry. · And you knew that what they
2 · wanted to investigate was that fight with Kim
3 · Edmonston, right?
4 · · · · A. · ·I would say yes.
5 · · · · Q. · ·I mean, there wasn't any confusion in
6 · your head that the police were there for -- because
7 · of the altercation with Kim Edmondson, was there?
8 · It broke up.
9 · · · · A. · ·No.
10 · · · · Q. · ·Okay. · So you know the police are there
11 · to investigate the altercation with Kim Edmondson,
12 · you lie and say you had just arrived, but then you
13 · continue the lie by not telling them, hey, by the
14 · way, take me, I was also there, right?
15 · · · · · ·MR. BROWN: · Objection, form,
16 · argumentative, mischaracterizes the record.
17 · · · · A. · ·I did not inform the police that I was
18 · there.
19 · BY MS. SCHNIDT:
20 · · · · Q. · ·And you did not inform the police that
21 · you had also been involved in the altercation, did
22 · you?
23 · · · · A. · ·I did not, no.
24 · · · · Q. · ·Why?
25 · · · · A. · ·I was scared and nervous.

Page 148

1 · · · · Q. · ·That you would be arrested for
2 · committing the crime that you had committed?
3 · · · · · ·MR. BROWN: · Objection, argumentative,
4 · and asked and answered and form.
5 · · · · A. · ·I was not sure of what Kim had told
6 · them had happened.
7 · BY MS. SCHNIDT:
8 · · · · Q. · ·Well, wouldn't it be important to you
9 · to have the police also hear your side of the
10 · story?
11 · · · · A. · ·At the moment, no.
12 · · · · Q. · ·Why not?
13 · · · · A. · ·I was nervous. · I was scared.
14 · · · · Q. · ·Okay. · Well, for the -- this was on
15 · May 30th that Carlton and Tabatha were brought into
16 · the police station, right?
17 · · · · A. · ·Yes.
18 · · · · Q. · ·And you weren't arrested until June 4,
19 · 2018, correct?
20 · · · · A. · ·Yes.
21 · · · · Q. · ·What happened over the next four
22 · days -- strike that.
23 · · · · · ·Why didn't you tell the police over the
24 · next four days your version of what occurred?
25 · · · · A. · ·How was I supposed to do that, you

Page 149

1 · know, didn't know.
2 · · · Q. · ·What prevented you --
3 · · · · · ·MR. BROWN: · Were you done with your
4 · answer?
5 · · · · · ·THE WITNESS: · Yes.
6 · BY MS. SCHNIDT:
7 · · · · Q. · ·I'm sorry. · What prevented you from
8 · telling the police over the next four days your
9 · version of what occurred?
10 · · · A. · ·They wasn't there.
11 · · · · Q. · · Where?
12 · · · · A. · · They wasn't around, the police.
13 · · · · Q. · · They weren't at a police station?
14 · · · · A. · ·Yeah, they was at the police station
15 · I'm pretty sure. · I don't know what prevented --
16 · what stopped me from telling them what happened.
17 · · · Q. · ·What prevented you from calling 911 and
18 · saying I have knowledge about this altercation and
19 · was involved in it?
20 · · · A. · ·I don't know.
21 · · · Q. · ·Did you think it was better to just sit
22 · there and not say anything and not do anything in
23 · the hopes that Tabatha would continue lying and
24 · saying that you just got there?
25 · · · A. · ·No.

CCD AdvancedONE LEGAL (866) 715-7770 advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021                                          Pages 150..153

Page 150

1 · · · Q. · ·So when you were in the apartment, you
2 ·saw Tabatha Washington and Carlton White be taken
3 ·into custody, correct?
4 · · · A. · ·Yes.
5 · · · Q. · ·Okay. · Did you tell the police anything
6 ·other than a fake name and the lie that you had
7 ·just gotten there?
8 · · · A. · ·Well, when they left the apartment, I
9 ·don't think they was in custody because they asked
10 ·them, you know, did they mind coming to the police
11 ·station. · So no one was in handcuffs. · They went
12 ·out of there free will to the police station.
13 · · · Q. · ·Okay. · My question was: · Did you tell
14 ·the police anything else other than a false name
15 ·and the lie that you had just arrived there?
16 · · · A. · ·That I can remember, no.
17 · · · Q. · ·How long were the police inside
18 ·Tabatha's apartment?
19 · · · A. · ·10 to 15 minutes.
20 · · · Q. · ·Then after the police left, what
21 ·happened?
22 · · · A. · ·I went home.
23 · · · Q. · ·How did you get home?
24 · · · A. · ·I walked.
25 · · · Q. · ·Did you talk to Cynthia about the

Page 151

1 ·police just being there before you went home?
2 · · · A. · ·No.
3 · · · Q. · ·Did you talk to Cynthia about the
4 ·altercation?
5 · · · A. · ·No.
6 · · · Q. · ·Did you talk to Cynthia at all?
7 · · · A. · ·Like in what period are you referring
8 ·to that I talked -- is this talking about when I
9 ·left?
10 · · · Q. · ·After the police left before you left?
11 · · · A. · ·No, I didn't talk to Cynthia.
12 · · · Q. · ·So the police show up, ask two people
13 ·that were involved in an altercation with you to
14 ·come into custody, and you're saying you don't talk
15 ·to Cynthia about that after they leave?
16 · · · A. · ·Not that I can remember, no.
17 · · · Q. · ·And you don't talk to her, period;
18 ·that's what you are saying?
19 · · · A. · ·I had class in the morning, so I went
20 ·home to get some rest.
21 · · · Q. · ·What you're saying is the police walk
22 ·out the door, and you just grab your bag and walk
23 ·out too. · You don't say anything?
24 · · · A. · ·No, not that I can remember.
25 · · · Q. · ·When is the next time that you heard

Page 152

1 ·anything about this case?
2 · · · A. · ·When the police came -- when they
3 ·came -- when they went to my mother's house looking
4 ·for me.
5 · · · Q. · ·On June 4?
6 · · · A. · ·Yes.
7 · · · Q. · ·Between May 30, 2018, and June 4, from
8 ·when you walk out the door of Tabatha Washington's
9 ·apartment to when the police show up at your mom's
10 ·house, did you talk to anybody about the
11 ·altercation with Kim Edmondson?
12 · · · A. · ·Not that I can remember, no.
13 · · · Q. · ·Did you talk to anybody about the fact
14 ·that Carlton and Tabatha had been brought into the
15 ·police station?
16 · · · A. · ·No, not that I can remember.
17 · · · Q. · ·Did you follow up at all to see what
18 ·happened with those two?
19 · · · A. · ·It was brought to my attention. · I'm
20 ·not sure of the source that I heard, but I did hear
21 ·that the guy had actually died and that Tabatha was
22 ·being charged with his murder.
23 · · · Q. · ·Did you come forward to the police at
24 ·that point?
25 · · · A. · ·No.

Page 153

1 · · · Q. · ·Did you talk to anybody and say, hey, I
2 ·actually was also involved in that altercation and
3 ·have information?
4 · · · A. · ·No.
5 · · · Q. · ·Did you tell anybody that Tabatha
6 ·didn't murder that guy?
7 · · · A. · ·I didn't speak to no one about that.
8 · · · Q. · ·Why not?
9 · · · A. · ·It was like it was just -- it's an
10 ·experience that I just cannot -- I can't really
11 ·say -- like it was an out-of-body experience. · It
12 ·was so unbelievable that this was happening, like I
13 ·was in total shock. · I was scared. · I didn't know
14 ·what to do those days until my arrest. · Those days
15 ·that I heard that the guy had died.
16 · · · Q. · ·Were you afraid that you were going to
17 ·be charged with his murder?
18 · · · A. · ·I was -- I was afraid. · Yes, I was
19 ·afraid. · Yes, I was --
20 · · · Q. · ·Why?
21 · · · A. · ·For murder. · It was dealing with
22 ·someone lost their life over something that I
23 ·couldn't believe that it had happened, that that
24 ·had, you know, was the result of what had happened.
25 ·I just could not believe that, that he had died

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021                                    Pages 154..157

Page 154

·1   from that.· I was in total shock.
·2   · ·Q.· ·So did you tell anybody, I don't think
·3   he could have died from this?
·4   · ·A.· ·All I saw was the headlines that the
·5   paper had printed, that the girl she -- she beat
·6   her neighbor to death with a pipe, and I didn't
·7   know what -- I didn't know what to think.· Some of
·8   me thought, hey, like this had -- it was just
·9   something that I just really can't get out, but I
10   was in just so shocked that the guy had died, and I
11   was scared.· I didn't know what to do.
12   · ·Q.· ·So you didn't tell anybody, hey, I was
13   also involved in that altercation.· I know what
14   happened, and she didn't do it?
15   · ·A.· ·No.
16   · ·Q.· ·Why wouldn't you go to the police and
17   tell them?
18            MR. BROWN:· Objection, asked and
19   answered.
20   · ·A.· ·Well, when the police came, and they
21   looked for me, I turned myself in to them.
22   BY MS. SCHNIDT:
23   · ·Q.· ·How did you turn yourself in to them
24   when they were looking for you?
25   · ·A.· ·Because they was at my house.· I wasn't

Page 155

·1   ·there, and I told them that I would meet them
·2   ·there.
·3   · · ·Q.· ·So you came home and the police were
·4   ·there?
·5   · · ·A.· ·Yes.
·6   · · ·Q.· ·Okay.· That aside, I'm asking you why
·7   ·wouldn't you go to the police after you heard
·8   ·Tabatha Washington had been charged with murder
·9   ·from beating Kim Edmondson to death with a pole and
10   ·say I was involved.· I know something, and that's
11   ·not the way it went down?
12   · · ·A.· ·I wasn't thinking.· I was scared.· I
13   ·was scared I wouldn't see my daughter again.· I was
14   ·scared I wouldn't see my mom again.· It happened so
15   ·fast it just -- there is no human -- you're not
16   ·going to react the way that you should react in a
17   ·situation like that when you think that you just
18   ·hurt -- killed someone.
19   · · ·Q.· ·So you thought that you had just killed
20   ·him?
21   · · ·A.· ·That's what they were saying.
22   · · ·Q.· ·And you didn't want to tell anybody,
23   ·including the police, your version of the story?
24   · · ·A.· ·I did once they came -- can you repeat
25   ·that, please.

Page 156

·1   · · ·Q.· ·And you didn't want to tell the police
·2   ·your version of the story?
·3   · · · ·A.· ·I didn't want to say something that
·4   ·would get myself into trouble, no.
·5   · · · ·Q.· ·So you were protecting yourself, right?
·6   · · · ·A.· ·I wouldn't say that.· I just didn't
·7   ·want to say something that would get myself in
·8   ·trouble.
·9   · · · ·Q.· ·Well, you didn't want to tell the
10   ·police that Tabatha wasn't the only one who was
11   ·involved in that altercation, right?
12   · · ·A.· ·I didn't want to go and offer that
13   ·information.
14   · · · ·Q.· ·When you were arrested by the police,
15   ·you were given the opportunity to talk to them,
16   ·weren't you?
17   · · · ·A.· ·Yes, I was.
18   · · · ·Q.· ·And you said, no, I don't want to talk?
19   · · · ·A.· ·No, I did not say that.· I said I want
20   ·an attorney to speak to, so I can be directed.· I
21   ·just wanted an attorney present.· They never had me
22   ·with an attorney or let me call my attorney,
23   ·appointed me with an attorney or let me call my
24   ·attorney.
25   · · · ·Q.· ·I'm sorry.· Because of the glitch, I

Page 157

·1   didn't realize that you weren't finished with your
·2   answer, so I didn't hear all of it.· What did you
·3   say?
·4   · ·A.· ·I say, I just informed them that I
·5   wanted to speak to my attorney first, and they
·6   never allowed me to speak to my attorney or
·7   appointed me an attorney.
·8   · ·Q.· ·Who did you ask to speak to an
·9   attorney?
10   · ·A.· ·One of the police officers.
11   · ·Q.· ·Was it -- can you describe them?
12   · ·A.· ·I believe he was, I don't know, brown
13   skinned, average height.
14   · ·Q.· ·What was he wearing?
15   · ·A.· ·I don't remember.
16   · ·Q.· ·Was he in uniform?
17   · ·A.· ·No.
18   · ·Q.· ·Plain clothes?
19   · ·A.· ·Yes.
20   · ·Q.· ·Where were you when you told that
21   officer that you wanted to speak to an attorney?
22   · ·A.· ·In the interview room.
23   · ·Q.· ·Did you say, I'll speak to you, but I
24   want an attorney present?
25   · ·A.· ·I'm not sure.· I know I said that I

WASHINGTON vs CITY OF CHICAGO, et al.

DONTE HOWARD, 09/09/2021                                          Pages 158..161

Page 158

·1· ·wanted to speak to my attorney first.

·2· · · ·Q.· ·**Have you ever offered -- I'm sorry.**

·3· · · ·A.· ·I don't know why I said it.· I know

·4· ·that I said it.· I want to speak to my attorney

·5· ·first.

·6· · · ·Q.· ·**Did you ever offer to speak to the**

·7· ·**police after speaking to an attorney?**

·8· · · · ·MR. BROWN:· Objection, form.· Do you

·9· ·understand that?

10· · · · · ·THE WITNESS:· Not really.

11· · · · · ·MR. BROWN:· I'm sorry.· I didn't

12· ·understand that either, that question.

13· ·BY MS. SCHNIDT:

14· · · ·Q.· ·**Okay.· Did you ever offer to speak to**

15· ·**the police after you spoke to an attorney?**

16· · · ·A.· ·Well, I had already been charged, and I

17· ·was in the Cook County Jail at the time that I

18· ·spoke to an attorney.

19· · · ·Q.· ·**Well, you can still speak to the**

20· ·**police.**

21· · · ·A.· ·Oh, no, I didn't actually speak to the

22· ·police, no.

23· · · ·Q.· ·**Did you ever offer to speak to the**

24· ·**police?**

25· · · ·A.· ·No, I didn't.

Page 159

·1· · · ·Q.· ·**So it would be accurate to say you,**

·2· ·**from the moment that the altercation ended with Kim**

·3· ·**Edmondson up until today, you never offered to tell**

·4· ·**your side of the story to the police?**

·5· · · ·A.· ·Yes.

·6· · · ·Q.· ·**And you didn't testify at the criminal**

·7· ·**trial, correct?**

·8· · · ·A.· ·No.

·9· · · ·Q.· ·**Without going into anything that the**

10· ·**attorney told you, why did you not testify in your**

11· ·**own defense at the criminal trial?**

12· · · · · ·MR. BROWN:· Don't answer that.

13· ·Objection.· I'm going to instruct him not to answer

14· ·that.

15· · · · · ·MS. SCHNIDT:· Basis?

16· · · · · ·MR. BROWN:· Attorney/client privilege.

17· · · · · ·MS. SCHNIDT:· Okay.· You do understand

18· ·I said other than communications with your

19· ·attorney?

20· ·BY MS. SCHNIDT:

21· · · ·Q.· ·**Let me ask you this question:· Can you**

22· ·**answer that question without going into**

23· ·**communications with your attorney?**

24· · · · · ·MR. BROWN:· Don't answer that question.

25· · · · · ·MS. SCHNIDT:· Okay.

Page 160

·1· ·BY MS. SCHNIDT:

·2· · · ·Q.· ·**Did anyone in the apartment say, fuck**

·3· ·**that bitch, he got what he deserved?**

·4· · · ·A.· ·No.

·5· · · ·Q.· ·**Did anyone say, when you protect, you**

·6· ·**have to fight?**

·7· · · ·A.· ·No.

·8· · · ·Q.· · **Did anyone say, he ain't going to get**

·9· ·**my gun?**

10· · · ·A.· ·No.

11· · · ·Q.· ·**Did anyone say, he walked away; he**

12· ·**fine?**

13· · · ·A.· ·No.

14· · · ·Q.· ·**If you can't remember the conversation**

15· ·**and the details of what occurred on May 30, 2018,**

16· ·**how can you answer, no, nobody ever said that?**

17· · · ·A.· ·Well, no, I don't remember no one

18· ·stating that.· And my attorney, when I was

19· ·fighting, she asked me about that, so I'm familiar

20· ·with those terms that you just asked me.

21· · · ·Q.· ·**And in the last three years you've been**

22· ·**able to remember those statements?**

23· · · ·A.· ·It was knowing when my attorney asked

24· ·me about it when the case was pretty fresh.

25· · · ·Q.· ·**And now three years later, you can**

Page 161

·1· ·remember being asked -- discussing that and knowing

·2· ·for sure that didn't happen?

·3· · · ·A.· ·Yes.

·4· · · ·Q.· ·**You're telling me that in the three**

·5· ·**years since -- well, you're testifying that in the**

·6· ·**three years since this altercation, you can't**

·7· ·**remember the details of what Kim Edmondson was**

·8· ·**doing and saying and what everybody else was doing**

·9· ·**and saying?**

10· · · · · ·MR. BROWN:· Objection, misstates his

11· ·prior testimony, and form.

12· ·BY MS. SCHNIDT:

13· · · ·Q.· ·**Go ahead.**

14· · · ·A.· ·All I remember is just it happened

15· ·fast.· It happened pretty fast, that's all.· It

16· ·happened very fast.

17· · · ·Q.· ·**So are you saying that you don't**

18· ·**remember certain things that happened because it**

19· ·**happened too quickly or are you saying you don't**

20· ·**remember certain things that happened because you**

21· ·**don't have a good memory of it?**

22· · · ·A.· ·I say I remember but the things just

23· ·happened quickly.

24· · · ·Q.· ·**So you do remember this altercation?**

25· · · ·A.· ·Yes.

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021                                    Pages 162..165

Page 162

1 · · · · Q.· · Okay.· And you do remember details
2 · about the altercation?
3 · · · · A.· · Some details, yes; some details, no.
4 · · · · Q.· · And why don't you remember some
5 · details?
6 · · · · A.· · There is no way that I can give you an
7 · answer for that.· I don't know.
8 · · · · Q.· · Well, earlier you testified that you
9 · have some sort of -- that because of the Vicodin
10 · addiction, it's impacted your memory?
11 · · · · A.· · I said I've never been diagnosed with
12 · that but the drug, from my studies, it does attack
13 · the part of your brain where memory is stored, yes.
14 · · · · Q.· · So are you saying that you struggle
15 · with details of this incident because of the drug
16 · addiction, because of the time, because of it
17 · happening too fast, what is it?
18 · · · · A.· · I'm sitting here and some things I
19 · remember and some things that I have problems
20 · remembering.
21 · · · · Q.· · Well, three years later you have no
22 · problem remembering that your attorney told you
23 · that a detective overheard these statements and you
24 · for sure never made -- for sure no one ever made
25 · those statements; is that right?

Page 163

1 · · · · A.· · Repeat that, please.
2 · · · · Q.· · It's your testimony that three years
3 · after your attorney told you that a detective
4 · overheard someone say, fuck that bitch, he got what
5 · he deserved; when you protect, you have to fight;
6 · he ain't going to get my gun; he walked away, he
7 · fine; you remember hearing that from your attorney
8 · three years ago?
9 · · · · A.· · I will remember that forever.
10 · · · · Q.· · That's what you will remember forever,
11 · not the details of an altercation which you are
12 · accused of murder?
13 · · · · A.· · I'm not sure.
14 · · · · Q.· · Okay.· Do you have the cell phone that
15 · you had on May 30, 2018?
16 · · · · A.· · No.
17 · · · · Q.· · What happened to it?
18 · · · · A.· · I don't know.
19 · · · · Q.· · Have you looked for it?
20 · · · · A.· · No.· It was a prepaid phone.
21 · · · · Q.· · Well, prepaid phones you don't have to
22 · return?
23 · · · · A.· · I know.· Well, when I got out, it
24 · was -- it was gone.· There was no reason to look
25 · for it.

Page 164

1 · · · · Q.· · So you just got a new prepaid phone
2 · when you got out of jail?
3 · · · · A.· · Yes.
4 · · · · Q.· · All right.· Hold on one second.· All
5 · right.
6 · · · · · · · I'm going to share my screen with you
7 · and it's a video that has been Bates marked BS
8 · 1775.· We'll mark that as Exhibit 9.
9 · · · · · · ·(Deposition Exhibit 9 marked
10 · · · · · · · for identification.)
11 · · · · MS. SCHNIDT:· I'm going to press play
12 · for a few seconds on Exhibit No. 9.
13 · · · · · · ·(Whereupon the video recording is
14 · played.)
15 · BY MS. SCHNIDT:
16 · · · · Q.· · Okay.· I've stopped it at 13 seconds
17 · in.· Have you seen this video from Exhibit No. 9
18 · before?
19 · · · · A.· · No.
20 · · · · Q.· · Okay.· Hold on one second.· I'm trying
21 · to -- do that audio thing.· Okay.
22 · · · · · · · Mr. Howard, do you recognize this area
23 · of 5316 West Washington?
24 · · · · A.· · Yes, it looks like the -- yes, it looks
25 · like Tabatha's.

Page 165

1 · · · · Q.· · Okay.· This is the front of the
2 · apartment that -- that Tabatha Washington lives at,
3 · correct?
4 · · · · A.· · Yes, it looks so.· Yes.
5 · · · · Q.· · And at 13 seconds in, you can see that
6 · fence that you were standing -- that you were
7 · standing behind along the left side, correct?
8 · · · · A.· · Yes.
9 · · · · Q.· · And where this female officer is
10 · standing is that, approximately, where you were
11 · standing when Tabatha was engaging with Kim
12 · Edmondson?
13 · · · · A.· · Yes, I believe so.
14 · · · · Q.· · Okay.· And you can see a portion of the
15 · curb in front of 5316 West Washington on the far
16 · left side, correct?
17 · · · · A.· · Yeah, a little bit.
18 · · · · Q.· · Okay.· And if we were just to go
19 · straight from where this female officer is standing
20 · out on that little sidewalk cross path through the
21 · parkway, that's where Tabatha Washington and Kim
22 · Edmondson were fighting with each other, correct?
23 · · · · A.· · Yes.
24 · · · · Q.· · And that's where Tabatha was swinging
25 · the pole and appeared to be striking Kim Edmondson,

WASHINGTON vs CITY OF CHICAGO, et al.                              Pages 166..169
DONTE HOWARD, 09/09/2021

Page 166

·1· ·correct?
·2· · · A.· ·Yes.
·3· · · Q.· ·Okay.· All right.· I'm going to go
·4· ·ahead and press play.
·5· · · · · ·(Whereupon the video recording is
·6· ·played.)
·7· ·BY MS. SCHNIDT:
·8· · · Q.· ·I'm fast forwarding to one minute and
·9· ·17 seconds.· Is this the back door to Tabatha
10· ·Washington's apartment?
11· · · A.· ·Sure.· I don't remember what it looks
12· ·like but it --
13· · · Q.· ·Okay.· I'm going to press play.
14· · · · · ·(Whereupon the video recording is
15· ·played.)
16· ·BY MS. SCHNIDT:
17· · · Q.· ·Now, at one minute and 4 seconds is
18· ·Carlton White standing at the back door of Tabatha
19· ·Washington's apartment.
20· · · · · ·MR. BROWN:· Was that a question?
21· ·BY MS. SCHNIDT:
22· · · Q.· ·Sorry.· Yes.· At one minute and 4
23· ·seconds of Exhibit 9 is Carlton White standing at
24· ·the back door of Tabatha Washington's apartment?
25· · · A.· ·Yes, that was Carlton.

Page 167

·1· · · Q.· ·Okay.· And I'm going to rewind it ten
·2· ·seconds.· Press play at 54 seconds.
·3· · · · · ·(Whereupon the video recording is
·4· ·played.)
·5· ·BY MS. SCHNIDT:
·6· · · Q.· ·You would agree with me that Carlton
·7· ·White opened this back door for this officer,
·8· ·right?
·9· · · A.· ·Yes.
10· · · Q.· ·Were you aware that Carlton White
11· ·opened the back door for the officer?
12· · · A.· ·I thought Cynthia opened it.
13· · · Q.· ·I'm sorry.· Have you seen this video
14· ·before?
15· · · A.· ·No.
16· · · Q.· ·So now having seen this video, does it
17· ·refresh your memory that it was Carlton White that
18· ·actually opened this back door?
19· · · A.· ·Yes, I'm looking at Carlton opening it.
20· · · Q.· ·Okay.· I'm going to go ahead and press
21· ·play for one minute and 3 seconds.
22· · · · · ·(Whereupon the video recording is
23· ·played.)
24· ·BY MS. SCHNIDT:
25· · · Q.· ·At one minute, 9 seconds, you now

Page 168

·1· ·have -- are standing in the kitchen area of Tabatha
·2· ·Washington's apartment, correct?
·3· · · A.· ·Yes.
·4· · · Q.· ·And you're approaching the door where
·5· ·the officer is standing, right?
·6· · · A.· ·Yes.
·7· · · Q.· ·Okay.· So you weren't sitting on the
·8· ·couch scared.· You actually approached the officer?
·9· · · A.· ·Okay.· Yes, that's me.
10· · · Q.· ·And that's true what I just said,
11· ·right?
12· · · A.· ·Yes, ma'am.
13· · · Q.· ·I'll press play.
14· · · · · ·(Whereupon the video recording is
15· ·played.)
16· ·BY MS. SCHNIDT:
17· · · Q.· ·You've spoken to the officer now at
18· ·this point, right?
19· · · A.· ·Yes.
20· · · Q.· ·And I paused it at one minute,
21· ·19 seconds.· You told the officer, there ain't
22· ·nothing going on, correct?
23· · · A.· ·Yes.
24· · · Q.· ·Okay.· And Tabatha is approaching
25· ·saying, hey, hey, hold on.· Right?

Page 169

·1· · · A.· ·Yes.
·2· · · · · ·(Whereupon the video recording is
·3· ·played.)
·4· ·BY MS. SCHNIDT:
·5· · · Q.· ·You just now told Carlton White to
·6· ·close the door, didn't you?
·7· · · A.· ·Yes, I did.
·8· · · Q.· ·I'll pause at one minute and
·9· ·27 seconds.· You also ask the officer, do you have
10· ·a warrant to come up in here, didn't you?
11· · · A.· ·Yes.
12· · · Q.· ·That's not you sitting scared on the
13· ·couch, is it?
14· · · A.· ·No, it's not.
15· · · Q.· ·You're actually demanding that he state
16· ·the legal basis for him being at the apartment,
17· ·aren't you?
18· · · · · ·MR. BROWN:· Objection, that misstates
19· ·the testimony.· Misstates the record.
20· ·BY MS. SCHNIDT:
21· · · Q.· ·Go ahead.
22· · · A.· ·Yeah, I was scared when they asked --
23· ·when I gave the name Jermaine Johnson, that was the
24· ·reason I give them the name.· I was still scared.
25· · · Q.· ·So you got scared a little bit later?

WASHINGTON vs CITY OF CHICAGO, et al.     Pages 170..173
DONTE HOWARD, 09/09/2021

<div style="display:flex">
<div>

Page 170

·1· · ·A.· ·I was scared at this point.
·2· · ·Q.· ·Okay.· But you're demanding that the
·3· officer tell you the legal basis for him being
·4· there, aren't you?
·5· · · · · ·MR. BROWN:· Objection, misstates the
·6· record.
·7· ·BY MS. SCHNIDT:
·8· · · · ·Q.· · Go ahead.
·9· · · · ·A.· · That's my voice, yes.
10· · · · ·Q.· · That's not my question.· My question
11· is:· You were demanding that the officer state his
12· legal basis for being there?
13· · · · · ·MR. BROWN:· Objection, misstates the
14· video.· Misstates the record.· That's not what he
15· said.
16· · · · · ·MS. SCHNIDT:· Now you're speaking.
17· Don't speak.
18· · · · · ·Go ahead, Mr. Howard.
19· · · · · ·MR. BROWN:· Don't misconstrue the
20· record.· Do not lie.
21· · · · · ·MS. SCHNIDT:· I'm not lying to your
22· client, and your client is a perfectly capable
23· human being.· Do not make speaking objections or we
24· will shut this deposition down and call the judge.
25· · · · · ·MR. BROWN:· That's fine.

Page 171

·1· ·BY MS. SCHNIDT:
·2· · · ·Q.· ·Mr. Howard, isn't it true that at this
·3· point you told -- you've asked the officer, do you
·4· have a warrant to be here?
·5· · · ·A.· ·Yes, I asked, did he have a warrant.
·6· · · ·Q.· ·Yes.· And that's asking what is your
·7· legal basis for being here, isn't it?
·8· · · ·A.· ·I asked, does he have a warrant, yes.
·9· · · ·Q.· ·Because you wanted to know what's your
10· legal basis for being here?
11· · · ·A.· ·I just asked, did he have a warrant.
12· That's what people say when the police knock on
13· your door.
14· · · ·Q.· ·Okay.· Why did you think he needed to
15· have a warrant?
16· · · ·A.· ·Because they need a warrant to enter
17· your place.
18· · · ·Q.· ·Based on what?
19· · · ·A.· ·Based on the law.
20· · · ·Q.· ·Okay.· So you wanted to know his lawful
21· reason for being there, right?
22· · · ·A.· ·I wanted to know did he have a warrant,
23· yes.
24· · · ·Q.· ·Okay.
25· · · · · · ·(Whereupon the video recording is

</div>
<div>

Page 172

·1· played.)
·2· BY MS. SCHNIDT:
·3· · · ·Q.· ·What did you say there?
·4· · · ·A.· ·I'm not sure.
·5· · · ·Q.· ·I'm going to rewind it again to
·6· one minute and 22 seconds and press the button.
·7· · · · · · ·(Whereupon the video recording is
·8· played.)
·9· BY MS. SCHNIDT:
10· · · ·Q.· ·Did you just say, I know the correct
11· officers to call now?
12· · · ·A.· ·I believe so, yes.
13· · · ·Q.· ·Why didn't you call any of those
14· officers and tell them about the altercation with
15· Kim Edmondson?
16· · · ·A.· ·I don't know.
17· · · ·Q.· ·Who were you talking about when you
18· said, I know the correct officers to call now?
19· · · ·A.· ·It's -- it's some people that -- the
20· officers that they handle like when police officers
21· are out of line, out of line and not doing things
22· the way they are supposed to do.
23· · · · ·Q.· · Are you talking about like the COPA?
24· · · · ·A.· · Yeah, I think that.
25· · · · ·Q.· · Did you contact anybody at COPA ever

Page 173

·1· since that altercation with Kim Edmondson?
·2· · · ·A.· ·No.
·3· · · ·Q.· ·I'm going to play from one minute,
·4· 30 seconds.
·5· · · · · · ·(Whereupon the video recording is
·6· played.)
·7· BY MS. SCHNIDT:
·8· · · ·Q.· ·You told the detective at one minute
·9· and 36 seconds, you told this officer what's going
10· on, you can't come in unless you have a warrant,
11· correct?
12· · · ·A.· ·Yes.
13· · · ·Q.· ·Are you saying at that point that
14· you're saying you can't come in unless you have a
15· warrant, you're scared of this officer?
16· · · ·A.· ·I'm saying that he can't come in
17· without a warrant.· I was informing him of that,
18· yes.
19· · · ·Q.· ·Were you scared at this point?
20· · · ·A.· ·Yes.
21· · · ·Q.· ·Okay.· At this point, did you have the
22· intention of lying to the police?
23· · · ·A.· ·I don't know.
24· · · ·Q.· ·You don't know if you had the intention
25· of lying to the police at this point?

</div>
</div>

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 174..177
DONTE HOWARD, 09/09/2021

```
                                    Page 174
 1· · · A.· ·At this point, I didn't even know if he
 2· was going to ask me a question.
 3· · · Q.· ·I'm going to play at one minute and
 4· ·36 seconds.
 5· · · · · ·(Whereupon the video recording is
 6· played.)
 7· BY MS. SCHNIDT:
 8· · · Q.· ·So now the officer has told you, well,
 9· ·that's not entirely true that I need to have a
10· warrant. And you said, yes, it is true, and I know
11· who to call, correct?
12· · · A.· ·Yes.
13· · · Q.· ·All right.· At this point, are you
14· still afraid of what's happening?
15· · · A.· ·Yes.
16· · · Q.· ·Okay. Now, we can see your cell phone
17· ·in your hand, right?
18· · · A.· ·Yes.
19· · · Q.· ·All right.· I'm going to go ahead and
20· ·press play for one minute, 44 seconds.
21· · · · · ·(Whereupon the video recording is
22· played.)
23· BY MS. SCHNIDT:
24· · · Q.· ·I stopped it at 2 minutes and 2
25· ·seconds. You've been flipping through your phone?
```

```
                                    Page 175
 1      A.      Yes, I'm nervous.
 2      Q.      What are you doing?
 3      A.      I don't know.· I'm just acting like I'm
 4· making a call, I guess.· I'm nervous at this point.
 5· I'm scared.
 6· · · Q.· ·And Carlton and Tabatha have now
 7· informed the officer there was an altercation
 8· earlier, correct?
 9· · · A.· ·Yes, it seems like that's what they
10· just said.
11· · · Q.· ·Right.· You didn't say, yeah, there
12· was.· It's okay.· It wasn't that big of a deal, did
13· you?
14· · · A.· ·No, I didn't say there was an
15· altercation.· No.
16· · · Q.· ·Okay. And the officer says, can you go
17· ahead and open that front door, didn't he?
18· · · A.· ·Yes.
19· · · Q.· ·And you say, no, we're not going to do
20· that?
21· · · A.· ·Okay.· Yes.
22· · · Q.· ·You heard yourself say that?
23· · · A.· ·Yes, I did.
24· · · Q.· ·All right.· Why did you tell them, no,
25· we're not going to open the front door?
```

```
                                    Page 176
 1· · · A.· ·I thought they was coming in to
 2· arrest -- to arrest me for a fight.· I thought
 3· maybe that the guy told us -- just a lot of police
 4· here.· So I'm thinking that this guy went and told
 5· them that we did something to him.
 6· · · Q.· ·How many police are here right at this
 7· moment at 2 minutes and 2 seconds?
 8· · · A.· ·I'm not sure. I know that they had
 9· ·that door, the front door, and they at the side
10· ·door.
11· · · Q.· ·But there is only one officer that
12· ·you're talking to, correct?
13· · · A.· ·I don't remember how many officers is
14· ·at the door.
15· · · Q.· ·Well, you can see it in the video that
16· ·there's one officer you are speaking to, right?
17· · · A.· ·Okay.
18· · · Q.· ·You can hear the voice of one officer,
19· ·correct?
20· · · A.· ·Okay.· Yes.
21· · · Q.· ·All right.· And you don't hear the
22· ·voice of any other officer at this point, do you?
23· · · A.· ·I'm not sure.· I'm not sure what I
24· ·heard that night right at this moment, no.
25· · · Q.· ·As I'm playing this video, have you
```

```
                                    Page 177
 1· heard the voice of any other officers?
 2· · · A.· ·Don't sound like it, no.
 3· · · Q.· ·Okay.· And you were not engaging with
 4· ·anybody but this one singular officer that's
 5· ·standing at the door, right?
 6· · · A.· ·I guess.
 7· · · Q.· ·Well, have you seen you engage with any
 8· ·other officer at the door?
 9· · · A.· ·It could have been someone that walked
10· ·up there that's not on the camera, that's not being
11· ·shown. I don't know.· I don't recall this moment
12· ·of that night.
13· · · Q.· ·Okay.· Let me ask --
14· · · A.· ·I can't say yes, you know.· I'm not
15· ·sure, like, if there was -- I know there was more
16· ·officers out there evidently.
17· · · Q.· ·Have you spoken to any other officer
18· ·but this one particular officer at this door?
19· · · A.· ·I'm not sure.
20· · · Q.· ·In this video have you seen yourself
21· ·speak to one other -- any other officer but this
22· ·one officer?
23· · · A.· ·Just this one officer.· Just one in the
24· ·video, yeah.
25· · · Q.· ·All right.· And when you said, no, no,
```

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 178..181
DONTE HOWARD, 09/09/2021

Page 178

·1   no, we're not going to open the door, you don't
·2   actually have a right to make that decision,
·3   correct?
·4   · · ·A.· ·I'm not -- I'm not sure.
·5   · · ·Q.· ·Are you aware that it's the homeowner
·6   or the tenant who gets to make that decision?
·7   · · ·A.· ·Okay.· Well, okay.
·8   · · ·Q.· ·Were you aware of that?
·9   · · ·A.· ·No.
10   · · ·Q.· ·All right.· You're telling Tabatha, as
11   the person whose apartment it is, no, you're not
12   going to open that door, weren't you?
13   · · ·A.· ·No, I think that I was telling the
14   police officer that.
15   · · ·Q.· ·All right.· I'm going to press play at
16   2 minutes, 2 seconds.
17   · · · · · ·(Whereupon the video recording is
18   played.)
19   BY MS. SCHNIDT:
20   · · ·Q.· ·Two minutes, 7 seconds.· You're now
21   holding a cell phone out pointing to the officer,
22   correct?
23   · · ·A.· ·I believe I was -- looked like I was
24   speaking into the phone.
25   · · ·Q.· ·Yeah, that's going to be my next

Page 179

·1   question but first we can see you're holding the
·2   phone up pointing towards the officer, right?
·3   · · ·A.· ·It's not really -- it's pointing more
·4   so towards the floor looks like to me.
·5   · · ·Q.· ·Okay.· And then I'm going to press
·6   play.
·7   · · · · · ·(Whereupon the video recording is
·8   played.)
·9   BY MS. SCHNIDT:
10   · · ·Q.· ·Okay.· At 2 minutes, 12 seconds you
11   tell the officer that's your sister, correct?
12   · · ·A.· ·Yes.
13   · · ·Q.· ·That's a lie, right?
14   · · ·A.· ·Well, not sister as in related like
15   that, but that was -- Tabatha's known because my
16   girlfriend at the time they called each other
17   sisters, so, you know, I called her sister as well.
18   That's what I meant by that.
19   · · ·Q.· ·You just were like referring to a fake
20   sister when you were saying she was my sister?
21   · · ·A.· ·Yes, absolutely.
22   · · ·Q.· ·All right.· I'm going to press play at
23   2 minutes and 12 seconds.
24   · · · · · ·(Whereupon the video recording is
25   played.)

Page 180

·1   BY MS. SCHNIDT:
·2   · · ·Q.· ·At 2 minutes, 17 seconds, I have it
·3   paused, you just now told the officer you are
·4   illegally entering into this home, aren't you?
·5   · · ·A.· ·Yes, that's what I just said.
·6   · · ·Q.· ·And are you saying, it's at this point
·7   when you are telling this officer he's illegally
·8   entering that you are scared that you might get
·9   arrested?
10   · · ·A.· ·Yes, absolutely.· That's -- yes.
11   · · ·Q.· ·All right.· I'm going to go ahead and
12   press play.
13   · · · · · ·(Whereupon the video recording is
14   played.)
15   BY MS. SCHNIDT:
16   · · ·Q.· ·Now, at 2 minutes, 20 seconds, I'm
17   going to press play and you tell me when I pause it
18   does it appear as though now you're recording the
19   officer and you're speaking into your phone during
20   the recording?
21   · · · · · ·(Whereupon the video recording is
22   played.)
23   BY MS. SCHNIDT:
24   · · ·Q.· ·At 2 minutes, 41 seconds -- strike
25   that.

Page 181

·1   · · · · · ·Earlier, I paused it at 2 minutes,
·2   ·41 seconds.· Did you hear the officer telling you
·3   ·I'm videotaping too, and you said, yeah, I'm
·4   ·videotaping too?
·5   · · · ·A.· ·Yes.
·6   · · · ·Q.· ·Were you recording him?
·7   · · · ·A.· ·I don't remember.
·8   · · · ·Q.· ·Have you looked for that recording?
·9   · · · ·A.· ·No.
10   · · · ·Q.· ·How was your phone backing up?· Was it
11   ·backing up to a cloud?
12   · · · ·A.· ·No.· What do you mean?
13   · · · ·Q.· ·If you lost this phone, what would
14   ·happen to any recordings, photographs, text
15   ·messages?
16   · · · ·A.· ·It would be lost with the phone.
17   · · · ·Q.· ·All right.· I'm going to go ahead and
18   ·press play at 2 minutes and 41 seconds.
19   · · · · · ·(Whereupon the video recording is
20   ·played.)
21   ·BY MS. SCHNIDT:
22   · · · ·Q.· ·Okay.· I'm pausing it at 3 minutes
23   ·and 3 seconds.· At this point, you've spoken into
24   ·the phone and you've said we're just sitting here
25   ·and the officers have illegally entered, correct?

**AdvancedONE**
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 182..185
DONTE HOWARD, 09/09/2021

```
                                    Page 182
·1· · · ·A.· ·Yes.
·2· · · ·Q.· ·Okay.· It appears as though you were
·3· ·recording the officer, right?
·4· · · ·A.· ·Yes.
·5· · · ·Q.· ·Were you recording him?
·6· · · ·A.· ·I'm not sure.
·7· · · ·Q.· ·And I'm sorry, have you searched for
·8· ·this recording?
·9· · · ·A.· ·No.
10· · · ·MS. SCHNIDT:· I'm going to demand that
11· ·he search for the recording on his cell phone.
12· BY MS. SCHNIDT:
13· · · ·Q.· ·All right.· I'm going to go ahead and
14· ·press play from 3 minutes, 3 seconds.
15· · · · · · (Whereupon the video recording is
16· ·played.)
17· BY MS. SCHNIDT:
18· · · ·Q.· ·Okay.· I'm pausing it at 3 minutes,
19· ·26 seconds.· Carlton White and Tabatha Washington
20· ·are starting to explain to the officers the
21· ·altercation with Kim Edmondson, correct?
22· · · ·A.· ·I didn't hear it.· Can you replay that?
23· ·I didn't hear it.
24· · · ·Q.· ·I'm going to go back to 3 minutes and
25· ·16 seconds.
```

```
                                    Page 183
·1· · · · · · (Whereupon the video recording is
·2· ·played.)
·3· BY MS. SCHNIDT:
·4· · · ·Q.· ·So I paused it at 3 minutes, 34
·5· ·seconds.· Do you hear the two of them explaining
·6· ·the altercation with Kim Edmondson?
·7· · · ·A.· ·Yes, I do.
·8· · · ·Q.· ·You now finally sat down on the couch,
·9· ·right?
10· · · ·A.· ·Yes, yes, and I continue what I was
11· ·thinking at this moment.
12· · · ·Q.· ·After about three and a half minutes of
13· ·engaging with the police officer?
14· · · ·A.· ·Yes.
15· · · ·Q.· ·Okay.· And in this room there are only
16· ·two to three officers that are in this room on this
17· ·side of the wall and then the officer whose body
18· ·cam we're watching, correct?
19· · · ·A.· ·Yes.
20· · · ·Q.· ·There are no flashlights, is there?
21· · · ·A.· ·No.
22· · · ·Q.· ·And they are not yelling at you guys,
23· ·are they?
24· · · ·A.· ·The flashlights was being flashed from
25· ·outside inside.
```

```
                                    Page 184
·1· · · ·Q.· ·When?
·2· · · ·A.· ·When they was on the outside, they was
·3· ·knocking and beating, like, all that commotion.· It
·4· ·was a lot that was going on.
·5· · · ·Q.· ·Was this before or after the officer
·6· ·enters?
·7· · · ·A.· ·Before.
·8· · · ·Q.· ·Well, I thought that you testified your
·9· ·first knowledge of any officer being on scene was
10· ·when they busted into the apartment?
11· · · ·A.· ·Yeah, I didn't really -- I was -- I
12· ·guess I was mistaken.· Made a mistake.
13· · · ·Q.· ·Okay.· I'm going to go ahead and press
14· ·play from 3 minutes and 34 seconds.
15· · · · · · (Whereupon the video recording is
16· ·played.)
17· BY MS. SCHNIDT:
18· · · ·Q.· ·Now, at 4 minutes, 11 seconds, did you
19· ·hear the detective say, all right, we got to figure
20· ·this out.· We got a complaint.· You all got to come
21· ·in?
22· · · ·A.· ·Yes.
23· · · ·Q.· ·All right.· No one at this point has
24· ·said, hey, he wasn't here.· He just got here.· Did
25· ·they?
```

```
                                    Page 185
·1· · · ·A.· ·I didn't hear no one say on this, no.
·2· · · ·Q.· ·Okay.· And at this point you're aware
·3· ·that the police want to investigate the murder of
·4· ·Kim -- strike that.
·5· · · · · · At this point, you are aware that the
·6· ·police want to investigate the altercation with Kim
·7· ·Edmondson, correct?
·8· · · ·A.· ·Yes.
·9· · · ·Q.· ·All right.· And at this point, you're
10· ·aware you, yourself, were involved in that
11· ·altercation with Kim Edmondson, correct?
12· · · ·A.· ·Yes.
13· · · ·Q.· ·You never tell them, all right, I'm
14· ·going to come in too because I was also involved in
15· ·that altercation, did you?
16· · · ·A.· ·No.
17· · · ·Q.· ·All right.· I'll go ahead and play at 4
18· ·minutes and 11 seconds.
19· · · · · · (Whereupon the video recording is
20· ·played.)
21· BY MS. SCHNIDT:
22· · · ·Q.· ·All right.· Now, at 4 minutes,
23· ·43 seconds, did you hear yourself say, I just got
24· ·here?
25· · · ·A.· ·Yes.
```

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 186..189
DONTE HOWARD, 09/09/2021

Page 186

1 · · · · Q.· · No one had said, up until this point,
2 · Donte just got here, did they?
3 · · · · A.· · No.
4 · · · · Q.· · So why did you lie to the police right
5 · now?
6 · · · · A.· · Well, I see that it's either -- I see
7 · the plain clothes, so I'm thinking that Kim had
8 · told them that we robbed him or, you know, we
9 · jumped on and robbed him.· That's what I'm thinking
10 · that he told the police and sent them there, so I
11 · said that I was going to tell a story.· I was going
12 · to try to talk my way out of it.· That's what
13 · happened.
14 · · · · Q.· · So earlier what you said about Tabatha
15 · lying and you just going along with the lie, that
16 · was a lie today too, wasn't it?
17 · · · · A.· · No, that wasn't a lie.· I was just
18 · confused about the order of things that it happened
19 · in.· I didn't -- I hadn't watched the video, you
20 · know.· I'm just confused about the, you know, the
21 · order that it happened.
22 · · · · Q.· · Why is it that you're testifying now as
23 · to why you were lying to the police then if you
24 · don't actually remember anything about what you
25 · were thinking and the order of stuff?

Page 187

1 · · · · A.· · Can you repeat that, please?
2 · · · · Q.· · Why is it that you today are testifying
3 · as to what you were thinking and what your
4 · intention was behind lying to the police when just
5 · 30 minutes ago you were telling a totally different
6 · story?
7 · · · · A.· · I don't -- what's the question?
8 · · · · Q.· · Why are you telling two different
9 · stories?
10 · · · · A.· · It happened a long time ago.· As you're
11 · showing me this, you know, I can tab in on what's
12 · going on, but as far as me just trying to remember,
13 · you know, I'm -- it's just I can't say what
14 · happened and when it happened and which happened
15 · first.
16 · · · · Q.· · Okay.· Well, just 30 minutes ago when I
17 · was questioning you, you were very clear on the
18 · fact that you lied to the police because Tabatha
19 · had lied to the police, weren't you?
20 · · · · A.· · And I was wrong.
21 · · · · Q.· · Okay.
22 · · · · A.· · Yes.
23 · · · · Q.· · And you're saying now watching the
24 · video and being confronted with what was actually
25 · said, now you remember what you were thinking and

Page 188

1 · it's a totally different thing than what you
2 · testified to 30 minutes ago; isn't it?
3 · · · · · MR. BROWN:· Objection, argumentative,
4 · form, misstates his prior testimony.
5 · · · · A.· · The video absolutely refreshed my
6 · memory.
7 · BY MS. SCHNIDT:
8 · · · · Q.· · Well, is there anything else about the
9 · altercation with Kim Edmondson that you have
10 · testified occurred that if we were to show you some
11 · sort of video or testimony or photograph, it would
12 · change your testimony?
13 · · · · A.· · I'm not sure.· You would have to show
14 · me.
15 · · · · Q.· · Okay.· Well, are you clear on the fact
16 · that no one struck Kim Edmondson in the back of the
17 · head?
18 · · · · A.· · Yes.
19 · · · · Q.· · Well, you were clear on the fact 30
20 · minutes ago that you lied to the police as Tabatha
21 · started lying to the police, right?
22 · · · · A.· · Can you say that again, please?· I'm
23 · sorry.· I just didn't understand what you were
24 · saying.
25 · · · · Q.· · That's okay.· When you testified 30

Page 189

1 · minutes ago that you lied to the police because
2 · Tabatha started lying to the police, you were
3 · pretty clear on that 30 minutes ago, weren't you?
4 · · · · A.· · Yes.· And I was mistaken.
5 · · · · Q.· · So what is it that's making you change
6 · your mind on what your thought process was when
7 · you're lying to the police?
8 · · · · · MR. BROWN:· Objection, form,
9 · argumentative.
10 · · · · A.· · I'm not sure.
11 · BY MS. SCHNIDT:
12 · · · · Q.· · I mean, this video doesn't show what
13 · your thought process was, does it?
14 · · · · · MR. BROWN:· Objection, argumentative
15 · and form.
16 · BY MS. SCHNIDT:
17 · · · · Q.· · Go ahead.
18 · · · · A.· · No.
19 · · · · Q.· · So you're saying now that you having
20 · watched the video can say for sure what your
21 · thought process was?
22 · · · · A.· · What do you mean my thought -- what do
23 · you mean, my thought process?
24 · · · · Q.· · You just testified that you -- 30
25 · minutes ago you testified that you lied to the

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 190..193
DONTE HOWARD, 09/09/2021

```
                                    Page 190
·1· police because Tabatha Washington started the lie,
·2· right?
·3· · · ·A.· ·Yes.
·4· · · ·Q.· ·And now you're saying, actually looking
·5· at the video, I know I lied to the police because I
·6· just wanted to tell them a story and get myself out
·7· of the situation?
·8· · · ·A.· ·I honestly never stated that I just got
·9· there first.
10· · · ·Q.· ·My question is:· Nothing about this
11· video indicates your thought process, so how am I
12· to know what your thought process is; what am I
13· supposed to believe?
14· · · ·A.· ·I'm not sure.
15· · · ·Q.· ·Which story are we supposed to believe,
16· the one where you lied because Tabatha -- you think
17· that you were lying because Tabatha started the lie
18· or you think that you are lying because you just
19· wanted to tell the police a story?
20· · · ·A.· ·No, you can believe that I was mistaken
21· when I said that I started to lie after Tabatha
22· told a lie because the video, as I can see, that I
23· stated first that I wasn't there.
24· · · ·Q.· ·Is there anything else about your
25· testimony that you've been mistaken about today?
```

```
                                    Page 191
·1· · · ·A.· ·No, not that I know of.
·2· · · · · · ·THE COURT REPORTER:· Emily, can we take
·3· a break when you have a good spot, please?
·4· · · · · · ·MS. SCHNIDT:· Yeah, this is a good
·5· spot.
·6· · · · · · ·THE VIDEOGRAPHER:· We are now going off
·7· the record.· The time is 2:58 p.m.
·8· · · · · · ·(Recess taken.)
·9· · · · · · ·THE VIDEOGRAPHER:· We are now going
10· back on the record.· The time is 3:12 --
11· correction, 3:13 p.m.
12· BY MS. SCHNIDT:
13· · · ·Q.· ·Okay.· I'm going to go back to Exhibit
14· No. 9.· I'm going to play from 4:43.· This is right
15· after you told the officer that you just got here.
16· · · ·A.· ·Okay.
17· · · · · · ·(Whereupon the video recording is
18· played.)
19· BY MS. SCHNIDT:
20· · · ·Q.· ·Pausing it at 5:01.· You just told the
21· officer that you go to school, and he's going to
22· have to put you under arrest, right?
23· · · ·A.· ·Yes.
24· · · ·Q.· ·All right.· And you asked him what are
25· you bothering me for, correct?
```

```
                                    Page 192
·1· · · ·A.· ·Yes.
·2· · · ·Q.· ·What were you thinking at this time?
·3· · · ·A.· ·That I can -- that he wouldn't think
that I was there.· That he would believe what I
just told him, that I just got there.
·6· · · ·Q.· ·Anything else?
·7· · · ·A.· ·No.
·8· · · ·Q.· ·All right.· When Kim Edmondson walked
·9· away, did you see any injuries on him?
10· · · ·A.· ·No.· When he walked away, no.
11· · · ·Q.· ·So from the point at which he started
12· engaging with your group to when he started walking
13· down on Washington towards Lockwood, you never saw
14· any injuries on him, correct?
15· · · ·A.· ·Can you repeat that, please?
16· · · ·Q.· ·I'm just trying to get the time frame.
17· Okay.· So from the point at which he started
18· engaging with your group, meaning when he started
19· engaging with Carlton White, then Tabatha, then
20· you --
21· · · ·A.· ·Okay.
22· · · ·Q.· ·-- until when he walked away on
23· Washington towards Lockwood for that final time,
24· did you ever see any injuries on him?
25· · · ·A.· ·Yes, when we was, you know, squaring
```

```
                                    Page 193
·1· off and everything, I noticed that he was bleeding
·2· from his chest and from the corner of his lip, I
·3· believe.
·4· · · ·Q.· ·How much blood was coming from his
·5· chest?
·6· · · ·A.· ·Just mainly like a drip and stop.· Like
·7· a little small drip like, you know, a line of blood
·8· and it stopped.
·9· · · ·Q.· ·And where -- which side of his face was
10· he bleeding from his lip?
11· · · ·A.· ·If I'm not mistaken, I believe it was
12· the left side.
13· · · ·Q.· ·And it was the corner where the top lip
14· meets the bottom lip?
15· · · ·A.· ·Yes.· Yes.
16· · · ·Q.· ·How much blood was coming from the
17· corner of his lip?
18· · · ·A.· ·The same.· Enough to see that it had
19· been bleeding but it wasn't bleeding to the point
20· where it looked like it may have needed a stitch or
21· something.
22· · · ·Q.· ·You didn't think that he needed a
23· stitch?
24· · · ·A.· ·From, you know, what I could see, no.
25· · · ·Q.· ·The blood wasn't dripping down his
```

WASHINGTON vs CITY OF CHICAGO, et al.                         Pages 194..197
DONTE HOWARD, 09/09/2021

---

Page 194

·1· ·chin, correct?
·2· · · · ·A.· · ·I don't believe so, no.· Well, yes, it
·3· ·was a drip, so it had to have been.· If he was cut
·4· ·from his bottom lip, which I believe so, I think
·5· ·the drip had to be on his chin.
·6· · · · ·Q.· · ·Okay.· Did the drip stop about midway
·7· ·between the corner of his lip and the bottom of his
·8· ·jaw?
·9· · · · ·A.· · ·Yes.
10· · · · ·Q.· · ·Okay.· So where you're motioning on
11· ·your face, the end point is kind of in the middle?
12· · · · ·A.· · ·Yeah, roughly around there I'd say.
13· · · · ·Q.· · ·All right.· So where you just pointed
14· ·is where you saw the blood end?
15· · · · ·A.· · ·Yes.
16· · · · ·Q.· · ·Was he tending to any injury when he
17· ·walked away?
18· · · · ·A.· · ·No.
19· · · · ·Q.· · ·What was he wearing?
20· · · · ·A.· · ·Tank top, white tank top.
21· · · · ·Q.· · ·On his upper body?
22· · · · ·A.· · ·Yes.
23· · · · ·Q.· · ·How about on the bottom?
24· · · · ·A.· · ·I believe some type of camouflage.· I'm
25· ·not sure if it was jogging pants or if it was

---

Page 195

·1· jeans, the material, but some sort of camouflage
·2· look.
·3· · · · ·Q.· · ·Did he ever take any articles of
·4· ·clothing off?
·5· · · · ·A.· · ·Not that I seen, no.· Not that I seen.
·6· · · · ·Q.· · ·Did he take his jacket off?
·7· · · · ·A.· · ·When I seen him, he didn't have a
·8· jacket on.
·9· · · · ·Q.· · ·So from when he first started yelling
10· bitches and hoes at Tabatha, he didn't have a
11· jacket on?
12· · · · ·A.· · ·No.
13· · · · ·Q.· · ·That's correct what I said?
14· · · · ·A.· · ·Yes, he didn't have a jacket.· I didn't
15· see him with a jacket on.
16· · · · ·Q.· · ·Okay.· Now, on June 4, 2018, you said
17· that the police came to your mother's home and then
18· called you and you said that you would come home?
19· · · · ·A.· · ·Yes, my mom called me.
20· · · · ·Q.· · ·Your mom called you?
21· · · · ·A.· · ·Yes, ma'am.
22· · · · ·Q.· · ·Did she tell you what was going on?
23· · · · ·A.· · ·She said that the police was there
24· looking for me and she seemed, you know, upset.
25· She seemed worried.· So I told her that I would --

---

Page 196

·1· to tell them that I would be on my way.
·2· · · · ·Q.· · ·How long did it take for you to get to
·3· your mom's house?
·4· · · · ·A.· · ·About 10 to 15 minutes, anywhere
·5· between there.
·6· · · · ·Q.· · ·When you arrived to your mom's house,
·7· what, if anything, did anyone say to you?
·8· · · · ·A.· · ·I don't remember.
·9· · · · ·Q.· · ·Were you told that you were under
10· arrest?
11· · · · ·A.· · ·No, I asked the officer to read me my
12· rights.
13· · · · ·Q.· · ·Why?
14· · · · ·A.· · ·I wanted to know what I had the right
15· to do and not do.
16· · · · ·Q.· · ·Were you unsure of your rights before
17· you were placed under arrest on June 4?
18· · · · ·A.· · ·I just wanted to hear them.
19· · · · ·Q.· · ·Okay.· And did you say anything on the
20· way to the police station?
21· · · · ·A.· · ·No.
22· · · · ·Q.· · · Did any officer say anything to you?
23· · · · ·A.· · · No, not that I can remember.
24· · · · ·Q.· · · Just relatively uneventful?
25· · · · ·A.· · · Yeah, they let me smoke a -- they let

---

Page 197

·1· me -- I asked can I smoke a cigarette before I go
·2· ·with them, and they allowed for me to smoke a
·3· ·cigarette and that was as far as what I know I said
·4· ·to them.
·5· · · · ·Q.· · ·You asked to smoke a cigarette before
·6· ·they left your mom's house?
·7· · · · ·A.· · ·Yes.
·8· · · · ·Q.· · ·Okay.· When you were in lock-up, I'm
·9· ·sorry -- strike that.
10· · · · ·Q.· · ·When you were in the interview room,
11· ·you say that you spoke to an officer in plain
12· ·clothes who was average height, brown skin, and you
13· ·asked him for -- to call an attorney?
14· · · · ·A.· · ·Yes.
15· · · · ·Q.· · ·That was in the interview room?
16· · · · ·A.· · ·Yes.
17· · · · ·Q.· · ·What was that officer's response?
18· · · · ·A.· · ·He said okay.· He had papers.· He
19· ·shuffled his papers, and he left out of the door.
20· · · · ·Q.· · ·And he left you in the interview room?
21· · · · ·A.· · ·Yes.· I asked for food too.· I asked
22· ·for a sandwich.
23· · · · ·Q.· · ·Okay.· Did any officer say anything
24· ·else to you when you were in the interview room?
25· · · · ·A.· · ·Not that I can remember.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 198..201
DONTE HOWARD, 09/09/2021

Page 198

1 · · · Q.· · Do you feel that you were disrespected
2 · by any Chicago police officer or detective?
3 · · · · A.· · Yes, yes.
4 · · · · Q.· · How so?
5 · · · · A.· · The officer proceeded to tell me that I
6 · was an animal and I can remember in the elevator on
7 · our way to lock-up the guy said that it was a shame
8 · how we beat the lady's son and that I would rot in
9 · jail for the rest of my life.
10 · · · · Q.· · Who said that?
11 · · · · A.· · It was more of the heavier guy out
12 · of -- out of the two.
13 · · · · Q.· · Describe him.
14 · · · · A.· · More heavier than the guy that asked me
15 · my name when I first -- when they first brought me
16 · up to the homicide unit.· He was a Caucasian guy, I
17 · believe, gray hair.· Very, very mean looking.
18 · Looking very upset at me.
19 · · · · Q.· · How many interactions did you have with
20 · that Caucasian man?
21 · · · · A.· · I believe two, once in the interview
22 · room and on the elevator on the way down.
23 · · · · Q.· · So it's your testimony that in the
24 · interview room that Caucasian man didn't say
25 · anything disrespectful to you, right?

Page 199

·1 · · · A.· · I'm not sure if he did.· But I'm pretty
·2 · sure that he -- that he said disrespectful things
·3 · in the -- in the elevator on the way down.
·4 · · · Q.· · He said, you're an animal and it's a
·5 · shame you beat that lady's son; you're going to rot
·6 · in jail?
·7 · · · A.· · Yeah.· And he asked how would my mom
·8 · feel if she had to -- if she had to go through
·9 · this.
10 · · · Q.· · What did you say in response?
11 · · · A.· · I didn't say -- I didn't say nothing.
12 · · · Q.· · Any other way in which you feel that
13 · you were disrespected by any officer or detective?
14 · · · A.· · Well, when I asked to make a phone
15 · call, they wouldn't let me.· I asked to speak to an
16 · attorney, they didn't allow that.
17 · · · Q.· · Are you saying that's from the brown
18 · dark skinned male or was there another time?
19 · · · A.· · I'm not sure which one.
20 · · · Q.· · So I'm confused.· You said that there
21 · was a dark skinned male that you spoke to when you
22 · were in the interview room, and you asked to speak
23 · to an attorney.· He said, okay, he shuffled his
24 · papers, and walked out of the room?
25 · · · A.· · Not dark skin, like dark brown, like

Page 200

·1 · maybe my shade but not as light as the gentleman
·2 · that said that I was an animal and that I would rot
·3 · in jail the rest of my life, shade in skin.
·4 · · · · Q.· · So the dark brown --
·5 · · · · A.· · Yes.
·6 · · · · Q.· · -- officer that you spoke to in the
·7 · interview room, you asked him to speak to an
·8 · attorney, he said, okay, shuffled papers, and
·9 · walked out of the room leaving you in the room,
10 · right?
11 · · · · A.· · Yes.
12 · · · · Q.· · Was there another time in which you
13 · spoke to someone and asked for an attorney or to
14 · make a phone call?
15 · · · · A.· · While in lock-up, I constantly asked to
16 · use the phone and speak to an attorney.
17 · · · · Q.· · Who did you ask that to?
18 · · · · A.· · I believe it was the guy that was on
19 · patrol, that was down there working, the
20 · correctional officer.
21 · · · · Q.· · The lockup keeper?
22 · · · · A.· · Yes.
23 · · · · Q.· · Can you describe him or her?
24 · · · · A.· · No.
25 · · · · Q.· · And the lockup keeper told you, no, you

Page 201

1 · couldn't make a phone call?
2 · · · · A.· · He said not now.· That he was
3 · instructed not to let me use the phone.
4 · · · · Q.· · Were you eventually able to make a
5 · phone call?
6 · · · · A.· · Yes.
7 · · · · Q.· · How long after you were put in lock-up?
8 · · · · A.· · When they told me that I was being
9 · charged with first degree murder.
10 · · · · Q.· · How long after you were put into
11 · lock-up?
12 · · · · A.· · I'm not sure.· I mean, I was at a loss.
13 · I didn't have a -- you know, I wasn't around a
14 · clock or anything.· I didn't know the date or if it
15 · was day or if it was light, day or night.
16 · · · · Q.· · All right.· I'm going to share my
17 · screen.· We'll mark this as Exhibit 10, which is
18 · Bates stamp 1397.
19 · · · · · · · (Deposition Exhibit 10 marked for
20 · · · · · · · identification.)
21 · BY MS. SCHNIDT:
22 · · · · Q.· · Okay.· Do you see Howard interview room
23 · A on this video?
24 · · · · A.· · Yes.
25 · · · · Q.· · Have you seen any video depicting this

aO AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 202..205
DONTE HOWARD, 09/09/2021

Page 202

·1· ·interview room?
·2· · · · ·A.· ·No.
·3· · · · ·Q.· ·Okay.· I'm going to go ahead and press
·4· ·play.
·5· · · · · · ·(Whereupon the video recording is
·6· ·played.)
·7· ·BY MS. SCHNIDT:
·8· · · · ·Q.· ·At 56 seconds into the video, do you
·9· ·see yourself?
10· · · · ·A.· ·Yes.
11· · · · ·Q.· ·Okay.· This officer who just brought
12· ·you in, did he do or saying anything that you felt
13· ·was disrespectful?
14· · · · ·A.· ·I don't believe -- I don't believe
15· ·that's one of the officers.
16· · · · ·Q.· ·Okay.· So no?
17· · · · ·A.· ·No.
18· · · · ·Q.· ·All right.
19· · · · · · ·(Whereupon the video recording is
20· ·played.)
21· ·BY MS. SCHNIDT:
22· · · · ·Q.· ·I'm going to fast forward it a little.
23· ·There is another officer that comes in at 4
24· ·minutes, 12 seconds.
25· · · · · · ·(Whereupon the video recording is

Page 203

·1· ·played.)
·2· ·BY MS. SCHNIDT:
·3· · · · ·Q.· ·At 4 minutes, 23 seconds, do you see
·4· ·this second officer walk in with the blue shirt on?
·5· · · · ·A.· ·Yes.
·6· · · · ·Q.· ·Did he say or do anything that you just
·7· ·described?
·8· · · · ·A.· ·Not that I -- not that I remember.
·9· · · · ·Q.· ·Okay.· And did he say or do anything
10· ·that you felt was disrespectful?
11· · · · ·A.· ·Not that I remember.
12· · · · ·Q.· ·I'm pressing play at 29:15 seconds.
13· ·Let it rewind.· Hold on.
14· · · · · · ·(Whereupon the video recording is
15· ·played.)
16· ·BY MS. SCHNIDT:
17· · · · ·Q.· ·Do you see this first officer walk in?
18· · · · ·A.· ·Yes.
19· · · · ·Q.· ·Okay.· Did he do or say anything that
20· ·you just described?
21· · · · ·A.· ·What?· What did -- what are you
22· ·referring to?
23· · · · ·Q.· ·Did he say or do anything that you felt
24· ·was disrespectful?
25· · · · ·A.· ·I believe that he's the one that I

Page 204

·1· ·asked him for the phone call for the attorney that
·2· ·I didn't receive.
·3· · · · · · ·MR. BROWN:· Also, for the record, can
·4· ·we just let it play a little longer because you're
·5· ·pausing it right on kind of half of the guy's face.
·6· ·It's a little -- kind of tough to make out.
·7· ·BY MS. SCHNIDT:
·8· · · · ·Q.· ·Mr. Howard, if there is any answer that
·9· ·you feel that you need to correct, please let me
10· ·know.· Okay?
11· · · · ·A.· ·Okay.
12· · · · · · ·(Whereupon the video recording is
13· ·played.)
14· ·BY MS. SCHNIDT:
15· · · · ·Q.· ·Okay.· I'm pausing at 29:19 seconds.
16· ·Do you see this second officer walk in?
17· · · · ·A.· ·Yes.
18· · · · ·Q.· ·Okay.· Did he do or say anything that
19· ·you felt was disrespectful?
20· · · · ·A.· ·I believe that's the gentleman that
21· ·told me that I should -- I should rot -- that I
22· ·would rot in -- rot in jail the rest of my life and
23· ·that it was wrong how we beat the guy to death.
24· · · · ·Q.· ·Okay.· Anything else?
25· · · · ·A.· ·No, not that I can remember.

Page 205

·1· · · · ·Q.· ·All right.· And then do you see this
·2· ·bald officer at 55:37 seconds?
·3· · · · ·A.· ·Yes.
·4· · · · ·Q.· ·Did he do anything that you felt was
·5· ·wrong or disrespectful?
·6· · · · ·A.· ·No, I believe he threw my shoes at me,
·7· ·but that wasn't really, like, disrespectful or
·8· ·nothing like that.
·9· · · · ·Q.· ·Other than throwing your shoes, do you
10· ·believe he did anything else that was wrong or
11· ·disrespectful?
12· · · · ·A.· ·No.
13· · · · ·Q.· ·Okay.· 4 hours, 56 minutes and
14· ·45 seconds there is another officer who walks in,
15· ·do you see that?
16· · · · ·A.· ·Yes, I remember him.
17· · · · ·Q.· ·Did he say or do anything that you felt
18· ·was wrong or disrespectful?
19· · · · ·A.· ·I don't know.· I think this is -- I'm
20· ·really not sure, but I'm thinking this is the
21· ·gentleman that -- that was there when I first
22· ·arrived at the interview room that was actually,
23· ·you know, he asked me my name, and I told him my
24· ·name.
25· · · · ·Q.· ·Well, that's not wrong to ask you your

CCD AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 206..209
DONTE HOWARD, 09/09/2021

Page 206

·1· ·name, right?
·2· · · · A.· ·No, I didn't say it was.
·3· · · · Q.· ·Okay.· Did this gentleman do or say
·4· ·anything that you felt was wrong or disrespectful?
·5· · · · A.· ·No.
·6· · · · Q.· ·Okay.· Did you -- you say you were
·7· ·allowed to make a phone call once you were told
·8· ·that you were being charged with murder, right?
·9· · · · A.· ·Yes.
10· · · · Q.· ·Who did you call?
11· · · · A.· ·My mother.
12· · · · Q.· ·Anybody else?
13· · · · A.· ·I believe I called Kiana, my at that
14· ·time -- well, she wasn't my -- we was broken up,
15· ·but you know, I think that I believe I had called
16· ·her.
17· · · · Q.· ·What did you say to her?
18· · · · A.· ·I can't remember.
19· · · · Q.· ·What did you say to your mother?
20· · · · A.· ·I was asking just how she was doing,
21· ·how she was handling this, and she was telling me
22· ·that she, you know, she was told that I was being
23· ·charged with murder.· So I was just basically
24· ·concerned of her well-being at the time.
25· · · · Q.· ·Okay.· And you don't remember what you

Page 207

1· ·said to Kiana?
2· · · · A.· ·No.
·3· · · · Q.· · What did Kiana say to you?
·4· · · · A.· · I don't know.
·5· · · · Q.· · Were you present when Detective Alonzo
·6· ·testified before the Grand Jury?
·7· · · · A.· ·No.
·8· · · · Q.· ·Have you reviewed the Grand Jury
·9· ·transcripts?
10· · · · A.· ·No.
11· · · · Q.· ·So do you have any personal knowledge
12· ·of anything that he testified to that was false?
13· · · · A.· ·No.
14· · · · Q.· ·I'm showing you what has been marked as
15· ·Exhibit No. 11.
16· · · · · · ·(Deposition Exhibit 11 marked
17· · · · · · · for identification.)
18· ·BY MS. SCHNIDT:
19· · · · Q.· ·You said that you reviewed your answers
20· ·to interrogatories before your deposition?
21· · · · A.· ·Yes.
22· · · · Q.· ·Okay.· Was there anything that was
23· ·incorrect in any of your answers to
24· ·interrogatories?
25· · · · A.· ·No.

Page 208

·1· · · · Q.· ·Okay.
·2· · · · MS. SCHNIDT:· Do you have the
·3· ·interrogatories in front of him?
·4· · · · MR. BROWN:· That's what I was going to
·5· ·say.· If it would make your life easier, you don't
·6· ·have to -- if you want, you can keep it up, but we
·7· ·have it in front of him.
·8· · · · MS. SCHNIDT:· Did you include the
·9· ·verification page with the answers to
10· ·interrogatories?
11· · · · MR. BROWN:· Unfortunately, I did not,
12· ·so if you want to just do that first.
13· · · · MS. SCHNIDT:· Yeah.
14· · · · MR. BROWN:· I can get them.· I can get
15· ·a copy of the verification.
16· · · · MS. SCHNIDT:· The problem is I'm having
17· ·an issue with our cloud downloading the
18· ·verification right now.
19· ·BY MS. SCHNIDT:
20· · · · Q.· ·Did you, Mr. Howard, did you review the
21· ·answers to interrogatories back when they were
22· ·first sent to you and you first provided answers?
23· · · · A.· ·Yes.
24· · · · Q.· ·And did you verify on a verification
25· ·page they were true and correct and accurate?

Page 209

·1· · · · A.· ·Yes.
·2· · · · Q.· ·Okay.· And is that still true today
·3· ·that your answers to interrogatories are true and
·4· ·correct and accurate?
·5· · · · A.· ·Yes.
·6· · · · Q.· ·So this Exhibit No. 11, your responses
·7· ·to defendant Vincent Alonzo's first set of
·8· ·interrogatories to plaintiff Donte Howard Nos. 1
·9· ·through 25, all the answers contained within here
10· ·are true and correct and verified as though you
11· ·were testifying under oath today, correct?
12· · · · A.· ·Yes.
13· · · · Q.· ·All right.· Going to No. 23 on page --
14· ·it really starts on the bottom of page 11, goes on
15· ·to 12.· No. 24 starting on page 12.· There?
16· · · · A.· ·Yes.
17· · · · Q.· ·You were asked in this interrogatory to
18· ·describe in detail and without resort to legal
19· ·conclusions or reference to your complaint each and
20· ·every instance where you allege defendants gave
21· ·false testimony, false narratives and/or false
22· ·statements and explain the basis for your belief
23· ·and why the testimony, narrative and/or statement
24· ·is false.· Do you see that?
25· · · · A.· ·Yes.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 210..213
DONTE HOWARD, 09/09/2021

Page 210

1 · · · · Q.· · Okay.· You begin to answer, Howard
2 · objects to Interrogatory No. 24 as it is a
3 · contention interrogatory that is premature.
4 · Subject to that objection, see response to
5 · Interrogatory No. 23 above.
6 · · · · · · · · Answering further, Detective Alonzo
7 · falsely testified to a Grand Jury that inter alia,
8 · his investigation revealed that, quote, Washington
9 · began to chase Kim Edmondson and then began to
10 · strike Kim Edmondson with a metal pole about the
11 · body and head, end quote.· And that Howard, quote,
12 · struck Kim Edmondson with his fist about the body,
13 · end quote.· And then Edmondson was, quote, able to
14 · escape, end quote.
15 · · · · · · · · The statements in defendant's report
16 · and contained in Alonzo's testimony are false,
17 · easily rebutted, and contradicted by all competent
18 · evidence, including physical evidence, videos, and
19 · witness statements.· Do you see that?
20 · · · · A.· · Yes.
21 · · · · Q.· · Okay.· In order to answer this
22 · interrogatory, you did not review Detective
23 · Alonzo's Grand Jury testimony, correct?
24 · · · · A.· · Yes.
25 · · · · Q.· · All right.· So what's your basis for

Page 211

1 · saying that Detective Alonzo testified falsely
2 · before a Grand Jury?
3 · · · · A.· · I believe that my lawyer wrote that up
4 · when I was going through my case.· I think that I
5 · heard it in trial, if I'm not mistaken, one of the
6 · two.
7 · · · · Q.· · And your lawyer being who?
8 · · · · A.· · My public defender.
9 · · · · Q.· · All right.· Or you think it came up
10 · during the trial?
11 · · · · A.· · Yes.
12 · · · · Q.· · Did Detective Alonzo testify at the
13 · trial?
14 · · · · A.· · No.
15 · · · · Q.· · So who did you hear that come up
16 · through if he wasn't at the trial?
17 · · · · A.· · It had to have been from my public
18 · defender.
19 · · · · Q.· · Are you aware of Detective Alonzo
20 · testifying falsely ever with regard to your
21 · involvement in the altercation -- well, strike
22 · that.
23 · · · · · · · Let me ask you this:· Did Detective
24 · Alonzo ever testify falsely with regard to your
25 · involvement in the altercation?

Page 212

1 · · · · A.· · Yes.
2 · · · · Q.· · When?
3 · · · · A.· · The indictment.· Yeah, the indictment,
4 · Grand Jury indictment.
5 · · · · Q.· · What did he testify to that was false?
6 · · · · A.· · Everything that's listed.
7 · · · · Q.· · Well, is it true that you struck Kim
8 · Edmondson with your fist about Kim Edmondson's
9 · body, correct?
10 · · · · A.· · Well, the way that it's stated is
11 · false.· It's the way that it's stated.· It's all
12 · false.
13 · · · · Q.· · What's false about it?
14 · · · · A.· · That he was able to escape and that
15 · Washington began to chase him and strike him with a
16 · metal pole about his head and body and that Howard
17 · struck Kim with his fist and about the body and
18 · that Edmondson was able to escape.· That's false.
19 · · · · Q.· · Okay.· To be clear, Mr. Howard, I'm
20 · talking about your involvement, not Tabatha
21 · Washington's.
22 · · · · A.· · I'm not sure where I struck him in the
23 · fight.
24 · · · · Q.· · Again -- okay.· All right.· I'm going
25 · to share what's been marked as Exhibit No. 12, the

Page 213

1 · Grand Jury testimony of Detective Alonzo that was
2 · produced by the public defender.· I'll represent to
3 · you, sir, that this is the Grand Jury testimony of
4 · Detective Alonzo.· Okay.
5 · · · · · · · (Deposition Exhibit 12 marked for
6 · · · · · · · identification.)
7 · · · · · · · MS. SCHNIDT:· Dylan, did you just say
8 · something?
9 · · · · · · · MR. BROWN:· No, I just leaned in.
10 · · · · · · · MS. SCHNIDT:· Okay.
11 BY MS. SCHNIDT:
12 · · · · Q.· · On page No. 4 he's asked this:
13 · · · · · · · "Question, did your investigation
14 · reveal that Donte Howard began to fight with Kim
15 · Edmondson and struck Kim Edmondson with his fist
16 · about the body?
17 · · · · · · · "Answer:· Yes."
18 · · · · · · · Is that true that you began to fight
19 · with Kim Edmondson?
20 · · · · A.· · Yes.· Yes.
21 · · · · Q.· · And is it true that you struck Kim
22 · Edmondson with your fist about Kim Edmondson's
23 · body?
24 · · · · A.· · I'm not sure why I struck him.
25 · · · · Q.· · It's not saying why --

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 214..217
DONTE HOWARD, 09/09/2021

Page 214

·1 · · A.· ·You are saying body as a whole?

·2 · · Q.· ·Okay.· The word about, about the body,

·3 means on his body.· Okay?

·4 · · A.· ·Okay.

·5 · · Q.· ·So did you strike Kim Edmondson with

·6 your fist on Kim Edmondson's body?

·7 · · A.· ·Yes.

·8 · · Q.· ·All right.· And did Kim Edmondson leave

·9 the altercation with you?

10 · · A.· ·Yes.

11 · · Q.· · Did Kim Edmondson walk away?

12 · · A.· · Yes.

13 · · Q.· · All right.

14 · · A.· · That says escaped, that's what I was

15 referring to about being false.· When I escape,

16 you're not able to leave.

17 · · Q.· ·And you believe Kim Edmondson was free

18 to leave at the -- at any point?

19 · · A.· ·After the fight, he left.· He was able

20 to leave.· He could have walked off.· You know, if

21 he would have walked off, I would have walked off.

22 We both walked off.· I was not trying to hold him

23 there against his will, no.

24 · · Q.· ·If he had walked off, you would have

25 walked off, right?

Page 215

·1 · · A.· ·Yes, absolutely.

·2 · · Q.· ·Okay.· So the fact that the question

·3 is -- says that Kim Edmondson's able to escape

·4 Tabatha Washington and Donte Howard, you're saying

·5 that's not true because you weren't holding him?

·6 · · A.· ·That's not true because that states

·7 like we're engaging into a fight with him, like

·8 we're jumping him or we're both fighting with him.

·9 He's trying to get away from us.· That's not what

10 happened.· That's false.

11 · · Q.· ·During the criminal trial is there

12 anything that came up during the criminal trial

13 that you were not aware of before the trial?

14 · · · · MR. BROWN:· Objection, form and vague.

15 · · A.· ·I can't remember.

16 BY MS. SCHNIDT:

17 · · Q.· ·Was there anything that came up during

18 the -- strike that.

19 · · · · Was there anything that's come up in

20 this case that you weren't aware of during your

21 criminal trial?

22 · · A.· ·Could you repeat that?· It sounds

23 like...

24 · · · · MR. BROWN:· Same objections.

25 BY MS. SCHNIDT:

Page 216

·1 · · Q.· ·Is there any evidence in this case that

·2 has come up that you were not aware of before your

·3 criminal trial or during your criminal trial?

·4 · · A.· ·I'm not sure.

·5 · · Q.· ·Do you believe that the police have

·6 withheld evidence that proves your innocence?

·7 · · A.· ·I believe that they didn't, you know,

·8 that they spoke and said things that didn't happen.

·9 · · Q.· ·That's not them withholding something

10 that proves your innocence?

11 · · A.· ·Well, then, no.

12 · · Q.· ·So let me just make sure the record is

13 clear.· Do you believe the police withheld anything

14 that proves your innocence?

15 · · A.· ·The truth.· Yes, the truth.

16 · · Q.· ·How so?

17 · · A.· ·Well, that -- the truth is that it was,

18 I don't believe that it was anything that would

19 state that we -- that we killed him.

20 · · Q.· ·Well, the detective --

21 · · A.· ·I don't believe that --

22 · · Q.· ·I'm sorry.· Go ahead.

23 · · A.· ·Okay.· I'm finished.

24 · · Q.· ·Okay.· The detectives never testified

25 at your criminal trial, correct?

Page 217

·1 · · A.· ·No.

·2 · · Q.· ·That's correct what I said?

·3 · · A.· ·Some officers testified at the trial,

·4 though.

·5 · · Q.· ·Well, the three detectives that I

·6 showed you on the video, do you remember seeing the

·7 three detectives in plain clothes who were wearing,

·8 like, button down shirts?

·9 · · A.· ·No, they didn't testify.

10 · · Q.· ·Okay.· So did Detective Vincent Alonzo

11 testify at your criminal trial?

12 · · A.· ·No, not saying that I would know

13 Detective Vincent if I was to, you know, see him,

14 like, to know that that's Detective Vincent.

15 · · Q.· ·Okay.· Detective Alonzo was the person

16 that you said was the detective you asked to

17 make a phone call to?

18 · · A.· ·Okay.· Well, no, he did not testify at

19 the trial.

20 · · Q.· ·Okay.· Did Detective Demosthenes

21 Balodimas testify at your criminal trial?· He's the

22 one that you claimed said to you in the elevator

23 that you should rot in jail?

24 · · A.· ·No, he didn't.

25 · · Q.· ·Did Detective Adrian Garcia, the last

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 218..221
DONTE HOWARD, 09/09/2021

Page 218

1 · detective to take you from the interview room,
2 · testify at your criminal trial?
3 · · · · A. · ·No, he didn't.
4 · · · · Q. · ·All right. · So other than the
5 · detective -- other than Detective Alonzo saying
6 · that Kim Edmondson was able to escape you and
7 · Tabatha Washington and walked out or near 5147 West
8 · Lake, is that the only thing that you say that he
9 · testified falsely to with regard to you?
10 · · · · A. · ·That's all that I know that he
11 · testified falsely against me.
12 · · · · Q. · ·Okay. · Are you aware of anyone
13 · identifying you as the person who struck Kim
14 · Edmondson in the back of his head with the pole?
15 · · · · A. · ·I believe that that came up that some
16 · point of -- some point of the case that Tabatha
17 · said that for a second that it was me and then that
18 · she right away she took that statement back and
19 · said that that was false.
20 · · · · Q. · ·Who did you hear that from?
21 · · · · A. · ·I'm not sure.
22 · · · · Q. · ·Did you ever talk to Tabatha about
23 · that?
24 · · · · A. · ·No.
25 · · · · Q. · ·Have you ever talked to Tabatha about

Page 219

1 · this incident?
2 · · · A. · ·This incident, the whole case and
3 · everything?
4 · · · Q. · ·Yes.
5 · · · A. · ·Yes.
6 · · · Q. · ·Okay. · When?
7 · · · A. · ·I'm not sure, but I know that we spoke
8 · about it before.
9 · · · Q. · ·Was it before or after the criminal
10 · trial?
11 · · · A. · ·After. · I was incarcerated through the
12 · criminal trial.
13 · · · Q. · ·Who else was present when you talked to
14 · Tabatha about this incident?
15 · · · A. · ·No one.
16 · · · Q. · ·And what -- where were you when this
17 · conversation took place?
18 · · · A. · ·Maybe on the phone. · I think it was on
19 · the phone.
20 · · · Q. · ·What did you say or what did she say?
21 · · · A. · ·Maybe that we was just relieved that it was
22 · over and that our innocence was proved.
23 · · · · · · Q. · · ·Anything else?
24 · · · · · · A. · · ·Not that I can remember.
25 · · · · · · Q. · · ·Other than you guys being -- expressing

Page 220

1 · that you were relieved it was over, have you ever
2 · talked about the details of who did what to Kim
3 · Edmondson?
4 · · · · A. · ·No.
5 · · · · Q. · ·Did you ever talk about the details of
6 · what she told the police?
7 · · · · A. · ·No.
8 · · · · Q. · ·Have you ever spoken to Cynthia Cage
9 · about the altercation?
10 · · · · A. · ·No.
11 · · · · Q. · ·When is the last time that you spoke to
12 · Cynthia Cage?
13 · · · · A. · ·That night.
14 · · · · Q. · ·Have you ever talked to Carlton White
15 · about the altercation?
16 · · · · A. · ·No.
17 · · · · Q. · ·Have you ever talked to him about the
18 · case?
19 · · · · A. · ·No.
20 · · · · Q. · ·So you heard that Tabatha identified
21 · you as the person who struck Kim Edmondson in the
22 · head with a pole, and you don't know who you heard
23 · that from, right?
24 · · · · A. · ·It would have been my public defender.
25 · · · · Q. · ·Why do you think that she said that?

Page 221

1 · · · · A. · ·That's basically who I spoke to about
2 · my case.
3 · · · · Q. · ·I'm sorry. · Why do you think Tabatha
4 · identified you as the person who struck Kim
5 · Edmondson in the head?
6 · · · · A. · ·Maybe because -- maybe because she was,
7 · you know -- maybe she was going through a lot at
8 · the time or confused. · Tabatha has bad health, so I
9 · really can't say.
10 · · · · Q. · ·What do you know about Tabatha's
11 · health?
12 · · · · A. · ·Tabatha is a diabetic.
13 · · · · Q. · ·Why are you saying that she has bad
14 · health?
15 · · · · A. · ·Her diabetes is bad. · It's bad.
16 · · · · Q. · ·Have you ever known her to be
17 · hospitalized for the diabetes?
18 · · · · A. · ·Yes. · When she was hospitalized, I
19 · recently called and prayed with her and everything.
20 · · · · Q. · ·What was she hospitalized for?
21 · · · · A. · ·Diabetes. · Diabetes, as far as I know.
22 · · · · Q. · ·But do you know what it was that put
23 · her in the hospital?
24 · · · · A. · ·No.
25 · · · · Q. · ·When was that?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 222..225
DONTE HOWARD, 09/09/2021

Page 222

```
1 · · · A. · ·She been a couple of times. · Here
2 ·recently, here recently, last week, she was dealing
3 ·with something where she had to be hospitalized.
4 · · · Q. · ·Is that when you called her and prayed
5 ·with her?
6 · · · A. · ·Yes, I prayed with her that time also.
7 · · · Q. · ·Okay. · Anything else that you know
8 ·specifically about Tabatha Washington's health
9 ·other than she has diabetes and it's bad?
10 · · · A. · ·No.
11 · · · Q. · ·So going back to why Tabatha said that
12 ·you were the one who struck Kim Edmondson in the
13 ·head with the pole, other than she was going
14 ·through a lot, maybe she was confused, do you have
15 ·any other belief as to why she said that?
16 · · · A. · ·No.
17 · · · Q. · ·Now, you are -- you've testified that
18 ·the altercation with Kim Edmondson that took place
19 ·first started with Carlton, then went to Tabatha
20 ·Washington, then went to you, correct?
21 · · · A. · ·Yes, ma'am.
22 · · · Q. · ·And then from that point, Kim Edmondson
23 ·left?
24 · · · A. · ·Yes.
25 · · · Q. · ·All right. · Are you aware that Tabatha
```

Page 223

```
1 ·Washington has told a different story?
2 · · · A. · ·No, I'm not.
3 · · · Q. · ·If Tabatha Washington has said that the
4 ·altercation started with Carlton, then went to you,
5 ·then went to her, that wouldn't be true, correct?
6 · · · A. · ·Hold on. · Can you say that again,
7 ·please?
8 · · · Q. · ·If Tabatha Washington told detectives
9 ·that the altercation started with Carlton, then
10 ·went to you, then went to Tabatha, that would not
11 ·be correct; is that right?
12 · · · A. · ·That wouldn't be correct.
13 · · · Q. · ·All right. · Do you have any explanation
14 ·as to why she is saying that the altercation went
15 ·from Carlton to you, then to --
16 · · · · · ·MR. BROWN: · Objection, foundation,
17 ·calls for speculation, form, and misstates the
18 ·evidence.
19 ·BY MS. SCHNIDT:
20 · · · Q. · ·Go ahead.
21 · · · A. · ·No.
22 · · · Q. · ·And Carlton White also told detectives
23 ·that the altercation went from him to you to
24 ·Tabatha Washington. · Are you aware of that?
25 · · · · · ·MR. BROWN: · Objection, calls for
```

Page 224

```
1 ·speculation, foundation, misstates the -- misstates
2 ·the evidence.
3 · · · A. · ·No.
4 ·BY MS. SCHNIDT:
5 · · · Q. · ·Do you have any explanation as to why
6 ·he would say that the order was -- of the
7 ·altercation with Kim Edmondson was him, then you,
8 ·then Tabatha?
9 · · · · · ·MR. BROWN: · Same objections.
10 · · · A. · ·No.
11 ·BY MS. SCHNIDT:
12 · · · Q. · ·If Tabatha Washington and Carlton White
13 ·have both told detectives that the altercation
14 ·was -- started with him, then went to you, then
15 ·went to Tabatha, and you're saying it went you,
16 ·then Tabatha -- I'm sorry. · Strike that.
17 · · · · · ·You're saying it went Carlton, then
18 ·Tabatha, then you; who's telling the truth?
19 · · · A. · ·I would say that I'm telling the truth.
20 · · · Q. · ·All right. · Because of your arrest, do
21 ·you believe that you have suffered damages?
22 · · · A. · ·Yes.
23 · · · Q. · ·Tell me all the ways in which you
24 ·believe that you have suffered because of your
25 ·arrest.
```

Page 225

```
1 · · · A. · ·Well, very -- like sleep, I can't
2 ·sleep. · I still have nightmares. · A lot of
3 ·different...
4 · · · Q. · ·Anything else other than you suffer
5 ·from sleep issues and you have nightmares that you
6 ·believe?
7 · · · A. · ·Yes.
8 · · · Q. · ·What?
9 · · · A. · ·Like I said, it's hard for me to sleep.
10 ·I still have dreams that I'm in jail. · I was, like,
11 ·given medication in the county, and you know,
12 ·different things like that.
13 · · · Q. · ·How was it that the -- being given
14 ·medications in county has impacted you?
15 · · · A. · ·Well, at the time the medication was
16 ·like just make you sleep. · It makes you
17 ·nonresponsive to things, and I already had a deal
18 ·with pills, you know, so I really didn't want to
19 ·take that -- have anything to do with no
20 ·medication.
21 · · · Q. · ·Did you take the medication?
22 · · · A. · ·For a period. · I took it while I was
23 ·incarcerated until I found -- until I found, you
24 ·know, Christ and really started putting my
25 ·attention and getting my relief from God. · That's
```

WASHINGTON vs CITY OF CHICAGO, et al.                        Pages 226..229
DONTE HOWARD, 09/09/2021

Page 226

·1  how I really dealt with it and how I deal with it
·2  today.
·3  · · Q.· · What's the period of time in which you
·4  took medication?
·5  · · A.· · For depression, while I was
·6  incarcerated.· While I was incarcerated, maybe two
·7  months I want to say.· Maybe two months while I was
·8  incarcerated.
·9  · · Q.· · Any other medication that you took
10  while you were in jail?
11  · · A.· · Nothing but for, like, high blood
12  pressure, other than that, no.
13  · · Q.· · Have you been diagnosed with high blood
14  pressure while you were out of jail?
15  · · A.· · I've been dealing with high blood
16  pressure now for some time.
17  · · Q.· · Had you been diagnosed with high blood
18  pressure before?
19  · · · A.· · Yes.
20  · · · Q.· · Before you were in jail?
21  · · · A.· · Yes.
22  · · Q.· · So you were continuing medication that
23  you had already been prescribed while you were in
24  jail?
25  · · A.· · As far as with the -- as far as with

Page 227

·1  the high blood pressure, yes, but not depression.
·2  I've never been on any depression medication until
·3  incarcerated.
·4  · · · Q.· · What medication were you taking for
·5  those two months?
·6  · · · A.· · I'm not sure of the name.· It was a
·7  while ago.
·8  · · · Q.· · All right.· So other than having sleep
·9  issues, experiencing nightmares, and for two months
10  taking medication for depression, do you feel you
11  were harmed in any other way because of your
12  arrest?
13  · · · A.· · No.· Are you speaking on, like, things
14  that occurred while I was in jail?
15  · · · Q.· · At any point in time.
16  · · · A.· · Or under arrest?
17  · · · Q.· · At any point in time do you believe
18  that you were harmed in any way because of your
19  arrest?
20  · · · A.· · No.
21  · · · Q.· · Do you still experience sleep issues?
22  · · · A.· · Yes.
23  · · · Q.· · Have they improved since your release
24  from jail?
25  · · · A.· · Maybe once -- maybe once or twice a

Page 228

·1  week, going from maybe three or four nights a week.
·2  So I would say they improved, but I still deal with
·3  it.
·4  · · · Q.· · What are the sleep issues that you deal
·5  with?
·6  · · · A.· · Just bad dreams.· Just dreams of being
·7  incarcerated and dreams of, you know, charges,
·8  these murder charges and dreams of being in front
·9  of a judge, and things like that.· And dreams of,
10  you know, like the things that happen, you know,
11  that I seen while I was in there.
12  · · · Q.· · What did you see while you were in
13  jail?
14  · · · A.· · Like a lot of masturbation and rape, a
15  lot of sexual assaults, you know, and fights, and
16  things of that nature.
17  · · · Q.· · How frequently did you see
18  masturbation?
19  · · · A.· · Everyday, everyday with somebody on the
20  phone masturbating.
21  · · · Q.· · How frequently did you see rapes?
22  · · · A.· · Not everyday, but maybe two times
23  before I went to -- I got transferred to a
24  different unit or a different deck, two times.
25  · · · Q.· · You saw two rapes?

Page 229

·1  · · · A.· · Yes.
·2  · · · Q.· · Okay.· And then how many sexual
·3  assaults did you see?
·4  · · · A.· · That was at the end of every fight.· It
·5  was maybe two fights -- maybe two fights a -- I'm
·6  not going to say two fights a day, but maybe a
·7  fight a day at least, a fight a day at least and
·8  usually ended with some type of sexual assault to
·9  someone.
10  · · · Q.· · Okay.· And then generally fights, how
11  often were there fights that you witnessed?
12  · · · A.· · Like I said, at least once a day.
13  · · · Q.· · You said that you were transferred to a
14  different unit?
15  · · · A.· · Yes, a different deck, I believe
16  45 days.
17  · · · Q.· · What was that going from -- I'm sorry.
18  · · · A.· · No, it was still all Division 9.· It
19  was just Division 9 one tier to a different tier in
20  Division 9.
21  · · · Q.· · So for the first two weeks you were in
22  Division 10, right?
23  · · · A.· · Yes.
24  · · · Q.· · And then for the next 45 days you were
25  on one deck on Division 9?

**aO** AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    Pages 230..233
DONTE HOWARD, 09/09/2021

Page 230

1 · · · A. · ·Yes. · When I first -- when I first got
2 · ·there, they put me in Division 8. · That was, like,
3 · ·the hospital unit due to my -- I had -- my pressure
4 · ·was high when I arrived at Cook County, so they put
5 · ·me there to get it down. · Then after a couple of
6 · ·days, I went to Division 10 for a couple of weeks
7 · ·and then right to Division 9.
8 · · · ·Q. · ·**Where is it that you say you witnessed**
9 · ·**this violation and sexual activities?**
10 · · · ·A. · ·Division 9, 2B.
11 · · · ·Q. · ·**And how -- 2B?**
12 · · · ·A. · ·Yes, that's the deck.
13 · · · ·Q. · ·**And after 45 days, you were transferred**
14 · ·**from 2B?**
15 · · · ·A. · ·Yes.
16 · · · ·Q. · ·**Where did you go after 2B?**
17 · · · ·A. · ·Program -- I had requested -- I put in
18 · ·for the program unit.
19 · · · ·Q. · ·**Was that then less violent?**
20 · · · ·A. · ·It was still violent.
21 · · · ·Q. · ·**But not any rapes?**
22 · · · ·A. · ·A lot of masturbation and fights and
23 · ·fights and sexual assaults of someone.
24 · · · ·Q. · ·**What's the program unit?**
25 · · · ·A. · ·It's just a unit where different

Page 231

1 · ·programs -- it's on the -- they got anger
2 · ·management programs, and you have Christians. · You
3 · ·have the Christian groups that comes in and mentors
4 · ·everybody. · Tom and Wendy Horton. · And then you
5 · ·have Louis that comes in, different guys, that help
6 · ·us, you know, with the gospel. · They present the
7 · ·gospel to us, and we have Bible studies and
8 · ·everything so that was what I was focused on
9 · ·mainly.
10 · · · ·Q. · ·**Were you a religious person before your**
11 · ·**arrest?**
12 · · · ·A. · ·I've never been religious. · Always been
13 · ·spiritual. · When I went to rehab, that's when I --
14 · ·I grew up in church. · Like everyone says, I grew up
15 · ·in church. · I've always been presented with John
16 · ·3:16. · I knew that -- these things.
17 · · · · · ·And when I went to rehab, it was God
18 · ·called me to accept, and I was able to witness
19 · ·testimony and everything, you know, find out how
20 · ·God worked through the lives of others. · And when I
21 · ·got out of rehab, that's when I confessed my sins
22 · ·and I begged God to come into my life, which he
23 · ·did.
24 · · · · · ·And I believe that I went back to my
25 · ·old ways, you know, I didn't really forgot about

Page 232

1 · ·God that he had took this terrible disease from me.
2 · ·So I believed that's when, you know, this -- God
3 · ·allowed this to happen to me and I was able to
4 · ·really, you know, need him and want him and you
5 · ·know. · So yes, I've never been religious but
6 · ·spiritually, yes.
7 · · · ·Q. · ·**So when you transferred to the program**
8 · ·**unit --**
9 · · · ·A. · ·Yes.
10 · · · ·Q. · ·**-- was it so that you -- what was the**
11 · ·**purpose of transferring to the program unit?**
12 · · · ·A. · ·It was, actually, it was a double. · It
13 · ·was to get away from some of the craziness and to
14 · ·get closer to God.
15 · · · ·Q. · ·**All right. · You served time in the**
16 · ·**Department of Corrections, right?**
17 · · · ·A. · ·Yes.
18 · · · ·Q. · · · ·How many years?
19 · · · ·A. · · · ·Four months -- no. · Four months, yes.
20 · · · ·Q. · · · ·When?
21 · · · ·A. · ·I was 18, January 30 of 2002 -- no, I
22 · ·wasn't in the prison. · I didn't go to the prison
23 · ·until after I got kicked out of boot camp. · I went
24 · ·to prison in October, November, December. · I went
25 · ·to the prison in September of 2002, and I paroled

Page 233

1 · ·January 2003, four months.
2 · · · ·Q. · ·**Other than that, since 2003, have you**
3 · ·**served -- have you then -- strike that.**
4 · · · · · · ·**Since 2003, prior to this arrest for**
5 · ·**this incident, were you in jail?**
6 · · · ·A. · ·Yes.
7 · · · ·Q. · ·**How many times?**
8 · · · ·A. · ·Briefly. · I had a DUI. · Yeah, I had a
9 · ·DUI. · I served a little time. · Actually, got house
10 · ·arrest and for the identity theft.
11 · · · ·Q. · ·**I'm sorry.**
12 · · · ·A. · ·I'm sorry. · Go ahead.
13 · · · ·Q. · ·**Sorry about that. · When did the**
14 · ·**identity theft occur?**
15 · · · ·A. · ·I want to say, I recently said I didn't
16 · ·remember, but I want to -- I want to say May. · I
17 · ·want to say May of -- yeah, I want to say May of
18 · ·'17. · I want to say May of 2017.
19 · · · ·Q. · ·**And was that --**
20 · · · ·A. · ·Yes, it was after I got out of rehab in
21 · ·February, and that's what I mean by me saying that
22 · ·I picked up on some things that I used to be
23 · ·dealing with in the past. · So yeah, I want to say
24 · ·May of 2017, when I got that identity theft.
25 · · · ·Q. · ·**Okay. · Well, that was after you got out**

WASHINGTON vs CITY OF CHICAGO, et al.

DONTE HOWARD, 09/09/2021

Pages 234..237

---

Page 234

1 · of rehab?

2 · · · A. · ·Yes.

3 · · · Q. · ·And that was after you're saying that

4 · you found your spiritual self?

5 · · · A. · ·I was saved, yes. I was saved. I was

6 · saved but I drifted, you know, we don't drifted

7 · towards God. We drift away from him.· So I had

8 · drifted a little bit.

9 · · · Q. · ·All right.· I'm showing you Exhibit

10 · No. 13. It's your Supplemental Responses to

11 · Defendant Alonzo's First Set of Interrogatories,

12 · Nos. 4, 5, and 11.

13 · · · · · · ·MR. BROWN:· This is 13 you said?

14 · · · · · · ·MS. SCHNIDT:· Yes, this is Exhibit 13.

15 · · · · · · ·(Deposition Exhibit 13 marked

16 · · · · · · · for identification.)

17 · BY MS. SCHNIDT:

18 · · · Q. · ·Do you have your Supplemental Responses

19 · to Defendant Alonzo's First Set of Interrogatories

20 · Nos. 4, 5, and 11?

21 · · · A. · ·Yes.

22 · · · Q. · ·Okay.· And on the last page of that

23 · Exhibit 13, is that your signature?

24 · · · · · · ·MR. BROWN:· This is not the -- a copy

25 · that has his verification.

---

Page 235

1 · BY MS. SCHNIDT:

2 · · · Q. · ·Okay.· Here.· Okay.· Is this your -- is

3 · this your verification page to your Supplemental

4 · Response to Defendant Alonzo's First Set of

5 · Interrogatories 4, 5, and 11?

6 · · · A. · ·Yes, ma'am.

7 · · · Q. · ·And you signed these interrogatories --

8 · you reviewed and signed and verified that these

9 · interrogatories are true, correct, and accurate to

10 · the best of your knowledge, right?

11 · · · A. · ·Yes, ma'am.

12 · · · Q. · ·You understood that when you were

13 · signing these, you were signing these as though you

14 · were under oath, correct?

15 · · · A. · ·Yes, ma'am.

16 · · · Q. · ·In response to Interrogatory No. 5, you

17 · were asked, have you ever been convicted of:· One,

18 · any felony; or two, any misdemeanor?· And if yes,

19 · if so, state the nature of, thereof, the date of

20 · the conviction, the Court and the caption in which

21 · the conviction occurred, and the date of release

22 · from custody, including dates of parol or mandatory

23 · supervised release.· For the purposes of this

24 · interrogatory, a plea of guilty or finding of

25 · guilty shall be considered a conviction.

---

Page 236

1 · · · · · · ·Do you see that?

2 · · · A. · ·Yes.

3 · · · Q. · ·Okay.· Where in this answer to

4 · interrogatories does it identify that you had

5 · been -- that you plead guilty to identity theft in

6 · 2017?

7 · · · A. · ·I guess it wasn't added.

8 · · · Q. · ·Is there any reason why you didn't

9 · disclose to us that you had plead guilty to

10 · identity theft in 2017?

11 · · · A. · ·I have no idea. How did I make that

12 · mistake?

13 · · · · · · ·MR. BROWN:· I'm sorry.· I don't mean to

14 · be --

15 · · · A. · ·I don't know what happened to that.

16 · It's a mistake.· No, it's not on there.

17 · · · · · · ·MR. BROWN:· Just for the record, I've

18 · indicated this April 13 one, that's a different

19 · thing?

20 · · · · · · ·THE WITNESS:· Yes.

21 · · · · · · ·MR. BROWN:· Okay.· Just want to make

22 · sure we're all on the same page.

23 · BY MS. SCHNIDT:

24 · · · Q. · ·So you did not disclose to us that you

25 · had been -- that you plead guilty to identity theft

---

Page 237

1 · in 2017, correct?

2 · · · A. · ·Yes, I wasn't trying to -- you know, it

3 · probably just slipped my mind or I forgot.

4 · · · Q. · ·Is there any other arrest and

5 · conviction that you forgot to include?· Please

6 · review this answer.

7 · · · A. · ·No.· Yes, that's the only one missing.

8 · That's the only felony missing, yes.

9 · · · Q. · ·The 2013 misdemeanor conviction for

10 · retail theft, what were you arrested for?

11 · · · A. · ·You say retail?

12 · · · Q. · ·Yeah, it's in the first full paragraph

13 · of your answer.

14 · · · A. · ·I was at Kmart and I thought it would

15 · be smart if I take a five-hour energy drink and

16 · drink it in the store because I was out of my mind

17 · on drugs at the time, so I drunk a five-hour energy

18 · drink, and I didn't have money to pay for it, so

19 · they locked me up for it.

20 · · · Q. · ·Was it the same incident that you have

21 · two 2013 misdemeanor convictions for retail theft?

22 · · · A. · ·Yes.

23 · · · Q. · ·So it's only one time in Kenosha in

24 · which you have been arrested for retail theft but

25 · you have two convictions?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 238..241
DONTE HOWARD, 09/09/2021

Page 238

·1· · · ·MR. BROWN:· She's asking about that
·2· ·second sentence.
·3· · · ·A.· ·Oh, okay.· Okay.· Yeah, it was an
·4· ·incident where I took a lady she -- she left her
·5· ·phone at the Urban League (phonetic) and I walked
·6· ·off with it.· And they -- that's -- they charged me
·7· ·with that, yeah, and they revoked my probation and
·8· ·I had to do it.· I had to do my probation in the
·9· ·Kenosha County Jail.
10· ·BY MS. SCHNIDT:
11· · · ·Q.· ·How long were you in the Kenosha County
12· ·Jail?
13· · · ·A.· ·I believe six months.· I believe it was
14· ·six months, yeah, I do.
15· · · ·Q.· ·How did the time in jail compare to
16· ·your time -- in the Kenosha County Jail compare to
17· ·the Cook County Jail?
18· · · ·A.· ·Cook County Jail Division 9?
19· · · ·Q.· ·Yes.
20· · · ·A.· ·Summer camp.
21· · · ·Q.· ·How so?
22· · · ·A.· ·Like a sleep over.
23· · · ·Q.· ·You're saying it was like fun and
24· ·games?
25· · · ·A.· ·Yes, absolutely.· Kenosha County Jail

Page 239

·1· ·is nothing like Division 9 County at all.
·2· · · ·Q.· ·Then in 2011 you were convicted of
·3· ·obstructing information?
·4· · · ·A.· ·Yes, not really sure of what that's
·5· ·about, though.· Not really sure like what I did
·6· ·wrong.
·7· · · ·Q.· ·Did you withhold some information from
·8· ·the police or stop them from finding out some
·9· ·information?
10· · · ·A.· ·I'm not sure.
11· · · ·Q.· ·In 2008, you were convicted for
12· ·aggravated DUI; is that right?
13· · · ·A.· ·Yes.
14· · · ·Q.· ·Did you serve any time in jail for
15· ·that?
16· · · ·A.· ·When I went to jail, I sat for maybe a
17· ·week in division two.· I got house arrest, and I
18· ·was on house arrest for some time fighting the
19· ·case.· I ran from house arrest, and then I got
20· ·probation for it, so no time.· It wasn't -- it
21· ·wasn't long, altogether, like, maybe a month.
22· · · ·Q.· ·One month in Cook County Jail?
23· · · ·A.· ·I want to say like dealing with that
24· ·old case, yeah.· Not at one time.· Like, I wasn't
25· ·there a month straight.

Page 240

·1· · · ·Q.· ·And you finished that probation in
·2· ·December of 2010?
·3· · · ·A.· ·Yes.
·4· · · ·Q.· ·Okay.· In 2004, you were convicted of
·5· ·reckless conduct?
·6· · · ·A.· ·Yes.
·7· · · ·Q.· ·What occurred then?
·8· · · ·A.· ·I was hanging out and -- I was hanging
·9· ·out, I guess, and -- is that, like -- reckless
10· ·conduct?· I think that I was hanging out it was
11· ·just like, you know, they come get you and they sit
12· ·you in a bullpen for a couple of hours, and then
13· ·you have fun.· I don't remember what I was doing,
14· ·but I'm pretty sure it was just, you know, hanging
15· ·out.
16· · · ·Q.· ·And I'm sorry --
17· · · ·MR. BROWN:· He was just saying he needs
18· ·to use the restroom.· So we could do a quick two or
19· ·three or we could keep going, if you're close?
20· · · ·MS. SCHNIDT:· I'm going to go through
21· ·the rest of these.· Would you like to use the
22· ·washroom, Mr. Howard?
23· · · ·THE WITNESS: Yes, please.· Thank you.
24· · · ·THE VIDEOGRAPHER:· We are now going off
25· ·the record.· The time is 4:22 p.m.

Page 241

·1· · · ·(Recess taken.)
·2· · · ·THE VIDEOGRAPHER:· We are now going
·3· ·back on the record.· The time is 4:30 p.m.
·4· ·BY MS. SCHNIDT:
·5· · · ·Q.· ·Okay.· For the reckless conduct in
·6· ·2004, what occurred to lead to that conviction?
·7· · · ·A.· ·You say -- can you repeat that?· I'm
·8· ·sorry.
·9· · · ·Q.· ·Sure.· On December 8, 2004, it appears
10· ·that you were convicted of reckless conduct.
11· · · · · ·What occurred during that arrest; what
12· ·was that arrest for?
13· · · ·A.· ·I'm not sure.
14· · · ·Q.· ·You don't know why you were arrested
15· ·and ultimately convicted of reckless conduct?
16· · · ·A.· ·No.
17· · · ·Q.· ·In 2004, September, you were convicted
18· ·of soliciting an unlawful business.· Do you see
19· ·that on the next page?
20· · · ·A.· ·Yes.
21· · · ·Q.· ·Okay.· What led to that arrest and
22· ·conviction?
23· · · ·A.· ·I'm not sure.· Again, I'm not sure.
24· · · ·Q.· ·In 2002, you were convicted of
25· ·possession of a stolen vehicle, criminal trespass

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

Pages 242..245

Page 242

1 · to a vehicle, right?
2 · · · A. · Yes. · Hold on. · Where you at? · Okay.
3 · Yes.
4 · · · Q. · · September 13, 2002, you were convicted
5 · of possession of a stolen vehicle and criminal
6 · trespass to a vehicle?
7 · · · A. · · Yes.
8 · · · Q. · · All right. · You were sentenced to three
9 · years in prison, correct?
10 · · · A. · · Yes.
11 · · · Q. · · And you served one year of that
12 · sentence in prison, right?
13 · · · A. · · No.
14 · · · Q. · · How long were you in prison for that
15 · conviction?
16 · · · A. · · Four months.
17 · · · Q. · · I thought that you were in prison for
18 · four months because of the identity theft in 2017?
19 · · · A. · · No, I -- the identity theft was 30 days
20 · along with the probation.
21 · · · Q. · · So in 2017, you were in IDOC for
22 · 30 days because of identity theft, correct?
23 · · · A. · · Yes.
24 · · · Q. · · And in 2002, you were in IDOC for four
25 · months because of -- you possessed a stolen vehicle

Page 243

1 · and you criminally trespassed to a vehicle?
2 · · · A. · · I did not go to -- I did not go to -- I
3 · did not go to IDOC for identity theft. · That was
4 · county time. · That was 60 days county time.
5 · · · Q. · · All right. · So the only time in which
6 · you were in the Illinois Department of Corrections
7 · prison was in 2002 for four months; is that right?
8 · · · A. · · That's correct.
9 · · · Q. · · In 2017, when you were in Cook County
10 · Jail for 30 days, what division were you in?
11 · · · A. · · Division 2.
12 · · · Q. · · Do you believe that your experience
13 · when you were in the Illinois Department of
14 · Corrections prison was better, the same, or worse
15 · than the time that you served in the Cook County
16 · Jail for this incident?
17 · · · A. · · I would say that -- well, are you
18 · talking about the 30 days that I spent in Cook
19 · County Jail?
20 · · · Q. · · The four months that you were in
21 · prison.
22 · · · · · · · Was that better or the same than which
23 · time in Cook County?
24 · · · Q. · · How did your time in prison for four
25 · months compare to your time in Cook County Jail for

Page 244

1 · the 18 months related to this case?
2 · · · A. · · Oh, well, it was -- it was -- it was --
3 · Division 9 was way worse.
4 · · · Q. · · How was Division 9 worse than prison?
5 · · · A. · · Well, the prison was we had yard two
6 · times a day. · I was in the -- I was actually in the
7 · basketball -- a basketball tournament. · We had
8 · basketball tournaments. · The food was -- the food
9 · was better. · Contact visits. · Let me see, TV --
10 · television, and we had televisions in our cell.
11 · · · · · · · Everybody was, you know, had their out
12 · date. · No one's upset, and everyone is going home.
13 · They can see and smell the gate, the door, the
14 · freedom, I want to say. · So I would say the
15 · Division 9 was -- the environment was way more
16 · hostile than my time in prison, yes.
17 · · · Q. · · What prison were you at for those four
18 · months?
19 · · · A. · · Illinois River. · And that was a minimal
20 · medium. · That was a minimal medium prison.
21 · · · Q. · · Did you ever suffer any nightmares or
22 · sleeping issues when you were in prison?
23 · · · A. · · No, I actually slept, you know, until
24 · the time I went to sleep, I went to chow, and I
25 · slept to second shift, actually. · So I slept pretty

Page 245

1 · well in prison.
2 · · · Q. · · You said that you were harmed by your
3 · arrest in this case -- strike that.
4 · · · · · · · The harm that you experienced from your
5 · arrest in this case was sleep issues, nightmares in
6 · jail, and taking medication for depression for two
7 · months, correct?
8 · · · A. · · Yeah, I was highly depressed. · Highly
9 · depressed.
10 · · · Q. · · Any other harms that you believe that
11 · you suffered because of this case that you haven't
12 · already testified to?
13 · · · A. · · Well, my issues with, like, my dealing
14 · with the fact that I may never see my daughter
15 · again. · That was a biggy. · And my mom.
16 · · · · · · · And one time while I was in
17 · incarceration, she fell and she broke a bone in her
18 · neck and that was a terrible situation that I had
19 · to deal with.
20 · · · Q. · · Being away from family. · Anything else?
21 · · · A. · · Yes. · Not knowing that the -- the fear
22 · of just not knowing. · It's enough to keep you up.
23 · · · Q. · · Not knowing what?
24 · · · A. · · Not knowing the outcome.
25 · · · Q. · · Anything else?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 246..249
DONTE HOWARD, 09/09/2021

Page 246

·1· · · · A.· ·My -- no.
·2· · · · Q.· ·**The sleep issues and the nightmares,**
·3· **·are those the same thing?**
·4· · · · A.· ·Yes, I would say that you can put those
·5· ·in the same with each other.
·6· · · · Q.· ·**I mean, do you have any other sleep**
·7· **·issues other than experiencing nightmares?**
·8· · · · A.· ·I would say once awaken, like, it's
·9· ·hard to go back to sleep.
10· · · · Q.· ·**So currently you have one to two**
11· **·nightmares a week?**
12· · · · A.· ·Yes.
13· · · · Q.· ·**Okay.· And when you have those**
14· **·nightmares, you have difficulty falling back**
15· **·asleep?**
16· · · · A.· ·Yes, I usually grab my Bible and just
17· ·read it.
18· · · · Q.· ·**So about once or twice a week is when**
19· **·you have trouble falling asleep after you've had a**
20· **·nightmare?**
21· · · · A.· ·Yes, give or take, if not more, a --
22· ·one week or less.· Maybe one nightmare one week and
23· ·three the next week.
24· · · · Q.· ·**It just averages out to about one to**
25· **·two per week?**

Page 247

·1· · · · A.· ·Yes, that's correct.
·2· · · · Q.· ·**Okay.· Have your sleeping issues**
·3· **·improved since you left Cook County Jail?**
·4· · · · A.· ·Yes.
·5· · · · Q.· ·**Have you ever seen any doctor for your**
·6· **·sleep issues at any point in time?**
·7· · · · A.· ·When in Cook County, yes.
·8· · · · Q.· ·**Who did you see?**
·9· · · · A.· ·I can't remember the name.
10· · · · Q.· ·**What kind of doctor was it?**
11· · · · A.· ·I think the psychiatrist.
12· · · · Q.· ·**Is that when you were prescribed the**
13· **·depression medication?**
14· · · · A.· ·Yes.
15· · · · Q.· ·**Did you ever --**
16· · · · A.· ·And they give you medicine just to,
17· ·basically, put you to sleep.· Just medication just
18· ·to numb you.· You're just a zombie.
19· · · · Q.· ·**After the two months that you stopped**
20· **·taking the depression medication, did your sleep**
21· **·issues improve?**
22· · · · A.· ·I just -- I knew how to deal with them
23· ·better.
24· · · · Q.· ·**Did your depression improve after those**
25· **·two months once you stopped taking the medication?**

Page 248

·1· · · · A.· ·I knew how to deal with it.· I learned
·2· ·how to deal with it.· It didn't stop.· I just
·3· ·learned, and I felt a comfort in my Bible and with
·4· ·God.
·5· · · · Q.· ·**Are you still suffering from depression**
·6· **·today?**
·7· · · · A.· ·I get depressed sometimes, I would say.
·8· ·Absolutely I get depressed sometimes.
·9· · · · Q.· ·**What is the -- when you are getting**
10· **·depressed, what's the trigger?**
11· · · · A.· ·Not really sure.
12· · · · Q.· ·**Or what's it related to?**
13· · · · A.· ·The things that I seen and, you know,
14· ·went through in jail.
15· · · · Q.· ·**How frequently now do you get**
16· **·depressed?**
17· · · · A.· ·Every now and then.· Every now and
18· ·then.
19· · · · Q.· ·**What does that mean?· Can you quantify**
20· **·it for me?**
21· · · · A.· ·Sometimes I have good days, sometimes I
22· ·have bad days, you know.
23· · · · Q.· ·**Have you ever seen a doctor since**
24· **·you've been out of prison for any of your -- for**
25· **·any of the depressive symptoms you are**

Page 249

1· experiencing?
·2· · · · A.· ·No.
·3· · · · Q.· ·**What happens when you're experiencing a**
·4· **·bad day?**
·5· · · · A.· ·Just low in spirit.· Lazy, not wanting
·6· ·to eat, things of that nature.
·7· · · · Q.· ·**Anything else?**
·8· · · · A.· ·No.
·9· · · · Q.· ·**Have you tried to see somebody for your**
10· **·depression since you've been out of jail?**
11· · · · A.· ·It's pretty expensive.· I don't have
12· ·the means for paying for that, so I just rely on
13· ·God.
14· · · · Q.· ·**Do you have any sort of health care**
15· **·insurance?**
16· · · · A.· ·No.
17· · · · Q.· ·**What about Obama Care?**
18· · · · A.· ·I believe that I have -- I don't know
19· ·if that's -- Obama Care?· I have CountyCare.· Are
20· ·you speaking about CountyCare?
21· · · · Q.· ·**Well, any kind of care.· Do you have**
22· **·CountyCare?**
23· · · · A.· ·I believe I had it, but it expired.
24· · · · Q.· ·**When did it expire?**
25· · · · A.· ·I'm not sure.· A while ago.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 250..253
DONTE HOWARD, 09/09/2021

Page 250

·1· · · ·Q.· ·Why did you not try and renew it?
·2· · · ·A.· ·Just didn't.
·3· · · ·Q.· ·When you had CountyCare, did you try
·4· ·and see any doctor for any of your sleep issues or
·5· ·depression?
·6· · · ·A.· ·That doesn't -- that usually -- that
·7· ·doesn't cover that type of doctor, and it's still
·8· ·billed.· You still receive a bill with that and
·9· ·that's something I can't afford.
10· · · ·Q.· ·Are you -- since leaving jail, have you
11· ·seen any doctor for any symptoms or conditions that
12· ·you believe are because of your arrest and time in
13· ·jail?
14· · · ·A.· ·No.
15· · · ·Q.· ·I want to confirm you're not seeking
16· ·lost wages in this case; is that right?
17· · · ·A.· ·No.
18· · · ·Q.· ·Are you going to claim that because of
19· ·your arrest, you were unable to work?
20· · · ·A.· ·Isn't that seeking lost wages?
21· · · ·Q.· ·You would think so.
22· · · ·MS. SCHNIDT:· I mean, we can have an
23· ·agreement -- we can have an agreement that I'm not
24· ·going to delve any further into his work history as
25· ·long as you're not going to have him come up and

Page 251

·1· ·testify on the things that he missed out on for
·2· ·working or contributing financially to his family.
·3· · · · · ·MR. BROWN:· Yeah, we'll stipulate to
·4· ·that.· We've already put that in, yes.
·5· · · · · ·MS. SCHNIDT:· I've had it shoot me in
·6· ·the foot before so that's why I'm asking.
·7· · · · · ·MR. BROWN:· Okay.
·8· ·BY MS. SCHNIDT:
·9· · · ·Q.· ·When you were in Division 9, did you
10· ·receive psychiatric treatment?
11· · · ·A.· ·Yes.
12· · · ·Q.· ·What psychiatric treatment did you
13· ·receive?
14· · · ·A.· ·Medication.
15· · · ·Q.· ·Anything else?
16· · · ·A.· ·You know meetings with the
17· ·psychiatrist.· Go down there and talk -- talk a
18· ·lot.
19· · · ·Q.· ·Were you open and honest with the
20· ·psychiatrist?
21· · · ·A.· ·No.
22· · · ·Q.· ·Why not?
23· · · ·A.· ·Well, there's certain things that you
24· ·can't really -- you can't really say.· It would
25· ·make it hard for you to live in there if you talk

Page 252

·1· ·about some of the things that you see in there.
·2· · · ·Q.· ·Like what?
·3· · · ·A.· ·Rapes or sexual assaults, that's
·4· ·something that, you know, you don't want to tell --
·5· ·you don't want to tell.· You know, you would be
·6· ·scared.· You'd have to check into PC.
·7· · · ·Q.· ·How do you know that that's not
·8· ·something that you should talk about?
·9· · · ·A.· ·That's like code.· You don't tell on
10· ·people.
11· · · ·Q.· ·How do you know that's code?
12· · · ·A.· ·It's kind of like, you know, common
13· ·sense from the streets.· These are murderers and,
14· ·like, a lot of these guys not going home, and they
15· ·don't care.
16· · · ·Q.· ·Okay.· And have you ever received any
17· ·mental health counseling of any kind?
18· · · · · ·MR. BROWN:· Objection, vague as to
19· ·timeframe.
20· ·BY MS. SCHNIDT:
21· · · ·Q.· ·Strike that.· Other than what you've
22· ·testified to, have you received any mental health
23· ·counseling?
24· · · ·A.· ·No.
25· · · ·Q.· ·Are you currently on any medication?

Page 253

·1· · · ·A.· ·Blood pressure.
·2· · · ·Q.· ·When you were in Cook County Jail, your
·3· ·bond was reduced to one million dollars; is that
·4· ·right?
·5· · · ·A.· ·Yes.
·6· · · ·Q.· ·Why did you not get out of jail at that
·7· ·point?
·8· · · ·A.· ·Well, I didn't have a million dollars
·9· ·to post.
10· · · ·Q.· ·Well, you only needed $100,000,
11· ·correct; is that right?
12· · · ·A.· ·Yes.
13· · · ·Q.· ·And isn't it true that your aunt and
14· ·your mom were going to post that money?
15· · · ·A.· ·No.
16· · · ·Q.· ·There was a -- strike that.
17· · · · · ·I'm just going to show this to you
18· ·right now.
19· · · · · ·MS. SCHNIDT:· I'll mark this as
20· ·Exhibit 14.
21· · · · · · (Deposition Exhibit 14 marked
22· · · · · · · for identification.)
23· ·BY MS. SCHNIDT:
24· · · ·Q.· ·Do you see this letter from Rush
25· ·Hospital?

Page 254

1· · · ·A.· · ·Yes.
2· · · · · · · ·MR. BROWN:· It's really tough to see.
3· · · · · · · ·MS. SCHNIDT:· Can you see it better
4· ·now?
5· · · · · · · ·MR. BROWN:· Yes.
6· BY MS. SCHNIDT:
7· · · ·Q.· ·Okay.· It states that Ms. Howard was
8· admitted to our neuroscience intensive care unit on
9· May 1, 2019 for medical reasons.· Please excuse her
10· from court on May 6, 2019.
11· · · · · First of all, May Hellen Howard, is
12· that your mother?
13· · · ·A.· · ·Yes.
14· · · ·Q.· ·Why did your mom need to be in court on
15· May 6, 2019?
16· · · ·A.· · ·Okay.· Well, May 6, 2019, that's when I
17· was going for a bond reduction.· So in the days
18· before that, my mother had a terrible accident
19· where she broke a bone in her neck and there was no
20· one at all at home to look after her.
21· · · · · · · So what that doctor did, he wrote a
22· note for -- this right here so that we could
23· present this to the judge and maybe get me a
24· reasonable bond so that I may care -- care for her.
25· · · ·Q.· ·Okay.· And you did get a reduced bond,

Page 255

1· correct?
2· · · ·A.· · ·Not reasonable.
3· · · ·Q.· ·So you weren't able -- no one in your
4· family was able to post bond?
5· · · ·A.· · ·No, no, no, and that's part of my
6· depression.
7· · · ·Q.· ·What do you mean, that's part of your
8· depression?
9· · · ·A.· · ·I had to deal with that, my mom at home
10· with a broken neck and no one there to help her to
11· the bathroom.· No one there to help feed her, to
12· help her in and out of the bath.
13· · · ·Q.· ·Do you have any siblings?
14· · · ·A.· · No.
15· · · ·Q.· · But the one brother, correct?
16· · · ·A.· · Father's side.· That's not my mother's,
17· that's not on my mother's side, no.· It's just me.
18· · · ·Q.· ·So no siblings on your mother's side?
19· · · ·A.· · ·Deceased.
20· · · ·Q.· ·Other than speaking to Tabatha
21· Washington that one time where you guys expressed
22· that you were relieved that you're out of prison --
23· out of jail, I'm sorry, and speaking to your
24· attorneys, have you ever communicated with anybody
25· else about this incident with Kim Edmondson?

Page 256

1· · · ·A.· · ·No one other than my lawyer.
2· · · ·Q.· ·Did you ever post on social media about
3· your arrest?
4· · · ·A.· · ·No.
5· · · ·Q.· ·Did you ever post on social media about
6· your criminal prosecution?
7· · · ·A.· · ·No.
8· · · ·Q.· ·Do you have any idea how we locate
9· Cynthia Cage?
10· · · ·A.· · ·How?· No.· I'm sorry.
11· · · ·Q.· ·That's okay.· Let me take a five-minute
12· break, please, and I should be finished soon.
13· · · · · · · ·MR. BROWN:· Okay.
14· · · · · · · ·THE VIDEOGRAPHER:· We are now going off
15· the record.· The time is 4:50 p.m.
16· · · · · · · (Recess taken.)
17· · · · · · · ·THE VIDEOGRAPHER:· We are now going
18· back on the record.· The time is 4:57 p.m.
19· BY MS. SCHNIDT:
20· · · ·Q.· ·Mr. Howard, where were you when you
21· called your mom after your arrest?
22· · · ·A.· · At the police district.
23· · · ·Q.· · In the lock-up?
24· · · ·A.· · Yes.
25· · · ·Q.· · And where were you when you called

Page 257

1· Kiana?
2· · · ·A.· · ·Lock-up.
3· · · ·Q.· ·What phone number did you call your mom
4· at?
5· · · ·A.· · ·Her house number, I believe.
6· · · ·Q.· ·What's that number?
7· · · ·A.· · ·-
8· · · ·Q.· ·What's the phone number that you called
9· Kiana at?
10· · · ·A.· · ·I don't remember her phone number.
11· · · ·Q.· ·Did you remember her number on the date
12· of your arrest?
13· · · ·A.· · ·Yes.
14· · · ·Q.· ·So you were able to give that to the
15· lock-up keeper to call?
16· · · ·A.· · ·I'm not sure if he dialed the number or
17· if I dialed it.
18· · · ·Q.· ·And do you know for sure that when you
19· placed the phone calls, you were with -- you were
20· at -- at the lock-up?
21· · · ·A.· · ·Yes.
22· · · ·Q.· ·Okay.· About what time was that that
23· you called your mom?
24· · · ·A.· · ·I don't know what time it was.
25· · · · · · · ·MS. SCHNIDT:· Okay.· That's all the

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 258..261
DONTE HOWARD, 09/09/2021

Page 258

1   questions that I have for today.
2
3   · · · · · · · · · ·EXAMINATION
4   BY MR. BROWN:
5   · · ·Q.· ·I have a few.· Donte, why did you stop
6   seeing the psychiatrist at Division 9 while you
7   were in lock-up?
8   · · ·A.· ·Well, like I say, he was -- all they
9   really wanted to do was just put me on medication
10  and give me pills two times a day, early in the
11  morning and then at night.
12  · · · · · Again, like, I took that medication and
13  it just -- it numbs you.· It has you just slobbing
14  from your mouth, and I'm in a place where I need to
15  be aware, you know, I would say.
16  · · ·Q.· ·So was it arguably dangerous for you to
17  take those pills?
18  · · ·A.· ·Yes, absolutely.· If someone had a
19  problem with me or was -- just woke up feeling like
20  having a problem with someone.· And yes, that would
21  be dangerous to me.
22  · · · · · And I found better help, you know,
23  found better peace in my Bible and in God and
24  reading the Bible.· It's just amazing.
25  · · ·Q.· ·Were you involved in any church groups

Page 259

1   or activities while you were locked up in
2   Division 9?
3   · · ·A.· ·Yes.· Yes.· What is that?· Willow
4   Creek, they had a program.· They come with Tom and
5   Wendy Horton.· They had a program.· Like when Lewis
6   comes and like we get certificates for completing
7   different studies, books, and what have you.· Yeah,
8   I was very involved with the Christians.
9   · · ·Q.· ·Did your involvement in those Christian
10  programs help you treat your depression better than
11  the psychiatrist, than the medication?
12  · · ·A.· ·Yes, absolutely.
13  · · ·Q.· ·But while you were locked up in
14  Division 9, were you ever not depressed?
15  · · ·A.· ·Always depressed.
16  · · ·Q.· ·And then you were asked earlier about
17  defendant Alonzo's Grand Jury testimony and he --
18  his testimony was he agreed his investigation led
19  him to the conclusion that you had struck Kim
20  Edmondson with fists.· Do you remember that?
21  · · ·A.· ·Yes, I remember.
22  · · ·Q.· ·Did you strike him with multiple fists?
23  · · ·A.· ·No, just one fist.
24  · · ·Q.· ·One time?
25  · · ·A.· ·Yes.

Page 260

1   · · ·Q.· ·So when he said, you're striking him
2   with fists about the body, that's false?
3   · · ·A.· ·Yes, that's false.· Yes.
4   · · · · · MR. BROWN:· That's all that I got.
5
6   · · · · · · · · · ·EXAMINATION
7   BY MS. SCHNIDT:
8   · · ·Q.· ·How many -- which arm did you strike
9   Kim Edmondson with?
10  · · ·A.· ·Right.
11  · · ·Q.· ·Were you also swinging with your left
12  arm?
13  · · ·A.· ·No.
14  · · ·Q.· ·So when you were batting your arm with
15  a closed fist towards Kim Edmondson, it was only
16  ever your right arm?
17  · · ·A.· ·Yes, I'm almost handicapped with my
18  left arm.· I can't do nothing with it.· I don't use
19  it to carry groceries.· I've always got five bags
20  in one hand.
21  · · ·Q.· ·Do you have some sort of injury to your
22  left arm?
23  · · ·A.· ·No, I just never -- I never use it.
24  · · ·Q.· ·Okay.
25  · · · · · MS. SCHNIDT:· All right.· That's it.

Page 261

1   Is that it, Dylan?
2   · · · · · MR. BROWN:· Yes, that's it.
3   · · · · · THE VIDEOGRAPHER:· So no more
4   questions?
5   · · · · · MR. BROWN:· Yes, sir.
6   · · · · · THE VIDEOGRAPHER:· This now concludes
7   the Zoom deposition of Donte Howard on September 9,
8   2021.· We're now going off the record.· The time is
9   5:02 p.m.
10  · · · · · · (Proceeding concluded at 5:02 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 262..264
DONTE HOWARD, 09/09/2021

Page 262

1   STATE OF ILLINOIS )
                      ) ss.
2   ROCK ISLAND COUNTY)
3
4        I, KONNI L. STAPF, a Certified Shorthand
    Reporter in and for the States of Illinois, Iowa,
5   and Arizona, do hereby certify that the facts as
    stated in the caption hereto are true; that the
6   witness named on the face sheet was by me sworn
    remotely with the agreement of all counsel to
7   testify to the truth and nothing but the truth
    concerning the matters in controversy in this
8   cause; that said witness was thereupon examined
    under oath and the examination reduced to writing
9   under my supervision, consisting of the foregoing
    pages, and the computer-aided transcript is a true
10  record of the testimony given by said witness and
    all objections made.
11
12       I further certify that I am neither
    attorney or counsel for, nor related to or employed
13  by any of the parties to the action in which this
    deposition is taken; and, further, that I am not a
14  relative or employee of any attorney or counsel
    employed by the parties hereto or financially
15  interested in the action.
16
         In witness whereof I have hereunto set my
17  hand this 17th day in September, 2021.
18
19
20
21
         KONNI L. STAPF, CSR, RPR
22       Registered Professional Reporter
         Illinois CSR License No.
23       084-004144
         Iowa CSR License No. 1168
24       Arizona CSR
25

Page 263

1                Errata Sheet
2   NAME OF CASE:    WASHINGTON vs CITY OF CHICAGO, et al.
3   DATE OF DEPOSITION: 09/09/2021
4   NAME OF WITNESS:   DONTE HOWARD
5   Reason Codes: 1. To clarify the record.
6                 2. To conform to the facts.
7                 3. To correct transcription errors.
8   Page     Line     Reason
9   From                 to
10  Page     Line     Reason
11  From                 to
12  Page     Line     Reason
13  From                 to
14  Page     Line     Reason
15  From                 to
16  Page     Line     Reason
17  From                 to
18  Page     Line     Reason
19  From                 to
20  Page     Line     Reason
21  From                 to
22  Page     Line     Reason
23  From                 to
24
25                  DONTE HOWARD

Page 264

1            WITNESS CERTIFICATION
2
3        I hereby certify that I have read the
4   foregoing transcript of my deposition testimony,
5   and that my answers to the questions propounded,
6   with the attached corrections or changes, if
7   any, are true and correct.
8
9
10
11
12
13
    DATE            DONTE HOWARD
14
15
16
17

              PRINT NAME
18
19
20  JOB 417596
21  WASHINGTON vs CITY OF CHICAGO, et al.
22
23
24
25

## Exhibits

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 1**
3:12 61:21,23 63:6,13
115:25 116:1

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 2**
3:12 62:14,16

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 3**
3:13 63:22,23,24

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 4**
3:13 65:21,22 115:6,8,11
116:10,13,15

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 5**
3:14 70:11,12,15 90:20
91:6

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 6**
3:14 73:9,10,13 75:24
77:20 78:25 88:24 89:17
90:2,5,9

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 7**
3:15 80:8 81:2 92:1 93:2,5

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 8**
3:15 122:5,6,10

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 11**
3:17 207:15,16 209:6

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 12**
3:17 212:25 213:5

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 13**
3:18 234:9,10,14,15,23

**Howard, Donte 09-09-21 (Washington)**
**Exhibit 14**
3:19 253:20,21

## $

**$100,000**
253:10

## 1

**1**
61:21,23 62:2 63:6,13
115:25 116:1 209:8
254:9

**10**
26:24 31:3,4,6,15 150:19
196:4 201:17,19 229:22
230:6

**10:10**
4:12

**10:41**
27:22

**11**
184:18 185:18 207:15,16
209:6,14 234:12,20
235:5

**11:00**
113:16 114:13

**11:49**
27:25

**11:50**
76:6

**11th**
7:20

**12**
20:8,9 21:4 179:10,23
202:24 209:15 212:25
213:5

**12:00**
76:9,12 114:13

**12:45**
113:2

**13**
164:16 165:5 234:10,13,
14,15,23 236:18 242:4

**1397**
201:18

**14**
6:14 45:14 253:20,21

**14-year-old**
120:16 131:2

**15**
20:8,9 21:5 45:14 131:9
150:19 196:4

**16**
20:21 182:25

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                266
DONTE HOWARD, 09/09/2021                              Index: 17..30

**17**
166:9 180:2 233:18

**1747**
61:21,22

**1748**
62:15

**1753**
63:23

**1756**
65:21

**1775**
164:8

**18**
23:12,13 31:9 35:20,24
232:21 244:1

**19**
168:21

**1984**
6:14

**1:23**
113:5

---

**2**

**2**
62:14,16,20 174:24
176:7 178:16 179:10,23
180:2,16,24 181:1,18
243:11

**20**
8:22 20:21 37:14 124:9,
11 180:16

**2000**
8:2

**2002**
232:21,25 241:24 242:4,

**24** 243:7

**2003**
233:1,2,4

**2004**
240:4 241:6,9,17

**2008**
239:11

**2010**
240:2

**2011**
239:2

**2013**
237:9,21

**2017**
12:21 13:15 35:20,23
106:14 233:18,24 236:6,
10 237:1 242:18,21
243:9

**2018**
7:14,16 8:11,17 9:3 10:5,
7 11:4 13:16,25 36:7
37:3,14 43:10,13,16,19
68:13,16,19 127:21,24
128:19 138:6 148:19
152:7 160:15 163:15
195:16

**2019**
9:24 34:7 254:9,10,15,16

**2020**
8:3,5,22,25 9:7,9,19,25
10:18 14:8,19

**2021**
4:11 261:8

**21**
21:4

**22**

**172:6**

**23**
203:3 209:13 210:5

**24**
209:15 210:2

**25**
209:9

**250**
111:24

**26**
182:19

**27**
169:9

**275**
111:25 112:2

**28th**
39:3

**29:15**
203:12

**29:19**
204:15

**2:58**
191:7

**2B**
230:10,11,14,16

---

**3**

**3**
63:23,24 64:3 167:21
181:22,23 182:14,18,24
183:4 184:14

**30**
7:16 36:7,14 37:3 43:10,
13,16,18 68:13,16,19
127:21,23 128:19 152:7

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    267
DONTE HOWARD, 09/09/2021                    Index: 30th..8:00

160:15 163:15 173:4
187:5,16 188:2,19,25
189:3,24 232:21 242:19,
22 243:10,18

**30th**
7:13 39:4,25 40:8 42:12
46:19 63:18 64:10
148:15

**33**
21:5

**34**
183:4 184:14

**36**
173:9 174:4

**37**
6:12

**3:00**
44:6

**3:12**
191:10

**3:13**
191:11

**3:16**
231:16

---

**4**

**4**
8:17 65:21,22 66:1
115:6,8,11 116:10,13,15
148:18 152:5,7 166:17,
22 184:18 185:17,22
195:16 196:17 202:23
203:3 205:13 213:12
234:12,20 235:5

**41**
180:24 181:2,18

**43**
185:23

**44**
174:20

**45**
205:14 229:16,24 230:13

**4:22**
240:25

**4:30**
241:3

**4:43**
191:14

**4:50**
256:15

**4:57**
256:18

---

**5**

**5**
70:11,12,15 90:20 91:6
111:24 234:12,20 235:5,
16

**5147**
218:7

**5316**
37:11 70:16,19 80:9 92:4
123:1,2 127:5 129:6
131:11,15 164:23 165:15

**5317**
70:18,21

**54**
167:2

**5447**
34:18 37:8

**55:37**
205:2

**56**
202:8 205:13

**5:00**
44:6

**5:01**
191:20

**5:02**
261:9,10

---

**6**

**6**
73:9,10,13 75:24 77:20
78:25 88:24 89:17 90:2,
5,9 254:10,15,16

**6'4"**
111:7

**60**
140:20,24 141:6 243:4

---

**7**

**7**
80:8 81:2 92:1 93:2,5
178:20

**773.417.2116**
257:7

---

**8**

**8**
122:5,6,10 230:2 241:9

**866.715.7770**
4:10

**8:00**

@© AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    268
DONTE HOWARD, 09/09/2021                              Index: 9..Adrian

83:24 84:1

**9**

**9**
4:11 17:9,10 31:1,3,5,10
164:8,9,12,17 166:23
167:25 191:14 229:18,
19,20,25 230:7,10
238:18 239:1 244:3,4,15
251:9 258:6 259:2,14
261:7

**911**
149:17

**A**

**a.m.**
4:12 27:22,25 76:6

**abide**
144:2

**able**
8:8 23:5,6,8 24:8 78:1
84:19,22 86:17,19
160:22 201:4 210:13
212:14,18 214:16,19
215:3 218:6 231:18
232:3 255:3,4 257:14

**about**
7:3 9:13 12:3 14:5,14,16
16:2 17:16 22:25 24:25
25:1,20 27:17 29:5 32:17
33:18 43:4 45:13 48:7
52:13,14,23,25 53:3,9,
11,14,17,20 58:6 60:19
65:7 74:6,14 80:4 88:13
93:21 94:22 101:7
114:16,24 116:9,15,20
123:23 131:25 136:17

141:16,18 142:11,21
143:7,24 146:16 149:18
150:25 151:3,8,15 152:1,
10,13 153:7 160:19,24
162:2 172:14,17,23
183:12 186:14,18,20,24
188:8 190:10,24,25
194:6,23 196:4 210:10,
12 212:8,13,16,17,20
213:16,22 214:2,15
218:22,25 219:8,14
220:2,5,9,15,17 221:1,10
222:8 231:25 233:13
238:1 239:5 243:18
246:18,24 249:17,20
252:1,8 255:25 256:2,5
257:22 259:16 260:2

**above**
83:7 210:5

**absolutely**
38:13 117:9 127:2
179:21 180:10 188:5
215:1 238:25 248:8
258:18 259:12

**abuse**
11:22 106:20

**abusing**
107:3

**accept**
18:8 231:18

**accident**
32:1 254:18

**accidentally**
31:25

**accurate**
11:7 159:1 208:25 209:4
235:9

**accused**
163:12

**acquire**
21:18

**across**
57:9,11,14 59:13,24 69:3
81:16 92:4,25 93:16,17
94:7,12

**act**
43:10,13,19

**acted**
43:15

**acting**
59:11,18 117:15 134:4
175:3

**activities**
230:9 259:1

**actual**
39:3

**actually**
31:14 35:8 66:25 80:5
112:8 121:16 124:16
143:3,13 152:21 153:2
158:21 167:18 168:8
169:15 178:2 186:24
187:24 190:4 205:22
232:12 233:9 244:6,23,
25

**added**
236:7

**addiction**
12:2 13:3,7 106:7,18
107:1 162:10,16

**admitted**
254:8

**Adrian**
217:25

**@©** AdvancedONE
LEGAL

**(866) 715-7770**
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                   269
DONTE HOWARD, 09/09/2021                           Index: Advancedone..alone

**Advancedone**
4:9 5:6

**affected**
13:7

**afford**
250:9

**afraid**
153:16,18,19 174:14

**after**
9:7 12:16,17 14:6,23
20:13,17 29:24 35:21
36:10 40:7 44:5 52:25
53:18 56:21 57:5 69:2
74:1 83:20,24,25 84:1
86:5,25 90:21 94:7,13
110:15,18 111:3 112:22
121:7,18 124:5 126:4,7
128:1 131:7 141:6
144:14 150:20 151:10,15
155:7 158:7,15 163:3
183:12 184:5 190:21
191:15 201:7,10 214:19
219:9,11 230:5,13,16
232:23 233:20,25 234:3
246:19 247:19,24 254:20
256:21

**afternoon**
113:7

**afterwards**
53:9,12

**again**
9:6 14:8 87:6 88:13
120:11 122:3 126:7
155:13,14 172:5 188:22
212:24 223:6 241:23
245:15 258:12

**against**
65:8 214:23 218:11

**aggravated**
239:12

**aggression**
89:9 96:1,24 99:24 100:1

**ago**
9:11 33:13 105:19,20
142:18 163:8 187:5,10,
16 188:2,20 189:1,3,25
227:7 249:25

**agree**
167:6

**agreed**
142:22 259:18

**agreement**
4:3 5:11 250:23

**ahead**
10:13 12:13 16:23 18:2
24:4 25:10 29:15 87:11
96:21 98:20 99:15 100:5
101:1 107:23 109:2
112:23 122:5 139:20
140:4 143:21 161:13
166:4 167:20 169:21
170:8,18 174:19 175:17
180:11 181:17 182:13
184:13 185:17 189:17
202:3 216:22 223:20
233:12

**ain't**
160:8 163:6 168:21

**alcohol**
127:19,21,23 128:2,19,
22,24 129:13,19,22,25
130:5

**alia**
210:7

**all**

8:20 16:8 19:4,18 31:20
32:16,22 41:10 52:19
60:3 65:20 68:24 72:1
73:5,8,17 74:8 79:4
82:13 85:22 86:25 94:12,
25 102:21 103:4 107:14
109:14 112:16 120:10
122:2,9,12,16,25 125:14
128:18,22 140:25 151:6
152:17 154:4 157:2
161:14,15 164:4 166:3
174:13,19 175:24 176:21
177:25 178:10,15 179:22
180:11 181:17 182:13
184:3,19,20,23 185:9,13,
17,22 191:24 192:8
194:13 201:16 202:18
205:1 209:9,13 210:17,
25 211:9 212:11,24
214:8,13 218:4,10
222:25 223:13 224:20,23
227:8 229:18 232:15
234:9 236:22 239:1
242:8 243:5 254:11,20
257:25 258:8 260:4,25

**allege**
209:20

**alleged**
105:15,22 106:5

**allow**
199:16

**allowed**
23:17 24:23,24 27:2,5,6
157:6 197:2 206:7 232:3

**almost**
93:22 260:17

**alone**
100:7 137:20 138:1

@©  AdvancedONE        (866) 715-7770
LEGAL                  advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    270
DONTE HOWARD, 09/09/2021                              Index: along..and

**along**
29:6 74:9 140:20 143:1
144:18 145:8 165:7
186:15 242:20

**Alonzo**
207:5 210:6 211:1,12,19,
24 213:1,4 217:10,15
218:5

**Alonzo's**
209:7 210:16,23 234:11,
19 235:4 259:17

**already**
158:16 225:17 226:23
245:12 251:4

**also**
9:19 17:18 81:19,21
82:11 119:16 136:15
139:4 140:4,6 147:14,21
148:9 153:2 154:13
169:9 185:14 204:3
222:6 223:22 260:11

**altercation**
37:4 96:15 103:18
109:22 122:13 123:5,9,
17 131:25 137:18 141:18
145:17,20 146:7 147:7,
11,21 149:18 151:4,13
152:11 153:2 154:13
156:11 159:2 161:6,24
162:2 163:11 172:14
173:1 175:7,15 182:21
183:6 185:6,11,15 188:9
211:21,25 214:9 220:9,
15 222:18 223:4,9,14,23
224:7,13

**altercations**
104:25

**altogether**
239:21

**always**
12:9 111:22 112:20
231:12,15 259:15 260:19

**am**
190:11,12

**amazing**
258:24

**Amazon**
24:16

**amount**
21:7 88:9,11

**an**
15:2 19:8 20:25 32:1,2,
24 34:14 37:2 38:17 39:7
47:25 48:1 79:12,24
81:14,24 82:4 91:13
106:25 114:11 116:25
122:3 123:5,9,16 129:19,
25 136:19 138:20 146:16
151:13 153:9,11 156:20,
21,22,23 157:7,8,21,24
158:7,15,18 162:6
163:11 175:7,14 197:11,
13 198:6 199:4,15,23
200:2,7,13,16 208:17
238:3 241:18 250:22,23

**and**
4:4,8,11,15,20 5:2,12
6:8,19 7:12 8:7,8 9:19
10:23 11:17 12:3,5,11,
13,14 13:7,10,11 14:6,10
15:7,9 16:2,16 17:1,4,16,
17,18 18:2,4,5,14,21,23,
24 19:11,24 20:2,9,17,23
21:6 22:24 23:3,10 24:1,
7,22 25:3,5,17 26:1,18,
25 28:5,17 29:6,9,13,19
30:19 31:4,9,25 32:1,14,
16 33:1,8 34:23 35:13,22

36:18 38:8,9 39:3,12
40:3,7,9 41:1,4,5,9,11,
14,18,22 44:7,12,13,17
45:16 46:13,16,21 47:14,
15 49:8,14,15,19,20,24
50:1,4,6,16,22 51:2,4,6,
9,11,18 52:1,8,10,16,23
54:2,4,5,14,21 55:6,12,
22,23 56:8,22 57:23
58:4,5,9 60:1,9,11,15,17
61:21 63:2,20 65:7,9,17
66:7,20 67:23 68:1,2,15,
22,23 69:4,5 71:1,4,6
72:24 73:18 74:17,23
75:17,22,25 76:16,20,21,
22 77:4,5,9,12,20,24
78:15 79:8 80:8,11,20
81:9,12,16,19,21,22 82:8
83:4 84:2,11,21 85:7,8,
17 86:6,16,18,20 87:2,9,
10,11,12,14,21 88:1,2,4
89:1,4,5,8,9,12,14,15
90:6,21 92:14,24 93:20,
23 94:12,16,18,20 95:1,
3,9,21,22,25 97:19 98:5,
17 99:4,13,25 100:9,10,
14,21 101:7,24 102:6,9,
12,16 103:12 104:22
106:7,23 107:19 108:14,
18 109:15,17,21 110:20,
23 111:8,25 112:17,23
113:17 114:13,19,25
115:13,21 116:5 118:14,
24,25 119:4,10,16 120:9,
13 122:5,24 123:6,10
124:2,9,17,24 125:8,10,
17 126:17 127:14
128:17,18 130:9,24
131:19,24 132:11,12
133:10,11,20 134:4,24
135:1,3,11,16 136:9,19
137:9,20 138:16,19

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    271
DONTE HOWARD, 09/09/2021                    Index: and/or..any

139:10,15,17 140:1,24
141:5,8 142:1 143:2,3,5,
8,16 144:3,4,5,17,19
145:8,22 146:3,5,10,13,
18 147:1,12,20,25 148:4,
15,18 149:17,18,22,23
150:2,6,15 151:14,17,22
152:7,14,21 153:1,2
154:6,10,14,16,18,20
155:1,3,9,10,22 156:1,
12,18 157:5 158:16
159:6 160:15,18,21,25
161:1,8,9,11 162:1,4,18,
19,23 164:7 165:5,9,14,
18,21,24,25 166:4,8,17,
22 167:1,20,21 168:4,10,
20,24 169:8 170:22,24
171:6 172:6,14,21 173:9
174:3,10,19,24 175:6,16,
17,19 176:4,7,9,21
177:3,25 179:5,23 180:6,
11,17,19 181:3,17,18,23,
24,25 182:7,13,19,24
183:10,12,15,17,22
184:3,13,14 185:2,9,17,
18 186:9,10,15,25 187:3,
14,20,23,24,25 189:4,15
190:4,6 191:21,24 193:1,
2,6,8,9,13 194:7 195:10,
17,18,24 196:15,19
197:2,3,12,19,20 198:6,
8,22 199:4,7,22,24
200:2,8,13,16,25 202:3
203:9 204:22 205:1,13,
23 206:21,25 208:22,24,
25 209:2,3,4,10,18,19,
22,23 210:9,11,13,16,17,
18 211:7 212:14,15,16,
17 213:15,21 214:8,17
215:4,14 216:8 218:6,7,
17,18 219:2,16,22
220:22 221:19 222:4,9,

22 223:17,22 224:12,15
225:5,11,17,24,25 226:1
227:9 228:7,8,9,14,15
229:2,7,10,24 230:7,9,
11,13,22,23 231:2,3,4,7,
17,18,19,20,22,24 232:3,
4,13,25 233:10,19,21
234:3,12,20,22 235:5,7,
8,9,18,20,21 237:4,14,
15,18 238:5,6,7,23
239:17,19 240:1,8,9,11,
12,16 241:15,21 242:5,
11,24 243:1 244:10,12,
13,19,24 245:6,15,16,17,
18 246:2,13,16,22
247:16 248:3,13,17
250:1,4,7,8,12,25
251:17,19 252:13,14,16
253:13 254:19,23,25
255:5,10,12,23 256:12,
25 257:18 258:10,11,12,
14,20,22,23 259:4,6,7,
16,17

**and/or**
209:21,23

**anger**
231:1

**angle**
79:13,24 80:23 81:14,18,
24,25 82:5 91:13

**angled**
79:10,11 81:17 82:1

**animal**
198:6 199:4 200:2

**another**
66:11 138:11 199:18
200:12 202:23 205:14

**answer**
27:19 29:6 31:21 32:6

87:13 121:13,14 149:4
157:2 159:12,13,22,24
160:16 162:7 204:8
210:1,21 213:17 236:3
237:6,13

**answered**
12:15 24:2 29:10,13,19
30:20 75:18 99:5,13
104:22 114:20 116:6
134:23 135:3,8 137:10
139:18 143:16 144:3
148:4 154:19

**Answering**
210:6

**answers**
207:19,23 208:9,21,22
209:3,9

**any**
6:15,24 7:5,7,25 9:24
11:5 13:20 15:5,16,18
16:4,11,13,14 19:16
22:4,8,9,17 23:15,19,20
25:13,14 26:7,15 28:12,
15,18,19,21,22,25 29:1,
17,22 30:4,7,12 32:9,17
33:6,9 38:11 40:23 41:25
42:16 43:6 46:10 47:3
52:20 56:8,9,24 57:2
67:20 68:12,15,16,18
79:24 83:13 84:8 86:2
92:6 93:25 97:1 100:1
106:3,9,13,21 110:3
114:18,25 115:3 117:21
120:3 126:22 127:20,23
128:2,4,7,9,24 129:11
134:10 136:2,3 144:1
145:10,19 147:5 172:13
176:22 177:1,7,17,21
181:14 184:9 192:9,14,
24 194:16 195:3 196:22

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                        272
DONTE HOWARD, 09/09/2021                                    Index: anybody..are

197:23 198:2 199:12,13
201:25 204:8 207:11,23
214:18 216:1 222:15
223:13 224:5 226:9
227:2,11,15,17,18
230:21 235:18 236:8
237:4 239:14 244:21
245:10 246:6 247:5,6
248:24,25 249:14,21
250:4,11,24 252:16,17,
22,25 255:13 256:8
258:25

**anybody**
17:23 22:9,14,22 26:15
29:1 34:23 45:7,15,17,
22,25 47:5,11 48:16
53:19 56:9 58:6,7 68:9
129:24 145:7,19 152:10,
13 153:1,5 154:2,12
155:22 172:25 177:4
206:12 255:24

**anyone**
22:11 36:3,6 60:3 94:1
98:22,24 119:21,23
126:2 160:2,5,8,11 196:7
218:12

**anything**
15:12 21:22 22:13,14,16
23:18,25 25:1 29:7 30:13
41:13 47:1,5,6,19 50:14,
21,25 53:2 54:8 55:22
60:7 63:10 94:1 97:9,13
108:14 117:14 118:19
121:13 125:23 126:2
127:18 128:12 141:15
142:12 149:22 150:5,14
151:23 152:1 159:9
186:24 188:8 190:24
192:6 196:7,19,22
197:23 198:25 201:14

202:12 203:6,9,19,23
204:18,24 205:4,10,17
206:4 207:12,22 215:12,
17,19 216:13,18 219:23
222:7 225:4,19 245:20,
25 249:7 251:15

**anyway**
118:22

**anywhere**
44:5 57:17 122:19 196:4

**apartment**
37:10 39:13 41:8,20,23
43:25 44:4,8,23 45:2,16,
17,19 46:6 47:8 53:22,
23,24 64:10 66:8,13,25
67:6,10 115:13 116:24
117:5 121:9 125:17,21,
24 127:8 128:2 130:21
131:5 134:17 137:14
141:17 142:10 145:15,
20,24 150:1,8,18 152:9
160:2 165:2 166:10,19,
24 168:2 169:16 178:11
184:10

**apologize**
32:1

**appear**
180:18

**appeared**
41:12 94:20 165:25

**appears**
116:9 182:2 241:9

**appointed**
156:23 157:7

**appreciate**
89:24

**approach**

96:16 100:13 118:24

**approached**
68:6 69:4 70:2 76:15
89:12 109:21 129:7
168:8

**approaching**
60:17 92:3 99:24 117:24
119:15,17 168:4,24

**approximate**
19:25 20:18 23:13 34:9
57:5 73:14

**approximately**
4:12 9:25 10:24 14:3
15:20 21:8 37:9 46:18
68:22 88:9,11 111:11
165:10

**April**
8:16,22 10:7 11:4 13:16,
25 236:18

**are**
4:21 6:11 7:21,23 16:3,5
18:25 21:7 23:6 24:16,
17,18 25:4 27:24 29:10
35:11,12 39:24 49:8 53:2
54:6 57:11 74:6 76:5
78:12 88:17 91:14 96:4
111:6 113:1,4 123:8
126:14 134:24 138:24
139:3 147:10 151:7,18
161:17,19 162:14 163:11
168:1 172:21,22,23
173:13 174:13 175:2
176:6,16 178:5 180:3,6,
7,8 182:20 183:15,16,20,
22,23 185:5 187:2,8
188:15 190:15,18 191:6,
9,24 199:17 203:21
209:3,10 210:16 211:19
214:1 218:12 221:13

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

222:17,25 223:24 227:13
228:4 235:9 240:24
241:2 243:17 246:3
248:5,9,25 249:19
250:10,12,18 252:13,25
256:14,17

**area**
54:20,22 55:4 71:12,24
72:5,13 73:2,5,14,19
74:2,22 77:9 78:25 83:14
86:6,12,16,20 88:24
89:18 90:5,9,20 91:1,5,6,
18,21,23 93:1,4 101:17
102:2 110:6,7 123:17
130:20 132:10,20 164:22
168:1

**areas**
21:10

**aren't**
169:17 170:4 180:4

**arguably**
258:16

**argued**
98:13

**argument**
38:11 52:15,21 53:4,16
69:22

**argumentative**
95:14 99:12 100:23
104:4,7,21 105:25
108:25 118:9 141:25
143:15 144:1,7 147:16
148:3 188:3 189:9,14

**arm**
85:13 86:2,17 102:16
103:4 260:8,12,14,16,18,
22

**around**
13:14 40:2 41:9 46:25
47:16,20 55:4 59:21
74:22 82:3 87:2,9 88:11,
18 89:1 91:23 93:21
95:21 100:9 109:15
145:5 149:12 194:12
201:13

**arrange**
36:20

**arrangements**
40:25

**arrest**
11:9 14:4 19:24 20:7,13,
14,17 21:3 28:18 29:25
36:1,4 140:2 141:11
153:14 176:2 191:22
196:10,17 224:20,25
227:12,16,19 231:11
233:4,10 237:4 239:17,
18,19 241:11,12,21
245:3,5 250:12,19 256:3,
21 257:12

**arrested**
6:25 7:6 8:17 13:18 14:6
137:7 138:11,16,18
139:3,7 140:14 148:1,18
156:14 180:9 237:10,24
241:14

**arrive**
131:8

**arrived**
44:10 45:20 132:9
144:12 147:12 150:15
196:6 205:22 230:4

**articles**
195:3

**as**

4:5 5:13,24 13:3 15:10,
25 18:17 21:12,13 23:5
39:18 41:11,19 48:4
61:21 68:19 70:11 73:9
75:24 77:20 80:7 88:10,
17,20 89:13 90:20 91:6,
25 92:3 93:22 97:18,20
98:9 106:3 108:19
116:10,12,15 119:7
122:3,5 124:22 144:19
146:10,13 164:8 176:25
178:10 179:14,17 180:18
182:2 186:22 187:3,10,
12 188:20 190:22 197:3
200:1 201:17 207:14
209:10 210:2 212:25
214:1 218:13 220:21
221:4,21 222:15 223:14
224:5 226:25 235:13
250:24,25 252:18 253:19

**aside**
155:6

**ask**
22:3,8 23:24 25:14 26:4,
6,14 32:5,9,11 121:16
131:13 151:12 157:8
159:21 169:9 174:2
177:13 200:17 205:25
211:23

**asked**
12:14 17:16 23:14 24:1
29:9,13,19 30:19 41:10
75:17 99:4,13 104:22
114:6,19 116:5 132:16
133:5 135:7 137:9
139:17 143:16 144:3
148:4 150:9 154:18
160:19,20,23 161:1
169:22 171:3,5,8,11
191:24 196:11 197:1,5,



@© AdvancedONE LEGAL                    (866) 715-7770
advancedONE.com

13,21 198:14 199:7,14,
15,22 200:7,13,15 204:1
205:23 209:17 213:12
217:16 235:17 259:16

**asking**
28:3,17 32:17 78:5,6
92:19 101:13 104:10,11,
12 112:19 143:23 155:6
171:6 206:20 238:1
251:6

**asleep**
246:15,19

**ass**
89:10 92:23 119:9

**assault**
229:8

**assaults**
228:15 229:3 230:23
252:3

**assume**
68:3

**at**
7:5,22,24 8:9 15:17,24
16:14 20:16 24:11,12
28:12,18 30:21 31:1
32:12 33:6,9,15 35:25
36:3,6,15 37:1,6,10 40:9
44:7 45:2,15,17,19 46:5
50:3,9,11 52:12 53:6,23
55:22 58:2 59:9 61:15,19
67:18,20 68:2,8,15 71:3,
16,20 74:17,21 75:13
76:16 77:8 79:2,6,9,12,
14,22,24 80:17,22 81:5,
8,9,14,16,24 82:1,4 83:1,
16 84:15,25 85:9 89:19
91:12 93:11 94:10 95:3,
20 96:16,24 97:1,9,11,19
98:13 100:10,14,15,16

101:3,6 102:4,17 103:1
104:19 107:16,19 108:21
109:15 110:1 113:15,24
114:18,25 115:3,13
116:12,23 117:3,5
118:19 119:10 120:3
123:17 125:22 126:4,8,
10,11,19 128:15 131:15
132:24 135:12 136:13
137:13 141:3 143:6,16
144:14 148:11 149:13,14
151:6 152:9,17,23
154:25 158:17 159:6,11
164:16 165:2,5 166:17,
18,22,23 167:2,19,25
168:17,20 169:8,16
170:1 171:2 172:25
173:8,13,19,21,25 174:1,
3,13,24 175:4 176:6,7,9,
14,22,24 177:5,8,18
178:15 179:10,16,22
180:2,6,16,24 181:1,18,
22,23 182:18 183:4,11,
22 184:18,23 185:2,5,9,
17,22 190:5 191:20
192:2,11,17 195:10
198:18 201:12 202:8,23
203:3,12 204:15 205:2,6,
22 206:13,24 211:12,16
214:18 216:25 217:3,11,
18,21 218:2 221:7
225:15 227:15,17 229:4,
7,12 230:4 237:14,17
238:5 239:1,24 242:2
244:17 247:6 253:6
254:20 255:9 256:22
257:4,9,20 258:6,11
261:10

**attack**
119:2 162:12

**attacks**
106:7

**attempted**
14:17

**attempting**
15:15

**attendance**
16:7 30:5

**attending**
4:21

**attention**
26:19 57:20,24 64:18,22
65:1,3 73:23 96:19,22,23
97:2 119:5 120:25
152:19 225:25

**attorney**
4:25 32:18,23 33:5,8
98:13 114:6 156:20,21,
22,23,24 157:5,6,7,9,21,
24 158:1,4,7,15,18
159:10,19,23 160:18,23
162:22 163:3,7 197:13
199:16,23 200:8,13,16
204:1

**Attorney/client**
159:16

**attorneys**
32:19,20 113:24 255:24

**audio**
164:21

**aunt**
253:13

**author**
19:8

**automatic**
138:21

**Ave**
44:19

**Avenue**
34:18 81:19

**average**
157:13 197:12

**averages**
246:24

**awaken**
246:8

**aware**
123:8,14 126:14,17
131:20,23 146:6 167:10
178:5,8 185:2,5,10
211:19 215:13,20 216:2
218:12 222:25 223:24
258:15

**away**
45:6 51:18 57:6 58:15
77:25 78:9 95:3 121:19,
21 122:17 160:11 163:6
192:9,10,22 194:17
214:11 215:9 218:18
232:13 234:7 245:20

**B**

**baby**
45:11 48:14

**back**
14:17 25:3 26:25 27:5,25
44:22 46:13 54:2,4,5
56:14,16 57:18,23 58:3,
12 59:17 60:1,6 63:6,13
68:22 69:3 72:18 73:18
76:8,11,18,19,22,23 77:5
87:12,21,24 88:2,18
89:13 90:21 93:14 96:1

113:5 124:9 125:12,20
127:7,8 128:1 129:14
130:9,11,18,20,21 131:7
132:3 166:9,18,24 167:7,
11,18 182:24 188:16
191:10,13 208:21
218:14,18 222:11 231:24
241:3 246:9,14 256:18

**backed**
110:24,25 111:4

**backing**
181:10,11

**bad**
221:8,13,15 222:9 228:6
248:22 249:4

**bag**
151:22

**bags**
260:19

**bald**
205:2

**Balodimas**
217:21

**barbecue**
40:9 41:1,7

**barbecuing**
38:9,15 40:18 41:11

**barely**
105:13,14

**based**
144:17 171:18,19

**basement**
71:5

**basically**
15:8 16:8 18:12 33:19
81:5 101:6 206:23 221:1

247:17

**basis**
159:15 169:16 170:3,12
171:7,10 209:22 210:25

**basketball**
244:7,8

**Bates**
61:21 62:15 63:23 65:21
164:7 201:18

**bath**
255:12

**bathroom**
72:22 255:11

**batted**
103:1 107:19

**battering**
139:8,25

**batting**
107:16 108:9 109:25
260:14

**be**
5:19 8:22 11:7 12:5
15:22 16:1,9 24:14,19,24
25:2,3,5,6 30:2 32:1,13
37:25 41:21 58:23 62:9,
12 63:19 71:17,18 77:17
78:1 79:23 80:23 84:19,
22 94:20 116:9,15
117:10 119:1 123:18
137:7 138:11,15,21
139:9,10 140:7 144:5
148:1,8 150:2 153:17
156:20 159:1 165:25
171:4 178:25 181:16
194:5 196:1 212:19
221:16 222:3 223:5,11,
12 233:22 235:25 236:14
237:15 252:5 254:14

@© AdvancedONE LEGAL    (866) 715-7770
advancedONE.com

256:12 258:15,21

**beat**
84:16 154:5 198:8 199:5 204:23

**beating**
155:9 184:3

**because**
5:22 14:11 22:5 25:12 26:16 32:5 37:24 41:11 49:9 54:2 59:11 60:16 70:18 87:12 91:11 97:16 99:10 105:20 116:24 117:6 119:14 133:14 134:14 136:15 139:14,23 140:7 141:11 142:25 143:5,12 144:6 145:2 147:6 150:9 154:25 156:25 161:18,20 162:9, 15,16 171:9,16 179:15 185:14 187:18 189:1 190:1,5,16,17,18,22 204:4 215:5,6 221:6 224:20,24 227:11,18 237:16 242:18,22,25 245:11 250:12,18

**become**
129:21

**been**
4:2 5:10 6:15,25 14:2,22 16:19,24 17:3 18:10 23:15 33:21 38:8 49:12 61:17 103:7,8,21 104:15 105:11,15 108:6 111:22, 23 112:8 116:3,24 117:6, 15 136:9 137:17 138:5, 18 139:7 147:21 152:14 155:8 158:16 160:21 162:11 164:7 174:25 177:9 190:25 193:19 194:3 207:14 211:17

212:25 220:24 222:1 226:13,15,17,23 227:2 231:12,15 232:5 235:17 236:5,25 237:24 248:24 249:10

**before**
5:18 8:3 11:8 14:3 20:13, 14 29:24 31:17,22 36:13 37:14 38:2,7,8,19,24,25 39:25 40:8 41:15,25 42:7,11,16,19,23 43:1,10 45:3 47:22 50:15,22 51:1,8 52:23 76:25 77:2 78:13 88:10,12 98:2 103:7,9 104:19 105:12 108:23 110:15,18 112:9 129:7 131:21 138:19 151:1,10 164:18 167:14 184:5,7 196:16 197:1,5 207:6,20 211:2 215:13 216:2 219:8,9 226:18,20 228:23 231:10 251:6 254:18

**began**
93:9 132:17 210:9 212:15 213:14,18

**begged**
231:22

**begin**
210:1

**beginning**
12:24 13:15

**behalf**
4:23 5:2 97:17

**behind**
71:10 74:7,10,15,16 109:14,17 165:7 187:4

**being**

4:19,23 14:24,25 18:9 49:5,15 50:13 52:20 65:8 69:16,18,21 84:25 85:4 89:8 99:18 100:17 112:13,17,18,20 116:20 118:7,11 126:23 138:16 139:25 141:10 144:1,7 145:23 146:11,14 151:1 152:22 161:1 169:16 170:3,12,23 171:7,10,21 177:10 183:24 184:9 187:24 201:8 206:8,22 211:7 214:15 219:25 225:13 228:6,8 245:20

**belief**
209:22 222:15

**believe**
7:13 8:3,16 9:11 10:2,25 12:22 18:10 19:15,23 25:11 30:10 33:15 34:8, 12 38:1,7 41:3,9 43:15 44:12 45:4,18,21,23 46:7 47:4 48:5,11 49:4 50:7 58:22 59:4 60:14,23 63:1 67:11 69:10,13 74:18 94:23 99:1,6,16 111:25 113:16 114:10 120:10,22 126:9 127:12,18 132:22, 25 133:1 134:22,23 140:13 141:9 143:25 146:3,15 153:23,25 157:12 165:13 172:12 178:23 190:13,15,20 192:4 193:3,11 194:2,4, 24 198:17,21 200:18 202:14 203:25 204:20 205:6,10 206:13,15 211:3 214:17 216:5,7,13, 18,21 218:15 224:21,24 225:6 227:17 229:15 231:24 238:13 243:12

245:10 249:18,23 250:12
257:5

**believed**
232:2

**believing**
133:23 134:10

**Belly**
114:7

**besides**
120:8 135:17

**best**
79:25 235:10

**better**
149:21 243:14,22 244:9
247:23 254:3 258:22,23
259:10

**between**
54:2 57:6,22 81:17
84:21,22 88:5 91:14
107:11 112:12 123:9
152:7 194:7 196:5

**Bible**
17:4 18:18,19,23 19:11
22:6 26:17,21,23,25
27:1,2,7 64:13,18,23,24
65:7,11 231:7 246:16
248:3 258:23,24

**big**
45:11 48:14 107:9
175:12

**bigger**
115:21

**biggy**
245:15

**bill**
250:8

**billed**
250:8

**birth**
6:13

**bit**
12:3 40:4 92:10 165:17
169:25 234:8

**bitch**
89:10 92:23 119:9 160:3
163:4

**bitches**
49:19,20,24 50:1,4,6,15,
22 51:1,9 60:9,10 69:4
95:1 195:10

**black**
74:7

**bleeding**
82:24 193:1,10,19

**blink**
108:19

**blinking**
59:22,23

**block**
37:12

**blocks**
36:25 37:10

**blood**
35:11 83:1,3 193:4,7,16,
25 194:14 226:11,13,15,
17 227:1 253:1

**blue**
74:9,11,19 203:4

**body**
54:19 77:6 82:20 86:12
101:14,15 102:6,7,12
103:5 108:2,5 111:8

183:17 194:21 210:11,12
212:9,16,17 213:16,23
214:1,2,3,6 260:2

**bond**
253:3 254:17,24,25
255:4

**bone**
245:17 254:19

**boogieman**
117:16

**book**
24:19,20 25:5

**books**
18:24,25 19:4,10,16,18
21:23 22:4,17 24:13,14,
15,21 25:13 259:7

**boot**
232:23

**booted**
27:18

**both**
8:9 30:1 81:6 110:19,20
121:19,21 214:22 215:8
224:13

**bother**
22:12 24:5,9

**bothering**
117:6 191:25

**bottom**
71:4 193:14 194:4,7,23
209:14

**box**
88:24

**brain**
106:8,22 162:13

**@©** AdvancedONE
LEGAL

**(866) 715-7770**
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                               278
DONTE HOWARD, 09/09/2021                         Index: brand..buzzing

**brand**
24:20 25:6,13

**break**
72:22 112:24 115:4
191:3 256:12

**breaking**
40:11

**brief**
55:14

**briefly**
38:16 39:15 41:19 77:3
87:9,16,25 88:8 93:20
108:20 233:8

**bring**
23:15,17,19 48:16 143:9

**bringing**
48:9,12

**broke**
40:8 147:8 245:17
254:19

**broken**
206:14 255:10

**brother**
22:23 25:20 255:15

**brother's**
27:19

**brought**
5:17 26:22 58:23 68:9
146:11,14 148:15
152:14,19 198:15 202:11

**brown**
5:2,20,25 10:10,15 11:10
12:14 16:20 24:1 25:7,16
29:9,19 30:9,19 40:1
42:4 54:10 56:13 61:6,12
62:3 63:8 66:20 70:18
71:3 72:7,21 75:17 78:2

89:19,22 90:13 94:4
98:7,16 99:4,12 100:23
102:18 104:4,21 105:24
108:24 113:8,9,20
114:19 115:15 116:5
118:9 123:12,19 129:1
137:9,22 139:17 141:25
143:15 146:21 147:15
148:3 149:3 154:18
157:12 158:8,11 159:12,
16,24 161:10 166:20
169:18 170:5,13,19,25
188:3 189:8,14 197:12
199:17,25 200:4 204:3
208:4,11,14 213:9
215:14,24 223:16,25
224:9 234:13,24 236:13,
17,21 238:1 240:17
251:3,7 252:18 254:2,5
256:13 258:4 260:4
261:2,5

**Bruce**
25:22

**BS**
61:21 164:7

**building**
17:5,6 18:10 37:24 70:23
71:2,4,9,20 79:18 81:15,
16,18,22 89:20 131:21

**bullpen**
240:12

**business**
60:19 94:23 241:18

**busted**
184:10

**busy**
17:2

**but**

4:4 5:12 8:7 9:11 11:24
14:16 15:12 18:5 24:21
27:18 30:24 31:1 32:12
34:15 35:10 37:15 38:17,
22 39:18 40:13 42:6
46:20 47:18,23 50:3
52:15 53:15 56:4 61:4
63:9 66:18 67:13,17
69:11,21 70:23 71:14
74:11 75:8,10,13 77:8
79:12 82:6,22 84:9,17
88:7 92:10 93:18,20
96:14,22 97:1,15 100:13,
16 102:25 108:4,11
110:10,24 116:14 121:2,
15 129:14 135:14 139:2
141:10 144:4 147:12
152:20 154:9 157:23
161:22 162:12 166:12
170:2 176:11 177:4,18,
21 179:1,15 187:12
193:19 195:1 199:1
200:1 205:7,20 206:15
208:6 219:7 221:22
226:11 227:1 228:2,22
229:6 230:21 232:5
233:16 234:6 237:24
240:14 249:23 255:15
259:13

**button**
172:6 217:8

**buy**
127:17,18

**buys**
130:8

**buzzers**
131:24

**buzzing**
131:23 132:4,5

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**by**
4:3,19 5:11 6:4,15 10:12,
17 11:12 12:19 13:7
16:22 18:16 24:3 25:9,19
26:3 28:1 29:5,14,21
30:11,22 36:23 42:8
54:13 56:17 61:9,14,19,
25 62:7,18 63:12 64:1
65:24 66:22 67:15 68:9
70:14,22 72:12,25 73:12
75:20 76:13 78:4 81:4
89:14 90:1,18 92:2 94:6
95:16 98:11,19 99:8,14
100:25 102:20 104:6,24
106:2 109:1,6 110:21,22
113:6,22 114:21 115:18
116:8 118:13,21 122:8
123:15,22 129:4 134:9,
15 137:12,25 139:19
142:3 143:20 144:2,8
145:6 146:25 147:13,19
148:7 149:6 154:22
156:14 158:13 159:20
160:1 161:12 164:15
166:7,16,21 167:5,24
168:16 169:4,20 170:7
171:1 172:2,9 173:7
174:7,23 178:19 179:9,
18 180:1,15,23 181:21
182:12,17 183:3 184:17
185:21 188:7 189:11,16
191:12,19 198:2 199:13
201:21 202:7,21 203:2,
16 204:7,14 207:18
208:19 210:17 213:2,11
215:16,25 223:19 224:4,
11 233:23 234:17 235:1
236:23 238:10 241:4
245:2 251:8 252:20
253:23 254:6 256:19
258:4 260:7

# C

**Cage**
42:19 43:1 120:8,13
128:14 135:3 220:8,12
256:9

**Cage's**
42:22

**calendar**
15:17

**call**
27:15 35:10 112:16
118:2,6,8,11,17 119:10,
21 120:1 156:22,23
170:24 172:11,13,18
174:11 175:4 197:13
199:15 200:14 201:1,5
204:1 206:7,10 217:17
257:3,15

**called**
33:19 45:11 51:3 120:4
179:16,17 195:18,19,20
206:13,15 221:19 222:4
231:18 256:21,25 257:8,
23

**calling**
49:19,20,24 50:3,6,15,22
51:1,8 60:8,9,10 69:4
149:17

**calls**
16:20 48:14 61:6 98:16,
17 129:1 137:22 223:17,
25 257:19

**cam**
183:18

**came**
12:17 22:24 26:25 45:15

50:8 54:2,5 57:18,23
58:3,12 60:6 68:21 69:3
73:17 75:22 76:22 87:21,
23 89:5,12 90:21 103:5
130:24 131:7,18,21
133:17 134:14 152:2,3
154:20 155:3,24 195:17
211:9 215:12,17 218:15

**camera**
5:19,24 134:8 177:10

**camouflage**
194:24 195:1

**camp**
232:23 238:20

**can**
6:5,8,20 15:9,13 17:25
18:7,21 23:17,19,22
25:23 28:24 32:12 37:2
39:18 46:1 48:18 49:12
50:19 55:24 56:13,20
58:8 62:5 69:1 71:1,5
72:1,2,11,13,21,24 73:2,
19 74:2 75:2 76:1 78:14
80:1 81:11,24 86:4 89:17
90:2,5,9,13 97:3,6
105:13,14 108:13 109:19
111:15 115:19 116:22
120:10 121:10,15 131:22
144:4 146:12 150:16
151:16,24 152:12,16
155:24 156:20 157:11
158:19 159:21 160:16,25
162:6 165:5,14 174:16
175:16 176:15,18 179:1
182:22 187:1,11 188:22
189:20 190:20,22 191:2
192:3,15 196:23 197:1,
25 198:6 200:23 204:3,
25 208:6,14 219:24
223:6 241:7 244:13

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al. 280
DONTE HOWARD, 09/09/2021 Index: can't..chow

246:4 248:19 250:22,23 254:3

**can't**
10:2 11:6 19:4,17 24:14, 15 25:1 34:5,14 42:13 53:14 64:15 66:14 70:9 74:24 84:3,7 86:10 88:8 93:13 103:20 104:17,23 105:2,3,5,7,9,12 107:10, 12 113:20 131:1 137:3 138:11 153:10 154:9 160:14 161:6 173:10,14, 16 177:14 187:13 206:18 215:15 221:9 225:1 247:9 250:9 251:24 260:18

**candy**
44:19

**cannot**
103:21 153:10

**capable**
170:22

**caption**
235:20

**car**
35:7 74:7,10,12,15 84:14 109:14,17 110:21,22,23, 24 111:1,4

**care**
16:25 249:14,17,19,21 252:15 254:8,24

**career**
11:18,19 13:3

**Carlton**
42:3,12,14,16 45:23 48:25 50:7,9,25 51:3,4, 11,18 52:1,24 53:13 54:8,14 55:1,6,23 56:10,

19,22,25 57:2 58:5,9 59:8 94:8 116:19 117:2,4 120:9,13,20 122:24 123:8,23 125:8 127:14 128:18 129:5 145:16 146:3,5,11,14 148:15 150:2 152:14 166:18,23, 25 167:6,10,17,19 169:5 175:6 182:19 192:19 220:14 222:19 223:4,9, 15,22 224:12,17

**Carlton's**
54:18

**carried**
39:12

**carry**
125:23 126:2 260:19

**carrying**
41:7,22 49:9 133:25

**cars**
91:14

**case**
28:13,23 29:2,8 65:17 113:24 126:15 141:11 152:1 160:24 211:4 215:20 216:1 218:16 219:2 220:18 221:2 239:19,24 244:1 245:3,5, 11 250:16

**Caucasian**
198:16,20,24

**cell**
119:23 163:14 174:16 178:21 182:11 244:10

**center**
71:6

**certain**

16:1 18:3 161:18,20 251:23

**certificates**
259:6

**chance**
139:9

**change**
121:12,14 188:12 189:5

**changed**
93:21

**chapel**
26:25

**characterize**
68:19

**charged**
152:22 153:17 155:8 158:16 201:9 206:8,23 238:6

**charges**
65:7 228:7,8

**chase**
210:9 212:15

**check**
252:6

**checking**
83:19

**chest**
54:20,22 67:25 77:9 82:11 86:6,9,11,15,20 101:16,17 102:2 193:2,5

**Chicago**
4:16 198:2

**chin**
110:10 194:1,5

**chow**

244:24

**Christ**
17:8,12,23 18:7 19:14
225:24

**Christian**
17:18 231:3 259:9

**Christians**
18:4 231:2 259:8

**church**
231:14,15 258:25

**Cicero**
44:18,19

**cigarette**
197:1,3,5

**circle**
73:8,13 78:23 91:5,7,21
93:1,5

**City**
4:16

**claim**
250:18

**claimed**
217:22

**clarify**
40:6

**class**
20:4,7,8,22 21:5 151:19

**classes**
11:21 16:11 20:20 30:5

**clear**
56:19 80:6 187:17
188:15,19 189:3 212:19
216:13

**client**
144:6 170:22

**clock**
201:14

**close**
34:15 77:14,15 89:11
102:3 169:6 240:19

**closed**
102:10,21,23 103:1
107:17,20 110:1 260:15

**closer**
10:22 26:13 78:20
232:14

**closest**
78:12

**clothes**
157:18 186:7 197:12
217:7

**clothing**
195:4

**cloud**
181:11 208:17

**code**
252:9,11

**collected**
65:16

**college**
10:16 11:17 15:14,22
16:14 19:20

**College's**
11:1

**color**
60:22 62:5 63:20 91:4

**come**
17:17 18:4,5 40:2,4
46:13 50:11 69:8 87:12
100:14,16 101:14,19,24
102:6,12 111:9 134:23

135:7 151:14 152:23
169:10 173:10,14,16
184:20 185:14 195:18
211:15 215:19 216:2
231:22 240:11 250:25
259:4

**comes**
202:23 231:3,5 259:6

**comfort**
15:24 248:3

**comfortable**
16:3

**coming**
54:4 60:1 95:7 140:2
150:10 176:1 193:4,16

**commentary**
18:24

**committed**
148:2

**committing**
139:3 148:2

**common**
252:12

**commotion**
135:15,17,21 184:3

**communicated**
255:24

**communications**
32:18 159:18,23

**compare**
238:15,16 243:25

**competent**
210:17

**complaint**
184:20 209:19

WASHINGTON vs CITY OF CHICAGO, et al.                                282
DONTE HOWARD, 09/09/2021                        Index: completed..Cook

**completed**
15:5

**completely**
78:1

**completing**
259:6

**concern**
5:21

**concerned**
140:7 206:24

**concluded**
261:10

**concludes**
261:6

**conclusion**
98:18 259:19

**conclusions**
209:19

**concurrent**
140:22,23

**conditions**
250:11

**conduct**
240:5,10 241:5,10,15

**cones**
36:18

**conferencing**
4:20

**confessed**
231:21

**confirm**
250:15

**confrontational**
136:25

**confronted**
187:24

**confused**
146:10,13,17 186:18,20
199:20 221:8 222:14

**confusion**
147:5

**connected**
4:22

**connection**
26:1

**consider**
39:22 84:12

**considered**
235:25

**constant**
84:4,16

**constantly**
60:16 84:23 200:15

**consume**
128:12

**consumed**
106:13,22

**consuming**
106:15

**contact**
67:4,8,12,20,23 82:18,
20,23,25 86:8,23 101:14,
19,24 102:7 103:5 108:1,
2,3,12,15 172:25 244:9

**contacted**
68:3

**contained**
209:9 210:16

**contention**

**43:12 210:3**

**continue**
14:18 21:20 22:4,10
26:8,15 147:13 149:23
183:10

**continued**
60:10 69:4 87:9

**continuing**
226:22

**continuously**
64:13

**contradicted**
210:17

**contributing**
251:2

**conversation**
38:14 39:16,17,19
160:14 219:17

**conversations**
38:16

**conveyed**
15:22

**convicted**
235:17 239:2,11 240:4
241:10,15,17,24 242:4

**conviction**
235:20,21,25 237:5,9
241:6,22 242:15

**convictions**
237:21,25

**Cook**
9:7 30:17,25 112:6,18
141:3 158:17 230:4
238:17,18 239:22 243:9,
15,18,23,25 247:3,7
253:2

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

283

**cooking**
41:4

**cooler**
46:16

**COPA**
172:23,25

**copy**
24:24 208:15 234:24

**corner**
79:22,23 80:25 193:2,13,
17 194:7

**correct**
7:16 8:18 9:3 43:20,22
55:13 56:12 57:6 68:10,
25 69:6 74:13 77:22
81:10 85:5 86:20,24
95:22 96:17 97:2,7,13
99:19 100:2,15 104:3,8
108:16 109:22 118:8
119:11 122:14 123:3,4,6
126:18 137:15 141:12
143:2 144:5 146:7
148:19 150:3 159:7
165:3,7,16,22 166:1
168:2,22 172:10,18
173:11 174:11 175:8
176:12,19 178:3,22
179:11 181:25 182:21
183:18 185:7,11 191:25
192:14 194:1 195:13
204:9 208:25 209:4,10,
11 210:23 212:9 216:25
217:2 222:20 223:5,11,
12 235:9,14 237:1 242:9,
22 243:8 245:7 247:1
253:11 255:1,15

**correction**
191:11

**correctional**
200:20

**Corrections**
112:9 232:16 243:6,14

**couch**
132:10 135:24 168:8
169:13 183:8

**could**
11:17 12:5 26:8 59:23
61:15,17 81:11,12,25
82:3,6,8,10,19,21,22
85:12,16 86:22 92:10,12,
14,17,20 93:15 94:8,11,
14,15,17 100:9 101:12,
22 116:3 119:18 134:18
139:21 142:2,7 153:25
154:3 177:9 193:24
214:20 215:22 240:18,19
254:22

**couldn't**
17:15 21:17 53:5,7 77:8
82:16,17,18 83:1,2
100:10 133:20 153:23
201:1

**counsel**
4:3,20,24 5:11

**counseling**
13:3 252:17,23

**counselor**
11:23,25

**county**
9:8 30:18,25 112:6,18
141:3 158:17 225:11,14
230:4 238:9,11,16,17,18,
25 239:1,22 243:4,9,15,
19,23,25 247:3,7 253:2

**Countycare**
249:19,20,22 250:3

**couple**
19:3 35:15 36:11,12,13,
14 40:20 51:21 63:20
77:3,4 110:2 222:1
230:5,6 240:12

**course**
22:9

**courses**
8:1,4,13,21,24 9:3,6,17,
20,24 10:8,9,19 11:5,8
12:8 13:10,24 14:7,10
16:14 20:2 21:6 30:17
31:15

**court**
4:17,21 5:5,6,24 25:25
27:17 31:23 191:2
235:20 254:10,14

**cousin**
45:24

**cover**
250:7

**COVID**
8:3 14:11

**craziness**
232:13

**created**
30:7

**credits**
11:17,21 15:6,11,14

**Creek**
259:4

**crime**
138:12 139:3 148:2

**criminal**
29:17 32:20 34:6 43:7
98:12,13 126:10,11
128:15 159:6,11 215:11,

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                      284
DONTE HOWARD, 09/09/2021                          Index: criminally..decide

12,21 216:3,25 217:11,
21 218:2 219:9,12
241:25 242:5 256:6

**criminally**
243:1

**cross**
18:22 124:23 165:20

**crossing**
57:10

**curb**
67:14 74:4,5,6,8,13
77:13 165:15

**current**
32:19

**currently**
7:19 98:25 246:10
252:25

**curriculum**
16:4

**curse**
87:10 134:5

**cursing**
49:14 50:2 59:18,21
87:12 95:1

**cursor**
72:5 91:1,18

**custody**
139:4 150:3,9 151:14
235:22

**cut**
8:7 194:3

**cutting**
17:1

**Cynthia**
42:19,22 43:1 45:18,19,
22 48:21 50:8,11,14

58:5,24 59:3,4 120:8,13
125:9 128:14 134:23
135:3,8 150:25 151:3,6,
11,15 167:12 220:8,12
256:9

**D**

**D-O-N-T-E**
6:10

**damaged**
106:22

**damages**
224:21

**danger**
97:19,22,23,25 98:3,4
99:19 118:7,12,15,18
119:6

**dangerous**
258:16,21

**dark**
44:25 45:1 62:4 71:3
82:21 83:4,5 199:18,21,
25 200:4

**date**
4:10 6:13 7:22 15:17
28:18 35:13 42:20,23
43:1,4 44:2 117:14,15,
19,24 118:2 201:14
235:19,21 244:12 257:11

**dates**
9:11 35:18 40:13 235:22

**dating**
35:2,25 36:3,6,10 39:20

**daughter**
45:9 48:11,14 49:8,15
58:4 59:1,6 120:15 121:3
125:8 131:3 155:13

245:14

**daughter's**
45:10

**day**
7:3,13 20:1,16,25 21:3
32:13 36:14,16,21,23
37:21 38:12,15,19,22,23
39:1,2,3,6 40:9,12,16,19
41:2,15 44:8 116:19,24
117:6 134:1,6 140:20
201:15 229:6,7,12 244:6
249:4 258:10

**days**
12:25 13:1 38:24,25
140:24 141:6 148:22,24
149:8 153:14 229:16,24
230:6,13 242:19,22
243:4,10,18 248:21,22
254:17

**deal**
65:10 175:12 225:17
226:1 228:2,4 245:19
247:22 248:1,2 255:9

**dealing**
12:4 15:2 17:14 33:20
153:21 222:2 226:15
233:23 239:23 245:13

**dealt**
12:2 226:1

**death**
154:6 155:9 204:23

**Deceased**
255:19

**December**
232:24 240:2 241:9

**decide**
11:13 95:21,24 96:9

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                      285
DONTE HOWARD, 09/09/2021                              Index: decided..did

97:15

**decided**
12:7,13,17 87:10 96:14
100:18 101:2 104:19
118:23,25

**decimals**
21:15

**decision**
100:14 178:2,6

**deck**
17:18 26:22 228:24
229:15,25 230:12

**defend**
96:16 99:18 100:18

**defendant**
4:23 209:7 234:11,19
235:4 259:17

**defendant's**
210:15

**defendants**
143:25 209:20

**defended**
96:5

**defender**
211:8,18 213:2 220:24

**defending**
96:13 98:14,23 99:2
117:20

**defense**
32:20 98:12 159:11

**definitely**
115:11

**degree**
201:9

**delve**

250:24

**demand**
182:10

**demanding**
169:15 170:2,11

**demeanor**
136:21

**Demosthenes**
217:20

**Department**
112:9 232:16 243:6,13

**depending**
23:7

**Depends**
83:21

**depicting**
201:25

**deponent**
4:20

**deposition**
4:14,19,21 5:22 27:10
28:5,21 29:1,5 31:18
32:23 61:23 62:16 63:24
65:22 70:12 73:10 81:2
113:10 122:6 164:9
170:24 201:19 207:16,20
213:5 234:15 253:21
261:7

**depressed**
245:8,9 248:7,8,10,16
259:14,15

**depression**
226:5 227:1,2,10 245:6
247:13,20,24 248:5
249:10 250:5 255:6,8
259:10

**depressive**
248:25

**describe**
71:1,15 157:11 198:13
200:23 209:18

**described**
145:16 203:7,20

**describing**
145:19

**deserved**
160:3 163:5

**detail**
209:18

**details**
105:21 106:4 160:15
161:7 162:1,3,5,15
163:11 220:2,5

**detective**
162:23 163:3 173:8
184:19 198:2 199:13
207:5 210:6,22 211:1,12,
19,23 213:1,4 216:20
217:10,13,14,15,16,20,
25 218:1,5

**detectives**
216:24 217:5,7 223:8,22
224:13

**diabetes**
221:15,17,21 222:9

**diabetic**
221:12

**diagnosed**
162:11 226:13,17

**dialed**
257:16,17

**did**

8:4,13 9:2,5,9,16,23
10:21 11:1,6,13 12:4,11,
16,20,23 15:16 16:10,13
17:6,12,24 19:20 20:2,6,
10,15,19,23 21:8,20,23
22:14,17,19 23:24 26:4,
6,21 27:9,15 28:9 30:12
32:22 33:5,9,18 35:1,13
36:9,20,24 37:13 38:2,6,
11,14 39:22 40:25 42:3,
5,12,15,19,22 43:6,24
44:3,17,20,22 46:5,18
47:1,5,17,18 48:3 50:9,
11 51:11 52:7,19 53:9,
11,17 54:8 55:5,8,22
56:19,24 57:2,8,17 60:3,
20 62:11 67:4,8,20,23
68:12,16,18 69:8,11,17,
21 70:1,4 74:24 75:3,5,8,
15 82:24 85:22 86:2
87:4,13,22 88:15,21
89:2,11,17 92:6 93:6,25
95:24 96:4,9 97:24 99:1
100:1 101:5,10,14,19,24
102:4,6,12 104:1 105:1,6
106:6 109:14,17 110:3,
21 111:1,3,8 113:19
114:8,16,18,25 115:3
118:2,16 119:5,21,23
120:1,3,20,23 121:22
122:17,19 124:5,15,19,
21,23 125:11,14,23
126:1,2,3,5,7 127:15,17,
23 128:2,4,7,9 130:14,
19,22 131:8 132:2,6,11,
21 133:3,6,15 134:21
135:6 139:14,24 140:4,6,
12,16,19,24 141:15,18,
23 142:4,9,14,16,20,24
144:13 145:7 146:23
147:17,20,21,23 149:21
150:5,10,13,23,25 151:3,

6 152:10,13,17,20,23
153:1,5 154:2,23 155:24
156:19 157:2,8,23 158:6,
14,23 159:10 160:2,5,8,
11 169:7 171:5,11,14,22
172:3,10,25 173:21
175:12,23,24 176:5
181:2 184:18,24 185:15,
23 186:2,4 192:9,24
194:6 195:3,6,22 196:2,
7,19,22 197:23 198:19
199:1,10 200:17 202:12
203:6,9,19,21,23 204:18
205:4,10,17 206:3,6,10,
17,19 207:3 208:8,11,20,
24 210:22 211:12,15,23
212:5 213:7,13 214:5,8,
11 217:10,18,20,25
218:20,22 219:20 220:2,
5 225:21 228:12,17,21
229:3 230:16 231:23
233:13 236:11,24 238:15
239:5,7,14 243:2,3,24
244:21 247:8,15,20,24
249:24 250:1,3 251:9,12
253:6 254:14,21,25
256:2,5 257:3,11 258:5
259:9,22 260:8

**didn't**
17:22 21:1,11,22 22:3,8,
11,12 24:5,8,10 25:13,14
26:14 37:16 38:22 42:6
55:21 57:25 67:16 69:24
75:11,12 83:18 86:8,10
95:13,18 97:9 108:11,14,
17 110:22 112:14 117:23
118:15,17 119:10 121:5
123:21 127:18 128:12,24
132:3 133:14,18 134:13
138:19 141:14 143:12
144:12 148:23 149:1

151:11 153:6,7,13 154:6,
7,11,12,14 155:22 156:1,
3,6,9,12 157:1,2 158:11,
21,25 159:6 161:2 169:6,
10 172:13 174:1 175:11,
14,17 182:22,23 184:11
185:1 186:19 188:23
193:22 195:7,10,14
198:24 199:11,16
201:13,14 204:2 206:2
216:7,8 217:9,24 218:3
225:18 231:25 232:22
233:15 236:8 237:18
248:2 250:2 253:8

**died**
152:21 153:15,25 154:3,
10

**difference**
112:12,19

**different**
17:1 18:23 19:19 121:17
134:2,3 187:5,8 188:1
223:1 225:3,12 228:24
229:14,15,19 230:25
231:5 236:18 259:7

**differential**
107:10

**difficult**
14:23 26:18 28:7

**difficulty**
92:6 93:25 246:14

**dig**
18:21

**dinner**
83:20,21,22,23

**directed**
50:3 57:20,23 156:20

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                          287
DONTE HOWARD, 09/09/2021                    Index: direction..don't

**direction**
68:2 79:16,18 124:4

**directly**
79:21

**disagreement**
51:6

**disclose**
236:9,24

**disclosed**
145:4

**discussing**
161:1

**discussion**
27:20

**disease**
232:1

**disrespected**
198:1 199:13

**disrespectful**
49:16,18 89:8 100:17
198:25 199:2 202:13
203:10,24 204:19 205:5,
7,11,18 206:4

**distance**
34:16 77:17,25

**district**
4:17 256:22

**division**
17:9,10 26:24 31:1,3,4,5,
6,10,15 229:18,19,20,22,
25 230:2,6,7,10 238:18
239:1,17 243:10,11
244:3,4,15 251:9 258:6
259:2,14

**DNA**
126:14,18,23 127:2

**do**
8:9 12:10 13:6 14:23,25
15:6 17:15 18:10,12,16,
17 19:10 22:16 24:5
29:4,22 30:2,3,4 31:23
32:7,17 33:22 34:13,17
42:12 43:15 46:10 47:2
49:5 54:8 62:19,21 64:2
65:25 70:15,23 71:12
72:21 78:11 80:9 83:22
84:12 88:3,16,21 89:2
90:20,23 101:5 104:2,7
112:12 115:8,13 116:1,
20 117:7 119:3 121:12
122:9 124:5 126:5,22
128:17 129:13,19,21
130:19,22 134:15 136:23
138:10 140:23 145:19
148:25 149:22 153:14
154:11,14 158:8 159:17
161:24 162:1 163:14
164:21,22 169:9 170:20,
23 171:3 172:22 175:19
176:22 181:12 183:5,7
189:22 196:15 198:1
201:22 202:8,12 203:3,6,
9,17,19,23 204:16,18
205:1,4,9,15,17 206:3
207:11 208:2,12 209:24
210:19 216:5,13 217:6
220:25 221:3,10,22
222:14 223:13 224:5,20
225:19 227:10,17,21
234:18 236:1 238:8,14
240:18 241:18 243:12
246:6 248:15 249:14,21
252:7,11 253:24 255:7,
13 256:8 257:18 258:9
259:20 260:18,21

**doctor**
106:21 247:5,10 248:23

250:4,7,11 254:21

**documents**
23:19 27:9 28:3,9 29:22
30:4,7 33:6 114:18
115:1,3

**does**
15:5,21 63:17 64:8
108:25 162:12 167:16
171:8 180:18 189:13
236:4 248:19

**doesn't**
23:9 66:9 116:10 129:17
143:25 144:6 189:12
250:6,7

**doing**
16:19,25 17:3 18:13
31:20 33:20 46:23 47:19
48:21,25 49:13 50:2,3
58:15,17,20,24 59:1,11,
16 60:8 76:21 87:17
161:8 172:21 175:2
206:20 240:13

**dollars**
253:3,8

**don't**
15:25 19:23 27:18 29:12
30:10 32:10 34:15 41:12
45:12 46:12 52:14 56:8,9
61:18 63:8,15 64:12
66:6,16,23 67:2 69:24
75:10 78:9 82:22 83:9,15
84:8,24 87:18 95:5,10,
15,19 96:21 98:1,3
103:11,13,14 105:21
106:3 108:1,4,21 109:5,7
111:10,13,19 113:21
114:4 116:7 121:14
122:4 125:25 126:3,6,9,
21 128:20 131:4 132:22

134:5 135:16 138:3
140:15 144:13 145:18,23
146:8,16 149:15,20
150:9 151:14,17,23
154:2 156:18 157:12,15
158:3 159:12,24 160:17
161:17,19,21 162:4,7
163:18,21 166:11
170:17,19 172:16
173:23,24 175:3 176:13,
21 177:2,11 178:1 181:7
186:24 187:7 194:2
196:8 202:14 205:19
206:25 207:4 208:5
216:18,21 220:22 234:6
236:13,15 240:13 241:14
249:11,18 252:4,5,9,15
257:10,24 260:18

**done**
126:15 149:3

**Donte**
4:1,14,15 5:9 6:7,10,16
67:5 186:2 209:8 213:14
215:4 258:5 261:7

**door**
77:17 78:1,12,13 125:11,
12,13 131:16,17,19
132:12,13 134:23 135:3,
9 151:22 152:8 166:9,18,
24 167:7,11,18 168:4
169:6 171:13 175:17,25
176:9,10,14 177:5,8,18
178:1,12 197:19 244:13

**doors**
131:24

**dot**
73:5

**double**
232:12

**down**
13:11 26:24 32:6 37:19
83:10 107:11 125:15
132:20 143:25 155:11
170:24 183:8 192:13
193:25 198:22 199:3
200:19 217:8 230:5
251:17

**downloading**
208:17

**drawn**
74:9

**dreams**
225:10 228:6,7,8,9

**drift**
234:7

**drifted**
234:6,8

**drink**
47:1,2,6 128:24 129:13,
21 237:15,16,18

**drinking**
128:19,22 129:6,8,9
130:5

**drip**
193:6,7 194:3,5,6

**dripping**
193:25

**drive**
23:9 44:20

**driving**
84:14

**drizzling**
84:4,9

**drove**
44:21

**drug**
11:22,25 12:4 13:3
106:6,7,13,16,18,19
162:12,15

**drugs**
106:10,22 128:7 237:17

**drunk**
237:17

**DT**
6:19

**duct**
61:17

**due**
230:3

**DUI**
233:8,9 239:12

**duly**
4:2 5:10

**during**
13:17 17:12 58:14 61:1
62:25 63:7,14 64:6,17,24
65:15,18 66:4,12,18,25
114:22,23 115:3 123:17
136:6 180:19 211:10
215:11,12,17,20 216:3
241:11

**Dylan**
5:2,18 109:4 134:7
143:23 213:7 261:1

---

### E

**each**
35:10 51:7,12,15,19
52:2,12,16,17,24 53:2,6
54:15,17 55:6 56:22
58:10 82:2 89:16 94:19
102:10 107:19 165:22



WASHINGTON vs CITY OF CHICAGO, et al.                                    289
DONTE HOWARD, 09/09/2021                          Index: earlier..ensure

179:16 209:19 246:5

**earlier**
11:2 69:19 122:4 133:22
162:8 175:8 181:1
186:14 259:16

**early**
258:10

**ease**
31:22

**easier**
208:5

**easily**
210:17

**east**
80:11 91:9,17 122:20

**eat**
83:21,22,23 249:6

**edge**
116:12,16

**Edmondson**
37:4,13 41:6,15 43:9,15,
19 47:8 48:2 49:11
50:15,22 51:1,19 67:9,
21,24 69:3 70:2 73:17,24
74:21 76:14 77:2,11
79:2,5,9 80:17,20 83:17
85:14 86:6 88:20 90:6,21
91:8,22 92:3 93:12 94:18
95:2,20 98:5 99:3 100:1,
13 104:20 107:15 108:1
109:22 110:1 115:13
116:18,20,24 117:6,15,
18,24 118:24 119:4,5
120:9,13,21,24 121:8,18,
22 122:13,16,22,25
124:1,6,12 126:5 129:7
134:11 137:15 139:8,25
143:9,14 147:3,7,11

152:11 155:9 159:3
161:7 165:12,22,25
172:15 173:1 182:21
183:6 185:7,11 188:9,16
192:8 210:9,10,12,13
212:8,18 213:15,19,22
214:5,8,11,17 218:6,14
220:3,21 221:5 222:12,
18,22 224:7 255:25
259:20 260:9,15

**Edmondson's**
43:7 102:12 111:9
126:18,23 212:8 213:22
214:6 215:3

**education**
7:18

**effect**
130:2

**eight**
35:17 107:5,8,11

**either**
10:4 15:22 53:15 122:25
158:12 186:6

**elderly**
15:2

**elevator**
198:6,22 199:3 217:22

**eleven**
12:25 13:1

**else**
22:22 34:23 45:7,17,22,
25 47:5 48:16 50:5 53:19
57:17 58:2,6,7 59:16
95:18 120:14 122:19
138:12 141:15 142:12
144:24 145:7 150:14
161:8 188:8 190:24
192:6 197:24 204:24

205:10 206:12 219:13,23
222:7 225:4 245:20,25
249:7 251:15 255:25

**Embarrassingly**
102:11

**Emily**
5:1 72:7,21 89:19 139:18
143:17 191:2

**end**
12:24 13:15 32:12 34:18
37:8 55:5,20 86:22
194:11,14 210:11,13,14
229:4

**ended**
41:7 55:13 107:13
141:10 159:2 229:8

**energy**
237:15,17

**engage**
93:9 95:22,25 96:10 98:5
99:3 122:22 177:7

**engaged**
94:8,13,19 97:4 99:10
105:9 107:15 109:21
122:12,25 146:7

**engaging**
90:22 98:6 116:19
120:21,24 121:7 165:11
177:3 183:13 192:12,18,
19 215:7

**enjoying**
40:21

**enough**
15:12 21:18 77:25 89:6
93:12 95:5 118:11
193:18 245:22

**ensure**

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

290

Index: enter..expired

137:6

**enter**
11:17 132:11 134:21
171:16

**entered**
132:15 134:16,17
135:11,23 181:25

**entering**
180:4,8

**enters**
184:6

**entire**
55:12,18 75:21 120:6
124:12

**entirely**
26:12 174:9

**entrance**
59:5 71:19

**entry**
30:13

**environment**
244:15

**escape**
210:14 212:14,18 214:15
215:3 218:6

**escaped**
214:14

**establish**
31:18

**estimate**
23:6

**et al**
4:16

**even**
55:16,17 57:25 64:14

128:1 174:1

**eventually**
201:4

**ever**
6:15,24 7:7 16:13 19:20
26:6 28:12 33:25 38:2
43:6,9 54:8,14 56:24
57:2 60:3 68:12,16 98:22
103:7 105:3 106:21
114:1 126:7 129:24
138:5 158:2,6,14,23
160:16 162:24 172:25
192:24 195:3 211:20,24
218:22,25 220:1,5,8,14,
17 221:16 235:17 244:21
247:5,15 248:23 252:16
255:24 256:2,5 259:14
260:16

**every**
209:20 229:4 248:17

**everybody**
76:4 95:18 161:8 231:4
244:11

**everyday**
228:19,22

**everyone**
231:14 244:12

**everything**
36:18 193:1 212:6 219:3
221:19 231:8,19

**evidence**
64:3 66:1 210:18 216:1,6
223:18 224:2

**evidently**
52:16 177:16

**exact**
34:14 41:21 61:3 82:23

**exactly**
75:13 77:8 82:16 108:21

**EXAMINATION**
6:3 258:3 260:6

**examined**
4:4 5:12

**excuse**
69:17 254:9

**exhibit**
61:21,23 62:14,16 63:6,
13,22,24 65:21,22 70:11,
12,15 73:9,10,13 75:24
77:20 78:25 80:8 81:2
88:24 89:17,20 90:2,5,9,
20 91:5,6 92:1 93:2,5
115:6,8,11,25 116:1,10,
13,15 122:3,4,5,6,10
164:8,9,12,17 166:23
191:13 201:17,19
207:15,16 209:6 212:25
213:5 234:9,14,15,23
253:20,21

**expect**
56:1

**expensive**
249:11

**experience**
153:10,11 227:21 243:12

**experienced**
245:4

**experiencing**
227:9 246:7 249:1,3

**expire**
249:24

**expired**
249:23

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**explain**
182:20 209:22

**explaining**
183:5

**explanation**
126:22 223:13 224:5

**expressed**
255:21

**expressing**
219:25

**extended**
102:16 103:4

**extent**
38:17

**eyes**
102:3,10 107:20 108:18

---

**F**

**face**
77:9 81:12,13 82:6,8,10
86:6,16,20 101:17 102:2
108:6,8,10,12,16 110:7
193:9 194:11 204:5

**face-to-face**
93:7

**facing**
79:5,7,8,12,15,21 80:17,
20 81:15,16,18 82:2,4

**fact**
106:25 137:20 138:1
142:4 144:17 152:13
187:18 188:15,19 215:2
245:14

**fake**
150:6 179:19

**fall**
56:24 57:2 111:3

**falling**
246:14,19

**false**
136:3,14 137:5 150:14
207:12 209:21,24 210:16
212:5,11,12,13,18
214:15 215:10 218:19
260:2,3

**falsely**
210:7 211:1,20,24 218:9,
11

**familiar**
160:19

**family**
245:20 251:2 255:4

**far**
21:13 34:13 36:24 39:18
51:18 58:1 68:25 71:14
72:8,15,18 77:10,25
78:8,9 124:22 144:5
165:15 187:12 197:3
221:21 226:25

**fashioned**
24:6

**fast**
56:3 155:15 161:15,16
162:17 166:8 202:22

**Father's**
255:16

**fear**
245:21

**February**
9:22,25 10:18,24 11:2
12:21,25 13:15 14:8
106:14 233:21

**feed**
255:11

**feel**
15:9,25 16:2 87:13 119:5
198:1 199:8,12 204:9
227:10

**feeling**
258:19

**feet**
51:21,22

**fell**
245:17

**felony**
138:14,15 235:18 237:8

**felt**
12:5 21:11 96:6 97:16,
18,20 98:4,9 108:3 118:6
119:7 202:12 203:10,23
204:19 205:4,17 206:4
248:3

**female**
89:7 93:13 95:6,10 99:21
100:7 165:9,19

**fence**
165:6

**few**
164:12 258:5

**field**
21:16

**fight**
52:15,20 53:4,10,11,16
87:11 92:24 93:10,24
95:8,9,10 96:8,22
100:20,21 101:3,4,5
103:7,8,15,25 104:16,19
105:11 119:8 140:2
146:16,18 147:2 160:6

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

163:5 176:2 212:23
213:14,18 214:19 215:7
229:4,7

**fighter**
103:3

**fighting**
104:1 108:19 160:19
165:22 215:8 239:18

**fights**
103:21 105:8 228:15
229:5,6,10,11 230:22,23

**figure**
133:20 184:19

**filled**
26:2

**final**
192:23

**finally**
183:8

**financially**
251:2

**find**
17:12 30:2 131:24
231:19

**finding**
17:23 235:24 239:8

**fine**
29:13 43:24 94:9,14
121:16 130:5 160:12
163:7 170:25

**finish**
12:23 31:21 32:2

**finished**
13:20 157:1 216:23
240:1 256:12

**fire**
74:17,18

**first**
4:2 5:10 6:8 13:23 15:3
18:13 26:23 31:20 39:9
51:24 52:5,9,19 68:24
102:21 131:10,14 132:18
140:25 144:22 145:3,12
157:5 158:1,5 179:1
184:9 187:15 190:9,23
195:9 198:15 201:9
203:17 205:21 208:12,22
209:7 222:19 229:21
230:1 234:11,19 235:4
237:12 254:11

**fist**
102:22,23 103:2 107:17,
20 110:1 210:12 212:8,
17 213:15,22 214:6
259:23 260:15

**fists**
259:20,22 260:2

**five**
51:22 107:5,8,11 125:10,
14 127:7 260:19

**five-hour**
237:15,17

**five-minute**
256:11

**flash**
134:24

**flashed**
183:24

**flashing**
134:25

**flashlights**
134:25 135:16,18

183:20,24

**flimsy**
61:4

**flipping**
174:25

**floor**
179:4

**flow**
84:4

**focus**
59:10 64:14

**focused**
22:6 26:12,17 65:6 73:23
120:25 231:8

**follow**
16:5 152:17

**following**
26:1

**follows**
4:5 5:13

**food**
197:21 244:8

**foot**
251:6

**for**
4:17 6:6 8:13 11:15
13:20 14:3,14 15:6,8
16:6,20 18:8 19:24 20:2,
7,10,17 21:4,7,24 22:10
23:11 24:19 25:12 26:8
27:10 28:4 29:23 30:5,8
31:12,14,22 32:23 34:1,6
35:14,15 38:9,15,18
40:18 41:1 42:5,12,15
46:19 47:22 54:21 55:18
61:6,24 62:17 63:8,25
65:5,23 70:13 71:15

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    293
DONTE HOWARD, 09/09/2021                                    Index: force..from

73:11 76:25 77:2 78:1
81:3 83:19 85:17 98:16,
17 101:13 106:7,15,18
112:24 113:10,17 114:6
115:7,19 116:20,25
118:11 119:2 122:7
126:22 129:1 130:4
133:23 134:10,19 135:21
136:18 137:7,22 138:11,
15 139:3,4,8,18,25
140:2,10,14,19 143:16
145:10 146:19 147:6
148:1,14 152:4 153:21
154:21,24 161:2 162:7,
24 163:19,25 164:10,12
167:7,11,21 169:16
170:3,12 171:7,10,21
174:20 176:2 181:8
182:7,11 189:20 191:25
192:23 195:24 196:2
197:2,13,21,22 198:9
200:13 201:19 204:1,3
207:17 209:22 210:25
213:5 218:17 221:17,20
223:17,25 225:9,22
226:5,11,16 227:4,9,10
229:21,24 230:6,18
233:4,10 234:16 235:23
236:17 237:9,10,18,19,
21,24 239:11,14,16,18,
20 240:12 241:5,12
242:14,17,21,24 243:3,7,
10,16,24,25 244:17
245:6 247:5 248:20,24
249:9,12 250:4,11 251:1,
25 253:22 254:9,17,22,
24 257:18 258:1,16
259:6

**force**
134:17,21 143:10

**forced**
135:4

**Ford**
35:7,13,25 36:10 42:10,
15

**forever**
163:9,10

**forgot**
231:25 237:3,5

**form**
11:10 16:21 25:17 40:1
42:4 54:10 66:20 78:2
94:4 102:18 108:24
123:12,19 129:1 142:1
147:15 148:4 158:8
161:11 188:4 189:8,15
215:14 223:17

**forth**
88:2

**forward**
152:23 202:22

**forwarding**
166:8

**fought**
96:13

**found**
17:8 127:2 140:16
225:23 234:4 258:22,23

**foundation**
30:9 61:7 62:3 98:17
123:13 137:23 142:1
223:16 224:1

**four**
14:14 65:16 128:22
148:21,24 149:8 228:1
232:19 233:1 242:16,18,
24 243:7,20,24 244:17

**fourth**
65:25 139:18

**frame**
13:9,18 192:16

**free**
150:12 214:17

**freedom**
244:14

**frequently**
30:8 33:22 36:9 228:17,
21 248:15

**fresh**
160:24

**friend**
35:2 39:22

**friend's**
35:4

**friendly**
39:16,17 137:2

**friends**
35:12

**from**
4:22 9:7,24 13:15 16:18
18:9 22:23 24:16 26:2,23
28:18 34:13 36:24 37:10
40:11 44:5,17,18 46:13
51:19 53:14 55:19 57:17
59:24 60:24 61:3,19
64:15 69:3,9,11 70:4,5
71:17 75:10,22 77:7,10,
17,25 81:25 82:1,18 83:2
85:7 87:22 88:12 92:4,25
94:10,16 96:12,24 97:24
98:6 99:18 100:8 109:17,
20,24 111:15 114:13
124:8 131:7 132:5 149:7,
16,17 152:7 154:1,3

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

155:9 159:2 162:12
163:7 164:17 165:19
173:3 182:14 183:24
184:14 191:14 192:11,17
193:2,4,10,16,24 194:4
195:9 199:17 211:17
215:9 218:1,20 220:23
222:22 223:15,23 225:5,
25 227:24 228:1 229:17
230:14 232:1,13 234:7
235:22 239:7,8,19 245:4,
20 248:5 252:13 253:24
254:10 258:14

**front**
44:12 51:16,17 89:20
90:2 122:10 123:1,2
125:11,13 131:19 132:5,
12 165:1,15 175:17,25
176:9 208:3,7 228:8

**fuck**
89:4,10 92:23 96:23
119:9 160:2 163:4

**full**
237:12

**fun**
238:23 240:13

**further**
31:17 210:6 250:24

**fussing**
52:12

———————————

**G**

———————————

**G.E.D.**
7:21,23 8:1,10,21 9:24
10:8 11:5,8,14,16,20,21
12:8 13:9,21,24 14:3,7,
14,18 15:6,15,17,23
16:6,11 20:1,3,7,11,18

21:9 22:5,10 23:15 24:10
25:15 26:8,9,16 29:23
30:5,8,17,25 31:15

**games**
238:24

**Garcia**
217:25

**gate**
51:17,22,23 58:16,22
59:5 67:15 70:8 71:18
77:12,14,15,16,18,20,25
78:10,11,20 79:7 80:21
82:3 88:22 89:5,12 91:12
95:22,24,25 96:15,25
99:2,18,22,25 100:8
109:20,25 244:13

**Gateway**
15:13

**gave**
52:18 136:3,14,19 137:5
139:13 140:3 169:23
209:20

**generally**
28:12 229:10

**gentleman**
200:1 204:20 205:21
206:3

**geometry**
21:16

**get**
11:16,17 14:18 15:6,8,
15,21 16:5 21:1 22:17
26:21 32:6 38:21 44:17,
22 45:3,5,8,16 60:2,18
72:23 89:11 95:9,11,12,
17 110:21,22 138:19
150:23 151:20 154:9
156:4,7 160:8 163:6

180:8 190:6 192:16
196:2 208:14 215:9
230:5 232:13,14 240:11
248:7,8,15 253:6 254:23,
25 259:6

**gets**
178:6

**getting**
11:20 26:12 41:19 46:13
93:24 143:17,18 144:5
225:25 248:9

**girl**
154:5

**girlfriend**
40:3,12 42:6 179:16

**girlfriend's**
42:9

**give**
16:1 31:22 32:2 34:14
37:12 79:25 140:4,6
162:6 169:24 246:21
247:16 257:14 258:10

**given**
6:24 7:7 156:15 225:11,
13

**giving**
21:17

**glitch**
156:25

**go**
10:13 12:13 14:17 16:23
18:2 19:20 24:4 25:10
29:15 31:17 43:24 44:3,
17 45:3,8,16 55:21
57:17,25 60:2,3,18 75:15
79:23 87:4,11 91:9 94:22
95:13,18 96:21 98:5,20

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

99:15 100:5 101:1
107:22 109:2 112:23,24
117:23 121:22 122:5,17,
19 124:9 125:17 129:17
130:7,9,14 133:14,15
134:13 138:25 139:20
140:4,5 143:21 154:16
155:7 156:12 161:13
165:18 166:3 167:20
169:21 170:8,18 174:19
175:16 180:11 181:17
182:13,24 184:13 185:17
189:17 191:13,21 197:1
199:8 202:3 216:22
223:20 230:16 232:22
233:12 240:20 243:2,3
246:9 251:17

**God**
18:13 19:3,5,6,7 22:2
26:13 129:18 225:25
231:17,20,22 232:1,2,14
234:7 248:4 249:13
258:23

**goes**
209:14

**going**
20:2 27:22,24 28:2 32:4
46:21 49:13 53:6 54:18
58:18 63:6,13,22 64:14
65:20 70:10 73:8 74:19
75:3,24 76:6,8,11 77:19
78:22 83:9 86:19 87:10,
11,14 88:2,3 89:3 91:4,5,
12,25 95:7,8,9 96:2
113:1,4 115:7 116:16
124:21 138:21 139:3
153:16 155:16 159:9,13,
22 160:8 163:6 164:6,11
166:3,13 167:1,20
168:22 172:5 173:3,9

174:2,3,19 175:19,25
178:1,12,15,25 179:5,22
180:11,17 181:17
182:10,13,24 184:4,13
185:14 186:11,15 187:12
191:6,9,13,14,21 195:22
199:5 201:16 202:3,22
208:4 209:13 211:4
212:24 221:7 222:11,13
228:1 229:6,17 240:19,
20,24 241:2 244:12
250:18,24,25 252:14
253:14,17 254:17
256:14,17 261:8

**gone**
87:15 163:24

**gonna**
89:4

**good**
4:7 35:12 113:7 161:21
191:3,4 248:21

**gospel**
231:6,7

**got**
13:12,14,18 14:7 21:16
22:23 26:23 27:19 35:21
36:22 40:3 41:13 44:13
45:4 51:4,5 55:25 72:8,
10 73:1 87:13 93:4
103:17,24 112:2 118:21
125:10 130:11 134:25
144:15,16,18,23,25
146:24 149:24 160:3
163:4,23 164:1,2 169:25
184:19,20,24 185:23
186:2 190:8 191:15
192:5 228:23 230:1
231:1,21 232:23 233:9,
20,24,25 239:17,19
260:4,19

**gotten**
83:5 117:7 142:15,23
150:7

**grab**
151:22 246:16

**grammar**
103:16,18,24 104:1

**Grand**
207:6,8 210:7,23 211:2
212:4 213:1,3 259:17

**grass**
87:19

**grassy**
71:24

**grave**
97:18,22,25 98:3

**gray**
63:20 198:17

**grayish**
62:6

**great**
31:20

**green**
78:23,24,25 88:24

**grew**
101:3 231:14

**grill**
40:22

**groceries**
260:19

**grocery**
34:11

**ground**
31:18 69:12 70:5,6 111:3

**group**

121:8 192:12,18

**groups**
231:3 258:25

**guess**
20:6 35:12,20 48:24
58:19 78:5 101:13
104:11 175:4 177:6
184:12 236:7 240:9

**guessing**
32:13,14

**guide**
19:12,13

**guiding**
17:23

**guilty**
140:16,17,18 141:6
235:24,25 236:5,9,25

**gun**
160:9 163:6

**guy**
39:17 111:16 113:12
143:4 152:21 153:6,15
154:10 176:3,4 198:7,11,
14,16 200:18 204:23

**guy's**
204:5

**guys**
85:8 113:19 114:8,24
121:25 130:19 131:7
183:22 219:25 231:5
252:14 255:21

---

**H**

---

**H-O-W-A-R-D**
6:10

**had**
9:22 10:1 11:4,23 12:10
13:5,6,20 14:2 23:15
24:12,22 26:20 32:18
38:6,8,20 39:7,19 42:24
43:9 44:12 46:16 47:4,14
49:12 50:8 52:15,16,23
53:13 59:13 72:15 83:5
93:21 96:18,25 97:1,5
99:23 105:1 106:12,21,
25 108:6 110:23 111:15,
16 114:1,2,14,25 115:20
116:24 117:6,15 118:21
120:4 122:3 123:5
126:18 127:20 129:10
132:22,25 133:1,11
136:9,18 137:14,17
139:7 141:21 142:14,22,
25 143:9,12,13 144:12,
15,16 146:7 147:12,21
148:2,5,6 150:6,15
151:19 152:14,21
153:15,23,24,25 154:5,8,
10 155:8,19 156:21
158:16 163:15 173:24
176:8 186:1,7 187:19
193:18 194:3,5 196:14
197:18 199:8 206:15
211:17 214:24 222:3
225:17 226:17,23 230:3,
17 232:1 233:8 234:7
236:4,9,25 238:8 244:5,
7,10,11 245:18 246:19
249:23 250:3 251:5
254:18 255:9 258:18
259:4,5,19

**hadn't**
21:12,16 69:13,14 93:17
97:1,4,7 99:10 186:19

**hair**
17:1 198:17

**half**
16:16 90:23,24,25
183:12 204:5

**halfway**
93:18 95:4

**hallway**
125:15

**hand**
75:11 85:18 86:3 108:11
115:20 133:2 174:17
260:20

**handcuffs**
150:11

**handicapped**
260:17

**handle**
172:20

**handling**
206:21

**hands**
54:18

**hanging**
37:25 240:8,10,14

**happen**
52:7 123:21 161:2
181:14 216:8 228:10
232:3

**happened**
27:18 44:7 46:14 56:2,3
60:13 68:24 76:16 85:25
86:5,25 101:8 108:20
110:18 118:21 119:19
125:19 134:19 142:18
148:6,21 149:16 150:21
152:18 153:23,24 154:14
155:14 161:14,15,16,18,
19,20,23 163:17 186:13,


AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    297
DONTE HOWARD, 09/09/2021                        Index: happening..he

18,21 187:10,14 215:10
236:15

**happening**
153:12 162:17 174:14

**happens**
49:10 127:11 130:8
249:3

**happy**
32:11

**hard**
8:9 30:2 225:9 246:9
251:25

**hardback**
24:23

**harm**
245:4

**harmed**
227:11,18 245:2

**harms**
245:10

**has**
15:21 24:19,23 29:1 89:7
95:20 106:23 111:22
164:7 174:8 184:23
207:14 216:2 221:8,13
222:9 223:1,3 225:14
234:25 258:13

**have**
5:17 6:15,24 7:7 9:10
10:3 14:13,17 15:2,4,5,
16 16:13,19 17:22 18:8,
22,23 19:1,2,3,10,11,18
21:22 22:11 24:10,14,24
25:1,2,3,13 27:1,13
28:11,12,15,19,21,25
29:7,17,22 30:4,12,25
34:7 37:2 38:11,14

42:15,22 43:6 47:1,5
49:5 50:12 52:19 56:8,9,
14 61:17 66:16 75:11,12
77:20 84:15,18,19,22,23
90:19 92:6 93:25 98:22
100:1,9 101:4,12,22
103:7 104:15 105:15,22
106:5,6 108:6 109:9,11
110:17 112:8 113:19,23
114:1,8 115:23 116:3
117:7,13 118:20 123:23
126:22 127:1,23 128:2,4,
7,9 129:19,24,25 133:3
137:20,24 138:1,5,24
139:16 148:9 149:18
153:3 154:3 158:2 160:6
161:21 162:9,19,21
163:5,14,19,21 164:17
167:13 168:1 169:9
171:4,5,8,11,15,22
173:10,14,21 174:9
175:6 176:25 177:7,9,17,
20 178:2 180:2 181:8,25
182:7 188:9,13 191:3,22
193:20 194:3 195:7,10,
14 198:19 201:13,25
207:8,11 208:2,6,7
211:17 214:20,21,24
216:5 218:25 220:1,8,14,
17,24 221:16 222:14
223:13 224:5,13,21,24
225:2,5,10,19 226:13
227:23 231:2,3,5,7
233:2,3 234:18 235:17
236:11 237:18,20,24,25
240:13 246:6,10,13,14,
19 247:2,5 248:21,22,23
249:9,11,14,18,19,21
250:10,22,23,25 252:6,
16,22 253:8 255:13,24
256:8 258:1,5 259:7
260:21

**haven't**
16:15 34:1 43:21 97:12
112:9 245:11

**having**
4:2 5:10 24:7 33:21
40:15 96:15 138:16
167:16 189:19 208:16
227:8 258:20

**he**
22:24 26:4,7 29:10
37:15,19,24,25 38:9
41:7,9,12,13 42:5 47:10
48:3 49:3,4,11,12,13,15,
17,20,23 50:1,2,3,6,13,
15,22 51:1,3 53:15,17,
19,25 54:1,2,5 57:8,14,
17,18,20,25 59:11,13,16,
18,21,22,23,25 60:1,6,8,
10,16 72:11 76:18,19,20,
21,22 77:5 79:7 80:22,
23,24 82:24 87:2,4,9,10,
11,12,15,17,18,19,21,23,
25 88:1,2,4,6,17,18 89:1,
3,9,10,13,14,15 90:21
92:4,8,10,17,20,22,23
93:4,5,6,9,14,16,17,18,
19,20,21,22,23,24 94:1,
7,8,10,12,13,15,16,24
95:7,8 96:1,2,7,18,19,23
97:1,4,5,7 99:10,21,23
100:3,6,16,17,19,21
101:7 102:13 110:3,17,
21,22,23,25 111:1,3,12,
14,15,16 117:7,10,12
119:3,7,8,14 121:23
122:17 123:16,18,20
124:12,15,19,21,23,25
129:7 133:19,21,24,25
134:2,3,4 144:18 153:25
154:3 157:12,14,16
160:3,8,11 163:4,5,6

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

169:15 170:14 171:5,8,
11,14,22 173:16 174:1
175:17 182:11 184:24
186:10 192:3,4,10,11,12,
17,18,22 193:1,10,22
194:3,16,19 195:3,6,7,9,
10,14 197:18,19,20
198:16 199:1,2,4,7,23
200:8 201:2 202:12
203:6,9,19,23 204:18
205:4,6,10,17,23 207:12
211:16 212:5,14 214:19,
20,21,24 217:18,24
218:3,8,10 224:6 231:22
232:1 240:17 251:1
254:21 257:16 258:8
259:17,18 260:1

**he's**
19:9 22:24 29:10 88:3
92:25 95:3 101:2 123:21
180:7 191:21 203:25
213:12 215:9 217:21

**head**
111:9 121:11 147:6
188:17 210:11 212:16
218:14 220:22 221:5
222:13

**headlines**
154:4

**health**
33:19,20 221:8,11,14
222:8 249:14 252:17,22

**hear**
53:5,7 67:16 92:14,17,20
93:15 94:8,11,14,15,17
108:14,17 132:2,4,6
148:9 152:20 157:2
176:18,21 181:2 182:22,
23 183:5 184:19 185:1,
23 196:18 211:15 218:20

**heard**
52:23,25 98:2 117:13
134:5 151:25 152:20
153:15 155:7 175:22
176:24 177:1 211:5
220:20,22

**hearing**
92:6 93:25 163:7

**heart**
17:17

**heavier**
111:20 198:11,14

**heavy**
84:2 111:21

**height**
102:13,14 111:22 157:13
197:12

**Hellen**
254:11

**help**
12:6 17:17 41:10,12
231:5 255:10,11,12
258:22 259:10

**helped**
38:9

**helping**
36:17 48:16,20

**her**
15:4 22:13 23:14 24:5
33:14,18,19,20 34:1,3,7,
11,13 35:2,20,22 36:17,
18,20,24 39:22,25 40:3,
4,18,20 41:1,4 42:24
44:7,22 45:2,9,10,11,12,
15,17,23 46:5 48:11
49:8,19,24 50:6,13,22
58:4 60:17 64:9 66:8,13,

24 67:6,10,12,13,23
68:1,6 70:1 75:8,9,11
82:17,21,22 85:16 86:2,
3,17 87:11 93:23,24
94:24 95:8,9 96:3,8 98:6
115:12,20,23 116:25
117:7 120:15,20,23
121:5,6 125:8 128:17
143:1,2 151:17 154:6
179:17 195:25 200:23
206:16,17,24 221:15,16,
19,23 222:4,5,6 223:5
238:4 245:17 254:9,19,
20,24 255:10,11,12
257:5,10,11

**here**
89:8 144:18 162:18
169:10 171:4,7,10 176:4,
6 181:24 184:24 185:24
186:2 191:15 209:9
222:1,2 235:2 254:22

**herein**
4:2 5:10

**hers**
35:3

**herself**
128:18

**hey**
89:4,6 93:24 96:20 134:7
147:13 153:1 154:8,12
168:25 184:24

**hide**
109:14,17

**high**
15:12 21:12 111:24
226:11,13,15,17 227:1
230:4

**highest**

@© AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

7:18 111:25

**highly**
  245:8

**him**
  17:16 18:15 26:4,6,7
  37:15,16,17,23 38:1,2,
  11,14,20 39:7,10 41:18,
  19,22,25 42:6,7 43:12,21
  49:5,13 54:4 56:25 57:3
  59:17 60:1,2,16,18
  67:17,18,25 68:2,3 76:16
  77:8 79:6 82:14,15,17,25
  86:9,11 87:22 89:6,11,
  12,18 91:2,19 92:7,12,14
  93:12,15 94:8,11,14,16,
  17,20,21,22 95:5,9,22,25
  96:7,10,16 97:9,13 98:6
  100:15,16 101:6,7,10,11,
  12,16,19,22,23,25 102:4,
  17,24 103:1 107:16,19
  108:21,22,23 109:15,18,
  21 110:15,17 113:14
  119:1,2,17 122:19 124:3,
  8,16,22 126:8,25 127:3
  133:19 134:1,5,6 137:18
  143:23 155:20 159:13
  169:16 170:3 173:17
  176:5 181:6 182:5 186:8,
  9 191:24 192:5,9,14,24
  195:7,15 197:13 198:13
  200:7,23 204:1 205:16,
  23 208:3,7 212:15,22
  213:24 214:22 215:5,7,8
  216:19 217:13 220:17
  223:23 224:7,14 232:4
  234:7 250:25 259:19,22
  260:1

**his**
  19:10 25:7,16,20,23
  27:19 57:20,24 60:19

67:25 68:1 76:20,22
77:6,9 81:18 82:11
86:12,19 88:2,18 89:9
92:8,9 93:21 94:22,25
96:1,18,22,23 98:7 99:23
100:24 101:15 102:7
103:5 105:24 108:2,4,10,
12,15 115:15 119:3,5,8
127:1 152:22 153:17
161:10 170:11 171:20
182:11 188:4 193:2,4,9,
10,17,25 194:4,5,7,21
195:6 197:19 199:23
210:8,12 212:16,17
213:15 214:3,23 218:14
234:25 250:24 251:2
259:18

**history**
  43:7 250:24

**hit**
  78:10,13 79:21 80:24
  82:17 101:7,10,11,12,16,
  22,23 108:21,23 110:6,
  21,22 143:3

**hitting**
  82:13 83:17

**hoes**
  49:19,21,24 50:1,4,6,16,
  23 51:2,9 60:9,11 69:5
  95:1 195:10

**hold**
  27:14 69:16 72:19 78:23
  90:16 120:10 141:14
  164:4,20 168:25 203:13
  214:22 223:6 242:2

**holding**
  178:21 179:1 215:5

**holiday**
  38:6,7,22 40:21 134:2

**Holiness**
  19:2,6,7

**home**
  33:15 150:22,23 151:1,
  20 155:3 180:4 195:17,
  18 244:12 252:14 254:20
  255:9

**homeowner**
  178:5

**homicide**
  198:16

**honest**
  251:19

**honestly**
  190:8

**hopes**
  149:23

**Horton**
  231:4 259:5

**hospital**
  221:23 230:3 253:25

**hospitalized**
  106:15 221:17,18,20
  222:3

**hostile**
  244:16

**hour**
  20:25 32:25 47:25 48:1
  113:17 114:11

**hours**
  20:1,6,8,9,10,16,19,21,
  23 21:2,3,4,5 205:13
  240:12

**house**
  24:11,12 34:21 36:16,19
  37:9 38:10 40:5 48:24

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

124:10 130:10,12,18
152:3,10 154:25 196:3,6
197:6 233:9 239:17,18,
19 257:5

**how**
6:11 15:5,20 16:2 17:12
19:10 20:1,6,10,19,23
23:3,10 25:20 30:7,14
31:6 32:22 33:20,22
34:13 35:1,13 36:9,20,24
38:25 40:3,25 41:6,10,13
42:11 43:4 45:2,13 46:8,
18 47:21 51:18 53:11
55:15 57:19,22 58:6
59:20 76:24 77:1,10,14
84:2 85:12,22 86:9,10
87:22,24 88:3,5,7 89:11
102:4,6,16 103:10,22
104:15 105:9,12 107:3,6
109:24 110:13 111:6,11
113:23 115:19 120:7
131:7 132:11 134:3
138:8 141:8 148:25
150:17,23 154:23 160:16
176:6,13 181:10 190:11
193:4,16 194:23 196:2
198:4,8,19 199:7 201:7,
10 204:23 206:20,21
216:16 225:13 226:1
228:17,21 229:2,10
230:11 231:19 232:18
233:7 236:11 238:11,15,
21 242:14 243:24 244:4
247:22 248:1,2,15 252:7,
11 256:8,10 260:8

**Howard**
4:1,14,15 5:9 6:7,10,11
23:2 27:9 28:2 65:13
67:5 70:23 72:10,13 73:3
75:25 76:14 113:7 122:9
164:22 170:18 171:2

201:22 204:8 208:20
209:8 210:1,11 212:16,
19 213:14 215:4 240:22
254:7,11 256:20 261:7

**huh-uh**
32:4

**human**
155:15 170:23

**hurt**
96:3 155:18

**hydrant**
74:17,18

_____

**I**

_____

**I'D**
37:22 115:23 194:12

**I'LL**
39:2 62:14 157:23
168:13 169:8 185:17
213:2 253:19

**I'M**
10:5 11:3,11 13:8 14:15
18:2 27:6 28:17 29:4,24
30:2,6,24 31:7,16 32:4,
11,16,24 35:17 38:25
39:17 40:6,12 41:10
43:23 44:2,24 45:11
46:20 47:7,18,23 49:2
50:2,12,18,19 51:10,25
52:3,9 53:16,21 54:1,3
57:19 59:7,9 60:5 61:2,3,
8,13 62:4,13,24 63:5,15,
20,22 64:7,11 65:19,20
66:14,21 67:6 68:15,20
69:12 70:10 73:8,22
74:14,19 75:3,12,24
77:19 78:5,7,8,22 79:25
80:4,7 81:24 83:11,15,18

84:12,17 85:3 87:13 88:7
89:4,21 90:19 91:4,5,11,
12,25 92:19 95:11 96:6,
21 98:2,21,24 101:13,17
102:1 103:3,6 104:10,11
106:17,18 110:16
111:13,24 112:19 113:8
114:24 115:7,22,25
116:11,16 118:1 119:22
120:2,11,19 121:10
122:1,2 123:14 125:5
126:6 130:13,16 131:6
133:1 135:10 140:15
142:19 144:1,5,6,7,24
145:4 149:7,15 152:19
155:6 156:25 157:25
158:2,11 159:13 160:19
162:18 163:13 164:6,11,
20 166:3,8,13 167:1,13,
19,20 170:21 172:4,5
173:3,16 174:3,19 175:1,
3,4,5 176:4,8,23,25
177:14,19 178:4,15
179:5,22 180:11,16
181:3,17,22 182:6,7,10,
13,18,24 184:13 185:13
186:7,9,20 187:13
188:13,22 189:10 190:14
191:13,14 192:16 193:11
194:24 197:8 199:1,19,
20 201:12,16 202:3,22
203:12 204:15 205:19,20
207:14 208:16 211:5
212:19,22,24 213:24
216:4,22,23 218:21
219:7 221:3 223:2
224:16,19 225:10 227:6
229:5,17 233:11,12
234:9 236:13 239:10
240:14,16,20 241:7,13,
23 249:25 250:23 251:6
253:17 255:23 256:10

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

257:16 258:14 260:17

**I'VE**
14:22 16:24 17:3 42:6
65:15 73:1 74:9 98:2,24
103:8,21 105:11 112:20
138:18 162:11 164:16
226:15 227:2 231:12,15
232:5 236:17 251:5
260:19

**ice**
36:19 44:13,17 45:3,5,8,
16 46:13,16

**idea**
236:11 256:8

**identification**
61:24 62:17 63:25 65:23
70:13 73:11 81:3 122:7
164:10 201:20 207:17
213:6 234:16 253:22

**identified**
220:20 221:4

**identify**
4:24 236:4

**identifying**
218:13

**identity**
140:11 233:10,14,24
236:5,10,25 242:18,19,
22 243:3

**IDOC**
242:21,24 243:3

**if**
9:10 11:6 15:12 21:2,3
23:8 30:2,3 31:25 32:4,9,
12 41:6 48:23 52:14
54:1,3 55:25 56:6 59:5
61:2,3 63:9,21 64:11

66:24 71:20 72:11 74:12
75:25 77:16 78:7,8,10
79:14,19,20,23,24 80:24
82:2,10 83:11 84:7,14
95:12,17 101:2 105:3,9
108:8 115:23 117:2,4,10
118:19,20 123:16 126:1,
3,12 127:1 128:21 129:5
132:4 133:2 136:9 139:2,
7 144:13 145:4 160:14
165:18 173:24 174:1
177:15 181:13 186:23
188:10 193:11 194:3,25
196:7 199:1,8 201:14,15
204:8 208:5,6,12 211:5,
16 214:20,24 217:13
223:3,8 224:12 235:18,
19 237:15 240:19 246:21
249:19 251:25 257:16,17
258:18

**ignorant**
59:19

**illegal**
128:7

**illegally**
180:4,7 181:25

**Illinois**
4:18 243:6,13 244:19

**immediately**
93:22 96:11,12 109:21
145:21

**impacted**
106:23 162:10 225:14

**impairment**
27:13

**important**
148:8

**improve**
247:21,24

**improved**
227:23 228:2 247:3

**in**
4:14,16 5:7,24 7:3,5 8:3,
4,7,10,16,24 9:3,9,19,21,
22 10:2,3,5,7,18,24
12:16,21 13:2,16,17,25
14:8,13 15:13,18 16:5,8,
10,14,16 17:9,10,23
18:4,5,9,22 19:14 20:4,6,
8,18,19,22 21:1,5,12,20
22:5,15,19,24 23:4,10,
11,13 24:6,18 25:2,4
26:2,24 27:10 28:4,13,
18,22 29:2 30:17,25
31:1,3,4,6,10,15 33:16,
25 34:1,4,7,9 36:12,14
37:24,25 38:10 41:22
42:14 46:16,22 47:19
48:4,10,12,13,17,23 49:9
51:5,16,17 52:17 54:1,22
58:23 59:5,25 62:9 63:20
64:12 65:16 67:3 68:8,
15,25 69:22,23 70:24
71:2,6,9,13,14,23 72:5,8,
16 73:1,5,19 74:5 75:11
78:16,22,24 79:1,16,17
83:13 84:21,22 86:3,6,9,
11 88:15,24 89:17,20
90:2,7,8,9,24 91:1,18,22
93:9 95:3 96:22 97:15,
18,19 98:4 99:18,24
101:5,16 102:2,13 103:7,
8,15,18,21,24 104:1,15,
18,25 105:9,13,14,15,22
106:6 109:21 110:8
112:2,9,13,17,18,20
115:11,20 116:1,10,13,
15 118:7,12,15,18 119:6,

14,16 120:3 121:11,20
122:10,12,25 123:2,10
124:9,25 125:1 126:12,
15 128:9 130:20,24
131:5,18,21 132:3,10,20
133:2,17 134:14,24
135:4,7 137:17 138:6
140:19,24 141:11,17
142:10 143:24 145:14
146:7 147:5,21 149:19,
22 150:1,9,11 151:7,13,
19 153:2,13 154:1,10,13,
21,23 155:16 156:7,11
157:16,22 158:17 159:10
160:2,21 161:4,5 164:17
165:5,15 168:1 169:10
173:10,14,16 174:17
176:1,15 177:20,23
179:14 183:15,16 184:21
185:10,14 186:19 187:11
188:16 194:11 197:8,10,
11,15,20,24 198:6,8,21,
23 199:3,6,10,12,22
200:3,6,9,12,15 201:7
202:12,23 203:4,17
204:16,22 205:14 207:23
208:3,7 209:17,18
210:15,16,21 211:5,21,
25 212:22 213:9 215:19
216:1 217:7,22,23
218:14 220:21 221:5,23
222:12 224:23 225:10,
11,14 226:3,10,20,23
227:11,14,15,17,18
228:8,11,12 229:19,21
230:2,17 231:3,5,14,15
232:15,22,24,25 233:5,
20,23 235:16,20 236:3,5,
10 237:1,12,16,23 238:8,
11,15,16 239:2,11,4,17,
22 240:1,4,12 241:5,17,
24 242:9,12,14,17,18,21,

24 243:5,6,7,9,10,13,15,
18,20,23,24,25 244:6,10,
16,22 245:1,3,5,16,17
246:5 247:6,7 248:3,14
249:5 250:12,16 251:4,5,
9,25 252:1 253:2 254:14,
17,19 255:3,12 256:23
258:7,10,14,23,25 259:1,
9,13 260:20

**inappropriately**
43:20

**incarcerated**
17:8 112:1,5,8,13,17,20
219:11 225:23 226:6,8
227:3 228:7

**incarceration**
112:16 245:17

**inches**
63:20

**incident**
36:7 37:1,3,6 38:3,24
39:1,3,25 40:8,10,12
41:16 42:1,11,17,20,23
43:2,4 44:2 106:10
116:19 117:14,15,19,25
118:3 120:6 123:17,24
143:24 146:16 162:15
219:1,2,14 233:5 237:20
238:4 243:16 255:25

**include**
208:8 237:5

**including**
155:23 210:18 235:22

**incorrect**
136:20 207:23

**indicate**
30:14 108:15

**indicated**
85:17 236:18

**indicates**
190:11

**indicating**
53:3 54:22,23 85:15

**indication**
131:10,14

**indictment**
212:3,4

**influence**
106:9

**inform**
147:17,20

**information**
117:8 131:25 153:3
156:13 239:3,7,9

**informed**
157:4 175:7

**informing**
173:17

**injuries**
192:9,14,24

**injury**
194:16 260:21

**innocence**
216:6,10,14 219:22

**inside**
51:22 53:22 58:16 60:4
67:15 70:8 75:15 77:12
78:11,19 88:22 95:13,18,
25 96:14 99:22,25 100:8,
10 117:23 121:8 125:7,
23 126:2 137:13 145:20,
24 150:17 183:25

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                              303
DONTE HOWARD, 09/09/2021                        Index: inspired..is

**inspired**
13:2

**instance**
103:22 209:20

**instead**
22:5 26:16 117:24
118:23

**instruct**
159:13

**instructed**
201:3

**insurance**
249:15

**intending**
11:19

**intensive**
254:8

**intention**
137:6 173:22,24 187:4

**inter**
210:7

**interact**
38:2

**interacted**
7:8

**interacting**
47:11

**interaction**
38:20 39:7,9 41:18 42:16

**interactions**
38:5 41:25 198:19

**internet**
4:22 24:7,8 26:1

**interrogatories**
27:11,12 28:6,8 29:11

207:20,24 208:3,10,21
209:3,8 234:11,19 235:5,
7,9 236:4

**interrogatory**
209:17 210:2,3,5,22
235:16,24

**interrupt**
31:25

**intersection**
123:6,11 124:16

**interview**
157:22 197:10,15,20,24
198:21,24 199:22 200:7
201:22 202:1 205:22
218:1

**into**
11:17 17:17 18:7,21
35:22 39:13 41:8,20,23
51:4,5 56:24 57:2 82:3
101:14,19,24 102:7
103:5,17,24 105:11
110:24,25 111:4 125:17,
24 130:20 139:4 148:15
150:3 151:14 152:14
156:4 159:9,22 178:24
180:4,19 181:23 184:10
201:10 202:8 215:7
231:22 250:24 252:6

**intoxicated**
49:12 92:17 133:20,23,
24 134:11

**introduced**
37:17

**investigate**
147:2,11 185:3,6

**investigating**
146:6

**investigation**
210:8 213:13 259:18

**invitation**
100:22

**invite**
18:7

**inviting**
92:24 100:16,19,21
101:2

**involved**
95:11,13,17 147:21
149:19 151:13 153:2
154:13 155:10 156:11
185:10,14 258:25 259:8

**involvement**
211:21,25 212:20 259:9

**irrational**
59:12

**is**
4:8,10,11,13,19,23 5:5,
19,21,22 7:3,18,25 8:20
9:5 12:1,7 13:2 14:8
16:4,9 18:20 19:8 20:12
26:14 27:22,25 28:12
29:13 32:5 33:3,11,25
34:3,19,21 35:8 37:1
43:12,14 55:25 56:5,10
62:8,15 63:23 65:5,21
66:11,25 68:24 70:18
71:6,9 72:5 73:5,13 74:5,
9,12,17,18,19,23 76:6,9,
12 78:15,24 80:8,11,12
83:10 84:21 85:9 89:6
91:1,6,18,21 92:3,25
98:12 107:10 109:4
110:9 111:24,25 112:17,
18,19,20 113:1,5 114:6
117:18,23 118:7 127:8
128:22 129:7 135:24

136:14 139:2,13,22
143:17,18 144:5 145:10
151:8,21,25 155:15
161:14 162:6,13,17,25
164:13 165:1,9,10,19
166:5,9,14,17,23 167:3,
22 168:5,14,24 169:2,13
170:11,22 171:6,25
172:7 173:5 174:5,10,21
176:11,13 178:11,17
179:7,24 180:13,21
181:19 182:15 183:1,20
184:15 185:19 186:22
187:2 188:8 189:5
190:10,12,24 191:4,7,10,
14,17 194:11,14 201:17
202:5,19,23,25 203:14
204:8,12 205:14,19,20
208:16 209:2,24 210:2,3
212:7,10 213:3,18,21
215:3,11 216:1,12,17
218:8 220:11 221:12,15
222:4 223:11,14 230:8
234:13,14,23,24 235:2
236:8 237:4 239:1,12
240:9,25 241:3 243:7
244:12 246:18 247:12
248:9 250:16 253:3,11
254:11 256:15,18 259:3
261:1,8

**isn't**
143:11 145:15 171:2,7
188:2 250:20 253:13

**issue**
116:25 129:19,25 208:17

**issues**
225:5 227:9,21 228:4
244:22 245:5,13 246:2,7
247:2,6,21 250:4

**it**
8:9,15,16 9:5,11 11:7
12:3,5,7,10,11,18 13:5,6,
7,11,24 14:16 15:5,21,22
16:3,12 17:19,22,23 18:3
21:10 22:25 23:9 24:19,
22,23,24 25:2,3,5 26:14,
18 27:4,5,8 28:10 30:2
32:1 33:16,25 34:21
38:6,7,8,17,19 39:6
40:10,13,18 41:6,12
43:12,14 44:25 45:1
46:20 47:15,22,24 49:9
50:2 51:16 52:7,13,14,
15,23,25 53:3,14,15,17,
20,22,25 54:1,3 55:14,25
56:2,14 57:22 58:9,12,22
60:22,23,24,25 61:2,3,4,
5,13,15,16,17,18,19
62:1,4,5 63:20,21 64:4,
11,20 65:5,9,17 66:2,9,
11,15,17 67:18 69:1,10,
11,15,20,24,25 70:8,18
71:6,17,18,23 72:15,18
74:5,10,16 75:9,10,11,
12,13,14 76:10 77:9
78:10 80:10 81:13 82:4
83:4,5,20,24,25 84:1,2,3,
4,6,7,9,11,25 85:2,4,7,25
87:22 88:5,7,9 89:24
90:7,9 91:13 93:17,18
94:25 96:11,20 98:2,12
99:20 100:7 101:7,8
102:2,21,23 103:16
105:19,20 106:7,19
107:10,13 108:4,6,19,20
110:15,19,24,25 112:16
113:9,15,16,17 114:12
115:7,22 116:10,11
117:18,23 118:20 119:3
125:21 126:8,11,18,20
127:2 130:11 131:9

133:1,4 134:17 135:14,
20 136:16 137:21,24
138:2,12 140:22,24,25
141:1 142:18 143:11,25
145:15 147:8 148:8
149:19,21 152:19 153:9,
11,21,23 154:8,14
155:11,14,15 157:2,11
158:3,4 159:1 160:23,24
161:14,15,18,21 162:12,
16,17 163:17,19,20,23,
24,25 164:16,24 165:4
166:11,12 167:1,12,16,
17,19 168:20 169:13
171:2,7 172:5 174:10,24
175:9,12 176:15 177:2,9
178:11 180:2,17,18
181:1,10,16,22 182:2,18,
22,23 183:4 184:3
186:12,16,18,21,22
187:2,10,14 188:2,11
189:5,13 191:20 193:8,
11,13,18,19,20 194:2,3,
25 196:2 198:7,11
200:18 201:14,15 202:22
203:13 204:4,5,23 206:2
208:5,6,7 209:14 210:2
211:5,9,17 212:7,13
213:21 215:22 216:17,18
218:17 219:8,9,18,21
220:1,24 221:22 224:15,
17 225:13,16,22 226:1
227:6 228:3 229:4,18
230:5,8,20 231:17
232:10,12 233:20 236:4,
7 237:2,14,16,18,19,20
238:3,6,8,13,23 239:20
240:10,14 241:9 244:2
246:17,24 247:10 248:1,
2,12,20 249:23,24 250:1
251:5,24,25 253:13
254:3,7 257:17,24

AdvancedONE
LEGAL
@©
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    305
DONTE HOWARD, 09/09/2021                                Index: it's..just

258:13,16 260:15,18,19,
23,25 261:1,2

**it's**
14:23 15:11,24 16:2 18:6
24:23 25:12 28:7 29:5
31:22 32:19 34:16 44:18,
19 46:12 56:18 59:9
61:21 63:9 71:3 72:8,15
81:23 82:21,22 83:4,9
87:25 88:1 95:2 96:7
107:15 115:21 116:12,17
118:10 138:20 144:21
146:1 153:9 162:10
163:2 164:7 169:14
172:19 175:12 178:5
179:3 180:6 186:6
187:13 188:1 198:23
199:4 204:6 212:10,11
213:25 221:15 222:9
225:9 230:25 231:1
234:10 236:16 237:12,23
245:22 246:8 249:11
250:7 252:12 254:2
255:17 258:24

**items**
39:12 41:8

---

**J**

**jacket**
195:6,8,11,14,15

**jail**
9:8 14:7 16:10,18 17:10
18:9 21:20 22:5,15,20
23:4,10,11,18,20 24:18
25:4 27:7 30:18 31:1
112:3,6,13,18,21 133:14,
16 134:14 140:20,25
141:1,2,3 158:17 164:2
198:9 199:6 200:3

204:22 217:23 225:10
226:10,14,20,24 227:14,
24 228:13 233:5 238:9,
12,15,16,17,18,25
239:14,16,22 243:10,16,
19,25 245:6 247:3
248:14 249:10 250:10,13
253:2,6 255:23

**Jail/prison**
112:21

**January**
232:21 233:1

**jaw**
110:8,9,10 194:8

**jeans**
195:1

**Jermaine**
7:11 133:7 136:4 137:6
139:14,23 169:23

**Jesus**
65:11

**job**
31:20

**jobs**
16:25

**jog**
32:12

**jogging**
194:25

**John**
19:3,7 231:15

**Johnson**
7:11 133:8 136:4 137:6
139:14,23 169:23

**journal**
30:13

**journey**
17:20

**judge**
170:24 228:9 254:23

**jump**
10:2

**jumped**
186:9

**jumping**
59:21 215:8

**June**
6:14 8:17 9:3 148:18
152:5,7 195:16 196:17

**Jury**
207:6,8 210:7,23 211:2
212:4 213:1,3 259:17

**just**
11:8 12:9,10 15:8 16:7
17:19,22,23 18:12,14
31:18 32:13 33:19 35:12
36:12,13,14,22,23 37:19
38:16 39:12 40:18,21
41:18 44:7 46:25 47:14,
16,19 50:12 52:12 53:6
54:9 57:14 59:9 60:3
62:5 65:13 72:15,23 77:3
80:5 81:13,14,24,25
82:1,4 85:17 86:22 87:19
88:1 89:22 90:7 94:9,14,
22 95:13 98:14 99:17
101:18,21 103:20,21
105:12 107:13 108:20
112:14,16 114:2,14
121:19 124:1 130:23
133:20 134:19 135:4,13,
14,15,19 136:17 142:15,
23 143:1,12 144:12,15,
16,18,23,25 145:1 146:7,
19,24 147:12 149:21,24

150:7,15 151:1,22 153:9,
10,25 154:8,9,10 155:15,
17,19 156:6,21 157:4
160:20 161:14,22 164:1
165:18 168:10 169:5
171:11 172:10 175:3,10
176:3 177:23 179:19
180:3,5 181:24 184:24
185:23 186:2,15,17,20
187:4,12,13,16 188:23
189:24 190:6,8,18
191:15,20 192:5,16
193:6 194:13 196:18,24
202:11 203:6,20 204:4
206:20,23 208:12 213:7,
9 216:12 219:21 225:16
228:6 229:19 230:25
236:17,21 237:3 240:11,
14,17 245:22 246:16,24
247:16,17,18,22 248:2
249:5,12 250:2 253:17
255:17 258:9,13,19,24
259:23 260:23

**K**

**keep**
8:8 17:2 124:21 133:4
208:6 240:19 245:22

**keeper**
200:21,25 257:15

**keeps**
16:7

**Kenosha**
237:23 238:9,11,16,25

**kept**
76:20

**Kiana**
35:13,25 36:10 40:3,8

42:10,12,15 206:13
207:1,3 257:1,9

**Kiana(phonetic)**
35:5

**kicked**
232:23

**kid**
109:9,12

**kids**
46:3,4,5,9 48:23 49:14

**kids'**
46:10

**killed**
155:18,19 216:19

**Kim**
37:4,13 41:6,15 43:7,9,
15,19 47:8 48:2 49:11
50:14,21,25 51:4,8,11,18
52:1,23 54:7,8,14,25
55:6,10,23 56:10,19,22,
24 57:3,6,23 58:3,9,12,
15 59:11 60:6 67:9,21,24
68:6,21 69:2 70:2 73:17
74:21 76:14 77:2,6,11
79:2,5,9 81:9,17 85:10,
14 86:5 88:20 90:6,21
91:7,22 92:3 93:11 94:18
95:2,20 98:5 99:3,23,25
100:13 102:12 104:19
107:15 108:1 109:22
110:1 111:8 115:13
116:18,20,24 117:6,15,
18,24 118:24 119:1,4
120:9,13,21,24 121:1,8,
18,22 122:13,16,22,25
124:1,5,11 126:5,18,23
129:7 133:11,22 134:10
137:15 139:8,25 143:13
147:2,7,11 148:5 152:11

155:9 159:2 161:7
165:11,21,25 172:15
173:1 182:21 183:6
185:4,6,11 186:7 188:9,
16 192:8 210:9,10,12
212:7,8,17 213:14,15,19,
21,22 214:5,6,8,11,17
215:3 218:6,13 220:2,21
221:4 222:12,18,22
224:7 255:25 259:19
260:9,15

**Kim's**
54:19 81:13 82:6,10,20

**kind**
23:20 28:7 59:10 194:11
204:5,6 247:10 249:21
252:12,17

**Kingdom**
19:2,5

**kitchen**
168:1

**Kmart**
237:14

**knew**
12:3 21:15 42:5 52:16
137:14,17 139:8 146:18
147:1 231:16 247:22
248:1

**knock**
171:12

**knocking**
131:24 184:3

**know**
11:15,23 12:3,4,11 13:6
15:3,4,24 17:1,14 18:6,
12,20,23 21:18 23:8
24:17 27:18 28:5 29:4
32:10,11,14,17 33:21

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

34:15 35:22 37:13,16
39:16 40:4,20 41:13
42:3,6,19 45:12 46:10,20
52:14 53:13,15 59:10
60:17,18 61:18 63:9
65:17 66:15,24 67:2,16
75:10,11,13 81:25 82:1,2
84:20 87:11 89:4,7,8
93:20 95:8,15,19 96:7
98:1,3 99:21 100:6
103:21 105:11,12 107:13
108:1,4 109:5,7 112:12,
14 116:7,17,20 117:7
118:20,25 119:1,2 121:2
126:21 130:2 133:18
134:24 135:16,19 136:18
139:15 143:13 144:14
147:10 149:1,15,20
150:10 153:13,24 154:7,
11,13 155:10 157:12,25
158:3 162:7 163:18,23
171:9,20,22 172:10,16,
18 173:23,24 174:1,10
175:3 176:8 177:11,14,
15 179:17 186:8,20
187:11,13 190:5,12
191:1 192:25 193:7,24
195:24 196:14 197:3
201:13,14 204:10
205:19,23 206:15,22
207:4 214:20 216:7
217:12,13,14 218:10
219:7 220:22 221:7,10,
21,22 222:7 225:11,18,
24 228:7,10,15 231:6,19,
25 232:2,4,5 234:6
236:15 237:2 240:11,14
241:14 244:11,23
248:13,22 249:18 251:16
252:4,5,7,11,12 257:18,
24 258:15,22

**knowing**
160:23 161:1 245:21,22,
23,24

**knowledge**
43:7 52:20 149:18 184:9
207:11 235:10

**known**
6:15 179:15 221:16

**Konni**
5:5 27:15

_____

**L**

**label**
4:13

**Labor**
38:21

**lacking**
21:19

**lady**
238:4

**lady's**
198:8 199:5

**Lake**
218:8

**land**
110:3

**language**
92:8

**Laramie**
79:22 80:2 122:1

**last**
6:8,20 7:25 8:2 9:13,16
16:16 25:23 27:19 33:2,
3,11 34:3,9 35:6 87:23
88:6 104:18 106:12

113:14 114:7,8,25
121:11 124:2 125:1
160:21 217:25 220:11
222:2 234:22

**late**
83:23

**later**
68:22 160:25 162:21
169:25

**law**
171:19

**lawful**
171:20

**lawyer**
211:3,7 256:1

**Lazy**
249:5

**lead**
241:6

**League**
238:5

**leaned**
213:9

**leaning**
11:24

**learn**
53:9,11

**learned**
112:14 126:19 248:1,3

**least**
143:16 144:14 229:7,12

**leave**
27:7 46:5 88:1 95:21,24
96:14 100:7 121:5,6
130:9,14 151:15 214:8,
16,18,20

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    308
DONTE HOWARD, 09/09/2021                               Index: leaving..little

**leaving**
 54:4 93:22 200:9 250:10

**led**
 17:20 241:21 259:18

**left**
 45:3,17 54:2,5 79:17
 81:9 96:25 110:11
 124:19 133:19 150:8,20
 151:9,10 165:7,16
 193:12 197:6,19,20
 214:19 222:23 238:4
 247:3 260:11,18,22

**legal**
 4:9 5:6 98:17 169:16
 170:3,12 171:7,10
 209:18

**less**
 47:25 55:18 56:21 58:14
 68:22 69:2 88:10,13,15
 230:19 246:22

**let**
 31:21 32:10,14 40:6
 56:18 70:6 73:1 96:7
 119:1 121:16 131:13
 156:22,23 159:21 177:13
 196:25 199:15 201:3
 203:13 204:4,9 211:23
 216:12 244:9 256:11

**let's**
 20:5 60:3 61:20 72:23
 90:23,24 112:23

**letter**
 253:24

**level**
 7:18

**Lewis**
 259:5

**lie**
 104:11 133:12 142:9,17,
 20,24 144:19 145:7,8
 147:12,13 150:6,15
 170:20 179:13 186:4,15,
 16,17 190:1,17,21,22

**lied**
 141:23 142:5 145:2,3,12
 187:18,19 188:20 189:1,
 25 190:5,16

**life**
 16:14 18:8,14,17 153:22
 198:9 200:3 204:22
 208:5 231:22

**light**
 71:3,10 83:7,11,13 200:1
 201:15

**lightning**
 84:6,7,8

**lights**
 83:10

**like**
 10:2 11:22,24 15:11,12
 17:1,4,19 18:4,20 21:14,
 15 22:16 23:7 24:6,13,
 16,17 25:11 29:7 30:12
 35:7,17 39:15,18 44:6,19
 47:18,19 54:20,23 57:9
 59:11 60:1,21 61:16
 62:12 63:3,17,19 64:8,15
 66:9,16,17 67:15,16,18,
 19 68:1 71:4 77:4,7,16
 78:10,15 79:11,22 80:24
 81:25 82:2,16 84:4 85:15
 87:13,25 88:1,2,3 89:6,
 15 90:7 91:14 92:10
 93:21,23,24 95:7,8 96:2,
 20 102:19,25 103:1
 110:6,10 115:22 117:16

 119:3 124:25 125:21
 133:18 135:13,20,21
 136:24 151:7 153:9,11,
 12 154:8 155:17 164:24,
 25 166:12 172:20,23
 175:3,9 177:2,15 178:23
 179:4,14,19 184:3 193:6,
 7,20 199:25 205:7,8
 215:7,23 217:8,14 225:1,
 9,10,12,16 226:11
 227:13 228:9,10,14
 229:12 230:2 231:14
 238:22,23 239:1,5,21,23,
 24 240:9,11,21 245:13
 246:8 252:2,9,12,14
 258:8,12,19 259:5,6

**liked**
 114:7

**Likeness**
 19:14

**line**
 29:5 74:9,12,20 78:16,20
 172:21 193:7

**lip**
 68:1 193:2,10,13,14,17
 194:4,7

**liquids**
 47:3

**liquor**
 127:16 130:7,15 131:8

**listed**
 212:6

**little**
 12:3 16:25 39:16 40:4
 61:4 67:19 92:8,9,10
 116:11 165:17,20 169:25
 193:7 202:22 204:4,6
 233:9 234:8

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

**live**
18:14 34:13,17,23 36:24
251:25

**lived**
70:24 71:9

**lives**
34:19 165:2 231:20

**living**
37:7

**locate**
256:8

**located**
4:9 73:15 74:12,20 127:8

**location**
90:6

**locations**
4:22

**lock-up**
197:8 198:7 200:15
201:7,11 256:23 257:2,
15,20 258:7

**locked**
237:19 259:1,13

**lockup**
200:21,25

**Lockwood**
80:2,3,11,18 81:22
122:18,20 123:6,10
124:2,6,15,17,24 192:13,
23

**long**
9:11 23:10 31:6 32:22
35:13 38:18 40:14 42:11
45:2 46:18 47:21,23,24
55:15 57:19,22 76:24
77:1 87:22 88:5,7 105:19
131:7,9 141:8 142:18

150:17 187:10 196:2
201:7,10 238:11 239:21
242:14 250:25

**longer**
114:11 115:22 204:4

**look**
33:6,9 62:12 63:17 64:8
65:11 66:9 114:18,25
115:3 163:24 195:2
254:20

**looked**
28:12 63:3 66:15,17 96:2
119:3 154:21 163:19
178:23 181:8 193:20

**looking**
14:22 61:15,19 71:20
79:14 81:5,8,9,14,21
89:19 135:21 152:3
154:24 167:19 190:4
195:24 198:17,18

**looks**
62:9 71:4 78:15 115:22
116:14 135:13 164:24
165:4 166:11 179:4

**Lorel**
80:12,25 81:19

**loss**
201:12

**lost**
25:25 153:22 181:13,16
250:16,20

**lot**
12:4 13:6 15:4 17:3,15
18:13,24 19:18 20:15
49:13,14 50:2,3 64:14,24
76:21 83:9,10 115:21
134:18 135:15,20,21
176:3 184:4 221:7

222:14 225:2 228:14,15
230:22 251:18 252:14

**Louis**
231:5

**low**
249:5

**lower**
86:16,20 110:9

**lunch**
112:24 113:19 114:1,2,6,
8,14,22,23,25 115:4

**lying**
117:10 123:18 128:23,25
129:7 145:10 149:23
170:21 173:22,25
186:15,23 187:4 188:21
189:2,7 190:17,18

---

**M**

**ma'am**
23:21 104:9 142:18
143:22 144:20 145:18
168:12 195:21 222:21
235:6,11,15

**made**
23:14 61:18 87:1,23 88:6
93:17,18 100:14 108:1,2,
15 162:24 184:12

**mail**
23:22,24

**mainly**
193:6 231:9

**make**
23:9 31:21 32:6 40:25
53:7 67:4,8,12,20,23
80:6 85:22 86:2 88:1
89:22 108:11 144:4


AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                          310
DONTE HOWARD, 09/09/2021                                      Index: makes..me

**makes**
170:23 178:2,6 199:14
200:14 201:1,4 204:6
206:7 208:5 216:12
217:17 225:16 236:11,21
251:25

**makes**
79:24 225:16

**making**
82:19,25 85:20 86:1,13,
17,23 175:4 189:5

**Malcolm**
10:20,22,23 15:7

**male**
199:18,21

**man**
19:2,5 37:19 89:6 96:20
97:20 198:20,24

**management**
231:2

**mandatory**
235:22

**manuals**
21:24 22:4

**many**
15:20 19:10 20:1,6,10,
19,23 38:25 46:8 85:12,
22 86:9,10 102:4,6
103:8,10 104:15 107:3,6
110:13 113:23 120:7
138:8 176:6,13 198:19
229:2 232:18 233:7
260:8

**map**
70:20 72:1 80:8 89:20
122:3,10

**March**
8:3,5,24,25 9:10,12,18,

19 12:24 13:15 14:8,19

**mark**
61:20 70:11 73:9 80:7
91:6 93:18 95:4 164:8
201:17 253:19

**marked**
61:23 62:16 63:24 65:22
70:12 73:10 77:20 81:2
90:20 122:3,6 164:7,9
201:19 207:14,16 212:25
213:5 234:15 253:21

**marker**
62:2,20 64:3 66:1

**marks**
67:25

**masturbating**
228:20

**masturbation**
228:14,18 230:22

**material**
24:12 61:10,16,18 195:1

**materials**
22:9 23:15,22 24:11
25:15 26:8,15

**matter**
4:15 34:6

**may**
5:15 7:13,16 8:10 10:5
23:2 32:11 36:7,14 37:3,
14 39:3,4,25 40:8 42:12
43:10,13,16,18 46:19
63:18 64:10 68:13,16,19
110:17 127:21,23 128:19
138:12 148:15 152:7
160:15 163:15 193:20
233:16,17,18,24 245:14
254:9,10,11,15,16,24

**maybe**
11:25 12:5 14:16 18:21
20:15,21 23:7 24:13
31:7,8 32:24 33:13,24
35:17 36:25 38:16 41:9,
19 44:5 48:1 51:22 54:20
63:19 69:15 77:4,17
78:10 85:24 99:21 101:7,
10,21 102:19 110:2
111:21,24 113:25 124:9
131:9 133:18 136:17
176:3 200:1 219:18
221:6,7 222:14 226:6,7
227:25 228:1,22 229:5,6
239:16,21 246:22 254:23

**Mcarthur**
19:3,8

**me**
17:17 22:24 27:4,5 31:21
32:10,13,14 38:9 40:6,11
41:12 56:18 69:17 70:6
71:15 72:11 73:2 78:6,10
89:9,10 92:23,24 96:12,
19,22,23,24 97:20 99:24
100:3,11,17,18 101:2,7
102:15 104:12 110:6
119:8,9,15 121:16 124:8
125:8 127:14 131:13
132:16 140:2 141:13
143:23 144:4 147:14
149:16 152:4 154:8,21
156:21,22,23 157:6,7
159:21 160:19,20,24
161:4 167:6 168:9 174:2
176:2 177:13 179:4
180:17 187:11,12 188:14
191:25 195:19,24
196:11,25 197:1,2 198:5,
14,15,18 199:15 201:3,8
204:9,21 205:6,23
206:21 211:23 216:12

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                          311
DONTE HOWARD, 09/09/2021                      Index: mean..minutes

218:11,17 224:23 225:9
230:2,5 231:18 232:1,3
233:21 237:19 238:6
244:9 248:20 251:5
254:23 255:17 256:11
258:9,10,19,21

**mean**
14:25 18:16 20:4 22:16
37:22 47:2 81:15 108:25
111:24 134:15 136:23
140:23 141:23 142:5
143:25 144:6 147:5
181:12 189:12,22,23
198:17 201:12 233:21
236:13 246:6 248:19
250:22 255:7

**meaning**
140:23 192:18

**means**
98:1,3 109:5,7 214:3
249:12

**meant**
27:6 145:6 179:18

**meat**
40:22

**media**
4:13 256:2,5

**medical**
254:9

**medication**
128:5 225:11,15,20,21
226:4,9,22 227:2,4,10
245:6 247:13,17,20,25
251:14 252:25 258:9,12
259:11

**medications**
225:14

**medicine**
247:16

**medium**
244:20

**meet**
32:22 35:1 96:22 155:1

**meeting**
89:16 114:11

**meetings**
251:16

**meets**
193:14

**Memorial**
38:19,23 39:1,2,6 40:15,
19 41:2,15

**memory**
32:12 49:5 50:12 56:8,10
66:16 106:23 146:1
161:21 162:10,13 167:17
188:6

**men**
40:23

**mental**
252:17,22

**mentioned**
133:22

**mentor**
18:5

**mentors**
231:3

**messages**
181:15

**messaging**
35:22

**met**

33:5,8 35:20 40:3 41:14
89:18 90:6,10,21 91:2,3,
7,19,22 93:5 113:8,9,14,
23 114:13,24 134:1,6

**metal**
61:5 210:10 212:16

**middle**
10:3 78:16 90:8,24
119:14,16 124:25 194:11

**midway**
194:6

**might**
180:8

**mileage**
34:15

**million**
253:3,8

**mimicking**
85:19

**mind**
93:21 150:10 189:6
237:3,16

**minimal**
244:19,20

**minute**
55:17,19 56:21 57:25
58:14 68:22 69:2 88:13,
15 166:8,17,22 167:21,
25 168:20 169:8 172:6
173:3,8 174:3,20

**minutes**
131:9 150:19 174:24
176:7 178:16,20 179:10,
23 180:2,16,24 181:1,18,
22 182:14,18,24 183:4,
12 184:14,18 185:18,22
187:5,16 188:2,20 189:1,

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

3,25 196:4 202:24 203:3
205:13

**mischaracterizes**
147:16

**misconstrue**
170:19

**misdemeanor**
235:18 237:9,21

**miss**
27:15

**missed**
251:1

**missing**
237:7,8

**misstates**
10:10 25:7,16 98:7
100:24 105:24 115:15
146:21 161:10 169:18,19
170:5,13,14 188:4
223:17 224:1

**mist**
84:12,13

**mistake**
184:12 236:12,16

**mistaken**
184:12 189:4 190:20,25
193:11 211:5

**misting**
84:11

**mixed**
38:21

**mom**
14:23 15:2 16:25 23:14
40:20 155:14 195:19,20
199:7 245:15 253:14
254:14 255:9 256:21

257:3,23

**mom's**
37:9 152:9 196:3,6 197:6

**moment**
97:19 148:11 159:2
176:7,24 177:11 183:11

**Monday**
39:3

**money**
237:18 253:14

**month**
20:18 23:7 33:24 239:21,
22,25

**months**
14:3,14 15:20 19:25 21:8
23:12 31:9 35:15,17
226:7 227:5,9 232:19
233:1 238:13,14 242:16,
18,25 243:7,20,25 244:1,
18 245:7 247:19,25

**more**
16:2 18:6 47:25 54:9
55:25 65:6 73:23 74:17
80:23 81:17 84:9,11
88:10 91:23 120:25
136:16 177:15 179:3
198:11,14 244:15 246:21
261:3

**morning**
4:7 129:10 151:19
258:11

**most**
24:21 104:1

**mostly**
17:3 22:2 48:24 94:25

**mother**
14:24 15:1 22:11,21

23:3,24 25:14 34:19,24
41:2 206:11,19 254:12,
18

**mother's**
23:1 34:21 152:3 195:17
255:16,17,18

**motion**
85:18,19,23 86:1,2,14
87:23 88:6

**motioning**
194:10

**motions**
87:1

**mouth**
258:14

**move**
99:23

**movement**
85:16 86:18

**moving**
85:13 110:24

**Mr**
5:2,20,25 6:11 10:10,15
11:10 12:14 16:20 24:1
25:7,16 27:9 28:2 29:9,
19 30:9,19 40:1 42:4
54:10 56:13 61:6,12 62:3
63:8 65:13 66:20 70:18,
23 72:7,10,13,21 73:3,24
75:17,25 76:14 78:2
89:19,22 90:13 94:4
98:7,16 99:4,12 100:23
102:18 104:4,21 105:24
108:24 113:7,8,9,20
114:19 115:15 116:5
118:9 122:9 123:12,19
129:1 137:9,22 139:17
141:25 143:9,15 146:21

147:15 148:3 149:3
154:18 158:8,11 159:12,
16,24 161:10 164:22
166:20 169:18 170:5,13,
18,19,25 171:2 188:3
189:8,14 204:3,8 208:4,
11,14,20 212:19 213:9
215:14,24 223:16,25
224:9 234:13,24 236:13,
17,21 238:1 240:17,22
251:3,7 252:18 254:2,5
256:13,20 258:4 260:4
261:2,5

**Ms**
5:1,17,21 6:1,4 10:12,17
11:12 12:19 16:22 24:3
25:9,19 26:3 27:14 28:1
29:12,14,21 30:11,22
42:8 54:13 56:17 61:9,
14,25 62:7,18 63:11,12
64:1 65:24 66:22 70:14,
20,22 72:10,12,19,23,25
73:12 75:20 76:3,13 78:4
81:4 89:21,24 90:1,16,18
91:25 92:2 94:6 95:14,16
98:11,19 99:8,14 100:25
102:20 104:6,24 106:2
109:1,3,6 112:23 113:6,
22 114:21 115:18 116:8
118:13 122:8 123:15,22
129:4 134:7,9 137:12,25
139:19 142:3 143:18,20,
23 144:8 146:25 147:19
148:7 149:6 154:22
158:13 159:15,17,20,25
160:1 161:12 164:11,15
166:7,16,21 167:5,24
168:16 169:4,20 170:7,
16,21 171:1 172:2,9
173:7 174:7,23 178:19
179:9 180:1,15,23

181:21 182:10,12,17
183:3 184:17 185:21
188:7 189:11,16 191:4,
12,19 201:21 202:7,21
203:2,16 204:7,14
207:18 208:2,8,13,16,19
213:7,10,11 215:16,25
223:19 224:4,11 234:14,
17 235:1 236:23 238:10
240:20 241:4 250:22
251:5,8 252:20 253:19,
23 254:3,6,7 256:19
257:25 260:7,25

**much**
21:1 22:13 33:24 40:13
64:20 65:10 87:24
109:24 111:11 143:17,19
193:4,16

**multiple**
144:11 259:22

**murder**
65:5 152:22 153:6,17,21
155:8 163:12 185:3
201:9 206:8,23 228:8

**murdered**
105:16,23 106:5

**murderers**
252:13

**muscle**
111:16,17

**mute**
27:16

**my**
4:8 5:21 11:16,23 14:23,
24 16:25 17:5,17 20:13
22:11,21,23 24:12 26:19,
23 27:8 29:24 31:21
40:2,12 42:5 43:14 56:4

59:10 64:13,21,24 65:10
72:5 73:23 85:3 89:10
91:1,18 92:23 102:3
106:18 110:6,7,10
111:21,22,24,25 119:9
120:25 121:11,14
132:16,22,25 133:2,7
136:17,18 138:4 142:11
150:13 152:3,19 153:14
154:25 155:13,14
156:22,23 157:5,6 158:1,
4 160:9,18,23 162:12
163:6 164:6 170:9,10
178:25 179:15,20 186:12
188:5 189:22,23 190:10
195:19 196:1,11 198:9,
15 199:7 200:1,3 201:16
204:22 205:6,23 206:11,
13,14 211:3,4,8,17
220:24 221:2 225:24,25
230:3 231:21,22,24
237:3,16 238:7,8 244:16
245:13,14,15 246:1,16
248:3 254:18 255:5,9,16,
17 256:1 258:23 260:17

**myself**
12:2 17:2 21:18 58:5
96:13 99:7,16 100:18
117:20 154:21 156:4,7
190:6

---

**N**

---

**name**
4:8 6:5,9,16,25 7:7 19:4,
13 23:1 25:21,23 27:19
35:4,6 42:9 45:10,12
50:4 132:16 133:5,7
136:4,15,18,20 137:5
139:14,23 140:3,6
142:11 150:6,14 169:23,

24 198:15 205:23,24
206:1 227:6 247:9

**names**
6:18 7:10 18:25 19:17
46:11

**narrative**
16:21 209:23

**narratives**
209:21

**narrow**
13:11 107:10

**nature**
228:16 235:19 249:6

**near**
123:5,10 218:7

**neck**
245:18 254:19 255:10

**need**
29:12 32:5 75:25 76:9
84:23 91:9 118:6 171:16
174:9 204:9 232:4
254:14 258:14

**needed**
21:10,11 58:23 85:8
97:16 98:5 171:14
193:20,22 253:10

**needs**
25:5,6 72:11 240:17

**neighbor**
154:6

**nervous**
133:10 135:1 136:19
140:1 143:5 147:25
148:13 175:1,4

**neuroscience**
254:8

**never**
12:9,10 23:14 42:24
43:19 61:13 127:4 135:7
156:21 157:6 159:3
162:11,24 185:13 190:8
192:13 216:24 227:2
231:12 232:5 245:14
260:23

**new**
24:14,20 25:1,2,6,14
35:23 164:1

**next**
8:20 49:10 60:13 62:1,19
65:25 76:17 113:12
125:19 129:10 130:17
148:21,24 149:8 151:25
178:25 229:24 241:19
246:23

**Nick**
4:8

**night**
52:17 56:2 83:12 84:8
85:20 105:13,14,22
106:4,10 107:14 133:21
134:2 139:7 176:24
177:12 201:15 220:13
258:11

**nightmare**
246:20,22

**nightmares**
225:2,5 227:9 244:21
245:5 246:2,7,11,14

**nights**
228:1

**no**
5:25 7:6,24 9:21 13:22
14:20 15:19 16:15 18:7
19:23 21:25 22:13,18

23:17,19,21 26:10 28:14,
16,20 29:3,16,20 30:16,
21 32:5 33:2,7,10 34:1,
25 36:2,5,8 37:15,16,18,
22 38:16,18 39:21 40:17,
24 42:2,18,21,24 43:3,5,
8,11,21 44:16 45:1 46:1,
12 47:2,10,13 48:18
50:17,20,24 51:3 52:12,
22 53:5 54:11 55:22
56:11 57:1,4,18 58:8
59:25 61:21 62:14 63:6,
23 65:21 66:5,6,10 68:8,
11,14,17,20 69:20,24
74:10 75:7,19 80:22
81:11,23 82:21,23 83:1,
2,3 86:8 87:18 91:9 94:3,
5 95:7,10 96:15 97:3,6,8,
14 99:9 103:20 106:11,
17,24 108:17 109:8,13,
16,19 110:22 111:2,5,21
114:12,24 115:2,5,6,8,
11,25 116:1,10,22 117:1,
17,22 118:4,6 119:12,25
120:5 121:14 122:21
123:5,7,14,25 124:20
126:9 127:5,6,22,25
128:3,6,8,13,20,24
129:12,20,23 130:1,3
131:22 132:1,3,4,8
133:19 134:12 136:5
137:11,24 140:5,9
141:19 142:13 143:22
145:9,13,21,23,24 147:9,
23 148:11 149:25
150:11,16 151:2,5,11,16,
24 152:12,16,25 153:4,7
154:15 155:15 156:4,18,
19 157:17 158:21,22,25
159:8 160:4,7,10,13,16,
17 162:3,6,21,24 163:16,
20,24 164:12,17,19

167:15 169:14 173:2
175:14,15,19,24 176:24
177:2,25 178:1,9,11,13
181:9,12 182:9 183:20,
21 184:23 185:1,16
186:1,3,17 188:16
189:18 190:20 191:1,14
192:7,10 193:24 194:2,
18 195:5,12 196:11,21,
23 200:24,25 202:2,16,
17 204:25 205:6,12
206:2,5 207:2,7,10,13,
15,25 209:6,13,15 210:2,
5 211:14 212:25 213:9,
12 214:23 216:11 217:1,
9,12,18,24 218:3,24
219:15 220:4,7,10,16,19
221:24 222:10,16 223:2,
21 224:3,10 225:19
226:12 227:13,20 229:18
232:19,21 234:10 235:16
236:11,16 237:7 239:20
241:16 242:13,19
244:12,23 246:1 249:2,8,
16 250:14,17 251:21
252:24 253:15 254:19
255:3,5,10,11,14,17,18
256:1,4,7,10 259:23
260:13,23 261:3

**nobody**
160:16

**None**
128:11 129:14

**nonresponsive**
225:17

**normally**
26:23

**Northern**
4:17

**Nos**
209:8 234:12,20

**not**
7:24 9:23 11:3,11 14:15,
21 15:11 21:8 22:1 23:17
24:8,21,22,23 26:11
29:24 30:3,6,21,24 31:1,
7,16 32:17,24 33:24
34:16 35:11,17 37:18
38:13,25 40:12 41:10
44:24 45:11 46:1,20
47:7,23 48:18 49:2 50:2,
12,19 51:10,25 52:3,9,10
53:16,21,23 54:1,3,11
56:4,20 57:25 58:8 59:5,
7,9 60:5 61:2,3,8,13
62:4,5,13,24 63:5,9,15,
20 64:7,11,12 65:19
66:21 69:12 73:22 74:15
75:12 78:5,7,8 80:22
81:24 83:11,15,18 84:12,
17 86:4,22 87:7 88:7
89:7,20 90:11 91:11
92:19 95:11,12,17 96:7,
21 97:3,6 98:14,21,24
100:1,16 101:13,17
102:1 103:3,6,8,20
104:7,11 108:13 109:19
110:16,24 111:13 115:11
116:11,12,17,22 117:9
118:1,5 119:13,22 120:2,
19 123:14 126:6 129:16
130:13,16 131:6,22
133:1 134:7 135:10,14
138:20 139:14,24 140:15
141:13,20 142:5 144:5,
24 145:4 147:13,17,20,
23 148:5,12 149:22
151:16,24 152:12,16,20
153:8,25 155:11,15
156:19 157:25 158:10

159:10,13 163:11,13
169:12,14 170:10,14,20,
21,23 172:4,21 174:9
175:19,25 176:8,23
177:3,10,14,19 178:1,4,
11 179:3,14 182:6
183:22 188:13 189:10
190:14 191:1 193:11
194:25 195:5 196:15,23
197:25 199:1,19,25
200:1 201:2,3,12 203:8,
11 204:25 205:20,25
208:11 210:22 211:5
212:20,22 213:24,25
214:16,22 215:5,6,9,13
216:2,4,9 217:12,18
218:21 219:7,24 223:2,
10 227:1,6 228:22 229:6
230:21 234:24 236:16,24
239:4,5,10,24 241:13,23
243:2,3 245:21,22,23,24
246:21 248:11 249:5,25
250:1,15,23,25 251:22
252:7,14 253:6 255:2,16,
17 257:16 259:14

**note**
254:22

**nothing**
4:4 5:12 17:16 24:13
38:17 39:18 100:11
101:6 108:17 143:18
168:22 190:10 199:11
205:8 226:11 239:1
260:18

**noticed**
193:1

**November**
9:24 232:24

**now**
4:11 14:23 20:17 27:21,

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

24 28:11 34:17 66:23
67:1 73:3 74:20 76:1,5,8,
11 90:3 91:18 95:9
96:19,22 112:24 113:1,4
114:23 115:4 129:14,16
143:16 160:25 166:17
167:16,25 168:17 169:5
170:16 172:11,18 174:8,
16 175:6 178:20 180:3,
16,18 183:8 184:18
185:22 186:5,22 187:23,
25 189:19 190:4 191:6,9
195:16 201:2 208:18
222:17 226:16 240:24
241:2 248:15,17 253:18
254:4 256:14,17 261:6,8

**nowhere**
55:21

**numb**
247:18

**number**
4:10,13 42:23,24 62:2,20
64:3 66:1 122:4 257:3,5,
6,8,10,11,16

**numbers**
29:6

**numbs**
258:13

---

**O**

**oath**
104:3 209:11 235:14

**Obama**
249:17,19

**object**
5:22 56:25 57:3 62:1,11,
12,22 63:3

**objection**
10:10 11:10 12:14 16:20
24:1 25:7,16 29:9,13
30:9,19 40:1 42:4 54:10
61:6 62:3 66:20 75:17
78:2 94:4 95:14 98:7,16
99:4,12 100:23 102:18
104:4,21 105:24 108:24
109:4 114:19 115:15
116:5 118:9 123:12,19
129:1 137:9,22 139:17
141:25 143:15 146:21
147:15 148:3 154:18
158:8 159:13 161:10
169:18 170:5,13 188:3
189:8,14 210:4 215:14
223:16,25 252:18

**objections**
61:12 144:4 170:23
215:24 224:9

**objects**
210:2

**obstructing**
239:3

**occasions**
129:14,15

**occur**
118:20 140:12 233:14

**occurred**
36:7 39:4 41:11 43:18
130:17 148:24 149:9
160:15 188:10 227:14
235:21 240:7 241:6,11

**occurring**
120:7

**October**
232:24

**of**
4:3,13,14,15,16,18,23
5:3,11,23 6:13 7:14,18
8:3,5,10,14,22,24,25 9:3,
19 10:3,5,18 11:4,22,25
12:5,6,17,21,24 13:7,9,
14,15,16,25 14:7,8,11,
15,19,24,25 15:3,4,20
16:4,25 17:3,15 18:6,13,
17,24,25 19:2,3,5,6,7,10,
13,14,17,18 20:9,15
21:6,7 22:2,13 23:15,19
24:6,21 28:6,7,12,18,22
29:1 30:12 31:9,20,21,23
32:12,16 35:3,8,15,18,21
36:1,3,11,12,13,14,22
37:1,6 39:12 40:10,11,
12,13,14,20 41:7 42:20,
23 43:1,4,7 44:2 45:7
46:10,20 47:23 49:5,13,
14 50:2,3,4,12 51:5,6,16,
17,21,22,23 52:19,20
53:1 54:4 55:5,19 56:8,
10,15,21,24 57:2,6
58:16,21 59:4,10 60:1,25
63:2,20 64:9,15 65:16
66:8,13,16,24 67:6,10,15
68:24 70:16 71:6,18 72:9
74:15 76:21 77:3,4,12,21
78:11,12,16,19,25 79:16,
17,18 80:21 81:6,8,10
83:8,10 84:13 86:12,18,
22 87:5,6,16,17,20
88:10,11,22,24 89:5,12,
20 90:2,5,8,9,10,20,23,
24,25 91:11,12 93:1,19
95:4,22,25 96:14 99:2,
18,22,25 100:8 102:21
105:22 106:4,9,10,13,20
109:25 110:2,7,10 112:9
115:12 116:14,16,19
117:14,15,19,24 118:2



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

119:14,16 121:8,19
122:10 123:1,2,6,14
124:16,23 125:10,14,20
126:14,17,23 127:4,7,8
128:22 129:6 130:13,16,
21 131:11 133:12 134:1,
14,18,20 135:15,20,21
136:4 137:5 138:2,4,12
139:2,24 140:25 141:11
144:1 145:16,20,24
147:7 148:5,9,24 149:9
150:12 152:8,20 153:24
154:7 155:23 156:2,25
157:2,10 159:4 160:15
161:7,21 162:9,13,15,16
163:11,12 164:2,23
165:1,14,15 166:18,23,
24 168:1 172:13,21
173:15,17,22,25 174:14
175:12 176:3,18,22
177:1,12 178:8 183:5,12,
17 184:9 185:3 186:12,
18,25 188:11,16 190:7
191:1 193:2,7,9,17
194:7,11,24 195:1,3
196:16 197:19 198:9,11,
12 199:24 200:3,9
202:15 204:5,6,22
206:24 207:12,23 208:3,
7,15 209:7,14 211:5,19
213:1,3 215:13,20 216:2
218:12,14,16 220:2,5
222:1 223:24 224:6,20,
24 225:2 226:3,14 227:6,
11,18 228:6,7,8,9,14,15,
16 229:4,8 230:5,6,22,23
231:20,21 232:11,13,16,
21,23,25 233:17,18,20,
24 234:1,11,19,22 235:4,
10,17,19,21,22,23,24
237:13,16 239:2,4 240:2,
4,12,21 241:10,15,18,24,

25 242:5,11,18,22,25
243:6,13 245:11,22
247:10 248:24,25 249:6,
10,14,21 250:4,7,12,18
252:1,12,14,17 253:6
254:11 255:5,7,12,22,23
257:12 260:21 261:7

**off**
27:18,20,22 28:3 55:7,10
60:16 68:2 69:12 76:3,6,
19,20,25 77:2,5 79:20
87:3 88:17,20 92:9
93:20,23 110:19,20
112:24 113:1 116:16
121:23 191:6 193:1
195:4,6 214:20,21,22,24,
25 238:6 240:24 256:14
261:8

**offer**
156:12 158:6,14,23

**offered**
16:12 30:17,23 31:15
158:2 159:3

**officer**
157:21 165:9,19 167:7,
11 168:5,8,17,21 169:9
170:3,11 171:3 173:9,15
174:8 175:7,16 176:11,
16,18,22 177:4,8,17,18,
21,22,23 178:14,21
179:2,11 180:3,7,19
181:2 182:3 183:13,17
184:5,9 191:15,21
196:11,22 197:11,23
198:2,5 199:13 200:6,20
202:11,23 203:4,17
204:16 205:2,14

**officer's**
197:17

**officers**
135:19 136:4 157:10
172:11,14,18,20 176:13
177:1,16 181:25 182:20
183:16 202:15 217:3

**offices**
113:24

**often**
23:3 30:14 229:11

**Oh**
7:6 74:10 158:21 238:3
244:2

**okay**
4:7 5:20 6:1,24 9:2,16,
21,22,23 13:8,13,23
14:13,17 20:15 26:14
28:2 31:17,25 32:2,3,14,
15,20,21 37:5,13 39:6
54:21 56:4 59:16 61:20
62:14 63:22 66:3 68:21
69:8 70:10,15 71:1,12,
15,23 72:19 73:1,2,25
74:19,23 77:19 78:15
79:4 80:5,16 81:1 84:14
86:12 87:15 89:1 90:12,
16,23 91:1,4,10,24 92:16
93:4 100:9 101:23
103:10 109:11 112:22,25
113:14 114:5,7 115:10,
19,25 121:12 122:2
123:8 124:5 125:6,19
126:17 130:22 136:9
138:8,15 141:5 142:12,
20 144:9 145:7,14
147:10 148:14 150:5,13
155:6 158:14 159:17,25
162:1 163:14 164:16,20,
21 165:1,14,18 166:3,13
167:1,20 168:7,9,24
170:2 171:14,20,24

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                          318
DONTE HOWARD, 09/09/2021                        Index: old..one's

173:21 174:16 175:12,
16,21 176:17,20 177:3,
13 178:7 179:5,10
181:22 182:2,18 183:15
184:13 185:2 187:16,21
188:15,25 191:13,16
192:17,21 194:6,10
195:16 196:19 197:8,18,
23 199:23 200:8 201:22
202:3,11,16 203:9,19
204:10,11,15,18,24
205:13 206:3,6,25
207:22 208:1 209:2
210:1,21 212:19,24
213:4,10 214:2,3,4 215:2
216:23,24 217:10,15,18,
20 218:12 219:6 222:7
229:2,10 233:25 234:22
235:2 236:3,21 238:3
240:4 241:5,21 242:2
246:13 247:2 251:7
252:16 254:7,16,25
256:11,13 257:22,25
260:24

**old**
6:11,12 15:3 22:12 24:6
45:13 231:25 239:24

**olderness**
19:5

**on**
4:9,23 5:2,18,19,23 8:17
10:1,3 12:5 15:17 17:18
18:24 20:24 21:21 22:6
23:7 24:7,17,22 26:12,
17,22 27:14,15,25 32:6
33:16,17 36:7 39:4,6,25
40:8,15,19,22 41:2,15
42:11 43:4,13,16,18
44:2,11,18 46:19 49:13
51:22,23 54:19 57:11,15

58:6,7,18 59:10 60:18
63:18 64:10,14 65:5,6,10
67:14,21,24,25 68:1,12,
16,19 70:6 71:10,23
72:19 73:8,13,23 74:4,10
76:9,11,20 77:6,12,13,21
78:11,19,23 79:22,23
80:6,8,21,25 83:7,11,21
84:15,18,21,23 86:8
87:6,14,17 89:23 90:16
91:5 93:2,5,19 94:22
95:3 96:19 97:2,17
106:17 108:2,4 110:3,6,
11 111:8 113:5 115:7
116:19 117:14,19,24
118:2 119:3,5 120:10,25
121:25 122:13,20,25
123:1 124:2,6,12 125:2
126:18,23 127:2,21,23
128:19 130:24 131:1,24
132:10 134:1,7,23,25
135:24 136:6,12,15
138:5,10,18 139:15
140:10 144:17 148:14
152:5 160:15 163:15
164:4,12,20 165:15,20
168:7,22,25 169:12
171:12,18,19 173:10
177:10 182:11 183:8,16
184:2,4,9 185:1 186:9
187:11,12,17 188:15,19
189:3,6 191:10 192:9,13,
14,22,24 194:5,10,21,23
195:8,11,15,16,22 196:1,
17,19 198:6,22 199:3
200:18 201:23 203:4,13
204:5 208:24 209:13,14,
15 213:12 214:3,6 217:6
219:18 223:6 227:2,13
228:19 229:25 231:1,8
233:22 234:22 236:16,22
237:17 239:18 241:3,9,

19 242:2 249:12 251:1
252:9,25 254:8,10,14
255:17,18 256:2,5,18
257:11 258:9 261:7

**once**
23:7,14 33:24 38:10 42:6
82:16 96:20 101:7,10,11,
12 102:8 110:14 144:14
155:24 198:21 206:7
227:25 229:12 246:8,18
247:25

**one**
4:14 6:20 7:11 14:3 18:7
19:25 20:18 21:8 22:23
23:17,19 27:14 35:8
41:14 47:15 49:23 54:9
55:19 56:6,9,21 58:14
60:25 63:2 65:17 68:22
69:2 72:19 78:23 88:15
90:16 106:19 107:22,25
113:17 123:5 126:17,23
139:2 145:11,23 150:11
153:7 156:10 157:10
160:17 162:24 164:4,20
166:8,17,22 167:21,25
168:20 169:8 172:6
173:3,8 174:3,20 176:11,
16,18 177:4,18,21,22,23
184:23 185:1 186:1
188:16 190:16 199:19
202:15 203:25 211:5
217:22 219:15 222:12
229:19,25 235:17 236:18
237:7,23 239:22,24
242:11 245:16 246:10,
22,24 253:3 254:20
255:3,10,11,15,21 256:1
259:23,24 260:20

**one's**
244:12

@© AdvancedONE LEGAL   (866) 715-7770   advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                319
DONTE HOWARD, 09/09/2021                              Index: only..out

**only**
 5:21 12:25 14:2 29:10
 41:14 54:14 103:17
 113:17 156:10 176:11
 183:15 218:8 237:7,8,23
 243:5 253:10 260:15

**oops**
 78:22

**open**
 77:16 78:1 102:22
 175:17,25 178:1,12
 251:19

**opened**
 78:10 167:7,11,12,18

**opening**
 167:19

**operate**
 24:8

**opiate**
 107:2

**opiates**
 107:4,7

**opportunities**
 11:15,16

**opportunity**
 32:2 156:15

**options**
 11:23

**or**
 10:4,5 11:21,23 12:24
 14:8 15:11,16 20:4,13
 21:24 22:4 24:16 26:7
 28:6 29:24 30:13,14 31:3
 32:4,5,10,19 33:13,16
 37:12 41:13 43:20 44:20
 49:12 52:15,20 53:4,7,
 16,23 54:8 56:14 58:8

64:11 67:16,17 69:16,22
70:8 71:23 72:3 79:17
80:2 85:24 87:19 88:18
92:17 97:22 101:10,13,
17 102:2,5,22 103:22
104:11 110:15,18 117:14
123:1 124:19 125:11,14
130:2 135:22 138:12
140:16 141:1 144:1
156:22,23 157:6 161:19
170:23 178:6 184:5
186:8 188:11 190:18
193:20 194:25 198:2
199:13,18 200:13,23
201:14,15 202:12 203:6,
9,19,23 204:18 205:5,7,
10,17,18 206:3,4 209:19
211:9 215:8 216:3 218:7
219:9,20 221:8 227:16,
25 228:1,24 235:18,22,
24 237:3 239:8 240:18,
19 243:14,22 244:21
246:18,21,22 248:12
250:4,11 251:2 252:3
257:16 258:19 259:1

**order**
 16:5 24:7,15,19 25:2,4
 110:16 186:18,21,25
 210:21 224:6

**ordered**
 24:16

**other**
 6:15,24 7:7 13:7 19:16
 22:8 28:6,8,9 35:10
 39:24 40:7,21,23 41:25
 42:14,16 43:18 51:7,12,
 15,19 52:2,5,13,16,17,24
 53:2,6 54:9,15,17 55:6,
 23 56:6,9,22 57:14 58:10
 77:21 79:18 80:21 81:16

82:2 83:13 86:1,2 87:5,6,
16,17,20 89:16 91:15
93:19 94:19 95:4 106:3,
25 114:3 117:21 120:7,
12 122:19 124:23
126:10,22,23 129:11
130:4 134:10 135:17
136:2,3 138:5 145:10,11
150:6,14 159:18 165:22
176:22 177:1,8,17,21
179:16 199:12 205:9
218:4,5 219:25 222:9,13,
15 225:4 226:9,12 227:8,
11 233:2 237:4 245:10
246:5,6,7 252:21 255:20
256:1

**others**
 231:20

**our**
 21:13 59:10 112:24
 198:7 208:17 219:22
 244:10 254:8

**ours**
 72:9

**out**
 8:7 12:11,17 13:14 14:7
 17:16 20:4 35:21 36:22
 37:25 44:25 45:5 49:15
 50:5,7,8,11,13 53:7 62:4
 68:9 69:14 83:10 84:9,11
 89:5,12 90:13,15 91:11
 94:1 99:2,17 109:20,25
 121:2 131:24 133:1,3,20
 150:12 151:22,23 152:8
 154:9 163:23 164:2
 165:20 172:21 177:16
 178:21 184:20 186:12
 190:6 197:19 198:11,12
 199:24 200:9 204:6
 218:7 226:14 231:19,21

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                                320
DONTE HOWARD, 09/09/2021                                    Index: out-of-body..per

232:23 233:20,25 237:16
239:8 240:8,9,10,15
244:11 246:24 248:24
249:10 251:1 253:6
255:12,22,23

**out-of-body**
153:11

**outcome**
245:24

**outside**
20:9 47:8 49:3,4,6 51:23
53:23,25 58:2,21 59:4
64:9 66:8,13,24 67:6,10
70:8 75:21,22 95:21
115:12 120:7,14,20,23
121:3 127:4 129:6
131:11,12,20 132:2,6
183:25 184:2

**over**
36:23 40:4,20 41:3,5
43:24 44:3 101:8,9 111:1
116:23 117:3,5 123:5
124:23 148:21,23 149:8
153:22 219:22 220:1
238:22

**overheard**
162:23 163:4

**own**
17:19 20:24 21:21 65:10
159:11

**P**

**p.m.**
76:12 113:2,5 191:7,11
240:25 241:3 256:15,18
261:9,10

**pack**

85:8

**page**
89:23 208:9,25 209:13,
14,15 213:12 234:22
235:3 236:22 241:19

**pain**
107:2

**pandemic**
8:6

**pants**
194:25

**paper**
154:5

**paperback**
25:5,13

**papers**
197:18,19 199:24 200:8

**paragraph**
237:12

**Park**
140:13

**parkway**
71:24 165:21

**parol**
235:22

**paroled**
232:25

**part**
18:17 41:7 162:13 255:5,
7

**particular**
47:19 177:18

**party**
40:15

**passed**

87:24 109:24

**past**
52:13,14,15,20 53:3,10,
11,14,16 93:18 233:23

**path**
13:4 165:20

**patrol**
200:19

**pause**
84:21,22 169:8 180:17

**paused**
63:9 168:20 180:3 181:1
183:4

**pausing**
181:22 182:18 191:20
204:5,15

**paver**
78:17

**pay**
237:18

**paying**
64:18,22 65:1,3 249:12

**PC**
252:6

**peace**
258:23

**peek-a-boo**
108:22 109:7,11

**people**
12:6 18:4 21:23 22:3,19
39:18 120:7 151:12
171:12 172:19 252:10

**per**
20:6,10,19,22,23 21:3
246:25

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

321

Index: perfect..please

**perfect**
72:16

**perfectly**
170:22

**period**
40:11 54:4 112:21 141:8
151:7,17 225:22 226:3

**Perry**
4:8

**person**
28:22 33:16,25 34:1,4
49:24 134:2,3 144:22
178:11 217:15 218:13
220:21 221:4 231:10

**personal**
17:19 43:6 52:19 207:11

**personally**
37:16

**persuing**
22:4

**phone**
4:10 33:16,17 42:22,24
119:24 132:22,24,25
133:3 163:14,20 164:1
174:16,25 178:21,24
179:2 180:19 181:10,13,
16,24 182:11 199:14
200:14,16 201:1,3,5
204:1 206:7 217:17
219:18,19 228:20 238:5
257:3,8,10,19

**phones**
163:21

**phonetic**
238:5

**photo**
73:1

**photograph**
70:16 71:2,7,13 72:3
73:19 79:14,16,17
188:11

**photographic**
66:16

**photographs**
181:14

**physical**
103:18 108:2,15 109:22
137:18 210:18

**physically**
54:25 70:1 96:10 105:9
107:15,25

**pick**
60:20 65:14 68:6,12,16,
18 69:11 70:1,4 74:24
75:8,9,15

**picked**
60:15 62:12,22 63:4,18
64:9 66:8,9,13,15,24
67:2,5,9 68:23 69:5,10
73:18,20 74:25 75:6,10,
13,14 76:15 115:12
116:4 233:22

**picture**
62:10

**pieces**
78:12,16

**pills**
107:2 225:18 258:10,17

**pipe**
154:6

**place**
4:16 37:4 124:3 171:17
219:17 222:18 258:14

**placed**
196:17 257:19

**plain**
157:18 186:7 197:11
217:7

**plaintiff**
209:8

**plaintiffs**
5:3

**play**
164:11 166:4,13 167:2,
21 168:13 173:3 174:3,
20 178:15 179:6,22
180:12,17 181:18 182:14
184:14 185:17 191:14
202:4 203:12 204:4

**played**
109:11 164:14 166:6,15
167:4,23 168:15 169:3
172:1,8 173:6 174:6,22
178:18 179:8,25 180:14,
22 181:20 182:16 183:2
184:16 185:20 191:18
202:6,20 203:1,15
204:13

**playing**
5:23 108:22 109:15
176:25

**plea**
235:24

**plead**
140:16 236:5,9,25

**pleaded**
140:18

**please**
4:24 5:7 6:5 28:24 32:10
69:1 75:2 76:2 120:11

AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

142:2,8 146:12 155:25
163:1 187:1 188:22
191:3 192:15 204:9
223:7 237:5 240:23
254:9 256:12

**pleasing**
18:14

**pled**
141:6

**plural**
49:25

**plus**
21:4

**point**
7:5 12:12 13:16 15:18
16:14 28:18 50:9,11 58:2
67:20 68:8,15 93:11
95:3,20 96:17,24 97:1,
10,11,12 100:10,14
120:3 121:20 127:20
152:24 168:18 170:1
171:3 173:13,19,21,25
174:1,13 175:4 176:22
180:6 181:23 184:23
185:2,5,9 186:1 192:11,
17 193:19 194:11 214:18
218:16 222:22 227:15,17
247:6 253:7

**pointed**
89:9 194:13

**pointing**
178:21 179:2,3

**poke**
85:15

**poked**
77:8 86:5,9,11

**pokes**

67:19 77:4

**poking**
68:1,2 77:6,11 82:21,22
85:10,18,23 86:1,13,14,
18 87:1,23 88:6 94:20

**pole**
61:3,4,11 62:8,9,19 63:7,
14,17 64:2,5,8 65:25
66:3,7,12,18,24 67:5,9,
21,24 68:5,9,12,16 71:10
79:2,9 80:17 82:14,19
83:17 85:10,13 86:3,14,
19,23 88:23 94:21
115:10,11,20,23,24
116:1,3,9,10,12,14,15,17
126:4,5,7,12,20,24
127:2,3,4 155:9 165:25
210:10 212:16 218:14
220:22 222:13

**poles**
60:25 65:16 126:18,23

**police**
7:8 28:13 117:4 118:2,6,
8,11,17,21 119:10,21
120:1,4 130:24 131:8,11,
14,20,23 132:2,4,6,9,11,
14,19,21 133:5,11
134:14 135:2,3,11,19,20,
23 136:4,22 137:13
139:15,23 141:15,17,24
142:6,9,14,20,24 143:3,
11 144:9,11,19,22,24
145:2,8,11,12,14,21,25
146:1,4,11,14,19 147:6,
10,17,20 148:9,16,23
149:8,12,13,14 150:5,10,
12,14,17,20 151:1,10,12,
21 152:2,9,15,23 154:16,
20 155:3,7,23 156:1,10,
14 157:10 158:7,15,20,

22,24 159:4 171:12
172:20 173:22,25 176:3,
6 178:14 183:13 185:3,6
186:4,10,23 187:4,18,19
188:20,21 189:1,2,7
190:1,5,19 195:17,23
196:20 198:2 216:5,13
220:6 239:8 256:22

**pop**
109:15

**portion**
8:14 56:15 145:20
165:14

**positioning**
79:4

**possessed**
242:25

**possession**
241:25 242:5

**possibly**
101:22 133:12,18 138:16

**post**
253:9,14 255:4 256:2,5

**Pot**
114:7

**potentially**
139:16

**prayed**
221:19 222:4,6

**prayer**
19:18

**premature**
210:3

**prepaid**
163:20,21 164:1

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    323
DONTE HOWARD, 09/09/2021        Index: preparation..psychiatric

**preparation**
27:10 28:4

**prepare**
21:8 32:23 113:10

**preparing**
22:10

**prescribed**
226:23 247:12

**prescription**
128:4

**present**
7:24 128:14 131:14
156:21 157:24 207:5
219:13 231:6 254:23

**presented**
65:8 67:3 231:15

**Presently**
7:23

**press**
164:11 166:4,13 167:2,
20 168:13 172:6 174:20
178:15 179:5,22 180:12,
17 181:18 182:14 184:13
202:3

**pressing**
203:12

**pressure**
226:12,14,16,18 227:1
230:3 253:1

**pretty**
8:9 14:23 22:12 26:23
30:25 47:18 65:9 72:15
107:9 115:22 149:15
160:24 161:15 189:3
199:1 240:14 244:25
249:11

**prevented**
149:2,7,15,17

**previously**
52:17 90:19 134:1

**printed**
154:5

**prior**
10:11 11:4 19:24 20:7
21:2 25:8,17 28:2 59:16
98:8 100:24 116:18
117:14 146:21 161:11
188:4 233:4

**prison**
112:13,17 140:19,24
141:1 232:22,24,25
242:9,12,14,17 243:7,14,
21,24 244:4,5,16,17,20,
22 245:1 248:24 255:22

**privilege**
159:16

**probably**
79:21 90:14 137:1 237:3

**probation**
136:6,13,15,17 137:8,21
138:2,4,5,10,13,17,18
139:5,9,10,15,16,24
140:7,10,21 141:8,10,14
238:7,8 239:20 240:1
242:20

**problem**
116:20 162:22 208:16
258:19,20

**problems**
162:19

**proceed**
5:16 125:15 127:7

**proceeded**

46:15,17 87:2 124:9
125:20 198:5

**proceeding**
261:10

**process**
189:6,13,21,23 190:11,
12

**produced**
213:2

**profanity**
76:21

**program**
12:17,20,23 13:2,14,21
15:13 16:8 20:1,19 29:23
230:17,18,24 232:7,11
259:4,5

**programs**
231:1,2 259:10

**property**
27:8

**proportionate**
111:22

**prosecution**
256:6

**protect**
118:23 160:5 163:5

**protecting**
99:6,9,16 156:5

**proved**
219:22

**proves**
216:6,10,14

**provided**
208:22

**psychiatric**

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    324
DONTE HOWARD, 09/09/2021                          Index: psychiatrist..really

251:10,12

**psychiatrist**
247:11 251:17,20 258:6
259:11

**public**
211:8,17 213:2 220:24

**punch**
56:19 105:1

**punched**
56:6 102:24 105:3

**punches**
110:3

**punching**
56:9,10

**purchased**
127:19

**purpose**
232:11

**purposes**
235:23

**pursue**
9:23 11:13,18,20 12:7
13:3 16:11

**pursued**
14:13

**pursuing**
7:21,23 8:10 13:9,24
14:2,18 20:1 26:16 42:25
44:14

**pushed**
52:9

**pushing**
52:8 144:6

**put**
15:13 26:19 46:16 96:18

97:15 115:7 141:14
191:22 201:7,10 221:22
230:2,4,17 246:4 247:17
251:4 258:9

**putting**
18:13 225:24

---

## Q

**quantify**
248:19

**quarter**
90:25

**question**
7:4 20:12 28:11,24 29:6
31:22 32:9 36:14 56:4,5,
14,18 64:21 70:7 75:4
85:3 105:13,15 121:11,
15,17 142:7 145:23
150:13 158:12 159:21,
22,24 166:20 170:10
174:2 179:1 187:7
190:10 213:13 215:2

**questioned**
145:24

**questioning**
4:25 187:17

**questions**
32:11,16 104:10 143:24
258:1 261:4

**quick**
72:21,24 240:18

**quickly**
85:25 101:8 108:20
161:19,23

**quote**
210:8,11,13,14

---

## R

**rain**
46:21 47:22 84:5,25
85:3,5,7

**raining**
49:9 58:9,12 82:22 84:2
85:2,8 110:19

**ran**
239:19

**rape**
228:14

**rapes**
228:21,25 230:21 252:3

**reach**
124:16

**reached**
17:16 21:12 87:19
124:15

**react**
88:4 155:16

**read**
18:19,20,21 21:24 56:14,
15 196:11 246:17

**reading**
26:17 64:13,17,23,24
258:24

**ready**
15:8,10,23,25 16:2,6
93:24 95:9 119:7

**real**
72:24

**realize**
157:1

**really**

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

12:10 13:10 15:11,24
17:15 18:21 19:4 21:14,
16,17 22:11,12 24:14,15
26:14 32:24 34:14 35:11
37:18 43:21 53:5,7,14
61:18 62:5 63:5 64:13,15
67:14,16 72:8 73:22
83:11 90:11 98:1,2
101:17 103:3 105:21
107:12 135:16 136:16
137:3 153:10 154:9
158:10 179:3 184:11
205:7,20 209:14 221:9
225:18,24 226:1 231:25
232:4 239:4,5 248:11
251:24 254:2 258:9

**rear**
74:14,15,16

**reason**
22:8 25:12 106:3 117:21
118:8,11 129:11 133:23
134:10,20 136:3,14,18
138:15 139:13,22 143:8
145:2,10 163:24 169:24
171:21 236:8

**reasonable**
254:24 255:2

**reasons**
130:4,6 254:9

**rebuilding**
21:14

**rebutted**
210:17

**recall**
86:10 107:12 128:17,20
144:13 145:18,19 177:11

**receive**
24:19 25:3,5 26:19 204:2

250:8 251:10,13

**received**
252:16,22

**recently**
221:19 222:2 233:15

**recess**
27:23 76:7 113:3 191:8
241:1 256:16

**reckless**
240:5,9 241:5,10,15

**recognize**
164:22

**record**
5:18 6:6 27:20,22,25
28:3 30:13 32:7 54:21
56:15 63:8 76:3,6,9,12
85:17 112:24 113:1,5
132:21 147:16 169:19
170:6,14,20 191:7,10
204:3 216:12 236:17
240:25 241:3 256:15,18
261:8

**recording**
26:2 132:23 133:2
164:13 166:5,14 167:3,
22 168:14 169:2 171:25
172:7 173:5 174:5,21
178:17 179:7,24 180:13,
18,20,21 181:6,8,19
182:3,5,8,11,15 183:1
184:15 185:19 191:17
202:5,19,25 203:14
204:12

**recordings**
181:14

**red**
73:5,13

**reduced**
253:3 254:25

**reduction**
254:17

**reference**
209:19

**references**
18:22

**referring**
37:3 54:6 112:6 151:7
179:19 203:22 214:15

**refresh**
167:17

**refreshed**
188:5

**regard**
211:20,24 218:9

**regards**
121:13

**rehab**
12:17,20,23 13:2,14
35:21 106:18 231:13,17,
21 233:20 234:1

**related**
29:7 35:11 179:14 244:1
248:12

**relationship**
43:1 44:15

**relatively**
196:24

**release**
227:23 235:21,23

**released**
9:7 16:18 18:9

**relief**

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

225:25

**relieved**
219:21 220:1 255:22

**religious**
130:4 231:10,12 232:5

**rely**
249:12

**remainder**
31:9

**remember**
11:6 19:17 32:10 34:5
35:23 36:23 39:18 42:13
46:1 48:18 50:19 53:15
54:11 55:24 56:1,6,20
58:8 64:15 66:6,14 69:24
70:9 83:9,15 84:3,7,8,24,
25 85:2,4 86:4 88:8 97:3,
6 103:11,13,14,20,22
104:17,23 105:2,3,5,7,9,
12,13,14,21 106:4
108:13,21 109:19
111:10,13,15,19 113:20,
21 114:4 115:8,14,17
116:22 122:4 125:25
126:1,3,6 131:1,4,22
137:4 138:3 140:15
144:14 145:23 146:8
150:16 151:16,24
152:12,16 157:15
160:14,17,22 161:1,7,14,
18,20,22,24 162:1,4,19
163:7,9,10 166:11
176:13 181:7 186:24
187:12,25 196:8,23
197:25 198:6 203:8,11
204:25 205:16 206:18,25
215:15 217:6 219:24
233:16 240:13 247:9
257:10,11 259:20,21

**remembered**
115:23

**remembering**
162:20,22

**remotely**
4:3 5:11

**renew**
250:1

**repeat**
28:24 56:13 69:1 75:2
121:10,15 139:21 142:2
146:12 155:24 163:1
187:1 192:15 215:22
241:7

**rephrase**
17:21 56:18 70:6 75:4
142:7

**replay**
182:22

**report**
210:15

**reporter**
4:21 5:5,6 25:25 27:17
31:23 191:2

**reports**
28:13

**represent**
4:9 39:2 213:2

**request**
21:23

**requested**
56:15 230:17

**require**
16:9

**required**
144:2

**resort**
209:18

**respectfully**
72:7

**response**
197:17 199:10 210:4
235:4,16

**responses**
209:6 234:10,18

**rest**
116:14 151:20 198:9
200:3 204:22 240:21

**restroom**
240:18

**result**
153:24

**retail**
237:10,11,21,24

**return**
76:20 88:4,18 163:22

**returned**
87:21 88:6

**reveal**
213:14

**revealed**
210:8

**review**
27:10 28:9 208:20
210:22 237:6

**reviewed**
28:4,11,21,25 29:10,17
207:8,19 235:8

**revoked**
137:20 138:17 139:10,
16,25 140:8 141:11,13,
14 238:7

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    327
DONTE HOWARD, 09/09/2021                              Index: rewind..save

**rewind**
167:1 172:5 203:13

**right**
8:2,20 9:14 10:2 14:8,16
32:22 43:22 45:5 51:17
55:20 56:10 59:5,14 61:5
62:8 65:20 67:15 68:6
71:18,21 72:1 73:5,8,17
74:1,4,7,8,11,16,18
76:23 79:4,15 80:9,12
81:8 82:6,11,13 85:10,
18,22 86:25 89:7 94:12
97:10,17 104:13 107:14,
17 108:12 109:9,14
112:6 116:14 117:11
119:1,17,19 121:9,19
122:2,9,12,16 124:19
126:11 127:5,9 136:12
137:18 138:13,20,22,23,
25 139:5,11 142:17,21
146:20 147:3,14 148:16
156:5,11 162:25 164:4,5
166:3 167:8 168:5,11,18,
25 171:21 174:13,17,19
175:11,24 176:6,16,21,
24 177:5,25 178:2,10,15
179:2,13,22 180:11
181:17 182:3,13 183:9
184:19,23 185:9,13,17,
22 186:4 188:21 190:2
191:14,22,24 192:8
194:13 196:14 198:25
200:10 201:16 202:18
204:5 205:1 206:1,8
208:18 209:13 210:25
211:9 212:24 214:8,13,
25 218:4,18 220:23
222:25 223:11,13 224:20
227:8 229:22 230:7
232:15,16 234:9 235:10
239:12 242:1,8,12 243:5,

7 250:16 253:4,11,18
254:22 260:10,16,25

**rights**
196:12,16

**risk**
139:24

**River**
244:19

**robbed**
186:8,9

**roll**
111:1

**romantic**
42:25 44:14

**room**
125:21 157:22 183:15,16
197:10,15,20,24 198:22,
24 199:22,24 200:7,9
201:22 202:1 205:22
218:1

**rot**
198:8 199:5 200:2
204:21,22 217:23

**roughly**
194:12

**round**
116:12

**rule**
138:21

**rules**
24:18 25:4 31:19 144:2

**run**
52:16 139:24

**Rush**
253:24

**S**

**said**
8:23 19:7 28:5 29:10
41:4 43:22 48:2 53:15
54:5 56:12 70:19 87:10,
15 89:9 93:12 94:1
96:11,20,21 97:12 98:2,
22,24 107:24 117:10
121:19 125:6 132:24
134:13 140:25 142:4,25
144:18 145:1,25 146:2,4,
15 156:18,19 157:25
158:3,4 159:18 160:16
162:11 168:10 170:15
172:18 174:10 175:10
177:25 180:5 181:3,24
184:24 186:1,11,14
187:25 190:21 195:13,
16,18,23 197:3,18 198:7,
10 199:2,4,20,23 200:2,8
201:2 207:1,19 216:8
217:2,16,22 218:17,19
220:25 222:11,15 223:3
225:9 229:12,13 233:15
234:13 245:2 260:1

**same**
55:4 61:12 68:5 80:23
88:9,11 89:23 102:14
116:9,15,17 193:18
215:24 224:9 236:22
237:20 243:14,22 246:3,
5

**sandwich**
197:22

**sat**
183:8 239:16

**save**
75:24 91:25 122:5

@©  AdvancedONE      (866) 715-7770
     LEGAL          advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

328

**saved**
234:5,6

**saw**
34:3 39:24 40:7 43:12,19 54:14 65:14 67:12,13 68:6 124:1,3 126:11 127:4 150:2 154:4 192:13 194:14 228:25

**say**
11:7 13:5 14:15 17:25 18:15 20:25 25:2,18 28:7 32:4 37:2 38:22 39:15 48:6,20 53:17 55:8,17 60:3 61:15 66:5,6 73:23 74:25 78:3 81:20 82:16 83:25 84:1 85:24 90:23, 24 91:20 93:6,18,23 97:9,16,20 98:9 107:24 108:8,19 110:9 115:19 118:10 119:18 120:11 123:20,21 127:1 131:12 133:6 139:1 141:14 146:23 147:4,12 149:22 151:23 153:1,11 155:10 156:3,6,7,19 157:3,4,23 159:1 160:2,5,8,11 161:22 163:4 171:12 172:3,10 175:11,14,19, 22 177:14 184:19 185:1, 23 187:13 188:22 189:20 194:12 196:7,19,22 197:11,23 198:24 199:10,11 203:6,9,19,23 204:18 205:17 206:2,3,6, 17,19 207:3 208:5 213:7 218:8 219:20 221:9 223:6 224:6,19 226:7 228:2 229:6 230:8 233:15,16,17,18,23 237:11 239:23 241:7 243:17 244:14 246:4,8

248:7 251:24 258:8,15

**saying**
21:7 24:18 37:22 49:17 50:1,14,18,21,25 52:1, 11,18 53:2,8,13 54:17 57:11 60:6 66:14,23 77:24 92:11,20,22 94:19, 21,24 96:4,6 97:24 101:21 103:23 105:21 112:5 135:2 144:18 149:18,24 151:14,18,21 155:21 161:8,9,17,19 162:14 168:25 173:13, 14,16 179:20 180:6 187:23 188:24 189:19 190:4 199:17 202:12 211:1 213:25 214:1 215:4 217:12 218:5 221:13 223:14 224:15,17 233:21 234:3 238:23 240:17

**says**
70:20 175:16 214:14 215:3 231:14

**scare**
133:13

**scared**
133:10 135:1,24 136:16, 17 140:1 143:5,7 147:25 148:13 153:13 154:11 155:12,13,14 168:8 169:12,22,24,25 170:1 173:15,19 175:5 180:8 252:6

**scary**
65:9

**scene**
184:9

**schedule**
15:16 29:23

**Schnidt**
5:1,17,21 6:1,4 10:12,17 11:12 12:19 16:22 24:3 25:9,19 26:3 27:14 28:1 29:12,14,21 30:11,22 42:8 54:13 56:17 61:9, 14,25 62:7,18 63:11,12 64:1 65:24 66:22 70:14, 20,22 72:10,12,19,23,25 73:12 75:20 76:3,13 78:4 81:4 89:21,24 90:1,16,18 91:25 92:2 94:6 95:14,16 98:11,19 99:8,14 100:25 102:20 104:6,24 106:2 109:1,3,6 112:23 113:6, 22 114:21 115:18 116:8 118:13 122:8 123:15,22 129:4 134:7,9 137:12,25 139:19 142:3 143:18,20, 23 144:8 146:25 147:19 148:7 149:6 154:22 158:13 159:15,17,20,25 160:1 161:12 164:11,15 166:7,16,21 167:5,24 168:16 169:4,20 170:7, 16,21 171:1 172:2,9 173:7 174:7,23 178:19 179:9 180:1,15,23 181:21 182:10,12,17 183:3 184:17 185:21 188:7 189:11,16 191:4, 12,19 201:21 202:7,21 203:2,16 204:7,14 207:18 208:2,8,13,16,19 213:7,10,11 215:16,25 223:19 224:4,11 234:14, 17 235:1 236:23 238:10 240:20 241:4 250:22 251:5,8 252:20 253:19,

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

23 254:3,6 256:19
257:25 260:7,25

**school**
8:7 20:16 21:12 30:14
36:22 44:5 103:16,18,24
104:1 129:10 191:21

**schooling**
8:14

**schools**
10:21

**score**
15:12

**screaming**
49:13

**screen**
73:2 115:7 164:6 201:17

**search**
182:11

**searched**
182:7

**season**
23:8

**second**
27:14 68:9 72:20 78:23
90:17 127:4 164:4,20
203:4 204:16 218:17
238:2 244:25

**seconds**
110:2 124:9,11 164:12,
16 165:5 166:9,17,23
167:2,21,25 168:21
169:9 172:6 173:4,9
174:4,20,25 176:7
178:16,20 179:10,23
180:2,16,24 181:2,18,23
182:14,19,25 183:5
184:14,18 185:18,23

202:8,24 203:3,12
204:15 205:2,14

**see**
32:12 33:20 36:9,20
51:11 52:7 55:22 58:18
59:23 62:5,19 64:2,4
65:25 66:2 67:23 69:18,
21,24 70:1,15,20,23
71:12 72:1,3,13 73:2,19
74:2,24 75:3,5,8 77:8,20
78:11,14,18 80:8,9,10
81:11,12,24,25 82:6,8,
10,11,17,18,19,21,22,23
83:1,2 85:12,16 86:8,10,
17,19,22 89:18 90:2,5,9,
20,23 95:10 108:11
116:1 119:23 120:20,23
121:5 122:9,19 124:15
126:7 135:20 136:10
152:17 155:13,14 165:5,
14 174:16 176:15 179:1
186:6 190:22 192:9,24
193:18,24 195:15 201:22
202:9 203:3,17 204:16
205:1,15 209:24 210:4,
19 217:13 228:12,17,21
229:3 236:1 241:18
244:9,13 245:14 247:8
249:9 250:4 252:1
253:24 254:2,3

**seeing**
13:6 60:1 66:6 69:25
115:8 217:6 258:6

**seeking**
250:15,20

**seemed**
63:19 195:24,25

**seems**
116:11 175:9

**seen**
22:24 28:15,19,25 29:7
34:1,7 37:15,22 38:1
42:7 43:21 52:8 54:12
55:7 58:8 63:19 67:25
68:1 75:9 115:23 125:1
164:17 167:13,16 177:7,
20 195:5,7 201:25
228:11 247:5 248:13,23
250:11

**self**
17:5,7 18:11 76:22 88:3
234:4

**sell**
46:15,17,18

**selling**
36:17 44:11 46:24 47:9,
12,20,21 48:22 49:1,6

**semester**
8:15,24 10:1,3,4,23 11:1
13:17,20,25

**send**
21:23 22:3,9,14 24:15
25:14 26:7,15

**sense**
79:24 252:13

**sent**
133:11 186:10 208:22

**sentence**
140:22 238:2 242:12

**sentenced**
242:8

**separate**
4:22

**separately**
20:5

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                330
DONTE HOWARD, 09/09/2021                    Index: September..shown

**September**
4:11 232:25 241:17
242:4 261:7

**seriously**
96:3

**serve**
140:19 239:14

**served**
141:5 232:15 233:3,9
242:11 243:15

**set**
16:4 69:20 71:13,16
72:6,14 111:20 209:7
234:11,19 235:4

**setting**
114:5

**severe**
55:25

**sexual**
228:15 229:2,8 230:9,23
252:3

**shade**
200:1,3

**shall**
235:25

**shame**
46:12 198:7 199:5

**share**
73:2 164:6 201:16
212:25

**she**
23:5,8,9 33:20 36:17
40:2,4 41:4 44:10,11,12,
21 45:4,5,11,13 46:5,15,
16,18,21 47:21 48:14,23
60:15,17,18,20 66:9,14,
24 67:2,9,17,18 68:3

69:10,11,20 70:4 73:20,
25 74:1,2,3,25 75:6,10,
11,13,15,21 76:15,25
77:3,6,8,9,11 79:9,15,19,
21,22,23,24 80:17 81:23,
24 82:3,4,14,24 85:13,
19,22 86:2,9,10,13,25
88:23 89:7 94:19,21
97:19 115:20 116:4
120:3,4,18,19 121:2
126:5,8,12 127:3 128:21,
22 131:5 154:5,14
160:19 179:20 195:22,
23,24,25 199:8 206:14,
20,21,22 218:18 219:20
220:6,25 221:6,7,13,18,
20 222:1,2,3,9,13,14,15
223:14 238:4 245:17
254:19

**she's**
24:6,8 33:21 128:25
238:1

**shift**
244:25

**shifted**
59:10 96:24

**shirt**
203:4

**shirts**
217:8

**shock**
153:13 154:1

**shocked**
154:10

**shoes**
205:6,9

**shoot**
251:5

**short**
12:16 40:10,11

**shorter**
102:13,15 111:11

**shortly**
11:8 35:21 130:24

**should**
5:17 10:14 90:14 96:7
97:20 98:9 99:21 100:6
101:3 155:16 204:21
217:23 252:8 256:12

**shouldn't**
96:8

**shove**
54:9,15,17 55:23

**shoved**
51:24 52:4

**shoving**
51:7,11,14,19 52:2,8,24
53:2 54:22 55:6,11,13,19
56:22,25 57:3,5,23 58:10

**show**
30:7 44:7 61:20 62:14
63:22 65:20 70:10 77:19
151:12 152:9 188:10,13
189:12 253:17

**showed**
217:6

**showing**
29:22 30:4 63:9 80:7
90:19 115:6,25 122:2
187:11 207:14 234:9

**shown**
61:1 62:25 63:7,14 64:5
65:15,18 66:3,12,18,25
143:12 177:11



AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

331
Index: shuffled..smart

**shuffled**
197:19 199:23 200:8

**shut**
107:20 108:18 170:24

**shy**
136:25

**siblings**
35:9,10 40:21 255:13,18

**sic**
122:1

**side**
13:7 29:7 77:21 79:16,17
80:21 81:8,10,13 87:5,6,
16,17,20 93:19 95:4
110:7,10,11 124:23
125:11 131:18 132:12
148:9 159:4 165:7,16
176:9 183:17 193:9,12
255:16,17,18

**sides**
81:6

**sidewalk**
57:15 71:23,25 78:13,17
87:19 123:1 165:20

**sight**
59:25

**signature**
234:23

**signed**
235:7,8

**signing**
235:13

**silver**
60:23,24 61:10 62:8,9,19
63:7,14,17 64:2 68:23
69:5,8 73:18,21 77:2
79:2,9 80:17 82:14 85:10

94:21 126:4

**simply**
144:6

**since**
14:18 16:16,18 18:2,9
34:7 113:24 161:5,6
173:1 227:23 233:2,4
247:3 248:23 249:10
250:10

**singular**
177:4

**sins**
231:21

**sir**
6:5 7:16 10:13 29:15
90:3 99:10 104:2,8 109:2
213:3 261:5

**sister**
179:11,14,17,20

**sisters**
41:1 179:17

**sit**
149:21 240:11

**sitting**
113:12 132:3,10,20
135:24 162:18 168:7
169:12 181:24

**situation**
17:17 97:16 155:17
190:7 245:18

**situations**
17:15 103:12

**six**
36:25 37:10 238:13,14

**size**
116:10,15

**skills**
21:19

**skin**
197:12 199:25 200:3

**skinned**
157:13 199:18,21

**skinnier**
111:14

**slap**
105:6

**sleep**
225:1,2,5,9,16 227:8,21
228:4 238:22 244:24
245:5 246:2,6,9 247:6,
17,20 250:4

**sleeping**
244:22 247:2

**slept**
244:23,25

**slim**
111:16

**slipped**
237:3

**slippery**
84:5

**slipping**
110:20

**slobbing**
258:13

**slurred**
92:8

**small**
193:7

**smart**
237:15

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**smell**
244:13

**smoke**
196:25 197:1,2,5

**snow**
36:18

**snowball**
44:12 47:4,15 48:7,10,
12,17 49:9 69:15,18
71:13,16 72:6,14 73:6,14
85:9

**snowballs**
44:11 46:15,17,19,24
47:9,12,20,21 48:22
49:1,6

**so**
8:16 9:2,11,16 10:25
11:7,16 12:2,12 13:1,8,
11,23 14:2,13 15:3
17:16,18,19 19:5,23
21:1,2,14,17 22:3,12,13
23:9,13 24:5,8,25 25:4,
11,12,18 26:8,14,19 29:4
30:10 34:6,8,9 35:23
37:1,6,9,19 39:6 40:18
41:12,14 43:18,21,22
44:5 45:5,12,16,19,21
46:7,13 47:14 48:2 49:8,
23 53:1,9 54:2,14 55:7,
11,18 56:18,21 57:5,14,
19 59:16 60:10,25 63:1,
15 64:14,21 65:10,15
66:11,23 67:11 68:2,8,21
71:20 73:23 74:8,17
75:12,21 76:14 77:19
78:11,22 79:11 80:5,16,
23,24 81:5,13,17,20,24
82:13 83:10 85:12,25
86:17 88:5,13 89:14
90:25 91:13 92:3 93:11,

15 94:7 95:2,20 96:4,9,
12 98:4 99:25 100:11
101:5,8,19 102:24 103:3,
10,17 104:10 105:20
106:25 107:14,22,25
108:20 109:20 110:17
111:22,23 112:2 114:10,
11,13 118:17,23 120:22,
25 122:9,22 124:1 126:9
127:7 128:25 130:4,7
134:13 135:2,20 136:14,
16,18 138:3 139:7,13
141:23 142:18,20 144:3,
17 146:16 147:10 150:1,
11 151:12,19 153:12
154:2,10,12 155:3,14,19
156:5,20 157:2 159:1
160:19 161:17,24 162:14
164:1 165:4,13 167:16
168:7 169:25 171:20
172:12 174:8 176:4
179:4,17 183:4 186:4,7,
10,14 189:5,19 190:11
192:11,17 194:2,3,4,10,
13 195:9,25 198:4,23
199:20 200:4 202:16
206:23 207:11 208:12
209:6 210:25 211:15
214:5 215:2 216:12,16
217:10 218:4 220:20
221:8 222:11 225:18
226:22 227:8 228:2
229:21 230:4 231:8
232:2,5,7,10 233:23
234:7 235:19 236:24
237:17,18,23 238:21
239:20 240:18 242:21
243:5 244:14,25 246:10,
18 249:12 250:21 251:6
254:17,21,22,24 255:3,
18 257:14 258:16 260:1,
14 261:3

**social**
256:2,5

**soft**
24:24 25:3

**soliciting**
241:18

**some**
11:22,25 12:21 18:25
19:17 24:12,13 28:6
31:18 32:11 33:21 38:10
41:8 51:4,5,6 65:3 69:13
91:9 103:21 111:16
127:19 130:23 133:12
134:20 136:18 138:24
145:16 151:20 154:7
162:3,4,9,18,19 172:19
188:10 194:24 195:1
217:3 218:15,16 226:16
229:8 232:13 233:22
239:7,8,18 252:1 260:21

**somebody**
56:6 105:4 118:7 135:21
228:19 249:9

**someone**
52:4 105:1,16,23 106:5
118:11 130:7 145:4
153:22 155:18 163:4
177:9 200:13 229:9
230:23 258:18,20

**something**
17:24 18:8 24:16 25:11
49:12 52:13,14 53:14,17
56:1,5 60:15,21 69:15,16
72:11 92:18 97:17,21
98:10 130:2,8 134:19
135:22 153:22 154:9
155:10 156:3,7 176:5
193:21 213:8 216:9
222:3 250:9 252:4,8

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    333
DONTE HOWARD, 09/09/2021              Index: sometime..stand

**sometime**
34:9

**sometimes**
38:1 40:5 83:23 101:4
248:7,8,21

**somewhere**
75:22

**son**
198:8 199:5

**soon**
256:12

**sorry**
9:10 10:5 18:2 27:6,17
40:6 43:23 44:2 50:18,19
57:19 63:11 67:6 68:20
74:14 76:9 78:22 79:25
80:4 89:21 98:2 107:22
111:25 113:8 114:17
120:11 121:10 122:1
125:5 140:4 142:19
147:1 149:7 156:25
158:2,11 166:22 167:13
182:7 188:23 197:9
216:22 221:3 224:16
229:17 233:11,12,13
236:13 240:16 241:8
255:23 256:10

**sort**
16:4 18:24 30:12 52:20
56:24 57:2 91:12 106:13
162:9 188:11 195:1
249:14 260:21

**sound**
177:2

**sounds**
14:16 88:2 215:22

**source**
152:20

**speak**
4:3 5:11 118:25 132:17
153:7 156:20 157:5,6,8,
21,23 158:1,4,6,14,19,
21,23 170:17 177:21
199:15,22 200:7,16

**speaking**
29:13 49:23 93:16 94:15
106:17,18 109:3 132:14
134:5 158:7 170:16,23
176:16 178:24 180:19
227:13 249:20 255:20,23

**special**
129:14,15

**specific**
106:19

**specifically**
222:8

**speculate**
101:14 104:11

**speculation**
61:7 98:17 129:2 137:23
223:17 224:1

**speech**
27:13

**speed**
84:17

**spell**
6:8,20 25:23

**spelling**
27:19

**spend**
15:4 20:2,6,10,19,24

**spent**
21:2,3 31:10 243:18

**spines**

24:22

**spirit**
249:5

**spiritual**
17:5,7 18:11,17 130:6
231:13 234:4

**spiritually**
232:6

**spoke**
26:6 33:11,14 99:20
119:4 132:18 144:9
158:15,18 197:11 199:21
200:6,13 216:8 219:7
220:11 221:1

**spoken**
97:7 168:17 177:17
181:23 220:8

**spot**
191:3,5

**spring**
8:15 10:4,23 11:1 13:17,
25

**square**
78:24,25

**squaring**
192:25

**stages**
15:3

**stamp**
62:15 201:18

**stamped**
61:21 63:23 65:21

**stand**
44:12 48:12 69:15,18,23
71:13,16 72:6,14 73:3,6,
14

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    334
DONTE HOWARD, 09/09/2021                              Index: Standby..street

**Standby**
27:21 76:5,11 112:25

**standing**
46:25 47:14,16,20 58:21,
25 59:2,3,6,8 67:14
73:20,25 74:2,25 75:5
77:7,10,21,25 78:6,19
79:1 80:21 83:2,8 88:23
94:10 110:23 120:18,19
165:6,7,10,11,19 166:18,
23 168:1,5 177:5

**Stapf**
5:5

**start**
4:13 8:13 9:5,9,16,22
10:2 11:2 12:13,20 15:14
17:6 55:19 76:10,16
82:24

**started**
8:6,16,21,24 10:7,23
11:8,16,20,21 12:13
13:9,24 14:7 31:4 35:21
46:21 47:22 50:15,22
51:1 52:24 55:12 76:18,
19 77:5 85:8 93:22,23
99:23 100:13 107:12
109:25 113:24 124:6
188:21 189:2 190:1,17,
21 192:11,12,17,18
195:9 222:19 223:4,9
224:14 225:24

**starting**
4:25 182:20 209:15

**starts**
209:14

**state**
6:5 14:24,25 146:24
169:15 170:11 216:19
235:19

**stated**
54:1 89:3 100:4,6,8
141:21 144:15 145:21
190:8,23 212:10,11

**statement**
209:23 218:18

**statements**
160:22 162:23,25 209:22
210:15,19

**states**
215:6 254:7

**stating**
146:8 160:18

**station**
145:22 146:2,5,11,14
148:16 149:13,14
150:11,12 152:15 196:20

**stay**
34:15 140:20

**stayed**
37:15,24,25 75:21

**steady**
84:25 85:3,5,7

**stepped**
99:22

**steps**
138:24 139:2

**stick**
60:21 61:4 68:4,19,23
69:5,8,17,18,21 70:2,4
73:19,21 74:1,3,21,24
75:1,6,8,16,22 76:16,24
77:2,11 79:6

**still**
11:24 21:10 26:25 58:16,
23 59:18 69:13,14 72:1,3
88:22 121:11 124:25

125:2 158:19 169:24
174:14 209:2 225:2,10
227:21 228:2 229:18
230:20 248:5 250:7,8

**stipulate**
251:3

**stitch**
193:20,23

**stolen**
241:25 242:5,25

**stop**
8:4 97:24 98:6 193:6
194:6 239:8 248:2 258:5

**stopped**
8:23 9:2,19,21 14:10
36:10 41:3 57:23 110:23
149:16 164:16 174:24
193:8 247:19,25

**stopping**
36:23 100:11

**store**
34:11 44:18 127:12,13,
15,16 130:7,15 131:8
237:16

**stored**
162:13

**stories**
71:4 187:9

**story**
148:10 155:23 156:2
159:4 186:11 187:6
190:6,15,19 223:1

**straight**
79:20,23 80:24 91:11
165:19 239:25

**street**
37:20 57:9,10,11 58:6,7

@© AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

59:13,24 69:3 71:10
79:10,12 81:16 83:7 87:5
90:8,24,25 91:12,22
93:1,16,17,19 94:7,13
122:17 123:2 125:1

**streets**
84:5 252:13

**strike**
10:5 16:17 26:5 31:13
50:9 53:10 56:22 67:6,17
76:25 112:22 113:8
114:16 117:3 122:23
136:2 141:16 148:22
180:24 185:4 197:9
210:10 211:21 212:15
214:5 215:18 224:16
233:3 245:3 252:21
253:16 259:22 260:8

**striking**
82:14 165:25 260:1

**struck**
110:15,17 117:18 121:18
126:25 127:3 137:15
143:13 188:16 210:12
212:7,17,22 213:15,21,
24 218:13 220:21 221:4
222:12 259:19

**struggle**
162:14

**stuck**
12:11

**studies**
162:12 231:7 259:7

**study**
18:17,20 19:11,13,16
21:1,22

**studying**
12:5 15:21 17:4 18:13,

14,16 20:2,10,15,24
21:4,5,6,13,21 22:2
23:16 26:8 30:8,15

**stuff**
18:24 19:19 46:22 48:4,
7,9,10,12,17 49:9 58:23
69:13,14 85:9 186:25

**Subject**
210:4

**submit**
30:12

**substances**
128:9

**such**
143:10

**suffer**
225:4 244:21

**suffered**
224:21,24 245:11

**suffering**
248:5

**sufficient**
109:4

**summary**
68:25

**Summer**
238:20

**supervised**
235:23

**Supplemental**
234:10,18 235:3

**supposed**
5:19 16:5 148:25 172:22
190:13,15

**sure**

11:3,11 13:11 14:15
17:22 23:23 29:24 30:3,
6,24,25 31:7,16,21 32:6,
24 35:18 38:25 40:13
41:10 44:24 45:11 46:20
47:7,18,23 49:2 50:2,12
51:10,25 52:3,9,10
53:16,21 54:1,3 59:7,9
60:5 61:2,4,8,13 62:4,5,
13,24 63:5,16,21 64:7,
11,12 65:19 66:21 69:2,
12 73:22 75:12 78:7,8
80:6 81:24 83:11,15,18
84:13,17 88:7 89:22
96:21 98:21,24 101:17
102:1 103:6 110:16
115:19,22 116:11 118:1
119:22 120:2,19 126:6
130:13,16 131:6 133:1
135:10 140:15 144:24
145:4 148:5 149:15
152:20 157:25 161:2
162:24 163:13 166:11
172:4 176:8,23 177:15,
19 178:4 182:6 188:13
189:10,20 190:14 194:25
199:1,2,19 201:12
205:20 212:22 213:24
216:4,12 218:21 219:7
227:6 236:22 239:4,5,10
240:14 241:9,13,23
248:11 249:25 257:16,18

**swear**
5:7

**swing**
77:16 78:1 102:3 104:19

**swinging**
74:1,3,20 76:16,24 77:1
79:1,6,9 80:16 94:20
101:18 108:10 165:24

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

336
Index: swings..talking

260:11

**swings**
102:4

**swipe**
102:19

**swipely**
102:25

**swiping**
88:23

**switch**
10:21

**sworn**
4:2 5:10

**swung**
101:6 102:10,17 103:22
115:13 126:4,8

**symptoms**
248:25 250:11

**system**
128:10

---

**T**

---

**T-A-S-T-E**
6:21

**tab**
187:11

**Tabatha**
4:15 33:12,22 35:1 36:9,
15 37:10,25 38:9,15
39:13,20 40:7,15 41:1
43:25 44:3,15 45:16
46:2,23 47:9,12,17
48:19,20,22,25 49:6,8,
16,18,20,24 50:6,15,18,
21 51:1,8 57:21,24
58:20,21 60:2,9,10,14

62:11,22 63:4,18 64:9
65:14 66:7,13 67:4,8,20
68:23 69:4,5 70:24 71:9
73:18 74:20,24 75:3,5
76:15,24 77:1,10 79:1,6,
8,12,20 80:16,23 81:9,
10,21 82:13 83:16 85:9
86:5 87:23 88:5 90:22
93:16 94:13,18 96:2,5,
12,16,24 97:17,18 98:4,
14,23 99:2,18 100:7
115:12 116:21,23 117:5,
16 118:14,18,24 119:2
120:1,8,12,23 121:3
122:24 125:8 126:4,24
127:14 128:18 135:8
137:14 141:21 142:4,10,
22,25 144:15,17,21
145:3,11,15 146:3,5,10,
13 148:15 149:23 150:2
152:8,14,21 153:5 155:8
156:10 165:2,11,21,24
166:9,18,24 168:1,24
175:6 178:10 182:19
186:14 187:18 188:20
189:2 190:1,16,17,21
192:19 195:10 212:20
215:4 218:7,16,22,25
219:14 220:20 221:3,8,
12 222:8,11,19,25 223:3,
8,10,24 224:8,12,15,16,
18 255:20

**Tabatha's**
35:8 41:8,20,23 45:19
49:14 53:22,23 59:1,6
81:11 82:8 85:13 121:9
125:17 128:1 130:9,12,
18 131:2 150:18 164:25
179:15 221:10

**table**
41:21,22

**take**
15:9,17,21,23 16:10,13
18:21 20:5 21:9,11 27:2,
4 37:12 38:9 46:21 79:19
87:22 102:4 104:19
112:23 114:6 139:4
145:22 146:1,2,5 147:14
191:2 195:3,6 196:2
218:1 225:19,21 237:15
246:21 256:11 258:17

**taken**
4:19,23 11:4 27:23 76:7
113:3 150:2 191:8 241:1
256:16

**takes**
15:22

**taking**
4:16 8:4,21,23 9:3,5,17,
20,23 10:7,8,19 11:8,21
12:8 14:7 16:3,24 21:6
48:4,6 107:6 227:4,10
245:6 247:20,25

**talk**
33:18,22 39:17 47:17
93:13 95:6 114:16
146:16 150:25 151:3,6,
11,14,17 152:10,13
153:1 156:15,18 186:12
218:22 220:5 251:17,25
252:8

**talkative**
136:24 137:3

**talked**
39:15 41:4 123:23 151:8
218:25 219:13 220:2,14,
17

**talking**
7:3 9:13 24:25 29:4
38:18 39:14 41:19 48:7



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

49:23 53:20 68:15 74:6,
14 76:22 88:17 89:14,15
92:4 114:24 151:8
172:17,23 176:12 212:20
243:18

**tall**
111:6

**taller**
102:13

**tank**
194:20

**tape**
61:17

**Taste**
6:19,22

**tattoo**
42:5,12,15

**teacher**
30:14

**teaches**
65:11

**television**
244:10

**televisions**
244:10

**tell**
32:13 49:12 72:11 78:6
89:5 95:5,18 104:12
106:21 118:25 120:3
134:18 141:15,18 142:14
143:2 144:22 148:23
150:5,13 153:5 154:2,12,
17 155:22 156:1,9 159:3
170:3 172:14 175:24
179:11 180:17 185:13
186:11 190:6,19 195:22
196:1 198:5 224:23

252:4,5,9

**telling**
94:22 133:19 144:4
147:13 149:8,16 161:4
178:10,13 180:7 181:2
187:5,8 206:21 224:18,
19

**ten**
167:1

**tenant**
178:6

**tending**
194:16

**terms**
138:2,4,12 160:20

**terrible**
232:1 245:18 254:18

**test**
15:9,17,23 22:10

**testified**
4:5 5:13 13:10 28:22
29:2 65:13 98:15 99:17
115:10 117:2 123:9,16
128:15,21 129:5 162:8
184:8 188:2,10,25
189:24,25 207:6,12
210:7 211:1 216:24
217:3 218:9,11 222:17
245:12 252:22

**testify**
159:6,10 211:12,24
212:5 217:9,11,18,21
218:2 251:1

**testifying**
68:21 128:17 161:5
186:22 187:2 209:11
211:20

**testimony**
10:11 25:8,17 26:1 29:18
64:19,22 65:2,4,6,8
66:11 67:1 74:23 83:4
95:2 98:8 100:24 103:19
105:25 107:16 115:16
135:25 144:21 146:22
161:11 163:2 169:19
188:4,11,12 190:25
198:23 209:21,23
210:16,23 213:1,3
231:19 259:17,18

**testing**
126:14

**Texas**
22:24

**text**
181:14

**than**
6:16 11:2 28:8 42:14
43:18 47:25 54:9 55:19,
23 56:21 58:14 65:7
68:22 69:2 84:9,11 86:1
88:13,15 102:13,15
106:25 111:11,14 114:3,
11 120:12 122:20
126:10,24 130:4 138:6
145:11 150:6,14 159:18
188:1 198:14 205:9
218:4,5 219:25 222:9,13
225:4 226:12 227:8
233:2 243:15,22 244:4,
16 246:7 252:21 255:20
256:1 259:10,11

**Thank**
5:4,15 6:1 63:11 67:7
76:2 89:24 134:8 240:23

**that**
6:20 7:12,13,25 8:8,14,

WASHINGTON vs CITY OF CHICAGO, et al.                                    338
DONTE HOWARD, 09/09/2021                                    Index: ..that

20,22,23 10:6 11:7 12:1,
4,5,7,17,20 13:1,10,16,
17,18,23,24 14:8 15:12
16:1,5,9,17 17:4,12,15,
21,24,25 18:1,22,24
19:1,8,13,16,25 20:18
21:7,10,11,12,16,17,19
23:13 24:9,17,21 25:1,
11,12,13 26:5,18,22
27:2,17 28:4,5,6,17,24
29:7 31:1,12,13,14,23
32:5,6,7,9,16,18 33:1,2,
3,11,21,24 34:3,19 35:8,
22 36:6,16,20,22 37:2,
21,25 38:1,7,11,15,21,24
39:6,9,15,19,24 40:7,9,
13,14 41:3,4,6,7,10,14,
15 42:9,12 43:12 44:8
46:1,16 47:15 48:14,18,
22 49:17 50:10,19 51:8
52:18,19 53:3,10 54:1,3,
11 55:24,25 56:1,5,10,
13,20,23 58:8,14 59:23
60:14,25 62:9,11,22
63:2,3,21 64:8 65:6,9,14,
16,17 66:3,6,7,11,12,18,
23 67:1,2,5,7,9 68:2,3,5,
9,24 69:8,10,13,14,16,
17,18,21 70:7,24 71:1,9
72:16 73:20 74:7,11,22,
23 75:2,11,15,22 76:25
77:1,17,20,21,24 78:7,9,
14,25 79:24 80:4,9,23
81:23 82:4,14 83:1,11
84:3,8,20,22 85:1,4,10,
19,20,23 86:1,4,10,13,19
87:7,8,10,18,20 88:15
89:3 90:24 92:17,20,23
93:13 94:1 95:6 96:1,4,6,
7,11,16,23 97:1,3,6,16,
19 98:1,4,12,13 99:1,2,
17,18,20,21 100:4,6,7,8,

10,14,22 101:2,3,5,8,21
102:9 103:14,17,23
104:2,8,13 105:1 106:4,
7,10,12,16,18,22,25
107:10,14,16,22,25
108:13,14,15,25 109:5,
19 112:14,15,22 113:8,9
114:16 115:10,12,14,17,
19,20,23 116:3,17,22,24
117:2,3,4,6,7,10,15,18,
23 119:1,8,10 120:4,10,
11 121:10,20 122:2,3,23
123:9,10,14,16,17,20,21
124:3,4,8,11 125:1,25
126:4,5,7,12,14,17,19,24
127:1,2,3 128:17,20,21
129:5,17,24 130:2,17
131:10,14,20,22,23
133:11,13,15,17,21,22,
23 134:5,6,10,13,14,15,
16,17,18,19,22 135:2,3,
6,20,24 136:2,14,17
137:6,13,17,20 138:1,6,
11,21,24 139:7,13,21,22
140:1,3,6,12,14,19
141:10,16,21,23 142:2,4,
5,14,22,25 143:3,11,12,
13,25 144:2,5,7,12,15,
17,22,25 145:1,5,6,8,15,
16,18,21,25 146:1,4,6,7,
12,18,19,23,24 147:1,2,
6,17,20 148:1,2,15,22,25
149:23,24 150:6,15,16
151:8,13,15,16,24,25
152:12,14,16,20,21,24
153:2,5,6,7,10,12,15,16,
22,23,25 154:1,4,5,9,10,
13 155:1,6,16,17,19,25
156:3,6,7,10,11,12,19
157:1,4,20,21,25 158:4,
9,12,17 159:2,9,12,14,
22,24 160:3,16,18,19,20

161:1,2,4,5,17,18,20
162:6,7,8,9,12,14,19,22,
23,25 163:1,2,3,4,7,9,14
164:7,8,21 165:2,5,6,10,
20 166:20,25 167:6,10,
17 169:15,18,23 170:2,
11 171:2 172:19,20,24
173:1,13,16,17 174:9
175:12,17,20,22 176:3,4,
5,8,9,11,15,24 177:9,12
178:2,5,6,8,12,13,14
179:15,18 180:8,25
181:8 182:10,22 183:16
184:3,4,8 185:3,4,5,10,
15 186:6,7,8,10,11,15,
17,18,21,22 187:1,2,18
188:9,10,16,20,22 189:1,
3,19,24,25 190:8,17,18,
20,21,22,23,25 191:1,15,
21 192:3,4,5,15,23
193:1,18,22 195:5,17,18,
23,25 196:1,9,23 197:3,
9,11,15,17,25 198:1,5,7,
8,10,14,20,23,24 199:2,
5,12,16,20,21 200:2,6,
17,18,19 201:2,8 202:12,
23 203:6,8,10,11,19,23,
25 204:1,8,9,18,20,21,
23,25 205:4,7,8,10,15,
17,21,22 206:4,8,13,15,
22 207:12,19,22 208:12
209:2,3,4 210:3,4,7,8,
11,19 211:1,3,4,15,22
212:5,7,10,11,14,16,18
213:1,3,14,18,21 214:14
215:2,3,6,12,13,17,18,
20,22 216:1,2,5,6,7,8,10,
14,17,18,19,21 217:5,12,
14,16,22,23 218:6,8,10,
15,16,17,18,19,20,23
219:7,21,22,24 220:1,11,
13,20,23,25 221:13,22,

25 222:4,6,7,11,15,17,
18,22,25 223:3,5,6,9,10,
11,12,14,23,24 224:6,13,
16,19,21,24 225:5,10,12,
13,19 226:9,12,22
227:14,18 228:4,9,10,11,
16 229:4,11,13,17 230:2,
8,19 231:3,5,8,16,24
232:1,10 233:2,3,13,19,
21,22,24,25 234:3,22,23,
25 235:8,12 236:1,4,5,9,
11,15,24,25 237:5,20
238:1,7 239:12,15,23
240:1,9,10 241:6,7,10,
11,12,19,21 242:11,14,
17 243:3,4,7,12,15,17,
18,20,22 244:19,20
245:2,3,4,10,11,14,15,
18,21 246:4 247:12,19
248:13,19 249:6,12,18
250:6,7,8,11,16,18,20,23
251:1,4,23 252:1,4,7,8,
21 253:3,6,11,13,14,16
254:7,12,18,21,22,24
255:9,21,22 257:6,8,14,
18,22 258:1,12,20 259:3,
19,20 260:4 261:1

**that's**
15:2 16:8 18:8 21:4,5
22:24 23:17 24:22 28:10
38:22 40:3 43:22,24
56:4,12 60:14 62:1
64:11,21 65:11,25 66:5,
12,15 71:10 74:5,8,13
80:5,14 83:10 89:4,6
91:3,23 93:12 95:5,10
99:21 103:18,20 104:7
107:9 108:9 109:3 112:1
115:11 119:19 121:16
123:4 124:2 125:6
132:16 133:4 142:17

145:5 151:18 155:10,21
161:15 163:10 165:21,24
168:9,10 169:12 170:9,
10,14,25 171:6,12 174:9
175:9 177:4,10 178:25
179:11,13,18 180:5,10
186:9,12 188:25 189:5
195:13 199:17 202:15
204:20 205:25 208:4
212:6,18 214:14 215:5,6,
9,10,19 216:9 217:2,14
218:10 221:1 225:25
230:12 231:13,21 232:2
233:21 236:18 237:7,8
238:6 239:4 243:8 247:1
249:19 250:9 251:6
252:3,7,9,11 254:16
255:5,7,16,17 256:11
257:25 260:2,3,4,25
261:2

**the**
4:3,4,7,9,11,13,14,16,17,
20,21,23,25 5:3,4,6,7,11,
12,15,18,23 6:6 7:3,8,13,
22,24,25 8:6,7,9,15,20,
24 9:10 10:1,3,4,10,14
12:3,10,12,23,24 13:2,6,
8,9,14,23 14:15,24,25
15:3,9,17 16:6,8,16 17:4,
18 18:19,22,25 19:2,5,
13,14,17,24,25 20:2,16,
17,18 21:4 22:2,6 23:8,
13,15,18,20 24:6,7,8,10,
14,18,21 25:4,25 26:1,2,
17,21 27:1,7,17,20,21,
22,24,25 28:3,8,12,18
29:6,10,11 30:8,14,25
31:1,9,12,14,22,23 32:6,
12,13 33:11,16,17 34:3,
6,9,11 35:4,7,18,23,25
36:3,6,13,18 37:1,2,4,6,

19,24 38:3,7,10,15,22,
24,25 39:2,3,12,19,24,25
40:4,7,8,9,10,12,13,21,
22 41:14,15 42:1,11,14,
15,16,19,23 43:1,2,4
44:2,11,12,13,17,18
45:5,7 46:5,10,15,16,20,
21 47:8,21,23 48:4,6,7,9,
12,14,16,21,23 49:14
50:4 51:16,17,22,23
52:4,17 53:1,14 54:9,20,
21,22 55:4,5,11,12,13,
18,19 56:2,6,9,15,18,21
57:6,9,10,11,14,22 58:6,
7,16,21 59:4,5,13,24
60:24,25 61:1,3 62:1,10,
11,19,22,25 63:2,3,7,8,
13,14 64:5,6,8,17,18,22,
24 65:1,7,11,15,16,18
66:1,3,4,7,12,18,25
67:14,15,21,24,25 68:3,
5,25 69:3,12,15,18,22,23
70:1,4,5,6,8,20,23 71:3,
6,9,10,12,14,16,17,18,
20,21,23 72:1,3,5,11,13,
14 73:2,3,5,6,13,14,18,
19 74:1,2,3,4,5,8,10,11,
13,14,15,16,17,20,24,25
75:4,6,8,12,21,25 76:1,2,
3,5,6,8,9,11,12,15,24
77:11,12,13,14,15,16,17,
21,25 78:1,10,11,12,13,
16,19,20,22,25 79:1,6,7,
9,10,12,15,16,17,19,20,
22,23,25 80:8,11,16,21,
22,25 81:5,8,9,15,16,17,
18,22,23,25 82:18,19,23
83:8,13,14,17,19 84:5,13
85:4,8,13,17,19 86:3,6,9,
11,12,14,15,16,18,19,22,
23 87:5,6,16,17,19,20,23
88:6,9,11,22,23 89:5,12,

WASHINGTON vs CITY OF CHICAGO, et al.                                    340
DONTE HOWARD, 09/09/2021                                   Index: ..the

14,18,19,20,23 90:5,7,8,
9,10,14,20,23,24,25
91:1,4,6,7,12,15,18,21,
22,23 92:20 93:1,5,16,
17,18,19 94:7,13,20
95:3,4,11,21,22,24,25
96:6,14,15,24,25 97:15,
19 98:13 99:22,25 100:8,
14 101:16 102:2 103:4,
14,17,22 104:12,18
105:13,14,21,22 106:4,7,
9,10,12,17,19,22,25
107:1,14,22,25 108:3,6,8
109:20,25 110:11,16,24
111:1,3,4 112:9,12,24,25
113:1,4,5,12 114:5,11
115:7,11,20 116:1,3,9,
10,12,14,15,16,17,19
117:4,14,16,19,24,25
118:2,6,8,11,17,19,21
119:10,14,16,21 120:1,4,
16 121:3,8,11,15,20
122:4,10,12 123:1,2,5,17
124:2,10,12,16,23,25
125:1,10,11,12,13,15,20,
21,24 126:10,11,12,19,
23,24 127:2,3,7,8,12,13,
16 128:15,21 129:10
130:7,13,14,16,17,20,21,
23,24 131:1,5,8,16,18,
19,21,25 132:3,5,6,9,10,
11,12,14,20,21,25 133:5,
11,17,25 134:1,4,8,14,
16,17,23 135:2,3,9,11,
16,19,23,24 136:3,4,13,
14,21 137:5,13 138:2,3,
12 139:13,14,18,22,24
140:2,20 141:3,15,16,17,
18,24 142:4,5,9,14,20,24
143:3,6,8,11 144:1,9,11,
17,19,22,24 145:1,2,8,
11,12,14,16,17,20,21,22,

24,25 146:1,2,4,5,11,14,
18,19 147:6,7,10,11,13,
16,17,20,21 148:2,9,11,
14,16,21,23 149:5,8,12,
14,23 150:1,5,6,8,10,12,
14,15,17,20,25 151:3,10,
12,19,21,22,25 152:2,8,
9,10,13,14,20,21,23
153:15,24 154:4,5,10,16,
20 155:3,7,11,16,23
156:1,2,9,10,14,15,25
157:10,22 158:6,10,15,
17,19,21,23 159:2,4,6,9,
11 160:2,14,15,21,24
161:4,5,7,22 162:2,9,12,
13,15,16 163:11,14
164:13,24 165:1,7,14,15,
20,25 166:5,9,14,18,24
167:3,11,22 168:1,4,5,7,
8,14,17,21 169:2,6,9,12,
16,19,23,24 170:2,3,5,
11,13,14,19,24 171:3,12,
19,25 172:6,7,10,14,18,
19,22,23 173:5,8,21,22,
24,25 174:5,8,21 175:7,
16,25 176:3,9,14,15,18,
21 177:1,5,8,10,23
178:1,5,6,11,13,17,21,24
179:1,2,4,7,11,16,24
180:3,13,18,20,21 181:2,
16,19,24,25 182:3,11,15,
20 183:1,5,6,8,13,17,24
184:2,5,10,15,19 185:3,
5,6,19 186:4,7,10,15,18,
19,20,23,25 187:4,7,17,
18,19,23 188:5,8,15,16,
19,20,21 189:1,2,7,20,25
190:1,5,7,16,17,19,22
191:2,6,7,9,10,15,17,20
192:11,16,17 193:2,12,
13,14,16,18,19,25 194:5,
6,7,11,14,23 195:1,17,23

196:11,14,19,20 197:10,
15,19,20,24 198:5,6,7,8,
9,11,12,14,16,21,22,23
199:3,17,22,24 200:1,3,
4,6,9,16,18,19,21,25
201:3,14 202:5,8,15,19,
25 203:4,14,25 204:1,3,
5,12,20,22,23 205:20,22
206:24 207:6,8 208:2,8,
9,15,16,17,20 209:9,14,
22,23 210:10,12,15
211:5,10,12,16,21,25
212:3,10,11,17,22,25
213:2,3,16 214:2,9,18,19
215:2,11,12,13,18 216:5,
12,13,15,17,20,24 217:3,
5,6,15,16,19,21,22,25
218:1,4,8,13,14,16
219:2,9,11,18,19 220:2,
5,6,9,11,15,17,21 221:4,
5,8,17,23 222:12,13,18
223:3,9,14,17,23 224:1,
2,6,13,18,19,23 225:11,
13,15,21 226:3,25 227:1,
6 228:4,10,19 229:4,21,
24 230:3,12,18,24 231:1,
3,6,20 232:7,10,11,13,
15,22,25 233:10,13,23
234:22,24 235:10,19,20,
21,23 236:17,20,22
237:7,8,9,12,16,17,20
238:5,8,11,15,16,17
239:8,18 240:18,21,23,
24,25 241:2,3,5,19
242:18,19,20 243:5,6,13,
14,15,18,20,22 244:1,5,
6,8,13,14,15,24 245:4,
14,21,24 246:2,3,5,23
247:9,11,12,19,20,25
248:9,10,13,25 249:12
251:1,6,16,19 252:1,13
254:17,23 255:11,12,15

256:14,15,17,18,22,23
257:8,11,14,16,19,20,25
258:6,10,24 259:8,11,19
260:2 261:3,6,7,8

**theft**
140:11 233:10,14,24
236:5,10,25 237:10,21,
24 242:18,19,22 243:3

**their**
4:22 54:18 113:24
119:23 135:4 153:22
244:11

**them**
19:4,18 20:5 26:22 53:1
55:7 57:6 81:6 83:8
84:18,23 105:6,10 114:1,
2 133:7,12 134:18
136:19 140:3,6 141:18
143:9,13 144:14 145:22,
23 146:8,16 147:13
148:6 149:16 150:10
154:17,21,23 155:1
156:15 157:4,11 169:24
172:14 175:24 176:5
183:5 185:13 186:8,10
190:6 196:1,18 197:2,4
208:14 216:9 239:8
247:22

**then**
8:17 10:18 14:6,10 31:4
34:7 40:2 44:13 54:2
72:24 87:9,21 89:1 94:12
100:10 103:23 109:21
110:18 111:18 126:13
127:11 129:15 130:8
136:2 140:25 147:12
150:20 179:5 183:17
186:23 192:19 195:17
205:1 210:9,13 216:11
218:17 222:19,20,22

223:4,5,9,10,15 224:7,8,
14,16,17,18 229:2,10,24
230:5,7,19 231:4 233:3
239:2,19 240:7,12
248:17,18 258:11 259:16

**theologist**
19:9

**there**
5:18 12:25 16:4,9 18:3
30:18 31:2 34:23 36:23
37:15 38:1 40:23 41:13
44:20 45:4,23 46:4 47:14
49:15 50:5,13 52:4,6,20
53:19 55:11,12,18 57:17
58:22 68:8 69:12,14,20
74:12,16,18 78:12,15
83:13 84:21 94:2 100:11
112:19 118:21 121:20
123:9,16 133:18 134:18,
19 135:17 138:24 139:8
141:22 142:5,15,23
143:1,3,8,9,18 144:15,
16,23,25 145:10,14
146:9,19,23,24 147:5,6,
7,10,14,18 149:10,22,24
150:7,12,15 151:1 155:1,
2,4,15 162:6 163:24
168:21 170:4,12 171:21
172:3 175:7,11,14
176:11 177:10,15,16
183:15,20 186:10 188:8
190:9,23,24 192:4,5
194:12 195:23 196:5
199:18,20 200:12,19
202:23 204:8 205:14,21
207:22 209:15 214:23
215:11,17,19 216:1
228:11 229:11 230:2,5
236:8,16 237:4 239:25
251:17,25 252:1 253:16
254:19 255:10,11

**there's**
29:6 176:16 251:23

**thereof**
235:19

**these**
21:18 32:16 64:12 87:1
91:14 105:8 162:23
228:8 231:16 235:7,8,13
240:21 252:13,14

**they**
8:6,7 15:7,8,13,25 16:1,8
18:5,22 23:22 24:16,17
26:22 27:4 30:23,25
35:10,11 48:4 51:4,5,6,
14,16,19,23 52:2,10,12,
15,16,18 53:2,5,6,7
67:14 77:13 79:10,11
81:13,14 82:1,2 126:3
127:18 131:16,18,21
132:4,15,16 133:17
134:16,17,19,21,22,23,
24,25 135:7,11,13,14,21
136:18 139:3 140:2
141:13,14 142:9 143:8
145:22,25 146:2,4,6,8,15
147:1 149:10,12,13,14
150:8,9,10,11 151:15
152:2,3 154:20,24,25
155:21,24 156:21 157:5
169:22 171:16 172:20,22
175:9 176:1,8,9 179:16
183:22,23 184:2,10,25
186:2 196:25 197:2,6
198:15 199:15,16 201:8
208:21,25 216:7,8 217:9
227:23 228:2 230:2,4
231:1,6 237:19 238:6,7
240:11 244:13 247:16
252:14 258:8 259:4,5

**@©** AdvancedONE
LEGAL

**(866) 715-7770**
advancedONE.com

**they're**
81:23

**thing**
29:10 61:4 130:17
164:21 188:1 218:8
236:19 246:3

**things**
17:2,4 18:23 24:7 26:19
38:10 64:15 142:21
161:18,20,22 162:18,19
172:21 186:18 199:2
216:8 225:12,17 227:13
228:9,10,16 231:16
233:22 248:13 249:6
251:1,23 252:1

**think**
16:1 53:25 56:5 63:15
72:8 78:9 87:18 132:23
133:15 134:5 138:3
146:17 149:21 150:9
154:2,7 155:17 171:14
172:24 178:13 190:16,18
192:3 193:22 194:4
205:19 206:15 211:4,9
219:18 220:25 221:3
240:10 247:11 250:21

**thinking**
60:24 133:21 136:19
155:12 176:4 183:11
186:7,9,25 187:3,25
192:2 205:20

**thinner**
116:12

**third**
143:16

**this**
4:13,19,23 5:18,22,23
20:12,13 28:11,13,22
29:2,8 31:17,21 34:6

36:7 38:20 41:7 53:10,11
57:5 58:2 59:9 61:10
62:1,8,12,19,25 63:6,13,
17 64:2,5,8 65:16,25
66:3,7 71:2,6,10,13 72:8,
10,18,24 73:5,13,19
74:9,12,19 75:24 78:19,
24,25 79:14 80:6 83:7,16
85:9 86:13 88:4,24 89:6
90:8 91:5,6,16,21,25
92:25 93:1,4,14 95:20
97:10,12 110:6,9,10
113:24 115:20 116:3,9
120:6 122:5 123:24
126:15 127:20 131:13
134:2 136:6 141:11
143:17,24 148:14 149:18
151:8 152:1 153:12
154:3,8 159:21 161:6,24
162:15 164:17,22 165:1,
9,19 166:9 167:7,13,16,
18 168:18 170:1,24
171:2 173:9,15,19,21,25
174:1,13 175:4 176:4,6,
22,24,25 177:4,11,18,20,
21,23 180:4,6,7 181:13,
23 182:8 183:11,15,16
184:5,20,23 185:1,2,5,9
186:1 187:11 189:12
190:10 191:4,14 192:2
199:9 201:17,23,25
202:11 203:4,17 204:16
205:1,19,20 206:3,21
209:6,17 210:21 211:23
213:3,12 215:20 216:1
219:1,2,14,16 230:9
232:1,2,3 233:4,5
234:13,14,24 235:2,3,23
236:3,18 237:6 243:16
244:1 245:3,5,11 250:16
253:17,19,24 254:22,23
255:25 261:6

**those**
10:8,19 13:1,7 14:10
20:9 102:9 103:12
104:25 124:11 126:18
139:2 141:5 144:4
152:18 153:14 160:20,22
162:25 172:13 227:5
244:17 246:3,4,13
247:24 258:17 259:9

**though**
15:10,25 30:3 52:9 79:11
97:18,20 98:9 119:7
138:19 180:18 182:2
209:10 217:4 235:13
239:5

**thought**
63:3 118:14,18 133:11,
17 154:8 155:19 167:12
176:1,2 184:8 189:6,13,
21,22,23 190:11,12
237:14 242:17

**threaten**
93:23

**three**
14:14 20:16 21:2,3 33:13
46:9 65:16 71:4 85:24
86:6,18 87:1 102:5,9
105:20 107:9 113:25
125:14 160:21,25 161:4,
6 162:21 163:2,8 183:12,
16 217:5,7 228:1 240:19
242:8 246:23

**threshold**
78:13

**threw**
205:6

**through**
35:2 54:3 72:23 131:16
132:12 138:25 165:20



**AdvancedONE**
LEGAL

**(866) 715-7770**
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    343
DONTE HOWARD, 09/09/2021                              Index: throughout..to

174:25 199:8 209:9
211:4,16 219:11 221:7
222:14 231:20 240:20
248:14

**throughout**
55:12

**throwing**
205:9

**thus**
68:25

**tier**
229:19

**time**
4:11 7:5,11,12,25 8:9,20
12:10,16,18,21 13:1,9,
16,18,23 14:16 15:4,18
16:1,19 17:13 21:1,7,18
22:23 27:22,25 28:18
30:13 31:1 33:11 34:3
35:25 36:3,6 37:1,6
38:18 40:9,11,14 41:14
42:14 43:24 44:22 46:20
47:23 48:21 54:3 55:13,
22 59:9 68:8,15 75:12,21
76:6,9,12 83:1,16,19,20,
21,22 85:1,9 87:24
88:10,12 89:14 95:11
102:10 103:17 104:18
105:19 106:12,17,19
107:19,22,25 109:24
113:1,5,15 114:5,7,9
118:19,21 119:11 120:3
121:4 124:13 130:11,13,
14,16 136:6,13 137:13
138:6 139:18 140:19
143:6,16 151:25 158:17
162:16 179:16 187:10
191:7,10 192:2,16,23
199:18 200:12 206:14,24
220:11 221:8 222:6

225:15 226:3,16 227:15,
17 232:15 233:9 237:17,
23 238:15,16 239:14,18,
20,24 240:25 241:3
243:4,5,15,23,24,25
244:16,24 245:16 247:6
250:12 255:21 256:15,18
257:22,24 259:24 261:8

**timeframe**
252:19

**timers**
15:3

**times**
36:11,12,13,14 39:24
40:7 85:12,22,24 86:7,9,
10,18 102:6,9 103:10,14
104:15 110:13 113:23,25
138:8 144:11 222:1
228:22,24 233:7 244:6
258:10

**Tinley**
140:13

**to**
4:3 5:11,19,23 8:7,8,9
9:22,24 10:1,2,3 11:4,7,
13,16,20 12:6,7,9,10,13
13:3,6,8,11 14:3,14,17,
18,23 15:4,15,16,17,21,
22,23 16:5,11 17:2,16
18:8,14,17 19:16,20,24,
25 20:2,7,8,9,21 21:2,4,
8,9,16,18,22,24 22:3,4,9,
12 23:6,8,14,18,20,24
24:5,7,8,13,14,15,19,24
25:2,3,4,5,6,14 26:7,13,
15,18,25 27:2,6 28:2,7,
19 29:7 30:2,7,12,13,14
31:5,18 32:2,5,11,17,23
33:11,14,18,19 34:11
35:20 36:18,20 37:3,17

38:8,17 39:2,17 40:3,4,
12 41:1,4,10,12,19,21
43:25 44:3,6,7,22 45:3,5,
8,16 46:15,17,21 47:1,5,
6,17,22 48:16 49:23
50:14,21,25 51:17 52:1,
17 53:3 54:6 55:19 56:1
57:14,23 58:18,23 59:17
60:2,15,18 62:1,9,12,19
63:6,13,19,22 64:14,18,
21,22 65:1,3,10,17,20
66:1 69:16 70:10 71:17,
18,21 72:8 73:8 74:19
75:4,15,24,25 76:10,18,
19 77:5,14,15,16,19
78:1,5,6,12,20,22 79:17,
19,20,23,25 80:6,11,24
82:3 84:15,18,19,22,23
85:8,24 86:6,17,18,19
87:1,2,9,10,11,16,23
88:3,4,6 89:3,5,7,11,22
91:4,5,9,12,25 92:24
93:4,9,12,13,16,23,24
94:1,16,20,21,22,24
95:6,8,9,11,12,17,18,21,
24 96:2,9,12,14,16,22,24
97:7,9,13,15,16 98:5,6,
22,24 99:3,18,23 100:13,
14,16,18,19,21 101:2,4,
13 102:9 104:11,12,19
105:15,22 106:3,5,17,18
107:1,5,8,11 108:6
109:25 111:3,22 112:2,6
113:9,12 114:6 115:7
116:9,15,17,18 117:14
118:6,8,11,19,20,23,25
119:2,3,8 121:12,13,14
123:23 124:6,9,23 125:6,
20 127:1,12,13 128:1
130:2,7,9,11,14,18
131:24 132:14,17,18
133:14,15 134:13,14,21

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

135:7,14 136:4 137:6
138:21,24 139:3,15,24
140:2 141:23 142:5,9,20,
24 143:9,13 144:2,5,9,22
145:2,7,11,12,22 146:1,
2,5,10,11,13,14,15,16
147:2,11 148:8,9,25
149:21 150:10,12,19,25
151:3,6,8,11,13,15,17,20
152:3,9,10,13,17,19,23
153:1,7,14,16 154:6,7,
11,16,21,23 155:7,9,16,
22 156:1,3,7,9,12,15,18,
20 157:5,6,8,21,23
158:1,4,6,7,14,15,18,19,
21,23 159:1,3,4,13
160:6,8,22 163:5,6,17,
21,24 164:6,11,21
165:18,25 166:3,8,9,13
167:1,20 168:17 169:5,
10 170:21 171:4,9,14,16,
20,22 172:5,11,18,22
173:3,22,25 174:2,3,9,
11,19 175:19,25 176:1,2,
5,12,16 177:17,21 178:1,
2,6,12,15,21,25 179:4,5,
19,22 180:11,17 181:11,
14,17 182:10,13,20,24
183:16 184:13,19,20
185:3,6,14 186:4,11,12,
23 187:3,4,12,18,19
188:2,10,13,20,21 189:1,
2,7,25 190:5,6,12,13,15,
19,21 191:13,14,21,22
192:12,16 193:18,19
194:3,5,16 195:17 196:1,
2,4,6,7,11,14,15,18,20,
22 197:2,4,5,11,13,24
198:5,7,16,25 199:5,8,
14,15,21,22,23 200:6,7,
13,15,16,17 201:3,4,16
202:3,22 203:22 204:6,9,

23 205:25 206:7,17,19
207:1,3,12,20,23 208:4,
6,9,12,21,22 209:3,7,8,
13,15,17,18,19 210:1,2,
4,7,9,13,21 211:17,20,24
212:5,14,15,18,19,25
213:2,14,18 214:15,16,
18,20,22 215:3,9 217:13,
14,16,17,22 218:1,6,9,
22,25 219:13 220:2,8,11,
14,17 221:1,16 222:3,11,
15,19,20 223:4,5,10,14,
15,23 224:5,14,15 225:9,
17,18,19 226:7 228:23
229:6,8,13,19 230:3,5,6,
7 231:7,13,17,18,22,24
232:3,7,11,13,14,22,24,
25 233:4,15,16,17,18,22,
23 234:10,19 235:3,4,9,
16 236:3,5,9,13,15,21,
24,25 237:2,5,18 238:8,
15,16 239:16,23 240:18,
20,21 241:6,21 242:1,6,8
243:1,2,3,25 244:1,14,
24,25 245:12,19,22
246:9,10,24 247:16,17,
18,22 248:1,2,12 249:6,9
250:15,18,19,24,25
251:2,3,25 252:4,5,6,18,
22 253:3,9,14,17 254:2,
8,14,20,23 255:4,9,10,
11,20,23 257:14,15
258:9,14,16,21 259:19
260:19,21

today
  5:5 27:10 28:19 114:3
  120:4 159:3 186:16
  187:2 190:25 209:2,11
  226:2 248:6 258:1

**Today's**
  4:10

**together**
  113:19 114:8,14

**told**
  95:9 117:4 129:24 133:7,
  12,19 139:22 143:9,11
  144:11,14,19,24 146:19
  148:5 155:1 157:20
  159:10 162:22 163:3
  168:21 169:5 171:3
  173:8,9 174:8 176:3,4
  180:3 186:8,10 190:22
  191:15,20 192:5 195:25
  196:9 200:25 201:8
  204:21 205:23 206:7,22
  220:6 223:1,8,22 224:13

**Tom**
  231:4 259:4

**too**
  22:13 34:15 45:23 64:20
  65:9 143:17,19 144:5
  151:23 161:19 162:17
  181:3,4 185:14 186:16
  197:21

**took**
  7:25 34:11 37:4 72:18
  100:22 106:19 218:18
  219:17 222:18 225:22
  226:4,9 232:1 238:4
  258:12

**top**
  193:13 194:20

**total**
  14:16 153:13 154:1

**totality**
  14:13 36:12

**totally**
  130:5 134:25 187:5
  188:1



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                    345
DONTE HOWARD, 09/09/2021                              Index: touched..two

**touched**
  61:13

**touching**
  54:25

**tough**
  24:17 204:6 254:2

**tournament**
  244:7

**tournaments**
  244:8

**towards**
  8:1,21 11:24 15:14 26:19
  49:16,18 57:20,24 65:11
  77:9 79:7,10,11,12,15,19
  80:17,20,22 81:14,15,18,
  19,21,22 85:13 86:15,19
  87:5,7,8,20 88:18 89:9
  93:1,14 96:2,19 99:24
  100:1,3,17 108:9,10
  117:16 121:23,24
  122:17,18,20 124:2,6
  127:7 136:21 179:2,4
  192:13,23 234:7 260:15

**transcript**
  29:5

**transcripts**
  28:22 29:1 207:9

**transferred**
  31:5 228:23 229:13
  230:13 232:7

**transferring**
  232:11

**treat**
  259:10

**treatment**
  251:10,12

**tree**
  74:16,17 79:16,19

**trespass**
  241:25 242:6

**trespassed**
  243:1

**trial**
  29:17 34:6 60:24 61:1,3
  62:25 63:7,14 64:6,12,
  16,17,25 65:5,15,18
  66:4,12,19,25 67:3 98:13
  126:10,11,13,19 128:15
  159:7,11 211:5,10,13,16
  215:11,12,13,21 216:3,
  25 217:3,11,19,21 218:2
  219:10,12

**tried**
  89:5 249:9

**trigger**
  248:10

**Triton**
  19:20,21,23

**trouble**
  33:21 156:4,8 246:19

**true**
  143:11 145:15 168:10
  171:2 174:9,10 208:25
  209:2,3,10 212:7 213:18,
  21 215:5,6 223:5 235:9
  253:13

**Truman**
  10:16 11:1 15:7

**truth**
  4:4 5:12 104:12 216:15,
  17 224:18,19

**try**
  13:11 186:12 250:1,3

**trying**
  13:8 18:14 58:18 60:2,
  15,17,18 64:14 65:10
  79:25 95:11,12,17
  131:24 135:14 164:20
  187:12 192:16 214:22
  215:9 237:2

**turn**
  82:3 84:20 87:2 124:19
  154:23

**turned**
  87:9 88:18 89:1 93:21
  95:21 100:9 119:5 125:6
  154:21

**turning**
  12:12

**tussle**
  121:20

**TV**
  125:21,22 127:8 130:20,
  23 131:1 132:10,20
  244:9

**twice**
  138:9 227:25 246:18

**two**
  14:3 19:25 21:8 31:7,8,
  12,14 33:13 38:24 39:12
  45:7 53:1 57:6 78:12,16
  83:8 85:24 86:6,18 87:1
  90:10 91:14 102:5,9
  141:9 142:21 151:12
  152:18 178:20 183:5,16
  187:8 198:12,21 211:6
  226:6,7 227:5,9 228:22,
  24,25 229:5,6,21 235:18
  237:21,25 239:17 240:18
  244:5 245:6 246:10,25
  247:19,25 258:10

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

**type**
  11:22,25 51:4,5,6 133:12
  134:20 194:24 229:8
  250:7

**U**

**U.S.**
  4:17

**uh-huh**
  32:4 80:13 125:3

**ultimately**
  241:15

**unable**
  250:19

**unbelievable**
  153:12

**undecided**
  11:24

**under**
  104:3 106:9 191:22
  196:9,17 209:11 227:16
  235:14

**understand**
  13:8 21:17 28:17 31:23
  32:7 74:11 92:10,12
  104:2,8,12 138:11,20
  144:3 158:9,12 159:17
  188:23

**understanding**
  37:2

**understood**
  235:12

**uneventful**
  196:24

**Unfortunately**
  208:11

**uniform**
  157:16

**unit**
  198:16 228:24 229:14
  230:3,18,24,25 232:8,11
  254:8

**unlawful**
  241:18

**unless**
  24:15 173:10,14

**unsure**
  196:16

**until**
  13:16 35:24 55:13 85:9
  97:12 114:13 120:4
  127:20 148:18 153:14
  159:3 186:1 192:22
  225:23 227:2 232:23
  244:23

**up**
  5:18 8:8 22:24 27:5
  38:21 40:8,11 41:7,12
  44:7 47:10 48:2,3 49:11
  50:13 60:15,20 62:12,23
  63:4,18 64:9 65:14 66:8,
  10,13,15,24 67:2,5,9
  68:6,12,16,18,23 69:5,
  10,11,16,20 70:1,4
  71:13,16 72:6,14 73:18,
  20 74:24,25 75:6,8,10,
  13,14,15 76:15 85:8
  89:4,10 92:23,24 96:23
  97:12 101:3 109:15
  110:24,25 111:4 112:2
  114:5 115:7,12 116:4
  119:9 120:4 127:20
  141:10 143:12 147:8
  151:12 152:9,17 159:3
  169:10 177:10 179:2
  181:10,11 186:1 198:16
  206:14 208:6 211:3,9,15
  215:12,17,19 216:2
  218:15 231:14 233:22
  237:19 245:22 250:25
  258:19 259:1,13

**upper**
  54:22 194:21

**upset**
  195:24 198:18 244:12

**Urban**
  238:5

**us**
  18:5 28:2 88:19 134:25
  176:3 215:9 231:6,7
  236:9,24

**use**
  19:16 75:25 76:1 125:11
  134:21 200:16 201:3
  240:18,21 260:18,23

**used**
  69:16,18,21 85:4 126:12
  233:22

**using**
  85:3

**usually**
  20:12 133:4 229:8
  246:16 250:6

**V**

**vague**
  42:4 66:20 94:4 102:18
  108:24 109:4 215:14
  252:18

**variation**
  28:6



AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**vehicle**
  241:25 242:1,5,6,25
  243:1

**verification**
  208:9,15,18,24 234:25
  235:3

**verified**
  209:10 235:8

**verify**
  208:24

**verse**
  18:21,22

**version**
  148:24 149:9 155:23
  156:2

**versus**
  4:16 112:13

**very**
  24:6,17 26:18 40:10,11
  49:15 55:14 56:3 59:11,
  19 77:3 100:17 108:20
  129:18 133:10 161:16
  187:17 198:17,18 225:1
  259:8

**via**
  4:21

**Vicodin**
  107:2 162:9

**video**
  5:22,23 26:2 28:15,19
  33:9 164:7,13,17 166:5,
  14 167:3,13,16,22
  168:14 169:2 170:14
  171:25 172:7 173:5
  174:5,21 176:15,25
  177:20,24 178:17 179:7,
  24 180:13,21 181:19

  182:15 183:1 184:15
  185:19 186:19 187:24
  188:5,11 189:12,20
  190:5,11,22 191:17
  201:23,25 202:5,8,19,25
  203:14 204:12 217:6

**videographer**
  4:7,8 5:4,15 27:21,24
  76:5,8 112:25 113:4
  191:6,9 240:24 241:2
  256:14,17 261:3,6

**videos**
  210:18

**videotaping**
  181:3,4

**view**
  72:9 81:13 134:8

**Vincent**
  209:7 217:10,13,14

**violate**
  138:12

**violated**
  138:2,19,21 139:9,10
  141:13

**violating**
  137:7 139:4 144:1

**violation**
  230:9

**violent**
  129:21 230:19,20

**violently**
  43:10,13,16,20

**visit**
  22:19,23 23:3

**visited**
  26:4,7

**visits**
  23:13 244:9

**voice**
  92:9 170:9 176:18,22
  177:1


**W**

**W-A-R-E**
  25:24

**wages**
  250:16,20

**wait**
  10:1,3

**walk**
  44:20 48:3 55:7,10 57:8
  79:20 80:24 82:3 87:3
  118:20 124:1,6,8,12
  125:7 151:21,22 152:8
  203:4,17 204:16 214:11

**walked**
  47:10 48:2 49:11 50:13
  58:15 59:13 76:20,25
  77:2 87:18,20 93:20
  99:2,17 100:10 109:20,
  25 110:19,20 121:19,21,
  23 122:16 131:16 150:24
  160:11 163:6 177:9
  192:8,10,22 194:17
  199:24 200:9 214:20,21,
  22,24,25 218:7 238:5

**walking**
  19:14 34:16 37:19 45:5
  57:9 59:17 88:17,20
  89:13,14,15 91:11 92:25
  93:14,22 94:16 96:1,18,
  19 100:3 124:4 125:1
  192:12

**@©** AdvancedONE
      LEGAL

(866) 715-7770
advancedONE.com

**walks**
57:6 95:3 205:14

**wall**
183:17

**want**
13:11 22:12 24:5 31:18
32:17 65:17 80:5 85:24
89:7,22 121:12,14
133:14 134:13 139:14,24
143:12 155:22 156:1,3,7,
9,12,18,19 157:24 158:4
185:3,6 208:6,12 225:18
226:7 232:4 233:15,16,
17,18,23 236:21 239:23
244:14 250:15 252:4,5

**wanted**
12:9 119:8 145:22,25
146:2,4,15 147:2 156:21
157:5,21 158:1 171:9,20,
22 190:6,19 196:14,18
258:9

**wanting**
249:5

**Ware**
25:22

**warehouse**
44:19

**warrant**
169:10 171:4,5,8,11,15,
16,22 173:10,15,17
174:10

**was**
4:4 5:12 7:12,22 8:8,9,15
9:7,11,12 10:22 11:23,24
12:4,12,18,25 13:24
17:8,14,18,19,22,23 18:3
20:13 21:1,10,12,14,16,
17,19 22:2,12 23:5,8

25:1 26:1,12,18,22,24
27:8,18 28:3 29:23 30:21
31:1,5,9 33:1,2,3,15,16,
20 35:2 36:17 37:9,19
38:6,7,8,9,17,19,24 39:1,
3,6,9 40:10,15,18,20
41:4,6,9,10,11,15,18
42:9 44:10,11,25 45:4,5,
7,13,15,16,19,23 46:4,
21,23 47:8,9,12,15,21
48:4,6,9,11,19,20,21,22,
23,25 49:1,3,4,6,9,11,12,
13,14,15,17,20,23 50:1,
2,3,5,6,7,14,18,21,25
51:6,8,16,22,23 52:6,12,
13,14,15 53:3,13,15,19,
22,25 54:1,3,18,25 55:14
56:25 57:3,22 58:2,7,9,
12,16,18,20,21,22,24
59:1,3,4,6,8,11,16,18,21,
25 60:1,2,6,8,15,16,17,
18,22,23,24,25 61:2,3,4,
5,10,16,18 62:1,4,5,22,
25 63:2,6,13,14,20,21
64:5,12,14,20,24 65:3,9,
10,15,17 66:3,7,12,18,25
67:3,14,17,18 68:5,8,9
69:13,14,15,16,17 70:8
71:13,16,23 72:6,14,16
73:3,6,14,20,23,25 74:1,
2,3,13,20,25 75:5 76:21,
24 77:1,6,7,9,11,12,13,
15 78:7,8,9,21 79:1,5,6,
7,8,9,10,11,12,15,19,20,
21,24 80:16,17,20,22,23,
24 81:14,17,18,21 82:1,
3,4,13,14,19,24 83:2,4,6,
7,11,13,16,20,24,25
84:1,2,3,4,5,6,7,9,11
85:3,7,13,19,20 86:3,12,
13,23 87:10,11,12,15,17,
25 88:1,2,5,7,9,17,20,22,

23 89:3,13,14,15 90:7,8
91:13 92:4,8,9,11,17,20,
22 93:7,11,14,15,16,24
94:1,7,10,12,15,16,19,
21,24,25 95:7,8 96:1,2,
12,13,18,19,22 97:18,19
98:4 99:6,16,22,23
100:3,7,16,17,19,21
101:7,8,9,17 102:2,13,
16,21,23 103:4,16,18
104:18 105:19,20 106:6,
12,20 107:1 108:4,9,10,
19,20 110:15,19,20,23,
24 111:12,14,18 112:1
113:9,15,16,17 114:11
115:6,11 117:20 118:14,
18,19,20 119:2,3,7,8,14
120:6,10,14,18,19,21,24,
25 121:2,3,10,20 123:9,
16 124:12,25 125:21,22
126:12,14,20,24 127:2
130:11,23,24 131:1,2,5,
10,14 132:3,4,20,23,24,
25 133:2,7,10,19,21,22,
24,25 134:2,3,4,5,11,17,
18,19,25 135:1,8,13,15,
17,20,21 136:8,12,16,17,
19,21 137:1,3,6 139:8,23
140:1,2,22,24,25 141:1,8
143:3,5,8 144:22 145:2,
11 146:9,17,18 147:2,7,
14,17,25 148:5,13,14,25
149:14,19,21 150:9,11,
13 152:19,21 153:2,9,11,
12,13,18,19,21,24 154:1,
4,8,10,11,12,25 155:10,
12,13 156:10,17 157:11,
12,14,16 158:17 160:18,
23,24 161:7,8 163:20,24
165:11,24 166:20,25
167:17 169:22,23,24
170:1 173:17 174:2

@© AdvancedONE          (866) 715-7770
LEGAL                   advancedONE.com

175:7,12,14 176:1
177:15 178:13,23
179:15,20 181:10
183:10,24 184:2,4,5,9,
11,12 185:14 186:11,16,
17 187:4,17,20,24 189:4,
6,13,21 190:20 192:4,25
193:1,4,9,11,13,16
194:3,16,19,25 195:22,
23 197:3,12,15,17 198:6,
7,11,16 199:18,21 200:2,
12,18,19 201:2,8,12,15
202:13 203:10,24
204:19,23 205:4,10,18,
21,22 206:2,4,14,20,21,
22,23 207:12,22 208:4
210:13 211:4 212:5,14,
18 213:1 214:14,17,19,
22 215:17,19 216:17,18
217:13,15,16 218:6,17,
19 219:9,11,13,18,21,22
220:1 221:6,7,18,20,22,
25 222:2,13,14 224:6,7,
14 225:10,13,15,22
226:5,6,7 227:6,14
228:11 229:4,5,17,18,19
230:2,4,19,20 231:8,17,
18 232:3,10,12,13,21
233:19,20,25 234:3,5
237:14,16,20 238:3,13,
23 239:18 240:8,10,13,
14,17 241:12 242:19
243:3,4,7,14,22 244:2,3,
4,5,6,8,9,11,15,19,20
245:5,8,15,16,18 247:10
253:3,16 254:7,17,19
255:4 257:22,24 258:8,9,
16,19 259:8,18 260:15

**Washington**
4:15 33:12,23 35:1 36:10
37:11 44:15 57:12,15

62:11 63:18 64:9 66:8
67:4,8 68:23 70:16,24
73:18 76:15 80:9 81:15
83:10 87:6,7,8,16,17,21
90:22 92:4 94:14 95:4
96:5 98:14 115:12
116:21 117:16 118:14,18
120:8,12 121:23,24,25
122:14,20,24 123:1,2,6,
10 124:2,7,12,16,24
125:2 126:24 127:5
129:6 131:11,15 144:21
150:2 155:8 164:23
165:2,15,21 182:19
190:1 192:13,23 210:8
212:15 215:4 218:7
222:20 223:1,3,8,24
224:12 255:21

**Washington's**
36:15 37:10 39:13 43:25
44:3 46:2 97:17 116:23
117:5 121:3 137:14
142:10 145:15 152:8
166:10,19,24 168:2
212:21 222:8

**washroom**
75:25 76:1 240:22

**wasn't**
8:8 16:12 31:2 38:17
40:13,14 41:6 45:1
47:19,24 59:22,23 64:13
67:13 69:20 74:12 78:8
81:13,14 82:2,4 83:18
84:4 93:19 96:20 98:22
100:11 106:19 111:16,21
114:12 115:20 129:8
131:9 136:16,19 141:22
142:25 145:5 146:19,23
147:5 149:10,12 154:25
155:12 156:10 175:12

184:24 186:16,17 190:23
193:19,25 201:13 205:7
206:14 211:16 232:22
236:7 237:2 239:20,21,
24

**watched**
124:8,11,22 186:19
189:20

**watching**
130:23,25 183:18 187:23

**wave**
60:15 77:4

**waving**
67:13,17,18 68:1

**way**
24:6 51:5 57:8 79:5,8,20,
25 81:23 82:4 87:8,18,20
91:15,16 93:13,14 95:6
103:4 119:3 124:8
131:13 133:17,25 134:4,
14,16 135:4 143:24
147:14 155:11,16 162:6
172:22 186:12 196:1,20
198:7,22 199:3,12
212:10,11 227:11,18
244:3,15

**ways**
18:10 224:23 231:25

**we**
5:18 7:3 21:12,15 27:24
31:17 32:6 35:22 37:2
38:6,17 39:15,19 41:11
44:13 45:5 69:13 72:21,
24 74:6 76:5 77:19 89:15
90:19 91:3 93:7 96:13
108:19 110:19,20,23
112:25 113:4 114:5
121:20 122:3 124:9
125:6,7,20 127:12 130:9,

23 132:3 133:20 165:18
170:23 174:16 176:5
179:1 184:19,20 186:8
188:10 190:15 191:2,6,9
192:25 198:8 204:4,23
206:14 208:6 214:22
216:19 219:7,21 231:7
234:6,7 240:18,19,24
241:2 244:5,7,10 250:22,
23 254:22 256:8,14,17
259:6

**we'll**
61:20 70:10 73:9 80:7
91:6 122:5 164:8 201:17
251:3

**we're**
9:13 27:21 37:3 76:8,11
80:6 89:19,23 144:2
175:19,25 178:1 181:24
183:18 215:7,8 236:22
261:8

**We've**
251:4

**wearing**
157:14 194:19 217:7

**weather**
40:22

**web**
4:20

**week**
20:6,8,10,19,22,23 21:4,
5 33:2,3,4 113:14 114:25
222:2 228:1 239:17
246:11,18,22,23,25

**weekends**
129:15

**weeks**
31:7,8,12,14 33:13

229:21 230:6

**weight**
111:18,21,23,25

**well**
5:24 8:6 9:13,21,22 12:2,
9 15:7 16:17 17:14 20:5
21:10 24:10 27:4 38:6
50:5,7 52:19 53:10 55:25
56:22 59:13 61:10,15
62:8 65:13 68:24 70:20
73:25 74:5 78:5 83:22,24
84:19 87:2 88:20 89:3
92:19 95:12 99:1,9 100:3
101:23 103:23 105:8,11
106:6 107:6 116:16
118:7,19 119:19 124:25
125:10 129:18 130:18
131:13 133:13 138:1
140:25 144:19 145:1,7
146:1 148:8,14 150:8
154:20 156:9 158:16,19
160:17 161:5 162:8,21
163:21,23 174:8 176:15
177:7 178:7 179:14,17
184:8 186:6 187:16
188:8,15,19 194:2
199:14 205:25 206:14
211:21 212:7,10 216:11,
17,20 217:5,18 225:1,15
233:25 243:17 244:2,5
245:1,13 249:21 251:23
253:8,10 254:16 258:8

**well-being**
206:24

**Wendy**
231:4 259:5

**went**
5:18 8:7 26:24 35:22
36:18 41:5 44:13 45:5,8
57:14 87:16 96:12

106:17 121:7,8 125:24
127:12,13 128:1 130:18,
20 143:1,25 144:18
145:8 150:11,22 151:1,
19 152:3 155:11 176:4
222:19,20 223:4,5,10,14,
23 224:14,15,17 228:23
230:6 231:13,17,24
232:23,24 239:16 244:24
248:14

**were**
8:10,17 10:8,18 11:19
13:2,17 14:6 16:10,18
17:10 19:25 20:18 21:20
22:5,6,15,19 23:4,10
24:25 25:13 26:16 27:2,6
30:7,8,15,17,18,23 31:3,
6,12,15 33:14 35:25
36:3,6,15 37:7,17 38:5,
15 39:20 40:6,23 41:19,
22 42:25 44:14 45:2
46:2,23 47:11,14 51:14,
18,19 52:1,2,4,10,18
53:2,6,7 54:18,21 55:5,
11,12,18 58:10,15,17
64:17,22 65:1,5,6,7,16
68:21 77:10,21,24 78:6,
19 79:1,14 81:5,8,9 83:8
84:14 86:17,19 94:18
96:9,15 98:13,15 99:1,
11,25 101:21 103:12,15,
23,24 104:18,25 105:8
106:9,15 107:3,6,16
108:18,22 111:20 112:2
114:5 116:23 117:3,5
119:6,16 120:7 121:25
128:14,18,22 129:6
130:25 131:11,14,20,23
132:9,14,18 135:11,13,
23 136:6,15,24,25
137:13 139:15 140:7,10,

AdvancedONE
@© LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.
DONTE HOWARD, 09/09/2021

351
Index: weren't..when

14,16 141:17 142:5,10
143:7 145:14 146:6,10,
11,13,14 147:6 148:15
149:3 150:1,17 151:13
153:16 154:24 155:3,21
156:5,14,15 157:20
165:6,10,18,22 167:10
170:11 172:17 173:19
177:3 178:8 179:19,20
181:6 182:2,5 185:10
186:23,25 187:3,5,17,25
188:10,19,23 189:2
190:17 192:2 196:9,16,
17 197:8,10,24 198:1
199:13,22 201:4,7,10
206:6,7,8 207:5 208:21,
25 209:11,17 215:13
216:2 217:7 219:16
220:1 222:12 226:10,14,
20,22,23 227:4,11,18
228:12 229:11,13,21,24
230:13 231:10 233:5
235:12,13,14,17 237:10
238:11 239:2,11 240:4
241:10,14,17,24 242:4,8,
14,17,21,24 243:6,9,10,
13,20 244:17,22 245:2
247:12 250:19 251:9,19
253:2,14 255:22 256:20,
25 257:14,19 258:7,25
259:1,13,14,16 260:11,
14

**weren't**
13:10 64:18,22 99:9
129:9 136:7 148:18
149:13 156:16 157:1
168:7 178:12 187:19
189:3 215:5,20 255:3

**west**
34:18 37:8,11 70:16
80:9,11 92:4 123:1,2

127:5 129:6 131:11,15
164:23 165:15 218:7

**what**
6:18 7:2,10,18 11:19
12:12 13:2 14:25 15:22
16:18 18:9,16,25 21:14
22:16 24:25 25:1 26:19
27:9,18 28:3,8 29:22
33:3,18 35:19 38:5 39:24
40:6 42:9 43:14,18,22,24
44:22 46:14,23 47:2
48:21,25 49:10,17 50:9,
11 52:1,10,18 53:5,7,9,
15 56:12 58:15,17,18,20,
24 59:1,11,16 60:13,20,
22 61:10,15,18,20 63:3,
14,17,19 64:14 65:11,14
66:9,12,14,15,16,24
67:2,16 68:18,24 70:10
73:8 76:16 77:19 78:15
79:4 80:7 81:24,25
83:16,21,22 84:12,17
86:5,12,25 87:16 88:3,
15,21 89:1 90:19 91:6
92:10,22 93:6,11,15
94:21,24 96:21 97:11
98:1,3,24 100:19 101:5
103:12 105:8 107:1
108:9,25 109:5,7 110:18
111:15,18 113:15 119:3,
19 124:5 125:19 126:5
127:11,15,17 130:8,11,
14,18,22,25 131:1,10,13,
17 133:5,19,20 134:15,
21 135:17 136:11,21,23
140:10,23 143:7,8 145:5
147:1 148:5,21,24 149:2,
7,9,15,16,17 150:20
151:7,18,21 152:17
153:14,24 154:7,11,13
155:21 157:2,14 160:3,

15 161:7,8 162:17 163:4,
10,17 166:11 168:10
170:14 171:6,12,18
172:3 175:2,9 176:23
179:18 180:5 181:12,13
183:10 186:9,12,14,24
187:3,13,24,25 188:1,23
189:5,6,12,20,22 190:12
191:24 192:2,4 193:24
194:19 195:13,22 196:7,
14 197:3,17 199:10
203:21 206:17,19,25
207:3,14 208:4 212:5
214:14 215:9 217:2
219:16,20 220:2,6
221:10,20,22 225:8
227:4 228:4,12 229:17
231:8 232:10 233:21
236:15 237:10 239:4,5
240:7,13 241:6,11,21
243:10 244:17 245:23
247:10 248:9,19 249:3,
17 251:12 252:2,21
254:21 255:7 257:3,22,
24 259:3,7

**what's**
6:13 19:13 23:1 25:20
35:4 45:10 111:23
130:17 133:23 171:9
173:9 174:14 187:7,11
210:25 212:13,25 226:3
230:24 248:10,12 257:6,
8

**whatsoever**
97:4

**when**
6:25 7:7,12,25 8:6,13,20
9:2,5,9,16 10:7 11:20
12:7,12,20,23 13:9,16
15:9,25 17:6 18:12 20:12

WASHINGTON vs CITY OF CHICAGO, et al.                                    352
DONTE HOWARD, 09/09/2021                         Index: whenever..white

21:20 22:19 24:23 26:4,
7,24 29:4 33:1,5,8,11,14
34:3 35:16 36:22 37:2,3
38:19 44:1,3,10 45:4,8,
15,20 48:3,6 49:6 50:6,
13 51:14,19 52:2,4
53:17,19 54:1,5,17 55:11
56:25 57:3,22,23 58:2,9,
12,14 59:25 60:1,6,14
68:6 69:20 70:2 72:15
73:17,20 74:1,2,25 75:6
76:14 77:11 79:1,5,8
80:16 82:13,24 83:16
84:20 85:7,13 87:15,22,
23 88:5,6,18,23 89:5,11
90:21 93:4,5,7,12,15
94:7,12,15,18,19 95:5
96:11,13 98:14 99:2,20,
22 102:3,16 103:4,24
104:10,18,25 106:12
107:12,13 109:24,25
110:24 112:2,5 113:7,14
114:5,24 115:6 118:17
119:4 120:6,20,23 121:7
122:16 124:15 125:10,23
128:14 129:21 130:11,18
132:9,14,16,18 133:5
134:1 135:8,11,20,23
137:5 138:10 140:2,14
141:5,17 142:9 144:9
145:14,25 146:4 150:1,8
151:8,25 152:2,3,8,9
154:20,24 155:17 156:14
157:20 160:5,18,23,24
163:5,23 164:2 165:11
169:22,23 171:12
172:17,20 177:25 179:20
180:7,17 184:1,2,10
187:4,14,16 188:25
189:6 190:21 191:3
192:8,10,12,18,22,25
194:16 195:7,9 196:6

197:8,10,24 198:15
199:14,21 201:8 205:21
207:5 208:21 211:4
212:2 214:15 219:6,13,
16 220:11 221:18,25
222:4 230:1,4 231:13,17,
20,21 232:2,7,20 233:13,
24 235:12 239:16 243:9,
13 244:22 246:13,18
247:7,12 248:9 249:3,24
250:3 251:9 253:2
254:16 256:20,25 257:18
259:5 260:1,14

**whenever**
12:13

**where**
4:20 5:23 10:8,18 15:13
26:21 29:6 30:21,23
33:14 34:17,19 37:6
38:17 44:10,17 46:2
51:14 54:18,25 55:3
59:3,6,8 69:8,11 70:4,6
71:12,15 72:5,13 73:3,6,
14,20,25 74:2,8,9,12,13,
16,17,20,25 75:3,5,10,13
77:6,7,8 78:6 79:24 82:1,
14,19,23 83:2,7 86:22
87:4 88:22 89:17,18
90:6,10,20 91:1,3,7,14,
18,21 93:11 94:10,16
96:15 101:3,24 102:12
108:2,4,9,21 110:5,22
111:8 117:7 120:18,19
121:13,22 125:21 127:8
131:2 132:9,18,24,25
133:4 135:8 140:12
149:11 157:20 162:13
165:9,10,19,21,24 168:4
190:16 193:9,13,20
194:10,13,14 209:20
212:22 219:16 222:3

230:8,16,25 236:3 238:4
242:2 254:19 255:21
256:20,25 258:14

**whereupon**
25:25 164:13 166:5,14
167:3,22 168:14 169:2
171:25 172:7 173:5
174:5,21 178:17 179:7,
24 180:13,21 181:19
182:15 183:1 184:15
185:19 191:17 202:5,19,
25 203:14 204:12

**whether**
26:6 32:19

**which**
42:14 57:8 62:15 63:23
65:17,21 73:22 74:5
79:5,8 80:8 85:9 95:3
105:15,22 119:2 122:17
125:11 126:20 143:24
163:11 187:14 190:15
192:11,17 193:9 194:4
199:12,19 200:12 201:17
224:23 226:3 231:22
235:20 237:24 243:5,22
260:8

**while**
15:14 16:10 17:8,10
21:11 22:5,14 23:4 30:18
34:2 46:23 47:9,11 48:25
53:1 74:23 86:2 92:25
94:1 106:7 112:1 200:15
225:22 226:5,6,7,10,14,
23 227:7,14 228:11,12
245:16 249:25 258:6
259:1,13

**white**
42:3,15,16 94:8 116:19
117:2,4 120:9,13 122:24
123:8,23 129:5 145:16

150:2 166:18,23 167:7,
10,17 169:5 182:19
192:19 194:20 220:14
223:22 224:12

**who**
29:1 48:6,9 50:2,5 51:24
52:9 54:6 55:9 58:2
120:13 127:13 144:24
145:11 146:2 156:10
157:8 172:17 174:11
178:6 197:12 198:10
200:17 202:11 205:14
206:10 211:7,15 217:7,
16 218:13,20 219:13
220:2,21,22 221:1,4
222:12 247:8

**who's**
28:22 113:12 125:7
224:18

**whole**
48:21 56:2 75:12 95:11
121:3,8 145:1 214:1
219:2

**whose**
178:11 183:17

**why**
8:4 9:23 10:21 11:13
12:1 14:21 22:1,8 26:11
36:15 38:22 95:13,18,24
96:4 97:24 98:12 101:21
103:23 105:18 106:3
107:10 108:7 117:18,23
118:5,17 119:13 129:9,
16 133:3,9,13,15 136:3
139:13,22 141:20,23
142:4,24 143:2,8 145:2,5
146:8,10,13 147:24
148:12,23 153:8,20
154:16 155:6 158:3
159:10 162:4 171:14

172:13 175:24 186:4,22,
23 187:2,8 196:13
209:23 213:24,25 220:25
221:3,13 222:11,15
223:14 224:5 236:8
241:14 250:1 251:6,22
253:6 254:14 258:5

**will**
4:24 5:6,22 30:2 32:1
96:23 150:12 163:9,10
170:24 214:23

**Willow**
259:3

**windows**
132:7

**windshield**
84:15,20

**winter**
10:4

**wipers**
84:15,21

**wise**
102:13

**with**
4:25 5:5 7:8 8:8 12:2,4
13:6 15:3,4 16:3,19 17:4,
14,17 21:15 22:13 24:9
26:25 27:3,4,5,7 31:17,
19 32:18,22 33:5,8,20,
21,22 34:23 35:22 36:18
37:4 38:2,11,14,20,21
39:7,9 40:11,25 41:18,25
42:16 43:1 44:15 45:7,22
47:11 48:23 49:3,13 50:5
51:7 52:17 64:2 65:10
67:5,9,17,21,23 68:3,5
69:15,18 75:9 76:22
77:11 82:14,20,25 83:17

85:10,18 86:2,14 88:2,23
89:16 90:22 91:4 94:8,
13,19,20 95:22,25 96:10,
15 97:4 98:5 99:3,10
101:9,14,19,25 102:7
103:1,5 105:10 107:15,
16,19 108:1,2,12,15,22
109:11,15,22 110:1
113:8,9,14,23 114:1,2
115:23 116:19 119:23
120:21,24 121:7,11,13
122:13,22,25 126:5,25
127:3 129:17,18,19,25
135:16 137:18 140:20
142:22 143:1,10 144:19
145:8 147:2,7,11 149:3
151:13 152:11,18,22
153:17,21 154:6 155:8,9
156:22,23 157:1 159:2,
18,23 160:20 162:11,15
164:6 165:11,22 167:6
172:14 173:1 177:3,7
181:16 182:21 183:6,13
185:6,11 186:15 187:24
188:9 192:12,18,19
195:15 197:2 198:19
201:9 203:4 206:8,23
208:9,17 210:10,12
211:20,24 212:8,15,17
213:14,15,19,22 214:5,9
215:7,8 218:9,14 220:22
221:19 222:3,5,6,13,18,
19 223:4,9 224:7,14
225:18,19 226:1,13,15,
17,25 228:2,5,19 229:8
231:6,15 233:23 238:6,7
239:23 242:20 245:13,
14,19 246:5 247:22
248:1,2,3 250:8 251:16,
19 255:9,10,24,25
257:19 258:19,20 259:4,
8,20,22 260:2,9,11,14,

**@©** AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                     354
DONTE HOWARD, 09/09/2021                      Index: withheld..years

17,18

**withheld**
216:6,13

**withhold**
239:7

**withholding**
216:9

**within**
78:24 91:7 93:4 209:9

**without**
39:13 159:9,22 173:17
209:18

**witness**
4:2 5:7,10 10:14 54:23
55:5 72:11 76:2 85:15
90:14 135:6 149:5
158:10 210:19 231:18
236:20 240:23

**witnessed**
43:9 229:11 230:8

**woke**
258:19

**word**
22:2 28:7 85:4 214:2

**words**
92:20 94:25 119:8

**work**
11:15 15:6 250:19,24

**worked**
231:20

**working**
8:8 14:22 15:14 16:24
21:1,15 200:19 251:2

**world**
24:7

**worried**
195:25

**worse**
243:14 244:3,4

**would**
8:22 11:7 13:5 17:21
18:4,5,15 20:25 23:3
24:24 25:2,3,18 37:25
40:2,4 48:20 55:7 56:1
66:5,6 68:2,18 71:17,18
77:17 78:3,10 79:21,23
80:23,24 81:20 83:25
84:1,15,17,23 87:25
88:1,4 89:10 91:20 92:23
93:18 107:24 108:8,14
110:9 115:22 117:7,10,
12 118:10,20 119:9
123:17,20,21 127:1
133:13,15 137:20 138:1,
15 139:1,9,10 140:7
147:4 148:1 149:23
155:1 156:4,7 159:1
167:6 181:13,16 188:11,
13 192:4 195:18,25
196:1 198:8 199:7 200:2
204:22 208:5 214:21,24
216:18 217:12 220:24
223:10 224:6,19 228:2
237:14 240:21 243:17
244:14 246:4,8 248:7
250:21 251:24 252:5
258:15,20

**wouldn't**
14:15 55:16,17 84:19,22
119:1 137:7,21,24 138:2
143:2 148:8 154:16
155:7,13,14 156:6 192:3
199:15 223:5,12

**wrapping**
41:12

**wrong**
9:11 187:20 204:23
205:5,10,18,25 206:4
239:6

**wrote**
211:3 254:21

---

**X**

**X's**
10:23

---

**Y**

**yard**
244:5

**yeah**
33:3 35:20 37:24 38:4,8,
23 47:16 49:4 51:3 54:23
56:7 72:17 78:8 80:3,10
82:7 83:25 87:7,8 90:7
91:3 92:13 102:25 110:9
121:16 123:21 135:7
149:14 165:17 169:22
172:24 175:11 177:24
178:25 181:3 184:11
191:4 194:12 196:25
199:7 208:13 212:3
233:8,17,23 237:12
238:3,7,14 239:24 245:8
251:3 259:7

**year**
8:2 9:13,16 16:16 34:10
35:19,23 107:9 242:11

**years**
6:12 105:20 106:20
107:3,5,6,8,11 141:9
160:21,25 161:5,6
162:21 163:2,8 232:18

@© AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                                        355
DONTE HOWARD, 09/09/2021                                        Index: yelling..you

242:9

**yelling**
134:24 135:12,14 183:22
195:9

**yellow**
62:2 64:3 91:5,7,21 93:1,
5

**yes**
6:17,23 7:1,9,15,17 8:12,
19 9:1,4,15 10:15 13:6,
19 14:1,5,9,12 17:11,25
19:9,22 20:14 22:7 24:12
27:4,8 31:11,24 32:5,8
34:11,20,22 36:13 38:21
39:5,8,11,23 41:17,24
42:6 43:17,23 44:9 45:21
46:7 48:8,15,20 49:7,22
50:1,4 51:13 52:6,8
54:16,24 55:2,7,24 57:7,
13,16 58:11,13 59:15
60:12 62:9,10,21 63:1
64:4,21,25 65:3 66:2
67:22 68:7 69:7 70:3,17,
25 71:8,11,14,22 72:2,4
73:4,7,16 74:4,22 75:23
77:23 78:14,18,21 79:3
80:4,14,15,19 81:7,20
82:9,12 83:5,6,25 84:1,
10 85:2,6,11,21 86:21,24
88:14,25 90:4 91:3,17,
20,23 92:5,15,21 93:3,8
94:10,15,17 95:23 97:21
98:10 100:12 101:16,20
102:11 103:3,8,9 104:5,
9,14 105:17 106:1
107:18,21,24 108:3
109:10,23 110:4,12
112:4,7,11 113:11,13,18
114:10,15 115:9,17
116:2 117:12 118:10,12,

16 119:18,20 120:17,22
121:21 122:11,15 124:4,
14,18,22 125:4,5,16,18
126:13,16,19 127:1,3,10
128:16 129:3,8 130:6
135:5 136:1,8,10 137:16,
19 138:7,14,18 139:1,6,
12 141:4,7,13 142:11,16,
18,22,23 144:10,20
145:4 146:15 147:4
148:17,20 149:5 150:4
152:6 153:18,19 155:5
156:17 157:19 159:5
161:3,25 162:3,13 164:3,
24 165:4,8,13,23 166:2,
22,25 167:9,19 168:3,6,
9,12,19,23 169:1,7,11
170:9 171:5,6,8,23
172:12 173:12,18,20
174:10,12,15,18 175:1,9,
18,21,23 176:20 177:14
179:12,21 180:5,10
181:5 182:1,4 183:7,10,
14,19 184:22 185:8,12,
25 187:22 188:18 189:4
190:3 191:23 192:1,25
193:15 194:2,9,15,22
195:14,19,21 197:7,14,
16,21 198:3 200:5,11,22
201:6,24 202:10 203:5,
18 204:17 205:3,16
206:9 207:21 208:23
209:1,5,12,16,25 210:20,
24 211:11 212:1 213:17,
20 214:7,10,12 215:1
216:15 219:4,5 221:18
222:6,21,24 224:22
225:7 226:19,21 227:1,
22 229:1,15,23 230:1,12,
15 232:5,6,9,17,19
233:6,20 234:2,5,14,21
235:6,11,15,18 236:2,20

237:2,7,8,22 238:19,25
239:4,13 240:3,6,23
241:20 242:2,3,7,10,23
244:16 245:21 246:4,12,
16,21 247:1,4,7,14
251:4,11 253:5,12 254:1,
5,13 256:24 257:13,21
258:18,20 259:3,12,21,
25 260:3,17 261:2,5

**yet**
21:12 97:9 99:11

**you**
4:24 5:4,15,17,19,22 6:1,
5,8,11,15,20,24 7:7,21,
23,25 8:4,10,13,17,21,23
9:2,5,9,16,19,23 10:2,3,
7,8,18,21 11:4,7,13,15,
19,20,23 12:3,4,7,10,12,
13,20,23 13:2,6,9,10,12,
14,16,18,20,23 14:2,6,7,
10,13,17,25 15:3,4,5,6,8,
9,12,13,16,22,24,25
16:1,2,3,5,7,9,10,13,18,
19,25 17:1,6,10,12,14,
21,22,23,24,25 18:6,8,
10,12,16,17,19,20,23
19:1,7,10,16,20,25 20:2,
4,6,10,18,19,23 21:3,7,9,
18,20,23,24 22:3,5,8,9,
14,16,17,19 23:4,6,8,10,
11,14,15,18,19,22,24
24:10,13,14,15,17,19,25
25:12,14,23 26:4,6,7,8,
14,15,16,21 27:2,3,6,9
28:3,4,5,9,11,12,15,17,
19,21,24,25 29:4,7,17,22
30:4,8,12,14,18 31:3,6,
12,14,19,21,22,23 32:1,
2,4,5,7,9,10,11,17,18,22
33:5,6,8,9,11,14,18,22
34:3,7,13,14,17,23 35:1,

@© AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

13,25 36:3,6,9,10,15,20,
24 37:7,13,17 38:2,11,
14,15,19 39:2,7,12,16,
20,22,24 40:7,18,25
41:14,19,22 42:3,15,19,
22,25 43:6,9,12,15,19,24
44:3,7,10,14,17,20,22
45:2,3,7,8,15,16,20
46:10,13,23 47:1,2,11,
14,17 48:2,6 49:3,5,11
51:11,20 52:4,7,18,19,23
53:3,9,11,13 54:5,6,14,
21 55:5,11,12,18,22
56:1,5,8,9,13 57:11
58:15,17 59:10,23 60:17,
18 61:15,17,20 62:14,19
63:3,11,22 64:2,17,18,
21,22 65:1,5,6,7,8,12,13,
14,15,20,25 66:23 67:7,
12,16,23 68:5,12,16,18,
21 69:1,17,21 70:1,10,
15,18,23 71:1,12,15
72:1,13,15 73:2,19 74:2,
10,24 75:2,3,5,8,25 76:1,
2 77:10,16,19,20,21,24
78:5,6,11,13,19,25
79:14,25 80:7,8,9,20
81:5,8,9 82:1,2,6,8,10,19
83:21,22 84:12,14,15,17,
19,20,21,22,25 85:4,8,
12,17 86:17,18,22 87:11,
15 88:16,17,21 89:2,4,7,
8,11,17,18,25 90:2,5,6,9,
10,13,14,19,20,21,23
91:2,7,9,18,22 92:3,6,12,
14,20 93:5,12,15,19,25
94:8,14 95:5,8,10,13,18,
21,24 96:4,5,7,9,14,15
97:2,4,7,9,12,15,16,24
98:4,5,13,14,15,22 99:1,
2,9,10,11,17,21,25
100:1,6,9,10,14,19,21

101:4,5,10,13,19,21,24
102:4,9,10,13,16,24
103:1,5,7,14,17,23,24
104:2,7,10,11,12,15,18,
19,25 105:1,3,6,8,9,12,
14,21 106:3,9,12,15,21,
22,25 107:3,6,10,14,16,
19,20,25 108:1,2,4,11,
14,15,22,23 109:7,9,11,
14,17,20,24,25 110:3,15,
17,18 111:6,12,14,20
112:2,8,10,12,16,19
113:7,9,12,14,19,23
114:1,6,7,8,13,16,18,24,
25 115:3,6,7,8,10,13,19,
25 116:1,18,20,23 117:2,
5,7,13,18,23 118:2,14,
15,17,18,20,23,25 119:2,
4,5,6,10,16,18,23 120:3,
8,11,12,20,23 121:2,7,8,
10,12,15,17,18,19,25
122:2,9,10,12,19,22,25
123:8,23 124:1,3,5,11,15
125:6,10,11,14,17,23
126:7,10,14,22 127:4,7,
15,17,20,23 128:1,2,4,7,
9,12,14,17,18,21,22
129:5,9,13,19,21,24
130:2,7,11,14,18,19,22,
25 131:7,12,13,20,23
132:2,6,9,14,18,21,24
133:3,6,13,15,18,22
134:8,13,15,18,24 135:6,
12,16,19,20,23 136:3,6,
7,9,14,15,18,23,24,25
137:5,7,14,17 138:5,10,
11,16,24 139:4,7,8,9,13,
14,15,21,22,23 140:4,5,
6,7,10,14,16,19,23,24,25
141:5,6,15,18,23 142:2,
5,7,9,14,20,24 143:2,7,
11,12,13 144:4,9,11,12,

18,22 145:1,2,8,10,19
146:5,7,10,12,13,18,19
147:1,10,12,20,21,22
148:1,2,8,18,23,25
149:2,3,7,17,21,24
150:1,5,6,10,13,15,23,25
151:1,3,6,7,10,13,14,17,
18,22,23,25 152:8,10,13,
17,23 153:1,5,16,24
154:2,12,16,23,24 155:3,
6,7,16,17,19,22,24
156:1,5,9,14,15,16,18
157:1,2,8,11,20,21,23
158:2,6,8,14,15,19,23
159:1,3,6,10,17,21
160:5,14,16,20,25 161:6,
17,19,20,24 162:1,4,6,8,
14,21,22,23 163:3,5,7,
10,11,14,15,19,21 164:1,
2,6,17,22 165:5,6,10,14
167:6,10,13,25 168:7,8,
21 169:5,6,9,10,12,17,25
170:3,4,11 171:3,9,14,20
172:3,10,13,17,23,25
173:8,9,10,13,14,19,21,
24 174:8,10,13 175:2,11,
13,16,19,22,24 176:15,
16,18,21,22,25 177:3,7,
14,17,20,25 178:1,5,8,12
179:10,17,19,20 180:3,4,
6,7,8,17 181:2,3,6,8,12,
13 182:2,5,7,22 183:5,8,
22 184:8,18,20 185:5,10,
13,15,23 186:4,8,14,15,
19,20,23,24 187:1,2,3,5,
8,11,13,17,18,19,25
188:1,9,10,13,15,19,20,
22,23,25 189:1,2,3,5,19,
22,23,24,25 190:16,17,
18,20 191:3,15,20,21,22,
24,25 192:2,9,13,15,20,
24,25 193:7,22,24

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

194:13,14 195:16,18,20,
22,24 196:2,6,7,9,16,17,
19,22 197:5,8,10,11,12,
20,24 198:1,19,25 199:5,
10,12,13,17,20,21,22
200:6,7,9,12,17,23,25
201:4,7,10,13,22,25
202:8,12 203:3,6,10,17,
20,21,23 204:9,16,19
205:1,4,9,15,17,23,25
206:4,6,7,8,10,15,17,19,
22,25 207:3,5,8,11,14,19
208:2,5,6,8,12,20,22,24
209:10,17,20,24 210:1,
19,22 211:9,15,19,23
212:7 213:3,7,18,21
214:1,5,9,15,17,20,24
215:5,13,20,22 216:2,5,
7,13 217:6,13,16,22,23
218:1,6,8,9,12,13,20,22,
25 219:13,16,20,25
220:1,5,8,11,14,17,20,
21,22,25 221:3,4,7,10,
13,16,22 222:4,7,12,14,
17,20,25 223:4,6,10,13,
15,23,24 224:5,7,14,15,
18,21,23,24 225:4,5,11,
14,16,18,21,23 226:3,9,
10,13,14,17,20,22,23
227:4,10,13,17,18,21
228:4,7,10,12,15,17,21,
25 229:3,11,13,21,24
230:8,13,16 231:2,4,6,
10,19,25 232:2,4,7,10,15
233:2,3,5,25 234:4,6,9,
13,18 235:7,8,12,13,16,
17 236:1,4,5,8,9,24,25
237:2,5,10,11,20,24,25
238:11 239:2,7,11,14
240:1,4,11,12,13,14,21,
23 241:7,10,14,17,18,24
242:2,4,8,11,14,17,21,

24,25 243:1,6,9,10,12,
13,15,17,20 244:11,17,
21,22,23 245:2,4,10,11,
22 246:4,6,10,13,14,19
247:3,5,8,12,15,16,17,
18,19,25 248:5,9,13,15,
19,22,23,25 249:9,14,20,
21 250:1,3,8,10,12,18,
19,21 251:9,12,16,19,23,
24,25 252:1,4,5,7,8,9,11,
12,16,22,25 253:2,6,10,
17,24 254:3,25 255:3,7,
13,21,22,24 256:2,5,8,
20,25 257:3,8,11,14,18,
19,23 258:5,6,13,15,16,
22,25 259:1,7,10,13,14,
16,19,20,22 260:8,11,14,
21

**you'd**
21:2 32:13 56:6 252:6

**you'll**
16:1

**you're**
5:23 15:10,14,25 24:18
27:15 31:20 37:22 48:7
52:10 54:17 63:9 66:23
71:20 77:24 89:8 94:19
95:12,17 104:2 105:21,
22 106:4 112:5 126:17
130:5 134:7 135:2
136:12 138:10,21 139:2
143:17 144:18 151:14,21
155:15 161:4,5 168:4
169:15 170:2,16 173:14,
15 176:12 178:10,11,20
179:1 180:18,19 185:2,9
186:22 187:10,23 189:7,
19 190:4 194:10 199:4,5
204:4 214:16 215:4
224:15,17 234:3 238:23

240:19 247:18 249:3
250:15,25 255:22 260:1

**you've**
6:25 7:8 18:10 72:8
105:15 160:21 168:17
171:3 174:25 181:23,24
190:25 222:17 246:19
248:22 249:10 252:21

**young**
46:2,9,10 103:16

**younger**
46:5

**your**
4:8 6:5,8,13 7:18,21,23
8:10,13,14,21 10:8 11:9,
13,20 13:20,24 14:2,4,
14,18 15:1,15,17,21,23,
24 16:11,14,19 17:6,19
18:7,10,17 19:24 20:1,7,
11,14,17,24 21:3,9,21
22:4,10 23:1,3,14,24
24:11 25:14,20 26:9,16
27:10,15 28:4,18 29:12,
23 30:4,5 31:22 32:6,12,
18,19,20,23 33:5,8
34:19,21,24 36:1,4 37:9
38:5 39:9 41:18 43:12
64:17,23 65:6 66:11 67:1
74:23 83:4 84:14,15,20
85:18 95:2 98:12 101:14
102:6,10,16 103:1,4,19
106:22,23 107:15,20
108:11,18 109:12 110:8
111:8,18,23 113:10,23
114:6 115:4 121:12
128:9 131:10,14 132:24
133:3,5,23 135:24
136:21 137:6,7,21 138:2,
12,16 139:4,9,10,16,23,
24 140:7 141:8,11 142:7

144:3,6,21 146:1 147:6
148:9,24 149:3,8 151:22
152:9 155:23 156:2
157:1 159:4,10,18,23
162:10,13,22 163:2,3,7
167:17 170:21,22 171:6,
9,13,17 174:16,17,25
179:11 180:19 181:10
184:8 187:3 188:12
189:6,13,20 190:11,12,
24 192:12,18 194:11
195:17,20 196:3,6,16
197:6 198:23 205:9,25
206:19 207:19,20,23
208:5 209:3,6,19,22
210:25 211:7,20,24
212:8,20 213:13,22
214:6 215:20 216:2,3,6,
10,14,25 217:11,21
218:2 224:20,24 227:11,
18,23 231:10 234:4,10,
18,23 235:2,3,10 237:13
238:16 243:12,24,25
245:2,4 247:2,5,20,24
248:24 249:9 250:4,12,
19 253:2,13,14 254:12,
14 255:3,7,18,23 256:3,
6,21 257:3,12,23 258:14
259:9,10 260:11,14,16,
21

**yourself**
17:24 18:6 97:15,24
99:10 154:23 156:5
175:22 177:20 185:10,23
202:9

**yourselves**
4:25

**Z**

**zombie**
247:18

**zoom**
4:9,14,19 8:7 72:8 90:13,
14 261:7

**zoomed**
72:16 73:1

**@©**  AdvancedONE
        LEGAL

**(866) 715-7770**
advancedONE.com