# EXHIBIT 15

May 31, 2018 Tabatha Washington
Interview Video