# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
· NORTHERN DISTRICT OF ILLINOIS
· · · · EASTERN DIVISION

TABATHA WASHINGTON and
DONTE HOWARD,· · · · ·
· · · · · · · · · · ·
· · · · · Plaintiffs,·
· · · · · · · · · · ·          No. 20 cv 442
· · · · · -vs-· · · ·

CITY OF CHICAGO, VINCENT
ALONZO, (Star No.· · · ·
· 623), ADRIAN GARCIA· ·
(Star No. 20157) and· ·          **CERTIFIED**
DEMOSTHENES BALODIMAS· ·          **TRANSCRIPT**
(Star No. 21204,· · · ·

· · · · · Defendants.


· · · · The remote deposition of PATRICK WALLER,

called by the defendants for examination, pursuant

to notice and pursuant to Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken

before DIANA DEBRA SABO, Certified Shorthand

Reporter within and for the State of Illinois, on

the 5 day of October, 2021.

WASHINGTON vs CITY OF CHICAGO, et al.
PATRICK WALLER, 10/05/2021

Pages 2..5

Page 2

·1· ·A P P E A R A N C E S:
·2· · · · · VITALE, VICKREY, NIRO, SOLON & GASEY,
· · · · · · LLP, by
·3· · · · · MR. DYLAN M. BROWN,
· · · · · · 311 South Wacker Drive
·4· · · · · Suite 2470
· · · · · · Chicago, Illinois· 60606
·5· · · · · (312) 236-0733
· · · · · · Dbrown@vvnlaw.com
·6
· · · · · · · · ·Appeared remotely on behalf of the
·7· · · · · · · ·Plaintiff;
·8
· · · · · · BORKAN & SCAHILL, LTD, by
·9· · · · · MS. EMILY E. SCHNIDT,
· · · · · · 20 South Clark Street
10· · · · · Suite 1700
· · · · · · Chicago, Illinois· 60603
11· · · · · (312) 580-1030
· · · · · · Eschnidt@borkanscahill.com
12
· · · · · · · · ·Appeared remotely on behalf of the
13· · · · · · · ·Defendants, City of Chicago, Vincent
· · · · · · · · ·Alonzo (Star No. 21623), Adrian
14· · · · · · · ·Garcia (Star NO. 20517), and
· · · · · · · · ·Demosthenos Balodimas (Star No.
15· · · · · · · ·21204);
16
· · · · · · COOK COUNTY STATE'S ATTORNEY'S OFFICE, by
17· · · · · MS. MIA BUNTIC,
· · · · · · 500 Richard J. Daley Center
18· · · · · Chicago, Illinois· 60602
· · · · · · (312) 603-5440
19
· · · · · · · · ·Appeared remotely on behalf of the
20· · · · · · · ·Defendant, City of Chicago;
21
22
23
24
25

Page 3

·1· · · · · COOK COUNTY STATES ATTORNEY, CIVIL
· · · · · · ACTIONS BUREAU, by
·2· · · · · MR. JOHN J. COYNE,
· · · · · · 500· Daley Center
·3· · · · · Chicago, Illinois· 60602
· · · · · · (312) 603-5440
·4· · · · · Jcoyne@cookcountygov.com
·5· · · · · · · ·Appeared remotely on behalf of the
· · · · · · · · ·Witness.
·6
·7
· · · · ·*·· ·*· ·*· ·*· ·*· ·*· ·*· ·*· ·*· ·*·
·8
·9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

·1· ·WITNESS:· · · · · · · · · · · · · · · · · ·Page
·2· ·PATRICK WALLER
·3· ·Direct Examination by Ms. Schnidt· · · · · 5-90
·4· ·Cross Examination by Mr. Brown· · · · ·91-134
·5· ·Redirect Examination by Ms. Schnidt· ·134-141
·6· ·Recross Examination by Mr. Brown· · · 141-142
·7· ·Further Examination by Ms. Schnidt· · 142-143
·8
·9· ·*·· ·*·· ·*·· ·*·· ·*·· ·*·· ·*·· ·*·· ·*··
10· ·EXHIBITS:
11· · · ·Deposition Exhibit No. 1· · · · · · · 144
12· · · ·Deposition Exhibit No. 2· · · · · · · 144
13· · · ·Deposition Exhibit No. 3· · · · · · · 144
14· · · ·Deposition Exhibit No. 4· · · · · · · 144
15· · · ·Deposition Exhibit No. 5· · · · · · · 144
16· · · ·Plaintiff's Deposition Exhibit No. 30
17· · · ·Plaintiff's Deposition Exhibit No. 28
18
19· ·(Deposition Exhibit Nos. 1 - 5 attached.
20· ·Plaintiffs Deposition Exhibit Nos. 30 & 28
21· ·retained by Mr. Dylan M. Brown.)
22
23
24· ·*·· ·*·· ·*·· ·*·· ·*·· ·*·· ·*·· ·*·· ·*··
25

Page 5

·1· · · · · · · ·(The deposition commenced at 10:31
·2· · · · · · · ·o'clock A.M.)
·3· · · · · · · ·(Witness remotely sworn pursuant to Executive
·4· ·Order 2020-14.)
·5· · · · · · MS. SCHNIDT:· Before we begin, can we
·6· ·just have all parties agree that this deposition
·7· ·would be treated in the same manner as though we
·8· ·were all sitting in the same room in Chicago with
·9· ·the court reporter, the deponent, and all the
10· ·attorneys.
11· · · · · · MR. BROWN:· Agreed.
12· · · · · · MS. BUNTIC:· Agree.
13· · · · · · MR. COYNE:· On behalf of the deponent,
14· ·agreed.
15· · · · · · MS. SCHNIDT:· Thank you.
16· ·WHEREUPON:
17· · · · · · · · ·PATRICK WALLER
18· ·called as a witness herein, after having been first
19· ·remotely duly sworn, was examined upon oral
20· ·interrogatories and testified as follows:
21· · · · · ·D I R E C T· E X A M I N A T I O N
22· · · · · · · · · · ·BY MS. SCHNIDT
23
24· · ·Q.· ·Mr. Waller, can you please state your
25· ·name for the record.



@©· AdvancedONE· · · (866) 715-7770
· · · · · LEGAL· · · · · · advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 6..9
PATRICK WALLER, 10/05/2021

Page 6

1 · · · A. · Patrick Waller, W A L L E R.
2 · · · Q. · **How old are you, Mr. Waller?**
3 · · · A. · Forty-one.
4 · · · Q. · **What is your highest level of education?**
5 · · · A. · I have a law degree.
6 · · · Q. · **From where?**
7 · · · A. · University of Illinois College of Law.
8 · · · Q. · **Is that the University of Illinois in**
9 · **Urbana or is it now the University of Illinois in**
10 · **Chicago?**
11 · · · A. · It's -- it's in Champaign.
12 · · · Q. · **Okay. · When did you obtain your J.D.?**
13 · · · A. · 2005.
14 · · · Q. · **When did you begin working for the Cook**
15 · **County State's Attorney's Office?**
16 · · · A. · 2005.
17 · · · Q. · **Have you worked at the Cook County**
18 · **State's Attorney's office since 2005?**
19 · · · A. · Yes.
20 · · · Q. · **Have you had any other employment in the**
21 · **legal field?**
22 · · · A. · No.
23 · · · Q. · **Can you just go briefly through your**
24 · **history within the Cook County State's Attorney's**
25 · **Office.**

Page 7

1 · · · A. · I started in the criminal appeals
2 · division. · From there I went to the traffic
3 · division. · After traffic I was on -- in the felony
4 · review unit, then I went to the preliminary
5 · hearings unit, then I was promoted to the felony
6 · trial division; and I was in the felony trial
7 · division as a third chair, second chair, and first
8 · chair.
9 · · · · · · During that time in the felony trial
10 · division I rotated back to felony review on two
11 · prior occasions.
12 · · · · · · After the felony trial division I
13 · was in the gang and complex homicide unit, and I
14 · currently serve as the supervisor of the forensic
15 · science unit.
16 · · · Q. · **Did you take over Mark Ertler's position?**
17 · · · A. · Yes.
18 · · · Q. · **Okay. · In May of 2018 which division were**
19 · **you in?**
20 · · · A. · I was assigned to the felony review unit.
21 · · · Q. · **Was that assignment when you were with**
22 · **the felony review unit or was that during the time**
23 · **that you were with the felony trial division and**
24 · **then circled back to the felony review?**
25 · · · A. · The -- yes, when I -- it was part of a

Page 8

1 · rotation back within the felony trial division.
2 · · · Q. · **Okay. · How long did you have that**
3 · **rotation in which you were part of the felony**
4 · **review unit while you were on the felony trial**
5 · **division?**
6 · · · A. · Six months each time.
7 · · · Q. · **For a total of 12 months during the time**
8 · **that you were with the felony trial division?**
9 · · · A. · Yes.
10 · · · Q. · **Was it the first or second time that you**
11 · **were with the felony review unit while you were**
12 · **part of the felony trial division?**
13 · · · A. · Second time.
14 · · · Q. · **So you were second rotation is the word I**
15 · **was looking for; right?**
16 · · · A. · Yeah, yes.
17 · · · Q. · **When you were part of the felony review**
18 · **unit earlier in your career, how long were you**
19 · **part of that unit?**
20 · · · A. · The first time? · Is that what you're --
21 · · · Q. · **Yes.**
22 · · · A. · About 18 months.
23 · · · Q. · **I want to talk to you just about the**
24 · **process for approving felony charges against a**
25 · **person who has been arrested.**

Page 9

1 · · · · · · · **First of all, has that process --**
2 · **did that process change when you were with the**
3 · **felony review unit whether it was the first time**
4 · **or during those two rotations later in your**
5 · **career?**
6 · · · A. · Not out of any real significance I don't
7 · think.
8 · · · Q. · **Okay. · So focusing on May of 2018. · Can**
9 · **you give me the process for how the state's**
10 · **attorney goes about giving felony review approval.**
11 · · · · · · MS. BUNTIC: I'm going to object to the
12 · extent it's seeking any kind of deliberative
13 · process. · Generally process is fine, but with
14 · regard to any specifics, case-related specifics,
15 · I'm going to object to that.
16 · · · · · · MS. SCHNIDT: · Yeah, I'm just asking for
17 · the process right now.
18 · · · · · · THE WITNESS: · Okay. · So generally
19 · speaking, the police agency within Cook County
20 · will contact the felony review unit by way of a
21 · general number where you reach a dispatcher.
22 · · · · · · The police agency will then give
23 · some information about the case including the name
24 · of any possible offenders and what charge -- the
25 · highest charge that they'll be seeking. · It will

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 10..13
PATRICK WALLER, 10/05/2021

Page 10

·1  then be assigned by the dispatcher to one of the
·2  ASAs that is on duty based on the type of case
·3  that it is.· And the ASA who receives the
·4  assignment will contact, be it an officer or
·5  detective who called it in and begin the review
·6  process.· And it -- depending on the type of case,
·7  it -- the review process goes differently.
·8  BY MS. SCHNIDT:
·9  · ·Q.· ·Okay.· Once the review process is
10  complete, what's the next step in the process?
11  · ·A.· Well, it could be a number of things.
12  · ·Q.· ·Assuming -- well, what are those things
13  that it could be?
14  · · · ·MS. BUNTIC:· I'm going to object to the
15  form of the question.
16  BY MS. SCHNIDT:
17  · ·Q.· ·Go ahead.
18  · · · ·MS. BUNTIC:· And also to the deliberative
19  process.
20          Patrick, if you understand it --
21          THE WITNESS:· Sure.
22          MS. BUNTIC:· -- with regard to the
23  process.
24  · · · ·MR. COYNE:· Patrick, before you begin to
25  answer, on behalf of the deponent, just for the

Page 11

·1  ·record so the division of labor is clear, I
·2  ·represent ASA Waller as outside appointed counsel.
·3  ·I'm outside the state's attorney's office.· ASA
·4  ·Buntic is present to represent the interests of
·5  ·the office and to the extent it's necessary to
·6  ·protect privileges possessed by the office where
·7  ·she is employed, she will be handling that aspect.
·8  ·Just wanted to make that clear for the record.
·9  · · · · ·Go ahead and answer, Patrick, if you
10  ·can and if you're allowed.
11  · · · · ·THE WITNESS:· So okay.· At the conclusion
12  ·of the review process, there's basically three
13  ·outcomes.· There could be -- you could approve
14  ·felony charges.· You could reject felony charges
15  ·or you could classify the case as continuing
16  ·investigation.· Those are the three possible
17  ·outcomes.
18  ·BY MS. SCHNIDT:
19  · · · ·Q.· ·Who approves felony charges?
20  · · · ·A.· ·The state's -- in almost all instances it
21  ·would be -- with regard to felony charges it would
22  ·be the state's attorney's office.
23  · · · ·Q.· ·In this case who approved felony charges?
24  · · · ·A.· ·The state's attorney's office.
25  · · · ·Q.· ·Same question:· Who rejects felony

Page 12

·1  charges?
·2  · ·A.· ·The state's attorney's office.
·3  · ·Q.· ·In this case did the state's attorney's
·4  office reject any felony charges?
·5  · · · ·MR. COYNE:· Just show an objection to
·6  foundation.
·7  · · · · ·Go ahead.
·8  · · · ·THE WITNESS:· My understanding is that
·9  the state's attorney's office rejected charges as
10  to one of the offenders that was presented for
11  review.
12  BY MS. SCHNIDT:
13  · ·Q.· ·And then do you have any knowledge of the
14  state's attorney -- Well, strike that.
15  · · · · ·Who classifies an investigation as
16  continuing investigation?
17  · ·A.· ·State's attorney's office.
18  · ·Q.· ·Do you have any knowledge of that
19  classification being given in this case?
20  · ·A.· ·Yes.
21  · · · ·MR. COYNE:· Objection.· Foundation.
22  · · · · ·Go ahead.
23  BY MS. SCHNIDT:
24  · ·Q.· ·And what is that based on?
25  · ·A.· ·I classified it as a continuing

Page 13

·1  ·investigation.
·2  · · ·Q.· ·Was there any particular person you
·3  ·classified it as continuing investigation towards?
·4  · · ·A.· ·There were -- when I was involved, there
·5  ·were two individuals in custody that were being
·6  ·presented to felony review for review of charges,
·7  ·both of them were classified as continuing
·8  ·investigations.
·9  · · ·Q.· ·Do you know the names of those people?
10  · · ·A.· ·Tabatha Washington, Carlton White.
11  · · ·Q.· ·After you classified the investigation as
12  ·continuing, do you have an understanding as to
13  ·what occurred with regard to any proposed felony
14  ·charges against Howard -- or against White and
15  ·Washington?
16  · · · ·MS. BUNTIC:· Objection to form and I'm
17  ·objecting to the extent it seeks deliberative
18  ·process, privileged information.
19  · · · ·THE WITNESS:· Only what I've learned.· I
20  ·was not personally involved beyond.
21  ·BY MS. SCHNIDT:
22  · · ·Q.· ·Do you have an understanding that Tabatha
23  ·Washington -- Strike that.
24  · · · · · ·Do you have an understanding that
25  ·the state's attorney's office gave felony approval

ao AdvancedONE LEGAL                    (866) 715-7770
                                    advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 14..17
PATRICK WALLER, 10/05/2021

Page 14

·1   for murder charges against Tabatha Washington?
·2   · · · ·MS. BUNTIC:· Object to form and to the
·3   extent --
·4   · · · ·THE WITNESS:· Yes.
·5   · · · ·MS. BUNTIC:· -- it seeks deliberative
·6   process, privileged information.
·7   · · · ·THE WITNESS:· Yes.
·8   BY MS. SCHNIDT:
·9   · ·Q.· **Were you involved in the decision to**
10   **approve felony charges against her?**
11   · ·A.· ·Not -- not the specific decision to
12   approve charges, no.
13   · ·Q.· **And earlier you testified that you**
14   **understood the felony charges had been rejected**
15   **against Carlton White.**
16   · · · · · **Were you involved in the decision to**
17   **reject the decision to -- Strike that.**
18   · · · · · **Were you involved in the decision to**
19   **reject the charges against Carlton White?**
20   · · · ·MR. COYNE:· Just note an objection.· I
21   think that mischaracterizes his testimony.· He
22   testified that Carlton White was classified as
23   C.I., continuing investigation, but go ahead
24   anyway.
25

Page 15

·1   BY MS. SCHNIDT:
·2   · · ·Q.· **Okay.· Let me clarify.· You classified**
·3   **Carlton White and Tabatha Washington as continuing**
·4   **investigation personally; correct?**
·5   · · ·A.· ·Yes.
·6   · · ·Q.· ·Do you have an understanding as to
·7   **whether there was an approval or a rejection of**
·8   **charges against Carlton White ultimately?**
·9   · · ·A.· ·Yes.
10   · · ·Q.· **And were you involved in that decision to**
11   **approve or reject felony charges against him?**
12   · · ·A.· ·Not the specific decision, no.
13   · · ·Q.· **For both answers with regard to**
14   **Washington and White, you said not the specific**
15   **decision.· Why are you making that distinction?**
16   · · · · ·MR. COYNE:· For the record, I think he
17   ·was referring to Carlton White's decision is what
18   ·he testified to, but go ahead anyway.
19   · · · · ·THE WITNESS:· I mean, I was involved in
20   ·the review process and discussed the case with the
21   ·deputy supervisor of felony review that was on
22   ·call.· I provided certain information to them and
23   ·then at the end of my time in the review process
24   ·it was a continuing investigation.
25

Page 16

·1   · · · · · · · I, to the best of my -- I don't have
·2   ·any personal or direct knowledge, but my
·3   ·understanding is that the following day the
·4   ·detectives contacted felony review again.· That
·5   ·would have been one of my -- that would have been
·6   ·most likely one of my days off, and I was not
·7   ·involved in any further discussions with the case
·8   ·because I wasn't working that day.
·9   ·BY MS. SCHNIDT:
10   · · · ·Q.· ·Okay.· Thank you for that explanation.
11   · · · · · **So ultimately whether someone is**
12   **actually charged with a felony, is that the**
13   **state's attorney's decision?**
14   · · · ·A.· ·Yes, in most instances.
15   · · · ·Q.· **Can you give me -- can you explain the**
16   **other instances in which it wouldn't be the**
17   **state's attorney's decision to charge a felony**
18   ·against a person.
19   · · · · · ·MS. BUNTIC:· Objection to form and to the
20   ·extent it's asking for deliberative process,
21   ·privileged information.
22   · · · · · ·THE WITNESS:· There is -- for example,
23   ·felony drug charges do not require a consultation
24   ·or approval of felony review, and there would be a
25   ·situation where the police could seek to override

Page 17

·1   ·a felony review or state's attorney's office
·2   ·decision.
·3   ·BY MS. SCHNIDT:
·4   · · · ·Q.· **Do you have any personal knowledge of**
·5   **whether the police sought to override a state's**
·6   **attorney's decision in the charging of Tabatha**
·7   **Washington and Dante Howard?**
·8   · · ·A.· ·No.
·9   · · ·Q.· **Does the charge of murder, felony murder**
10   **require a state's attorney making the decision to**
11   **charge that person?**
12   · · · · ·MR. BROWN:· Object to form.· You said
13   ·murder and felony murder.
14   ·BY MS. SCHNIDT:
15   · · ·Q.· **Yeah, let me rephrase the question.**
16   · · · · · **Does the state's attorney hold the**
17   **decision-making power to charge a person with**
18   **felony murder?**
19   · · ·A.· ·Yes.
20   · · ·Q.· **Does the state's attorney hold the**
21   **decision-making power to charge a person with mob**
22   **action?**
23   · · ·A.· ·Depends.· It depends.
24   · · ·Q.· **What would it depend on?**
25   · · ·A.· ·I mean, I would have to look at the

CCD  AdvancedONE                    (866) 715-7770
LEGAL                                advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 18..21
PATRICK WALLER, 10/05/2021

**Page 18**

·1  statute to refresh my memory, but I believe there
·2  were some misdemeanor mob actions potentially.
·3  You don't need state's attorney approval to charge
·4  a misdemeanor or the police don't, I guess I
·5  should say, but as to felonies, yes.
·6  · **Q.· ·Okay.· If it's a felony mob action, the**
·7  **state's attorney holds the decision-making power**
·8  **whether to charge a person.**
·9  · ·A.· ·Yes.
10  · **Q.· ·Can you -- how would you explain felony**
11  **review?**
12  · · · ·MR. COYNE:· Objection to form.
13  · · · ·MS. BUNTIC:· Objection to form.
14  BY MS. SCHNIDT:
15  · **Q.· ·Can you explain what felony review is.**
16  · · · ·MR. COYNE:· Show objection.
17  · · · ·THE WITNESS:· It's -- it's a unit in the
18  state's attorney's office that's staffed 24 hours
19  a day, 7 days a week, every day of the week that
20  works directly with police agencies throughout
21  Cook County.
22  · · · ·The primary role of the state's
23  attorney's office is to review investigations
24  where those various police agencies are seeking
25  felony charges.· We have -- we consult with police

**Page 19**

·1  ·agencies.· We have other roles in the
·2  ·investigation including working on search
·3  ·warrants.· As part of the review process, we also,
·4  ·on certain types of cases, will directly interview
·5  ·witnesses and sometimes potential offenders as
·6  ·well.
·7  ·BY MS. SCHNIDT:
·8  · · ·**Q.· ·Do you have a recollection of the -- your**
·9  ·**involvement in the investigation into Kim**
10  ·**Edmondson's death?**
11  · · · ·A.· ·Yes.
12  · · ·**Q.· ·When did you first become involved in the**
13  ·**felony review process into the charges for Kim**
14  ·**Edmondson's death?**
15  · · · ·A.· ·Is -- I believe it was May 31 of 2018.
16  · · ·**Q.· ·How were you notified that you needed to**
17  ·**become involved?**
18  · · · ·A.· ·The felony review dispatcher contacted me
19  ·and gave me this case.
20  · · ·**Q.· ·What did you do upon receiving the**
21  ·**assignment?**
22  · · · ·MS. BUNTIC:· I'm going to object to the
23  ·extent it calls for deliberative process.
24  · · · · · ·But if you can answer without going
25  ·into it.

**Page 20**

·1  · · · ·THE WITNESS:· Sure.· I would have been
·2  provided with one of the detective's names and the
·3  phone number to Area North, and I would have
·4  called and had a phone conversation with the
·5  detective.
·6  · · · ·MR. COYNE:· I'm sorry, Emily.
·7  · · · · · ·Did you say Area North?
·8  · · · ·THE WITNESS:· Yes, it was Area North.· I
·9  believe it was Area North at the time --
10  · · · ·MR. COYNE:· Okay.
11  · · · ·THE WITNESS:· -- called Area 3, but what
12  everybody would think of as Area 3 at the time was
13  Area North.· Now it went back to Area 3.
14  · · · ·MR. COYNE:· Got you.· Thank you.
15  BY MS. SCHNIDT:
16  · **Q.· ·Do you have a memory of that phone**
17  **conversation with the detective?**
18  · ·A.· ·Not any specifics.
19  · **Q.· ·Do you remember who you spoke to?**
20  · ·A.· ·No.
21  · **Q.· ·Any -- do you recall any information you**
22  **were told?**
23  · ·A.· ·No.
24  · **Q.· ·What is the next -- oh, do you have an**
25  **actual memory of -- because you said I would have**

**Page 21**

·1  ·**made a phone call.· Do you have an actual memory**
·2  ·**of having made a phone call?**
·3  · ·A.· ·I have no specific memory of that phone
·4  ·call.· I can just tell you I definitely had a
·5  ·phone call with the detective and spoke to a
·6  ·detective before I went to a police station.
·7  · · ·**Q.· ·Is that based on the fact that that was**
·8  ·**just your process?**
·9  · · · ·A.· ·Yeah, that -- I've never, ever gone out
10  ·on a case where I have not -- to the best of my
11  ·knowledge, where I have not had a phone call
12  ·before turning up at a police station.
13  · · ·**Q.· ·After making that phone call,**
14  ·~~understanding you don't remember having done it,~~
15  ·**what is the next step that you took with regard to**
16  ·**this case?**
17  · · · ·A.· ·I would have driven to Area North,
18  ·Belmont and Western.
19  · · ·**Q.· ·What's the next thing that you did?**
20  · · · ·A.· ·Went inside, went up to the detective
21  ·division.
22  · · ·**Q.· ·Did you talk to a detective?**
23  · · · ·A.· ·Yes.
24  · · ·**Q.· ·Do you have a memory of that**
25  ·**conversation?**

WASHINGTON vs CITY OF CHICAGO, et al.               Pages 22..25
PATRICK WALLER, 10/05/2021

---

Page 22

·1      A.· A little -- a little bit.
·2    · Q.· What is your memory with regard to --
·3  well, first of all, who was it that you spoke to?
·4    ·A.· Multiple detectives.· I can tell you I
·5  remember speaking with Detective Alonzo and
·6  Detective Adrian Garcia.· I don't know who else
·7  would have been from their team was specifically
·8  present when I was speaking, but those are the two
·9  I remember speaking with.
10    · Q.· What did detectives Alonzo or Garcia tell
11  you?
12    ·A.· Specifically, I don't remember any real
13  specifics, but there was an -- I did receive sort
14  of an overview of what the investigation had been
15  to where we were at this point.
16    · Q.· Do you remember generally what they told
17  you with regard to where the investigation was at
18  that point?
19    ·A.· Generally, yes.
20    · Q.· What did they tell you?
21    ·A.· You know, there was an overview of how
22  the victim was discovered behind a dumpster over
23  by the Green Line on Lake Street.· I think it was
24  Laramie and Lake.
25

Page 23

·1          And there were a handful of
·2  witnesses that spoke to the victim right before he
·3  died, and they told me about the -- summarized
·4  some of their interviews and, you know, then the
·5  investigative steps that they were able to
·6  ascertain that there may have been another
·7  location of interest a couple blocks away where
·8  there was an altercation, and then they explained
·9  to me how it is that the two individuals they were
10  presenting for review had come to be placed under
11  arrest.
12    · Q.· Did they tell -- do you have a memory of
13  what they told you as to how those two people came
14  to be under arrest?
15    ·A.· Generally, yes.
16    · Q.· Generally, what did they tell you?
17    ·A.· Generally, the detectives relayed to me
18  that from Laramie and Lake one of the witnesses
19  knew where the victim either was earlier or where
20  he lived, and the victim had a made statement to
21  these individuals about having been in an
22  altercation over by where he lived.· So they went
23  back over to that location several blocks away.
24  You know, I can't recall the exact.· It was like
25  on Washington, I think.· And they were standing

Page 24

·1  outside and they could hear conversation coming
·2  from inside one of the apartments that sounded to
·3  be individuals discussing the altercation that the
·4  detectives were investigating.
·5    · Q.· And generally, is that your understanding
·6  as to how, then, two people were taken into
·7  custody?
·8    ·A.· I think --
·9      MR. COYNE:· Object to form.
10        · Go ahead.
11      THE WITNESS:· Generally, yes, I think the
12  detectives knocked on a door and had further
13  conversations before anybody was placed under
14  arrest.
15  BY MS. SCHNIDT:
16    · Q.· Did they tell you about the conversations
17  once they knocked on the door before placing
18  anybody under arrest?
19      MS. BUNTIC:· Objection to form.
20      THE WITNESS:· I don't have any specific
21  recollections of -- of details of that portion,
22  that being relayed to me.
23  BY MS. SCHNIDT:
24    · Q.· Is there anything else you recall about
25  that conversation with the detectives including

Page 25

·1  Detective Alonzo and Garcia?
·2    ·A.· Again, just that sort of summary of it.
·3  I don't have a whole lot of specifics, just a
·4  general summary for you.
·5    · Q.· And did they tell you in that
·6  conversation about anything that the two people
·7  that were in custody had told them up to that
·8  point?
·9    ·A.· I do not recall any specifics.· It is,
10  you know, I have -- I believe we had some
11  discussion about specific statements that were
12  made.· I don't have any recollection of any
13  specifics that were then relayed to me at this
14  juncture.
15    · Q.· Is there anything else that you discussed
16  with Detectives Alonzo and Garcia in that first
17  conversation when you arrived?
18      MR. COYNE:· Objection.· Form.
19        · Go ahead.
20      THE WITNESS:· Generally, any witnesses or
21  evidence that were -- was available for me to
22  review at that point.
23  BY MS. SCHNIDT:
24    · Q.· Do you remember anything that you
25  reviewed at that point?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 26..29
PATRICK WALLER, 10/05/2021

Page 26

·1· · · A.· I don't recall what specifically there
·2· was, you know, in terms of tangible items or
·3· reports or video, if any, there was for me to
·4· review.
·5· · · · · I know there were three -- there
·6· were individuals present at the area to be
·7· interviewed.
·8· · · Q.· So what is -- after speaking to the
·9· detectives including Alonzo and Garcia, what's the
10· next step that you took?
11· · · A.· Anything that was available pertinent to
12· the investigation, either video or reports I would
13· have looked at.· I don't have any specific
14· recollections of what it was that was there
15· though.
16· · · Q.· So then after looking at whatever was
17· available, what's the next step that you took?
18· · · · · MS. BUNTIC:· I'm going to object to the
19· extent it calls for deliberative process
20· information.
21· · · · · THE WITNESS:· I believe I -- there
22· were I believe there were three witnesses from
23· the area at Laramie and Lake where the victim
24· collapsed and died present in the area.· I
25· interviewed each one of them individually with a

Page 27

·1· detective present.
·2· BY MS. SCHNIDT:
·3· · · Q.· Do you recall the names of those three
·4· people?
·5· · · A.· Yes.
·6· · · Q.· What were the names?
·7· · · A.· Khadijah Hill -- don't ask me to spell
·8· Khadijah -- and Anthony Beard and Larry Nelson.
·9· · · Q.· I'll represent to you that before the
10· time -- the timing of your interviews with those
11· three people, the detectives had already
12· interviewed the two people in custody, Tabatha
13· Washington and Carlton White, and that was on
14· recorded -- on a recorded video.· Okay?
15· · · Q.· Did you review the recorded video
16· before going in and interviewing those three
17· individuals from Lake and Laramie?
18· · · · · MR. COYNE:· Objection.· Form.
19· Foundation.
20· · · · · Go ahead.
21· · · · · THE WITNESS:· No.
22· BY MS. SCHNIDT:
23· · · Q.· So prior to interviewing -- well, I'll
24· represent to you the timing of the video, the
25· first person you interviewed, was Larry Nelson.

Page 28

·1· Is that consistent with your memory?
·2· · · · · MS. BUNTIC:· Objection to form.
·3· · · · · THE WITNESS:· You would have to -- are
·4· you -- are you talking about when the interviews
·5· occurred on video -- the video --
·6· · · · · MS. SCHNIDT:· Yes.
·7· · · · · THE WITNESS: -- portion?
·8· BY MS. SCHNIDT:
·9· · · Q.· So let me actually ask you.· Did you
10· interview them not on video?
11· · · A.· Yes.
12· · · Q.· Okay.· Where is it that you -- well, did
13· you interview each one separately?
14· · · A.· Yes.
15· · · Q.· And do you recall the first person that
16· you interviewed?
17· · · A.· No.
18· · · Q.· Who was the detective that was present
19· when you interviewed each one?
20· · · A.· Don't remember.
21· · · Q.· Did you after interviewing them
22· separately off of video, did you then interview
23· each of them separately on video?
24· · · A.· Yes, with a detective, yes.
25· · · Q.· Was the information that they told you on

Page 29

·1· video consistent with what they had told you off
·2· of video?
·3· · · A.· To the best of my recollection, yes.
·4· · · Q.· Did you learn any new information off of
·5· or on the video that you hadn't learned when you
·6· were interviewing them off of video?
·7· · · A.· Not that I remember.
·8· · · Q.· Have you had an opportunity before today
·9· to review those videos?
10· · · A.· Yes.
11· · · Q.· Okay.· Did you review the video of
12· Khadijah Hill?
13· · · A.· Yes.
14· · · Q.· And did Khadijah Hill give you any other
15· information that's not contained within your
16· recorded interview of Khadijah Hill?
17· · · A.· No, not that I remember.
18· · · Q.· Did you have an opportunity to review the
19· video of Anthony Beard?
20· · · A.· Yes.
21· · · Q.· Did Anthony Beard give you any
22· information that was not contained within the
23· video interview of Anthony Beard?
24· · · A.· Not that I remember.
25· · · Q.· And did you have an opportunity to review

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 30..33
PATRICK WALLER, 10/05/2021

Page 30

·1· ·the video of Larry Nelson?
·2· · · · A.· Yes.
·3· · · ·Q.· Did Larry Nelson give you any information
·4· ·that was not contained within the video interview
·5· ·of Larry Nelson?
·6· · · · A.· Not that I remember.
·7· · · ·Q.· Did anybody contradict themselves when
·8· ·they were on the video?
·9· · · · A.· Not that I remember.
10· · · ·Q.· So after you interviewed the three
11· ·individuals off of video, what was the next step
12· ·in your investigation?
13· · · · A.· I -- I think that I spoke to Tabatha
14· ·Washington and Carlton White myself with a
15· ·detective present.
16· · · ·Q.· Let me ask you this:· So you first
17· ·interviewed Khadijah Hill, Anthony Beard, and
18· ·Larry Nelson separately off of video; right?
19· · · · A.· Yes, yes.
20· · · ·Q.· Okay.· Did you then interview them on
21· ·video immediately after?
22· · · · A.· In a relatively short amount of time
23· ·after my initial interviews, yes.
24· · · ·Q.· Did you interview them on video before
25· ·you went and spoke to Tabatha Washington and

Page 31

·1· ·Carlton White?
·2· · · · A.· I think so, but I'm not -- I'm not sure
·3· ·on the timing of it.
·4· · · ·Q.· Where is it that you spoke to Tabatha
·5· ·Washington?
·6· · · · A.· In the interview room where she was being
·7· ·held.
·8· · · ·Q.· So when you interviewed her, was that on
·9· ·video?
10· · · · A.· To the best of my knowledge, yes -- I
11· ·mean, yes.
12· · · ·Q.· And where did you interview Carlton
13· ·White?
14· · · · A.· In the interview room that he was being
15· ·held in.
16· · · ·Q.· Did you interview him -- did you believe
17· ·you were interviewing him on video?
18· · · · A.· Yes.
19· · · ·Q.· All right.· So if we review the timed --
20· ·well, I'll represent to you that the time stamps
21· ·on the videos of your interviews of Larry Nelson,
22· ·Khadijah Hill, and Anthony Beard occurred before
23· ·your interview of Carlton White and then Tabatha
24· ·Washington.· So now with that representation to
25· ·you, would you, assuming my representation is

Page 32

·1· ·correct, would you agree, then, that you
·2· ·interviewed the three individuals on video before
·3· ·you then went and spoke to Carlton White and
·4· ·Tabatha Washington?
·5· · · · MR. COYNE:· Objection.· Form.
·6· ·Foundation.
·7· · · · · · · · Go ahead.
·8· · · · · · THE WITNESS:· I mean, assuming that what
·9· ·you told me is true, sure.
10· ·BY MS. SCHNIDT:
11· · · ·Q.· Okay.· Did you -- after interviewing
12· ·Larry Nelson, Khadijah Hill, and Anthony Beard on
13· ·video, did you ever interview them again?
14· · · · A.· I don't believe so.
15· · · ·Q.· At least with regards to this case.
16· · · · A.· I -- right.· I don't believe so.
17· · · ·Q.· The timing of your interview with Anthony
18· ·Beard, the interview -- hold on.· Let me look at
19· ·up actually.
20· · · · · · Your interview with Anthony Beard
21· ·ended at 8:42 P.M.· And then at 10:00 o'clock it's
22· ·reflected in the Detective Supplemental Report
23· ·that you interviewed Carlton White.
24· · · · · · Do you have any recollection of what
25· ·you were doing within that hour and a half time

Page 33

·1· ·period?
·2· · · · A.· No.
·3· · · ·Q.· Okay.· Have you had an opportunity to
·4· ·review the Cook County state's attorney's summary
·5· ·transcript of your interview with Carlton White?
·6· · · · A.· A portion of it.
·7· · · ·Q.· Okay.· Okay.· I'm showing you what I have
·8· ·marked as Exhibit 1.· Do you see at the top it
·9· ·says Video Statement Log?
10· · · · A.· Yes.
11· · · ·Q.· And the check next to suspect name,
12· ·Carlton White?
13· · · · A.· Yes.
14· · · ·Q.· Okay.· Is this the document that you
15· ·reviewed a portion of it?
16· · · · A.· Yes.
17· · · · · · MR. COYNE:· Emily, could you just give us
18· ·the Bates stamp, if there is one.
19· · · · · · MS. SCHNIDT:· Yes.
20· · · · · · MR. COYNE:· So I can write it down.
21· · · · · · MS. SCHNIDT:· It's SAO 342 --
22· · · · · · MR. COYNE:· Thank you.
23· · · · · · MS. SCHNIDT:· -- through 364.
24· · · · · · MR. COYNE:· Great.
25

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 34..37
PATRICK WALLER, 10/05/2021

Page 34
·1· BY MS. SCHNIDT:
·2· · Q.· Okay.· I'm on page SAO 357 which is page
·3· 16 of Exhibit 1.· Do you see at 10:38 P.M.
·4· detective enters and at 10:42 P.M. the ASA begins
·5· the Miranda warnings?
·6· · A.· Yes.
·7· · Q.· Okay.· Is this the portion that you
·8· reviewed?
·9· · A.· Yes.
10· · Q.· Okay.· Is the summary that's contained
11· here consistent with your memory of your interview
12· of Carlton White?
13· · A.· I don't know that I have an independent
14· memory of it, but what's contained there is I have
15· no reason to doubt what is, I guess, summarized,
16· slashed, kind of transcribed as accurate.
17· · Q.· Do you know who did this summary?
18· · A.· Yes.
19· · Q.· Who was it?
20· · A.· There were two other ASAs from my team
21· that were summarizing these statements.· Their
22· names are up at the top of the document.
23· · Q.· Oh, is it Elizabeth Schweitzer and Susie
24· Bucaro?
25· · A.· Yes.

Page 35
·1· · Q.· Do you know which one did which portion?
·2· · A.· No.
·3· · Q.· Is this typical practice with the state's
·4· attorney's office, that there's a state's attorney
·5· who summarizes statements made in a video
·6· interview?
·7· · A.· Yes.
·8· · Q.· Have you relied upon Ms. Schweitzer's
·9· summaries of video interviews before?
10· · MR. COYNE:· Objection.· Form.
11· · THE WITNESS:· I don't know.
12· · MS. BUNTIC:· I'm going to object to
13· deliberative process.· We're going to -- to the
14· extent this calls for questions about any other
15· cases, we're going to object and instruct the
16· witness not to answer.
17· BY MS. SCHNIDT:
18· · Q.· So I'm just trying to establish the
19· reliability of this document.· Let me try and ask
20· the question another way.
21· · Well, without going into specifics
22· of any case, have you relied upon summaries that
23· Ms. Schweitzer has done in the past?
24· · MR. COYNE:· Same objection to form.
25

Page 36
·1· · · · Go ahead.
·2· · · · MS. BUNTIC:· Same objection.
·3· · · · MR. BROWN:· Same objection.
·4· · · · THE WITNESS:· I don't know.
·5· BY MS. SCHNIDT:
·6· · Q.· Okay.· How about Miss Bucaro?
·7· · · · MS. BUNTIC:· Same objection.
·8· · · · MR. COYNE:· Same objection.
·9· · · · MR. BROWN:· Same objection.
10· · · · MS. SCHNIDT:· Dylan, you're objecting to
11· deliberative process --
12· · · · MR. BROWN:· The objection was form,
13· Emily.
14· · · · MS. SCHNIDT:· Got it.
15· · · · MR. COYNE:· Yeah, that was -- I'm sorry.
16· Yeah, that was my objection, too, was form, John
17· Coyne.
18· BY MS. SCHNIDT:
19· · Q.· Okay.· Okay.· Do you have a memory of
20· what Mr. White told you in the interview?
21· · A.· Not -- no -- no specifics.
22· · Q.· Generally can you tell me anything he
23· relayed to you.
24· · A.· I recall him indicating that he was
25· involved to an extent with the victim,

Page 37
·1· Mr. Edmondson, in a physical altercation.
·2· · · · What he related is that it was -- he
·3· had maybe, like, one punch that he landed on
·4· Mr. Edmondson and that was about the extent of his
·5· physical participation in this altercation.
·6· · · · MR. COYNE:· Hey, Emily, I'm sorry.
·7· · · · MR. SCHNIDT:· Yes?
·8· · · · MR. COYNE:· If it's not a bad time, could
·9· we take about a five-minutes' break?
10· · · · MS. SCHNIDT:· Sure.· That's fine.
11· · · · · · · · · · (A short recess was taken.)
12· BY MS. SCHNIDT:
13· · Q.· Mr. Waller, I'm going to share Exhibit 1
14· again with you.· So looking at page SAO 359, this
15· is the interview -- the interview portion -- your
16· interview portion of Carlton White.· Do you see
17· beginning at 10:52 Carlton White's talking about
18· Black coming to the door agitated.
19· · A.· Okay.
20· · Q.· Okay.· Was -- did Carlton White refer to
21· Kim Edmondson as Black?
22· · A.· I believe so.
23· · Q.· So then continuing further at 10:53 this
24· summary reflects that Carlton White is inside the
25· house and Kim Edmondson knocked on the door.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 38..41
PATRICK WALLER, 10/05/2021

Page 38

·1   Tabatha goes to the door and Carlton -- or Kim
·2   Edmondson's trying to force his way in.· Do you
·3   see that?
·4   · ·A.· ·Yes.
·5   · ·Q.· ·Does that refresh your memory with regard
·6   to Carlton White telling you that the group was
·7   inside the house and Kim Edmondson tried to force
·8   his way into the house?
·9   · · · ·MR. BROWN:· I'm going to object to form
10   and foundation as far as this part of the
11   interview goes.
12   BY MS. SCHNIDT:
13   · ·Q.· ·Go ahead.
14   · ·A.· ·I wouldn't say that it refreshes my
15   memory.
16   · ·Q.· ·Okay.
17   · ·A.· ·Just reading it, it doesn't refresh my
18   memory.
19   · ·Q.· ·Do you have a memory of Carlton White
20   telling you that Kim Edmondson was trying to go
21   inside of the house?
22   · ·A.· ·Not -- not independently.
23   · · · ·MR. BROWN:· And same objection as this is
24   misconstruing the evidence.
25

Page 39

·1   BY MS. SCHNIDT:
·2   · · ·Q.· ·At 10:56 -- well, I'm sorry.· Actually,
·3   · let's go to 10:55.· Carlton White is telling you
·4   · on that last -- second to last sentence at 10:55
·5   · we in the house.· Next thing you know, the bell
·6   · rang.· He came knocking at the door again, I
·7   · guess, and somebody buzzed him in.· Tabatha like,
·8   · oh, hell, no.· So she grabbed a little stick and
·9   · say she's going to bust your shit.
10   · · · · · ·And you say it was something from
11   · the house at 10:56.
12   · · · · · ·And she said, right.· It was, like,
13   · her kids got, like, feeding tubes and I.V. things.
14   · It was like a little pole that goes up her kids'
15   · feeding tubes.· They be real hollow and thin.· She
16   · grabbed one of them.· She showed him.· He kind of
17   · backed out.· So I took it from him and put it
18   · down.· That's when I go out.· Now we all on the
19   · grass.· He go out the gate that he come in.· He
20   · said he talking shit.· Right behind CC he telling
21   · her fuck you.· I'll fuck her up.· Now we're going
22   · to have words.
23   · · · · · ·Did -- does that refresh your memory
24   · that Carlton White told you that initially Tabatha
25   · Washington grabbed a stick from inside of the

Page 40

·1   house and waved it at Kim Edmondson and then
·2   Carlton White took it from her?
·3   · · · ·MR. COYNE:· Objection.· Misstates the
·4   evidence.
·5   · · · ·MR. BROWN:· Objection.
·6   · · · ·THE WITNESS:· This assumes that I have a
·7   memory.· Like I said, I don't really have a memory
·8   of specific details of the conversation.
·9   BY MS. SCHNIDT:
10   · ·Q.· ·Yeah, what I am trying to see is if we go
11   through portions of it, does it refresh your
12   memory at all.· Okay?
13   · · · · · ·So does this refresh your memory
14   with regard to there being a stick -- Carlton
15   White telling you there was a stick inside the
16   apartment that Tabatha Washington picked up and
17   then he took from her?
18   · · · ·MR. COYNE:· Objection.· Foundation.
19   · · · ·THE WITNESS:· I mean, I struggle to
20   answer that again.· I don't think it really
21   refreshes my memory.
22   BY MS. SCHNIDT:
23   · ·Q.· ·Did Carlton White tell you that he first
24   got into the altercation with Kim Edmondson?
25   · ·A.· ·Generally that sounds accurate as far as

Page 41

·1   I remember how this was related to me about how
·2   the altercation went, at least from Carlton
·3   White's version of it.
·4   · ·Q.· ·Then did Carlton White tell you that the
·5   second person he got into an altercation with was
·6   Dante Howard?
·7   · ·A.· ·Don't remember that.
·8   · ·Q.· ·So if you look at Exhibit 1 on SAO 361,
·9   Carlton White tells you at 10:59 so it's like
10   we -- well, first earlier at 10:58 so now he's
11   getting loud.· Like, fuck, yeah, he's really
12   snapping out.· He got real close to me.· The last
13   time he got close to me, he hit me in the head.
14   So I hit him first.· The fight lasted about
15   60-fucking seconds.· So he gets in your face and,
16   yeah, he was, like, you know, what is it?· We
17   fight.
18   · · · · · ·You ask, but he doesn't have
19   anything in his hand?
20   · · · · · ·He said, no.
21   · · · · · ·And you said, he took his jacket
22   off?· Did he take his shirt off?
23   · · · · · ·And he says, so it's like we get to
24   fighting.· It's like we can't even land blows.· I
25   · don't touch him.· Here comes CC.· Tabatha tried to

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 42..45
PATRICK WALLER, 10/05/2021

Page 42

1· ·get in between us.· Here come CC in between me and
2· ·him.
3· · · · · · ·You said, so everyone is basically
4· ·within arm's length?
5· · · · · · ·Carlton says, so he's talking about
6· ·fucking CC up and does something to her, and
7· ·that's when "D" stepped up and was, like, nah, get
8· ·the fuck up out of here.
9· · · · · · ·So I guess they had words before
10· ·over that incident whether Black went to Tabatha's
11· ·house in the middle of the night.· I guess "D"
12· ·approached him and been, like, what the fuck you
13· ·coming to my door so late at night for.· So they
14· ·just had words then.· But right then and there "D"
15· ·told you you need to get the fuck on with that
16· ·goofy-ass shit.· So then they got to fighting.
17· ·They all in the street, all across the street.
18· · · · · · ·Who was in the street?
19· · · · · · ·Them, bobbing and weaving, dipping,
20· ·fighting everywhere and nobody jumped in.· Now she
21· ·ran out with a little stick about that long.
22· · · · ·Okay.· So stopping there, does that
23· ·refresh your memory that Carlton White told you
24· ·first he fought with Kim Edmondson and then Dante
25· ·Howard fought with Kim Edmondson?

Page 43

·1· · · · · · ·MR. BROWN:· Objection.· Form.
·2· ·Foundation.
·3· · · · · · ·THE WITNESS:· Not really.
·4· ·BY MS. SCHNIDT:
·5· · · ·Q.· ·Okay.· But you do have a recollection
·6· ·that you believed Carlton White told you first he
·7· ·fought with Kim Edmondson then Dante Howard did.
·8· · · · · · ·MR. BROWN:· Same objection.· Asked and
·9· ·answered.
10· · · · · · ·THE WITNESS:· I don't -- no, I don't have
11· ·a recollection.
12· ·BY MS. SCHNIDT:
13· · · ·Q.· ·Do you have a recollection of what
14· ·Carlton White told you Tabatha Washington did in
15· ·the altercation?
16· · · ·A.· ·Just generally that Tabatha had some sort
17· ·of -- it was described a couple of different
18· ·ways -- some sort of metal implement and she used
19· ·that during the altercation on Kim Edmondson
20· ·several times.
21· · · ·Q.· ·So if you look at 11:05, you ask Carlton
22· ·White how many times did you see Tabatha with that
23· ·stick?
24· · · · · · ·Carlton said, at least four times.
25· ·When him and "D" first started fighting, that's

Page 44

1· ·when she ran back in the house.· She couldn't find
2· ·the stick I had which was big and it was silver.
3· ·So she just came out with a little stick.
4· · · · · · ·Does that refresh your memory that
5· ·Carlton White told you that he saw Tabatha strike
6· ·Kim Edmondson three -- or four times?
·7· · · · · · ·MR. COYNE:· Objection.· Foundation.
·8· · · · · · ·MR. BROWN:· Same objection.
·9· ·BY MS. SCHNIDT:
10· · · ·Q.· ·At least four times.· Sorry.
11· · · · · · ·MR. BROWN:· Same objection.
12· · · · · · ·THE WITNESS:· You know, again, from my
13· ·recollection I think there was -- it was described
14· ·kind of a number of different ways.· So I don't
15· ·know how to answer that question beyond that.
16· ·BY MS. SCHNIDT:
17· · · ·Q.· ·Your memory is that she used it during
18· ·the altercation -- that she used the stick during
19· ·the altercation several times, according to
20· ·Carlton White.
21· · · · · · ·MR. COYNE:· Objection.· Form.
22· · · · · · ·THE WITNESS:· The stick or the metal
23· ·pole.· It was, again, whatever this implement was
24· ·was described not only by Carlton White a lot of
25· ·different ways but by multiple people.· It was

Page 45

·1· ·described a lot of different ways.
·2· · · · · · ·So I will agree that I recall
·3· ·Carlton White indicating that Tabatha used
·4· ·whatever this implement was it was described
·5· ·multiple different ways more than one time,
·6· ·multiple times.
·7· ·BY MS. SCHNIDT:
·8· · · ·Q.· ·Okay.· I guess -- so putting the
·9· ·description of this implement aside, do you have a
10· ·memory that Carlton White told you he saw Tabatha
11· ·Washington swing the stick several times at Kim
12· ·Edmondson?
13· · · · · · ·MR. COYNE:· Objection.· Form.
14· ·BY MS. SCHNIDT:
15· · · ·Q.· ·Swing the implement several times against
16· ·Kim Edmondson.
17· · · ·A.· ·Yes.
18· · · ·Q.· ·Is there anything else that you recall
19· ·about your interview with Carlton White?
20· · · ·A.· ·No specifics.· Without actually seeing
21· ·the video, it would be hard for me to give you
22· ·specifics.
23· · · ·Q.· ·Okay.· Did Carlton White tell you that he
24· ·saw -- that when the police arrived, they were all
25· ·discussing the altercation with Kim Edmondson?

WASHINGTON vs CITY OF CHICAGO, et al.           Pages 46..49
PATRICK WALLER, 10/05/2021

Page 46

·1· · · · · ·MR. BROWN:· Objection.· Foundation.
·2· ·Form.
·3· · · · · ·THE WITNESS:· I don't -- I don't
·4· ·understand the question.
·5· ·BY MS. SCHNIDT:
·6· · · ·Q.· ·Did Carlton White tell you that when the
·7· ·police arrived to Tabatha Washington's apartment,
·8· ·at that time there were people who were inside of
·9· ·the apartment talking about the altercation with
10· ·Kim Edmondson?
11· · · · · ·MR. BROWN:· Same objection.
12· · · · · ·THE WITNESS:· I -- I don't specifically
13· ·recall whether or not Carlton White told me that
14· ·or not.
15· ·BY MS. SCHNIDT:
16· · · ·Q.· ·If you look at Exhibit 1 on SAO 362 at
17· ·11:08, you ask -- in this summary it says that you
18· ·asked, what were you guys talking about when the
19· ·detectives knocked on the door?
20· · · · · · He said, they were talking about the
21· ·fight.· There was a truck.· Black was fighting
22· ·with "D", and "D" tried to swing really hard and
23· ·Black backed up and landed boom on the hood and he
24· ·got up real quick, but he never hit the ground in
25· ·the whole incident.

Page 47

·1· · · · · · · Does that refresh your memory that
·2· ·Carlton White said they were talking about the
·3· ·fight when you asked what were you guys talking
·4· ·about when the police knocked on the door?
·5· · · ·A.· ·To the extent that is transcribed from
·6· ·the city, you know, accurately, it maybe would
·7· ·refresh my recollection, but I don't have a
·8· ·specific recollection of this statement without
·9· ·seeing the video for myself.
10· · · ·Q.· ·After you spoke to Carlton White, again,
11· ·as I told you, the timing on the video shows that
12· ·you then interviewed Tabatha Washington.· Is that
13· ·consistent with your memory?
14· · · ·A.· ·I'll take your word for it that the time
15· ·stamps show that.· I don't have a specific memory
16· ·of the order that I conducted the interviews.
17· · · ·Q.· ·Okay.· What did you talk to Tabatha
18· ·Washington -- or what did Tabatha Washington tell
19· ·you when you interviewed her?
20· · · · · ·MR. COYNE:· I think we have a technical
21· ·glitch.
22· · · · · ·THE REPORTER:· Pardon me?
23· · · · · ·MR. COYNE:· I said I think we have a
24· ·technical glitch.· My screen froze with the
25· ·witness.· Oh, now I can see Emily.

Page 48

·1· ·BY MS. SCHNIDT:
·2· · · ·Q.· ·All right.· Did you get that question,
·3· ·Mr. Waller?
·4· · · ·A.· ·What did she tell me about the incident?
·5· · · ·Q.· ·Yes, when you interviewed her.
·6· · · ·A.· ·I can tell you the one thing that I
·7· ·definitely remember is that she acknowledged using
·8· ·again some sort of metal implement during this
·9· ·altercation and striking Kim Edmondson more than
10· ·once.· I don't remember the specific number of
11· ·times.· She said she -- I think -- I think, to the
12· ·best of my recollection, she said something like
13· ·she swung a total of three times, hit him in the
14· ·mouth and the chest and the third time she missed.
15· ·To the best of my recollection, that's what I
16· ·remember primarily from my interview with Tabatha
17· ·Washington.
18· · · ·Q.· ·Did Ms. Washington ever complain to you
19· ·at any time that she had been intimidated by any
20· ·detective?
21· · · ·A.· ·Specifically intimidated by a detective,
22· ·not that I recall.
23· · · · · · · · · · (There was a short
24· · · · · · · · · · ·interruption.)
25

Page 49

·1· ·BY MS. SCHNIDT:
·2· · · ·Q.· ·Did Ms. Washington ever complain to you
·3· ·that she had been coerced to admit to anything
·4· ·with regard to the altercation by any detective?
·5· · · ·A.· ·No, not that I recall.
·6· · · ·Q.· ·Is that something that you would expect
·7· ·to recall, that someone complained to you that a
·8· ·detective had coerced her?
·9· · · ·A.· ·I mean, it -- it depends on what we're
10· ·talking about in terms -- coerced is sort of a
11· ·conclusory term.· I mean, maybe.· I don't know.
12· · · ·Q.· ·If someone said something -- if a person
13· ·that you're interviewing tells you that a
14· ·detective had acted in a way that you believe was
15· ·coercion on the detective's part, would you have
16· ·taken some sort of an action?
17· · · ·A.· ·It's hard for me to answer sort of this
18· ·vague hypothetical question.· Each
19· ·situation is different.· So I can't answer a
20· ·hypothetical.
21· · · ·Q.· ·If someone told you that they were only
22· ·implicating themselves in an altercation because a
23· ·detective in some way forced them to say that,
24· ·would you have taken some sort of an action?
25· · · · · ·MR. COYNE:· Objection.· Form.

WASHINGTON vs CITY OF CHICAGO, et al.　　　　　　　Pages 50..53
PATRICK WALLER, 10/05/2021

Page 50

·1· · · · MS. BUNTIC:· Objection.· Incomplete

·2· hypothetical.

·3· · · · THE WITNESS:· Can't answer a hypothetical

·4· like that without -- each case's very unique and

·5· fact specific.· I would need the entirety of the

·6· scenario.· So I cannot answer this incomplete

·7· hypothetical.

·8· BY MS. SCHNIDT:

·9· · · ·Q.· **Does the state's attorney have a policy**

10· **to ensure that when you're interviewing someone,**

11· **you're looking for indications of coercion or**

12· **false confessions?**

13· · · · MR. COYNE:· Objection.· Form.

14· · · · THE WITNESS:· Again, I don't know.

15· · · · MR. COYNE:· No foundation as well.

16· · · · Sorry.· Go ahead, Patrick.

17· · · · THE WITNESS:· Is there a policy?· I don't

18· know.· I mean, I certainly take seriously my

19· ethical obligations as a prosecutor.· So I would

20· follow all of my ethical obligations when I'm

21· acting as a prosecutor reviewing a case.

22· BY MS. SCHNIDT:

23· · · ·Q.· **So for instance, at the beginning of --**

24· **or maybe the end of your interviews for Khadijah**

25· **Hill and Larry Nelson and Anthony Beard, you asked**

Page 51

·1· **them have you been treated right, has anybody**

·2· **forced you to say anything you didn't want to say,**

·3· **have I treated you right, those type of questions.**

·4· · · · · · · **Why is it that you ask those**

·5· **questions?**

·6· · · ·A.· Well, generally speaking, if someone

·7· later on makes allegations, I want to have asked

·8· them so that we can hear in their own words that

·9· they had an opportunity to voice any allegations

10· that they are later then making at the time.

11· · · ·Q.· **If -- did Tabatha Washington ever tell**

12· **you that any detective had acted aggressively with**

13· **her?**

14· · · ·A.· I don't -- no, I don't think so.

15· · · ·Q.· **Did she ever tell you that any detective**

16· **had threatened her?**

17· · · ·A.· No, not that I recall.

18· · · ·Q.· **We'll go through some of Tabatha's**

19· **statement.**

20· · · · · · · But after talking to Tabatha

21· Washington, what's the next step that you took?

22· · · · MS. BUNTIC:· Objection to the extent it

23· calls for deliberative processed information.

24· · · · THE WITNESS: I would have talked to the

25· detectives.

Page 52

·1· · · · · · You know, part of -- part of the --

·2· you know, we had to make sure -- I made

·3· arrangements for somebody to come and complete

·4· these logs of the statements so that we could, you

·5· know, review everything or at least a summary of

·6· everything that had been discussed during the

·7· interviews of Carlton White and Tabatha

·8· Washington.

·9· BY MS. SCHNIDT:

10· · · ·Q.· **Did they come and complete those logs**

11· **while you were at the area?**

12· · · ·A.· No, they would have -- my belief is that

13· they completed it very, very early in the

14· morning -- in the very early morning hours of

15· after I had left the area and the case had been

16· designated a continuing investigation.

17· · · ·Q.· **So after you made arrangements to have**

18· **someone come and complete the summary -- you're**

19· **talking about these summaries of the statements**

20· **that the interviewees gave; right?**

21· · · ·A.· Yes.

22· · · ·Q.· **All right.· After making those**

23· **arrangements, did you do anything else with regard**

24· **to this investigation?**

25· · · ·A.· I mean, at a minimum I told the

Page 53

·1· detectives that, you know, it was a continued -- I

·2· was going to designate the case as a continuing

·3· investigation.

·4· · · ·Q.· **Did you tell them why?**

·5· · · ·A.· Yes.

·6· · · ·Q.· **What did you tell them why?**

·7· · · ·A.· I indicated that I thought it would be an

·8· important investigative step to see if they could

·9· either obtain a search warrant or get consent to

10· search for Tabatha Washington's apartment to see

11· if there were any metal poles or implements that

12· could be recovered that would be consistent with

13· some of the injuries that Mr. Edmondson suffered.

14· · · · · · · There was one other individual that

15· was present at the Washington location that had

16· not been interviewed yet to my knowledge, and we

17· needed to do a full review of the statements that

18· had been video recorded.

19· · · ·Q.· **Anything else that you told them as to**

20· **why you were designating it as a continued**

21· **investigation?**

22· · · ·A.· Not that I recall.

23· · · ·Q.· **After communicating that to the**

24· **detectives and making arrangements for someone to**

25· **come and summarize the statement, did you have any**

WASHINGTON vs CITY OF CHICAGO, et al.                                    Pages 54..57
PATRICK WALLER, 10/05/2021

Page 54

1    other involvement in this investigation?
2       A.   No.
3       Q.   Did you ever speak to Cynthia Cage?
4       A.   No.
5       Q.   The person that you recall calling CC.
6       A.   No.  That would have been the person that
7    was -- that I said I would like to interview, if
8    possible, as part of the investigation.
9       Q.   Did you make any attempt to reach her?
10      A.   No.
11      Q.   Okay.  Did you have an opportunity to
12   review Detective Alonzo's Case Supplemental Report
13   prior to your deposition today?
14      A.   Yes.
15      Q.   And understanding that you may not have
16   personal knowledge of everything that's in there,
17   do you disagree with any information that was
18   contained within his report?
19      MS. BUNTIC:  Objection to form.
20      MR. COYNE:  Objection.
21      THE WITNESS:  The only part that I can
22   attest to is the parts where I was involved
23   directly.
24   BY MS. SCHNIDT:
25      Q.   And that would be the interviews of Hill,

Page 55

1    Beard, and Nelson, and then the -- when you
2    personally interviewed Washington and White;
3    correct?
4       A.   Yes, and to the extent that what's
5    included in that report sort of summarizes
6    information that they provided to me initially in
7    the investigation.
8       Q.   So having had the opportunity to review
9    that report, is there anything that you have
10   personal knowledge of and you believe is
11   inaccurate in that report?
12      MR. COYNE:  Objection.  Foundation.
13      THE WITNESS:  There was nothing at my one
14   review of that report that was glaringly stuck out
15   to me as inaccurate.
16   BY MS. SCHNIDT:
17      Q.   Okay.  Let's go ahead and pull that up
18   then.  Give me one second, please.
19      While I'm pulling it up, did you
20   ever learn about Dante Howard's criminal history?
21      A.   I don't know.
22      Q.   Did you ever review the summary of
23   statements that the two ASAs did prior to in
24   preparation for your deposition?
25      A.   I'm sorry.  Can you repeat that.

Page 56

1       Q.   Did you ever review the two state's
2    attorney's summaries of statements in 2018 or
3    2019?
4       A.   I don't believe so.
5       Q.   So when you recommended that those
6    summaries be drafted and the detectives go to try
7    and see if they can get a search warrant for
8    Tabatha Washington's apartment to try and locate
9    the implement that she discussed using, why is it
10   that you were not the person who continued on with
11   this investigation once those things were done?
12      MR. COYNE:  Objection to form.
13      MS. BUNTIC:  Objection to form.
14      THE WITNESS:  I was -- my days off were
15   coming up the next three days, and, you know, the
16   detectives were -- had their time period to
17   complete this investigation and it didn't overlap
18   with days that I was working.  So, you know,
19   that -- it's not that unusual for something like
20   that to happen, that it then be passed on to the
21   next person to make a full final decision or --
22   BY MS. SCHNIDT:
23      Q.   Okay.  Do you know who it was passed on
24   to?
25      A.   I know that Laura Ayala-Gonzalez who was

Page 57

1    the deputy supervisor that I -- was on call the
2    night that I was working that I spoke with
3    regarding the investigation ultimately approved
4    the charges.  I don't know if there was anybody
5    else involved other than Laura.
6       Q.   What information when you spoke to Laura
7    Ayala-Gonzalez -- what information did you tell
8    her?
9       A.   Everything that I learned during the
10   investigation.
11      Q.   Have you testified to everything you
12   learned during the investigation?
13      MR. COYNE:  Objection.  Form.
14      THE WITNESS:  I mean, other than the fact
15   that I would have -- you know, on May 31 of 2018
16   immediately after all this had happened I would
17   have been able to remember everything that had
18   happened to relate to Laura Ayala-Gonzalez.  But
19   now in 2021 I don't have the same command of the
20   facts just based on my memory having faded.
21   BY MS. SCHNIDT:
22      Q.   So the information that you have
23   testified to today is that at least some of the
24   information you conveyed to her back when you
25   spoke to her?

WASHINGTON vs CITY OF CHICAGO, et al.                           Pages 58..61
PATRICK WALLER, 10/05/2021

Page 58

·1· · ·A.· ·Yes.
·2· · · · ·MR. COYNE:· Objection.· Form.
·3· BY MS. SCHNIDT:
·4· · ·Q.· ·All right.· I'm showing you what I've
·5· marked as Exhibit 2 which is Bates stamped BS 17
·6· through 36.· This is Detective Alonzo's -- you can
·7· see his name here -- Case Supplementary Report.
·8· · · · · · Is this the supplementary report
·9· that you reviewed in preparation for your
10· deposition?
11· · ·A.· ·Is it like a 20-page report?
12· · ·Q.· ·It is exactly a 20-page report.
13· · ·A.· ·Yes.
14· · ·Q.· ·Okay.· So --
15· · · · · ·MS. BUNTIC:· Can you give us the Bates
16· numbers.
17· · · · ·MS. SCHNIDT:· 17 through 36, BS 17
18· through 36.
19· · · · ·MS. BUNTIC:· Thank you.
20· · · · ·MS. SCHNIDT:· You're welcome.
21· BY MS. SCHNIDT:
22· · ·Q.· ·If you can look at page 14 of Exhibit 2,
23· which is BS 30, and read to yourself the summary
24· of Larry Nelson's interview on scene.
25· · ·A.· ·Yes.

Page 59

·1· · · ·Q.· ·Is that consistent with your memory of
·2· the information you learned from your detectives
·3· and Larry Nelson himself?
·4· · · ·A.· ·Yes.
·5· · · ·Q.· ·All right.· Go ahead and read Anthony
·6· Beard to yourself, and let me know when you're
·7· done with the summary of his -- the information he
·8· provided which is just one paragraph.
·9· · · ·A.· ·Okay.
10· · · ·Q.· ·Is the information that Detective Alonzo
11· summarized that was received from Anthony Beard
12· consistent with the information that detectives
13· and Anthony Beard told you?
14· · · ·A.· ·Yes.· I mean, I think Anthony Beard may
15· have given -- may have described the wound on Kim
16· Edmondson's chest as well, though I would have to
17· watch the video to specifically remember that.
18· · · ·Q.· ·Okay.· Did the detectives tell you that
19· Anthony Beard saw -- Strike that.
20· · · · · · · Did the detectives tell you that
21· when they interviewed him on scene, he said he saw
22· Kim Edmondson holding a white T-shirt to his head?
23· · · ·A.· ·I don't recall that -- whether or not
24· that specific detail was related to me or not by
25· the detectives.

Page 60

·1· · · ·Q.· ·All right.· Can you go ahead and just
·2· read the remainder of this page and let me know
·3· when you're done.
·4· · · ·A.· ·Okay.
·5· · · ·Q.· ·Is the information that's contained
·6· within the remainder of page BS 30 consistent with
·7· the information detectives told you?
·8· · · ·A.· ·As a general -- in a general manner, yes.
·9· Specific statements attributable to people in the
10· apartment that were in quotes I don't recall
11· specifics, but that sort of outline of Detective
12· Balodimas though, again, caveat, I don't remember
13· if it was Detective -- if it was specifically
14· related to me whether or not it was which
15· detective it was who heard this.
16· · · · · · But that general outline of hearing
17· statements related to the fight and then knocking
18· and getting further statements.
19· · · · · · And then I do, as I read this,
20· remember the issue about the false name of Dante
21· Howard providing to the detectives.· So the loose
22· outline I would say is consistent.
23· · · ·Q.· ·Okay.· Is there anything inconsistent in
24· what you've read?
25· · · ·A.· ·Nothing that I would deem inconsistent

Page 61

·1· with my recollection.
·2· · · ·Q.· ·Okay.· Okay.· Do you see on BS 32 about
·3· the middle it starts at approximately 23:30 hours?
·4· · · ·A.· ·I don't -- at 23:30 hours you say?
·5· · · ·Q.· ·Yeah, here, let me highlight the
·6· paragraph.· Do you see that paragraph?
·7· · · ·A.· ·I see it.
·8· · · ·Q.· ·Okay.· And at the bottom of the paragraph
·9· it says in detail it says you and Detective Alonzo
10· went in to interview Washington, and you gave
11· Washington her Miranda rights; right?
12· · · ·A.· ·Yes.
13· · · ·Q.· ·Okay.· And then detailed account -- or
14· I'm sorry.· Strike that.
15· · · · · · Washington gave you essentially the
16· same facts as written above.· Do you see that?
17· · · ·A.· ·Yes.
18· · · ·Q.· ·All right.· I'm going to go up to their
19· summary of what Washington told them.· Go ahead
20· and read it to yourself.· Let me know when you're
21· at the bottom and I'll go to the next page.
22· · · ·A.· ·So you want me to start reading from
23· where it says Washington stated?
24· · · ·Q.· ·At Tabatha Washington.· It's on page 15
25· here, page --

WASHINGTON vs CITY OF CHICAGO, et al.                              Pages 62..65
PATRICK WALLER, 10/05/2021

Page 62

1 · · ·A. · Okay.

2 · · · Q. · Do you see that at 31 May, 2018? · Okay.
3 · Yeah, go ahead and read that to yourself, please.

4 · · ·A. · Okay.

5 · · · Q. · Okay. · And then the last sentence go
6 · ahead and read it to yourself and then end at
7 · where it says at approximately 14:50 hours.

8 · · ·A. · Okay. · Okay.

9 · · · Q. · Okay. · Having had the opportunity to
10 · review the detectives' summary of Tabatha
11 · Washington's interview, is that consistent with
12 · your memory of the information you learned during
13 · her interview?

14 · · ·A. · I would say that there's nothing in there
15 · that jumps out at me as being inconsistent with
16 · what I recall from the interview.

17 · · · Q. · There may just be more details than what
18 · you recall today; right?

19 · · · · · MS. BUNTIC: · Objection to form.

20 · · · · · THE WITNESS: · Right. · I mean, it's
21 · hard -- the video really would speak for itself.
22 · So I don't know how to answer the question beyond
23 · that.

24 · BY MS. SCHNIDT:

25 · · · Q. · Okay. · Do you see at the bottom of BS 33

Page 63

1 · at approximately 22:00 hours you entered the room
2 · to interview Carlton White?

3 · · ·A. · Yes.

4 · · · Q. · And that White gave essentially the same
5 · facts as written above. · Do you see that?

6 · · ·A. · Yes.

7 · · · Q. · All right. · I'm going to have you read
8 · Carlton White's summary which is on that same
9 · page, and let me know when you're to the ERI
10 · system sentence.

11 · · ·A. · Okay.

12 · · · Q. · Just go ahead and read that one paragraph
13 · about the ERI system.

14 · · ·A. · Yes.

15 · · · Q. · Okay. · Is there anything inconsistent in
16 · this summary of Carlton White's interview that you
17 · recall? · Is -- let me rephrase that.

18 · · · · · · Is the summary of Carlton White's
19 · interview consistent with your memory of his
20 · interview?

21 · · ·A. · From what I recall, it appears to be
22 · consistent.

23 · · · Q. · There's nothing inconsistent in there;
24 · right?

25 · · ·A. · Right.

Page 64

1 · · · Q. · And then on BS 34 can you please read
2 · this paragraph related to Khadijah Hill -- or two
3 · paragraphs for Khadijah Hill interview.

4 · · ·A. · Yes.

5 · · · Q. · Is the summary of Khadijah Hill's
6 · interview consistent with your memory of your
7 · interview with her?

8 · · ·A. · Yes.

9 · · · Q. · All right. · I'm going to mark as
10 · Exhibit 3 the interview of Larry Nelson. · Okay.
11 · Do you see an interview table on a video in front
12 · of you, sir?

13 · · ·A. · Yes.

14 · · · Q. · All right. · Okay. · Do you see an
15 · individual sitting down on the bench at 2:12 on
16 · Exhibit 3?

17 · · ·A. · Yes.

18 · · · Q. · I'm going to go ahead and press play for
19 · a few seconds to make sure you can hear. · Okay?

20 · · ·A. · Yes.

21 · · · · Q. · I'm stopping at 2:54. · Can you hear okay?

22 · · · · A. · Yes.

23 · · · · Q. · All right. · I'm just going to go ahead
24 · and play this for you and I'm going to ask you a
25 · few questions.

Page 65

1 · · ·A. · Okay.

2 · · · Q. · I'm stopping at 3:20 seconds. · Did this
3 · individual confirm that he's Larry Nelson?

4 · · ·A. · Yes.

5 · · · Q. · Did you do anything to confirm that the
6 · name that he was giving you is the person -- is
7 · actually the person that was appearing in front of
8 · you?

9 · · ·A. · Not that I recall.

10 · · · Q. · Okay. · I'm going to go ahead and press
11 · play.

12 · · · · · · Okay. · Having had the opportunity to
13 · review Exhibit 3, does that refresh your memory of
14 · your interview with Larry Nelson?

15 · · ·A. · Yes.

16 · · · Q. · Did Larry Nelson tell you that Kim
17 · Edmondson had told him he had been jumped by some
18 · girls and some dudes who lived downstairs?

19 · · ·A. · Yes.

20 · · · Q. · Did he tell you that they used pipes and
21 · stuff?

22 · · ·A. · Yes.

23 · · · Q. · Did Larry Nelson tell you that he saw Kim
24 · Edmondson bleeding from the side of his face and
25 · he indicated his upper right cheek area?

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 66..69
PATRICK WALLER, 10/05/2021

Page 66

·1 · · · · MR. BROWN:· Objection.· Misstates the
·2 · evidence.
·3 · · · · THE WITNESS:· I don't remember what --
·4 · what -- he indicated in -- in his face area, but
·5 · he definitely told me that he saw him bleeding.
·6 · BY MS. SCHNIDT:
·7 · · Q.· Okay.· I'm just going to replay that
·8 · portion of the video for you.· All right.· I'm
·9 · playing from 8:23, and I'll play it for about 14
10 · seconds.
11 · · · · · Did Larry Nelson just indicate the
12 · entire right side of his face where Kim Edmondson
13 · was bleeding from?
14 · · A.· Yes.
15 · · Q.· Okay.· And then I'm going to keep
16 · playing.
17 · · · · · Was Larry Nelson -- did you ask
18 · Larry Nelson how could you tell he was bleeding,
19 · and he said he saw Kim Edmondson wiping the right
20 · side of his face and he indicated with his hand,
21 · his upper right cheek area down to towards his
22 · mouth?
23 · · A.· Yes.
24 · · Q.· Did Larry Nelson tell you he voluntarily
25 · took detectives over to Lorel and Washington where

Page 67

·1 ·Kim Edmondson said the altercation had taken
·2 ·place?
·3 · · A.· Yes.
·4 · · Q.· I'm going to show you what I have marked
·5 · as Exhibit 4 which is Tabatha Washington's
·6 · interview.· I'm not going to --
·7 · · · · MR. BROWN:· Could we really take a quick
·8 · break, do you mind, Emily, before we get into this
·9 · next video?
10 · · · · MS. SCHNIDT:· Is that okay with you,
11 · Mr. Waller?
12 · · · · THE WITNESS:· Yeah.
13 · · · · MR. COYNE:· Five minutes.
14 · · · · · · · · · · (A short recess was taken.)
15 ·BY MS. SCHNIDT:
16 · · Q.· Okay.· Mr. Waller, I'm going to show you
17 · what I have marked as Exhibit No. 4 which is your
18 · portion of Tabatha Washington's interview, and
19 · I'll represent to you this is not the entirety of
20 · the interview.· Hold on -- this is not the
21 · entirety of the interview, but this is after
22 · you've already interviewed her and she's giving
23 · you information and now you're recapping what
24 · she's told you.· Okay?
25 · · A.· Okay.

Page 68

·1 · · Q.· All right.· So I'm going to press play.
·2 ·From on the videos time it's -- okay.· Something
·3 ·just got messed up.· Hold on, please.· I had it
·4 ·ready to go.· I don't know what just happened.
·5 ·Okay.· Can you hear it okay?
·6 · · A.· Yes.
·7 · · Q.· All right.· I'm going to press play from
·8 ·on the video time stamp 23:47:38.· On the ERI time
·9 ·stamp 23:42:11, and I'm just going to play this
10 ·for a few minutes.· Okay?
11 · · A.· Okay.
12 · · Q.· Okay.· Hold on, please.· I apologize.  I
13 ·think that the time -- I was going to the time on
14 ·the ERI.· So let me just --
15 · · · · MR. BROWN:· Emily, are you intending to
16 ·show us your 37-page outline?
17 · · · · MS. SCHNIDT:· No.· Is it showing?
18 · · · · MR. BROWN:· Yes.
19 · · · · MS. SCHNIDT:· Thank you for letting me
20 ·know.· I appreciate that.
21 · · · · MR. COYNE:· I thought that might be the
22 ·transcription.
23 · · · · · And just for the record -- I don't
24 ·know about everyone else -- I'm having a hard time
25 ·understanding the statements made by

Page 69

·1 · Miss Washington.· It might just be my system.
·2 · · · · MR. BROWN:· I as well am having issues.
·3 · · · · MS. SCHNIDT:· Is it breaking up at all?
·4 · · · · MR. COYNE:· It's not that it's breaking
·5 · up.· It's just a lot of the statements are
·6 · illegible.· I mean, as long as the witness --
·7 · · · · MR. COYNE:· Patrick, can you hear her statements
·8 · okay?
·9 · · · · THE WITNESS:· I mean, those rooms are
10 · not -- you know, don't have the best acoustics and
11 · they're just generally hard to hear under the best
12 · of circumstances, not over Zoom.
13 · · · · MR. COYNE:· I'm just wondering if you're
14 · going to be asking questions --
15 · · · · MS. SCHNIDT:· I'll try and break it up.
16 · · · · MR. COYNE:· Right.· If you're going to be
17 · asked questions, Patrick, are you going to be
18 · answering questions based upon an understanding of
19 · what the witness is saying on this video?· That's
20 · my only question.
21 · · · · THE WITNESS:· I mean, I understood some
22 · of what he said.· I mean, some of it is lost in
23 · the garble-garble but --
24 · · · · MR. COYNE:· Okay.
25 · · · · MS. SCHNIDT:· I think I was just playing

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 70..73
PATRICK WALLER, 10/05/2021

Page 70

1· ·a portion of what -- like, her details and I think
2· ·I'm about to get to the summary.· So I'll break it
3· ·up for you more.
4· · · · · · · Let me just play this to myself and
5· ·make sure that this is the portion I meant to play
6· ·you.· All right.
7· · · · · · · Okay.· Is it just the video that's
8· ·showing now?
9· · · · · · MR. COYNE:· What I could see.
10· · · · · · MR. BROWN:· Yes.
11· ·BY MS. SCHNIDT:
12· · · ·Q.· ·So it is time stamped 23:53:21 on the
13· ·file, 23:47:53 on the ERI.· Let me go ahead and
14· ·press play and I'll break it up a little bit more.
15· · · · · · · So you asked Miss Washington is this
16· ·the right sequence of events?· Did you hear that?
17· · · ·A.· ·Yes.
18· · · ·Q.· ·Okay.· So Ms. Washington -- you asked
19· ·Ms. Washington you were bringing this no come
20· ·stuff inside.· You come back out and Black is
21· ·still standing there; correct?
22· · · ·A.· ·Yes.
23· · · ·Q.· ·You ask her he's still talking.· You and
24· ·Black are having words.
25

Page 71

1· · · · · · · She says, yes?
2· · · ·A.· ·Yes.
3· · · ·Q.· ·So you asked her at that point Carlton
4· ·comes out, gets in a fight with Black.· It's one
5· ·punch from Carlton.
6· · · · · · · And she said, yeah, it wasn't even a
7· ·fight.· It was just in the street one punch.
8· · · ·A.· ·Yes.
9· · · ·Q.· ·Okay.· Ms. Washington just said a lot,
10· ·but essentially she's telling -- she's telling you
11· ·she told Kim Edmondson go on.
12· · · ·A.· ·Maybe.· I'm not sure what she said.
13· · · ·Q.· ·Okay.· I'll replay the last 10 seconds.
14· ·Did you hear him I'm telling him go on?
15· · · · ·A.· ·I heard go on going back and forth.
16· · · · ·Q.· ·Okay.
17· · · · ·A.· ·So it sounds to me like she's describing
18· ·like verbal back and forth.
19· · · ·Q.· ·Okay.· I'm going to press play again.· So
20· ·then you ask her is this the point that you get
21· ·the stick?
22· · · · · · · And she said, yes.
23· · · ·A.· ·Yes.
24· · · ·Q.· ·Okay.· You said you swing at him a couple
25· ·times.

Page 72

1· · · · · · · · · · And she said, yeah.· After he
2· ·jumped, my reflexes caught him.
3· · · · ·A.· ·Yes.
4· · · ·Q.· ·So you asked her did he ever hit you?
5· · · · · · · · · She said, he didn't get a chance to.
6· · · · · · · · · You said because you hit him with a
7· ·stick.
8· · · · · · · · · Did you hear that?
9· · · · ·A.· ·Yes.
10· · · ·Q.· ·I'm going to rewind that portion because
11· ·then he responds.· She said, when he started
12· ·coming towards me, I swung.
13· · · · ·A.· ·Yes.
14· · · ·Q.· ·He jumped back.· He walked up again.
15· · · · ·A.· ·Yes.
16· · · ·Q.· ·Third time I swung and missed.· He jumped
17· ·back.· He was always facing me.
18· · · · ·A.· ·Yes.
19· · · ·Q.· ·Okay.· So she just describes swinging the
20· ·stick at Kim Edmondson three times.
21· · · · ·A.· ·Yes.
22· · · ·Q.· ·She told you, it was like this
23· ·face-to-face but there was a gap in between us.
24· · · · ·A.· ·Yes.
25· · · ·Q.· ·She said, after that that was it between

Page 73

1· ·me and him.
2· · · · · · · · · · And then you ask what does Dante do
3· ·at that point?
4· · · · ·A.· ·Yes.
5· · · ·Q.· ·She said, he was just -- what was he
6· ·doing?
7· · · · ·A.· ·Yes.
8· · · ·Q.· ·I don't really remember exactly what he
9· ·was doing, but somehow he and Black started
10· ·fighting.
11· · · · ·A.· ·Yes.
12· · · ·Q.· ·I think she said in the street.· I'm
13· ·going to rewind it.
14· · · · · · · · · She said somehow he and Black
15· ·started fighting in the street, and that's when he
16· ·fell on -- Black fell on the truck.· I'm not
17· ·really sure.
18· · · · ·A.· ·Yeah, the last part I'm not sure about.
19· ·It was kind of a little bit difficult to hear
20· ·but --
21· · · ·Q.· ·Okay.· Let me rewind it 10 seconds.
22· · · · · · · · · That's when he fell on this -- I
23· ·think it was a truck.· White.· I'm not really
24· ·sure.
25

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 74..77
PATRICK WALLER, 10/05/2021

Page 74

1 · · · · · ·Did you hear that?
2 · ·A.· ·Yeah, I don't disagree with that
3 interpretation.
4 · ·Q.· ·So now at this point Tabatha
5 Washington told you that after she swung the stick
6 three times at Carlton White -- I'm sorry.· Strike
7 that.
8 · · · · · ·Tabatha Washington told you after
9 she swung the stick three times at Kim Edmondson,
10 Dante Howard begins fighting with Kim Edmondson in
11 the street; correct?
12 · ·A.· ·Yes.
13 · ·Q.· ·Okay.· You ask her where did that stick
14 come from?· Did it come from inside the house?
15 · · · · · ·And she said, it came from the
16 ground.· I have poles inside the house.· Those are
17 feeding poles.
18 · ·A.· ·Yeah, yes, sounds correct.
19 · ·Q.· ·She said, they don't come in the
20 house.· They connected to their pumps.
21 · ·A.· ·Okay.· Sounds correct again.
22 · · Q.· ·I'll replay it.· Did you hear that?· They
23 don't come outside the house.· They connected to
24 their pumps?
25 · ·A.· ·I think so, yes.

Page 75

1 · ·Q.· ·Okay.· So then you asked Miss Washington,
2 Carlton said that you tried to grab one of those
3 poles.· Did that happen and he took it from you.
4 · · · · · ·And she said, that was inside the
5 house.· Me and my best friend was arguing.
6 · ·A.· ·Yes.
7 · ·Q.· ·I'm going to rewind that 10 seconds.
8 · · · · · ·She said that you're asking her he
9 took that pole from you.
10 · · · · · ·And she said, that was when me and
11 my best friend were arguing inside the house.· We
12 were arguing.
13 · · · · · ·And then I can't hear the rest of
14 it.
15 · ·A.· ·Yeah, yes.
16 · ·Q.· ·Okay.· You said, he swears up and down
17 that stick is inside your house somewhere.
18 · · · · · ·And she said, I don't recall that.
19 · ·A.· ·Yes.
20 · ·Q.· ·All right.· And now you're indicating on
21 the chair that you're sitting on -- I'll press
22 play.
23 · · · · · ·So you said, it came off of like a
24 chair or something like a pole that would go in
25 the middle.· And then you're indicating the two

Page 76

1 legs of the chair.
2 · · · · · ·And she said, yeah, it's a little
3 stick.· It's a little itty-bitty stick.
4 · ·A.· ·Yes.
5 · ·Q.· ·Okay.· She said, it's not nothing major
6 to hurt somebody like that.
7 · ·A.· ·Yes.
8 · ·Q.· ·Okay.· You asked her, he said, meaning
9 Carlton White, that the stick came from inside
10 your house and you brought it back inside after
11 Black went on his way.
12 · · · · · ·And she said, I don't remember that.
13 · ·A.· ·Yes.
14 · ·Q.· ·Okay.· She said, I would have to ask CC,
15 but that big pole -- that big pole was when me and
16 her were arguing.
17 · ·A.· ·Yes.
18 · ·Q.· ·So you said, so it's possible -- so it's
19 at least possible that pole is inside your house.
20 · · · · · ·And she said, I mean, CC can look.
21 · · · · · ·And then she talked about the big
22 pole.· Did you hear that?
23 · ·A.· ·Yes.
24 · ·Q.· ·And she said the big pole was used when
25 she and CC were arguing earlier.

Page 77

1 · ·A.· ·Yes.
2 · ·Q.· ·Okay.· She's talking to you now at 23:51
3 about arguing -- always arguing with CC and it's
4 always over.
5 · ·A.· ·Yes.
6 · ·Q.· ·So then you ask her so when the police
7 show up, what are you guys talking about?· Did you
8 hear that?
9 · ·A.· ·Yes.
10 · ·Q.· ·She says they was -- I was in the room.
11 The stuff they was talking about was about what
12 happened outside.
13 · · · ·MR. BROWN:· Objection.· Misstates the
14 evidence.
15 · · · ·THE WITNESS:· Can you play it back one
16 more time.
17 BY MS. SCHNIDT:
18 · ·Q.· ·Sure.· I'm rewinding starting at 23:51:18
19 on the ERI time.
20 · · · · · ·Oh, the stuff they was talking
21 about -- I was in the room the stuff they was
22 talking about was about the stuff that happened
23 outside.
24 · · · ·MR. BROWN:· Same objection.
25 · · · ·THE WITNESS:· I just -- the last, like,

WASHINGTON vs CITY OF CHICAGO, et al.       Pages 78..81
PATRICK WALLER, 10/05/2021

Page 78

1 ·three or four words I couldn't pick it up.
2 ·BY MS. SCHNIDT:
3 · · ·Q.· Okay.· Let me do it one more time.· Did
4 ·you hear that?
5 · · ·A.· Yeah, it almost sounded to me like she
6 ·said they were talking about was the stuff that
7 ·happened yesterday.
8 · · ·Q.· Okay.
9 · · ·A.· But I'm not sure.
10 · · ·Q.· All right.· Let me do it one more time
11 ·and see if it -- see if you can hear.
12 · · ·A.· I'm hearing yesterday at the very end
13 ·there.
14 · · ·Q.· Okay.· And then I'm going to continue
15 ·playing from 23:51:27 seconds.· You asked her and
16 ·who said he got what he deserved?· Black.
17 · · · · · And she paused and then said, I
18 ·don't remember.
19 · · · · · MR. BROWN:· Objection.· Misstates the
20 ·video.
21 · · · · · THE WITNESS:· I agree with that summary
22 ·that -- which you gave.
23 ·BY MS. SCHNIDT:
24 · · ·Q.· Okay.· And then she says again, honestly,
25 ·I don't remember.

Page 79

1 · · ·A.· Yes.
2 · · ·Q.· All right.· I'm just going to play a
3 ·little bit more.
4 · · · · · She said, I know it was just a whole
5 ·bunch of loud talking.
6 · · ·A.· Yes.
7 · · ·Q.· And then you are about to ask her a
8 ·question.· You said who was doing the loud
9 ·talking?· Did you hear that?
10 · · ·A.· Yes.
11 · · ·Q.· Okay.· I'm going to rewind it a little so
12 ·we can hear her response.
13 · · · · · She said, everybody was in the house
14 ·talking about what happened.
15 · · ·A.· Yes.
16 · · ·Q.· Okay.· You said, so you, Cynthia, Dante,
17 ·and Carlton all in the house talking about what
18 ·happened?· And she nods; correct?
19 · · ·A.· Can you -- I wasn't looking at the
20 ·screen.
21 · · ·Q.· Okay.· Let me rewind it.· She nods and
22 ·then said, discussing, like, laughing because it
23 ·wasn't a fight.
24 · · ·A.· Yes.
25 · · ·Q.· She said, it wasn't nothing major.

Page 80

1 · · ·A.· Yes.
2 · · ·Q.· And then you asked did Black have any
3 ·weapons or anything else like that?
4 · · ·A.· Correct.
5 · · ·Q.· Did he have anything in his hands?
6 · · · · · · ·And she answered, I don't know.
7 · · ·A.· Right.
8 · · ·Q.· You said, I don't know.· There was this
9 ·one time and you interrupt and say, I'm just
10 ·talking about what happened yesterday.
11 · · ·A.· Right.
12 · · ·Q.· Now, at this point you're referring to
13 ·the altercation having occurred yesterday;
14 ·correct?
15 · · ·A.· Right.
16 · · ·Q.· Which at the time you're interviewing
17 ·her, the altercation did occur yesterday; right?
18 · · ·A.· Yes.
19 · · ·Q.· So at the time when she said, well, they
20 ·was just talking about what happened yesterday,
21 ·she could have been referring to talking about the
22 ·altercation that happened yesterday.
23 · · · · · MR. BROWN:· Objection.· Calls for
24 ·speculation.
25 · · · · · THE WITNESS:· That's one possible

Page 81

1 ·interpretation.· I would agree with that.
2 ·BY MS. SCHNIDT:
3 · · ·Q.· Did she tell you anything else that had
4 ·happened with that group of people at any other
5 ·point in time with Kim Edmondson?
6 · · ·A.· You know, there were some allusions here
7 ·and there about another time with Kim Edmondson.
8 ·You know, she was just starting to do it there and
9 ·Carlton White at one point mentioned something
10 ·else that had happened earlier.
11 · · · · Q.· That was an altercation -- I'm sorry.
12 · · · · A.· Yeah, not -- not, like, this whole group.
13 · · · · Q.· And that altercation that occurred
14 ·between Carlton White and Kim Edmondson had
15 ·occurred a week before; right?
16 · · ·A.· It was some time before.· I don't know if
17 ·it was a week before or what the exact.· It was
18 ·some period of time prior to this.
19 · · ·Q.· I'll represent to you that Carlton White
20 ·tells you or told the detectives that the
21 ·altercation took place a week before.
22 · · · · · So other than that -- that incident
23 ·between Carlton White and Kim Edmondson, did
24 ·Tabatha Washington tell you anything that occurred
25 ·with Tabatha Washington, Dante Howard, Carlton

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 82..85
PATRICK WALLER, 10/05/2021

Page 82

·1   White, and Cynthia Cage?
·2   · ·A.· Apart from, you know, just a couple
·3   seconds earlier that you were showing me where she
·4   starts to allude to something previously, I would
·5   say not that I recall.
·6   · ·Q.· Okay.· Okay.· I'm going to go ahead and
·7   press play from ERI time 23:52:21.· You asked her,
·8   did you see any weapons in her hands?
·9   · · · · ·She said, unh-unh, shaking her head,
10   and said, I don't know if he picked up weapons
11   when he walked down Laramie.
12   · ·A.· Yes.
13   · ·Q.· Okay.· You asked how many times do you
14   think Dante hit him at 23:53:20 seconds, and you
15   ask how long were they fighting; correct?
16   · ·A.· Yes, yes.
17   · ·Q.· She said, they really wasn't fighting
18   long.· They was just missing each other.
19   · ·A.· Yes.
20   · ·Q.· Let me rewind that.· 23:59:19.· She said,
21   he struck Dante or something.· Dante struck him
22   back.
23        MR. BROWN:· Objection.· Misstates the --
24        THE WITNESS:· I'm not sure of that.
25

Page 83

·1   BY MS. SCHNIDT:
·2   · ·Q.· Let me rewind it.· He struck Dante or
·3   something.· Dante struck him back.
·4   · · · · ·MR. BROWN:· Objection.· Misstates the
·5   video.
·6   · · · · ·THE WITNESS:· I think it's possible that
·7   he's saying shook not struck.· Like, shook --
·8   shook him, something like that.
·9   BY MS. SCHNIDT:
10   · ·Q.· Oh, you think she's saying he shook Dante
11   or something and Dante struck him back.
12   · · · · ·MR. BROWN:· Objection.· Misstates his
13   testimony in the video.
14   · · · · ·THE WITNESS:· I don't know if he's saying
15   struck or shook.· I can't -- both of them.· The S
16   word -- he shook Dante.· Dante shook him.· That's
17   what it sounds like it could be to me, but I'm not
18   sure.
19   BY MS. SCHNIDT:
20   · ·Q.· Okay.· Go ahead and press play from
21   23:52:28.· I'm going to rewind it to earlier, the
22   start of the answer.· So 23:53:21.· He fell on the
23   car.· There's swinging again.· Something about
24   them slipping and sliding outside.
25   · ·A.· Yeah, I have no idea what she said there.

Page 84

·1   · · ·Q.· Okay.· Did Tabatha Washington ever tell
·2   ·you that Carlton White was shaking Dante Howard?
·3   · · · ·A.· Are we talking about what my
·4   ·interpretation of what -- like, about 20 seconds
·5   ·ago in the video was?
·6   · · · ·Q.· No, I'm asking you your recollection of
·7   ·her description of the incident.
·8   · · · ·MR. BROWN:· Emily, just for the record, I
·9   ·think you said Carlton White.· I think you meant
10   ·to say Kim Edmondson.
11   · · · · · ·MS. SCHNIDT:· Thank you.
12   ·BY MS. SCHNIDT:
13   · · ·Q.· Based on your recollection of the
14   ·incident, did you ever -- did Tabatha Washington
15   ·ever tell you that Kim Edmondson was shaking Dante
16   ·Howard?
17   · · · ·A.· I mean, apart from what I thought I
18   ·heard, and I took it, like, shook not, like, you
19   ·know, physically shook but, like, shook, like, got
20   ·away from him.
21   · · ·Q.· Okay.· And then did you ever hear that
22   ·Dante Howard shook Kim Edmondson back?
23   · · · ·A.· I'll be honest with you, I really have no
24   ·idea without, like, having a pair of
25   ·noise-cancelling headphones and sitting and

Page 85

·1   listening over and over again.· I would not be
·2   able to confidently tell you what's being said
·3   right now at some points in this video.
·4   · ·Q.· Okay.· But was it your understanding that
·5   at some point Dante Howard physically got into an
·6   altercation with Carlton White?
·7   · ·A.· Yes.· From what -- I mean, this is what's
·8   being told to me by Tabatha, yes.
·9   · ·Q.· And Carlton White as well told you that
10   Dante Howard physically got into an altercation
11   with Kim Edmondson; right?
12   · ·A.· Yes.
13   · ·Q.· Is it your understanding of the
14   altercation that Dante Howard physically struck
15   Kim Edmondson?
16   · · · ·MR. COYNE:· Show an objection to
17   foundation.
18   · · · · · ·Go ahead.
19   · · · ·THE WITNESS:· In these various -- in the
20   interviews of Carlton White and Tabatha
21   Washington, there was a description given by both
22   of them of a physical altercation.
23   · · · · ·From what I recall, there was some
24   equivocation that both of them had in terms of
25   describing it as they were slipping and sliding

WASHINGTON vs CITY OF CHICAGO, et al.                      Pages 86..89
PATRICK WALLER, 10/05/2021

---

Page 86

·1· ·and there was equivocation about whether or not
·2· ·there was actual blows struck.
·3· ·BY MS. SCHNIDT:
·4· · ·Q.· ·Okay.· And is that a phrase that you've
·5· ·heard before in, like, they -- this person shook
·6· ·the other person as in dodged them?
·7· · ·A.· ·The only reason why I said that is
·8· ·because that's what was registering that they said
·9· ·to me.· I mean, I've heard people say a lot -- a
10· ·lot of slang descriptions of things before.
11· · ·Q.· ·Okay.· All right.· I'm going to continue
12· ·playing from 23:53:35.· Dante kind of hit him in
13· ·the stomach and then he quit?
14· · ·A.· ·Can you play it again.
15· · ·Q.· ·Sure.· Re-playing from 23:53:35.· Did you
16· ·hear it kind of hit him in the stomach and he
17· ·quit?
18· · ·A.· ·I mean, I think I heard those words.
19· ·There may have been some more words in between
20· ·those words.· Again, it's hard for me --
21· · · · · · · ·I'll just say this:· I've listened
22· ·to a lot of ERI videos and it often takes me hours
23· ·if not days of listening to ERIs with
24· ·noise-cancelling headphones to have a confident
25· ·recitation of what is being said.· So it's very

---

Page 87

·1· ·hard for me to sit here and -- and agree to
·2· ·interpretations in these little clips like that.
·3· · ·Q.· ·Okay.· That's fine, and I can appreciate
·4· ·that having listened to this for hours myself.
·5· · · · · · · ·I'm just checking the -- all right.
·6· ·I'm going to go ahead and press play from
·7· ·23:53:44.· Just before 23:54:02 you ask, how many
·8· ·times did you hit him?
·9· · · · · · · ·And she -- and Tabatha Washington
10· ·said, three.
11· · · · · · · ·I'm sorry.· Let me replay it.· You
12· ·asked her, how many times did you swing that
13· ·stick?
14· · · · · · · ·She said, three.
15· · ·A.· ·Yes.
16· · ·Q.· ·Okay.· She said, the third time I missed
17· ·because he jumped back.
18· · ·A.· ·Yes.
19· · ·Q.· ·And then he jumped at me and I jumped
20· ·back.
21· · ·A.· ·Yes.
22· · ·Q.· ·Okay.· After speaking to each witness,
23· ·Khadijah Hill, Larry Nelson, and Anthony Beard,
24· ·did you do an assessment as to whether they were
25· ·credible?

---

Page 88

·1· · ·A.· ·You know, any time that I'm speaking to
·2· ·somebody in this capacity, I'm making judgments
·3· ·about their credibility; so generally, yes.
·4· · ·Q.· ·Did you believe Anthony Beard to be
·5· ·credible?
·6· · ·A.· ·There was nothing that led me to -- to
·7· ·disbelieve anything that he related to me.
·8· · ·Q.· ·Same question for Khadijah Hill.· Did you
·9· ·believe her to be credible?
10· · · · · ·MS. BUNTIC:· I'm going to object to these
11· ·questions on deliberative process.
12· · · · · ·MS. SCHNIDT:· Well, it's not giving --
13· ·it's just giving his impressions, not that process
14· ·by which the state's attorney makes decisions.
15· · · · · ·MS. BUNTIC:· I understand, but those are
16· ·his impressions at the time.
17· · · · · ·MS. SCHNIDT:· Okay.
18· ·BY MS. SCHNIDT:
19· · ·Q.· ·Did you communicate to anyone that you
20· ·did not believe anything that Anthony Beard, Larry
21· ·Nelson or Khadijah Hill told you?
22· · ·A.· ·No.
23· · ·Q.· ·Did you communicate to anyone that you
24· ·did not believe what Tab -- Well, strike that.
25

---

Page 89

·1· · · · · · · ·Did you assess whether you believed
·2· ·what Tabatha Washington was telling you?
·3· · · · · ·MS. BUNTIC:· I'm going to object to
·4· ·deliberative process, mental impressions.
·5· · · · · ·MS. SCHNIDT:· I'm just asking if he
·6· ·did -- I'm not asking for his impression.· I'm
·7· ·just asking if he did the assessments first.
·8· · · · · ·THE WITNESS:· Yes, I judged -- yes.
·9· ·BY MS. SCHNIDT:
10· · ·Q.· ·Did you communicate to anyone that you
11· ·did not believe what she was telling you?
12· · ·A.· ·I'm not sure if -- I think there's a
13· ·little bit more -- I don't remember.· I think
14· ·there's maybe some nuance between totally
15· ·disbelieving and -- and believing 100 percent.
16· ·But do I remember a specific communication in that
17· ·regard?· No.
18· · · · · ·MS. SCHNIDT:· And I'm assuming, Mia, that
19· ·you're going to instruct him not to answer what
20· ·his actual impression of what Miss Washington was;
21· ·right?
22· · · · · ·MS. BUNTIC:· Correct.
23· ·BY MS. SCHNIDT:
24· · ·Q.· ·Okay.· Did you do an assessment for
25· ·whether you believed Carlton White?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 90..93
PATRICK WALLER, 10/05/2021

Page 90

·1· · · · MS. BUNTIC:· I'm going to object to form.
·2· BY MS. SCHNIDT:
·3· · · ·Q.· **To be clear, I'm only just asking if you**
·4· **did and not judge what he was telling you.**
·5· · · ·A.· I assessed the credibility of his -- his
·6· account, yes.
·7· · · ·Q.· **Did you communicate that assessment to**
·8· **anybody?**
·9· · · ·A.· I don't remember if I did or not.
10· · · · MS. SCHNIDT:· And then, Mia, are you
11· going to instruct him not to answer if I ask him
12· what his assessment was?
13· · · · MS. BUNTIC:· Correct.
14· · · · MS. SCHNIDT:· Thank you.
15· · · · · · · · ·Okay.· Thank you very much,
16· Mr. Waller.· That's all the questions I have at
17· this time.
18· · · · MR. BROWN:· So I've got probably 30 or 45
19· minutes.· Should we just dive in or does anyone
20· care for a break?
21· · · · MR. COYNE:· I'm good to go as long as
22· everyone else is.
23· · · · MS. SCHNIDT:· I'm fine.
24· · · · MR. BROWN:· Is that okay with you,
25· Mr. Waller?

Page 91

·1· · · · · · THE WITNESS:· No time like the present.
·2· · · · · · MR. BROWN:· Okay.· Fantastic.
·3· · · · C R O S S · E X A M I N A T I O N
·4· · · · · · · · · BY MR. BROWN
·5
·6· · ·Q.· **So the video that just played, Tabatha**
·7· **Washington tells you the third time I missed and**
·8· **he jumped back.· Do you recall that just now?**
·9· · · ·A.· Something along those -- in summary, yes.
10· · · ·Q.· **And right -- and she stopped playing the**
11· **video, but right after that Tabatha says to you,**
12· **and that was the end of the altercation.· Do you**
13· **remember her telling you that?**
14· · · ·A.· I think so, yes.
15· · · ·Q.· **Okay.· So I'm just going to do a real**
16· **quick share-screen.· Can you see that okay,**
17· **Mr. Waller?**
18· · · ·A.· Yes.
19· · · ·Q.· **So I think you were showed a portion of**
20· **this video.· It's called a Video Statement Log**
21· **earlier.· What we're looking at is SAO 895.· And**
22· **with my -- with my cursor you see and that was the**
23· **end of the altercation.· It was over with.· Do you**
24· **see that?**
25· · · ·A.· Yes.

Page 92

·1· · · ·Q.· **And that refreshes your recollection that**
·2· **that's what she told you?**
·3· · · ·A.· Assuming that that's an accurate summary
·4· or transcription.
·5· · · ·Q.· **Okay.· And if you go and with the cursor**
·6· **up a couple lines, you're told it wasn't really a**
·7· **fight.· They kept missing each other.· He shook**
·8· **Dante.· He shook back.**
·9· · · · · · · ·So does that kind of jive with your
10· **memory of her using the word shook?**
11· · · ·A.· I mean, I'm going to tell you the same
12· thing about -- I mean, for me to definitively say
13· what's on any of this video, I would need to
14· listen to it many times and probably in
15· conjunction with reading this log.
16· · · ·Q.· **Okay.· Well, do you -- do you remember**
17· **Tabatha telling you -- that I'm just going down a**
18· **couple lines here -- he jumped out like he was**
19· **going to punch me.· So I jumped back so he**
20· **couldn't hit me.· He never hit me.· He just jumped**
21· **at me.· If I had stood there, he probably would**
22· **have.**
23· · · · · · · ·**Does that ring any bells of**
24· **something that she told you?**
25· · · · · · MR. COYNE:· Let me just interpose an

Page 93

·1· objection on foundation given the witness's
·2· testimony about his limitations.
·3· · · · · · · ·With that in mind, go ahead,
·4· Patrick, if you can.
·5· · · · · · THE WITNESS:· I mean, I guess I'm just
·6· going to keep answering with the same caveat that
·7· without having personally prepared the transcript
·8· and listened to the -- to the video while reading
·9· the transcript, I'm not comfortable committing to
10· this as a true and accurate transcript.
11· BY MR. BROWN:
12· · · ·Q.· **Okay.· But you do remember her telling**
13· **you that she was defending herself; right?**
14· · · ·A.· I would say that that would be --
15· · · · · · MR. COYNE:· Same objection.
16· · · · · · THE WITNESS:· -- a legal conclusion.· She
17· didn't say those words to me.
18· BY MR. BROWN:
19· · · ·Q.· **Okay.· She did tell you she wasn't trying**
20· **to hit him to hurt him though; right?**
21· · · · · · MR. COYNE:· Yeah, let me -- since I don't
22· have to keep interrupting you, I'm just going to
23· interpose a continuing line of objections on
24· foundation in light of the witness's testimony.
25· That way I won't have to interrupt you.· Go ahead.

**ⓐⒸ AdvancedONE**
LEGAL

**(866) 715-7770**
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 94..97
PATRICK WALLER, 10/05/2021

Page 94

·1· BY MR. BROWN:
·2· · · ·Q.· Okay.· But for the record, I'm not asking
·3· that specifically about that portion of the video.
·4· I'm just asking about your independent
·5· recollection of your interview with
·6· Miss Washington.· Okay?
·7· · · ·A.· Sure.
·8· · · ·Q.· So I mean, Miss Washington did tell you
·9· that Kim Edmondson lunged at her.· Did she not
10· tell you that?
11· · · ·A.· Something in that general universe of
12· description.· I don't know if she used the word
13· lunged or jumped, what exactly she said, but
14· something in that general category of
15· descriptions.
16· · · ·Q.· That he -- that -- so it's fair to say
17· that the version of the story she told you was
18· that it was Kim Edmondson, though, was the
19· aggressor; correct?
20· · · ·A.· I wouldn't agree with -- with that
21· conclusion.
22· · · ·Q.· Okay.· So what did you review prior to
23· your deposition today?
24· · · ·A.· I had available to me the video
25· statements of the three witnesses.· I did not have

Page 95

·1· the actual videos of the interviews of Carlton
·2· White or Tabatha Washington; so I couldn't review
·3· those.· I looked at portions of the statement
·4· logs, not the entire thing but portions of them,
·5· and Detective Alonzo's supplementary report was
·6· indicated to me that that might be a line of
·7· questioning; so I looked at that.
·8· · · ·Q.· Who indicated that to you?
·9· · · · MR. COYNE:· Objection.· Wait a minute,
10· Patrick.· You don't answer any questions if to do
11· so you have to reveal any communications between
12· you and me.· If you can answer any questions
13· without disclosing communications that I made to
14· you or you made to me, then go ahead and do it.
15· If you can't, then don't answer the question based
16· upon attorney-client privilege.
17· · · · THE WITNESS:· Sure.· I can't answer that
18· question.
19· BY MR. BROWN:
20· · · ·Q.· Were you provided materials from the
21· attorneys for the defendants in this case?
22· · · · MS. BUNTIC:· Objection to form.
23· · · · THE WITNESS:· I don't know.· The
24· documents that I received came to me by way of my
25· attorney's paralegal.· How, where exactly they

Page 96

·1· came from, I don't know.
·2· BY MR. BROWN:
·3· · · ·Q.· And just so we're clear, those materials,
·4· they were the case sup report and the videos that
·5· you just referenced?
·6· · · ·A.· There was a drop -- there was a Drop Box
·7· link with a whole bunch of materials in them which
·8· I, you know, kind of clicked through some of them,
·9· but the items that I specifically reviewed is what
10· I described.
11· · · · MR. COYNE:· For the record, Counsel, we
12· were given a link from Miss Schnidt --
13· Miss Schnidt as to documents that would be used at
14· the deposition.· That link was then forwarded to
15· the witness and was specifications made to the
16· documents we were specifically advised would be
17· used or could be used to question him during his
18· deposition, just to clarify.
19· BY MR. BROWN:
20· · · ·Q.· When did you receive that Drop Box link?
21· · · · MR. COYNE:· I don't -- I don't remember.
22· Are you asking him?
23· · · · · · · · ·Yeah, go ahead.
24· · · · · · THE WITNESS:· Is that for me?
25· · · · · · MR. BROWN:· Sure.

Page 97

·1· · · · · · MR. COYNE:· Yeah, if you remember when
·2· you received it.
·3· · · · · · THE WITNESS:· Sunday, last Sunday.
·4· BY MR. BROWN:
·5· · · ·Q.· Two days ago?
·6· · · ·A.· October 3.
·7· · · ·Q.· Would you be able to independently go and
·8· gather those documents from your own files or the
·9· state's attorney's office files?
10· · · · · · MR. COYNE:· Objection.
11· · · · · · MS. BUNTIC:· Objection.
12· · · · · · MR. COYNE:· I don't think I understand
13· that question.
14· BY MR. BROWN:
15· · · ·Q.· So the documents that you reviewed, would
16· they have already been in the possession of your
17· files or in the state's attorney's files?
18· · · · · · MR. COYNE:· Objection.· Form.
19· · · · Foundation.
20· · · · · · MS. BUNTIC:· And I object to deliberative
21· process and to the extent it calls for work
22· product information.
23· BY MR. BROWN:
24· · · ·Q.· Here, let me ask it a different way,
25· Mr. Waller.· All I'm asking are these documents

WASHINGTON vs CITY OF CHICAGO, et al.                      Pages 98..101
PATRICK WALLER, 10/05/2021

Page 98

·1· ·from this case readily available to you?
·2· · · · ·MR. COYNE:· Objection.· Form.
·3· · · · ·THE WITNESS:· I wouldn't say that they're
·4· ·readily available to me.· Some of these items can
·5· ·be accessed electronically.· But, like, the actual
·6· ·case file itself, I don't have ready access to
·7· ·that.· I don't have my own file on this.· I don't
·8· ·have any own materials on this.
·9· ·BY MR. BROWN:
10· · · ·Q.· Prior to today did you ever review the
11· ·video of your interview with Tabatha Washington?
12· · · ·A.· No.
13· · · ·Q.· Prior to today have you ever reviewed any
14· ·video of an interview with Carlton White?
15· · · ·A.· Well, let me -- there in the Drop Box
16· ·link there were two portions of video for -- one
17· ·for Tabatha and one for Carlton.
18· · · · · · From what I could tell from the
19· ·Tabatha one, it didn't contain any of my
20· ·interview.· I kind of just scrolled through it.· I
21· ·didn't listen to it.
22· · · · · · The Carlton White I also -- I didn't
23· ·watch it.· It didn't seem to me to be my interview
24· ·of him.
25· · · ·Q.· Right.· Are you aware of whether a video

Page 99

·1· ·of your interview with Carlton White even exists?
·2· · · ·A.· Am I aware?
·3· · · ·Q.· Yeah.
·4· · · ·A.· Currently as we sit here today, I have no
·5· ·knowledge of whether that video exists or does not
·6· ·exist.
·7· · · ·Q.· And to the best of your recollection, you
·8· ·don't ever remember seeing it; is that correct?
·9· · · ·A.· I never personally saw it, no.
10· · · ·Q.· Okay.· And I know you were asked this
11· ·earlier, but just for clarity, do you remember
12· ·what materials you reviewed in 2018 while you were
13· ·investigating this matter?
14· · · ·A.· I wouldn't say that I was -- first
15· ·wouldn't say that I was investigating the matter.
16· · · · · · But to answer your question, when I
17· ·was reviewing the case, I do not remember
18· ·specifically what items were available to me.
19· · · ·Q.· I'm going to show you a very short video
20· ·that was collected by the CPD on May 30 and it's
21· ·a -- the document is IMG 1764.
22· · · · · · That was Kim Edmondson walking
23· ·through the parking lot shortly before he was
24· ·found dead.· Have you seen this video before?
25· · · ·A.· I'm aware that there was video collected.

Page 100

·1· ·I don't -- I don't have anything other than a
·2· ·vague recollection maybe of having seen this.
·3· · · · · · But I can tell you this:· Knowing
·4· ·that there was video, I either would have watched
·5· ·it myself or made that part of what needed to be
·6· ·done before we could make a charging decision.
·7· · · · · · MR. COYNE:· Let me just ask has this
·8· ·video been marked as an exhibit for reference?
·9· · · · · · MR. BROWN:· No, not yet today, but
10· ·we can -- I'll mark it as PX 30.
11· · · · · · MR. COYNE:· PX 30.· Okay.
12· ·BY MR. BROWN:
13· · · ·Q.· But again, as you sit here today, you
14· ·can't remember if you were provided this video
15· ·back on May 31, 2018; correct?
16· · · ·A.· I don't have any specific recollection.
17· · · ·Q.· But do you think that this video, if it
18· ·was provided to you, would have been part of the
19· ·state's attorney's analysis for probable cause --
20· ·or for felony approval?
21· · · · · · MR. COYNE:· Objection.· Foundation.
22· ·Form.
23· · · · · · THE WITNESS:· If video was available, it
24· ·certainly would have been something that would
25· ·have been viewed.

Page 101

·1· ·BY MR. BROWN:
·2· · · ·Q.· But as you sit here today, you don't know
·3· ·whether or not the state's attorney's office
·4· ·reviewed this video; correct?
·5· · · · · · MR. COYNE:· Objection.· Foundation and
·6· ·form.
·7· · · · · · THE WITNESS:· I have no specific
·8· ·recollection.
·9· ·BY MR. BROWN:
10· · · ·Q.· Were you shown GPRs back on May 31, 2018?
11· · · · · · MR. COYNE:· Objection.· Form.
12· · · · · · THE WITNESS:· I don't have any specific
13· ·recollection.
14· ·BY MR. BROWN:
15· · · ·Q.· You know what a GPR is, don't you, sir?
16· · · ·A.· Yes.
17· · · ·Q.· Did somebody tell you that Kim Edmondson
18· ·was beaten to death?
19· · · · · · MS. BUNTIC:· Objection to form.
20· · · · · · THE WITNESS:· I believe I would have been
21· ·given information regarding what the medical
22· ·examiner found.· In fact, I'm certain that that
23· ·would have been information that would have -- I
24· ·would have needed to make a full review of this
25· ·case.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 102..105
PATRICK WALLER, 10/05/2021

Page 102

1  BY MR. BROWN:
2  Q.  Who told you what the medical examiner's
3  findings were?
4  A.  I did not speak directly to the medical
5  examiner myself.  So it would have been relayed to
6  me by way of the detectives.
7  Q.  Do you remember which detectives relayed
8  that to you?
9  A.  I can't tell you which specific detective
10  from this team of detectives relayed this to me.
11  Q.  But it was one of them?
12  MS. SCHNIDT:  I'm just going to object to
13  foundation and form.
14  Go ahead.
15  THE WITNESS:  It was one of the
16  detectives, yes.
17  BY MR. BROWN:
18  Q.  So either Balodimas, Alonzo or Garcia?
19  MS. SCHNIDT:  Speculation and foundation.
20  THE WITNESS:  I think there were more
21  detectives part of this team, but I don't know.
22  Those are the three names that I recall.
23  BY MR. BROWN:
24  Q.  Were you told the medical examiner's
25  findings before you interviewed Larry Nelson,

Page 103

1  Anthony Beard, and Khadijah Hill?
2  A.  I don't know for sure.
3  Q.  Well, when you interviewed those three,
4  you prefaced it by saying I'm here to talk to you
5  about the beating death of Kim Edmondson; right?
6  A.  In the -- yeah, that is the language that
7  I used in the video-taped statements.  I mean, I
8  don't -- I don't know if I said that before my
9  first interview with them, but I certainly said
10  that describing what the purpose of the
11  video-recorded statement was.
12  Q.  So is it fair to say that by the time
13  that you interviewed those three, it was your
14  understanding that Kim Edmonson was beaten to
15  death?
16  MS. SCHNIDT:  Object to form.
17  Foundation.
18  MS. BUNTIC:  I'm going to object to
19  the -- I said it calls -- as it calls for
20  deliberative process and mental impressions.
21  THE WITNESS:  I mean, to answer that
22  question, I would have to tell you that the
23  medical examiner's manner of death would not have
24  been beaten to death.  That was probably my way of
25  summarizing it in a more colloquial fashion.

Page 104

1  MR. BROWN:  Okay.  You know, let's just
2  take one really quick break.  Just two minutes.
3  Hold that thought.
4  (A short recess was taken.)
5  MR. BROWN:  So are we back on?
6  THE REPORTER:  Yes.
7  MR. COYNE:  Yes.
8  BY MR. BROWN:
9  Q.  I'm sorry.  Just pulling something up.
10  Okay.  Sorry for the delay.
11  So Mr. Waller, you're interviewing
12  Larry Nelson and Khadijah Hill and Anthony Beard,
13  and you refer to it as the beating death of Kim
14  Edmondson; correct?
15  A.  Yes.
16  Q.  And you know that these three individuals
17  gave multiple statements; correct?
18  MR. COYNE:  Objection.  Form.
19  MS. SCHNIDT:  Object to form.
20  THE WITNESS:  They were interviewed
21  several different times.
22  BY MR. BROWN:
23  Q.  Okay.  Do you know when Larry Nelson
24  first started telling the story about Kim
25  Edmondson being beat with poles?

Page 105

1  MR. COYNE:  Objection.
2  MS. SCHNIDT:  Object to form.
3  THE WITNESS:  My understanding is that he
4  was present -- he was identified on the scene --
5  MR. BROWN:  I'm sorry.  Oh.
6  THE WITNESS:  And his statements were
7  consistent throughout his interviews was my
8  understanding.
9  BY MR. BROWN:
10  Q.  He was present at which scene, sir?
11  A.  Lake and Laramie.
12  Q.  Which is a different location than where
13  the altercation with Tabatha Washington and Dante
14  Howard occurred; correct?
15  A.  Correct.
16  Q.  It's roughly seven blocks away?
17  MS. SCHNIDT:  Foundation.
18  THE WITNESS:  I'm not sure how many
19  blocks away it is.  Lake to Washington probably,
20  like, two blocks.  I don't know how many blocks
21  east and west they went -- he went.
22  BY MR. BROWN:
23  Q.  Okay.  So just so we're clear, Larry
24  Nelson did not witness any of the altercation with
25  Tabatha Washington and Dante Howard; correct?

CCD  AdvancedONE  LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 106..109
PATRICK WALLER, 10/05/2021

| Page 106 | Page 108 |
|---|---|

Page 106

·1 · · · · · MR. COYNE:· Objection.· Foundation.

·2 · · · · · THE WITNESS:· As far as I know, correct.

·3 ·The information that I received from him was what

·4 ·the victim or what Kim Edmondson related to him

·5 ·about what had happened to him before he wound up

·6 ·at Lake and Laramie.

·7 ·BY MR. BROWN:

·8 · · ·Q.· Okay.· So I'm going to show you what has

·9 ·been previously marked PX 20, and can you -- this

10 ·is a General Progress Report; correct, sir?

11 · · ·A.· Yes.

12 · · ·Q.· And you see that the date of the original

13 ·case report and the date of the report at the top

14 ·is May 30, 2018; correct?

15 · · ·A.· Yes.

16 · · ·Q.· This is a GPR of an interview with Larry

17 ·Nelson.· And for the record, this is Bates number

18 ·Wash V City of Chicago 1664.

19 · · · · · · · · And tell me, sir, does this

20 ·narrative from Larry Nelson mention anything about

21 ·Kim Edmondson being beat with poles?

22 · · ·A.· No.

23 · · ·Q.· Okay.· And when you reviewed Alonzo's

24 ·Clear Closed Report from earlier today and the

25 ·narrative that Larry Nelson gave in that, that

Page 107

·1 ·didn't mention anything about Edmondson being

·2 ·beaten with poles either, did it?

·3 · · ·A.· Don't recall.

·4 · · ·Q.· Okay.· You were shown this earlier.· This

·5 ·is -- it's a Clear Closed Report.· My copy has

·6 ·been premarked -- pre-stamped PX 1.· What I'm

·7 ·showing you is page 14 of that document, SAO 143.

·8 ·So you'll see, sir, the interview with Larry

·9 ·Nelson is memorialized here; correct?

10 · · · · · MR. COYNE:· This was marked earlier;

11 ·right?

12 · · · · · MR. BROWN:· It was marked by the

13 ·defendant earlier.· I apologize for not knowing

14 ·what their marking --

15 · · · · · MR. COYNE:· That's all right.

16 · · · · · MS. SCHNIDT:· Exhibit 2.

17 ·BY MR. BROWN:

18 · · ·Q.· Okay.· So again, Mr. Waller, you would

19 ·agree that this version of Larry Nelson's story

20 ·likewise says nothing about him being beaten with

21 ·poles, correct, Kim Edmondson?

22 · · ·A.· The detail is not included in that

23 ·statement summary.

24 · · ·Q.· Okay.· Were you given the GPR to review

25 ·before your interview with Larry Nelson?

Page 108

·1 · · ·A.· I don't know.· I guess I should say I

·2 ·don't remember.

·3 · · ·Q.· Would you -- I'm not -- this is not a

·4 ·question about deliberative process but -- or

·5 ·maybe it is.· We'll see if your attorney objects.

·6 ·But the GPR is a type of document that you would

·7 ·ask to review prior to interviewing witnesses; is

·8 ·that correct?

·9 · · · · · MS. BUNTIC:· Objection to form.

10 · · · · · THE WITNESS:· Sometimes.· I mean, I

11 ·wouldn't say that I have the opportunity to review

12 ·a GPR in every instance of a case that I've

13 ·reviewed.

14 ·BY MR. BROWN:

15 · · ·Q.· Okay.· Well, let's talk generally.· So

16 ·what type of documents are available to you to

17 ·review when you get to the station and you are

18 ·starting to learn about a case?

19 · · · · · MS. BUNTIC:· I'm going to object to the

20 ·case of to the extent this calls for information

21 ·about other cases.

22 · · · · · THE WITNESS:· I mean, I could tell you

23 ·generally.· There could be lots of things

24 ·available.· Original Case Offense Report might be

25 ·completed, arrest reports might be completed.

Page 109

·1 ·There are occasions when supplementary reports are

·2 ·completed and approved by that point.

·3 · · · · · · Some detectives -- you know,

·4 ·generally speaking, if you have a new

·5 ·investigation, the general progress reports have

·6 ·not been officially approved and some detectives

·7 ·are more willing to share those than when they're

·8 ·not have been approved than others.· So sometimes

·9 ·there might be a GPR.· Could be video to review.

10 ·There could be 911 to review, pod videos,

11 ·body-worn camera, all sorts of various categories

12 ·of evidence depending on the case.

13 ·BY MR. BROWN:

14 · · ·Q.· Did the detectives make available to you

15 ·the prior interviews with Tabatha Washington and

16 ·Carlton White?

17 · · ·A.· Are you -- are we referring to when they

18 ·had been in reviewing the videos or -- I mean, not

19 ·reviewing but conducting an interview in the same

20 ·room where I ultimately went in?

21 · · ·Q.· Yes, sir.

22 · · ·A.· My recollection is that there was some

23 ·issue with the ERI equipment that prevented sort

24 ·of a contemporaneous review or rewind while it was

25 ·still in operation.· So it just wasn't physically

**aO** AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 110..113
PATRICK WALLER, 10/05/2021

|                                   Page 110 |                                   Page 112 |
|--------------------------------------------|--------------------------------------------|
| ·1· ·possible for me to review what was being said on | ·1· · · · ·MS. BUNTIC:· I'm going to object to a |
| ·2· ·that video due to whatever was going on with the | ·2· ·deliberative process.· Privileged in this |
| ·3· ·ERI system. | ·3· ·instant -- instance. |
| ·4· · · ·Q.· So if that's the case, then you don't | ·4· · · · ·MR. BROWN:· Are you instructing him not |
| ·5· ·have any idea of the substance of the interviews | ·5· ·to answer? |
| ·6· ·with Carlton White and Tabatha Washington that | ·6· · · · ·MS. BUNTIC:· Yes. |
| ·7· ·were conducted by the cops prior to your | ·7· ·BY MR. BROWN: |
| ·8· ·involvement; correct? | ·8· · · ·Q.· Well, you already told us earlier that |
| ·9· · · · ·MS. BUNTIC:· Objection to form. | ·9· ·you classified this case for continuing |
| 10· · · · ·THE WITNESS:· The detectives would have | 10· ·investigation; correct? |
| 11· ·given me at least a summary, a general summary of | 11· · · ·A.· Yes. |
| 12· ·what their -- what their statements had been | 12· · · ·Q.· And that was one of three options; right? |
| 13· ·previously. | 13· · · ·A.· Yes. |
| 14· ·BY MR. BROWN: | 14· · · ·Q.· Getting felony approval was another of |
| 15· · · ·Q.· Do you know how many times Tabatha | 15· ·the three; correct? |
| 16· ·Washington was interviewed by the police officers | 16· · · ·A.· Yes. |
| 17· ·before you interviewed her? | 17· · · ·Q.· Was rejecting charges the third? |
| 18· · · · ·MS. BUNTIC:· Objection to foundation. | 18· · · ·A.· Yes. |
| 19· ·BY MR. BROWN: | 19· · · ·Q.· And you classified it as continuing |
| 20· · · ·Q.· I'm not asking you to tell me.· I'm just | 20· ·investigation; correct? |
| 21· ·asking if you know. | 21· · · ·A.· Yes. |
| 22· · · ·A.· I don't.· I don't know. | 22· · · ·Q.· When did your involvement in this case |
| 23· · · ·Q.· Okay.· Do you know how long she was in | 23· ·end? |
| 24· ·custody before you interviewed her? | 24· · · ·A.· Approximately 12:30 A.M. on June 1 of |
| 25· · · ·A.· I would have to look at a -- at her | 25· ·2018. |

|                                   Page 111 |                                   Page 113 |
|--------------------------------------------|--------------------------------------------|
| ·1· ·arrest report to tell you for sure. | ·1· · · ·Q.· Did you prepare any documents? |
| ·2· · · ·Q.· To your recollection, does it sound right | ·2· · · ·A.· I would have inputted this case into the |
| ·3· ·that she had already been detained for over 24 | ·3· ·state's attorney's office case management system. |
| ·4· ·hours by the time that you interviewed her? | ·4· · · ·Q.· When would you have done that? |
| ·5· · · · ·MS. SCHNIDT:· Object to form and | ·5· · · ·A.· When I -- after I left the station, I |
| ·6· ·foundation.· Sorry. | ·6· ·would have gone -- come back here to 26th and |
| ·7· · · · ·THE WITNESS:· I don't know.· I mean, | ·7· ·California and -- and done so that same night or |
| ·8· ·again, I could answer that question if you showed | ·8· ·early morning, I guess, would be more accurate. |
| ·9· ·me the arrest report, but I'm not going to | ·9· · · ·Q.· I'm going to show you what I'm going to |
| 10· ·speculate. | 10· ·mark as PX 27.· You'll see at the bottom.· It's |
| 11· ·BY MR. BROWN: | 11· ·Bates stamped SAO 0062.· Do you see that document, |
| 12· · · ·Q.· Okay.· I believe you had said that | 12· ·sir? |
| 13· ·sometimes there are arrest reports generated that | 13· · · ·A.· Yes. |
| 14· ·you're able to review; is that correct? | 14· · · ·Q.· Is this the document that you were just |
| 15· · · ·A.· I mean, yes, an arrest report typically | 15· ·referring to? |
| 16· ·will be available. | 16· · · ·A.· I mean, I didn't type that.· That's a |
| 17· · · ·Q.· Did you or did you have any occasion to | 17· ·document that -- that the case management system |
| 18· ·review Tabatha Washington's arrest report? | 18· ·can generate based on information that I input |
| 19· · · ·A.· I don't remember if I did or not. | 19· ·into the system, if that answers your question. |
| 20· · · ·Q.· Do you remember if Tabatha Washington had | 20· · · ·Q.· So you inputted information into the |
| 21· ·a criminal history? | 21· ·system and then this report is generated.· Is |
| 22· · · ·A.· I don't remember. | 22· ·that -- am I understanding that? |
| 23· · · ·Q.· Were you asked to give felony approval in | 23· · · ·A.· Yes, that would be called like a case |
| 24· ·this case? | 24· ·fact sheet or something, you know, whatever the |
| 25· · · · ·MR. COYNE:· Objection to form. | 25· ·system generates that based on what I inputted -- |

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 114..117
PATRICK WALLER, 10/05/2021

---

Page 114

1   input, not inputted, input.
2   · · ·Q.· ·I'm going to show you 0067.· Do you see
3   that where it says incident begin date 5-30-2018?
4   · · ·A.· ·Yes.
5   · · ·Q.· And you see where it says a little more
6   than halfway down V sustained injuries to his
7   chest, lip, and head consistent with a metal pole.
8   Do you see that, sir?
9   · · ·A.· Yes.
10  · · ·Q.· Where did you get that information?
11  · · ·A.· That's based on what was provided to me
12  by the detectives from the medical examiner's
13  office.
14  · · ·Q.· So the detectives told you that the
15  injury that was sustained to the back of the head
16  was consistent with a metal pole; correct?
17  · · ·A.· I don't know if I would describe it in
18  that exact fashion.· They reported to me what the
19  medical examiner told them regarding the injuries
20  that were observed, the manner and cause of death.
21  And then there was -- based on the injuries, it
22  was related to me that it could be con -- those
23  injuries could be consistent with injuries from a
24  metal pole or such item.
25  · · ·Q.· But your document says that it is

---

Page 115

1   consistent with a metal pole; correct?
2   · · ·A.· That's how I summarized the information
3   that was provided to me, yes.
4   · · ·Q.· This document, is it fair to just call it
5   a fact sheet?· Is that a fair title for it?
6   · · ·A.· The case -- case fact sheet, sure.
7   · · ·Q.· And Tabatha Washington admitted to you
8   that she struck Kim Edmondson in the chest and the
9   mouth; right?
10  · · ·A.· Yes.
11  · · ·Q.· And she denied ever hitting him in the
12  head; correct?
13  · · ·A.· Yes.
14  · · ·Q.· Did Carlton White ever tell you that
15  Tabatha hit Kim Edmondson in the head with the
16  instrument?
17  · · ·A.· His -- he described Tabatha as using,
18  again, whatever the description of this metal
19  implement was in swinging multiple times.· I don't
20  know the specifics of -- you know, there was some
21  equivocation.· I don't know the specifics of what
22  he said in terms of where the blows landed, if he
23  did detail that for me.
24  · · ·Q.· Okay.· But what I'm asking is a little
25  something different.· Do you have any independent

---

Page 116

1   recollection of Carlton White ever telling you
2   that Tabatha Washington hit Kim Edmondson in the
3   head?
4   · · ·A.· I would have to watch that whole video to
5   tell you the details of what he said in that
6   regard.
7   · · ·Q.· Okay.· But again, just as you sit here
8   today, do you have any recollection of Carlton
9   White, one of the only eye witnesses in this case,
10  telling you that Tabatha Washington hit him in the
11  back of the head?
12  · · ·MR. COYNE:· Objection.· Asked and
13  answered.
14  · · ·MS. BUNTIC:· Objection.
15  · · ·MR. COYNE:· Objection.· Foundation.
16  · · ·MR. SCHMIDT:· Argumentative.
17  BY MR. BROWN:
18  · · ·Q.· And you can answer, sir.
19  · · ·A.· I mean, I wouldn't -- I wouldn't describe
20  him as one of the only eye witnesses.
21  · · · · ·But to answer your question, do I
22  specifically sitting here now remember?· I did
23  answer the question.· I said I'd have to watch the
24  video.· So the answer would be no, I don't
25  remember specifically what he said in that regard.

---

Page 117

1   · · ·Q.· Okay.· Well, let me ask you this:· How
2   many eye witnesses were there to the altercation
3   between Tabatha Washington and Dante Howard and
4   Kim Edmondson?
5   · · · · ·MR. COYNE:· Objection.· Foundation.
6   · · · · ·THE WITNESS:· At least Tabatha saw, at
7   least Carlton saw, at least Cynthia Cage saw, at
8   least Dante Howard saw what transpired in this
9   incident.· So I would say there were at least four
10  people who saw.· Whether or not you would
11  characterize them as witnesses, eye witnesses or
12  not, I think there's some legal conclusions in
13  there.
14  BY MR. BROWN:
15  · · ·Q.· Okay.· Well, Dante Howard never gave a
16  statement; correct?
17  · · ·A.· I don't know.
18  · · ·Q.· Did he ever give a statement to you?
19  · · ·A.· He wasn't in police custody when I was
20  involved in this case.
21  · · ·Q.· Well, you reviewed Alonzo's case report
22  prior to today's deposition and during today's
23  deposition and you don't see any interview of
24  Dante Howard in there; correct?
25  · · · · ·MS. SCHMIDT:· Object to form.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 118..121
PATRICK WALLER, 10/05/2021

Page 118

·1   Mischaracterizes.
·2   · · · · · ·Go ahead.
·3   · · · ·THE WITNESS:· I mean, do I
·4   specifically -- I don't recall -- I don't know.· I
·5   mean, I don't know.
·6   BY MR. BROWN:
·7   · · ·Q.· Okay.· And did Cynthia Cage ever say that
·8   Tabatha Washington struck Kim Edmondson in the
·9   back of the head?
10   · ·A.· Never spoke to Cynthia Cage.
11   · ·Q.· Well, you reviewed Alonzo's case sup
12   report, did you not?
13   · ·A.· I reviewed it.· I don't recall that
14   portion of the summary of Cynthia Cage's statement
15   offhand.
16   · ·Q.· You incorporated Cynthia Cage's interview
17   with the police officers in your fact sheet
18   though, didn't you?
19   · ·A.· No.
20   · ·Q.· Okay.· So we're going to go back to
21   premarked PX 27.· This is the fact sheet and here
22   is an incorporation of the Cynthia Cage interview;
23   right?
24   · · · ·MR. COYNE:· I'm sorry to interrupt,
25   Counsel.· Did you say you did -- this has been

Page 119

·1   ·marked as an exhibit or no?
·2   · · · ·MR. BROWN:· Yes, PX 27.
·3   · · · ·MR. COYNE:· PX 27.· That's obviously from
·4   ·a different deposition; right?
·5   · · · ·MR. BROWN:· Yes, sir.
·6   · · · ·MR. COYNE:· That's what I figured.· Okay.
·7   ·BY MR. BROWN:
·8   · · ·Q.· So does this refresh your recollection
·9   ·that you did, in fact, incorporate Cynthia Cage's
10   ·interview in your fact sheet?
11   · ·A.· I did not.
12   · ·Q.· Do you know how this got in the fact
13   ·sheet then?
14   · · ·A.· I could only speculate how it got
15   ·involved in the fact sheet.
16   · · · · · ·But you know, like I said, you
17   ·input -- you could input information in the case
18   ·management system.· So other people who work on
19   ·the case have that same ability.
20   · ·Q.· Okay.· But you would agree with me that
21   ·this narrative says nothing about Cynthia Cage
22   ·witnessing Tabatha Washington hit Kim Edmondson in
23   ·the head; correct?
24   · · · · ·MS. SCHNIDT:· Object to form.
25   · · · · ·THE WITNESS:· What was the question

Page 120

·1   ·again?· It doesn't say what?
·2   ·BY MR. BROWN:
·3   · · ·Q.· Anything about Cynthia Cage witnessing
·4   ·Tabatha Washington striking Kim Edmondson in the
·5   ·head.
·6   · ·A.· It doesn't specify where she hit him with
·7   ·quote that having a few times; correct.
·8   · · ·Q.· Okay.· Thank you.
·9   · · · · · · · And it says that Dante punched him
10   ·in the head a few times.· Do you know where that
11   ·came from?
12   · · · ·A.· I can only assume and speculate where
13   ·that portion of that came from.
14   · · · ·Q.· But you don't know; correct?
15   · · · ·A.· Correct.
16   · · · ·Q.· So if we turn back to PX 1 which again is
17   ·the Clear Closed Report, Cynthia Cage's interview
18   ·says nothing about Tabatha Washington striking Kim
19   ·Edmondson in the head; correct?
20   · ·A.· Yeah.· Again, it doesn't specify where
21   she hit him with the pole.· I agree with that.
22   · · · ·Q.· So what I said is correct; right?
23   · · · ·MS. SCHNIDT:· Objection.· Asked and
24   answered.· Come on.
25   · · · ·THE WITNESS:· What you said is correct

Page 121

·1   and also what I said is correct, yes.
·2   BY MR. BROWN:
·3   · ·Q.· Just so we're clear, there's nothing in
·4   this interview memorialization that says anything
·5   about Tabatha Washington hitting Kim Edmondson in
·6   the head with a pole; correct?
·7   · · · ·MR. COYNE:· Objection.· Asked and
·8   answered.· Answered actually repeatedly.
·9   · · · · · ·Go ahead.· You can answer again.
10   · · · ·THE WITNESS:· Again, it doesn't -- this
11   interview summary does not specify where Tabatha
12   Washington hit Edmondson with the pole.
13   BY MR. BROWN:
14   · ·Q.· Okay.· Does it say anything about Dante
15   Howard punching Kim Edmondson in the head?
16   · · · ·MR. COYNE:· Let me just note an objection
17   to form and foundation as to what portion of the
18   document's referred to.
19   · · · · · ·But go ahead if you know.
20   · · · ·THE WITNESS:· Same thing with this
21   summary of that conversation.· It doesn't appear
22   to specify where Mr. Howard punched Mr. Edmondson,
23   just that he landed -- started to land some
24   punches.
25

WASHINGTON vs CITY OF CHICAGO, et al.
PATRICK WALLER, 10/05/2021
Pages 122..125

Page 122

1  BY MR. BROWN:
2  　Q.　It doesn't say in the head though; right?
3  　A.　It doesn't describe where; correct.
4  　Q.　And then do you have any idea when the
5  first time Anthony Beard said that Kim Edmondson
6  told him that he was beaten with a pole or a pipe?
7  　　MR. COYNE: Objection. Foundation.
8  BY MR. BROWN:
9  　Q.　I'm asking if you know. So I'm not
10  asking you to speculate. So if you have any
11  knowledge.
12  　A.　No.
13  　Q.　Okay. So back to PX 1. This is Clear
14  Closed Report, page 14, and you'll see where the
15  cursor is, sir, that this is a memorialization of
16  the interview with Anthony Beard; correct?
17  　A.　Correct.
18  　Q.　And this doesn't say anything about Kim
19  Edmondson getting beaten with poles or pipes;
20  right?
21  　A.　Correct.
22  　Q.　Do you remember Khadijah Hill telling you
23  that she just assumed that Kim Edmondson fell and
24  hit his head?
25  　A.　She -- she stated something about

Page 123

1  assuming that he fell and hit his head.
2  　Q.　Because she had never seen any blood
3  dripping or she put it leaking from the back of
4  his head; correct?
5  　　　　MR. COYNE: Objection.
6  　　　　MS. SCHNIDT: Object to form. I'm sorry.
7  It mischaracterizes.
8  　　　　THE WITNESS: She used those words, yes.
9  BY MR. BROWN:
10  　Q.　Right. So that -- right. Just so the
11  record is clear here, she used those words that
12  she didn't see anything dripping or leaking from
13  the back of his head; right?
14  　　　　MS. SCHNIDT: Mischaracterizes the
15  evidence.
16  　　　　MR. BROWN: Emily, please. I'm asking
17  him about his memory.
18  　　　　MS. SCHNIDT: I'm making an objection.
19  　　　　MR. BROWN: It's improper.
20  　　　　MS. SCHNIDT: No.
21  　　　　THE WITNESS: I'll say that she used
22  those words describing it. I'm not so -- based --
23  you'd have to watch her video again. I also don't
24  think she saw him from any angle other than
25  head-on.

Page 124

1  BY MR. BROWN:
2  　　Q.　We watched the Larry Nelson interview
3  earlier; right?
4  　　A.　Yes.
5  　　Q.　Did Larry Nelson in that interview say
6  anything to you about observing any wounds to the
7  back of Kim Edmondson's head?
8  　　A.　Nope.
9  　　Q.　And did Khadijah Hill say anything to you
10  about seeing a wound to the back of his head, Kim
11  Edmondson's head?
12  　　A.　No.
13  　　Q.　Did Anthony Beard mention anything to you
14  about seeing any wound to the back of Kim
15  Edmondson's head?
16  　　A.　You froze. I did not hear the question.
17  　　Q.　Oh, I'm sorry. I said did Anthony Beard
18  tell you that he ever witnessed a wound to the
19  back of Kim Edmondson's head?
20  　　A.　No.
21  　　Q.　We talked a little bit about the medical
22  examiner earlier. Did you ever have an occasion
23  to review the medical examiner's report?
24  　　A.　No.
25  　　Q.　Did you ever have an occasion to review

Page 125

1  the medical examiner investigator's report?
2  　　A.　No.
3  　　Q.　Do you know what the function of the
4  medical examiner investigator is?
5  　　A.　Generally, yes.
6  　　Q.　Can you please tell me.
7  　　A.　Well, typically, they'll go out and do
8  some scene investigation and speak to detectives
9  or police officers involved to gather some
10  background information that can assist in
11  determining the cause of death. You know, I think
12  it's seldom do they actually go out to a scene
13  these days though.
14  　　Q.　Do you know if a medical examiner
15  investigator went out to the scene in this case?
16  　　A.　No.
17  　　Q.　You said that the medical examiner
18  investigator helps determine the cause of death.
19  Did I hear you say that correctly?
20  　　A.　No. Gathers information, background
21  information or information from the police
22  investigation that can assist the medical examiner
23  in determining a cause and manner of death.
24  　　Q.　And then how -- how do they make that
25  assist?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 126..129
PATRICK WALLER, 10/05/2021

Page 126

·1· · · ·A.· ·I'm sorry?
·2· · · ·Q.· ·How do they make that assist?
·3· · · · · ·MR. COYNE:· Objection.· Foundation.
·4· · · · · · · ·Go ahead.
·5· · · · · ·MS. SCHNIDT:· Join.
·6· · · · · ·THE WITNESS:· I mean, the medical
·7· ·examiner in some instances needs context in order
·8· ·to provide a manner and cause of death.· So that
·9· ·could come from the police investigation or a
10· ·consultation with police.· It could come from the
11· ·medical examiner's investigator.· So I mean, the
12· ·assist is just providing information, I guess.
13· ·BY MR. BROWN:
14· · · ·Q.· ·So we've reviewed memorialization of
15· ·three separate statements by Larry Nelson today,
16· ·the GPR, the Clear Closed Report, and the
17· ·interview that you had with him; right?
18· · · ·A.· ·Yes.
19· · · ·Q.· ·Okay.· And in those interviews Larry
20· ·Nelson conveyed that he was at Lake and Laramie
21· ·when he was approached by Kim Edmondson, right,
22· ·after the altercation with the Tabatha Washington
23· ·and Dante Howard?
24· · · ·A.· ·Yes.
25· · · ·Q.· ·Okay.· Have you reviewed medical examiner

Page 127

·1· ·investigator's reports before?
·2· · · ·A.· ·I've seen them before, yes.
·3· · · ·Q.· ·I'm going to show you what I am going to
·4· ·mark as PX 28.· Can you see that okay, sir?
·5· · · ·A.· ·Yes.
·6· · · ·Q.· ·Yeah.· Okay.· You recognize this to be a
·7· ·medical examiner investigation's case report, and
·8· ·at the bottom you'll see -- oh, actually, you'll
·9· ·see that it's marked W 15.· You see that, sir?
10· · · ·A.· ·Yes.
11· · · ·Q.· ·That's the Bates number of this document.
12· ·As I said, I've premarked it as PX 28.
13· · · ·A.· ·Yes.
14· · · ·Q.· ·At the bottom, sir, you know, W 17, page
15· ·3 of 5.· You see that narrative at the bottom
16· ·there that begins with according to Larry Nelson?
17· · · ·A.· ·Yes.
18· · · ·Q.· ·It says according to Larry Nelson,
19· ·witness related that he observed Edmondson getting
20· ·beat up by three male blacks and two female blacks
21· ·with pipes in their hands all beating on
22· ·Edmondson.· Do you see that?
23· · · ·A.· ·Sure.· Yeah.
24· · · ·Q.· ·That's not consistent with any of the
25· ·other Larry Nelson statements that we talked about

Page 128

·1· ·today, is it?
·2· · · · · ·MR. COYNE:· Objection.· Form.
·3· ·Foundation.
·4· · · · · ·MS. SCHNIDT:· Join.
·5· · · · · ·THE WITNESS:· It is not consistent, you
·6· ·are correct, in terms of actually having witnessed
·7· ·the incident.
·8· ·BY MR. BROWN:
·9· · · ·Q.· ·Right.· I mean, he was just told
10· ·secondhand from Kim Edmondson what had happened
11· ·prior; correct?
12· · · · · ·MR. COYNE:· Objection.· Foundation.
13· · · · · ·THE WITNESS:· Yes.
14· ·BY MR. BROWN:
15· · · ·Q.· ·That was a "yes," sir?
16· · · ·A.· ·Yes.
17· · · ·Q.· ·So I swear I only have a few more
18· ·questions.
19· · · · · · ·Just so I can understand going
20· ·forward, the name of the program or system that
21· ·creates those fact sheets, can you remind me
22· ·either what that's called or kind of what the
23· ·protocol for that is.
24· · · · · ·MS. SCHNIDT:· Object to form.
25· · · · · ·THE WITNESS:· I mean, the case management

Page 129

·1· ·system is called CRIMES.
·2· ·BY MR. BROWN:
·3· · · ·Q.· · CRIMES?
·4· · · ·A.· · Yes.
·5· · · ·Q.· · Is that an acronym?
·6· · · ·A.· · I think it's -- I don't think it's an
·7· ·acronym.· I don't know though.
·8· · · ·Q.· ·Okay.· So you go back to 26th and
·9· ·California, I think you said, around 12:30 in the
10· ·morning which would be June 1; is that correct?
11· · · ·A.· ·Yes.
12· · · ·Q.· ·And your input case notes?· Is that how
13· ·that process works?
14· · · ·A.· ·I mean --
15· · · · · ·MS. BUNTIC:· Objection.· Object.· I'm
16· ·going to object to the extent it seeks any more
17· ·than the actual process used.
18· · · · · ·MR. BROWN:· I'm just asking about the
19· ·process.
20· · · · · ·THE WITNESS:· I mean, inputting
21· ·information from my review into the case fact
22· ·system.
23· ·BY MR. BROWN:
24· · · ·Q.· ·Did you -- what did you do with the notes
25· ·that you created?

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 130..133
PATRICK WALLER, 10/05/2021

Page 130

·1· · · ·A.· I didn't have any notes.

·2· · · ·Q.· So everything that you input into the

·3· CRIMES was just from memory?

·4· · · ·A.· You know, there might have been -- I take

·5· that back.· There in pre-case management days you

·6· used to write this -- write these, the same

·7· information essentially on -- on a, like, carbon

·8· copy triplicate folder, the felony review folder.

·9· So I will have folders like that when I go out on

10· a felony review case and may have some notes from

11· the review process in that folder and that folder

12· is part of the file.· Don't do -- it just goes --

13· it makes its way along with the case.

14· · · ·Q.· Okay.· So I'm not trying to get into the

15· deliberative process.· But, I guess, what I am

16· wondering is what documents are generally

17· available to the state's attorneys when they're

18· making their determination of whether or not to

19· approve felony -- to get felony approval?

20· · · · · ·MS. BUNTIC:· I'm going to object.

21· · · · · ·MR. BROWN:· Miss Buntic, I think --

22· · · · · ·MR. COYNE:· I lost you, yeah.

23· · · · · ·MR. BROWN:· So can you please restate

24· your objection.

25· · · · · ·MS. BUNTIC:· Can you hear me now?

Page 131

·1· · · · · ·MR. COYNE:· Yes.

·2· · · · · ·MR. BROWN:· Yeah.

·3· · · · · ·MS. BUNTIC:· I'm going to object to the

·4· extent this is deliberative process information.

·5· If you want specific information to this case, I

·6· have no objection to that.

·7· BY MR. BROWN:

·8· · · ·Q.· Okay.· Yeah, let's stick with this case.

·9· Do you know what materials were available for the

10· state's attorney to make her determination of

11· whether or not to give felony approval?

12· · · ·A.· I don't recall.

13· · · ·Q.· Well, do you know what the universe of

14· documents were in your possession when you

15· stopped -- when your participation in this case

16· ended?

17· · · ·A.· I don't know if there were any -- if I

18· had anything beyond what I -- beyond my mental

19· impressions and summary of everything that I

20· learned during the investigation.· I don't know.

21· · · ·Q.· Would the fact sheet be available?

22· · · ·A.· Yes.

23· · · ·Q.· Were the materials that you reviewed that

24· were provided to you by the CPD in this case,

25· would those have been available to ASA?

Page 132

·1· · · · · ·MS. BUNTIC:· I'm going to object to the

·2· use of the word the ASA.

·3· · · · · · You want to -- are you -- are you

·4· asking him specifically about what he reviewed or

·5· just any ASA?

·6· · · · · ·MR. BROWN:· Let's start with any ASA.

·7· BY MR. BROWN:

·8· · · ·Q.· So to be more specific, after you are

·9· done inputting in the CRIMES system any ASA that

10· may need to review this case, in addition to the

11· fact sheet, would all materials provided to you by

12· the CPD in this case be available for that ASA?

13· · · · · ·MS. SCHNIDT:· Object to form.

14· Foundation.

15· · · · · ·MS. BUNTIC:· And I'm going to object to

16· work product and deliberative process.

17· · · · · ·MR. BROWN:· Are you instructing him not

18· to answer?

19· · · · · ·MS. BUNTIC:· Yes.

20· BY MR. BROWN:

21· · · ·Q.· The materials that were provided to you

22· by the CPD, did you take copies of them with you?

23· · · ·A.· I don't know if they -- if I -- I don't

24· remember if I physically had anything from CPD or

25· not.

Page 133

·1· · · ·Q.· Did you have any -- okay.· Here, I'll ask

·2· it this way and the answer very easily could just

·3· be no.· But do you have any idea what materials

·4· were available to ASA Ayala-Gonzalez before she

·5· was asked to make a determination of whether or

·6· not to approve to get felony approval?

·7· · · · · ·MS. BUNTIC:· Objection.· Deliberative

·8· process and foundation.· I'm going to instruct the

·9· witness not to answer.

10· · · · · ·MR. BROWN:· Just so we're clear, just

11· asking what materials is available is deliberative

12· process?

13· · · · · ·MS. BUNTIC:· To a different ASA.

14· BY MR. BROWN:

15· · · ·Q.· Yeah, Mr. Waller, really all I'm asking

16· is what did -- once you were done with the file,

17· what was in the file other than the CRIMES fact

18· sheet?

19· · · · · ·MS. BUNTIC:· Objection to foundation.

20· · · · · ·THE WITNESS:· There -- there is the old

21· felony review folders, whatever notes I may have

22· taken in those folders, the CRIMES fact sheet,

23· then eventually those state and summary logs would

24· have made their way into that file whenever the

25· other ASAs were done doing that.· And if there was

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 134..137
PATRICK WALLER, 10/05/2021

Page 134

·1  anything, which I'm sitting here now I have no
·2  idea if there was any reports or documents
·3  provided to me by the CPD detectives, that would
·4  have been part of the file too.
·5  · · · · MR. BROWN:· That's all I have.
·6  · · · · MS. SCHNIDT:· Okay.
·7  · · · · MR. COYNE:· Anybody else?
·8  · · · · MS. SCHNIDT:· I do have more questions.
·9  · · · · Are you okay to keep going,
10  Mr. Waller?
11  · · · · THE WITNESS:· Yes.
12  · · · R E D I R E C T   E X A M I N A T I O N
13  · · · · · · · · ·BY MS. SCHNIDT
14
15  · · Q.· All right.· Make this as quick as
16  possible.· I'm showing you that fact sheet that
17  plaintiff's counsel went through partially with
18  you.
19  · · A.· Yes.
20  · · Q.· PX 27?· This top portion before -- well,
21  you didn't fill out this entire fact sheet; right?
22  · · A.· Right.· The information related for it
23  and right there with Dante Howard I didn't do.
24  · · Q.· Okay.· Like, approved charges, murder,
25  you wouldn't have filled that out because there

Page 135

·1  were no approved charges yet; right?
·2  · · A.· Correct.
·3  · · Q.· Okay.· Do you know who else filled out
·4  this fact sheet?
·5  · · A.· No.
·6  · · Q.· This portion for Tabatha Washington
·7  beginning at the bottom of 62 and it's the summary
·8  of the videotaped statement that she gave to you,
·9  did you fill that out?
10  · · A.· I think -- I believe so, yes.
11  · · Q.· You obviously didn't fill out the
12  approved charges for murder; right?
13  · · A.· Correct.
14  · · Q.· For Carlton White on page 63, the summary
15  of his statement to you, did you fill that out?
16  · · A.· I believe so, yes.
17  · · Q.· Okay.· Did you fill out the family member
18  information about Carol Hudson?
19  · · A.· No.
20  · · Q.· Did you fill out the victim information
21  about Kim Edmondson?
22  · · A.· Yes.
23  · · Q.· Did you fill out the summary of the
24  videotaped statement for Larry Nelson?
25  · · A.· Yes.

Page 136

·1  · · Q.· Did you fill out the summary of the
·2  videotaped statement for Khadijah Hill?
·3  · · A.· I believe so.
·4  · · Q.· Did you fill out the summary of the
·5  information from Cynthia Cage?
·6  · · A.· No.
·7  · · Q.· Did you fill out the summary of the
·8  information for Anthony Beard?
·9  · · A.· Yes.
10  · · Q.· Now, beginning on page 66 to 68 is a
11  summary of -- can you describe what that summary
12  is, and I understand I've highlighted a portion.
13  I'm going to talk to you about it.· But what is
14  the purpose of this summary on 67 to 68?
15  · · A.· I mean, I don't know how to answer this
16  question without -- you know, this would
17  definitely be deliberative process.· I know that
18  that's not --
19  · · Q.· Okay.· Let me try it a different way.
20  · · · · · · · · ·Did you fill out all the information
21  that's in 67 to 68?
22  · · A.· Most of it.· I believe that there are --
23  there is some portion -- this can be edited as the
24  review process continues on.· I think if you
25  look -- read down towards the bottom of it, it

Page 137

·1  certainly seems like some of that has to do with
·2  parts of this review that occurred after I was no
·3  longer involved.
·4  · · Q.· Were you aware that the police did get --
·5  as of the end of your involvement on June 1, 2018,
·6  were you aware that the police did get a consent
·7  to search Washington's apartment?
·8  · · A.· Did I -- not -- no, I was not aware of
·9  that as part of my review of this case.
10  · · Q.· Okay.· And were you aware as of the end
11  of your involvement on June 1 that they recovered
12  four poles which were all inventoried?
13  · · A.· I was not aware of that during my review
14  of this case.
15  · · Q.· Were you aware that all four poles had a
16  one-inch circular diameter width which is
17  consistent with the victim's head wound?
18  · · · · MR. BROWN:· Objection; objection.
19  · · · · Foundation.· Misstates the evidence.
20  BY MS. SCHNIDT:
21  · · Q.· Go ahead.
22  · · A.· I was not aware of that.· That whole
23  paragraph is my belief is somebody inputted that
24  later on in the review after I wasn't involved any
25  longer.

WASHINGTON vs CITY OF CHICAGO, et al.                    Pages 138..141
PATRICK WALLER, 10/05/2021

Page 138

1 · · · Q.· Okay.· Now, I've highlighted on
2 ·Exhibit 7, page SAO 67 the portion that discusses
3 ·the victim's injuries that plaintiff's counsel
4 ·talked to you about earlier.· Do you see that
5 ·highlight?
6 · · · A.· Yes.
7 · · · Q.· Is this your impression of what
8 ·the injuries are?
9 · · · · · MR. COYNE:· Objection.· Form.
10 · · · · · THE WITNESS:· This -- that would have
11 ·been information that was related to me by the
12 ·detectives from their conversation with the
13 ·medical examiner's office.· I certainly would not
14 ·endeavor to make any kind of personal
15 ·determinations about forensic implications of
16 ·wounds like that.· It would have to come from the
17 ·medical examiner.
18 ·BY MS. SCHNIDT:
19 · · · Q.· And down on page 68 did you fill out the
20 ·results of the autopsy in this summary?
21 · · · A.· I did not fill that out.
22 · · · Q.· It's above the paragraph that has
23 ·Defendant Washington made post-Miranda statements
24 ·admitting to striking victim in the chest.· Did
25 ·you have --

Page 139

1 · · · A.· It's possible I filled that out, but I'm
2 ·not -- I don't recall offhand.
3 · · · Q.· Okay.· Have you ever -- well, would it be
4 ·normal practice to -- if somebody else is
5 ·contributing to this fact sheet, to input in the
6 ·middle of somebody else's summaries their own
7 ·summary?
8 · · · · · MR. COYNE:· Objection.· Form.
9 · · · · · THE WITNESS:· You know, I've seen some --
10 · · · · · MS. BUNTIC:· Objection.
11 · · · · · THE WITNESS:· I'm okay at writing, but
12 ·sometimes you have to rearrange what someone else
13 ·has written for it to make a little more sense.
14 ·So I don't know.· I don't know how to answer that
15 ·question.· There's no usual way of doing it.
16 ·BY MS. SCHNIDT:
17 · · · Q.· Okay.· So this summary of the autopsy,
18 ·are you saying it could be your summary, it could
19 ·be someone else's?
20 · · · A.· If I had the information specifics as to
21 ·the autopsy summary, it's something that I
22 ·probably would have included.
23 · · · Q.· Okay.· I will show you what I'll mark as
24 ·Exhibit 5.· And this is, you see at the top,
25 ·Report of Postmortem Examination from the --

Page 140

1 · · · A.· Yes.
2 · · · Q.· -- office the medical examiner.· This is
3 ·the autopsy report from Kim Edmondson, and it
4 ·shows that the examination date was May 31 at 7:45
5 ·A.M.?
6 · · · A.· Yes.
7 · · · Q.· Okay.· Does that indicate to you at all
8 ·whether you had information regarding the results
9 ·of the autopsy when you filled out the fact sheet?
10 · · · A.· What it indicates to me is that certainly
11 ·I believe that the detectives related to me the
12 ·results of the autopsy.
13 · · · Q.· All right.· Is there a time period
14 ·by which the police department can keep someone in
15 ·custody before they've been formally charged?
16 · · · A.· Forty-eight hours generally speaking.
17 · · · Q.· Is that established by statute?
18 · · · A.· No.
19 · · · Q.· What is that established by?
20 · · · A.· That is my knowledge.· My understanding
21 ·is that that's what the Chicago Police Department
22 ·has determined as their time frame based on, you
23 ·know, their own internal legal decisions.
24 · · · Q.· Now, earlier you were asked about this
25 ·statement you made, the beating death of Kim

Page 141

1 ·Edmondson.
2 · · · · · I just want to be clear.· The
3 ·detectives never told you that Kim Edmondson was
4 ·beaten to death; right?
5 · · · A.· No.
6 · · · Q.· Is that correct what I said?
7 · · · A.· What you said is correct.· They would
8 ·have related to me the information from the
9 ·medical examiner's office with the official manner
10 ·and cause of death and descriptions of the wounds
11 ·that were observed.
12 · · · Q.· And your take-away from that was Kim
13 ·Edmondson was beaten to death with a pole; right?
14 · · · A.· That's what my colloquialism for the
15 ·manner of death, yes.
16 · · · · · MS. SCHNIDT:· That's all the questions I
17 ·have.
18 · · · · · MR. COYNE:· Anybody else?
19 · · · · · R E C R O S S · E X A M I N A T I O N
20 · · · · · BY MR. BROWN
21
22 · · · Q.· Yeah, just one quick follow-up.
23 · · · · · I'm going to reopen PX 27, and can
24 ·you see that okay, sir?
25 · · · · · MR. COYNE:· I'm sorry.· What is this

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.　　　　Pages 142..145
PATRICK WALLER, 10/05/2021

Page 142

1· ·again?· Is this the fact sheet?
·2· · · · THE WITNESS:· Yes.
·3· BY MR. BROWN:
·4· · ·Q.· ·Yeah, PX 27.· And you'll see that this is
·5· the interview with Carlton White; correct?
·6· · ·A.· ·Yes.
·7· · ·Q.· ·And then I'm going to -- sorry.· I don't
·8· mean to scroll too fast.· But then you'll see here
·9· it says V.· Say they saw Tabatha hit V in the
10· chest, arm, and mouth but didn't see V get hit in
11· the head.· Do you see that?
12· · ·A.· ·Yes.
13· · ·Q.· ·Does that refresh your recollection that
14· Carlton White told you that he did not see Tabatha
15· White [verbatim] hit Kim Edmondson in the head?
16· · ·A.· ·Yes.
17· · · · · MR. BROWN:· Okay.· That's all.
18· · · · · MR. COYNE:· Okay.· You have the right --
19· · · · · MS. SCHNIDT:· I'm sorry.· One other
20· question.
21· · · ·F U R T H E R· E X A M I N A T I O N
22· · · · · · · · ·BY MS. SCHNIDT
23
24· · ·Q.· ·The summaries in this fact sheet that we
25· went through that you drafted yourself, were those

Page 143

1· ·all true and correct based upon your interviews?
·2· · ·A.· ·With the disclaimer that it's merely a --
·3· that I put up at the top merely a summary.· Please
·4· see the recording for a full accounting of the
·5· defendant's statements, yes.
·6· · ·Q.· ·Okay.· But there's nothing -- you did not
·7· incorrectly summarize what was said.· It's just a
·8· summary and there's more specifics that are
·9· contained within the recordings; right?
10· · ·A.· ·Yes.
11· · · · · MS. SCHNIDT:· All right.· Thank you.
12· · · · · · Sorry, John.
13· · · · · MR. COYNE:· That's all right.
14· · · · · · Pat, you have the right to review
15· your transcript.· You can't make any substantive
16· changes, but you have the right to review it which
17· you would be given prior to the transcript being
18· finalized.· That's a right that you can reserve or
19· you can waive.· It's your decision.
20· · · · · THE WITNESS:· I waive it.
21· · · · · MR. COYNE:· Okay.· Waive signature by the
22· witness.
23· · · · · THE REPORTER:· Are you going to order
24· today, Counsel?
25· · · · · MS. SCHNIDT:· I will order, please.

Page 144

·1· · · · · THE REPORTER:· And what format do you
·2· like?
·3· · · · · MS. SCHNIDT:· A PDF is fine.
·4· · · · · THE REPORTER:· Does anyone else need a
·5· copy?
·6· · · · · MR. BROWN:· No, ma'am.
·7· · · · · · · · · (Deposition Exhibit Nos. 1, 2,
·8· · · · · · · · · · 3, 4, and 5 for Identification
·9· · · · · · · · · · were so marked.)
10· · · · · · · · · (The deposition was adjourned at
11· · · · · · · · · · 2:34 o'clock P.M.)
12· · · · AND FURTHER DEPONENT SAITH NAUGHT.

Page 145

·1· ·UNITED STATES OF AMERICA· · · · )
· · ·NORTHERN DISTRICT OF ILLINOIS· ·)SS.
·2· ·EASTERN DIVISION· · · · · · · · ·)
· · ·STATE OF ILLINOIS· · · · · · · · )
·3· ·COUNTY OF WILL· · · · · · · · · ·)
·4· · · · I, DIANA DEBRA SABO, Certified Shorthand
·5· ·Reporter for the State of Illinois, do hereby
·6· ·certify that PATRICK WALLER, was first remotely
·7· ·duly sworn by me to testify the whole truth and
·8· ·that the above deposition was reported
·9· ·stenographically and was reduced to typewriting
10· ·under my direction.
11· · · · I further certify that the said
12· ·deposition was taken at the time specified and
13· ·that the taking of said deposition commenced on
14· ·the 5 of October, A.D. 2021, at 10:31 o'clock A.M.
15· · · · I further certify that I am not a
16· ·relative, employee, attorney, or counsel of any of
17· ·the parties, nor a relative or employee of such
18· ·attorney or counsel or financially interested
19· ·directly or indirectly in this action.
20
21
22
23
24
25

WASHINGTON vs CITY OF CHICAGO, et al.                          Pages 146
PATRICK WALLER, 10/05/2021

                                                      Page 146
·1· · · · · · In witness whereof, I have hereunto set
·2· ·my hand at Tinley Park, Illinois, this 13 day of
·3· ·October, A.D. 2021.
·4
·5
·6· · · · · · · · · · · · · · · · · · · · · · · · ·
·7· · · · · · · · · · ·

· · · · · · · · ·DIANA DEBRA SABO, CSR
·8
·9
10· ·License No. 084-002667
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Exhibits**

**Waller, Patrick 10-05-21 (Washington) Exhibit 1**
4:11 33:8 34:3 37:13
41:8 46:16

**Waller, Patrick 10-05-21 (Washington) Exhibit 2**
4:12 58:5,22 107:16

**Waller, Patrick 10-05-21 (Washington) Exhibit 5**
4:15 139:24

---

**0**

**0062**
113:11

**0067**
114:2

---

**1**

**1**
33:8 34:3 37:13 41:8
46:16 107:6 112:24
120:16 122:13 129:10
137:5,11 144:7

**10**
71:13 73:21 75:7

**100**
89:15

**10:00**
32:21

**10:31**
5:1

**10:38**
34:3

**10:42**
34:4

**10:52**
37:17

**10:53**
37:23

**10:55**
39:3,4

**10:56**
39:2,11

**10:58**
41:10

**10:59**
41:9

**11:05**
43:21

**11:08**
46:17

**12**
8:7

**12:30**
112:24 129:9

**14**
58:22 66:9 107:7 122:14

**143**
107:7

**14:50**
62:7

**15**
61:24 127:9

**16**
34:3

**1664**
106:18

**17**
58:5,17 127:14

**1764**
99:21

**18**
8:22

---

**2**

**2**
58:5,22 107:16 144:7

**20**
84:4 106:9

**20-page**
58:11,12

**2005**
6:13,16,18

**2018**
7:18 9:8 19:15 56:2
57:15 62:2 99:12 100:15
101:10 106:14 112:25
137:5

**2019**
56:3

**2020-14**
5:4

**2021**
57:19

**22:00**
63:1

**23:30**
61:3,4

**23:42:11**
68:9

**23:47:38**
68:8

**23:47:53**
  70:13

**23:51**
  77:2

**23:51:18**
  77:18

**23:51:27**
  78:15

**23:52:21**
  82:7

**23:52:28**
  83:21

**23:53:20**
  82:14

**23:53:21**
  70:12 83:22

**23:53:35**
  86:12,15

**23:53:44**
  87:7

**23:54:02**
  87:7

**23:59:19**
  82:20

**24**
  18:18 111:3

**26th**
  113:6 129:8

**27**
  113:10 118:21 119:2,3
  134:20 141:23 142:4

**28**
  127:4,12

**2:12**
  64:15

**2:34**
  144:11

**2:54**
  64:21

---

**3**

**3**
  20:11,12,13 64:10,16
  65:13 97:6 127:15 144:8

**30**
  58:23 60:6 90:18 99:20
  100:10,11 106:14

**31**
  19:15 57:15 62:2 100:15
  101:10 140:4

**32**
  61:2

**33**
  62:25

**34**
  64:1

**342**
  33:21

**357**
  34:2

**359**
  37:14

**36**
  58:6,17,18

**361**
  41:8

**362**
  46:16

**364**
  33:23

**37-page**
  68:16

**3:20**
  65:2

---

**4**

**4**
  67:5,17 144:8

**45**
  90:18

---

**5**

**5**
  127:15 139:24 144:8

**5-30-2018**
  114:3

---

**6**

**60-fucking**
  41:15

**62**
  135:7

**63**
  135:14

**66**
  136:10

**67**
  136:14,21 138:2

**68**
  136:10,14,21 138:19

---

**7**

**7**

18:19 138:2

**7:45**
140:4

**8**

**895**
91:21

**8:23**
66:9

**8:42**
32:21

**9**

**911**
109:10

**A**

**A**
37:11 67:14 104:4

**A.M.**
5:2 112:24 140:5

**ability**
119:19

**able**
23:5 57:17 85:2 97:7
111:14

**about**
8:22,23 9:10,23 23:3,21
24:16,24 25:6,11 28:4
35:14 36:6 37:4,9,17
41:1,14 42:5,21 45:19
46:9,18,20 47:2,4 48:4
49:10 52:19 55:20 60:20
61:2 63:13 66:9 68:24
70:2 73:18 76:21 77:3,7,

11,21,22 78:6 79:7,14,17
80:10,20,21 81:7 83:23
84:3,4 86:1 88:3 92:12
93:2 94:3,4 103:5 104:24
106:5,20 107:1,20 108:4,
18,21 119:21 120:3,18
121:5,14 122:18,25
123:17 124:6,10,14,21
127:25 129:18 132:4
135:18,21 136:13 138:4,
15 140:24

**above**
61:16 63:5 138:22

**access**
98:6

**accessed**
98:5

**according**
44:19 127:16,18

**account**
61:13 90:6

**accounting**
143:4

**accurate**
34:16 40:25 92:3 93:10
113:8

**accurately**
47:6

**acknowledged**
48:7

**acoustics**
69:10

**acronym**
129:5,7

**across**
42:17

**acted**
49:14 51:12

**acting**
50:21

**action**
17:22 18:6 49:16,24

**actions**
18:2

**actual**
20:25 21:1 86:2 89:20
95:1 98:5 129:17

**actually**
16:12 28:9 32:19 39:2
45:20 65:7 121:8 125:12
127:8 128:6

**addition**
132:10

**adjourned**
144:10

**admit**
49:3

**admitted**
115:7

**admitting**
138:24

**Adrian**
22:6

**advised**
96:16

**after**
5:18 7:3,12 13:11 21:13
26:8,16 28:21 30:10,21,
23 32:11 47:10 51:20
52:15,17,22 53:23 57:16
67:21 72:1,25 74:5,8
76:10 87:22 91:11 113:5

126:22 132:8 137:2,24

**again**
16:4 25:2 32:13 37:14
39:6 40:20 44:12,23
47:10 48:8 50:14 60:12
71:19 72:14 74:21 78:24
83:23 85:1 86:14,20
100:13 107:18 111:8
115:18 116:7 120:1,16,
20 121:9,10 123:23
142:1

**against**
8:24 13:14 14:1,10,15,19
15:8,11 16:18 45:15

**agencies**
18:20,24 19:1

**agency**
9:19,22

**aggressively**
51:12

**aggressor**
94:19

**agitated**
37:18

**ago**
84:5 97:5

**agree**
5:6,12 32:1 45:2 78:21
81:1 87:1 94:20 107:19
119:20 120:21

**agreed**
5:11,14

**ahead**
10:17 11:9 12:7,22 14:23
15:18 24:10 25:19 27:20
32:7 36:1 38:13 50:16
55:17 59:5 60:1 61:19

62:3,6 63:12 64:18,23
65:10 70:13 82:6 83:20
85:18 87:6 93:3,25 95:14
96:23 102:14 118:2
121:9,19 126:4 137:21

**all**
5:6,8,9 9:1 11:20 22:3
31:19 39:18 40:12 42:17
45:24 48:2 50:20 52:22
57:16 58:4 59:5 60:1
61:18 63:7 64:9,14,23
66:8 68:1,7 69:3 70:6
75:20 78:10 79:2,17
86:11 87:5 90:16 97:25
107:15 109:11 127:21
132:11 133:15 134:5,15
136:20 137:12,15 140:7,
13 141:16 142:17 143:1,
11,13

**allegations**
51:7,9

**allowed**
11:10

**allude**
82:4

**allusions**
81:6

**almost**
11:20 78:5

**along**
91:9 130:13

**Alonzo**
22:5,10 25:1,16 26:9
59:10 61:9 102:18

**Alonzo's**
54:12 58:6 95:5 106:23
117:21 118:11

**already**
27:11 67:22 97:16 111:3
112:8

**also**
10:18 19:3 98:22 121:1
123:23

**altercation**
23:8,22 24:3 37:1,5
40:24 41:2,5 43:15,19
44:18,19 45:25 46:9 48:9
49:4,22 67:1 80:13,17,22
81:11,13,21 85:6,10,14,
22 91:12,23 105:13,24
117:2 126:22

**always**
72:17 77:3,4

**am**
40:10 69:2 99:2 113:22
127:3 130:15

**amount**
30:22

**an**
10:4 12:5,15 13:12,22,24
14:20 15:6,7 20:24 21:1
22:13,14,21 23:8,21
29:8,18,25 33:3 34:13
36:25 41:5 49:16,22,24
51:9 53:7 54:11 64:11,14
69:18 81:11 85:5,10,16
87:24 89:24 92:3,25
98:14 100:8 106:16
109:19 111:15 118:22
119:1 121:16 123:18
124:22,25 129:5,6

**analysis**
100:19

**and**
5:9,20 7:6,7,13,23 9:24

C00  AdvancedONE

LEGAL

(866) 715-7770

advancedONE.com

10:3,5,6,18 11:5,9,10
12:13,24 13:14,16 14:2,
13 15:3,10,14,20,22
16:6,19,24 17:7,13 19:5,
19 20:2,3,4 21:5,18 22:5,
24 23:1,3,4,8,18,20,25
24:1,5,12 25:1,5,16 26:9,
23,24 27:8,13,16,17
28:15 29:14,25 30:14,17,
25 31:12,22,23 32:3,12,
21,25 33:11 34:4,23
35:15,19 37:4,25 38:1,7,
10,23 39:7,8,10,12,13,
15,17 40:1,16 41:15,21,
23 42:1,6,7,12,14,19,20,
24 43:8,18,25 44:2
46:22,23 48:9,14 50:4,25
52:3,7,10,15,18 53:16,
24,25 54:15,25 55:1,2,4,
10,17 56:6,7,8,15,17
58:23 59:3,5,6,13 60:1,2,
17,18,19 61:8,9,10,13,
20,21 62:3,5,6 63:4,9,12
64:1,18,24 65:10,18,20,
24 66:9,15,19,20,25
67:18,22,23 68:9,23
69:10,15 70:1,4,13,14,
20,23 71:6,15,18,22
72:1,16 73:1,2,9,14,15
74:15 75:3,4,5,10,13,16,
18,20,25 76:2,10,12,15,
20,21,24,25 77:3 78:11,
14,15,17,24 79:7,17,18,
21 80:2,6,9 81:7,8,13,14,
23 82:1,6,10,14 83:11,
20,24 84:18,21,25 85:1,
9,20,25 86:1,4,13,16,22
87:1,3,6,9,19,23 89:15,
18 90:10 91:7,10,12,21,
22 92:1,5,14 93:8,10
95:5,12,14 96:3,4,15
97:7,20,21 98:17 99:7,

10,20 101:5 102:13,19
103:1,20 104:12,13,16
105:6,11,13,21,25 106:6,
9,12,13,17,19,23,24
108:17 109:2,6,15 110:6
111:5 112:12,19 113:6,7,
21 114:5,7,20,21 115:7,
8,11 116:12,18 117:3,22,
23 118:7,21 120:9,12,23
121:1,7,17 122:4,14,18,
23 123:1 124:9 125:7,8,
23,24 126:8,16,19,20,23
127:7,20 129:8,12
130:10,11 131:19
132:15,16 133:2,8,23,25
134:23 135:7 136:12
137:10 138:19 139:24
140:3,17 141:10,12,23
142:4,7,10 143:1,8
144:1,8,12

**angle**
123:24

**another**
23:6 35:20 81:7 112:14

**answer**
10:25 11:9 19:24 35:16
40:20 44:15 49:17,19
50:3,6 62:22 83:22 89:19
90:11 95:10,12,15,17
99:16 103:21 111:8
112:5 116:18,21,23,24
121:9 132:18 133:2,9
136:15 139:14

**answered**
43:9 80:6 116:13 120:24
121:8

**answering**
69:18 93:6

**answers**

15:13 113:19

**Anthony**
27:8 29:19,21,23 30:17
31:22 32:12,17,20 50:25
59:5,11,13,14,19 87:23
88:4,20 103:1 104:12
122:5,16 124:13,17
136:8

**any**
6:20 9:6,12,14,24 12:4,
13,18 13:2,13 16:2,7
17:4 20:18,21 22:12
24:20 25:9,12,20 26:3,13
29:4,14,21 30:3 32:24
35:14,22 48:19 49:4
51:9,12,15 53:11,25
54:9,17 80:2 81:4 82:8
88:1 92:13,23 95:10,11,
12 98:8,13,19 100:16
101:12 105:24 110:5
111:17 113:1 115:25
116:8 117:23 122:4,10
123:2,24 124:6,14
127:24 129:16 130:1
131:17 132:5,6,9 133:1,3
134:2 137:24 138:14
143:15

**anybody**
24:13,18 30:7 51:1 57:4
90:8 134:7 141:18

**anyone**
88:19,23 89:10 90:19
144:4

**anything**
24:24 25:6,15,24 26:11
36:22 41:19 45:18 49:3
51:2 52:23 53:19 55:9
60:23 63:15 65:5 80:3,5
81:3,24 88:7,20 100:1
106:20 107:1 120:3

121:4,14 122:18 123:12
124:6,9,13 131:18
132:24 134:1

**anyway**
14:24 15:18

**apart**
82:2 84:17

**apartment**
40:16 46:7,9 53:10 56:8
60:10 137:7

**apartments**
24:2

**apologize**
68:12 107:13

**appeals**
7:1

**appear**
121:21

**appearing**
65:7

**appears**
63:21

**appointed**
11:2

**appreciate**
68:20 87:3

**approached**
42:12 126:21

**approval**
9:10 13:25 15:7 16:24
18:3 100:20 111:23
112:14 130:19 131:11
133:6

**approve**
11:13 14:10,12 15:11
130:19 133:6

**approved**
11:23 57:3 109:2,6,8
134:24 135:1,12

**approves**
11:19

**approving**
8:24

**approximately**
61:3 62:7 63:1 112:24

**are**
6:2 10:12 11:16 15:15
18:24 22:8 28:3,4 34:22
51:10 68:15 69:5,9,17
70:24 74:16 77:7 79:7
84:3 88:15 90:10 96:22
97:25 98:25 102:22
104:5 108:16,17 109:1,7,
17 111:13 112:4 128:6
130:16 132:3,8,17 134:9
136:22 138:8 139:18
143:8,23

**area**
20:3,7,8,9,11,12,13
21:17 26:6,23,24 52:11,
15 65:25 66:4,21

**arguing**
75:5,11,12 76:16,25 77:3

**Argumentative**
116:16

**arm**
142:10

**arm's**
42:4

**around**
129:9

**arrangements**
52:3,17,23 53:24

**arrest**
23:11,14 24:14,18
108:25 111:1,9,13,15,18

**arrested**
8:25

**arrived**
25:17 45:24 46:7

**as**
5:7,18,20 7:7,14 11:2,15
12:9,15,25 13:3,7,11,12
14:22 15:3,6 18:5 19:3,5
20:12 23:13 24:6 33:8
34:16 37:21 38:10,23
40:25 47:11 50:15,19,21
53:2,19,20 54:8 55:15
58:5 59:16 60:8,19 61:16
62:15 63:5 64:9 67:5,17
69:2,6 85:9,25 86:6
87:24 90:21 93:10 96:13
99:4 100:8,10,13 101:2
103:19 104:13 106:2
112:19 113:10 115:17
116:7,20 117:11 119:1
121:17 127:4,12 134:15
136:23 137:5,9,10
139:20,23 140:22

**ASA**
10:3 11:2,3 34:4 131:25
132:2,5,6,9,12 133:4,13

**ASAS**
10:2 34:20 55:23 133:25

**ascertain**
23:6

**aside**
45:9

**ask**
27:7 28:9 30:16 35:19
41:18 43:21 46:17 51:4

C00 AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

64:24 66:17 70:23 71:20
73:2 74:13 76:14 77:6
79:7 82:15 87:7 90:11
97:24 100:7 108:7 117:1
133:1

**asked**
43:8 46:18 47:3 50:25
51:7 69:17 70:15,18 71:3
72:4 75:1 76:8 78:15
80:2 82:7,13 87:12 99:10
111:23 116:12 120:23
121:7 133:5 140:24

**asking**
9:16 16:20 69:14 75:8
84:6 89:5,6,7 90:3 94:2,4
96:22 97:25 110:20,21
115:24 122:9,10 123:16
129:18 132:4 133:11,15

**aspect**
11:7

**assess**
89:1

**assessed**
90:5

**assessment**
87:24 89:24 90:7,12

**assessments**
89:7

**assigned**
7:20 10:1

**assignment**
7:21 10:4 19:21

**assist**
125:10,22,25 126:2,12

**assume**
120:12

**assumed**
122:23

**assumes**
40:6

**assuming**
10:12 31:25 32:8 89:18
92:3 123:1

**at**
5:1 6:17 11:11 15:23
17:25 20:9,12 21:12
22:15,17 25:13,22,25
26:6,13,16,23 32:15,21
33:8 34:3,4,22 37:14,17,
23 39:2,4,6,11 40:1,12
41:2,8,9,10 42:13 43:21,
24 44:10 45:11 46:8,16
48:19 50:23 51:10 52:5,
11,25 53:15 55:13 57:23
58:22 61:3,4,8,21,24
62:2,6,7,15,25 63:1
64:15,21 65:2 69:3 71:3,
24 72:20 73:3 74:4,6,9
76:19 77:2,18 78:12
79:19 80:12,16,19 81:4,9
82:14 85:3,5 87:19 88:16
90:16 91:21 92:21 94:9
95:3,7 96:13 105:10
106:6,13 110:11,25
113:10 117:6,7,9 126:20
127:8,14,15 135:7
139:11,24 140:4,7 143:3
144:10

**attempt**
54:9

**attest**
54:22

**attorney**
9:10 12:14 17:10,16,20
18:3,7 35:4 50:9 88:14

108:5 131:10

**attorney's**
6:15,18,24 11:3,22,24
12:2,3,9,17 13:25 16:13,
17 17:1,6 18:18,23 33:4
35:4 56:2 95:25 97:9,17
100:19 101:3 113:3

**attorney-client**
95:16

**attorneys**
5:10 95:21 130:17

**attributable**
60:9

**autopsy**
138:20 139:17,21 140:3,
9,12

**available**
25:21 26:11,17 94:24
98:1,4 99:18 100:23
108:16,24 109:14 111:16
130:17 131:9,21,25
132:12 133:4,11

**aware**
98:25 99:2,25 137:4,6,8,
10,13,15,22

**away**
23:7,23 84:20 105:16,19

**Ayala-gonzalez**
56:25 57:7,18 133:4

---

**B**

**back**
7:10,24 8:1 20:13 23:23
44:1 57:24 70:20 71:15,
18 72:14,17 76:10 77:15
82:22 83:3,11 84:22
87:17,20 91:8 92:8,19

WASHINGTON vs CITY OF CHICAGO, et al.                                                    154
PATRICK WALLER, 10/05/2021                                            Index: backed..bell

100:15 101:10 104:5
113:6 114:15 116:11
118:9,20 120:16 122:13
123:3,13 124:7,10,14,19
129:8 130:5

**backed**
39:17 46:23

**background**
125:10,20

**bad**
37:8

**Balodimas**
60:12 102:18

**based**
10:2 12:24 21:7 57:20
69:18 84:13 95:15
113:18,25 114:11,21
123:22 140:22 143:1

**basically**
11:12 42:3

**Bates**
33:18 58:5,15 106:17
113:11 127:11

**be**
5:7 9:25 10:1,4,11,13
11:7,13,21,22 16:16,24
23:10,14 24:3 26:6 39:15
45:21 53:7,12 54:25
56:6,20 62:17 63:21
68:21 69:1,14,16,17
83:17 84:23 85:1 88:4,9
90:3 93:14 95:6 96:13,
16,17 97:7 98:5,23 100:5
108:23,24,25 109:9,10
111:16 113:8,23 114:22,
23 116:24 127:6 129:10
131:21 132:8,12 133:3
136:17,23 139:3,18,19

141:2 143:17

**Beard**
27:8 29:19,21,23 30:17
31:22 32:12,18,20 50:25
55:1 59:6,11,13,14,19
87:23 88:4,20 103:1
104:12 122:5,16 124:13,
17 136:8

**beat**
104:25 106:21 127:20

**beaten**
101:18 103:14,24 107:2,
20 122:6,19 141:4,13

**beating**
103:5 104:13 127:21
140:25

**because**
16:8 20:25 49:22 72:6,10
79:22 86:8 87:17 123:2
134:25

**become**
19:12,17

**been**
5:18 8:25 14:14 16:5
20:1 22:7,14 23:6,21
42:12 48:19 49:3 51:1
52:6,15 53:16,18 54:6
57:17 65:17 80:21 86:19
97:16 100:8,18,24,25
101:20,23 102:5 103:24
106:9 107:6 109:6,8,18
110:12 111:3 118:25
130:4 131:25 134:4
138:11 140:15

**before**
5:5 10:24 21:6,12 23:2
24:13,17 27:9,16 29:8
30:24 31:22 32:2 35:9

42:9 67:8 81:15,16,17,21
86:5,10 87:7 99:23,24
100:6 102:25 103:8
106:5 107:25 110:17,24
127:1,2 133:4 134:20
140:15

**begin**
5:5 6:14 10:5,24 114:3

**beginning**
37:17 50:23 135:7
136:10

**begins**
34:4 74:10 127:16

**behalf**
5:13 10:25

**behind**
22:22 39:20

**being**
12:19 13:5 24:22 31:6,14
40:14 62:15 85:2,8 86:25
104:25 106:21 107:1,20
110:1 143:17

**belief**
52:12 137:23

**believe**
18:1 19:15 20:9 25:10
26:21,22 31:16 32:14,16
37:22 49:14 55:10 56:4
88:4,9,20,24 89:11
101:20 111:12 135:10,16
136:3,22 140:11

**believed**
43:6 89:1,25

**believing**
89:15

**bell**
39:5

WASHINGTON vs CITY OF CHICAGO, et al.                                    155
PATRICK WALLER, 10/05/2021                              Index: bells..but

**bells**
92:23

**Belmont**
21:18

**bench**
64:15

**best**
16:1 21:10 29:3 31:10
48:12,15 69:10,11 75:5,
11 99:7

**between**
42:1 72:23,25 81:14,23
86:19 89:14 95:11 117:3

**beyond**
13:20 44:15 62:22
131:18

**big**
44:2 76:15,21,24

**bit**
22:1 70:14 73:19 79:3
89:13 124:21

**Black**
37:18,21 42:10 46:21,23
70:20,24 71:4 73:9,14,16
76:11 78:16 80:2

**blacks**
127:20

**bleeding**
65:24 66:5,13,18

**blocks**
23:7,23 105:16,19,20

**blood**
123:2

**blows**
41:24 86:2 115:22

**bobbing**
42:19

**body-worn**
109:11

**boom**
46:23

**both**
13:7 15:13 83:15 85:21,
24

**bottom**
61:8,21 62:25 113:10
127:8,14,15 135:7
136:25

**Box**
96:6,20 98:15

**break**
37:9 67:8 69:15 70:2,14
90:20 104:2

**breaking**
69:3,4

**briefly**
6:23

**bringing**
70:19

**brought**
76:10

**BROWN**
5:11 17:12 36:3,9,12
38:9,23 40:5 43:1,8 44:8,
11 46:1,11 66:1 67:7
68:15,18 69:2 70:10
77:13,24 78:19 80:23
82:23 83:4,12 84:8
90:18,24 91:2,4 93:11,18
94:1 95:19 96:2,19,25
97:4,14,23 98:9 100:9,12
101:1,9,14 102:1,17,23

104:1,5,8,22 105:5,9,22
106:7 107:12,17 108:14
109:13 110:14,19 111:11
112:4,7 116:17 117:14
118:6 119:2,5,7 120:2
121:2,13 122:1,8 123:9,
16,19 124:1 126:13
128:8,14 129:2,18,23
130:21,23 131:2,7 132:6,
7,17,20 133:10,14 134:5
137:18 141:20 142:3,17
144:6

**BS**
58:5,17,23 60:6 61:2
62:25 64:1

**Bucaro**
34:24 36:6

**bunch**
79:5 96:7

**Buntic**
5:12 9:11 10:14,18,22
11:4 13:16 14:2,5 16:19
18:13 19:22 24:19 26:18
28:2 35:12 36:2,7 50:1
51:22 54:19 56:13 58:15,
19 62:19 88:10,15 89:3,
22 90:1,13 95:22 97:11,
20 101:19 103:18 108:9,
19 110:9,18 112:1,6
116:14 129:15 130:20,
21,25 131:3 132:1,15,19
133:7,13,19 139:10

**bust**
39:9

**but**
9:13 14:23 15:18 16:2
18:1,5 19:24 20:11 22:8,
13 31:2 34:14 41:18
42:14 43:5 44:25 46:24

47:7 51:20 57:18 60:11,
16 66:4 67:21 69:23
71:10 72:23 73:9,20
76:15 78:9 83:17 84:19
85:4 88:15 89:16 91:11
93:12 94:2,13 95:4 96:9
98:5 99:11,16 100:3,9,
13,17 101:2 102:11,21
103:9 108:4,6 109:19
111:9 114:25 115:24
116:7,21 119:16,20
120:14 121:19 130:15
133:3 136:13 139:1,11
142:8,10 143:6,16

**buzzed**
39:7

**by**
5:22 9:20 10:1,8,16 11:6,
18 12:12,23 13:21 14:8
15:1 16:9 17:3,14 18:14
19:7 20:15 22:23 23:22
24:15,23 25:23 27:2,22
28:8 32:10 34:1 35:17
36:5,18 37:12 38:12 39:1
40:9,22 43:4,12 44:9,16,
24,25 45:7,14 46:5,15
48:1,19,21 49:1,4 50:8,
22 52:9 54:24 55:16
56:22 57:21 58:3,21
59:24 62:24 65:17 66:6
67:15 68:25 70:11 77:17
78:2,23 81:2 83:1,9,19
84:12 85:8,21 86:3
88:14,18 89:9,23 90:2
91:4 93:11,18 94:1
95:19,24 96:2,19 97:4,
14,23 98:9 99:20 100:12
101:1,9,14 102:1,6,17,23
103:4,12 104:8,22 105:9,
22 106:7 107:12,17
108:14 109:2,13 110:7,

14,16,19 111:4,11 112:7
114:12 116:17 117:14
118:6 119:7 120:2 121:2,
13 122:1,8 123:9 124:1
126:13,15,21 127:20
128:8,14 129:2,23 131:7,
24 132:7,11,20,22
133:14 134:3,13 137:20
138:11,18 139:16
140:14,17,19 141:20
142:3,22 143:21

---

## C

**C.I.**
14:23

**Cage**
54:3 82:1 117:7 118:7,
10,22 119:21 120:3
136:5

**Cage's**
118:14,16 119:9 120:17

**California**
113:7 129:9

**call**
15:22 21:1,2,4,5,11,13
57:1 115:4

**called**
5:18 10:5 20:4,11 91:20
113:23 128:22 129:1

**calling**
54:5

**calls**
19:23 26:19 35:14 51:23
80:23 97:21 103:19
108:20

**came**
23:13 39:6 44:3 74:15

75:23 76:9 95:24 96:1
120:11,13

**camera**
109:11

**can**
5:5,24 6:23 9:8 11:10
16:15 18:10,15 19:24
21:4 22:4 33:20 36:22
47:25 48:6 51:8 54:21
55:25 56:7 58:6,15,22
60:1 64:1,19,21 68:5
69:7 76:20 77:15 78:11
79:12,19 86:14 87:3
91:16 93:4 95:12 98:4
100:3,10 106:9 113:18
116:18 120:12 121:9
125:6,10,22 127:4
128:19,21 130:23,25
136:11,23 140:14 141:23
143:18,19

**can't**
23:24 41:24 49:19 50:3
75:13 83:15 95:15,17
100:14 102:9 143:15

**cannot**
50:6

**capacity**
88:2

**car**
83:23

**carbon**
130:7

**care**
90:20

**career**
8:18 9:5

**Carlton**

13:10 14:15,19,22 15:3,
8,17 27:13 30:14 31:1,
12,23 32:3,23 33:5,12
34:12 37:16,17,20,24
38:1,6,19 39:3,24 40:2,
14,23 41:2,4,9 42:5,23
43:6,14,21,24 44:5,20,24
45:3,10,19,23 46:6,13
47:2,10 52:7 63:2,8,16,
18 71:3,5 74:6 75:2 76:9
79:17 81:9,14,19,23,25
84:2,9 85:6,9,20 89:25
95:1 98:14,17,22 99:1
109:16 110:6 115:14
116:1,8 117:7 135:14
142:5,14

**Carol**
135:18

**case**
9:23 10:2,6 11:15,23
12:3,19 15:20 16:7 19:19
21:10,16 32:15 35:22
50:21 52:15 53:2 54:12
58:7 95:21 96:4 98:1,6
99:17 101:25 106:13
108:12,18,20,24 109:12
110:4 111:24 112:9,22
113:2,3,17,23 115:6
116:9 117:20,21 118:11
119:17,19 125:15 127:7
128:25 129:12,21
130:10,13 131:5,8,15,24
132:10,12 137:9,14

**case's**
50:4

**case-related**
9:14

**cases**
19:4 35:15 108:21

**categories**
109:11

**category**
94:14

**caught**
72:2

**cause**
100:19 114:20 125:11,
18,23 126:8 141:10

**caveat**
60:12 93:6

**CC**
39:20 41:25 42:1,6 54:5
76:14,20,25 77:3

**certain**
15:22 19:4 101:22

**certainly**
50:18 100:24 103:9
137:1 138:13 140:10

**chair**
7:7,8 75:21,24 76:1

**Champaign**
6:11

**chance**
72:5

**change**
9:2

**changes**
143:16

**characterize**
117:11

**charge**
9:24,25 16:17 17:9,11,
17,21 18:3,8

**charged**

16:12 140:15

**charges**
8:24 11:14,19,21,23
12:1,4,9 13:6,14 14:1,10,
12,14,19 15:8,11 16:23
18:25 19:13 57:4 112:17
134:24 135:1,12

**charging**
17:6 100:6

**check**
33:11

**checking**
87:5

**cheek**
65:25 66:21

**chest**
48:14 59:16 114:7 115:8
138:24 142:10

**Chicago**
5:8 6:10 106:18 140:21

**circled**
7:24

**circular**
137:16

**circumstances**
69:12

**city**
47:6 106:18

**clarify**
15:2 96:18

**clarity**
99:11

**classification**
12:19

**classified**

12:25 13:3,7,11 14:22
15:2 112:9,19

**classifies**
12:15

**classify**
11:15

**clear**
11:1,8 90:3 96:3 105:23
106:24 107:5 120:17
121:3 122:13 123:11
126:16 133:10 141:2

**clicked**
96:8

**clips**
87:2

**close**
41:12,13

**Closed**
106:24 107:5 120:17
122:14 126:16

**coerced**
49:3,8,10

**coercion**
49:15 50:11

**collapsed**
26:24

**collected**
99:20,25

**College**
6:7

**colloquial**
103:25

**colloquialism**
141:14

**come**

23:10 39:19 42:1 52:3,
10,18 53:25 70:19,20
74:14,19,23 113:6
120:24 126:9,10 138:16

**comes**
41:25 71:4

**comfortable**
93:9

**coming**
24:1 37:18 42:13 56:15
72:12

**command**
57:19

**commenced**
5:1

**committing**
93:9

**communicate**
88:19,23 89:10 90:7

**communicating**
53:23

**communication**
89:16

**communications**
95:11,13

**complain**
48:18 49:2

**complained**
49:7

**complete**
10:10 52:3,10,18 56:17

**completed**
52:13 108:25 109:2

**complex**
7:13

**con**
114:22

**conclusion**
11:11 93:16 94:21

**conclusions**
117:12

**conclusory**
49:11

**conducted**
47:16 110:7

**conducting**
109:19

**confessions**
50:12

**confident**
86:24

**confidently**
85:2

**confirm**
65:3,5

**conjunction**
92:15

**connected**
74:20,23

**consent**
53:9 137:6

**consistent**
28:1 29:1 34:11 47:13
53:12 59:1,12 60:6,22
62:11 63:19,22 64:6
105:7 114:7,16,23 115:1
127:24 128:5 137:17

**consult**
18:25

**consultation**

16:23 126:10

**contact**
9:20 10:4

**contacted**
16:4 19:18

**contain**
98:19

**contained**
29:15,22 30:4 34:10,14
54:18 60:5 143:9

**contemporaneous**
109:24

**context**
126:7

**continue**
78:14 86:11

**continued**
53:1,20 56:10

**continues**
136:24

**continuing**
11:15 12:16,25 13:3,7,12
14:23 15:3,24 37:23
52:16 53:2 93:23 112:9,
19

**contradict**
30:7

**contributing**
139:5

**conversation**
20:4,17 21:25 24:1,25
25:6,17 40:8 121:21
138:12

**conversations**
24:13,16

**conveyed**
57:24 126:20

**Cook**
6:14,17,24 9:19 18:21
33:4

**copies**
132:22

**cops**
110:7

**copy**
107:5 130:8 144:5

**correct**
15:4 32:1 55:3 70:21
74:11,18,21 79:18 80:4,
14 82:15 89:22 90:13
94:19 99:8 100:15 101:4
104:14,17 105:14,15,25
106:2,10,14 107:9,21
108:8 110:8 111:14
112:10,15,20 114:16
115:1,12 117:16,24
119:23 120:7,14,15,19,
22,25 121:1,6 122:3,16,
17,21 123:4 128:6,11
129:10 135:2,13 141:6,7
142:5 143:1

**correctly**
125:19

**could**
10:11,13 11:13,14,15
16:25 24:1 33:17 37:8
52:4 53:8,12 66:18 67:7
70:9 80:21 83:17 96:17
98:18 100:6 108:22,23
109:9,10 111:8 114:22,
23 119:14,17 126:9,10
133:2 139:18

**couldn't**

44:1 78:1 92:20 95:2

**counsel**
11:2 96:11 118:25
134:17 138:3 143:24

**County**
6:15,17,24 9:19 18:21
33:4

**couple**
23:7 43:17 71:24 82:2
92:6,18

**court**
5:9

**Coyne**
5:13 10:24 12:5,21 14:20
15:16 18:12,16 20:6,10,
14 24:9 25:18 27:18 32:5
33:17,20,22,24 35:10,24
36:8,15,17 37:6,8 40:3,
18 44:7,21 45:13 47:20,
23 49:25 50:13,15 54:20
55:12 56:12 57:13 58:2
67:13 68:21 69:4,13,16,
24 70:9 85:16 90:21
92:25 93:15,21 95:9
96:11,21 97:1,10,12,18
98:2 100:7,11,21 101:5,
11 104:7,18 105:1 106:1
107:10,15 111:25
116:12,15 117:5 118:24
119:3,6 121:7,16 122:7
123:5 126:3 128:2,12
130:22 131:1 134:7
138:9 139:8 141:18,25
142:18 143:13,21

**CPD**
99:20 131:24 132:12,22,
24 134:3

**created**
129:25

creates
  128:21

credibility
  88:3 90:5

credible
  87:25 88:5,9

CRIMES
  129:1,3 130:3 132:9
  133:17,22

criminal
  7:1 55:20 111:21

currently
  7:14 99:4

cursor
  91:22 92:5 122:15

custody
  13:5 24:7 25:7 27:12
  110:24 117:19 140:15

Cynthia
  54:3 79:16 82:1 117:7
  118:7,10,14,16,22 119:9,
  21 120:3,17 136:5

_____

**D**
_____

Dante
  17:7 41:6 42:24 43:7
  55:20 60:20 73:2 74:10
  79:16 81:25 82:14,21
  83:2,3,10,11,16 84:2,15,
  22 85:5,10,14 86:12 92:8
  105:13,25 117:3,8,15,24
  120:9 121:14 126:23
  134:23

date
  106:12,13 114:3 140:4

day

16:3,8 18:19

days
  16:6 18:19 56:14,15,18
  86:23 97:5 125:13 130:5

dead
  99:24

death
  19:10,14 101:18 103:5,
  15,23,24 104:13 114:20
  125:11,18,23 126:8
  140:25 141:4,10,13,15

decision
  14:9,11,16,17,18 15:10,
  12,15,17 16:13,17 17:2,
  6,10 56:21 100:6 143:19

decision-making
  17:17,21 18:7

decisions
  88:14 140:23

deem
  60:25

defendant
  107:13 138:23

defendant's
  143:5

defendants
  95:21

defending
  93:13

definitely
  21:4 48:7 66:5 136:17

definitively
  92:12

degree
  6:5

delay
  104:10

deliberative
  9:12 10:18 13:17 14:5
  16:20 19:23 26:19 35:13
  36:11 51:23 88:11 89:4
  97:20 103:20 108:4
  112:2 130:15 131:4
  132:16 133:7,11 136:17

denied
  115:11

department
  140:14,21

depend
  17:24

depending
  10:6 109:12

depends
  17:23 49:9

deponent
  5:9,13 10:25 144:12

deposition
  5:1,6 54:13 55:24 58:10
  94:23 96:14,18 117:22,
  23 119:4 144:7,10

deputy
  15:21 57:1

describe
  114:17 116:19 122:3
  136:11

described
  43:17 44:13,24 45:1,4
  59:15 96:10 115:17

describes
  72:19

describing

71:17 85:25 103:10
123:22

**description**
45:9 84:7 85:21 94:12
115:18

**descriptions**
86:10 94:15 141:10

**deserved**
78:16

**designate**
53:2

**designated**
52:16

**designating**
53:20

**detail**
59:24 61:9 107:22
115:23

**detailed**
61:13

**details**
24:21 40:8 62:17 70:1
116:5

**detained**
111:3

**detective**
10:5 20:5,17 21:5,6,20,
22 22:5,6 25:1 27:1
28:18,24 30:15 32:22
34:4 48:20,21 49:4,8,14,
23 51:12,15 54:12 58:6
59:10 60:11,13,15 61:9
95:5 102:9

**detective's**
20:2 49:15

**detectives**

16:4 22:4,10 23:17 24:4,
12,25 25:16 26:9 27:11
46:19 51:25 53:1,24
56:6,16 59:2,12,18,20,25
60:7,21 66:25 81:20
102:6,7,10,16,21 109:3,
6,14 110:10 114:12,14
125:8 134:3 138:12
140:11 141:3

**detectives'**
62:10

**determination**
130:18 131:10 133:5

**determinations**
138:15

**determine**
125:18

**determined**
140:22

**determining**
125:11,23

**diameter**
137:16

**did**
6:12,14 7:16 8:2 9:2 12:3
19:12,20 20:7 21:19,22
22:10,13,20 23:12,16
24:16 25:5 27:15 28:9,
12,21,22 29:4,11,14,18,
21,25 30:3,7,20,24
31:12,16 32:11,13 34:17
35:1 37:20 39:23 40:23
41:4,22 43:7,14,22 45:23
46:6 47:17,18 48:2,4,18
49:2 51:11,15 52:10,23
53:4,6,25 54:3,9,11
55:19,22,23 56:1 57:7
59:18,20 65:2,5,16,20,23

66:11,17,24 70:16 71:14
72:4,8 74:1,13,14,22
75:3 76:22 77:7 78:3
79:9 80:2,5,17 81:3,23
82:8 84:1,14,21 86:15
87:8,12,24 88:4,8,19,20,
23,24 89:1,6,7,10,11,24
90:4,7,9 93:19 94:8,9,22,
25 96:20 98:10 101:17
102:4 105:24 107:2
109:14 111:17,19 112:22
113:1 114:10 115:14,23
116:22 117:18 118:7,12,
25 119:9,11 124:5,9,13,
16,17,22,25 125:19
129:24 132:22 133:1,16
135:9,15,17,20,23 136:1,
4,7,20 137:4,6,8 138:19,
21,24 142:14 143:6

**didn't**
51:2 56:17 72:5 93:17
98:19,21,22,23 107:1
113:16 118:18 123:12
130:1 134:21,23 135:11
142:10

**died**
23:3 26:24

**different**
43:17 44:14,25 45:1,5
49:19 97:24 104:21
105:12 115:25 119:4
133:13 136:19

**differently**
10:7

**difficult**
73:19

**dipping**
42:19

**direct**
16:2

**directly**
18:20 19:4 54:23 102:4

**disagree**
54:17 74:2

**disbelieve**
88:7

**disbelieving**
89:15

**disclaimer**
143:2

**disclosing**
95:13

**discovered**
22:22

**discussed**
15:20 25:15 52:6 56:9

**discusses**
138:2

**discussing**
24:3 45:25 79:22

**discussion**
25:11

**discussions**
16:7

**dispatcher**
9:21 10:1 19:18

**distinction**
15:15

**dive**
90:19

**division**
7:2,3,6,7,10,12,18,23
8:1,5,8,12 11:1 21:21

**do**
12:13,18 13:9,12,22,24
15:6 16:23 17:4 19:8,20
20:16,19,21,24 21:1,24
22:16 23:12 25:9,24 27:3
28:15 32:24 33:8 34:3,17
35:1 36:19 37:16 38:2,19
43:5,13 45:9 52:23 53:17
54:17 56:23 60:19 61:2,
6,16 62:2,25 63:5 64:11,
14 65:5 67:8 73:2 78:3,
10 81:8 82:13 87:24
89:16,24 91:8,12,15,23
92:16 93:12 95:10,14
99:11,17 100:17 102:7
104:23 110:15,23 111:20
113:11 114:2,8 115:25
116:8,21 118:3 119:12
120:10 122:4,22 125:3,7,
12,14,24 126:2 127:22
129:24 130:12 131:9,13
133:3 134:8,23 135:3
137:1 138:4 142:11
144:1

**document**
33:14 34:22 35:19 99:21
107:7 108:6 113:11,14,
17 114:25 115:4 127:11

**document's**
121:18

**documents**
95:24 96:13,16 97:8,15,
25 108:16 113:1 130:16
131:14 134:2

**dodged**
86:6

**does**
17:9,16,20 38:5 39:23
40:11,13 42:6,22 44:4
47:1 50:9 65:13 73:2

90:19 92:9,23 99:5
106:19 111:2 119:8
121:11,14 140:7 142:13
144:4

**doesn't**
38:17 41:18 120:1,6,20
121:10,21 122:2,3,18

**doing**
32:25 73:6,9 79:8 133:25
139:15

**don't**
9:6 16:1 18:3,4 21:14
22:6,12 24:20 25:3,12
26:1,13 27:7 28:20
32:14,16 34:13 35:11
36:4 40:7,20 41:7,25
43:10 44:14 46:3,12
47:7,15 48:10 49:11,18
50:14,17 51:14 55:21
56:4 57:4,19 59:23
60:10,12 61:4 62:22 66:3
68:4,23 69:10 73:8 74:2,
19,23 75:18 76:12 78:18,
25 80:6,8 81:16 82:10
83:14 89:13 90:9 93:21
94:12 95:10,15,23 96:1,
21 97:12 98:6,7 99:8
100:1,16 101:2,12,15
102:21 103:2,8 105:20
107:3 108:1,2 110:4,22
111:7,19,22 114:17
115:19,21 116:24
117:17,23 118:4,5,13
120:14 123:23 129:6,7
130:12 131:12,17,20
132:23 136:15 139:2,14
142:7

**done**
21:14 35:23 56:11 59:7
60:3 100:6 113:4,7 132:9

133:16,25

**door**
24:12,17 37:18,25 38:1
39:6 42:13 46:19 47:4

**doubt**
34:15

**down**
33:20 39:18 64:15 66:21
75:16 82:11 92:17 114:6
136:25 138:19

**downstairs**
65:18

**drafted**
56:6 142:25

**dripping**
123:3,12

**driven**
21:17

**drop**
96:6,20 98:15

**drug**
16:23

**dudes**
65:18

**due**
110:2

**duly**
5:19

**dumpster**
22:22

**during**
7:9,22 8:7 9:4 43:19
44:17,18 48:8 52:6 57:9,
12 62:12 96:17 117:22
131:20 137:13

**duty**
10:2

**Dylan**
36:10

E

**each**
8:6 26:25 28:13,19,23
49:18 50:4 82:18 87:22
92:7

**earlier**
8:18 14:13 23:19 41:10
76:25 81:10 82:3 83:21
91:21 99:11 106:24
107:4,10,13 112:8 124:3,
22 138:4 140:24

**early**
52:13,14 113:8

**easily**
133:2

**east**
105:21

**edited**
136:23

**Edmondson**
37:1,4,21,25 38:7,20
40:1,24 42:24,25 43:7,19
44:6 45:12,16,25 46:10
48:9 53:13 59:22 65:17,
24 66:12,19 67:1 71:11
72:20 74:9,10 81:5,7,14,
23 84:10,15,22 85:11,15
94:9,18 99:22 101:17
103:5,14 104:14,25
106:4,21 107:1,21 115:8,
15 116:2 117:4 118:8
119:22 120:4,19 121:5,

12,15,22 122:5,19,23
126:21 127:19,22 128:10
135:21 140:3 141:1,3,13
142:15

**Edmondson's**
19:10,14 38:2 59:16
124:7,11,15,19

**education**
6:4

**either**
23:19 26:12 53:9 100:4
102:18 107:2 128:22

**electronically**
98:5

**Elizabeth**
34:23

**else**
22:6 24:24 25:15 45:18
52:23 53:19 57:5 68:24
80:3 81:3,10 90:22 134:7
135:3 139:4,12 141:18
144:4

**else's**
139:6,19

**Emily**
20:6 33:17 36:13 37:6
47:25 67:8 68:15 84:8
123:16

**employed**
11:7

**employment**
6:20

**end**
15:23 50:24 62:6 78:12
91:12,23 112:23 137:5,
10

**endeavor**
138:14

**ended**
32:21 131:16

**ensure**
50:10

**entered**
63:1

**enters**
34:4

**entire**
66:12 95:4 134:21

**entirety**
50:5 67:19,21

**equipment**
109:23

**equivocation**
85:24 86:1 115:21

**ERI**
63:9,13 68:8,14 70:13
77:19 82:7 86:22 109:23
110:3

**ERIS**
86:23

**Ertler's**
7:16

**essentially**
61:15 63:4 71:10 130:7

**establish**
35:18

**established**
140:17,19

**ethical**
50:19,20

**even**
41:24 71:6 99:1

**events**
70:16

**eventually**
133:23

**ever**
21:9 32:13 48:18 49:2
51:11,15 54:3 55:20,22
56:1 72:4 84:1,14,15,21
98:10,13 99:8 115:11,14
116:1 117:18 118:7
124:18,22,25 139:3

**every**
18:19 108:12

**everybody**
20:12 79:13

**everyone**
42:3 68:24 90:22

**everything**
52:5,6 54:16 57:9,11,17
130:2 131:19

**everywhere**
42:20

**evidence**
25:21 38:24 40:4 66:2
77:14 109:12 123:15
137:19

**exact**
23:24 81:17 114:18

**exactly**
58:12 73:8 94:13 95:25

**examination**
139:25 140:4

**examined**
5:19

**examiner**
101:22 102:5 114:19
124:22 125:1,4,14,17,22
126:7,25 127:7 138:17
140:2

**examiner's**
102:2,24 103:23 114:12
124:23 126:11 138:13
141:9

**example**
16:22

**Executive**
5:3

**exhibit**
33:8 34:3 37:13 41:8
46:16 58:5,22 64:10,16
65:13 67:5,17 100:8
107:16 119:1 138:2
139:24 144:7

**exist**
99:6

**exists**
99:1,5

**expect**
49:6

**explain**
16:15 18:10,15

**explained**
23:8

**explanation**
16:10

**extent**
9:12 11:5 13:17 14:3
16:20 19:23 26:19 35:14
36:25 37:4 47:5 51:22
55:4 97:21 108:20
129:16 131:4

**eye**
116:9,20 117:2,11

---

**F**

---

**face**
41:15 65:24 66:4,12,20

**face-to-face**
72:23

**facing**
72:17

**fact**
21:7 50:5 57:14 101:22 113:24 115:5,6 118:17, 21 119:9,10,12,15 128:21 129:21 131:21 132:11 133:17,22 134:16,21 135:4 139:5 140:9 142:1,24

**facts**
57:20 61:16 63:5

**faded**
57:20

**fair**
94:16 103:12 115:4,5

**false**
50:12 60:20

**family**
135:17

**Fantastic**
91:2

**far**
38:10 40:25 106:2

**fashion**
103:25 114:18

**fast**

142:8

**feeding**
39:13,15 74:17

**fell**
73:16,22 83:22 122:23 123:1

**felonies**
18:5

**felony**
7:3,5,6,9,10,12,20,22,23, 24 8:1,3,4,8,11,12,17,24 9:3,10,20 11:14,19,21, 23,25 12:4 13:6,13,25 14:10,14 15:11,21 16:4, 12,17,23,24 17:1,9,13,18 18:6,10,15,25 19:13,18 100:20 111:23 112:14 130:8,10,19 131:11 133:6,21

**female**
127:20

**few**
64:19,25 68:10 120:7,10 128:17

**field**
6:21

**fight**
41:14,17 46:21 47:3 60:17 71:4,7 79:23 92:7

**fighting**
41:24 42:16,20 43:25 46:21 73:10,15 74:10 82:15,17

**figured**
119:6

**file**
70:13 98:6,7 130:12

133:16,17,24 134:4

**files**
97:8,9,17

**fill**
134:21 135:9,11,15,17, 20,23 136:1,4,7,20 138:19,21

**filled**
134:25 135:3 139:1 140:9

**final**
56:21

**finalized**
143:18

**find**
44:1

**findings**
102:3,25

**fine**
9:13 37:10 87:3 90:23 144:3

**first**
5:18 7:7 8:10,20 9:1,3 19:12 22:3 25:16 27:25 28:15 30:16 40:23 41:10, 14 42:24 43:6,25 89:7 99:14 103:9 104:24 122:5

**Five**
67:13

**five-minutes'**
37:9

**focusing**
9:8

**folder**
130:8,11

**folders**
130:9 133:21,22

**follow**
50:20

**follow-up**
141:22

**following**
16:3

**follows**
5:20

**for**
5:25 6:14 8:7,15,24 9:9,
16 10:25 11:8 12:10 13:6
14:1 15:13,16 16:10,20,
22 19:13,23 23:10 25:4,
21 26:3,19 35:14 42:13
45:21 47:9,14 49:17
50:11,23,24 51:23 52:3
53:10,24 55:24 56:7,19
58:9 62:21 64:3,18,24
66:8,9 68:10,19,23 70:3
80:23 84:8 86:20 87:1,4
88:8 89:6,24 90:20 92:12
94:2 95:21 96:11,24
97:21 98:16,17 99:11
100:8,19,20 103:2,19
104:10 106:17 107:13
108:20 110:1 111:1,3
112:9 115:5,23 128:23
131:9 132:12 134:22
135:6,12,14,24 136:2,8
139:13 141:14 143:4
144:8

**force**
38:2,7

**forced**
49:23 51:2

**forensic**

**7:14** 138:15

**form**
10:15 13:16 14:2 16:19
17:12 18:12,13 24:9,19
25:18 27:18 28:2 32:5
35:10,24 36:12,16 38:9
43:1 44:21 45:13 46:2
49:25 50:13 54:19 56:12,
13 57:13 58:2 62:19 90:1
95:22 97:18 98:2 100:22
101:6,11,19 102:13
103:16 104:18,19 105:2
108:9 110:9 111:5,25
117:25 119:24 121:17
123:6 128:2,24 132:13
138:9 139:8

**formally**
140:15

**format**
144:1

**forth**
71:15,18

**Forty-eight**
140:16

**Forty-one**
6:3

**forward**
128:20

**forwarded**
96:14

**fought**
42:24,25 43:7

**found**
99:24 101:22

**foundation**
12:6,21 27:19 32:6 38:10
40:18 43:2 44:7 46:1

50:15 55:12 85:17 93:1,
24 97:19 100:21 101:5
102:13,19 103:17 105:17
106:1 110:18 111:6
116:15 117:5 121:17
122:7 126:3 128:3,12
132:14 133:8,19 137:19

**four**
43:24 44:6,10 78:1 117:9
137:12,15

**frame**
140:22

**friend**
75:5,11

**from**
6:6 7:2 22:7 23:18 24:2
26:22 27:17 34:20 39:10,
17,25 40:2,17 41:2 44:12
47:5 48:16 59:2,11 61:22
62:16 63:21 65:24 66:9,
13 68:2,7 71:5 74:14,15
75:3,9 76:9 78:15 82:2,7
83:20 84:17,20 85:7,23
86:12,15 87:6 95:20
96:1,12 97:8 98:1,18
102:10 106:3,20,24
114:12,23 119:3 120:11,
13 123:3,12,24 125:21
126:9,10 128:10 129:21
130:3,10 132:24 136:5
138:12,16 139:25 140:3
141:8,12

**front**
64:11 65:7

**froze**
47:24 124:16

**fuck**
39:21 41:11 42:8,12,15

**C00**    AdvancedONE    **(866) 715-7770**

LEGAL                    **advancedONE.com**

**fucking**
42:6

**full**
53:17 56:21 101:24
143:4

**function**
125:3

**further**
16:7 24:12 37:23 60:18
144:12

**G**

**gang**
7:13

**gap**
72:23

**garble-garble**
69:23

**Garcia**
22:6,10 25:1,16 26:9
102:18

**gate**
39:19

**gather**
97:8 125:9

**Gathers**
125:20

**gave**
13:25 19:19 52:20 61:10,
15 63:4 78:22 104:17
106:25 117:15 135:8

**general**
9:21 25:4 60:8,16 94:11,
14 106:10 109:5 110:11

**generally**

9:13,18 22:16,19 23:15,
16,17 24:5,11 25:20
36:22 40:25 43:16 51:6
69:11 88:3 108:15,23
109:4 125:5 130:16
140:16

**generate**
113:18

**generated**
111:13 113:21

**generates**
113:25

**get**
41:23 42:1,7,15 48:2
53:9 56:7 67:8 70:2
71:20 72:5 108:17
114:10 130:14,19 133:6
137:4,6 142:10

**gets**
41:15 71:4

**getting**
41:11 60:18 112:14
122:19 127:19

**girls**
65:18

**give**
9:9,22 16:15 29:14,21
30:3 33:17 45:21 55:18
58:15 111:23 117:18
131:11

**given**
12:19 59:15 85:21 93:1
96:12 101:21 107:24
110:11 143:17

**giving**
9:10 65:6 67:22 88:12,13

**glaringly**

55:14

**glitch**
47:21,24

**go**
6:23 10:17 11:9 12:7,22
14:23 15:18 24:10 25:19
27:20 32:7 36:1 38:13,20
39:3,18,19 40:10 50:16
51:18 55:17 56:6 59:5
60:1 61:18,19,21 62:3,5
63:12 64:18,23 65:10
68:4 70:13 71:11,14,15
75:24 82:6 83:20 85:18
87:6 90:21 92:5 93:3,25
95:14 96:23 97:7 102:14
118:2,20 121:9,19 125:7,
12 126:4 129:8 130:9
137:21

**goes**
9:10 10:7 38:1,11 39:14
130:12

**going**
9:11,15 10:14 19:22,24
26:18 27:16 35:12,13,15,
21 37:13 38:9 39:9,21
53:2 61:18 63:7 64:9,18,
23,24 65:10 66:7,15
67:4,6,16 68:1,7,9,13
69:14,16,17 71:15,19
72:10 73:13 75:7 78:14
79:2,11 82:6 83:21 86:11
87:6 88:10 89:3,19 90:1,
11 91:15 92:11,17,19
93:6,22 99:19 102:12
103:18 106:8 108:19
110:2 111:9 112:1 113:9
114:2 118:20 127:3
128:19 129:16 130:20
131:3 132:1,15 133:8
134:9 136:13 141:23

142:7 143:23

**gone**
  21:9 113:6

**good**
  90:21

**goofy-ass**
  42:16

**got**
  20:14 36:14 39:13 40:24
  41:5,12,13 42:16 46:24
  68:3 78:16 84:19 85:5,10
  90:18 119:12,14

**GPR**
  101:15 106:16 107:24
  108:6,12 109:9 126:16

**GPRS**
  101:10

**grab**
  75:2

**grabbed**
  39:8,16,25

**grass**
  39:19

**Great**
  33:24

**Green**
  22:23

**ground**
  46:24 74:16

**group**
  38:6 81:4,12

**guess**
  18:4 34:15 39:7 42:9,11
  45:8 93:5 108:1 113:8
  126:12 130:15

**guys**
  46:18 47:3 77:7

---

**H**

---

**had**
  6:20 14:14 20:4 21:4,11
  22:14 23:10,20 24:12
  25:7,10 27:11 29:1,8
  33:3 37:3 42:9,14 43:16
  44:2 48:19 49:3,8,14
  51:9,12,16 52:2,6,15
  53:15,18 55:8 56:16
  57:16,17 62:9 65:12,17
  67:1 68:3 81:3,10,14
  85:24 92:21 94:24 106:5
  109:18 110:12 111:3,12,
  20 123:2 126:17 128:10
  131:18 132:24 137:15
  139:20 140:8

**hadn't**
  29:5

**half**
  32:25

**halfway**
  114:6

**hand**
  41:19 66:20

**handful**
  23:1

**handling**
  11:7

**hands**
  80:5 82:8 127:21

**happen**
  56:20 75:3

**happened**
  57:16,18 68:4 77:12,22

**guys** 78:7 79:14,18 80:10,20,
  22 81:4,10 106:5 128:10

**hard**
  45:21 46:22 49:17 62:21
  68:24 69:11 86:20 87:1

**has**
  8:25 9:1 35:23 51:1
  100:7 106:8 107:5
  118:25 137:1 138:22
  139:13 140:22

**have**
  5:6 6:5,17,20 8:2 12:13,
  18 13:12,22,24 15:6
  16:1,5 17:4,25 18:25
  19:1,8 20:1,3,16,24,25
  21:1,3,10,11,17,24 22:7
  23:6,12 24:20 25:3,10,12
  26:13 28:3 29:8,18,25
  32:24 33:3,7 34:13,14
  35:8,22 36:19 38:19
  39:22 40:6,7 41:18 43:5,
  10,13 45:9 47:7,15,20,23
  49:15,24 50:9 51:1,3,7,
  24 52:12,17 53:25 54:6,
  11,15 55:9 57:11,15,17,
  19,22 59:15,16 63:7
  67:4,17 69:10 74:16
  76:14 80:2,5,21 83:25
  84:23 86:19,24 90:16
  92:22 93:22,25 94:25
  95:11 97:16 98:6,7,8,13
  99:4,24 100:1,4,16,18,
  24,25 101:7,12,20,23,24
  102:5 103:22,23 108:11
  109:4,5,8 110:5,10,25
  111:17 113:2,4,6 115:25
  116:4,8,23 119:19 122:4,
  10 123:23 124:22,25
  126:25 128:17 130:1,4,9,
  10 131:6,25 133:1,3,21,

**C00**
AdvancedONE
**LEGAL**

(866) 715-7770
advancedONE.com

24 134:1,4,5,8,25 138:10,16,25 139:3,12, 22 141:8,17 142:18 143:14,16

**having**
5:18 21:2,14 23:21 55:8 57:20 62:9 65:12 68:24 69:2 70:24 80:13 84:24 87:4 93:7 100:2 128:6

**he**
14:21 15:16,18 23:2,20, 22 31:14 36:22,24 37:2,3 39:6,16,19,20 40:17,23 41:5,12,13,15,16,18,20, 21,22,23 42:24 43:6 44:5 45:10,23 46:20,23,24 59:7,21 65:6,17,20,23,25 66:4,5,18,19,20,24 72:1, 4,5,11,14,16,17 73:5,8,9, 14,15,22 75:3,8,16 76:8 78:16 80:5 82:10,11,21 83:2,10,16,22 86:13,16 87:17,19 88:7 89:5,7 90:4 91:8 92:7,8,18,19, 20,21 94:16 99:23 105:3, 4,10,21 106:5 115:17,22 116:5,25 117:18,19 121:23 122:6 123:1 124:18 126:20,21 127:19 128:9 132:4 142:14

**he's**
41:10,11 42:5 65:3 70:23 83:7,14

**head**
41:13 59:22 82:9 114:7, 15 115:12,15 116:3,11 118:9 119:23 120:5,10, 19 121:6,15 122:2,24 123:1,4,13 124:7,10,11, 15,19 137:17 142:11,15

**head-on**
123:25

**headphones**
84:25 86:24

**hear**
24:1 51:8 64:19,21 68:5 69:7,11 70:16 71:14 72:8 73:19 74:1,22 75:13 76:22 77:8 78:4,11 79:9, 12 84:21 86:16 124:16 125:19 130:25

**heard**
60:15 71:15 84:18 86:5, 9,18

**hearing**
60:16 78:12

**hearings**
7:5

**held**
31:7,15

**hell**
39:8

**helps**
125:18

**her**
14:10 31:8 39:13,14,21 40:2,17 42:6 47:19 48:5 49:8 51:13,16 54:9 57:8, 24,25 61:11 62:13 64:7 67:22 69:7 70:1,23 71:3, 20 72:4 74:13 75:8 76:8, 16 77:6 78:15 79:7,12 80:17 82:7,8,9 84:7 87:12 88:9 91:13 92:10 93:12 94:9 110:17,24,25 111:4 123:23 131:10

**here**

34:11 41:25 42:1,8 58:7 61:5,25 81:6 87:1 92:18 97:24 99:4 100:13 101:2 103:4 113:6 116:7,22 118:21 123:11 133:1 134:1 142:8

**herein**
5:18

**herself**
93:13

**Hey**
37:6

**highest**
6:4 9:25

**highlight**
61:5 138:5

**highlighted**
136:12 138:1

**Hill**
27:7 29:12,14,16 30:17 31:22 32:12 50:25 54:25 64:2,3 87:23 88:8,21 103:1 104:12 122:22 124:9 136:2

**Hill's**
64:5

**him**
15:11 31:16,17 36:24 39:7,16,17 41:14,25 42:2,12 43:25 48:13 59:21 65:17 66:5 71:14, 24 72:2,6 73:1 82:14,21 83:3,8,11,16 84:20 86:12,16 87:8 89:19 90:11 93:20 96:17,22 98:24 106:3,4,5 107:20 112:4 115:11 116:10,20 120:6,9,21 122:6 123:17,

24 126:17 132:4,17

**himself**
59:3

**his**
14:21 37:4 38:2,8 41:19,
21,22 54:18 58:7 59:7,22
63:19 65:24,25 66:4,12,
20,21 76:11 80:5 83:12
88:13,16 89:6,20 90:5,12
93:2 96:17 105:6,7 114:6
115:17 122:24 123:1,4,
13,17 124:10 135:15

**history**
6:24 55:20 111:21

**hit**
41:13,14 46:24 48:13
72:4,6 82:14 86:12,16
87:8 92:20 93:20 115:15
116:2,10 119:22 120:6,
21 121:12 122:24 123:1
142:9,10,15

**hitting**
115:11 121:5

**hold**
17:16,20 32:18 67:20
68:3,12 104:3

**holding**
59:22

**holds**
18:7

**hollow**
39:15

**homicide**
7:13

**honest**
84:23

**honestly**
78:24

**hood**
46:23

**hour**
32:25

**hours**
18:18 52:14 61:3,4 62:7
63:1 86:22 87:4 111:4
140:16

**house**
37:25 38:7,8,21 39:5,11
40:1 42:11 44:1 74:14,
16,20,23 75:5,11,17
76:10,19 79:13,17

**how**
6:2 8:2,18 9:9 18:10
19:16 22:21 23:9,13 24:6
36:6 41:1 43:22 44:15
62:22 66:18 82:13,15
87:7,12 95:25 105:18,20
110:15,23 115:2 117:1
119:12,14 125:24 126:2
129:12 136:15 139:14

**Howard**
13:14 17:7 41:6 42:25
43:7 60:21 74:10 81:25
84:2,16,22 85:5,10,14
105:14,25 117:3,8,15,24
121:15,22 126:23 134:23

**Howard's**
55:20

**Hudson**
135:18

**hurt**
76:6 93:20

**hypothetical**

49:18,20 50:2,3,7

---

**I**

**I'D**
116:23

**I'LL**
27:9,23 31:20 39:21
47:14 61:21 66:9 67:19
69:15 70:2,14 71:13
74:22 75:21 81:19 84:23
86:21 100:10 123:21
133:1 139:23

**I'M**
9:11,15,16 10:14 11:3
13:16 19:22 20:6 26:18
31:2 33:7 34:2 35:12,18
36:15 37:6,13 38:9 39:2
50:20 55:19,25 58:4
61:14,18 63:7 64:9,18,
21,23,24 65:2,10 66:7,8,
15 67:4,6,16 68:1,7,9,24
69:13 70:2 71:12,14,19
72:10 73:12,16,18,23
74:6 75:7 77:18 78:9,12,
14 79:2,11 80:9 81:11
82:6,24 83:17,21 84:6
86:11 87:5,6,11 88:1,2,
10 89:3,5,6,12,18 90:1,3,
21,23 91:15 92:11,17
93:5,9,22 94:2,4 97:25
99:19,25 101:22 102:12
103:4,18 104:9 105:5,18
106:8 107:6 108:3,19
110:20 111:9 112:1
113:9 114:2 115:24
118:24 122:9 123:6,16,
18,22 124:17 126:1
127:3 129:15,18 130:14,
20 131:3 132:1,15 133:8,

C00    AdvancedONE        (866) 715-7770
LEGAL              advancedONE.com

15 134:1,16 136:13
139:1,11 141:23,25
142:7,19

**I'VE**
13:19 21:9 58:4 86:9,21
90:18 108:12 127:2,12
136:12 138:1 139:9

**I.V.**
39:13

**idea**
83:25 84:24 110:5 122:4
133:3 134:2

**Identification**
144:8

**identified**
105:4

**if**
10:20 11:9,10 18:6 19:24
26:3 31:19 33:18 37:8
40:10 41:8 43:21 46:16
49:12,21 51:6,11 53:8,11
54:7 56:7 57:4 58:22
60:13 69:13,16 78:11
81:16 82:10 83:14 86:23
89:5,7,12 90:3,9,11 92:5,
21 93:4 94:12 95:10,12,
15 97:1 100:14,17,23
103:8 108:5 109:4 110:4,
21 111:8,19,20 113:19
114:17 115:22 120:16
121:19 122:9,10 125:14
131:5,17 132:23,24
133:25 134:2 136:24
139:4,20

**illegible**
69:6

**Illinois**
6:7,8,9

**IMG**
99:21

**immediately**
30:21 57:16

**implement**
43:18 44:23 45:4,9,15
48:8 56:9 115:19

**implements**
53:11

**implicating**
49:22

**implications**
138:15

**important**
53:8

**impression**
89:6,20 138:7

**impressions**
88:13,16 89:4 103:20
131:19

**improper**
123:19

**in**
5:7,8 6:8,9,11,20 7:1,3,6,
9,13,18,19 8:3,18 9:4
10:5,10 11:20,23 12:3,19
13:5 14:9,16,18 15:10,
19,23 16:7,14,16 17:6
18:17 19:1,9,12 23:21
25:5,7,16 26:2,24 27:12,
16 30:12,22 31:6,14,15
32:22 35:5,23 36:20
37:1,5 38:2 39:5,7,19
41:13,15,19 42:1,11,17,
18,20 43:14 44:1 46:17,
24 48:13 49:10,14,22,23
51:8 52:13,14 54:1,16

55:5,6,11,23 56:2 57:19
58:9 60:8,9,10,23 61:9,
10 62:14 63:15,23 64:11
65:7 66:4 69:22 71:4,7
72:23 73:12,15 74:10,19
75:24 77:10,21 79:13,17
80:5 81:5 82:8 83:13
84:5 85:3,19,24 86:5,6,
12,16,19 87:2 88:2 89:16
90:19 91:9 92:14 93:3,24
94:11,14 95:21 96:7
97:16,17 98:15 99:12
101:22 103:6,7,25
106:25 107:22 108:12
109:18,19,20,25 110:23
111:23 112:2,22 114:17
115:8,11,15,19,22 116:2,
5,9,10,25 117:8,12,19,
20,24 118:8,17 119:9,10,
12,15,17,22 120:4,10,19
121:3,5,15 122:2 124:5
125:10,15,23 126:7,19
127:21 128:6 129:9
130:5,11 131:14,15,24
132:9,10,12 133:17,22
136:21 137:24 138:20,24
139:5 140:14 142:9,10,
15,24

**inaccurate**
55:11,15

**incident**
42:10 46:25 48:4 81:22
84:7,14 114:3 117:9
128:7

**included**
55:5 107:22 139:22

**including**
9:23 19:2 24:25 26:9

**incomplete**
50:1,6

**inconsistent**
  60:23,25 62:15 63:15,23

**incorporate**
  119:9

**incorporated**
  118:16

**incorporation**
  118:22

**incorrectly**
  143:7

**independent**
  34:13 94:4 115:25

**independently**
  38:22 97:7

**indicate**
  66:11 140:7

**indicated**
  53:7 65:25 66:4,20 95:6,
  8

**indicates**
  140:10

**indicating**
  36:24 45:3 75:20,25

**indications**
  50:11

**individual**
  53:14 64:15 65:3

**individually**
  26:25

**individuals**
  13:5 23:9,21 24:3 26:6
  27:17 30:11 32:2 104:16

**information**
  9:23 13:18 14:6 15:22
  16:21 20:21 26:20 28:25

29:4,15,22 30:3 51:23
54:17 55:6 57:6,7,22,24
59:2,7,10,12 60:5,7
62:12 67:23 97:22
101:21,23 106:3 108:20
113:18,20 114:10 115:2
119:17 125:10,20,21
126:12 129:21 130:7
131:4,5 134:22 135:18,
20 136:5,8,20 138:11
139:20 140:8 141:8

**initial**
  30:23

**initially**
  39:24 55:6

**injuries**
  53:13 114:6,19,21,23
  138:3,8

**injury**
  114:15

**input**
  113:18 114:1 119:17
  129:12 130:2 139:5

**inputted**
  113:2,20,25 114:1
  137:23

**inputting**
  129:20 132:9

**inside**
  21:20 24:2 37:24 38:7,21
  39:25 40:15 46:8 70:20
  74:14,16 75:4,11,17
  76:9,10,19

**instance**
  50:23 108:12 112:3

**instances**
  11:20 16:14,16 126:7

**instant**
  112:3

**instruct**
  35:15 89:19 90:11 133:8

**instructing**
  112:4 132:17

**instrument**
  115:16

**intending**
  68:15

**interest**
  23:7

**interests**
  11:4

**internal**
  140:23

**interpose**
  92:25 93:23

**interpretation**
  74:3 81:1 84:4

**interpretations**
  87:2

**interrogatories**
  5:20

**interrupt**
  80:9 93:25 118:24

**interrupting**
  93:22

**interruption**
  48:24

**interview**
  19:4 28:10,13,22 29:16,
  23 30:4,20,24 31:6,12,
  14,16,23 32:13,17,18,20
  33:5 34:11 35:6 36:20

WASHINGTON vs CITY OF CHICAGO, et al.                                    173
PATRICK WALLER, 10/05/2021                          Index: interviewed..it

37:15,16 38:11 45:19
48:16 54:7 58:24 61:10
62:11,13,16 63:2,16,19,
20 64:3,6,7,10,11 65:14
67:6,18,20,21 94:5
98:11,14,20,23 99:1
103:9 106:16 107:8,25
109:19 117:23 118:16,22
119:10 120:17 121:4,11
122:16 124:2,5 126:17
142:5

**interviewed**
26:7,25 27:12,25 28:16,
19 30:10,17 31:8 32:2,23
47:12,19 48:5 53:16 55:2
59:21 67:22 102:25
103:3,13 104:20 110:16,
17,24 111:4

**interviewees**
52:20

**interviewing**
27:16,23 28:21 29:6
31:17 32:11 49:13 50:10
80:16 104:11 108:7

**interviews**
23:4 27:10 28:4 30:23
31:21 35:9 47:16 50:24
52:7 54:25 85:20 95:1
105:7 109:15 110:5
126:19 143:1

**intimidated**
48:19,21

**into**
19:9,13,25 24:6 35:21
38:8 40:24 41:5 67:8
85:5,10 113:2,19,20
129:21 130:2,14 133:24

**inventoried**
137:12

**investigating**
24:4 99:13,15

**investigation**
11:16 12:15,16 13:1,3,11
14:23 15:4,24 19:2,9
22:14,17 26:12 30:12
52:16,24 53:3,21 54:1,8
55:7 56:11,17 57:3,10,12
109:5 112:10,20 125:8,
22 126:9 131:20

**investigation's**
127:7

**investigations**
13:8 18:23

**investigative**
23:5 53:8

**investigator**
125:4,15,18 126:11

**investigator's**
125:1 127:1

**involved**
13:4,20 14:9,16,18
15:10,19 16:7 19:12,17
36:25 54:22 57:5 117:20
119:15 125:9 137:3,24

**involvement**
19:9 54:1 110:8 112:22
137:5,11

**is**
6:4,8,9 8:14,20 9:13
10:2,3,9 11:1,4,7 12:8,24
15:17 16:3,11,12,22
18:15,23 19:15 20:24
21:7,15 22:2 23:9 24:5,
24 25:9,15 26:8 28:1,12
31:4,25 32:9 33:14,18
34:2,7,10,14,15,23 35:3
37:2,15,24 38:23 39:3

40:10 41:16 42:3 44:17
45:18 47:5,12 48:7 49:6,
10,19 50:17 51:4 52:12
54:22 55:9,10 56:9 57:23
58:5,6,8,11,12,23 59:1,8,
10 60:5,22,23 62:11
63:8,15,17,18 64:5 65:6
67:5,10,17,19,20,21
68:17 69:3,19,22 70:5,7,
12,15,20 71:20 75:17
76:19 85:7,13 86:4,7,25
90:22,24 91:21 96:9,24
99:8,21 101:15 103:6,12
105:3,12,19 106:10,14,
16,17 107:5,7,9,22
108:3,5,6,7 109:22
111:14 113:14,21 114:25
115:4,5,24 118:21,22
120:16,22,25 121:1
122:13,15 123:11 125:4
126:12 128:1,5,23 129:1,
5,10,12 130:12,16 131:4
133:11,16,20 136:10,12,
13,23 137:16,23 138:7
139:4,24 140:2,10,13,17,
19,20,21 141:6,7,25
142:1,4 144:3

**issue**
60:20 109:23

**issues**
69:2

**it**
6:9 7:25 8:10 9:3,25
10:3,4,5,6,7,11,13,20
11:20,21 12:25 13:3,17
14:5 15:24 16:16 17:23,
24 19:15,23,25 20:8,9,13
21:14 22:3,23 23:9,24
25:2,9 26:14,19 28:12
31:3,4 32:18 33:6,8,15,

20 34:14,19,23 36:14
37:2 38:14,17 39:10,12,
14,17 40:1,2,11,20 41:3,
16 43:17 44:2,13,17,23,
25 45:4,21 46:17 47:6,14
49:9 51:4,22 52:13 53:1,
7,20 55:19 56:9,17,20,23
58:11,12 60:13,14,15
61:3,7,9,20,23 62:6,7
63:21 66:9 68:3,5,17
69:1,3,15,22 70:2,7,12,
14 71:6,7,17 72:22,25
73:13,19,21,23 74:14,15,
22 75:3,14,23 76:10
77:15 78:1,3,5,10,11
79:4,11,21,22,25 81:8,
16,17 83:2,17,21 84:18
85:4,13,25 86:14,16,22
87:11 91:23 92:6,14
94:18 95:14 97:2,21,24
98:19,20,21,23 99:8,9
100:5,10,17,23 102:5,11,
15 103:4,12,13,19,25
104:13 105:19 107:2,12
108:5 109:24,25 111:2
112:19 114:3,5,17,21,22,
25 115:4,5 118:13
119:14 120:1,6,9,20
121:10,14,21 122:2,3
123:3,7,22 126:10
127:12,18 128:1,5
129:16 130:12,13 133:2
134:22 136:13,19,22,25
138:16 139:3,13,15,18
140:3,10 142:9 143:16,
20

**it's**
6:11 9:12 11:5 16:20
18:6,17 32:21 33:21 37:8
41:9,23,24 49:17 56:19
61:24 62:20 68:2 69:4,5
71:4 76:2,3,5,18 77:3
83:6 86:20,25 88:12,13
91:20 94:16 99:20
105:16 107:5 113:10
123:19 125:12 127:9
129:6 135:7 138:22
139:1,21 143:2,7,19

**item**
114:24

**items**
26:2 96:9 98:4 99:18

**its**
130:13

**itself**
62:21 98:6

**itty-bitty**
76:3

---

## J

**J.D.**
6:12

**jacket**
41:21

**jive**
92:9

**John**
36:16 143:12

**Join**
126:5 128:4

**judge**
90:4

**judged**
89:8

**judgments**
88:2

**jumped**
42:20 65:17 72:2,14,16
87:17,19 91:8 92:18,19,
20 94:13

**jumps**
62:15

**juncture**
25:14

**June**
112:24 129:10 137:5,11

**just**
5:6 6:23 8:23 9:16 10:25
11:8 12:5 14:20 21:4,8
25:2,3 33:17 35:18 38:17
42:14 43:16 44:3 57:20
59:8 60:1 62:17 63:12
64:23 66:7,11 68:3,4,9,
14,23 69:1,5,11,13,25
70:4,7 71:7,9 72:19 73:5
77:25 79:2,4 80:9,20
81:8 82:2,18 84:8 86:21
87:5,7 88:13 89:5,7 90:3,
19 91:6,8,15 92:17,20,25
93:5,22 94:4 96:3,5,18
98:20 99:11 100:7
102:12 104:1,2,9 105:23
109:25 110:20 113:14
115:4 116:7 121:3,16,23
122:23 123:10 126:12
128:9,19 129:18 130:3,
12 132:5 133:2,10 141:2,
22 143:7

---

## K

**keep**
66:15 93:6,22 134:9
140:14

**kept**

92:7

**Khadijah**
27:7,8 29:12,14,16 30:17
31:22 32:12 50:24 64:2,
3,5 87:23 88:8,21 103:1
104:12 122:22 124:9
136:2

**kids**
39:13

**kids'**
39:14

**Kim**
19:9,13 37:21,25 38:1,7,
20 40:1,24 42:24,25
43:7,19 44:6 45:11,16,25
46:10 48:9 59:15,22
65:16,23 66:12,19 67:1
71:11 72:20 74:9,10
81:5,7,14,23 84:10,15,22
85:11,15 94:9,18 99:22
101:17 103:5,14 104:13,
24 106:4,21 107:21
115:8,15 116:2 117:4
118:8 119:22 120:4,18
121:5,15 122:5,18,23
124:7,10,14,19 126:21
128:10 135:21 140:3,25
141:3,12 142:15

**kind**
9:12 34:16 39:16 44:14
73:19 86:12,16 92:9 96:8
98:20 128:22 138:14

**knew**
23:19

**knocked**
24:12,17 37:25 46:19
47:4

**knocking**

39:6 60:17

**know**
13:9 22:6,21 23:4,24
25:10 26:2,5 34:13,17
35:1,11 36:4 39:5 41:16
44:12,15 47:6 49:11,18
50:14,18 52:1,2,5 53:1
55:21 56:15,18,23,25
57:4,15 59:6 60:2 61:20
62:22 63:9 68:4,20,24
69:10 79:4 80:6,8 81:6,8,
16 82:2,10 83:14 84:19
88:1 94:12 95:23 96:1,8
99:10 101:2,15 102:21
103:2,8 104:1,16,23
105:20 106:2 108:1
109:3 110:15,21,22,23
111:7 113:24 114:17
115:20,21 117:17 118:4,
5 119:12,16 120:10,14
121:19 122:9 125:3,11,
14 127:14 129:7 130:4
131:9,13,17,20 132:23
135:3 136:15,16,17
139:9,14 140:23

**knowing**
100:3 107:13

**knowledge**
12:13,18 16:2 17:4 21:11
31:10 53:16 54:16 55:10
99:5 122:11 140:20

---

**L**

---

**labor**
11:1

**Lake**
22:23,24 23:18 26:23
27:17 105:11,19 106:6
126:20

**land**
41:24 121:23

**landed**
37:3 46:23 115:22
121:23

**language**
103:6

**Laramie**
22:24 23:18 26:23 27:17
82:11 105:11 106:6
126:20

**Larry**
27:8,25 30:1,3,5,18
31:21 32:12 50:25 58:24
59:3 64:10 65:3,14,16,23
66:11,17,18,24 87:23
88:20 102:25 104:12,23
105:23 106:16,20,25
107:8,19,25 124:2,5
126:15,19 127:16,18,25
135:24

**last**
39:4 41:12 62:5 71:13
73:18 77:25 97:3

**lasted**
41:14

**late**
42:13

**later**
9:4 51:7,10 137:24

**laughing**
79:22

**Laura**
56:25 57:5,6,18

**law**
6:5,7

**leaking**
123:3,12

**learn**
29:4 55:20 108:18

**learned**
13:19 29:5 57:9,12 59:2
62:12 131:20

**least**
32:15 41:2 43:24 44:10
52:5 57:23 76:19 110:11
117:6,7,8,9

**led**
88:6

**left**
52:15 113:5

**legal**
6:21 93:16 117:12
140:23

**legs**
76:1

**length**
42:4

**let**
15:2 17:15 28:9 30:16
32:18 35:19 59:6 60:2
61:5,20 63:9,17 68:14
70:4,13 73:21 78:3,10
79:21 82:20 83:2 87:11
92:25 93:21 97:24 98:15
100:7 117:1 121:16
136:19

**let's**
39:3 55:17 104:1 108:15
131:8 132:6

**letting**
68:19

**level**
6:4

**light**
93:24

**like**
23:24 37:3 39:7,12,13,14
40:7 41:9,11,16,23,24
42:7,12 48:12 50:4 54:7
56:19 58:11 70:1 71:17,
18 72:22 75:23,24 76:6
77:25 78:5 79:22 80:3
81:12 83:7,8,17 84:4,18,
19,24 86:5 87:2 91:1
92:18 98:5 105:20
113:23 119:16 130:7,9
134:24 137:1 138:16
144:2

**likely**
16:6

**likewise**
107:20

**limitations**
93:2

**line**
22:23 93:23 95:6

**lines**
92:6,18

**link**
96:7,12,14,20 98:16

**lip**
114:7

**listen**
92:14 98:21

**listened**
86:21 87:4 93:8

**listening**
85:1 86:23

**little**
22:1 39:8,14 42:21 44:3
70:14 73:19 76:2,3 79:3,
11 87:2 89:13 114:5
115:24 124:21 139:13

**lived**
23:20,22 65:18

**locate**
56:8

**location**
23:7,23 53:15 105:12

**log**
33:9 91:20 92:15

**logs**
52:4,10 95:4 133:23

**long**
8:2,18 42:21 69:6 82:15,
18 90:21 110:23

**longer**
137:3,25

**look**
17:25 32:18 41:8 43:21
46:16 58:22 76:20
110:25 136:25

**looked**
26:13 95:3,7

**looking**
8:15 26:16 37:14 50:11
79:19 91:21

**loose**
60:21

**Lorel**
66:25

**lost**
69:22 130:22

**lot**
25:3 44:24 45:1 69:5
71:9 86:9,10,22 99:23

**lots**
108:23

**loud**
41:11 79:5,8

**lunged**
94:9,13

---

## M

**ma'am**
144:6

**made**
21:1,2 23:20 25:12 35:5
52:2,17 68:25 95:13,14
96:15 100:5 133:24
138:23 140:25

**major**
76:5 79:25

**make**
11:8 52:2 54:9 56:21
64:19 70:5 100:6 101:24
109:14 125:24 126:2
131:10 133:5 134:15
138:14 139:13 143:15

**makes**
51:7 88:14 130:13

**making**
15:15 17:10 21:13 51:10
52:22 53:24 88:2 123:18
130:18

**male**
127:20

**management**
113:3,17 119:18 128:25

130:5

**manner**
5:7 60:8 103:23 114:20
125:23 126:8 141:9,15

**many**
43:22 82:13 87:7,12
92:14 105:18,20 110:15
117:2

**mark**
7:16 64:9 100:10 113:10
127:4 139:23

**marked**
33:8 58:5 67:4,17 100:8
106:9 107:10,12 119:1
127:9 144:9

**marking**
107:14

**materials**
95:20 96:3,7 98:8 99:12
131:9,23 132:11,21
133:3,11

**matter**
99:13,15

**may**
7:18 9:8 19:15 23:6
54:15 57:15 59:14,15
62:2,17 86:19 99:20
100:15 101:10 106:14
130:10 132:10 133:21
140:4

**maybe**
37:3 47:6 49:11 50:24
71:12 89:14 100:2 108:5

**me**
9:9 15:2 16:15 17:15
19:18,19 23:3,9,17 24:22
25:13,21 26:3 27:7 28:9

30:16 32:9,18 35:19
36:22 41:1,12,13 42:1
45:21 46:13 47:22 48:4
49:17 55:6,15,18 59:6,24
60:2,14 61:5,20,22 62:15
63:9,17 66:5 68:14,19
70:4,13 71:17 72:12,17
73:1,21 75:5,10 76:15
78:3,5,10 79:21 82:3,20
83:2,17 85:8 86:9,20,22
87:1,11,19 88:6,7 92:12,
19,20,21,25 93:17,21
94:24 95:6,12,14,24
96:24 97:24 98:4,15,23
99:18 100:7 102:6,10
106:19 110:1,11,20
111:9 114:11,18,22
115:3,23 117:1 119:20
121:16 125:6 128:21
130:25 134:3 136:19
138:11 140:10,11 141:8

**mean**
15:19 17:25 31:11 32:8
40:19 49:9,11 50:18
52:25 57:14 59:14 62:20
69:6,9,21,22 76:20 84:17
85:7 86:9,18 92:11,12
93:5 94:8 103:7,21
108:10,22 109:18 111:7,
15 113:16 116:19 118:3,
5 126:6,11 128:9,25
129:14,20 136:15 142:8

**meaning**
76:8

**meant**
70:5 84:9

**medical**
101:21 102:2,4,24
103:23 114:12,19
124:21,23 125:1,4,14,17,

22 126:6,11,25 127:7
138:13,17 140:2 141:9

**member**
135:17

**memorialization**
121:4 122:15 126:14

**memorialized**
107:9

**memory**
18:1 20:16,25 21:1,3,24
22:2 23:12 28:1 34:11,14
36:19 38:5,15,18,19
39:23 40:7,12,13,21
42:23 44:4,17 45:10
47:1,13,15 57:20 59:1
62:12 63:19 64:6 65:13
92:10 123:17 130:3

**mental**
89:4 103:20 131:18

**mention**
106:20 107:1 124:13

**mentioned**
81:9

**merely**
143:2,3

**messed**
68:3

**metal**
43:18 44:22 48:8 53:11
114:7,16,24 115:1,18

**Mia**
89:18 90:10

**middle**
42:11 61:3 75:25 139:6

**might**
68:21 69:1 95:6 108:24,

25 109:9 130:4

**mind**
67:8 93:3

**minimum**
52:25

**minute**
95:9

**minutes**
67:13 68:10 90:19 104:2

**Miranda**
34:5 61:11

**mischaracterizes**
14:21 118:1 123:7,14

**misconstruing**
38:24

**misdemeanor**
18:2,4

**Miss**
36:6 69:1 70:15 75:1
89:20 94:6,8 96:12,13
130:21

**missed**
48:14 72:16 87:16 91:7

**missing**
82:18 92:7

**Misstates**
40:3 66:1 77:13 78:19
82:23 83:4,12 137:19

**mob**
17:21 18:2,6

**months**
8:6,7,22

**more**
45:5 48:9 62:17 70:3,14
77:16 78:3,10 79:3 86:19

89:13 102:20 103:25
109:7 113:8 114:5
128:17 129:16 132:8
134:8 139:13 143:8

**morning**
52:14 113:8 129:10

**most**
16:6,14 136:22

**mouth**
48:14 66:22 115:9
142:10

**Mr**
5:11,13,24 6:2 10:24
12:5,21 14:20 15:16
17:12 18:12,16 20:6,10,
14 24:9 25:18 27:18 32:5
33:17,20,22,24 35:10,24
36:3,8,9,12,15,20 37:1,4,
6,8,13 38:9,23 40:3,5,18
43:1,8 44:7,8,11,21
45:13 46:1,11 47:20,23
48:3 49:25 50:13,15
53:13 54:20 55:12 56:12
57:13 58:2 66:1 67:7,11,
13,16 68:15,18,21 69:2,
4,13,16,24 70:9,10
77:13,24 78:19 80:23
82:23 83:4,12 84:8 85:16
90:16,18,21,24,25 91:2,
4,17 92:25 93:11,15,18,
21 94:1 95:9,19 96:2,11,
19,21,25 97:1,4,10,12,
14,18,23,25 98:2,9
100:7,9,11,12,21 101:1,
5,9,11,14 102:1,17,23
104:1,5,7,8,11,18,22
105:1,5,9,22 106:1,7
107:10,12,15,17,18
108:14 109:13 110:14,19
111:11,25 112:4,7

C00 AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

116:12,15,17 117:5,14
118:6,24 119:2,3,5,6,7
120:2 121:2,7,13,16,22
122:1,7,8 123:5,9,16,19
124:1 126:3,13 128:2,8,
12,14 129:2,18,23
130:21,22,23 131:1,2,7
132:6,7,17,20 133:10,14,
15 134:5,7,10 137:18
138:9 139:8 141:18,20,
25 142:3,17,18 143:13,
21 144:6

**Ms**
5:5,12,15,22 9:11,16
10:8,14,16,18,22 11:18
12:12,23 13:16,21 14:2,
5,8 15:1 16:9,19 17:3,14
18:13,14 19:7,22 20:15
24:15,19,23 25:23 26:18
27:2,22 28:2,6,8 32:10
33:19,21,23 34:1 35:8,
12,17,23 36:2,5,7,10,14,
18 37:7,10,12 38:12 39:1
40:9,22 43:4,12 44:9,16
45:7,14 46:5,15 48:1,18
49:1,2 50:1,8,22 51:22
52:9 54:19,24 55:16
56:13,22 57:21 58:3,15,
17,19,20,21 62:19,24
66:6 67:10,15 68:17,19
69:3,15,25 70:11,18,19
71:9 77:17 78:2,23 81:2
83:1,9,19 84:11,12 86:3
88:10,12,15,17,18 89:3,
5,9,18,22,23 90:1,2,10,
13,14,23 95:22 97:11,20
101:19 102:12,19
103:16,18 104:19 105:2,
17 107:16 108:9,19
110:9,18 111:5 112:1,6
116:14,16 117:25 119:24

120:23 123:6,14,18,20
126:5 128:4,24 129:15
130:20,25 131:3 132:1,
13,15,19 133:7,13,19
134:6,8,13 137:20
138:18 139:10,16 141:16
142:19,22 143:11,25
144:3

**much**
90:15

**multiple**
22:4 44:25 45:5,6 104:17
115:19

**murder**
14:1 17:9,13,18 134:24
135:12

**my**
12:8 15:23 16:1,2,5,6
18:1 21:10 29:3 30:23
31:10,25 34:20 36:16
38:14,17 40:21 42:13
44:12 47:7,24 48:12,15,
16 50:18,20 52:12 53:16
55:13 56:14 57:20 61:1
69:1,20 72:2 75:5,11
84:3 91:22 95:24 98:7,
19,23 103:8,24 105:3,7
107:5 109:22 129:21
131:18 137:9,13,23
140:20 141:14

**myself**
30:14 47:9 70:4 87:4
100:5 102:5

---

**N**

---

**nah**
42:7

**name**
5:25 9:23 33:11 58:7
60:20 65:6 128:20

**names**
13:9 20:2 27:3,6 34:22
102:22

**narrative**
106:20,25 119:21 127:15

**NAUGHT**
144:12

**necessary**
11:5

**need**
18:3 42:15 50:5 92:13
132:10 144:4

**needed**
19:16 53:17 100:5
101:24

**needs**
126:7

**Nelson**
27:8,25 30:1,3,5,18
31:21 32:12 50:25 55:1
59:3 64:10 65:3,14,16,23
66:11,17,18,24 87:23
88:21 102:25 104:12,23
105:24 106:17,20,25
107:9,25 124:2,5 126:15,
20 127:16,18,25 135:24

**Nelson's**
58:24 107:19

**never**
21:9 46:24 92:20 99:9
117:15 118:10 123:2
141:3

**new**
29:4 109:4

WASHINGTON vs CITY OF CHICAGO, et al.                                    180
PATRICK WALLER, 10/05/2021                          Index: next..objection

**next**
10:10 20:24 21:15,19
26:10,17 30:11 33:11
39:5 51:21 56:15,21
61:21 67:9

**night**
42:11,13 57:2 113:7

**no**
6:22 14:12 15:12 17:8
20:20,23 21:3 27:21
28:17 29:17 33:2 34:15
35:2 36:21 39:8 41:20
43:10 45:20 49:5 50:15
51:14,17 52:12 54:2,4,6,
10 67:17 68:17 70:19
83:25 84:6,23 88:22
89:17 91:1 98:12 99:4,9
100:9 101:7 106:22
116:24 118:19 119:1
122:12 123:20 124:12,
20,24 125:2,16,20 131:6
133:3 134:1 135:1,5,19
136:6 137:2,8 139:15
140:18 141:5 144:6

**nobody**
42:20

**nods**
79:18,21

**noise-cancelling**
84:25 86:24

**Nope**
124:8

**normal**
139:4

**North**
20:3,7,8,9,13 21:17

**Nos**
144:7

**not**
9:6 13:20 14:11 15:12,14
16:6,23 20:18 21:10,11
25:9 28:10 29:7,15,17,
22,24 30:4,6,9 31:2
35:16 36:21 37:8 38:22
43:3 44:24 46:13,14
48:22 49:5 51:17 53:16,
22 54:15 56:10,19 59:23,
24 60:14 65:9 67:6,19,20
69:4,10,12 71:12 73:16,
18,23 76:5 78:9 81:12
82:5,24 83:7,17 84:18
85:1 86:1,23 88:12,13,
20,24 89:6,11,12,19
90:4,9,11 93:9 94:2,9,25
95:4 99:5,17 100:9 101:3
102:4 103:23 105:18,24
107:13,22 108:3 109:6,8,
18 110:20 111:9,19
112:4 114:1 117:10,12
118:12 119:11 121:11
122:9 123:22 124:16
127:24 128:5 130:14,18
131:11 132:17,25 133:6,
9 136:18 137:8,13,22
138:13,21 139:2 142:14
143:6

**note**
14:20 121:16

**notes**
129:12,24 130:1,10
133:21

**nothing**
55:13 60:25 62:14 63:23
76:5 79:25 88:6 107:20
119:21 120:18 121:3
143:6

**notified**
19:16

**now**
6:9 9:17 20:13 31:24
39:18,21 41:10 42:20
47:25 57:19 67:23 70:8
74:4 75:20 77:2 80:12
85:3 91:8 116:22 130:25
134:1 136:10 138:1
140:24

**nuance**
89:14

**number**
9:21 10:11 20:3 44:14
48:10 106:17 127:11

**numbers**
58:16

---

**O**

**o'clock**
5:2 32:21 144:11

**object**
9:11,15 10:14 14:2 17:12
19:22 24:9 26:18 35:12,
15 38:9 88:10 89:3 90:1
97:20 102:12 103:16,18
104:19 105:2 108:19
111:5 112:1 117:25
119:24 123:6 128:24
129:15,16 130:20 131:3
132:1,13,15

**objecting**
13:17 36:10

**objection**
12:5,21 13:16 14:20
16:19 18:12,13,16 24:19
25:18 27:18 28:2 32:5
35:10,24 36:2,3,7,8,9,12,
16 38:23 40:3,5,18 43:1,
8 44:7,8,11,21 45:13

46:1,11 49:25 50:1,13
51:22 54:19,20 55:12
56:12,13 57:13 58:2
62:19 66:1 77:13,24
78:19 80:23 82:23 83:4,
12 85:16 93:1,15 95:9,22
97:10,11,18 98:2 100:21
101:5,11,19 104:18
105:1 106:1 108:9 110:9,
18 111:25 116:12,14,15
117:5 120:23 121:7,16
122:7 123:5,18 126:3
128:2,12 129:15 130:24
131:6 133:7,19 137:18
138:9 139:8,10

**objections**
93:23

**objects**
108:5

**obligations**
50:19,20

**observed**
114:20 127:19 141:11

**observing**
124:6

**obtain**
6:12 53:9

**obviously**
119:3 135:11

**occasion**
111:17 124:22,25

**occasions**
7:11 109:1

**occur**
80:17

**occurred**
13:13 28:5 31:22 80:13

81:13,15,24 105:14
137:2

**October**
97:6

**of**
5:13 6:4,7,8,9 7:14,18,25
8:3,7,12,17,19 9:1,6,8,
12,20,24 10:1,2,6,11,15,
25 11:1,4,12 12:10,13,18
13:6,7,9 15:7,21,23 16:1,
5,6,24 17:4,6,9 18:19,22
19:3,4,8,15 20:2,12,16,
25 21:2,3,10,24 22:3,14,
21 23:1,4,7,12,18 24:2,
21 25:2,3,12 26:2,14,25
27:3,10,24 28:22,23
29:2,3,4,6,11,16,19,23
30:1,5,11,18,22 31:3,10,
21,23 32:17,24 33:5,6,15
34:3,11,12,14,16,22
35:9,19,22 36:19 37:4,16
38:10,19,21 39:16,25
40:8,11 41:3 42:8,11
43:13,17,18 44:14,24
45:1,9 46:8 47:8,16 48:8,
10,12,13,15 49:10,16,17,
24 50:5,11,20,23,24
51:3,18 52:1,4,5,7,14,19
53:13,17 54:8,16,25
55:5,10,14,22 56:2
57:15,19,23 58:22,24
59:1,7 60:2,6,11,16,20
61:8,19 62:10,12,25
63:16,18,19 64:5,6,10,12
65:7,13,24 66:8,12,20
67:18,19,21 69:5,12,18,
22 70:1,16 73:19 75:2,
13,23 76:1 79:5 81:4,18
82:24 83:15,22 84:4,6,7,
13,24 85:13,20,22,24
86:10,12,16,22,23,25

89:20 90:5 91:12,19,23
92:9,10,13,23 93:23,24
94:3,5,11,14,17,25 95:1,
3,4,6,24 96:7,8 97:16
98:4,11,14,16,19,20,24,
25 99:1,5,7 100:2,5,18
101:24 102:6,10,11,15,
21 103:5,10,23,24
104:13 105:24 106:12,
13,16,18 107:7,19 108:6,
12,16,20,23 109:11,12,
24 110:5,11 112:12,14,
24 114:15,20 115:18,20,
21,22 116:1,5,8,9,11,20
117:23 118:9,14,22
120:13 121:17,21 122:15
123:3,13 124:7,10,14,19
125:3,11,18,23 126:8,14
127:11,15,24 128:6,20,
22 130:12,18 131:10,13,
19 132:2,22 133:5 134:4
135:7,8,15,23 136:1,4,7,
11,14,22,25 137:1,2,5,8,
9,10,11,13,14,22 138:7,
14,15,20 139:6,15,17,25
140:9,12,25 141:10,15
143:4

**off**
16:6 28:22 29:1,4,6
30:11,18 41:22 56:14
75:23

**offenders**
9:24 12:10 19:5

**Offense**
108:24

**offhand**
118:15 139:2

**office**
6:15,18,25 11:3,5,6,22,
24 12:2,4,9,17 13:25

17:1 18:18,23 35:4 97:9
101:3 113:3 114:13
138:13 140:2 141:9

**officer**
10:4

**officers**
110:16 118:17 125:9

**official**
141:9

**officially**
109:6

**often**
86:22

**oh**
20:24 34:23 39:8 47:25
77:20 83:10 105:5
124:17 127:8

**okay**
6:12 7:18 8:2 9:8,18 10:9
11:11 15:2 16:10 18:6
20:10 27:14 28:12 29:11
30:20 32:11 33:3,7,14
34:2,7,10 36:6,19 37:19,
20 38:16 40:12 42:22
43:5 45:8,23 47:17 54:11
55:17 56:23 58:14 59:9,
18 60:4,23 61:2,8,13
62:1,2,4,5,8,9,25 63:11,
15 64:10,14,19,21 65:1,
10,12 66:7,15 67:10,16,
24,25 68:2,5,10,11,12
69:8,24 70:7,18 71:9,13,
16,19,24 72:19 73:21
74:4,13,19,21 75:1,16
76:5,8,14 77:2 78:3,8,14,
24 79:11,16,21 82:6,13
83:20 84:1,21 85:4 86:4,
11 87:3,16,22 88:17
89:24 90:15,24 91:2,15,

16 92:5,16 93:12,19
94:2,6,22 99:10 100:11
104:1,10,23 105:23
106:8,23 107:4,18,24
108:15 110:23 111:12
115:24 116:7 117:1,15
118:7,20 119:6,20 120:8
121:14 122:13 126:19,25
127:4,6 129:8 130:14
131:8 133:1 134:6,9,24
135:3,17 136:19 137:10
138:1,7 139:3,11,17,23
140:7,13 141:24 142:17,
18 143:6,21

**old**
6:2 133:20

**on**
5:13 7:3,10 8:4 9:8 10:2,
6,25 12:24 15:21 17:24
19:2,4 21:7,10 22:23
23:25 24:12,17 27:13,14
28:5,10,23,25 29:5 30:8,
20,24 31:3,8,17,21 32:2,
12,18 34:2 37:3,25 39:4,
18 41:8 42:15 43:19
46:16,19,23 47:4,11
49:9,15 51:7 56:10,20,23
57:1,15,20 58:24 59:15,
21 61:2,24 63:8 64:1,11,
15 67:20 68:2,3,8,12,13
69:19 70:12,13 71:11,14,
15 73:16,22 75:20,21
76:11 77:19 83:22 84:13
88:11 92:13 93:1,23
98:7,8 99:20 100:15
101:10 104:5 105:4
109:12 110:1,2 112:24
113:18,25 114:11,21
119:18 120:24 127:21
130:7,9 135:14 136:10,
14,24 137:5,11,24 138:1,

19 140:22

**once**
10:9 24:17 48:10 56:11
133:16

**one**
10:1 12:10 16:5,6 20:2
23:18 24:2 26:25 28:13,
19 33:18 35:1 37:3 39:16
45:5 48:6 53:14 55:13,18
59:8 63:12 71:4,7 75:2
77:15 78:3,10 80:9,25
81:9 98:16,17,19 102:11,
15 104:2 112:12 116:9,
20 141:22 142:19

**one-inch**
137:16

**only**
13:19 44:24 49:21 54:21
69:20 86:7 90:3 116:9,20
119:14 120:12 128:17

**operation**
109:25

**opportunity**
29:8,18,25 33:3 51:9
54:11 55:8 62:9 65:12
108:11

**options**
112:12

**or**
6:9 7:22 8:10 9:4 10:4
11:15 13:14 15:7,11
16:2,24 17:1 18:4 22:10
23:19 25:20 26:2,3,12
29:5 38:1 44:6,22 46:13,
14 47:18 50:11,24 52:5
53:9,11 56:2,21 59:23,24
60:14 61:13 64:2 75:24
78:1 80:3 81:17,20 82:21

83:2,11,15 86:1 88:21
90:4,9,18,19 92:4 94:13
95:2,14 96:17 97:8,17
99:5 100:5,20 101:3
102:18 106:4 108:4
109:18,24 111:17,19
113:7,24 114:24 117:10,
11 119:1 122:6,19 123:3,
12 125:9,21 126:9
128:20,22 130:18 131:11
132:4,24 133:5 134:2
143:18

**oral**
5:19

**order**
5:4 47:16 126:7 143:23,
25

**original**
106:12 108:24

**other**
6:20 16:16 19:1 29:14
34:20 35:14 53:14 54:1
57:5,14 81:4,22 82:18
86:6 92:7 100:1 108:21
119:18 123:24 127:25
133:17,25 142:19

**others**
109:8

**out**
9:6 21:9 39:17,18,19
41:12 42:8,21 44:3 55:14
62:15 70:20 71:4 92:18
125:7,12,15 130:9
134:21,25 135:3,9,11,15,
17,20,23 136:1,4,7,20
138:19,21 139:1 140:9

**outcomes**
11:13,17

**outline**
60:11,16,22 68:16

**outside**
11:2,3 24:1 74:23 77:12,
23 83:24

**over**
7:16 22:22 23:22,23
42:10 66:25 69:12 77:4
85:1 91:23 111:3

**overlap**
56:17

**override**
16:25 17:5

**overview**
22:14,21

**own**
51:8 97:8 98:7,8 139:6
140:23

---

**P**

**P.M.**
32:21 34:3,4 144:11

**page**
34:2 37:14 58:22 60:2,6
61:21,24,25 63:9 107:7
122:14 127:14 135:14
136:10 138:2,19

**pair**
84:24

**paragraph**
59:8 61:6,8 63:12 64:2
137:23 138:22

**paragraphs**
64:3

**paralegal**
95:25

**Pardon**
47:22

**parking**
99:23

**part**
7:25 8:3,12,17,19 19:3
38:10 49:15 52:1 54:8,21
73:18 100:5,18 102:21
130:12 134:4 137:9

**partially**
134:17

**participation**
37:5 131:15

**particular**
13:2

**parties**
5:6

**parts**
54:22 137:2

**passed**
56:20,23

**past**
35:23

**Pat**
143:14

**Patrick**
5:17 6:1 10:20,24 11:9
50:16 69:7,17 93:4 95:10

**paused**
78:17

**PDF**
144:3

**people**
13:9 23:13 24:6 25:6
27:4,11,12 44:25 46:8
60:9 81:4 86:9 117:10

119:18

**percent**
89:15

**period**
33:1 56:16 81:18 140:13

**person**
8:25 13:2 16:18 17:11,
17,21 18:8 27:25 28:15
41:5 49:12 54:5,6 56:10,
21 65:6,7 86:5,6

**personal**
16:2 17:4 54:16 55:10
138:14

**personally**
13:20 15:4 55:2 93:7
99:9

**pertinent**
26:11

**phone**
20:3,4,16 21:1,2,3,5,11,
13

**phrase**
86:4

**physical**
37:1,5 85:22

**physically**
84:19 85:5,10,14 109:25
132:24

**pick**
78:1

**picked**
40:16 82:10

**pipe**
122:6

**pipes**
65:20 122:19 127:21

**place**
67:2 81:21

**placed**
23:10 24:13

**placing**
24:17

**plaintiff's**
134:17 138:3

**play**
64:18,24 65:11 66:9
68:1,7,9 70:4,5,14 71:19
75:22 77:15 79:2 82:7
83:20 86:14 87:6

**played**
91:6

**playing**
66:9,16 69:25 78:15
86:12 91:10

**please**
5:24 55:18 62:3 64:1
68:3,12 123:16 125:6
130:23 143:3,25

**pod**
109:10

**point**
22:15,18 25:8,22,25
71:3,20 73:3 74:4 80:12
81:5,9 85:5 109:2

**points**
85:3

**pole**
39:14 44:23 75:9,24
76:15,19,22,24 114:7,16,
24 115:1 120:21 121:6,
12 122:6 141:13

**poles**
53:11 74:16,17 75:3

104:25 106:21 107:2,21
122:19 137:12,15

**police**
9:19,22 16:25 17:5 18:4,
20,24,25 21:6,12 45:24
46:7 47:4 77:6 110:16
117:19 118:17 125:9,21
126:9,10 137:4,6 140:14,
21

**policy**
50:9,17

**portion**
24:21 28:7 33:6,15 34:7
35:1 37:15,16 66:8 67:18
70:1,5 72:10 91:19 94:3
118:14 120:13 121:17
134:20 135:6 136:12,23
138:2

**portions**
40:11 95:3,4 98:16

**position**
7:16

**possessed**
11:6

**possession**
97:16 131:14

**possible**
9:24 11:16 54:8 76:18,19
80:25 83:6 110:1 134:16
139:1

**post-miranda**
138:23

**Postmortem**
139:25

**potential**
19:5

**potentially**
18:2

**power**
17:17,21 18:7

**practice**
35:3 139:4

**pre-case**
130:5

**pre-stamped**
107:6

**prefaced**
103:4

**preliminary**
7:4

**premarked**
107:6 118:21 127:12

**preparation**
55:24 58:9

**prepare**
113:1

**prepared**
93:7

**present**
11:4 22:8 26:6,24 27:1
28:18 30:15 53:15 91:1
105:4,10

**presented**
12:10 13:6

**presenting**
23:10

**press**
64:18 65:10 68:1,7 70:14
71:19 75:21 82:7 83:20
87:6

**prevented**

109:23

**previously**
82:4 106:9 110:13

**primarily**
48:16

**primary**
18:22

**prior**
7:11 27:23 54:13 55:23
81:18 94:22 98:10,13
108:7 109:15 110:7
117:22 128:11 143:17

**privilege**
95:16

**privileged**
13:18 14:6 16:21 112:2

**privileges**
11:6

**probable**
100:19

**probably**
90:18 92:14,21 103:24
105:19 139:22

**process**
8:24 9:1,2,9,13,17 10:6,
7,9,10,19,23 11:12 13:18
14:6 15:20,23 16:20
19:3,13,23 21:8 26:19
35:13 36:11 88:11,13
89:4 97:21 103:20 108:4
112:2 129:13,17,19
130:11,15 131:4 132:16
133:8,12 136:17,24

**processed**
51:23

**product**
97:22 132:16

**program**
128:20

**progress**
106:10 109:5

**promoted**
7:5

**proposed**
13:13

**prosecutor**
50:19,21

**protect**
11:6

**protocol**
128:23

**provide**
126:8

**provided**
15:22 20:2 55:6 59:8
95:20 100:14,18 114:11
115:3 131:24 132:11,21
134:3

**providing**
60:21 126:12

**pull**
55:17

**pulling**
55:19 104:9

**pumps**
74:20,24

**punch**
37:3 71:5,7 92:19

**punched**
120:9 121:22

**punches**
121:24

**punching**
121:15

**purpose**
103:10 136:14

**pursuant**
5:3

**put**
39:17 123:3 143:3

**putting**
45:8

**PX**
100:10,11 106:9 107:6
113:10 118:21 119:2,3
120:16 122:13 127:4,12
134:20 141:23 142:4

## Q

**question**
10:15 11:25 17:15 35:20
44:15 46:4 48:2 49:18
62:22 69:20 79:8 88:8
95:15,18 96:17 97:13
99:16 103:22 108:4
111:8 113:19 116:21,23
119:25 124:16 136:16
139:15 142:20

**questioning**
95:7

**questions**
35:14 51:3,5 64:25
69:14,17,18 88:11 90:16
95:10,12 128:18 134:8
141:16

**quick**
46:24 67:7 91:16 104:2
134:15 141:22

**quit**
86:13,17

**quote**
120:7

**quotes**
60:10

## R

**ran**
42:21 44:1

**rang**
39:6

**Re-playing**
86:15

**reach**
9:21 54:9

**read**
58:23 59:5 60:2,19,24
61:20 62:3,6 63:7,12
64:1 136:25

**readily**
98:1,4

**reading**
38:17 61:22 92:15 93:8

**ready**
68:4 98:6

**real**
9:6 22:12 39:15 41:12
46:24 91:15

**really**
40:7,20 41:11 43:3 46:22
62:21 67:7 73:8,17,23
82:17 84:23 92:6 104:2
133:15

**rearrange**

139:12

**reason**
34:15 86:7

**recall**
20:21 23:24 24:24 25:9
26:1 27:3 28:15 36:24
45:2,18 46:13 48:22
49:5,7 51:17 53:22 54:5
59:23 60:10 62:16,18
63:17,21 65:9 75:18 82:5
85:23 91:8 102:22 107:3
118:4,13 131:12 139:2

**recapping**
67:23

**receive**
22:13 96:20

**received**
59:11 95:24 97:2 106:3

**receives**
10:3

**receiving**
19:20

**recess**
37:11 67:14 104:4

**recitation**
86:25

**recognize**
127:6

**recollection**
19:8 25:12 29:3 32:24
43:5,11,13 44:13 47:7,8
48:12,15 61:1 84:6,13
92:1 94:5 99:7 100:2,16
101:8,13 109:22 111:2
116:1,8 119:8 142:13

**recollections**
24:21 26:14

**recommended**
56:5

**record**
5:25 11:1,8 15:16 68:23
84:8 94:2 96:11 106:17
123:11

**recorded**
27:14,15 29:16 53:18

**recording**
143:4

**recordings**
143:9

**recovered**
53:12 137:11

**refer**
37:20 104:13

**reference**
100:8

**referenced**
96:5

**referred**
121:18

**referring**
15:17 80:12,21 109:17
113:15

**reflected**
32:22

**reflects**
37:24

**reflexes**
72:2

**refresh**
18:1 38:5,17 39:23
40:11,13 42:23 44:4
47:1,7 65:13 119:8
142:13

**refreshes**
38:14 40:21 92:1

**regard**
9:14 10:22 11:21 13:13
15:13 21:15 22:2,17 38:5
40:14 49:4 52:23 89:17
116:6,25

**regarding**
57:3 101:21 114:19
140:8

**regards**
32:15

**registering**
86:8

**reject**
11:14 12:4 14:17,19
15:11

**rejected**
12:9 14:14

**rejecting**
112:17

**rejection**
15:7

**rejects**
11:25

**relate**
57:18

**related**
37:2 41:1 59:24 60:14,17
64:2 88:7 106:4 114:22
127:19 134:22 138:11
140:11 141:8

**relatively**
30:22

**relayed**
23:17 24:22 25:13 36:23

102:5,7,10

**reliability**
35:19

**relied**
35:8,22

**remainder**
60:2,6

**remember**
20:19 21:14 22:5,9,12,16
25:24 28:20 29:7,17,24
30:6,9 41:1,7 48:7,10,16
57:17 59:17 60:12,20
66:3 73:8 76:12 78:18,25
89:13,16 90:9 91:13
92:16 93:12 96:21 97:1
99:8,11,17 100:14 102:7
108:2 111:19,20,22
116:22,25 122:22 132:24

**remind**
128:21

**remotely**
5:3,19

**reopen**
141:23

**repeat**
55:25

**repeatedly**
121:8

**rephrase**
17:15 63:17

**replay**
66:7 71:13 74:22 87:11

**report**
32:22 54:12,18 55:5,9,
11,14 58:7,8,11,12 95:5
96:4 106:10,13,24 107:5
108:24 111:1,9,15,18

113:21 117:21 118:12
120:17 122:14 124:23
125:1 126:16 127:7
139:25 140:3

**reported**
114:18

**reporter**
5:9 47:22 104:6 143:23
144:1,4

**reports**
26:3,12 108:25 109:1,5
111:13 127:1 134:2

**represent**
11:2,4 27:9,24 31:20
67:19 81:19

**representation**
31:24,25

**require**
16:23 17:10

**reserve**
143:18

**responds**
72:11

**response**
79:12

**rest**
75:13

**restate**
130:23

**results**
138:20 140:8,12

**reveal**
95:11

**review**
7:4,10,20,22,24 8:4,11,
17 9:3,10,20 10:5,7,9

11:12 12:11 13:6 15:20,
21,23 16:4,24 17:1
18:11,15,23 19:3,13,18
23:10 25:22 26:4 27:15
29:9,11,18,25 31:19 33:4
52:5 53:17 54:12 55:8,
14,22 56:1 62:10 65:13
94:22 95:2 98:10 101:24
107:24 108:7,11,17
109:9,10,24 110:1
111:14,18 124:23,25
129:21 130:8,10,11
132:10 133:21 136:24
137:2,9,13,24 143:14,16

**reviewed**
25:25 33:15 34:8 58:9
96:9 97:15 98:13 99:12
101:4 106:23 108:13
117:21 118:11,13
126:14,25 131:23 132:4

**reviewing**
50:21 99:17 109:18,19

**rewind**
72:10 73:13,21 75:7
79:11,21 82:20 83:2,21
109:24

**rewinding**
77:18

**right**
8:15 9:17 23:2 30:18
31:19 32:16 39:12,20
42:14 48:2 51:1,3 52:20,
22 58:4 59:5 60:1 61:11,
18 62:18,20 63:7,24,25
64:9,14,23 65:25 66:8,
12,19,21 68:1,7 69:16
70:6,16 75:20 78:10 79:2
80:7,11,15,17 81:15
85:3,11 86:11 87:5 89:21
91:10,11 93:13,20 98:25

103:5 107:11,15 111:2
112:12 115:9 118:23
119:4 120:22 122:2,20
123:10,13 124:3 126:17,
21 128:9 134:15,21,22,
23 135:1,12 140:13
141:4,13 142:18 143:9,
11,13,14,16,18

**rights**
61:11

**ring**
92:23

**role**
18:22

**roles**
19:1

**room**
5:8 31:6,14 63:1 77:10,
21 109:20

**rooms**
69:9

**rotated**
7:10

**rotation**
8:1,3,14

**rotations**
9:4

**roughly**
105:16

---

## S

**said**
15:14 17:12 20:25 39:12,
20 40:7 41:20,21 42:3
43:24 46:20 47:2,23
48:11,12 49:12 54:7

---

**C00** AdvancedONE

**LEGAL**

**(866) 715-7770**

advancedONE.com

59:21 66:19 67:1 69:22
71:6,9,12,22,24 72:1,5,6,
11,25 73:5,12,14 74:15,
19 75:2,4,8,10,16,18,23
76:2,5,8,12,14,18,20,24
78:6,16,17 79:4,8,13,16,
22,25 80:8,19 82:9,10,
17,20 83:25 84:9 85:2
86:7,8,25 87:10,14,16
94:13 103:8,9,19 110:1
111:12 115:22 116:5,23,
25 119:16 120:22,25
121:1 122:5 124:17
125:17 127:12 129:9
141:6,7 143:7

**SAITH**
144:12

**same**
5:7,8 11:25 35:24 36:2,3,
7,8,9 38:23 43:8 44:8,11
46:11 57:19 61:16 63:4,8
77:24 88:8 92:11 93:6,15
109:19 113:7 119:19
121:20 130:6

**SAO**
33:21 34:2 37:14 41:8
46:16 91:21 107:7
113:11 138:2

**saw**
44:5 45:10,24 59:19,21
65:23 66:5,19 99:9
117:6,7,8,10 123:24
142:9

**say**
18:5 20:7 38:14 39:9,10
49:23 51:2 60:22 61:4
62:14 80:9 82:5 84:10
86:9,21 92:12 93:14,17
94:16 98:3 99:14,15
103:12 108:1,11 117:9

118:7,25 120:1 121:14
122:2,18 123:21 124:5,9
125:19 142:9

**saying**
69:19 83:7,10,14 103:4
139:18

**says**
33:9 41:23 42:5 46:17
61:9,23 62:7 71:1 77:10
78:24 91:11 107:20
114:3,5,25 119:21 120:9,
18 121:4 127:18 142:9

**scenario**
50:6

**scene**
58:24 59:21 105:4,10
125:8,12,15

**Schnidt**
5:5,15,22 9:16 10:8,16
11:18 12:12,23 13:21
14:8 15:1 16:9 17:3,14
18:14 19:7 20:15 24:15,
23 25:23 27:2,22 28:6,8
32:10 33:19,21,23 34:1
35:17 36:5,10,14,18
37:7,10,12 38:12 39:1
40:9,22 43:4,12 44:9,16
45:7,14 46:5,15 48:1
49:1 50:8,22 52:9 54:24
55:16 56:22 57:21 58:3,
17,20,21 62:24 66:6
67:10,15 68:17,19 69:3,
15,25 70:11 77:17 78:2,
23 81:2 83:1,9,19 84:11,
12 86:3 88:12,17,18
89:5,9,18,23 90:2,10,14,
23 96:12,13 102:12,19
103:16 104:19 105:2,17
107:16 111:5 116:16
117:25 119:24 120:23

123:6,14,18,20 126:5
128:4,24 132:13 134:6,8,
13 137:20 138:18 139:16
141:16 142:19,22
143:11,25 144:3

**Schweitzer**
34:23 35:23

**Schweitzer's**
35:8

**science**
7:15

**screen**
47:24 79:20

**scroll**
142:8

**scrolled**
98:20

**search**
19:2 53:9,10 56:7 137:7

**second**
7:7 8:10,13,14 39:4 41:5
55:18

**secondhand**
128:10

**seconds**
41:15 64:19 65:2 66:10
71:13 73:21 75:7 78:15
82:3,14 84:4

**see**
33:8 34:3 37:16 38:3
40:10 43:22 47:25 53:8,
10 56:7 58:7 61:2,6,7,16
62:2,25 63:5 64:11,14
70:9 78:11 82:8 91:16,
22,24 106:12 107:8
108:5 113:10,11 114:2,5,
8 117:23 122:14 123:12

127:4,8,9,15,22 138:4
139:24 141:24 142:4,8,
10,11,14 143:4

**seeing**
45:20 47:9 99:8 124:10,
14

**seek**
16:25

**seeking**
9:12,25 18:24

**seeks**
13:17 14:5 129:16

**seem**
98:23

**seems**
137:1

**seen**
99:24 100:2 123:2 127:2
139:9

**seldom**
125:12

**sense**
139:13

**sentence**
39:4 62:5 63:10

**separate**
126:15

**separately**
28:13,22,23 30:18

**sequence**
70:16

**seriously**
50:18

**serve**
7:14

**seven**
105:16

**several**
23:23 43:20 44:19 45:11,
15 104:21

**shaking**
82:9 84:2,15

**share**
37:13 109:7

**share-screen**
91:16

**she**
11:7 31:6 39:8,12,15,16
42:20 43:18 44:1,3,17,18
48:4,7,11,12,13,14,19
49:3 51:15 56:9 69:22
71:1,6,11,12,22 72:1,5,
11,19,22,25 73:5,12,14
74:5,9,15,19 75:4,8,10,
18 76:2,5,12,14,20,21,
24,25 77:10 78:5,17,24
79:4,13,18,21,25 80:6,
19,21 81:3,8 82:3,9,17,
20 83:25 87:9,14,16
89:11 91:10 92:2,24
93:13,16,19 94:9,12,13,
17 110:23 111:3 115:8,
11 120:6,21 122:23,25
123:2,3,8,11,12,21,24
133:4 135:8

**she's**
39:9 67:22,24 71:10,17
77:2 83:10

**sheet**
113:24 115:5,6 118:17,
21 119:10,13,15 131:21
132:11 133:18,22
134:16,21 135:4 139:5
140:9 142:1,24

**sheets**
128:21

**shirt**
41:22

**shit**
39:9,20 42:16

**shook**
83:7,8,10,15,16 84:18,
19,22 86:5 92:7,8,10

**short**
30:22 37:11 48:23 67:14
99:19 104:4

**shortly**
99:23

**should**
18:5 90:19 108:1

**show**
12:5 18:16 47:15 67:4,16
68:16 77:7 85:16 99:19
106:8 113:9 114:2 127:3
139:23

**showed**
39:16 91:19 111:8

**showing**
33:7 58:4 68:17 70:8
82:3 107:7 134:16

**shown**
101:10 107:4

**shows**
47:11 140:4

**side**
65:24 66:12,20

**signature**
143:21

**significance**
9:6

WASHINGTON vs CITY OF CHICAGO, et al.                                    191
PATRICK WALLER, 10/05/2021                          Index: silver..sounds

**silver**
44:2

**since**
6:18 93:21

**sir**
64:12 101:15 105:10
106:10,19 107:8 109:21
113:12 114:8 116:18
119:5 122:15 127:4,9,14
128:15 141:24

**sit**
87:1 99:4 100:13 101:2
116:7

**sitting**
5:8 64:15 75:21 84:25
116:22 134:1

**situation**
16:25 49:19

**Six**
8:6

**slang**
86:10

**slashed**
34:16

**sliding**
83:24 85:25

**slipping**
83:24 85:25

**snapping**
41:12

**so**
8:14 9:8,18 11:1,11
16:11 23:22 26:8,16
27:23 28:9 30:10,16
31:2,8,19,24 32:14,16
33:20 35:18 37:14,22,23
39:8,17 40:13 41:8,9,10,

14,15,23 42:3,5,9,13,16,
22 43:21 44:3,14 45:2,8
49:19 50:6,19,23 51:8,14
52:4,17 55:8 56:4,5,18
57:22 58:14 60:21 61:22
62:22 68:1,14 70:2,12,
15,18 71:3,17,19 72:4,19
74:4,25 75:1,23 76:18
77:6 79:11,16 80:19
81:22 83:22 86:25 88:3
90:18 91:6,14,15,19
92:9,19 94:8,16,22 95:2,
7,11 96:3 97:15 102:5,18
103:12 104:5,11 105:23
106:8 107:8,18 108:15
109:8,25 110:4 113:7,20
114:14 116:24 117:9
118:20 119:8,18 120:16,
22 121:3 122:9,10,13
123:10,22 126:8,11,14
128:17,19 129:8 130:2,9,
14,23 132:8 133:10
135:10,16 136:3 139:14,
17 144:9

**some**
9:23 18:2 23:4 25:10
43:16,18 48:8 49:16,23,
24 51:18 53:13 57:23
65:17,18 69:21,22 81:6,
16,18 85:3,5,23 86:19
89:14 96:8 98:4 109:3,6,
22 115:20 117:12 121:23
125:8,9 126:7 130:10
136:23 137:1 139:9

**somebody**
39:7 52:3 76:6 88:2
101:17 137:23 139:4,6

**somehow**
73:9,14

**someone**
16:11 49:7,12,21 50:10
51:6 52:18 53:24 139:12,
19 140:14

**something**
39:10 42:6 48:12 49:6,12
56:19 68:2 75:24 81:9
82:4,21 83:3,8,11,23
91:9 92:24 94:11,14
100:24 104:9 113:24
115:25 122:25 139:21

**sometimes**
19:5 108:10 109:8
111:13 139:12

**somewhere**
75:17

**sorry**
20:6 36:15 37:6 39:2
44:10 50:16 55:25 61:14
74:6 81:11 87:11 104:9,
10 105:5 111:6 118:24
123:6 124:17 126:1
141:25 142:7,19 143:12

**sort**
22:13 25:2 43:16,18 48:8
49:10,16,17,24 55:5
60:11 109:23

**sorts**
109:11

**sought**
17:5

**sound**
111:2

**sounded**
24:2 78:5

**sounds**
40:25 71:17 74:18,21

83:17

**speak**
54:3 62:21 102:4 125:8

**speaking**
9:19 22:5,8,9 26:8 51:6
87:22 88:1 109:4 140:16

**specific**
14:11 15:12,14 21:3
24:20 25:11 26:13 40:8
47:8,15 48:10 50:5 59:24
60:9 89:16 100:16 101:7,
12 102:9 131:5 132:8

**specifically**
22:7,12 26:1 46:12 48:21
59:17 60:13 94:3 96:9,16
99:18 116:22,25 118:4
132:4

**specifications**
96:15

**specifics**
9:14 20:18 22:13 25:3,9,
13 35:21 36:21 45:20,22
60:11 115:20,21 139:20
143:8

**specify**
120:6,20 121:11,22

**speculate**
111:10 119:14 120:12
122:10

**speculation**
80:24 102:19

**spell**
27:7

**spoke**
20:19 21:5 22:3 23:2
30:13,25 31:4 32:3 47:10
57:2,6,25 118:10

**staffed**
18:18

**stamp**
33:18 68:8,9

**stamped**
58:5 70:12 113:11

**stamps**
31:20 47:15

**standing**
23:25 70:21

**start**
61:22 83:22 132:6

**started**
7:1 43:25 72:11 73:9,15
104:24 121:23

**starting**
77:18 81:8 108:18

**starts**
61:3 82:4

**state**
5:24 133:23

**state's**
6:15,18,24 9:9 11:3,20,
22,24 12:2,3,9,14,17
13:25 16:13,17 17:1,5,
10,16,20 18:3,7,18,22
33:4 35:3,4 50:9 56:1
88:14 97:9,17 100:19
101:3 113:3 130:17
131:10

**stated**
61:23 122:25

**statement**
23:20 33:9 47:8 51:19
53:25 91:20 95:3 103:11
107:23 117:16,18 118:14
135:8,15,24 136:2

140:25

**statements**
25:11 34:21 35:5 52:4,19
53:17 55:23 56:2 60:9,
17,18 68:25 69:5,7 94:25
103:7 104:17 105:6
110:12 126:15 127:25
138:23 143:5

**station**
21:6,12 108:17 113:5

**statute**
18:1 140:17

**step**
10:10 21:15 26:10,17
30:11 51:21 53:8

**stepped**
42:7

**steps**
23:5

**stick**
39:8,25 40:14,15 42:21
43:23 44:2,3,18,22 45:11
71:21 72:7,20 74:5,9,13
75:17 76:3,9 87:13 131:8

**still**
70:21,23 109:25

**stomach**
86:13,16

**stood**
92:21

**stopped**
91:10 131:15

**stopping**
42:22 64:21 65:2

**story**
94:17 104:24 107:19

**street**
22:23 42:17,18 71:7
73:12,15 74:11

**strike**
12:14 13:23 14:17 44:5
59:19 61:14 74:6 88:24

**striking**
48:9 120:4,18 138:24

**struck**
82:21 83:2,3,7,11,15
85:14 86:2 115:8 118:8

**struggle**
40:19

**stuck**
55:14

**stuff**
65:21 70:20 77:11,20,21,
22 78:6

**substance**
110:5

**substantive**
143:15

**such**
114:24

**suffered**
53:13

**summaries**
35:9,22 52:19 56:2,6
139:6 142:24

**summarize**
53:25 143:7

**summarized**
23:3 34:15 59:11 115:2

**summarizes**
35:5 55:5

**summarizing**
34:21 103:25

**summary**
25:2,4 33:4 34:10,17
37:24 46:17 52:5,18
55:22 58:23 59:7 61:19
62:10 63:8,16,18 64:5
70:2 78:21 91:9 92:3
107:23 110:11 118:14
121:11,21 131:19 133:23
135:7,14,23 136:1,4,7,
11,14 138:20 139:7,17,
18,21 143:3,8

**Sunday**
97:3

**sup**
96:4 118:11

**supervisor**
7:14 15:21 57:1

**Supplemental**
32:22 54:12

**supplementary**
58:7,8 95:5 109:1

**sure**
10:21 20:1 31:2 32:9
37:10 52:2 64:19 70:5
71:12 73:17,18,24 77:18
78:9 82:24 83:18 86:15
89:12 94:7 95:17 96:25
103:2 105:18 111:1
115:6 127:23

**Susie**
34:23

**suspect**
33:11

**sustained**
114:6,15

**swear**
128:17

**swears**
75:16

**swing**
45:11,15 46:22 71:24
87:12

**swinging**
72:19 83:23 115:19

**sworn**
5:3,19

**swung**
48:13 72:12,16 74:5,9

**system**
63:10,13 69:1 110:3
113:3,17,19,21,25
119:18 128:20 129:1,22
132:9

---

**T**

**T-SHIRT**
59:22

**Tab**
88:24

**Tabatha**
13:10,22 14:1 15:3 17:6
27:12 30:13,25 31:4,23
32:4 38:1 39:7,24 40:16
41:25 43:14,16,22 44:5
45:3,10 46:7 47:12,17,18
48:16 51:11,20 52:7
53:10 56:8 61:24 62:10
67:5,18 74:4,8 81:24,25
84:1,14 85:8,20 87:9
89:2 91:6,11 92:17 95:2
98:11,17,19 105:13,25
109:15 110:6,15 111:18,

WASHINGTON vs CITY OF CHICAGO, et al.                                    194
PATRICK WALLER, 10/05/2021                            Index: Tabatha's..that

20 115:7,15,17 116:2,10
117:3,6 118:8 119:22
120:4,18 121:5,11
126:22 135:6 142:9,14

**Tabatha's**
42:10 51:18

**table**
64:11

**take**
7:16 37:9 41:22 47:14
50:18 67:7 104:2 130:4
132:22

**take-away**
141:12

**taken**
24:6 37:11 49:16,24
67:1,14 104:4 133:22

**takes**
86:22

**talk**
8:23 21:22 47:17 103:4
108:15 136:13

**talked**
51:24 76:21 124:21
127:25 138:4

**talking**
28:4 37:17 39:20 42:5
46:9,18,20 47:2,3 49:10
51:20 52:19 70:23 77:2,
7,11,20,22 78:6 79:5,9,
14,17 80:10,20,21 84:3

**tangible**
26:2

**team**
22:7 34:20 102:10,21

**technical**
47:20,24

**tell**
21:4 22:4,10,20 23:12,16
24:16 25:5 36:22 40:23
41:4 45:23 46:6 47:18
48:4,6 51:11,15 53:4,6
57:7 59:18,20 65:16,20,
23 66:18,24 81:3,24
84:1,15 85:2 92:11 93:19
94:8,10 98:18 100:3
101:17 102:9 103:22
106:19 108:22 110:20
111:1 115:14 116:5
124:18 125:6

**telling**
38:6,20 39:3,20 40:15
71:10,14 89:2,11 90:4
91:13 92:17 93:12
104:24 116:1,10 122:22

**tells**
41:9 49:13 81:20 91:7

**term**
49:11

**terms**
26:2 49:10 85:24 115:22
128:6

**testified**
5:20 14:13,22 15:18
57:11,23

**testimony**
14:21 83:13 93:2,24

**than**
45:5 48:9 57:5,14 62:17
81:22 100:1 105:12
109:7,8 114:6 123:24
129:17 133:17

**Thank**
5:15 16:10 20:14 33:22
58:19 68:19 84:11 90:14,

15 120:8 143:11

**that**
5:6 6:8 7:9,21,22,23 8:2,
8,10,19,20 9:1,2,15,25
10:2,3,13 11:7,8 12:8,10,
14,18,24 13:5,22,23,24
14:13,17,21,22 15:10,15,
21 16:3,4,5,8,10,12
17:11 18:19 19:16 20:16
21:3,7,9,13,15,19,24
22:3,18 23:2,5,6,9,18,23
24:2,3,5,21,22,25 25:2,5,
6,7,11,13,15,16,21,22,
24,25 26:10,11,14,17
27:9,13 28:1,12,15,18,25
29:5,7,17,22,24 30:4,6,9,
13 31:4,8,14,20,24 32:1,
8,23,25 33:14 34:7,13,21
35:4,22 36:15,16,24
37:2,3,4,24 38:3,5,6,14,
20 39:4,14,19,23,24
40:6,16,20,23,25 41:4,7
42:10,15,21,22,23 43:6,
16,19,22 44:4,5,15,17,18
45:2,3,10,18,23,24 46:6,
8,13,17 47:1,5,11,12,14,
15,16 48:2,6,7,19,22
49:3,5,6,7,13,14,21,23
50:4,10 51:4,8,10,12,15,
17,21 52:4,6,12,20 53:1,
7,11,12,13,14,15,17,19,
22,23 54:5,6,7,15,17,21,
25 55:4,5,6,9,11,14,17,
23,25 56:5,9,10,18,19,
20,25 57:1,2,9,15,17,22,
23 58:9 59:1,10,11,12,
17,18,19,20,23,24 60:10,
11,16,25 61:6,14,16
62:2,3,11,14,15,23 63:4,
5,8,12,16,17 65:3,5,6,7,
9,13,16,20,23 66:5,7

67:10 68:13,20,21 69:4
70:5,16 71:3,20 72:8,10,
25 73:3 74:1,2,5,7,13,22
75:2,3,4,7,8,9,10,17,18,
21,24 76:6,9,12,15,19,22
77:8,22 78:4,6,21,22
79:9 80:3,22 81:1,3,4,10,
11,13,19,20,22,24 82:3,
5,20,24 83:6,8 84:2,15,
21 85:4,9,14,24 86:4,7,8
87:2,4,12 88:1,6,7,13,19,
20,23,24 89:10,16,18
90:7,24 91:6,8,11,12,13,
16,22,24 92:1,3,9,17,23,
24 93:3,6,13,14,25 94:3,
9,10,11,14,16,17,18,20
95:6,7,8,13,17,24 96:4,9,
13,14,20,24 97:13,15
98:3,7 99:5,8,14,15,20,
22,25 100:4,5,17,24
101:17,22,23 102:8,22
103:6,8,10,12,13,14,21,
22,24 104:3,16 105:3
106:3,12,25 107:7,19,22
108:6,8,11,12 109:2,22,
23 110:2,6 111:3,4,8,12,
13,14 112:8,12 113:4,7,
11,14,16,17,18,19,22,23,
25 114:3,8,10,14,15,18,
20,22,25 115:3,5,8,14,23
116:2,4,5,10,25 118:7,13
119:9,19,20 120:7,9,10,
13,21 121:4,21,23 122:5,
6,15,23 123:1,10,11,21
124:5,18 125:10,17,19,
22,24 126:2,8,17,20
127:4,9,15,16,19,22,25
128:15,20,23 129:5,10,
12,13,25 130:2,5,9,11
131:6,19,23 132:9,12,21
133:24,25 134:3,16,25
135:8,9,15 136:11,17,22

137:1,2,4,6,9,11,13,15,
22,23 138:2,3,4,10,11,
16,21,22 139:1,14,21
140:4,7,10,11,17,19,20,
21 141:3,6,11,12,24
142:4,11,13,14,24,25
143:2,3,8,18

**that's**
18:18 29:15 34:10 37:10
39:18 42:7 43:25 48:15
54:16 60:5 69:19 70:7
73:15,22 80:25 83:16
86:8 87:3 90:16 92:2,3
107:15 110:4 113:16
114:11 115:2 119:3,6
127:11,24 128:22 134:5
136:18,21 140:21
141:14,16 142:17
143:13,18

**the**
5:1,7,8,9,13,25 6:8,9,14,
17,20,24 7:1,2,3,4,5,6,9,
12,13,14,20,22,23,24,25
8:1,3,4,7,8,10,11,12,14,
17,20,23 9:2,3,9,11,17,
18,19,20,22,23,24 10:1,
2,3,5,6,7,9,10,14,15,18,
21,22,25 11:1,3,4,5,6,8,
11,12,15,16,20,22,24
12:2,3,8,9,10,13 13:9,11,
17,19,25 14:2,4,7,9,11,
14,16,17,18,19 15:12,14,
16,19,20,23 16:1,3,7,12,
15,16,19,22,25 17:5,6,9,
10,15,16,20,25 18:4,6,7,
17,19,22 19:1,3,8,9,12,
13,18,20,22 20:1,2,4,8,9,
11,12,17,24 21:5,7,10,
15,19,20 22:8,14,17,22,
23 23:2,3,4,9,17,18,19,
20,24 24:2,3,11,16,17,

20,25 25:6,20 26:6,8,9,
12,17,18,21,23,24 27:3,
6,9,10,11,12,15,21,24
28:3,4,5,7,15,18,25 29:3,
5,11,18,22 30:1,4,8,10,
11 31:3,6,10,14,19,20,21
32:2,8,17,18,22 33:4,8,
11,14,18 34:4,5,7,10,22
35:3,11,13,15,18,20,23
36:4,12,20,25 37:4,15,
18,24,25 38:1,6,7,8,10,
21,24 39:5,6,11,18,19,25
40:3,6,8,15,19,24 41:2,4,
12,13,14 42:8,11,12,15,
17,18 43:3,10,15,19
44:1,2,12,18,19,22 45:8,
11,15,21,24,25 46:3,4,6,
9,12,18,19,20,23,24,25
47:2,4,5,6,9,11,14,16,22,
24 48:4,6,10,11,13,14,15
49:4,15 50:3,5,9,14,17,
23,24 51:10,21,22,24
52:1,4,6,11,13,14,15,18,
19,20,25 53:2,13,15,17,
23,25 54:5,6,8,21,22,25
55:1,4,7,8,13,22,23 56:1,
6,9,10,14,15,20 57:1,3,4,
9,12,14,19,22,23 58:8,
15,23 59:2,7,10,12,15,
17,18,20,25 60:2,5,6,7,9,
17,20,21 61:3,5,8,15,21
62:5,9,10,12,16,20,21,
22,25 63:1,4,9,13,18
64:5,10,15 65:5,6,7,12,
24 66:1,3,8,11,19 67:1,
12,19,20,21 68:2,8,13,
14,21,23,25 69:5,6,9,10,
11,19,21,23 70:2,5,7,12,
13,16 71:7,13,20,21
72:19 73:12,15,16,18
74:5,9,11,14,15,16,19,23
75:4,11,13,21,25 76:1,9,

21,24 77:6,10,11,13,15,
19,20,21,22,25 78:6,12,
19,21 79:8,13,17,19
80:13,16,17,19,21,25
81:17,20 82:23,24 83:4,
6,13,14,15,21,22 84:5,7,
8,13 85:13,19 86:6,7,13,
16 87:5,16 88:14,16
89:7,8 90:5,16 91:1,6,7,
10,12,22,23 92:5,10,11
93:1,5,6,7,8,9,16,24
94:2,3,12,17,18,24,25
95:1,3,4,15,17,20,21,23
96:4,9,11,14,15,24 97:3,
8,15,16,17,21 98:3,5,10,
15,18,22 99:7,15,17,20,
21,23 100:18,23 101:3,7,
12,20,21 102:2,4,6,15,
20,22,24 103:5,6,7,10,
12,19,21,22 104:6,10,13,
20,24 105:3,4,6,13,18,24
106:2,3,4,12,13,17,24
107:8,12,22,24 108:6,10,
11,17,19,20,22 109:5,12,
14,15,18,19,23 110:2,4,
5,7,10,16 111:4,7,9
112:15,17 113:2,5,10,14,
17,19,20,24 114:12,14,
15,18,19,20,21 115:2,6,
8,11,15,18,20,21,22
116:2,5,9,10,11,20,23,24
117:2,6 118:3,8,9,14,17,
21,22 119:12,15,17,19,
23,25 120:4,10,17,19,21,
25 121:6,10,12,15,17,20
122:2,4,14,16 123:3,8,
10,13,14,21 124:2,6,10,
14,16,18,21,23 125:1,3,
11,15,17,18,21,22 126:6,
9,10,11,16,22 127:8,11,
14,15,24 128:5,7,13,20,
22,25 129:9,16,17,18,20,

21,24 130:2,6,8,11,12,
13,14,17 131:3,9,13,20,
21,23,24 132:1,2,9,10,
12,21,22 133:2,8,16,17,
20,22,24 134:3,4,11,22
135:7,8,11,14,17,20,23
136:1,4,7,14,20,23,25
137:4,5,6,10,17,19,24
138:2,3,8,10,11,12,16,
19,20,22,24 139:5,9,11,
17,20,21,24,25 140:2,3,
4,8,9,11,12,14,21,25
141:2,8,9,10,14,16
142:1,2,5,9,11,15,18,24
143:2,3,4,9,14,16,17,20,
21,23 144:1,4,10

**their**
22:7 23:4 34:21 51:8
56:16 61:18 74:20,24
88:3 107:14 110:12
127:21 130:18 133:24
138:12 139:6 140:22,23

**them**
13:7 15:22 25:7 26:25
28:10,21,23 29:6 30:20,
24 32:13 39:16 42:19
49:23 51:1,8 53:4,6,19
61:19 83:15,24 85:22,24
86:6 95:4 96:7,8 102:11
103:9 114:19 117:11
127:2 132:22

**themselves**
30:7 49:22

**then**
7:4,5,24 9:22 10:1 12:13
15:23 23:4,8 24:6 25:13
26:16 28:22 30:20 31:23
32:1,3,21 37:23 40:1,17
41:4 42:14,16,24 43:7
47:12 51:10 55:1,18

56:20 60:17,19 61:13
62:5,6 64:1 66:15 71:20
72:11 73:2 75:1,13,25
76:21 77:6 78:14,17,24
79:7,22 80:2 84:21 86:13
87:19 90:10 95:14,15
96:14 110:4 113:21
114:21 119:13 122:4
125:24 133:23 142:7,8

**there**
7:2 11:13 13:2,4 15:7
16:22,24 18:1 22:13,21
23:1,6,8 24:24 25:15
26:1,3,5,14,21,22 33:18
34:14,20 40:14,15 42:14,
22 44:13 45:18 46:8,21
48:23 50:17 53:11,14
54:16 55:9,13 57:4 60:23
62:14,17 63:15,23 70:21
72:23 78:13 80:8 81:6,7,
8 83:25 85:21,23 86:1,2,
19 88:6 92:21 96:6
98:15,16 99:25 100:4
102:20 107:9 108:23
109:1,9,10,22 111:13
114:21 115:20 117:2,9,
13,24 127:16 130:4,5
131:17 133:20,25 134:2,
23,25 136:22,23 140:13

**there's**
11:12 35:4 62:14 63:23
83:23 89:12,14 117:12
121:3 139:15 143:6,8

**these**
23:21 34:21 52:4,19
85:19 87:2 88:10 97:25
98:4 104:16 125:13
130:6

**they**
22:16,20 23:3,5,8,9,12,

13,16,22,25 24:1,16,17
25:5 28:25 29:1 30:8
39:15 42:9,13,16,17
45:24 46:20 47:2 49:21
51:9,10 52:10,12,13 53:8
55:6 56:7 59:21 65:20
74:19,20,22,23 77:10,11,
20,21 78:6 80:19 82:15,
17,18 85:25 86:5,8 87:24
92:7 95:25 96:4 97:16
104:20 105:21 109:17
114:18 125:12,24 126:2
132:23 137:11 141:7
142:9

**they'll**
9:25 125:7

**they're**
69:11 98:3 109:7 130:17

**they've**
140:15

**thin**
39:15

**thing**
21:19 39:5 48:6 92:12
95:4 120:7 121:20

**things**
10:11,12 39:13 56:11
86:10 108:23

**think**
9:7 14:21 15:16 20:12
22:23 23:25 24:8,11
30:13 31:2 40:20 44:13
47:20,23 48:11 51:14
59:14 68:13 69:25 70:1
73:12,23 74:25 82:14
83:6,10 84:9 86:18
89:12,13 91:14,19 97:12
100:17 102:20 117:12
123:24 125:11 129:6,9

130:21 135:10 136:24

**third**
7:7 48:14 72:16 87:16
91:7 112:17

**this**
5:6 11:23 12:3,19 19:19
21:16 22:15 25:13 30:16
32:15 33:14 34:7,17
35:3,14,19 37:5,14,23
38:10,23 40:6,13 41:1
44:23 45:4,9 46:17 47:8
48:8 49:17 50:6 52:24
54:1 56:11,17 57:16
58:6,8 60:2,15,19 63:16
64:2,24 65:2 67:8,19,20,
21 68:9 69:19 70:4,5,15,
19 71:20 72:22 73:22
74:4 80:8,12 81:12,18
85:3,7 86:5,21 87:4 88:2
90:17 91:20 92:13,15
93:10 95:21 98:1,7,8
99:10,13,24 100:2,3,7,
14,17 101:4,24 102:10,
21 106:9,16,17,19 107:4,
10,19 108:3,20 111:24
112:2,9,22 113:2,14,21
115:4,18 116:9 117:1,8,
20 118:21,25 119:8,12,
21 121:4,10,20 122:13,
15,18 125:15 127:6,11
130:6 131:4,5,8,15,24
132:10,12 133:2 134:15,
20,21 135:4,6 136:14,15,
16,23 137:2,9,14 138:7,
10,20 139:5,17,24 140:2,
24 141:25 142:1,4,24

**those**
9:4 10:12 11:16 13:9
18:24 22:8 23:13 27:3,
10,16 29:9 51:3,4 52:10,

22 56:5,11 69:9 74:16
75:2 86:18,20 88:15 91:9
93:17 95:3 96:3 97:8
102:22 103:3,13 109:7
114:22 123:8,11,22
126:19 128:21 131:25
133:22,23 142:25

**though**
5:7 26:15 59:16 60:12
93:20 94:18 118:18
122:2 125:13 129:7

**thought**
53:7 68:21 84:17 104:3

**threatened**
51:16

**three**
11:12,16 26:5,22 27:3,
11,16 30:10 32:2 44:6
48:13 56:15 72:20 74:6,9
78:1 87:10,14 94:25
102:22 103:3,13 104:16
112:12,15 126:15 127:20

**through**
6:23 33:23 40:11 51:18
58:6,17,18 96:8 98:20
99:23 134:17 142:25

**throughout**
18:20 105:7

**time**
7:9,22 8:6,7,10,13,20 9:3
15:23 20:9,12 27:10
30:22 31:20 32:25 37:8
41:13 45:5 46:8 47:14
48:14,19 51:10 56:16
68:2,8,13,24 70:12 72:16
77:16,19 78:3,10 80:9,
16,19 81:5,7,16,18 82:7
87:16 88:1,16 90:17
91:1,7 103:12 111:4

C00 AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON vs CITY OF CHICAGO, et al.                          198
PATRICK WALLER, 10/05/2021                        Index: timed..too

122:5 140:13,22

**timed**
31:19

**times**
43:20,22,24 44:6,10,19
45:6,11,15 48:11,13
71:25 72:20 74:6,9 82:13
87:8,12 92:14 104:21
110:15 115:19 120:7,10

**timing**
27:10,24 31:3 32:17
47:11

**title**
115:5

**to**
5:3 7:2,4,5,10,20,24 8:23
9:11,14,15 10:1,14,18,
22,24 11:4,5,8,21 12:5,
10 13:6,12,13,16,17
14:2,9,11,16,17,18 15:6,
10,13,17,18,22 16:1,17,
19,25 17:5,10,12,17,21,
25 18:1,3,5,8,12,13,23
19:16,22 20:3,13,19
21:5,6,10,15,17,20,22
22:2,3,15,17 23:2,5,9,10,
13,14,17,20,23 24:2,6,9,
19,22 25:7,13,21 26:3,6,
8,11,18 27:7,9,23,24
28:2,3 29:3,9,18,25
30:13,25 31:4,10,20,24
32:3,15 33:3,11 34:15
35:12,13,15,16,18,24
36:10,23,25 37:13,18,20
38:1,2,6,7,9,20 39:3,4,9,
22 40:10,14,19 41:1,12,
13,23,25 42:6,10,13,15,
16 44:15,19 45:21 46:7,
22 47:5,10,17 48:11,15,
18 49:2,3,4,7,17,23

50:10 51:2,7,9,20,22,24
52:2,3,17,24 53:2,8,9,10,
16,17,19,23,24 54:3,7,9,
11,13,19,22 55:4,6,8,15,
23 56:6,8,12,13,16,20,
21,24 57:6,11,17,18,23,
24,25 58:23 59:6,16,17,
22,24 60:9,14,17,21
61:10,18,20,21,22 62:3,
6,9,19,22 63:2,7,9,21
64:2,9,18,19,23,24 65:5,
10,12 66:7,15,21,25
67:4,6,16,19 68:1,4,7,9,
13,15 69:11,14,16,17
70:2,4,5 71:17,19 72:5,
10 73:13,19 74:20,23
75:2,7 76:6,14 77:2 78:5,
14 79:2,7,11 80:12,21
81:8,18,19 82:4,6 83:17,
21 84:10 85:2,8,16 86:9,
11,22,23,24 87:1,4,6,22,
24 88:1,4,6,7,9,10,19,23
89:3,10,19 90:1,3,7,11,
21 91:11,15 92:11,12,13,
14,19 93:6,8,9,17,20,22,
25 94:16,22,24 95:6,8,
10,11,13,14,22,24 96:13,
14,15,17,18 97:7,20,21
98:1,4,6,10,13,21,23
99:7,16,18,19 100:5,18
101:18,19,24 102:4,5,8,
10,12 103:4,12,14,16,18,
21,22,24 104:13,19
105:2,19 106:4,5,8
107:24 108:7,9,11,16,17,
18,19,20 109:7,9,10,14,
17 110:1,2,7,9,18,20,25
111:1,2,5,9,14,17,23,25
112:1,5 113:6,9,15
114:2,6,11,15,18,22
115:3,4,7 116:4,21,23
117:2,18,22,25 118:10,

20,24 119:24 120:16
121:17,18,22,23 122:10,
13 123:6,23 124:6,9,10,
13,14,18,23,25 125:8,9,
12,15 126:8 127:3,6,16,
18 128:24 129:8,16
130:6,14,17,18,19,20
131:3,5,6,10,11,24,25
132:1,3,8,10,11,13,15,
18,21 133:4,5,6,8,9,13,
19 134:3,9 135:8,15
136:10,13,14,15,21
137:1,7 138:4,11,14,16,
24 139:4,5,12,13,14,20
140:7,10,11 141:2,4,8,
13,23 142:7,8 143:14,16,
17,23

**today**
29:8 54:13 57:23 62:18
94:23 98:10,13 99:4
100:9,13 101:2 106:24
116:8 126:15 128:1
143:24

**today's**
117:22

**told**
20:22 22:16 23:3,13 25:7
28:25 29:1 32:9 36:20
39:24 42:15,23 43:6,14
44:5 45:10 46:13 47:11
49:21 52:25 53:19 59:13
60:7 61:19 65:17 66:5
67:24 71:11 72:22 74:5,8
81:20 85:8,9 88:21 92:2,
6,24 94:17 102:2,24
112:8 114:14,19 122:6
128:9 141:3 142:14

**too**
36:16 134:4 142:8

WASHINGTON vs CITY OF CHICAGO, et al.                                    199
PATRICK WALLER, 10/05/2021                              Index: took..upper

**took**
21:15 26:10,17 39:17
40:2,17 41:21 51:21
66:25 75:3,9 81:21 84:18

**top**
33:8 34:22 106:13
134:20 139:24 143:3

**total**
8:7 48:13

**totally**
89:14

**touch**
41:25

**towards**
13:3 66:21 72:12 136:25

**traffic**
7:2,3

**transcribed**
34:16 47:5

**transcript**
33:5 93:7,9,10 143:15,17

**transcription**
68:22 92:4

**transpired**
117:8

**treated**
5:7 51:1,3

**trial**
7:6,9,12,23 8:1,4,8,12

**tried**
38:7 41:25 46:22 75:2

**triplicate**
130:8

**truck**
46:21 73:16,23

**true**
32:9 93:10 143:1

**try**
35:19 56:6,8 69:15
136:19

**trying**
35:18 38:2,20 40:10
93:19 130:14

**tubes**
39:13,15

**turn**
120:16

**turning**
21:12

**two**
7:10 9:4 13:5 22:8 23:9,
13 24:6 25:6 27:12 34:20
55:23 56:1 64:2 75:25
97:5 98:16 104:2 105:20
127:20

**type**
10:2,6 51:3 108:6,16
113:16

**types**
19:4

**typical**
35:3

**typically**
111:15 125:7

**U**

**ultimately**
15:8 16:11 57:3 109:20

**under**
23:10,14 24:13,18 69:11

**understand**
10:20 46:4 88:15 97:12
128:19 136:12

**understanding**
12:8 13:12,22,24 15:6
16:3 21:14 24:5 54:15
68:25 69:18 85:4,13
103:14 105:3,8 113:22
140:20

**understood**
14:14 69:21

**unh-unh**
82:9

**unique**
50:4

**unit**
7:4,5,13,15,20,22 8:4,11,
18,19 9:3,20 18:17

**universe**
94:11 131:13

**University**
6:7,8,9

**unusual**
56:19

**up**
21:12,20 25:7 32:19
34:22 39:14,21 40:16
42:6,7,8 46:23,24 55:17,
19 56:15 61:18 68:3
69:3,5,15 70:3,14 72:14
75:16 77:7 78:1 82:10
92:6 104:9 106:5 127:20
143:3

**upon**
5:19 19:20 35:8,22 69:18
95:16 143:1

**upper**

65:25 66:21

**Urbana**
6:9

**us**
33:17 42:1 58:15 68:16
72:23 112:8

**use**
132:2

**used**
43:18 44:17,18 45:3
65:20 76:24 94:12 96:13,
17 103:7 123:8,11,21
129:17 130:6

**using**
48:7 56:9 92:10 115:17

**usual**
139:15

---
                 **V**
---

**vague**
49:18 100:2

**various**
18:24 85:19 109:11

**verbal**
71:18

**verbatim**
142:15

**version**
41:3 94:17 107:19

**very**
50:4 52:13,14 78:12
86:25 90:15 99:19 133:2

**victim**
22:22 23:2,19,20 26:23
36:25 106:4 135:20

138:24

**victim's**
137:17 138:3

**video**
26:3,12 27:14,15,24
28:5,10,22,23 29:1,2,5,6,
11,19,23 30:1,4,8,11,18,
21,24 31:9,17 32:2,13
33:9 35:5,9 45:21 47:9,
11 53:18 59:17 62:21
64:11 66:8 67:9 68:8
69:19 70:7 78:20 83:5,13
84:5 85:3 91:6,11,20
92:13 93:8 94:3,24
98:11,14,16,25 99:5,19,
24,25 100:4,8,14,17,23
101:4 109:9 110:2 116:4,
24 123:23

**video-recorded**
103:11

**video-taped**
103:7

**videos**
29:9 31:21 68:2 86:22
95:1 96:4 109:10,18

**videotaped**
135:8,24 136:2

**viewed**
100:25

**voice**
51:9

**voluntarily**
66:24

---
                 **W**
---

**W-A-L-L-E-R**
6:1

**Wait**
95:9

**waive**
143:19,20,21

**walked**
72:14 82:11

**walking**
99:22

**Waller**
5:17,24 6:1,2 11:2 37:13
48:3 67:11,16 90:16,25
91:17 97:25 104:11
107:18 133:15 134:10

**want**
8:23 51:2,7 61:22 131:5
132:3 141:2

**wanted**
11:8

**warnings**
34:5

**warrant**
53:9 56:7

**warrants**
19:3

**was**
5:19 7:3,5,6,13,20,21,22,
25 8:10,15 9:3 12:10
13:2,4,20 14:22 15:7,17,
19,21,24 16:6 19:15
20:8,9,12 21:7 22:3,7,8,
13,17,21,22,23 23:8,19,
24 24:13 25:21 26:2,3,
11,14,16 27:13,25 28:18,
25 29:22 30:4,11 31:6,8,
14 34:19 36:12,15,16,24
37:2,4,11,20 38:6,20
39:10,12,14 40:15 41:1,

**C00** AdvancedONE        (866) 715-7770
LEGAL                      advancedONE.com

5,16 42:7,18 43:17 44:2,
13,23,24,25 45:4 46:21
48:23 49:14 53:1,2,14,15
54:7,17,22 55:13,14
56:14,18,23,25 57:1,2,4
59:11,24 60:13,14,15
65:6,7 66:13,17,18 67:14
68:13 69:25 71:7 72:17,
22,23,25 73:5,9,19,23
75:4,5,10 76:15,24
77:10,11,20,21,22 78:6
79:4,8,13 80:8,20 81:8,
11,16,17 82:18 84:2,5,15
85:4,21,23 86:1,2,8 88:6
89:2,11,20 90:4,12
91:12,22,23 92:18 93:13
94:17,18 95:5 96:6,14,15
99:14,15,17,20,22,23,25
100:4,18,23 101:18
102:11,15 103:11,13,14,
24 104:4 105:4,7,10
106:3 107:10,12 109:22,
24 110:1,2,16,23 112:12,
14,17 114:11,15,16,21,
22 115:3,19,20 117:19
119:25 122:6 126:20,21
128:9,15 130:3 133:5,17,
25 134:2 137:2,8,13,22
138:11 140:4 141:3,12,
13 143:7 144:10

**Wash**
106:18

**Washington**
13:10,15,23 14:1 15:3,14
17:7 23:25 27:13 30:14,
25 31:5,24 32:4 39:25
40:16 43:14 45:11 47:12,
18 48:17,18 49:2 51:11,
21 52:8 53:15 55:2
61:10,11,15,19,23,24
66:25 69:1 70:15,18,19

71:9 74:5,8 75:1 81:24,
25 84:1,14 85:21 87:9
89:2,20 91:7 94:6,8 95:2
98:11 105:13,19,25
109:15 110:6,16 111:20
115:7 116:2,10 117:3
118:8 119:22 120:4,18
121:5,12 126:22 135:6
138:23

**Washington's**
46:7 53:10 56:8 62:11
67:5,18 111:18 137:7

**wasn't**
16:8 71:6 79:19,23,25
82:17 92:6 93:19 109:25
117:19 137:24

**watch**
59:17 98:23 116:4,23
123:23

**watched**
100:4 124:2

**waved**
40:1

**way**
9:20 35:20 38:2,8 49:14,
23 76:11 93:25 95:24
97:24 102:6 103:24
130:13 133:2,24 136:19
139:15

**ways**
43:18 44:14,25 45:1,5

**we**
5:5,7 18:25 19:1,3 22:15
25:10 31:19 37:9 39:5,18
40:10 41:10,16,23,24
47:20,23 51:8 52:2,4
53:16 67:7,8 75:11 79:12
84:3 90:19 96:11,16 99:4

100:6,10 104:5 109:17
120:16 124:2,21 127:25
142:24

**We'll**
51:18 108:5

**we're**
35:13,15 39:21 49:9
91:21 96:3 105:23
118:20 121:3 133:10

**we've**
126:14

**weapons**
80:3 82:8,10

**weaving**
42:19

**week**
18:19 81:15,17,21

**welcome**
58:20

**well**
10:11,12 12:14 19:6 22:3
27:23 28:12 31:20 35:21
39:2 41:10 50:15 51:6
59:16 69:2 80:19 85:9
88:12,24 92:16 98:15
103:3 108:15 112:8
117:1,15,21 118:11
125:7 131:13 134:20
139:3

**went**
7:2,4 20:13 21:6,20
23:22 30:25 32:3 41:2
42:10 61:10 76:11
105:21 109:20 125:15
134:17 142:25

**were**
5:8 7:18,21,23 8:3,4,8,

11,14,17,18 9:2 13:4,5,7
14:9,16,18 15:10 18:2
19:16 20:22 22:15 23:1,
5,9,25 24:4,6 25:7,11,13,
21 26:5,6,22 27:6 29:6
30:8 31:17 32:25 34:20,
21 45:24 46:8,18,20
47:2,3 49:21 52:11
53:11,20 56:10,11,14,16
60:10 70:19 75:11,12
76:16,25 78:6 81:6 82:3,
15 85:25 87:24 91:19
95:20 96:4,12,16 98:16
99:10,12,18 100:14
101:10 102:3,20,24
104:20 105:6 107:4,24
110:7 111:23 113:14
114:20 117:2,9 131:9,14,
17,23,24 132:21 133:4,
16,25 135:1 137:4,6,10,
12,15 140:24 141:11
142:25 144:9

**west**
105:21

**Western**
21:18

**what**
6:4 8:20 9:24 10:12
12:24 13:13,19 15:17
17:24 18:15 19:20 20:11,
24 21:15 22:2,10,14,16,
20 23:13,16 26:1,8,14
27:6 29:1 30:11 32:8,24
33:7 34:15 36:20 37:2
40:10 41:16 42:12 43:13
46:18 47:3,17,18 48:4,15
49:9 53:6 57:6,7 58:4
60:24 61:19 62:16,17
63:21 66:3,4 67:4,17,23
68:4 69:19,22 70:1,9

71:12 73:2,5,8 77:7,11
78:16 79:14,17 80:10,20
81:17 83:17,25 84:3,4,17
85:7,23 86:8,25 88:24
89:2,11,19,20 90:4,12
91:21 92:2 94:13,22 96:9
98:18 99:12,18 100:5
101:15,21 102:2 103:10
106:3,4,5,8 107:6,14
108:16 110:1,12 113:9,
25 114:11,18 115:21,24
116:5,25 117:8 119:6,25
120:1,22,25 121:1,17
125:3 127:3 128:10,22
129:24 130:15,16 131:9,
13,18 132:4 133:3,11,16,
17 136:11,13 138:7
139:12,23 140:10,19,21
141:6,7,14,25 143:7
144:1

**what's**
10:10 21:19 26:9,17
34:14 51:21 55:4 85:2,7
92:13

**whatever**
26:16 44:23 45:4 110:2
113:24 115:18 133:21

**when**
6:12,14 7:21,25 8:17 9:2
13:4 19:12 22:8 25:17
28:4,19 29:5 30:7 31:8
39:18 42:7 43:25 44:1
45:24 46:6,18 47:3,4,19
48:5 50:10,20 55:1 56:5
57:6,24 59:6,21 60:3
61:20 63:9 72:11 73:15,
22 75:10 76:15,24 77:6
80:19 82:11 96:20 97:1
99:16 103:3 104:23
106:23 108:17 109:1,7,

17 112:22 113:4,5
117:19 122:4 126:21
130:9,17 131:14,15
140:9

**whenever**
133:24

**where**
6:6 9:21 11:6 16:25
18:24 21:10,11 22:15,17
23:7,19,22 26:23 28:12
31:4,6,12 54:22 61:23
62:7 66:12,25 74:13 82:3
95:25 105:12 109:20
114:3,5,10 115:22 120:6,
10,12,20 121:11,22
122:3,14

**WHEREUPON**
5:16

**whether**
9:3 15:7 16:11 17:5 18:8
42:10 46:13 59:23 60:14
86:1 87:24 89:1,25 98:25
99:5 101:3 117:10
130:18 131:11 133:5
140:8

**which**
7:18 8:3 16:16 34:2 35:1
44:2 58:5,23 59:8 60:14
63:8 67:5,17 78:22 80:16
88:14 96:7 102:7,9
105:10,12 120:16 129:10
134:1 137:12,16 140:14
143:16

**while**
8:4,11 52:11 55:19 93:8
99:12 109:24

**white**
13:10,14 14:15,19,22
15:3,8,14 27:13 30:14

31:1,13,23 32:3,23 33:5,
12 34:12 36:20 37:16,20,
24 38:6,19 39:3,24 40:2,
15,23 41:4,9 42:23 43:6,
14,22 44:5,20,24 45:3,
10,19,23 46:6,13 47:2,10
52:7 55:2 59:22 63:2,4
73:23 74:6 76:9 81:9,14,
19,23 82:1 84:2,9 85:6,9,
20 89:25 95:2 98:14,22
99:1 109:16 110:6
115:14 116:1,9 135:14
142:5,14,15

**White's**
15:17 37:17 41:3 63:8,
16,18

**who**
8:25 10:3,5 11:19,23,25
12:15 20:19 22:3,6 28:18
34:17,19 35:5 42:18 46:8
56:10,23,25 60:15 65:18
78:16 79:8 95:8 102:2
117:10 119:18 135:3

**whole**
25:3 46:25 79:4 81:12
96:7 116:4 137:22

**why**
15:15 51:4 53:4,6,20
56:9 86:7

**width**
137:16

**will**
9:20,22,25 10:4 11:7
19:4 45:2 111:16 130:9
139:23 143:25

**willing**
109:7

**wiping**

66:19

**with**
5:8 7:21,23 8:8,11 9:2,13
10:22 11:21 13:13 15:13,
20 16:7,12 17:17,21
18:20,25 20:2,4,17 21:5,
15 22:2,5,9,17 24:25
25:16 26:25 27:10 28:1,
24 29:1 30:14 31:24
32:15,17,20 33:5 34:11
35:3 36:25 37:14 38:5
40:14,24 41:5 42:15,21,
24,25 43:7,22 44:3
45:19,25 46:9,22 47:13,
24 48:16 49:4 51:12
52:23 53:12 54:17 56:10,
18 57:2 59:1,7,12 60:6
61:1 62:11,15 63:19
64:6,7 65:14 66:20 67:10
71:4 72:6 74:2,10 77:3
78:21 81:1,4,5,7,25
84:23 85:6,11 86:23
90:24 91:22,23 92:5,9,15
93:3,6 94:5,20 96:7
98:11,14 99:1 103:9
104:25 105:13,24
106:16,21 107:2,8,20,25
109:15,23 110:2,6 114:7,
16,23 115:1,15 118:17
119:20 120:6,21 121:6,
12,20 122:6,16,19
126:10,17,22 127:16,21,
24 129:24 130:13 131:8
132:6,22 133:16 134:17,
23 137:1,17 138:12
141:9,13 142:5 143:2

**within**
6:24 8:1 9:19 29:15,22
30:4 32:25 42:4 54:18
60:6 143:9

**without**
19:24 35:21 45:20 47:8
50:4 84:24 93:7 95:13
136:16

**witness**
5:3,18 9:18 10:21 11:11
12:8 13:19 14:4,7 15:19
16:22 18:17 20:1,8,11
24:11,20 25:20 26:21
27:21 28:3,7 32:8 35:11,
16 36:4 40:6,19 43:3,10
44:12,22 46:3,12 47:25
50:3,14,17 51:24 54:21
55:13 56:14 57:14 62:20
66:3 67:12 69:6,9,19,21
77:15,25 78:21 80:25
82:24 83:6,14 85:19
87:22 89:8 91:1 93:5,16
95:17,23 96:15,24 97:3
98:3 100:23 101:7,12,20
102:15,20 103:21 104:20
105:3,6,18,24 106:2
108:10,22 110:10 111:7
117:6 118:3 119:25
120:25 121:10,20 123:8,
21 126:6 127:19 128:5,
13,25 129:20 133:9,20
134:11 138:10 139:9,11
142:2 143:20,22

**witness's**
93:1,24

**witnessed**
124:18 128:6

**witnesses**
19:5 23:2,18 25:20 26:22
94:25 108:7 116:9,20
117:2,11

**witnessing**
119:22 120:3

**won't**
93:25

**wondering**
69:13 130:16

**word**
8:14 47:14 83:16 92:10
94:12 132:2

**words**
39:22 42:9,14 51:8 70:24
78:1 86:18,19,20 93:17
123:8,11,22

**work**
97:21 119:18 132:16

**worked**
6:17

**working**
6:14 16:8 19:2 56:18
57:2

**works**
18:20 129:13

**would**
5:7 11:21 16:5,24 17:24,
25 18:10 20:1,3,12,25
21:17 22:7 26:12 28:3
31:25 32:1 45:21 47:6
49:6,15,24 50:5,19 51:24
52:12 53:7,12 54:6,7,25
57:15,16 59:16 60:22,25
62:14,21 75:24 76:14
81:1 82:4 85:1 92:13,21
93:14 96:13,16 97:7,15
100:4,18,24 101:20,23,
24 102:5 103:22,23
107:18 108:3,6 110:10,
25 113:2,4,6,8,23 114:17
116:4,24 117:9,10
119:20 129:10 131:21,25
132:11 133:23 134:3

136:16 138:10,13,16
139:3,22 141:7 143:17

**wouldn't**
16:16 38:14 94:20 98:3
99:14,15 108:11 116:19
134:25

**wound**
59:15 106:5 124:10,14,
18 137:17

**wounds**
124:6 138:16 141:10

**write**
33:20 130:6

**writing**
139:11

**written**
61:16 63:5 139:13

_____

Y
_____

**yeah**
8:16 9:16 17:15 21:9
36:15,16 40:10 41:11,16
61:5 62:3 67:12 71:6
72:1 73:18 74:2,18 75:15
76:2 78:5 81:12 83:25
93:21 96:23 97:1 99:3
103:6 120:20 127:6,23
130:22 131:2,8 133:15
141:22 142:4

**yes**
6:19 7:17,25 8:9,16,21
12:20 14:4,7 15:5,9
16:14 17:19 18:5,9 19:11
20:8 21:23 22:19 23:15
24:11 27:5 28:6,11,14,24
29:3,10,13,20 30:2,19,23
31:10,11,18 33:10,13,16,

19 34:6,9,18,25 35:7
37:7 38:4 45:17 48:5
52:21 53:5 54:14 55:4
58:1,13,25 59:4,14 60:8
61:12,17 63:3,6,14 64:4,
8,13,17,20,22 65:4,15,
19,22 66:14,23 67:3
68:6,18 70:10,17,22
71:1,2,8,22,23 72:3,9,13,
15,18,21,24 73:4,7,11
74:12,18,25 75:6,15,19
76:4,7,13,17,23 77:1,5,9
79:1,6,10,15,24 80:1,18
82:12,16,19 85:7,8,12
87:15,18,21 88:3 89:8
90:6 91:9,14,18,25
101:16 102:16 104:6,7,
15 106:11,15 109:21
111:15 112:6,11,13,16,
18,21 113:13,23 114:4,9
115:3,10,13 119:2,5
121:1 123:8 124:4 125:5
126:18,24 127:2,5,10,13,
17 128:13,15,16 129:4,
11 131:1,22 132:19
134:11,19 135:10,16,22,
25 136:9 138:6 140:1,6
141:15 142:2,6,12,16
143:5,10

**yesterday**
78:7,12 80:10,13,17,20,
22

**yet**
53:16 100:9 135:1

**you**
5:15,24 6:2,12,14,17,20,
23 7:16,19,21,23 8:2,3,4,
8,10,11,14,17,18,23 9:2,
9,21 10:20,24 11:9,13,
14,15 12:13,18 13:2,9,

11,12,22,24 14:9,13,16,
18 15:2,6,10,14,15
16:10,15 17:4,12 18:3,
10,15 19:8,12,16,20,24
20:7,14,16,19,21,24,25
21:1,4,14,15,19,22,24
22:3,4,11,16,17,20,21
23:4,12,13,16,24 24:16,
24 25:4,5,10,15,17,24
26:2,10,17 27:3,9,15,24,
25 28:3,4,9,12,13,15,16,
19,21,22,25 29:1,4,5,8,
11,14,18,21,25 30:3,10,
16,20,24,25 31:4,8,12,
16,17,20,25 32:1,3,9,11,
13,23,24,25 33:3,7,8,14,
17,22 34:3,7,17 35:1,8,
22 36:19,20,22,23 37:14,
16 38:2,6,19,20 39:3,5,
10,21,24 40:15,23 41:4,
8,9,16,18,21 42:3,12,15,
23 43:5,6,13,14,21,22
44:5,12 45:9,10,18,21,23
46:6,16,17,18 47:3,6,10,
11,12,17,19 48:2,5,6,18
49:2,6,7,13,14,15,21,24
50:25 51:1,2,3,4,12,15,
21 52:1,2,4,11,17,23
53:1,4,6,19,20,25 54:3,5,
9,11,15,17 55:1,9,10,19,
22,25 56:1,5,10,15,18,23
57:6,7,11,15,22,24 58:4,
6,9,15,19,22 59:2,13,18,
20 60:1,7 61:2,4,6,9,10,
15,16,22 62:2,12,18,25
63:1,5,7,16 64:1,11,12,
14,19,21,24 65:5,6,8,16,
20,23 66:8,17,18,24
67:4,8,10,16,19,23,24
68:5,15,19 69:7,10,17
70:3,6,15,16,18,19,20,23
71:3,10,14,20,24 72:4,6,

8,22 73:2 74:1,5,8,13,22
75:1,2,3,9,16,23 76:8,10,
18,22 77:2,6,7,15 78:4,
11,15,22 79:7,8,9,16,19
80:2,8,9 81:3,6,8,19,20,
24 82:2,3,7,8,13,14
83:10 84:2,6,9,11,14,15,
18,21,23 85:2,9 86:14,15
87:7,8,11,12,24 88:1,4,8,
19,21,23 89:1,2,10,11,
24,25 90:3,4,7,10,14,15,
24 91:7,8,11,12,13,16,
19,22,23 92:2,5,11,16,
17,24 93:4,12,13,19,22,
25 94:8,10,17,22 95:8,
10,11,12,14,15,20 96:5,
8,20,22 97:1,2,7,15 98:1,
10,13,25 99:7,10,11,12,
19,24 100:3,13,14,17,18
101:2,10,15,17 102:2,7,
8,9,24,25 103:3,4,13,22
104:1,13,16,23 106:8,9,
12,23 107:4,7,18,24
108:3,6,16,17,22 109:3,
4,14,17 110:4,15,17,20,
21,23,24 111:1,4,8,12,
17,20,23 112:4,8,9,19
113:1,4,9,11,14,20,24
114:2,5,8,10,14 115:7,
14,20,25 116:1,5,7,8,10,
18 117:1,10,18,21,23
118:11,12,16,18,25
119:9,12,16,17,20 120:8,
10,14,25 121:9,19 122:4,
9,10,22 124:6,9,13,16,
18,22,25 125:3,6,11,14,
17,19 126:17,25 127:3,4,
6,9,14,15,22 128:5,21
129:8,9,12,24,25 130:2,
4,5,22,23,25 131:5,9,13,
14,23,24 132:3,8,11,17,
21,22 133:1,3,16 134:9,

16,18,21,25 135:3,8,9,
11,15,17,20,23 136:1,4,
7,11,13,16,20,24 137:4,
6,10,15 138:4,19,25
139:3,9,12,18,23,24
140:7,8,9,22,24,25
141:3,7,24 142:11,14,18,
25 143:6,11,14,15,16,17,
18,19,23 144:1

**you'd**
  123:23

**you'll**
  107:8 113:10 122:14
  127:8 142:4,8

**you're**
  8:20 11:10 36:10 49:13
  50:10,11 52:18 58:20
  59:6 60:3 61:20 63:9
  67:23 69:13,16 75:8,20,
  21,25 80:12,16 89:19
  92:6 104:11 111:14

**you've**
  60:24 67:22 86:4

**your**
  5:24 6:4,12,23 8:18 9:4
  19:8 21:8 22:2 24:5
  27:10 28:1 29:15 30:12
  31:21,23 32:17,20 33:5
  34:11 37:15 38:5 39:9,23
  40:11,13 41:15 42:23
  44:4,17 45:19 47:1,13,14
  50:24 54:13 55:24 58:9
  59:1,2 62:12 63:19 64:6
  65:13,14 67:17 68:16
  75:17 76:10,19 84:6,13
  85:4,13 92:1,9 94:4,5,23
  97:8,16 98:11 99:1,7,16
  103:13 107:25 108:5
  110:7 111:2 112:22
  113:19 114:25 116:21

 118:17 119:8,10 130:24
 131:14,15 137:5,11
 138:7 139:18 141:12
 142:13 143:1,15,19

**yourself**
 58:23 59:6 61:20 62:3,6
 142:25

_____

**Z**
_____

**Zoom**
 69:12