# EXHIBIT 24

·IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

· · · · ·EASTERN DIVISION

TABATHA WASHINGTON AND· · · · )

DONTE HOWARD,· · · · · · · · ·)

· · · · · · · Plaintiffs, ) · 20 cv 00442

· · · vs.· · · · · · · · · )

CITY OF CHICAGO, et al.,· · )

· · · · · · · Defendants.· · )


THE REMOTE DEPOSITION OF KIRSTIN HOWELL, M.D.

July 7, 2021

**CERTIFIED TRANSCRIPT**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 2..5
KIRSTIN HOWELL, M.D., 07/07/2021

---

Page 2

1 · · · · · · The remote deposition of KIRSTIN HOWELL,
2 · M.D., called by the Defendant for examination, taken
3 · pursuant to the Code of Civil Procedure and the
4 · Rules of the Supreme Court of the State of Illinois
5 · pertaining to the taking of depositions for the
6 · purposes of evidence, taken before Sheri E. Liss,
7 · CSR NO. 084-002600, a Certified Shorthand Reporter
8 · within and for the State of Illinois, Registered
9 · Professional Reporter, Certified Realtime Reporter,
10 · on July 7, 2021 at the hour 9:00 o'clock a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1 · APPEARANCES:
2 · · · VITALE, VICKREY, NIRO, SOLON & GASEY, LLP
3 · · · · 311 South Wacker Drive, Suite 2470
4 · · · · Chicago, IL 60606
5 · · · BY:· DYLAN M. BROWN, ESQ.,
6 · · · · dbrown@vvnlaw.com
7 · · · · 312.236.0733
8 · · · · · · Appeared on behalf of the Plaintiffs;
9
10 · · BORKAN & SCAHILL, LTD.,
11 · · · · 20 South Clark Street, Suite 1700
12 · · · · Chicago, IL 60603
13 · · · BY:· EMILY E. SCHNIDT, ESQ.,
14 · · · · eschnidt@borkanscahill.com
15 · · · · 312.580.1030
16 · · · · · · Appeared on behalf of the Defendants.
17
18
19
20
21
22
23
24
25

---

Page 4

1 · · · · · · · · · · I N D E X
2 · · · · · · · · · · · · · · · · · · · · · · Page
3 · BY MS. SCHNIDT· · · · · · · · · · ·6, 199
4 · BY MR. BROWN· · · · · · · · · · · ·176, 205
5
6 · · · · · · · · E X H I B I T S
7 · Howell· · · · · · · · Description
8 · Page
9 · Exhibit 1· · · Medical Examiner Investigations Case· ·29
10 · · · · · · · · ·Report
11 · Exhibit 6· · · Photographs · · · · · · · · · · · ·43
12 · Exhibit 2· · · Report of Postmortem Examination · · · · 49
13 · Exhibit 7· · · Autopsy photos · · · · · · · · · · 83
14 · Exhibit 9· · · Photograph · · · · · · · · · · · · 90
15 · Exhibit 10· · Photograph · · · · · · · · · · · · 90
16 · Exhibit 11· · Photograph · · · · · · · · · · · · 98
17 · Exhibit 3· · · Five pages of documents · · · · · · ·111
18 · Exhibit 12· · X-ray · · · · · · · · · · · · · · 119
19 · Exhibit 13· · Anteroposterior radiograph · · · · · ·120
20 · Exhibit 14· · Screen shot · · · · · · · · · · · 122
21 · Exhibit 4· · · Notes · · · · · · · · · · · · · · 133
22 · Exhibit 8· · · Criminal trial testimony · · · · · · · 136
23 · Exhibit 15· · Photo of Pole 1· · · · · · · · · · ·161
24 · Exhibit 16· · Photo of Pole 2· · · · · · · · · · ·161
25

---

Page 5

1 · · · · · · E X H I B I T S (continued)
2 · Howell· · · · · · · · Description
3 · Page
4 · Exhibit 17· · Photo of Pole 3· · · · · · · · · · ·161
5 · Exhibit 18· · Photo of Pole 4· · · · · · · · · · ·161
6 · Exhibit 19· · Jpeg photo File No. 129670019· · · · · ·161
7 · Exhibit 20· · Photos Bates marked SAO0060 and 0061· ·164
8 · Plaintiff's· · Image of 1744 · · · · · · · · · · ·199
9 · Exhibit 20
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

1   (Whereupon, the witness was
2   sworn.)
3   KIRSTIN HOWELL, M.D.,
4   having been first duly sworn, was examined and
5   testified as follows:
6   EXAMINATION
7   BY MS. SCHNIDT:
8   Q.   Can you please state your name and spell
9   your first and last name for the record?
10  A.   Kirstin, K-i-r-s-t-i-n, Howell,
11  H-o-w-e-l-l.
12  Q.   And, Dr. Howell, have you ever given a
13  deposition before?
14  A.   Yes.
15  Q.   When was the last time approximately?
16  A.   It was last fall.
17  Q.   Approximately how many depositions have
18  you given?
19  A.   This is my third.
20  Q.   I'm just going to go through a few of
21  the quick ground rules with you then.  First of all,
22  make sure all of your answers are verbal.  No uh-uh,
23  uh-huh, nodding or shaking your head.  If you do
24  that, I'm going to ask you is that a yes or no.  Not
25  because I'm trying to be disrespectful.  Because we

Page 7

1   have to get your answer down for the court reporter.
2   Okay?
3   A.   Yes.
4   Q.   Give me the opportunity to finish my
5   question before you give your answer.  Especially
6   over Zoom, it makes it much more difficult for the
7   court reporter to take down everything we're saying
8   if you and I are speaking over each other.  And I
9   will do my best also not to interrupt you when you
10  are giving an answer.  Okay?
11  A.   Okay.
12  (Technical difficulties.)
13  BY MS. SCHNIDT:
14  Q.   Dr. Howell, if I ask you any question
15  that doesn't make sense or you don't understand,
16  please let me know.  I'm happy to repeat or rephrase
17  anything that I ask you.  And I can guarantee you I
18  will likely ask poor questions today, but if you
19  answer the question, we're going to assume that you
20  understood the question.
21  Q.   Does that sound fair?
22  A.   Yes.
23  Q.   If at any point you need to take a break
24  during this deposition, please let me know.  I'm
25  happy to take a break for any reason.  You don't

Page 8

1   need to tell me why.  All you need to do is let me
2   know you need to take a break.  Okay?
3   A.   Okay.
4   Q.   And if there is any other ground rule
5   that comes to me as we're doing this, I will let you
6   know, but let's go ahead and get started.
7   What is your date of birth?
8   A.   .
9   Q.   Where are you located currently for this
10  deposition?
11  A.   I am in my office at the Cook County
12  Medical Examiner's Office.
13  Q.   So are you currently employed by the
14  Cook County Medical Examiner's Office?
15  A.   Yes, I am currently employed at the Cook
16  County Medical Examiner.
17  Q.   Can you give me the address for that?
18  A.   2121 West Harrison 60612.
19  Q.   Is there a suite number?
20  A.   No.
21  Q.   And what's a good phone number to reach
22  you?
23  A.   .
24  Q.   Okay. So let's talk briefly about your
25  educational history; although I'm guessing it's

Page 9

1   probably not brief.
2   Where did you do your undergraduate
3   studies?
4   A.   I received a bachelor of science from
5   Tufts University in Medford, Massachusetts in 2001.
6   Q.   And did you receive a medical degree
7   after that?
8   A.   I did.  I received a medical degree from
9   Temple University School of Medicine in
10  Philadelphia, Pennsylvania in 2008.
11  Q.   After receiving your medical degree,
12  where did you go?
13  A.   I actually went to Mount Sinai Hospital
14  here in Chicago and did several years of a surgery
15  residency.
16  Q.   And what is several years?
17  A.   I did three years of a surgery residency
18  and I did one year of research with this residency.
19  Q.   So four years total?
20  A.   Yes.
21  Q.   Okay. What did you study during that
22  one year of research?
23  A.   I looked at burn injury in mice and some
24  hemopoietic dysregulation that occurred during burn
25  injury.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 10..13
KIRSTIN HOWELL, M.D., 07/07/2021

Page 10

1    Q.   Were you published as a result of that
2    research year?
3         A.   I was.
4    Q.   And how many times have you been
5    published?
6         A.   Just the once.
7    Q.   Was the publication, "High MafB
8    Expression Following Burn Augments Monocyte
9    Commitment and Inhibits DC Differentiation in
10   Hemopoietic Progenitors"?
11        A.   Yes.
12   Q.   And you were the lead author on that?
13        A.   Yes.
14   Q.   Okay.  Any other publications?
15        A.   No.  That's my only publication.
16   Q.   Was the surgery residency before the one
17   year research?
18        A.   So the research was kind of built into
19   the surgery residency.  I did two years of surgery
20   residency, one year of research and one more year of
21   surgery residency.
22   Q.   And after completing your residency with
23   Mount Sinai Hospital, where did you go next?
24        A.   I did not complete a surgery residency.
25   I only did three of five years and then I switched

Page 11

1    to pathology, and I completed a pathology residency
2    at Northwestern University in Chicago.  I completed
3    that in 2017.
4    Q.   How many years were in the pathology
5    residency?
6         A.   The pathology residency was four years.
7    Q.   So a total of eight years residency?
8         A.   So I guess it would be seven years total
9    residency plus that one year of research.
10   Q.   After completing your pathology
11   residency at Northwestern University, where did you
12   go after that?
13        A.   I started a fellowship at the Cook
14   County Medical Examiner's Office for forensic
15   pathology.
16   Q.   And how long was that fellowship?
17        A.   A one-year fellowship.
18   Q.   So you completed that in 2018?
19        A.   Yes.
20   Q.   Do you recall when you completed that
21   fellowship in 2018?
22        A.   It would have been June 30th would have
23   been the last day.
24   Q.     Since June 30, 2018, where are you been
25   working?

Page 12

1         A.   I have been employed at the Cook County
2    Medical Examiner's Office.
3    Q.   What is your title currently?
4         A.   I am an assistant medical examiner.
5    Q.   When you completed your fellowship in
6    June of 2018, did you immediately become an
7    assistant medical examiner?
8         A.   Yes.
9    Q.   Do you have any other current
10   employment?
11        A.   I work at Northwestern University, at
12   Northwestern Memorial Hospital central downtown
13   office, with their autopsy pathology department.
14   Q.   What is your -- you're working in the
15   autopsy pathology department, what is your role
16   there?
17        A.   I am an adjunct associate professor.
18   Q.   Do you teach courses to graduate
19   students?
20        A.   I do a lecture for the residents in the
21   anatomic and clinical pathology program and I
22   supervise two days of autopsy a month there in the
23   autopsy department.
24   Q.   What is the topic of the lecture that
25   you give for residents?

Page 13

1         A.   Forensic pathology.
2    Q.   Does everyone at the Cook County Medical
3    Examiner's Office also have an adjunct professor
4    role at Northwestern?
5         A.   Not at Northwestern.  I don't know where
6    other AME's have, if they do have, adjunct
7    professorships.
8    Q.   So is this something that you're just
9    doing in addition to the Cook County Medical
10   Examiner's Office for involvement with research
11   students?  What's your reasoning for doing it?
12        A.   It is to keep working with the program
13   that I trained at and it provides them education in
14   forensic pathology and it provides a break to the
15   other forensic pathologists on staff.
16   Q.   The two days of autopsies that you
17   supervise per month, approximately how many
18   autopsies are done in each day?
19        A.     It varies widely, zero to three a day.
20        Q.     And is that more of a teaching autopsy
21   for residents?
22        A.   Yes.  Those are hospital autopsies.
23   They are not forensic autopsies.
24   Q.   So what's the difference between a
25   hospital autopsy and a forensic autopsy?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                     Pages 14..17
KIRSTIN HOWELL, M.D., 07/07/2021

Page 14

·1   · ·A.· ·Hospital autopsy usually there is some
·2   idea of why the person died.· It's for educational
·3   purposes for our residents and for the team that was
·4   taking care of the patient.· They died from natural
·5   causes, not due to accident, trauma or suicide,
·6   homicide or undetermined means.· It will be a
·7   natural death.· Usually the history is known for the
·8   patients, the medical history is known.· The family
·9   has to give consent for those autopsies and
10   implement those autopsies.
11   · ·Q.· ·What do you mean they "implement" those
12   autopsies?· The family?
13   · ·A.· ·Yes, the family can.
14   · ·Q.· ·And by contrast, what's a forensic
15   autopsy?
16   · ·A.· ·So a forensic autopsy, we have
17   jurisdiction over accident, suicides, homicides,
18   young people that died unexpectedly in their homes.
19   Any death that occurred outside of the care of a
20   medical professional is referred to our office and
21   then we have criteria for whether they come in and
22   receive an autopsy or we just sign the death
23   certificate.
24   · ·Q.· ·Is there any type of limitation on you
25   in performing a forensic autopsy?

Page 15

·1   · ·A.· ·No.· It's usually at the discretion of
·2   the pathologist.
·3   · ·Q.· ·Have you supervised any fellows in your
·4   position now?
·5   · ·A.· ·Yes.
·6   · ·Q.· ·Approximately how many?
·7   · ·A.· ·How many fellows?
·8   · ·Q.· ·Yes.
·9   · ·A.· ·There have been five -- excuse me --
10   seven fellows that I have supervised.
11   · · ·Q.· · When was your most recent supervision?
12   · · ·A.· · Most recent supervision would have been
13   in end of July.
14   · ·Q.· ·It looks like you're looking at
15   something.· Is there something you're reading?
16   · ·A.· ·I have a documentation that keeps
17   track -- I have like the schedule and it shows where
18   I supervised.
19   · ·Q.· ·Okay.· And when did you start
20   supervising fellows?
21   · ·A.· ·Excuse me.· It would have been end of
22   June because we are in July now.
23   · ·Q.· ·Right.· Based on that?
24   · ·A.· ·It would have been 2018.· I am
25   uncertain.· It would have been after July 1; either

Page 16

·1   August, September or October of 2018.
·2   · ·Q.· ·What are the qualifications to become an
·3   assistant medical examiner?
·4   · ·A.· ·You have to be trained in anatomical
·5   clinical pathology.· You can apply for the position
·6   if you have the potential to be a board certified in
·7   anatomical and clinical pathology and then forensic
·8   pathology.
·9   · ·Q.· ·So are you board certified in two areas
10   then?
11   · ·A.· ·Yes.· I am board certified in anatomical
12   and clinical pathology and I am board certified in
13   forensic pathology.
14   · ·Q.· ·I'm going to need you to repeat that
15   because you went pretty quick.· Anatomical and what
16   pathology?
17   · ·A.· · Clinical pathology.
18   · ·Q.· · And then forensic pathology?
19   · ·A.· · Correct.
20   · ·Q.· · Is there -- what is the difference
21   between someone who is board certified in anatomical
22   and clinical pathology versus someone who is board
23   certified in forensic pathology?
24   · ·A.· ·Anatomic and clinical pathology is
25   baseline pathology board certification.· So someone

Page 17

·1   who examines bodies, tissues, organs, blood and body
·2   fluids to diagnose and monitor diseases.
·3   · · · · · · ·Whereas forensic pathology is
·4   additional training on top of the pathology
·5   training.· And that is to examine people after they
·6   have died to determine the cause and manner of
·7   death.
·8   · ·Q.· · Have you been employed in any other
·9   position in the field of forensic pathology other
10   than the Cook County Medical Examiner's Office and
11   Northwestern University?
12   · ·A.· ·No.
13   · ·Q.· ·Have you done any other seminars other
14   than your lecture as the adjunct associate professor
15   at Northwestern University?
16   · ·A.· ·I -- define seminar.
17   · ·Q.· ·Have you given other lectures?
18   · ·A.· ·Yes.· I lecture for the Lurie Children's
19   Hospital for their pathology department.· I've done
20   annual lectures with them about pediatric forensic
21   pathology, and I have done presentations at our --
22   some national conferences, and I lecture our
23   fellows.
24   · · ·Q.· · Do you have a current curriculum vitae?
25   · · ·A.· ·I do, and I can send it.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 18..21
KIRSTIN HOWELL, M.D., 07/07/2021

Page 18

·1· · Q.· ·That would be wonderful.· You can send
·2· it after the deposition.· I don't need it right now.
·3· We'll get it from you.
·4· · · · · What is the email address for you?
·5· · · A.· · Kirstin.howell@cookcountyil.gov.
·6· · · Q.· · Okay.· Thank you.
·7· · · · · What is your current licence with
·8· the State of Illinois?
·9· · · A.· ·It is a permanent license and it is good
10· through 2023.
11· · · Q.· ·So you had a temporary medical permit in
12· 2008; is that right?
13· · · A.· ·Yes.
14· · · Q.· · And that expired in 2011?
15· · · A.· · Yes.
16· · · Q.· · What was that for?
17· · · A.· · When you start a training program; such
18· as a residency, then you usually start with a
19· temporary license.
20· · · Q.· ·And then you received your permanent
21· license in 2011?
22· · · A.· ·Yes.
23· · · Q.· ·And why did you -- at what point in your
24· career did you receive the permanent license then?
25· · · A.· ·I would have still been in training for

Page 19

·1· surgery at that point.
·2· · · Q.· ·Is there a reason why when you started
·3· residency you had a temporary one and then while you
·4· were still in residency, you received a permanent
·5· license?
·6· · · A.· ·My temporary license would have expired
·7· because they only last for a certain number of
·8· years.· I do not recall the exact situation of why
·9· you start with a temporary and then switch to a
10· permanent.· But with training, you are frequently in
11· different locations, and I imagine that has
12· something to do with it because you might not stay
13· in Illinois for your entire training or your entire
14· career.
15· · · Q.· ·Are you licensed in any other state?
16· · · A.· ·No.
17· · · Q.· ·Does your curriculum vitae include any
18· memberships you currently have in any organizations?
19· · · A.· ·Yes.· I am a member of the American
20· Society of Clinical Pathology, of the College of
21· American Pathologists, of the National Association
22· of Medical Examiners and the American Academy of
23· Forensic Scientists.
24· · · Q.· ·Have you had any leadership positions in
25· those organizations?

Page 20

·1· · · A.· ·No.
·2· · · Q.· ·Have you ever been retained as an expert
·3· in any criminal or civil case?
·4· · · A.· ·Have I testified, is that what you're
·5· asking?
·6· · · Q.· ·So there's a difference.· You have
·7· testified.· You have been certified as an expert in
·8· court, right?
·9· · · A.· ·Yes.
10· · · Q.· ·My question is more geared towards being
11· retained by someone in a civil or criminal case.· So
12· they're paying you separately to review a case or
13· provide testimony.· Do you understand?
14· · · A.· ·Yes.· I have not done that.
15· · · Q.· ·Okay.· Has your testimony then always
16· been affiliated with work you have done during a
17· forensic autopsy either for the Cook County Medical
18· Examiner's Office or Northwestern University?
19· · · A.· ·Either work that I have done or a case
20· that has been performed at the Cook County Medical
21· Examiner's Office.
22· · · Q.· ·Okay.· Like somebody you supervised
23· performed the work and you were watching it?
24· · · A.· ·No.· As in someone has left the office
25· and they needed a pathologist to testify for the

Page 21

·1· case.
·2· · · Q.· ·Okay.· Approximately how many times have
·3· you testified in court?
·4· · · A.· · 11.
·5· · · Q.· · And have those all been criminal cases?
·6· · · A.· ·Yes.
·7· · · Q.· ·When you said it, you kind of questioned
·8· it.· Do you know the difference between criminal and
·9· civil court?
10· · · A.· ·No.
11· · · Q.· ·Okay.· That's fair.· So, actually, this
12· is a civil case that you're testifying in presently.
13· · · · · · · You said you've given three
14· depositions before.
15· · · A.· ·Two depositions before.
16· · · Q.· ·Two depositions before.· Okay.
17· · · · · · · Have you testified in court
18· relative to those cases in which you gave a
19· deposition?
20· · · A.· ·No.
21· · · Q.· ·So is it fair to say that while you
22· testified in court 11 times, you don't know if they
23· have all been criminal or if some have been civil;
24· is that fair?
25· · · A.· ·I guess it's fair.· I don't know what

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 22..25
KIRSTIN HOWELL, M.D., 07/07/2021

Page 22

1  the --
2     Q.    That's fine.  How frequently do you have
3  to undergo continuing medical education courses?
4     A.    I have to be recertified every two
5  years, and there are a certain number of continuing
6  medical education credits that I have to receive in
7  that two-year period.
8     Q.    Do you know that number?
9     A.    I do not.
10     Q.    And do you have to be recertified in
11  forensic pathology and anatomical and clinical
12  pathology every two years?
13     A.    So the continuing -- I am not sure how
14  it all breaks down.  I know I have to do CME and I
15  have to do it every two years.  My board
16  certification is good for 10 years.  But there is a
17  continual testing that I am part of for that board
18  certification.
19     Q.    Is your board certification, that's
20  every 10 years for both forensic pathology and
21  anatomical and clinical pathology?
22     A.    Yes.  Each one has a 10-year.
23     Q.    And are they on the same track for you?
24     A.    They would be one year off because I
25  finished forensic pathology one year after

Page 23

1  anatomical and clinical pathology.
2     Q.    So that's pretty frequently that you're
3  doing continuing education courses as well as what
4  you need to be recertified every 10 years, right?
5     A.    Yes.  Like the program that I am part of
6  for my board certification is a quarterly testing.
7     Q.    Okay.  I guess because I want to make
8  sure I'm clear in my head.  When you're saying the
9  program you're part of is a quarterly testing, is
10  that every four years you test for something?
11     A.    No.  To be board certified, I travel to
12  a different state.  It's a full day examine for
13  initial board certification.  And for my continuing
14  board certification, there is currently a program
15  that every three months there are a series of
16  questions I answer.
17     Q.    Okay.
18     A.    Whereas previous people would go in
19  10 years and take the exam again.
20     Q.    You rather keep it more frequent?
21     A.    It was a pilot program when I started.
22  So some people signed up for it and some people
23  didn't.  But I think they are phasing into everyone
24  doing that.
25     Q.    Okay.  So on the Cook County Medical

Page 24

1  Examiner's Office's website, there's an explanation
2  of what a one-year fellowship in forensic pathology
3  is like.
4     .    .    .    .    .    .    .    .    Have you seen that before?
5     A.    I don't know.
6     Q.    Tell me if you agree with this statement
7  with regard to a fellowship -- the fellowship you
8  did with the Cook County Medical Examiner's Office,
9  okay?  "The selected fellow will receive training in
10  scene investigation, forensic toxicology, firearms,
11  odontology, autopsy techniques, injury pattern
12  recognition, and anthropology.  In addition the
13  selected fellow will perform about 250 autopsies."
14     A.    Yes.
15     Q.    Was that the program that you were a
16  part of back in 2017 to 2018?
17     A.    Yes.
18     Q.    So you received training in all those
19  areas during that one-year fellowship?
20     A.    Yes.
21     Q.    On May 31, 2018, were you a fellow with
22  the Cook County Medical Examiner's Office?
23     A.    Yes.
24     Q.    Did you have oversight then by an
25  assistant medical examiner?

Page 25

1     A.    Yes.
2     Q.    Who supervised you during your
3  fellowship?
4     A.    It was a variety of different assistant
5  medical examiners at the office.
6     Q.    So there wasn't like one constant person
7  during that one year?
8     A.    No.  It would have been I worked with
9  all of the different medical examiners that we had
10  at the office.
11     Q.    And now as an assistant medical
12  examiner -- let me ask you this:  What's the
13  difference between a fellow and an assistant medical
14  examiner with the Cook County Medical Examiner's
15  Office?
16     A.    A fellow is still in training and is
17  still learning the techniques to become a forensic
18  pathology, whereas an assistant medical examiner has
19  completed fellowship training in forensic pathology.
20  A fellow also has to be supervised because they are
21  not a full forensic pathologist.
22     Q.    Whereas an assistant medical examiner
23  you're not supervised?
24     A.    Correct.
25     Q.    When you -- as soon as you completed

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 26..29
KIRSTIN HOWELL, M.D., 07/07/2021

Page 26

1  your fellowship with the Cook County Medical
2  Examiner's Office, did they hire you as an assistant
3  medical examiner?
4  · · · ·A.· ·I was hired during my fellowship.
5  · · · ·Q.· ·And so on June 30, 2018, you were done
6  being a fellow and you became an assistant medical
7  examiner on July 1st?
8  · · · ·A.· ·Yes.
9  · · · ·Q.· ·And as of July 1st, you didn't need
10 supervision any longer?
11 · · · ·A.· ·There is a period where you are on
12 probation after you are hired and there are always
13 people around that you can ask questions of, but I
14 did not have a dedicated supervisor for that time.
15 · · · ·Q.· ·For supervision, as of May 2018, May 31,
16 2018, how were you supervised?
17 · · · ·A.· ·So there would have been attending that
18 was assigned as supervisor for the day.· I would run
19 through my cases with them in the morning and then
20 they would be present for parts or all of the
21 autopsy.
22 · · · ·Q.· ·And before reaching a conclusion about
23 the cause and manner of death, did you have to get
24 approval by your supervisor?
25 · · · ·A.· ·Yes.· All the cases would have been

Page 27

1  discussed with a supervisor.
2  · · · ·Q.· ·Have you had an opportunity to review
3  your case report in this -- your postmortem
4  examination record?
5  · · · ·A.· ·Yes.
6  · · · ·Q.· ·Did you -- do you also call that a
7  protocol?
8  · · · ·A.· ·Yes.
9  · · · ·Q.· ·Okay.· What do you prefer?
10 · · · ·A.· ·Either is fine.
11 · · · ·Q.· ·Okay.· For the postmortem examination
12 record, have you had an opportunity to review yours
13 as it relates to the autopsy you performed on Kim
14 Edmondson?
15 · · · ·A.· ·Yes.
16 · · · ·Q.· ·That particular autopsy was -- I don't
17 know the word for it but, it was pretty detailed.· I
18 mean you went and examined significant portions of
19 his body, right?
20 · · · · · ·MR. BROWN:· I object to the leading
21 question.
22 BY MS. SCHNIDT:
23 · · · ·Q.· ·Go ahead.
24 · · · ·A.· ·It was a full autopsy.
25 · · · ·Q.· ·So I guess that's the description I'm

Page 28

1  looking for.· So for -- when do you decide whether a
2  full autopsy needs to be performed?
3  · · · ·A.· ·We do have protocols for the cases that
4  come into the office when a full autopsy is required
5  as well as it is at the discretion of the medical
6  examiner.· But possible homicides are always full
7  autopsies.
8  · · · ·Q.· ·So when you received the body of Kim
9  Edmondson at that point, was it a possible homicide?
10 · · · ·A.· ·Yes.
11 · · · ·Q.· · And why is that?
12 · · · ·A.· · Because there was a story of assault.
13 · · · ·Q.· ·So pursuant to the Cook County Medical
14 Examiner's Office's policies and procedures, because
15 there was a story of assault, you were required to
16 conduct a full autopsy?
17 · · · · · ·MR. BROWN:· Objection to the leading
18 question.
19 BY MS. SCHNIDT:
20 · · · ·Q.· · Go ahead.
21 · · · ·A.· · Yes.
22 · · · ·Q.· ·So I'm going to share my screen with
23 you.
24 · · · · · · ·Doctor, do you see this document at
25 the top it says "Medical Examiner Investigations

Page 29

1  Case Report"?
2  · · · ·A.· ·Yes.
3  · · · ·Q.· ·And at the bottom right it begins W15?
4  · · · ·A.· ·Yes.
5  · · · ·Q.· ·All right.· And it's a five-page
6  document that continues through W19.· Do you see
7  that?
8  · · · ·A.· ·Yes.
9  · · · ·Q.· ·All right.· For the record, I'm going to
10 mark this as Exhibit 1.· Hold on one second while I
11 find my copy on this computer.
12 · · · · · · · ·(Whereupon, Howell Exhibit 1
13 · · · · · · · ·marked by counsel.)
14 BY MS. SCHNIDT:
15 · · · ·Q.· ·All right.· So can you tell me what
16 Exhibit 1 is?
17 · · · ·A.· ·It's the investigative report that was
18 created for this case.
19 · · · ·Q.· ·Have you had an opportunity to review
20 this document before you came for your deposition
21 today?
22 · · · ·A.· ·Yes.
23 · · · ·Q.· ·Who prepared this document?
24 · · · ·A.· ·One of the investigators at the office.
25 · · · ·Q.· ·Hold on one second.· Is there -- do you

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.      Pages 30..33
KIRSTIN HOWELL, M.D., 07/07/2021

Page 30

·1  remember seeing the name of the investigator in a
·2  record?
·3    ·A.· ·It was probably on the first paragraph
·4  of the investigative report.
·5    ·Q.· ·So on Page 3 of Exhibit 1, the first
·6  full paragraph, the last sentence, Investigator
·7  Santoro?
·8    ·A.· ·Yes.
·9    ·Q.· ·Do you know Investigator Santoro?
10    ·A.· ·I know who is he, yes.
11    ·Q.· ·Is he still employed by the Cook County
12  Medical Examiner's Office?
13    ·A.· ·No.
14    ·Q.· ·Do you know -- well, was he employed by
15  the Cook County Medical Examiner's Office?
16    A.    Yes.
17    Q.    Do you know when he was last employed?
18    A.    I do not know.
19    Q.    Have you seen other case reports that
20  Investigator Santoro has performed?
21    ·A.· ·Yes.
22    ·Q.· ·And have you found them to be reliable?
23    ·A.· ·Yes.
24    · · · ·MR. BROWN:·Objection.·Lack of
25  foundation and vague.

Page 31

·1  BY MS. SCHNIDT:
·2    ·Q.· ·When I'm saying "reliable," meaning when
·3  you've reviewed Investigator Santoro's other reports
·4  and you subsequently heard information about a case
·5  either through detectives or some other person, have
·6  you ever believed that Investigator Santoro's
·7  reports were incorrect?
·8    · · · ·MR. BROWN:·Objection.·Calls for
·9  speculation, foundation, form.
10  BY MS. SCHNIDT:
11    Q.    Go ahead, Doctor.
12    A.    I don't recall.
13    Q.    Okay.·And why is it that this
14  particular case report, Exhibit 1, was performed?
15    ·A.· ·Somebody would have called in the case
16  to the office. And I am uncertain how the cases are
17  triaged in the investigations, but an investigator
18  would be assigned and would create the report.
19    ·Q.· ·Okay.·Would you rely upon the
20  investigator's report in coming to your conclusions
21  as to the cause and manner of death?
22    ·A.· ·It is one of the things I use to come to
23  a conclusion for cause and manner of death.
24    ·Q.· ·And in other cases, have you relied on
25  Investigator Santoro's report to come to a cause and

Page 32

·1  manner of death?
·2    ·A.· ·Yes.
·3    ·Q.· ·Have you ever questioned the
·4  truthfulness of his reports?
·5    ·A.· ·I don't recall.
·6    ·Q.· ·So would it be fair to say at all times
·7  that you used Investigator Santoro's reports, as far
·8  as you can recall, you relied on what he had and you
·9  believed the truthfulness of it?
10    A.    As far as I can recall, yes.
11    Q.    Okay.·So did you review this --
12  Investigator Santoro's report in coming to a
13  conclusion as to the cause and manner of death of
14  Kim Edmondson?
15    ·A.· ·I would have reviewed the report prior
16  to performing my autopsy and use that information
17  and also to find things from the autopsy to come to
18  a conclusion for cause and manner of death.
19    ·Q.· ·Was Investigator Santoro employed by the
20  Cook County Medical Examiner's Office when he
21  performed this report?
22    ·A.· ·I believe so.
23    ·Q.· ·Okay.·Are there currently when you
24  are -- as the assistant medical examiner of the Cook
25  County Medical Examiner's Office, are there other

Page 33

·1  investigators that work for Cook County Medical
·2  Examiner's Office?
·3    ·A.· ·Yes.
·4    ·Q.· ·And are those people employed by the
·5  Cook County Medical Examiner's Office?
·6    ·A.· ·They're employed by Cook County.·I am
·7  uncertain how all of the employment stuff shakes
·8  down.
·9    ·Q.· ·I understand what you're saying.·Do
10  they work within your building?
11    ·A.· ·Yes.
12    ·Q.· ·Are they on the same floor as where you
13  work?
14    ·A.· ·No.
15    ·Q.· ·They're on a separate floor?
16    ·A.· ·Yes.
17    ·Q.· ·How many investigators are there?
18    ·A.· ·I do not know.
19    ·Q.· ·I'm going to go through some of these
20  document. And if you don't know what it means, just
21  let me know.·Okay?
22    ·A.· ·Okay.
23    ·Q.· ·That was the other rule that always
24  escapes me every time I give the rules for some
25  reason.·We don't want you to guess or speculate as

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.     Pages 34..37
KIRSTIN HOWELL, M.D., 07/07/2021

Page 34

·1· ·to anything.· I may ask you some questions to see if
·2· ·I can jog your memory, but if at the end of the day
·3· ·your answer is "I don't remember," "I don't know,"
·4· ·please tell me that because we don't want you to
·5· ·guess.· Okay?
·6· · · · ·A.· ·Okay.
·7· · · · ·Q.· ·Here under notification, the date is
·8· ·5/30/2018, time 9:46:45 p.m.
·9· · · · · · · ·Do you see that?
10· · · · ·A.· ·Yes.
11· · · · ·Q.· ·Do you know what that date and time
12· ·corresponds to?
13· · · · ·A.· ·No.· Under the rules that we just
14· ·established, I don't know.
15· · · · ·Q.· ·So you'd be guessing if you were to tell
16· ·me what you think the date and time corresponds to?
17· · · · ·A.· ·Yes.
18· · · · ·Q.· ·All right.· Same thing at the bottom of
19· ·Exhibit -- bottom of the first page of Exhibit 1,
20· ·"Discovered date/time:· 5/30/2018 and 9:19 p.m.
21· · · · · · · ·What does that correspond to?
22· · · · ·A.· ·I don't know.
23· · · · ·Q.· ·Okay.· "Place of occurrence" on the
24· ·second page of Exhibit 2, "Address where original
25· ·incident occurred:· 5147 West Lake Street, Chicago

Page 35

·1· ·Illinois 60644."
·2· · · · · · · ·What does that correspond to?
·3· · · · ·A.· ·I don't know.
·4· · · · ·Q.· ·Did you speak to Investigator Santoro
·5· ·about where or whom he received any of the
·6· ·information that was contained within the narrative?
·7· · · · ·A.· ·No.
·8· · · · ·Q.· ·And have you -- if you know, do
·9· ·investigators prepare this narrative based both on
10· ·their own interviews of people as well as speaking
11· ·to investigators?
12· · · · ·A.· ·I believe they do.
13· · · · ·Q.· ·And so just in summary -- tell me after
14· ·having reviewed -- after -- strike that.
15· · · · · · · ·Prior to you conducting the
16· ·autopsy -- actually, strike that.
17· · · · · · · ·Do you have a memory of the autopsy
18· ·that you performed of Kim Edmondson?
19· · · · ·A.· ·Yes.
20· · · · ·Q.· · Did you have a memory of the autopsy
21· ·prior to reviewing documents in preparation for your
22· ·deposition?
23· · · · ·A.· ·Yes.
24· · · · ·Q.· ·And then having reviewed documents in
25· ·preparation for your deposition, did that help

Page 36

·1· ·refresh and fill in any of the blanks that you had
·2· ·with regard to performing the autopsy?
·3· · · · ·A.· ·Yes.
·4· · · · ·Q.· ·So you've reviewed this narrative in
·5· ·preparation for your deposition of Exhibit 1, right?
·6· · · · ·A.· ·Yes.
·7· · · · ·Q.· ·And you reviewed this narrative back on
·8· ·May 31, 2018, when you performed the autopsy, right?
·9· · · · ·A.· ·Yes.
10· · · · ·Q.· ·When you reviewed the narrative of
11· ·Exhibit 1 before performing the autopsy of Kim
12· ·Edmondson, what was the takeaway information that
13· ·you knew at that time?
14· · · · ·A.· ·I guess I don't recall exactly what my
15· ·takeaway would have been at the time, but there is a
16· ·reference to an assault and an injury with a pipe.
17· · · · ·Q.· ·So you're saying there was a reference
18· ·to an assault and an injury with a pipe.· Are you
19· ·saying that reference was in the narrative?
20· · · · ·A.· ·Yes.
21· · · · ·Q.· ·And at the time that you're performing
22· ·the autopsy, you were aware that Investigator
23· ·Santoro's narrative described an assault and an
24· ·injury with a pipe, right?
25· · · · ·A.· ·Yes.

Page 37

·1· · · · ·Q.· ·Regardless of what Investigator
·2· ·Santoro's narrative said, were you still performing
·3· ·an independent autopsy to reach your own conclusions
·4· ·as to the cause and manner of death?
·5· · · · ·A.· ·Yes.
·6· · · · ·Q.· ·So if Investigator Santoro indicated in
·7· ·the narrative that the body was found in a body of
·8· ·water and possible drowning, if you didn't see
·9· ·evidence of a drowning with the victim, you wouldn't
10· ·reach the conclusion that the cause and manner of
11· ·death was by drowning?
12· · · · ·MR. BROWN:· Objection.· Form.· Calls for
13· ·speculation.
14· ·BY MS. SCHNIDT:
15· · · · ·A.· ·Go ahead, Doctor.
16· · · · ·A.· ·Sometimes they don't know what is going
17· ·on when they find a body and so it is up to us when
18· ·we do our examination to see what we see and go from
19· ·there.
20· · · · ·Q.· ·So, in other words, regardless of what
21· ·an investigator's own summary of his investigation
22· ·revealed, you perform your own independent autopsy?
23· · · · · · · ·MR. BROWN:· Again continued objection to
24· ·the leading questions.
25

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.       Pages 38..41
KIRSTIN HOWELL, M.D., 07/07/2021

Page 38

·1· BY MS. SCHNIDT:
·2· · · · Q.· ·Go ahead, Doctor.
·3· · · · A.· ·Yes.
·4· · · · Q.· ·Having -- once you completed the autopsy
·5· of Kim Edmondson, were your findings consistent with
·6· there being an assault and injury with a pipe?
·7· · · · A.· ·Yes.
·8· · · · Q.· ·But you formed that assessment on your
·9· own?
10· · · · A.· ·Yes.
11· · · · · · ·MR. BROWN:· Objection to the leading.
12· BY MS. SCHNIDT:
13· · · · Q.· ·Okay.· Now, within this narrative, on
14· Page 3 of Exhibit 1, the third paragraph towards the
15· bottom, do you see the sentence, "Also next to
16· Edmondson was a clear empty bottle of vodka."
17· · · · · · · · · · ·Do you see that?
18· · · · A.· ·Yes.
19· · · · Q.· ·Next sentence, "Edmondson was warm to
20· touch."
21· · · · · · · · · · ·Do you see that?
22· · · · A.· ·Yes.
23· · · · Q.· ·Does the fact that Edmondson was warm to
24· touch have any significance to you?
25· · · · A.· ·I don't know what the ambient

Page 39

·1· temperature was for any of that.· So it's kind of --
·2· it would all be inference from what this might mean
·3· or you put like a differential of this is something
·4· that it might be, but it might not mean anything.
·5· · · · Q.· ·The fact -- well, looking at the fourth
·6· page of Exhibit 1, "Temperature of environment:
·7· Approximately 80 degrees."
·8· · · · · · · · · · ·Do you see that?
·9· · · · A.· ·Yes.
10· · · · Q.· ·Now, knowing the temperature of the
11· environment was approximately 80 degrees and the
12· fact that the victim was warm to touch, does that
13· have any meaning to you?
14· · · · A.· ·It could mean that he died recently
15· prior to being seen.
16· · · · Q.· ·And do you consider that when performing
17· your autopsy and reaching your conclusions?
18· · · · A.· ·I don't recall if that was a
19· consideration.
20· · · · Q.· ·Within this same paragraph it states,
21· "Investigator Santoro noted a scar to Edmondson's
22· chest area and scarring to the right biceps area.
23· No other visible signs of trauma was noted on
24· Edmondson's body."
25· · · · · · · · · · ·Earlier it talked about blood

Page 40

·1· emanating from his head and abrasion to the chest
·2· area.· Do you see that?
·3· · · · A.· ·Yes.
·4· · · · Q.· ·Do you make your own determination as to
·5· whether there were -- there were signs of trauma
·6· independent of what the investigator noted on scene?
·7· · · · A.· ·Yes.· My investigation is much more
·8· thorough.
·9· · · · Q.· ·On the bottom of Exhibit 1, on Page 4,
10· it says, "RI arrival on scene, RI departure on scene
11· time," and those two areas are blank.
12· · · · · · · · · · ·Do you see that?
13· · · · A.· ·Yes.
14· · · · Q.· ·Is there any other documentation that
15· exists to indicate what time Investigator Santoro
16· arrived or departed from the scene?
17· · · · A.· ·I don't know.
18· · · · Q.· ·At the very last page of Exhibit 1,
19· "Date and time completed:· 5/31/2018 at 12:06:05
20· a.m."
21· · · · · · · · · · ·Is that the time that Investigator
22· Santoro completed this report or when it was done --
23· when he was done speaking to people?
24· · · · A.· ·I don't know.
25· · · · Q.· ·Other than reviewing Investigator

Page 41

·1· Santoro's case report before performing the autopsy,
·2· did you review any other documentation?
·3· · · · A.· ·I would have looked at the scene photos.
·4· · · · Q.· ·And are those photographs that
·5· Investigator Santoro took?
·6· · · · A.· ·Yes.
·7· · · · Q.· ·Anything else that you would reviewed
·8· prior to conducting the autopsy?
·9· · · · A.· ·I don't believe so.
10· · · · Q.· ·Would you have spoken to anybody before
11· conducting the autopsy?
12· · · · A.· ·Only the supervising associate or my
13· assistant medical examiner.
14· · · · Q.· ·Did you speak to police before
15· conducting the autopsy?
16· · · · A.· ·No, not that I can recall.
17· · · · Q.· ·And do you have a recollection of your
18· conversation with the supervising assistant medical
19· examiner?
20· · · · A.· ·No.
21· · · · Q.· ·It's just based on your practice back
22· when you were a fellow, you're saying you would have
23· spoken to the supervising assistant medical
24· examiner?
25· · · · A.· ·Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 42..45
KIRSTIN HOWELL, M.D., 07/07/2021

| Page 42 |
| --- |

·1 · · Q.· · And was there anything that you
·2 typically spoke to the supervising assistant medical
·3 examiner about before performing autopsies when you
·4 were a fellow?
·5 · · A.· · It would be to go over what was in the
·6 investigation report, what our differential for
·7 cause of death, things to be on the look out for,
·8 any additional procedures that we might want to do.
·9 · · Q.· · Do you remember any differentials that
10 you and the assistant medical examiner spoke about
11 with regard to this case?
12 · · · A.· · I don't.
13 · · · Q.· · And any other possible procedures that
14 you may have spoken to the assistant medical
15 examiner about?
16 · · A.· · ·I know that we did a couple of
17 additional things.· I don't recall talking about
18 them.
19 · · Q.· · And what were those couple of additional
20 procedures that you did do?
21 · · A.· · ·There was an anterior neck dissection
22 and a posterior neck dissection.
23 · · Q.· · Why was the anterior and posterior neck
24 dissection performed?
25 · · A.· · ·An anterior neck dissection is performed

| Page 43 |
| --- |

·1 to look for injury of the scrap muscles or the
·2 superficial muscles in the neck.· They're not
·3 superficial.· The muscles in your neck.· To look for
·4 evidence of injury and then a posterior neck
·5 dissection does a similar thing for the muscles of
·6 the back of the neck to look for injury to those
·7 muscles and to look for injuries of the cervical
·8 spine.
·9 · · Q.· · Would that be like evidence of
10 strangulation?
11 · · A.· · ·It could be.
12 · · Q.· · What other evidence of injury would that
13 be indicating?
14 · · A.· · ·If there is an injury to the blood
15 vessels in the -- that go through the spinal column,
16 you can see hemorrhage posteriorly or if there's a
17 fracture of the bones in the back, they might not
18 show up very well on x-ray, but you that would be
19 another way to look for injury in those areas.
20 · · Q.· · So I am going to -- Dylan, I'm going to
21 send you what we'll mark as -- Exhibit 6.· Hold on
22 one second.
23 · · · · · · · · (Whereupon, Howell Exhibit 6
24 · · · · · · · · marked by counsel.)
25 · · · · · · · · (There was an intermission

| Page 44 |
| --- |

·1 · · · · · · · · · · · · from 9:54 to 10:06.)
·2 · · · · · · · MS. SCHNIDT:· Back on the record.
·3 · · · Q.· · Dr. Howell, I'm showing you what's been
·4 marked as Exhibit 6.· And are these the scene
·5 photographs that you reviewed prior to conducting
·6 the autopsy of Kim Edmondson?
·7 · · · A.· · Yes.
·8 · · · Q.· · And it looks like it's 18 pages with the
·9 way it was produced to us, two photographs per page.
10 · · · A.· · Yes.
11 · · · Q.· · Have you had an opportunity to look at
12 these scene photographs before your deposition
13 today?
14 · · · A.· · Yes.
15 · · · Q.· · Are these scene photographs that are
16 contained in Exhibit 6 photographs that Investigator
17 Santoro took?
18 · · · A.· · I believe so.
19 · · · Q.· · Have you known investigators for the
20 Cook County Medical Examiner's Office to take
21 photographs like this themselves?
22 · · · A.· · Yes.
23 · · · Q.· · And so you have no reason to doubt that
24 he -- Investigator Santoro took these photographs
25 himself?

| Page 45 |
| --- |

·1 · · · A.· · ·I do not have a reason to doubt that.
·2 · · · Q.· · Do you know what the protocol is with
·3 regard to when to take scene photographs?
·4 · · · A.· · ·I do not know what that protocol is.
·5 · · · Q.· · When there is a suspected homicide or a
·6 homicide, I should say, do you always receive scene
·7 photos?
·8 · · · A.· · ·No.
·9 · · · Q.· · Having had an opportunity to review the
10 photographs that are contained within Exhibit 6
11 before your deposition, did any of the particular
12 photographs stand out to you as being significant
13 for your conclusions that you reached?· And I can
14 scroll through them if you need me to.
15 · · · · · · · MR. BROWN:· Objection to vague as to
16 "significant."
17 BY MS. SCHNIDT:
18 · · · Q.· · Let me go through and scroll through
19 Exhibit 6 and then I'll ask you the question next so
20 that you have an opportunity to review them again.
21 · · · · · · · · Okay.· So having had the
22 opportunity to look at the photographs that are
23 contained within Exhibit 6, were any of these
24 photographs to you important for you to consider
25 when conducting your autopsy and reaching your

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 46..49
KIRSTIN HOWELL, M.D., 07/07/2021

---

Page 46

·1· ·conclusions in this case?
·2· · · ·A.· ·I think our findings at autopsy were the
·3· ·most important part.
·4· · · ·Q.· ·Was the positioning that Kim Edmondson
·5· ·was depicted in within these photographs in
·6· ·Exhibit 6 important for you to consider in reaching
·7· ·your findings?
·8· · · ·A.· ·No.
·9· · · ·Q.· ·How about the location of the blood
10· ·that's being shown in the photographs of Exhibit 6,
11· ·were any of those important for your findings?
12· · · ·A.· ·No.
13· · · ·Q.· ·What about anything that was around his
14· ·body, was that important for your findings?
15· · · ·A.· ·No.
16· · · ·Q.· ·What about the amount of blood that --
17· ·so I'm on Page 16, the top photograph.· It's Bates
18· ·stamped W39 on the bottom right.· That top
19· ·photograph of W39, would the amount of blood that's
20· ·on his face, was that important at all for you to
21· ·consider for your findings?
22· · · ·A.· ·No.
23· · · ·Q.· ·And then the bottom photograph of W39,
24· ·would the blood that's on his back be important for
25· ·your findings?

---

Page 47

·1· · · ·A.· ·The quantification of blood is difficult
·2· ·on surfaces.
·3· · · ·Q.· ·I'm sorry, I may have missed that.· Can
·4· ·you repeat what you said?
·5· · · ·A.· ·Quantification of blood is difficult on
·6· ·surfaces.
·7· · · ·Q.· ·What does that mean?
·8· · · ·A.· ·That means like I don't have volume
·9· ·amounts that I can associate with the blood seen in
10· ·the photos.
11· · · ·Q.· ·And then the bottom -- the last
12· ·photograph on Bates W41 of Exhibit 6 is the injuries
13· ·that are being shown to his head.
14· · · · · · · · Were those important to you for
15· ·consideration of your conclusions in this case?
16· · · ·A.· ·All of the scene photos were taken into
17· ·account for the autopsy, but my findings at autopsy
18· ·were my most important considerations for coming up
19· ·with a cause and manner of death.
20· · · ·Q.· ·So you considered the scene photographs
21· ·but ultimately your conclusion as to the cause and
22· ·manner of death came strictly from what you -- well,
23· ·strike that.
24· · · · · · · · You considered the scene
25· ·photographs but your cause and manner of death was

---

Page 48

·1· ·based on your autopsy?
·2· · · ·A.· ·Yes.
·3· · · · · · ·MR. BROWN:· Objection.
·4· ·BY MS. SCHNIDT:
·5· · · ·Q.· ·Was it also based on Investigator
·6· ·Santoro's information?
·7· · · ·A.· ·Yes.
·8· · · ·Q.· ·And did you consider what was depicted
·9· ·in the photographs?
10· · · ·A.· ·Yes.
11· · · ·Q.· ·This last page of W41, there is a white
12· ·objects on the top of his head.
13· · · · · · · · · Do you see that?
14· · · ·A.· ·Yes.
15· · · ·Q.· ·What is that?
16· · · ·A.· ·If you zoom in, I believe it's a seed
17· ·packet, like one of those little tree seeds.
18· · · ·Q.· ·I'm pressing the wrong button.· You
19· ·would think this is my first time with a computer.
20· · · · · · · · You think this is a seed packet?
21· · · ·A.· ·Like a seed like from a tree or debris.
22· · · ·Q.· ·Okay.· It's not something that came from
23· ·his body?
24· · · ·A.· ·I do not believe so.
25· · · ·Q.· ·All right.· So now I'm going to show you

---

Page 49

·1· ·what's been previously marked as Exhibit 6 (sic).
·2· ·It's a seven page document that starts "Report of
·3· ·Postmortem Examination."· I'm sorry.· It's Exhibit 2
·4· ·if I didn't say that correctly.
·5· · · · · · · · · · · · (Whereupon, Howell Exhibit 2
·6· · · · · · · · · · · · marked by counsel.)
·7
·8· ·BY MS. SCHNIDT:
·9· · · ·Q.· ·Exhibit 2 is the report of postmortem
10· ·examination.· It's seven pages.· Do you see that,
11· ·Doctor?
12· · · ·A.· ·Yes.
13· · · ·Q.· ·Is this your report of the postmortem
14· ·examination that you created after conducting the
15· ·autopsy of Kim Edmondson?
16· · · ·A.· ·Yes.
17· · · ·Q.· ·What is your practice for creating these
18· ·type of documents?
19· · · ·A.· ·I take notes at time of autopsy and then
20· ·I dictate my report, I review the dictation and as a
21· ·trainee I would then send my report to my supervisor
22· ·to review prior to finalizing the report.
23· · · ·Q.· ·Was your supervisor at the time of Kim
24· ·Edmondson's autopsy Benjamin Soriano?
25· · · ·A.· ·Yes.

---

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 50..53
KIRSTIN HOWELL, M.D., 07/07/2021

Page 50

1 · · Q. · ·Is he still employed with the Cook
2 ·County Medical Examiner's Office?
3 · · · A. · ·Yes.
4 · · · Q. · ·On the -- first of all, when did you
5 ·conduct the autopsy of Kim Edmondson?
6 · · · A. · ·At the top of the page it says that it
7 ·was done on May 31st at 7:45 a.m.
8 · · · Q. · ·And do you have a memory of this -- of
9 ·conducting this autopsy?
10 · · · A. · ·Yes.
11 · · · Q. · ·On the last page is that your signature?
12 · · · A. · ·Yes.
13 · · · Q. · ·At the bottom left-hand side we see some
14 ·abbreviations and numbers.
15 · · · · · · · · ·Do you see that?
16 · · · A. · ·Yes.
17 · · · Q. · ·What does WTT:JM stand for?
18 · · · A. · ·I don't know. · These are produced by a
19 ·dictation service.
20 · · · Q. · ·Did you dictate the -- dictate your
21 ·notes for the report on May 31st at 15:40 hours?
22 · · · A. · ·I don't know.
23 · · · Q. · ·And so do you know what time -- what
24 ·date and time it was transcribed at?
25 · · · A. · ·I could guess what the numbers and

Page 51

1 ·letters mean.
2 · · · Q. · ·But you don't personally know?
3 · · · A. · ·I don't personally know.
4 · · · Q. · ·Do you see below your -- the signature
5 ·block for you there's an August 13, 2018, date?
6 · · · A. · ·Yes.
7 · · · Q. · ·What does that date indicate?
8 · · · A. · ·That date was when the protocol was
9 ·uploaded to our LIS.
10 · · · Q. · ·What's LIS?
11 · · · A. · ·Laboratory Information Service. · It's
12 ·for our computer system. · It's when I would upload
13 ·it to our computer software.
14 · · · Q. · ·So is it fair to say that by August 13,
15 ·2018, your supervisor, Dr. Soriano, had approved the
16 ·findings you reached in this case?
17 · · · A. · ·Yes.
18 · · · Q. · ·And there were no other changes made to
19 ·this protocol as of August 13, 2018; is that
20 ·correct?
21 · · · A. · ·Yes.
22 · · · Q. · ·Did you after having given Dr. Soriano
23 ·the opportunity to review this protocol, did you
24 ·have any changes that you made?
25 · · · A. · ·I don't recall.

Page 52

1 · · Q. · ·Did Dr. Soriano disagree with your
2 ·opinions in this case?
3 · · · A. · ·In what sense?
4 · · · Q. · ·When Dr. Soriano reviewed your draft of
5 ·the protocol, did he express any agreement or
6 ·disagreement with the findings that you reached?
7 · · · A. · ·For cause and manner of death or just in
8 ·general? · I do not recall what sort of corrections
9 ·he would have made to the protocol that I sent him.
10 · · · Q. · ·Okay. · Did -- as far as the cause and
11 ·manner of death, did Dr. Soriano agree with you?
12 · · · A. · ·Yes.
13 · · · Q. · · And as far as the autopsy and the way it
14 ·was conducted, Dr. Soriano agreed with the manner in
15 ·which you conducted the autopsy?
16 · · · A. · ·Yes.
17 · · · Q. · ·Did Dr. Soriano agree with the findings
18 ·that you made throughout the autopsy?
19 · · · A. · ·Yes.
20 · · · Q. · · When I'm saying "findings," where it's
21 ·noted, what's noted during the internal examination,
22 ·external examination, et cetera, did he agree with
23 ·what you had noted?
24 · · · A. · ·Yes. · He would have agreed with this
25 ·final protocol that you see.

Page 53

1 · · · Q. · · Was he present when you conducted the
2 ·autopsy?
3 · · · A. · · I do not recall for which portions he
4 ·would have been present.
5 · · · Q. · · He could have been present for all of
6 ·it?
7 · · · A. · ·Yes.
8 · · · Q. · ·What is the purpose behind conducting a
9 ·postmortem examination?
10 · · · A. · ·A postmortem examination is done to look
11 ·for evidence of disease, injury, and medical
12 ·intervention and to come up with an opinion on cause
13 ·and manner of death.
14 · · · Q. · ·So let's take those each in turn.
15 · · · · · · · · ·How do you look for evidence of
16 ·disease?
17 · · · A. · ·So I would look at someone head to toe,
18 ·front to back, looking for evidence of disease,
19 ·looking for things that are abnormal, nodules, other
20 ·rashes, something that you would not expect to find
21 ·on a non-diseased individual. · And then internally
22 ·again looking for things that are not normal or
23 ·unremarkable in an internal examination.
24 · · · Q. · ·How do you look for evidence of injury?
25 · · · A. · ·Similarly, it would be head to toe,

COD AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 54..57
KIRSTIN HOWELL, M.D., 07/07/2021

Page 54

·1  front to back, looking for injuries such as blunt
·2  force injuries, contusions, abrasions, skin scrapes,
·3  lacerations and skin tears or other injuries such as
·4  cuts, incised wounds and stab wounds.
·5· · · Q.· ·What is a laceration in layman's terms?
·6· · · A.· ·Skin tear.
·7· · · Q.· ·What is it?
·8· · · A.· ·Skin tear.
·9· · · · · ·MR. BROWN:· It sounded like skin care.
10  BY MS. SCHNIDT:
11· · · Q.· ·And would you characterize something as
12  a -- well, what's a scar?· Like throughout this
13  report, you make reference to a scar.· What's a
14  scar?
15· · · A.· ·A scar is an end product of a body's
16  healing attempt at an injury or a healing attempt
17  upon injury.
18· · · Q.· ·Can the skin attempt to heal a bodily
19  injury even after someone's passed away?
20· · · A.· ·No.
21· · · Q.· ·How quickly can an injury occur and
22  scarring begin?
23· · · A.· ·It takes approximately 14 days or two
24  weeks for a simple wound to heal and for the tissue
25  to do its final healing process.· So if somebody

Page 55

·1  scratches their knee, approximately two weeks later
·2  their scab will fall off and you'll have a
·3  preliminary scar.
·4· · · Q.· ·So how quickly does the body begin the
·5  process of healing after an injury occurs?
·6· · · A.· ·Bodies are variable as far as healing
·7  processes, but there's -- I don't recall the exact
·8  time frame.· Usually within hours or a day or two
·9  you may start to see some of the inflammatory cells
10  might be microscopically arriving at injury.
11· · · Q.· ·Then what is a contusion in layman's
12  terms?
13· · · A.· ·A bruise.
14· · · Q.· ·And you explained how you do an external
15  examination for evidence of injury.· How do you do
16  an internal examination for evidence of injury?
17· · · A.· ·An internal examination, we do a
18  Y-shaped incision on the body to reflect the skin
19  and musculature over the thorax and see if there is
20  injury to that tissue as it's reflected and then
21  open up the chest plate or remove the front of the
22  ribs and take a look at the organs and look for
23  evidence of hemorrhage or defects in the organs.
24· · · Q.· ·Did you follow that process for the
25  autopsy of Kim Edmondson?

Page 56

·1· · · A.· ·Yes.
·2· · · Q.· ·How do you go about looking for evidence
·3  of medical interventions?
·4· · · A.· ·Again, you examine the body head to toe,
·5  front to back and see if there are any evidence of
·6  medical treatment or therapy.
·7· · · Q.· ·Did you follow the process you explained
·8  for looking for evidence of disease during the
·9  autopsy of Kim Edmondson?
10· · · A.· ·Yes.
11· · · Q.· ·And did you follow the process of
12  looking for evidence of medical intervention with
13  regard to Kim Edmondson?
14· · · A.· ·Yes.
15· · · Q.· ·Is there a separate process you follow
16  for evidence of medical intervention for internal
17  versus external?
18· · · A.· ·I mean, you're looking on the inside so
19  if you see evidence of medical intervention while
20  you're doing the autopsy.
21· · · Q.· ·And then how do you go about reaching an
22  opinion on the cause and manner of death?
23· · · A.· ·I take all of my findings from the
24  internal and external examination, the investigative
25  report review, see photos if we have them, and come

Page 57

·1  to conclusion as to cause and manner of death.
·2· · · Q.· ·Is there any particular literature that
·3  you rely upon in reaching a conclusion on cause and
·4  manner of death?
·5· · · A.· ·Not necessarily.
·6· · · Q.· ·Like for diagnosing someone with certain
·7  conditions, doctors follow the DSM, I think it's 5
·8  now.· Is there any comparable literature for
·9  forensic pathologists?
10· · · A.· ·There are forensic pathology textbooks.
11  Spitz and Fisher is one, Dolanak is another DeMayo
12  has several.· And depending on what kind of injury
13  it may be, I would look in those.
14· · · Q.· ·In the case of Kim Edmondson's autopsy,
15  did you have to rely on any literature when reaching
16  an opinion on the cause and manner of death?
17· · · A.· ·No.
18· · · Q.· ·Is there a difference between a cause of
19  death versus manner of death?
20· · · A.· ·Yes.
21· · · Q.· ·What's the difference?
22· · · A.· ·So cause of death is the disease,
23  illness or injury that leads to the ultimate
24  cessation of cardiac and pulmonary function.· The
25  caveat would be brain death where the brain no

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 58..61
KIRSTIN HOWELL, M.D., 07/07/2021

Page 58

·1  longer functions but you can keep the heart and
·2  lungs alive.
·3  · · · · · · · · Whereas manner of death is how that
·4  death came about.· Was it due to suicide, homicide,
·5  natural causes or undetermined.
·6  · · Q.· · Up until today, how many postmortem
·7  examination have you conducted?
·8  · · A.· ·Postmortem examinations or autopsies?
·9  · · Q.· · Is there a difference?
10  · · A.· ·So not all of my examinations require an
11  internal examination.· We do records reviews where
12  we just receive the records from the hospital and go
13  through those to determine cause and manner of
14  death.· Some are just external examinations where we
15  do not do any cutting or a minimum cutting and there
16  are autopsies where the internal organs are
17  examined.
18  · · Q.· · So a postmortem examination doesn't
19  require an internal examination?
20  · · A.· ·Correct.
21  · · Q.· · And an autopsy involves cutting open the
22  body and examining the inside?
23  · · A.· ·That is usually how I use those.
24  · · Q.    So in Kim Edmondson's case, what did you
25  do?

Page 59

·1  · · A.· ·We did a full autopsy.
·2  · · Q.· · Okay. And how many autopsies up until
·3  today have you conducted?
·4  · · A.· ·At least a thousand.
·5  · · Q.· · And how many postmortem examinations up
·6  until today have you conducted?
·7  · · A.· ·I do not have that number readily
·8  available.
·9  · · Q.· · Do you think it's more than a thousand?
10  · · A.· ·Yes.
11  · · Q.· · Okay. For Kim Edmondson, did you
12  assign -- did you assign the case number?
13  · · A.· ·No.
14     Q.    How is that assigned?
15  · · A.· ·That is done via the investigations
16  department as the cases get called in.
17  · · Q.    How is the case number assigned?
18  · · A.· ·It happens in investigations as the
19  cases get called in.
20  · · Q.· · Was the medical examiner case number
21  assigned for the autopsy of Kim Edmondson
22  ME2018-02535?
23  · · A.· ·Yes.
24  · · Q.    Does that mean there were 2534 autopsies
25  done in 2018 before Kim Edmondson's?

Page 60

·1  · · · A.· ·That means that there were at least that
·2  ·many cases called in to the office that were
·3  ·accepted as postmortem examination, but they were
·4  ·not necessarily performed before them.· There's
·5  ·variations when bodies are delivered.· There's a
·6  ·difference in times when bodies are delivered.· Some
·7  ·may arrive right after they are discovered or
·8  ·declared dead and some may not arrive for a few
·9  ·days.· There may be cases that are later determined
10  ·not to be.· Like there's a variation in when cases
11  ·arrive at our office and if there is an autopsy or
12  ·not performed on them.
13  · · · Q.· · How long does -- back in 2018, how long
14  ·did it take you to conduct an autopsy?
15  · · · A.· ·It would vary from autopsy to autopsy.
16  · · · Q.· · How long did it take you for Kim
17  ·Edmondson's autopsy?
18  · · · A.· ·I do not know.
19  · · · Q.· · To do a full internal and external
20  ·examination like this, approximately how long would
21  ·it take?
22  · · · A.· ·Approximately two hours, maybe more.
23  · · · Q.· · Under "External Examination" on
24  ·Exhibit 2, the -- did Kim Edmondson weigh
25  ·172 pounds?

Page 61

·1  · · · A.· ·He was weighed in at 172 pounds when he
·2  ·arrived at the office.
·3  · · · Q.· · Is there a difference between your
·4  ·weight at death versus your weight while you're
·5  ·alive?
·6  · · · A.· ·There may be.· You can lose fluids upon
·7  ·death like via evaporation.· You're no longer taking
·8  ·stuff into your body so there can be a variation
·9  ·between when your alive and when you're --
10  · · · Q.· · I'm sorry. Is there a standard
11  ·numerical amount assigned to how much somebody
12  ·likely weighs at -- when they're alive versus at
13  ·death?
14  · · · A.· ·No, I don't know that you can determine
15  ·that.
16  · · · Q.· · And it says that he was 64 inches in
17  ·length; is that right?
18  · · · A.· ·Yes.
19  · · · Q.· · Is there evidence to indicate that
20  ·somebody gets taller or shorter at death?
21  · · · A.· ·No.
22  · · · Q.· · Okay.· So would it be fair to say he was
23  ·likely about five foot four when he was alive?
24  · · · A.· ·Probably.· We do a length.· So when you
25  ·go to the doctor's office and they make you stand up

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 62..65
KIRSTIN HOWELL, M.D., 07/07/2021

Page 62

·1   tall and are consistent, there could be some
·2   variation because we cannot ask our patients to
·3   stand up tall and make sure that their head is
·4   square. And so there may be some variation with
·5   that what you are documented at, at a doctor's
·6   office.
·7   · · Q.· ·And how did you determine that -- well,
·8   first of all, did he appear to be compatible with
·9   the reported age of 29 years old?
10   · · A.· ·Yes.
11        Q.    How did you determine that?
12        A.    Eyeball.
13        Q.    Why are there white evidence bags over
14   Kim Edmondson's hands?
15   · · A.· ·The police would have put them there.
16   · · Q.· ·Do you know why?
17   · · A.· ·I do not know why.
18   · · Q.· ·What was your process for -- first of
19   all, did you remove a blood standard from his body?
20   · · A.· ·Yes.
21        Q.    What's the process to do that?
22   · · A.· ·During the course of the autopsy, I get
23   some blood from inside the body and put it on the
24   card.
25        Q.· ·When you conducted your autopsy, were

Page 63

·1   ·you wearing gloves?
·2   · · A.· ·Yes.
·3   · · · Q.· ·A mask?
·4   · · A.· ·Yes.
·5   · · · Q.· ·Any other protective equipment?
·6   · · A.· ·I could not say -- I don't know what
·7   ·protective equipment we had at the time.· Some sort
·8   ·of apron or gown and a face shield and a hair
·9   ·covering.
10   · · · Q.· ·In order to recover the blood standard,
11   what did you do to ensure that the blood is not
12   ·contaminated at the time its transferred from the
13   ·body to the card?
14   · · · A.· ·I try to make sure that my hands are
15   ·clean with clean gloves before attaining the blood
16   ·standard.
17   · · · Q.· ·Do you use separate disposable needles
18   ·to do that?
19   · · A.· ·Not necessarily.
20   · · · Q.· ·Do you use the same needles on various
21   ·people that you're examining?
22   · · A.· ·No.· Sorry. It will be one needle
23   ·for -- per decedent.
24   · · · Q.· ·So then I'm confused.· Those are not
25   ·disposable needles?

Page 64

·1   · · A.· ·They are. I'm sorry. I didn't know if
·2   ·you meant like I would use a specific needle to put
·3   ·on the blood standard, and that is not necessarily
·4   ·how it would go.
·5   · · · Q.· ·Okay. So you used one needle per
·6   ·decedent and then disposed of that needle?
·7   · · A.· ·Yes.
·8   · · · Q.· ·And are those needles sanitized before
·9   ·you use them?
10   · · A.· ·They come in whatever packet they come
11   ·in.
12   · · Q.· ·So presumably whatever company you guys
13   are ordering it from, they're sanitizing them?
14   · · A.· ·Presumably.· Or doing whatever they do
15   for them.
16   · · · Q.· ·Okay. Are the needles that you used to
17   remove the blood standard, are those kept in sealed
18   packaging before you use them?
19   · · A.· ·Yes.
20   · · Q.·     Did you open that sealed packaging while
21   wearing all the protective equipment that you just
22   described?
23   · · A.· ·I do not.· Usually the needles are
24   opened by our forensic technicians like I obtain a
25   blood standard, not necessarily with the needle and

Page 65

·1   syringe because the body is already open.
·2   · · Q.·     So they just hand you the needle and
·3   syringe?
·4   · · A.·     No. Like if I'm doing a blood standard,
·5   usually I get like a Q-Tip or finger and swipe it on
·6   the blood standard.
·7   · · · · · Are you talking -- you're talking
·8   about our blood card or are you talking about the
·9   toxicology that is performed?
10   · · · Q.· ·I was talking about the blood card.· I'm
11   sorry.
12   · · A.· ·For the blood card, usually once the
13   body has been opened, I get blood from the body and
14   put it on the blood card.
15   · · · Q.· ·And how do you get blood from the body?
16   · · A.· ·I either use a Q-Tip or gloved hand and
17   get blood from either the incision or blood within
18   the cavity and put it on the blood card.
19   · · · Q.· ·So the Q-Tip, if you used a Q-Tip, is
20   that Q-Tip kept in a sealed package?
21   · · A.· ·Yes.
22   · · · Q.· ·And did you assume that that Q-Tip has
23   been properly sanitized so it's free and clear of
24   any human DNA on it?
25   · · A.· ·Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 66..69
KIRSTIN HOWELL, M.D., 07/07/2021

Page 66

·1   · · Q.· ·When you -- if you used a Q-Tip, do you
·2   yourself open the sealed packaging or is that a
·3   forensic tech?
·4   · · A.· ·No.· I would open it myself.
·5   · · Q.· ·And when you do that, you're wearing all
·6   the protective equipment you described before?
·7   · · A.· ·Yes.
·8   · · Q.· ·Then if you had used -- it would be your
·9   gloved hand that you would put into the victim's --
10   the decedent's blood and then swipe it on the blood
11   card?
12   · · A.· ·Yes.
13   · · Q.· ·What is your process for ensuring that
14   your gloved hand doesn't have any contaminated DNA
15   on it?
16   · · A.· ·It would be a clean glove from my box of
17   gloves.
18   · · Q.· ·So if you opened up the decedent's body,
19   would you then remove your glove, change your glove,
20   put a new one on to obtain the blood and swiping it
21   on the card?
22   · · A.· ·Yes.
23   · · Q.· ·And then how are those blood standard
24   cards stored?
25   · · A.· ·In our office we keep -- they go into a

Page 67

·1   little envelope and they are stored in the
·2   toxicology department.
·3   · · Q.· ·The Cook County Medical Examiner's
·4   Office has a toxicology department?
·5   · · A.· ·Yes.
·6   · · Q.· ·What do they do at the toxicology
·7   department?
·8   · · A.· ·Currently our toxicology department
·9   mostly stores all of our samples and sends -- we do
10   run carbon monoxide inhouse.· Everything else gets
11   sent out.
12   · · Q.· ·Do you know how -- when the blood
13   standard cards are stored, do you know where they're
14   stored or how they're stored?
15   · · A.· ·I do not know.
16   · · Q.· ·You've never seen that?
17   · · A.· ·No.
18   · · Q.· ·Okay.· When Kim Edmondson came into your
19   office, was he clothed?
20   · · A.· ·He had some clothing on.
21   · · Q.· ·What clothing?
22   · · A.· ·He had green and brown camouflaged pants
23   on.
24   · · Q.· ·Did you ever see his sleeveless blood
25   stained white shirt?

Page 68

·1   · · A.· · Only in photos.
·2   · · Q.· · So it was never in your office?
·3   · · A.· · I don't believe so.· I did not document
·4   it.
·5   · · Q.· ·Going to Page 2 of Exhibit 2, the fourth
·6   paragraph -- I'm sorry -- the fourth sentence of the
·7   first paragraph.· "The lips are without evidence of
·8   injury."
·9   · · · · · Do you see that?
10   · · A.· ·Yes.
11   · · Q.· ·Why it that -- you do note later on that
12   you believed that there was injury to his lips,
13   right?
14   · · A.· ·Yes.
15   · · · · ·MR. BROWN:· Object to the leading
16   questions.
17   BY MS. SCHNIDT:
18   · · Q.· ·Why is it that you have here, "The lips
19   are without evidence of injury"?
20   · · A.· ·It's a typo.
21   · · Q.· ·That's incorrect?
22   · · A.· ·That is incorrect.
23   · · Q.· ·You would rely on the conclusions you
24   reached later?
25   · · A.· ·Yes.

Page 69

·1   · · Q.· ·Within this same paragraph, two
·2   sentences later, "The maxillary right central
·3   incisor is broken and there is decay of the
·4   maxillary left central incisor."
·5   · · · · · · · ·Do you see that?
·6   · · A.· ·Yes.
·7   · · Q.· ·Did you make any determination as to
·8   when Kim Edmondson's right central and maxillary
·9   right central incisor broke?
10   · · A.· ·No.
11   · · Q.· · Are you able to?
12   · · A.· · No.
13   · · · · · MR. BROWN:· I think Ms. Schnidt might be
14   frozen or is that --
15   · · · · ·MS. SCHNIDT:· Is that better?
16   · · · · ·THE COURT REPORTER:· Yes.
17   BY MS. SCHNIDT:
18   · · Q.· ·So I asked you, can you make a
19   determination as to when the maxillary right central
20   incisor broke?
21   · · A.· ·No.
22   · · Q.· ·Is -- was there any indication that the
23   right -- the maxillary right central incisor broke
24   because of decay?
25   · · · · ·MR. BROWN:· Objection.· Asked and

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 70..73
KIRSTIN HOWELL, M.D., 07/07/2021

Page 70

·1   answered.
·2   · · A.· ·I don't know.
·3   BY MS. SCHNIDT:
·4   · · Q.· ·And the maxillary right central incisor
·5   is kind of the pointy tooth?
·6   · · A.· ·No.· It's the front two are the central
·7   incisors.
·8   · · Q.· ·Okay.· Google was wrong.
·9   · · · · · · · So his front right tooth was
10   broken?
11   · · A.· ·Yes.
12   · · Q.· ·And you have no way to determine when it
13   broke?
14   · · A.· ·I don't know when it broke.
15   · · Q.· ·All right.· Two paragraphs down, "There
16   are possible chronic needle tracks on the bilateral
17   antecubital fossae."
18   · · A.· · Yes.
19   · · · Q.· · Did you see possible chronic possible
20   needle tracks on both the inside of Kim Edmondson's
21   arms?
22   · · A.· ·Yes.
23   · · Q.· ·And that area, the bilateral antecubital
24   fossae, is that the inside of the arm opposite of
25   where the elbow is located?

Page 71

·1   · · A.· ·Yes.· It's the elbow crease.
·2   · · Q.· ·Is the fact there was possible needle
·3   tracks on the inside of his arms significant for
·4   your determination on the cause and manner of death?
·5   · · A.· ·No.
·6   · · Q.· ·Two more paragraphs down, the first
·7   sentence, "Identifying marks and scars include"
·8   lacerations that you describe here.· Do you see
·9   that?
10   · · A.· ·The identifying is probably not
11   lacerations.· Usually that goes into evidence of
12   injury.
13   · · Q.· ·So the identifying marks and scars, how
14   is that different from lacerations?
15   · · A.· ·So a laceration is an acute injury, it's
16   a recent skin tear.· So a defect in the skin.
17   Whereas a scar is a healed injury.
18   · · Q.· ·Did the fact that Kim Edmondson had
19   scars on his arms and hands, chest and legs have any
20   significance to you in determining his cause and
21   manner of death?
22   · · · A.· · No.
23   · · · Q.· · Did the fact that he had identifying
24   marks on his arms, hands, chest and legs have any
25   significance to you on the cause and manner of

Page 72

·1   death?
·2   · · A.· ·No.
·3   · · Q.· ·And how are marks different from
·4   lacerations?
·5   · · A.· ·A laceration is an injury.· It's an
·6   acute injury.· Usually when I -- I refer to
·7   identifying marks, sometimes it will be like a scar,
·8   sometimes it will be a brand.· It will be something
·9   on the skin that is not nothing, but it's not an
10   acute injury and it's not a scar.
11   · · Q.· ·Is there some like common example you
12   can give as to what is an identifying mark?
13   · · A.· ·Like maybe a brand -- I've seen brands
14   on bodies before.· Usually I would lump that into an
15   identifying mark.· Maybe something like a port wine
16   stain or a boule or some other type of
17   hyperpigmented lesion.
18   · · Q.· ·But those items don't appear to be
19   caused recently?
20   · · A.· ·No.
21   · · Q.· ·Under "Evidence of Therapy" you have,
22   electrocardiogram electrodes are on the chest and
23   abdomen.
24   · · · · · · · Do you see that?
25   · · A.· · ·Yes.

Page 73

·1   · · Q.· ·Is the fact that electrocardiogram
·2   electrodes on the chest and abdomen be evidence of
·3   medical intervention like you talked about earlier?
·4   · · A.· · Yes.
·5   · · · Q.· · So then evidence of injury, how do you
·6   go about determining evidence of injury?
·7   · · A.· ·So, when I examine someone, I make note
·8   of injuries on the body, and usually I measure them
·9   and then document them.· Again it's a head to toe,
10   front to back, looking for contusions or bruises,
11   abrasions or skin scrapes, lacerations or skin tears
12   or cut or other incised kind of marks.
13   · · Q.· ·Did you note evidence of injury to Kim
14   Edmondson's head?
15   · · · A.· · Yes.
16   · · · Q.· · What was the injury to his head?
17   · · · A.· · So on the top back right part of his
18   head, there was a cruciform or a cross or a T-shaped
19   laceration.· So a skin tear that was approximately
20   like an X or T-shaped.
21   · · Q.· ·And how large was that laceration on the
22   top back right of his head?
23   · · A.· ·It was 1-1/4 by 3/4 of an inch.
24   · · Q.· ·For an object to cause that 1-1/4 by 3/4
25   of an inch cruciform laceration, does the object

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 74..77
KIRSTIN HOWELL, M.D., 07/07/2021

---

Page 74

1  need to be smaller than 1-1/4 and 3/4 inch?

2  · · · A. · · No.

3  · · · Q. · · Was there evidence of further injury to
4  that area?

5  · · · A. · · Yes.

6  · · · Q. · · Where's that?

7  · · · A. · · So underneath that laceration there was
8  subscapular. So the scalp is a skin on the head.
9  So there was hemorrhage or bleeding underneath that
10 and there was subgaleal hemorrhage. So there is a
11 thin piece of tissue that is right on top of the
12 bone of the skull and there was some hemorrhage
13 under that. There was also a hole in the skull that
14 was 1 by 15/16th of an inch and underlying that
15 there were some fragments of bone within the brain,
16 a laceration of the dura, which is the hard tissue
17 underneath the skull, and there was bleeding around
18 the brain.

19 · · · Q. · · Did you believe that one object caused
20 the laceration to the top of his head going into his
21 skull and into the brain matter?

22 · · · A. · · Yes.

23 · · · Q. · · Did you reach an opinion as to the shape
24 of that object?

25 · · · A. · · A round object.

---

Page 75

1  · · Q. · · Did you reach an opinion as to the size
2  of the object that caused that injury?

3  · · · A. · · Approximately 1 inch in diameter.

4  · · Q. · · And why is it that you believe one round
5  object approximately 1 inch in diameter caused the
6  injury from the top of his head into his skull, into
7  his brain?

8  · · · A. · · So the laceration shape doesn't
9  necessarily mean anything. It's on the curved part
10 of the head. So tearing in a cruciform manner is
11 consistent with that. It could tear other ways as
12 well, but the hole in the skull is a very round,
13 almost punched out lesion, and it does not get
14 bigger than 1 inch. The skull does not stretch.
15 The scalp can stretch. So in order to create that
16 kind of hole, the instrument would need to be 1 inch
17 or smaller.

18 · · Q. · · So when you're saying that the -- the
19 round object has to be approximately 1 inch in
20 diameter, that's based on the hole in his skull
21 being 1 by 15/16th of an inch?

22 · · · A. · · Yes.

23 · · Q. · · That's kind of the critical component of
24 the injury you're looking at?

25 · · · A. · · Yes. For that measurement.

---

Page 76

1  · · · Q. · · For which measurement?

2  · · · A. · · For the measurement of an instrument.

3  · · · Q. · · Okay. How deep did the instrument go
4  into his head?

5  · · · A. · · Approximately 3/4 of an inch.

6  · · · Q. · · So the length of that object needs to be
7  at least how long then?

8  · · · A. · · It's variable because things compress.
9  The skin will compress, brain will compress. So I
10 am not certain you can make a comment about how long
11 the instrument needs to be.

12 · · · Q. · · Since you said the skull doesn't
13 stretch, how thick is a skull?

14 · · · A. · · It varies in different locations.

15 · · · Q. · · How thick was Kim Edmondson's skull at
16 that location?

17 · · · A. · · Looking at the photos, it is thinner. I
18 do not have a measurement.

19 · · · Q. · · Do you have a measurement anywhere in
20 your records or photographs?

21 · · · A. · · For the depth of the skull, no.

22 · · · Q. · · Would the object that caused that hole
23 have to be at least 3/4 inch length?

24 · · · A. · · Not necessarily.

25 · · · Q. · · But you can say it needs to be

---

Page 77

1  approximately 1 inch in diameter?

2  · · · A. · · Yes.

3  · · · Q. · · In the same area of your report you
4  indicate that there is bony fragments noted to a
5  depth of -- I'm sorry. The whole sentence says,
6  the -- why don't you go ahead and read that?

7  · · · A. · · Do you want me to read it out loud?

8  · · · Q. · · You can just read it to yourself.
9  That's fine.

10 · · · A. · · Yeah.

11 · · · Q. · · Okay. Where were the bony fragments
12 located relative to where that hole was in his
13 skull?

14 · · · A. · · They were like deep to that hole.

15 · · · Q. · · Does the fact there is bony fragments
16 within that hole indicate to you that that object
17 that caused the skull had to be larger than 1 inch?

18 · · · A. · · No.

19 · · · Q. · · And why not?

20 · · · A. · · It just means that there was a hole
21 punched out of his skull. So the bone that was
22 within that area went somewhere and it broke and
23 went into his brain, that's what that means.

24 · · · Q. · · Okay. So the bone that was within --
25 that came from that hole itself was within his

---

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 78..81
KIRSTIN HOWELL, M.D., 07/07/2021

| Page 78 | Page 80 |
|---|---|
| 1· ·brain? | 1· ·hemorrhages and contusions? |
| 2· · · · A.· · ·Yes. | ·2· · · A.· ·At least once. |
| ·3· · · Q.· · ·And then that object continued past his | ·3· · · Q.· · ·And why do you say "at least once"? |
| ·4· ·skull into the brain matter; is that right? | ·4· · · A.· ·Because one blow could have caused all |
| ·5· · · A.· · ·Either the object did or the bone that | ·5· ·of these injuries. |
| ·6· ·broke off did. | ·6· · · Q.· · ·If there was more than one blow causing |
| ·7· · · Q.· · ·Then notations of various hemorrhages | ·7· ·these injuries, would that mean that that round |
| ·8· ·that were -- | ·8· ·approximate 1 inch in diameter object had to come |
| ·9· · · · A.· · Yes. | ·9· ·into contact in the exact same spot? |
| 10· · · · Q.· · Was it around that hole?· Strike that. | 10· · · A.· ·Yes. |
| 11· · · · · · · ·Where were the hemorrhages | 11· · · Q.· · ·Did you see any evidence of there being |
| 12· ·located relative to the hole in his scull? | 12· ·injury to the top of Kim Edmondson's head more than |
| 13· · · A.· ·So the subscapular encepheal hemorrhage | 13· ·once? |
| 14· ·would have been deep to the skull, so superficial to | 14· · · A.· ·The only injury that was noted is the |
| 15· ·the hole where the scalp was.· Subgaleal would have | 15· ·one under the laceration. |
| 16· ·been the tissue around the hole on top of the bone. | 16· · · Q.· · ·Okay.· So was there -- so if I |
| 17· ·The dura is a thick membrane that is deep to the | 17· ·understood what you said earlier, one blow can cause |
| 18· ·skull.· Subdural would be deep to that.· So between | 18· ·all of these injuries, right? |
| 19· ·the dura and the brain there was hemorrhage. | 19· · · A.· ·Yes. |
| 20· ·Basilar subdural hemorrhage would be at the base of | 20· · · Q.· · · And if there was more than one blow, |
| 21· ·the brain.· Subarachnoid hemorrhage there is a thin | 21· ·that would -- that object had to penetrate the skull |
| 22· ·membrane of tissue over the brain, so it would be | 22· ·in the exact same area more than once, right? |
| 23· ·bleeding underneath that. | 23· · · A.· ·Yes. |
| 24· · · Q.· · ·Is that it? | 24· · · Q.· · · Did you see any evidence of that |
| 25· · · A.· · ·I mean there were contusions which would | 25· ·occurring more than once? |

| Page 79 | Page 81 |
|---|---|
| ·1· ·be again bruising of the substance of the brain, so | ·1· · · A.· · ·No. |
| ·2· ·those were seen on the cerebellum. | ·2· · · Q.· · · What would you look for to see if there |
| ·3· · · Q.· · ·Were these hemorrhages and contusions | ·3· ·was evidence of that occurring more than once? |
| ·4· ·located around the hole? | ·4· · · A.· ·I would look to see if there was other |
| ·5· · · A.· · ·So there were subdural hemorrhage like | ·5· ·abrasions or contusions or injuries around the |
| ·6· ·deep to the hole or right underneath it and then | ·6· ·wound. |
| ·7· ·kind of around the brain there.· The basilar would | ·7· · · Q.· · ·Did you note additional injuries to Kim |
| ·8· ·be at the base of the brain.· So if the brain is | ·8· ·Edmondson that were not at the top of his head? |
| ·9· ·like -- it would be at the bottom part. | ·9· · · A.· ·Yes. |
| 10· ·Subarachnoid is the thin tissue around the brain | 10· · · Q.· · ·Where else did you note injuries that |
| 11· ·where the hole was.· And then the cerebellar | 11· ·were not at the top of his head? |
| 12· ·contusions are again at the base of the brain. | 12· · · A.· ·There was a 3/8th inch laceration or |
| 13· ·There are photos if that would help explain where | 13· ·skin tear at the left commissure of the lips, there |
| 14· ·the injuries are. | 14· ·was a 1/2 inch laceration at the left nasolabial |
| 15· · · Q.· · ·You have photographs that you took | 15· ·fold, there is a 1/8th inch laceration on the left |
| 16· ·during the autopsy to indicate where the hemorrhages | 16· ·side of the lower lip, there were multiple 1/8th |
| 17· ·were? | 17· ·inch purple contusions on the left side of the lower |
| 18· · · A.· · ·Yes. | 18· ·lip, 1-1/4 inch abrasion was posterior to or behind |
| 19· · · Q.· · ·Okay.· We'll get to those. | 19· ·the left ear. |
| 20· · · · · · · · When you looked at the location of | 20· · · Q.· · ·Just to be clear, when you're talking |
| 21· ·the hemorrhages, the location of the defects in the | 21· ·about the location being along the left side |
| 22· ·skull and the areas of injury around this hole, did | 22· ·basically of his mouth and ear, are you talking |
| 23· ·you reach an opinion as to the number of times that | 23· ·about the decedent's left side? |
| 24· ·round approximate 1 inch object had to come in | 24· · · A.· · ·Yes. |
| 25· ·contact with the head to cause those injuries, | 25· · · Q.· · ·So not your left side as you're |

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 82..85
KIRSTIN HOWELL, M.D., 07/07/2021

Page 82

·1· ·conducting the autopsy?
·2· · · · A.· ·No.
·3· · · · Q.· ·In laymen's terms, can you describe
·4· ·where the left commissure of the lips are located?
·5· · · · A.· ·It's right where the lips come together.
·6· · · · Q.· ·Right in the corner where the top lip
·7· ·and bottom lip comes together?
·8· · · · A.· ·Yes.
·9· · · · Q.· ·Can you explain in laymen's terms where
10· ·the left nasolabial fold is located?
11· · · · A.· ·It would be where the nose and lip come
12· ·together.
13· · · · Q.· ·So for some people there's kinds of a
14· ·ridge underneath their nose between the nose and the
15· ·mouth.
16· · · · A.· ·Yes.
17· · · · Q.· ·And it was on that -- like where the
18· ·peaks of the top of the lips are located, it would
19· ·be that skin between the nose and mouth where the
20· ·left peak is?
21· · · · A.· ·I am not sure exactly.· I would have to
22· ·refresh with the photo for particulars about what I
23· ·was referring to.
24· · · · Q.· ·Do you have the autopsy photographs?
25· · · · A.· ·I do.

Page 83

·1· · · · Q.· ·Okay.· We're going to mark the autopsy
·2· ·photographs as Exhibit 7.
·3· · · · · · ·Dylan, I'm going to send it to you
·4· ·right now.
·5· · · · · · ·MR. BROWN:· While you're doing that,
·6· ·I'll be right back.
·7· · · · · · ·(There was an intermission
·8· · · · · · ·from 11:05 to 11:09.)
·9· · · · · · ·(Whereupon, Howell Exhibit 7
10· · · · · · ·marked by counsel.)
11· · · · · · ·MS. SCHNIDT:· Back on the record.
12· · · · Q.· ·So, Doctor, have you had an opportunity
13· ·to look at Exhibit -- have you had an opportunity to
14· ·look at the autopsy photographs?
15· · · · A.· ·Yes.
16· · · · Q.· ·And, for the record, Exhibit 7 is 43
17· ·pages of photographs that contain top and bottom
18· ·photographs.· Is that -- that would make it 86
19· ·photographs.
20· · · · · · ·Do you have 86 photographs, Doctor?
21· · · · A.· ·I believe so.
22· · · · Q.· ·Okay.· Are these photographs taken in
23· ·the normal course of your business?
24· · · · A.· ·Yes.
25· · · · Q.· ·And are they retained in the normal

Page 84

·1· ·course of your business?
·2· · · · A.· ·Yes.
·3· · · · Q.· ·Where are they retained after you finish
·4· ·an autopsy?
·5· · · · A.· ·They are part of our electronic record
·6· ·keeping system.
·7· · · · Q.· ·And prior to today's deposition, did you
·8· ·have an opportunity to review the autopsy
·9· ·photographs?
10· · · · A.· ·Yes.
11· · · · Q.· ·Were those consistent with your memory
12· ·of the autopsy that you did of Kim Edmondson?
13· · · · A.· ·Yes.
14· · · · Q.· · Was there anything that was incorrect?
15· · · · A.· · No.
16· · · · Q.· · Is there anything that was missing in
17· ·the photographs?
18· · · · A.· ·I don't believe so.
19· · · · Q.· ·So having had an opportunity to review
20· ·the photographs in Exhibit 7, does that refresh your
21· ·recollection as to where the 1/2 inch laceration was
22· ·on the left nasolabial fold of Kim Edmondson?
23· · · · A.· ·No.· The nasolabial fold is like your
24· ·laugh line, and it was above the left lip on the
25· ·left side of the body.

Page 85

·1· · · · Q.· ·Okay.· I'm going to go ahead and take
·2· ·down the photographs of the autopsy to spare some of
·3· ·us, obviously not you.· If at any point you need to
·4· ·see the photographs, let me know and I'm happy to
·5· ·pull them back up.· Okay?
·6· · · · A.· ·Okay.
·7· · · · Q.· ·I saw Dylan wincing?
·8· · · · · · ·MR. BROWN:· I did deal with these.
·9· · · · · · ·MS. SCHNIDT:· I was trying to save them
10· ·for closer to lunch.· I'm just kidding.
11· · · · Q.· ·So we're back to Exhibit 2.· Where was
12· ·the laceration located on Kim Edmondson's left side
13· ·of the lower lip?
14· · · · A.· ·On the left side of the lower lip near
15· ·the commissure.
16· · · · Q.· ·So approximately how far from the
17· ·commissure was the laceration on the lower lip?
18· · · · A.· ·Maybe 1/4 inch.
19· · · · Q.· ·So in laymen's terms, it was about 1/4
20· ·inch from his lower left lip?
21· · · · A.· ·Yes.
22· · · · Q.· ·Then you also noted multiple 1/8th inch
23· ·purple contusions on the left side of the lower lip.
24· · · · A.· ·Yes.
25· · · · Q.· ·Do you know how many?

aO AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 86..89
KIRSTIN HOWELL, M.D., 07/07/2021

Page 86

·1     A.     I do not.

·2     Q.     Do your photographs reflect how many?

·3     A.     At least three.

·4     · · Q. · ·Then you also noted a 1-1/4 inch
·5   abrasion to the posterior to the left ear; is that
·6   right?

·7     · A. · ·Yes.

·8     · · Q. · ·Where is the posterior to the left ear?

·9     · A. · ·That would be behind the left ear.

10     · · Q. · ·Like where the bone is behind the left
11   ear?

12     A. · ·Yes.

13     Q.     So if I'm facing you head on, could I
14   see the location of where the abrasion was on Kim
15   Edmondson -- strike that.

16     · · · · · · · First of all, having had the
17   opportunity to review the photographs, did you see
18   the abrasion on Kim Edmondson's posterior to the
19   left ear?

20     · · A. · ·It does not photograph very well, but
21   ·yes.

22     · · Q. · ·So it's not photographed well, but
23   you're able to see where it's at to refresh your
24   recollection on the location behind the left ear,
25   right?

Page 87

·1     · · A. · ·Yes.

·2     · · Q. · ·If I was looking at Kim Edmondson face
·3   on, would I be able to see the location of that
·4   abrasion?

·5     · · A. · ·Probably not.

·6     · · Q. · ·Do you have -- when you're looking at
·7   the autopsy photographs, are you looking at them in
·8   your system or are you looking at them on Exhibit 7?

·9     · · A. · ·I am looking at them on Exhibit 7.

10     · · Q. · ·Let me share this and I'm going to
11   scroll through and can you stop me when you see the
12   photographs of the posterior of the left ear?

13     A.     It's on W57.

14     · · Q.     Thanks.

15     · · A.     And W56.

16     · · Q.     Okay. · So the bottom of W56 and the top
17   of W57?

18     A.     Yes.

19     · · Q. · ·And you note that there is an abrasion
20   located -- looking at W56, can you point out where
21   you see the abrasion, like relative to the ruler?

22     · · A. · ·I don't know that I can see it.

23     · · Q. · ·And how about on W57?

24     · · A. · ·No.

25     · · Q. · ·So is the fact that you're holding a

Page 88

·1   ·ruler behind Kim Edmondson's left ear indicative to
·2   you that was where you saw the abrasion behind his
·3   left ear?

·4     · · A. · ·So if you look up from the 1 inch
·5   marker, there is like a vertical linear -- so
·6   actually it's horizontal in the picture but straight
·7   up kind of from where the 1 inch marker is, there's
·8   a little impression that's like slightly darker
·9   behind the ear and that is the abrasion.

10     · · Q. · · Can you see my cursor right now where
11   I'm circling an area?

12     · · A. · · Yes.

13     · · Q. · · Is that the area where you see the
14   abrasion?

15     · · A. · ·If you go up a little bit, towards the
16   ear. · Up towards the ear.

17     · · Q. · ·Let me see if I can give you the option.
18   No, I guess I can annotate, which I'll do once we
19   figure out where it's located.

20     · · · · · · · You see my cursor right now?

21     · · A. · ·Yes. · It's down from there.

22     Q.     Here?

23     A.     Down. · Towards the bottom of the
24   ·picture.

25     MR. BROWN: · I'm not seeing it either.

Page 89

BY THE WITNESS:

·2     · · A. · ·Right there. · Below there's like a -- if
·3   you were standing upright, it would be a straight up
·4   and down kind of laceration right behind the ear.
·5   Excuse me. · Abrasion.

·6     · · Q. · ·I'm afraid that my cursor might be
·7   behind where you're pointing out.

·8     · · · · · ·MR. BROWN: · Possibly more visible in 57.

·9     · · · · · ·THE WITNESS: · No. · 57 is going to be
10   farther away.

11     · · · · · ·MR. BROWN: · I'm sorry.

12   BY MS. SCHNIDT:

13     · · Q. · ·Doctor, do you have a mouse with you?

14     · · A. · ·I do.

15     · · Q. · ·I'm going to give you control of the
16   mouse and see if you're able to point it out to us.

17     · · A. · ·So it is right here (indicating). · There
18   is a linear abrasion or scrape right here
19   (indicating). · Right above my cursor.

20     · · Q. · ·Look at the top of where the zoom is --

21     · · A. · ·Do I have to --

22     · · Q. · ·It says waiting for you to control, so I
23   don't know if you have to accept something.

24     · · A. · ·Can you see it?

25     · · Q. · ·Yes. · Okay. · I see it.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 90..93
KIRSTIN HOWELL, M.D., 07/07/2021

Page 90

·1· · ·A.· ·Right above my cursor there is a linear
·2· abrasion.
·3· · ·Q.· ·Okay.· I'm going to circle that area.
·4· Have I circled the correct area where you note the
·5· abrasion?
·6· · ·A.· ·Yes.
·7· · ·Q.· ·Is that all within there, the abrasion?
·8· · ·A.· ·I believe it's all within there.
·9· · ·Q.· ·I'm going to also do the same thing in
10· W56, if I can figure out how to undo it.· There we
11· go.· Okay.· Have I circled the correct area where
12· you note the abrasion in W57, the top photograph?
13· · ·A.· ·I believe so.
14· · ·Q.· ·All right.· I'm going to show you what
15· we'll now designate as Exhibit 9.
16· · · · · · · · · · ·(Whereupon, Howell Exhibit 9
17· · · · · · · · · · ·marked by counsel.)
18· BY MS. SCHNIDT:
19· · ·Q.· ·Does Exhibit No. 9 accurately reflect
20· where the abrasion is noted behind Kim Edmondson's
21· left ear?
22· · ·A.· ·Yes.
23· · ·Q.· ·And then Exhibit 10.
24· · · · · · · · · · ·(Whereupon, Howell Exhibit 10
25· · · · · · · · · · ·marked by counsel.)

Page 91

·1· BY MS. SCHNIDT:
·2· · ·Q.· ·Does Exhibit 10 accurately reflect where
·3· the abrasion was that you noted behind Kim
·4· Edmondson's left ear?
·5· · ·A.· ·I believe so.
·6· · ·Q.· · ·It's much easier to see in Exhibit 9,
·7· right?
·8· · ·A.· ·Yes.
·9· · ·Q.· ·Okay.· Let me save these real quick so I
10· don't lose them.
11· · · · · · · · · Okay.· Go back to your report.
12· · · · · · So having looked at the location of
13· the abrasion behind the left ear if you're facing
14· Kim Edmondson straight on, you agree you wouldn't be
15· able to see that abrasion behind his left ear,
16· right?
17· · ·A.· ·Correct.
18· · ·Q.· ·And that abrasion was a recent injury
19· that you noticed?
20· · ·A.· ·Yes.
21· · ·Q.· ·For the lacerations along the left
22· commissure, the left nasolabial fold and the left
23· side lower lip and the purple contusions along the
24· left side lower lip, do you believe that one strike
25· could have caused all those injuries around the

Page 92

·1· mouth?
·2· · · · ·A.· ·I am uncertain if one strike would have
·3· caused all those injuries.
·4· · · · ·Q.· ·Why are you uncertain?
·5· · · · ·A.· ·Because there are multiple lacerations
·6· and they are near each other but not right on top of
·7· each other, so I don't know how many strikes would
·8· have caused those injuries.
·9· · · · ·Q.· ·Do you believe that one strike could
10· have caused the injury to the abrasion to the
11· posterior of the left ear as well as the lacerations
12· and contusions along the left side of Kim
13· Edmondson's lip and face?
14· · · · ·A.· ·No.
15· · · · ·Q.· ·That had to be more than one strike?
16· · · · ·A.· ·Yes.
17· · · · ·Q.· ·And why is that?
18· · · · ·A.· ·Because they're on two different
19· locations on the head.
20· · · · ·Q.· ·Did you note a laceration to the center
21· of Kim Edmondson's chest?
22· · · · ·A.· ·Yes.
23· · · · ·Q.· ·What does it mean there was 1/4 inch
24· flap along the inferior margin?
25· · · · ·A.· ·The way that the skin tore, some of the

Page 93

·1· skin was overhanging part of the skin that was still
·2· intact.
·3· · · · ·Q.· ·Do you believe that one strike could
·4· have caused the lacerations that you noted on Kim
·5· Edmondson's left side of his lips and face as well
·6· as the center of his chest?
·7· · · · ·A.· ·No.
·8· · · · ·Q.· ·Why not?
·9· · · · ·A.· ·Because they're on two different parts
10· of the body.
11· · · · ·Q.· ·And do you think that one strike being
12· continuous -- was it possible that one strike from
13· the left side of his face could have continued down
14· into the center of his chest or you're saying no,
15· just the location of the two?
16· · · · ·A.· ·I don't know.· It could have continued
17· on.
18· · · · ·Q.· ·The way that you're saying "I don't
19· know" sounds like I don't believe so.
20· · · · ·A.· ·Yeah.· I don't believe so.
21· · · · ·MR. BROWN:· Objection.· Form.
22· BY MS. SCHNIDT:
23· · · · ·Q.· ·Now, did you note injuries to Kim
24· Edmondson's upper extremities?
25· · · · ·A.· ·Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.
KIRSTIN HOWELL, M.D., 07/07/2021                    Pages 94..97

Page 94

1 · · · Q. · **Where was -- was there an injury on his**
2 **lateral left shoulder?**
3 · · · A. · ·Yes.
4 · · · Q. · **Was that a recent injury?**
5 · · · A. · ·So the scabbed abrasion, I do not know
6 ·the time that would have been.
7 · · · Q. · **The fact it's scabbed indicates to you**
8 **that there's a possibility it wasn't -- it didn't**
9 **occur at the same time as the injuries on his face**
10 **and chest?**
11 · · · A. · ·Yes.
12 · · · Q. · ·**Okay.· Where on the left shoulder was**
13 **it?**
14 · · · A. · ·It was there (indicating).
15 · · · Q. · ·  **For the record you've indicated the top**
16 **of your left shoulder.**
17 · · · A. · ·Let me find the photo to confirm.· Yes.
18 ·So shoulder area being part of the end of where your
19 ·chest ends and meets your arm.· Lateral being the
20 ·outside part.· There's a linear scab there.
21 · · · Q. · ·**Which photograph in Exhibit 7 are you**
22 **looking at to confirm where the scabbed abrasion**
23 **was?**
24 · · · A. · ·The bottom of W70 and the top of W71.
25 · · · · · ·MS. SCHNIDT:· Do you need to see that,

Page 95

1 ·Dylan?
2 · · · · · ·MR. BROWN:· No.· I have it.· I can see
3 ·it.
4 ·BY MS. SCHNIDT:
5 · · · Q. · ·**So the -- actually, I'm just going to do**
6 **it.· So, for the record you're being shown**
7 **Exhibit 7.· The bottom photograph of Exhibit 7**
8 **indicates the 3/4 inch scabbed abrasion on Kim**
9 **Edmondson's left lateral shoulder, right?**
10 · · · A. · ·Yes.
11 · · · Q. · ·**And the bottom half of W71 also shows**
12 **that same 3/4 inch scabbed abrasion?**
13 · · · A. · ·Yes.
14 · · · Q. · ·**Did you -- was there an injury to Kim**
15 **Edmondson's posterior left forearm?**
16 · · · A. · ·Yes.
17 · · · Q. · ·**What was that injury?**
18 · · · A. · ·There was a linear 1 inch contusion with
19 ·central pallor.
20 · · · Q. · ·**What does that mean?**
21 · · · A. · ·So the contusion, it's a bruise.· So
22 ·there's a purple discoloration of the skin.· Central
23 ·pallor means the central part of the bruise is just
24 ·normal skin color.· It doesn't have that purple
25 ·discoloration.

Page 96

1 · · · Q. · ·**Do you see that contusion with central**
2 **pallor in any of the photographs of Exhibit 7?**
3 · · · A. · ·W55, bottom and top of 56.
4 · · · Q. · ·**Do you have any opinion as to how recent**
5 **that contusion was?**
6 · · · A. · ·Probably reasonably close to death.
7 ·It's a more recent injury.
8 · · · Q. · ·**Do you know what causes a contusion**
9 **that's -- so for the record we're looking at**
10 **Exhibit 7, bottom photograph of W55, Exhibit 7, top**
11 **photograph of W56.· Do you have an opinion as to the**
12 **cause of that type of contusion?**
13 · · · A. · ·So that kind of a contusion is
14 ·considered a patterned contusion.· Usually we see
15 ·the contusion with a central pallor if someone is
16 ·struck with a hard object and the bruising occurs
17 ·kind of like on the sides of where the object is.
18 · · · Q. · ·**What width of this object would it need**
19 **to be to cause this type of contusion we're seeing**
20 **in Exhibit 7, W55 and 56?**
21 · · · A. · ·It would be a narrower object, but I'm
22 ·not sure I can give you an exact measurement.
23 · · · Q. · ·**So looking at the ruler that's -- well,**
24 **so looking at W55, you can see the inside of the**
25 **contusion is the central pallor that you're talking**

Page 97

1 **about, right?**
2 · · · A. · ·Yes.
3 · · · Q. · ·**Would the object need to be smaller than**
4 **this area of central pallor?**
5 · · · A. · ·The object that struck the body is going
6 ·to be about the size of the central pallor, but in
7 ·the case of -- I don't know how much more of the
8 ·object there was that didn't strike the body.
9 · · · Q. · ·**So the portion of the object that came**
10 **into contact with the body would need to be the same**
11 **size or smaller of this area where there is central**
12 **pallor?**
13 · · · · · ·MR. BROWN:· And, again, this all calls
14 ·for speculation about the source of that bruise.
15 ·BY MS. SCHNIDT:
16 · · · Q. · ·**Okay.· Go ahead, Doctor.**
17 · · · A. · ·Yes.
18 · · · Q. · ·**So I'm going to try to do the same thing**
19 **that we did with the other photograph and circle the**
20 **area of central pallor.**
21 · · · · · ·**Can you see the red circle that's**
22 **depicted on W55 now?**
23 · · · A. · ·Yes.
24 · · · Q. · ·~~Okay.· Is that the approximate area that~~
25 **you noted of central pallor within the bruise?**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 98..101
KIRSTIN HOWELL, M.D., 07/07/2021

Page 98

·1· · ·A.· ·Yes.· Approximately.
·2· · ·Q.· ·Okay.· It might be a little bit larger
·3· than that?
·4· · ·A.· ·Yes.
·5· · ·Q.· ·I'm going to mark this as Exhibit 11.
·6· · · · · · · · · · · · ·(Whereupon, Howell Exhibit 11
·7· · · · · · · · · · · · ·marked by counsel.)
·8· BY MS. SCHNIDT:
·9· · ·Q.· ·So I'm showing you what's been marked as
10· Exhibit 11.· Is this -- I'm going to need to switch
11· the mouse.· Does Exhibit 11 accurately reflect the
12· approximate location of the central pallor?
13· · ·A.· ·I believe so.
14· · ·Q.· ·Okay.· Going back to your postmortem
15· examination, did you note there were multiple 1/4 to
16· 1/2 inch purple contusions on Kim Edmondson's left
17· upper arm and forearm?
18· · ·A.· ·Yes.
19· · ·Q.· ·Do your photographs contained within
20· Exhibit 7 reflect the purple contusions that you
21· noted on the left upper arm and forearm?
22· · · · ·A.· · ·Yes.
23· · · · ·Q.· · ·Which photographs?
24· · · · ·A.· · ·Bottom of W53 through the top of 55, and
25· then again W64 through the top of 66.

Page 99

·1· · · ·Q.· · ·What is the bottom of W66, what portion
·2· of the body is that?
·3· · ·A.· ·The top of the right arm.
·4· · · · ·Q.· ·Okay.· So just dealing with the left
·5· ·arm, approximately how many contusions did you note
·6· ·on Kim Edmondson's left arm and forearm?
·7· · ·A.· ·Approximately nine.
·8· · ·Q.· ·I'm sorry.· What was that?
·9· · ·A.· ·Approximately nine on the left upper
10· ·extremity.
11· · ·Q.· ·Do you believe that one strike could
12· ·have caused all the contusions that you noted on Kim
13· ·Edmondson's posterior left arm and upper left arm
14· ·and forearm?
15· · ·A.· ·No.· But this would be including the
16· ·anterior injuries as well as of the contusions in
17· ·those two blocks of photos.
18· · ·Q.· ·Just to be clear, dealing only with Kim
19· ·Edmondson's left arm, do you believe one strike
20· ·could have caused all the contusions that you noted
21· ·along his left arm?
22· · · · ·A.· · ·No.
23· · · · ·Q.· · ·Do you believe two strikes could have
24· ·caused all those contusions?
25· · · · ·A.· · ·No.

Page 100

·1· · ·Q.· ·Is it three?
·2· · ·A.· ·Maybe three or more.· I don't know how
·3· many strikes.
·4· · ·Q.· ·Going back to your postmortem
·5· examination, did you note multiple faint -- strike
·6· that.
·7· · · · · · · · ·Did you note multiple one quarter
·8· to 3/4 inch faint purple contusions along Kim
·9· Edmondson's right upper arm?
10· · ·A.· ·Yes.
11· · ·Q.· ·And are there photographs that depicts
12· the contusions that you noted on his right upper
13· ·arm?
14· · ·A.· ·Yes.· Those start with W66, the bottom
15· of W66.
16· · ·Q.· ·Is that it?· I'm sorry.
17· · ·A.· ·W66 there is -- you can see them through
18· the top of W70.
19· · ·Q.· ·Okay.· How many contusions do you see on
20· W66, the bottom of W66?
21· · ·A.· ·Three.
22· · ·Q.· ·Okay.· And are their different
23· contusions noted on the top of W67?
24· · ·A.· ·The top of -- no.· Those are the same,
25· just closer up.

Page 101

·1· · ·Q.· ·And at the bottom of W67, are there
·2· additional contusions that you see?
·3· · ·A.· ·At the bottom of 67 you said?
·4· · ·Q.· ·Yes.
·5· · ·A.· ·No.· Those look like they're the same.
·6· · ·Q.· ·How about the top of W68, are there
·7· additional contusions?
·8· · ·A.· ·There are contusions on the forearm in
·9· W68.· So the lower part of his arm.
10· · · · ·Q.· · ·The what part?
11· · · · ·A.· · ·The lower part.
12· · ·Q.· ·And you can see those at the top
13· photograph of W68?
14· · ·A.· ·Yes.
15· · · · ·Q.· · ·Can you -- how many?
16· · · · ·A.· · ·At least two.
17· · ·Q.· ·And the bottom -- sorry.· The bottom
18· photograph of W68, do you see additional contusions?
19· · · · ·A.· · ·Yes.
20· · · · ·Q.· · ·How many?
21· · · · ·A.· · ·At least one.
22· · · · ·Q.· · ·Is that a long contusion?
23· · · · ·A.· · ·It's difficult to tell from this
24· photograph whether it is two separate contusions or
25· one long.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 102..105
KIRSTIN HOWELL, M.D., 07/07/2021

---

Page 102

1 · · Q. · ·Okay.· But no contusion was larger than
2 3/4 of an inch; is that right?· I can show you your
3 postmortem examination.
4 · · · · · Was there any contusion longer than
5 3/4 of an inch on Kim Edmondson's right upper arm?
6 · · A. · ·It looks like all the contusions were up
7 to 3/4 of an inch.
8 · · Q. · ·Is that in length or width?
9 · · A. · ·Greatest dimension.
10 · · Q. · ·Then does the top of W69 show any
11 different contusions than what we discussed?
12 · · A. · ·On the lower part of the arm, it is --
13 the contusion that we discussed.· But in the
14 protocol, it is described as a 1-1/4 inch contusion,
15 I believe, on the lower right arm.
16 · · Q. · ·So this is -- does the bottom of 68 and
17 the top of 69 depict the 1-1/4 inch contusion that
18 you talk about in the protocol?
19 · · A. · ·I believe so.
20 · · Q. · · Do you need to see anything to refresh
21 your recollection?
22 · · A. · ·No.· I'm looking at the photos.
23 Contusions are difficult.· But that is the only
24 document of contusion I see on the right forearm, so
25 I believe that's what it is referring to.

---

Page 103

1 · · · Q. · ·And does the bottom of W69 depict any
2 additional contusions that we haven't discussed?
3 · · · A. · ·I don't believe so.
4 · · · Q. · ·Does the top of W70 depict any
5 additional contusions that we haven't discussed?
6 · · · A. · ·I don't believe so.
7 · · Q. · ·So there are at least six contusions on
8 Kim Edmondson's right upper arm; is that right?
9 · · · A. · ·I believe so.
10 · · · Q. · ·Go ahead and take a look.· I don't want
11 you to guess.
12 · · · A. · ·I count five on the upper arm, six
13 including the forearm.· So the right upper
14 extremity.
15 · · · Q. · ·So there's at least six contusions in
16 totality on Kim Edmondson's right arm?
17 · · · A. · ·Yes. The right upper extremity.
18 · · · Q. · ·You say "right upper extremity" because
19 you're also including the shoulder?
20 · · · A. · ·No.· I usually refer to this part as the
21 arm (indicating).· So from the shoulder to the elbow
22 and from the elbow to the wrist as the forearm.· So
23 I just wasn't to be clear that I am referring to
24 both the arm and forearm.
25 · · · Q. · ·Got it.· So there are at least six

---

Page 104

1 bruises on Kim Edmondson's arm and forearm on the
2 right side?
3 · · · A. · ·Yes.
4 · · · Q. · ·Do you believe one strike caused the
5 contusions that are noted on Kim Edmondson's right
6 arm and forearm?
7 · · · A. · ·No.
8 · · · Q. · ·Do you believe two strikes caused those
9 contusions?
10 · · · A. · ·At least two.· With the caveat being
11 both upper extremity with the smaller contusions, if
12 he was grabbed, a grab could cause multiple
13 contusions.
14 · · · Q. · ·So a strike could include a grab by your
15 definition?
16 · · · A. · ·A grab could cause multiple contusions.
17 I don't know how those contusions were caused, but
18 multiple contusions could be caused by a grab.
19 · · · Q. · ·Do any of those contusions look like
20 they were caused by a grab?
21 · · · A. · ·It's possible.
22 · · · Q. · ·And which ones are those?
23 · · · A. · ·Just the smaller contusions.
24 · · · Q. · ·Can you point to any of them in the
25 photographs?

---

Page 105

1 · · A. · ·I guess the top -- any of the smaller
2 contusions, so the top of 68, seen on the bottom of
3 67, all these smaller ones, I don't know what causes
4 them.
5 · · Q. · ·Do you believe that one strike caused
6 the contusions on the left arm and the right arm in
7 totality?
8 · · A. · ·No.
9 · · Q. · ·Do you believe two strikes caused the
10 contusions on -- that are noted on the entirety of
11 the left arm and right arm?
12 · · A. · ·No.
13 · · Q. · · Have we discussed all the external
14 injuries that you noted to Kim Edmondson's body?
15 · · A. · ·Yes.· Except -- we've talked about all
16 of them.
17 · · Q. · ·We've talked about all of them?
18 · · A. · ·Yes.
19 · · Q. · ·After completing the external
20 examination, did you then conduct an internal
21 examination of Kim Edmondson?
22 · · A. · ·Yes.
23 · · Q. · ·You noted that there was under "head"
24 the third sentence, "There is no epidural
25 hemorrhage."· Do you see that?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.       Pages 106..109
KIRSTIN HOWELL, M.D., 07/07/2021

Page 106

1 · · · A.· · Yes.
2 · · · Q.· · Why did you note there was no epidural
3 · hemorrhage?
4 · · · · A.· · So an epidural hemorrhage is the space
5 · between the skull and the dura, which is a hard
6 · membrane.· There are certain kind of injuries that
7 · cause epidural hemorrhage.· I wanted to make note
8 · that while there was not no hemorrhage within the
9 · body, there wasn't this particular kind of
10 hemorrhage.
11 · · · Q.· · What could cause epidural hemorrhages?
12 · · · · A.· · Epidural hemorrhages are caused by a
13 · tearing of arteries, and it's usually in older
14 · individuals, with a large blow to the head.
15 · · · Q.· · So you did determine that Kim Edmondson
16 · died as a result of blunt force trauma to the head,
17 · right?
18 · · · · A.· · Yes.
19 · · · Q.· · So how do you categorize a large blow to
20 · the head with an older person versus what you
21 · determined for Kim Edmondson?
22 · · · · A.· · It was mostly just documentation that
23 · there was not an epidural hemorrhage.
24 · · · Q.· · Does that mean there was not a large
25 · blow to his head?

Page 107

1 · · · · A.· · No.· It just means there was not blood
2 · in between the space of his skull and his dura.
3 · · · Q.· · Okay.· Then you also noted a little bit
4 · further down beginning "Coronal Sections Through the
5 · Cerebral Hemisphere."
6 · · · · · · · · Do you see that?
7 · · · · A.· · Yes.
8 · · · Q.· · Can you just read that sentence to
9 · yourself?
10 · · · · A.· · Yes.
11 · · · Q.· · Did you note any focal lesions aside
12 · from what was previously described?
13 · · · · A.· · No.
14 · · · Q.· · What did you mean, "There were no focal
15 · lesions aside from the previously described
16 · injuries"?
17 · · · · A.· · That I did not see any evidence of tumor
18 · or old trauma to the brain or something out of the
19 · usual during the examination.
20 · · · Q.· · In conducting your internal examination
21 · of Kim Edmondson, was there any other indication in
22 · the internal examination that the cause of death was
23 · from blunt force trauma?
24 · · · · A.· · There were -- could you please repeat
25 · the question or rephrase the question?

Page 108

1 · · · Q.· · Absolutely.
2 · · · · · · · Ultimately you determined that Kim
3 · Edmondson's cause of death was from blunt force
4 · trauma, right?
5 · · · · A.· · Yes.
6 · · · Q.· · To his head?
7 · · · · A.· · Yes.
8 · · · Q.· · Did the internal examination support
9 · that finding?
10 · · · · A.· · Yes.
11 · · · Q.· · How?
12 · · · · A.· · There were injuries to the skull and
13 · brain.
14 · · · Q.· · And you found those injuries both in the
15 · external examination and the internal examination,
16 · right?
17 · · · · A.· · Yes.
18 · · · Q.· · And we discussed what those injuries
19 · were that you found?
20 · · · · A.· · Yes.
21 · · · Q.· · We were talking about in the context of
22 · the external examination, but did you find anything
23 · in the internal examination of Kim Edmondson's skull
24 · and brain that we haven't discussed?
25 · · · · A.· · I discussed them all previously.

Page 109

1 · · · Q.· · Okay.· Earlier we talked about the
2 · ancillary procedures that were done, right?
3 · · · · A.· · I don't believe we did.
4 · · · Q.· · I'm sorry.· Okay.· A DNA blood card was
5 · retained.
6 · · · · A.· · We did talk about that one.
7 · · · Q.· · Okay.· And you either did that by using
8 · a Q-Tip or using your fingers?
9 · · · · A.· · Yes.
10 · · · Q.· · What is the No. 2 point?
11 · · · · A.· · So central blood, peripheral blood, so
12 · blood from the heart, blood from the inferior vena
13 · cava, which would be peripheral, so not the central
14 · blood system, urine, vitreous humor, so the fluid
15 · within the eyeball were all withdrawn and labeled
16 · and sent to the toxicology laboratory.
17 · · · Q.· · Why did you obtain this blood, urine and
18 · vitreous humor?
19 · · · · A.· · We perform toxicology on some of our
20 · samples and we give samples to toxicology as
21 · requested.
22 · · · Q.· · What's the protocol in determining
23 · whether toxicology should be performed?
24 · · · · A.· · If a death is thought to be from toxin
25 · or an overdose, then toxicology is performed.· If

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 110..113
KIRSTIN HOWELL, M.D., 07/07/2021

Page 110

1 you are uncertain, then it's at the assistant
2 medical examiner's discretion. All toxicology is
3 performed on all potential homicides unless they
4 went to the hospital for an extended period of time.
5 · · · Q. · · In Kim Edmondson's case, because -- why
6 is it that you submitted the blood and urine and
7 vitreous humor for toxicology?
8 · · · A. · · If we're able to get those specimens,
9 those are the standard specimens that we get, and
10 then basic panel was ordered because this was ruled
11 a homicide.
12 · · · Q. · · Who ordered the panel?
13 · · · A. · · Me.
14 · · · Q. · · And you made that decision because you
15 ruled it a homicide?
16 · · · A. · · Yes.
17 · · · Q. · · And why did you rule it a homicide?
18 · · · A. · · Because there was a history of an
19 assault, we had injuries consistent with assault.
20 And death at the hands of another is ruled as a
21 homicide?
22 · · · Q. · · So the history of the assault that came
23 from Investigator Santoro; is that right?
24 · · · A. · · Yes.
25 · · · Q. · · And then the injuries consistent with

Page 111

1 assault, that came from your own examination?
2 · · · A. · · Yes.
3 · · · Q. · · So what made you determine that there
4 was death at the hands of another?
5 · · · A. · · That there was a story of an assault and
6 that the injuries were consistent with that.
7 · · · Q. · · You conducted the autopsy on May 31,
8 2018, right?
9 · · · A. · · Yes.
10 · · · Q. · · And the toxicology, do you know when the
11 toxicology results were obtained?
12 · · · A. · · They were probably submitted that day,
13 and then I do not know when the results came back.
14 · · · Q. · · I'm showing you what's been marked as
15 Exhibit 3.
16 · · · · · · · · · · (Whereupon, Howell Exhibit 3
17 · · · · · · · · · · marked by counsel.)
18 BY MS. SCHNIDT:
19 · · · Q. · · Dylan you have this one.
20 · · · · · · · · Exhibit 3 contains five pages of
21 documents. Do you recognize Exhibit 3?
22 · · · A. · · Yes.
23 · · · Q. · · What is Exhibit 3?
24 · · · A. · · The first page is the toxicology report
25 issued from the toxicology department in our office,

Page 112

1 and the remaining pages are the toxicology report
2 from NMS Labs who perform most of our toxicology.
3 · · · Q. · · What's the purpose of the first page of
4 Exhibits No. 3?
5 · · · A. · · It states that all of the ordered
6 documents or all of the ordered tests were
7 performed. Because sometimes there are things that
8 don't go to NMS so it will state that all of our
9 laboratory work that was ordered is done. If a
10 carbon monoxide is done in-house, the results would
11 be there. And then it refers to the NMS report.
12 · · · Q. · · Is it fair to say that as of June 13,
13 2018, the Cook County Medical Examiner's Office knew
14 the results of the toxicology reports? Up at the
15 top you see the report date.
16 · · · A. · · Yes. That is when that final report --
17 the toxicology report was done.
18 · · · Q. · · Okay. So this is not a report you did,
19 right?
20 · · · A. · · Correct.
21 · · · Q. · · The practice of the office of the
22 medical examiner though is to issue -- strike that.
23 · · · · · · · · Is it the practice of the office of
24 the medical examiner to create this report once the
25 lab results are in to the Cook County Medical

Page 113

1 Examiner's Office?
2 · · · A. · · For all cases that are examined
3 physically, this report is created whether
4 toxicology is performed or not.
5 · · · Q. · · Is this report created once the reports
6 are in?
7 · · · A. · · I am not certain when this result is
8 created. Somebody else creates this report, and I
9 don't know what their criteria are for creating this
10 report.
11 · · · Q. · · Going to Pages 2 through 5 of Exhibit 3,
12 which is Pages 1 through 4 of the NMS Labs' report,
13 you see that that was issued on June 13, 2018,
14 right?
15 · · · A. · · Yes.
16 · · · Q. · · Do you know how long it takes for the
17 Cook County Medical Examiner's Office to receive
18 these reports from NMS Labs?
19 · · · A. · · It's variable.
20 · · · Q. · · How are they sent?
21 · · · A. · · I don't know.
22 · · · Q. · · Do you ever see these types of
23 toxicology reports?
24 · · · A. · · Yes.
25 · · · Q. · · And how long after they're issued do you

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 114..117
KIRSTIN HOWELL, M.D., 07/07/2021

---

Page 114

·1   receive them?
·2   · · A.· ·When I get to them.
·3   · · Q.· ·In Kim Edmondson's case, did you see the
·4   toxicology report from the toxicology tests that
·5   were done?
·6   · · A.· ·Yes.
·7       Q.    When did you see the results?
·8       A.    I don't know.
·9       Q.    But you do recall seeing them?
10       A.    Yes.
11   · · Q.· ·When you saw the results of his
12   toxicology report, did that change the opinions that
13   you reached on his cause and manner of death after
14   performing his autopsy?
15   · · A.· ·No.
16   · · Q.· ·Why not?
17   · · A.· ·Because he had a devastating injury to
18   the back of his head that caused his death.
19   · · Q.· ·Under ancillary procedures you also
20   indicate that photography was performed, right?
21   · · A.· ·Yes.
22   · · Q.· ·And we reviewed those photographs that
23   you took in Exhibit 7, right?
24   · · A.· ·Those were taken at my discretion, yes.
25   · · Q.· ·You did not take the photographs?

---

Page 115

·1       A.    I did not, no.
·2       Q.    Who takes the photographs?
·3       A.    We have staff photographers.
·4   · · Q.· ·Are the photographs taken and performed
·5   at the time you perform the autopsy?
·6   · · A.· ·Yes.
·7   · · Q.· ·And do you do anything to ensure that
·8   the staffer who is taking the photograph is
·9   photographing what you want them to photograph?
10   · · A.· ·Yes.· So I am the one that holds the
11   unique identifier in all the photos, so it's like,
12   "Here, please take a photo of this."· I direct them.
13   And sometimes we'll confirm with them that they got
14   accurate representation of what I wanted.
15   · · Q.· ·Did you also take x-rays of Kim
16   Edmondson?
17   · · A.· ·X-rays were performed, yes.
18   · · Q.· ·Have you had an opportunity to review
19   those x-rays before the deposition today?
20   · · A.· ·I did not review the x-rays before the
21   deposition.
22   · · Q.· ·Do you know how many x-rays were taken?
23   · · A.· ·Five.· Well, there are five that were
24   produced.
25   · · Q.· ·We'll have to look at those after a

---

Page 116

·1   break because I don't have them.
·2   · · · · · · · · · ·What was the process for obtaining
·3   Kim Edmondson's urine to submit for toxicology?
·4   · · A.· ·The forensic technicians get the urine
·5   usually by using a needle and puncturing the bladder
·6   and withdrawing it that way.
·7   · · Q.· ·How long after he came into your office
·8   was his blood and urine obtained?
·9   · · · ·A.· ·I do not know what time he arrived at
10   our office, but the autopsy was started at 7:45, I
11   believe, per the report, so it would have been
12   within an hour of that.
13   · · Q.· ·So the practice is blood and urine and
14   vitreous humor is obtained during the autopsy?
15   · · A.· ·Yes.
16   · · Q.· ·So within time between 7:45 and 8:45 on
17   May 31, 2018, in the morning a technician removed
18   Kim Edmondson's blood, urine and vitreous humor for
19   the toxicology results?
20   · · A.· ·I probably removed the vitreous humor
21   because I usually do that, but it varies how long
22   the examination takes.· But it is done before any
23   internal cutting is started.
24   · · Q.· ·So either you or someone removed Kim
25   Edmondson's blood, urine and vitreous humor for the

---

Page 117

·1   toxicology test between 7:45 and 8:45 in the morning
·2   on May 31st?
·3   · · A.· ·Probably, yes.
·4   · · Q.· ·That's the standard practice?
·5   · · A.· ·That would be the standard practice.· It
·6   would be variable depending on how long the internal
·7   examination took.· The external examination started
·8   at 7:45, so depending how long the external
·9   documentation took in order to get into the body and
10   then obtain the samples.
11   · · Q.· ·Like give or take what, 15 minutes or
12   so?
13   · · A.· ·Yes.· Half an hour, 15 minutes.
14   · · Q.· ·And the toxicology results are based on
15   the blood and the urine that you or someone obtained
16   during Kim Edmondson's autopsy, right?
17   · · A.· ·Yes.
18   · · Q.· ·Did you remove Kim Edmondson's pants to
19   submit to the Chicago Police Department?
20   · · A.· ·I did or the technician did.
21   · · Q.· ·Did you do the oral swabs for Kim
22   Edmondson?
23   · · A.· ·Yes.
24   · · Q.· ·What's the process for obtaining --
25   what's your process for obtaining oral swabs?

---

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 118..121
KIRSTIN HOWELL, M.D., 07/07/2021

Page 118

·1· · A.· ·We have sealed individual swabs, we have
·2· flat swab boxes, so I have to pop out the swab box
·3· and labeling it with my initials and then you swab
·4· it with the mouth and place it in there.· Usually if
·5· there is some sort of oral airway, I remove that
·6· first and then use the swab to remove those, put
·7· them in the box and seal it for law enforcement.
·8· · Q.· ·What's your process for removing pulled
·9· and combed head hair?
10· · A.· ·We have combs, so I have a comb through
11· the hair and gather several strands of hair from
12· that and put it in the envelope.· The comb also goes
13· into the envelope and I pull hairs either with my
14· fingers or if it's too short, a forceps to remove
15· the hair and sealed with my initials.
16· · Q.· ·If you have to use forceps, do you use
17· clean forceps that you haven't used on another case?
18· · A.· · Yes.· They're cleaned before.
19· · Q.· · How are they cleaned before?
20· · A.· · ·I have either like alcohol or betadine
21· ·or something to clean them, but usually it's with my
22· fingers.
23· · Q.· · What's your process for obtaining
24· fingernail clippings?
25· · A.· · ·We have clippers.· And so I take photos

Page 119

·1· of the fingernails and then clip off the fingernails
·2· and put them in an envelope and I seal those with my
·3· name and initials.
·4· · Q.· ·And do you use separate fingernail
·5· clippers for each decedent?
·6· · A.· ·Yes.· And then the clipper goes in the
·7· final envelope.
·8· · Q.· · I'm showing you what I'll mark as
·9· Exhibit 12.
10· · · · · · · · · · (Whereupon, Howell Exhibit 12
11· · · · · · · · · · marked by counsel.)
12
13· BY MS. SCHNIDT:
14· · Q.· ·Is there any way for us to confirm that
15· this is an x-ray taken of Kim Edmondson?
16· · A.· ·No.· There are no identifiers on that
17· photo.
18· · Q.· · I'll represent to you that this was
19· obtained from the x-rays that your office produced
20· pursuant to subpoena.
21· · · · · MR. BROWN:· Which were not provided to
22· us, the plaintiffs.
23· · · · · MS. SCHNIDT:· We're not going to get
24· into that.
25· · · · · MR. BROWN:· Okay.

Page 120

·1· BY MS. SCHNIDT:
·2· · Q.· · Doctor, do you have experience reading
·3· radiographs?
·4· · A.· · ·I read radiographs in the course of my
·5· work as a physician.· I am not a radiologist.
·6· · Q.· · Do you see in looking at Exhibit 12 the
·7· defect in Kim Edmondson's skull?
·8· · A.· · ·It is not as obvious in this photo as it
·9· is in the anteroposterior film.· This is a lateral
10· film of the head.· There is an irregularity, but I
11· don't know that I could classify it further than
12· that from this shot.
13· · Q.· · All right.· I'm showing you what I'll
14· mark as Exhibit 13.
15· · · · · · · · · · (Whereupon, Howell Exhibit 13
16· · · · · · · · · · marked by counsel.)
17· BY MS. SCHNIDT:
18· · Q.· · Do you see Exhibit 13?
19· · A.· · Yes.
20· · · · · MR. BROWN:· I'm going to object to this
21· exhibit on foundation.
22· BY MS. SCHNIDT:
23· · Q.· · Okay.· And, for the record, in the
24· bottom left corner it says 205 Exhibit 12, has 3 of
25· 5 in the bottom corner.

Page 121

·1· · · · · · · · · ·Is this the anterior or posterior?
·2· · A.· · ·It's called a anteroposterior
·3· radiograph.· Because the L is on our right, that
·4· would be the decedent's left, so this is likely shot
·5· from anterior to posterior.
·6· · Q.· · Do you see the defect in Kim Edmondson's
·7· skull in Exhibit 13?
·8· · A.· · Yes.
·9· · · · · MR. BROWN:· Objection.· Lack of
10· foundation.
11· BY MS. SCHNIDT:
12· · Q.· · And how do you know there is a defect --
13· do you see a defect in the skull that's depicted in
14· Exhibit 13?
15· · A.· · Yes.
16· · Q.· · And how do you know that there's a
17· defect in the skull?
18· · A.· · ·There is something called radiolucency,
19· which is a darkening of the film in the right side
20· of the -- so looking at it on our left, there is a
21· kind of circular kind of darker defect with lighter
22· stuff around it.
23· · Q.· · I've just put a circle in the area of
24· the skull.· Is this the area where you note the
25· darkening in the film?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                          Pages 122..125
KIRSTIN HOWELL, M.D., 07/07/2021

Page 122

·1    A. · ·Yes.
·2    Q.    Is the -- does the circle that I've put
·3  in Exhibit 13 reflect the entire area that you see
·4  darkening in the skull caused by a defect?
·5    · A. · ·I believe so.
·6    · Q. · ·All right. · I'm going to save this.
·7  Again, Doctor, I'm going to show you Exhibit 14,
·8  which is a screen shot of what I just showed you.
·9    · · · · · · · · · · · (Whereupon, Howell Exhibit 14
10    · · · · · · · · · ·marked by counsel.)
11  BY MS. SCHNIDT:
12    · Q. · ·Does Exhibit 14 accurately depict the
13  area of darkening in this -- in the radiograph?
14    · A.    Yes, I believe so.
15    · Q.    The circle around the defect in the
16  skull?
17    · A. · ·Yes, I believe so.
18    · Q. · ·Okay. · Thank you.
19    · · · Did you diagnose -- what is a
20  pathologic diagnoses in your report?
21    · A. · ·That's my summary of findings from the
22  autopsy.
23    · Q. · ·So is this area of your report a summary
24  of everything that we discussed previously?
25    · A. · ·There are some things that we have not

Page 123

·1  discussed that are in there, but I believe that all
·2  the injuries are presented in there.
·3    · Q. · ·With regard to Kim Edmondson's head and
·4  neck, what injuries did you summarize finding during
·5  the autopsy?
·6    · A. · ·There was the laceration of the back of
·7  the skull -- excuse me -- the back of the head,
·8  there was the underlying subscapular and subgaleal
·9  hemorrhage, there was the fractured defects of the
10  skull, subarachnoid hemorrhage and lacerations and
11  contusion of the brain. · There were lacerations on
12  the face and abrasion in the posterior left ear.
13    · Q. · ·Why is it, Doctor, in Exhibit 2, did you
14  summarize there being lacerations and contusions of
15  the face rather than the lips and the area around
16  the lips as we discussed?
17    · A. · ·This is just a summary of the findings,
18  so they're not as detailed as they are elsewhere in
19  the protocol.
20    · Q. · ·Did you summarize any findings you made
21  with regard to Kim Edmondson's torso?
22    · A.    Yes.
23    · Q.    What?
24    · A.    The laceration that was seen on the
25  chest.

Page 124

·1    · Q. · ·Did you summarize any injuries that you
·2  noted to Kim Edmondson's upper extremities?
·3    · A. · ·Yes.
·4    · Q.    What?
·5    · A. · ·The scattered contusions or the
·6  contusions on the upper extremities.
·7    · Q. · ·Did you also summarize that there was a
·8  postmortem toxicology test that was being conducted?
·9    · A. · ·Yes.
10    · Q. · ·And why is it that you put report in
11  here if the date on the NMS Labs' report wasn't
12  until June 13, 2018?
13    · A. · ·Well, as described before, this wasn't
14  published until, I believe, August is when the case
15  was finalized and so this wouldn't have been done
16  until everything else was finalized. · Also the
17  toxicology report did not affect our cause and
18  manner of death.
19    · Q. · ·Did you see the toxicology results by
20  August 13, 2018?
21    · A. · ·By the time that this was finalized,
22  yes.
23    · Q. · ·And it was finalized by August 13, 2018,
24  right?
25    · A. · ·Yes.

Page 125

1 · · · Q. · ·What is anomalous origin of the right
2 · coronary artery?
3 · · · A. · ·Anomalous origin of the right coronary
4 · artery, usually your left coronary artery arises
5 · from one side of the aorta and the right coronary
6 · artery from the other side of the aorta. · His right
7 · coronary artery came off of the left trunk.
8 · · · Q. · ·Came off the left what?
9 · · · A. · ·Left trunk. So the left main coronary
10 · artery, his right came off of that.
11 · · · Q. · ·Did the location of his right coronary
12 · artery have any impact on his cause of death?
13 · · · A. · ·No.
14 · · · Q. · ·Why is it that you noted that?
15 · · · A. · ·Because it's something that I found
16 · during autopsy, and this is where I listed things I
17 · found during autopsy.
18 · · · Q.    Did you reach an opinion in this case?
19 · · · A.    Yes.
20 · · · A.    Did you reach an opinion to a reasonable
21 · degree of scientific certainty?
22 · · · A. · ·Yes.
23 · · · Q. · ·Did you determine, to a reasonable
24 · degree of scientific certainty, that Kim Edmondson
25 · died as a result of a homicide?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 126..129
KIRSTIN HOWELL, M.D., 07/07/2021

Page 126

·1· · · A.· · ·He died as a result of blunt trauma of
·2· the head due to assault.
·3· · · Q.· · ·So did you determine, to a reasonable
·4· degree of scientific certainty, that Kim Edmondson
·5· died of blunt trauma of the head due to assault?
·6· · · A.· · ·Yes.
·7· · · Q.· · ·Did you determine, to a reasonable
·8· degree of scientific certainty, that the manner in
·9· which Kim Edmondson died was due to a homicide?
10· · · A.· · ·Yes.
11· · · Q.· · ·Did you determine, to a reasonable
12· degree of scientific certainty, that Kim Edmondson
13· died as a result of his head laceration?
14· · · A.· · ·It was not the head laceration.· It
15· would have been the -- all of the injuries to his
16· head.
17· · · Q.· · ·And when you're talking about all the
18· injuries to the head, you're talking about the back
19· top of his head?
20· · · A.· · ·Correct.
21· · · Q.· · ·Did you make a determination as to the
22· exact cause of his death, whether it was the object
23· penetrating into his brain, the bone penetrating
24· into his brain, the hole in his skull or the
25· laceration of the skin or the hemorrhages around

Page 127

·1· that area?
·2· · · A.· · ·It would be all of those things
·3· together.· I can't separate them out.
·4· · · Q.· · ·So did you determine, to a reasonable
·5· degree of scientific certainty, that Kim Edmondson
·6· died because he had a laceration on the back of his
·7· head with a nearly round underlying skull defect and
·8· associated injury to the dura matter and the brain?
·9· · · A.· · ·Yes.
10· · · Q.· · ·Okay.· Did you determine, to a
11· reasonable degree of scientific certainty, that the
12· head injury was caused by a round object
13· approximately 1 inch in diameter?
14· · · A.· · ·Yes.
15· · · Q.· · ·Was there any indication that Kim
16· Edmondson died of a cardiovascular event?
17· · · A.· · ·No.
18· · · Q.· · ·Was there any indication that Kim
19· Edmondson died because of any of the substances that
20· were found in his blood during the toxicology
21· results?
22· · · A.· · ·No.
23· · · Q.· · ·Was there any indication that Kim
24· Edmondson died because of a respiratory event?
25· · · A.· · ·No.

Page 128

·1· · · Q.· · ·Do you have any reason to dispute the
·2· toxicology findings in this case?
·3· · · A.· · ·No.
·4· · · Q.· · ·So do you disagree that he had cocaine,
·5· PCP and alcohol in his system?
·6· · · A.· · ·I don't disagree.
·7· · · Q.· · ·What did you do -- where did Kim
·8· Edmondson's body go after you were done with the
·9· autopsy?
10· · · A.· · ·When we are finished with the autopsy,
11· it goes back into our cooler and then gets picked
12· up.· I am not for certain, usually by a funeral
13· home.
14· · · Q.· · ·I'm showing you again Exhibit No. 3.· Do
15· you see that in front of you, the toxicology
16· documents?
17· · · A.· · ·Yes.
18· · · Q.· · ·When -- do you know when the Cook County
19· Medical Examiner's Office receives these documents
20· whether they're forwarded on to the state's
21· attorneys or the detectives or anybody like that?
22· · · A.· · ·I don't believe -- I don't know when
23· they go to anyone else.
24· · · Q.· · ·Okay.· So you don't know what happens
25· once the Cook County Medical Examiner's Office

Page 129

·1· receives the toxicology report what happens to it?
·2· · · A.· · ·No, I don't know.
·3· · · Q.· · ·Okay.· Do you have any opinion -- so
·4· looking at Page 2 of Exhibit No. 3, the toxicology
·5· report, there was alcohol, cocaine and PCP in Kim
·6· Edmondson's system, right?
·7· · · A.· · ·Yes.
·8· · · Q.· · ·And that was found in his peripheral
·9· blood?
10· · · A.· · ·Yes.
11· · · Q.· · ·Remind me again, where is the peripheral
12· blood from?
13· · · A.· · ·This would have been from the inferior
14· venous cava.
15· · · Q.· · ·Where is that in the body?
16· · · A.· · ·It is the giant vein that runs from your
17· legs up to your heart that returns the blood from
18· your lower body to your heart.
19· · · Q.· · ·Do you have --
20· · · A.· · ·Do you know where the aorta is?· It's
21· parallel to that.
22· · · Q.· · ·Sorry for interrupting you.
23· · · · · · · · ·Do you have any opinion as to how
24· recent any of these substances; cocaine, alcohol or
25· PCP, were consumed prior to Kim Edmondson's death?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 130..133
KIRSTIN HOWELL, M.D., 07/07/2021

Page 130

·1 · · · · · ·MR. BROWN:· Objection.· Calls for
·2 speculation and foundation.
·3 BY THE WITNESS:
·4 · ·A.· · ·I don't know when he took any of these
·5 substances.
·6 BY MS. SCHNIDT:
·7 · ·Q.· · ·As part of your job as an assistant
·8 medical examiner, do you analyze how any of these
·9 substances can affect a person prior to their death?
10 · ·A.· · ·What do you mean?
11 · ·Q.· · So someone who consumes PCP prior to
12 their death, do you when you're performing an
13 autopsy and reaching a conclusion as to the cause
14 and manner of death, is it your job to consider how
15 PCP can affect a person prior to their death?
16 · ·A.· · ·In some cases.
17 · ·Q.· · ·Like if you're determining whether
18 somebody died because of taking drugs?
19 · ·A.· · ·Yes.
20 · ·Q.· · ·What kind of training do you have on
21 toxicology?
22 · ·A.· · ·I have information on how toxicology
23 specimens are performed via my anatomic and
24 clinical -- mostly the clinical pathology training
25 and then have had exposure to the laboratory where

Page 131

·1 these tests are being performed and kind of a
·2 baseline toxicology information about the testing
·3 and some of the effects and metabolism.
·4 · ·Q.· · ·What kind of training do you have on how
·5 drugs can impact a person's presentation?
·6 · ·A.· · ·I have basic training on that.
·7 · ·Q.· · ·When you say "basic training," does that
·8 mean like what you learned in school?
·9 · ·A.· · ·Yes.· Like medical school and some stuff
10 I received in my fellowship.
11 · ·Q.· · ·Can PCP allow someone to walk for a
12 period of time even if they have suffered a fatal
13 head injury?
14 · ·A.· · ·I don't know what effect PCP would have
15 on somebody with a head injury.
16 · ·Q.· · What about cocaine, can you answer for
17 cocaine?
18 · ·A.· · ·No.
19 · ·Q.· · ·Does PCP -- strike that.
20 · · · · · · · Does the area where Kim Edmondson
21 suffered the fatal head wound to the top back of his
22 head, does that affect vital parts of his brain?
23 · ·A.· · ·It is a part of his brain.· I don't know
24 of any brain mapping that was done on him, but
25 looking at generic brain maps, it is not in an area

Page 132

·1 that an injury would cause instant death.
·2 · · · ·Q.· · ·Does that area of the brain generally
·3 affect a person's ability to walk?
·4 · · · ·A.· · ·I don't believe so.
·5 · · · ·Q.· · ·How about speech, does that area of the
·6 brain where he suffered the fatal injury affect
·7 speech?
·8 · · · ·A.· · ·It may affect speech.
·9 · · · ·Q.· · ·You'd have to decide person by person?
10 · · · ·A.· · ·Yes.· Again, I don't know of any brain
11 mapping that was done on him.· Different people are
12 different.· But with generic brain mapping, it would
13 be in the speech recognition area.
14 · · · ·Q.· · ·Can cocaine and PCP act as adrenalin in
15 a person's system?
16 · · · ·A.· · ·They are stimulants.· I don't know that
17 they are synonymous with adrenalin.
18 · · · ·Q.· · ·What does a stimulant mean then?
19 · · · ·A.· · ·It's an excitatory.
20 · · · ·Q.· · ·Can PCP and cocaine numb feelings of
21 pain?
22 · · · ·A.· · ·Cocaine has been used in the past as an
23 analgesic.· I don't know how that works
24 systemically.
25 · · · ·Q.· · ·If after getting these toxicology

Page 133

·1 results you believed that the substances in Kim
·2 Edmondson's blood actually caused his death, would
·3 you have amended your report?
·4 · ·A.· · ·Yes.
·5 · ·Q.· · ·Did you do so?
·6 · ·A.· · ·No.
·7 · ·Q.· · ·You mentioned earlier there were notes
·8 that you took --
·9 · ·A.· · ·Yes.
10 · ·Q.· · -- when performing the autopsy?
11 · ·A.· · Yes.
12 · ·Q.· · I'm showing you Exhibit 4, which is two
13 pages.
14 · · · · · · · (Whereupon, Howell Exhibit 4
15 · · · · · · · marked by counsel.)
16 BY MS. SCHNIDT:
17 · ·Q.· · Are these the notes that you took?
18 · ·A.· · Yes.
19 · ·Q.· · Okay.· So for the record that's W13 and
20 W14.
21 · · · · · · · Are there any additional pages of
22 notes that you took?
23 · ·A.· · No.
24 · ·Q.· · ·And looking at Exhibit 4, are your notes
25 consistent with the observations you made during Kim

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 134..137
KIRSTIN HOWELL, M.D., 07/07/2021

Page 134

1 · Edmondson's internal and external examination?
·2 · · · ·A. · ·Those are the notes I took during the
·3 · autopsy.
·4 · · · ·Q. · ·And are they consistent with what we've
·5 · previously discussed that you found during the
·6 · autopsy?
·7 · · · ·A. · ·They should be.
·8 · · · ·Q. · ·Is there anything that's incorrect on
·9 · your notes?
10 · · · ·A. · ·I don't believe so.
11 · · · ·Q. · ·Going back to Exhibit 6, on Page -- on
12 · Bates Page W31, the top photograph. Do you see this
13 · white shirt that has blood on it?
14 · · · ·A. · ·Yes.
15 · · · ·Q. · ·And you said you don't believe you've
16 · ever seen this shirt in person, right?
17 · · · ·A. · ·I don't believe so.
18 · · · ·Q. · ·Do you have any opinion as to whether
19 · the laceration that was on Kim Edmondson's face
20 · could have caused the amount of blood that's seen on
21 · this white shirt?
22 · · · ·A. · ·I don't know.
23 · · · ·MR. BROWN: · Objection. · Foundation.
24 · BY MS. SCHNIDT:
25 · · · ·Q. · ·Same question with regard to his chest.

Page 135

·1 · Do you have any opinion as to whether the laceration
·2 · on his chest could have caused this blood that's
·3 · seen on his white shirt?
·4 · · · ·A. · ·I don't know.
·5 · · · ·MR. BROWN: · Form.
·6 · BY MS. SCHNIDT:
·7 · · · ·Q. · ·All right. I want to go through the
·8 · criminal trial testimony, but do you need a break,
·9 · Doctor?
10 · · · ·A. · ·Yes. · Please.
11 · · · ·Q. · ·We'll go off the record.
12 · · · · · · · · · · ·(There was a lunch break from
13 · · · · · · · · · · ·12:32 to 1:15.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 136

·1 · · · · · · ·EXAMINATION (continued)
·2 · · · · · · · ·BY MS. SCHNIDT:
·3 · · · ·Q. · ·Doctor, did you have an opportunity
·4 · before today's deposition to review your testimony
·5 · at the criminal trial of Tabatha Washington and
·6 · Donte Howard?
·7 · · · ·A. · ·Yes.
·8 · · · ·Q. · ·And having had the opportunity to review
·9 · that, were all of your answers true and correct?
10 · · · ·A. · ·There were a couple of things where I
11 · think that the reporter didn't hear what I was
12 · saying, but I don't know what word would have been
13 · in that place.
14 · · · ·Q. · ·Did you make note of where those were?
15 · · · ·A. · ·I did not because I didn't have a way to
16 · easily comment on the paper.
17 · · · ·Q. · ·Okay. I'm just going to go through some
18 · portions.
19 · · · · · · · ·Dylan, do you need the criminal
20 · trial testimony or do you have it?
21 · · · · · ·MR. BROWN: · No, I have it.
22 · BY MS. SCHNIDT:
23 · · · ·Q. · ·So I'm showing you, Doctor, Exhibit 8.
24 · · · · · · · · · ·(Whereupon, Howell Exhibit 8
25 · · · · · · · · · · ·marked by counsel.)

Page 137

·1 · BY MS. SCHNIDT:
·2 · · · ·Q. · ·Do you see on the second page you
·3 · stating your name for the record?
·4 · · · ·A. · ·Yes.
·5 · · · ·Q. · ·And this was on November 19, 2019. · You
·6 · see that on the first page, right?
·7 · · · ·A. · ·Yes.
·8 · · · ·Q. · ·So I'm going to be making reference to
·9 · the page numbers in the middle at the bottom to the
10 · extent I'm able. I'll try to put in the record what
11 · the Bates stamp number is along the right-hand side
12 · as long as I remember.
13 · · · ·A. · ·Okay.
14 · · · ·Q. · ·So at the bottom of Page No. 63, Bates
15 · stamped 1199, beginning Line 21. · Do you see that,
16 · Doctor?
17 · · · ·A. · ·Yes.
18 · · · ·Q. · ·All right. · Is it true that you worked
19 · with Assistant Medical Examiner Benjamin Soriano?
20 · · · ·A. · ·Yes.
21 · · · ·Q. · ·And going on to the next page, is it
22 · true that he was still a fellow at the time you --
23 · you were still a fellow at the time of the
24 · examination, so he was your supervisor?
25 · · · ·A. · ·Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 138..141
KIRSTIN HOWELL, M.D., 07/07/2021

Page 138

·1· · Q.· ·Moving to the bottom of Page 64, Bates
·2· stamped BS001200, when Mr. Edmondson came into
·3· your -- I don't know what you call it, examination
·4· room, was he clothed in pants and had several
·5· injuries to his body?
·6· · · A.· ·Yes.
·7· · Q.· ·And if at any point you see where you
·8· believe the court reporter missed what you were
·9· saying, please let me know.· Okay?
10· · · A.· ·Okay.
11· · Q.· ·All right.· Beginning on this same page,
12· you -- the prosecutor asked you to describe to the
13· Court exactly what you observed during your external
14· examination with regard to recent injuries to Kim
15· Edmondson's body.
16· · · · · · · Do you remember that?
17· · · A.· ·Yes.
18· · Q.· ·Actually, let me ask you that.· Do you
19· remember giving the criminal trial testimony in this
20· case?
21· · · A.· ·Yes.
22· · Q.· ·So it is because you do recall giving
23· testimony that you were able to -- you're able to
24· say that the prosecutor -- the court reporter missed
25· some things that you were saying?

Page 139

·1· · · A.· ·The word was not one that fit anything
·2· in context.· I don't remember where it was.· I'm
·3· sorry.· But it was just either the sentence didn't
·4· make sense or it didn't -- it wasn't a word I
·5· recognized.
·6· · Q.· ·So the only thing that's incorrect is
·7· there is some word within this that's incorrect?
·8· · · A.· ·Yes.
·9· · Q.· ·Okay.
10· · · A.· ·I think so.
11· · Q.· ·All right.· So let's just go to Page 64.
12· You were asked to describe the injuries that you
13· noted on Kim Edmondson.
14· · · · · · · · Do you see where I'm at?
15· · · A.· ·Yes.
16· · Q.· ·Okay.· So is it true that you saw from
17· the top of Kim Edmondson's head there was a 1-1/4 by
18· 3/4 inch X shaped laceration on the back of his
19· head?
20· · · A.· ·Yes.
21· · Q.· ·You also noted there was a 3/8th inch
22· laceration at the corner of his lip on the left
23· side.
24· · · A.· ·Yes.
25· · Q.· ·A 1/2 inch laceration or tear at the

Page 140

·1· left nasolabial fold.
·2· · · A.· ·Yes.
·3· · Q.· ·So by the nose and the lip, that's where
·4· those two lacerations were, right?
·5· · · A.· ·Yes.
·6· · Q.· ·Okay.· Then you also noted a 1/8th inch
·7· laceration on the left side of the lower lip, right?
·8· · · A.· ·Yes.
·9· · Q.· ·And you also noted multiple contusions
10· on Kim Edmondson's lower lip?
11· · · A.· ·Yes.
12· · Q.· · Did you also note there was a 3/4 inch
13· laceration on the central chest with a 1/4 inch skin
14· flap along the interior margin?
15· · · A.· ·Yes.
16· · · Q.· · And did you also note there were
17· contusions on Kim Edmondson's extremities?
18· · · A.· ·Yes.
19· · Q.· · Were all of those injuries fresh
20· injuries?
21· · · A.· · They appeared to be.
22· · · Q.· · So the contusions that you noted on Kim
23· Edmondson's body, were all those contusions fresh
24· contusions?
25· · · A.· ·I believe so.

Page 141

·1· · · Q.· · Were you able to date them at all?
·2· · · A.· ·No.
·3· · Q.· ·Are you able to say whether they were
·4· obtained within the same day of his death?
·5· · · A.· ·I believe they were.
·6· · Q.· ·And why do you believe that?
·7· · · A.· ·They were all the same color, which was
·8· approximately the same age and were consistent with
·9· the history provided.
10· · Q.· ·You made an independent determination as
11· to the cause of his injuries, right?
12· · · A.· ·Yes.
13· · Q.· ·Or the cause of his death?
14· · · A.· ·The cause of his death, yes.
15· · Q.· ·And were the contusions consistent with
16· your independent determination that Kim Edmondson
17· died of an assault?
18· · · A.· ·They were consistent with that, yes.
19· · Q.· ·And you're saying that the coloring of
20· the contusions on his upper body were all the same
21· color?
22· · · A.· ·Yes.
23· · Q.· ·So that end -- what does that indicate
24· to you?
25· · · A.· ·That they had not started to break down.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 142..145
KIRSTIN HOWELL, M.D., 07/07/2021

Page 142

·1· There was no green or yellow discoloration which
·2· occurs as blood in the tissue starts to break down.
·3· · · ·Q.· ·Does that indicate that he obtained
·4· those contusions at approximately the same time?
·5· · · ·A.· ·It can.
·6· · · ·Q.· ·What other information would you need to
·7· be able to -- would you need to know in order to say
·8· that yes, it indicates that he obtained those
·9· contusions at approximately the same time?
10· · · ·A.· ·I don't know.
11· · · ·Q.· ·So why did you say "it can" instead of
12· yes?
13· · · ·A.· ·Because ultimately I don't know, but it
14· could be.· They're all the same color.· There
15· doesn't appear to be any changes that occur with
16· breakdown.
17· · · ·Q.· ·So based on your experience and training
18· and knowledge, the contusions all appear to have the
19· same color, which is indicative that they were
20· obtained at the same time?
21· · · ·A.· ·Around the same time, yes.
22· · · ·Q.· ·You were saying because you don't
23· actually know what happened, you can't say
24· definitively yes, he got these contusions at the
25· same time, right?

Page 143

·1· · · ·A.· ·Correct.
·2· · · ·Q.· ·But based on your knowledge, experience
·3· and training, the way that the contusions appeared
·4· to you, you believe that they appear to have been
·5· obtained around the same time?
·6· · · ·MR. BROWN:· Objection.· Misstates her
·7· prior testimony.
·8· BY MS. SCHNIDT:
·9· · · ·Q.· ·Go ahead, Doctor.
10· · · ·A.· ·Yes, they appear to be from the same
11· time.
12· · · ·Q.· ·Now, when you were asked the question to
13· describe what you observed from your external
14· examination with regard to the recent injuries, you
15· listed off what you saw in the head, by the nose and
16· the lips and the contusions -- the laceration on the
17· chest and the contusions on Kim Edmondson's
18· extremities but you didn't list off the contusion
19· behind his ear.
20· · · ·A.· ·Abrasion behind his ear.
21· · · ·Q.· ·Thank you.· That was the word I was
22· looking for.· His abrasion behind his ear.
23· · · · · · · ·Why did you not list the abrasion
24· behind his ear when testifying as to the recent
25· injuries you saw during the external examination?

Page 144

·1· · · ·A.· ·I don't know.
·2· · · ·Q.· ·Did you forget it?
·3· · · ·MR. BROWN:· Objection.· Asked and
·4· answered.
·5· BY THE WITNESS:
·6· · · ·A.· ·I don't know.
·7· BY MS. SCHNIDT:
·8· · · ·Q.· ·You would agree that that abrasion
·9· behind his ear appeared to be a recent injury too,
10· right?
11· · · ·MR. BROWN:· Objection to the leading
12· questions.
13· BY THE WITNESS:
14· · · ·A.· ·It was documented with all the other
15· injuries.
16· BY MS. SCHNIDT:
17· · · ·Q.· ·So going back to your Exhibit 2, the
18· postmortem examination, the 1-1/4 inch abrasion to
19· the posterior to the left ear, abrasion was noted as
20· evidence of injury, right?
21· · · ·A.· ·Yes.
22· · · ·Q.· ·Which means that you -- does that mean
23· that you believe that abrasion on the back side of
24· his left ear was a recent abrasion?
25· · · ·A.· ·That just means I documented it at the

Page 145

·1· time of autopsy.
·2· · · ·Q.· ·So why is it that -- so we saw in other
·3· areas of your report that you listed that you noted
·4· some scabbing on different areas of his body and you
·5· said that's not evidence of injury, right?
·6· · · ·A.· ·I believe -- was it not listed in the
·7· evidence of injury section?
·8· · · ·Q.· ·So up above external examination, not in
·9· the evidence of injury section, you're discussing
10· chronic needle tracks and identifying marks and
11· scars.
12· · · ·A.· ·Yes.· Scars.· So healed injuries.
13· Scabbing would have been an abrasion.· I think
14· that's in the evidence of injury section.
15· · · ·Q.· ·Did you believe that this abrasion was a
16· scabbing behind his left ear?
17· · · ·A.· ·No.· A scab.· There is the noted
18· abrasion on the left lateral shoulder.· So, No. 1,
19· in the upper extremities had a scab on it.· So it
20· had been there long enough for the body to organize
21· around it or to start creating a band to stop the
22· bleeding.· And that's still in the evidence of
23· injury section.· And then there's an abrasion on the
24· posterior left ear.
25· · · ·Q.· ·Let me ask you this:· Do you believe

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 146..149
KIRSTIN HOWELL, M.D., 07/07/2021

Page 146

·1· ·that that abrasion posterior to the left ear is a
·2· ·recent injury?
·3· · · · A.· ·It could be.
·4· · · · · · ·MR. BROWN:· Objection to vague in the
·5· ·time when you say "recent."
·6· ·BY MS. SCHNIDT:
·7· · · · Q.· ·And your answer is could be, Doctor?
·8· · · · A.· ·Yes, it could be.
·9· · · · Q.· ·Meaning it could have been obtained at
10· ·the same time that the contusions along his body was
11· ·obtained?
12· · · · A.· ·Yes.
13· · · · Q.· ·Or around the same time?
14· · · · A.· ·Around the same time.
15· · · · Q.· ·And it could have been obtained around
16· ·the same time that the fatal head wound to the back
17· ·top of his skull was obtained?
18· · · · A.· ·Yes.
19· · · · · · ·MR. BROWN:· Objection to the continued
20· ·leading questions.
21· ·BY MS. SCHNIDT:
22· · · · Q.· ·And that was a yes, Doctor?
23· · · · A.· ·Yes.
24· · · · Q.· ·On Page 65 of Exhibit 8, BS001201, you
25· ·begin discussing the injury that you noted located

Page 147

·1· ·on the back of Kim Edmondson's head, right?
·2· · · · A.· ·Yes.
·3· · · · Q.· ·And going on to the next page, Page 66,
·4· ·Bates stamped BS001202, you describe there being a
·5· ·cruciform or an X-shape on the back of
·6· ·Mr. Edmondson's head; is that right?
·7· · · · A.· · Yes.· The laceration was X-shaped.
·8· · · · Q.· · Is -- earlier you testified that the
·9· ·laceration was a T-shape?
10· · · · A.· ·It's an X or a T.
11· · · · Q.· ·So either way, X or T, it's the same
12· ·shape to you, right?
13· · · · A.· ·Yes.
14· · · · Q.· ·Is there any significance to the fact
15· ·that the laceration was an X or a T-shape?
16· · · · A.· ·No.
17· · · · Q.· ·Does it give you any indication as to
18· ·the cause of that injury?
19· · · · A.· ·No.
20· · · · Q.· ·You opine that the skull -- is it a
21· ·skull fracture?
22· · · · A.· ·Yes.· The skull was fractured.
23· · · · Q.· ·Or the defect in his skull is what
24· ·caused his death, right?
25· · · · · · ·MR. BROWN:· Objection to the leading

Page 148

·1· ·questions.
·2· ·BY THE WITNESS:
·3· · · · A.· ·The injury to his head were what caused
·4· ·his death.
·5· ·BY MS. SCHNIDT:
·6· · · · Q.· ·Does the fact that there was an X or
·7· ·T-shaped laceration give you any indication as to
·8· ·the angle at which the circular object that
·9· ·penetrated his scalp and skull had to have come
10· ·through?
11· · · · A.· · No.
12· · · · Q.· · Does any of his head injury give you any
13· ·indication as to which angle the circular object had
14· ·to penetrate his scalp or skull to cause that
15· ·injury?
16· · · · A.· ·No.
17· · · · Q.· ·On Page 69 of Exhibit 8, BS0301205, can
18· ·you read to yourself, beginning Line 7 through the
19· ·end, and I'll go to the next page.· Let me know when
20· ·you're done.
21· · · · A.· ·Okay. I see.· Yeah, I'm done.
22· · · · Q.· ·Okay. And then continue to read Page 70
23· ·to yourself as well.
24· · · · · · ·MR. BROWN:· Where on Page 70 are you
25· ·asking her to read?

Page 149

·1· · · · · · ·MS. SCHNIDT:· The entire page.
·2· · · · · · ·MR. BROWN:· Okay.
·3· ·BY THE WITNESS:
·4· · · · A.· ·Okay.
·5· ·BY MS. SCHNIDT:
·6· · · · Q.· ·So for the round object to have
·7· ·penetrated into the scalp, skull and brain, did that
·8· ·round object have to go -- be penetrated
·9· ·perpendicular --
10· · · · A.· ·I'm sorry.· I misspoke earlier.· Yes, it
11· ·would have been a blow largely perpendicular to the
12· ·hole.
13· · · · Q.· ·So the round object had to be
14· ·perpendicular and go through the scalp, skull and
15· ·brain, right?
16· · · · A.· ·It would have been close to
17· ·perpendicular to the hole in the head.
18· · · · Q.· ·If that round object was instead at a
19· ·somewhat parallel angle, what would you expect to
20· ·see?
21· · · · A.· ·Parallel or like a bar shaped object hit
22· ·the head, I would expect to see maybe a linear
23· ·fracture or buckle fractures within the skull.
24· · · · Q.· ·What does a linear fracture or buckle
25· ·fracture look like?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 150..153
KIRSTIN HOWELL, M.D., 07/07/2021

Page 150

1 · · · A. · ·A linear fracture is just like a line or
2 · a buckle like with a line dent in and then are other
3 · lines out from it. · So more of a dent sort of
4 · fracture or where the -- it's pushed in.
5 · · · Q. · ·Did you see any evidence of a linear
6 · fracture or buckle fracture in Kim Edmondson's
7 · skull?
8 · · · A. · ·No. · It was a round punched out lesion.
9 · · · Q. · ·If Kim Edmondson had fallen on to a flat
10 · surface, were his fractures consistent with that?
11 · · · A. · ·No.
12 · · · Q. · ·What would you expect to see if he had
13 · fallen on to a flat surface?
14 · · · A. · ·I would expect more of a linear fracture
15 · or (inaudible) fracture or something.
16 · · · Q. · ·If Kim Edmondson had fallen on to a
17 · glass bottle that was on the ground, what would you
18 · expect to see on his skull?
19 · · · A. · ·I don't know that I would have seen
20 · anything on his skull.
21 · · · Q. · ·Would it be like if he fell on to a
22 · glass bottle and that caused the blunt force trauma
23 · to his head, would that cause the round defect that
24 · you saw in his skull?
25 · · · A. · ·A glass bottle?

Page 151

1 · · · Q. · ·Yes.
2 · · · A. · ·Glass usually would cut the skin as
3 · oppose to lacerate the skin, and I don't know if
4 · glass would break the bone or not.
5 · · · Q. · ·Did you see any evidence of Kim
6 · Edmondson's skin being cut? You said the glass
7 · would cut skin versus lacerate the skin. · Did you
8 · see any evidence of Kim Edmondson's skin on his head
9 · being cut from an object like glass?
10 · · · A. · ·No.
11 · · · Q. · ·If Kim Edmondson fell on to broken glass
12 · on the ground and that fall caused a blunt force
13 · trauma, what kind of fracture would you expect to
14 · see in his skull?
15 · · · A. · ·I don't know that he would have gotten a
16 · fracture, but a fall would most likely be a linear
17 · fracture.
18 · · · Q. · ·I'll have you look at Page 73 of
19 · Exhibit 8. · And read to -- BS001209. · Go ahead and
20 · read to yourself Lines 5 through 15 please.
21 · · · A. · ·Okay.
22 · · · Q. · ·Do you believe that the alcohol, cocaine
23 · and PCP that was found in Kim Edmondson's blood were
24 · present and functional at the time of his death?
25 · · · A. · ·Yes.

Page 152

1 · · · Q. · ·What does it mean to be functional at
2 · the time of his death?
3 · · · A. · ·That his body was -- that they were
4 · active in his system.
5 · · · Q. · ·And what's your basis for saying that
6 · the alcohol, cocaine and PCP were present and
7 · functional at the time of his death?
8 · · · A. · ·That they were found in his body when we
9 · ran the toxicology.
10 · · · Q. · ·But then what's the basis for saying
11 · that it was functional?
12 · · · A. · ·That they were active substances in his
13 · body.
14 · · · Q. · ·How do you know they were active
15 · substances in his body?
16 · · · A. · ·Because that's what these substances
17 · that were tested are.
18 · · · Q. · ·Does that give you any indication as to
19 · the time he ingested them?
20 · · · A. · ·No.
21 · · · Q. · · You don't have any indication but
22 · somebody else may have an indication; is that right?
23 · · · A. · ·The toxicologist might.
24 · · · Q. · ·Okay. · Can you go ahead and read
25 · Page 75, BS001211, beginning lines -- on Line 13 to

Page 153

1 · yourself to the next page that ends on Line 3,
2 · please?
3 · · · A. · ·Okay.
4 · · · Q. · ·Now, you've already said that the area
5 · of his injury generally doesn't impact a person's
6 · ability to walk, right?
7 · · · A. · ·I believe so.
8 · · · Q. · ·That's correct, what I said?
9 · · · A. · ·Yes, I believe so.
10 · · · Q. · ·And you also believe that someone with
11 · an injury such as Kim Edmondson's would also be able
12 · to speak, right?
13 · · · A. · ·Yes.
14 · · · Q. · ·I think earlier you said you didn't
15 · know, but does this reading your testimony refresh
16 · your memory that it could allow someone to speak?
17 · · · A. · ·It could allow someone to speak. · Again,
18 · he hasn't had brain mapping so for him I don't know
19 · how it would necessarily correspond to his
20 · particular brain mass.
21 · · · Q. · ·The type of -- did you see evidence that
22 · Kim Edmondson had internal bleeding into his brain?
23 · · · A. · ·He had the subdural hemorrhage, which is
24 · the hemorrhage between the dura and the brain; he
25 · had subarachnoid hemorrhage, which is the bleeding

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 154..157
KIRSTIN HOWELL, M.D., 07/07/2021

Page 154

·1· ·underneath the thin membrane and the brain; he had
·2· ·injury to the brain itself and he had contusion,
·3· ·which is bleeding on the cerebellum.
·4· · · · Q.· ·Does that mean that at the time that Kim
·5· ·Edmondson received this injury to the back of his
·6· ·head, he could have been internally bleeding and not
·7· ·had bleeding coming out of his scalp for a period of
·8· ·time?
·9· · · · A.· ·It's possible.
10· · · · Q.· ·Why do you say "it's possible," Doctor?
11· · · · A.· ·If he -- he did have bleeding inside of
12· ·his head.
13· · · · Q.· ·But if he remained upright until he fell
14· ·over and died, could that bleeding have remained
15· ·pretty much inside of his head?
16· · · · A.· ·I don't think so.
17· · · · Q.· ·Why not?
18· · · · A.· ·Because he had an open head wound, so
19· ·there was a laceration, there was communication
20· ·between the head and the outside world.
21· · · · Q.· ·Do you know how long after he received
22· ·that head wound that he would begin bleeding on the
23· ·outside of his head?
24· · · · A.· ·I don't know.
25· · · · Q.· ·Do you know how much blood would be

Page 155

·1· ·coming out of the outside of his head?
·2· · · · A.· ·I don't know.
·3· · · · Q.· ·On Page 96 of Exhibit 8, BS001232,
·4· ·beginning on Line 16 through the next page ending on
·5· ·Line 4, go ahead and read that to yourself and --
·6· · · · A.· ·Page 96 you said?
·7· · · · Q.· ·Yes. Page 96.· Actually, I'm going to
·8· ·start it earlier.· Begin on Line 3 of Page 96 and
·9· ·continue on to the next page, end on Line 4.
10· · · · A.· ·Okay.
11· · · · Q.· ·You were asked if blood loss could have
12· ·caused Kim Edmondson's death, and you said it was
13· ·possible blood loss contributed to his death, right?
14· · · · A.· ·Yes, that's what I said.
15· · · · Q.· ·What do you mean it's possible blood
16· ·loss contributed to his death?
17· · · · A.· ·All of the parts of the head wound would
18· ·have been blood loss.· The injury to the scalp,
19· ·injury to the skull and injury to the brain all
20· ·contributed to his death.
21· · · · Q.· ·If he was bleeding internally for a
22· ·period of time before he started having blood come
23· ·out of his head, do you still consider that to be
24· ·blood loss if he's bleeding into his brain?
25· · · · A.· ·Usually, no.

Page 156

·1· · · · Q.· ·So when you're saying blood loss
·2· ·possibly contributed to his death, you're saying the
·3· ·blood that he lost at the time it started coming out
·4· ·of his body, out of his head?
·5· · · · A.· ·I'm sorry.· That froze.· I don't know if
·6· ·it was your end or mine.
·7· · · · Q.· ·When you say it's possible blood loss
·8· ·contributed to his death, are you saying that at the
·9· ·time that the blood actually began coming out of his
10· ·head, that's the point at which the blood loss could
11· ·have contributed to his death?
12· · · · A.· ·Wherever blood was lost in the system,
13· ·it's not a lot of space inside the head for blood to
14· ·go, so any blood loss from the system like outside
15· ·of the veins and arteries.
16· · · · Q.· ·Are you able to quantify how much blood
17· ·could have come out of Kim Edmondson's head?
18· · · · A.· · No.
19· · · · Q.· · And is it true that Kim Edmondson could
20· ·have been dying as he walked a half a mile from
21· ·where the altercation took place to where he died?
22· · · · A.· ·Yes.
23· · · · Q.· ·Do you believe that there would be
24· ·bleeding along that route, that half mile?
25· · · · A.· ·I believe he would have been bleeding

Page 157

·1· ·since the injury to his head occurred.
·2· · · · Q.· ·And are you able to quantify how much
·3· ·blood you would expect to see since the injury
·4· ·occurred to his death?
·5· · · · A.· ·No.
·6· · · · Q.· ·Have you seen any other photographs than
·7· ·what we reviewed that were taken by the medical
·8· ·examiner's investigator?
·9· · · · A.· ·No.
10· · · · Q.· ·So all photographs that you've seen
11· ·relative to Kim Edmondson were either contained
12· ·within Exhibit 6, the scene photos, or Exhibit 7,
13· ·the autopsy photos?
14· · · · A.· ·They were photos that were presented at
15· ·trial that I have seen.
16· · · · Q.· ·Okay. Did you ever see any photographs
17· ·of blood on the ground of the parking lot where Kim
18· ·Edmondson died?
19· · · · A.· ·I don't believe so.
20· · · · Q.· ·Now, the photographs that you were shown
21· ·during the trial, that was -- what were those
22· ·photographs of during the trial?
23· · · · A.· ·The pole photos and the photos of the
24· ·dumpster.
25· · · · Q.· ·And how many photographs were you shown

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 158..161
KIRSTIN HOWELL, M.D., 07/07/2021

Page 158

·1· ·of the poles -- strike that.
·2· · · · · · · · · · How many poles were you shown
·3· ·photographs of?
·4· · · ·A.· ·I don't recall.
·5· · · ·Q.· ·I'm trying to find a photograph here,
·6· ·Doctor.
·7· · · · · · · · · · I'm showing you Bates stamped
·8· ·BS001747.
·9· · · · · · · · · · Do you see a pole in the middle of
10· ·this photograph with the No. 1 next to it, Doctor?
11· · · ·A.· ·Yes.
12· · · ·Q.· ·Was this one of the poles that you were
13· ·shown during the criminal trial?
14· · · ·A.· ·I believe so.
15· · · ·Q.· ·Okay.· And is the size of this pole
16· ·consistent with the size of the object that could
17· ·have caused the fatal head injury to Kim Edmondson?
18· · · ·A.· ·I'd have to see what the diameter of the
19· ·pole is.
20· · · ·Q.· ·Okay.· And you said that -- why is it
21· ·that the -- you said that the object that caused
22· ·that fatal injury had to be approximately 1 inch; is
23· ·that correct?
24· · · ·A.· ·Correct.
25· · · ·Q.· ·Could it be less than 1 inch?

Page 159

·1· · · ·A.· ·It's possible.
·2· · · ·Q.· ·All right.· So if this pole was 1 inch
·3· ·or less, would you agree it's possible that this
·4· ·pole could have caused that fatal injury?
·5· · · ·A.· ·Yes.
·6· · · ·Q.· · All right.· Showing you BS001748.· Do
·7· ·you see another pole with a No. 2 next to it?
·8· · · ·A.· ·Yes.
·9· · · ·Q.· ·Do you remember -- were you shown this
10· ·photograph during the criminal trial?
11· · · ·A.· ·I don't know.
12· · · ·Q.· ·If this photo measured to be 1 inch or
13· ·less, could this pole have caused the fatal injury
14· ·to Kim Edmondson's head?
15· · · ·A.· ·It's possible.
16· · · · · · MR. BROWN:· Object to foundation.· Calls
17· ·for speculation.
18· ·BY MS. SCHNIDT:
19· · · · Q.· · Go ahead, Doctor.
20· · · · A.· · It's possible.
21· · · ·Q.· ·Showing you BS001753.· Do you see a pole
22· ·with the No. 3 evidence marker next to it?
23· · · ·A.· ·Yes.
24· · · ·Q.· ·Okay.· Were you shown this photograph
25· ·during the criminal trial?

Page 160

·1· · · ·A.· ·I don't remember.
·2· · · ·Q.· ·And if this pole measured approximately
·3· ·1 inch or less, could this pole have caused the
·4· ·fatal injury to Kim Edmondson's head?
·5· · · ·MR. BROWN:· Same objections.
·6· ·BY THE WITNESS:
·7· · · ·A.· ·It's possible.
·8· ·MS. SCHNIDT:
·9· · · ·Q.· ·Lastly, showing you Bates stamped
10· ·documented BS001156.· Do you see a pole on this
11· ·media console with the evidence marker No. 4 next to
12· ·it?
13· · · ·A.· ·Yes.
14· · · ·Q.· ·Were you shown this photograph during
15· ·the criminal trial?
16· · · ·A.· ·I don't remember.
17· · · ·Q.· ·If this pole measured 1 inch --
18· ·approximately 1 inch or less in diameter, is it
19· ·possible that this pole could have caused the fatal
20· ·injury to Kim Edmondson's head?
21· · · ·MR. BROWN:· Same objections.· Foundation
22· ·and speculation.
23· ·BY MS. SCHNIDT:
24· · · · Q.· · Go ahead, Doctor.
25· · · · A.· · It's possible.

Page 161

·1· · · ·Q.· ·And I'll mark those four photographs
·2· ·Exhibits 15, 16, 17 and 18 will be those four poles,
·3· ·Pole 1 being 15, Pole 2 being 16, Pole 3, 17, Pole
·4· ·4, 18.
·5· · · · · · · · · (Whereupon, Howell Exhibit 15,
·6· · · · · · · · · Exhibit 16, Exhibit 17,
·7· · · · · · · · · Exhibit 18 marked by counsel.)
·8· ·BY MS. SCHNIDT:
·9· · · ·Q.· ·Doctor, I'm showing you now a
10· ·photograph, and, Dylan, I don't have a Bates stamp
11· ·number because I don't have the PDFs we sent to you,
12· ·but this is one of the Jpeg photos that we then
13· ·later Bates stamped for you.· For the record the
14· ·file number is 129670019.· And we'll mark this as
15· ·Exhibit 19.
16· · · · · · · · · (Whereupon, Howell Exhibit 19
17· · · · · · · · · marked by counsel.)
18· ·BY MS. SCHNIDT:
19· · · ·Q.· ·Doctor, do you see this photograph with
20· ·the parking lot in front of you?
21· · · ·A.· ·Yes.
22· · · ·Q.· ·And do you see areas of blood on this
23· ·parking lot?
24· · · · · · MR. BROWN:· Before you answer, Dr.
25· ·Howell, I'm going to object to the foundation of

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 162..165
KIRSTIN HOWELL, M.D., 07/07/2021

Page 162

·1   this document.· And if she calls for any
·2   speculation, then that's going to be a standing
·3   objection as well.
·4   BY MS. SCHNIDT:
·5        Q.    Okay.· Go ahead, Doctor.
·6        A.    There is a red substance on the ground
·7   in that photo.
·8   · ·Q.· ·All right.· If this red substance is
·9   blood, do you, one, have any reason to dispute that
10   this blood could have been from Kim Edmondson's
11   fatal head injury on the back of his head?
12   · · · · ·MR. BROWN:· Objection.· Foundation.
13   BY MS. SCHNIDT:
14   · ·Q.· ·Go ahead, Doctor.
15   · ·A.· ·If it's blood, it could have come from
16   him.
17   · ·Q.· ·And it could have come from his head?
18   · ·A.· ·Yes.
19   · ·Q.· ·And you said that you would expect there
20   to be some blood on the path that Kim Edmondson
21   walked from when he received the injury to his
22   death, right?
23   · ·A.· ·Yes.· It's possible.
24   · ·Q.· ·All right.· Is it possible that this
25   could be the blood that came from his head?

Page 163

·1   · · · · ·MR. BROWN:· Objection.· Foundation.
·2   Calls for speculation.
·3   BY MS. SCHNIDT:
·4   · ·Q.· ·If this was the path he took.
·5   · ·A.· ·If it's blood, it could have come from
·6   his head.
·7   · ·Q.· ·Okay.· Would you expect to see any more
·8   blood than what is depicted here?
·9   · · · · ·MR. BROWN:· Objection.· Foundation.
10   Calls for speculation.
11   BY THE WITNESS:
12   · ·A.· ·I don't know how much blood there would
13   be.
14   BY MS. SCHNIDT:
15   · ·Q.· ·Okay.· And, similarly, would you expect
16   to see any less blood than what's depicted here from
17   his head injury?
18   · ·A.· ·I don't know how much blood there would
19   be.
20   · ·Q.· ·You said you were shown a photograph of
21   a dumpster handle during the criminal trial.
22   · ·A.· ·Yes.
23   · ·Q.· ·I'm showing you what I'll mark as
24   Exhibit 20.
25

Page 164

·1   · · · · · (Whereupon, Howell Exhibit 20
·2   · · · · · marked by counsel.)
·3   BY MS. SCHNIDT:
·4   · ·Q.· ·Group Exhibit 20, it's two pages Bates
·5   marked SAO0060 and 0061.
·6   · · · · · · ·Doctor, is -- are either of these
·7   photographs the dumpster that you were shown
·8   during the criminal trial?
·9   · ·A.· ·I don't know definitively.
10   · ·Q.· ·Do you recognize this dumpster or
11   dumpster handle?
12   · ·A.· ·It's a dumpster.
13   · ·Q.· ·All right.· Do you believe that this
14   dumpster handle that's depicted in SAO0061 with the
15   ruler next to it was capable of causing the injury
16   to Kim Edmondson's head?
17   · ·A.· ·I do not believe that the dumpster
18   handle caused injury to his head.
19   · ·Q.· ·Why not?
20   · ·A.· ·The angle of the injury would make it
21   unlikely and the dumpster handle is wider than the
22   hole in his head.
23   · ·Q.· ·Now, I'm going to show you your criminal
24   trial testimony on Page 93.· Are you seeing your
25   criminal trial testimony?

Page 165

·1   · ·A.· ·Yes.
·2   · ·Q.· ·Beginning on Line 11, you're being shown
·3   a photograph of a dumpster handle with a ruler next
·4   to it.
·5   · · · · · Do you see that?
·6   · ·A.· ·Yes.
·7   · ·Q.· ·And going on to the next page, you said
·8   that at the time where the ruler is placed, it
·9   appears to be 1-1/4 inch.
10   · · · · · · ·Do you see that?
11   · ·A.· ·Yes.
12   · ·Q.· ·Now, if this dumpster handle that's
13   depicted in SAO0061 was the same dumpster handle
14   that you were shown, would you agree that the
15   dumpster handle is, in fact, 1-1/2 inches in
16   diameter?
17   · ·A.· ·If does appear to be 1-1/2 inches.
18   · ·Q.· ·So if you said at the criminal trial
19   that if this was the photograph you were shown and
20   the ruler placed next to it appears to be -- the
21   handle appears to be 1-1/4 inch, was that just you
22   mistakenly reading the ruler?
23   · ·A.· ·Yes.
24   · ·Q.· ·Okay.· What I'm trying to get at -- I'm
25   not trying to call you out for making a mistake.· If

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 166..169
KIRSTIN HOWELL, M.D., 07/07/2021

Page 166

·1· ·this was the photograph that you were shown, the
·2· ·dumpster handle is actually 1-1/2 inches, not 1-1/4
·3· ·inches, right?
·4· · · · A.· ·Per the photograph you did show me, it
·5· ·appears to be 1-1/2 inches.
·6· · · · Q.· ·And why is it -- and if the objects that
·7· ·caused Kim Edmondson's fatal injury was 1-1/2 inches
·8· ·wide, what would you expect to see with regard to
·9· ·the laceration in the skull defect and the brain
10· ·hemorrhaging?
11· · · · A.· ·The skull defect would be either larger
12· ·or different.· Like -- the skull does not stretch.
13· ·So for a perpendicular instrument to create that or
14· ·an instrument going in perpendicularly to create a
15· ·1 inch hole, the instrument would be 1 inch in
16· ·diameter.
17· · · · Q.· ·Was Kim Edmondson's skull defect
18· ·perfectly round?
19· · · · A.· ·It was not perfectly round.
20· · · · Q.· ·Can you describe what it was like?
21· · · · A.· ·It was practically a 1 by 15/16th of an
22· ·inch.· Part of the circumference is very round and
23· ·part of it is irregular.
24· · · · Q.· ·So then why are you saying that if the
25· ·defect was not perfectly round, why are you saying

Page 167

·1· ·that the object that caused that defect had to be
·2· ·approximately a 1 inch circular object?
·3· · · · A.· ·Because it is a nearly perfectly round
·4· ·defect.
·5· · · · Q.· ·Could that object similarly be not
·6· ·perfectly round in the same area to have caused that
·7· ·defect?
·8· · · · A.· ·It's possible.
·9· · · · Q.· ·Would it have to be smaller than 1 inch?
10· · · · A.· ·Approximately 1 inch or smaller.
11· · · · Q.· ·Now, on -- looking at Page 95, beginning
12· ·on Line 14 you're asked this question:
13· ·"QUESTION:· You have no idea if he
14· ·stumbled back there to go to the bathroom, bent
15· ·over, and came up and hit his head, the back of his
16· ·head on a handle that was above him, right?
17· · · · · · ·"ANSWER:· No.
18· · · · · · ·"QUESTION:· And that could have caused
19· ·an injury to his head?
20· · · · · · ·"ANSWER:· It could have caused an injury
21· ·to his head."
22· · · · · · ·What did you mean by him bending
23· ·over, coming up hitting his head could have caused
24· ·an injury to his head?
25· · · · A.· ·If in this hypothetical he had bent over

Page 168

·1· ·and hit his head, he could have had an injury to his
·2· ·head.
·3· · · · Q.· ·Are you saying that if he bent over and
·4· ·hit his head on this handle, it could have caused
·5· ·that injury to his skull that you found?
·6· · · · A.· ·No.
·7· · · · Q.· ·You're just saying it could have been --
·8· ·could have caused an injury?
·9· · · · A.· ·Yes.· Hypothetically, had he bent over
10· ·and hit his head, he could have hypothetically
11· ·injured his head.
12· · · · Q.· ·Now, following this same hypothetical,
13· ·if he had stumbled back there, bent over and come up
14· ·and hit the back of his head on a handle, could that
15· ·have caused the laceration, round defect in his
16· ·skull and hemorrhaging in the brain that you saw in
17· ·Kim Edmondson?
18· · · · A.· ·No.
19· · · · Q.· ·If Kim Edmondson -- when he was on the
20· ·ground on his back, could the internal bleeding that
21· ·was going on inside of his skull, could the blood
22· ·have started coming out of his head at that point?
23· · · · A.· ·Yes.· Because he was lying on the back,
24· ·the blood could have come out of his head.
25· · · · Q.· ·Could you expect then, to see blood

Page 169

·1· ·going down his back?
·2· · · · A.· ·It depends.· He was laying -- if he was
·3· ·laying on a surface, there could have been blood
·4· ·underneath him.
·5· · · · Q.· ·Do you mean like the blood could have
·6· ·pooled down on to the surface and then the blood
·7· ·could have gotten down on his back?
·8· · · · A.· ·Yes.
·9· · · · Q.· ·But not like a blood trail down his head
10· ·and neck if he's laying down on the ground, right,
11· ·on his back?
12· · · · A.· ·Yeah.· I don't know.
13· · · · · · ·MS. SCHNIDT:· Okay.· Doctor, I
14· ·appreciate your time.· That's all the questions I
15· ·have for now, but Mr. Brown does questions for
16· ·you.
17· · · · · · ·MR. BROWN:· Thank you.
18· · · · · · ·--EXAMINATION
19· · · · · · ·BY MR. BROWN:
20· · · · Q.· ·Dr. Howell, I'm going to show you a
21· ·different picture of the same dumpster handle.· It's
22· ·a little closer, would you agree?
23· · · · A.· ·It is a different picture.
24· · · · · · ·MS. SCHNIDT:· Could you please put on
25· ·record what that Bates stamp is?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 170..173
KIRSTIN HOWELL, M.D., 07/07/2021

Page 170

1 · · · · · · · MR. BROWN:· Yes.· This is plaintiff's
2 ·production 1744.
3 · · · ·Q.· · Would you agree that the end of the
4 ·ruler is a little off to the left of the dumpster
5 ·handle?
6 · · · ·A.· · It does appear to be higher up on the
7 ·dumpster handle.
8 · · · ·Q.· · Would you agree this dumpster handle is
9 ·closer to 1 inch than 1-1/2?
10 · · · ·A.· · It is at 1-1/4.
11 · · · ·Q.· · Even with the left end being off the
12 ·side there?
13 · · · ·A.· · The left end it looks like the zero is
14 ·close to the end of the dumpster.· My concern is
15 ·that it's high on the curve and so you're cutting
16 ·off the bottom part, and I don't know what it does
17 ·above that.
18 · · · ·Q.· · But you would agree it's not 1-1/2,
19 ·right?
20 · · · ·A.· · This photo does not depict it at 1-1/2.
21 · · · ·Q.· · And, Dr. Howell, what documents did you
22 ·review before you came to this deposition today?
23 · · · ·A.· · I looked at my protocol and I looked at
24 ·my testimony and I looked at the investigative
25 ·report and the photos that were provided.

Page 171

1 · · · · · ·Q.· · Who provided them to you?
2 · · · · · ·A.· · Some law assistant.· Elaina Favala.
3 · · · · · ·Q.· · And when did you receive those?
4 · · · · · ·A.· · Last Wednesday, the 30th.
5 · · · · · ·Q.· · And can you please repeat the documents
6 ·that you were sent that day?
7 · · · ·A.· · I received a Drop Box invite.  I
8 ·received 2 CCMEO subpoenas, 2 of 2, criminal trial
9 ·testimony, photos of dumpster Pole 1, Pole 2, Pole 3
10 and Pole 4.
11 · · · ·Q.· · And is it correct to say you didn't
12 ·review any other materials than those?
13 · · · ·A.· · That is what I reviewed prior to this.
14 · · · ·Q.· · Did you speak with any attorneys for the
15 ·defendants in this matter before today?
16 · · · ·A.· · Before today, not for this.· When I went
17 ·to trial.
18 · · · ·Q.· · But in -- related to this lawsuit, this
19 ·litigation?
20 · · · ·A.· · No.
21 · · · ·Q.· · Okay.· You mentioned that it's your
22 ·theory that whatever struck Kim Edmondson was about
23 ·an inch diameter; is that correct?
24 · · · ·A.· · Yes.
25 · · · ·Q.· · And that's not contained in your

Page 172

1 ·protocol though, is it?
2 · · · ·A.· · I don't believe so.
3 · · · ·Q.· · Did you document it anywhere?
4 · · · ·A.· · The size of the hole was documented in
5 ·the protocol.
6 · · · ·Q.· · But my question is, whatever instrument
7 ·you believe caused the injury to his head, did you
8 ·document it anywhere your belief that it was 1 inch
9 ·in diameter?
10 · · · ·A.· · No.
11 · · · ·Q.· · You're not sure what caused the hole in
12 ·his head, correct?
13 · · · ·A.· · I do not know what caused the hole in
14 ·his head.
15 · · · ·Q.· · Do you remember at trial hypothesizing
16 ·that it could have been a pipe or a hammer or
17 ·perhaps some round instrument?
18 · · · ·A.· · Yes.
19 · · · ·Q.· · And when you were conducting your
20 ·investigation, did you investigate the possibility
21 ·that he hit his head on a dumpster?
22 · · · ·A.· · That was not proposed at the initial
23 ·thing.
24 · · · ·Q.· · Did anybody provide you pictures of the
25 ·dumpster?

Page 173

1 · · · ·A.· · There were -- there are pictures of the
2 ·dumpster in the scene photos.· And then the photos
3 ·of the dumpster were brought to my attention prior
4 ·to the criminal trial.
5 · · · ·Q.· · But nobody took a measurement for you?
6 · · · ·A.· · Not before that.
7 · · · ·Q.· · Did you ask for a measurement ever?
8 · · · ·A.· · When the dumpster was brought up as a
9 ·possibility.
10 · · · ·Q.· · You're saying when it was brought up as
11 ·a possibility, you asked for a measurement?
12 · · · ·A.· · I am uncertain if I asked for a
13 ·measurement or not.
14 · · · ·Q.· · Well, in your records is there any
15 ·mention of a request for a measurement?
16 · · · ·A.· · No.· Not as far as I'm aware.
17 · · · ·Q.· · Is it your theory that the instrument
18 ·that caused the fatal wound to the head is the same
19 ·that could have caused those bumpy lacerations on
20 ·the arm and the bruise on the wrist?
21 · · · ·A.· · So the bumps on the arm were scars.
22 ·Those are old injuries that have healed.· Contusions
23 ·are the purple discolorations that were on his upper
24 ·extremities.· It is possible that those were caused
25 ·by the same instrument that caused the hole in the

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 174..177
KIRSTIN HOWELL, M.D., 07/07/2021

Page 174

1· ·back of his head.
2· · · Q.· · ·Is it your theory though?
3· · · A.· · ·It is possible.
4· · · Q.· · ·Is it your theory, ma'am?
5· · · · · ·MS. SCHNIDT:· Object to the form.· Asked
6· ·and answered.· Vague as to the word "theory."
7· · · · · · · · · ·Go ahead.
8· ·BY THE WITNESS:
9· · · ·A.· · ·It's possible that the same instrument
10· ·caused those.
11· ·BY MR. BROWN:
12· · · ·Q.· · ·Did any CPD officer tell you whether
13· ·there was blood found on Mr. Edmondson's trail that
14· ·he walked?
15· · · ·A.· · ·I don't believe so.
16· · · ·Q.· · ·If they did, would you have put that in
17· ·your report?
18· · · ·A.· · ·Not in the report, no.
19· · · ·Q.· · ·Would it have been mentioned anywhere?
20· · · ·A.· · ·It's possible.
21· · · ·Q.· · ·But, to your knowledge, do you have any
22· ·document of them informing you whether or not there
23· ·was blood on the trail?
24· · · ·A.· · ·I don't recall.
25· · · ·Q.· · ·As you sit here today, can you identify

Page 175

·1· ·any document that memorializes that, whether that
·2· ·happened?
·3· · · ·A.· · ·I don't recall seeing that information.
·4· · · ·Q.· · ·Now, correct me if I'm wrong, I believe
·5· ·you had said earlier that the medical examiner's
·6· ·investigation report was done because there was a
·7· ·possible homicide.· Did I get that right?
·8· · · ·A.· · ·No.· The investigation reports are done
·9· ·on all of the cases that are referred to our office.
10· · · ·Q.· · ·And do they say whether it's a possible
11· ·homicide?
12· · · · · · ·MS. SCHNIDT:· Object to the form.· Vague
13· ·as to who.
14· · · · · · · · · ·Go ahead.
15· ·BY THE WITNESS:
16· · · ·A.· · ·I don't know.· There is a note on the
17· ·investigative report that says possible homicide,
18· ·but I am uncertain who made that comment.
19· ·BY MR. BROWN:
20· · · ·Q.· · ·But on Mr. Santoro's report did it say
21· ·possible homicide or did it say homicide?
22· · · ·A.· · ·In his report in the initial impression,
23· ·it does say homicide.
24· · · ·Q.· · ·Okay.· And I want to show you Mr.
25· ·Edmondson -- so this is BS001388.· And this is a

Page 176

·1· ·crime scene processing report.· You'll notice that
·2· ·it says, "Homicide first degree, completed May 31,
·3· ·2018, 2:44."
·4· · · · · · · · · ·Do you see that, ma'am?
·5· · · ·A.· · ·Yes.
·6· · · ·Q.· · ·And you see medical examiner
·7· ·Investigator Santoro at the bottom there?
·8· · · ·A.· · ·Yes.
·9· · · ·Q.· · ·Okay.· Now, would you agree, based on
10· ·this document, that this document was created about
11· ·five hours before your examination of Mr. Edmondson?
12· · · · · · ·MS. SCHNIDT:· Object to foundation.
13· · · · · · · · · ·Go ahead.
14· ·BY MR. BROWN:
15· · · ·Q.· · ·And I'm not trying to be tricky here.
16· ·I'm saying you'll see completed May 31, 2018 --
17· · · ·A.· · ·-- at 2:44.· Yeah.· That is what the
18· ·time seems to me.
19· · · ·Q.· · ·Did you review this document, this crime
20· ·scene report, prior to your autopsy?
21· · · ·A.· · ·No.
22· · · ·Q.· · ·Are you sure?
23· · · ·A.· · ·Yes.· I don't recall seeing that.
24· · · ·Q.· · ·But is it possible that you reviewed it
25· ·prior to your autopsy?

Page 177

·1· · · · · · ·MS. SCHNIDT:· Speculation.
·2· · · · · · · · · ·Go ahead.
·3· ·BY THE WITNESS:
·4· · · ·A.· · ·I don't remember.
·5· ·BY MR. BROWN:
·6· · · ·Q.· · ·So let's just review what you're sure
·7· ·that you did -- what you're sure you reviewed before
·8· ·your autopsy.
·9· · · ·A.· · ·I would have looked at the investigative
10· ·report prior to my autopsy.
11· · · ·Q.· · ·Okay.· And the report that you reviewed,
12· ·that contains a narrative that is prepared by your
13· ·medical examiner, right -- medical investigator,
14· ·right?
15· · · ·A.· · ·Yes.· The medical investigator.
16· · · ·Q.· · ·He does that after speaking with the
17· ·Chicago Police officers at the scene?
18· · · ·A.· · ·I am uncertain in what time frame all of
19· ·this is put together.
20· · · ·Q.· · ·Well, okay.· If you turn your attention
21· ·to Page 84 of the trial transcript at the bottom,
22· ·the question that you're asked is, and that
23· ·narrative comes from the medical examiner
24· ·investigator speaking with Chicago Police officers
25· ·on the scene --

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.      Pages 178..181
KIRSTIN HOWELL, M.D., 07/07/2021

Page 178

·1 · · · ·MS. SCHNIDT:· Hold on, Dylan.· I'm not
·2 there.· What line are you at?
·3 · · · · ·MR. BROWN:· Line 21.
·4 · · Q.· ·So, ma'am, you recall being asked the
·5 question, and that narrative comes from the medical
·6 examiner investigator speaking with Chicago Police
·7 officers on the scene, and your answer is yes,
·8 correct?
·9 · · A.· ·Yes.
10 · · Q.· ·Okay.· So does that refresh your
11 recollection that that was the testimony that you
12 gave?
13 · · · ·MS. SCHNIDT:· Object to the form.
14 BY THE WITNESS:
15 · · A.· ·Yes.
16 BY MR. BROWN:
17 · · Q.· ·Okay.· So at the time of your autopsy,
18 you knew everything that the police had said
19 happened to Mr. Edmondson based on the report; is
20 that right?
21 · · A.· ·I knew what was presented in our
22 investigative report, yes.
23 · · Q.· ·And that narrative in there included a
24 statement that the weapon used was a pipe, right?
25 · · A.· ·I believe so, yes.

Page 179

·1 · · Q.· ·So let's turn our attention back to the
·2 report itself of your medical examiner investigator,
·3 which has been premarked as Defendant's Exhibit 2.
·4 And this document that you reviewed says, "Homicide
·5 blunt force trauma to head" at the top, correct?
·6 · · A.· · Correct.
·7 · · Q.· · And if you scroll to Page 3, this is the
·8 narrative of the investigator; is that correct?
·9 · · A.· · Yes.
10 · · Q.· · And you reviewed this, yes?
11 · · A.· · Yes.
12 · · Q.· ·And the last paragraph says, "According
13 to Larry Nelson, witness related that he observed
14 Edmondson getting beat by three male blacks and two
15 female blacks with pipes in their hand all beating
16 on," and it says "Edmondon."· Do you see that?
17 · · A.· ·I'm sorry, my internet cut out.
18 · · Q.· · So we'll review this.· So you'll see at
19 the bottom of Page 3, "According to Larry Nelson,
20 witness related that he observed Edmondson getting
21 beat by three male blacks and two female blacks with
22 pipes in their hands all beating on Edmondon (sic),"
23 correct?
24 · · · A.· · Yes.
25 · · Q.· · And that was part of the narrative that

Page 180

·1 you considered, correct?
·2 · · A.· ·Yes.
·3 · · Q.· ·So your determination was based, was it
·4 not, on multiple people beating Edmondson with
·5 multiple pipes, yes?
·6 · · A.· ·That was the story that we got, yes.
·7 · · Q.· ·Okay.· Do you remember at trial actually
·8 holding the poles that were found in Tabatha
·9 Washington's apartment?
10 · · A.· ·I remember holding the poles, yes.
11 · · Q.· ·And was that the first time you had seen
12 those poles?
13 · · A.· ·I do not recall.
14 · · Q.· ·Were -- did the CPD ever provide those
15 to you for your analysis?
16 · · A.· · No.
17 · · Q.· · Did you ever ask for them?
18 · · A.· · No.
19 · · Q.· · And I heard you correctly say that you
20 never revised your autopsy report in this case; is
21 that right?
22 · · A.· ·No.· The autopsy report when it comes
23 back from dictation, I revise it at that point.· I
24 sent it to my attending who also revises it, and the
25 final revised copy is what gets uploaded.· It has

Page 181

·1 not been amended or changed.· I believe that was the
·2 question that was asked earlier.
·3 · · Q.· ·Okay.· So you didn't amend or change
·4 anything in your protocol in this case, correct?
·5 · · A.· ·There was not a change to the cause and
·6 manner of death.
·7 · · Q.· ·Have you ever had to amend an autopsy
·8 report before -- a protocol, I'm sorry?
·9 · · A.· ·Yes.
10 · · Q.· ·How many times?
11 · · A.· ·I don't recall.
12 · · Q.· ·More than 10?
13 · · A.· ·No.
14 · · Q.· ·In the times you did revise, did you end
15 up changing the manner of death?
16 · · A.· ·I -- revision is what I use when I go
17 through -- that is when I consider when I go
18 through and review all of my documents to make sure
19 that they are consistent with my causes and manner
20 of death.· An amendment would be something after the
21 fact.
22 · · Q.· ·But my question that I'm asking is, have
23 you ever gone back and changed the cause of death in
24 a protocol before?
25 · · A.· ·No.· Not that I recall.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 182..185
KIRSTIN HOWELL, M.D., 07/07/2021

Page 182

1· · · ·Q.· · ·Do you recall holding those poles at
2· ·trial?
3· · · ·A.· · ·Yes.
4· · · ·Q.· · ·Do you remember testifying that they
5· ·weren't heavy?
6· · · ·A.· · ·I remember that that question was asked,
7· ·yes.
8· · · ·Q.· · ·Do you remember testifying that they
9· ·were not heavy?
10· · · ·A.· · ·I recall being asked that.· I would have
11· ·to look at what exactly I said because heavy is
12· ·subjective.
13· · · ·Q.· · ·Sure.· I'll direct your attention to
14· ·Page 89, Line 7.
15· · · ·A.· · ·Yes.· I see that I said it was not
16· ·heavy.
17· · · ·Q.· · ·Okay.· And did you testify that it was
18· ·possible that one of those poles could have been the
19· ·instrument that caused the fatal wound to the head?
20· · · ·A.· · ·Yes.
21· · · ·Q.· · ·And in order for one of those poles to
22· ·have been the instrument, it would have had to have
23· ·been driven into a skull in a perpendicular strike
24· ·to the back of the head.· Do you recall testifying
25· ·about that?

Page 183

1· · · · ·A.· · ·Yes.
2· · · · ·Q.· · ·And is it your testimony today that one
3· ·of those poles could cause that damage in a
4· ·perpendicular fashion with only one strike?
5· · · ·A.· · ·Yes, it's possible.
6· · · ·Q.· · ·And how powerful would that strike have
7· ·to be?
8· · · ·A.· · ·I don't know.
9· · · ·Q.· · ·So were you ever provided any video of
10· ·Mr. Edmondson on his walk?
11· · · ·A.· · ·I don't recall.
12· · · ·Q.· · ·As you sit here today -- well, okay, let
13· ·me rephrase that.
14· · · · · · · · ·If you were able to review video,
15· ·would that have been helpful to your determination
16· ·on his cause of death?
17· · · ·A.· · ·Cause of death was determined via the
18· ·autopsy findings.
19· · · ·Q.· · ·Right.· And his cause of death was blunt
20· ·force trauma, correct?
21· · · ·A.· · ·Correct.
22· · · ·Q.· · ·You don't know where he sustained that
23· ·blunt force trauma; is that right?
24· · · ·A.· · ·That is correct.
25· · · ·Q.· · ·So if you saw -- let me strike that and

Page 184

1· ·start over.
2· · · · · · · · ·Now, there is a theory in this case
3· ·that Mr. Edmondson suffered the fatal head wound and
4· ·walked anywhere between six blocks and a mile before
5· ·he arrived at the dumpster where he died.· Are you
6· ·familiar with that concept?
7· · · ·MS. SCHNIDT:· Objection.
8· ·Mischaracterizes the evidence and the theories.
9· · · · · · · · ·Go ahead.
10· ·BY THE WITNESS:
11· · · ·A.· · ·I did hear that.
12· ·BY MR. BROWN:
13· · · ·Q.· · ·And, I mean, for instance, you were
14· ·asked the question, "Are people able to walk or jog
15· ·a half mile with an injury like that to his head
16· ·where he died instantly on the scene?"
17· · · · · · · · ·Do you recall being asked that
18· ·question?
19· · · ·A.· · ·I recall something similar to that, but
20· ·the exact wording I don't know.
21· · · ·Q.· · ·So on Page 96, at Line 16, that question
22· ·is asked.· And your answer is, "They could walk or
23· ·jog a half mile."· And now I'm going to start the
24· ·quote, "Because he would have been dying on the
25· ·entire route to the scene."

Page 185

1· · · · · · · · ·Do you see that?
2· · · ·A.· · ·Yes.
3· · · ·Q.· · ·And that's your understanding today as
4· ·well, right?
5· · · ·A.· · ·Yes.
6· · · ·Q.· · ·Okay.· So if he suffered a fatal head
7· ·wound and then was able to walk six blocks and
8· ·die -- strike that.· That was a bad question.
9· · · · · · · · ·Is it possible he suffered the
10· ·fatal head wound near the scene of where he was
11· ·found dead?
12· · · ·A.· · ·I don't know where he obtained the head
13· ·wound.
14· · · ·Q.· · ·That's not my question, ma'am.· Is it
15· ·possible that he suffered the head wound at the
16· ·scene of where he was found?
17· · · · · · ·MS. SCHNIDT:· Object to speculation,
18· ·foundation.
19· · · · · · · · ·Go ahead.
20· ·BY THE WITNESS:
21· · · ·A.· · ·It's possible.· I don't know where he
22· ·got the head wound; where he was when he received
23· ·the head wound.
24· ·BY MR. BROWN:
25· · · ·Q.· · ·Okay.· So if you were provided video of

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 186..189
KIRSTIN HOWELL, M.D., 07/07/2021

---

Page 186

1 Mr. Edmondson walking six blocks until the place
2 where he ultimately died, would that be able to help
3 you understand where he suffered the fatal head
4 wound?
5 · · · A. · · If there was video of him receiving the
6 head wound.
7 · · · Q. · · Okay. · But my question is something a
8 little different, ma'am. · If you were able to see
9 him walking undisturbed, would you still think that
10 he had already suffered the head wound?
11 · · · A. · · It's possible.
12 · · · · · · · MS. SCHNIDT: · Object to the form.
13 Mischaracterizes.
14 BY MR. BROWN:
15 · · · Q. · · But, again, you weren't provided any
16 videos, correct?
17 · · · A. · · I don't recall. · I don't have any video
18 here. · I know that a video was mentioned, but I
19 don't recall.
20 · · · Q. · · And it's not documented anywhere,
21 correct?
22 · · · A. · · I don't believe so.
23 · · · Q. · · Do you recall being asked, "So you can't
24 say with a reasonable degree of scientific certainty
25 that was a homicide that caused his death?"

---

Page 187

1 · · · A. · · I believe it was a homicide.
2 · · · Q. · · Do you remember giving the answer,
3 "Based on the information that I received that it
4 was a homicide?
5 · · · · · · · MS. SCHNIDT: · Object to the form.
6 BY THE WITNESS:
7 · · · A. · · Where is that?
8 BY MR. BROWN:
9 · · · Q. · · I'm just asking, ma'am, if you recall
10 giving that answer?
11 · · · A. · · I recall saying it was my opinion that
12 this was a homicide.
13 · · · Q. · · Do you remember saying, "It is my
14 opinion, based on the information that I received,
15 that it was a homicide"?
16 · · · · · · · MS. SCHNIDT: · Asked and answered.
17 BY THE WITNESS:
18 · · · A. · · It is my opinion that based on my exam
19 and the investigative report that this was a
20 homicide.
21 BY MR. BROWN:
22 · · · Q. · · Do you recall speaking to CPD Officer
23 Vincent Alonzo?
24 · · · A. · · No.
25 · · · Q. · · Do you remember from Page 3 of the

---

Page 188

1 investigator's report that Mr. Santoro met with
2 Officer Rios, Officer Ryan and Detective Alonzo?
3 · · · A. · · Yes, I see that on the report.
4 · · · Q. · · But as you sit here today, you don't
5 have any recollection of yourself speaking to him?
6 · · · A. · · No.
7 · · · Q. · · Do you recall speaking to any police
8 officer in regards to this investigation?
9 · · · A. · · I don't remember.
10 · · · Q. · · Well, is it your practice to speak with
11 Chicago Police Department officers after you've
12 completed your protocol?
13 · · · A. · · Occasionally.
14 · · · Q. · · Occasionally. · But as you sit here
15 today, you don't recall doing it in this case?
16 · · · A. · · Yeah, I don't recall.
17 · · · Q. · · I want to turn your attention briefly to
18 what has already been marked as PX 1. · This is a
19 clear closed report prepared in this case.
20 · · · · · · · I'm going to turn to Page 19 of
21 this document, which is up on the screen for you.
22 The Bates number is SAO -- 0148, and it says, "On
23 May 31, 2018, a postmortem examination on the
24 remains of Kim Edmonson were performed by Dr.
25 Howell of the Cook County Medical Examiner's

---

Page 189

1 Office."
2 · · · · · · · Do you see that paragraph, ma'am?
3 · · · A. · · Yes.
4 · · · Q. · · It says, "Reporting detectives spoke
5 with Dr. Howell who stated that that was caused by
6 blunt trauma to the head by assault and classified
7 his death as a homicide." ·
8 · · · · · · · Does that refresh your recollection
9 that you spoke to reporting detectives in this
10 matter?
11 · · · A. · · If he documented it, I probably did.
12 · · · Q. · · But you don't remember the substance of
13 that conversation?
14 · · · A. · · I don't remember.
15 · · · Q. · · And you'll see that it goes on to say,
16 "She stated that the victim had a cross shaped
17 laceration on the back of his head with a 1 inch
18 diameter circular inch punch within the cut. · And
19 she stated that the victim had a semicircle
20 laceration to his chest and a laceration to his
21 lip."
22 · · · · · · · Do you see that?
23 · · · A. · · Yes.
24 · · · Q. · · Is a cross shape laceration the same as
25 semicircle laceration?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.      Pages 190..193
KIRSTIN HOWELL, M.D., 07/07/2021

Page 190

·1 · · A.· · No.
·2 · · Q.· · And would the same object cause both of
·3 those?
·4 · · A.· · It could.
·5 · · Q.· · Was it your opinion that it did in this
·6 case?
·7 · · A.· · It is consistent with the story that I
·8 had that he was struck with a pipe.
·9 · · · · ·MR. BROWN:· Okay.· You know what, let's
10 take a very short break, like five minutes, and I
11 might be done.· I'm going to run to the restroom
12 real fast.
13 · · · · ·MS. SCHNIDT:· Yes.· I'll agree.
14 · · · · · · · · ·(There was an intermission
15 · · · · · · · · ·from 2:37 to 2:43.)
16 · · · · ·MR. BROWN:· Back on the record.
17 · · · · · · ·Dr. Howell, thanks so much for
18 being here.· I just have like two or three
19 follow-ups.
20 · · Q.· · Do you recall when you received Mr.
21 Edmondson's toxicology report?
22 · · A.· · I don't recall.
23 · · Q.· · Okay.· I'm going to pull it up, which is
24 Defendant's Exhibit 3.· The report date is
25 June 13th.· That's on Page 1 of the defendant's

Page 191

·1 three that they marked today.· Is that consistent
·2 with your recollection?
·3 · · A.· · From what we said earlier today, yes.
·4 · · Q.· · Now, would you have received the
·5 findings of the toxicology report before the report
·6 itself was actually issued?
·7 · · A.· · No.
·8 · · Q.· · June 13 would have been the first date
·9 you learned of this?
10 · · A.· · Yes.
11 · · Q.· · And then did you communicate the
12 findings of the report to anybody?
13 · · A.· · I don't believe so.
14 · · Q.· · Did you attach it to your protocol?
15 · · A.· · I don't attach it to my protocol.· I
16 just write out my protocol.· If it is attached, that
17 is done somewhere else.
18 · · Q.· · Okay.· And then do you know who -- so if
19 your protocol goes out on August 13 and this report
20 comes in on June 13, do you have any knowledge of
21 who sees the toxicology report in that two month
22 frame?
23 · · A.· · I don't have a way of interrogating
24 that.
25 · · Q.· · Okay.· But as you sit here today, you

Page 192

·1 don't recall specifically communicating those
·2 findings to anybody?
·3 · · A.· · I don't recall.
·4 · · · · ·MR. BROWN:· Okay.· That's all I have.
·5 · · · · ·MS. SCHNIDT:· Just a few follow-ups,
·6 Doctor.
·7 · · · · · · FURTHER EXAMINATION
·8 · · · · · · BY MS. SCHNIDT:
·9 · · Q.· · You said that you were shown a
10 photograph of the dumpster before -- when the
11 dumpster was brought up as a possibility.· Can you
12 explain what you mean by that?
13 · · · · ·MR. BROWN:· That misstates.· Objection.
14 That misstates her prior testimony.
15 BY MS. SCHNIDT:
16 · · Q.· · Go ahead.
17 · · A.· · I don't recall the exact timeline.· I
18 know that defense in the criminal trial brought up
19 the dumpster and provided a measurement, but I am
20 uncertain what the exact timeline of that was.
21 · · Q.· · And did the state's attorney show you a
22 photograph of the dumpster before the trial?
23 · · A.· · I don't recall.
24 · · Q.· · Either way whenever you -- well, strike
25 that.

Page 193

·1 · · · · · · · · · So do you know if you saw a
·2 photograph of that dumpster and dumpster handle
·3 before you were on stand testifying at the criminal
·4 trial?
·5 · · A.· · I don't recall.
·6 · · Q.· · Did you have an understanding at the
·7 time you were testifying at the criminal trial, that
·8 the criminal defendant's theory was that Kim
·9 Edmondson had received that fatal back of the head
10 injury by hitting his head on the dumpster handle?
11 · · · · ·MR. BROWN:· Objection.· Mischaracterizes
12 the record.
13 BY MS. SCHNIDT:
14 · · Q.· · Go ahead.
15 · · A.· · Yes.
16 · · Q.· · And was that based -- what was that
17 based on?
18 · · A.· · We had communication prior to the
19 criminal trial.
20 · · Q.· · Was there any written communication?
21 · · A.· · No.
22 · · Q.· · And when you're saying, "we had
23 communication," was that with the state's attorney?
24 · · A.· · I met with the defense attorney prior to
25 the trial.

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 194..197
KIRSTIN HOWELL, M.D., 07/07/2021

Page 194

·1· · · ·Q.· · ·The defense attorney for Tabatha
·2· ·Washington Donte Howard?
·3· · · ·A.· · ·I am uncertain who she represented.
·4· · · ·Q.· · ·Why are you saying the defense attorney
·5· ·then?
·6· · · ·A.· · ·She presented her as a defense attorney.
·7· · · ·Q.· · ·It was a female?
·8· · · ·A.· · ·Yes.
·9· · · ·Q.· · ·How long did you meet with that
10· ·attorney?
11· · · ·A.· · ·I don't recall.
12· · · ·Q.· · ·Where was that meeting at?
13· · · ·A.· · ·At the medical examiner's office.
14· · · ·Q.· · ·Is there any -- was there any
15· ·communication setting up that meeting?
16· · · ·A.· · ·I don't recall how the meeting was set
17· ·up.
18· · · ·Q.· · ·Okay.· Was the female attorney that you
19· ·met with, was she at the criminal trial?
20· · · ·A.· · ·Yes.
21· · · ·Q.· · ·I'm just going to show you the cover
22· ·page to your criminal trial testimony.· Are you
23· ·looking at Exhibit 8, the front page of the criminal
24· ·trial testimony?
25· · · ·A.· · ·Yes.

Page 195

·1· · · ·Q.· · ·There's some female names there, and I'm
·2· ·just trying to see if looking at any of them would
·3· ·refresh your recollection on who it was that you met
·4· ·with?
·5· · · ·A.· · ·I believe it was Brett Balmer,
·6· ·B-a-l-m-e-r.
·7· · · ·Q.· · ·Was anybody present when you met with
·8· ·Ms. Balmer?
·9· · · ·A.· · ·I don't remember.
10· · · ·Q.· · ·And what did you and Ms. Balmer talk
11· ·about?
12· · · ·A.· · ·From my recollection, she brought up the
13· ·dumpster.· I don't recall what else we may have
14· ·talked about.
15· · · ·Q.· · ·Counsel was asking you during his
16· ·questioning -- he brought up the fact that you were
17· ·actually given the poles during the criminal trial.
18· ·And you did remember receiving the poles during the
19· ·criminal trial, right?
20· · · ·A.· · ·Yes.
21· · · ·Q.· · ·First of all, were you wearing gloves
22· ·when you handled those poles?
23· · · ·A.· · ·Yes.
24· · · ·Q.· · ·Were you wearing a mask?
25· · · ·A.· · ·I don't believe so.

Page 196

·1· · · ·Q.· · ·Were those poles kept within any sort of
·2· ·protective sleeve?
·3· · · ·A.· · ·I don't recall.
·4· · · ·Q.· · ·And during the -- during your criminal
·5· ·trial testimony, you said that any one of those four
·6· ·poles could have been the instrument that caused Kim
·7· ·Edmondson's fatal head wound; is that right?
·8· · · ·A.· · ·I believe that's what I said.
·9· · · ·Q.· · ·It's on Page 90.
10· · · · · · ·MR. BROWN:· Before we get there, are you
11· ·marking this as an exhibit?· And if you did already,
12· ·I'm sorry.
13· · · · · · ·MS. SCHNIDT:· No.· I actually -- I'll
14· ·mark it Exhibit 8 if I hadn't.
15· · · ·Q.· · ·So looking at Page 90, BS001266,
16· ·beginning on Line 22 and continuing on to the next
17· ·page, Line 1, go ahead and read that to yourself.
18· · · ·A.· · ·I'm sorry, starting where?
19· · · ·Q.· · ·Line 22 on Page 90 and going on to the
20· ·next page, Line 1.
21· · · ·A.· · ·Okay.
22· · · ·Q.· · ·Does that refresh your recollection that
23· ·at the criminal trial it was your opinion that any
24· ·one of the four poles were consistent with having
25· ·caused the injury that caused Kim Edmondson's death?

Page 197

·1· · · ·A.· · ·Yes.· That any of the four could have
·2· ·been consistent with the injury.
·3· · · ·Q.· · ·And is that still your opinion today?
·4· · · ·A.· · ·Yes.
·5· · · · · · ·MS. SCHNIDT:· That's all the questions I
·6· ·have.· Dylan, do you have any more?
·7· · · · · · ·MR. BROWN:· Yes.
·8
·9· · · · · · · · ·FURTHER EXAMINATION
10· · · · · · · · ·BY MR. BROWN:
11· · · ·Q.· · ·And again, Dr. Howell, when you examined
12· ·the poles at trial, that was the first time you had
13· ·access to them, correct?
14· · · ·A.· · ·I don't recall if I had seen the poles
15· ·before that.
16· · · ·Q.· · ·Okay.· But there's nothing in the record
17· ·of you ever receiving them, correct?
18· · · ·A.· · ·Correct.
19· · · ·Q.· · ·And I believe you testified earlier, and
20· ·maybe it got a little jumbled, but you did review
21· ·crime scene photos prior to your protocol, yes?
22· · · ·A.· · ·I saw our investigation photos.
23· · · ·Q.· · ·And those -- there may not have been a
24· ·ruler on there, but those photos contained the
25· ·dumpster and the dumpster handle, did they not?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 198..201
KIRSTIN HOWELL, M.D., 07/07/2021

                                                                    Page 198
·1· · · ·A.· ·The dumpster is in some of those photos,
·2· ·yes.
**·3· · · ·Q.· ·Okay.· And you never requested any**
**·4· ·testing on the dumpster, right?**
·5· · · ·A.· ·I did not.
**·6· · · ·Q.· ·Okay.· And you weren't provided any,**
**·7· ·correct?**
·8· · · ·A.· ·Correct.
·9· · · · · · ·MR. BROWN:· That's all I have.
10· · · · · · ·MS. SCHNIDT:· Doctor, just as a
11· ·reminder, if you can send us your CV, you can just
12· ·send it to the email address Elaina Favala, and I
13· ·can go ahead and distribute it to Mr. Brown.
14· · · · · · · · ·Now that we're finished, you have
15· ·the option to reserve or waive your signature.· I
16· ·can explain those to you, unless you already know
17· ·what they mean.
18· · · · · · ·THE WITNESS:· Reserve means you send it
19· ·to me and I review it for typos and stuff?
20· · · · · · ·MS. SCHNIDT:· Yes.
21· · · · · · ·THE WITNESS:· I would like to reserve.
22· · · · · · ·MS. SCHNIDT:· I will order.· PDF.
23· · · · · · ·THE COURT REPORTER:· Regular delivery?
24· · · · · · ·MS. SCHNIDT:· Yes.
25· · · · · · ·THE COURT REPORTER:· Would you like a

                                                                    Page 199
·1· ·copy, Mr. Brown?
·2· · · · · · ·MR. BROWN:· Not a this time.
·3· · · · · · ·And I guess for the record I showed
·4· ·the image of 1744.· I might as well have that PX
·5· ·20.· Is that all right with you, Emily?
·6· · · · · · ·MS. SCHNIDT:· Absolutely.
·7· · · · · · · · · · · · · ·(Whereupon, Plaintiff's
·8· · · · · · · · · · · · · ·Exhibit 20 marked by counsel.)
·9· · · · · · · · · · · · · ·(Whereupon, the proceedings
10· · · · · · · · · · · · · ·were concluded at 2:53.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                                    Page 200
·1· · · · ·IN THE UNITED STATES DISTRICT COURT
·2· · · · FOR THE NORTHERN DISTRICT OF ILLINOIS
·3· · · · · · · · · · ·EASTERN DIVISION
·4· ·TABATHA WASHINGTON AND· · · )
·5· ·DONTE HOWARD,· · · · · · · ·)
·6· · · · · · · · ·Plaintiffs, ) 20 cv 442
·7· · · · · ·vs.· · · · · · · · ·)
·8· ·CITY OF CHICAGO, et al.,·
·9· · · · · · · · ·Defendants.
10· · · · · ·I, KIRSTIN HOWELL, M.D., state that I have
11· ·read the foregoing transcript of the testimony given
12· ·by me at my deposition on July 7, 2021, and that
13· ·said transcript constitutes a true and correct
14· ·record of the testimony given by me at said
15· ·deposition except as I have so indicated on the
16· ·errata sheets provided herein.
17· ·_____
18· · · · · · · · · · KIRSTIN HOWELL, M.D.
19
20
· · ·_No corrections (Please initial)
21· ·_Number of errata sheets submitted· · · · · · (pgs)
22· ·SUBSCRIBED AND SWORN TO
· · ·_Before me this· · · · day of
23· ·_____, 2021
24· ·_____
· · · · · ·Notary Public.
25

                                                                    Page 201
·1· ·STATE OF ILLINOIS·)
·2· · · · · · · · · · ·) SS:
·3· ·COUNTY OF C O O K·)
·4· · · · · ·I, SHERI E. LISS, CSR NO. 084-002600, a
·5· ·Certified Shorthand Reporter within and for the
·6· ·State of Illinois, Registered Professional Reporter,
·7· ·Certified Realtime Reporter, do hereby certify that
·8· ·previous to the commencement of the examination,
·9· ·said witness was duly sworn by me to testify; that
10· ·the said deposition was taken at the time and place
11· ·aforesaid; that the testimony given by said witness
12· ·was reduced to writing by means of shorthand and
13· ·thereafter transcribed into typewritten form; and
14· ·that the foregoing is a true, correct and complete
15· ·transcript of my shorthand notes so taken as
16· ·aforesaid.
17· · · · · ·I further certify that there were present
18· ·at the taking of the said deposition the persons and
19· ·parties as indicated on the appearance page made a
20· ·part of this deposition.
21
22
23
24
25



WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    Pages 202..204
KIRSTIN HOWELL, M.D., 07/07/2021

Page 202

1 · · · · · ·I further certify that I am not counsel
2 · for nor in any way related to any of the parties to
3 · this suit, nor am I in any way interested in the
4 · outcome thereof.
5 · · · · · ·I further certify that this certificate
6 · applies to the original signed and certified
7 · transcripts only.· I assume no responsibility for
8 · the accuracy of any reproduced copies not made under
9 · my control or direction.
10 · · · · · ·IN TESTIMONY WHEREOF I have hereunto set
11 · my hand this 16th day of July, A.D., 2021.
12
14
15 · · · · · · · · · · Sheri E. Liss, CSR, RPR, CRR, CLR
16
17
18
19
20
21
22
23
24
25

Page 203

1 · · · · · · · ·INSTRUCTIONS TO WITNESS
2
3 · · · · · · ·Please read your deposition over
4 · carefully and make any necessary corrections. You
5 · should state the reason in the appropriate space on
6 · the errata sheet for any corrections that are made.
7 · · · · · · · After doing so, please sign the
8 · errata sheet and date it.· You are signing same
9 · subject to the changes you have noted on the errata
10 · sheet, which will be attached to your deposition.
11 · · · · · · · · · It is imperative that you return
12 · the original errata sheet to the deposing attorney
13 · within thirty (30) days of receipt of the deposition
14 · transcript by you. If you fail to do so, the
15 · deposition transcript may be deemed to be accurate
16 · and may be used in court.
17
18
19
20
21
22
23
24
25

Page 204

1 · · · · · · · · · E R R A T A
2
3 · I wish to make the following changes, for the
4 · following reasons:
5 · PAGE LINE
6 · ____ ____ CHANGE: _____
7 · REASON: _____
8 · ____ ____ CHANGE: _____
9 · REASON: _____
10 · ____ ____ CHANGE: _____
11 · REASON: _____
12 · ____ ____ CHANGE: _____
13 · REASON: _____
14 · ____ ____ CHANGE: _____
15 · REASON: _____
16 · ____ ____ CHANGE: _____
17 · REASON: _____
18 · ____ ____ CHANGE: _____
19 · REASON: _____
20 · ____ ____ CHANGE: _____
21 · REASON: _____
22
23 ·
24 · WITNESS' SIGNATURE · · · · · DATE
25



### Exhibits

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 01**
  4:9 29:10,12,16 30:5 31:14 34:19 36:5,11 38:14 39:6 40:9,18

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 02**
  4:12 34:24 49:3,5,9 60:24 68:5 85:11 123:13 144:17 179:3

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 03**
  4:17 111:15,16,20,21,23 113:11 128:14 129:4 190:24

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 04**
  4:21 133:12,14,24

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 06**
  4:11 43:21,23 44:4,16 45:10,19,23 46:6,10 47:12 49:1 134:11 157:12

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 07**
  4:13 83:2,9,16 84:20 87:8,9 94:21 95:7 96:2, 10,20 98:20 114:23 157:12

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 08**
  4:22 136:23,24 146:24 148:17 151:19 155:3 194:23 196:14

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 09**
  4:14 90:15,16,19 91:6

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 10**
  4:15 90:23,24 91:2

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 11**
  4:16 98:5,6,10,11

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 12**
  4:18 119:9,10 120:6,24

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 13**
  4:19 120:14,15,18 121:7, 14 122:3

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 14**
  4:20 122:7,9,12

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 15**
  4:23 161:5

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 16**
  4:24 161:6

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 17**
  5:4 161:6

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 18**
  5:5 161:7

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 19**
  5:6 161:15,16

**Howell M.D., Kirstin 07-07-21 (Washington-Howard) Exhibit 20**
  5:7 163:24 164:1,4

### 0

**0061**
  164:5

**0148**
  188:22

### 1

**1**
  15:25 29:10,12,16 30:5 31:14 34:19 36:5,11 38:14 39:6 40:9,18 74:14 75:3,5,14,16,19,21 77:1, 17 79:24 80:8 88:4,7 95:18 113:12 127:13 145:18 158:10,22,25 159:2,12 160:3,17,18 161:3 166:15,21 167:2,9, 10 170:9 171:9 172:8 188:18 189:17 190:25

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al. 206
KIRSTIN HOWELL, M.D., 07/07/2021 Index: 1-1/2..205

196:17,20

**1-1/2**
165:15,17 166:2,5,7
170:9,18,20

**1-1/4**
73:23,24 74:1 81:18 86:4
102:14,17 139:17 144:18
165:9,21 166:2 170:10

**1/2**
81:14 84:21 98:16
139:25

**1/28/79**
8:8

**1/4**
85:18,19 92:23 98:15
140:13

**1/8th**
81:15,16 85:22 140:6

**10**
22:16,20 23:4,19 90:23,
24 91:2 181:12

**10-year**
22:22

**10:06**
44:1

**11**
21:4,22 98:5,6,10,11
165:2

**1199**
137:15

**11:05**
83:8

**11:09**
83:8

**12**
119:9,10 120:6,24

**129670019**
161:14

**12:06:05**
40:19

**12:32**
135:13

**13**
51:5,14,19 112:12
113:13 120:14,15,18
121:7,14 122:3 124:12,
20,23 152:25 191:8,19,
20

**13th**
190:25

**14**
54:23 122:7,9,12 167:12

**15**
117:11,13 151:20 161:2,
3,5

**15/16th**
74:14 75:21 166:21

**15:40**
50:21

**16**
46:17 155:4 161:2,3,6
184:21

**17**
161:2,3,6

**172**
60:25 61:1

**1744**
170:2 199:4

**18**
44:8 161:2,4,7

**19**
137:5 161:15,16 188:20

**1:15**
135:13

**1st**
26:7,9

---

**2**

**2**
34:24 49:3,5,9 60:24
68:5 85:11 109:10
113:11 123:13 129:4
144:17 159:7 161:3
171:8,9 179:3

**20**
163:24 164:1,4 199:5,8

**2001**
9:5

**2008**
9:10 18:12

**2011**
18:14,21

**2017**
11:3 24:16

**2018**
11:18,21,24 12:6 15:24
16:1 24:16,21 26:5,15,16
36:8 51:5,15,19 59:25
60:13 111:8 112:13
113:13 116:17 124:12,
20,23 176:3,16 188:23

**2019**
137:5

**2023**
18:10

**205**
120:24

**21**
137:15 178:3

**2121**
8:18

**22**
196:16,19

**250**
24:13

**2534**
59:24

**29**
62:9

**2:37**
190:15

**2:43**
190:15

**2:44**
176:3,17

**2:53**
199:10

---

**3**

**3**
30:5 38:14 111:15,16,20,
21,23 112:4 113:11
120:24 128:14 129:4
153:1 155:8 159:22
161:3 171:9 179:7,19
187:25 190:24

**3/4**
73:23,24 74:1 76:5,23
95:8,12 100:8 102:2,5,7
139:18 140:12

**3/8th**
81:12 139:21

**30**
11:24 26:5

**30th**
11:22 171:4

**31**
24:21 26:15 36:8 111:7
116:17 176:2,16 188:23

**312-997-4504**
8:23

**31st**
50:7,21 117:2

---

**4**

**4**
40:9 113:12 133:12,14,
24 155:5,9 160:11 161:4
171:10

**43**
83:16

---

**5**

**5**
57:7 113:11 120:25
151:20

**5/30/2018**
34:8,20

**5/31/2018**
40:19

**5147**
34:25

**55**
98:24

**56**
96:3,20

**57**
89:8,9

---

**6**

**6**
43:21,23 44:4,16 45:10,
19,23 46:6,10 47:12 49:1
134:11 157:12

**60612**
8:18

**60644**
35:1

**63**
137:14

**64**
61:16 138:1 139:11

**65**
146:24

**66**
98:25 147:3

**67**
101:3 105:3

**68**
102:16 105:2

**69**
102:17 148:17

---

**7**

**7**
83:2,9,16 84:20 87:8,9
94:21 95:7 96:2,10,20
98:20 114:23 148:18
157:12 182:14

**70**
148:22,24

**73**
151:18

**75**
152:25

**7:45**
50:7 116:10,16 117:1,8

---

**8**

**8**
136:23,24 146:24 148:17
151:19 155:3 194:23
196:14

**80**
39:7,11

**84**
177:21

**86**
83:18,20

**89**
182:14

**8:45**
116:16 117:1

---

**9**

**9**
90:15,16,19 91:6

**90**
196:9,15,19

**93**
164:24

**95**
167:11

**96**
155:3,6,7,8 184:21

**9:19**
34:20

**9:46:45**
34:8

**9:54**
44:1

---

**A**

**a.m.**
40:20 50:7

**abbreviations**
50:14

**abdomen**
72:23 73:2

**ability**
132:3 153:6

**able**
69:11 86:23 87:3 89:16
91:15 110:8 137:10
138:23 141:1,3 142:7
153:11 156:16 157:2
183:14 184:14 185:7
186:2,8

**abnormal**
53:19

**about**
8:24 17:20 24:13 26:22
31:4 35:5 39:25 42:3,10,
15,17 46:9,13,16 56:2,21
58:4 61:23 65:8,10 73:3,
6 76:10 81:21,23 82:22
85:19 87:23 97:1,6,14
101:6 102:18 105:15,17
108:21 109:1,6 126:17,
18 131:2,16 132:5
171:22 176:10 182:25
195:11,14

**above**
84:24 89:19 90:1 145:8
167:16 170:17

**abrasion**
40:1 81:18 86:5,14,18
87:4,19,21 88:2,9,14
89:5,18 90:2,5,7,12,20
91:3,13,15,18 92:10
94:5,22 95:8,12 123:12
143:20,22,23 144:8,18,
19,23,24 145:13,15,18,
23 146:1

**abrasions**
54:2 73:11 81:5

**Absolutely**
108:1 199:6

**Academy**
19:22

**accept**
89:23

**accepted**
60:3

**access**
197:13

**accident**
14:5,17

**According**
179:12,19

**account**
47:17

**accurate**
115:14

**accurately**
90:19 91:2 98:11 122:12

**act**
132:14

**active**
152:4,12,14

**actually**
9:13 21:11 35:16 88:6
95:5 133:2 138:18
142:23 155:7 156:9
166:2 180:7 191:6
195:17 196:13

**acute**
71:15 72:6,10

**addition**
13:9 24:12

**additional**
17:4 42:8,17,19 81:7
101:2,7,18 103:2,5
133:21

**address**
8:17 18:4 34:24 198:12

**adjunct**
12:17 13:3,6 17:14

**adrenalin**
132:14,17

**affect**
124:17 130:9,15 131:22
132:3,6,8

**affiliated**
20:16

**afraid**
89:6

**after**
9:7,11 10:22 11:10,12
15:25 17:5 18:2 22:25
26:12 35:13,14 49:14
51:22 54:19 55:5 60:7
84:3 105:19 113:25
114:13 115:25 116:7
128:8 132:25 154:21

177:16 181:20 188:11

**again**
23:19 37:23 45:20 53:22
56:4 73:9 79:1,12 97:13
98:25 122:7 128:14
129:11 132:10 153:17
186:15 197:11

**age**
62:9 141:8

**agree**
24:6 52:11,17,22 91:14
144:8 159:3 165:14
169:22 170:3,8,18 176:9
190:13

**agreed**
52:14,24

**agreement**
52:5

**ahead**
8:6 27:23 28:20 31:11
37:15 38:2 77:6 85:1
97:16 103:10 143:9
151:19 152:24 155:5
159:19 160:24 162:5,14
174:7 175:14 176:13
177:2 184:9 185:19
192:16 193:14 196:17
198:13

**airway**
118:5

**alcohol**
118:20 128:5 129:5,24
151:22 152:6

**alive**
58:2 61:5,9,12,23

**all**
6:21,22 8:1 21:5,23

22:14 24:18 25:9 26:20,
25 29:5,9,15 32:6 33:7
34:18 39:2 46:20 47:16
48:25 50:4 53:5 56:23
58:10 62:8,19 64:21 66:5
67:9 70:15 80:4,18 86:16
90:7,8,14 91:25 92:3
97:13 99:12,20,24 102:6
105:3,13,15,17 108:25
109:15 110:2,3 112:5,6,8
113:2 115:11 120:13
122:6 123:1 126:15,17
127:2 135:7 136:9
137:18 138:11 139:11
140:19,23 141:1,7,20
142:14,18 144:14
155:17,19 157:10 159:2,
6 162:8,24 164:13
169:14 175:9 177:18
179:15,22 181:18 192:4
195:21 197:5 198:9
199:5

**allow**
131:11 153:16,17

**almost**
75:13

**along**
81:21 91:21,23 92:12,24
99:21 100:8 137:11
140:14 146:10 156:24

**Alonzo**
187:23 188:2

**already**
65:1 153:4 186:10
188:18 196:11 198:16

**also**
7:9 13:3 25:20 27:6
32:17 38:15 48:5 74:13
85:22 86:4 90:9 95:11

103:19 107:3 114:19
115:15 118:12 124:7,16
139:21 140:6,9,12,16
153:10,11 180:24

**altercation**
156:21

**although**
8:25

**always**
20:15 26:12 28:6 33:23
45:6

**am**
8:11,15 12:4,17 15:24
16:11,12 19:19 22:13,17
23:5 31:16 33:6 43:20
76:10 82:21 87:9 92:2
103:23 113:7 115:10
120:5 128:12 173:12
175:18 177:18 192:19
194:3

**ambient**
38:25

**AME's**
13:6

**amend**
181:3,7

**amended**
133:3 181:1

**amendment**
181:20

**American**
19:19,21,22

**amount**
46:16,19 61:11 134:20

**amounts**
47:9

**an**
7:10 12:4,6,17 13:3
14:22 16:2 20:2,7 24:1,
24 25:11,13,18,22 26:2,6
27:2,12 29:19 31:17
36:16,18,23 37:3,21 38:6
42:21,25 43:14,25 44:11
45:20 51:5 53:12,23
54:15,16,21 55:5,14,16,
17 56:21 57:16 58:10,19,
21 60:11,14 71:15 72:5,
9,12,14 73:20,23,24,25
74:14,23 75:1,21 76:2,5
79:23 83:7,12,13 84:4,8,
19 87:19 88:11 94:1
95:14 96:11,22 102:2,5,7
105:20 106:4,20,23
109:25 110:4,18 111:5
115:18 116:12 117:13
119:2,15 120:10 125:18,
20 130:7,12 131:25
132:1,19,22 136:3
141:10,17 145:13,23
147:5,10,15 148:6 151:9
152:22 153:11 154:18
166:14,21 167:19,20,24
168:1,8 171:23 181:7,20
184:15 190:14 193:6
196:11

**analgesic**
132:23

**analysis**
180:15

**analyze**
130:8

**anatomic**
12:21 16:24 130:23

**anatomical**
16:4,7,11,15,21 22:11,21
23:1

**ancillary**
109:2 114:19

**and**
6:4,8,9,12 7:8,17 8:4,6,
21 9:6,14,16,18,23 10:4,
9,12,20,22,25 11:1,16
12:21 13:13,14,20,25
14:3,9,14,20,21 15:17,19
16:7,12,15,18,22,24
17:1,2,5,6,10,21,22,25
18:9,14,20,23 19:3,9,11,
22 20:23,25 21:5,8 22:5,
10,11,14,20,21,23 23:1,
13,19,22 24:12 25:11,13,
16 26:5,6,9,12,19,22,23
27:18 28:11,14 29:3,5
30:22,25 31:4,13,16,18,
21,23,24,25 32:8,13,16,
17,18 33:4,20 34:11,16,
20 35:8,13,24 36:1,7,16,
18,21,23 37:4,8,10,17,18
38:6 39:11,16,17,22
40:1,11,19 41:4,17 42:1,
10,13,19,22,23 43:4,7
44:4,8,23 45:13,18,19,25
46:23 47:11,19,21,25
48:8 49:19,20 50:8,14,
23,24,25 51:18 52:7,10,
13 53:11,12,13,21 54:3,
4,11,21,24 55:2,14,19,
20,22 56:5,11,21,22,24,
25 57:1,3,11,12,16,24
58:1,12,13,15,21,22
59:2,5 60:8,11,19 61:9,
16,25 62:1,3,4,5,7,23
63:8 64:3,6,8,25 65:2,5,
13,15,16,18,22,23 66:5,
10,20,23 67:1,9,22 69:3,
8,25 70:4,12,23 71:4,7,
13,19,20,24,25 72:3,10,
22 73:2,8,9,21 74:1,10,

12,14,17,21 75:4,13
77:6,19,22 78:3,19 79:3,
6,11,22 80:1,3,20 81:22
82:7,11,14,17,19 83:16,
17,25 84:7,24 85:1,4
87:10,11,15,16,19,23
88:9 89:4,16 90:23
91:18,22,23 92:6,12,13,
17 93:5,11 94:10,19,24
95:11 96:3,16,20 97:13,
19 98:17,21,24 99:6,13,
14 100:11,22 101:1,12,
17 102:16 103:1,10,22,
24 104:1,6,22 105:6,11
106:5,13 107:2 108:12,
14,15,18,24 109:7,15,16,
17,20 110:6,9,14,17,20,
25 111:5,10,13 112:1,11
113:8,25 114:13,22
115:4,7,13 116:5,6,8,13,
16,18,25 117:1,9,14,15
118:3,4,6,7,9,11,12,13,
15,25 119:1,2,3,4,6
120:23 121:12,16 123:3,
8,10,12,14,15 124:10,15,
17,23 125:5,16 126:17
127:7,8 128:5,11 129:5,8
130:2,13,14,23,25 131:1,
3,9 132:14,20 133:19,24
134:1,4,15 136:5,8,9
137:5,21 138:4,7 140:3,
9,16 141:6,8,15,19
142:17,18 143:3,15,16,
17 144:3 145:4,10,22,23
146:7,15,22 147:3 148:9,
19,22 149:7,14 150:2,22
151:3,12,19,23,24 152:5,
6,24 153:10,24 154:1,2,
6,14,20 155:5,8,12,19
156:15,19 157:2,23,25
158:15,20 160:2,22
161:1,2,10,14,22 162:1,

17,19 163:15 164:5,21
165:7,19 166:6,9,22
167:15,18 168:1,3,10,13,
14,16 169:6,10 170:15,
16,21,23,24,25 171:3,5,
10,11,25 172:19 173:2,
20 174:6 175:10,24,25
176:6,15 177:11,22
178:5,7,23 179:4,7,10,
12,14,16,21,25 180:11,
19,24 181:5,18,19,23
182:17,21 183:2,6,19,25
184:3,4,8,13,22,23
185:3,7 186:20 187:16,
19 188:2,22 189:6,15,18,
20 190:2,10 191:11,18,
19 192:19,21 193:2,16,
22 195:1,10,18 196:4,11,
16,17,19 197:3,11,19,23,
25 198:3,6,12,13,19
199:3

**angle**
148:8,13 149:19 164:20

**annotate**
88:18

**annual**
17:20

**anomalous**
125:1,3

**another**
43:19 57:11 110:20
111:4 118:17 159:7

**answer**
7:1,5,10,19 23:16 34:3
131:16 146:7 161:24
167:17,20 178:7 184:22
187:2,10

**answered**
70:1 144:4 174:6 187:16

**answers**
6:22 136:9

**antecubital**
70:17,23

**anterior**
42:21,23,25 99:16 121:1,
5

**anteroposterior**
120:9 121:2

**anthropology**
24:12

**any**
7:14,23,25 8:4 10:14
12:9 14:19,24 15:3 17:8,
13 19:15,17,18,24 20:3
26:10 35:5 36:1 38:24
39:1,13 40:14 41:2 42:8,
9,13 45:11,23 46:11
51:24 52:5 56:5 57:2,8,
15 58:15 63:5 65:24
66:14 69:7,22 71:19,24
80:11,24 85:3 96:2,4
102:4,10 103:1,4 104:19,
24 105:1 107:11,17,21
116:22 119:14 123:20
124:1 125:12 127:15,18,
19,23 128:1 129:3,23,24
130:4,8 131:24 132:10
133:21 134:18 135:1
138:7 142:15 147:14,17
148:7,12 150:5 151:5,8
152:18,21 156:14 157:6,
16 162:1,9 163:7,16
171:12,14 173:14
174:12,21 175:1 183:9
186:15,17 188:5,7
191:20 193:20 194:14
195:2 196:1,5,23 197:1,6
198:3,6

**anybody**
41:10 128:21 172:24
191:12 192:2 195:7

**anyone**
128:23

**anything**
7:17 34:1 39:4 41:7 42:1
46:13 75:9 84:14,16
102:20 108:22 115:7
134:8 139:1 150:20
181:4

**anywhere**
76:19 172:3,8 174:19
184:4 186:20

**aorta**
125:5,6 129:20

**apartment**
180:9

**appear**
62:8 72:18 142:15,18
143:4,10 165:17 170:6

**appeared**
140:21 143:3 144:9

**appears**
165:9,20,21 166:5

**apply**
16:5

**appreciate**
169:14

**approval**
26:24

**approved**
51:15

**approximate**
79:24 80:8 97:24 98:12

**approximately**
6:15,17 13:17 15:6 21:2
39:7,11 54:23 55:1
60:20,22 73:19 75:3,5,19
76:5 77:1 85:16 98:1
99:5,7,9 127:13 141:8
142:4,9 158:22 160:2,18
167:2,10

**apron**
63:8

**are**
6:22 7:8,10 8:9,13 11:24
13:18,22,23 15:22 16:2,9
19:10,15 22:5,23 23:15,
23 25:20 26:11,12 28:6
31:16 32:23,24,25 33:4,
12,17 36:18 40:11 41:4
44:4,15 45:10,22 47:13
50:18 53:19,22 55:6 56:5
57:10 58:14,16 60:5,6,7,
9 62:1,5,13 63:14,24
64:1,8,13,16,17,23 65:7,
8 66:23 67:1,13 68:7,19
69:11 70:6,16 72:3,22
79:12,13,14 81:22 82:4,
18 83:22,25 84:3,5 87:7,
8 92:4,5,6 94:21 100:11,
22,24 101:1,6,8 102:23
103:7,25 104:5,22
105:10 106:6,12 110:1,9
112:1,7,25 113:2,6,9,20
115:4,23 117:14 118:19
119:16 122:25 123:1,2,
18 128:10 130:23 131:1
132:11,16,17 133:17,21,
24 134:2,4 141:3 148:24
150:2 152:17 156:8,16
157:2 164:6,24 166:24,
25 168:3 173:1,22,23
175:8,9 176:22 178:2
181:19 184:5,14 194:4,

22 196:10

**area**
39:22 40:2 70:23 74:4
77:3,22 80:22 88:11,13
90:3,4,11 94:18 97:4,11,
20,24 121:23,24 122:3,
13,23 123:15 127:1
131:20,25 132:2,5,13
153:4 167:6

**areas**
16:9 24:19 40:11 43:19
79:22 145:3,4 161:22

**arises**
125:4

**arm**
70:24 94:19 98:17,21
99:3,5,6,13,19,21 100:9,
13 101:9 102:5,12,15
103:8,12,16,21,24 104:1,
6 105:6,11 173:20,21

**arms**
70:21 71:3,19,24

**around**
26:13 46:13 74:17 78:10,
16 79:4,7,10,22 81:5
91:25 121:22 122:15
123:15 126:25 142:21
143:5 145:21 146:13,14,
15

**arrival**
40:10

**arrive**
60:7,8,11

**arrived**
40:16 61:2 116:9 184:5

**arriving**
55:10

C00 AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

**arteries**
106:13 156:15

**artery**
125:2,4,6,7,10,12

**as**
6:5 8:5 10:1 17:14 18:18
20:2,7,24 23:3 25:11,25
26:2,9,15,18 27:13 28:5
29:10 31:21 32:7,8,10,
13,24 33:12,25 35:10
37:4 40:4 43:21 44:4
45:12,15 47:21 49:1,20
51:19 52:10,13 54:1,3,11
55:6,20 57:1 59:16,18
60:3 69:7,19 72:12 74:23
75:1,11 79:23 81:25 83:2
84:21 90:15 92:11 93:5,6
94:9 96:4,11 98:5,9
99:16 102:14 103:20,22
106:16 109:20 110:20
111:14 112:12 119:8
120:5,8,14 123:16,18
124:13 125:25 126:1,13,
21 129:23 130:7,13
132:14,22 134:18 135:1
137:12 141:10 142:2
143:24 144:19 147:17
148:7,13,23 151:2
152:18 153:11 156:20
161:14 162:3 163:23
173:8,10,16 174:6,25
175:13 179:3 183:12
185:3 188:4,14,18 189:7,
24 191:25 192:11 194:6
196:11 198:10 199:4

**aside**
107:11,15

**ask**
6:24 7:14,17,18 25:12
26:13 34:1 45:19 62:2

138:18 145:25 173:7
180:17

**asked**
69:18,25 138:12 139:12
143:12 144:3 155:11
167:12 173:11,12 174:5
177:22 178:4 181:2
182:6,10 184:14,17,22
186:23 187:16

**asking**
20:5 148:25 181:22
187:9 195:15

**assault**
28:12,15 36:16,18,23
38:6 110:19,22 111:1,5
126:2,5 141:17 189:6

**assessment**
38:8

**assign**
59:12

**assigned**
26:18 31:18 59:14,17,21
61:11

**assistant**
12:4,7 16:3 24:25 25:4,
11,13,18,22 26:2,6 32:24
41:13,18,23 42:2,10,14
110:1 130:7 137:19
171:2

**associate**
12:17 17:14 41:12 47:9

**associated**
127:8

**Association**
19:21

**assume**
7:19 65:22

**at**
7:23 8:11,15 9:23 11:2,
11,13 12:1,11 13:2,4,5,
13 15:1,14 17:15,21
18:23 19:1 20:20 25:5,10
28:5,9,24 29:3,24 32:6
34:2,18 36:13,15,21 39:5
40:18,19 41:3 44:11
45:22 46:2,20 47:17
49:19,23 50:6,7,13,21,24
53:17 54:16 55:10,22
59:4 60:1,11 61:1,2,4,12,
20 62:5 63:7,12 67:6
75:24 76:7,15,17,23
78:20 79:8,9,12,20 80:2,
3 81:8,11,13,14 83:13,14
85:3 86:3,23 87:2,6,7,8,
9,20 89:20 91:12 94:9,22
96:9,23,24 101:1,3,12,
16,21 102:22 103:7,15,
25 104:10 110:1,20
111:4 112:14 114:24
115:5,25 116:9,10 117:8
120:6 121:20 129:4
131:25 133:24 136:5
137:9,14,22,23 138:7
139:14,22,25 141:1
142:4,9,20,24 144:25
146:9 148:8 149:18
151:18,24 152:1,7 154:4
156:3,8,10 157:14 165:8,
18,24 167:11 168:22
170:10,20,23,24 172:15,
22 176:7,17 177:9,17,21
178:2,17 179:5,18 180:7,
23 182:1,11 184:5,21
185:15 193:3,6,7 194:12,
13,19,23 195:2 196:15,
23 197:12 199:10

**attach**
191:14,15

**attached**
191:16

**attaining**
63:15

**attempt**
54:16,18

**attending**
26:17 180:24

**attention**
173:3 177:20 179:1
182:13 188:17

**attorney**
192:21 193:23,24 194:1,
4,6,10,18

**attorneys**
128:21 171:14

**Augments**
10:8

**August**
16:1 51:5,14,19 124:14,
20,23 191:19

**author**
10:12

**autopsies**
13:16,18,22,23 14:9,10,
12 24:13 28:7 42:3 58:8,
16 59:2,24

**autopsy**
12:13,15,22,23 13:20,25
14:1,15,16,22,25 20:17
24:11 26:21 27:13,16,24
28:2,4,16 32:16,17
35:16,17,20 36:2,8,11,22
37:3,22 38:4 39:17 41:1,
8,11,15 44:6 45:25 46:2
47:17 48:1 49:15,19,24
50:5,9 52:13,15,18 53:2

55:25 56:9,20 57:14
58:21 59:1,21 60:11,14,
15,17 62:22,25 79:16
82:1,24 83:1,14 84:4,8,
12 85:2 87:7 111:7
114:14 115:5 116:10,14
117:16 122:22 123:5
125:16,17 128:9,10
130:13 133:10 134:3,6
145:1 157:13 176:20,25
177:8,10 178:17 180:20,
22 181:7 183:18

**available**
59:8

**aware**
36:22 173:16

**away**
54:19 89:10

---

## B

**B-A-L-M-E-R**
195:6

**bachelor**
9:4

**back**
24:16 36:7 41:21 43:6,17
44:2 46:24 53:18 54:1
56:5 60:13 73:10,17,22
83:6,11 85:5,11 91:11
98:14 100:4 111:13
114:18 123:6,7 126:18
127:6 128:11 131:21
134:11 139:18 144:17,23
146:16 147:1,5 154:5
162:11 167:14,15
168:13,14,20,23 169:1,7,
11 174:1 179:1 180:23
181:23 182:24 189:17

190:16 193:9

**bad**
185:8

**bags**
62:13

**Balmer**
195:5,8,10

**band**
145:21

**bar**
149:21

**base**
78:20 79:8,12

**based**
15:23 35:9 41:21 48:1,5
75:20 117:14 142:17
143:2 176:9 178:19
180:3 187:3,14,18
193:16,17

**baseline**
16:25 131:2

**basic**
110:10 131:6,7

**basically**
81:22

**basilar**
78:20 79:7

**basis**
152:5,10

**Bates**
46:17 47:12 134:12
137:11,14 138:1 147:4
158:7 160:9 161:10,13
164:4 169:25 188:22

**bathroom**
167:14

**be**
6:25 11:8 14:6 16:4,6
18:1 22:4,10,24 23:4,11
25:20 26:20 28:2 30:22
31:18 32:6 34:15 39:2,4
42:5,7 43:9,11,13,18
46:24 53:25 55:10 57:13,
25 60:9,10 61:6,8,22
62:1,4,8 63:22 66:8,16
69:13 72:7,8,18 73:2
74:1 75:16,19 76:6,11,
23,25 77:17 78:18,20,22
79:1,8,9 81:20 82:11,19
83:6 86:9 87:3 89:3,6,9
91:14 92:15 96:19,21
97:3,6,10 98:2 99:15,18
103:23 104:18 109:13,
23,24 112:11 117:5,6
121:4 127:2 132:13
134:7 137:8 140:21
142:7,14,15 143:10
144:9 146:3,7,8 149:8,13
150:21 151:16 152:1
153:11 154:25 155:23
156:23 158:22,25 159:12
161:2 162:2,20,25
163:13,19 165:9,17,20,
21 166:5,11,15 167:1,5,9
170:6 176:15,18 181:20
183:7 186:2 190:11

**beat**
179:14,21

**beating**
179:15,22 180:4

**became**
26:6

**because**
6:25 15:22 16:15 19:7,12
22:24 23:7 25:20 28:12,
14 34:4 62:2 65:1 69:24

76:8 80:4 92:5,18 93:9
103:18 110:5,10,14,18
112:7 114:17 116:1,21
121:3 125:15 127:6,19,
24 130:18 136:15 138:22
142:13,22 152:16 154:18
161:11 167:3 168:23
175:6 182:11 184:24

**become**
12:6 16:2 25:17

**been**
6:4 10:4 11:22,23,24
12:1 15:9,12,21,24,25
17:8 18:25 20:2,7,16,20
21:5,23 25:8 26:17,25
36:15 44:3 49:1 53:4,5
65:13,23 78:14,16 94:6
98:9 111:14 116:11
124:15 126:15 129:13
132:22 136:12 143:4
145:13,20 146:9,15
149:11,16 154:6 155:18
156:20,25 162:10 168:7
169:3 172:16 174:19
179:3 181:1 182:18,22,
23 183:15 184:24 188:18
191:8 196:6 197:2,23

**before**
6:13 7:5 10:16 21:14,15,
16 24:4 26:22 29:20
36:11 41:1,10,14 42:3
44:12 45:11 59:25 60:4
63:15 64:8,18 66:6 72:14
115:19,20 116:22
118:18,19 124:13 136:4
155:22 161:24 170:22
171:15,16 173:6 176:11
177:7 181:8,24 184:4
191:5 192:10,22 193:3
196:10 197:15

**began**
156:9

**begin**
54:22 55:4 146:25
154:22 155:8

**beginning**
107:4 137:15 138:11
148:18 152:25 155:4
165:2 167:11 196:16

**begins**
29:3

**behind**
53:8 81:18 86:9,10,24
88:1,2,9 89:4,7 90:20
91:3,13,15 143:19,20,22,
24 144:9 145:16

**being**
20:10 26:6 38:6 39:15
45:12 46:10 47:13 75:21
80:11 81:21 93:11 94:18,
19 95:6 104:10 123:14
124:8 131:1 147:4 151:6,
9 161:3 165:2 170:11
178:4 182:10 184:17
186:23 190:18

**belief**
172:8

**believe**
32:22 35:12 41:9 44:18
48:16,24 68:3 74:19 75:4
83:21 84:18 90:8,13
91:5,24 92:9 93:3,19,20
98:13 99:11,19,23
102:15,19,25 103:3,6,9
104:4,8 105:5,9 109:3
116:11 122:5,14,17
123:1 124:14 128:22
132:4 134:10,15,17
138:8 140:25 141:5,6

143:4 144:23 145:6,15,
25 151:22 153:7,9,10
156:23,25 157:19 158:14
164:13,17 172:2,7
174:15 175:4 178:25
181:1 186:22 187:1
191:13 195:5,25 196:8
197:19

**believed**
31:6 32:9 68:12 133:1

**below**
51:4 89:2

**bending**
167:22

**Benjamin**
49:24 137:19

**bent**
167:14,25 168:3,9,13

**best**
7:9

**betadine**
118:20

**better**
69:15

**between**
13:24 16:21 21:8 25:13
57:18 61:3,9 78:18
82:14,19 106:5 107:2
116:16 117:1 153:24
154:20 184:4

**biceps**
39:22

**bigger**
75:14

**bilateral**
70:16,23

**birth**
8:7

**bit**
88:15 98:2 107:3

**blacks**
179:14,15,21

**bladder**
116:5

**blank**
40:11

**blanks**
36:1

**bleeding**
74:9,17 78:23 145:22
153:22,25 154:3,6,7,11,
14,22 155:21,24 156:24,
25 168:20

**block**
51:5

**blocks**
99:17 184:4 185:7 186:1

**blood**
17:1 39:25 43:14 46:9,
16,19,24 47:1,5,9 62:19,
23 63:10,11,15 64:3,17,
25 65:4,6,8,10,12,13,14,
15,17,18 66:10,20,23
67:12,24 107:1 109:4,11,
12,14,17 110:6 116:8,13,
18,25 117:15 127:20
129:9,12,17 133:2
134:13,20 135:2 142:2
151:23 154:25 155:11,
13,15,18,22,24 156:1,3,
7,9,10,12,13,14,16
157:3,17 161:22 162:9,
10,15,20,25 163:5,8,12,
16,18 168:21,24,25

169:3,5,6,9 174:13,23

**blow**
80:4,6,17,20 106:14,19,
25 149:11

**blunt**
54:1 106:16 107:23
108:3 126:1,5 150:22
151:12 179:5 183:19,23
189:6

**board**
16:6,9,11,12,21,22,25
22:15,17,19 23:6,11,13,
14

**bodies**
17:1 55:6 60:5,6 72:14

**bodily**
54:18

**body**
17:1 27:19 28:8 37:7,17
39:24 46:14 48:23 55:4,
18 56:4 58:22 61:8
62:19,23 63:13 65:1,13,
15 66:18 73:8 84:25
93:10 97:5,8,10 99:2
105:14 106:9 117:9
128:8 129:15,18 138:5,
15 140:23 141:20 145:4,
20 146:10 152:3,8,13,15
156:4

**body's**
54:15

**bone**
74:12,15 77:21,24 78:5,
16 86:10 126:23 151:4

**bones**
43:17

**bony**

77:4,11,15

**both**
22:20 35:9 70:20 103:24
104:11 108:14 190:2

**bottle**
38:16 150:17,22,25

**bottom**
29:3 34:18,19 38:15 40:9
46:18,23 47:11 50:13
79:9 82:7 83:17 87:16
88:23 94:24 95:7,11
96:3,10 98:24 99:1
100:14,20 101:1,3,17
102:16 103:1 105:2
120:24,25 137:9,14
138:1 170:16 176:7
177:21 179:19

**boule**
72:16

**box**
66:16 118:2,7 171:7

**boxes**
118:2

**brain**
57:25 74:15,18,21 75:7
76:9 77:23 78:1,4,19,21,
22 79:1,7,8,10,12 107:18
108:13,24 123:11
126:23,24 127:8 131:22,
23,24,25 132:2,6,10,12
149:7,15 153:18,20,22,
24 154:1,2 155:19,24
166:9 168:16

**brand**
72:8,13

**brands**
72:13

**break**
7:23,25 8:2 13:14 116:1
135:8,12 141:25 142:2
151:4 190:10

**breakdown**
142:16

**breaks**
22:14

**Brett**
195:5

**brief**
9:1

**briefly**
8:24 188:17

**broke**
69:9,20,23 70:13,14
77:22 78:6

**broken**
69:3 70:10 151:11

**brought**
173:3,8,10 192:11,18
195:12,16

**brown**
27:20 28:17 30:24 31:8
37:12,23 38:11 45:15
48:3 54:9 67:22 68:15
69:13,25 83:5 85:8 88:25
89:8,11 93:21 95:2 97:13
119:21,25 120:20 121:9
130:1 134:23 135:5
136:21 143:6 144:3,11
146:4,19 147:25 148:24
149:2 159:16 160:5,21
161:24 162:12 163:1,9
169:15,17,19 170:1
174:11 175:19 176:14
177:5 178:3,16 184:12
185:24 186:14 187:8,21

190:9,16 192:4,13
193:11 196:10 197:7,10
198:9,13 199:1,2

**bruise**
55:13 95:21,23 97:14,25
173:20

**bruises**
73:10 104:1

**bruising**
79:1 96:16

**BS001156**
160:10

**BS001200**
138:2

**BS001201**
146:24

**BS001202**
147:4

**BS001209**
151:19

**BS001211**
152:25

**BS001232**
155:3

**BS001266**
196:15

**BS001388**
175:25

**BS001747**
158:8

**BS001748**
159:6

**BS001753**
159:21

**BS0301205**

148:17

**buckle**
149:23,24 150:2,6

**building**
33:10

**built**
10:18

**bumps**
173:21

**bumpy**
173:19

**burn**
9:23,24 10:8

**business**
83:23 84:1

**but**
7:18 8:6 19:10 22:16
23:23 26:13 27:17 28:6
31:17 34:2 36:15 38:8
39:4 43:18 47:17,21,25
51:2 55:7 58:1 60:3 72:9,
18 75:12 76:25 86:20,22
88:6 92:6 96:21 97:6
99:15 102:1,13,23
104:17 108:22 114:9
116:10,21,22 118:21
120:10 123:1 131:24
132:12 135:8 136:12
139:3 142:13 143:2,18
151:16 152:10,21 153:15
154:13 161:12 169:9,15
170:18 171:18 172:6
173:5 174:21 175:18,20
176:24 181:22 184:19
186:7,15,18 188:4,14
189:12 191:25 192:19
197:16,20,24

**button**
48:18

**by**
6:7 7:13 8:13 14:14
20:11 24:24 26:24 27:22
28:19 29:13,14 30:11,14
31:1,10 32:19 33:4,6
37:11,14 38:1,12 43:24
45:17 48:4 49:6,8 50:18
51:14 54:10 64:24 68:17
69:17 70:3 73:23,24
74:14 75:21 83:10 89:1,
12 90:17,18,25 91:1
93:22 95:4 97:15 98:7,8
104:14,18,20 106:12
109:7 111:17,18 116:5
119:11,13 120:1,16,17,
22 121:11 122:4,10,11
124:19,21,23 127:12
128:12 130:3,6 132:9
133:15,16 134:24 135:6
136:2,22,25 137:1
139:17 140:3 143:8,15
144:5,7,13,16 146:6,21
148:2,5 149:3,5 157:7
159:18 160:6,23 161:7,8,
17,18 162:4,13 163:3,11,
14 164:2,3 166:21
167:22 169:19 173:25
174:8,11 175:15,19
176:14 177:3,5,12
178:14,16 179:14,21
184:10,12 185:20,24
186:14 187:6,8,17,21
188:24 189:5,6 192:8,12,
15 193:10,13 197:10
199:8

_____

_____

**C**

_____

**call**

27:6 138:3 165:25

**called**
31:15 59:16,19 60:2
121:2,18

**calls**
31:8 37:12 97:13 130:1
159:16 162:1 163:2,10

**came**
29:20 47:22 48:22 58:4
67:18 77:25 97:9 110:22
111:1,13 116:7 125:7,8,
10 138:2 162:25 167:15
170:22

**camouflaged**
67:22

**can**
6:8 7:17 8:17 14:13 16:5
17:25 18:1 26:13 29:15
32:8,10 34:2 41:16 43:16
45:13 47:3,9 54:18,21
58:1 61:6,8,14 69:18
72:12 75:15 76:10,25
77:8 80:17 82:3,9 87:11,
20,22 88:10,17,18 89:24
90:10 95:2 96:22,24
97:21 100:17 101:12,15
102:2 104:24 107:8
130:9,15 131:5,11,16
132:14,20 142:5,11
148:17 152:24 166:20
171:5 174:25 192:11
198:11,13,16

**can't**
127:3 142:23 186:23

**cannot**
62:2

**capable**
164:15

**carbon**
67:10 112:10

**card**
62:24 63:13 65:8,10,12,
14,18 66:11,21 109:4

**cardiac**
57:24

**cardiovascular**
127:16

**cards**
66:24 67:13

**care**
14:4,19 54:9

**career**
18:24 19:14

**case**
20:3,11,12,19 21:1,12
27:3 29:1,18 30:19 31:4,
14,15 41:1 42:11 46:1
47:15 51:16 52:2 57:14
58:24 59:12,17,20 97:7
110:5 114:3 118:17
124:14 125:18 128:2
138:20 180:20 181:4
184:2 188:15,19 190:6

**cases**
21:5,18 26:19,25 28:3
31:16,24 59:16,19 60:2,
9,10 113:2 130:16 175:9

**categorize**
106:19

**cause**
17:6 26:23 31:21,23,25
32:13,18 37:4,10 42:7
47:19,21,25 52:7,10
53:12 56:22 57:1,3,16,
18,22 58:13 71:4,20,25

73:24 79:25 80:17 96:12,
19 104:12,16 106:7,11
107:22 108:3 114:13
124:17 125:12 126:22
130:13 132:1 141:11,13,
14 147:18 148:14 150:23
181:5,23 183:3,16,17,19
190:2

**caused**
72:19 74:19 75:2,5 76:22
77:17 80:4 91:25 92:3,8,
10 93:4 99:12,20,24
104:4,8,17,18,20 105:5,9
106:12 114:18 122:4
127:12 133:2 134:20
135:2 147:24 148:3
150:22 151:12 155:12
158:17,21 159:4,13
160:3,19 164:18 166:7
167:1,6,18,20,23 168:4,
8,15 172:7,11,13 173:18,
19,24,25 174:10 182:19
186:25 189:5 196:6,25

**causes**
14:5 58:5 96:8 105:3
181:19

**causing**
80:6 164:15

**cava**
109:13 129:14

**caveat**
57:25 104:10

**cavity**
65:18

**CCMEO**
171:8

**cells**
55:9

**center**
92:20 93:6,14

**central**
12:12 69:2,4,8,9,19,23
70:4,6 95:19,22,23 96:1,
15,25 97:4,6,11,20,25
98:12 109:11,13 140:13

**cerebellar**
79:11

**cerebellum**
79:2 154:3

**Cerebral**
107:5

**certain**
19:7 22:5 57:6 76:10
106:6 113:7 128:12

**certainty**
125:21,24 126:4,8,12
127:5,11 186:24

**certificate**
14:23

**certification**
16:25 22:16,18,19 23:6,
13,14

**certified**
16:6,9,11,12,21,23 20:7
23:11

**cervical**
43:7

**cessation**
57:24

**cetera**
52:22

**change**
66:19 114:12 181:3,5

**changed**
181:1,23

**changes**
51:18,24 142:15

**changing**
181:15

**characterize**
54:11

**chest**
39:22 40:1 55:21 71:19,
24 72:22 73:2 92:21
93:6,14 94:10,19 123:25
134:25 135:2 140:13
143:17 189:20

**Chicago**
9:14 11:2 34:25 117:19
177:17,24 178:6 188:11

**Children's**
17:18

**chronic**
70:16,19 145:10

**circle**
90:3 97:19,21 121:23
122:2,15

**circled**
90:4,11

**circling**
88:11

**circular**
121:21 148:8,13 167:2
189:18

**circumference**
166:22

**civil**
20:3,11 21:9,12,23

**classified**
189:6

**classify**
120:11

**clean**
63:15 66:16 118:17,21

**cleaned**
118:18,19

**clear**
23:8 38:16 65:23 81:20
99:18 103:23 188:19

**clinical**
12:21 16:5,7,12,17,22,24
19:20 22:11,21 23:1
130:24

**clip**
119:1

**clipper**
119:6

**clippers**
118:25 119:5

**clippings**
118:24

**close**
96:6 149:16 170:14

**closed**
188:19

**closer**
85:10 100:25 169:22
170:9

**clothed**
67:19 138:4

**clothing**
67:20,21

**CME**

**22:14**

**cocaine**
128:4 129:5,24 131:16,
17 132:14,20,22 151:22
152:6

**College**
19:20

**color**
95:24 141:7,21 142:14,
19

**coloring**
141:19

**column**
43:15

**comb**
118:10,12

**combed**
118:9

**combs**
118:10

**come**
14:21 28:4 31:22,25
32:17 53:12 56:25 64:10
79:24 80:8 82:5,11 148:9
155:22 156:17 162:15,17
163:5 168:13,24

**comes**
8:5 82:7 177:23 178:5
180:22 191:20

**coming**
31:20 32:12 47:18 154:7
155:1 156:3,9 167:23
168:22

**comment**
76:10 136:16 175:18

**commissure**

81:13 82:4 85:15,17
91:22

**Commitment**
10:9

**common**
72:11

**communicate**
191:11

**communicating**
192:1

**communication**
154:19 193:18,20,23
194:15

**company**
64:12

**comparable**
57:8

**compatible**
62:8

**complete**
10:24

**completed**
11:1,2,18,20 12:5 25:19,
25 38:4 40:19,22 176:2,
16 188:12

**completing**
10:22 11:10 105:19

**component**
75:23

**compress**
76:8,9

**computer**
29:11 48:19 51:12,13

**concept**
184:6

**concern**
170:14

**concluded**
199:10

**conclusion**
26:22 31:23 32:13,18
37:10 47:21 57:1,3
130:13

**conclusions**
31:20 37:3 39:17 45:13
46:1 47:15 68:23

**conditions**
57:7

**conduct**
28:16 50:5 60:14 105:20

**conducted**
52:14,15 53:1 58:7 59:3,
6 62:25 111:7 124:8

**conducting**
35:15 41:8,11,15 44:5
45:25 49:14 50:9 53:8
82:1 107:20 172:19

**conferences**
17:22

**confirm**
94:17,22 115:13 119:14

**confused**
63:24

**consent**
14:9

**consider**
39:16 45:24 46:6,21 48:8
130:14 155:23 181:17

**consideration**
39:19 47:15

**considerations**
47:18

**considered**
47:20,24 96:14 180:1

**consistent**
38:5 62:1 75:11 84:11
110:19,25 111:6 133:25
134:4 141:8,15,18
150:10 158:16 181:19
190:7 191:1 196:24
197:2

**console**
160:11

**constant**
25:6

**consumed**
129:25

**consumes**
130:11

**contact**
79:25 80:9 97:10

**contain**
83:17

**contained**
35:6 44:16 45:10,23
98:19 157:11 171:25
197:24

**contains**
111:20 177:12

**contaminated**
63:12 66:14

**context**
108:21 139:2

**continual**
22:17

**continue**
148:22 155:9

**continued**
37:23 78:3 93:13,16
136:1 146:19

**continues**
29:6

**continuing**
22:3,5,13 23:3,13 196:16

**continuous**
93:12

**contrast**
14:14

**contributed**
155:13,16,20 156:2,8,11

**control**
89:15,22

**contusion**
55:11 95:18,21 96:1,5,8,
12,13,14,15,19,25
101:22 102:1,4,13,14,17,
24 123:11 143:18 154:2

**contusions**
54:2 73:10 78:25 79:3,12
80:1 81:5,17 85:23 91:23
92:12 98:16,20 99:5,12,
16,20,24 100:8,12,19,23
101:2,7,8,18,24 102:6,
11,23 103:2,5,7,15
104:5,9,11,13,16,17,18,
19,23 105:2,6,10 123:14
124:5,6 140:9,17,22,23,
24 141:15,20 142:4,9,18,
24 143:3,16,17 146:10
173:22

**conversation**
41:18 189:13

**Cook**
8:11,14,15 11:13 12:1
13:2,9 17:10 20:17,20
23:25 24:8,22 25:14 26:1
28:13 30:11,15 32:20,24
33:1,5,6 44:20 50:1 67:3
112:13,25 113:17
128:18,25 188:25

**cooler**
128:11

**copy**
29:11 180:25 199:1

**corner**
82:6 120:24,25 139:22

**Coronal**
107:4

**coronary**
125:2,3,4,5,7,9,11

**correct**
16:19 25:24 51:20 58:20
90:4,11 91:17 112:20
126:20 136:9 143:1
153:8 158:23,24 171:11,
23 172:12 175:4 178:8
179:5,6,8,23 180:1 181:4
183:20,21,24 186:16,21
197:13,17,18 198:7,8

**corrections**
52:8

**correctly**
49:4 180:19

**correspond**
34:21 35:2 153:19

**corresponds**
34:12,16

**could**
39:14 43:11 50:25 53:5

62:1 63:6 75:11 80:4
86:13 91:25 92:9 93:3,
13,16 99:11,20,23
104:12,14,16,18 106:11
107:24 120:11 134:20
135:2 142:14 146:3,7,8,
9,15 153:16,17 154:6,14
155:11 156:10,17,19
158:16,25 159:4,13
160:3,19 162:10,15,17,
25 163:5 167:5,18,20,23
168:1,4,7,8,10,14,20,21,
24,25 169:3,5,7,24
172:16 173:19 182:18
183:3 184:22 190:4
196:6 197:1

**counsel**
29:13 43:24 49:6 83:10
90:17,25 98:7 111:17
119:11 120:16 122:10
133:15 136:25 161:7,17
164:2 195:15 199:8

**count**
103:12

**County**
8:11,14,16 11:14 12:1
13:2,9 17:10 20:17,20
23:25 24:8,22 25:14 26:1
28:13 30:11,15 32:20,25
33:1,5,6 44:20 50:2 67:3
112:13,25 113:17
128:18,25 188:25

**couple**
42:16,19 136:10

**course**
62:22 83:23 84:1 120:4

**courses**
12:18 22:3 23:3

court
7:1,7 20:8 21:3,9,17,22
69:16 138:8,13,24
198:23,25

cover
194:21

covering
63:9

CPD
174:12 180:14 187:22

crease
71:1

create
31:18 75:15 112:24
166:13,14

created
29:18 49:14 113:3,5,8
176:10

creates
113:8

creating
49:17 113:9 145:21

credits
22:6

crime
176:1,19 197:21

criminal
20:3,11 21:5,8,23 135:8
136:5,19 138:19 158:13
159:10,25 160:15 163:21
164:8,23,25 165:18
171:8 173:4 192:18
193:3,7,8,19 194:19,22,
23 195:17,19 196:4,23

criteria
14:21 113:9

critical
75:23

cross
73:18 189:16,24

cruciform
73:18,25 75:10 147:5

current
12:9 17:24 18:7

currently
8:9,13,15 12:3 19:18
23:14 32:23 67:8

curriculum
17:24 19:17

cursor
88:10,20 89:6,19 90:1

curve
170:15

curved
75:9

cut
73:12 151:2,6,7,9 179:17
189:18

cuts
54:4

cutting
58:15,21 116:23 170:15

CV
198:11

D

damage
183:3

darkening
121:19,25 122:4,13

darker
88:8 121:21

date
8:7 34:7,11,16 40:19
50:24 51:5,7,8 112:15
124:11 141:1 190:24
191:8

date/time
34:20

day
11:23 13:18,19 23:12
26:18 34:2 55:8 111:12
141:4 171:6

days
12:22 13:16 54:23 60:9

DC
10:9

dead
60:8 185:11

deal
85:8

dealing
99:4,18

death
14:7,19,22 17:7 26:23
31:21,23 32:1,13,18
37:4,11 42:7 47:19,22,25
52:7,11 53:13 56:22
57:1,4,16,19,22,25 58:3,
4,14 61:4,7,13,20 71:4,
21 72:1 96:6 107:22
108:3 109:24 110:20
111:4 114:13,18 124:18
125:12 126:22 129:25
130:9,12,14,15 132:1
133:2 141:4,13,14
147:24 148:4 151:24
152:2,7 155:12,13,16,20

156:2,8,11 157:4 162:22
181:6,15,20,23 183:16,
17,19 186:25 189:7
196:25

**debris**
48:21

**decay**
69:3,24

**decedent**
63:23 64:6 119:5

**decedent's**
66:10,18 81:23 121:4

**decide**
28:1 132:9

**decision**
110:14

**declared**
60:8

**dedicated**
26:14

**deep**
76:3 77:14 78:14,17,18
79:6

**defect**
71:16 120:7 121:6,12,13,
17,21 122:4,15 127:7
147:23 150:23 166:9,11,
17,25 167:1,4,7 168:15

**defects**
55:23 79:21 123:9

**defendant's**
179:3 190:24,25 193:8

**defendants**
171:15

**defense**
192:18 193:24 194:1,4,6

**define**
17:16

**definition**
104:15

**definitively**
142:24 164:9

**degree**
9:6,8,11 125:21,24
126:4,8,12 127:5,11
176:2 186:24

**degrees**
39:7,11

**delivered**
60:5,6

**delivery**
198:23

**Demayo**
57:11

**dent**
150:2,3

**departed**
40:16

**department**
12:13,15,23 17:19 59:16
67:2,4,7,8 111:25 117:19
188:11

**departure**
40:10

**depending**
57:12 117:6,8

**depends**
169:2

**depict**
102:17 103:1,4 122:12
170:20

**depicted**
46:5 48:8 97:22 121:13
163:8,16 164:14 165:13

**depicts**
100:11

**deposition**
6:13 7:24 8:10 18:2
21:19 29:20 35:22,25
36:5 44:12 45:11 84:7
115:19,21 136:4 170:22

**depositions**
6:17 21:14,15,16

**depth**
76:21 77:5

**describe**
71:8 82:3 138:12 139:12
143:13 147:4 166:20

**described**
36:23 64:22 66:6 102:14
107:12,15 124:13

**description**
27:25

**designate**
90:15

**detailed**
27:17 123:18

**Detective**
188:2

**detectives**
31:5 128:21 189:4,9

**determination**
40:4 69:7,19 71:4 126:21
141:10,16 180:3 183:15

**determine**
17:6 58:13 61:14 62:7,11
70:12 106:15 111:3

125:23 126:3,7,11 127:4,
10

**determined**
60:9 106:21 108:2
183:17

**determining**
71:20 73:6 109:22
130:17

**devastating**
114:17

**diagnose**
17:2 122:19

**diagnoses**
122:20

**diagnosing**
57:6

**diameter**
75:3,5,20 77:1 80:8
127:13 158:18 160:18
165:16 166:16 171:23
172:9 189:18

**dictate**
49:20 50:20

**dictation**
49:20 50:19 180:23

**did**
9:2,6,8,12,14,17,18,21
10:19,23,24,25 11:11
12:6 15:19 18:23,24
24:8,24 26:2,14,23 27:6
32:11 35:4,20,25 41:2,14
42:16,20 45:11 48:8
50:4,20 51:22,23 52:1,5,
10,11,17,22 55:24 56:7,
11 57:15 58:24 59:1,11,
12 60:14,16,24 62:7,8,
11,19 63:11 64:20 65:22

67:24 68:3 69:7 70:19
71:18,23 73:13 74:19,23
75:1 76:3 78:5,6 79:22
80:11,24 81:7,10 84:7,12
85:8 86:17 92:20 93:23
95:14 97:19 98:15 99:5
100:5,7 105:20 106:2,15
107:11,14,17 108:8,22
109:3,6,7,17 110:17
112:18 114:3,7,12,25
115:1,15,20 117:18,20,
21 122:19 123:4,13,20
124:1,7,17,19 125:11,18,
20,23 126:3,7,11,21
127:4,10 128:7 133:5
136:3,14,15 140:12,16
142:11 143:23 144:2
145:15 149:7 150:5
151:5,7 153:21 154:11
157:16 166:4 167:22
170:21 171:3,14 172:3,7,
20,24 173:7 174:12,16
175:7,20,21 176:19
177:7 180:14,17 181:14
182:17 184:11 189:11
190:5 191:11,14 192:21
193:6 194:9 195:10,18
196:11 197:20,25 198:5

**didn't**
23:23 26:9 37:8 49:4
64:1 94:8 97:8 136:11,15
139:3,4 143:18 153:14
171:11 181:3

**die**
185:8

**died**
14:2,4,18 17:6 39:14
106:16 125:25 126:1,5,9,
13 127:6,16,19,24
130:18 141:17 154:14

156:21 157:18 184:5,16
186:2

**difference**
13:24 16:20 20:6 21:8
25:13 57:18,21 58:9 60:6
61:3

**different**
19:11 23:12 25:4,9 71:14
72:3 76:14 92:18 93:9
100:22 102:11 132:11,12
145:4 166:12 169:21,23
186:8

**differential**
39:3 42:6

**differentials**
42:9

**Differentiation**
10:9

**difficult**
7:6 47:1,5 101:23 102:23

**difficulties**
7:12

**dimension**
102:9

**direct**
115:12 182:13

**disagree**
52:1 128:4,6

**disagreement**
52:6

**discoloration**
95:22,25 142:1

**discolorations**
173:23

**discovered**
34:20 60:7

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    226
KIRSTIN HOWELL, M.D., 07/07/2021          Index: discretion..does

**discretion**
  15:1 28:5 110:2 114:24

**discussed**
  27:1 102:11,13 103:2,5
  105:13 108:18,24,25
  122:24 123:1,16 134:5

**discussing**
  145:9 146:25

**disease**
  53:11,16,18 56:8 57:22

**diseases**
  17:2

**disposable**
  63:17,25

**disposed**
  64:6

**dispute**
  128:1 162:9

**disrespectful**
  6:25

**dissection**
  42:21,22,24,25 43:5

**distribute**
  198:13

**DNA**
  65:24 66:14 109:4

**do**
  6:23 7:9 8:1 9:2 11:20
  12:9,18,20 13:6 14:11
  17:24,25 19:8,12 20:13
  21:8 22:2,8,9,10,14,15
  27:6,9 28:1,3,24 29:6,25
  30:9,14,17,18 33:9,18
  34:9,11 35:8,12,17 37:18
  38:15,17,21 39:8,16
  40:2,4,12 41:17 42:8,9,
  20 45:1,2,4,6 48:13,24

49:10 50:8,15,23 51:4
52:8 53:3,15,24 54:25
55:14,15,17 56:2,21
58:11,15,25 59:7,9
60:18,19 61:24 62:16,17,
21 63:11,17,18,20 64:14,
23 65:15 66:1,5 67:6,9,
12,13,15 68:9,11 69:5
71:8 72:24 73:5 76:18,19
77:7 80:3 82:24,25 83:20
85:25 86:1,2 87:6 88:18
89:13,14,21 90:9 91:24
92:9 93:3,11 94:5,25
95:5 96:1,4,8,11 97:18
98:19 99:11,19,23
100:19 101:18 102:20
104:4,8,19 105:5,9,25
106:19 107:6 111:10,13,
21 113:16,22,25 114:9
115:7,22 116:9,21
117:21 118:16 119:4
120:2,6,18 121:6,12,13,
16 128:1,4,7,14,18
129:3,19,20,23 130:8,10,
12,20 131:4 133:5
134:12,18 135:1,8
136:19,20 137:2,15
138:16,18,22 139:14
141:6 145:25 151:22
152:14 154:10,21,25
155:15,23 156:23 158:9
159:6,9,21 160:10
161:19,22 162:9 164:10,
13,17 165:5,10 169:5
172:13,15 174:21 175:10
176:4 179:16 180:7,13
182:1,4,8,24 184:17
185:1 186:23 187:2,13,
22,25 188:7 189:2,22
190:20 191:18,20 193:1
197:6

**Doctor**
  28:24 31:11 37:15 38:2
  49:11 83:12,20 89:13
  97:16 120:2 122:7
  123:13 135:9 136:3,23
  137:16 143:9 146:7,22
  154:10 158:6,10 159:19
  160:24 161:9,19 162:5,
  14 164:6 169:13 192:6
  198:10

**doctor's**
  61:25 62:5

**doctors**
  57:7

**document**
  28:24 29:6,20,23 33:20
  49:2 68:3 73:9 102:24
  162:1 172:3,8 174:22
  175:1 176:10,19 179:4
  188:21

**documentation**
  15:16 40:14 41:2 106:22
  117:9

**documented**
  62:5 144:14,25 160:10
  172:4 186:20 189:11

**documents**
  35:21,24 49:18 111:21
  112:6 128:16,19 170:21
  171:5 181:18

**does**
  7:21 13:2 19:17 34:21
  35:2 38:23 39:12 43:5
  47:7 50:17 51:7 55:4
  59:24 60:13 73:25 75:13,
  14 77:15 84:20 86:20
  90:19 91:2 92:23 95:20
  98:11 102:10,16 103:1,4
  106:24 122:2,12 131:7,

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    227
KIRSTIN HOWELL, M.D., 07/07/2021          Index: doesn't..during

19,20,22 132:2,5,18
141:23 142:3 144:22
147:17 148:6,12 149:24
152:1,18 153:15 154:4
165:17 166:12 169:15
170:6,16,20 175:23
177:16 178:10 189:8
196:22

**doesn't**
7:15 58:18 66:14 75:8
76:12 95:24 142:15
153:5

**doing**
8:5 13:9,11 23:3,24
56:20 64:14 65:4 83:5
188:15

**Dolanak**
57:11

**don't**
7:15,25 13:5 18:2 21:22,
25 24:5 27:16 31:12 32:5
33:20,25 34:3,4,14,22
35:3 36:14 37:16 38:25
39:18 40:17,24 41:9
42:12,17 47:8 50:18,22
51:2,3,25 55:7 61:14
63:6 68:3 70:2,14 72:18
77:6 84:18 87:22 89:23
91:10 92:7 93:16,18,19,
20 97:7 100:2 103:3,6,10
104:17 105:3 109:3
112:8 113:9,21 114:8
116:1 120:11 128:6,22,
24 129:2 130:4 131:14,
23 132:4,10,16,23
134:10,15,17,22 135:4
136:12 138:3 139:2
142:10,13,22 144:1,6
150:19 151:3,15 152:21
153:18 154:16,24 155:2

156:5 157:19 158:4
159:11 160:1,16 161:10,
11 163:12,18 164:9
169:12 170:16 172:2
174:15,24 175:3,16
176:23 177:4 181:11
183:8,11,22 184:20
185:12,21 186:17,19,22
188:4,9,15,16 189:12,14
190:22 191:13,15,23
192:1,3,17,23 193:5
194:11,16 195:9,13,25
196:3 197:14

**done**
13:18 17:13,19,21 20:14,
16,19 26:5 40:22,23 50:7
53:10 59:15,25 109:2
112:9,10,17 114:5
116:22 124:15 128:8
131:24 132:11 148:20,21
175:6,8 190:11 191:17

**Donte**
136:6 194:2

**doubt**
44:23 45:1

**down**
7:1,7 22:14 33:8 70:15
71:6 85:2 88:21,23 89:4
93:13 107:4 141:25
142:2 169:1,6,7,9,10

**downtown**
12:12

**Dr**
6:12 7:14 44:3 51:15,22
52:1,4,11,14,17 161:24
169:20 170:21 188:24
189:5 190:17 197:11

**draft**
52:4

**driven**
182:23

**Drop**
171:7

**drowning**
37:8,9,11

**drugs**
130:18 131:5

**DSM**
57:7

**due**
14:5 58:4 126:2,5,9

**duly**
6:4

**dumpster**
157:24 163:21 164:7,10,
11,12,14,17,21 165:3,12,
13,15 166:2 169:21
170:4,7,8,14 171:9
172:21,25 173:2,3,8
184:5 192:10,11,19,22
193:2,10 195:13 197:25
198:1,4

**dura**
74:16 78:17,19 106:5
107:2 127:8 153:24

**during**
7:24 9:21,24 20:16 24:19
25:2,7 26:4 52:21 56:8
62:22 79:16 107:19
116:14 117:16 123:4
125:16,17 127:20 133:25
134:2,5 138:13 143:25
157:21,22 158:13
159:10,25 160:14 163:21
164:8 195:15,17,18
196:4

**dying**
156:20 184:24

**Dylan**
43:20 83:3 85:7 95:1
111:19 136:19 161:10
178:1 197:6

**dysregulation**
9:24

---

**E**

---

**each**
7:8 13:18 22:22 53:14
92:6,7 119:5

**ear**
81:19,22 86:5,8,9,11,19,
24 87:12 88:1,3,9,16
89:4 90:21 91:4,13,15
92:11 123:12 143:19,20,
22,24 144:9,19,24
145:16,24 146:1

**earlier**
39:25 73:3 80:17 109:1
133:7 147:8 149:10
153:14 155:8 175:5
181:2 191:3 197:19

**easier**
91:6

**easily**
136:16

**Edmondon**
179:16,22

**Edmondson**
27:14 28:9 32:14 35:18
36:12 38:5,16,19,23 44:6
46:4 49:15 50:5 55:25
56:9,13 59:11,21 60:24
67:18 71:18 81:8 84:12,

22 86:15 87:2 91:14
105:21 106:15,21 107:21
115:16 117:22 119:15
125:24 126:4,9,12 127:5,
16,19,24 131:20 138:2
139:13 141:16 150:9,16
151:11 153:22 154:5
156:19 157:11,18 158:17
162:20 168:17,19 171:22
175:25 176:11 178:19
179:14,20 180:4 183:10
184:3 186:1 188:24
193:9

**Edmondson's**
39:21,24 49:24 57:14
58:24 59:25 60:17 62:14
69:8 70:20 73:14 76:15
80:12 85:12 86:18 88:1
90:20 91:4 92:13,21
93:5,24 95:9,15 98:16
99:6,13,19 100:9 102:5
103:8,16 104:1,5 105:14
108:3,23 110:5 114:3
116:3,18,25 117:16,18
120:7 121:6 123:3,21
124:2 128:8 129:6,25
133:2 134:1,19 138:15
139:17 140:10,17,23
143:17 147:1,6 150:6
151:6,8,23 153:11
155:12 156:17 159:14
160:4,20 162:10 164:16
166:7,17 174:13 190:21
196:7,25

**education**
13:13 22:3,6 23:3

**educational**
8:25 14:2

**effect**
131:14

**effects**
131:3

**eight**
11:7

**either**
15:25 20:17,19 27:10
31:5 65:16,17 78:5 88:25
109:7 116:24 118:13,20
139:3 147:11 157:11
164:6 166:11 192:24

**Elaina**
171:2 198:12

**elbow**
70:25 71:1 103:21,22

**electrocardiogram**
72:22 73:1

**electrodes**
72:22 73:2

**electronic**
84:5

**else**
41:7 67:10 81:10 113:8
124:16 128:23 152:22
191:17 195:13

**elsewhere**
123:18

**email**
18:4 198:12

**emanating**
40:1

**Emily**
199:5

**employed**
8:13,15 12:1 17:8 30:11,
14,17 32:19 33:4,6 50:1

**employment**
12:10 33:7

**empty**
38:16

**encepheal**
78:13

**end**
15:13,21 34:2 54:15
94:18 141:23 148:19
155:9 156:6 170:3,11,13,
14 181:14

**ending**
155:4

**ends**
94:19 153:1

**enforcement**
118:7

**enough**
145:20

**ensure**
63:11 115:7

**ensuring**
66:13

**entire**
19:13 122:3 149:1
184:25

**entirety**
105:10

**envelope**
67:1 118:12,13 119:2,7

**environment**
39:6,11

**epidural**
105:24 106:2,4,7,11,12,
23

**equipment**
63:5,7 64:21 66:6

**escapes**
33:24

**Especially**
7:5

**established**
34:14

**et**
52:22

**evaporation**
61:7

**even**
54:19 131:12 170:11

**event**
127:16,24

**ever**
6:12 20:2 31:6 32:3
67:24 113:22 134:16
157:16 173:7 180:14,17
181:7,23 183:9 197:17

**every**
22:4,12,15,20 23:4,10,15
33:24

**everyone**
13:2 23:23

**everything**
7:7 67:10 122:24 124:16
178:18

**evidence**
37:9 43:4,9,12 53:11,15,
18,24 55:15,16,23 56:2,
5,8,12,16,19 61:19 62:13
68:7,19 71:11 72:21
73:2,5,6,13 74:3 80:11,
24 81:3 107:17 144:20
145:5,7,9,14,22 150:5

**examine**
17:5 23:12 56:4 73:7

151:5,8 153:21 159:22
160:11 184:8

**exact**
19:8 55:7 80:9,22 96:22
126:22 184:20 192:17,20

**exactly**
36:14 82:21 138:13
182:11

**exam**
23:19 187:18

**examination**
6:6 27:4,11 37:18 49:3,
10,14 52:21,22 53:9,10,
23 55:15,16,17 56:24
58:7,11,18,19 60:3,20,23
98:15 100:5 102:3
105:20,21 107:19,20,22
108:8,15,22,23 111:1
116:22 117:7 134:1
136:1 137:24 138:3,14
143:14,25 144:18 145:8
169:18 176:11 188:23
192:7 197:9

**examinations**
58:8,10,14 59:5

**examine**
17:5 23:12 56:4 73:7

**examined**
6:4 27:18 58:17 113:2
197:11

**examiner**
8:16 12:4,7 16:3 24:25
25:12,14,18,22 26:3,7
28:6,25 32:24 41:13,19,
24 42:3,10,15 59:20
112:22,24 130:8 137:19
176:6 177:13,23 178:6
179:2

**examiner's**
8:12,14 11:14 12:2 13:3,
10 17:10 20:18,21 24:1,
8,22 25:14 26:2 28:14
30:12,15 32:20,25 33:2,5
44:20 50:2 67:3 110:2
112:13 113:1,17 128:19,
25 157:8 175:5 188:25
194:13

**examiners**
19:22 25:5,9

**examines**
17:1

**examining**
58:22 63:21

**example**
72:11

**Except**
105:15

**excitatory**
132:19

**excuse**
15:9,21 89:5 123:7

**exhibit**
29:10,12,16 30:5 31:14
34:19,24 36:5,11 38:14
39:6 40:9,18 43:21,23
44:4,16 45:10,19,23
46:6,10 47:12 49:1,3,5,9
60:24 68:5 83:2,9,13,16
84:20 85:11 87:8,9
90:15,16,19,23,24 91:2,6
94:21 95:7 96:2,10,20
98:5,6,10,11,20 111:15,
16,20,21,23 113:11
114:23 119:9,10 120:6,
14,15,18,21,24 121:7,14
122:3,7,9,12 123:13

128:14 129:4 133:12,14,
24 134:11 136:23,24
144:17 146:24 148:17
151:19 155:3 157:12
161:5,6,7,15,16 163:24
164:1,4 179:3 190:24
194:23 196:11,14 199:8

**Exhibits**
112:4 161:2

**exists**
40:15

**expect**
53:20 149:19,22 150:12,
14,18 151:13 157:3
162:19 163:7,15 166:8
168:25

**experience**
120:2 142:17 143:2

**expert**
20:2,7

**expired**
18:14 19:6

**explain**
79:13 82:9 192:12
198:16

**explained**
55:14 56:7

**explanation**
24:1

**exposure**
130:25

**express**
52:5

**Expression**
10:8

**extended**

110:4

**extent**
137:10

**external**
52:22 55:14 56:17,24
58:14 60:19,23 105:13,
19 108:15,22 117:7,8
134:1 138:13 143:13,25
145:8

**extremities**
93:24 124:2,6 140:17
143:18 145:19 173:24

**extremity**
99:10 103:14,17,18
104:11

**eyeball**
62:12 109:15

---

**F**

**face**
46:20 63:8 87:2 92:13
93:5,13 94:9 123:12,15
134:19

**facing**
86:13 91:13

**fact**
38:23 39:5,12 71:2,18,23
73:1 77:15 87:25 94:7
147:14 148:6 165:15
181:21 195:16

**faint**
100:5,8

**fair**
7:21 21:11,21,24,25 32:6
51:14 61:22 112:12

**fall**

6:16 55:2 151:12,16

**fallen**
150:9,13,16

**familiar**
184:6

**family**
14:8,12,13

**far**
32:7,10 52:10,13 55:6
85:16 173:16

**farther**
89:10

**fashion**
183:4

**fast**
190:12

**fatal**
131:12,21 132:6 146:16
158:17,22 159:4,13
160:4,19 162:11 166:7
173:18 182:19 184:3
185:6,10 186:3 193:9
196:7

**Favala**
171:2 198:12

**feelings**
132:20

**fell**
150:21 151:11 154:13

**fellow**
24:9,13,21 25:13,16,20
26:6 41:22 42:4 137:22,
23

**fellows**
15:3,7,10,20 17:23

**fellowship**
11:13,16,17,21 12:5
24:2,7,19 25:3,19 26:1,4
131:10

**female**
179:15,21 194:7,18
195:1

**few**
6:20 60:8 192:5

**field**
17:9

**figure**
88:19 90:10

**file**
161:14

**fill**
36:1

**film**
120:9,10 121:19,25

**final**
52:25 54:25 112:16
119:7 180:25

**finalized**
124:15,16,21,23

**finalizing**
49:22

**find**
29:11 32:17 37:17 53:20
94:17 108:22 158:5

**finding**
108:9 123:4

**findings**
38:5 46:2,7,11,14,21,25
47:17 51:16 52:6,17,20
56:23 122:21 123:17,20
128:2 183:18 191:5,12

192:2

**fine**
22:2 27:10 77:9

**finger**
65:5

**fingernail**
118:24 119:4

**fingernails**
119:1

**fingers**
109:8 118:14,22

**finish**
7:4 84:3

**finished**
22:25 128:10 198:14

**firearms**
24:10

**first**
6:4,9,21 30:3,5 34:19
48:19 50:4 62:8,18 68:7
71:6 86:16 111:24 112:3
118:6 137:6 176:2
180:11 191:8 195:21
197:12

**Fisher**
57:11

**fit**
139:1

**five**
10:25 15:9 61:23 103:12
111:20 115:23 176:11
190:10

**five-page**
29:5

**flap**
92:24 140:14

**flat**
118:2 150:9,13

**floor**
33:12,15

**fluid**
109:14

**fluids**
17:2 61:6

**focal**
107:11,14

**fold**
81:15 82:10 84:22,23
91:22 140:1

**follow**
55:24 56:7,11,15 57:7

**follow-ups**
190:19 192:5

**following**
10:8 168:12

**follows**
6:5

**foot**
61:23

**for**
6:9 7:1,6,25 8:9,17 11:14
12:20,25 13:10,11,21
14:2,3,7,9,21 16:5 17:18,
19 18:4,16,25 19:7,13
20:17,25 22:16,17,20,23
23:6,10,12,13,22 26:14,
15,18,20 27:11,17 28:1,3
29:9,18,20 31:8,23 32:18
33:1,24 35:21,25 36:5
37:12 39:1 42:6,7 43:1,3,
5,6,7,19 44:19 45:13,24
46:6,11,14,20,21,24
47:14,17,18 49:17 50:17,

21 51:5,12 52:7 53:3,5,
11,15,18,19,22,24 54:1,
24 55:15,16,22,24 56:2,
8,12,16 57:6,8 59:11,21
60:8,16 62:18 63:23
64:15 65:12 66:13 71:3
73:10,24 75:25 76:1,2,21
81:2 82:13,22 83:16
85:10 89:22 91:21 94:15
95:6 96:9 97:14 106:21
110:4,7 113:2,9,16
116:2,3,18,25 117:21,24,
25 118:7,8,23 119:5,14
120:23 128:12 129:22
130:1 131:11,16 133:19
137:3 143:22 145:20
149:6 152:5,10 153:18
154:7 155:21 156:13
159:17 161:13 162:1
163:2,10 165:25 166:13
169:15 171:14,16 173:5,
7,11,12,15 180:15,17
182:21 184:13 188:21
190:17 194:1 198:19
199:3

**force**
54:2 106:16 107:23
108:3 150:22 151:12
179:5 183:20,23

**forceps**
118:14,16,17

**forearm**
95:15 98:17,21 99:6,14
101:8 102:24 103:13,22,
24 104:1,6

**forensic**
11:14 13:1,14,15,23,25
14:14,16,25 16:7,13,18,
23 17:3,9,20 19:23 20:17
22:11,20,25 24:2,10

25:17,19,21 57:9,10
64:24 66:3 116:4

**forget**
144:2

**form**
31:9 37:12 93:21 135:5
174:5 175:12 178:13
186:12 187:5

**formed**
38:8

**forwarded**
128:20

**fossae**
70:17,24

**found**
30:22 37:7 108:14,19
125:15,17 127:20 129:8
134:5 151:23 152:8
168:5 174:13 180:8
185:11,16

**foundation**
30:25 31:9 120:21
121:10 130:2 134:23
159:16 160:21 161:25
162:12 163:1,9 176:12
185:18

**four**
9:19 11:6 23:10 61:23
161:1,2 196:5,24 197:1

**fourth**
39:5 68:5,6

**fracture**
43:17 147:21 149:23,24,
25 150:1,4,6,14,15
151:13,16,17

**fractured**
123:9 147:22

**fractures**
149:23 150:10

**fragments**
74:15 77:4,11,15

**frame**
55:8 177:18 191:22

**free**
65:23

**frequent**
23:20

**frequently**
19:10 22:2 23:2

**fresh**
140:19,23

**from**
9:4,8 14:4 18:3 32:17
37:18 39:2 40:1,16 44:1
47:22 48:21,22 56:23
58:12 60:15 62:19,23
63:12 64:13 65:13,15,17
66:16 71:14 72:3 75:6
77:25 83:8 85:16,20
88:4,7,21 93:12 101:23
103:21,22 107:12,15,23
108:3 109:12,24 110:23
111:1,25 112:2 113:18
114:4 118:11 119:19
120:12 121:5 122:21
125:5,6 129:12,13,16,17
135:12 139:16 143:10,13
150:3 151:9 156:14,20
162:10,15,17,21,25
163:5,16 177:23 178:5
180:23 187:25 190:15
191:3 195:12

**front**
53:18 54:1 55:21 56:5
70:6,9 73:10 128:15

161:20 194:23

**froze**
156:5

**frozen**
69:14

**full**
23:12 25:21 27:24 28:2,
4,6,16 30:6 59:1 60:19

**function**
57:24

**functional**
151:24 152:1,7,11

**functions**
58:1

**funeral**
128:12

**further**
74:3 107:4 120:11 192:7
197:9

_____

**G**

**gather**
118:11

**gave**
21:18 178:12

**geared**
20:10

**general**
52:8

**generally**
132:2 153:5

**generic**
131:25 132:12

**get**
7:1 8:6 18:3 26:23 59:16,

19 62:22 65:5,13,15,17
75:13 79:19 110:8,9
114:2 116:4 117:9
119:23 165:24 175:7
196:10

**gets**
61:20 67:10 128:11
180:25

**getting**
132:25 179:14,20

**giant**
129:16

**give**
7:4,5 8:17 12:25 14:9
33:24 72:12 88:17 89:15
96:22 109:20 117:11
147:17 148:7,12 152:18

**given**
6:12,18 17:17 21:13
51:22 195:17

**giving**
7:10 138:19,22 187:2,10

**glass**
150:17,22,25 151:2,4,6,
9,11

**glove**
66:16,19

**gloved**
65:16 66:9,14

**gloves**
63:1,15 66:17 195:21

**go**
6:20 8:6 9:12 10:23
11:12 23:18 27:23 28:20
31:11 33:19 37:15,18
38:2 42:5 43:15 45:18
56:2,21 58:12 61:25 64:4

C00 AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

66:25 73:6 76:3 77:6
85:1 88:15 90:11 91:11
97:16 103:10 112:8
128:8,23 135:7,11
136:17 139:11 143:9
148:19 149:8,14 151:19
152:24 155:5 156:14
159:19 160:24 162:5,14
167:14 174:7 175:14
176:13 177:2 181:16,17
184:9 185:19 192:16
193:14 196:17 198:13

**goes**
71:11 118:12 119:6
128:11 189:15 191:19

**going**
6:20,24 7:19 16:14 28:22
29:9 33:19 37:16 43:20
48:25 68:5 74:20 83:1,3
85:1 87:10 89:9,15 90:3,
9,14 95:5 97:5,18 98:5,
10,14 100:4 113:11
119:23 120:20 122:6,7
134:11 136:17 137:8,21
144:17 147:3 155:7
161:25 162:2 164:23
165:7 166:14 168:21
169:1,20 184:23 188:20
190:11,23 194:21 196:19

**gone**
181:23

**good**
8:21 18:9 22:16

**Google**
70:8

**got**
103:25 115:13 142:24
180:6 185:22 197:20

**gotten**
151:15 169:7

**gown**
63:8

**grab**
104:12,14,16,18,20

**grabbed**
104:12

**graduate**
12:18

**Greatest**
102:9

**green**
67:22 142:1

**ground**
6:21 8:4 150:17 151:12
157:17 162:6 168:20
169:10

**Group**
164:4

**guarantee**
7:17

**guess**
11:8 21:25 23:7 27:25
33:25 34:5 36:14 50:25
88:18 103:11 105:1
199:3

**guessing**
8:25 34:15

**guys**
64:12

---

**H**

**H-O-W-E-L-L**
6:11

**had**
18:11 19:3,24 25:9 27:2,
12 29:19 32:8 36:1 44:11
45:9,21 51:15 52:23 63:7
66:8 67:20,22 71:18,23
77:17 79:24 80:8,21
83:12,13 84:19 86:16
92:15 110:19 114:17
115:18 127:6 128:4
130:25 136:8 138:4
141:25 145:19,20 148:9,
13 149:13 150:9,12,16
153:18,22,23,25 154:1,2,
7,18 158:22 167:1,25
168:1,9,13 175:5 178:18
180:11 181:7 182:22
186:10 189:16,19 190:8
193:9,18,22 197:12,14

**hadn't**
196:14

**hair**
63:8 118:9,11,15

**hairs**
118:13

**half**
95:11 117:13 156:20,24
184:15,23

**hammer**
172:16

**hand**
65:2,16 66:9,14 179:15

**handle**
163:21 164:7,11,14,18,
21 165:3,12,13,15,21
166:2 167:16 168:4,14
169:21 170:5,7,8 193:2,
10 197:25

**handled**

195:22

**hands**
62:14 63:14 71:19,24
110:20 111:4 179:22

**happened**
142:23 175:2 178:19

**happens**
59:18 128:24 129:1

**happy**
7:16,25 85:4

**hard**
74:16 96:16 106:5

**Harrison**
8:18

**has**
14:9 19:11 20:15,20,24
22:22 25:18,20 30:20
57:12 65:13,22 67:4
75:19 120:24 132:22
134:13 179:3 180:25
188:18

**hasn't**
153:18

**have**
6:12,17 7:1 10:4 11:22
12:1,9 13:3,6 14:16,21
15:3,9,10,12,16,17,21,
24,25 16:4,6 17:6,8,13,
17,21,24 18:25 19:6,18,
24 20:2,4,6,7,14,16,19
21:2,5,17,23 22:2,4,6,10,
14,15 24:4,24 25:8
26:14,17,23,25 27:2,12
28:3 29:19 30:19,22
31:5,15,24 32:3,15 35:8,
17,20 36:15 38:24 39:13
41:3,10,17,22 42:14
44:11,19,23 45:1,20

47:3,8 50:8 51:24 52:9,
24 53:4,5 55:2 56:25
57:15 58:7 59:3,6,7
62:15 66:14 68:18 70:12
71:19,24 72:21 76:18,19,
23 78:14,15 79:15 80:4
82:21,24 83:12,13,20
84:8 87:6 89:13,21,23
90:4,11 91:25 92:2,8,10
93:4,13,16 94:6 95:2,24
96:4,11 99:12,20,23
105:13 111:19 115:3,18,
25 116:1,11 118:1,2,10,
16,20,25 120:2 122:25
124:15 125:12 126:15
128:1 129:3,13,19,23
130:20,22,25 131:4,6,12,
14 132:9 133:3 134:18,
20 135:1,2 136:3,12,15,
20,21 142:18 143:4
145:13 146:9,15 148:9
149:6,8,11,16 150:19
151:15,18 152:21,22
154:6,11,14 155:11,18
156:11,17,20,25 157:6,
15 158:17,18 159:4,13
160:3,19 161:10,11
162:9,10,15,17 163:5
167:6,9,13,18,20,23
168:1,4,7,8,10,15,22,24
169:3,5,7,15 172:16
173:19,22 174:16,19,21
177:9 181:7,22 182:10,
18,22 183:6,15 184:24
186:17 188:5 190:18
191:4,8,20,23 192:4
193:6 195:13 196:6
197:1,6,23 198:9,14
199:4

**haven't**
103:2,5 108:24 118:17

**having**
6:4 35:14,24 38:4 45:9,
21 51:22 84:19 86:16
91:12 136:8 155:22
196:24

**he**
30:10,11,14,17 32:8,20
35:5 39:14 40:23 44:24
50:1 52:5,9,22,24 53:1,3,
5 61:1,16,22,23 62:8
67:19,20,22 71:23
104:12 114:17 116:7,9
126:1 127:6 128:4 130:4
132:6 137:22,24 138:4
142:3,8,24 150:12,21
151:15 152:19 153:18,
23,24 154:1,2,6,11,13,
18,21,22 155:21,22
156:3,20,21,25 162:21
163:4 167:13,25 168:1,3,
9,10,13,19,23 169:2
172:21 174:14 177:16
179:13,20 183:22 184:5,
16,24 185:6,9,10,12,15,
16,21,22 186:2,3,10
189:11 190:8 195:16

**he's**
155:24 169:10

**head**
6:23 23:8 40:1 47:13
48:12 53:17,25 56:4 62:3
73:9,14,16,18,22 74:8,20
75:6,10 76:4 79:25 80:12
81:8,11 86:13 92:19
105:23 106:14,16,20,25
108:6 114:18 118:9
120:10 123:3,7 126:2,5,
13,14,16,18,19 127:7,12
131:13,15,21,22 139:17,
19 143:15 146:16 147:1,

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                          236
KIRSTIN HOWELL, M.D., 07/07/2021                    Index: heal..hitting

6 148:3,12 149:17,22
150:23 151:8 154:6,12,
15,18,20,22,23 155:1,17,
23 156:4,10,13,17 157:1
158:17 159:14 160:4,20
162:11,17,25 163:6,17
164:16,18,22 167:15,16,
19,21,23,24 168:1,2,4,
10,11,14,22,24 169:9
172:7,12,14,21 173:18
174:1 179:5 182:19,24
184:3,15 185:6,10,12,15,
22,23 186:3,6,10 189:6,
17 193:9,10 196:7

**heal**
54:18,24

**healed**
71:17 145:12 173:22

**healing**
54:16,25 55:5,6

**hear**
136:11 184:11

**heard**
31:4 180:19

**heart**
58:1 109:12 129:17,18

**heavy**
182:5,9,11,16

**help**
35:25 79:13 186:2

**helpful**
183:15

**Hemisphere**
107:5

**hemopoietic**
9:24 10:10

**hemorrhage**
43:16 55:23 74:9,10,12
78:13,19,20,21 79:5
105:25 106:3,4,7,8,10,23
123:9,10 153:23,24,25

**hemorrhages**
78:7,11 79:3,16,21 80:1
106:11,12 126:25

**hemorrhaging**
166:10 168:16

**her**
143:6 148:25 192:14
194:6

**here**
9:14 34:7 68:18 71:8
88:22 89:17,18 115:12
124:11 158:5 163:8,16
174:25 176:15 183:12
186:18 188:4,14 190:18
191:25

**high**
10:7 170:15

**higher**
170:6

**him**
52:9 131:24 132:11
153:18 162:16 167:16,22
169:4 186:5,9 188:5

**himself**
44:25

**hire**
26:2

**hired**
26:4,12

**his**
27:19 32:4 37:21 40:1
46:13,20,24 47:13 48:12,

23 62:19 67:24 68:12
70:9 71:3,19,20,24
73:16,17,22 74:20 75:6,
7,20 76:4 77:12,21,23,25
78:3,12 81:8,11,22 85:20
88:2 91:15 93:5,6,13,14
94:1,9 99:21 100:12
101:9 106:25 107:2
108:6 114:11,13,14,18
116:8 125:6,10,11,12
126:13,15,19,22,23,24
127:6,20 128:5 129:8
131:21,22,23 133:2
134:25 135:2,3 138:5
139:18,22 141:4,11,13,
14,20 143:19,20,22,24
144:9,24 145:4,16
146:10,17 147:23,24
148:3,4,9,12,14 150:10,
18,20,23,24 151:8,14,24
152:2,3,4,7,8,12,15
153:5,19,22 154:5,7,12,
15,23 155:1,13,16,20,23,
24 156:2,4,8,9,11 157:1,
4 162:11,17,21,25 163:6,
17 164:18,22 167:15,19,
21,23,24 168:1,4,5,10,
11,14,15,20,21,22,24
169:1,7,9,11 172:7,12,
14,21 173:23 174:1
175:22 183:10,16,19
184:15 186:25 189:7,17,
20 193:10 195:15

**history**
8:25 14:7,8 110:18,22
141:9

**hit**
149:21 167:15 168:1,4,
10,14 172:21

**hitting**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                                    237
KIRSTIN HOWELL, M.D., 07/07/2021                              Index: Hold..I'M

167:23 193:10

**Hold**
29:10,25 43:21 178:1

**holding**
87:25 180:8,10 182:1

**holds**
115:10

**hole**
74:13 75:12,16,20 76:22
77:12,14,16,20,25 78:10,
12,15,16 79:4,6,11,22
126:24 149:12,17 164:22
166:15 172:4,11,13
173:25

**home**
128:13

**homes**
14:18

**homicide**
14:6 28:9 45:5,6 58:4
110:11,15,17,21 125:25
126:9 175:7,11,17,21,23
176:2 179:4 186:25
187:1,4,12,15,20 189:7

**homicides**
14:17 28:6 110:3

**horizontal**
88:6

**hospital**
9:13 10:23 12:12 13:22,
25 14:1 17:19 58:12
110:4

**hour**
116:12 117:13

**hours**
50:21 55:8 60:22 176:11

**how**
6:17 10:4 11:4,16 13:17
15:6,7 21:2 22:2,13
26:16 31:16 33:7,17 46:9
53:15,24 54:21 55:4,14,
15 56:2,21 58:3,6,23
59:2,5,14,17 60:13,16,20
61:11 62:7,11 64:4 65:15
66:23 67:12,14 71:13
72:3 73:5,21 76:3,7,10,
13,15 85:16,25 86:2
87:23 90:10 92:7 96:4
97:7 99:5 100:2,19
101:6,15,20 104:17
106:19 108:11 113:16,
20,25 115:22 116:7,21
117:6,8 118:19 121:12,
16 129:23 130:8,14,22
131:4 132:5,23 152:14
153:19 154:21,25 156:16
157:2,25 158:2 163:12,
18 181:10 183:6 194:9,
16

**Howard**
136:6 194:2

**Howell**
6:3,10,12 7:14 29:12
43:23 44:3 49:5 83:9
90:16,24 98:6 111:16
119:10 120:15 122:9
133:14 136:24 161:5,16,
25 164:1 169:20 170:21
188:25 189:5 190:17
197:11

**human**
65:24

**humor**
109:14,18 110:7 116:14,
18,20,25

**hyperpigmented**
72:17

**hypothesizing**
172:15

**hypothetical**
167:25 168:12

**hypothetically**
168:9,10

---

**I**

**I'D**
158:18

**I'LL**
45:19 83:6 88:18 119:8,
18 120:13 137:10 148:19
151:18 161:1 163:23
182:13 190:13 196:13

**I'M**
6:20,24,25 7:16,24 8:25
16:14 23:8 27:25 28:22
29:9 31:2 33:19 43:20
44:3 46:17 47:3 48:18,25
49:3 52:20 61:10 63:24
64:1 65:4,10 68:6 77:5
83:3 85:1,4,10 86:13
87:10 88:11,25 89:6,11,
15 90:3,9,14 95:5 96:21
97:18 98:5,9,10 99:8
100:16 102:22 109:4
111:14 119:8 120:13,20
122:6,7 128:14 133:12
136:17,23 137:8,10
139:2,14 148:21 149:10
155:7 156:5 158:5,7
161:9,25 163:23 164:23
165:24 169:20 173:16
175:4 176:15,16 178:1
179:17 181:8,22 184:23

187:9 188:20 190:11,23
194:21 195:1 196:12,18

**I'VE**
17:19 72:13 121:23
122:2

**idea**
14:2 167:13

**identifier**
115:11

**identifiers**
119:16

**identify**
174:25

**identifying**
71:7,10,13,23 72:7,12,15
145:10

**if**
6:23 7:8,14,18,23 8:4
13:6 16:6 21:22,23 24:6
33:20 34:1,2,15 35:8
37:6,8 39:18 43:14,16
45:14 48:16 49:4 54:25
55:19 56:5,19,25 60:11
64:1 65:4,19 66:1,8,18
79:8,13 80:6,16,20 81:2,
4 85:3 86:13 87:2 88:4,
15,17 89:2,16,23 90:10
91:13 92:2 96:15 104:11
109:24,25 110:8 112:9
118:4,14,16 124:11
130:17 131:12 132:25
138:7 149:18 150:9,12,
16,21 151:3,11 154:11,
13 155:11,21,24 156:5
159:2,12 160:2,17 162:1,
8,15 163:4,5 165:12,17,
18,19,25 166:6,24
167:13,25 168:3,13,19
169:2,10 173:12 174:16

175:4 177:20 179:7
183:14,25 185:6,25
186:5,8 187:9 189:11
191:16,18 193:1 195:2
196:11,14 197:14 198:11

**Illinois**
18:8 19:13 35:1

**illness**
57:23

**image**
199:4

**imagine**
19:11

**immediately**
12:6

**impact**
125:12 131:5 153:5

**implement**
14:10,11

**important**
45:24 46:3,6,11,14,20,24
47:14,18

**impression**
88:8 175:22

**in**
8:11 9:5,9,10,14,23 10:9
11:2,3,4,18,21 12:5,14,
20,22 13:9,13,18 14:18,
21,25 15:3,13,22 16:4,6,
9,11,12,21,23 17:8,9
18:11,14,21,23,25 19:4,
10,13,15,18,24 20:3,7,
11,24 21:3,12,17,18,22
22:6,10 23:8,18 24:2,9,
12,16,18 25:16,19 26:19
27:3 30:1 31:15,17,20,24
32:12 35:13,21,24 36:1,

4,19 37:6,7,20 42:5 43:2,
3,15,17,19 44:16 46:1,5,
6,10 47:9,15 48:9,16
51:16 52:2,3,7,14 53:14,
23 54:5 55:11,23 57:3,
13,14 58:24 59:16,18,19,
25 60:2,6,10,13 61:1,16
63:10 64:10,11,17 65:20
66:25 67:1 68:1,2 71:16,
20 74:13 75:3,5,10,12,
15,19,20 76:14,19 77:1,
3,12 78:12 79:21,24
80:8,9,22 82:3,6,9 83:22,
25 84:16,20 85:19 87:7
88:6 89:8 90:9,12 91:6
94:21 96:2,20 97:6 99:16
101:8 102:8,13,18
103:15 104:24 105:6
106:13 107:2,20,21
108:14,21,23 109:22
110:5 111:25 112:25
113:6 114:3,23 115:11
116:17 117:1,9 118:4,7,
12 119:2,6 120:4,6,7,8,9,
23,25 121:6,7,13,17,19,
23,25 122:3,4,13,15,20
123:1,2,12,13,18 124:10
125:18 126:8,24 127:13,
20 128:2,5,15 129:5,8,15
130:16 131:8,10,25
132:13,14,22 133:1
134:16 136:13 137:9,10
138:4,19 139:2 142:2,7
143:15 145:2,6,8,14,19,
22 146:4 147:23 149:17
150:2,4,6,24 151:14,23
152:4,8,12,15 156:12
158:9 160:18 161:20
162:7 164:14,22 165:13,
15 166:9,14,15 167:6,25
168:15,16 171:15,18,25
172:4,9,11,13 173:2,14,

25 174:16,18 175:22
177:18 178:21,23
179:15,22 180:8,20
181:4,14,23 182:21,23
183:3 184:2 188:8,15,19
189:9 190:5 191:20,21
192:18 197:16 198:1

**in-house**
112:10

**inaudible**
150:15

**inch**
73:23,25 74:1,14 75:3,5,
14,16,19,21 76:5,23
77:1,17 79:24 80:8
81:12,14,15,17,18 84:21
85:18,20,22 86:4 88:4,7
92:23 95:8,12,18 98:16
100:8 102:2,5,7,14,17
127:13 139:18,21,25
140:6,12,13 144:18
158:22,25 159:2,12
160:3,17,18 165:9,21
166:15,22 167:2,9,10
170:9 171:23 172:8
189:17,18

**inches**
61:16 165:15,17 166:2,3,
5,7

**incident**
34:25

**incised**
54:4 73:12

**incision**
55:18 65:17

**incisor**
69:3,4,9,20,23 70:4

**incisors**
70:7

**include**
19:17 71:7 104:14

**included**
178:23

**including**
99:15 103:13,19

**incorrect**
31:7 68:21,22 84:14
134:8 139:6,7

**independent**
37:3,22 40:6 141:10,16

**indicate**
40:15 51:7 61:19 77:4,16
79:16 114:20 141:23
142:3

**indicated**
37:6 94:15

**indicates**
94:7 95:8 142:8

**indicating**
43:13 89:17,19 94:14
103:21

**indication**
69:22 107:21 127:15,18,
23 147:17 148:7,13
152:18,21,22

**indicative**
88:1 142:19

**individual**
53:21 118:1

**individuals**
106:14

**inference**
39:2

**inferior**
92:24 109:12 129:13

**inflammatory**
55:9

**information**
31:4 32:16 35:6 36:12
48:6 51:11 130:22 131:2
142:6 175:3 187:3,14

**informing**
174:22

**ingested**
152:19

**Inhibits**
10:9

**inhouse**
67:10

**initial**
23:13 172:22 175:22

**initials**
118:3,15 119:3

**injured**
168:11

**injuries**
43:7 47:12 54:1,2,3 73:8
79:14,25 80:5,7,18 81:5,
7,10 91:25 92:3,8 93:23
94:9 99:16 105:14 106:6
107:16 108:12,14,18
110:19,25 111:6 123:2,4
124:1 126:15,18 138:5,
14 139:12 140:19,20
141:11 143:14,25 144:15
145:12 173:22

**injury**
9:23,25 24:11 36:16,18,
24 38:6 43:1,4,6,12,14,
19 53:11,24 54:16,17,19,

21 55:5,10,15,16,20
57:12,23 68:8,12,19
71:12,15,17 72:5,6,10
73:5,6,13,16 74:3 75:2,6,
24 79:22 80:12,14 91:18
92:10 94:1,4 95:14,17
96:7 114:17 127:8,12
131:13,15 132:1,6 144:9,
20 145:5,7,9,14,23
146:2,25 147:18 148:3,
12,15 153:5,11 154:2,5
155:18,19 157:1,3
158:17,22 159:4,13
160:4,20 162:11,21
163:17 164:15,18,20
166:7 167:19,20,24
168:1,5,8 172:7 184:15
193:10 196:25 197:2

**inside**
56:18 58:22 62:23 70:20,
24 71:3 96:24 154:11,15
156:13 168:21

**instance**
184:13

**instant**
132:1

**instantly**
184:16

**instead**
142:11 149:18

**instrument**
75:16 76:2,3,11 166:13,
14,15 172:6,17 173:17,
25 174:9 182:19,22
196:6

**intact**
93:2

**interior**

140:14

**intermission**
43:25 83:7 190:14

**internal**
52:21 53:23 55:16,17
56:16,24 58:11,16,19
60:19 105:20 107:20,22
108:8,15,23 116:23
117:6 134:1 153:22
168:20

**internally**
53:21 154:6 155:21

**internet**
179:17

**interrogating**
191:23

**interrupt**
7:9

**interrupting**
129:22

**intervention**
53:12 56:12,16,19 73:3

**interventions**
56:3

**interviews**
35:10

**into**
10:18 23:23 28:4 47:16
61:8 66:9,25 67:18 71:11
72:14 74:20,21 75:6 76:4
77:23 78:4 80:9 93:14
97:10 116:7 117:9
118:13 119:24 126:23,24
128:11 138:2 149:7
153:22 155:24 182:23

**investigate**
172:20

**investigation**
24:10 37:21 40:7 42:6
172:20 175:6,8 188:8
197:22

**investigations**
28:25 31:17 59:15,18

**investigative**
29:17 30:4 56:24 170:24
175:17 177:9 178:22
187:19

**investigator**
30:1,6,9,20 31:3,6,17,25
32:7,12,19 34:4 36:22
37:1,6 39:21 40:6,15,21,
25 41:5 44:16,24 48:5
110:23 157:8 176:7
177:13,15,24 178:6
179:2,8

**investigator's**
31:20 37:21 188:1

**investigators**
29:24 33:1,17 35:9,11
44:19

**invite**
171:7

**involvement**
13:10

**involves**
58:21

**irregular**
166:23

**irregularity**
120:10

**is**
6:19,24 8:1,4,7,19 9:16
12:3,14,15,24 13:8,12,20
14:1,7,8,20,24 15:15

16:20,21,22,24 17:3,5
18:4,7,9,12 19:2 20:4,10
21:12,21,24 22:16,19
23:6,9,14 24:3 25:16
26:11 27:10 28:4,5,11
29:16,25 30:10,11 31:13,
22 34:3,7 36:15 37:16,17
39:3 40:7,14,21 42:25
43:14 45:2,4,5 47:1,5,12
48:11,15,19,20 49:9,13,
17 50:1,11 51:14,19
53:8,10 54:5,7,15 55:11,
19 56:15 57:2,8,11,18,22
58:3,9,23 59:14,15,17
60:11 61:3,10,17,19 62:3
63:11 64:3 65:1,9,19
66:2,13 68:18,22 69:3,
14,15,22 70:5,24,25
71:2,10,14,15,17 72:5,9,
11,12 73:1 74:8,10,11,16
75:4,10,12 76:13,17
77:4,15 78:4,17,21,24
79:8,10 80:14 81:15
82:10,20 83:16,18 84:16,
23 86:5,8,10 87:19,25
88:5,7,9,13 89:9,17,18,
20 90:1,7,20 92:17 95:23
96:13,15,17,25 97:5,11,
24 98:10 99:1,2 100:1,
16,17 101:22,24 102:2,8,
12,14,16,23,25 103:8
105:24 106:4,5 109:10,
24,25 110:2,6,20,23
111:23,24 112:9,10,12,
16,18,22,23 113:3,4,5,7,
12 115:8 116:13,14,22,
23 118:15 119:14,15
120:8,9,10 121:1,3,4,12,
18,19,20,24 122:2,8,19,
23 123:13,17 124:10,14
125:1,14,16 129:11,15,
16,20 130:14 131:23,25

133:12 134:8 137:11,18,
21 138:22 139:6,7,16
142:19 145:2,17 146:1,7
147:6,8,14,20,23 150:1
152:22 153:23,25 154:3
156:19 158:15,19,20,22
160:18 161:12,14 162:6,
8,24 163:8 164:6,21
165:8,15 166:2,6,22,23
167:3 169:23,25 170:1,4,
8,10,13,14 171:11,13,23
172:1,6 173:14,17,18,24
174:2,3,4 175:16,25
176:17,24 177:12,19,22
178:7,19 179:7,8 180:20,
25 181:16,17,22 182:11
183:2,23,24 184:2,22
185:9,14 186:7 187:7,13,
18 188:10,18,21,22
189:24 190:7,23,24
191:1,16,17 194:14
196:7 197:3 198:1 199:5

**issue**
  112:22

**issued**
  111:25 113:13,25 191:6

**it**
  6:16 7:6 11:8,22 13:11,
  12,13,14,19 14:6 15:14,
  17,21,24,25 17:25 18:2,
  3,9 19:12 20:23 21:7,8,
  21 22:14,15 23:20,21,22
  25:4,8 27:13,17,24 28:5,
  9,25 29:3 30:3 31:13,22
  32:6,9 33:20 37:17 39:2,
  4,14,20,25 40:10,22 42:5
  43:11 44:8,9 48:5 50:6,
  24 51:13,14 52:13 53:6,
  25 54:7,9,23 57:13 58:4
  59:18 60:14,15,16,21

61:16,22 62:23 63:22
64:4,13 65:5,14,18,24
66:4,8,10,15,16,20 68:2,
4,11,18 70:12,14 72:7,8
73:23 75:4,11,13 76:14,
17,25 77:7,8,20,22
78:10,22,24 79:6,9
82:11,17,18 83:3,18
84:24 85:19 86:20 87:22
88:25 89:3,16,17,22,24,
25 90:10 92:23 93:12,16
94:8,13,14 95:2,3,6,24
96:18,21 98:2 100:1,16
101:24 102:6,12,14,25
103:25 106:22 107:1
110:6,15,17 112:5,8,11,
12,23 113:16 116:6,11,
21,22 117:5 118:3,4,7,12
120:8,11,24 121:20,22
123:13 124:10,23 125:14
126:14,22 127:2 128:11
129:1,16 130:14 131:23,
25 132:8,12 134:13
136:20,21 137:18,21
138:3,22 139:2,3,4,16
142:5,8,11,13 144:2,14,
25 145:2,6,19,21 146:3,
8,9,15 147:17,20 149:10,
16 150:3,8,21 152:1,11
153:16,17,19 155:8,12
156:3,6,19 158:10,20,25
159:7,22 160:12,18
162:15,17,24 163:5
164:15,20 165:4,8,20
166:4,6,19,20,21,23
167:3,9,20 168:4,7
169:2,23 170:6,10,13,16,
20 171:11 172:1,3,8,16
173:10,17,24 174:2,3,4,
19 175:20,21,23 176:2,
24 179:16 180:3,22,23,
24,25 182:15,17,22

C00 AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

183:2 185:9,14 187:1,3,
11,13,15,18 188:10,15,
22 189:4,11,15 190:4,5,
7,23 191:14,15,16 194:7
195:3,5 196:14,23
197:20 198:12,13,18,19

**it's**
8:25 14:2 15:1 21:25
23:12 29:5,17 39:1 41:21
44:8 46:17 48:16,22
49:2,3,10 51:11,12 52:20
55:20 57:7 59:9 65:23
68:20 70:6 71:1,15 72:5,
9,10 73:9 75:9 76:8 82:5
86:22,23 87:13 88:6,19,
21 90:8 91:6 94:7 95:21
96:7 101:23 104:21
106:13 110:1 113:19
115:11 118:14,21 121:2
125:15 129:20 132:19
147:10,11 150:4 154:9,
10 155:15 156:7,13
159:1,3,15,20 160:7,25
162:15,23 163:5 164:4,
12 167:8 169:21 170:15,
18 171:21 174:9,20
175:10 183:5 185:21
186:11,20 196:9

**items**
72:18

**its**
54:25 63:12

**itself**
77:25 154:2 179:2 191:6

---

**J**

---

**job**
130:7,14

**jog**
34:2 184:14,23

**Jpeg**
161:12

**July**
15:13,22,25 26:7,9

**jumbled**
197:20

**June**
11:22,24 12:6 15:22 26:5
112:12 113:13 124:12
190:25 191:8,20

**jurisdiction**
14:17

**just**
6:20 10:6 13:8 14:22
33:20 34:13 35:13 41:21
52:7 58:12,14 64:21 65:2
77:8,20 81:20 85:10
93:15 95:5,23 99:4,18
100:25 103:23 104:23
106:22 107:1,8 121:23
122:8 123:17 136:17
139:3,11 144:25 150:1
165:21 168:7 177:6
187:9 190:18 191:16
192:5 194:21 195:2
198:10,11

---

**K**

---

**K-I-R-S-T-I-N**
6:10

**keep**
13:12 23:20 58:1 66:25

**keeping**
84:6

**keeps**
15:16

**kept**
64:17 65:20 196:1

**kidding**
85:10

**Kim**
27:13 28:8 32:14 35:18
36:11 38:5 44:6 46:4
49:15,23 50:5 55:25
56:9,13 57:14 58:24
59:11,21,25 60:16,24
62:14 67:18 69:8 70:20
71:18 73:13 76:15 80:12
81:7 84:12,22 85:12
86:14,18 87:2 88:1 90:20
91:3,14 92:12,21 93:4,23
95:8,14 98:16 99:6,12,18
100:8 102:5 103:8,16
104:1,5 105:14,21
106:15,21 107:21 108:2,
23 110:15 114:3 115:15
116:3,18,24 117:16,18,
21 119:15 120:7 121:6
123:3,21 124:2 125:24
126:4,9,12 127:5,15,18,
23 128:7 129:5,25
131:20 133:1,25 134:19
138:14 139:13,17
140:10,17,22 141:16
143:17 147:1 150:6,9,16
151:5,8,11,23 153:11,22
154:4 155:12 156:17,19
157:11,17 158:17 159:14
160:4,20 162:10,20
164:16 166:7,17 168:17,
19 171:22 188:24 193:8
196:6,25

**kind**
10:18 21:7 39:1 57:12

70:5 73:12 75:16,23 79:7
88:7 89:4 96:13,17
106:6,9 121:21 130:20
131:1,4 151:13

**kinds**
82:13

**Kirstin**
6:3,10

**Kirstin.howell@
cookcountyil.gov.**
18:5

**knee**
55:1

**knew**
36:13 112:13 178:18,21

**know**
7:16,24 8:2,6 13:5 21:8,
22,25 22:8,14 24:5 27:17
30:9,10,14,17,18 33:18,
20,21 34:3,11,14,22
35:3,8 37:16 38:25
40:17,24 42:16 45:2,4
50:18,22,23 51:2,3 60:18
61:14 62:16,17 63:6 64:1
67:12,13,15 70:2,14
85:4,25 87:22 89:23 92:7
93:16,19 94:5 96:8 97:7
100:2 104:17 105:3
111:10,13 113:9,16,21
114:8 115:22 116:9
120:11 121:12,16
128:18,22,24 129:2,20
130:4 131:14,23 132:10,
16,23 134:22 135:4
136:12 138:3,9 142:7,10,
13,23 144:1,6 148:19
150:19 151:3,15 152:14
153:15,18 154:21,24,25
155:2 156:5 159:11

163:12,18 164:9 169:12
170:16 172:13 175:16
183:8,22 184:20 185:12,
21 186:18 190:9 191:18
192:18 193:1 198:16

**knowing**
39:10

**knowledge**
142:18 143:2 174:21
191:20

**known**
14:7,8 44:19

_____

**L**
_____

**lab**
112:25

**labeled**
109:15

**labeling**
118:3

**laboratory**
51:11 109:16 112:9
130:25

**Labs**
112:2 113:18

**Labs'**
113:12 124:11

**lacerate**
151:3,7

**laceration**
54:5 71:15 72:5 73:19,
21,25 74:7,16,20 75:8
80:15 81:12,14,15 84:21
85:12,17 89:4 92:20
123:6,24 126:13,14,25
127:6 134:19 135:1

139:18,22,25 140:7,13
143:16 147:7,9,15 148:7
154:19 166:9 168:15
189:17,20,24,25

**lacerations**
54:3 71:8,11,14 72:4
73:11 91:21 92:5,11 93:4
123:10,11,14 140:4
173:19

**Lack**
30:24 121:9

**Lake**
34:25

**large**
73:21 106:14,19,24

**largely**
149:11

**larger**
77:17 98:2 102:1 166:11

**Larry**
179:13,19

**last**
6:9,15,16 11:23 19:7
30:6,17 40:18 47:11
48:11 50:11 171:4
179:12

**Lastly**
160:9

**later**
55:1 60:9 68:11,24 69:2
161:13

**lateral**
94:2,19 95:9 120:9
145:18

**laugh**
84:24

law
  118:7 171:2

lawsuit
  171:18

laying
  169:2,3,10

layman's
  54:5 55:11

laymen's
  82:3,9 85:19

lead
  10:12

leadership
  19:24

leading
  27:20 28:17 37:24 38:11
  68:15 144:11 146:20
  147:25

leads
  57:23

learned
  131:8 191:9

learning
  25:17

least
  59:4 60:1 76:7,23 80:2,3
  86:3 101:16,21 103:7,15,
  25 104:10

lecture
  12:20,24 17:14,18,22

lectures
  17:17,20

left
  20:24 69:4 81:13,14,15,
  17,19,21,23,25 82:4,10,
  20 84:22,24,25 85:12,14,
  20,23 86:5,8,9,10,19,24
  87:12 88:1,3 90:21 91:4,
  13,15,21,22,24 92:11,12
  93:5,13 94:2,12,16 95:9,
  15 98:16,21 99:4,6,9,13,
  19,21 105:6,11 120:24
  121:4,20 123:12 125:4,7,
  8,9 139:22 140:1,7
  144:19,24 145:16,18,24
  146:1 170:4,11,13

left-hand
  50:13

legs
  71:19,24 129:17

length
  61:17,24 76:6,23 102:8

lesion
  72:17 75:13 150:8

lesions
  107:11,15

less
  158:25 159:3,13 160:3,
  18 163:16

let
  7:16,24 8:1,5 25:12
  33:21 45:18 85:4 87:10
  88:17 91:9 94:17 138:9,
  18 145:25 148:19
  183:12,25

let's
  8:6,24 53:14 139:11
  177:6 179:1 190:9

letters
  51:1

licence
  18:7

license
  18:9,19,21,24 19:5,6

licensed
  19:15

lighter
  121:21

like
  15:14,17 20:22 23:5 24:3
  25:6 39:3 43:9 44:8,21
  47:8 48:17,21 54:9,12
  57:6 60:10,20 61:7 64:2,
  24 65:4,5 72:7,11,13,15
  73:3,20 77:14 79:5,9
  82:17 84:23 86:10 87:21
  88:5,8 89:2 93:19 96:17
  101:5 102:6 104:19
  115:11 117:11 118:20
  128:21 130:17 131:8,9
  149:21,25 150:1,2,21
  151:9 156:14 166:12,20
  169:5,9 170:13 184:15
  190:10,18 198:21,25

likely
  7:18 61:12,23 121:4
  151:16

limitation
  14:24

line
  84:24 137:15 148:18
  150:1,2 152:25 153:1
  155:4,5,8,9 165:2 167:12
  178:2,3 182:14 184:21
  196:16,17,19,20

linear
  88:5 89:18 90:1 94:20
  95:18 149:22,24 150:1,5,
  14 151:16

lines
  150:3 151:20 152:25

C00 AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**lip**
81:16,18 82:6,7,11 84:24
85:13,14,17,20,23 91:23,
24 92:13 139:22 140:3,7,
10 189:21

**lips**
68:7,12,18 81:13 82:4,5,
18 93:5 123:15,16
143:16

**LIS**
51:9,10

**list**
143:18,23

**listed**
125:16 143:15 145:3,6

**literature**
57:2,8,15

**litigation**
171:19

**little**
48:17 67:1 88:8,15 98:2
107:3 169:22 170:4
186:8 197:20

**located**
8:9 70:25 77:12 78:12
79:4 82:4,10,18 85:12
87:20 88:19 146:25

**location**
46:9 76:16 79:20,21
81:21 86:14,24 87:3
91:12 93:15 98:12
125:11

**locations**
19:11 76:14 92:19

**long**
11:16 60:13,16,20 76:7,
10 101:22,25 113:16,25

116:7,21 117:6,8 137:12
145:20 154:21 194:9

**longer**
26:10 58:1 61:7 102:4

**look**
42:7 43:1,3,6,7,19 44:11
45:22 53:10,15,17,24
55:22 57:13 81:2,4
83:13,14 88:4 89:20
101:5 103:10 104:19
115:25 149:25 151:18
182:11

**looked**
9:23 41:3 79:20 91:12
170:23,24 177:9

**looking**
15:14 28:1 39:5 53:18,
19,22 54:1 56:2,8,12,18
73:10 75:24 76:17 87:2,
6,7,8,9,20 94:22 96:9,23,
24 102:22 120:6 121:20
129:4 131:25 133:24
143:22 167:11 194:23
195:2 196:15

**looks**
15:14 44:8 102:6 170:13

**lose**
61:6 91:10

**loss**
155:11,13,16,18,24
156:1,7,10,14

**lost**
156:3,12

**lot**
156:13 157:17 161:20,23

**loud**
77:7

**lower**
81:16,17 85:13,14,17,20,
23 91:23,24 101:9,11
102:12,15 129:18 140:7,
10

**lump**
72:14

**lunch**
85:10 135:12

**lungs**
58:2

**Lurie**
17:18

**lying**
168:23

---

### M

**M.D.**
6:3

**ma'am**
174:4 176:4 178:4
185:14 186:8 187:9
189:2

**made**
51:18,24 52:9,18 110:14
111:3 123:20 133:25
141:10 175:18

**Mafb**
10:7

**main**
125:9

**make**
6:22 7:15 23:7 40:4
54:13 61:25 62:3 63:14
69:7,18 73:7 76:10 83:18
106:7 126:21 136:14

139:4 164:20 181:18

**makes**
7:6

**making**
137:8 165:25

**male**
179:14,21

**manner**
17:6 26:23 31:21,23
32:1,13,18 37:4,10
47:19,22,25 52:7,11,14
53:13 56:22 57:1,4,16,19
58:3,13 71:4,21,25 75:10
114:13 124:18 126:8
130:14 181:6,15,19

**many**
6:17 10:4 11:4 13:17
15:6,7 21:2 33:17 58:6
59:2,5 60:2 85:25 86:2
92:7 99:5 100:3,19
101:15,20 115:22 157:25
158:2 181:10

**mapping**
131:24 132:11,12 153:18

**maps**
131:25

**margin**
92:24 140:14

**mark**
29:10 43:21 72:12,15
83:1 98:5 119:8 120:14
161:1,14 163:23 196:14

**marked**
29:13 43:24 44:4 49:1,6
83:10 90:17,25 98:7,9
111:14,17 119:11 120:16
122:10 133:15 136:25

161:7,17 164:2,5 188:18
191:1 199:8

**marker**
88:5,7 159:22 160:11

**marking**
196:11

**marks**
71:7,13,24 72:3,7 73:12
145:10

**mask**
63:3 195:24

**mass**
153:20

**Massachusetts**
9:5

**materials**
171:12

**matter**
74:21 78:4 127:8 171:15
189:10

**maxillary**
69:2,4,8,19,23 70:4

**may**
24:21 26:15 34:1 36:8
42:14 47:3 50:7,21 55:9
57:13 60:7,8,9 61:6 62:4
111:7 116:17 117:2
132:8 152:22 176:2,16
188:23 195:13 197:23

**maybe**
60:22 72:13,15 85:18
100:2 149:22 197:20

**me**
7:4,16,24 8:1,5,17 15:9,
21 24:6 25:12 29:15
33:21,24 34:4,16 35:13
45:14,18 77:7 85:4

87:10,11 88:17 89:5 91:9
94:17 110:13 123:7
129:11 138:9,18 145:25
148:19 166:4 175:4
183:13,25 198:19

**ME2018-02535**
59:22

**mean**
14:11 27:18 39:2,4,14
47:7 51:1 56:18 59:24
75:9 78:25 80:7 92:23
95:20 106:24 107:14
130:10 131:8 132:18
144:22 152:1 154:4
155:15 167:22 169:5
184:13 192:12 198:17

**meaning**
31:2 39:13 146:9

**means**
14:6 33:20 47:8 60:1
77:20,23 95:23 107:1
144:22,25 198:18

**meant**
64:2

**measure**
73:8

**measured**
159:12 160:2,17

**measurement**
75:25 76:1,2,18,19 96:22
173:5,7,11,13,15 192:19

**Medford**
9:5

**media**
160:11

**medical**
8:12,14,16 9:6,8,11

11:14 12:2,4,7 13:2,9
14:8,20 16:3 17:10 18:11
19:22 20:17,20 22:3,6
23:25 24:8,22,25 25:5,9,
11,13,14,18,22 26:1,3,6
28:5,13,25 30:12,15
32:20,24,25 33:1,5
41:13,18,23 42:2,10,14
44:20 50:2 53:11 56:3,6,
12,16,19 59:20 67:3 73:3
110:2 112:13,22,24,25
113:17 128:19,25 130:8
131:9 137:19 157:7
175:5 176:6 177:13,15,
23 178:5 179:2 188:25
194:13

**Medicine**
9:9

**meet**
194:9

**meeting**
194:12,15,16

**meets**
94:19

**member**
19:19

**memberships**
19:18

**membrane**
78:17,22 106:6 154:1

**Memorial**
12:12

**memorializes**
175:1

**memory**
34:2 35:17,20 50:8 84:11
153:16

**mention**
173:15

**mentioned**
133:7 171:21 174:19
186:18

**met**
188:1 193:24 194:19
195:3,7

**metabolism**
131:3

**mice**
9:23

**microscopically**
55:10

**middle**
137:9 158:9

**might**
19:12 39:2,4 42:8 43:17
55:10 69:13 89:6 98:2
152:23 190:11 199:4

**mile**
156:20,24 184:4,15,23

**mine**
156:6

**minimum**
58:15

**minutes**
117:11,13 190:10

**Mischaracterizes**
184:8 186:13 193:11

**missed**
47:3 138:8,24

**missing**
84:16

**misspoke**

149:10

**misstates**
143:6 192:13,14

**mistake**
165:25

**mistakenly**
165:22

**monitor**
17:2

**Monocyte**
10:8

**monoxide**
67:10 112:10

**month**
12:22 13:17 191:21

**months**
23:15

**more**
7:6 10:20 13:20 20:10
23:20 40:7 59:9 60:22
71:6 80:6,12,20,22,25
81:3 89:8 92:15 96:7
97:7 100:2 150:3,14
163:7 181:12 197:6

**morning**
26:19 116:17 117:1

**most**
15:11,12 46:3 47:18
112:2 151:16

**mostly**
67:9 106:22 130:24

**Mount**
9:13 10:23

**mouse**
89:13,16 98:11

**mouth**
81:22 82:15,19 92:1
118:4

**Moving**
138:1

**Mr**
27:20 28:17 30:24 31:8
37:12,23 38:11 45:15
48:3 54:9 68:15 69:13,25
83:5 85:8 88:25 89:8,11
93:21 95:2 97:13 119:21,
25 120:20 121:9 130:1
134:23 135:5 136:21
138:2 143:6 144:3,11
146:4,19 147:6,25
148:24 149:2 159:16
160:5,21 161:24 162:12
163:1,9 169:15,17,19
170:1 174:11,13 175:19,
20,24 176:11,14 177:5
178:3,16,19 183:10
184:3,12 185:24 186:1,
14 187:8,21 188:1 190:9,
16,20 192:4,13 193:11
196:10 197:7,10 198:9,
13 199:1,2

**Ms**
6:7 7:13 27:22 28:19
29:14 31:1,10 37:14
38:1,12 44:2 45:17 48:4
49:8 54:10 68:17 69:13,
15,17 70:3 83:11 85:9
89:12 90:18 91:1 93:22
94:25 95:4 97:15 98:8
111:18 119:13,23 120:1,
17,22 121:11 122:11
130:6 133:16 134:24
135:6 136:2,22 137:1
143:8 144:7,16 146:6,21
148:5 149:1,5 159:18

160:8,23 161:8,18 162:4,
13 163:3,14 164:3
169:13,24 174:5 175:12
176:12 177:1 178:1,13
184:7 185:17 186:12
187:5,16 190:13 192:5,8,
15 193:13 195:8,10
196:13 197:5 198:10,20,
22,24 199:6

**much**
7:6 40:7 61:11 91:6 97:7
154:15,25 156:16 157:2
163:12,18 190:17

**multiple**
81:16 85:22 92:5 98:15
100:5,7 104:12,16,18
140:9 180:4,5

**muscles**
43:1,2,3,5,7

**musculature**
55:19

**my**
6:19 7:4,9 8:11 10:15
19:6 20:10 22:15 23:6,8,
13 26:4,19 28:22 29:11
32:16 36:14 40:7 41:12
47:17,18 48:19 49:20,21
56:23 58:10 63:14 66:16
88:10,20 89:6,19 90:1
114:24 118:3,13,15,21
119:2 120:4 122:21
130:23 131:10 170:14,
23,24 172:6 173:3
177:10 179:17 180:24
181:18,19,22 185:14
186:7 187:11,13,18
191:15,16 195:12

**myself**
66:4

**name**
6:8,9 30:1 119:3 137:3

**names**
195:1

**narrative**
35:6,9 36:4,7,10,19,23
37:2,7 38:13 177:12,23
178:5,23 179:8,25

**narrower**
96:21

**nasolabial**
81:14 82:10 84:22,23
91:22 140:1

**national**
17:22 19:21

**natural**
14:4,7 58:5

**near**
85:14 92:6 185:10

**nearly**
127:7 167:3

**necessarily**
57:5 60:4 63:19 64:3,25
75:9 76:24 153:19

**neck**
42:21,22,23,25 43:2,3,4,
6 123:4 169:10

**need**
7:23 8:1,2 16:14 18:2
23:4 26:9 45:14 74:1
75:16 85:3 94:25 96:18
97:3,10 98:10 102:20
135:8 136:19 142:6,7

**needed**
20:25

**needle**
63:22 64:2,5,6,25 65:2
70:16,20 71:2 116:5
145:10

**needles**
63:17,20,25 64:8,16,23

**needs**
28:2 76:6,11,25

**Nelson**
179:13,19

**never**
67:16 68:2 180:20 198:3

**new**
66:20

**next**
10:23 38:15,19 45:19
137:21 147:3 148:19
153:1 155:4,9 158:10
159:7,22 160:11 164:15
165:3,7,20 196:16,20

**nine**
99:7,9

**NMS**
112:2,8,11 113:12,18
124:11

**no**
6:22,24 8:20 10:15 15:1
17:12 19:16 20:1,24
21:10,20 23:11 25:8
30:13 33:14 34:13 35:7
39:23 41:16,20 44:23
45:8 46:8,12,15,22 51:18
54:20 57:17,25 59:13
61:7,14,21 63:22 65:4
66:4 67:17 69:10,12,21

70:6,12 71:5,22 72:2,20
74:2 76:21 77:18 81:1
82:2 84:15,23 87:24
88:18 89:9 90:19 92:14
93:7,14 95:2 99:15,22,25
100:24 101:5 102:1,22
103:20 104:7 105:8,12,
24 106:2,8 107:1,13,14
109:10 112:4 114:15
115:1 119:16 125:13
127:17,22,25 128:3,14
129:2,4 131:18 133:6,23
136:21 137:14 141:2
142:1 145:17,18 147:16,
19 148:11,16 150:8,11
151:10 152:20 155:25
156:18 157:5,9 158:10
159:7,22 160:11 167:13,
17 168:6,18 171:20
172:10 173:16 174:18
175:8 176:21 180:16,18,
22 181:13,25 187:24
188:6 190:1 191:7
193:21 196:13

**nobody**
173:5

**nodding**
6:23

**nodules**
53:19

**non-diseased**
53:21

**normal**
53:22 83:23,25 95:24

**Northwestern**
11:2,11 12:11,12 13:4,5
17:11,15 20:18

**nose**
82:11,14,19 140:3

143:15

**not**
6:24 7:9 9:1 10:24 13:5,
23 14:5 19:8,12 20:14
22:9,13 25:21,23 26:14
30:18 33:18 39:4 41:16
43:2,17 45:1,4 48:22,24
52:8 53:3,20,22 57:5
58:10,15 59:7 60:4,8,10,
12,18 62:17 63:6,11,19,
24 64:3,23,25 67:15 68:3
71:10 72:9,10 75:13,14
76:10,18,24 77:19 81:8,
11,25 82:21 85:3 86:1,
20,22 87:5 88:25 92:6
93:8 94:5 96:22 106:8,
23,24 107:1,17 109:13
111:13 112:18 113:4,7
114:16,25 115:1,20
116:9 119:21,23 120:5,8
122:25 123:18 124:17
126:14 128:12 131:25
136:15 139:1 141:25
143:23 145:5,6,8 151:4
154:6,17 156:13 164:17,
19 165:25 166:2,12,19,
25 167:5 169:9 170:18,
20 171:16,25 172:11,13,
22 173:6,13,16 174:18,
22 176:15 178:1 180:4,
13 181:1,5,25 182:9,15
185:14 186:20 197:23,25
198:5 199:2

**notations**
78:7

**note**
68:11 73:7,13 81:7,10
87:19 90:4,12 92:20
93:23 98:15 99:5 100:5,7
106:2,7 107:11 121:24

136:14 140:12,16 175:16

**noted**
39:21,23 40:6 52:21,23
77:4 80:14 85:22 86:4
90:20 91:3 93:4 97:25
98:21 99:12,20 100:12,
23 104:5 105:10,14,23
107:3 124:2 125:14
139:13,21 140:6,9,22
144:19 145:3,17 146:25

**notes**
49:19 50:21 133:7,17,22,
24 134:2,9

**nothing**
72:9 197:16

**notice**
176:1

**noticed**
91:19

**notification**
34:7

**November**
137:5

**now**
15:4,22 18:2 25:11 38:13
39:10 48:25 57:8 83:4
88:10,20 90:15 93:23
97:22 143:12 153:4
157:20 161:9 164:23
165:12 167:11 168:12
169:15 175:4 176:9
184:2,23 191:4 198:14

**numb**
132:20

**number**
8:19,21 19:7 22:5,8 59:7,
12,17,20 79:23 137:11

161:11,14 188:22

**numbers**
50:14,25 137:9

**numerical**
61:11

---

**O**

---

**object**
27:20 68:15 73:24,25
74:19,24,25 75:2,5,19
76:6,22 77:16 78:3,5
79:24 80:8,21 96:16,17,
18,21 97:3,5,8,9 120:20
126:22 127:12 148:8,13
149:6,8,13,18,21 151:9
158:16,21 159:16 161:25
167:1,2,5 174:5 175:12
176:12 178:13 185:17
186:12 187:5 190:2

**objection**
28:17 30:24 31:8 37:12,
23 38:11 45:15 48:3
69:25 93:21 121:9 130:1
134:23 143:6 144:3,11
146:4,19 147:25 162:3,
12 163:1,9 184:7 192:13
193:11

**objections**
160:5,21

**objects**
48:12 166:6

**observations**
133:25

**observed**
138:13 143:13 179:13,20

**obtain**
64:24 66:20 109:17

117:10

**obtained**
111:11 116:8,14 117:15
119:19 141:4 142:3,8,20
143:5 146:9,11,15,17
185:12

**obtaining**
116:2 117:24,25 118:23

**obvious**
120:8

**obviously**
85:3

**Occasionally**
188:13,14

**occur**
54:21 94:9 142:15

**occurred**
9:24 14:19 34:25 157:1,4

**occurrence**
34:23

**occurring**
80:25 81:3

**occurs**
55:5 96:16 142:2

**October**
16:1

**odontology**
24:11

**of**
6:20,21,22 8:7 9:4,9,14,
17,18,22 10:1,18,19,20,
25 11:7,9 12:6,22,24
13:16,20 14:2,4,19,24
15:1,13,21 16:1 17:4,6,9
18:8 19:7,8,19,20,21,22
21:7 22:5,17 23:5,9,15

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                     251
KIRSTIN HOWELL, M.D., 07/07/2021          Index: off..okay

24:2,16 25:4,9 26:9,13,
15,20,23 27:18 28:5,8,
12,15 29:24 30:1,4,5,24
31:21,22,23 32:1,4,9,13,
18,24 33:7,19 34:2,18,
19,23,24 35:5,10,17,18,
20 36:1,5,10,11 37:1,4,7,
9,10,20,21 38:5,14,16
39:1,3,6,10,23 40:5,6,9,
18 41:17 42:7,16,19
43:1,4,5,6,7,9,12,17 44:6
45:11,23 46:9,10,11,16,
19,23 47:1,5,12,15,16,
19,22,25 48:11,12,17
49:2,9,13,15,18,19,23
50:4,5,6,8 51:19 52:4,7,
8,11 53:5,11,13,15,18,24
54:15 55:5,9,15,16,21,
23,25 56:3,5,8,9,11,12,
16,19,22,23 57:1,4,12,
14,16,18,19,22,24 58:3,
10,13 59:21 62:8,9,18,22
63:8 64:6 65:23 66:16
67:9 68:5,6,7,19 69:3,24
70:5,20,24 71:3,4,11,21,
25 72:16,21 73:2,5,6,8,
12,13,17,22,23,25 74:3,
11,12,14,15,16,20,24
75:2,6,10,16,21,23 76:2,
5,6,21 77:3,5,21 78:7,16,
20,22 79:1,7,8,12,20,21,
22,23 80:5,11,12,18,24
81:3,8,11,13,16,17,22
82:4,13,18 83:17,23
84:1,5,12,22,25 85:2,13,
14,23 86:14,16 87:3,12,
16,17 88:7,23 89:4,15,20
91:12 92:6,11,12,21,25
93:1,5,6,10,13,14,15
94:16,18,24 95:7,11,22,
23 96:2,3,10,11,12,13,
17,18,19,24 97:4,6,7,9,

11,14,20,25 98:12,24,25
99:1,2,3,16,17 100:15,
18,20,23,24 101:1,3,6,9,
13,18 102:2,5,7,10,12,
16,17,24 103:1,4 104:19,
24 105:1,2,10,16,17,21
106:6,9,13,16 107:2,17,
18,21,22 108:3,21,23
109:19 110:4,18,20,22
111:4,5,20 112:2,3,5,6,8,
12,14,21,23 113:11,12,
22 114:11,13,18 115:12,
14,15 116:12 118:5,11
119:1,15 120:4,10,24
121:9,19,20,21,23 122:8,
13,21,23,24 123:6,7,9,
11,14,17 124:18 125:1,3,
5,6,7,10,11,12,21,24,25
126:1,4,5,8,12,13,15,19,
22,25 127:2,5,6,11,16,
19,24 128:15 129:4,24
130:4,7,8,14,18,20
131:1,3,4,12,21,22,23,24
132:2,5,10,20 133:21
134:20 136:5,9,10,14
137:14,23 138:1 139:17,
18,22 140:7,19 141:4,11,
13,14,17,19 142:11
144:20,23 145:1,3,4,5,7,
9,14,22 146:17,24 147:1,
5,18 148:12,17 150:3,5,
14 151:5,8,13,18,24
152:2,7 153:5,21 154:5,
7,11,15,23 155:1,3,8,17,
22,23 156:4,9,13,15,17
157:17,22,23 158:1,3,9,
12,15,16,18 161:12,20,
22,25 162:11 163:20
164:6,15,20 165:3
166:21,22,23 167:15
168:14,21,22,24 169:21
170:3,4,14 171:8,9

172:4,24 173:1,3,15
174:1,22 175:9 176:11
177:18,21 178:17 179:2,
8,19,25 181:6,15,18,20,
23 182:18,21,24 183:3,9,
16,17,19 185:10,16,25
186:5,24 187:25 188:5,
20,24,25 189:12,17
190:2,25 191:5,9,12,20,
23 192:10,20,22 193:2,9
194:23 195:2,21 196:1,5,
24 197:1,17 198:1 199:4

**off**
22:24 55:2 78:6 119:1
125:7,8,10 135:11
143:15,18 170:4,11,16

**office**
8:11,12,14 11:14 12:2,13
13:3,10 14:20 17:10
20:18,21,24 24:8,22
25:5,10,15 26:2 28:4
29:24 30:12,15 31:16
32:20,25 33:2,5 44:20
50:2 60:2,11 61:2,25
62:6 66:25 67:4,19 68:2
111:25 112:13,21,23
113:1,17 116:7,10
119:19 128:19,25 175:9
189:1 194:13

**Office's**
24:1 28:14

**officer**
174:12 187:22 188:2,8

**officers**
177:17,24 178:7 188:11

**okay**
7:2,10,11 8:2,3,24 9:21
10:14 15:19 18:6 20:15,
22 21:2,11,16 23:7,17,25

24:9 27:9,11 31:13,19
32:11,23 33:21,22 34:5,
6,23 38:13 45:21 48:22
52:10 59:2,11 61:22
64:5,16 67:18 70:8 76:3
77:11,24 79:19 80:16
83:1,22 85:1,5,6 87:16
89:25 90:3,11 91:9,11
94:12 97:16,24 98:2,14
99:4 100:19,22 102:1
107:3 109:1,4,7 112:18
119:25 120:23 122:18
127:10 128:24 129:3
133:19 136:17 137:13
138:9,10 139:9,16 140:6
148:21,22 149:2,4
151:21 152:24 153:3
155:10 157:16 158:15,20
159:24 162:5 163:7,15
165:24 169:13 171:21
175:24 176:9 177:11,20
178:10,17 180:7 181:3
182:17 183:12 185:6,25
186:7 190:9,23 191:18,
25 192:4 194:18 196:21
197:16 198:3,6

**old**
62:9 107:18 173:22

**older**
106:13,20

**on**
10:12 13:15 14:24 15:23
17:4 22:23 23:25 24:21
26:5,7,11 27:13 29:10,
11,25 30:3,5 31:24 32:8
33:12,15 34:23 35:9 36:7
37:17 38:8,13 39:23
40:6,9,10 41:21 42:7
43:18,21 44:2 46:17,18,
20,24 47:2,5,12 48:1,5,

12 50:4,7,11,21 53:12,21
55:18 56:18,22 57:3,12,
15,16 60:12,23 62:23
63:20 64:3 65:5,14,18,24
66:10,15,20,21 67:20,23
68:11,23 70:16,20 71:3,
4,19,24,25 72:9,14,22
73:2,8,17,21 74:8,11
75:9,20 78:16 79:2
81:15,17 82:17 83:11
84:22,24 85:12,14,17,23
86:13,14,18,24 87:3,8,9,
13,23 91:14 92:6,18,19
93:4,9,17 94:1,9,12 95:8
96:17 97:22 98:16,21
99:6,9,12 100:12,19,23
101:8 102:5,12,15,24
103:7,12,16 104:1,5
105:2,6,10 109:19 110:3
111:7 113:13 114:13
116:16 117:2,6,14
118:17 119:16 120:21
121:3,20 123:11,24
124:6,11 125:12 127:6
128:20 130:20,22 131:4,
6,15,24 132:11 134:8,11,
13,19,20 135:2,3 136:16
137:2,5,6,21 138:11
139:13,18,22 140:7,10,
13,17,22 141:20 142:17
143:2,16,17 144:23
145:4,18,19,23 146:24
147:1,3,5 148:17,24
150:9,13,16,17,18,20,21
151:8,11,12 152:25
153:1 154:3,22 155:3,4,
8,9 157:17 160:10
161:22 162:6,11,20
164:24 165:2,7 167:11,
12,16 168:4,14,19,20,21,
23 169:3,6,7,10,11,24
170:6,15 172:21 173:19,

20,21,23 174:13,23
175:9,16,20 176:9
177:25 178:1,7,19
179:16,22 180:4 183:10,
16 184:16,21,24 187:3,
14,18 188:3,21,22,23
189:15,17 190:16,25
191:19,20 193:3,10,17
195:3 196:9,16,19
197:24 198:4

**once**
10:6 38:4 65:12 80:2,3,
13,22,25 81:3 88:18
112:24 113:5 128:25

**one**
9:18,22 10:16,20 11:9
19:3 22:22,24,25 25:6,7
29:10,24,25 31:22 43:22
48:17 57:11 63:22 64:5
66:20 74:19 75:4 80:4,6,
15,17,20 91:24 92:2,9,15
93:3,11,12 99:11,19
100:7 101:21,25 104:4
105:5 109:6 111:19
115:10 125:5 139:1
158:12 161:12 162:9
182:18,21 183:2,4 196:5,
24

**one-year**
11:17 24:2,19

**ones**
104:22 105:3

**only**
10:15,25 19:7 41:12 68:1
80:14 99:18 102:23
139:6 183:4

**open**
55:21 58:21 64:20 65:1
66:2,4 154:18

**opened**
  64:24 65:13 66:18

**opine**
  147:20

**opinion**
  53:12 56:22 57:16 74:23
  75:1 79:23 96:4,11
  125:18,20 129:3,23
  134:18 135:1 187:11,14,
  18 190:5 196:23 197:3

**opinions**
  52:2 114:12

**opportunity**
  7:4 27:2,12 29:19 44:11
  45:9,20,22 51:23 83:12,
  13 84:8,19 86:17 115:18
  136:3,8

**oppose**
  151:3

**opposite**
  70:24

**option**
  88:17 198:15

**or**
  6:23,24 7:15,16 14:5,6,
  22 16:1 19:13 20:3,11,
  12,18,19 21:23 26:20
  31:5 33:25 35:5 39:3
  40:16,22 41:12 43:1,16
  45:5 48:21 52:5,7 53:22
  54:3,16,23 55:8,21,23
  56:6 57:23 58:5,8,15
  60:7,11 61:20 63:8 64:14
  65:5,8,16,17 66:2 67:14
  69:14 72:16 73:10,11,12,
  18,20 74:9 75:17 76:20
  78:5 79:6 81:5,12,18
  87:8 89:18 93:14 97:11

100:2 101:24 102:8
107:18,25 109:8,25
112:6 113:4 116:24
117:11,15,20 118:14,20,
21 121:1 124:5 126:24,
25 128:21 129:24 136:20
139:4,25 141:13 142:1
145:21 146:13 147:5,10,
11,15,23 148:6,14
149:21,23,24 150:1,4,6,
15 151:4 156:6 157:12
159:3,12 160:3,18
164:10 166:12,13 167:10
172:16 173:13 174:22
175:21 181:1,3 184:14,
22 190:18 198:15

**oral**
  117:21,25 118:5

**order**
  63:10 75:15 117:9 142:7
  182:21 198:22

**ordered**
  110:10,12 112:5,6,9

**ordering**
  64:13

**organizations**
  19:18,25

**organize**
  145:20

**organs**
  17:1 55:22,23 58:16

**origin**
  125:1,3

**original**
  34:24

**other**
  7:8 8:4 10:14 12:9 13:6,

15 17:8,9,13,17 19:15
30:19 31:3,5,24 32:25
33:23 37:20 39:23 40:14,
25 41:2 42:13 43:12
51:18 53:19 54:3 63:5
72:16 73:12 75:11 81:4
92:6,7 97:19 107:21
125:6 142:6 144:14
145:2 150:2 157:6
171:12

**our**
  14:3,20 17:21,22 37:18
  42:6 46:2 51:9,12,13
  60:11 62:2 64:24 65:8
  66:25 67:8,9 84:5 109:19
  111:25 112:2,8 116:10
  121:3,20 124:17 128:11
  175:9 178:21 179:1
  197:22

**out**
  42:7 45:12 67:11 75:13
  77:7,21 87:20 88:19
  89:7,16 90:10 107:18
  118:2 127:3 150:3,8
  154:7 155:1,23 156:3,4,
  9,17 165:25 168:22,24
  179:17 191:16,19

**outside**
  14:19 94:20 154:20,23
  155:1 156:14

**over**
  7:6,8 14:17 42:5 55:19
  62:13 78:22 154:14
  167:15,23,25 168:3,9,13
  184:1

**overdose**
  109:25

**overhanging**
  93:1

oversight
  24:24

own
  35:10 37:3,21,22 38:9
  40:4 111:1

_____

P

p.m.
  34:8,20

package
  65:20

packaging
  64:18,20 66:2

packet
  48:17,20 64:10

page
  30:5 34:19,24 38:14 39:6
  40:9,18 44:9 46:17 48:11
  49:2 50:6,11 68:5 111:24
  112:3 129:4 134:11,12
  137:2,6,9,14,21 138:1,11
  139:11 146:24 147:3
  148:17,19,22,24 149:1
  151:18 152:25 153:1
  155:3,4,6,7,8,9 164:24
  165:7 167:11 177:21
  179:7,19 182:14 184:21
  187:25 188:20 190:25
  194:22,23 196:9,15,17,
  19,20

pages
  44:8 49:10 83:17 111:20
  112:1 113:11,12 133:13,
  21 164:4

pain
  132:21

pallor

95:19,23 96:2,15,25
97:4,6,12,20,25 98:12

panel
  110:10,12

pants
  67:22 117:18 138:4

paper
  136:16

paragraph
  30:3,6 38:14 39:20 68:6,
  7 69:1 179:12 189:2

paragraphs
  70:15 71:6

parallel
  129:21 149:19,21

parking
  157:17 161:20,23

part
  22:17 23:5,9 24:16 46:3
  73:17 75:9 79:9 84:5
  93:1 94:18,20 95:23
  101:9,10,11 102:12
  103:20 130:7 131:23
  166:22,23 170:16 179:25

particular
  27:16 31:14 45:11 57:2
  106:9 153:20

particulars
  82:22

parts
  26:20 93:9 131:22
  155:17

passed
  54:19

past
  78:3 132:22

path
  162:20 163:4

pathologic
  122:20

pathologist
  15:2 20:25 25:21

pathologists
  13:15 19:21 57:9

pathology
  11:1,4,6,10,15 12:13,15,
  21 13:1,14 16:5,7,8,12,
  13,16,17,18,22,23,24,25
  17:3,4,9,19,21 19:20
  22:11,12,20,21,25 23:1
  24:2 25:18,19 57:10
  130:24

patient
  14:4

patients
  14:8 62:2

pattern
  24:11

patterned
  96:14

paying
  20:12

PCP
  128:5 129:5,25 130:11,
  15 131:11,14,19 132:14,
  20 151:23 152:6

PDF
  198:22

PDFS
  161:11

peak
  82:20

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.
KIRSTIN HOWELL, M.D., 07/07/2021
255
Index: peaks..picked

**peaks**
82:18

**pediatric**
17:20

**penetrate**
80:21 148:14

**penetrated**
148:9 149:7,8

**penetrating**
126:23

**Pennsylvania**
9:10

**people**
14:18 17:5 23:18,22
26:13 33:4 35:10 40:23
63:21 82:13 132:11
180:4 184:14

**per**
13:17 44:9 63:23 64:5
116:11 166:4

**perfectly**
166:18,19,25 167:3,6

**perform**
24:13 37:22 109:19
112:2 115:5

**performed**
20:20,23 27:13 28:2
30:20 31:14 32:21 35:18
36:8 42:24,25 60:4,12
65:9 109:23,25 110:3
112:7 113:4 114:20
115:4,17 130:23 131:1
188:24

**performing**
14:25 32:16 36:2,11,21
37:2 39:16 41:1 42:3
114:14 130:12 133:10

**perhaps**
172:17

**period**
22:7 26:11 110:4 131:12
154:7 155:22

**peripheral**
109:11,13 129:8,11

**permanent**
18:9,20,24 19:4,10

**permit**
18:11

**perpendicular**
149:9,11,14,17 166:13
182:23 183:4

**perpendicularly**
166:14

**person**
14:2 25:6 31:5 106:20
130:9,15 132:9 134:16

**person's**
131:5 132:3,15 153:5

**personally**
51:2,3

**phasing**
23:23

**Philadelphia**
9:10

**phone**
8:21

**photo**
82:22 94:17 115:12
119:17 120:8 162:7
170:20

**photograph**
46:17,19,23 47:12 86:20
90:12 94:21 95:7 96:10,

11 97:19 101:13,18,24
115:8,9 134:12 158:5,10
159:10,24 160:14
161:10,19 163:20 165:3,
19 166:1,4 192:10,22
193:2

**photographed**
86:22

**photographers**
115:3

**photographing**
115:9

**photographs**
41:4 44:5,9,12,15,16,21,
24 45:3,10,12,22,24
46:5,10 47:20,25 48:9
76:20 79:15 82:24 83:2,
14,17,18,19,20,22 84:9,
17,20 85:2,4 86:2,17
87:7,12 96:2 98:19,23
100:11 104:25 114:22,25
115:2,4 157:6,10,16,20,
22,25 158:3 161:1 164:7

**photography**
114:20

**photos**
41:3 45:7 47:10,16 56:25
68:1 76:17 79:13 99:17
102:22 115:11 118:25
157:12,13,14,23 161:12
170:25 171:9 173:2
197:21,22,24 198:1

**physically**
113:3

**physician**
120:5

**picked**
128:11

C00 AdvancedONE LEGAL
(866) 715-7770
advancedONE.com

**picture**
88:6,24 169:21,23

**pictures**
172:24 173:1

**piece**
74:11

**pilot**
23:21

**pipe**
36:16,18,24 38:6 172:16
178:24 190:8

**pipes**
179:15,22 180:5

**place**
34:23 118:4 136:13
156:21 186:1

**placed**
165:8,20

**plaintiff's**
170:1 199:7

**plaintiffs**
119:22

**plate**
55:21

**please**
6:8 7:16,24 34:4 107:24
115:12 135:10 138:9
151:20 153:2 169:24
171:5

**plus**
11:9

**point**
7:23 18:23 19:1 28:9
85:3 87:20 89:16 104:24
109:10 138:7 156:10
168:22 180:23

**pointing**
89:7

**pointy**
70:5

**pole**
157:23 158:9,15,19
159:2,4,7,12,13,21
160:2,3,10,17,19 161:3
171:9,10

**poles**
158:1,2,12 161:2 180:8,
10,12 182:1,18,21 183:3
195:17,18,22 196:1,6,24
197:12,14

**police**
41:14 62:15 117:19
177:17,24 178:6,18
188:7,11

**policies**
28:14

**pooled**
169:6

**poor**
7:18

**pop**
118:2

**port**
72:15

**portion**
97:9 99:1

**portions**
27:18 53:3 136:18

**position**
15:4 16:5 17:9

**positioning**
46:4

**positions**
19:24

**possibility**
94:8 172:20 173:9,11
192:11

**possible**
28:6,9 37:8 42:13 70:16,
19 71:2 93:12 104:21
154:9,10 155:13,15
156:7 159:1,3,15,20
160:7,19,25 162:23,24
167:8 173:24 174:3,9,20
175:7,10,17,21 176:24
182:18 183:5 185:9,15,
21 186:11

**possibly**
89:8 156:2

**posterior**
42:22,23 43:4 81:18
86:5,8,18 87:12 92:11
95:15 99:13 121:1,5
123:12 144:19 145:24
146:1

**posteriorly**
43:16

**postmortem**
27:3,11 49:3,9,13 53:9,
10 58:6,8,18 59:5 60:3
98:14 100:4 102:3 124:8
144:18 188:23

**potential**
16:6 110:3

**pounds**
60:25 61:1

**powerful**
183:6

**practically**

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                                    257
KIRSTIN HOWELL, M.D., 07/07/2021                    Index: practice..provides

166:21

**practice**
41:21 49:17 112:21,23
116:13 117:4,5 188:10

**prefer**
27:9

**preliminary**
55:3

**premarked**
179:3

**preparation**
35:21,25 36:5

**prepare**
35:9

**prepared**
29:23 177:12 188:19

**present**
26:20 53:1,4,5 151:24
152:6 195:7

**presentation**
131:5

**presentations**
17:21

**presented**
123:2 157:14 178:21
194:6

**presently**
21:12

**pressing**
48:18

**presumably**
64:12,14

**pretty**
16:15 23:2 27:17 154:15

**previous**

23:18

**previously**
49:1 107:12,15 108:25
122:24 134:5

**prior**
32:15 35:15,21 39:15
41:8 44:5 49:22 84:7
129:25 130:9,11,15
143:7 171:13 173:3
176:20,25 177:10 192:14
193:18,24 197:21

**probably**
9:1 30:3 61:24 71:10
87:5 96:6 111:12 116:20
117:3 189:11

**probation**
26:12

**procedures**
28:14 42:8,13,20 109:2
114:19

**proceedings**
199:9

**process**
54:25 55:5,24 56:7,11,15
62:18,21 66:13 116:2
117:24,25 118:8,23

**processes**
55:7

**processing**
176:1

**produced**
44:9 50:18 115:24
119:19

**product**
54:15

**production**
170:2

**professional**
14:20

**professor**
12:17 13:3 17:14

**professorships**
13:7

**Progenitors**
10:10

**program**
12:21 13:12 18:17 23:5,
9,14,21 24:15

**properly**
65:23

**proposed**
172:22

**prosecutor**
138:12,24

**protective**
63:5,7 64:21 66:6 196:2

**protocol**
27:7 45:2,4 51:8,19,23
52:5,9,25 102:14,18
109:22 123:19 170:23
172:1,5 181:4,8,24
188:12 191:14,15,16,19
197:21

**protocols**
28:3

**provide**
20:13 172:24 180:14

**provided**
119:21 141:9 170:25
171:1 183:9 185:25
186:15 192:19 198:6

**provides**
13:13,14

**publication**
10:7,15

**publications**
10:14

**published**
10:1,5 124:14

**pull**
85:5 118:13 190:23

**pulled**
118:8

**pulmonary**
57:24

**punch**
189:18

**punched**
75:13 77:21 150:8

**puncturing**
116:5

**purple**
81:17 85:23 91:23 95:22,
24 98:16,20 100:8
173:23

**purpose**
53:8 112:3

**purposes**
14:3

**pursuant**
28:13 119:20

**pushed**
150:4

**put**
39:3 62:15,23 64:2
65:14,18 66:9,20 118:6,
12 119:2 121:23 122:2
124:10 137:10 169:24
174:16 177:19

**PX**
188:18 199:4

**Q**

**Q-TIP**
65:5,16,19,20,22 66:1
109:8

**qualifications**
16:2

**quantification**
47:1,5

**quantify**
156:16 157:2

**quarter**
100:7

**quarterly**
23:6,9

**question**
7:5,14,19,20 20:10 27:21
28:18 45:19 107:25
134:25 143:12 167:12,
13,18 172:6 177:22
178:5 181:2,22 182:6
184:14,18,21 185:8,14
186:7

**questioned**
21:7 32:3

**questioning**
195:16

**questions**
7:18 23:16 26:13 34:1
37:24 68:16 144:12
146:20 148:1 169:14,15
197:5

**quick**
6:21 16:15 91:9

**quickly**
54:21 55:4

**quote**
184:24

**R**

**radiograph**
121:3 122:13

**radiographs**
120:3,4

**radiologist**
120:5

**radiolucency**
121:18

**ran**
152:9

**rashes**
53:20

**rather**
23:20 123:15

**reach**
8:21 37:3,10 74:23 75:1
79:23 125:18,20

**reached**
45:13 51:16 52:6 68:24
114:13

**reaching**
26:22 39:17 45:25 46:6
56:21 57:3,15 130:13

**read**
77:6,7,8 107:8 120:4
148:18,22,25 151:19,20
152:24 155:5 196:17

**readily**
59:7

**reading**
15:15 120:2 153:15
165:22

**real**
91:9 190:12

**reason**
7:25 19:2 33:25 44:23
45:1 128:1 162:9

**reasonable**
125:20,23 126:3,7,11
127:4,11 186:24

**reasonably**
96:6

**reasoning**
13:11

**recall**
11:20 19:8 31:12 32:5,8,
10 36:14 39:18 41:16
42:17 51:25 52:8 53:3
55:7 114:9 138:22 158:4
174:24 175:3 176:23
178:4 180:13 181:11,25
182:1,10,24 183:11
184:17,19 186:17,19,23
187:9,11,22 188:7,15,16
190:20,22 192:1,3,17,23
193:5 194:11,16 195:13
196:3 197:14

**receive**
9:6 14:22 18:24 22:6
24:9 45:6 58:12 113:17
114:1 171:3

**received**
9:4,8 18:20 19:4 24:18
28:8 35:5 131:10 154:5,
21 162:21 171:7,8
185:22 187:3,14 190:20
191:4 193:9

**receives**
128:19 129:1

**receiving**
9:11 186:5 195:18
197:17

**recent**
15:11,12 71:16 91:18
94:4 96:4,7 129:24
138:14 143:14,24 144:9,
24 146:2,5

**recently**
39:14 72:19

**recertified**
22:4,10 23:4

**recognition**
24:12 132:13

**recognize**
111:21 164:10

**recognized**
139:5

**recollection**
41:17 84:21 86:24
102:21 178:11 188:5
189:8 191:2 195:3,12
196:22

**record**
6:9 27:4,12 29:9 30:2
44:2 83:11,16 84:5 94:15
95:6 96:9 120:23 133:19
135:11 137:3,10 161:13
169:25 190:16 193:12
197:16 199:3

**records**
58:11,12 76:20 173:14

**recover**
63:10

**red**
97:21 162:6,8

**refer**
72:6 103:20

**reference**
36:16,17,19 54:13 137:8

**referred**
14:20 175:9

**referring**
82:23 102:25 103:23

**refers**
112:11

**reflect**
55:18 86:2 90:19 91:2
98:11,20 122:3

**reflected**
55:20

**refresh**
36:1 82:22 84:20 86:23
102:20 153:15 178:10
189:8 195:3 196:22

**regard**
24:7 36:2 42:11 45:3
56:13 123:3,21 134:25
138:14 143:14 166:8

**regardless**
37:1,20

**regards**
188:8

**Regular**
198:23

**related**
171:18 179:13,20

**relates**
27:13

**relative**
   21:18 77:12 78:12 87:21
   157:11

**reliable**
   30:22 31:2

**relied**
   31:24 32:8

**rely**
   31:19 57:3,15 68:23

**remained**
   154:13,14

**remaining**
   112:1

**remains**
   188:24

**remember**
   30:1 34:3 42:9 137:12
   138:16,19 139:2 159:9
   160:1,16 172:15 177:4
   180:7,10 182:4,6,8
   187:2,13,25 188:9
   189:12,14 195:9,18

**Remind**
   129:11

**reminder**
   198:11

**remove**
   55:21 62:19 64:17 66:19
   117:18 118:5,6,14

**removed**
   116:17,20,24

**removing**
   118:8

**repeat**
   7:16 16:14 47:4 107:24
   171:5

**rephrase**
   7:16 107:25 183:13

**report**
   27:3 29:1,17 30:4 31:14,
   18,20,25 32:12,15,21
   40:22 41:1 42:6 49:2,9,
   13,20,21,22 50:21 54:13
   56:25 77:3 91:11 111:24
   112:1,11,15,16,17,18,24
   113:3,5,8,10,12 114:4,12
   116:11 122:20,23
   124:10,11,17 129:1,5
   133:3 145:3 170:25
   174:17,18 175:6,17,20,
   22 176:1,20 177:10,11
   178:19,22 179:2 180:20,
   22 181:8 187:19 188:1,3,
   19 190:21,24 191:5,12,
   19,21

**reported**
   62:9

**reporter**
   7:1,7 69:16 136:11
   138:8,24 198:23,25

**reporting**
   189:4,9

**reports**
   30:19 31:3,7 32:4,7
   112:14 113:5,18,23
   175:8

**represent**
   119:18

**representation**
   115:14

**represented**
   194:3

**request**
   173:15

**requested**
   109:21 198:3

**require**
   58:10,19

**required**
   28:4,15

**research**
   9:18,22 10:2,17,18,20
   11:9 13:10

**reserve**
   198:15,18,21

**residency**
   9:15,17,18 10:16,19,20,
   21,22,24 11:1,5,6,7,9,11
   18:18 19:3,4

**residents**
   12:20,25 13:21 14:3

**respiratory**
   127:24

**restroom**
   190:11

**result**
   10:1 106:16 113:7
   125:25 126:1,13

**results**
   111:11,13 112:10,14,25
   114:7,11 116:19 117:14
   124:19 127:21 133:1

**retained**
   20:2,11 83:25 84:3 109:5

**returns**
   129:17

**revealed**
   37:22

**review**
   20:12 27:2,12 29:19

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    261
KIRSTIN HOWELL, M.D., 07/07/2021              Index: reviewed..same

32:11 41:2 45:9,20
49:20,22 51:23 56:25
84:8,19 86:17 115:18,20
136:4,8 170:22 171:12
176:19 177:6 179:18
181:18 183:14 197:20
198:19

**reviewed**
31:3 32:15 35:14,24
36:4,7,10 41:7 44:5 52:4
114:22 157:7 171:13
176:24 177:7,11 179:4,
10

**reviewing**
35:21 40:25

**reviews**
58:11

**revise**
180:23 181:14

**revised**
180:20,25

**revises**
180:24

**revision**
181:16

**RI**
40:10

**ribs**
55:22

**ridge**
82:14

**right**
15:23 18:2,12 20:8 23:4
27:19 29:3,5,9,15 34:18
36:5,8,24 39:22 46:18
48:25 60:7 61:17 68:13
69:2,8,9,19,23 70:4,9,15

73:17,22 74:11 78:4 79:6
80:18,22 82:5,6 83:4,6
86:6,25 88:10,20 89:2,4,
17,18,19 90:1,14 91:7,16
92:6 95:9 97:1 99:3
100:9,12 102:2,5,15,24
103:8,13,16,17,18 104:2,
5 105:6,11 106:17 108:4,
16 109:2 110:23 111:8
112:19 113:14 114:20,23
117:16 120:13 121:3,19
122:6 124:24 125:1,3,5,
6,10,11 129:6 134:16
135:7 137:6,18 138:11
139:11 140:4,7 141:11
142:25 144:10,20 145:5
147:1,6,12,24 149:15
152:22 153:6,12 155:13
159:2,6 162:8,22,24
164:13 166:3 167:16
169:10 170:19 175:7
177:13,14 178:20,24
180:21 183:19,23 185:4
195:19 196:7 198:4
199:5

**right-hand**
137:11

**Rios**
188:2

**role**
12:15 13:4

**room**
138:4

**round**
74:25 75:4,12,19 79:24
80:7 127:7,12 149:6,8,
13,18 150:8,23 166:18,
19,22,25 167:3,6 168:15
172:17

**route**
156:24 184:25

**rule**
8:4 33:23 110:17

**ruled**
110:10,15,20

**ruler**
87:21 88:1 96:23 164:15
165:3,8,20,22 170:4
197:24

**rules**
6:21 33:24 34:13

**run**
26:18 67:10 190:11

**runs**
129:16

**Ryan**
188:2

**S**

**said**
21:7,13 37:2 47:4 76:12
80:17 101:3 134:15
145:5 151:6 153:4,8,14
155:6,12,14 158:20,21
162:19 163:20 165:7,18
175:5 178:18 182:11,15
191:3 192:9 196:5,8

**same**
22:23 33:12 34:18 39:20
63:20 69:1 77:3 80:9,22
90:9 94:9 95:12 97:10,18
100:24 101:5 134:25
138:11 141:4,7,8,20
142:4,9,14,19,20,21,25
143:5,10 146:10,13,14,
16 147:11 160:5,21

C00 AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

165:13 167:6 168:12
169:21 173:18,25 174:9
189:24 190:2

**samples**
67:9 109:20 117:10

**sanitized**
64:8 65:23

**sanitizing**
64:13

**Santoro**
30:7,9,20 32:19 35:4
37:6 39:21 40:15,22 41:5
44:17,24 110:23 176:7
188:1

**Santoro's**
31:3,6,25 32:7,12 36:23
37:2 41:1 48:6 175:20

**SAO**
188:22

**SAO0060**
164:5

**SAO0061**
164:14 165:13

**save**
85:9 91:9 122:6

**saw**
85:7 88:2 114:11 139:16
143:15,25 145:2 150:24
168:16 183:25 193:1
197:22

**say**
21:21 32:6 45:6 49:4
51:14 61:22 63:6 76:25
80:3 103:18 112:12
131:7 138:24 141:3
142:7,11,23 146:5
154:10 156:7 171:11

175:10,20,21,23 180:19
186:24 189:15

**saying**
7:7 23:8 31:2 33:9 36:17,
19 41:22 52:20 75:18
93:14,18 136:12 138:9,
25 141:19 142:22 152:5,
10 156:1,2,8 166:24,25
168:3,7 173:10 176:16
187:11,13 193:22 194:4

**says**
28:25 40:10 50:6 61:16
77:5 89:22 120:24
175:17 176:2 179:4,12,
16 188:22 189:4

**scab**
55:2 94:20 145:17,19

**scabbed**
94:5,7,22 95:8,12

**scabbing**
145:4,13,16

**scalp**
74:8 75:15 78:15 148:9,
14 149:7,14 154:7
155:18

**scar**
39:21 54:12,13,14,15
55:3 71:17 72:7,10

**scarring**
39:22 54:22

**scars**
71:7,13,19 145:11,12
173:21

**scattered**
124:5

**scene**
24:10 40:6,10,16 41:3

44:4,12,15 45:3,6 47:16,
20,24 157:12 173:2
176:1,20 177:17,25
178:7 184:16,25 185:10,
16 197:21

**schedule**
15:17

**Schnidt**
6:7 7:13 27:22 28:19
29:14 31:1,10 37:14
38:1,12 44:2 45:17 48:4
49:8 54:10 68:17 69:13,
15,17 70:3 83:11 85:9
89:12 90:18 91:1 93:22
94:25 95:4 97:15 98:8
111:18 119:13,23 120:1,
17,22 121:11 122:11
130:6 133:16 134:24
135:6 136:2,22 137:1
143:8 144:7,16 146:6,21
148:5 149:1,5 159:18
160:8,23 161:8,18 162:4,
13 163:3,14 164:3
169:13,24 174:5 175:12
176:12 177:1 178:1,13
184:7 185:17 186:12
187:5,16 190:13 192:5,8,
15 193:13 196:13 197:5
198:10,20,22,24 199:6

**school**
9:9 131:8,9

**science**
9:4

**scientific**
125:21,24 126:4,8,12
127:5,11 186:24

**Scientists**
19:23

**scrap**
43:1

**scrape**
89:18

**scrapes**
54:2 73:11

**scratches**
55:1

**screen**
28:22 122:8 188:21

**scroll**
45:14,18 87:11 179:7

**scull**
78:12

**seal**
118:7 119:2

**sealed**
64:17,20 65:20 66:2
118:1,15

**second**
29:10,25 34:24 43:22
137:2

**section**
145:7,9,14,23

**Sections**
107:4

**see**
28:24 29:6 34:1,9 37:8,
18 38:15,17,21 39:8
40:2,12 43:16 48:13
49:10 50:13,15 51:4
52:25 55:9,19 56:5,19,25
67:24 68:9 69:5 70:19
71:8 72:24 80:11,24
81:2,4 85:4 86:14,17,23
87:3,11,21,22 88:10,13,
17,20 89:16,24,25 91:6,

15 94:25 95:2 96:1,14,24
97:21 100:17,19 101:2,
12,18 102:20,24 105:25
107:6,17 112:15 113:13,
22 114:3,7 120:6,18
121:6,13 122:3 124:19
128:15 134:12 137:2,6,
15 138:7 139:14 148:21
149:20,22 150:5,12,18
151:5,8,14 153:21 157:3,
16 158:9,18 159:7,21
160:10 161:19,22 163:7,
16 165:5,10 166:8
168:25 176:4,6,16
179:16,18 182:15 185:1
186:8 188:3 189:2,15,22
195:2

**seed**
48:16,20,21

**seeds**
48:17

**seeing**
30:1 88:25 96:19 114:9
164:24 175:3 176:23

**seems**
176:18

**seen**
24:4 30:19 39:15 47:9
67:16 72:13 79:2 105:2
123:24 134:16,20 135:3
150:19 157:6,10,15
180:11 197:14

**sees**
191:21

**selected**
24:9,13

**semicircle**
189:19,25

**seminar**
17:16

**seminars**
17:13

**send**
17:25 18:1 43:21 49:21
83:3 198:11,12,18

**sends**
67:9

**sense**
7:15 52:3 139:4

**sent**
52:9 67:11 109:16
113:20 161:11 171:6
180:24

**sentence**
30:6 38:15,19 68:6 71:7
77:5 105:24 107:8 139:3

**sentences**
69:2

**separate**
33:15 56:15 63:17
101:24 119:4 127:3

**separately**
20:12

**September**
16:1

**series**
23:15

**service**
50:19 51:11

**set**
194:16

**setting**
194:15

C00   AdvancedONE        (866) 715-7770
LEGAL                     advancedONE.com

**seven**
  11:8 15:10 49:2,10

**several**
  9:14,16 57:12 118:11
  138:4

**shakes**
  33:7

**shaking**
  6:23

**shape**
  74:23 75:8 147:12
  189:24

**shaped**
  139:18 149:21 189:16

**share**
  28:22 87:10

**she**
  162:1 189:16,19 194:3,6,
  19 195:12

**shield**
  63:8

**shirt**
  67:25 134:13,16,21
  135:3

**short**
  118:14 190:10

**shorter**
  61:20

**shot**
  120:12 121:4 122:8

**should**
  45:6 109:23 134:7

**shoulder**
  94:2,12,16,18 95:9
  103:19,21 145:18

**show**
  43:18 48:25 90:14 102:2,
  10 122:7 164:23 166:4
  169:20 175:24 192:21
  194:21

**showed**
  122:8 199:3

**showing**
  44:3 98:9 111:14 119:8
  120:13 128:14 133:12
  136:23 158:7 159:6,21
  160:9 161:9 163:23

**shown**
  46:10 47:13 95:6 157:20,
  25 158:2,13 159:9,24
  160:14 163:20 164:7
  165:2,14,19 166:1 192:9

**shows**
  15:17 95:11

**sic**
  49:1 179:22

**side**
  50:13 81:16,17,21,23,25
  84:25 85:12,14,23 91:23,
  24 92:12 93:5,13 104:2
  121:19 125:5,6 137:11
  139:23 140:7 144:23
  170:12

**sides**
  96:17

**sign**
  14:22

**signature**
  50:11 51:4 198:15

**signed**
  23:22

**significance**

38:24 71:20,25 147:14

**significant**
  27:18 45:12,16 71:3

**signs**
  39:23 40:5

**similar**
  43:5 184:19

**similarly**
  53:25 163:15 167:5

**simple**
  54:24

**Sinai**
  9:13 10:23

**since**
  11:24 76:12 157:1,3

**sit**
  174:25 183:12 188:4,14
  191:25

**situation**
  19:8

**six**
  103:7,12,15,25 184:4
  185:7 186:1

**size**
  75:1 97:6,11 158:15,16
  172:4

**skin**
  54:2,3,6,8,9,18 55:18
  71:16 72:9 73:11,19 74:8
  76:9 81:13 82:19 92:25
  93:1 95:22,24 126:25
  140:13 151:2,3,6,7,8

**skull**
  74:12,13,17,21 75:6,12,
  14,20 76:12,13,15,21
  77:13,17,21 78:4,14,18

79:22 80:21 106:5 107:2
108:12,23 120:7 121:7,
13,17,24 122:4,16 123:7,
10 126:24 127:7 146:17
147:20,21,22,23 148:9,
14 149:7,14,23 150:7,18,
20,24 151:14 155:19
166:9,11,12,17 168:5,16,
21 182:23

**sleeve**
196:2

**sleeveless**
67:24

**slightly**
88:8

**smaller**
74:1 75:17 97:3,11
104:11,23 105:1,3 167:9,
10

**so**
8:13,24 9:19 10:18 11:7,
8,18 13:8,24 14:16 16:9,
25 18:11 20:6,11 21:11,
21 22:13 23:2,22,25
24:18 25:6 26:5,17 27:25
28:1,8,13,22 29:15 30:5
32:6,11,22 34:15 35:13
36:4,17 37:6,17,20 39:1
41:9 43:20 44:18,23
45:19,21 46:17 47:20
48:24,25 50:23 51:14
53:14,17 54:25 55:4
56:18 57:22 58:10,18,24
61:8,22,24 62:4 63:24
64:5,12 65:2,19,23 66:18
68:2,3 69:18 70:9 71:13,
15,16 73:5,7,17,19 74:7,
8,9,10 75:8,10,15,18
76:6,9 77:21,24 78:13,
14,18,22 79:1,5,8 80:16

81:25 82:13 83:12,21
84:18,19 85:11,16,19
86:13,22 87:16,25 88:4,5
89:17,22 90:13 91:5,9,12
92:7 93:19,20 94:5,18
95:5,6,21 96:9,13,23,24
97:9,18 98:9,13 99:4
101:9 102:16,19,24
103:3,6,7,9,13,15,21,22,
25 104:14 105:2 106:4,
15,19 109:11,13,14
110:22 111:3 112:8,18
115:10,11 116:11,13,16,
24 117:8,12 118:2,10,25
121:4,20 122:5,14,17,23
123:18 124:15 125:9
126:3 127:4 128:4,24
129:3 130:11 132:4
133:5,19 134:10,17
136:23 137:8,14,24
138:22 139:6,10,11,16
140:3,22,25 141:23
142:11,17 144:17 145:2,
8,12,18,19 147:11 149:6,
13 150:3 153:7,9,18
154:16,18 156:1,14
157:10,19 158:14 159:2
165:18 166:13,24 170:15
172:2 173:21 174:15
175:25 177:6 178:4,10,
17,25 179:1,18 180:3
181:3 183:9,25 184:21
185:6,25 186:22,23
190:17 191:13,18 193:1
195:25 196:15

**Society**
19:20

**software**
51:13

**some**

9:23 14:1 17:22 21:23
23:22 31:5 33:19,24 34:1
50:13 55:9 58:14 60:6,8
62:1,4,23 63:7 67:20
72:11,16 74:12,15 82:13
85:2 92:25 109:19 118:5
122:25 130:16 131:3,9
136:17 138:25 139:7
145:4 162:20 171:2
172:17 195:1 198:1

**somebody**
20:22 31:15 54:25 61:11,
20 113:8 130:18 131:15
152:22

**someone**
16:21,22,25 20:11,24
53:17 57:6 73:7 96:15
116:24 117:15 130:11
131:11 153:10,16,17

**someone's**
54:19

**something**
13:8 15:15 19:12 23:10
39:3 48:22 53:20 54:11
72:8,15 89:23 107:18
118:21 121:18 125:15
150:15 181:20 184:19
186:7

**sometimes**
37:16 72:7,8 112:7
115:13

**somewhat**
149:19

**somewhere**
77:22 191:17

**soon**
25:25

C00 AdvancedONE LEGAL (866) 715-7770 advancedONE.com

**Soriano**
49:24 51:15,22 52:1,4, 11,14,17 137:19

**sorry**
47:3 49:3 61:10 63:22 64:1 65:11 68:6 77:5 89:11 99:8 100:16 101:17 109:4 129:22 139:3 149:10 156:5 179:17 181:8 196:12,18

**sort**
52:8 63:7 118:5 150:3 196:1

**sound**
7:21

**sounded**
54:9

**sounds**
93:19

**source**
97:14

**space**
106:4 107:2 156:13

**spare**
85:2

**speak**
35:4 41:14 153:12,16,17 171:14 188:10

**speaking**
7:8 35:10 40:23 177:16, 24 178:6 187:22 188:5,7

**specific**
64:2

**specifically**
192:1

**specimens**

110:8,9 130:23

**speculate**
33:25

**speculation**
31:9 37:13 97:14 130:2 159:17 160:22 162:2 163:2,10 177:1 185:17

**speech**
132:5,7,8,13

**spell**
6:8

**spinal**
43:15

**spine**
43:8

**Spitz**
57:11

**spoke**
42:2,10 189:4,9

**spoken**
41:10,23 42:14

**spot**
80:9

**square**
62:4

**stab**
54:4

**staff**
13:15 115:3

**staffer**
115:8

**stain**
72:16

**stained**
67:25

**stamp**
137:11 161:10 169:25

**stamped**
46:18 137:15 138:2 147:4 158:7 160:9 161:13

**stand**
45:12 50:17 61:25 62:3 193:3

**standard**
61:10 62:19 63:10,16 64:3,17,25 65:4,6 66:23 67:13 110:9 117:4,5

**standing**
89:3 162:2

**start**
15:19 18:17,18 19:9 55:9 100:14 145:21 155:8 184:1,23

**started**
8:6 11:13 19:2 23:21 116:10,23 117:7 141:25 155:22 156:3 168:22

**starting**
196:18

**starts**
49:2 142:2

**state**
6:8 18:8 19:15 23:12 112:8

**state's**
128:20 192:21 193:23

**stated**
189:5,16,19

**statement**
24:6 178:24

**states**
39:20 112:5

**stating**
137:3

**stay**
19:12

**still**
18:25 19:4 25:16,17
30:11 37:2 50:1 93:1
137:22,23 145:22 155:23
186:9 197:3

**stimulant**
132:18

**stimulants**
132:16

**stop**
87:11 145:21

**stored**
66:24 67:1,13,14

**stores**
67:9

**story**
28:12,15 111:5 180:6
190:7

**straight**
88:6 89:3 91:14

**strands**
118:11

**strangulation**
43:10

**Street**
34:25

**stretch**
75:14,15 76:13 166:12

**strictly**

47:22

**strike**
35:14,16 47:23 78:10
86:15 91:24 92:2,9,15
93:3,11,12 97:8 99:11,19
100:5 104:4,14 105:5
112:22 131:19 158:1
182:23 183:4,6,25 185:8
192:24

**strikes**
92:7 99:23 100:3 104:8
105:9

**struck**
96:16 97:5 171:22 190:8

**students**
12:19 13:11

**studies**
9:3

**study**
9:21

**stuff**
33:7 61:8 121:22 131:9
198:19

**stumbled**
167:14 168:13

**subarachnoid**
78:21 79:10 123:10
153:25

**subdural**
78:18,20 79:5 153:23

**subgaleal**
74:10 78:15 123:8

**subjective**
182:12

**submit**
116:3 117:19

**submitted**
110:6 111:12

**subpoena**
119:20

**subpoenas**
171:8

**subscapular**
74:8 78:13 123:8

**subsequently**
31:4

**substance**
79:1 162:6,8 189:12

**substances**
127:19 129:24 130:5,9
133:1 152:12,15,16

**such**
18:17 54:1,3 153:11

**suffered**
131:12,21 132:6 184:3
185:6,9,15 186:3,10

**suicide**
14:5 58:4

**suicides**
14:17

**suite**
8:19

**summarize**
123:4,14,20 124:1,7

**summary**
35:13 37:21 122:21,23
123:17

**superficial**
43:2,3 78:14

**supervise**
12:22 13:17

C00 AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

**supervised**
15:3,10,18 20:22 25:2,
20,23 26:16

**supervising**
15:20 41:12,18,23 42:2

**supervision**
15:11,12 26:10,15

**supervisor**
26:14,18,24 27:1 49:21,
23 51:15 137:24

**support**
108:8

**sure**
6:22 22:13 23:8 62:3
63:14 82:21 96:22
172:11 176:22 177:6,7
181:18 182:13

**surface**
150:10,13 169:3,6

**surfaces**
47:2,6

**surgery**
9:14,17 10:16,19,21,24
19:1

**suspected**
45:5

**sustained**
183:22

**swab**
118:2,3,6

**swabs**
117:21,25 118:1

**swipe**
65:5 66:10

**swiping**
66:20

**switch**
19:9 98:10

**switched**
10:25

**sworn**
6:2,4

**synonymous**
132:17

**syringe**
65:1,3

**system**
51:12 84:6 87:8 109:14
128:5 129:6 132:15
152:4 156:12,14

**systemically**
132:24

---

**T**

---

**T-SHAPE**
147:9,15

**T-SHAPED**
73:18,20 148:7

**Tabatha**
136:5 180:8 194:1

**take**
7:7,23,25 8:2 23:19
44:20 45:3 49:19 53:14
55:22 56:23 60:14,16,21
85:1 103:10 114:25
115:12,15 117:11 118:25
190:10

**takeaway**
36:12,15

**taken**
47:16 83:22 114:24
115:4,22 119:15 157:7

**takes**
54:23 113:16 115:2
116:22

**taking**
14:4 61:7 115:8 130:18

**talk**
8:24 102:18 109:6
195:10

**talked**
39:25 73:3 105:15,17
109:1 195:14

**talking**
42:17 65:7,8,10 81:20,22
96:25 108:21 126:17,18

**tall**
62:1,3

**taller**
61:20

**teach**
12:18

**teaching**
13:20

**team**
14:3

**tear**
54:6,8 71:16 73:19 75:11
81:13 139:25

**tearing**
75:10 106:13

**tears**
54:3 73:11

**tech**
66:3

**technical**
7:12

**technician**
116:17 117:20

**technicians**
64:24 116:4

**techniques**
24:11 25:17

**tell**
8:1 24:6 29:15 34:4,15
35:13 101:23 174:12

**temperature**
39:1,6,10

**Temple**
9:9

**temporary**
18:11,19 19:3,6,9

**terms**
54:5 55:12 82:3,9 85:19

**test**
23:10 117:1 124:8

**tested**
152:17

**testified**
6:5 20:4,7 21:3,17,22
147:8 197:19

**testify**
20:25 182:17

**testifying**
21:12 143:24 182:4,8,24
193:3,7

**testimony**
20:13,15 135:8 136:4,20
138:19,23 143:7 153:15
164:24,25 170:24 171:9
178:11 183:2 192:14
194:22,24 196:5

**testing**
22:17 23:6,9 131:2 198:4

**tests**
112:6 114:4 131:1

**textbooks**
57:10

**than**
17:10,14 40:25 59:9 74:1
75:14 77:17 80:6,12,20,
22,25 81:3 92:15 97:3
98:3 102:1,4,11 120:11
123:15 157:6 158:25
163:8,16 164:21 167:9
170:9 171:12 181:12

**Thank**
18:6 122:18 143:21
169:17

**thanks**
87:14 190:17

**that**
6:24 7:15,17,19,21 8:5,
17 9:7,21,24 10:1,12
11:3,9,12,16,18,20 12:24
13:8,13,16,20 14:3,18,19
15:10,16,23 16:14 17:5
18:1,12,14,16 19:1,11
20:4,14,19,20 21:12,21,
24 22:6,7,8,17 23:2,5,10,
15,24 24:4,15,19 25:7,9
26:13,14,17 27:6,16
28:3,9,11 29:6,7,17
30:19 31:6,13 32:7,16
33:1,23 34:4,9,11,13,21
35:2,6,14,16,18,25 36:1,
12,13,19,21,22 37:7,10
38:8,17,21,23 39:1,4,8,
12,14,16,18 40:2,12,14,
21 41:4,7,16 42:1,8,9,13,
16,20 43:9,12,15,18

44:5,15,16,23 45:1,4,10,
13,20,22 46:4,13,14,16,
18,20 47:3,7,8,9,13,23
48:13,15,22 49:2,4,10,14
50:6,11,15 51:7,8,14,19,
24 52:6,9,18,25 53:19,
20,22 55:20,24 57:2,23
58:3,23 59:7,14,15,24
60:1,2,9 61:14,15,16,17,
19 62:3,5,7,11,21 63:11,
14,18,21 64:3,6,16,20,21
65:9,20,22 66:2,5,9,13
67:16 68:9,11,12,18,22
69:5,14,15,22 70:23,24
71:8,9,11,14,18,23 72:9,
14,24 73:1,19,21,24
74:4,6,7,9,11,13,14,19,
24 75:2,4,11,15,18,25
76:6,16,22 77:4,6,12,14,
16,17,20,21,22,23,24,25
78:3,4,5,8,10,17,18,23,
24 79:13,15,23 80:7,14,
21,24 81:3,8,10 82:17,19
83:5,17,18 84:12,14,16,
20 86:5,9,15 87:3,19,22,
25 88:2,9,13 89:6 90:3,7
91:3,15,18,19,24 92:9,
15,17,25 93:1,3,4,11,12,
18 94:4,6,8,25 95:12,17,
20,24 96:1,5,12,13,25
97:5,8,9,14,19,24 98:3,
20 99:2,8,11,12,20
100:6,11,12,16 101:2,22
102:2,8,13,17,23 103:2,
5,8,23 104:5 105:5,10,
14,23,25 106:6,8,15,22,
24 107:6,8,17,22 108:2,
9,19,24 109:2,6,7 110:6,
9,14,22,23 111:1,3,5,6,
12 112:5,7,8,9,12,16,22
113:2,13 114:4,12,18,20,
22 115:7,10,13,23 116:6,

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    270
KIRSTIN HOWELL, M.D., 07/07/2021              Index: that's..the

12,21 117:5,15 118:5,12,
17 119:14,16,18,19,24
120:11,12 121:3,16
122:2,3,24,25 123:1,24
124:1,7,8,10,21 125:10,
14,15,24 126:4,8,12
127:1,5,11,15,18,19,23
128:4,15,21 129:8,15,16,
17,21 131:6,7,19,22,24
132:1,2,5,11,16,23
133:1,8,17,22 134:5,13,
19 136:9,11,13 137:6,15,
18,22 138:16,18,23,24,
25 139:1,12,16 140:22
141:6,16,18,19,23,25
142:3,8,15,19 143:3,4,21
144:8,22,23,25 145:2,3,
15 146:1,10,16,22,25
147:6,8,15,18,20 148:6,
8,14 149:7,18 150:10,17,
19,22,23 151:12,15,22,
23 152:3,5,8,11,12,17,
18,22 153:1,4,10,16,21
154:4,14,22 155:5,23
156:3,5,8,9,19,23,24
157:7,10,14,15,20,21
158:1,12,16,20,21,22,23
159:3,4 160:19 161:12
162:7,9,19,20,24,25
164:7,13,17 165:5,8,10,
14,19,21 166:1,6,13,24
167:1,5,6,16,18 168:3,5,
14,16,20,22 169:25
170:3,15,17,25 171:6,13,
21,22,23 172:8,16,21,22
173:6,17,18,19,22,23,24,
25 174:9,13,16 175:1,3,
5,7,9,17,18 176:1,4,10,
17,23,24 177:7,11,12,16,
22 178:5,10,11,18,20,23,
24 179:4,8,13,16,20,25
180:6,8,11,19,21,23

181:1,2,17,19,22,25
182:4,6,8,10,15,17,18,
19,25 183:2,3,6,13,15,
22,23,24,25 184:3,6,11,
15,17,19,21 185:1,8,15
186:2,9,18,25 187:3,7,
10,11,14,15,18,19 188:1,
3 189:2,5,8,9,13,15,16,
19,22 190:5,7,8 191:1,
16,21,24 192:9,12,13,14,
18,20,25 193:2,7,8,9,16,
23 194:9,12,15,18 195:3,
16 196:5,6,7,17,22,23,25
197:1,3,12,15 198:14
199:4,5

**that's**
10:15 21:11 22:2,19 23:2
27:25 46:10,19,24 68:21
75:20,23 77:9,23 88:8
96:9,23 97:21 102:25
117:4 121:13 122:21
133:19 134:8,20 135:2
139:6,7 140:3 145:5,14,
22 152:16 153:8 155:14
156:10 162:2 164:14
165:12 169:14 171:25
185:3,14 190:25 192:4
196:8 197:5 198:9

**the**
6:1,9,15,21 7:1,4,6,19,20
8:11,13,15,17 10:6,7,12,
16,18,19 11:4,6,13,23
12:1,14,20,22,24 13:2,9,
12,14,16,24 14:2,3,4,7,8,
12,13,19,22 15:1,2,17
16:2,5,6,20 17:4,6,9,10,
14,18 18:2,4,8,24 19:8,
19,20,21,22 20:17,20,23,
24,25 21:8 22:1,13,23
23:5,8,19,25 24:7,8,9,12,
15,22 25:5,9,10,12,14,17

26:1,18,19,20,23,25
27:11,13,17,20,25 28:3,
4,5,8,13,17,25 29:3,9,17,
24 30:1,3,4,5,6,11,15
31:15,16,17,18,19,21,22
32:3,9,13,15,17,19,24
33:4,7,12,23,24 34:2,7,
13,16,18,19,23 35:5,6,
15,17,20 36:1,2,8,10,11,
12,15,19,21,22 37:4,7,9,
10,24 38:4,11,14,15,23,
25 39:5,10,11,12,22
40:1,6,9,16,18,21 41:1,3,
8,11,12,15,18,23 42:2,5,
7,10,14,23 43:1,2,3,5,6,
7,14,15,17 44:2,4,6,8,19
45:2,9,11,19,21,22 46:2,
4,9,10,16,17,18,19,23,24
47:1,9,10,11,12,16,17,
20,21,24 48:9,12,18
49:9,13,14,20,22,23
50:1,4,5,6,11,13,20,21,
25 51:4,8,15,23 52:5,6,9,
10,13,14,15,17,18,21
53:1,8 54:18,24 55:4,7,9,
18,19,21,22,23,24 56:4,
7,8,11,18,20,22,23,24
57:7,14,16,21,22,23,24,
25 58:1,12,16,21,22
59:12,15,16,17,18,20,21
60:2,24 61:2,25 62:9,15,
21,22,23 63:7,10,11,12,
13,15,20 64:3,16,17,21,
23,25 65:1,2,6,8,10,12,
13,14,15,17,18,19 66:2,
6,9,10,18,20,21 67:1,3,6,
12 68:5,6,7,15,18,23
69:2,3,16,19,22,23 70:4,
5,6,16,20,23,24,25 71:1,
2,3,4,6,10,13,16,18,23,
25 72:9,22 73:1,2,8,16,
17,21,25 74:8,11,12,13,

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                                    271
KIRSTIN HOWELL, M.D., 07/07/2021                                   Index: ..the

15,16,17,18,20,21,23
75:1,2,5,6,8,9,10,12,14,
15,16,18,20,23,24 76:2,
3,6,9,11,12,17,21,22
77:3,5,6,11,15,17,21,24
78:4,5,11,12,13,14,15,
16,17,19,20,21,22 79:1,
2,4,6,7,8,9,10,11,12,14,
16,20,21,22,23,25 80:9,
12,14,15,21,22 81:5,8,
11,13,14,15,16,17,19,21,
23 82:1,4,5,6,10,11,14,
17,18,19,22,24 83:1,11,
14,16,23,25 84:8,12,17,
20,21,22,23,24,25 85:2,
4,12,13,14,15,16,17,23
86:5,8,9,10,14,16,17,18,
24 87:3,7,11,12,16,21,25
88:2,4,6,7,9,13,15,16,17,
23 89:1,4,9,15,20 90:4,7,
9,11,12,20 91:3,12,13,
21,22,23,25 92:10,11,12,
19,20,24,25 93:1,4,6,10,
13,14,15,18 94:5,6,7,9,
12,15,17,18,19,22,24
95:5,6,7,8,11,21,22,23
96:2,9,11,15,16,17,23,
24,25 97:3,5,6,7,8,9,10,
14,18,19,21,24,25 98:11,
12,20,21,24,25 99:1,2,3,
4,9,12,15,16,20 100:12,
14,18,20,23,24 101:1,3,
5,6,8,9,10,11,12,17
102:6,10,12,13,15,16,17,
18,22,23,24 103:1,4,12,
13,17,19,20,21,22,24
104:1,4,10,11,23,24
105:1,2,6,9,10,11,13,19,
24 106:4,5,8,14,16,20
107:2,4,15,18,19,22,25
108:8,12,14,15,21,22,23
109:1,10,12,13,14,15,16,

22 110:1,4,6,9,12,20,22,
25 111:4,6,7,10,13,24,25
112:1,3,5,6,10,11,13,14,
15,17,21,23,24,25 113:5,
12,16 114:3,4,7,11,12,
18,25 115:2,4,5,8,10,11,
19,20 116:2,4,5,10,11,
13,14,17,19,20,22,25
117:1,4,5,6,7,8,9,10,14,
15,19,20,21,24 118:2,4,
6,7,11,12,13,15 119:1,6,
19,22 120:4,6,9,10,23,25
121:1,3,4,6,13,17,19,20,
23,24,25 122:2,3,4,12,
13,15,21 123:2,5,6,7,8,9,
11,12,15,16,17,19,24
124:5,6,11,14,16,19,21
125:1,3,5,6,7,8,9,11
126:2,5,8,14,15,17,18,
21,22,23,24,25 127:6,8,
11,19,20 128:1,8,10,15,
18,20,21,25 129:1,4,11,
13,15,16,17,20 130:3,13,
24,25 131:2,3,20,21
132:2,5,6,13,22 133:1,
10,17,19,25 134:2,5,12,
19,20 135:1,7,11 136:5,
8,11,16,19 137:2,3,6,9,
10,11,14,21,22,23 138:1,
8,12,19,24 139:1,3,6,12,
17,18,22,25 140:3,7,13,
14,22 141:4,7,8,9,11,13,
14,15,19,20 142:2,4,9,
14,18,20,21,24 143:3,5,
10,12,14,15,16,17,18,21,
23,24,25 144:5,11,13,14,
17,18,19,23,25 145:6,9,
14,17,18,19,20,21,22,23
146:1,4,10,13,14,16,19,
25 147:1,3,5,7,8,11,14,
15,18,20,22,23,25 148:2,
3,6,8,13,18,19 149:1,3,6,

7,11,13,14,17,22,23
150:4,17,22,23 151:2,3,
4,6,7,12,22,23,24 152:2,6,7,
9,10,19,23 153:1,4,21,
23,24,25 154:1,2,3,4,5,
20,22 155:1,4,9,17,18,19
156:2,3,8,9,10,12,13,14,
15,21 157:1,3,7,12,13,
17,20,21,22,23 158:1,9,
10,12,13,15,16,17,18,21
159:10,13,22,25 160:3,6,
11,15,19 161:11,12,13,
20,25 162:6,11,20,21,25
163:4,11,21 164:7,8,14,
15,17,20,21 165:7,8,13,
14,18,19,20,22 166:1,4,
6,9,11,12,15,22,24
167:1,6,14,15 168:14,15,
16,19,20,21,23,24 169:5,
6,10,14,21 170:3,4,6,11,
13,14,15,16,24,25 171:4,
5,14 172:4,5,7,11,13,20,
22,24 173:1,2,3,4,8,17,
18,20,21,23,25 174:5,6,
8,9,18,23 175:5,8,9,12,
15,16,22 176:7,17 177:3,
9,11,15,16,17,21,22,23,
25 178:4,5,7,11,13,14,
17,18,19,24 179:1,5,7,8,
12,19,25 180:6,8,10,11,
14,22,24 181:1,5,14,15,
20,23 182:18,19,22,24
183:17 184:3,5,8,10,14,
16,20,23,24,25 185:9,10,
12,15,20,22,23 186:1,3,
5,10,12 187:2,3,5,6,14,
17,19,25 188:3,21,22,23,
25 189:6,12,16,17,18,19,
24 190:2,7,11,16,24,25
191:4,5,8,11,12,21
192:10,17,18,19,20,21,
22 193:3,6,7,8,9,10,12,

18,23,24,25 194:1,4,13,
16,18,19,21,23 195:12,
16,17,18 196:4,6,16,19,
23,24,25 197:1,2,5,12,
14,16,24,25 198:1,4,12,
15,18,21,23,25 199:3,4,9

**their**
12:13 14:18 17:19 35:10
55:1,2 62:3 82:14 100:22
113:9 130:9,12,15
179:15,22

**them**
13:13 17:20 26:19 30:22
42:18 45:14,20 56:25
60:4,12 62:15 64:9,13,
15,18 73:8,9 85:5,9 87:7,
8,9 91:10 100:17 104:24
105:4,16,17 108:25
114:1,2,9 115:9,12,13
116:1 118:7,21 119:2
127:3 141:1 152:19
171:1 174:22 180:17
195:2 197:13,17

**themselves**
44:21

**then**
6:21 10:25 14:21 16:7,
10,18 18:18,20,24 19:3,9
20:15 24:24 26:19 35:24
43:4 45:19 46:23 47:11
49:19,21 53:21 55:11,20
56:21 63:24 64:6 66:8,
10,19,23 73:5,9 76:7
78:3,7 79:6,11 85:22
86:4 90:23 98:25 102:10
105:20 107:3 109:25
110:1,10,25 111:13
112:11 117:10 118:3,6
119:1,6 128:11 130:25
132:18 140:6 145:23

148:22 150:2 152:10
161:12 162:2 166:24
168:25 169:6 173:2
185:7 191:11,18 194:5

**theories**
184:8

**theory**
171:22 173:17 174:2,4,6
184:2 193:8

**therapy**
56:6 72:21

**there**
8:4,19 12:16,22 14:1,24
15:9,15 16:20 19:2 22:5,
16 23:14,15 25:6 26:11,
12,17 28:12,15 29:25
32:23,25 33:17 36:15,17
37:19 38:6 40:5,14 42:1,
21 43:14,25 45:5 48:11
51:18 55:19 56:5,15
57:2,8,10,18 58:9,15
59:24 60:1,9,11 61:3,6,8,
10,19 62:1,4,13,15 68:12
69:3,22 70:15 71:2 72:11
73:18 74:3,7,9,10,12,13,
15,17 77:4,15,20 78:19,
21,25 79:5,7,13 80:6,11,
16,20 81:2,4,12,13,15,16
83:7 84:14,16 87:19
88:5,21 89:2,17 90:1,7,8,
10 92:5,23 94:1,14,20
95:14,18 97:8,11 98:15
100:11,17 101:1,6,8
102:4 103:7,25 105:23,
24 106:2,6,8,9,23,24
107:1,14,21,24 108:12
110:18 111:3,5 112:7,11
115:23 118:4,5 119:14,
16 120:10 121:12,18,20
122:25 123:1,2,6,8,9,11,

14 124:7 127:15,18,23
129:5 133:7,21 134:8
135:12 136:10 139:7,17,
21 140:12,16 142:1,14
145:17,20 147:4,14
148:6 154:19 156:23
162:6,19 163:12,18
167:14 168:13 169:3
170:12 173:1,14 174:13,
22 175:6,16 176:7 178:2,
23 181:5 184:2 186:5
190:14 193:20 194:14
195:1 196:10 197:23,24

**there's**
20:6 24:1 43:16 51:5
55:7 60:4,5,10 82:13
88:7 89:2 94:8,20 95:22
103:15 121:16 145:23
195:1 197:16

**these**
33:19 44:4,12,15,24
45:23 46:5 49:17 50:18
79:3 80:5,7,18 83:22
85:8 91:9 105:3 113:18,
22 128:19 129:24 130:4,
8 131:1 132:25 133:17
142:24 152:16 164:6

**they**
13:6,23 14:4,11,21 17:5
19:7 20:25 21:22 22:23,
24 23:23 25:20 26:2,20
33:10,12 35:12 37:16,17
43:17 60:3,7 61:25 64:1,
10,14 65:2 66:25 67:1,6
77:14 83:25 84:3,5 92:6
104:20 110:3 111:12
113:20 115:13 118:19
123:18 128:23 131:12
132:16,17 134:4,7
140:21 141:3,5,7,18,25

C00 AdvancedONE LEGAL (866) 715-7770 advancedONE.com

142:19 143:4,10 152:3,8,
12,14 157:14 174:16
175:10 181:19 182:4,8
184:22 191:1 197:25
198:17

**they're**
20:12 33:6,15 43:2 61:12
64:13 67:13,14 92:18
93:9 101:5 113:25
118:18 123:18 128:20
142:14

**thick**
76:13,15 78:17

**thin**
74:11 78:21 79:10 154:1

**thing**
34:18 43:5 90:9 97:18
139:6 172:23

**things**
31:22 32:17 42:7,17
53:19,22 76:8 112:7
122:25 125:16 127:2
136:10 138:25

**think**
23:23 34:16 46:2 48:19,
20 57:7 59:9 69:13 93:11
136:11 139:10 145:13
153:14 154:16 186:9

**thinner**
76:17

**third**
6:19 38:14 105:24

**this**
6:19 7:24 8:5,9 9:18 13:8
21:11 24:6 25:12 27:3
28:24 29:10,11,18,20,23
31:13 32:11,21 35:9
36:4,7 38:13 39:2,3,20

40:22 42:11 44:21 46:1
47:15 48:11,19,20 49:13
50:8,9 51:16,19,23 52:2,
24 54:12 60:20 69:1
79:22 87:10 96:18,19
97:4,11,13 98:5,10 99:15
101:23 102:16 103:20
106:9 109:17 110:10
111:19 112:18,24 113:3,
5,7,8,9 115:12 119:15,18
120:8,9,12,20 121:1,4,24
122:6,13,23 123:17
124:13,15,21 125:16,18
128:2 129:13 134:12,16,
21 135:2 137:5 138:11,
19 139:7 145:15,25
153:15 154:5 158:10,12,
15 159:2,3,9,12,13,24
160:2,3,10,14,17,19
161:12,14,19,22 162:1,8,
10,24 163:4 164:10,13
165:12,19 166:1 167:12,
25 168:4,12 170:1,8,20,
22 171:13,15,16,18
175:25 176:10,19 177:19
179:4,7,10,18 180:20
181:4 184:2 187:12,19
188:8,15,18,19,21 189:9
190:5 191:9,19 196:11
199:2

**thorax**
55:19

**thorough**
40:8

**those**
13:22 14:9,10,11 19:25
21:5,18 24:18 33:4 40:11
41:4 42:19 43:6,19 46:11
47:14 48:17 53:14 57:13
58:13,23 63:24 64:8,17

66:23 72:18 79:2,19,25
84:11 91:25 92:3,8
99:17,24 100:14,24
101:5,12 104:8,17,19,22
108:14,18 110:8,9
114:22,24 115:19,25
118:6 119:2 127:2 134:2
136:14 140:4,19,23
142:4,8 157:21 161:1,2
171:3,12 173:19,22,24
174:10 180:12,14 182:1,
18,21 183:3 190:3 192:1
195:22 196:1,5 197:23,
24 198:1,16

**though**
112:22 172:1 174:2

**thought**
109:24

**thousand**
59:4,9

**three**
9:17 10:25 13:19 21:13
23:15 86:3 100:1,2,21
179:14,21 190:18 191:1

**through**
6:20 18:10 26:19 29:6
31:5 33:19 43:15 45:14,
18 58:13 87:11 98:24,25
100:17 107:4 113:11,12
118:10 135:7 136:17
148:10,18 149:14 151:20
155:4 181:17,18

**throughout**
52:18 54:12

**time**
6:15 26:14 33:24 34:8,
11,16 36:13,15,21 40:11,
15,19,21 48:19 49:19,23
50:23,24 55:8 63:7,12

C00  AdvancedONE          (866) 715-7770
       LEGAL              advancedONE.com

94:6,9 110:4 115:5
116:9,16 124:21 131:12
137:22,23 142:4,9,20,21,
25 143:5,11 145:1 146:5,
10,13,14,16 151:24
152:2,7,19 154:4,8
155:22 156:3,9 165:8
169:14 176:18 177:18
178:17 180:11 193:7
197:12 199:2

timeline
192:17,20

times
10:4 21:2,22 32:6 60:6
79:23 181:10,14

tissue
54:24 55:20 74:11,16
78:16,22 79:10 142:2

tissues
17:1

title
12:3

to
6:20,24,25 7:1,4,7,9,16,
19,23,25 8:1,2,5,21 9:13
11:1 12:18 13:9,12,14,19
14:5,9,20 16:2,4,6,14
17:2,5,6 19:9,12 20:12,
25 21:18,21 22:3,4,6,10,
14,15 23:4,7,11 24:7,16
25:17,20 26:23 27:2,12,
13,20 28:2,13,15,17,22
29:9,19 30:22 31:16,20,
21,22,25 32:6,12,13,16,
17 33:19,25 34:1,4,12,
15,16,21 35:2,4,11,15,21
36:2,16,18 37:3,4,17,18,
23 38:11,15,19,23,24
39:12,13,15,21,22 40:1,

4,15,23 41:8,10,14,23
42:2,5,7,8,11,14 43:1,3,
6,7,14,19,20 44:1,5,9,11,
20,23 45:1,3,9,12,14,15,
20,22,24 46:6,20 47:13,
14,21 48:25 49:21,22
51:9,13,14,18,23 52:9
53:10,12,17,18,20,25
54:1,13,18,24,25 55:9,
18,20 56:4,5,13 57:1,15,
23 58:4,13 60:2,10,14,
15,19 61:11,19,22,25
62:2,8,21 63:10,11,13,
14,18 64:2,16 66:20
68:5,12,15 69:7,11,19
70:12 71:20,25 72:6,12,
18 73:9,10,13,16,24
74:1,3,20,23 75:1,15,16,
19 76:6,11,23,25 77:4,7,
8,12,14,16,17 78:12,14,
17,18 79:6,16,19,23,24,
25 80:8,12,21 81:2,4,7,
18,20 82:21,23 83:1,3,8,
13 84:7,8,19,21 85:1,2,3,
4,9,10,11 86:5,8,17,18,
23 87:3,10,21 88:1 89:9,
15,16,21,22,23 90:3,9,
10,14 91:6,11,15 92:10,
15,20 93:23 94:7,17,22,
25 95:5,14 96:4,6,11,19
97:3,6,10,18 98:5,10,14,
15 99:18 100:4,8 101:23
102:7,20,25 103:11,20,
21,22,23 104:24 105:14
106:7,14,16,19,25 107:8,
18 108:6,12 109:16,20,
24 110:4,8 112:8,11,12,
22,24,25 113:11,17
114:2,17 115:7,9,18,25
116:3 117:9,18,19 118:2,
6,14,16,21 119:14,18,20,
21,23 120:20 121:5

122:6,7 123:3,21 124:2
125:20,23 126:2,3,5,7,9,
11,15,18,21 127:4,8,10
128:1,20,23 129:1,17,18,
21,23,25 130:9,11,13,14,
15,25 131:11,21 132:3,9
134:11,18,25 135:1,7,13
136:4,8,15,17 137:8,9,
10,21 138:1,5,12,14,23
139:11,12 140:21 141:1,
3,11,24,25 142:2,6,7,15,
18 143:4,10,12,14,24
144:9,11,17,18,19
145:20,21 146:1,4,16,19
147:3,12,14,17,25 148:3,
7,9,13,14,18,19,22,23,25
149:6,8,11,13,16,17,19,
22 150:9,12,13,16,18,21,
23 151:3,11,13,19,20
152:1,18,25 153:1,6,12,
16,17,19 154:2,5 155:5,
7,9,13,16,18,19,20,23
156:2,8,11,13,16,21
157:1,2,3,4,11 158:5,10,
17,18,22 159:7,12,14,16,
22 160:4,11,20 161:11,
25 162:2,9,20,21 163:7,
16 164:15,16,18,23
165:4,7,9,17,20,21,24,25
166:5,8,13,14 167:1,6,9,
14,19,21,24 168:1,5,25
169:6,20 170:4,6,9,14,22
171:1,11,13,17,18 172:7
173:3,4,18 174:5,6,21
175:9,12,13,24 176:12,
15,18,20,25 177:10,21
178:13,19 179:1,5,7,13,
19 180:15,24 181:5,7,18
182:11,13,19,21,22,24
183:7,14,15 184:14,15,
19,23,25 185:7,17 186:2,
8,12 187:5,22 188:5,7,8,

10,17,20 189:6,9,15,20
190:11,15,23 191:12,14,
15 192:2 193:18,24
194:21,22 195:2 196:16,
17,19 197:13,21 198:12,
13,15,16,19,21

**today**
7:18 29:21 44:13 58:6
59:3,6 115:19 170:22
171:15,16 174:25 183:2,
12 185:3 188:4,15 191:1,
3,25 197:3

**today's**
84:7 136:4

**toe**
53:17,25 56:4 73:9

**together**
82:5,7,12 127:3 177:19

**too**
118:14 144:9

**took**
41:5 44:17,24 79:15
114:23 117:7,9 130:4
133:8,17,22 134:2
156:21 163:4 173:5

**tooth**
70:5,9

**top**
17:4 28:25 46:17,18
48:12 50:6 73:17,22
74:11,20 75:6 78:16
80:12 81:8,11 82:6,18
83:17 87:16 89:20 90:12
92:6 94:15,24 96:3,10
98:24,25 99:3 100:18,23,
24 101:6,12 102:10,17
103:4 105:1,2 112:15
126:19 131:21 134:12

139:17 146:17 179:5

**topic**
12:24

**tore**
92:25

**torso**
123:21

**total**
9:19 11:7,8

**totality**
103:16 105:7

**touch**
38:20,24 39:12

**towards**
20:10 38:14 88:15,16,23

**toxicologist**
152:23

**toxicology**
24:10 65:9 67:2,4,6,8
109:16,19,20,23,25
110:2,7 111:10,11,24,25
112:1,2,14,17 113:4,23
114:4,12 116:3,19 117:1,
14 124:8,17,19 127:20
128:2,15 129:1,4 130:21,
22 131:2 132:25 152:9
190:21 191:5,21

**toxin**
109:24

**track**
15:17 22:23

**tracks**
70:16,20 71:3 145:10

**trail**
169:9 174:13,23

**trained**
13:13 16:4

**trainee**
49:21

**training**
17:4,5 18:17,25 19:10,13
24:9,18 25:16,19 130:20,
24 131:4,6,7 142:17
143:3

**transcribed**
50:24

**transcript**
177:21

**transferred**
63:12

**trauma**
14:5 39:23 40:5 106:16
107:18,23 108:4 126:1,5
150:22 151:13 179:5
183:20,23 189:6

**travel**
23:11

**treatment**
56:6

**tree**
48:17,21

**triaged**
31:17

**trial**
135:8 136:5,20 138:19
157:15,21,22 158:13
159:10,25 160:15 163:21
164:8,24,25 165:18
171:8,17 172:15 173:4
177:21 180:7 182:2
192:18,22 193:4,7,19,25
194:19,22,24 195:17,19

**C00** AdvancedONE            (866) 715-7770
         LEGAL                 advancedONE.com

196:5,23 197:12

**tricky**
176:15

**true**
136:9 137:18,22 139:16
156:19

**trunk**
125:7,9

**truthfulness**
32:4,9

**try**
63:14 97:18 137:10

**trying**
6:25 85:9 158:5 165:24,
25 176:15 195:2

**Tufts**
9:5

**tumor**
107:17

**turn**
53:14 177:20 179:1
188:17,20

**two**
10:19 12:22 13:16 16:9
21:15,16 22:4,12,15
40:11 44:9 54:23 55:1,8
60:22 69:1 70:6,15 71:6
92:18 93:9,15 99:17,23
101:16,24 104:8,10
105:9 133:12 140:4
164:4 179:14,21 190:18
191:21

**two-year**
22:7

**type**
14:24 49:18 72:16 96:12,
19 153:21

**types**
113:22

**typically**
42:2

**typo**
68:20

**typos**
198:19

---

**U**

**uh-huh**
6:23

**uh-uh**
6:22

**ultimate**
57:23

**ultimately**
47:21 108:2 142:13
186:2

**uncertain**
15:25 31:16 33:7 92:2,4
110:1 173:12 175:18
177:18 192:20 194:3

**under**
34:7,13 60:23 72:21
74:13 80:15 105:23
114:19

**undergo**
22:3

**undergraduate**
9:2

**underlying**
74:14 123:8 127:7

**underneath**
74:7,9,17 78:23 79:6

82:14 154:1 169:4

**understand**
7:15 20:13 33:9 186:3

**understanding**
185:3 193:6

**understood**
7:20 80:17

**undetermined**
14:6 58:5

**undisturbed**
186:9

**undo**
90:10

**unexpectedly**
14:18

**unique**
115:11

**University**
9:5,9 11:2,11 12:11
17:11,15 20:18

**unless**
110:3 198:16

**unlikely**
164:21

**unremarkable**
53:23

**until**
58:6 59:2,6 124:12,14,16
154:13 186:1

**up**
23:22 37:17 43:18 47:18
53:12 55:21 58:6 59:2,5
61:25 62:3 66:18 85:5
88:4,7,15,16 89:3 100:25
102:6 112:14 128:12
129:17 145:8 167:15,23

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.
KIRSTIN HOWELL, M.D., 07/07/2021
277
Index: upload..volume

168:13 170:6 173:8,10
181:15 188:21 190:23
192:11,18 194:15,17
195:12,16

**upload**
51:12

**uploaded**
51:9 180:25

**upon**
31:19 54:17 57:3 61:6

**upper**
93:24 98:17,21 99:9,13
100:9,12 102:5 103:8,12,
13,17,18 104:11 124:2,6
141:20 145:19 173:23

**upright**
89:3 154:13

**urine**
109:14,17 110:6 116:3,4,
8,13,18,25 117:15

**us**
37:17 44:9 85:3 89:16
119:14,22 198:11

**use**
31:22 32:16 58:23 63:17,
20 64:2,9,18 65:16
118:6,16 119:4 181:16

**used**
32:7 64:5,16 65:19 66:1,
8 118:17 132:22 178:24

**using**
109:7,8 116:5

**usual**
107:19

**usually**
14:1,7 15:1 18:18 55:8
58:23 64:23 65:5,12

71:11 72:6,14 73:8 96:14
103:20 106:13 116:5,21
118:4,21 125:4 128:12
151:2 155:25

---

**V**

**vague**
30:25 45:15 146:4 174:6
175:12

**variable**
55:6 76:8 113:19 117:6

**variation**
60:10 61:8 62:2,4

**variations**
60:5

**varies**
13:19 76:14 116:21

**variety**
25:4

**various**
63:20 78:7

**vary**
60:15

**vein**
129:16

**veins**
156:15

**vena**
109:12

**venous**
129:14

**verbal**
6:22

**versus**
16:22 56:17 57:19 61:4,

12 106:20 151:7

**vertical**
88:5

**very**
40:18 43:18 75:12 86:20
166:22 190:10

**vessels**
43:15

**via**
59:15 61:7 130:23
183:17

**victim**
37:9 39:12 189:16,19

**victim's**
66:9

**video**
183:9,14 185:25 186:5,
17,18

**videos**
186:16

**Vincent**
187:23

**visible**
39:23 89:8

**vitae**
17:24 19:17

**vital**
131:22

**vitreous**
109:14,18 110:7 116:14,
18,20,25

**vodka**
38:16

**volume**
47:8

**C00**  **AdvancedONE**
LEGAL

**(866) 715-7770**
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    278
KIRSTIN HOWELL, M.D., 07/07/2021                    Index: W13..was

**W**

**W13**
133:19

**W14**
133:20

**W15**
29:3

**W19**
29:6

**W31**
134:12

**W39**
46:18,19,23

**W41**
47:12 48:11

**W53**
98:24

**W55**
96:3,10,20,24 97:22

**W56**
87:15,16,20 90:10 96:11

**W57**
87:13,17,23 90:12

**W64**
98:25

**W66**
99:1 100:14,15,17,20

**W67**
100:23 101:1

**W68**
101:6,9,13,18

**W69**
102:10 103:1

**W70**
94:24 100:18 103:4

**W71**
94:24 95:11

**waiting**
89:22

**waive**
198:15

**walk**
131:11 132:3 153:6
183:10 184:14,22 185:7

**walked**
156:20 162:21 174:14
184:4

**walking**
186:1,9

**want**
23:7 33:25 34:4 42:8
77:7 103:10 115:9 135:7
175:24 188:17

**wanted**
106:7 115:14

**warm**
38:19,23 39:12

**was**
6:1,4,15,16 10:3,7,16,18
11:6,16 14:3 15:11 18:16
23:21 24:15 25:4 26:4,18
27:16,17,24 28:9,12,15
29:17 30:3,14,17 31:14
32:19 33:23 35:6 36:12,
17,19 37:7,11 38:16,19,
23 39:1,11,12,18,23
40:22,23 42:1,5,21,23
43:25 44:9 46:4,5,13,14,
20 47:25 48:5,8 49:23
50:7,24 51:8 52:14 53:1

58:4 59:20 61:1,16,22,23
62:18 65:10 67:19 68:2,
12 69:22 70:8,9 71:2
73:16,18,19,21,23 74:3,
7,9,10,12,13,14,17 76:15
77:12,20,21,24,25 78:10,
15,19 79:11 80:6,14,16,
20 81:3,4,12,14,18
82:17,23 83:7 84:14,16,
21,24 85:9,11,17,19
86:14 87:2 88:2 91:3,18
92:23 93:1,12 94:1,4,12,
14,23 95:14,17,18 96:5
97:8 99:8 102:1,4 104:12
105:23 106:2,8,22,23,24
107:1,12,21,22 108:3
109:4 110:10,18 111:4,5
112:9,17 113:13 114:20
116:2,8,10 119:18 123:6,
8,9,24 124:7,8,15,16,21,
23 126:9,14,22 127:12,
15,18,23 129:5,8 131:24
132:11 134:19 135:12
136:11 137:5,22,24
138:4 139:1,2,3,17,21
140:12 141:7 142:1
143:21 144:14,19,24
145:6,15 146:10,17,22
147:7,9,15,22 148:6
149:18 150:8,17 151:23
152:3,11 154:19 155:12,
21 156:6,12 157:21
158:12 159:2 163:4
164:15 165:13,19,21
166:1,7,17,19,20,21,25
167:16 168:19,21,23
169:2 171:22 172:4,8,22
173:8,10 174:13,23
175:6 176:10 178:11,21,
24 179:25 180:3,6,11
181:1,2,5 182:6,15,17
183:17,19 185:7,8,10,16,

22 186:5,18,25 187:1,4,
11,12,15,19 189:5 190:5,
8,14 191:6 192:11,20
193:8,16,20,23 194:7,12,
14,16,18,19 195:3,5,7,15
196:23 197:12

**Washington**
136:5 194:2

**Washington's**
180:9

**wasn't**
25:6 94:8 103:23 106:9
124:11,13 139:4

**watching**
20:23

**water**
37:8

**way**
43:19 44:9 52:13 70:12
92:25 93:18 116:6
119:14 136:15 143:3
147:11 191:23 192:24

**ways**
75:11

**we**
6:25 14:16,21,22 15:22
25:9 28:3 33:25 34:4,13
37:18 42:8,16 50:13
55:17 56:25 58:11,12,14
59:1 61:24 62:2 63:7
66:25 67:9 88:18 90:10
96:14 97:19 102:11,13
103:2,5 105:13 108:18,
21,24 109:1,3,6,19,20
110:9,19 114:22 115:3
118:1,10,25 122:24,25
123:16 128:10 145:2
152:8 157:7 161:11,12

180:6 191:3 193:18,22
195:13 196:10 199:4

**we'll**
18:3 43:21 79:19 90:15
115:13,25 135:11 161:14
179:18

**we're**
7:7,19 8:5 83:1 85:11
96:9,19 110:8 119:23
198:14

**we've**
105:15,17 134:4

**weapon**
178:24

**wearing**
63:1 64:21 66:5 195:21,
24

**website**
24:1

**Wednesday**
171:4

**weeks**
54:24 55:1

**weigh**
60:24

**weighed**
61:1

**weighs**
61:12

**weight**
61:4

**well**
23:3 28:5 30:14 35:10
39:5 43:18 47:22 54:12
62:7 75:12 86:20,22
92:11 93:5 96:23 99:16

115:23 124:13 148:23
162:3 173:14 177:20
183:12 185:4 188:10
192:24 199:4

**went**
9:13 16:15 27:18 77:22,
23 110:4 171:16

**were**
10:1,12 11:4 19:4 20:23
24:15,21 26:5,16 28:15
31:7 34:15 36:22 37:2
38:5 40:5 41:22 42:4,19
45:23 46:2,11 47:14,16,
18 51:18 59:24 60:1,2,3
62:25 74:15 77:11,14
78:8,11,25 79:2,3,5,17
81:8,11,16 84:11 89:3
98:15 102:6 104:17,20
107:14,24 108:12,19,21
109:2,15 111:6,11,12
112:6 114:5,24 115:17,
22,23 119:21 123:11
127:20 128:8 129:25
133:7 136:9,10,14
137:23 138:8,23,25
139:12 140:4,16,19,23
141:1,3,5,7,8,15,18,20
142:19,22 143:12 148:3
150:10 151:23 152:3,6,8,
12,14,17 155:11 157:7,
11,14,20,21,25 158:2,12
159:9,24 160:14 163:20
164:7 165:14,19 166:1
170:25 171:6 172:19
173:1,3,21,23,24 180:8,
14 182:9 183:9,14
184:13 185:25 186:8
188:24 192:9 193:3,7
195:16,21,24 196:1,24
199:10

**weren't**
182:5 186:15 198:6

**West**
8:18 34:25

**what**
8:7 9:16,21 12:3,14,15,
24 14:11 16:2,15,20
18:4,7,16,23 20:4 21:25
23:3 24:2 27:9 29:15
32:8 33:9,20 34:11,16,21
35:2 36:12,14 37:1,16,
18,20 38:25 39:2 40:6,15
42:5,6,19 43:12,21 45:2,
4 46:13,16 47:4,7,22
48:8,15 49:17 50:17,23,
25 51:7 52:3,8,23 53:8
54:5,7 55:11 57:12 58:24
62:5,18 63:6,11 66:13
67:6,21 72:12 73:16
77:23 80:17 81:2 82:22
90:14 92:23 95:17,20
96:8,18 99:1,8 101:10
102:11,25 105:3 106:11,
20 107:12,14 108:18
109:10 111:3,23 113:9
115:9,14 116:2,9 117:11
119:8 120:13 122:8,19
123:4,23 124:4 125:1,8
128:7,24 129:1 130:10,
20 131:4,8,14,16 132:18
134:4 136:11,12 137:10
138:3,8,13 141:23 142:6,
23 143:13,15 147:23
148:3 149:19,24 150:12,
17 151:13 152:1,16
153:8 155:14,15 157:7,
21 158:18 163:8,23
165:24 166:8,20 167:22
169:25 170:16,21 171:13
172:11,13 176:17 177:6,
7,18 178:2,21 180:25

181:16,17 182:11 188:18
190:9 191:3 192:12,20
193:16 195:10,13 196:8
198:17

**what's**
8:21 13:11,24 14:14
25:12 44:3 49:1 51:10
52:21 54:12,13 57:21
62:21 98:9 109:22
111:14 112:3 117:24,25
118:8,23 152:5,10
163:16

**whatever**
64:10,12,14 171:22
172:6

**when**
6:15 7:9 11:20 12:5
15:11,19 18:17 19:2 21:7
23:8,21 25:25 28:1,4,8
30:17 31:2 32:20,23
36:8,10 37:17 39:16
40:22,23 41:22 42:3
45:3,5,25 50:4 51:8,12
52:4,20 53:1 57:15 60:5,
6,10 61:1,9,12,23,24
62:25 66:1,5 67:12,18
69:8,19 70:12,14 72:6
73:7 75:18 79:20 81:20
87:6,11 111:10,13
112:16 113:7 114:2,7,11
124:14 126:17 128:10,
18,22 130:4,12 131:7
133:10 138:2 143:12,24
146:5 148:19 152:8
156:1,7 162:21 168:19
171:3,16 172:19 173:8,
10 180:22 181:16,17
185:22 190:20 192:10
193:22 195:7,22 197:11

**whenever**
192:24

**where**
8:9 9:2,12 10:23 11:11,
24 13:5 15:17 26:11
33:12 34:24 35:5 52:20
57:25 58:11,14,16 67:13
70:25 77:11,12 78:11,15
79:11,13,16 81:10 82:4,
5,6,9,11,17,19 84:3,21
85:11 86:8,10,14,23
87:20 88:2,7,10,13,19
89:7,20 90:4,11,20 91:2
94:1,12,18,22 96:17
97:11 121:24 125:16
128:7 129:11,15,20
130:25 131:20 132:6
136:10,14 138:7 139:2,
14 140:3 148:24 150:4
156:21 157:17 165:8
183:22 184:5,16 185:10,
12,16,21,22 186:2,3
187:7 194:12 196:18

**Where's**
74:6

**whereas**
17:3 23:18 25:18,22 58:3
71:17

**whereupon**
6:1 29:12 43:23 49:5
83:9 90:16,24 98:6
111:16 119:10 120:15
122:9 133:14 136:24
161:5,16 164:1 199:7,9

**Wherever**
156:12

**whether**
14:21 28:1 40:5 101:24
109:23 113:3 126:22

128:20 130:17 134:18
135:1 141:3 174:12,22
175:1,10

**which**
21:18 52:15 53:3 74:16
76:1 78:25 88:18 94:21
98:23 104:22 106:5
109:13 113:12 119:21
121:19 122:8 126:9
133:12 141:7 142:1,19
144:22 148:8,13 153:23,
25 154:3 156:10 179:3
188:21 190:23

**while**
19:3 21:21 29:10 56:19
61:4 64:20 83:5 106:8

**white**
48:11 62:13 67:25
134:13,21 135:3

**who**
16:21,22 17:1 25:2 29:23
30:10 110:12 112:2
115:2,8 130:11 171:1
175:13,18 180:24 189:5
191:18,21 194:3 195:3

**whole**
77:5

**whom**
35:5

**why**
8:1 14:2 18:23 19:2,8
28:11 31:13 42:23 62:13,
16,17 68:11,18 75:4
77:6,19 80:3 92:4,17
93:8 106:2 109:17 110:5,
17 114:16 123:13 124:10
125:14 141:6 142:11
143:23 145:2 154:10,17
158:20 164:19 166:6,24,

25 194:4

**wide**
166:8

**widely**
13:19

**wider**
164:21

**width**
96:18 102:8

**will**
7:9,18 8:5 14:6 24:9,13
55:2 63:22 72:7,8 76:9
112:8 161:2 198:22

**wincing**
85:7

**wine**
72:15

**with**
6:21 9:18 10:22 12:13
13:10,12 17:20 18:7,18
19:9,10,12 20:16 24:6,7,
8,21 25:8,14 26:1,19
27:1 28:22 36:2,16,18,24
37:9 38:5,6 41:18 42:11
44:8 45:2 47:9,19 48:19
50:1 52:1,6,11,14,17,22,
24 53:12 56:12 57:6
62:4,8 63:15 64:25 75:11
79:25 82:22 84:11 85:8
89:13 95:18 96:1,15,16
97:10,19 99:4,18 100:14
104:10,11 106:14,20
110:19,25 111:6 115:13
118:3,4,13,15,21 119:2
121:21 123:3,21 127:7
128:8,10 131:15 132:12,
17 133:25 134:4,25
137:19 138:14 140:13

141:8,15,18 142:15
143:14 144:14 150:2,10
153:10 158:10,16 159:7,
22 160:11 161:19 164:14
165:3 166:8 170:11
171:14 177:16,24 178:6
179:15,21 180:4 181:19
183:4 184:6,15 186:24
188:1,10 189:5,17 190:7,
8 191:2 193:23,24 194:9,
19 195:4,7 196:24 197:2
199:5

**withdrawing**
116:6

**withdrawn**
109:15

**within**
33:10 35:6 38:13 39:20
45:10,23 46:5 55:8 65:17
69:1 74:15 77:16,22,24,
25 90:7,8 97:25 98:19
106:8 109:15 116:12,16
139:7 141:4 149:23
157:12 189:18 196:1

**without**
68:7,19

**witness**
6:1 89:1,9 130:3 144:5,
13 148:2 149:3 160:6
163:11 174:8 175:15
177:3 178:14 179:13,20
184:10 185:20 187:6,17
198:18,21

**wonderful**
18:1

**word**
27:17 136:12 139:1,4,7
143:21 174:6

**wording**
184:20

**words**
37:20

**work**
12:11 20:16,19,23 33:1,
10,13 112:9 120:5

**worked**
25:8 137:18

**working**
11:25 12:14 13:12

**works**
132:23

**world**
154:20

**would**
11:8,22 15:12,21,24,25
18:1,25 19:6 22:24 23:18
25:8 26:17,18,20,25
31:15,18,19 32:6,15
36:15 39:2 41:3,7,10,22
42:5 43:9,12,18 46:19,24
48:19 49:21 51:12 52:9,
24 53:4,17,20,25 54:11
57:13,25 60:15,20 61:22
62:15 64:2,4 66:4,8,9,16,
19 68:23 72:14 75:16
76:22 78:14,15,18,20,22,
25 79:7,9,13 80:7,21
81:2,4 82:11,18,21 83:18
86:9 87:3 89:3 92:2,7
94:6 96:18,21 97:3,10
99:15 109:13 112:10
116:11 117:5,6 121:4
126:15 127:2 129:13
131:14 132:1,12 133:2
136:12 142:6,7 144:8
145:13 149:11,16,19,22
150:12,14,17,19,21,23

151:2,4,7,13,15,16
153:11,19 154:22,25
155:17 156:23,25 157:3
159:3 162:19 163:7,12,
15,18 164:20 165:14
166:8,11,15 167:9
169:22 170:3,8,18
174:16,19 176:9 177:9
181:20 182:10,22 183:6,
15 184:24 186:2,9 190:2
191:4,8 195:2 198:21,25

**wouldn't**
37:9 91:14 124:15

**wound**
54:24 81:6 131:21
146:16 154:18,22 155:17
173:18 182:19 184:3
185:7,10,13,15,22,23
186:4,6,10 196:7

**wounds**
54:4

**wrist**
103:22 173:20

**write**
191:16

**written**
193:20

**wrong**
48:18 70:8 175:4

**WTT:JM**
50:17

## X

**x-ray**
43:18 119:15

**x-rays**
115:15,17,19,20,22

119:19

**X-SHAPE**
147:5

**X-SHAPED**
147:7

## Y

**Y-SHAPED**
55:18

**Yeah**
77:10 93:20 148:21
169:12 176:17 188:16

**year**
9:18,22 10:2,17,20 11:9
22:24,25 25:7

**years**
9:14,16,17,19 10:19,25
11:4,6,7,8 19:8 22:5,12,
15,16,20 23:4,10,19 62:9

**yellow**
142:1

**yes**
6:14,24 7:3,22 8:15 9:20
10:11,13 11:19 12:8
13:22 14:13 15:5,8 16:11
17:18 18:13,15,22 19:19
20:9,14 21:6 22:22 23:5
24:14,17,20,23 25:1
26:8,25 27:5,8,15 28:10,
21 29:2,4,8,22 30:8,10,
16,21,23 32:2,10 33:3,
11,16 34:10,17 35:19,23
36:3,6,9,20,25 37:5 38:3,
7,10,18,22 39:9 40:3,7,
13 41:6,25 44:7,10,14,22
48:2,7,10,14 49:12,16,25
50:3,10,12,16 51:6,17,21

52:12,16,19,24 53:7
56:1,10,14 57:20 59:10,
23 61:18 62:10,20 63:2,4
64:7,19 65:21,25 66:7,
12,22 67:5 68:10,14,25
69:6,16 70:11,18,22 71:1
72:25 73:4,15 74:5,22
75:22,25 77:2 78:2,9
79:18 80:10,19,23 81:9,
24 82:8,16 83:15,24
84:2,10,13 85:21,24
86:7,12,21 87:1,18
88:12,21 89:25 90:6,22
91:8,20 92:16,22 93:25
94:3,11,17 95:10,13,16
97:2,17,23 98:1,4,18,22
100:10,14 101:4,14,19
103:17 104:3 105:15,18,
22 106:1,18 107:7,10
108:5,7,10,17,20 109:9
110:16,24 111:2,9,22
112:16 113:15,24 114:6,
10,21,24 115:6,10,17
116:15 117:3,13,17,23
118:18 119:6 120:19
121:8,15 122:1,14,17
123:22 124:3,9,22,25
125:19,22 126:6,10
127:9,14 128:17 129:7,
10 130:19 131:9 132:10
133:4,9,11,18 134:14
135:10 136:7 137:4,7,17,
20,25 138:6,17,21 139:8,
15,20,24 140:2,5,8,11,
15,18 141:12,14,18,22
142:8,12,21,24 143:10
144:21 145:12 146:8,12,
18,22,23 147:2,7,13,22
149:10 151:1,25 153:9,
13 155:7,14 156:22
158:11 159:5,8,23
160:13 161:21 162:18,23

163:22 165:1,6,11,23
168:9,23 169:8 170:1
171:24 172:18 176:5,8,
23 177:15 178:7,9,15,22,
25 179:9,10,11,24 180:2,
5,6,10 181:9 182:3,7,15,
20 183:1,5 185:2,5 188:3
189:3,23 190:13 191:3,
10 193:15 194:8,20,25
195:20,23 197:1,4,7,21
198:2,20,24

**you**
6:8,12,18,21,23,24 7:5,8,
9,14,15,17,18,19,23,25
8:1,2,5,9,13,17,22 9:2,6,
12,21 10:1,4,12,23
11:11,18,20,24 12:5,6,9,
18,25 13:16 14:11,24
15:3,19 16:4,5,6,9,14,15
17:8,13,17,24 18:1,3,4,6,
11,17,18,20,23,24 19:2,
3,4,9,10,12,15,18,24
20:2,6,7,12,13,16,22,23
21:3,7,8,13,17,18,21,22
22:2,8,10,23 23:4,10,20
24:4,6,7,15,18,21,24
25:2,12,25 26:2,5,6,9,11,
12,13,16,23 27:2,6,9,12,
13,18 28:1,8,15,23,24
29:6,15,19,20,25 30:9,
14,17,19,22 31:4,6,19,24
32:3,7,8,11,23 33:12,20,
25 34:1,4,9,11,15,16
35:4,8,15,17,18,20 36:1,
7,8,10,13,18,22 37:2,8,9,
22 38:4,8,15,17,21,24
39:3,8,13,16 40:2,4,12
41:2,7,10,14,17,22 42:1,
3,9,10,14,20 43:16,18,21
44:3,5,11,19,23 45:2,6,
12,13,14,19,20,24 46:6,

20 47:4,14,20,22,24
48:8,13,16,18,20,25
49:10,14 50:4,8,15,20,23
51:2,4,5,16,22,23,24
52:6,11,15,18,23,25
53:1,15,20,24 54:11,13
55:9,14,15,24 56:2,4,7,
11,15,19,21 57:3,15
58:1,7,24 59:3,6,9,11,12
60:14,16 61:6,14,24,25
62:5,7,11,16,19,25 63:1,
11,17,20 64:2,5,9,12,16,
18,20,21 65:2,7,8,15,19,
22 66:1,5,6,8,9,18,19
67:12,13,24 68:9,11,12,
18,23 69:5,7,11,18
70:12,19 71:8,20,25
72:11,21,24 73:3,5,13
74:19,23 75:1,4 76:10,
12,19,25 77:3,6,7,8,16
79:15,20,23 80:3,11,17,
24 81:2,7,10,22 82:3,9,
24 83:3,12,13,20 84:3,7,
12 85:3,22,25 86:4,13,17
87:6,7,8,11,19,20,21
88:2,4,10,13,15,17,20
89:3,13,15,22,23,24
90:4,12,14 91:3,14,19,24
92:4,9,20 93:3,4,11,23
94:7,21,25 95:14 96:1,4,
8,11,22,24 97:21,25
98:9,15,20 99:5,11,12,
19,20,23 100:5,7,12,17,
19 101:2,3,12,15,18
102:2,18,20 103:11,18
104:4,8,24 105:5,9,14,
20,23,25 106:2,15,19,20
107:3,6,8,11,14,24
108:2,14,19,22 109:7,17
110:1,6,14,17 111:3,7,
10,14,19,21 112:15,18
113:13,16,22,25 114:3,7,

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.                    284
KIRSTIN HOWELL, M.D., 07/07/2021                    Index: you'd..your

9,11,13,19,23,25 115:5,
7,9,15,18,22 116:24
117:15,18,21 118:3,16,
17 119:4,8,18 120:2,6,
13,18 121:6,12,13,16,24
122:3,7,8,18,19 123:4,
13,20 124:1,7,10,19
125:14,18,20,23 126:3,7,
11,21 127:4,10 128:1,4,
7,8,14,15,18,24 129:3,
19,20,22,23 130:8,10,12,
20 131:4,7,8,16 133:1,3,
5,7,8,12,17,22,25 134:5,
12,15,18 135:1,8 136:3,
14,19,20,23 137:2,5,15,
18,22,23 138:3,7,8,12,
13,16,18,22,23,25
139:12,14,16,21 140:6,9,
12,16,22 141:1,3,6,10,24
142:6,7,11,22,23 143:4,
12,13,14,15,18,21,23,25
144:2,8,22,23 145:3,4,
15,25 146:5,24,25 147:4,
8,12,17,20 148:7,12,18,
24 149:19 150:5,12,17,
24 151:5,6,7,13,18,22
152:14,18,21,24 153:10,
14,21 154:10,21,25
155:6,11,12,15,23 156:7,
8,16,23 157:2,3,6,16,20,
25 158:2,7,9,12,20,21
159:3,6,7,9,21,24 160:9,
10,14 161:9,11,13,19,20,
22,24 162:9,19 163:7,15,
20,23 164:7,10,13,23,24
165:5,7,10,14,18,19,21,
25 166:1,4,8,20,24,25
167:13,22 168:3,5,16,25
169:5,16,17,20,22,24
170:3,8,18,21,22 171:1,
3,5,6,11,14,21 172:3,7,
15,19,20,24 173:5,7,11

174:12,16,21,22,25
175:5,24 176:4,6,9,19,
22,24 177:7,11,20 178:2,
4,11,18 179:4,7,10,16
180:1,7,11,15,17,19
181:3,7,14,23 182:1,4,8,
17,24 183:9,12,14,22,25
184:5,13,17 185:1,25
186:3,8,9,15,23 187:2,9,
13,22,25 188:4,7,14,15,
21 189:2,9,12,22 190:9,
20 191:4,9,11,14,18,20,
25 192:9,11,12,21,24
193:1,3,6,7 194:4,9,18,
21,22 195:3,7,10,15,16,
18,21,22,24 196:5,10,11
197:6,11,12,17,19,20
198:3,6,11,14,16,18,25
199:5

**you'd**
34:15 132:9

**you'll**
55:2 176:1,16 179:18
189:15

**you're**
12:14 13:8 15:14,15 20:4
21:12 23:2,8,9 25:23
33:9 36:17,21 41:22
56:18,20 61:4,7,9 63:21
65:7 66:5 75:18,24
81:20,25 83:5 86:23
87:6,25 89:7,16 91:13
93:14,18 95:6 96:25
103:19 126:17,18
130:12,17 138:23 141:19
145:9 148:20 156:1,2
165:2 167:12 168:7
170:15 172:11 173:10
177:6,7,22 193:22

**you've**
21:13 31:3 36:4 67:16
94:15 134:15 153:4
157:10 188:11

**young**
14:18

**your**
6:8,9,22,23 7:1,5 8:7,24
9:2,11 10:22 11:10 12:3,
5,14,15 13:11 15:3,11
17:14 18:7,20,23 19:13,
17 20:15 22:19 25:2
26:1,24 27:3 29:20 31:20
33:10 34:2,3 35:21,25
36:5 37:3,22 38:5,8
39:17 40:4 41:17,21 43:3
44:12 45:11,13,25 46:7,
11,14,21,25 47:15,21,25
48:1 49:13,17,23 50:11,
20 51:4,15 52:1,4 61:3,4,
8,9 62:18,25 66:8,13,14,
19 67:18 68:2 71:4 76:20
77:3 81:25 83:23 84:1,
11,20,23 86:2,23 87:8
91:11 94:16,18,19 98:14,
19 100:4 102:2,21
104:14 107:20 109:8
111:1 116:7 117:25
118:8,23 119:19 122:20,
23 125:4 129:16,17,18
130:7,14 133:3,24 134:9
136:4,9 137:3,24 138:3,
13 141:16 142:17 143:2,
13 144:17 145:3 146:7
152:5 153:15,16 156:6
164:23,24 169:14
171:21,25 172:8,19
173:14,17 174:2,4,17,21
176:11,20,25 177:8,12,
20 178:7,10,17 179:2
180:3,15,20 181:4

C00    AdvancedONE    (866) 715-7770
LEGAL                    advancedONE.com

182:13 183:2,15 184:22
185:3 188:10,12,17
189:8 190:5 191:2,14,19
194:22 195:3 196:4,22,
23 197:3,21 198:11,15

**yours**
27:12

**yourself**
66:2 77:8 107:9 148:18,
23 151:20 153:1 155:5
188:5 196:17

---

**Z**

---

**zero**
13:19 170:13

**zoom**
7:6 48:16 89:20