# EXHIBIT 28

STATE OF ILLINOIS )
· · · · · · · · ·) SS:
EASTERN DIVISION· )


· IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
· · · · · ·EASTERN DIVISION


TABATHA WASHINGTON and )
DONTE HOWARD,· · · · ·)
· · · · · · · · · · · )
· · · · Plaintiffs,· )
· · · · · · · · · · · )
vs.· · · · · · · · · ) No.: 20 CV 442
· · · · · · · · · · · )
CITY OF CHICAGO,· · · )
ET AL.,· · · · ·· · · )
· · · · · · · · · · · )
· · · · Defendants.· )



· · · DEPOSITION OF

· · JUDGE LAURA AYALA-GONZALEZ

· ·Conducted virtually


· · November 12, 2021

· · 10:35 a.m., CST



Job No.:· 421157

Pages:· 1 - 67

Reported By:· Konni L. Stapf, CSR No. 084-004144

**CERTIFIED
TRANSCRIPT**



@© AdvancedONE LEGAL· · (866) 715-7770· advancedONE.com

Page 2

```
 1    · · · · · A P P E A R A N C E S
 2    ************************************
 3                ALL PARTIES APPEARED
 4                REMOTELY VIA ZOOM
 5    ************************************
 6
 7    Counsel for Plaintiffs:
 8        VITALE, VICKREY, NIRO, SOLON & GASEY, LLP
          BY:· DYLAN M. BROWN
 9        311 South Wacker Drive, Suite 2470
          Chicago, IL 60606
10        312.236.0733
11        dbrown@vvnlaw.com
12    Counsel for Defendants:
13        BORKAN & SCAHILL, LTD
          BY:· EMILY E. SCHNIDT
          20 South Clark Street, Suite 1700
14        Chicago, IL 60603
          312.580.1030
15        eschnidt@borkanscahill.com
16    Counsel for Laura Ayala-Gonzalez:
17        JOHN COYNE LAW OFFICES
          BY:· JOHN COYNE
18        53 West Jackson Boulevard
          Chicago, IL 60604
19        312.929.4308
20        jcc@johnccoynelaw.com
21
22
23
24
25
```

Page 3

```
 1              INDEX TO EXAMINATION
 2
      WITNESS:· JUDGE LAURA AYALA-GONZALEZ
 3
 4    EXAMINATION·                          PAGE
 5    By Ms. Schnidt                         4
 6    By Mr. Brown                          63
 7
 8
 9
10    · · · · · INDEX TO EXHIBITS
11    NUMBER   DESCRIPTION· · · · · · · ·   MARKED
12    ·1·  Fact sheet· · · · · · · · · ·     18
13    ·2·  Felony form 101· · · · ·          20
      ·3·  Folder· · · · · · · · · · ·       38
      4· · Supplemental report· · ·          43
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1    · · · · ·JUDGE LAURA AYALA-GONZALEZ,
 2    a witness herein, having been first duly sworn
 3    remotely and by agreement of counsel, to speak the
 4    truth and nothing but the truth, was examined and
 5    testified as follows:
 6
 7                    EXAMINATION
 8    BY MS. SCHNIDT:
 9    · Q.· ·Can you please state your name for
10    the record.
11    · A.· ·Sure. Laura Ayala-Gonzalez.
12    · Q.· ·Can you please spell your last names?
13    · A.· ·Sure. A-y-a-l-a, hyphen,
14    G o n z a l e z.
15    · Q.· ·Do you go by your full last name,
16    Ayala-Gonzalez?
17    · A.· ·I do.
18    · Q.· ·Do you mind if I just call you Judge
19    if I forget to call you Judge Ayala-Gonzalez?
20    · A.· ·Whatever makes it easier. I respond to
21    any part of my name, so that's fine.
22    · Q.· ·I also respond to every iteration of my
23    last name.
24          What is your date of birth, please?
25    · A.
```

Page 5

```
 1    · · · Q.· ·Judge, I understand that you likely
 2    · ·understand the process of a deposition -- well,
 3    ·have you given a deposition before?
 4    · · A.· ·No.
 5    · · Q.· ·It's the same rules that apply when
 6    someone is testifying before you in a trial or
 7    you're representing someone in your past in a
 8    trial.
 9    · · · · ·The one thing I'm just going to remind
10    you of is please don't guess or speculate as to
11    anything. I understand we're talking about
12    something from three years ago. And so if at the
13    end of the day you don't remember, nobody wants you
14    to make any assumptions or speculate as to what
15    occurred.
16    · · A.· ·Will do.
17    · · Q.· ·Thank you. What is your current
18    employment?
19    · · A.· ·Currently, I am a Cook County Circuit
20    Court judge at 26th and California in Chicago.
21    · · Q.· ·What types of cases are you currently
22    handling?
23    · · A.· ·Criminal cases, one of the flowing
24    judges.
25    · · Q.· ·When were you elected to the bench?
```

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 6..9
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

**Page 6**

1 · · · · A.· · ·December of 2020.
2 · · · · Q.· · **Prior to becoming a judge, what was**
3 **your last place of employment?**
4 · · · · A.· · ·The Cook County State's Attorney's
5 ·Office.
6 · · · · Q.· · **How long were you employed, in total,**
7 **with the Cook County State's Attorney's Office?**
8 · · · · A.· · ·Approximately 19 years.
9 · · · · Q.· · **Were you admitted to the Illinois Bar**
10 **in 2003?**
11 · · · · A.· · ·Yes.
12 · · · · Q.· · **After your admission to the Illinois**
13 **Bar, where is the first place that you worked?**
14 · · · · A.· · ·The Cook County State's Attorney's
15 ·Office.
16 · · · · Q.· · **In 2018, what division were you in with**
17 **the Cook County State's Attorney's Office?**
18 · · · · A.· · ·I was in two separate divisions, so I
19 ·was in the complex gang homicide unit in the
20 ·suburbs assigned to both Markham and Maywood.
21 · · · · ·And then for a time I was -- then I was
22 ·transferred over to a deputy supervisor in the
23 ·felony review unit at 26th Street.
24 · · · · Q.· · **When were you transferred over to the**
25 **deputy supervisor felony review unit?**

**Page 7**

1 · · · · A.· · ·I don't recall the exact month.
2 · · · · Q.· · **On May 30, 2018, were you working in**
3 **the felony review unit as a deputy supervisor?**
4 · · · · A.· · ·Yes.
5 · · · · Q.· · **How long did you have that role?**
6 · · · · A.· · ·About a year.· I'm not exactly sure but
7 ·about a year.
8 · · · · Q.· · **After working as the deputy supervisor**
9 **in the felony review unit, what is the next place**
10 **that you went to?**
11 · · · · A.· · · I became the 12C wing supervisor.
12 · · · · Q.· · · What is 12C?
13 · · · · A.· · · It is a wing of the criminal felony
14 ·trial division at 26th and California.
15 · · · · Q.· · **Does that particular wing handle**
16 **certain types of cases?**
17 · · · · A.· · ·All criminal cases that are being heard
18 ·at 26th Street.· I just handled and supervised six
19 ·particular court rooms and the ASAs that were
20 ·assigned to those courtrooms, more specifically.
21 · · · · Q.· · **Other than that approximate one year**
22 **that you served as a deputy supervisor in the**
23 **felony review unit, did you ever work in the felony**
24 **review unit at any other time?**
25 · · · · A.· · ·Yes.

**Page 8**

1 · · · · Q.· · **When?**
2 · · · · A.· · ·I don't have the exact dates but I did
3 ·work there as a line ASA, approximately twice.
4 ·Then I was also a first chair and a second chair, I
5 ·did two stents in felony review as well.
6 · · · · · · MR. COYNE:· I'm sorry, Judge, I didn't
7 ·catch that at the beginning.· Did you say line ASA?
8 · · · · · · THE WITNESS:· Yes, as a line ASA.
9 ·BY MS. SCHMIDT:
10 · · · · Q.· · **Can you please explain what a line ASA**
11 **is?**
12 · · · · A.· · ·Sure.· The line ASAs are usually
13 ·comprised of chairs, so we call them line ASAs.
14 ·You could be a third or a second chair, that's not
15 ·really the actual supervisor on the team or one of
16 ·the head supervisors for that particular team, and
17 ·you run all of your -- that you are making on
18 ·cases.· You're not handling any type of murder
19 ·cases or any complicated investigations, but
20 ·anything else other than a murder, you would be
21 ·required to handle, and you would run that decision
22 ·with your trial supervisor on the team.
23 · · · · Q.· · **And it cut off as you were beginning to**
24 **testify.· Were you saying that you run all**
25 **decisions on cases, other than murder cases,**

**Page 9**

1 **essentially?**
2 · · · · A.· · ·Correct.
3 · · · · Q.· · **So twice you operated in that role as a**
4 **line ASA running all decisions on cases other than**
5 **murder cases?**
6 · · · · A.· · ·Yes.
7 · · · · Q.· · **What does that mean, run all decisions?**
8 · · · · A.· · ·So, typically, you would just -- the
9 ·decisions that we're talking about is charging
10 ·decisions or locking witnesses in or not locking
11 ·them in to any either statement or trying to set up
12 ·bringing them over to the Grand Jury for testimony.
13 · · · · Q.· · **Then you said you also served as a**
14 **second and first chair in the felony review unit?**
15 · · · · A.· · ·Yes.
16 · · · · Q.· · **Let's deal with the second chair**
17 **position.· When were you a second chair in the**
18 **felony review unit?**
19 · · · · A.· · ·I don't know exactly the dates.
20 · · · · Q.· · **How long were you a second chair in the**
21 **felony review unit?**
22 · · · · A.· · ·Usually you do about, maybe, three or
23 ·four months, depending -- I'm not sure whether I
24 ·did that whole time the first time that I was there
25 ·until I got transferred out.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 10..13
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 10

1· · · Q.· ·And how long were you a line ASA in
2· ·total, like when you combine the two times?
3· · · · A.· ·I don't know.
4· · · · Q.· ·Can you tell me any length of time that
5· ·you were a line ASA?
6· · · · A.· ·I don't know the exact length of time.
7· · · · Q.· ·And as a second chair in the felony
8· ·review unit, what were your responsibilities?
9· · · · A.· ·As a second chair or trial supervisor
10· ·for the team, my responsibilities were to take
11· ·phone calls from the third chairs and help them
12· ·with their cases in terms of talking to them, if
13· ·they had any questions or concerns, and go over the
14· ·evidence with them to make charging decisions.
15· · · · Q.· ·Then as a first chair in the felony
16· ·review unit, when were you in that position?
17· · · · A.· ·Again, I don't know the exact time
18· ·frame.
19· · · · Q.· ·How long were you a first chair in the
20· ·felony review?
21· · · · A.· ·I don't recall.
22· · · · Q.· ·What were your responsibilities in the
23· ·first chair in the felony review unit?
24· · · · A.· ·The same as a second chair except that
25· ·I had the opportunity to work on murder

Page 11

1· ·investigations.· And on those particular cases, I
2· ·would work together with whoever the deputy
3· ·supervisors were assigned to felony review during
4· ·that time, and we would go over the evidence in the
5· ·case, witness statements, locking in decisions or
6· ·locking out decisions, and charging decisions
7· ·(technical difficulty) were not mine.· They were
8· ·the deputy supervisor's decision to charge or not
9· ·to charge.
10· · · · Q.· ·Specifically on the murder cases?
11· · · · A.· ·Correct.
12· · · · Q.· ·Was the hierarchy basically in the
13· ·state's attorney's felony review unit third chair,
14· ·then above that second chair, then above that first
15· ·chair, then above that deputy supervisor?
16· · · · A.· ·That's correct.
17· · · · Q.· ·Is there anybody above deputy
18· ·supervisor in the felony review unit?
19· · · · A.· ·Yes, the head supervisor of felony
20· ·review.
21· · · · Q.· ·Did you ever hold that position?
22· · · · A.· ·No.
23· · · · Q.· ·Can you approximate for me how long you
24· ·worked in the felony review unit as a first,
25· ·second, and third chair?

Page 12

1· · · · A.· ·I can't.
2· · · · Q.· ·Would you say it was more than a year?
3· · · · · · ·MR. COYNE:· Objection, foundation.· You
4· ·can answer, Judge.· I just objected to foundation.
5· ·If you know.
6· · · · A.· ·I'm trying to think because I don't
7· ·specifically have a memory as to how long the terms
8· ·were, per se, whether I did all the term or whether
9· ·I just substituted in for different ASAs that were
10· ·moved out of felony review.· So it could have been
11· ·more than a year, more than two years.· I'm not
12· ·really sure.
13· ·BY MS. SCHNIDT:
14· · · · Q.· ·But at least it was more than one year?
15· · · · · · ·MR. COYNE:· Objection, foundation.
16· · · · A.· ·Yes.
17· ·BY MS. SCHNIDT:
18· · · · Q.· ·That's a yes?
19· · · · A.· ·Yes.
20· · · · Q.· ·Okay.· Now, you've referenced a few
21· ·times making charging decisions.· Can you, please,
22· ·explain what a charging decision is?
23· · · · A.· ·As to what?
24· · · · Q.· ·So you said that in all the positions
25· ·as first, second, and third chair, you yourself

Page 13

1· ·were either making charging decisions or you were
2· ·working with someone else to make a charging
3· ·decision.
4· · · · Q.· ·Can you explain what that phrase,
5· ·making a discharging decision means?
6· · · · A.· ·Generally speaking, when there is a
7· ·crime that occurs and the Chicago police detectives
8· ·call upon a review for an assistant to come out to
9· ·review the evidence and what they are looking to
10· ·charge someone with, an ASA will go out to that
11· ·particular -- either area or location to review
12· ·either reports that were generated, speak to
13· ·possible witnesses, or defendants if they are
14· ·willing to speak to the state's attorney after
15· ·being Mirandized and gather all the evidence that
16· ·the detectives have, whether that's video, audio,
17· ·body-worn camera, any type of physical or
18· ·circumstantial evidence that's collected.
19· · · · · · ·That state's attorney reviews all of
20· ·the evidence and after reviewing all of the
21· ·evidence will generally decide whether they have
22· ·sufficient evidence to charge someone with that
23· ·particular crime.
24· · · · Q.· ·So is it accurate to say that it is the
25· ·Cook County State's Attorney's Office as to whether

aO  AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 14..17
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 14

1 ·someone who's under arrest should be charged with a
2 ·felony?
3 · · · · · · ·MR. COYNE:· Objection, form, and
4 ·foundation.· Go ahead, Judge.
5 · · A.· ·I'm not sure that I understood that
6 ·question, if you could repeat it.
7 · · · · · ·MS. SCHNIDT:· Sure.· Konni, could you
8 ·read it back, please.
9 · · · · · ·(Requested portion of the record read
10 ·back.)
11 · · · · · ·MS. SCHNIDT:· That was a bad question.
12 ·Let me rephrase it.
13 ·BY MS. SCHNIDT:
14 · · · Q.· ·Is it accurate to say that the Cook
15 ·County State's Attorney's Office makes the decision
16 ·as to whether someone who's under arrest should be
17 ·charged with a felony?
18 · · · · · ·MR. COYNE:· Same objection.· Go ahead.
19 · · A.· ·Not at all times.
20 ·BY MS. SCHNIDT:
21 · · · Q.· ·What are those circumstances as to when
22 ·the Cook County State's Attorney's Office will make
23 ·that decision?
24 · · · · · ·MR. COYNE:· Objection, form.· You can
25 ·go ahead, Judge.

Page 15

1 · · · A.· ·Usually the Cook County State's
2 ·Attorney's Office will make a charging decision on
3 ·victim cases, drug cases.· The state's attorney's
4 ·office is not making charging decisions on any drug
5 ·cases that the detectives are making arrests on.
6 ·BY MS. SCHNIDT:
7 · · · Q.· ·Can you repeat that?· I'm sorry.
8 · · A.· ·Any type of drug arrest typically will
9 ·not require the state's attorney to be involved in
10 ·making a charging decision.
11 · · · Q.· ·Would it be accurate to say that when
12 ·someone has been arrested for murder, the Cook
13 ·County State's Attorney's Office makes the decision
14 ·as to whether to charge that person under arrest
15 ·with murder?
16 · · A.· ·Yes.
17 · · · Q.· ·Same question for felony murder.· Is it
18 ·the Cook County State's Attorney's Office that
19 ·makes the decision as to whether someone should be
20 ·charged with felony murder?
21 · · A.· ·Yes.
22 · · · Q.· ·Did you review -- strike that.
23 · · · · · ·Do you have a recollection of the case
24 ·involving Tabatha Washington and Donte Howard?
25 · · A.· ·Only from what was provided.

Page 16

1 · · Q.· ·Having had the opportunity to review
2 ·some records, did that refresh your memory as to
3 ·your involvement in the case involving Tabatha
4 ·Washington and Donte Howard?
5 · · A.· ·Yes.
6 · · Q.· ·Did you give -- did you -- were you the
7 ·person who made the decision at the Cook County
8 ·State's Attorney's Office to charge Tabatha
9 ·Washington with murder?
10 · · A.· ·Yes.
11 · · Q.· ·Did you give -- strike that.
12 · · · · ·What was your decision as to whether
13 ·Tabatha Washington should be charged with murder?
14 · · A.· ·My decision was to charge Tabatha
15 ·Washington with first degree murder.
16 · · Q.· ·Did you -- were you involved in the
17 ·decision as to whether Donte Howard should be
18 ·charged with murder?
19     A.     Yes.
20     Q.     And what was your decision?
21     A.     My decision was to charge Donte Howard
22 ·with first degree murder.
23 · · Q.· ·Did you speak to any witnesses
24 ·yourself?
25 · · A.· ·No.

Page 17

1 · · Q.· ·Did you speak to the detectives?
2 · · A.· ·No.
3 · · Q.· ·How did you go about making -- strike
4 ·that.
5 · · · · ·When you make the decision to approve a
6 ·murder charge, how do you communicate that there is
7 ·that approval?
8 · · · · · ·MR. COYNE:· Objection, form.
9 · · A.· ·I am only speaking with my state's
10 ·attorney who is out handling the actual murder with
11 ·the detectives.
12 ·BY MS. SCHNIDT:
13 · · Q.· ·So when you gave the approval to charge
14 ·Tabatha Washington with murder, who would you speak
15 ·to and communicate that approval?
16 · · A.· ·The ASA that was handling the case.
17 · · Q.· ·Do you know who that was?
18 · · A.· ·From the documents that you provided,
19 ·it was Patrick Waller.
20 · · Q.· ·Same question with regard to Donte
21 ·Howard, did you communicate with the ASA who was
22 ·handling the case with the detectives?
23 · · A.· ·Yes.
24 · · Q.· ·And who was that ASA?
25 · · A.· ·That I don't recall whether Patrick

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 18..21
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 18

·1   Waller was still the state's attorney for that
·2   particular approval, I'm not sure, or whether it
·3   was another ASA that took on that particular end of
·4   the investigation.
·5   ··Q.··· Now, first of all, have you and I ever
·6   spoken?
·7   ··A.··· No.
·8   ··Q.··· Did I provide you any records?
·9   ··A.··· No.
10   ··Q.··· Okay. What record are you looking at
11   and relying upon to say that it was Patrick Waller
12   that you communicated that you approved charging
13   Tabatha Washington with murder?
14   ··A.··· The documents that were provided to me
15   by my attorney, John Coyne, included the felony
16   101, also included that fact sheet, and I'm basing
17   it on the fact sheet that was provided in those
18   records.
19   ·····MS. SCHNIDT:· Okay.· Let me mark this
20   as an exhibit.
21   ······(Deposition Exhibit 1 marked
22   ······· for identification.)
23   BY MS. SCHNIDT:
24   ··Q.··· I'm showing you what has been marked as
25   Exhibit 1, which is Bates stamped SAO 62 through

Page 19

·1   69.· Is this document that's marked as Exhibit 1
·2   the fact sheet that you reviewed?
·3   ··A.··· Yes.
·4   ··Q.··· Now, when we took the deposition of ASA
·5   Waller, he testified that he believed by the time
·6   he left the station, that Tabatha Washington -- the
·7   murder charge against Tabatha Washington had not
·8   been approved yet.
·9   ···So is there somewhere within Exhibit 1
10   something that's reflecting that you communicated
11   that Tabatha Washington was approved for murder to
12   Patrick Waller?
13   ·····MR. COYNE:· Objection, form,
14   foundation.· You can go ahead, Judge.
15   ··A.··· I didn't understand that question.  I
16   don't know what Patrick Waller may or may not have
17   told you.
18   BY MS. SCHNIDT:
19   ··Q.··· Sure.· What I'm trying to understand is
20   where in this record, Exhibit 1, does it show that
21   you communicated to Patrick Waller that you
22   approved the charge of murder against Tabatha
23   Washington?
24   ·····MR. COYNE:· Objection, foundation.· Go
25   ahead.

Page 20

·1   ··A.··· I don't know that it is on the document
·2   itself.· I don't know that it's actually recorded
·3   on that document that there was a conversation
·4   where charges were approved.· It's not on that
·5   document.
·6   BY MS. SCHNIDT:
·7   ··Q.··· Okay.· So maybe I misunderstood what
·8   your previous testimony was, and I apologize for
·9   that.
10   ···How do you know -- you testified that
11   you spoke to ASA Waller and you approved murder --
12   a murder charge against Tabatha Washington.
13   ·····What is that testimony based on?
14   ··A.··· Conversation with ASA Patrick Waller.
15   ··Q.··· So that's your recollection that you
16   spoke to him, and you approved the murder charge?
17   ··A.··· Correct.
18   ·····(Deposition Exhibit 2 marked
19   ······· for identification.)
20   BY MS. SCHNIDT:
21   ··Q.··· I'm showing you what I've marked as
22   Exhibit 2, which is Bates stamped SAO 973.· Is this
23   the felony 101 that you were referring to that
24   you reviewed?
25   ··A.··· Yes, I see that.

Page 21

·1····Q.··· Can you explain to me what a form 101
·2··is?
·3····A.··· I really can't.· It's actually produced
·4··by the Chicago Police Department.
·5····Q.··· It's prepared by the Chicago Police
·6··Department?
·7····A.··· It's produced and prepared, correct.
·8····Q.··· Is this your -- do you see your
·9··handwriting anywhere on this document?
10····A.··· I do not.
11····Q.··· Okay.· Going back to Exhibit 1, did you
12··prepare any portion of Exhibit 1?
13····A.··· No.
14····Q.··· At the bottom of Exhibit 1, there's a
15··name John B. Henning.· Do you see that?
16····A.··· I do.
17····Q.··· Do you know who -- do you know what
18··Mr. Henning's involvement was with this case?
19····A.··· I do not.
20····Q.··· In this case did you, yourself, speak
21··to any detective at any time?
22····A.··· No.
23····Q.··· Is there any record that references who
24··else -- in this case is there any record that
25··references who else from the Cook County State's

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 22..25
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 22

1 Attorney's Office was involved in the investigation
2 prior to Donte Howard being charged with murder?
3 · · A. · · I don't recall seeing it in any of the
4 documents.
5 · · Q. · · Do you have a recollection of anybody
6 else being involved?
7 · · A. · · No.
8 · · Q. · · What is your recollection regarding
9 this case?
10 · · · · · MR. COYNE: · Objection, form. · Go ahead.
11 · · A. · · From the documents I received, I
12 remember speaking with ASA Waller on this
13 particular matter and approving charges and
14 rejecting one charge for one offender.
15 BY MS. SCHNIDT:
16 · · Q. · · Did you speak to ASA Waller on just one
17 day or multiple days?
18 · · A. · · It had to be multiple days.
19 · · Q. · · Back when you were a deputy supervisor
20 was there any circumstance in which you took over
21 the investigation for the Cook County State's
22 Attorney's Office?
23 · · · · · MR. COYNE: · Objection, form. · Go ahead.
24 · · A. · · I'm not sure that I understand. · Where
25 I would myself be the reviewing ASA as a deputy

Page 23

1 · supervisor?
2 · BY MS. SCHNIDT:
3 · · · Q. · · Yes. · Thank you. · That's what I'm
4 · asking.
5 · · · A. · · Yes. · In conjunction, though, with the
6 · head of felony review which would be depending on
7 · the time frame who that would be.
8 · · · Q. · · I'm going to show you some of
9 · Mr. Waller's testimony and -- because I just don't
10 · want you to think that I'm misrepresenting anything
11 · that he's testified to. · Okay?
12 · · · A. · · Okay.
13 · · · Q. · · So I'm showing you Mr. Waller's
14 · deposition transcript. · The deposition of Patrick
15 · Waller that was taken on October 5, 2021. · Do you
16 · see that?
17 · · · A. · · I do.
18 · · · Q. · · I'll tell you in advance that what
19 · Mr. Waller testified to is that he initially came
20 · to the police station. · He interviewed Khadjah
21 · Hill, Larry Nelson, and Anthony Beard, three
22 · witnesses in this case. · He also interviewed
23 · Carlton White, who was in custody, and Tabatha
24 · Washington, who was in custody.
25 · · · · · · · And then he made a recommendation to

Page 24

1 · the detectives that someone try to get a search
2 · warrant for Tabatha Washington's apartment to try
3 · and see if the pole that she admitted to using
4 · could be found, and then he says he didn't have any
5 · involvement with the case after that. · Okay.
6 · · · · · · · And I'm showing this to you because I
7 · want to see if his testimony refreshes your
8 · recollection in any way or if your recollection is
9 · still the same that you continued working with him
10 · after that first night that he was at the police
11 · station. · Okay?
12 · · · · · · · MR. COYNE: · Objection, form. · Go ahead.
13 · · · A. · · Okay.
14 · BY MS. SCHNIDT:
15 · · · Q. · · All right. · Well, first of all, let me
16 · ask you this: · Were you aware that Patrick Waller
17 · interviewed three witnesses named Khadjah Hill,
18 · Anthony Beard, and Larry Nelson?
19 · · · A. · · From the reports, yes.
20 · · · Q. · · It is -- did that refresh your memory
21 · that he interviewed those three people?
22 · · · · · · · MR. COYNE: · Objection, foundation. · Go
23 · ahead.
24 · · · A. · · Yes.
25 · BY MS. SCHNIDT:

Page 25

1 · · · Q. · · Do you recall him telling you he also
2 · interviewed -- well, strike that.
3 · · · · · · · Did he tell you he interviewed those
4 · three people, Larry Nelson, Anthony Beard, and
5 · Khadjah Hill?
6 · · · · · · · MR. COYNE: · I'm going to object and
7 · instruct her not to answer that question based on
8 · attorney work product doctrine and/or the
9 · deliberative process privilege.
10 · · · · · · · The conversations of the two ASAs with
11 · respect to charging decisions goes to the core, I
12 · think, of both the work product doctrine and the
13 · deliberative process privilege insofar as the
14 · information that is exchanged during those
15 · conversations is for the purpose of making a
16 · charging decision by the state's attorney's office
17 · and those conversations are privileged for that
18 · reason. · So I'm instructing her not to answer that
19 · question.
20 · BY MS. SCHNIDT:
21 · · · Q. · · After speaking with ASA Waller, were
22 · you aware that ASA Waller had interviewed three
23 · people named Larry Nelson, Khadjah Hill, and
24 · Anthony Beard?
25 · · · · · · · MR. COYNE: · Objection, form,

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 26..29
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

```
                                    Page 26                                           Page 28
·1· ·foundation.                                  ·1· ·detectives.· You know, part of the --
·2· · · · ·A.· · ·I don't recall the exact        ·2· ·you know, we had to make sure I made
·   ·conversation.                                ·3· ·arrangements for somebody to come and
·3· ·BY MS. SCHNIDT:                              ·4· ·complete these logs of statements so
·4· · · · ·Q.· · ·I'm not asking the              ·5· ·that we could do -- so that we could,
·   ·conversation.· I'm                           ·6· ·you know, review everything or at
·5· ·just asking were you aware that Patrick      ·7· ·least a summary of everything that
·   ·Waller                                        ·8· ·had been discussed during the
·6· ·interviewed three people -- three            ·9· ·interviews of Carlton White and
·   ·witnesses?                                    10· ·Tabatha Washington?
·7· · · · ·A.· · ·Yes.                             11· ·"Question: Did they come and complete
·8· · · · ·Q.· · ·Okay.· Did you ever review the  12· ·those logs while you were at the
·9· ·videotaped recording of his interviews of    13· ·area?
·   ·those                                          14· ·"Answer: No, they would have -- my
·10· ·three individuals?                           15· ·belief is that they completed it
·11· · · · ·A.· · ·Not that I recall.              16· ·very, very early in the morning, in
·12· · · · ·Q.· · ·Did you ever review, prior to your 17· ·the very early morning hours of after
·13· ·deposition, Mr. Waller's summary in Exhibit 1 of 18· ·I had left the area and the case had
·14· ·his interviews with those three people?      19· ·been designated a continuing
·15· · · · ·A.· · ·I did review those, yes.        20· ·investigation.
·16· · · · ·Q.· · ·Did you review those before giving 21· ·"Question:· So after you made
·17· ·approval to charge Tabatha Washington with murder? 22· ·arrangements to have someone come and
·18· · · · ·A.· · ·No, I was speaking with ASA Waller 23· ·complete the summary, you're talking
·   ·directly.· I was not reading.                 24· ·about these summaries of the
·19·                                               25· ·statements that the interviewee's
·20· · · · ·Q.· · ·Okay. When did you review those
·   ·summaries in Exhibit 1?
·22· · · · ·A.· · ·Yesterday and the day before.
·23· · · · ·Q.· · ·In preparation for your deposition?
·24· · · · ·A.· · ·Yes.
·25· · · · ·Q.· · ·Was that the first time that you

                                    Page 27                                           Page 29
·1· ·reviewed those summaries ever?                ·1· ·gave, right?
·2· · · · ·A.· · ·Yes.                             ·2· ·"Yes.
·3· · · · ·Q.· · ·After speaking to Patrick Waller back ·3· ·"Question:· All right.· After making
·4· ·in May of 2018, were you aware that he had    ·4· ·those arrangements, did you do
·5· ·interviewed Tabatha Washington?               ·5· ·anything else with regard to this
·6· · · · ·A.· · ·Yes.                             ·6· ·investigation?
·7· · · · ·Q.· · ·After speaking with Patrick Waller ·7· ·"I mean, in a minimum, I told the
·8· ·after May of 2018, were you aware that he had ·8· ·detectives, you know, it was a
·9· ·interviewed Carlton White?                    ·9· ·continued -- I was going to designate
·10· · · · ·A.· · ·Yes.                            10· ·the case as a continuing
·11· · · · ·Q.· · ·Okay.· So having established that, I'm 11· ·investigation.
·12· ·not going to show you his testimony saying that he 12· ·"Did you tell them why?
·13· ·took those steps.                            13· ·"Yes.
·14· · · · ·A.· · ·Okay.                           14· ·"What did you tell them why?
·15· · · · ·Q.· · ·That's not something disputed, you know 15· ·"I indicated that I thought it would
·16· ·that, right?                                 16· ·be an important investigative step to
·17· · · · ·A.· · ·Okay.                           17· ·see if they could either obtain a
·18· · · · ·Q.· · ·All right.· So then you can see here 18· ·search warrant or get consent to
·19· ·Patrick Waller asks on page 51:              19· ·search for Tabatha Washington's
·20· · · · · · · · ·"We'll go through some of the Tabatha 20· ·apartment to see if there were any
·21· · · · · · · · ·Washington's statement, but after 21· ·metal poles or implements that could
·22· · · · · · · · ·talking with Tabatha Washington, 22· ·be recovered that would be consistent
·23· · · · · · · · ·what's the next step that you took?" 23· ·with some of the injuries that
·24· ·There is an objection and then he said:      24· ·Mr. Edmondson suffered.
·25· · · · · · · · ·"I would have talked to the    25· ·"There was one other individual that
```

aO AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.       Pages 30..33
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 30

1 · ·was present at the Washington
2 · ·location that had not been
3 · ·interviewed yet, to my knowledge, and
4 · ·we needed to do a full review of the
5 · ·statements that had been video
6 · ·recorded.
7 · ·"Anything else that you told them as
8 · ·to why you were designating it as a
9 · ·continued investigation?
10 · ·"Not that I recall.
11 · ·"After communicating that to the
12 · ·detectives and making arrangements
13 · ·for someone to come and summarize the
14 · ·statement, did you have any other
15 · ·involvement in this investigation?
16 · ·"No.
17 · ·"Did you ever speak to Cynthia
18 · ·Cage --
19 · ·"No.
20 · ·" -- the person that you recall
21 · ·calling CC?
22 · ·"No, that would have been the person
23 · ·that was -- that I said that I would
24 · ·like to interview, if possible, as
25 · ·part of the investigation.

Page 31

1 · · · · · · · ·"Did you make any attempt to reach
2 · · · · · · ·her?
3 · · · · · · ·"No.
4 · · · · · ·All right.· So now I'm going on to page
5 · ·56, line 5.
6 · · · · · · ·"So when you recommended that
7 · · · · · · ·these -- that those summaries be
8 · · · · · · ·drafted and the detectives go to try
9 · · · · · · ·and see if they can get a search
10 · · · · · · ·warrant for Tabatha Washington's
11 · · · · · · ·apartment to try and locate the
12 · · · · · · ·implement that she discussed using,
13 · · · · · · ·why is it that you were not the
14 · · · · · · ·person who continued on with this
15 · · · · · · ·investigation once those things were
16 · · · · · · ·done?
17 · · · · · · ·There are objections.· And then he
18 · ·said:
19 · · · · · · ·"I was -- my days off were coming up
20 · · · · · · ·the next three days, and you know,
21 · · · · · · ·the detectives were -- had their time
22 · · · · · · ·period to complete this
23 · · · · · · ·investigation, and it didn't overlap
24 · · · · · · ·with days that I was working.
25 · · · · · · ·"So you know, that -- it's not that

Page 32

1 · · · · · · · · · ·unusual for something like that to
2 · · · · · · · · · ·happen, that it then be passed on to
3 · · · · · · · · · ·the next person to make a full final
4 · · · · · · · · · ·decision or --
5 · · · · · · · · · ·"Question:· Do you know who it was
6 · · · · · · · · · ·passed on to?
7 · · · · · · · · · ·"I know that Laura Ayala-Gonzalez who
8 · · · · · · · · · ·was the deputy supervisor that I was
9 · · · · · · · · · ·on call that night -- sorry.· That I
10 · · · · · · · · · ·was on call the night that I was
11 · · · · · · · · · ·working, that I spoke with regarding
12 · · · · · · · · · ·the investigation ultimately approved
13 · · · · · · · · · ·the charges.· I don't know if there
14 · · · · · · · · · ·was anybody else involved other than
15 · · · · · · · · · ·Laura.
16 · · · · · · · · · ·"What information, when you spoke to
17 · · · · · · · · · ·Laura Ayala-Gonzalez, what
18 · · · · · · · · · ·information did you tell her?
19 · · · · · · · · · ·"Everything that I learned during the
20 · · · · · · · · · ·investigation."
21 · · · · · · ·Okay.· So I'll stop there.
22 · · · A.· ·Okay.
23 · · · Q.· ·So Judge, having reviewed what Patrick
24 · ·Waller's testimony was, does that refresh your
25 · ·memory in any way with regard to the course of the

Page 33

1 · ·investigation when the CCSAO was involved?
2 · · · · · · ·MR. COYNE:· Objection.· First of all,
3 · ·let me just interpose a continuing line of
4 · ·objections.· First of all, on foundation.· The
5 · ·Judge has not validated this testimony as factually
6 · ·accurate.· I believe it's an improper method to
7 · ·refresh her recollection since she can't speak to
8 · ·that testimony being accurate.
9 · · · · · · ·So without -- Emily, so I don't have to
10 · ·keep interrupting you, let me just interpose a
11 · ·continuing line of objections to the effort to
12 · ·refresh your recollection using another witness's
13 · ·testimony.
14 · · · · · · ·With that in mind, Judge, you can go
15 · ·ahead and answer, if you can.
16 · · · A.· ·Actually, it does clear it up a little
17 · ·bit; however, I still with the information that I
18 · ·was given, it doesn't really show who else would
19 · ·have taken on the investigation after ASA Waller
20 · ·ended his shift.
21 · ·BY MS. SCHNIDT:
22 · · · Q.· ·Okay.· Is there a chance it was you?
23 · · · A.· ·No.
24 · · · · · · ·MR. COYNE:· Objection, form.
25 · · · · · · ·MR. BROWN:· I'm not sure I understood

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 34..37
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 34

·1· ·the question.· I'm sorry, I don't mean to be
·2· ·interrupting, but can you repeat that question?
·3· ·BY MS. SCHNIDT:
·4· · · ·Q.· ·I asked:· Is there a chance it was you?
·5· ·And the judge answered no.
·6· · · · · · ·MR. COYNE:· Then note the objection to
·7· ·form.· Go ahead.
·8· ·BY MS. SCHNIDT:
·9· · · ·Q.· ·So earlier I'd asked you is there ever
10· ·a circumstance in which you, as the deputy
11· ·supervisor, would take over an investigation,
12· ·you're saying this would not be that circumstance?
13· · · ·A.· ·Correct.
14· · · · · · ·MR. COYNE:· Objection, form.
15· ·BY MS. SCHNIDT:
16· · · ·Q.· ·Is there any record with the Cook
17· ·County State's Attorney's Office that shows what
18· ·ASAs are involved in interviewing witnesses --
19· · · · · · ·MR. COYNE:· Objection, foundation.
20· ·BY MS. SCHNIDT:
21· · · ·Q.· ·-- that you communicate with to give
22· ·felony review approval?
23· · · · · · ·MR. COYNE:· Sorry for the interruption.
24· ·Objection, foundation.· Go ahead, Judge.
25· · · ·A.· ·Yes.· Usually these fact sheets would

Page 35

·1· ·have the information or at least the database when
·2· ·you go into the number, it would have the specific
·3· ·ASA who interviewed, not only the date and time,
·4· ·but the person that they interviewed and what their
·5· ·involvement was on the case.· It doesn't all print
·6· ·out on a fact sheet.
·7· ·BY MS. SCHNIDT:
·8· · · ·Q.· ·Okay.
·9· · · ·A.· ·And the physical folder as well would
10· ·have, again, the person who ultimately interviewed
11· ·individuals and who approved charges or at least
12· ·went out and reviewed these cases along with the
13· ·deputy supervisor who finally approved the charges
14· ·on the case.
15· · · ·Q.· ·Okay.· If there was no further
16· ·interviews after Mr. Waller was involved, if there
17· ·were no further interviews, could a detective call
18· ·you up and let you know the information that -- as
19· ·to where the case stood and you at that point give
20· ·approval for a felony charge?
21· · · · · · ·MR. COYNE:· Objection, form,
22· ·foundation.
23· · · ·A.· ·I don't know what you mean by that.
24· ·BY MS. SCHNIDT:
25· · · ·Q.· ·So in this case, the next -- after

Page 36

·1· ·Mr. Waller was done with his portion, and he
·2· ·classified it as a continuing investigation, the
·3· ·detectives went to try and interview -- try and get
·4· ·Cynthia Cage to come in and be interviewed.· She
·5· ·would not do that.· And they collected poles from
·6· ·the apartment.· That was it until -- prior to you
·7· ·giving approval for the felony charge of murder.
·8· · · · · · ·So what I'm trying to understand is if
·9· ·those two steps were the only two steps that were
10· ·taken, and there was no further interviews done by
11· ·anybody at the Cook County State's Attorney's
12· ·Office, could the detectives have called you and
13· ·said these were the two steps, we collected these
14· ·poles and this is where the case stands, and you
15· ·have given approval for the felony charge?
16· · · · · · ·MR. COYNE:· Objection, form,
17· ·foundation.
18· · · ·A.· ·No, not typically.
19· ·BY MS. SCHNIDT:
20· · · ·Q.· ·That's not the typical process but
21· ·could this have been one of those exceptions in
22· ·which it happened because Mr. Waller was not
23· ·available?
24· · · · · · ·MR. COYNE:· Same objection.
25· · · ·A.· ·I don't believe so because there had to

Page 37

·1· ·be more witness statements that had to be obtained.
·2· ·So when Patrick Waller, according to that
·3· ·transcript, ended his involvement in the
·4· ·investigation, it was a continued investigation for
·5· ·a lot more other involved items than just seeking
·6· ·approval because they performed X, Y, and Z task.
·7· ·BY MS. SCHNIDT:
·8· · · ·Q.· ·Right.· Yes.· What Patrick Waller said
·9· ·is he wanted to see if that witness, Cynthia Cage,
10· ·would come in and give an interview, and I'm
11· ·telling you she did not.· And that he wanted to see
12· ·if these poles could be recovered from Tabatha
13· ·Washington's apartment, and I'm telling you they
14· ·were.· And those were the only two additional steps
15· ·that were taken prior to you giving felony review
16· ·approval.· Okay.
17· · · · · · ·So I'm giving you a hypothetical now,
18· ·if there were these two steps taken that did not
19· ·involve any additional interviews that
20· ·needed -- that involved the Cook County State's
21· ·Attorney's Office, could there have possibly been a
22· ·unique circumstance in which a detective called you
23· ·and spoke to you and you gave felony review
24· ·approval since Mr. Waller was not available?
25· · · · · · ·MR. COYNE:· Objection, form and

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 38..41
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

```
                                           Page 38
·1· ·foundation.· Invites speculation.· Go ahead.
·2· · ·A.· ·No.
·3· BY MS. SCHNIDT:
·4· · ·Q.· ·Why not?
·5· · · ·MR. COYNE:· Same objection.
·6· · ·A.· ·Because that would not happened or they
·7· don't just call the deputy supervisor and ask for
·8· an approval on a charge.· There is a ranking
·9· system.· They call.· And it's actually the ASAs
10· that are assigned to that particular team that is
11· working, whether that be the trial supervisor on
12· the next day would then handle the call, and they
13· then would be calling me directly, not the
14· detective.
15· · · · · · · (Deposition Exhibit 3 marked
16· · · · · · · · for identification.)
17· BY MS. SCHNIDT:
18· · ·Q.· ·So I'm going to show you what I've
19· marked as Exhibit 3.· You referenced a folder
20· possibly showing additional state's attorneys that
21· were involved?
22· · ·A.· ·Yes.
23· · ·Q.· ·I'll scroll slowly through Exhibit 3
24· and ask you is this the folder that you are
25· referencing?
```

```
                                           Page 39
·1· · · · ·A.· ·That is a folder, yes.
·2· · · · ·Q.· ·Okay.
·3· · · · ·A.· ·But it's mostly blank, yes.
·4· · · · ·MR. COYNE:· Judge, did you say that is
·5· ·a folder or that is the folder?
·6· · · · ·A.· ·That is a folder.· It is mostly blank.
·7· ·I don't know if that is the folder, but it is a
·8· ·folder.
·9· ·BY MS. SCHNIDT:
10· · · · ·Q.· ·You previously testified that there is
11· ·a folder that should reflect what ASAs were
12· ·involved in the interviews prior to felony review.
13· · · · · · · ·Is this the type of folder that would
14· ·reflect that information?
15· · · · ·A.· ·That is the type of folder, yes.
16· · · · ·Q.· ·All right.· So we --
17· · · · ·MR. BROWN:· Emily, what is this
18· ·document and is there a Bates number?
19· · · · ·MS. SCHNIDT:· Yes, it was produced by
20· ·the state's attorney's office, and I can tell you
21· ·on the second page it says 961.· It will be
22· ·attached to the transcript.
23· · · · · · · ·MR. BROWN:· Thank you.
24· ·BY MS. SCHNIDT:
25· · · · ·Q.· ·So if this folder was filled out
```

```
                                           Page 40
·1· ·adequately, this folder in this case should reflect
·2· ·the names of all state's attorneys who were
·3· ·involved in interviewing and speaking to you to get
·4· ·that felony review approval?
·5· · · · · · · ·MR. COYNE:· Objection, foundation.
·6· · · · · · · ·A.· ·Correct.· If you keep scrolling up,
·7· ·where you'll see Patrick Waller's name inside of
·8· ·the folder.
·9· ·BY MS. SCHNIDT:
10· · · · ·Q.· ·I'm on the first page of Exhibit 3
11· ·and -- it says on -- it says Judge Clancy on the
12· ·left.· Are you seeing that on your screen?
13· · · · ·A.· ·I do see that.· So if you scroll
14· ·down --
15· · · · ·Q.· ·Okay.
16· · · · ·A.· ·Do you see that next screen that is
17· ·horizontal?
18· · · · ·Q.· ·Yes.
19· · · · ·A.· ·Okay.· On there you see that there are
20· ·different lines for ASAs, the date, the start and
21· ·the finish times?
22· · · · ·Q.· ·Yes.
23· · · · ·A.· ·That is where, typically, you would see
24· ·what ASA went out on the case and when they left
25· ·off, where they left off, and the next ASA that
```

```
                                           Page 41
·1· would have continued to work on the case.
·2· · ·Q.· ·All right.· I'm going to show you
·3· page 9 of Exhibit 3.· Do you see ASA Waller on that
·4· page?
·5· · ·A.· ·I do.
·6· · ·Q.· ·Okay.· Date 5/31/18, start 1830?
·7· · ·A.· ·I see that.
·8· · ·Q.· ·And it doesn't have an end time as to
·9· when he finished, right?
10· · ·A.· ·Or an action.· It doesn't say CI
11· either.
12· · ·Q.· · All right.· That's all that I have.
13· · ·A.· ·I see that.· Yes.· Okay.· I do not see
14· there at all what action took place in terms of the
15· investigation.
16· · ·Q.· ·Do you recognize this handwriting?
17· · ·A.· ·I don't.
18· · ·Q.· ·Who was the individual that typically
19· fills out this information?
20· · ·A.· ·Typically, it would be the state's
21· attorney that is handling the investigation.
22· · ·Q.· ·All right.· Going back to page 1 of
23· Exhibit 3, do you recognize the handwriting on this
24· page?
25· · · · ·A.· ·I do not.
```

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                Pages 42..45
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 42

·1 · · Q.· ·And who filled out the information on
·2 this page?
·3 · · A.· ·It could be the bond ASA, whoever
·4 receives it after its been approved.· I'm not sure
·5 who writes on it.· It could also be the ASA that
·6 was handling the investigation.
·7 · · Q.· ·Okay.· And then page 2 of Exhibit 3, do
·8 you recognize the handwriting on this page?
·9 · · A.· ·I do not.
10 · · Q.· ·Okay.· Well, thank you for that
11 explanation.· I appreciate it.· So, basically, what
12 your testimony is:· You recall speaking to ASA
13 Waller about this case, but you don't recall --
14 strike that.
15 · · · · ·Do you recall speaking to any other
16 state's attorney besides ASA Waller about this
17 case?
18 · · A.· ·I do not.· I do not.· I don't remember
19 anyone else other than ASA Waller.
20 · · Q.· ·Going back to Exhibit 1 -- sorry, what
21 were you going to say?
22 · · A.· ·Just from reviewing the supplementary
23 report that was provided, the ASA that was in
24 addition to Patrick Waller was ASA Sarah Ondera.
25 · · · · ·MR. COYNE:· Can you repeat that?

Page 43

·1 · · · · ·THE WITNESS:· Sure.· On page 19 of the
·2 supplementary report that was provided on the
·3 bottom, on June 5 of 2018 it does indicate that ASA
·4 Sarah Ondera went to speak with Cynthia Cage.
·5 · · · · ·(Deposition Exhibit 4 marked
·6 · · · · ·for identification.)
·7 BY MS. SCHNIDT:
·8 · · Q.· ·Okay.· So I'm just going to share
·9 Exhibit No. 4.· On the beginning, this 20-page
10 document, is this the sup report that you were
11 looking at?
12 · · A.· ·Yes.
13 · · Q.· ·All right.· And you said on page 19 it
14 references Sarah Ondera.
15 · · A.· ·You have to keep scrolling down.
16 · · Q.· ·Okay.· I see it.· Do you have a
17 recollection of speaking with Ms. Ondera?
18 · · A.· ·I do not.· I just saw that.
19 · · Q.· ·Okay.· Did you give the approval --
20 strike that.
21 · · · · ·Did you have any involvement in the
22 finding of probable cause before the judge --
23 · · · · ·MR. COYNE:· Objection to form.
24 BY MS. SCHNIDT:
25 · · Q.· ·-- in this case against Washington and

Page 44

·1 Howard?
·2 · · · · A.· ·No.
·3 · · · · · ·MR. COYNE:· Objection to form.· Go
·4 ·ahead.
·5 · · · · A.· ·No.
·6 BY MS. SCHNIDT:
·7 · · Q.· ·Did you have any involvement in the
·8 Grand Jury testimony?
·9 · · · · · ·MR. COYNE:· Same objection.
10 · · · · A.· ·No.
11 BY MS. SCHNIDT:
12 · · Q.· ·What was the basis of you giving felony
13 review approval for the charge of murder against
14 Tabatha Washington?
15 · · · · · ·MR. COYNE:· Don't answer the question,
16 ·Judge.· I will assert the previously asserted and
17 ·explained privileges and instruct you not to answer
18 ·that question based upon the previously identified
19 ·privileges.
20 · · · · A.· ·As advice of counsel, I will not be
21 ·answering that question.
22 BY MS. SCHNIDT:
23 · · Q.· ·I'm just going for the record ask the
24 ·same question:· What was the basis for the charge
25 ·of approving the felony charge of murder against

Page 45

·1 ·Donte Howard?
·2 · · · · · ·MR. COYNE:· Same instruction, Your
·3 ·Honor, not to answer the question for the
·4 ·previously stated reasons in support of the
·5 ·previously identified privileges.
·6 · · · · A.· ·Again, based on the advice of counsel,
·7 ·I will not be answering that question.
·8 BY MS. SCHNIDT:
·9 · · Q.· ·What factual information did you know
10 ·as of the time that you approved the felony charge
11 ·of murder against Tabatha Washington?
12 · · · · · ·MR. COYNE:· Object to form.· And also I
13 ·will instruct her not to answer for previously
14 ·identified reasons.
15 · · · · A.· ·I will not be answering that under the
16 ·advice of counsel.
17 · · · · · ·MS. SCHNIDT:· So, John, I just want to
18 ·clarify the objection.· I'm only asking not for her
19 ·impressions, but what factual information she knew.
20 · · · · · ·MR. COYNE:· I understand.
21 · · · · · ·MS. SCHNIDT:· So are you still
22 ·instructing her not to answer?
23 · · · · · ·MR. COYNE:· I am.· You're asking her
24 ·basically -- well, first of all, I am giving her
25 ·the same instruction for the same previously stated

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 46..49
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 46

·1· ·reasons.
·2· · · · · ·MS. SCHNIDT:· Okay. And those reasons
·3· ·are the deliberative process and the communication
·4· ·within the Cook County State's Attorney's Office?
·5· · · · · ·MR. COYNE:· Yes.· For the record, our
·6· ·last deposition there was an ASA for the State's
·7· ·Attorney's Office here who asserted that privilege.
·8· ·But yes, first of all, work product which overlaps
·9· ·with the deliberative process privilege, but also
10· ·deliberative process privilege.
11· · · · · ·I don't think that you can ask the
12· ·judge to separate the factual information from the
13· ·information that she relied upon, analyzed,
14· ·assessed to form an opinion as to whether the state
15· ·could meet its burden under the Illinois Criminal
16· ·Code.· I don't think you can separate the factual
17· ·information that she was in possession of from the
18· ·reasons that she offered.
19· · · · · ·So for that reason, I would instruct
20· ·her not to answer that question.· I do believe it
21· ·violates the deliberative process privilege and the
22· ·work product doctrine.
23· ·BY MS. SCHNIDT:
24· · · ·Q.· ·And Judge, you are going to follow your
25· ·attorney's advice -- are you going to follow your

Page 47

·1· ·attorney's advice?
·2· · · ·A.· ·Yes, based on the advice of counsel, I
·3· ·will not be answering that question.
·4· · · ·Q.· ·Just for the record, so the record is
·5· ·clear, also, what was the factual information that
·6· ·you knew at the time that you approved the charge
·7· ·of murder against Donte Howard?
·8· · · · · ·MR. COYNE:· Same objection.· Same
·9· ·instruction.
10· · · ·A.· ·And based on the advice of counsel, I
11· ·will not be answering that question.
12· ·BY MS. SCHNIDT:
13· · · ·Q.· ·Okay.· Going back to -- actually,
14· ·staying on the supplementary report from Detective
15· ·Alonzo, Exhibit No. 4, did you ever see this record
16· ·other than when you received it in preparation for
17· ·your deposition?
18· · · ·A.· ·No, I never reviewed it before.· This
19· ·was the first time.
20· · · ·Q.· ·And going back to Exhibit 1, I
21· ·apologize if I asked you this question before, but
22· ·I just want to make sure that I have.
23· · · · · ·Did you draft any portion of Exhibit 1?
24· · · ·A.· ·No, I did not.
25· · · · · ·MR. COYNE:· Emily, we have been going a

Page 48

·1· ·little over an hour.· Is this a good time to take
·2· ·five?
·3· · · · · ·MS. SCHNIDT:· If you let me ask the
·4· ·next two questions, then I'll take a break and see
·5· ·if I have any other questions.· Is that okay?
·6· · · · · ·MR. COYNE:· That's fine.· Whatever is
·7· ·best with you.
·8· · · · · ·MS. SCHNIDT:· Okay.
·9· ·BY MS. SCHNIDT:
10· · · ·Q.· ·When the Cook County State's Attorney's
11· ·Office is involved in interviewing individuals,
12· ·trying to lock people into statements or unlocking
13· ·from their statements, is the purpose of the Cook
14· ·County State's Attorney conducting their own
15· ·investigation to ensure that they don't have any
16· ·undue influence by any information that they
17· ·received from any police officers or detectives?
18· · · · · ·MR. COYNE:· Objection, form,
19· ·foundation.
20· · · ·A.· ·I'm not sure what you mean by that
21· ·question.
22· ·BY MS. SCHNIDT:
23· · · ·Q.· ·What is the reason why the Cook County
24· ·State's Attorney's Office conducts their own
25· ·investigation prior to giving approval for a felony

Page 49

·1· ·charge of murder?
·2· · · · · ·MR. COYNE:· Objection, foundation.· Go
·3· ·ahead.
·4· · · ·A.· ·It's for a lot of reasons.· It's to
·5· ·determine the credibility of the witnesses on our
·6· ·own.· Obviously, CPD is working the investigative
·7· ·end on those cases and on every case but we need to
·8· ·ensure that we have credible and reliable evidence
·9· ·to be able to meet the burden of proof in court.
10· · · · · ·So we are assessing these cases with
11· ·that in mind and trying to make sure that we have
12· ·enough to charge a person.
13· · · ·Q.· ·Is the Cook County State's Attorney's
14· ·Office conducting its own independent assessment
15· ·separate from any information that they received
16· ·from the detectives when interviewing people?
17· · · · · ·MR. COYNE:· Objection, form.
18· · · ·A.· ·The State's Attorney's Office does not
19· ·investigate.· We do rely on the investigation in
20· ·terms of the evidence that's produced and the
21· ·witnesses that are brought to the office for review
22· ·of charges.
23· · · · · ·But we do vet the evidence and we vet
24· ·the witnesses, and if there is any other meaningful
25· ·evidence that could be collected that would ensure

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 50..53
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

---

Page 50

·1  a better case, we make recommendations.
·2  BY MS. SCHNIDT:
·3  · ·Q.· · **I just want to confirm, you did give --**
·4  **strike that.**
·5  · · · · ·MS. SCHNIDT:· Okay.· Now would be a
·6  good time to take a five-minute break.
·7  · · · · ·THE WITNESS:· That works.· Thank you so
·8  much.
·9  · · · · ·MR. COYNE:· That's good.
10  · · · · ·(Recess taken.)
11  BY MS. SCHNIDT:
12  · ·Q.· · **Okay.· Just I need to ask these**
13  **questions to make sure that the record is clear and**
14  **preserved.**
15  · · · · ·**Did you know prior to giving the**
16  **approval to charge Tabatha Washington with felony**
17  **murder that no witness had stated that they saw**
18  **Tabatha Washington use the pole to strike the**
19  **victim in the head?**
20  · · · · ·MR. COYNE:· Objection, don't answer the
21  question, Judge, for the previously stated reasons.
22  Particularly, work product.
23  · ·A.· · Based on the advice of counsel, I will
24  not be answering that question.
25  BY MS. SCHNIDT:

---

Page 51

·1  · ·Q.· · **And did you know, prior to approving**
·2  **the felony charge of murder against Donte Howard,**
·3  **that no witness had stated that they saw Donte**
·4  **Howard use the pole to strike the victim in the**
·5  **back of the head?**
·6  · · · · ·MR. COYNE:· Same objection.· Same
·7  instruction, based on attorney work
·8  product/privilege.
·9  · ·A.· · And under advice of counsel, I will not
10  be answering that question.
11  · · · · ·MS. SCHNIDT:· Then, John, just so the
12  record is clear, if I ask Judge Ayala-Gonzalez any
13  specific factual question -- any question
14  specifically asking if she knew this fact before
15  giving the approval to charge murder against
16  Washington or Howard, will you be instructing her
17  not to answer?
18  · · · · ·MR. COYNE:· Well, it would depend on
19  the way the particular question is asked, but any
20  question that has to do with her mental state at a
21  time when she made a decision on charging is, in my
22  view, is violative of the attorney work product
23  doctrine.
24  · · · · ·So for that reason, I would instruct
25  her not to answer questions about her state of mind

---

Page 52

·1  at the time that she made charging decisions and
·2  her state of knowledge is, obviously, overlapping
·3  with her -- her knowledge base is overlapping with
·4  her state of mind, so I would instruct her not to
·5  answer.
·6  · · · · ·MS. SCHNIDT:· So I'm struggling with
·7  this because you've instructed her not to answer as
·8  far as any information that she learned from a
·9  state's attorney before giving the felony review,
10  correct?
11  · · · · ·MR. COYNE:· No, that's not correct.
12  You asked her questions about information that she
13  received from Patrick Waller, and I instructed her
14  not to answer.· That conversation took place
15  between two ASAs with respect to a charging
16  decision.· That was the -- she identified the
17  conversation as involving a charging decision,
18  first of all.
19  · · · · ·Secondly, it was made before -- the
20  conversation took place or conversations took place
21  before she made a charging decision.· Now, clearly,
22  the document reflects that she made --
23  · · · · ·MS. SCHNIDT:· John?
24  · · · · ·MR. COYNE:· -- she made the decision.
25  · · · · ·MS. SCHNIDT:· John, I don't mean to

---

Page 53

1  ·interrupt you.· I apologize.· It broke up.· You
2  ·said that the document reflects and then it broke
3  ·up.
4  · · · · ·MR. COYNE:· Yeah, I just mentioned that
5  ·the document reflects that ASA -- approval came
6  ·from Judge Gonzalez, then ASA Gonzalez.· So that's
7  ·in there.
8  · · · · ·But in terms of her state of mind at
9  ·the time she made the decision and information she
10 ·received from an ASA who she identified as having
11 ·spoken with regarding a charging decision, that
12 ·violates the attorney work product doctrine.
13 · · · · ·MS. SCHNIDT:· All right.· Let me ask
14 ·the question in a different way.
15 · · · · ·MR. COYNE:· Let me suggest this, Emily.
16 ·If you want to, you can certainly call the Court,
17 ·and we can have this conversation now.· I mean, we
18 ·can agree to disagree and sus this out.
19 · · · · ·So I don't want to inconvenience any of
20 ·the parties, but at this point, the way you've
21 ·asked the questions, in my mind, they do violate
22 ·the attorney work product privilege, if not the
23 ·deliberative process privilege.
24 · · · · ·MS. SCHNIDT:· So what I'm trying to
25 ·understand is if I ask her, did any state's

---

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 54..57
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 54

·1· ·attorney tell you that no witness identified having
·2· ·seen Tabatha Washington use the pole to strike Kim
·3· ·Edmondson in the back of the head, would you be
·4· ·instructing her not to answer?
·5· · · · ·MR. COYNE:· Certainly.· There is
·6· ·only -- when you say, any state's attorney, there
·7· ·is only one state's attorney that has been
·8· ·identified as then ASA Gonzalez having a
·9· ·conversation with and that was ASA Patrick Waller,
10· ·number one.
11· · · · · · ·Number two, the conversations that she
12· ·had with Patrick Waller were specifically
13· ·identified as pertaining to the charging decision.
14· · · · · · ·Number three, after that conversation,
15· ·at some point she approved charges.· So clearly
16· ·that goes to the attorney work product doctrine as
17· ·well as the deliberative process privilege.
18· · · · · · ·So I just think you're trying to do an
19· ·end run around the instruction.· But under Rule
20· ·37.2, I would suggest, if you'd like, we can call
21· ·the Court and we could have this conversation, and
22· ·if the judge, obviously, orders her to answer,
23· ·notwithstanding my instruction, I will stand
24· ·corrected and abide by the judge's instruction.
25· · · · · · ·MS. SCHNIDT:· That's fine.· We can call

Page 55

·1· ·the judge.· I just want to make sure I understand
·2· ·what the basis is for you instructing her.· You've
·3· ·articulated it, and that's what I'm trying to
·4· ·understand.· So any communication with a -- any
·5· ·factual information that Judge Ayala-Gonzalez knew,
·6· ·you're instructing her not to answer?
·7· · · · · · ·MR. COYNE:· No, no.· And you're
·8· ·mischaracterizing the basis.· What I said was, not
·9· ·any factual information.· I was -- instructed her
10· ·not to answer pertaining to information she
11· ·received from Patrick Waller during a conversation
12· ·that she specifically identified as pertaining to
13· ·the charging decision.
14· · · · · · ·So it's not any factual information
15· ·that she knew at all.· That's absolutely not the
16· ·instruction and that really misrepresents the
17· ·objection as well as the instruction.
18· · · · · · ·MS. SCHNIDT:· I apologize.
19· · · · · · ·MR. COYNE:· Let me just finish.· I'm
20· ·not saying that you were doing it intentionally.
21· ·So that would be the basis.· I think I've
22· ·articulated it on the record.
23· · · · · · ·MS. SCHNIDT:· Okay.· I apologize.· I'm
24· ·not trying to mischaracterize it.
25· ·BY MS. SCHNIDT:

Page 56

·1· · · Q.· · Let me just ask you this, Judge:· Did
·2· **you have any information with regard to this case**
·3· **that you, yourself, obtained personally and not**
·4· **through communication with a state's attorney?**
·5· · · · · · ·MR. COYNE:· Madam court reporter, can I
·6· ·hear the question again.
·7· · · · · · ·(Requested portion of the record read
·8· ·back.)
·9· · · · · · ·MR. COYNE:· Object to form.· I really
10· ·don't understand that question.· Judge, if you do,
11· ·you can go ahead.
12· · · A.· · Are you asking if I obtained on my own
13· ·information?
14· ·BY MS. SCHNIDT:
15· · · · · **Q.· · · Yes.**
16· · · · · · A.· · No.
17· · · · · **Q.· · · Okay.· So any information that you had,**
18· **any factual information, only came from a state's**
19· **attorney at your office about this case?**
20· · · A.· · Correct.
21· · · · · · ·MS. SCHNIDT:· So John, to be clear,
22· ·that's why I guess I'm phrasing your objection in
23· ·that way because my understanding is Judge Gonzalez
24· ·does not have any information about this case.
25· · · · · · ·The only -- any factual information

Page 57

·1· ·that she has, had to have come from another state's
·2· ·attorney.· In which case, you would be instructing
·3· ·her not to answer; is that correct?
·4· · · · · · ·MR. COYNE:· Right.· Well, you keep
·5· ·referring to another state's attorney.· She's only
·6· ·identified one state's attorney, and that's ASA
·7· ·Waller, and that's what her testimony is.
·8· · · · · · ·MS. SCHNIDT:· But she also said that
·9· ·there had to have been another state's attorney
10· ·involved if ASA Waller was no longer involved in
11· ·the case after June 1.· She said it could have
12· ·possibly been ASA Ondera or someone else that we
13· ·don't know, that's why I'm saying any ASA.
14· · · · · · ·MR. COYNE:· Are you saying the judge
15· ·specifically testified to conversations with ASA
16· ·Ondera prior to making the charging decision?
17· · · · · · ·MS. SCHNIDT:· No.· She identified -- we
18· ·don't know.· It seems, based on ASA Waller's
19· ·testimony, that there is another ASA that was
20· ·involved in this case that then communicated with
21· ·Judge Ayala-Gonzalez, but we don't necessarily know
22· ·the identity of that person.
23· · · · · · ·MR. COYNE:· Right.· The point is you're
24· ·not saying that Judge Gonzalez testified here today
25· ·that she spoke to ASA Ondera, number one; and

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 58..61
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 58

·1· ·number two, she spoke to ASA Ondera regarding the
·2· ·charging decision; and number three, she spoke to
·3· ·ASA Ondera prior to making the charging decision.
·4· · · · · ·If you're saying that's of record here
·5· ·today, then I'll stand corrected.· I haven't heard
·6· ·that yet.
·7· · · · · ·MS. SCHNIDT:· I don't -- no, and I
·8· ·think that's inconsequential to this issue.· It's
·9· ·really -- Patrick Waller could be the only person
10· ·that she communicated with with regard to
11· ·factual information of this case or potentially
12· ·someone else.
13· · · · · ·Judge Ayala-Gonzalez said that
14· ·according to the sub, ASA Ondera was involved and
15· ·she did not have a recollection of it.· That's why
16· ·I'm saying any ASA.
17· · · · · ·MR. COYNE:· Well, it's certainly not
18· ·inconsequential because my point is, the only ASA
19· ·she has identified thus far today, and tell me if
20· ·you disagree, that she spoke to, number one, prior
21· ·to making the charging decision; that she spoke to,
22· ·number two, related to the charging decision was
23· ·ASA Waller, so it's definitely not inconsequential.
24· · · · · ·If she talked to ASA Ondera about the
25· ·best place to eat near 26th Street, I would have no

Page 59

·1· ·objection to her answering that, but that's not
·2· ·what you are asking.
·3· · · · · ·MS. SCHNIDT:· No, I'm asking about any
·4· ·communication with any state's attorney about the
·5· ·factual information learned during the
·6· ·investigation prior to Judge Ayala-Gonzalez giving
·7· ·approval for murder against Washington and Howard.
·8· ·That's what I'm talking about.
·9· · · · · ·MR. COYNE:· Emily, I will rest on the
10· ·articulation of the privileges and the instruction
11· ·not to answer that I've made thus far and, you
12· ·know, I'll defend that to the Court, if you would
13· ·like, but otherwise, I would just like to move on.
14· · · · · ·MS. SCHNIDT:· Okay.· So let's go ahead
15· ·and see if we can reach chambers.· I'll go --
16· ·actually, we'll just -- it's a little bit difficult
17· ·because I want to make sure that this is on the
18· ·record and since we're not all in the same room --
19· ·John, I'm going to call you on your
20· ·cell phone.
21· · · · · ·MR. BROWN:· Emily, I texted my office
22· ·line.· Should we go on mute on Zoom or how is this
23· ·going to work?
24· · · · · ·MS. SCHNIDT:· I'm going to mute on Zoom
25· ·but put my phone next to the microphone so

Page 60

·1· ·hopefully Konni can hear.· And I think everybody
·2· ·should go on mute so that there is no cross playing
·3· ·of audio.
·4· · · · · ·MR. COYNE:· Sure.
·5· · · · · ·(Whereupon the attorneys tried to
·6· ·contact chambers.)
·7· · · · · ·MS. SCHNIDT:· Let's go off the record.
·8· · · · · ·(Discussion off the record.)
·9· · · · · ·MS. SCHNIDT:· Let me just put on the
10· ·record that we did try to reach chambers.
11· · · · · ·For the record, the parties just tried
12· ·to reach Judge Shaw's chambers to discuss this
13· ·issue of privilege, and we were not able to reach
14· ·anybody.
15· · · · · ·I've checked the judge's standing
16· ·orders and do not see any instruction as to how we
17· ·should be go about addressing this issue while
18· ·we're in the midst of a deposition.· So we'll move
19· ·on for now and then consider filing a motion when
20· ·this deposition is done.
21· · · · · ·MR. COYNE:· Emily, let me interpose
22· ·really quick.· Just as a proffer, so to speak, for
23· ·the record, Judge Gonzalez, I'm going to ask you a
24· ·question with respect to the issue that's in
25· ·dispute.

Page 61

·1· · · · · ·Do you have any recollection at all
·2· ·regarding the substance of any conversations you
·3· ·had with ASA Ondera regarding the charging decision
·4· ·in this case?
·5· · · · · ·THE WITNESS:· No, I don't.
·6· · · · · ·MR. COYNE:· Okay.· Just for the record.
·7· ·And that's without waiving the privilege for
·8· ·withdrawing the instruction with that answer --
·9· ·that question and that answer, I believe, may
10· ·assist the Court in making its ruling, just for the
11· ·record.· Thank you.
12· · · · · ·MS. SCHNIDT:· Let me continue that.
13· ·BY MS. SCHNIDT:
14· · · ·Q.· ·Judge, do you have any recollection of
15· ·any conversation you had with ASA Ondera in the
16· ·event that you spoke to her about this case?
17· · · ·A.· ·No.
18· · · ·Q.· ·Do you have any recollection of any
19· ·conversation with any other assistant state's
20· ·attorney about this case?
21· · · ·A.· ·No.
22· · · · · ·MR. COYNE:· Just for the record, I
23· ·think that moots the dispute, but I'll leave it at
24· ·that.
25· ·BY MS. SCHNIDT:

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 62..65
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

Page 62

1 · · Q.· ·Let me ask my two questions.· What
2 ·factual information were you told about this case
3 ·before you approved the charge of murder against
4 ·Tabatha Washington?
5 · · · ·MR. COYNE:· Based upon her -- the
6 ·answers that she just gave, I would object on
7 ·foundation.· Independently of the objection of
8 ·foundation, I would instruct her not to answer for
9 ·the previously-stated reasons.
10 · · · ·A.· ·Based on the advice of counsel, I will
11 ·not be answering that question.
12 ·BY MS. SCHNIDT:
13 · · · ·Q.· ·What factual information were you told
14 ·before you gave the approval to charge Donte Howard
15 ·with murder?
16 · · · ·MR. COYNE:· Same objection.· Same
17 ·instruction.· Same basis.· Incorporate my earlier
18 ·statements on the record.
19 · · · ·A.· ·And based on the advice of counsel, I
20 ·will not be answering that question.
21 ·BY MS. SCHNIDT:
22 · · · ·Q.· ·Judge, was there any other charge that
23 ·you approved against Tabatha Washington besides
24 ·murder?
25 · · · ·A.· ·Not that I recall.

Page 63

1 · · Q.· ·Was there any other charge against
2 ·Donte Howard that you approved besides murder?
3 · · · ·A.· ·Not that I recall.
4 · · · · ·MS. SCHNIDT:· Okay.· Thank you very
5 ·much for your time.· I really do appreciate it.
6 · · · · ·THE WITNESS:· Thank you so much.· Thank
7 ·you, everybody.
8 · · · · ·MS. SCHNIDT:· I think plaintiff's
9 ·counsel may have some questions for you.
10 · · · · ·MR. COYNE:· I'm curious, wasn't there
11 ·another lawyer involved last time?
12 · · · · ·MS. SCHNIDT:· Yeah, that was for the
13 ·Cook County State's Attorney.
14 · · · · ·MR. COYNE:· I thought there was another
15 ·lawyer.· You know what, it was a different dep.
16 ·You're right.· It was the ASA.· Go ahead.
17
18 · · · · · · · EXAMINATION
19 ·BY MR. BROWN:
20 · · Q.· ·Okay.· Thanks.· I just have a few
21 ·questions.
22 · · · · ·Judge Ayala-Gonzalez, you approved
23 ·charges for first degree murder against Donte
24 ·Howard, correct?
25 · · A.· ·Yes.

Page 64

1 · · Q.· ·And that happened on June 6, 2018,
2 ·correct?
3 · · · A.· ·I believe so, yes.
4 · · Q.· ·Was that decision based on a
5 ·conversation you had over the phone?
6 · · · · ·MR. COYNE:· I'm going to object,
7 ·counsel, and instruct her not to answer.· You're
8 ·getting into the basis for her charging decision.
9 · · · · ·MR. BROWN:· I'm just asking about the
10 ·facts behind the decision and the steps that were
11 ·taken.
12 ·BY MR. BROWN:
13 · · Q.· ·Who did you communicate the approval
14 ·to?
15 · · · · ·MR. COYNE:· All right.· Was that a -- I
16 ·thought that you were defending against the
17 ·objection.· That's a fresh question, who did you
18 ·communicate your approval to?
19 · · · · ·MR. BROWN:· Yes.
20 · · · · ·MR. COYNE:· Okay.· You can answer who
21 ·you communicated your approval of the charges to,
22 ·Judge.
23 · · · A.· ·I don't know.
24 ·BY MR. BROWN:
25 · · Q.· ·Was it over the phone?

Page 65

1 · · · ·A.· ·I believe so, but I don't want to
2 ·speculate.
3 · · · ·Q.· ·Did you review any materials prior to
4 ·giving that approval on June 6, 2018?
5 · · · A.· ·No.
6 · · · ·Q.· ·Did you ever review any materials in
7 ·this case prior to giving felony approval for Donte
8 ·Howard and Tabatha Washington?
9 · · · ·A.· ·Review materials, what do you mean?
10 · · · ·Q.· ·Were you provided any materials to
11 ·review prior to giving a felony approval for either
12 ·of these charges?
13 · · · A.· ·No.
14 · · · ·Q.· ·Were you aware that there were videos
15 ·in evidence in this case?
16 · · · · ·MR. COYNE:· Objection, form.
17 · · · A.· ·I don't recall.
18 ·BY MR. BROWN:
19 · · · ·Q.· ·Did you ask to see any materials prior
20 ·to giving felony approval?
21 · · · · ·MR. COYNE:· Objection.· Don't answer
22 ·the question for the same reasons stated on the
23 ·record.· You don't have to answer, Judge.
24 · · · ·A.· ·Under the advice of counsel, I will not
25 ·be answering that question.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 66..68
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021

                                    Page 66                                              Page 68
·1· · · · · ·MR. BROWN:· Okay.· I don't have        ·1· ·Errata Sheet
·2· ·anything else.                                 ·2
·3· · · · · ·MS. SCHNIDT:· Nothing else based on    ·3· ·NAME OF CASE: WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.
·4· ·that.                                          ·4· ·DATE OF DEPOSITION: 11/12/2021
·5· · · · · ·MR. COYNE:· Judge, you have the right  ·5· ·NAME OF WITNESS:· JUDGE LAURA AYALA-GONZALEZ
·6· ·to review your transcript.· You can't make     ·6· ·Reason Codes:
·7· ·substantive changes, but you can make sure that ·7· · · · 1. To clarify the record.
·8· ·it's factually correct from your recollection just ·8· · · · 2. To conform to the facts.
·9· ·to review the transcript.· You have the right.· You ·9· · · · 3. To correct transcription errors.
10· ·can reserve that right or you can waive that right. 10· ·_Page____ Line_____ Reason_____
11· ·That's your decision.                          11· ·_From_____ to_____
12· · · · · ·THE WITNESS:· I would like to reserve  12· ·_Page____ Line_____ Reason_____
13· ·my rights.                                     13· ·_From_____ to_____
14· · · · · ·MR. COYNE:· Signature reserved.· Thank 14· ·_Page____ Line_____ Reason_____
15· ·you, counsel.· Thank you, Madam Court Reporter. 15· ·_From_____ to_____
16· · · · · ·MS. SCHNIDT:· Konni, I'll take a copy  16· ·_Page____ Line_____ Reason_____
17· ·and can I get it within seven days?            17· ·_From_____ to_____
18· · · · · ·THE COURT REPORTER:· Of course.        18· ·_Page____ Line_____ Reason_____
19· · · · · ·(Proceeding concluded at 12:16 p.m.)   19· ·_From_____ to_____
20                                                  20· ·_Page____ Line_____ Reason_____
21                                                  21· ·_From_____ to_____
22                                                  22· ·_Page____ Line_____ Reason_____
23                                                  23· ·_From_____ to_____
24                                                  24
25                                                  25· ·_._._._._._._._._._._._._._

                                    Page 67
·1· ·STATE OF ILLINOIS )
· · · · · · · · · · · · ·) ss.
·2· ·ROCK ISLAND COUNTY)
·3
·4· · · · · ·I, KONNI L. STAPF, a Certified Shorthand
· · ·Reporter in and for the States of Illinois, Iowa,
·5· ·and Arizona, do hereby certify that the facts as
· · ·stated in the caption hereto are true; that the
·6· ·witness named on the face sheet was by me sworn
· · ·remotely with the agreement of all counsel to
·7· ·testify to the truth and nothing but the truth
· · ·concerning the matters in controversy in this
·8· ·cause; that said witness was thereupon examined
· · ·under oath and the examination reduced to writing
·9· ·under my supervision, consisting of the foregoing
· · ·pages, and the computer-aided transcript is a true
10· ·record of the testimony given by said witness and
· · ·all objections made.
11
12· · · · · ·I further certify that I am neither
· · ·attorney or counsel for, nor related to or employed
13· ·by any of the parties to the action in which this
· · ·deposition is taken; and, further, that I am not a
14· ·relative or employee of any attorney or counsel
· · ·employed by the parties hereto or financially
15· ·interested in the action.
16
· · · · · · · · In witness whereof I have hereunto set my
17· ·hand this 17th day in November, 2021.
18
19
20· · · · · · · · · · · · W.:\ \-3
21
· · · · · · · · ·KONNI L. STAPF, CSR, RPR
22· · · · · · · ·Registered Professional Reporter
· · · · · · · · ·Illinois CSR License No.
23· · · · · · · ·084-004144
· · · · · · · · ·Iowa CSR License No. 1168
24· · · · · · · ·Arizona CSR
25

### Exhibits

**Gonzalez,
 Judge Laura 11-12-21 (
Washington) Exhibit 1**
  3:12 18:21,25 19:1,9,20
  21:11,12,14 26:13,21
  42:20 47:20,23

**Gonzalez,
 Judge Laura 11-12-21 (
Washington) Exhibit 2**
  3:12 20:18,22

**Gonzalez,
 Judge Laura 11-12-21 (
Washington) Exhibit 3**
  3:13 38:15,19,23 40:10
  41:3,23 42:7

**Gonzalez,
 Judge Laura 11-12-21 (
Washington) Exhibit 4**
  3:13 43:5,9 47:15

---

### 1

**1**
  18:21,25 19:1,9,20
  21:11,12,14 26:13,21
  41:22 42:20 47:20,23
  57:11

**1/31/76**
  4:25

**101**
  18:16 20:23 21:1

**12:16**
  66:19

**12C**
  7:11,12

**1830**
  41:6

**19**
  6:8 43:1,13

---

### 2

**2**
  20:18,22 42:7

**20-page**
  43:9

**2003**
  6:10

**2018**
  6:16 7:2 27:4,8 43:3 64:1
  65:4

**2020**
  6:1

**2021**
  23:15

**26th**
  5:20 6:23 7:14,18 58:25

---

### 3

**3**
  38:15,19,23 40:10 41:3,
  23 42:7

**30**
  7:2

**37.2**
  54:20

---

### 4

**4**
  43:5,9 47:15

---

### 5

**5**
  23:15 31:5 43:3

**5/31/18**
  41:6

**51**
  27:19

**56**
  31:5

---

### 6

**6**
  64:1 65:4

**62**
  18:25

**69**
  19:1

---

### 9

**9**
  41:3

**961**
  39:21

**973**
  20:22

---

### A

**A-Y-A-L-A**
  4:13

**abide**
  54:24

**able**

49:9 60:13

**about**
5:11 7:6,7 9:9,22 17:3
28:24 42:13,16 51:25
52:12 56:19,24 58:24
59:3,4,8 60:17 61:16,20
62:2 64:9

**above**
11:14,15,17

**absolutely**
55:15

**according**
37:2 58:14

**accurate**
13:24 14:14 15:11 33:6,8

**action**
41:10,14

**actual**
8:15 17:10

**actually**
20:2 21:3 33:16 38:9
47:13 59:16

**addition**
42:24

**additional**
37:14,19 38:20

**addressing**
60:17

**adequately**
40:1

**admission**
6:12

**admitted**
6:9 24:3

**advance**

23:18

**advice**
44:20 45:6,16 46:25
47:1,2,10 50:23 51:9
62:10,19 65:24

**after**
6:12 7:8 13:14,20 24:5,
10 25:21 27:3,7,8,21
28:17,21 29:3 30:11
33:19 35:16,25 42:4
54:14 57:11

**again**
10:17 35:10 45:6 56:6

**against**
19:7,22 20:12 43:25
44:13,25 45:11 47:7
51:2,15 59:7 62:3,23
63:1,23 64:16

**ago**
5:12

**agree**
53:18

**agreement**
4:3

**ahead**
14:4,18,25 19:14,25
22:10,23 24:12,23 33:15
34:7,24 38:1 44:4 49:3
56:11 59:14 63:16

**all**
7:17 8:17,24 9:4,7 12:8,
24 13:15,19,20 14:19
18:5 24:15 27:18 29:3
31:4 33:2,4 35:5 39:16
40:2 41:2,12,14,22 43:13
45:24 46:8 52:18 53:13
55:15 59:18 61:1 64:15

**along**
35:12

**Alonzo**
47:15

**also**
4:22 8:4 9:13 18:16
23:22 25:1 42:5 45:12
46:9 47:5 57:8

**am**
5:19 17:9 45:23,24

**an**
13:8,10 18:20 27:24
29:16 33:6 34:11 37:10
38:8 41:8,10 46:6,14
48:1 53:10 54:18

**analyzed**
46:13

**and**
4:3,4 5:12,20 6:20,21
7:14,18,19 8:4,16,21,23
9:14 10:1,7,11,13 11:1,4,
6,25 12:25 13:7,9,15,20
14:3 15:24 16:4,20
17:15,24 18:5,11,16
20:8,11,16 21:7 22:13
23:9,21,23,25 24:3,4,6,
18 25:4,6,12,17,23 26:22
27:24 28:3,9,11,18,22
30:3,12,13 31:8,9,11,17,
20,23 33:15 34:5 35:3,4,
9,11,12,18,19 36:1,3,4,5,
10,12,14 37:6,10,11,13,
14,23,25 38:7,9,12,24
39:18,20 40:3,11,20,24,
25 41:8 42:1,7 43:13,25
44:16,17 45:12 46:2,3,
21,24 47:10,20 48:4
49:7,8,11,20,23,24 50:13
51:1,9 52:1,13 53:2,9,17,

18 54:9,21,24 55:3,7,16
56:3 57:6,7,25 58:2,7,14,
19 59:7,10,11,15,18
60:1,13,16,19 61:7,9
62:19 64:1,7,10 65:8
66:17

**and/or**
25:8

**another**
18:3 33:12 57:1,5,9,19
63:11,14

**answer**
12:4 25:7,18 28:14 33:15
44:15,17 45:3,13,22
46:20 50:20 51:17,25
52:5,7,14 54:4,22 55:6,
10 57:3 59:11 61:8,9
62:8 64:7,20 65:21,23

**answered**
34:5

**answering**
44:21 45:7,15 47:3,11
50:24 51:10 59:1 62:11,
20 65:25

**answers**
62:6

**Anthony**
23:21 24:18 25:4,24

**any**
4:21 5:14 7:24 8:18,19
9:11 10:4,13 13:17 15:4,
8 16:23 18:8 21:12,21,
23,24 22:3,20 24:4,8
29:20 30:14 31:1 32:25
34:16 37:19 42:15 43:21
44:7 47:23 48:5,15,16,17
49:15,24 51:12,13,19
52:8 53:19,25 54:6 55:4,

9,14 56:2,17,18,24,25
57:13 58:16 59:3,4 60:16
61:1,2,14,15,18,19 62:22
63:1 65:3,6,10,19

**anybody**
11:17 22:5 32:14 36:11
60:14

**anyone**
42:19

**anything**
5:11 8:20 23:10 29:5
30:7 66:2

**anywhere**
21:9

**apartment**
24:2 29:20 31:11 36:6
37:13

**apologize**
20:8 47:21 53:1 55:18,23

**apply**
5:5

**appreciate**
42:11 63:5

**approval**
17:7,13,15 18:2 26:17
34:22 35:20 36:7,15
37:6,16,24 38:8 40:4
43:19 44:13 48:25 50:16
51:15 53:5 59:7 62:14
64:13,18,21 65:4,7,11,20

**approve**
17:5

**approved**
18:12 19:8,11,22 20:4,
11,16 32:12 35:11,13
42:4 45:10 47:6 54:15
62:3,23 63:2,22

**approving**
22:13 44:25 51:1

**approximate**
7:21 11:23

**approximately**
6:8 8:3

**are**
5:21 7:17 8:12,17 13:9,
13 14:21 15:5 18:10
25:17 31:17 34:18 38:10,
24 40:12,19 45:21 46:3,
24,25 49:10,21 56:12
57:14 59:2

**area**
13:11 28:13,18

**around**
54:19

**arrangements**
28:3,22 29:4 30:12

**arrest**
14:1,16 15:8,14

**arrested**
15:12

**arrests**
15:5

**articulated**
55:3,22

**articulation**
59:10

**as**
4:5 5:10,14 7:3,8,22 8:3,
5,8,23 9:3,13 10:7,9,15,
24 11:24 12:7,23,25
13:25 14:16,21 15:14,19
16:2,12,17 18:20,24 19:1
20:21 22:25 25:13 29:10
30:7,8,24 33:5 34:10

35:9,18 36:2 38:19 41:8
44:20 45:10 46:14 52:7,
8,17 53:10 54:8,13,16,17
55:12,17 60:16,22

**ASA**
8:3,7,8,10 9:4 10:1,5
13:10 17:16,21,24 18:3
19:4 20:11,14 22:12,16,
25 25:21,22 26:18 33:19
35:3 40:24,25 41:3 42:3,
5,12,16,19,23,24 43:3
46:6 53:5,6,10 54:8,9
57:6,10,12,13,15,18,19,
25 58:1,3,14,16,18,23,24
61:3,15 63:16

**ASAS**
7:19 8:12,13 12:9 25:10
34:18 38:9 39:11 40:20
52:15

**ask**
24:16 38:7,24 44:23
46:11 48:3 50:12 51:12
53:13,25 56:1 60:23 62:1
65:19

**asked**
34:4,9 47:21 51:19 52:12
53:21

**asking**
23:4 26:4,5 45:18,23
51:14 56:12 59:2,3 64:9

**asks**
27:19

**assert**
44:16

**asserted**
44:16 46:7

**assessed**
46:14

**assessing**
49:10

**assessment**
49:14

**assigned**
6:20 7:20 11:3 38:10

**assist**
61:10

**assistant**
13:8 61:19

**assumptions**
5:14

**at**
5:12,20 6:23 7:14,18,24
8:7 12:14 14:19 16:7
18:10 21:14,21 24:10
28:6,12 30:1 35:1,11,19
36:11 41:14 43:11 47:6
51:20 52:1 53:8,20 54:15
55:15 56:19 61:1,23
66:19

**attached**
39:22

**attempt**
31:1

**attorney**
13:14,19 15:9 17:10
18:1,15 25:8 41:21 42:16
48:14 51:7,22 52:9
53:12,22 54:1,6,7,16
56:4,19 57:2,5,6,9 59:4
61:20 63:13

**attorney's**
6:4,7,14,17 11:13 13:25
14:15,22 15:2,3,13,18
16:8 22:1,22 25:16 34:17
36:11 37:21 39:20 46:4,

7,25 47:1 48:10,24
49:13,18

**attorneys**
38:20 40:2 60:5

**audio**
13:16 60:3

**available**
36:23 37:24

**aware**
24:16 25:22 26:5 27:4,8
65:14

**Ayala-gonzalez**
4:1,11,16,19 32:7,17
51:12 55:5 57:21 58:13
59:6 63:22

                    **B**

**back**
14:8,10 21:11 22:19 27:3
41:22 42:20 47:13,20
51:5 54:3 56:8

**bad**
14:11

**Bar**
6:9,13

**base**
52:3

**based**
20:13 25:7 44:18 45:6
47:2,10 50:23 51:7 57:18
62:5,10,19 64:4 66:3

**basically**
11:12 42:11 45:24

**basing**
18:16

**basis**
44:12,24 55:2,8,21 62:17 64:8

**Bates**
18:25 20:22 39:18

**be**
8:14,20 14:1,16 15:9,11, 19 16:13,17 22:18,25 23:6,7 24:4 29:16,22 31:7 32:2 34:1,12 36:4 37:1,12 38:11,13 39:21 41:20 42:3,5 44:20 45:7, 15 47:3,11 49:9,25 50:5, 24 51:10,16 54:3 55:21 56:21 57:2 58:9 60:17 62:11,20 65:25

**Beard**
23:21 24:18 25:4,24

**became**
7:11

**because**
12:6 23:9 24:6 36:22,25 37:6 38:6 52:7 56:23 58:18 59:17

**becoming**
6:2

**been**
4:2 12:10 15:12 18:24 19:8 28:8,19 30:2,5,22 36:21 37:21 42:4 47:25 54:7 57:9,12

**before**
5:3,6 26:16,22 43:22 47:18,21 51:14 52:9,19, 21 62:3,14

**beginning**
8:7,23 43:9

**behind**
64:10

**being**
7:17 13:15 22:2,6 33:8

**belief**
28:15

**believe**
33:6 36:25 46:20 61:9 64:3 65:1

**believed**
19:5

**bench**
5:25

**besides**
42:16 62:23 63:2

**best**
48:7 58:25

**better**
50:1

**between**
52:15

**birth**
4:24

**bit**
33:17 59:16

**blank**
39:3,6

**body-worn**
13:17

**bond**
42:3

**both**
6:20 25:12

**bottom**
21:14 43:3

**break**
48:4 50:6

**bringing**
9:12

**broke**
53:1,2

**brought**
49:21

**BROWN**
33:25 39:17,23 59:21 63:19 64:9,12,19,24 65:18 66:1

**burden**
46:15 49:9

**but**
4:4 7:6 8:2,19 12:14 27:21 34:2 35:4 36:20 39:3,7 42:13 45:19 46:8, 9 47:21 49:7,23 51:19 53:8,20 54:19 57:8,21 59:1,13,25 61:23 65:1 66:7

**by**
4:3,8,15 8:9 12:13,17 14:13,20 15:6 17:12 18:15,23 19:5,18 20:6,20 21:4,5 22:15 23:2 24:14, 25 25:16,20 26:3 33:21 34:3,8,15,20 35:7,23,24 36:10,19 37:7 38:3,17 39:9,19,24 40:9 43:7,24 44:6,11,22 45:8 46:23 47:12 48:9,16,20,22 50:2,11,25 54:24 55:25 56:14 61:13,25 62:12,21 63:19 64:12,24 65:18

**C**

**Cage**
30:18 36:4 37:9 43:4

**California**
5:20 7:14

**call**
4:18,19 8:13 13:8 32:9,
10 35:17 38:7,9,12 53:16
54:20,25 59:19

**called**
36:12 37:22

**calling**
30:21 38:13

**calls**
10:11

**came**
23:19 53:5 56:18

**camera**
13:17

**can**
4:9,12 8:10 10:4 11:23
12:4,21 13:4 14:24 15:7
19:14 21:1 27:18 31:9
33:14,15 34:2 39:20
42:25 46:11,16 53:16,17,
18 54:20,25 56:5,11
59:15 60:1 64:20 66:7,
10,17

**can't**
12:1 21:3 33:7 66:6

**Carlton**
23:23 27:9 28:9

**case**
11:5 15:23 16:3 17:16,22
21:18,20,24 22:9 23:22

24:5 28:18 29:10 35:5,
14,19,25 36:14 40:1,24
41:1 42:13,17 43:25 49:7
50:1 56:2,19,24 57:2,11,
20 58:11 61:4,16,20 62:2
65:7,15

**cases**
5:21,23 7:16,17 8:18,19,
25 9:4,5 10:12 11:1,10
15:3,5 35:12 49:7,10

**catch**
8:7

**cause**
43:22

**CC**
30:21

**CCSAO**
33:1

**cell**
59:20

**certain**
7:16

**certainly**
53:16 54:5 58:17

**chair**
8:4,14 9:14,16,17,20
10:7,9,15,19,23,24
11:13,14,15,25 12:25

**chairs**
8:13 10:11

**chambers**
59:15 60:6,10,12

**chance**
33:22 34:4

**changes**
66:7

**charge**
11:8,9 13:10,22 15:14
16:8,14,21 17:6,13 19:7,
22 20:12,16 22:14 26:17
35:20 36:7,15 38:8
44:13,24,25 45:10 47:6
49:1,12 50:16 51:2,15
62:3,14,22 63:1

**charged**
14:1,17 15:20 16:13,18
22:2

**charges**
20:4 22:13 32:13 35:11,
13 49:22 54:15 63:23
64:21 65:12

**charging**
9:9 10:14 11:6 12:21,22
13:1,2 15:2,4,10 18:12
25:11,16 51:21 52:1,15,
17,21 53:11 54:13 55:13
57:16 58:2,3,21,22 61:3
64:8

**checked**
60:15

**Chicago**
5:20 13:7 21:4,5

**CI**
41:10

**Circuit**
5:19

**circumstance**
22:20 34:10,12 37:22

**circumstances**
14:21

**circumstantial**
13:18

**Clancy**

40:11

**clarify**
45:18

**classified**
36:2

**clear**
33:16 47:5 50:13 51:12
56:21

**clearly**
52:21 54:15

**Code**
46:16

**collected**
13:18 36:5,13 49:25

**combine**
10:2

**come**
13:8 28:3,11,22 30:13
36:4 37:10 57:1

**coming**
31:19

**communicate**
17:6,15,21 34:21 64:13,
18

**communicated**
18:12 19:10,21 57:20
58:10 64:21

**communicating**
30:11

**communication**
46:3 55:4 56:4 59:4

**complete**
28:4,11,23 31:22

**completed**
28:15

**complex**
6:19

**complicated**
8:19

**comprised**
8:13

**concerns**
10:13

**concluded**
66:19

**conducting**
48:14 49:14

**conducts**
48:24

**confirm**
50:3

**conjunction**
23:5

**consent**
29:18

**consider**
60:19

**consistent**
29:22

**contact**
60:6

**continue**
61:12

**continued**
24:9 29:9 30:9 31:14
37:4 41:1

**continuing**
28:19 29:10 33:3,11 36:2

**conversation**
20:3,14 26:2,4 52:14,17,

20 53:17 54:9,14,21
55:11 61:15,19 64:5

**conversations**
25:10,15,17 52:20 54:11
57:15 61:2

**Cook**
5:19 6:4,7,14,17 13:25
14:14,22 15:1,12,18 16:7
21:25 22:21 34:16 36:11
37:20 46:4 48:10,13,23
49:13 63:13

**copy**
66:16

**core**
25:11

**correct**
9:2 11:11,16 20:17 21:7
34:13 40:6 52:10,11
56:20 57:3 63:24 64:2
66:8

**corrected**
54:24 58:5

**could**
8:14 12:10 14:6,7 24:4
28:5 29:17,21 35:17
36:12,21 37:12,21 42:3,5
46:15 49:25 54:21 57:11
58:9

**counsel**
4:3 44:20 45:6,16 47:2,
10 50:23 51:9 62:10,19
63:9 64:7 65:24 66:15

**County**
5:19 6:4,7,14,17 13:25
14:15,22 15:1,13,18 16:7
21:25 22:21 34:17 36:11
37:20 46:4 48:10,14,23
49:13 63:13

**course**
32:25 66:18

**court**
5:20 7:19 49:9 53:16
54:21 56:5 59:12 61:10
66:15,18

**courtrooms**
7:20

**Coyne**
8:6 12:3,15 14:3,18,24
17:8 18:15 19:13,24
22:10,23 24:12,22 25:6,
25 33:2,24 34:6,14,19,23
35:21 36:16,24 37:25
38:5 39:4 40:5 42:25
43:23 44:3,9,15 45:2,12,
20,23 46:5 47:8,25 48:6,
18 49:2,17 50:9,20 51:6,
18 52:11,24 53:4,15 54:5
55:7,19 56:5,9 57:4,14,
23 58:17 59:9 60:4,21
61:6,22 62:5,16 63:10,14
64:6,15,20 65:16,21
66:5,14

**CPD**
49:6

**credibility**
49:5

**credible**
49:8

**crime**
13:7,23

**criminal**
5:23 7:13,17 46:15

**cross**
60:2

**curious**

63:10

**current**
5:17

**currently**
5:19,21

**custody**
23:23,24

**cut**
8:23

**Cynthia**
30:17 36:4 37:9 43:4

**D**

**database**
35:1

**date**
4:24 35:3 40:20 41:6

**dates**
8:2 9:19

**day**
5:13 22:17 26:22 38:12

**days**
22:17,18 31:19,20,24
66:17

**deal**
9:16

**December**
6:1

**decide**
13:21

**decision**
8:21 11:8 12:22 13:3,5
14:15,23 15:2,10,13,19
16:7,12,14,17,20,21 17:5
25:16 32:4 51:21 52:16,

17,21,24 53:9,11 54:13
55:13 57:16 58:2,3,21,22
61:3 64:4,8,10 66:11

**decisions**
8:25 9:4,7,9,10 10:14
11:5,6 12:21 13:1 15:4
25:11 52:1

**defend**
59:12

**defendants**
13:13

**defending**
64:16

**definitely**
58:23

**degree**
16:15,22 63:23

**deliberative**
25:9,13 46:3,9,10,21
53:23 54:17

**dep**
63:15

**Department**
21:4,6

**depend**
51:18

**depending**
9:23 23:6

**deposition**
5:2,3 18:21 19:4 20:18
23:14 26:13,23 38:15
43:5 46:6 47:17 60:18,20

**deputy**
6:22,25 7:3,8,22 11:2,8,
15,17 22:19,25 32:8
34:10 35:13 38:7

**designate**
29:9

**designated**
28:19

**designating**
30:8

**detective**
21:21 35:17 37:22 38:14
47:14

**detectives**
13:7,16 15:5 17:1,11,22
24:1 28:1 29:8 30:12
31:8,21 36:3,12 48:17
49:16

**determine**
49:5

**did**
7:5,23 8:2,5,7 9:24 11:21
12:8 15:22 16:2,6,11,16,
23 17:1,3,21 18:8 21:11,
20 22:16 24:20 25:3
26:8,12,15,16,20 28:11
29:4,12,14 30:14,17 31:1
32:18 37:11,18 39:4
43:19,21 44:7 45:9
47:15,23,24 50:3,15 51:1
53:25 56:1 58:15 60:10
64:13,17 65:3,6,19

**didn't**
8:6 19:15 24:4 31:23

**different**
12:9 40:20 53:14 63:15

**difficult**
59:16

**difficulty**
11:7

**directly**

26:19 38:13

**disagree**
53:18 58:20

**discharging**
13:5

**discuss**
60:12

**discussed**
28:8 31:12

**discussion**
60:8

**dispute**
60:25 61:23

**disputed**
27:15

**division**
6:16 7:14

**divisions**
6:18

**do**
4:15,17,18 5:16 9:22
15:23 17:6,17 20:10
21:8,10,15,16,17,19 22:5
23:15,17 25:1 28:5 29:4
30:4 32:5 36:5 40:13,16
41:3,5,13,16,23,25 42:7,
9,15,18 43:16,18 46:20
49:19,23 51:20 53:21
54:18 56:10 60:16 61:1,
14,18 63:5 65:9

**doctrine**
25:8,12 46:22 51:23
53:12 54:16

**document**
19:1 20:1,3,5 21:9 39:18
43:10 52:22 53:2,5

**documents**
17:18 18:14 22:4,11

**does**
7:15 9:7 19:20 32:24
33:16 43:3 49:18 56:24

**doesn't**
33:18 35:5 41:8,10

**doing**
55:20

**don't**
5:10,13 7:1 8:2 9:19
10:3,6,17,21 12:6 17:25
19:16 20:1,2 22:3 23:9
26:2 32:13 33:9 34:1
35:23 36:25 38:7 39:7
41:17 42:13,18 44:15
46:11,16 48:15 50:20
52:25 53:19 56:10 57:13,
18,21 58:7 61:5 64:23
65:1,17,21,23 66:1

**done**
31:16 36:1,10 60:20

**Donte**
15:24 16:4,17,21 17:20
22:2 45:1 47:7 51:2,3
62:14 63:2,23 65:7

**down**
40:14 43:15

**draft**
47:23

**drafted**
31:8

**drug**
15:3,4,8

**duly**
4:2

C00  AdvancedONE

LEGAL

(866) 715-7770
advancedONE.com

**during**
11:3 25:14 28:8 32:19
55:11 59:5

---

**E**

**earlier**
34:9 62:17

**early**
28:16,17

**easier**
4:20

**eat**
58:25

**Edmondson**
29:24 54:3

**effort**
33:11

**either**
9:11 13:1,11,12 29:17
41:11 65:11

**elected**
5:25

**else**
8:20 13:2 21:24,25 22:6
29:5 30:7 32:14 33:18
42:19 57:12 58:12 66:2,3

**Emily**
33:9 39:17 47:25 53:15
59:9,21 60:21

**employed**
6:6

**employment**
5:18 6:3

**end**
5:13 18:3 41:8 49:7

54:19

**ended**
33:20 37:3

**enough**
49:12

**ensure**
48:15 49:8,25

**essentially**
9:1

**established**
27:11

**event**
61:16

**ever**
7:23 11:21 18:5 26:8,12
27:1 30:17 34:9 47:15
65:6

**every**
4:22 49:7

**everybody**
60:1 63:7

**everything**
28:6,7 32:19

**evidence**
10:14 11:4 13:9,15,18,
20,21,22 49:8,20,23,25
65:15

**exact**
7:1 8:2 10:6,17 26:2

**exactly**
7:6 9:19

**EXAMINATION**
4:7 63:18

**examined**
4:4

**except**
10:24

**exceptions**
36:21

**exchanged**
25:14

**exhibit**
18:20,21,25 19:1,9,20
20:18,22 21:11,12,14
26:13,21 38:15,19,23
40:10 41:3,23 42:7,20
43:5,9 47:15,20,23

**explain**
8:10 12:22 13:4 21:1

**explained**
44:17

**explanation**
42:11

---

**F**

**fact**
18:16,17 19:2 34:25 35:6
51:14

**facts**
64:10

**factual**
45:9,19 46:12,16 47:5
51:13 55:5,9,14 56:18,25
58:11 59:5 62:2,13

**factually**
33:5 66:8

**far**
52:8 58:19 59:11

**felony**
6:23,25 7:3,9,13,23 8:5
9:14,18,21 10:7,15,20,23

11:3,13,18,19,24 12:10
14:2,17 15:17,20 18:15
20:23 23:6 34:22 35:20
36:7,15 37:15,23 39:12
40:4 44:12,25 45:10
48:25 50:16 51:2 52:9
65:7,11,20

**few**
12:20 63:20

**filing**
60:19

**filled**
39:25 42:1

**fills**
41:19

**final**
32:3

**finally**
35:13

**finding**
43:22

**fine**
4:21 48:6 54:25

**finish**
40:21 55:19

**finished**
41:9

**first**
4:2 6:13 8:4 9:14,24
10:15,19,23 11:14,24
12:25 16:15,22 18:5
24:10,15 26:25 33:2,4
40:10 45:24 46:8 47:19
52:18 63:23

**five**
48:2

**five-minute**
50:6

**flowing**
5:23

**folder**
35:9 38:19,24 39:1,5,6,7,
8,11,13,15,25 40:1,8

**follow**
46:24,25

**follows**
4:5

**for**
4:9 6:21 8:16 9:12 10:10
11:23 12:9 13:8 15:12,17
18:1,22 19:11 20:8,19
22:14,21 24:2 25:15,17
26:23 28:3 29:19 30:13
31:10 32:1 34:23 35:20
36:7,15 37:4 38:7,16
40:20 42:10 43:6 44:13,
23,24 45:3,13,18,25
46:5,6,19 47:4,16 48:25
49:4,21 50:21 51:24 55:2
59:7 60:11,19,22 61:6,7,
10,22 62:8 63:5,9,12,23
64:8 65:7,11,22

**forget**
4:19

**form**
14:3,24 17:8 19:13 20:23
21:1 22:10,23 24:12
25:25 33:24 34:7,14
35:21 36:16 37:25 43:23
44:3 45:12 46:14 48:18
49:17 56:9 65:16

**found**
24:4

**foundation**
12:3,4,15 14:4 19:14,24
24:22 26:1 33:4 34:19,24
35:22 36:17 38:1 40:5
48:19 49:2 62:7,8

**four**
9:23

**frame**
10:18 23:7

**fresh**
64:17

**from**
5:12 10:11 15:25 17:18
21:25 22:11 24:19 36:5
37:12 42:22 46:12,17
47:14 48:13,17 49:15,16
52:8,13 53:6,10 55:11
56:18 57:1 66:8

**full**
4:15 30:4 32:3

**further**
35:15,17 36:10

## G

**G-O-N-Z-A-L-E-Z**
4:14

**gang**
6:19

**gather**
13:15

**gave**
17:13 29:1 37:23 62:6,14

**generally**
13:6,21

**generated**
13:12

**get**
24:1 29:18 31:9 36:3
40:3 66:17

**getting**
64:8

**give**
16:6,11 34:21 35:19
37:10 43:19 50:3

**given**
5:3 33:18 36:15

**giving**
26:16 36:7 37:15,17
44:12 45:24 48:25 50:15
51:15 52:9 59:6 65:4,7,
11,20

**go**
4:15 10:13 11:4 13:10
14:4,18,25 17:3 19:14,24
22:10,23 24:12,22 27:20
31:8 33:14 34:7,24 35:2
38:1 44:3 49:2 56:11
59:14,15,22 60:2,7,17
63:16

**goes**
25:11 54:16

**going**
5:9 21:11 23:8 25:6
27:12 29:9 31:4 38:18
41:2,22 42:20,21 43:8
44:23 46:24,25 47:13,20,
25 59:19,23,24 60:23
64:6

**Gonzalez**
53:6 54:8 56:23 57:24
60:23

**good**
48:1 50:6,9

**got**
9:25

**Grand**
9:12 44:8

**guess**
5:10 56:22

---

# H

**had**
10:13,25 16:1 19:7 22:18
25:22 27:4,8 28:2,8,18
30:2,5 31:21 36:25 37:1
50:17 51:3 54:12 56:17
57:1,9 61:3,15 64:5

**handle**
7:15 8:21 38:12

**handled**
7:18

**handling**
5:22 8:18 17:10,16,22
41:21 42:6

**handwriting**
21:9 41:16,23 42:8

**happen**
32:2

**happened**
36:22 38:6 64:1

**has**
15:12 18:24 33:5 51:20
54:7 57:1 58:19

**have**
5:3 7:5 8:2 12:7,10
13:16,21 15:23 18:5
19:16 22:5 24:4 27:25
28:14,22 30:14,22 33:9,
19 35:1,2,10 36:12,15,21

**had**
37:21 41:1,8,12 43:15,
16,21 44:7 47:22,25
48:5,15 49:8,11 53:17
54:21 56:2,24 57:1,9,11
58:15,25 61:1,14,18
63:9,20 65:23 66:1,5,9

**haven't**
58:5

**having**
4:2 16:1 27:11 32:23
53:10 54:1,8

**he**
19:5,6 23:19,20,22,25
24:4,10,21 25:1,3 27:4,8,
12,24 31:17 36:1 37:9,11
41:9

**he's**
23:11

**head**
8:16 11:19 23:6 50:19
51:5 54:3

**hear**
56:6 60:1

**heard**
7:17 58:5

**help**
10:11

**Henning**
21:15

**Henning's**
21:18

**her**
25:7,18 31:2 32:18 33:7
45:13,18,22,23,24 46:20
51:16,20,25 52:2,3,4,7,
12,13 53:8,25 54:4,22
55:2,6,9 57:3,7 59:1

61:16 62:5,8 64:7,8

**here**
27:18 46:7 57:24 58:4

**herein**
4:2

**hierarchy**
11:12

**Hill**
23:21 24:17 25:5,23

**him**
20:16 24:9 25:1

**his**
24:7 26:9,14 27:12 33:20
36:1 37:3

**hold**
11:21

**homicide**
6:19

**Honor**
45:3

**hopefully**
60:1

**horizontal**
40:17

**hour**
48:1

**hours**
28:17

**how**
6:6 7:5 9:20 10:1,19
11:23 12:7 17:3,6 20:10
59:22 60:16

**Howard**
15:24 16:4,17,21 17:21
22:2 44:1 45:1 47:7 51:2,

4,16 59:7 62:14 63:2,24
65:8

**however**
33:17

**hyphen**
4:13

**hypothetical**
37:17

_____

**I**

**I'D**
34:9

**I'LL**
23:18 32:21 38:23 48:4
58:5 59:12,15 61:23
66:16

**I'M**
5:9 7:6 8:6 9:23 12:6,11
14:5 15:7 18:2,16,24
19:19 20:21 22:24 23:3,
8,10,13 24:6 25:6,18
26:4 27:11 31:4 33:25
34:1 36:8 37:10,13,17
38:18 40:10 41:2 42:4
43:8 44:23 45:18 48:20
52:6 53:24 55:3,19,23
56:22 57:13 58:16 59:3,
8,19,24 60:23 63:10
64:6,9

**I'VE**
20:21 38:18 55:21 59:11
60:15

**identification**
18:22 20:19 38:16 43:6

**identified**
44:18 45:5,14 52:16
53:10 54:1,8,13 55:12

57:6,17 58:19

**identity**
57:22

**if**
4:18,19 5:12 10:12 12:5
13:13 14:6 24:3,7,8
29:17,20 30:24 31:9
32:13 33:15 35:15,16
36:8 37:9,12,18 39:7,25
40:6,13 47:21 48:3,5
49:24 51:12,14 53:16,22,
25 54:20,22 56:10,12
57:10 58:4,19,24 59:12,
15

**Illinois**
6:9,12 46:15

**implement**
31:12

**implements**
29:21

**important**
29:16

**impressions**
45:19

**improper**
33:6

**in**
5:6,7,20 6:6,10,16,18,19,
22 7:2,9,22,23 8:5 9:3,
10,11,14,17,20 10:1,7,
12,15,16,19,22,23 11:4,
5,12,18,24 12:9,24 15:9
16:3,16 18:17 19:20
21:20,24 22:1,3,20 23:5,
18,22,23,24 24:8 26:13,
21,23 27:4 28:16 29:7
30:15 32:25 33:14 34:10,
18 35:25 36:4,21 37:3,

10,22 39:12 40:1,3 41:14
42:23 43:21,25 44:7 45:4
46:17 47:16 48:11 49:9,
11,19 50:19 51:4,21
53:7,8,14,21 54:3 56:22
57:2,10,20 59:18 60:18,
24 61:4,10,15 65:6,15

**included**
18:15,16

**inconsequential**
58:8,18,23

**inconvenience**
53:19

**Incorporate**
62:17

**independent**
49:14

**Independently**
62:7

**indicate**
43:3

**indicated**
29:15

**individual**
29:25 41:18

**individuals**
26:10 35:11 48:11

**influence**
48:16

**information**
25:14 32:16,18 33:17
35:1,18 39:14 41:19 42:1
45:9,19 46:12,13,17 47:5
48:16 49:15 52:8,12 53:9
55:5,9,10,14 56:2,13,17,
18,24,25 58:11 59:5
62:2,13

**initially**
23:19

**injuries**
29:23

**inside**
40:7

**insofar**
25:13

**instruct**
25:7 44:17 45:13 46:19
51:24 52:4 62:8 64:7

**instructed**
52:7,13 55:9

**instructing**
25:18 45:22 51:16 54:4
55:2,6 57:2

**instruction**
45:2,25 47:9 51:7 54:19,
23,24 55:16,17 59:10
60:16 61:8 62:17

**intentionally**
55:20

**interpose**
33:3,10 60:21

**interrupt**
53:1

**interrupting**
33:10 34:2

**interruption**
34:23

**interview**
30:24 36:3 37:10

**interviewed**
23:20,22 24:17,21 25:2,
3,22 26:6 27:5,9 30:3
35:3,4,10 36:4

**interviewee's**
28:25

**interviewing**
34:18 40:3 48:11 49:16

**interviews**
26:9,14 28:9 35:16,17
36:10 37:19 39:12

**into**
35:2 48:12 64:8

**investigate**
49:19

**investigation**
18:4 22:1,21 28:20 29:6,
11 30:9,15,25 31:15,23
32:12,20 33:1,19 34:11
36:2 37:4 41:15,21 42:6
48:15,25 49:19 59:6

**investigations**
8:19 11:1

**investigative**
29:16 49:6

**Invites**
38:1

**involve**
37:19

**involved**
15:9 16:16 22:1,6 32:14
33:1 34:18 35:16 37:5,20
38:21 39:12 40:3 48:11
57:10,20 58:14 63:11

**involvement**
16:3 21:18 24:5 30:15
35:5 37:3 43:21 44:7

**involving**
15:24 16:3 52:17

**is**

4:24 5:6,10,17 6:13 7:9,
12,13 8:11 9:9 11:17
12:22 13:6,24 14:14
15:4,17 17:6,10 18:25
19:1,9,19 20:1,13,22
21:2,8,23,24 22:8 23:19
24:8,20 25:14,15 27:24
28:15 31:13 33:22 34:4,
9,16 36:8,14 37:9 38:8,
10,24 39:1,4,5,6,7,10,13,
15,17,18 40:16,23 41:21
42:12 43:10 47:4 48:1,5,
6,11,13,23 49:6,13,24
50:13 51:12,19,21,22
52:2,3 53:25 54:5,7 55:2
56:23 57:3,7,19,23 58:18
59:17,22 60:2,20

**issue**
58:8 60:13,17,24

**it**
4:20 7:13 8:23 12:2,10,
14 13:24 14:6,8,12,14
15:11,17 17:19 18:2,11,
17 19:20 20:1 22:3,18
24:20 28:15 29:8,15 30:8
31:13,23 32:2,5 33:16,
18,22 34:4 35:2,5 36:2,6,
22 37:4 39:6,7,19,21
40:11 41:8,10,20 42:3,4,
5,11 43:3,13,16 46:20
47:16,18 51:18 52:19
53:1,2 55:3,20,22,24
57:11,18 58:15 61:23
63:5,15,16 64:25 66:17

**it's**
5:5 20:2,4 21:3,5,7 31:25
33:6 38:9 39:3 49:4
55:14 58:8,17,23 59:16
66:8

**items**
37:5

**iteration**
4:22

**its**
42:4 46:15 49:14 61:10

**itself**
20:2

**J**

**John**
18:15 21:15 45:17 51:11
52:23,25 56:21 59:19

**judge**
4:1,18,19 5:1,20 6:2 8:6
12:4 14:4,25 19:14 32:23
33:5,14 34:5,24 39:4
40:11 43:22 44:16 46:12,
24 50:21 51:12 53:6
54:22 55:1,5 56:1,10,23
57:14,21,24 58:13 59:6
60:12,23 61:14 62:22
63:22 64:22 65:23 66:5

**judge's**
54:24 60:15

**judges**
5:24

**June**
43:3 57:11 64:1 65:4

**Jury**
9:12 44:8

**just**
4:18 5:9 7:18 9:8 12:4,9
22:16 23:9 26:5 33:3,10
37:5 38:7 42:22 43:8,18
44:23 45:17 47:4,22
50:3,12 51:11 53:4 54:18

55:1,19 56:1 59:13,16
60:9,11,22 61:6,10,22
62:6 63:20 64:9 66:8

**K**

**keep**
33:10 40:6 43:15 57:4

**Khadjah**
23:20 24:17 25:5,23

**Kim**
54:2

**knew**
45:19 47:6 51:14 55:5,15

**know**
9:19 10:3,6,17 12:5
17:17 19:16 20:1,2,10
21:17 27:15 28:1,2,6
29:8 31:20,25 32:5,7,13
35:18,23 39:7 45:9 50:15
51:1 57:13,18,21 59:12
63:15 64:23

**knowledge**
30:3 52:2,3

**Konni**
14:7 60:1 66:16

**L**

**Larry**
23:21 24:18 25:4,23

**last**
4:12,15,23 6:3 46:6
63:11

**Laura**
4:1,11 32:7,15,17

**lawyer**

63:11,15

**learned**
32:19 52:8 59:5

**least**
12:14 28:7 35:1,11

**leave**
61:23

**left**
19:6 28:18 40:12,24,25

**length**
10:4,6

**let**
14:12 18:19 24:15 33:3,
10 35:18 48:3 53:13,15
55:19 56:1 60:9,21 61:12
62:1

**let's**
9:16 59:14 60:7

**like**
10:2 30:24 32:1 54:20
59:13 66:12

**likely**
5:1

**line**
8:3,7,8,10,12,13 9:4
10:1,5 31:5 33:3,11
59:22

**lines**
40:20

**little**
33:16 48:1 59:16

**locate**
31:11

**location**
13:11 30:2

**lock**
48:12

**locking**
9:10 11:5,6

**logs**
28:4,12

**long**
6:6 7:5 9:20 10:1,19
11:23 12:7

**longer**
57:10

**looking**
13:9 18:10 43:11

**lot**
37:5 49:4

---

**M**

**Madam**
56:5 66:15

**made**
16:7 23:25 28:2,21 51:21
52:1,19,21,22,24 53:9
59:11

**make**
5:14 10:14 13:2 14:22
15:2 17:5 28:2 31:1 32:3
47:22 49:11 50:1,13 55:1
59:17 66:6,7

**makes**
4:20 14:15 15:13,19

**making**
8:17 12:21 13:1,5 15:4,5,
10 17:3 25:15 29:3 30:12
57:16 58:3,21 61:10

**mark**
18:19

**marked**
18:21,24 19:1 20:18,21
38:15,19 43:5

**Markham**
6:20

**materials**
65:3,6,9,10,19

**matter**
22:13

**may**
7:2 19:16 27:4,8 61:9
63:9

**maybe**
9:22 20:7

**Maywood**
6:20

**me**
10:4 11:23 14:12 18:14,
19 21:1 24:15 33:3,10
38:13 48:3 53:13,15
55:19 56:1 58:19 60:9,21
61:12 62:1

**mean**
9:7 29:7 34:1 35:23
48:20 52:25 53:17 65:9

**meaningful**
49:24

**means**
13:5

**meet**
46:15 49:9

**memory**
12:7 16:2 24:20 32:25

**mental**
51:20

**mentioned**
53:4

**metal**
29:21

**method**
33:6

**microphone**
59:25

**midst**
60:18

**mind**
4:18 33:14 49:11 51:25
52:4 53:8,21

**mine**
11:7

**minimum**
29:7

**Mirandized**
13:15

**mischaracterize**
55:24

**mischaracterizing**
55:8

**misrepresenting**
23:10

**misrepresents**
55:16

**misunderstood**
20:7

**month**
7:1

**months**
9:23

**moots**
61:23

**more**
7:20 12:2,11,14 37:1,5

**morning**
28:16,17

**mostly**
39:3,6

**motion**
60:19

**move**
59:13 60:18

**moved**
12:10

**Mr**
8:6 12:3,15 14:3,18,24
17:8 19:13,24 21:18
22:10,23 23:9,13,19
24:12,22 25:6,25 26:13
29:24 33:2,24,25 34:6,
14,19,23 35:16,21 36:1,
16,22,24 37:24,25 38:5
39:4,17,23 40:5 42:25
43:23 44:3,9,15 45:2,12,
20,23 46:5 47:8,25 48:6,
18 49:2,17 50:9,20 51:6,
18 52:11,24 53:4,15 54:5
55:7,19 56:5,9 57:4,14,
23 58:17 59:9,21 60:4,21
61:6,22 62:5,16 63:10,
14,19 64:6,9,12,15,19,
20,24 65:16,18,21 66:1,
5,14

**Ms**
4:8 8:9 12:13,17 14:7,11,
13,20 15:6 17:12 18:19,
23 19:18 20:6,20 22:15
23:2 24:14,25 25:20 26:3
33:21 34:3,8,15,20 35:7,
24 36:19 37:7 38:3,17
39:9,19,24 40:9 43:7,17,

24 44:6,11,22 45:8,17,21
46:2,23 47:12 48:3,8,9,
22 50:2,5,11,25 51:11
52:6,23,25 53:13,24
54:25 55:18,23,25 56:14,
21 57:8,17 58:7 59:3,14,
24 60:7,9 61:12,13,25
62:12,21 63:4,8,12 66:3,
16

**much**
50:8 63:5,6

**multiple**
22:17,18

**murder**
8:18,20,25 9:5 10:25
11:10 15:12,15,17,20
16:9,13,15,18,22 17:6,
10,14 18:13 19:7,11,22
20:11,12,16 22:2 26:17
36:7 44:13,25 45:11 47:7
49:1 50:17 51:2,15 59:7
62:3,15,24 63:2,23

**mute**
59:22,24 60:2

**my**
4:21,22 10:10 16:14,21
17:9 18:15 28:14 30:3
31:19 51:21 53:21 54:23
56:12,23 58:18 59:21,25
62:1,17 66:13

**myself**
22:25

**N**

**name**
4:9,15,21,23 21:15 40:7

**named**

24:17 25:23

**names**
4:12 40:2

**near**
58:25

**necessarily**
57:21

**need**
49:7 50:12

**needed**
30:4 37:20

**Nelson**
23:21 24:18 25:4,23

**never**
47:18

**next**
7:9 27:23 31:20 32:3
35:25 38:12 40:16,25
48:4 59:25

**night**
24:10 32:9,10

**no**
5:4 11:22 16:25 17:2
18:7,9 21:13,22 22:7
26:18 28:14 30:16,19,22
31:3 33:23 34:5 35:15,17
36:10,18 38:2 43:9 44:2,
5,10 47:15,18,24 50:17
51:3 52:11 54:1 55:7
56:16 57:10,17 58:7,25
59:3 60:2 61:5,17,21
65:5,13

**nobody**
5:13

**not**
7:6 8:14,18 9:10,23 11:7,
8 12:11 14:5,19 15:4,9

18:2 19:7,16 20:4 21:10,
19 22:24 25:7,18 26:4,
11,19 27:12,15 30:2,10
31:13,25 33:5,25 34:12
35:3 36:5,18,20,22
37:11,18,24 38:4,6,13
41:13,25 42:4,9,18 43:18
44:17,20 45:3,7,13,15,
18,22 46:20 47:3,11,24
48:20 49:18 50:24 51:9,
17,25 52:4,7,11,14 53:22
54:4 55:6,8,10,14,15,20,
24 56:3,24 57:3,24
58:15,17,23 59:1,11,18
60:13,16 62:8,11,20,25
63:3 64:7 65:24

**note**
34:6

**nothing**
4:4 66:3

**notwithstanding**
54:23

**now**
12:20 18:5 19:4 31:4
37:17 50:5 52:21 53:17
60:19

**number**
35:2 39:18 54:10,11,14
57:25 58:1,2,20,22

---

## O

**object**
25:6 45:12 56:9 62:6
64:6

**objected**
12:4

**objection**

12:3,15 14:3,18,24 17:8
19:13,24 22:10,23 24:12,
22 25:25 27:24 33:2,24
34:6,14,19,24 35:21
36:16,24 37:25 38:5 40:5
43:23 44:3,9 45:18 47:8
48:18 49:2,17 50:20 51:6
55:17 56:22 59:1 62:7,16
64:17 65:16,21

**objections**
31:17 33:4,11

**obtain**
29:17

**obtained**
37:1 56:3,12

**obviously**
49:6 52:2 54:22

**occurred**
5:15

**occurs**
13:7

**October**
23:15

**of**
4:3,21,22,24 5:2,10,13,
21,23 6:1,3 7:13,16 8:13,
15,17,18 10:4,6,12 11:19
12:10 13:17,19,20 14:9
15:8,23 18:3,5 19:4,22
21:12,14 22:3,5 23:6,8,
14 24:15 25:10,12,15
26:9,13 27:4,8,20 28:1,4,
7,9,17,24 29:23 30:4,25
32:25 33:2,3,4,11 36:7,
21 39:13,15 40:2,7,10
41:3,14,22 42:7 43:1,3,
17,22 44:12,13,20,25
45:4,6,10,11,16,24 46:8,

17 47:2,7,10,23 48:13
49:1,4,5,9,20,22 50:23
51:2,5,9,22,25 52:2,4,18
53:8,19 54:3 56:7 57:22
58:4,11,15 59:10 60:3,
13,18 61:2,14,18 62:3,7,
10,19 64:21 65:12,24
66:18

**off**
8:23 31:19 40:25 60:7,8

**offender**
22:14

**offered**
46:18

**office**
6:5,7,15,17 13:25 14:15,
22 15:2,4,13,18 16:8
22:1,22 25:16 34:17
36:12 37:21 39:20 46:4,7
48:11,24 49:14,18,21
56:19 59:21

**officers**
48:17

**okay**
12:20 18:10,19 20:7
21:11 23:11,12 24:5,11,
13 26:8,20 27:11,14,17
32:21,22 33:22 35:8,15
37:16 39:2 40:15,19
41:6,13 42:7,10 43:8,16,
19 46:2 47:13 48:5,8
50:5,12 55:23 56:17
59:14 61:6 63:4,20 64:20
66:1

**on**
7:2 8:15,17,22,25 9:4
10:25 11:1,10 15:2,4,5
18:3,17 20:1,3,4,13 21:9
22:12,16 23:6,15 25:7

27:19 31:4,14 32:2,6,9,
10 33:4,19 35:5,6,14
38:8,11 39:21 40:10,11,
12,19,24 41:1,3,23 42:1,
5,8 43:1,2,3,9,13 45:6
47:2,10,14 49:5,7,19
50:23 51:7,18,21 55:22
56:12 57:18 59:9,13,17,
19,22,24 60:2,9,19 62:6,
10,18,19 64:1,4 65:4,22
66:3

**once**
31:15

**Ondera**
42:24 43:4,14,17 57:12,
16,25 58:1,3,14,24 61:15

**one**
5:9,23 7:21 8:15 12:14
22:14,16 29:25 36:21
54:7,10 57:6,25 58:20

**only**
15:25 17:9 35:3 36:9
37:14 45:18 54:6,7
56:18,25 57:5 58:9,18

**operated**
9:3

**opinion**
46:14

**opportunity**
10:25 16:1

**or**
5:6,10,14 8:14,15,19
9:10,11,22 10:9,13 11:5,
8 12:8 13:1,11,13,17
18:2 19:16 22:17 24:8
28:6 29:18,21 32:4 35:1,
11 38:6 39:5 41:10
48:12,17 51:16 52:20

57:12 58:11 59:22 66:10

**orders**
54:22 60:16

**other**
7:21,24 8:20,25 9:4
29:25 30:14 32:14 37:5
42:15,19 47:16 48:5
49:24 61:19 62:22 63:1

**otherwise**
59:13

**our**
46:5 49:5

**out**
9:25 11:6 12:10 13:8,10
17:10 35:6,12 39:25
40:24 41:19 42:1 53:18

**over**
6:22,24 9:12 10:13 11:4
22:20 34:11 48:1 64:5,25

**overlap**
31:23

**overlapping**
52:2,3

**overlaps**
46:8

**own**
48:14,24 49:6,14 56:12

---

**P**

**p.m.**
66:19

**page**
27:19 31:4 39:21 40:10
41:3,4,22,24 42:2,7,8
43:1,13

C00 AdvancedONE

LEGAL

(866) 715-7770

advancedONE.com

**part**
4:21 28:1 30:25

**particular**
7:15,19 8:16 11:1 13:11,
23 18:2,3 22:13 38:10
51:19

**Particularly**
50:22

**parties**
53:20 60:11

**passed**
32:2,6

**past**
5:7

**Patrick**
17:19,25 18:11 19:12,16,
21 20:14 23:14 24:16
26:5 27:3,7,19 32:23
37:2,8 40:7 42:24 52:13
54:9,12 55:11 58:9

**people**
24:21 25:4,23 26:6,14
48:12 49:16

**per**
12:8

**performed**
37:6

**period**
31:22

**person**
15:14 16:7 30:20,22
31:14 32:3 35:4,10 49:12
57:22 58:9

**personally**
56:3

**pertaining**

54:13 55:10,12

**phone**
10:11 59:20,25 64:5,25

**phrase**
13:4

**phrasing**
56:22

**physical**
13:17 35:9

**place**
6:3,13 7:9 41:14 52:14,
20 58:25

**plaintiff's**
63:8

**playing**
60:2

**please**
4:9,12,24 5:10 8:10
12:21 14:8

**point**
35:19 53:20 54:15 57:23
58:18

**pole**
24:3 50:18 51:4 54:2

**poles**
29:21 36:5,14 37:12

**police**
13:7 21:4,5 23:20 24:10
48:17

**portion**
14:9 21:12 36:1 47:23
56:7

**position**
9:17 10:16 11:21

**positions**

12:24

**possession**
46:17

**possible**
13:13 30:24

**possibly**
37:21 38:20 57:12

**potentially**
58:11

**preparation**
26:23 47:16

**prepare**
21:12

**prepared**
21:5,7

**present**
30:1

**preserved**
50:14

**previous**
20:8

**previously**
39:10 44:16,18 45:4,5,
13,25 50:21

**previously-stated**
62:9

**print**
35:5

**prior**
6:2 22:2 26:12 36:6
37:15 39:12 48:25 50:15
51:1 57:16 58:3,20 59:6
65:3,7,11,19

**privilege**
25:9,13 46:7,9,10,21

53:22,23 54:17 60:13
61:7

**privileged**
25:17

**privileges**
44:17,19 45:5 59:10

**probable**
43:22

**proceeding**
66:19

**process**
5:2 25:9,13 36:20 46:3,9,
10,21 53:23 54:17

**produced**
21:3,7 39:19 49:20

**product**
25:8,12 46:8,22 50:22
51:22 53:12,22 54:16

**product/privilege**
51:8

**proffer**
60:22

**proof**
49:9

**provide**
18:8

**provided**
15:25 17:18 18:14,17
42:23 43:2 65:10

**purpose**
25:15 48:13

**put**
59:25 60:9

## Q

**question**
14:6,11 15:17 17:20
19:15 25:7,19 28:11,21
29:3 32:5 34:1,2 44:15,
18,21,24 45:3,7 46:20
47:3,11,21 48:21 50:21,
24 51:10,13,19,20 53:14
56:6,10 60:24 61:9
62:11,20 64:17 65:22,25

**questions**
10:13 48:4,5 50:13 51:25
52:12 53:21 62:1 63:9,21

**quick**
60:22

## R

**ranking**
38:8

**reach**
31:1 59:15 60:10,12,13

**read**
14:8,9 56:7

**reading**
26:19

**really**
8:15 12:12 21:3 33:18
55:16 56:9 58:9 60:22
63:5

**reason**
25:18 46:19 48:23 51:24

**reasons**
45:4,14 46:1,2,18 49:4
50:21 62:9 65:22

**recall**
7:1 10:21 17:25 22:3
25:1 26:2,11 30:10,20
42:12,13,15 62:25 63:3
65:17

**received**
22:11 47:16 48:17 49:15
52:13 53:10 55:11

**receives**
42:4

**recess**
50:10

**recognize**
41:16,23 42:8

**recollection**
15:23 20:15 22:5,8 24:8
33:7,12 43:17 58:15
61:1,14,18 66:8

**recommendation**
23:25

**recommendations**
50:1

**recommended**
31:6

**record**
4:10 14:9 18:10 19:20
21:23,24 34:16 44:23
46:5 47:4,15 50:13 51:12
55:22 56:7 58:4 59:18
60:7,8,10,11,23 61:6,11,
22 62:18 65:23

**recorded**
20:2 30:6

**recording**
26:9

**records**
16:2 18:8,18

**recovered**
29:22 37:12

**referenced**
12:20 38:19

**references**
21:23,25 43:14

**referencing**
38:25

**referring**
20:23 57:5

**reflect**
39:11,14 40:1

**reflecting**
19:10

**reflects**
52:22 53:2,5

**refresh**
16:2 24:20 32:24 33:7,12

**refreshes**
24:7

**regard**
17:20 29:5 32:25 56:2
58:10

**regarding**
22:8 32:11 53:11 58:1
61:2,3

**rejecting**
22:14

**related**
58:22

**reliable**
49:8

**relied**
46:13

**rely**

49:19

**relying**
18:11

**remember**
5:13 22:12 42:18

**remind**
5:9

**remotely**
4:3

**repeat**
14:6 15:7 34:2 42:25

**rephrase**
14:12

**report**
42:23 43:2,10 47:14

**reporter**
56:5 66:15,18

**reports**
13:12 24:19

**representing**
5:7

**requested**
14:9 56:7

**require**
15:9

**required**
8:21

**reserve**
66:10,12

**reserved**
66:14

**respect**
25:11 52:15 60:24

**respond**
4:20,22

**responsibilities**
10:8,10,22

**rest**
59:9

**review**
6:23,25 7:3,9,23,24 8:5
9:14,18,21 10:8,16,20,23
11:3,13,18,20,24 12:10
13:8,9,11 15:22 16:1
23:6 26:8,12,15,16,20
28:6 30:4 34:22 37:15,23
39:12 40:4 44:13 49:21
52:9 65:3,6,9,11 66:6,9

**reviewed**
19:2 20:24 27:1 32:23
35:12 47:18

**reviewing**
13:20 22:25 42:22

**reviews**
13:19

**right**
24:15 27:16,18 29:1,3
31:4 37:8 39:16 41:2,9,
12,22 43:13 53:13 57:4,
23 63:16 64:15 66:5,9,10

**rights**
66:13

**role**
7:5 9:3

**room**
59:18

**rooms**
7:19

**Rule**
54:19

**rules**
5:5

**ruling**
 61:10

**run**
 8:17,21,24 9:7 54:19

**running**
 9:4

---

### S

**said**
 9:13 12:24 27:24 30:23
 31:18 36:13 37:8 43:13
 53:2 55:8 57:8,11 58:13

**same**
 5:5 10:24 14:18 15:17
 17:20 24:9 36:24 38:5
 44:9,24 45:2,25 47:8
 51:6 59:18 62:16,17
 65:22

**SAO**
 18:25 20:22

**Sarah**
 42:24 43:4,14

**saw**
 43:18 50:17 51:3

**say**
 8:7 12:2 13:24 14:14
 15:11 18:11 39:4 41:10
 42:21 54:6

**saying**
 8:24 27:12 34:12 55:20
 57:13,14,24 58:4,16

**says**
 24:4 39:21 40:11

**SCHNIDT**
 4:8 8:9 12:13,17 14:7,11,
 13,20 15:6 17:12 18:19,

 23 19:18 20:6,20 22:15
 23:2 24:14,25 25:20 26:3
 33:21 34:3,8,15,20 35:7,
 24 36:19 37:7 38:3,17
 39:9,19,24 40:9 43:7,24
 44:6,11,22 45:8,17,21
 46:2,23 47:12 48:3,8,9,
 22 50:2,5,11,25 51:11
 52:6,23,25 53:13,24
 54:25 55:18,23,25 56:14,
 21 57:8,17 58:7 59:3,14,
 24 60:7,9 61:12,13,25
 62:12,21 63:4,8,12 66:3,
 16

**screen**
 40:12,16

**scroll**
 38:23 40:13

**scrolling**
 40:6 43:15

**se**
 12:8

**search**
 24:1 29:18,19 31:9

**second**
 8:4,14 9:14,16,17,20
 10:7,9,24 11:14,25 12:25
 39:21

**Secondly**
 52:19

**see**
 20:25 21:8,15 23:16
 24:3,7 27:18 29:17,20
 31:9 37:9,11 40:7,13,16,
 19,23 41:3,7,13 43:16
 47:15 48:4 59:15 60:16
 65:19

**seeing**
 22:3 40:12

**seeking**
 37:5

**seems**
 57:18

**seen**
 54:2

**separate**
 6:18 46:12,16 49:15

**served**
 7:22 9:13

**set**
 9:11

**seven**
 66:17

**share**
 43:8

**Shaw's**
 60:12

**she**
 24:3 31:12 33:7 36:4
 37:11 45:19 46:13,17,18
 51:14,21 52:1,8,12,16,
 21,22,24 53:9,10 54:11,
 15 55:10,12,15 57:1,8,
 11,17,25 58:1,2,10,15,
 19,20,21,24 62:6

**She's**
 57:5

**sheet**
 18:16,17 19:2 35:6

**sheets**
 34:25

**shift**
 33:20

**should**
14:1,16 15:19 16:13,17
39:11 40:1 59:22 60:2,17

**show**
19:20 23:8 27:12 33:18
38:18 41:2

**showing**
18:24 20:21 23:13 24:6
38:20

**shows**
34:17

**Signature**
66:14

**since**
33:7 37:24 59:18

**six**
7:18

**slowly**
38:23

**so**
4:21 5:12 6:18 8:13 9:3,8
12:10,24 13:24 17:13
19:9 20:7,15 23:13 25:18
27:11,18 28:4,5,21 31:4,
6,25 32:21,23 33:9 34:9
35:25 36:8,25 37:2,17
38:18 39:16,25 40:13
42:11 43:8 45:17,21
46:19 47:4 49:10 50:7
51:11,24 52:4,6 53:6,19,
24 54:15,18 55:4,14,21
56:17,21 58:23 59:14,25
60:2,18,22 63:6 64:3
65:1

**some**
16:2 23:8 27:20 29:23
54:15 63:9

**somebody**
28:3

**someone**
5:6,7 13:2,10,22 14:1,16
15:12,19 24:1 28:22
30:13 57:12 58:12

**something**
5:12 19:10 27:15 32:1

**somewhere**
19:9

**sorry**
8:6 15:7 32:9 34:1,23
42:20

**speak**
4:3 13:12,14 16:23 17:1,
14 21:20 22:16 30:17
33:7 43:4 60:22

**speaking**
13:6 17:9 22:12 25:21
26:18 27:3,7 40:3 42:12,
15 43:17

**specific**
35:2 51:13

**specifically**
7:20 11:10 12:7 51:14
54:12 55:12 57:15

**speculate**
5:10,14 65:2

**speculation**
38:1

**spell**
4:12

**spoke**
20:11,16 32:11,16 37:23
57:25 58:1,2,20,21 61:16

**spoken**

**18:6 53:11**

**stamped**
18:25 20:22

**stand**
54:23 58:5

**standing**
60:15

**stands**
36:14

**start**
40:20 41:6

**state**
4:9 46:14 51:20,25 52:2,
4 53:8

**state's**
6:4,7,14,17 11:13 13:14,
19,25 14:15,22 15:1,3,9,
13,18 16:8 17:9 18:1
21:25 22:21 25:16 34:17
36:11 37:20 38:20 39:20
40:2 41:20 42:16 46:4,6
48:10,14,24 49:13,18
52:9 53:25 54:6,7 56:4,
18 57:1,5,6,9 59:4 61:19
63:13

**stated**
45:4,25 50:17,21 51:3
65:22

**statement**
9:11 27:21 30:14

**statements**
11:5 28:4,25 30:5 37:1
48:12,13 62:18

**station**
19:6 23:20 24:11

**staying**
47:14

**stents**
  8:5

**step**
  27:23 29:16

**steps**
  27:13 36:9,13 37:14,18
  64:10

**still**
  18:1 24:9 33:17 45:21

**stood**
  35:19

**stop**
  32:21

**Street**
  6:23 7:18 58:25

**strike**
  15:22 16:11 17:3 25:2
  42:14 43:20 50:4,18 51:4
  54:2

**struggling**
  52:6

**sub**
  58:14

**substance**
  61:2

**substantive**
  66:7

**substituted**
  12:9

**suburbs**
  6:20

**suffered**
  29:24

**sufficient**
  13:22

**suggest**
  53:15 54:20

**summaries**
  26:21 27:1 28:24 31:7

**summarize**
  30:13

**summary**
  26:13 28:7,23

**sup**
  43:10

**supervised**
  7:18

**supervisor**
  6:22,25 7:3,8,11,22 8:15,
  22 10:9 11:15,18,19
  22:19 23:1 32:8 34:11
  35:13 38:7,11

**supervisor's**
  11:8

**supervisors**
  8:16 11:3

**supplementary**
  42:22 43:2 47:14

**support**
  45:4

**sure**
  4:11,13 7:6 8:12 9:23
  12:12 14:5,7 18:2 19:19
  22:24 28:2 33:25 42:4
  43:1 47:22 48:20 49:11
  50:13 55:1 59:17 60:4
  66:7

**sus**
  53:18

**sworn**
  4:2

**system**
  38:9

**T**

**Tabatha**
  15:24 16:3,8,13,14 17:14
  18:13 19:6,7,11,22 20:12
  23:23 24:2 26:17 27:5,
  20,22 28:10 29:19 31:10
  37:12 44:14 45:11 50:16,
  18 54:2 62:4,23 65:8

**take**
  10:10 34:11 48:1,4 50:6
  66:16

**taken**
  23:15 33:19 36:10 37:15,
  18 50:10 64:11

**talked**
  27:25 58:24

**talking**
  5:11 9:9 10:12 27:22
  28:23 59:8

**task**
  37:6

**team**
  8:15,16,22 10:10 38:10

**technical**
  11:7

**tell**
  10:4 23:18 25:3 29:12,14
  32:18 39:20 54:1 58:19

**telling**
  25:1 37:11,13

**term**
  12:8

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    94
JUDGE LAURA AYALA-GONZALEZ, 11/12/2021          Index: terms..the

**terms**
 10:12 12:7 41:14 49:20
 53:8

**testified**
 4:5 19:5 20:10 23:11,19
 39:10 57:15,24

**testify**
 8:24

**testifying**
 5:6

**testimony**
 9:12 20:8,13 23:9 24:7
 27:12 32:24 33:5,8,13
 42:12 44:8 57:7,19

**texted**
 59:21

**than**
 7:21 8:20,25 9:4 12:2,11,
 14 32:14 37:5 42:19
 47:16

**thank**
 5:17 23:3 39:23 42:10
 50:7 61:11 63:4,6 66:14,
 15

**Thanks**
 63:20

**that**
 5:1,5 6:13 7:5,10,15,17,
 19,21,22 8:7,16,17,21,24
 9:3,7,9,24 10:4,16,24
 11:4,14,15,21 12:9,24
 13:4,7,10,12,15,19,22,24
 14:5,11,14,23 15:5,7,11,
 14,18,22 16:2,11 17:4,6,
 7,15,16,17,18,24,25
 18:1,3,11,12,14,16,17
 19:2,5,6,10,11,15,20,21
 20:1,2,3,4,9,10,13,15,23,

25 21:15,23,24 22:24
 23:7,10,11,15,16,18,19
 24:1,3,5,9,10,16,20,21
 25:2,7,14,17,18,22 26:5,
 11,25 27:4,8,11,12,16,23
 28:5,7,15,25 29:15,21,
 22,23,25 30:2,5,7,10,11,
 20,22,23 31:6,7,12,13,
 24,25 32:1,2,7,8,9,10,11,
 19,24 33:8,14,17 34:2,
 12,17,21 35:4,18,19,23
 36:5,6,9 37:1,2,9,11,15,
 18,19,20 38:6,10,11,20,
 24 39:1,4,5,6,7,10,11,13,
 14,15 40:4,12,13,16,19,
 23,25 41:3,7,12,13,18,21
 42:5,10,14,23,25 43:2,3,
 10,18,20 44:18,21 45:7,
 10,15 46:7,11,13,17,18,
 19,20 47:3,5,6,11,22
 48:5,15,16,20 49:8,11,
 15,21,25 50:4,7,13,17,24
 51:3,10,20,24 52:1,8,12,
 14,16,22 53:2,4,5,11
 54:1,7,9,11,14,16 55:5,
 12,15,16,20,21 56:3,10,
 17,23 57:1,3,8,12,19,20,
 22,24,25 58:6,10,13,20,
 21 59:1,11,12,17 60:2,10
 61:8,9,12,16,23,24 62:6,
 11,20,22,25 63:2,3,12
 64:1,4,10,15,16 65:4,14,
 25 66:4,7,10

**that's**
 4:21 8:14 11:16 12:18
 13:16,18 19:1,10 20:15
 23:3 27:15 36:20 41:12
 48:6 49:20 50:9 52:11
 53:6 54:25 55:3,15 56:22
 57:6,7,13 58:4,8,15 59:1,
 8 60:24 61:7 64:17 66:11

**the**
 4:3,4,10 5:2,5,9,12,13,
 23,25 6:4,7,9,12,13,14,
 17,19,22,24 7:1,3,8,9,11,
 13,19,22,23 8:2,7,8,12,
 15,16,22 9:8,12,14,16,
 17,19,20,24 10:2,6,7,10,
 11,13,15,17,19,22,23,24,
 25 11:2,4,8,10,12,18,19,
 24 12:7,8,24 13:7,9,14,
 15,16,20,24 14:9,14,15,
 22 15:1,3,5,9,12,13,18,
 19,23 16:1,3,6,7,16 17:1,
 5,10,11,13,16,18,21,22
 18:1,4,14,15,17 19:2,4,5,
 6,22 20:1,16,23 21:4,5,
 14,25 22:1,3,11,21,25
 23:5,7,14,20 24:1,3,5,9,
 10,19 25:8,10,11,12,13,
 15,16 26:2,4,8,22,25
 27:20,23,25 28:1,8,12,
 16,17,18,23,24,25 29:7,
 10,23 30:1,4,11,13,20,
 22,25 31:8,11,13,20,21
 32:3,8,10,12,13,19,25
 33:1,4,11,17,19 34:1,5,6,
 10,16,23 35:1,2,3,4,5,9,
 10,12,13,14,18,19,25
 36:2,6,7,9,11,12,13,14,
 15,20 37:3,14,20 38:7,9,
 11,12,13,24 39:5,7,12,
 13,15,20,21,22 40:2,8,
 10,11,20,21,24,25 41:1,
 14,18,20,21,23 42:1,3,5,
 6,8,22,23 43:1,2,9,10,19,
 21,22 44:7,12,13,15,16,
 18,23,24,25 45:3,4,6,10,
 15,18,25 46:3,4,5,6,9,11,
 12,14,15,16,17,21 47:2,
 4,5,6,10,14,19 48:3,10,
 13,23 49:5,6,9,13,16,18,
 19,20,21,23,24 50:7,13,

15,18,19,20,21,23 51:2,
4,5,11,15,19,22 52:1,9,
16,19,22,24 53:2,5,9,12,
14,16,20,21,22 54:2,3,
11,13,16,17,19,21,22,24
55:1,2,8,13,15,16,17,21,
22 56:6,7,25 57:11,14,
16,22,23 58:1,3,9,10,14,
18,21,22,24 59:4,5,9,10,
12,17,18,25 60:5,7,8,9,
11,15,18,23,24 61:2,3,5,
6,7,8,10,15,22,23 62:3,5,
7,9,10,14,18,19 63:6,12,
16 64:5,8,9,10,13,16,21,
25 65:22,24 66:5,9,12,18

**their**
10:12 31:21 35:4 48:13,
14,24

**them**
8:13 9:11,12 10:11,12,14
29:12,14 30:7

**then**
6:21 8:4 9:13 10:15
11:14,15 23:25 24:4
27:18,24 31:17 32:2 34:6
38:12,13 42:7 48:4 51:11
53:2,6 54:8 57:20 58:5
60:19

**there**
8:3 9:24 11:17 13:6 17:6
19:9 20:3 21:23,24 22:20
27:24 29:20,25 31:17
32:13,21 33:22 34:4,9,16
35:15,16 36:10,25 37:18,
21 38:8 39:10,18 40:19
41:14 46:6 49:24 53:7
54:5,6 57:9,19 60:2
62:22 63:1,10,14 65:14

**there's**
21:14

**these**
28:4,24 31:7 34:25 35:12
36:13 37:12,18 49:10
50:12 65:12

**they**
10:13 11:7 13:9,13,21
28:11,14,15 29:17 31:9
35:4 36:5 37:6,13 38:6,9,
12 40:24,25 48:15,16
49:15 50:17 51:3 53:21

**thing**
5:9

**things**
31:15

**think**
12:6 23:10 25:12 46:11,
16 54:18 55:21 58:8 60:1
61:23 63:8

**third**
8:14 10:11 11:13,25
12:25

**this**
18:19 19:1,20 20:22
21:8,9,18,20,24 22:9,12
23:22 24:6,16 29:5 30:15
31:14,22 33:5 34:12
35:25 36:14,21 38:24
39:13,17,25 40:1 41:16,
19,23 42:2,8,13,16 43:9,
10,25 47:15,18,21 48:1
51:14 52:7 53:15,17,18,
20 54:21 56:1,2,19,24
57:20 58:8,11 59:17,22
60:12,17,20 61:4,16,20
62:2 65:7,15

**those**
7:20 11:1 14:21 18:17
24:21 25:3,14,17 26:9,
14,15,16,20 27:1,13

28:12 29:4 31:7,15 36:9,
21 37:14 46:2 49:7

**though**
23:5

**thought**
29:15 63:14 64:16

**three**
5:12 9:22 23:21 24:17,21
25:4,22 26:6,10,14 31:20
54:14 58:2

**through**
18:25 27:20 38:23 56:4

**thus**
58:19 59:11

**time**
6:21 7:24 9:24 10:4,6,17
11:4 19:5 21:21 23:7
26:25 31:21 35:3 41:8
45:10 47:6,19 48:1 50:6
51:21 52:1 53:9 63:5,11

**times**
10:2 12:21 14:19 40:21

**to**
4:3,19,20,22 5:9,10,14,
25 6:2,9,12,20,22,24
7:10,20 8:21,23 9:11,12
10:10,12,14,25 11:3,8,9
12:4,6,7,23 13:2,8,9,10,
11,12,14,22,24,25 14:14,
16,21 15:9,11,14,19
16:1,2,8,12,14,17,21,23
17:1,5,13,15,20 18:11,14
19:11,19,21 20:11,16,23
21:1,11,21 22:2,16,18
23:8,10,11,19,20,25
24:1,2,3,6,7 25:6,7,11,18
26:12,17 27:3,12,25
28:2,3,22 29:5,9,16,18,

20 30:3,4,8,11,13,17,24
31:1,4,8,11,22 32:1,2,3,
6,16,25 33:6,7,9,11 34:1,
6,21 35:19 36:3,4,6,8,25
37:1,2,9,11,15,23 38:10,
18 39:12,22 40:3 41:1,2,
8,22 42:12,15,20,21,24
43:4,8,15,23 44:3,17
45:3,12,13,17,22 46:12,
14,20,24,25 47:13,20,22
48:1,12,15,25 49:4,7,9,
11,12,21 50:3,6,12,13,
15,16,18 51:1,4,15,17,
20,25 52:4,7,14,15,25
53:16,18,19,24 54:2,4,
13,16,18,22 55:1,3,6,10,
12,24 56:2,9,21 57:1,3,5,
9,15,16,25 58:1,2,3,8,10,
14,20,21,22,24,25 59:1,
6,11,12,13,17,19,23,24,
25 60:5,10,12,13,16,22,
23,24 61:16 62:8,14
64:6,7,14,18,21 65:1,3,7,
10,11,19,20,23 66:6,9,12

today
  57:24 58:5,19

together
  11:2

told
  19:17 29:7 30:7 62:2,13

took
  18:3 19:4 22:20 27:13,23
  41:14 52:14,20

total
  6:6 10:2

transcript
  23:14 37:3 39:22 66:6,9

transferred
  6:22,24 9:25

trial
  5:6,8 7:14 8:22 10:9
  38:11

tried
  60:5,11

truth
  4:4

try
  24:1,2 31:8,11 36:3
  60:10

trying
  9:11 12:6 19:19 36:8
  48:12 49:11 53:24 54:18
  55:3,24

twice
  8:3 9:3

two
  6:18 8:5 10:2 12:11
  25:10 36:9,13 37:14,18
  48:4 52:15 54:11 58:1,22
  62:1

type
  8:18 13:17 15:8 39:13,15

types
  5:21 7:16

typical
  36:20

typically
  9:8 15:8 36:18 40:23
  41:18,20

U

ultimately
  32:12 35:10

under
  14:1,16 15:14 45:15

46:15 51:9 54:19 65:24

understand
  5:1,2,11 19:15,19 22:24
  36:8 45:20 53:25 55:1,4
  56:10

understanding
  56:23

understood
  14:5 33:25

undue
  48:16

unique
  37:22

unit
  6:19,23,25 7:3,9,23,24
  9:14,18,21 10:8,16,23
  11:13,18,24

unlocking
  48:12

until
  9:25 36:6

unusual
  32:1

up
  9:11 31:19 33:16 35:18
  40:6 53:1,3

upon
  13:8 18:11 44:18 46:13
  62:5

use
  50:18 51:4 54:2

using
  24:3 31:12 33:12

usually
  8:12 9:22 15:1 34:25

**V**

**validated**
33:5

**very**
28:16,17 63:4

**vet**
49:23

**victim**
15:3 50:19 51:4

**video**
13:16 30:5

**videos**
65:14

**videotaped**
26:9

**view**
51:22

**violate**
53:21

**violates**
46:21 53:12

**violative**
51:22

**W**

**waive**
66:10

**waiving**
61:7

**Waller**
17:19 18:1,11 19:5,12,
16,21 20:11,14 22:12,16
23:15,19 24:16 25:21,22

26:5,18 27:3,7,19 33:19
35:16 36:1,22 37:2,8,24
41:3 42:13,16,19,24
52:13 54:9,12 55:11
57:7,10 58:9,23 61:3

**Waller's**
23:9,13 26:13 32:24 40:7
57:18

**want**
23:10 24:7 45:17 47:22
50:3 53:16,19 55:1 59:17
65:1

**wanted**
37:9,11

**wants**
5:13

**warrant**
24:2 29:18 31:10

**was**
4:4 6:2,18,19,21 8:4 9:24
11:12 12:2,14 14:11
15:25 16:12,14,20,21
17:16,17,19,21,24 18:1,
3,11,17 19:11 20:3,8
21:18 22:1,20 23:15,23,
24 24:10 26:18,19,25
29:8,9,25 30:1,23 31:19,
24 32:5,8,10,14,24 33:1,
18,22 34:4 35:5,15,16
36:1,6,10,22 37:4,24
39:19,25 41:18 42:6,23,
24 43:2 44:12,24 46:6,17
47:5,19 52:16,19 54:9
55:8,9 57:10,19 58:14,22
62:22 63:1,12,14,15,16
64:4,15,25

**Washington**
15:24 16:4,9,13,15 17:14
18:13 19:6,7,11,23 20:12

23:24 26:17 27:5,22
28:10 30:1 43:25 44:14
45:11 50:16,18 51:16
54:2 59:7 62:4,23 65:8

**Washington's**
24:2 27:21 29:19 31:10
37:13

**wasn't**
63:10

**way**
24:8 32:25 51:19 53:14,
20 56:23

**we**
8:13 11:4 19:4 28:2,5
30:4 36:13 39:16 47:25
49:7,8,10,11,19,23 50:1
53:17 54:20,21,25 57:12,
17,21 59:15,22 60:10,13,
16

**we'll**
27:20 59:16 60:18

**we're**
5:11 9:9 59:18 60:18

**well**
5:2 8:5 24:15 25:2 35:9
42:10 45:24 51:18 54:17
55:17 57:4 58:17

**went**
7:10 35:12 36:3 40:24
43:4

**were**
5:25 6:6,9,16,24 7:2,19
8:23,24 9:17,20 10:1,5,8,
10,16,19,22 11:3,7 12:8,
9 13:1,12 16:6,16 18:14
20:4,23 22:19 24:16
25:21 26:5 27:4,8 28:12
29:20 30:8 31:13,15,19,

21 35:17 36:9,13 37:14,
15,18 38:21 39:11 40:2
42:21 43:10 54:12 55:20
60:13 62:2,13 64:10,16
65:10,14

**what**
4:24 5:14,17,21 6:2,16
7:9,12 8:10 9:7 10:8,22
12:22,23 13:4,9 14:21
15:25 16:12,20 18:10,24
19:16,19 20:7,13,21
21:1,17 22:8 23:3,18
29:14 32:16,17,23 34:17
35:4,23 36:8 37:8 38:18
39:11,17 40:24 41:14
42:11,20 44:12,24 45:9,
19 47:5 48:20,23 53:24
55:2,3,8 57:7 59:2,8
62:1,13 63:15 65:9

**what's**
27:23

**Whatever**
4:20 48:6

**when**
5:5,25 6:24 8:1 9:17
10:2,16 13:6 14:21 15:11
17:5,13 19:4 22:19 26:20
31:6 32:16 33:1 35:1
37:2 40:24 41:9 47:16
48:10 49:16 51:21 54:6
60:19

**where**
6:13 19:20 20:4 22:24
35:19 36:14 40:7,23,25

**whereupon**
60:5

**whether**
9:23 12:8 13:16,21,25
14:16 15:14,19 16:12,17

17:25 18:2 38:11 46:14

**which**
18:25 20:22 22:20 23:6
34:10 36:22 37:22 46:8
57:2

**while**
28:12 60:17

**White**
23:23 27:9 28:9

**who**
16:7 17:10,14,17,21,24
21:17,23,25 23:7,23,24
31:14 32:5,7 33:18 35:3,
10,11,13 40:2 41:18
42:1,5 46:7 53:10 64:13,
17,20

**who's**
14:1,16

**whoever**
11:2 42:3

**whole**
9:24

**why**
29:12,14 30:8 31:13 38:4
48:23 56:22 57:13 58:15

**will**
5:16 13:10,21 14:22
15:2,8 39:21 44:16,20
45:7,13,15 47:3,11 50:23
51:9,16 54:23 59:9
62:10,20 65:24

**willing**
13:14

**wing**
7:11,13,15

**with**
6:7,16 8:22 9:16 10:12,

14 11:2 13:2,10,22 14:1,
17 15:15,20 16:9,13,15,
18,22 17:9,10,14,20,21,
22 18:13 20:14 21:18
22:2,12 23:5 24:5,9
25:10,21 26:14,17,18
27:7,22 29:5,23 31:14,24
32:11,25 33:14,17 34:16,
21 35:12 36:1 43:4,17
46:9 48:7 49:10 50:16
51:20 52:3,6,15 53:11
54:9,12 55:4 56:2,4
57:15,20 58:10 59:4
60:24 61:3,8,15,19 62:15

**withdrawing**
61:8

**within**
19:9 46:4 66:17

**without**
33:9 61:7

**witness**
4:2 8:8 11:5 37:1,9 43:1
50:7,17 51:3 54:1 61:5
63:6 66:12

**witness's**
33:12

**witnesses**
9:10 13:13 16:23 23:22
24:17 26:6 34:18 49:5,
21,24

**work**
7:23 8:3 10:25 11:2 25:8,
12 41:1 46:8,22 50:22
51:7,22 53:12,22 54:16
59:23

**worked**
6:13 11:24

**working**
7:2,8 13:2 24:9 31:24
32:11 38:11 49:6

**works**
50:7

**would**
8:20,21 9:8 11:2,4 12:2
15:11 17:14 22:25 23:6,7
27:25 28:14 29:15,22
30:22,23 33:18 34:11,12,
25 35:2,9 36:5 37:10
38:6,12,13 39:13 40:23
41:1,20 46:19 49:25 50:5
51:18,24 52:4 54:3,20
55:21 57:2 58:25 59:12,
13 62:6,8 66:12

**writes**
42:5

---

**Y**

**Yeah**
53:4 63:12

**year**
7:6,7,21 12:2,11,14

**years**
5:12 6:8 12:11

**yes**
6:11 7:4,25 8:8 9:6,15
11:19 12:16,18,19 15:16,
21 16:5,10,19 17:23 19:3
20:25 23:3,5 24:19,24
26:7,15,24 27:2,6,10
29:2,13 34:25 37:8 38:22
39:1,3,15,19 40:18,22
41:13 43:12 46:5,8 47:2
56:15 63:25 64:3,19

**Yesterday**

26:22

**yet**
19:8 30:3 58:6

**you**
4:9,12,15,18,19 5:1,3,6,
10,13,17,21,25 6:6,9,13,
16,24 7:2,5,10,22,23 8:7,
10,14,17,20,21,23,24
9:3,8,13,17,20,22 10:1,2,
4,5,16,19 11:21,23 12:2,
3,5,21,24,25 13:1,4 14:6,
7,24 15:7,22,23 16:6,11,
16,23 17:1,3,5,6,13,14,
17,18,21 18:5,8,10,12,24
19:2,10,14,17,21 20:10,
11,15,16,21,23,24 21:1,
8,11,15,17,20 22:5,16,
19,20 23:3,8,10,13,15,18
24:6,9,16 25:1,3,22 26:5,
8,12,16,20,25 27:4,8,12,
15,18,23 28:1,2,6,12,21
29:4,8,12,14 30:7,8,14,
17,20 31:1,6,13,20,25
32:5,16,18 33:10,14,15,
22 34:2,4,9,10,21 35:2,
18,19,23 36:6,12,14
37:11,13,15,17,22,23
38:18,19,24 39:4,10,20,
23 40:3,6,12,13,16,19,23
41:2,3,16,23 42:8,10,12,
13,15,21,25 43:10,13,15,
16,19,21 44:7,12,17
45:9,10,21 46:11,16,24,
25 47:6,15,16,21,23
48:3,7,20 50:3,7,15 51:1,
16 52:12 53:1,16 54:1,3,
6 55:2,20 56:1,2,3,10,11,
12,17 57:2,4,14 58:20
59:2,11,12,19 60:23
61:1,2,11,14,15,16,18
62:2,3,13,14,23 63:2,4,6,

7,9,15,22 64:5,13,16,17,
20,21 65:3,6,9,10,14,19,
23 66:5,6,7,9,10,15

**you'd**
54:20

**you'll**
40:7

**you're**
5:7 8:18 28:23 34:12
45:23 54:18 55:6,7 57:23
58:4 63:16 64:7

**you've**
12:20 52:7 53:20 55:2

**your**
4:9,12,15,24 5:7,17 6:3,
12 8:17,22 10:8,22 16:2,
3,12,20 20:8,15 21:8
22:8 24:7,8,20 26:12,23
32:24 33:12 40:12 42:12
45:2 46:24,25 47:17
56:19,22 59:19 63:5
64:18,21 66:6,8,11

**yourself**
12:25 16:24 21:20 56:3

---

**Z**

**Zoom**
59:22,24

---