# EXHIBIT 38

STATE OF ILLINOIS)
                 ) SS:
EASTERN DIVISION )


     IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF ILLINOIS
           EASTERN DIVISION


TABATHA WASHINGTON and )
DONTE HOWARD,        )
                 )
      Plaintiffs,  )
                 )
vs.               ) No.: 20 CV 442
                 )
CITY OF CHICAGO,    )
ET AL.,         )
                 )
      Defendants.  )


        VIDEOTAPED DEPOSITION OF

         TABATHA WASHINGTON
            VOLUME II

        Conducted virtually


        September 28, 2021

         10:13 a.m., CST


Job No.: 418771

Pages: 106 - ^ CHECK 166

Reported By: Konni L. Stapf, CSR No. 084-004144





WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 107..110
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 107

```
 1            A P P E A R A N C E S
 2   ****************************************
 3            ALL PARTIES APPEARED
 4            REMOTELY VIA ZOOM
 5   ****************************************
 6
     Counsel for Plaintiffs:
 7
         VITALE, VICKREY, NIRO, SOLON & GASEY, LLP
 8       BY: DYLAN M. BROWN
         311 South Wacker Drive, Suite 2470
 9       Chicago, IL 60606
         312.236.0733
10       dbrown@vvnlaw.com
11
     Counsel for Defendants:
12
         BORKAN & SCAHILL, LTD
13       BY: EMILY E. SCHNIDT
         BY: CHRISTIANE MURRAY
14       20 South Clark Street, Suite 1700
         Chicago, IL 60603
15       312.580.1030
         eschnidt@borkanscahill.com
16
17   Also Present:
18       Nick Perry
         AdvancedOne Legal Videographer
19
20
21
22
23
24
25
```

Page 108

```
 1            INDEX TO EXAMINATION
 2
     WITNESS: TABATHA WASHINGTON
 3
 4   EXAMINATION                          PAGE
 5   By Ms. Schnidt                        80
 6
 7
 8
 9            INDEX TO EXHIBITS
10   NUMBER  DESCRIPTION              MARKED
11    1    Photograph      (previously marked)
      2    Photograph                   96
12    3    Photograph                   97
      4    Photograph                   97
13    5    Photograph                   98
      6    Photograph                  126
14    7    Photograph                  144
15         *EXHIBITS RETAINED BY COUNSEL*
16
17
18
19
20
21
22
23
24
25
```

Page 109

```
 1            P R O C E E D I N G S
 2
 3            THE VIDEOGRAPHER:  Standby.  Good
 4   morning, Ladies and Gentlemen.  My name is Nick
 5   Perry, your videographer, and I represent
 6   AdvancedOne Legal located at 1600 Market Street,
 7   Suite 1700 in Philadelphia, Pennsylvania, 19103.
 8   The phone number is 866.715.7770.  Today's date is
 9   September 28, 2021.  And the time is now,
10   approximately, 10:13 a.m.
11            This is the start of media label number
12   one of the videotaped deposition of Tabatha
13   Washington in the matter of Tabatha Washington and
14   Donte Howard versus the City of Chicago, et al.,
15   placed in the U.S. District Court for the Northern
16   District of Illinois, case number 20 CV 442.
17            This deposition is being taken by a
18   Zoom web conferencing where the deponent, counsel,
19   and the court reporter are attending the deposition
20   by an internet connection from their separate
21   locations.
22            This is being taken on behalf of the
23   plaintiff; is that correct?
24            MS. SCHNIDT:  Defendants.
25            THE VIDEOGRAPHER:  This is being taken
```

Page 110

```
 1   on behalf of the defendants.
 2            Counsel, would you, please, identify
 3   yourself, starting with the questioning attorney.
 4            MS. SCHNIDT:  Emily Schnidt on behalf
 5   of the defendants.
 6            MR. BROWN:  Dylan Brown on behalf of
 7   the plaintiffs.
 8            MS. MURRAY:  Christiane Murray on
 9   behalf of the defendants.
10            THE VIDEOGRAPHER:  Anybody else?
11            MS. SCHNIDT:  No.  Thank you.
12            THE VIDEOGRAPHER:  Thank you.  The
13   court reporter today is Konni Stapf from
14   AdvancedOne Legal.
15            Will the court reporter, please, swear
16   in the witness.
17
18            TABATHA WASHINGTON,
19   a witness herein, having been first duly sworn
20   remotely, by agreement of counsel, to speak the
21   truth and nothing but the truth, was examined and
22   testified as follows:
23
24            THE VIDEOGRAPHER:  Thank you.  You may
25   proceed.
```



(866) 715-7770
advancedONE.com

Page 111

```
1          MS. SCHNIDT:  Okay.  And again, just
2   for the record, all parties consent to the
3   transcribing and video recording of this deposition
4   as though the parties, attorneys, and deponent were
5   all sitting in the same room, correct, Dylan?
6          MR. BROWN:  Correct.
7          MS. SCHNIDT:  Thank you.
8
9               EXAMINATION
10  BY MS. SCHNIDT:
11      Q.      Ms. Washington, since your last
12  deposition, have you been diagnosed with any new
13  medical conditions?
14      A.      No.
15      Q.      What happened at the last deposition
16  that we had to end it early?
17      A.      I got sick, throwing up, and I saw
18  blood in my vomit.
19      Q.      Did you speak to a doctor afterwards?
20      A.      Yes, I called my doctor.
21      Q.      Yes.  What?
22      A.      Yes.
23      Q.      Okay.  And did you end up seeing a
24  doctor in the last week?
25      A.      She asked me was I still throwing up
```

Page 112

```
1   again, and I told her no, that there was no more
2   blood coming up, and she told me just to stick to
3   my regular appointment -- stick to my regular
4   appointment.
5       Q.      When is your next appointment?
6       A.      It was today.
7       Q.      And who's the last -- who's the doctor
8   that you had the appointment with?
9       A.      The -- how do I pronounce that?  I
10  don't even know how to pronounce the name.  The
11  hematologist.
12      Q.      What's the doctor's name?
13      A.      I don't have that with me.
14      Q.      What facility is the doctor with?
15      A.      Rush.
16      Q.      Do you understand the same ground rules
17  apply that we discussed at the last deposition?
18  For instance, don't guess or speculate about
19  anything, right?
20      A.      Yes.
21      Q.      Okay.  If I ask you a question that
22  doesn't make sense, you can let me know.  I can
23  repeat or rephrase anything, but if you answer the
24  question, we'll assume you understood the question,
25  correct?
```

Page 113

```
1       A.      Okay.
2       Q.      All right.  And if you get that
3   notification about your diabetes or your blood
4   sugar being low, please let me know, and we'll stop
5   the deposition.  Okay?
6       A.      Yes.
7       Q.      All right.  And make sure all of your
8   answers are verbal, no uh-huh, huh-uh, nodding, or
9   shaking your head.  If you do that, I'll ask you is
10  that a yes or no.  Do you understand that?
11      A.      Yes.
12      Q.      All right.  When did Angel go to Moving
13  Everest Charter School?
14      A.      2015.
15      Q.      Through when?
16      A.      I'm sorry.  I'm sorry.  2018.
17      Q.      When in 2018 did she start going there?
18      A.      At the beginning of the school year --
19  well, she started at the beginning of the school
20  year 2017, so the end of the school year 2018.
21      Q.      When did school end for her in 2018?
22      A.      June -- no, she got out before that.
23  July.  She was a charter school.
24      Q.      Before June is May.  Did she get out in
25  May?
```

Page 114

```
1       A.      Yes.
2       Q.      When you were arrested, was she already
3   out of school?
4       A.      Yes.
5       Q.      Did Angel ever go back to Moving
6   Charter -- Moving Everest Charter School after your
7   arrest?
8       A.      No.
9       Q.      What did you call Donte Howard when he
10  was dating Kiana Ford?
11      A.      DT.
12      Q.      Did you know his name?
13      A.      Not at the time.  I didn't know his
14  real name.
15      Q.      At the time he was dating her you mean?
16      A.      No, the first -- when I first met him,
17  I did not know him as Donte.  I met him as DT.
18      Q.      When did you learn his name was Donte?
19      A.      After I heard Kiana call him that.
20      Q.      So while they were dating?
21      A.      Yes.
22      Q.      And when did you learn of his last
23  name?
24      A.      When I heard Kiana say it.
25      Q.      Again, while they were dating?
```

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 115..118
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 115

1    A.    Yes.
2    Q.    So before your arrest?
3    A.    Yes.
4    Q.    How long did you know Donte Howard
5  before your arrest on May 30, 2018?
6    A.    I'm not sure.
7    Q.    Would you say before your arrest you'd
8  known him for more than a year?
9    A.    Probably under a little bit of a year.
10   Q.    And how many times did you walk past
11 where he lived when you were taking your
12 daughter -- well, strike that.
13         How many times did you see him at his
14 house prior to your arrest?
15   A.    I'm not sure.
16   Q.    You do remember there being at least
17 two times where you were walking your daughter to
18 school when you saw him outside of his house,
19 right?
20   A.    Give or take, yes.
21   Q.    Are you confused by my question?
22   A.    No.  I said, give or take, yes.
23   Q.    So by the time you were arrested, you
24 knew that he lived near Moving Everest Charter
25 School because you would walk past him outside of

Page 116

1  his house a couple of times, right?
2    A.    Yes.
3    Q.    On May 30, 2018, you previously
4  testified that Donte Howard left to go get his
5  laptop.  Do you remember that?
6    A.    Yes.
7    Q.    When did he come back?
8    A.    Probably an hour, give or take.
9    Q.    Was it still light out when he came
10 back?
11   A.    No, it was dark.
12   Q.    How long had it been dark by the time
13 that he came back?
14   A.    I'm not sure.
15   Q.    When did Carlton White come over on
16 May 30, 2018?
17   A.    During the daytime.
18   Q.    Did he ever leave?
19   A.    He walked off.
20   Q.    At what point?
21   A.    I don't remember.
22   Q.    Was it still light out?
23   A.    Yes.
24   Q.    How long was he gone for?
25   A.    I'm not for sure.

Page 117

1    Q.    When he returned, was it still light
2  out?
3    A.    Yes, I believe so.
4    Q.    When did Takyla Shaw come to your house
5  on May 30, 2018?
6    A.    A little bit before it started getting
7  dark.
8    Q.    What time did it start getting dark?
9    A.    I don't know.
10   Q.    How long was she over at your house?
11   A.    Not long.
12   Q.    How do you know that it was just
13 starting to get dark when she came over?
14   A.    I believe the sun was going down.
15   Q.    When you said that she wasn't over for
16 long, was it still -- can you estimate the time for
17 me?
18   A.    She got a snowball, a snow cone.
19   Q.    Did she go inside of your house that
20 day?
21   A.    I don't remember.
22   Q.    What did you talk to her about?
23   A.    I don't remember.
24   Q.    How far away -- well, where did Takyla
25 Shaw live in May of 2018?

Page 118

1    A.    On Congress and Cicero.
2    Q.    How much would you see her?
3    A.    Just about everyday.
4    Q.    Did she come over with anybody on
5  May 30, 2018?
6    A.    I don't remember.
7    Q.    How did she get there?
8    A.    I don't remember.
9    Q.    Was it light out when she left?
10   A.    I don't remember.
11   Q.    Was she there when you had the
12 altercation with Kim Edmondson?
13   A.    No.
14   Q.    What was that?
15   A.    No.
16   Q.    And how do you know that she wasn't
17 there?
18   A.    Because she only came and got a snow
19 cone.
20   Q.    Donte Howard testified that Takyla --
21 that your older daughter was there.  Was there
22 another -- is there another older daughter that you
23 have?
24   MR. BROWN:  Objection, form, vague as
25 to time.

AdvancedONE LEGAL                    (866) 715-7770
                                     advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 119..122
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 119

1  BY MS. SCHNIDT:
2     Q.    Let me rephrase the question.  How many
3  daughters do you have?
4     A.    Two.
5     Q.    And how old was Takyla in 2018?
6     A.    17.
7     Q.    And how old was Angel in 2018?
8     A.    8, I believe.
9     Q.    Donte Howard testified that your older
10 daughter, indicating the 17-year-old, was there at
11 the time of your altercation with Kim Edmondson.
12 Was she?
13    A.    She was not there.
14    Q.    Have you talked to him about his belief
15 that Takyla was there?
16    A.    No.
17    Q.    Have you ever heard that he testified
18 Takyla was there?
19    A.    Takyla, no?
20    Q.    Did you see Takyla interact with Donte
21 Howard on May 30, 2018?
22    A.    Not that I recall.
23    Q.    Was she there when he was still there
24 before he left to get his laptop?
25          MR. BROWN:  Objection, form.

Page 120

1     A.    Could you repeat that?
2  BY MS. SCHNIDT:
3     Q.    Was she there when Donte was there
4  before he left to get his laptop?
5          MR. BROWN:  Same objection.
6     A.    I don't recall.  I don't -- I can't
7  recall it.
8  BY MS. SCHNIDT:
9     Q.    Why did you strike Kim Edmondson?
10    A.    Because he was coming towards me.
11    Q.    What did you strike him with?
12    A.    A little stick pole.
13    Q.    What was it, a stick or a pole?
14    A.    A pole.
15    Q.    Describe that pole for me.
16    A.    Thin, off the -- off a folding chair.
17    Q.    Did you pull it off of a folding chair?
18    A.    No.
19    Q.    Was it your folding chair it came off
20 of?
21    A.    Yes.
22    Q.    Do you still have that folding chair?
23    A.    No.
24    Q.    When did it come off of the folding
25 chair?

Page 121

1     A.    I don't remember.
2     Q.    Can you give me the day it came off?
3     A.    I don't remember.
4     Q.    And how did it come off of the folding
5  chair?
6     A.    The kids was bouncing on it.
7     Q.    The kids were bouncing on the chair or
8  on the pole?
9     A.    On the chair, the leg of the -- the
10 pole of the -- on the chair.
11    Q.    Where were they when they were bouncing
12 on the leg of the chair?
13    A.    In the house.
14    Q.    Inside?
15    A.    Yes.
16    Q.    Did the chair still work?
17    A.    Yes.
18    Q.    How long did you use that chair after
19 the pole broke off of it?
20    A.    I continued to use the chair.
21    Q.    How long?
22    A.    I'm guessing until I went to jail.  I
23 don't know.
24    Q.    And how is it that you had that pole in
25 your hand as you struck Kim Edmondson?

Page 122

1     A.    I had the pole because I was using it
2  to hold up the snowball ice, the weight of the
3  table so I could hold up my snowball ice without it
4  tilting over.
5     Q.    You were using the pole to hold up the
6  table that was holding the snowball machine?
7     A.    Yeah, to keep it from rocking.  I dug a
8  hole in the ground with it.
9     Q.    How tall was -- I'm sorry.  Strike
10 that.
11          How long was the pole?
12    A.    Give or take about this long. (Witness
13 indicating.)  I don't know.  About this long.
14 About this long I would guess.
15    Q.    Approximately, a foot long, a foot and
16 a half long?
17    A.    I'm not for sure.
18    Q.    Well, can you hold up your hands for
19 how long the pole was again?
20    A.    Probably about this long. (Witness
21 indicating.)
22    Q.    So about the width of your body?
23    A.    I guess.
24    Q.    Well, I'm asking you.
25    A.    I'm not for sure.  I don't remember.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.
TABATHA WASHINGTON - VOLUME 2, 09/28/2021                    Pages 123..126

Page 123

1    Q.    Look straight at the camera and hold up
2  your hands with the length of the pole.  Turn your
3  body so that you're facing straight at the camera.
4  Okay.  So does that appear to be about the width of
5  your shoulders?
6    A.    Yes.
7    Q.    How wide was the pole?
8    A.    Probably this wide.  (Witness
9  indicating.)  Yeah, give or take.
10   Q.    I'm sorry.  A little bigger than a
11 quarter?
12   A.    About the size of a quarter.
13   Q.    What color was it?
14   A.    Silver.
15   Q.    Did it have anything, any defining
16 characteristics about it?
17   A.    I believe it had a black thing on it.
18   Q.    Where?
19   A.    On the pole.
20   Q.    Was it in the middle of the pole, on
21 the end of the pole?
22   A.    The end.
23   Q.    Was it a cap?
24   A.    I don't remember.
25   Q.    Was it -- what was the material?

Page 124

1    A.    Rubber-ish.
2    Q.    It appeared to be rubber?
3    A.    If I recall, I believe so.
4    Q.    Was there anything else defining about
5  the other end of the pole?
6    A.    It was bent.
7    Q.    How was the end of the pole bent?
8    A.    Bent.  From them -- when it broke, the
9  pole bent.
10   Q.    When -- where was that pole when you
11 picked it up to strike Kim Edmondson with it?
12   A.    It was sitting on the ground.
13   Q.    Was it sitting on the ground or was it
14 stuck into the ground?
15   A.    I believe it was sitting on the ground
16 when we started putting stuff up.
17   Q.    Where did you strike Kim Edmondson?
18   A.    His lip and his chest.
19   Q.    Which side of his lip?
20   A.    I don't remember -- I don't remember.
21   Q.    Where on his lips?
22   A.    Like right -- it was a cut across the
23 lip.
24   Q.    You're indicating the top right upper
25 lip.  Is that where you struck him?

Page 125

1    A.    I don't recall exactly what side I
2  struck him on, but it was across the lip.
3    Q.    Was it on his upper lip?
4    A.    I believe so.
5    Q.    And where on his chest?
6    A.    Right here.
7    Q.    In the center of his chest?
8    A.    Yeah, yeah.
9    Q.    Did you attempt to strike him anywhere
10 else?
11   A.    No.
12   Q.    Did anybody else hold that pole?
13   A.    No.
14   Q.    At any point in that day?
15   A.    No.
16   Q.    Did you -- after you struck Kim
17 Edmondson with that pole, what did you do with it?
18   A.    I threw it back down, if I'm not
19 mistaken.
20   Q.    Where?
21   A.    On the ground outside of the gate, I
22 believe.
23   Q.    Did it land on the grass or on the
24 sidewalk?
25   A.    I don't remember.

Page 126

1    Q.    Did you ever see that pole again after
2  you threw it on the ground?
3         MR. BROWN:  Objection, vague.
4  BY MS. SCHNIDT:
5    Q.    Go ahead.
6    A.    I don't remember.  I don't recall
7  seeing it.
8    Q.    Did you ever carry that pole inside?
9    A.    No.
10   Q.    Did anyone carry that pole inside?
11   A.    Somebody did, but I don't know who.
12   Q.    How do you know somebody did?
13   A.    Because that's where I believe they got
14 it from.
15   Q.    Who's they?
16   A.    The detectives.
17   Q.    So you did not carry the pole inside on
18 May 30, 2018, after striking Kim Edmondson with it;
19 is that correct?
20   A.    Yes.
21   Q.    And have you seen photographs of that
22 pole?
23   A.    Yes.
24   Q.    When is the first time you saw a
25 photograph of that pole?

WASHINGTON/HOWARD vs CITY OF CHICAGO, et al.          Pages 127..130
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 127

1    A.    My public defender.
2    Q.    Have you seen the pole in person since
3 May 30, 2018?
4    A.    No.
5    Q.    Was the pole brought to your criminal
6 trial?
7    A.    Yes.
8    Q.    Did you see it when it was in -- when
9 your criminal trial was going on?
10   A.    Yes.
11         (Discussion off the record.)
12 BY MS. SCHNIDT:
13   Q.    All right.  I'm showing you what I've
14 marked as Exhibit 1.  I'm sorry -- strike that.
15         I'm showing you what I've marked as
16 Exhibit 2.  Do you see a pole in the middle of this
17 photograph with an evidence marker one next to it?
18         (Deposition Exhibit 2 marked
19          for identification.)
20   A.    Yes.
21 BY MS. SCHNIDT:
22   Q.    Is this the pole that you used to
23 strike Kim Edmondson?
24   A.    No.
25   Q.    I'm showing you what I marked as

Page 128

1 Exhibit 3.  Do you see Exhibit 3 in front of you, a
2 pole next to a blue bin with an evidence marker
3 number two next to it?
4          (Deposition Exhibit 3 marked
5           for identification.)
6    A.    Yes.
7 BY MS. SCHNIDT:
8    Q.    Is this the pole you used to strike Kim
9 Edmondson?
10   A.    Yes.
11   Q.    Did anyone strike Kim Edmondson with
12 pole number one?
13   A.    No.
14   Q.    Okay.  I'm showing you what I've marked
15 as Exhibit 4.  Do you see a pole next to a diaper
16 with an evidence marker number three next to it?
17         (Deposition Exhibit 4 marked
18          for identification.)
19   A.    Yes.
20 BY MS. SCHNIDT:
21   Q.    Did you use this pole to strike Kim
22 Edmondson?
23   A.    No.
24   Q.    Did anyone strike Kim Edmondson with
25 this pole?

Page 129

1    A.    No.
2    Q.    And I'm showing you what I have marked
3 as Exhibit 5.  Do you see a pole sitting on a TV
4 console with an evidence marker number four next to
5 it?
6          (Deposition Exhibit 5 marked
7           for identification.)
8    A.    Yes.
9 BY MS. SCHNIDT:
10   Q.    Did you use this pole to strike Kim
11 Edmondson?
12   A.    No.
13   Q.    Did anyone use this pole to strike Kim
14 Edmondson?
15   A.    No.
16   Q.    What is pole number four from?
17   A.    My son's -- one of my son's feeding
18 poles.
19   Q.    How about pole number three, where is
20 that from?
21   A.    My son's feeding pole.
22   Q.    I'm showing you Exhibit 2.  What is
23 pole number one?
24   A.    My kid's feeding pole.
25   Q.    Why are these poles taken apart?

Page 130

1    A.    Because when we're out in their car
2 seats, we don't take the poles outside with us.
3    Q.    So what -- so in order to remove their
4 feeding bag, you have to take apart the pole?
5    A.    Yes.
6    Q.    So you took the poles apart?
7    A.    Yes.
8    Q.    When was the last time that you took
9 the poles -- those poles apart?
10   A.    It was earlier that day when we set up
11 the snowball stand.
12   Q.    So poles one, three, and four were
13 poles that you took apart earlier that day on
14 May 30, 2018; is that correct?
15   A.    Yes.
16   Q.    Why were they -- why was one underneath
17 a playpen?
18   A.    Because my son was playing with it.
19   Q.    Why was pole four sitting on the TV
20 console?
21   A.    Because my son was playing with it.
22   Q.    Did you see your son playing with pole
23 four?
24   A.    Yes.
25   Q.    And why was pole one sitting in a

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                Pages 131..134
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 131

1  bedroom?
2      A.    Because my son was playing with it.
3      Q.    When was your son playing with those
4  three poles?
5      A.    While I was setting up the stuff.
6      Q.    What stuff?
7      A.    The snowball stand.
8      Q.    When you walked -- first of all, do you
9  still live at 5316 West Washington?
10     A.    No.
11     Q.    Who lived there with you in May of
12 2018?
13     A.    My two -- my three kids, Tyshawn,
14 Tammiron, and Angel, and I had a boyfriend at the
15 time, but he was incarcerated.
16     Q.    Who was your boyfriend at the time?
17     A.    Marquee Davis.
18     Q.    When you walk through the front door of
19 your apartment, is there a bedroom to the left?
20     A.    Yes.
21     Q.    Whose bedroom is that?
22     A.    Mine.
23     Q.    Did anybody besides you sleep in that
24 bedroom?
25     A.    My kids slept in there with me.

Page 132

1      Q.    How many beds did you have in there?
2      A.    One big one.
3      Q.    All three kids slept in there?
4      A.    When they didn't want to sleep in their
5  own room.
6      Q.    Then directly in front of the door is
7  there a bathroom?
8      A.    Yes.
9      Q.    Okay.  Then to the right of that
10 bathroom is there another bedroom?
11     A.    Yes.
12     Q.    Whose bedroom is that?
13     A.    The kids.
14     Q.    How many beds did you have in there?
15     A.    Two.
16     Q.    Did any of your children sleep in
17 there?
18     A.    When they wanted to.
19     Q.    After the bedroom, what's the next room
20 if you proceed down the hallway?
21     A.    I guess you could call it the living
22 room, the TV room.
23     Q.    Did anyone sleep in there?
24     A.    No.
25     Q.    And then the final room in the

Page 133

1  apartment, what room was that?
2      A.    The kitchen.
3      Q.    Would Carlton White ever spend the
4  night?
5      A.    Yes.
6      Q.    Where would he sleep?
7      A.    He would normally sleep on the floor or
8  in the kids' room if they wasn't in there.
9      Q.    On May 30, 2018, did you put your
10 children to bed?
11     A.    Yes.
12     Q.    Where did you put them to bed?
13     A.    My oldest was in her bed and the two
14 little ones in my room.
15     Q.    So Angel was sleeping in her bed in the
16 kids' bedroom?
17     A.    Uh-huh.
18     Q.    Yes?
19     A.    Yes.
20     Q.    And the two small children were in your
21 bed?
22     A.    Yes.
23     Q.    When did you put -- did you put all
24 three kids to bed at the same time?
25     A.    No, Angel took her bath first for

Page 134

1  school and then she went to bed, then I washed the
2  boys down and put both of them to bed at the same
3  time.
4      Q.    When did Angel go to bed?
5      A.    I don't know the exact time.  I don't
6  know what time it was.
7      Q.    Was it before or after your -- you hit
8  Kim Edmondson with the pole?
9      A.    After.
10     Q.    When did you put the boys to bed?
11     A.    After.
12     Q.    After the altercation?
13     A.    Yes.
14     Q.    What time, though?
15     A.    I don't know.
16     Q.    Was there a usual time you would put
17 them to bed?
18     A.    No.
19     Q.    Any of them?
20     A.    No.  Angel would be on her own.  When
21 she would be tired.  Not late.  And the boys, they
22 go to sleep whenever they decide to fall asleep.
23     Q.    How old was Tyshawn on May 30, 2018?
24     A.    Two.
25     Q.    And how old was Tammiron?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 135..138
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 135

1    A.    One.
2    Q.    Did you say Angel went to bed because
3  she had school the next day?
4    A.    No.  I said Angel goes to bed because
5  she be tired, so she -- she normally goes to bed on
6  her own, but not too late.
7    Q.    Did you drink any alcohol on May 30,
8  2018?
9    A.    I had maybe a cup.  I don't even think
10 that I drunk half the cup.
11   Q.    What was in the cup?
12   A.    I don't remember what I was drinking.
13   Q.    Was it hard alcohol?
14   A.    Yeah.
15   Q.    When did you pour yourself that cup?
16   A.    After I got done with the kids.
17   Q.    So after the altercation?
18   A.    Yes.
19   Q.    Did you take any prescription
20 medication that day?
21   A.    No.
22   Q.    Did you take your insulin that day?
23   A.    Yes.
24   Q.    When did you take it?
25   A.    I don't recall what time it was.  It

Page 136

1  was sometime when I ate, and I don't remember when
2  I ate, but it was something from a restaurant.
3    Q.    What restaurant?
4    A.    I think McDonald's.
5    Q.    When did you get McDonald's?
6    A.    Cynthia went and got the McDonald's, I
7  believe.
8    Q.    Was that before or after the snowball
9  stand?
10   A.    Before the snowball stand.
11   Q.    Was there any other medication of any
12 kind, whether over the counter or prescription,
13 that you took on May 30, 2018, other than your
14 insulin?
15   A.    No.
16   Q.    Can you drink alcohol while being on
17 insulin?
18   A.    Yeah, they have -- I mean, I guess.  It
19 didn't affect me or bother me.
20   Q.    Did you take any drugs on May 30, 2018?
21   A.    No.
22         MR. BROWN:  Do you need a break?
23         THE WITNESS:  Not yet.
24 BY MS. SCHNIDT:
25   Q.    On May 30, 2018, when was the first

Page 137

1  time that you saw Kim Edmondson -- well, strike
2  that.
3          On May 30, 2018, what did -- what
4  occurred leading you to strike him, Kim Edmondson?
5          MR. BROWN:  Objection.
6  BY MS. SCHNIDT:
7    Q.    Go ahead.
8    A.    He was walking up on me.
9    Q.    What do you mean by that?
10   A.    He was walking up saying, bitch, I beat
11 your ass.
12   Q.    Did he engage with anybody else before
13 he was walking up on you saying, bitch, I'll beat
14 your ass?
15   A.    Him and Carlton have -- got into it.
16 Well, I guess that's what you call it, got into it,
17 a slight altercation.
18   Q.    What occurred?
19   A.    A punch was thrown.
20   Q.    Who threw a punch?
21   A.    Edmondson walked up on Carlton and I
22 don't know who threw the first punch but when I
23 turned around, my cousin Carlton was throwing a
24 punch back.
25   Q.    So you weren't looking when you are

Page 138

1  saying Kim Edmondson threw a punch at Carlton?
2    A.    He walked up on him and got in his
3  face.
4    Q.    Did you see that?
5    A.    I saw that much.
6    Q.    What did Kim Edmondson say as he was
7  getting up on Carlton's face?
8    A.    I'm going to beat your ass up.
9    Q.    Did Carlton say anything to Kim
10 Edmondson before he -- Kim Edmondson said, I'll
11 knock your bitch ass out?
12   A.    He said something, but I don't remember
13 exactly what he said.
14   Q.    So Carlton in -- the first time that
15 you saw Carlton and Kim engage, it was Carlton who
16 spoke first?
17   A.    No, it was Edmondson.
18   Q.    What did Edmondson say?
19   A.    He told Carlton, I'll knock your bitch
20 ass out.
21   Q.    And it was just a random comment that
22 Kim Edmondson walked up and said, I'll knock your
23 bitch ass out to Carlton?
24   A.    Yes.
25   Q.    He was engage -- Kim Edmondson wasn't

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 139..142
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 139

1  engaging with anybody else before he walked up to
2  Carlton and said, I'll knock your bitch ass out?
3        A.      Nope.
4        Q.      Is that correct what I said?
5        A.      I said no.  No, she asked before that
6  was he engaged.
7              MS. SCHNIDT:  Okay.  I will -- Dylan, I
8  can't hear you quite as well.  And I understand
9  it's because of the way that the computer is
10  positioned.  So if I need to clarify something,
11  I'll clarify it.
12             MR. BROWN:  I didn't say anything.
13             MS. SCHNIDT:  Oh, I apologize.  I
14  thought that you had because she was talking to
15  you.
16             MR. BROWN:  No.
17  BY MS. SCHNIDT:
18       Q.      When -- so on May 30th, you're outside
19  selling snowballs and Kim Edmondson walks up and
20  the next thing he says is, to Carlton, I'll knock
21  your bitch ass out; is that correct?
22       A.      Yes.
23       Q.      Then what did Carlton say in response?
24       A.      I don't remember.
25       Q.      What did Carlton do in response?

Page 140

1        A.      Somehow they got into argument.  They
2  started fighting.  I don't know.
3        Q.      Go ahead.
4        A.      I didn't see who threw the first punch.
5        Q.      Why didn't you see who threw the first
6  punch?
7        A.      Because I was selling snowballs.
8        Q.      To who?
9        A.      Kids.
10       Q.      Can you identify any of the children
11  that you were selling snowballs to at the time that
12  Kim Edmondson walked up to Carlton and said, I'll
13  knock your bitch ass out?
14       A.      They was just random kids that walked
15  up.
16       Q.      So then how long from when Kim
17  Edmondson walked up to Carlton and said, I'll knock
18  your bitch ass out, until you personally saw that
19  Carlton and Kim Edmondson were engaged in a
20  physical altercation?
21       A.      I turned around and I looked back.
22       Q.      So seconds?
23       A.      Yeah -- yeah, a few seconds.
24       Q.      What's the next thing that happened?
25       A.      I asked him to leave because there was

Page 141

1  kids out there, and he was still ranting on and
2  cursing and stuff, and I asked him to leave.  And
3  that's when he told me, I'll beat your bitch ass.
4        Q.      How long were Kim and Carlton engaged
5  in an altercation?
6        A.      A few seconds.
7        Q.      So I just want to make sure I
8  understand what you're saying.  You saw Kim
9  Edmondson approach, he first said to Carlton, I'll
10  knock your bitch ass out.  You turned away to sell
11  snow cones; is that right?
12       A.      Yes.
13       Q.      And you turned away for only a few
14  seconds, correct?
15       A.      Yes.
16       Q.      By the -- when you turned back towards
17  them, within a few seconds, you see Carlton punch
18  Kim Edmondson, correct?
19       A.      Yes.
20       Q.      Did Kim Edmondson strike Carlton in any
21  way then?
22       A.      Yes.
23       Q.      Where did -- where did Carlton punch
24  Kim Edmondson?
25       A.      I want to say the face, like the jaw.

Page 142

1        Q.      And how many times did Carlton punch
2  Kim Edmondson?
3        A.      Once.
4        Q.      After Carlton punched Kim Edmondson,
5  you saw Kim Edmondson punch Carlton; is that right?
6        A.      Yes.
7        Q.      Where did Kim Edmondson punch Carlton?
8        A.      The jaw.
9        Q.      How many times?
10       A.      He swung.  He hit him once and then
11  swung again and missed.
12       Q.      Which arm did Kim Edmondson use to
13  strike Carlton?
14       A.      I don't know.
15       Q.      Did he use the other arm to swing at
16  Carlton the second time?
17       A.      I don't remember.
18       Q.      What was Carlton doing in between when
19  Kim Edmondson struck him one time in the jaw and
20  then swung the second time and missed?
21       A.      He jumped back.
22       Q.      After Kim Edmondson swung the second
23  time and missed Carlton, what happened?
24       A.      That's when I asked him to leave.
25       Q.      Did Kim Edmondson approach you when he

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.              Pages 143..146
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 143

1  said, I'll beat your bitch ass?
2     A.    He started walking towards me.
3     Q.    Then what happened?
4     A.    When he got close enough to where I
5  felt threatened, I picked the stick up and swung
6  it.
7     Q.    Where were you when you picked the
8  stick up and swung it?
9     A.    In front of -- by my house, in front of
10  the gate, my gate, while -- where I was selling
11  snow cones at.
12     Q.    Was it the gate that was directly in
13  front of the door, the entrance to your door at
14  5316 West Washington?
15     A.    Yes.
16     Q.    How far did you have to go to pick up
17  that stick?
18     A.    I had the snowball stuff outside, right
19  there.
20     Q.    So it was right next to you?
21     A.    Uh-huh.
22     Q.    Yes?
23     A.    It was sticking in the ground.
24     Q.    Did -- did you strike Kim Edmondson
25  with a stick or with the pole that we talked about?

Page 144

1     A.    Pole.
2            (Discussion off the record.)
3            MS. SCHNIDT:  Do we need to take a
4  break?
5            MR. BROWN:  Yes, let's do a real quick
6  one.  Is this an okay stopping point?
7            MS. SCHNIDT:  That's fine.
8            THE VIDEOGRAPHER:  We're now going off
9  the record.  The time is 10:58 a.m.
10           (Recess taken.)
11           THE VIDEOGRAPHER:  Standby.  We are now
12  going back on the record.  The time is 11:10 a.m.
13  BY MS. SCHNIDT:
14     Q.    Okay.  So in the few seconds that you
15  turned to sell snow cones is when someone engaged
16  with the other between Carlton and Kim; is that
17  right?
18     A.    Uh-huh.
19     Q.    Yes?
20     A.    Yes.  I'm sorry.
21     Q.    Did you hear an actual physical
22  altercation?
23     A.    Besides Edmondson, I'll knock your
24  bitch ass out, Carlton said something, but I
25  didn't -- I couldn't recall because I wasn't paying

Page 145

1  attention.
2     Q.    Okay.  So to be clear, when you were
3  selling the snowballs, you don't know if anybody
4  actually had punched the other one, right?
5     A.    Right.  I didn't see who threw the
6  first punch.
7     Q.    Carlton, when you saw him punch Kim
8  Edmondson in the jaw, that could have been the
9  first punch then, right?
10     A.    I'm not for sure.
11     Q.    Well, did you hear anything to indicate
12  that somebody had punched the other one when you
13  were selling these snowballs?
14     A.    I guess the threat of you saying, I'll
15  knock your bitch ass out, him saying that.
16     Q.    But did you hear the sound of somebody
17  being struck?
18     A.    I really wasn't listening because I had
19  kids in front of me.
20     Q.    What was the snowball set up at that
21  time when Kim and Carlton were engaged with each
22  other?
23     A.    In front of the gate, in the front.
24     Q.    What did your snowball stand look like,
25  though, describe it for me?

Page 146

1     A.    It was just a table with a lot of juice
2  and cups and straws and napkins on it.
3     Q.    Did you have a container that held the
4  shaved ice?
5     A.    Yes.
6     Q.    How big was that container?
7     A.    I don't remember.
8     Q.    How much ice did it hold?
9     A.    A half of a bag.
10     Q.    And are we talking about -- like when
11  you're saying a bag of ice, is that like ice that
12  you can buy at the gas station, one of those bags?
13     A.    No.
14     Q.    It's a half a bag of shaved ice?
15     A.    Yes.
16     Q.    Did you shave it yourself?
17     A.    It comes already like that.
18     Q.    How heavy is that bag?
19     A.    Too heavy for me to carry.
20     Q.    So like more than how many pounds?
21     A.    I think it was like an eight-pound bag
22  of ice.
23     Q.    So you had an eight-pound bag or
24  four-pound bag sitting on the table?
25     A.    No, it was half of that.  So I would

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.               Pages 147..150
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 147

1  say, probably, a four-pound bag of ice.
2     Q.     And how many -- you said a lot of
3  juice.  How many juice containers?
4     A.     I don't know.
5     Q.     More than five?
6     A.     Yeah.
7     Q.     More than five, less than ten?
8     A.     More than five, probably more than ten.
9     Q.     Describe those juice containers for me.
10    A.     They look like bleach bottles with a
11 handle.
12    Q.     How many cups?
13    A.     I don't know.
14    Q.     What kind of cups?
15    A.     Snow cone cups, 50 cent size.
16    Q.     Are they like those little triangle
17 paper cups?
18    A.     No, they was Styrofoam.
19    Q.     What size was this table?
20    A.     I don't know.
21    Q.     Well, describe the table for me then.
22    A.     One of them tables you would fold out
23 at a picnic.
24    Q.     Like one of those card tables that sits
25 four people?

Page 148

1     A.     No, the long one.
2     Q.     Did it have all four legs?
3     A.     It was a brand new table.
4     Q.     So why did you have that metal pole out
5  there if it had all four legs and it was a new
6  table?
7     A.     Because that didn't come off the table.
8  It came off a chair.
9     Q.     But why was the pole out there to begin
10 with?
11    A.     Because I had to dig a hole in the
12 dirt.
13    Q.     For what reason?
14    A.     To keep the table steady.
15    Q.     So did you use that pole to dig a hole
16 that one of the legs from the table went into?
17    A.     Yes.
18    Q.     Which side of the pole did you use?
19    A.     The rugged part.
20    Q.     What did you do with that pole after
21 you were done digging that hole?
22    A.     It was still there.
23    Q.     Where?
24    A.     With the table.
25    Q.     If you're facing the street, was it on

Page 149

1  the right side or the left side?
2            MR. BROWN:  Objection, vague.
3     A.     I don't remember.
4  BY MS. SCHNIDT:
5     Q.     Was it sticking in the ground or laying
6  on the ground?
7     A.     Was it sticking?  I think it was on the
8  ground.
9     Q.     Just laying flat on the ground?
10    A.     Yeah, I believe so.
11           THE WITNESS:  Can I take a bite of
12 apple?
13           MS. SCHNIDT:  Yes.  Go ahead.
14           THE WITNESS:  Thank you.
15           MS. SCHNIDT:  No problem.
16 BY MS. SCHNIDT:
17    Q.     When the pole -- so you weren't using
18 the pole to hold up the table?
19    A.     I don't remember.  I could have -- I
20 believe it was in the dirt, if I'm not mistaken,
21 with the table leg to keep it from rocking.
22    Q.     So -- well, how -- how tall was this
23 table?
24    A.     A regular size.  I mean, I guess to my
25 waist.

Page 150

1     Q.     So if you were sitting on a chair, the
2  table would sit about waist height as though you're
3  sitting at a dining room table, correct?
4     A.     Uh-huh.  Probably about the size of
5  this table.
6     Q.     And where does that table hit you?
7     A.     Like right in my naval.
8     Q.     Okay.
9     A.     Or a little bit above it.
10    Q.     And so the table that you were using to
11 sell snow cones sat a little bit above your naval?
12    A.     Uh-huh.
13    Q.     Yes?
14    A.     Yes.
15    Q.     How -- what was the tabletop made of?
16    A.     Plastic.
17    Q.     How thick was the tabletop?
18    A.     I don't remember.
19    Q.     Was it maybe about an inch and a half
20 thick?
21    A.     It was just a thin table that you
22 let -- just a thin table that was in the yard for
23 like a picnic or something.
24    Q.     What were the legs made of?
25    A.     The whole table was, I believe,

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 151..154
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 151

1  plastic.
2      Q.    Did it have folding legs?
3      A.    The legs came from underneath the
4  table, I think. I'm sorry. Excuse me.
5      Q.    So it's one of those long folding
6  tables that the legs snapped in underneath the
7  table and when you needed to use the table, you
8  pulled the legs out and snapped them into place,
9  right?
10     A.    For each side.
11     Q.    Okay. And did the table fold in half
12 when it wasn't being used?
13     A.    Yes.
14     Q.    Where did you -- so you don't remember
15 if you were using that pole to support the table
16 you were using to sell the snowballs, correct?
17     A.    I believe so, because like I said, it
18 was rocking and it wasn't steady.
19     Q.    So you were using the leg to support
20 the plastic table?
21     A.    Yes.
22     Q.    So it was sticking in the ground?
23     A.    Uh-huh.
24     Q.    Yes?
25     A.    Yes. I'm sorry. I'm sorry.

Page 152

1      Q.    Was it strong enough to be able to hold
2  that table up?
3      A.    It was sturdy enough to kept it from
4  rocking back and forth.
5      Q.    You said that you used the rugged part
6  of the table {sic} to dig a hole; is that right?
7      A.    In the dirt.
8      Q.    What did the rugged part look like?
9      A.    Bent.
10     Q.    Bent how?
11     A.    I don't know how to describe bent.
12     Q.    Was the pole bent?
13     A.    Yeah, it was the broke part, the part
14 that was bent, so I used that end to dig.
15     Q.    So I'm holding my pen up, and you see
16 how it's a straight cylinder object, right?
17     A.    Uh-huh.
18     Q.    Yes?
19     A.    Yes.
20     Q.    Was the pole bent somewhere along the
21 length of the pole?
22     A.    No.
23     Q.    Where was it bent?
24     A.    The end.
25     Q.    And what did the bend look like?

Page 153

1      A.    I don't remember. I don't recall.
2      Q.    Was it still relatively round?
3      A.    I don't remember.
4      Q.    Well, then how do you remember that
5  there was a bend, if you don't remember what the
6  bend looked like?
7      A.    Because I -- because I knew it was
8  bent. It broke off the chair.
9      Q.    Was the bend going out or going in?
10     MR. BROWN: Objection, asked and
11 answered.
12 BY MS. SCHNIDT:
13     Q.    Go ahead.
14     A.    I don't remember.
15     Q.    Which end of the pole did you strike
16 Kim Edmondson with?
17     MR. BROWN: Objection, asked and
18 answered.
19 BY MS. SCHNIDT:
20     Q.    Go ahead.
21     A.    The bent part.
22     Q.    So not on the end where there is a
23 black tip, correct?
24     A.    Correct.
25     Q.    Was the inside of the pole hollow?

Page 154

1      A.    I don't remember.
2      Q.    So after Kim Edmondson -- well, when
3  Kim Edmondson and Carlton White were in an
4  altercation, did either of them get struck -- did
5  either of them run into a car?
6      A.    No.
7      Q.    Did either of them get struck by a car?
8      A.    No.
9      Q.    After -- within -- how much time passed
10 from when Kim Edmondson missed Carlton White that
11 second time he swung did you ask him, Kim
12 Edmondson, to leave?
13     A.    As soon as it happened.
14     Q.    So immediately after?
15     A.    Yes.
16     Q.    When did Kim Edmondson say to you, I'll
17 beat your bitch ass?
18     A.    He walked off and then came back.
19     Q.    Where did he walk off to?
20     A.    To the other end, like almost the other
21 end -- the gate, the other walkway of the gate.
22     Q.    How far away from him was he when he
23 walked off?
24     A.    I don't remember.
25     Q.    I'm showing you what we've previously

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                Pages 155..158
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 155

1  marked as Exhibit 1.  Do you see Exhibit 1 in front
2  of you that shows 5316 West Washington?
3       A.     Yes.
4       Q.     Okay.  Do you see in Exhibit 1 where
5  you were sitting holding -- selling the snowballs?
6       A.     Yes.
7       Q.     Sorry?
8       A.     Yes.
9       Q.     Can you describe for me where you were
10 sitting selling the snowballs in front of
11 Exhibit 1?
12      A.     Right in front of the gate but on the
13 grass.  The entrance to the gate but on -- the
14 table was in the grass.
15      Q.     Basically where this -- were you
16 sitting where the passenger side door is located on
17 the little black sedan?
18      A.     No, the table was located in the grass.
19      Q.     Where were you seated?
20      A.     I wasn't seated.  I was standing.
21      Q.     Where were you standing?
22      A.     Right in front of the table.
23      Q.     Closer to the street?
24      A.     No, close to the sidewalk.
25      Q.     Were you standing in the grass or on

Page 156

1  the sidewalk?
2       A.     In the grass.
3       Q.     And were you standing near where this
4  passenger side door is located?
5       A.     No.
6       Q.     On the black sedan?
7       A.     No, I was on the opposite side of the
8  table.
9       Q.     I understand that, but I'm trying to
10 understand -- I understand that you were not
11 standing next to this door.  I'm trying to say,
12 where -- if this car was not here, and we could see
13 the grass, is that where you were located near
14 where the passenger side door is on this black
15 sedan?
16      A.     No.
17      Q.     Where were you -- was it further to the
18 left or further to the right if you're looking at
19 this photograph?
20      A.     Further back towards the -- near the
21 sidewalk.
22      Q.     And were you further to the right or
23 further to the left of where the passenger side
24 door is located?
25      A.     Directly where the gate is, the opening

Page 157

1  to the gate.
2       Q.     All right.  I'm showing you what I've
3  marked now as Exhibit No. 6.
4              (Deposition Exhibit 6 marked
5              for identification.)
6  BY MS. SCHNIDT:
7       Q.     Do you see a view looking directly at
8  5316 West Washington?
9       A.     Yes.
10      Q.     All right.  Wait.  All right.  Can you
11 see the area where you were standing in this -- in
12 Exhibit 6?
13      A.     Yes.
14      Q.     Were you to the left of the sidewalk
15 that goes through the parkway of 5316 West
16 Washington?
17      A.     I believe so, yes.
18      Q.     How far to the left?
19      A.     Like right directly -- right there in
20 that little space.
21      Q.     Is it this -- in the grassy space area
22 between where this light pole is located and where
23 the sidewalk is located?
24      A.     The tree and the sidewalk.
25             MR. BROWN:  Can I just say something,

Page 158

1  Emily.  I don't think that she can see that you're
2  using a -- can you see that yellow dot that she's
3  using with the pointer?
4              THE WITNESS:  Now I see it.  I didn't
5  see it at first.
6              MR. BROWN:  There was some confusion
7  there.  I'm sorry.
8  BY MS. SCHNIDT:
9       Q.     Do you see this little circle with an
10 arrow pointing to the right on the sidewalk?
11      A.     Yes.
12      Q.     Is that in that grassy area where you
13 had your snowball stand set up?
14      A.     Yes.
15      Q.     Okay.  I'm going to draw with a red
16 square on Exhibit 6.  Can you see that?
17      A.     Yes.
18      Q.     Is that approximately where your
19 snowball stand was set up?
20      A.     Yes.
21      Q.     All right.  When Carlton White -- so
22 for the record, on Exhibit 6 I've drawn a red
23 rectangle square in the grassy area and that is
24 where your snowball stand was set up, correct?
25      A.     Yes.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 159..162
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 159

1  Q.   Okay. When Carlton White and Kim
2  Edmondson engaged in their altercation, where were
3  they located?
4  A.   About at the gate, over on the sidewalk
5  by the fence.
6  Q.   Is it the gate that's directly in front
7  of your door at 5316 West Washington?
8  A.   Yes -- well, on the side, a little bit
9  to the side.
10  Q.   I'm drawing a blue square on the
11  sidewalk to the left of the gate. Is that -- where
12  I've drawn the blue square on Exhibit 6, is that
13  where Kim Edmondson and Carlton White were engaging
14  in an altercation?
15  A.   Yes.
16  Q.   Okay. When Kim Edmondson walked away,
17  can you see the area where he walked away to?
18  A.   Yes.
19  Q.   Where was that?
20  A.   Towards the other end of the gate.
21  Where the other entrance is.
22  Q.   Okay.
23  A.   Well, halfway there, not all the way to
24  the entrance.
25  Q.   Can you see my yellow highlighter?

Page 160

1  A.   Yes.
2  Q.   Is that, approximately, where Kim
3  Edmondson walked to?
4  A.   That's about right.
5  Q.   All right. So I'm going to draw a
6  filled in yellow square where Kim Edmondson walked
7  to on Exhibit 6; is that correct?
8  A.   Yes.
9  Q.   All right. At that point where we see
10  on Exhibit 6 where the yellow square is on the
11  sidewalk, did Kim Edmondson turn around?
12  A.   Yes.
13  Q.   Did he approach you?
14  A.   Yes.
15  Q.   Did he say anything before approaching
16  you?
17  A.   As he was approaching me he said, I'll
18  beat your -- I'll knock your bitch ass out. I
19  mean, I'll beat your bitch ass.
20  Q.   What did you do?
21  A.   At first, I didn't say nothing because
22  I didn't think he was going to walk towards me and
23  then when he got close is when I grabbed the pole.
24  Q.   How long was Kim Edmondson standing in
25  this area where the yellow square was?

Page 161

1  A.   He didn't stay. He got right there and
2  turned right back around.
3  Q.   Okay. So he was -- he only walked away
4  for a matter of seconds, right?
5  A.   Yep.
6  Q.   Hold on, please. So when -- after Kim
7  Edmondson said, I'll beat your bitch ass, did he
8  say anything else to you before you picked up the
9  pole?
10  A.   He was just being a vagrant, talking
11  stuff still walking towards me.
12  Q.   What was he saying?
13  A.   Just repeating himself.
14  Q.   How long did it take for him to walk
15  towards you?
16  A.   Not long. He was speed walking.
17  Q.   So what, a second?
18  A.   Yeah, I guess. I say about a -- yeah,
19  a second.
20  Q.   Who was out there at the point which
21  you picked up the pole?
22  A.   There was kids right there. Cynthia,
23  Donte -- I don't remember if Carlton walked off or
24  went in the house. I'm not sure about him.
25  Q.   Where were your children?

Page 162

1  A.   My children weren't out there at that
2  time.
3  Q.   When did they go inside?
4  A.   Angel went in to use the bathroom and I
5  took the boys in because they feel asleep.
6  Q.   Was anybody inside with the boys while
7  they were sleeping?
8  A.   Angel.
9  Q.   Well, you said she went in to use the
10  bathroom, so was anybody inside when they were
11  inside sleeping?
12  A.   No.
13  Q.   How long had they been asleep for?
14  A.   Probably 15, 20 minutes.
15  Q.   How long had it been since you -- well,
16  how much time passed from when you brought them
17  inside to when you picked up the pole?
18  A.   I'm not getting the question.
19  Q.   When you brought them inside -- did the
20  boys fall asleep inside or outside?
21  A.   They fell asleep outside in their
22  seats.
23  Q.   When you brought them inside, how long
24  after you had brought the boys inside did the
25  altercation with Kim Edmondson start?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 163..166
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 163

1     A.     I don't remember.
2     Q.     How long before -- how long had it been
3  since Angel went inside to go to the bathroom to
4  when the altercation started?
5     A.     I don't remember.
6     Q.     Was it minutes, seconds?
7     A.     I don't remember.  I just know that she
8  didn't come straight back out.
9     Q.     What did she do?
10    A.     I don't know.  She probably was
11 watching TV or getting her a snack.
12    Q.     Well, why are you saying you know that
13 she didn't come straight back out?
14    A.     Because she didn't come straight back
15 out.  If she would have, she would have been out
16 there for the altercation.  She didn't come
17 straight back out.
18    Q.     So she had been gone long enough for
19 you to realize she's already gone to the bathroom.
20 She must be doing something else?
21    A.     Yes.
22    Q.     Did you bring the boys inside while
23 they were asleep before Angel went to use the
24 bathroom or after?
25    A.     Before.

Page 164

1     Q.     So when you picked up the pole, how far
2  away was Kim Edmondson from you when you picked it
3  up?
4     A.     Close enough for me to touch him.
5     Q.     Did he touch you?
6     A.     I kept backing up.
7     Q.     What happened next?
8     A.     He kept coming, so I defended myself.
9     Q.     How?
10    A.     I used the pole.
11    Q.     Did you say anything to him?
12    A.     I kept telling him to go somewhere.
13    Q.     So as you swung the pole at Kim
14 Edmondson, he had only walked towards you, correct?
15         MR. BROWN:  Objection, misstates her
16 prior testimony.
17    A.     Yes.
18 BY MS. SCHNIDT:
19    Q.     And which arm did you use to pick up
20 the pole?
21    A.     I don't remember.
22    Q.     Which arm did you use to swing?
23    A.     I don't remember.
24    Q.     Are you right-handed or left-handed?
25    A.     I'm right-handed.

Page 165

1     Q.     Did you switch the pole to a different
2  hand?
3     A.     I don't remember.
4     Q.     Were you the first -- well, did Kim
5  Edmondson swing at you?
6     A.     I didn't let him get close enough to,
7  he just kept charging.
8     Q.     Was he running?
9     A.     He was walking real fast.
10    Q.     Other than go somewhere, did you say
11 anything else to Kim Edmondson before swinging the
12 pole?
13    A.     Yeah, to go somewhere.  There are kids
14 out here.
15    Q.     Anything else?
16    A.     Huh-uh.
17    Q.     No?
18    A.     No.
19    Q.     Did Kim Edmondson say anything to you
20 other than I'll beat your bitch ass?
21    A.     After I swung the stick, he walked
22 away.
23    Q.     How many times did you swing the stick
24 prior to him walking away?
25    A.     Once, I believe.

Page 166

1     Q.     How long was -- well, did he approach
2  you again?
3     A.     No, he just stood there for a minute.
4     Q.     I'm sorry.  What did you say?
5     A.     He just stood there for a minute.
6     Q.     Did you -- when you swung that one
7  time, did you come into contact with him?
8     A.     Yes.
9     Q.     Where?
10    A.     Across his lip and chest.
11    Q.     So when you swung that one time, you
12 hit both his lip and chest?
13    A.     Yes.
14    Q.     So only one swing caused two injuries?
15    A.     Yes.
16    Q.     When he walked away, where did he walk
17 away to?
18    A.     He walked towards Madison Street.
19    Q.     Could you still see him?
20    A.     No.
21    Q.     When -- so he walked away towards
22 Madison Street, what did you do?
23    A.     Started putting up the snowball stuff.
24    Q.     Did he go around any corner where you
25 couldn't see him?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 167..170
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 167

1      A.    Yeah.
2      Q.    Where did he go?
3      A.    Towards Madison Street.
4      Q.    I thought you said that he stood there
5  for a minute?
6      A.    When he walk -- after he stood there
7  and walked off, he walked towards Madison Street.
8      Q.    How long was it that he stood there
9  prior to him walking off?
10     A.    Not long.  Once he realized his lip was
11  bleeding, he took off his shirt and walked off and
12  put it on his lip.
13     Q.    But how long -- what does that mean,
14  not long?
15     A.    A second.
16     Q.    What street did he go down when he went
17  towards Madison Street?
18     A.    I think that was Lorel.  If I'm not
19  mistaken, Lorel.
20     Q.    So if we're looking at Exhibit 6 where
21  I had -- okay.  I'm showing you Exhibit 6.
22           Did he walk, if we're looking at the
23  building, did he walk away to the left or to the
24  right?
25     A.    To the right.

Page 168

1      Q.    And how do you know that he walked
2  towards Madison Street?
3      A.    That way that he went is Madison
4  Street.
5      Q.    So he turned right or left to go
6  towards Madison Street?
7      A.    He turned right.
8      Q.    Did he walk on the sidewalk or in the
9  street?
10     A.    He was in the street.
11     Q.    How long was he gone for?
12     A.    I'm not for sure.
13     Q.    Did you bring everything inside?
14     A.    Yes.
15     Q.    When -- so after you struck Kim
16  Edmondson, did he make any movement towards you?
17     A.    He just walked off.  After he stood
18  there and took off his shirt, he walked away.
19     Q.    So you swung the stick.  He took his
20  shirt off and stood there for a few seconds and
21  walked away.  That's it?
22     A.    And he walked away, we put the snowball
23  stuff up, and then he came back.
24     Q.    No, I'm trying to understand -- we'll
25  get there.  I'm trying to understand what his

Page 169

1  reaction was to you striking him with a pole.
2           You struck him with the pole, you swung
3  one time, he responded by taking off his shirt and
4  standing there?
5      A.    Yeah, and he put it on his lip.
6      Q.    How long did he stand there for?
7      A.    Maybe a second.
8      Q.    And did he say anything after you
9  struck him?
10     A.    Not that I recall.
11     Q.    Then you saw him walk down the street
12  to the right.  If we're facing the building, he
13  went to the right, correct?
14     A.    Well, if we're facing the street, he
15  went to the right.
16     Q.    Okay.  So I'm -- to be clear, my
17  question before was:  If we're facing the building,
18  did he go to the right or to the left?
19     A.    To the right.  That's right.
20     Q.    So you see the direction this arrow is
21  pointed in Exhibit 6, right?
22     A.    Yes.
23     Q.    Is that the direction he went in?
24     A.    Yes.
25     Q.    Okay.  You saw him walk in the street

Page 170

1  to the right and then turn right on whatever street
2  runs north/south, correct?
3      A.    Correct.
4      Q.    And when you saw him go towards the
5  right, you assumed he was walking towards -- well,
6  you believed he was walking towards Madison Street?
7      A.    Yes.
8      Q.    Did you see him walk on that street
9  that runs north/south?
10     A.    No.
11     Q.    How long was he gone for?
12     A.    I don't remember.
13     Q.    Did you see him approaching?
14     A.    When he came -- when he came back?
15     Q.    Yes.
16     A.    Yes.
17     Q.    Which direction was he approaching
18  from?
19     A.    The same way he went.
20     Q.    How far away from you was he when you
21  saw him approaching?
22     A.    He was in the -- I don't know.  I don't
23  remember.
24     Q.    And what happened next?
25     A.    He came back to fight me -- Donte.

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 171..174
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 171

1    Q.    So you only struck -- well, did you
2  ever swing the pole again at Kim Edmondson?
3    A.    No.
4    Q.    So you swung the pole only once at Kim
5  Edmondson, correct?
6    A.    Yes.
7    Q.    And that one time that you swung the
8  pole at him, you caused two injuries?
9    A.    Yes.
10   Q.    When he came -- when Kim Edmondson came
11 back, what happened that caused him to engage in an
12 altercation with Donte?
13   A.    He, once again, came back being vague.
14 Donte telling him, come on, man, that's a girl.
15 And he told Donte, I'll knock your bitch ass out.
16   Q.    Did Kim Edmondson say anything to you
17 when he came back?
18   A.    If he did, I didn't hear it.
19   Q.    Where were you standing when you first
20 saw Kim Edmondson come back?
21   A.    In the front of the building.
22   Q.    All right.  I'm going to put Exhibit 6
23 in front of you.  Do you see on Exhibit 6 the area
24 you were standing when you saw Kim Edmondson come
25 back?

Page 172

1    A.    Yes.
2    Q.    Can you describe it for me?
3    A.    A little bit behind where this tree is
4  on the sidewalk.
5    Q.    So is my arrow currently where,
6  approximately, you were standing on the sidewalk?
7    A.    Yes.
8    Q.    Okay.  I'm drawing with a green circle
9  the area on Exhibit 6.  Is where the green circle
10 located where you were standing when you saw Kim
11 Edmondson come back?
12   A.    I was standing directly behind the
13 tree.
14   Q.    Okay.  Is the green circle,
15 approximately, the area where you were standing
16 when Kim Edmondson came back?
17   A.    Yes.
18   Q.    Okay.  On Exhibit 6?
19   A.    Yes.
20   Q.    Can you see on Exhibit 6 where Kim
21 Edmondson was himself located when you were
22 standing there and saw him coming back?
23   A.    No.
24   Q.    Can you see the area where you engaged
25 in the altercation with Kim Edmondson on Exhibit 6?

Page 173

1    A.    Yeah.
2    Q.    Where is -- can you describe it for me,
3  please?
4    A.    That square, the triangle, the red one.
5    Q.    The red rectangle?
6    A.    Yes.
7    Q.    Were you standing behind the red
8  rectangle or within the red rectangle when you
9  swung the pole at Kim Edmondson?
10   A.    Within the red rectangle.
11   Q.    All right.  I put an orange cross -- an
12 orange X on Exhibit 6.  Is that, approximately, the
13 area where you were standing when you struck Kim
14 Edmondson with the pole?
15   A.    I was moving around, but it was in that
16 area.
17   Q.    Within the area of the red rectangle?
18   A.    Uh-huh.
19   Q.    Okay.  I'll go ahead and remove the
20 orange X.  So is it accurate to say that as you
21 were moving around, and you swung the pole at Kim
22 Edmondson, you stayed within this area of the red
23 rectangle?
24   A.    Yes.
25   Q.    Okay.  Was Kim Edmondson also within

Page 174

1  the area of the red rectangle?
2    A.    Yes.
3    Q.    When you struck him with the pole, was
4  he standing within the area of the red rectangle?
5    A.    Yes.
6    Q.    Inside of that area?
7    A.    Yes.
8    Q.    All right.  Can you pinpoint any
9  further, any closer, like where inside this red
10 rectangle he was standing when he got struck?
11   A.    No.
12   Q.    All right.  So when Donte -- sorry,
13 hold on.
14        When Donte Howard -- well, did Kim
15 Edmondson get close to you when he came back the
16 second time?
17   A.    No.
18   Q.    How far away from you was he?
19   A.    He was in the street.
20   Q.    Where was -- where was Donte Howard
21 when he said, go on, man, that's a girl?
22   A.    He was in the -- I think he was in the
23 grass or leaning on my car or something.  I don't
24 really remember.
25   Q.    Where was your car located?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 175..178
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 175

1    A.    I believe it was parked out there,
2 right there.  I'm not for sure, that's why I say
3 that he was either standing in the grass or leaning
4 on the car.
5    Q.    I'm putting back up Exhibit 1 in front
6 of you.  Can you see the area where Donte was
7 standing when Kim Edmondson was in the street?
8    A.    He was in the grass.
9    Q.    And can you see that area on Exhibit 1?
10   A.    Yes.
11   Q.    I'm going to just zoom in a bit.  Can
12 you describe for me where Donte was standing when
13 he said, go on, man, that's a girl?
14   A.    Like, right near the walkway.
15   Q.    By this sidewalk, that would be right
16 behind the back of this car?
17   A.    No, the other one.
18   Q.    This sidewalk?
19   A.    Yes.
20   Q.    Okay.  So I'm going to mark this as
21 Exhibit 7.  Hold on, please.
22        (Deposition Exhibit 7 marked
23         for identification.)
24        THE WITNESS:  Can I bite my apple?
25        MS. SCHNIDT:  Go ahead.  All set?

Page 176

1        THE WITNESS:  Yes.
2 BY MS. SCHNIDT:
3    Q.    So this area that I've drawn a purple
4 line, is that approximately where Donte Howard was
5 standing when he said, go on, man, that's a girl?
6    A.    I believe so.
7    Q.    And do you see the area where Kim
8 Edmondson was standing?
9    A.    He was coming across the street.
10   Q.    Can you see where he was standing?
11   A.    He was crossing the street.
12   Q.    Okay.  Was he -- when Kim Edmondson
13 said to Donte, I'll knock your bitch ass out, do
14 you see the area where he was?
15   A.    Just about across the street with him.
16   Q.    So was Kim Edmondson walking towards
17 Donte Howard when he said, I'll knock your bitch
18 ass out?
19   A.    Yes.
20   Q.    Was Donte Howard walking towards Kim
21 Edmondson when he said, go on, man, that's a girl?
22   A.    No, he was just standing there.
23   Q.    Did the two of them come into contact
24 with the other?
25   A.    Yes.

Page 177

1    Q.    Where?
2    A.    When -- Edmondson walked up on Donte.
3    Q.    Can you see where Kim Edmondson walked
4 up on Donte?
5    A.    He walked up to the curb.
6    Q.    Is it the curb where that purple line
7 ends?
8    A.    I believe so.  Sometimes I don't
9 really, really recall exactly, but I know they
10 ended up in the street together.
11   Q.    Let me save Exhibit 7.  So when Kim
12 Edmondson started to approach, did he say anything
13 to anybody prior to Donte saying, come on -- go on,
14 man, that's a girl?
15   A.    I don't know what was said.  Like I
16 said, I didn't hear it.  I wasn't paying, like, you
17 know, attention.  So I don't know who he said
18 something about or to besides that.
19   Q.    Who was outside when Donte Howard said,
20 go on, man, that's a girl?
21   A.    Me, Cynthia, Carlton was out there at
22 the time, and Donte.
23   Q.    Anyone else?
24   A.    Not that I recall.
25   Q.    Were there kids around?

Page 178

1    A.    No.
2    Q.    Were there any other adults around?
3    A.    No.
4    Q.    Was your snowball stand all packed up?
5    A.    Yes.
6    Q.    It was inside the house, right?
7    A.    Yes.
8    Q.    So did you actually hear Kim Edmondson
9 talking prior to Donte saying, go on, man, that's a
10 girl?
11   A.    I mean, he was saying something, but I
12 didn't hear it.  I wasn't paying attention to what
13 he was saying.
14   Q.    But you could hear him talking?
15   A.    Yes.
16   Q.    Did Donte walk towards Kim Edmondson?
17   A.    No.
18   Q.    So the entire time as Kim Edmondson's
19 approaching, Donte stayed in that area where the
20 purple line was located?
21   A.    Yes.
22   Q.    What were you guys doing when Kim
23 Edmondson came back?
24   A.    We had just got done putting stuff up.
25 It had started to drizzle.

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 179..182
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 179

1    Q.    What were you doing?
2    A.    Making sure all the trash and stuff was
3  up. That we didn't leave nothing out in the yard.
4    Q.    How long were you inside for carrying
5  this stuff inside?
6    A.    I'm in and out taking like -- in and
7  out until we got all the stuff in the house.
8    Q.    What was Angel doing?
9    A.    At that time, she was watching
10  cartoons.
11    Q.    Where?
12    A.    I believe her room.
13    Q.    When Kim Edmondson -- after Donte said,
14  go on, man, that's a girl, and Kim Edmondson said,
15  I'll knock your bitch ass out, did Donte start to
16  approach Kim Edmondson?
17    A.    No, Kim Edmondson struck -- hit him.
18    Q.    How far away was Kim Edmondson from
19  Donte when Kim Edmondson said, I'll knock your
20  bitch ass out?
21    A.    He was close to him. He was
22  almost -- almost across the street all the way.
23    Q.    So looking at Exhibit 7, can you see
24  the area where Kim Edmondson was walking -- was
25  walking when he said, I'll knock your bitch ass

Page 180

1  out?
2    A.    Uh-huh.
3    Q.    Where?
4    A.    A little closer to where your arrow is,
5  a little further back. I guess about there.
6    Q.    How fast was Kim Edmondson walking?
7    A.    Full charged.
8    Q.    Walking, though?
9    A.    Yes, he was ready to fight.
10    Q.    Walking fast?
11    A.    Yes.
12    Q.    Hold on. Sorry. I've just drawn an
13  orange line in the street. Is that approximately
14  where Kim Edmondson was when he said, I'll knock
15  your bitch ass out?
16    A.    Somewhere around there.
17    Q.    Then did Donte -- did Kim Edmondson
18  approach Donte where he was standing?
19    A.    Uh-huh.
20    Q.    Yes?
21    A.    Yes.
22    Q.    And the two of them were on the
23  sidewalk at that point?
24    A.    No, Edmondson was still in the street.
25    Q.    And Donte was standing on the curb?

Page 181

1    A.    Just standing there.
2    Q.    On the curb?
3    A.    Yes.
4    Q.    I've just drawn a dark purple line. Is
5  that, approximately, where Donte was standing and
6  Kim Edmondson was standing -- Donte was standing on
7  the curb and Kim Edmondson was standing in the
8  street?
9    A.    Yes.
10    Q.    Let me actually redo that.
11    Do a red line -- is the dark purple
12  line where Donte was standing along the curb?
13    A.    Uh-huh.
14    Q.    Yes?
15    A.    Yes.
16    Q.    And is the red line, approximately,
17  where Kim Edmondson was standing in the street?
18    A.    Yes, maybe further -- a little bit
19  back.
20    Q.    Okay.
21    A.    There was a gap between them. Yes.
22    Q.    Okay. So is the red line now where Kim
23  Edmondson was standing in the street?
24    A.    Yes.
25    Q.    So what happened after Kim Edmondson,

Page 182

1  who's standing where that red line is located, no
2  I'm sorry -- strike that.
3    What happened after Kim Edmondson
4  approached Donte Howard and Kim Edmondson is
5  standing where that red line is located?
6    A.    He swung.
7    Q.    Who swung?
8    A.    Edmondson.
9    Q.    Was Kim Edmondson within an arm's reach
10  from Donte Howard?
11    A.    Yes.
12    Q.    Which -- where on Donte Howard's body
13  was Kim Edmondson swinging?
14    A.    He was just swinging.
15    Q.    But was it up towards Donte Howard's
16  head, towards the middle of Donte Howard's body?
17    A.    Around his face.
18    Q.    What happened next?
19    A.    That's when they got in the street and
20  was starting to have the altercation.
21    Q.    Did Kim Edmondson make contact with
22  Donte Howard when he swung that first time?
23    A.    Yes.
24    Q.    Where did he make contact with Donte
25  Howard?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 183..186
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 183

1    A.    I believe it was his face.
2    Q.    How far away were you standing when Kim
3  Edmondson swung at Donte Howard?
4    A.    I was still standing where I was
5  standing at.
6    Q.    Where that area of the red rectangle is
7  located?
8    A.    No, right behind the tree on the
9  sidewalk.
10    Q.    Okay.  Can you see in Exhibit 7 the
11  area where you were standing?
12    A.    Yes.
13    Q.    Is the green circle, approximately, the
14  area where you were standing when Kim Edmondson
15  swung at Donte Howard?
16    A.    Yes, I was standing right behind the
17  tree on the sidewalk.
18    Q.    And did you see Kim Edmondson's hand
19  make contact with Donte Howard's body?
20    A.    I believe he hit him in his face.
21    Q.    Did you see that?
22    A.    Yes.
23    Q.    So then after -- well, did Donte Howard
24  react to that hit?
25    A.    Yeah, that's when they started, I

Page 184

1  guess, the altercation.
2    Q.    What do you mean by that?
3    A.    It didn't last long.
4    Q.    Well, what's the next action that was
5  taken?
6    A.    They was in the street.
7    Q.    Were they physically touching each
8  other?
9    A.    Yeah, I think they contacted a few
10  times.
11    Q.    Where in the street -- can you see the
12  area of Exhibit 7 where Donte Howard and Kim
13  Edmondson were fighting in the street?
14    A.    Right in the middle.
15    Q.    In the middle where my arrow is?
16    A.    No, the middle where the yellow lines
17  are.
18    Q.    Were they fighting within this area of
19  the blue rectangle that I just drew?
20    A.    No, it was over to your -- to the other
21  side of Washington is where he is.
22    Q.    Okay.  Is this green square -- strike
23  that.
24          Is this blue square the area where
25  Donte Howard and Kim Edmondson were fighting?

Page 185

1    A.    Yes.
2    Q.    Okay.  Where were you standing when
3  they were fighting in the street?
4    A.    I think I was standing by the black
5  car, where the black car is.
6    Q.    By the front or the back of the car?
7    A.    Yeah, the front.  Where the driver door
8  is.
9    Q.    Is this yellow circle on Exhibit 7 the
10  approximate area where you were standing when Kim
11  Edmondson and Donte Howard were fighting in the
12  street?
13    A.    Up a little bit.
14    Q.    Sorry?
15    A.    Closer to the tire.
16    Q.    Is this yellow circle now on Exhibit 7
17  the area where you were standing when Donte Howard
18  and Kim Edmondson were fighting on the street?
19    A.    Yes.
20    Q.    Where was Carlton White at that time?
21    A.    I believe standing in the street.
22    Q.    Next to you?
23    A.    Not next to me, but in the street.
24    Q.    Near where the black car is located?
25    A.    I don't remember, but I know that he

Page 186

1  was in the street.
2    Q.    Okay.  And what about Cynthia Cage,
3  where was she?
4    A.    I don't remember.
5    Q.    At anywhere where she was?
6    A.    I don't remember where she was
7  standing, where she at -- standing at.
8    Q.    Where was she when you were fighting --
9  when you swung the pole at Donte -- at Kim
10  Edmondson?
11    A.    She was, I believe, on the gate,
12  leaning on the gate or something like that.
13    Q.    The gate that's directly in front of
14  your door at 5316 West Washington?
15    A.    No, off to the side some.
16    Q.    Off to the side, to the left or to the
17  right?
18    A.    To the right.
19    Q.    If you're facing the photograph, off to
20  the side to the right or to the left?
21    A.    To the right.
22    Q.    So towards the back entrance to get
23  into your apartment?
24    A.    Yes.
25    Q.    So describe -- you said that they had

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 187..190
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 187

1  an altercation in the street.  Describe the -- what
2  the altercation was.
3       A.     They both threw a few punches.  They
4  was slipping and sliding because it started
5  drizzling, and Edmondson backed into somebody's car
6  and it was over with.
7       Q.     Who threw the first punch once they
8  were in the street?
9       A.     I don't remember.
10      Q.     Was Kim Edmondson -- so to go from
11  where Donte Howard and Kim Edmondson were when Kim
12  Edmondson struck Donte Howard, was Howard
13  approaching Kim Edmondson and Kim Edmondson was
14  backing up?
15      A.     Yeah, I believe.  Yeah.
16      Q.     Then describe -- did you actually see
17  Donte Howard swing at Kim Edmondson?
18      A.     Yeah.
19      Q.     What did the -- what did the swing look
20  like?
21      A.     A slow, long one.  He kind of tapped
22  him a little bit but -- and that was it.
23      Q.     Show me.  Show me what you saw his arm
24  do.
25      A.     He swung slow and he kind of nipped

Page 188

1  him, I guess.
2       Q.     Was Donte Howard's arm going as slow as
3  you just exhibited?
4       A.     Yeah, they was moving slow because it
5  was wet outside.  They was slipping and sliding.
6       Q.     When Kim Edmondson first struck Donte
7  Howard, was it drizzling outside?
8       A.     Uh-huh.
9       Q.     Yes?
10      A.     Yes.  I'm sorry.
11      Q.     Did Kim Edmondson slip at all when he
12  first swung at Donte Howard?
13      A.     No.
14      Q.     Was -- when Donte Howard swung at Kim
15  Edmondson, was it with a closed fist?
16      A.     Yes.
17      Q.     Was it in the manner that you just
18  showed, like a swinging arm punching?
19      A.     Yes.
20      Q.     He wasn't batting at him, right?
21      A.     No.
22      Q.     He wasn't making a movement with his
23  hand as though he's slapping him with a closed
24  fist, right?
25      A.     Huh?

Page 189

1       Q.     Donte Howard wasn't swinging his hand
2  with a closed fist as though he's like slapping at
3  him, right?
4       A.     I mean, I can't really -- he just threw
5  a punch in slow motion.
6       Q.     So Donte Howard threw a punch in the
7  long way in which you just showed us, right?
8       A.     Yes.
9       Q.     How many times did he do that?
10      A.     I don't know.  I wasn't counting.
11      Q.     More than three times?
12      A.     I don't know.
13      Q.     Which arm -- was Donte Howard using
14  both arms to punch Kim Edmondson?
15      A.     I don't remember.
16      Q.     Which arm was he using the first time
17  that he swung and punched Kim Edmondson?
18      A.     I don't remember.
19      Q.     Which arm was Kim Edmondson using to
20  punch Donte Howard?
21      A.     I don't remember.
22      Q.     Was he using both arms to punch Donte
23  Howard?
24      A.     I don't remember.  They both was just
25  swinging.

Page 190

1       Q.     Can you say how many times either of
2  them swung their arms to punch the other one?
3       A.     I don't remember.
4       Q.     Did either of them fall to the ground?
5       A.     Edmondson.
6       Q.     When did he fall to the ground?
7       A.     When he slid off the hood of the car.
8       Q.     Did he roll over the hood of the car?
9       A.     I don't remember if he rolled or slid,
10  but I know he fell after backing up into the car.
11      Q.     How did he fall onto the ground?
12      A.     On his back.
13      Q.     So his whole body came down onto the
14  ground, and he fell on his side?
15      A.     No, he fell on his back, but he didn't
16  fall all the way.  He caught his self.
17      Q.     On the left side or right side?
18      A.     His back.
19      Q.     So when Kim Edmondson -- well, did the
20  car hit Edmondson or did Edmondson hit the car?
21      A.     He hit the car.
22      Q.     Was it hard?  Did he hit the car hard?
23      A.     No.
24      Q.     And then Edmondson either rolled or
25  slid off the car and fell onto his back?

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    Pages 191..194
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 191

1   A.    Yeah, but I'm not for sure which one it
2   was.
3        Q.    So he either slid or rolled off the car
4   and fell onto his back, though?
5   A.    Yes.
6        Q.    Did his full back make contact with the
7   ground?
8   A.    No.
9        Q.    Was it his upper back or lower back
10  that made contact with the ground?
11  A.    I think lower back.
12       Q.    When Kim Edmondson fell into the car,
13  what did Donte Howard do?
14  A.    It was over with.
15       Q.    Was Donte just standing there when Kim
16  Edmondson fell onto the car?
17  A.    He walked off.
18       Q.    No, I'm talking about before Kim
19  Edmondson walked off, was Donte Howard just
20  standing there when Kim Edmondson fell onto the
21  car?
22  A.    No, he was trying to get out of the way
23  of the car.
24       Q.    How far away were you from Kim
25  Edmondson when he fell onto the car?

Page 192

1   A.    I was still standing in the same spot.
2        Q.    Did you say anything while Kim
3   Edmondson and Donte Howard were fighting?
4   A.    To stop and watch out for them cars.
5        Q.    How many cars were going past on the
6   street while they were fighting?
7   A.    I don't know.
8        Q.    Was that the only car, that white one
9   that Kim Edmondson fell into?
10  A.    I don't recall the color of the car,
11  but I think it kind of slowed traffic up on that
12  side of the street some.
13       Q.    That wasn't my question.  Are you
14  having a hard time concentrating?
15  A.    No.
16       Q.    Okay.  My question was: Was that car
17  the only car in the street?
18  A.    No.
19       Q.    There were more than one car that were
20  going past in the street while they were fighting?
21  A.    On the other side, yes.
22       Q.    So not on the side -- there were no
23  cars that were coming down the street closest to
24  your apartment, correct, while they were fighting?
25  A.    Correct.

Page 193

1        Q.    Did you see Donte Howard make physical
2   contact with Kim Edmondson once they were fighting
3   in the street?
4   A.    Yes.
5        Q.    How many times?
6   A.    I don't remember.
7        Q.    More than one time?
8   A.    I don't remember.
9        Q.    Well, describe the time that you saw
10  Donte Howard -- you just said, yes, you did see
11  Donte Howard make contact with Kim Edmondson.  Tell
12  me what you saw.
13  A.    I saw him slow motion that time, he hit
14  him.
15       Q.    So that's just -- that is the one time
16  that you have a memory of Donte Howard actually
17  making physical contact with Kim Edmondson?
18  A.    Yes.
19       Q.    Was there more than one time?
20  A.    No. (Inaudible.)
21       Q.    So -- what did you just say?
22  A.    I need to stretch.
23       Q.    Did Donte Howard swing at Kim Edmondson
24  more than once?
25  A.    Yes.

Page 194

1        Q.    And did Donte Howard make contact with
2   Kim Edmondson's body more than once?
3   A.    Not that I recall.
4        Q.    Did Kim Edmondson swing at Donte Howard
5   once they were fighting in the street once?
6   A.    Yes.
7        Q.    How many times?
8   A.    I don't know.
9        Q.    But he swung more than one time?
10  A.    Yes.
11       Q.    Did Kim Edmondson make any contact with
12  Donte Howard when they were in the street?
13  A.    I'm not sure.
14       Q.    After Kim Edmondson hit -- fell into
15  the car, what happened?
16  A.    It was over with.
17       Q.    Did you guys -- what happened that you
18  knew that it was over with?
19  A.    He walked towards Laramie and left.
20       Q.    Is that the same direction that Kim
21  Edmondson had walked when you said that he went
22  towards Madison?
23  A.    No.
24       Q.    It's the opposite direction?
25  A.    No, it's going -- the same street, but

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.          Pages 195..198
TABATHA WASHINGTON - VOLUME 2, 09/28/2021

Page 195

1   straight to Laramie.  To your right, straight,
2   though, to Laramie, another main, busy street.
3       Q.      How far did you see Kim Edmondson walk
4   towards Laramie?
5       A.      I guess until he turned the corner.
6       Q.      So from the point at which he fell into
7   the car and got up until he turned the corner going
8   left on Laramie; is that right?
9       A.      Uh-huh.
10      Q.      Yes?
11      A.      Yes.  I'm sorry.
12      Q.      You were watching Kim Edmondson from
13  the point at which he fell into the car until he
14  turned left on Laramie, correct?
15      A.      Yes.
16      Q.      Did he ever go up or down any other
17  street after he fell into the car?
18      A.      No.
19      Q.      That you saw?
20      A.      Besides Washington to Laramie, no.
21      Q.      Did you see him come back at any point
22  after he turned left on Laramie?
23      A.      No.
24      Q.      When Kim Edmondson had walked towards
25  Madison, did he go in the direction of where

Page 196

1   Laramie was before he turned right?
2       A.      Yes.
3       Q.      So both times he walked east on
4   Washington, correct?
5       A.      Yes.
6       Q.      It's just one time he turned right on
7   the very next street to go towards Madison, the
8   first time, right?
9       A.      Yes.
10      Q.      And the second time you watched him
11  from the altercation to going left on Laramie?
12      A.      Yes.
13      Q.      All right.
14              MS. SCHNIDT:  I think this is a good
15  stopping point for lunch.
16              MR. BROWN:  Okay.  What do you think,
17  25?
18              MS. SCHNIDT:  Yeah, that's fine for me.
19              MR. BROWN:  It's central 12:25, come
20  back at 12:50?
21              MS. SCHNIDT:  Let's just make it 1:00.
22  Okay.  Thanks.
23              THE VIDEOGRAPHER:  We are now going off
24  the record.  The time is 12:23 p.m.
25              (Recess taken.)

Page 197

1               MS. SCHNIDT:  On the record.  Counsel,
2   Dylan Brown, just called me and advised that he and
3   his client, Tabatha Washington, are in a taxi on
4   their way to the hospital.
5               There is, apparently, a medical
6   emergency going on now, so we're going to have to
7   stop the deposition.
8               (Proceeding concluded at 1:01 p.m.)

Page 198

1   STATE OF ILLINOIS )
2   ROCK ISLAND COUNTY) ss.
3
4       I, KONNI L. STAPF, a Certified Shorthand
    Reporter in and for the States of Illinois, Iowa,
5   and Arizona, do hereby certify that the facts as
    stated in the caption hereto are true; that the
6   witness named on the face sheet was by me sworn
    remotely with the agreement of all counsel to
7   testify to the truth and nothing but the truth
    concerning the matters in controversy in this
8   cause; that said witness was thereupon examined
    under oath and the examination reduced to writing
9   under my supervision, consisting of the foregoing
    pages, and the computer-aided transcript is a true
10  record of the testimony given by said witness and
    all objections made.
11
12      I further certify that I am neither
    attorney or counsel for, nor related to or employed
13  by any of the parties to the action in which this
    deposition is taken; and, further, that I am not a
14  relative or employee of any attorney or counsel
    employed by the parties hereto or financially
15  interested in the action.
16
17      In witness whereof I have hereunto set my
    hand this 5th day in October, 2021.
18
19
20
21  _____
    KONNI L. STAPF, CSR, RPR
22  Registered Professional Reporter
    Illinois CSR License No.
23      084-004144
    Iowa CSR License No. 1168
24  Arizona CSR
25

### 1

**1**
127:14 155:1,4,11 175:5,
9

**10:13**
109:10

**10:58**
144:9

**11:10**
144:12

**12:23**
196:24

**12:25**
196:19

**12:50**
196:20

**15**
162:14

**1600**
109:6

**17**
119:6

**17-year-old**
119:10

**1700**
109:7

**19103**
109:7

**1:00**
196:21

### 2

**2**

127:16,18 129:22

**20**
109:16 162:14

**2015**
113:14

**2017**
113:20

**2018**
113:16,17,20,21 115:5
116:3,16 117:5,25 118:5
119:5,7,21 126:18 127:3
130:14 131:12 133:9
134:23 135:8 136:13,20,
25 137:3

**2021**
109:9

**25**
196:17

**28**
109:9

### 3

**3**
128:1,4

**30**
115:5 116:3,16 117:5
118:5 119:21 126:18
127:3 130:14 133:9
134:23 135:7 136:13,20,
25 137:3

**30th**
139:18

### 4

**4**

128:15,17

**442**
109:16

### 5

**5**
129:3,6

**50**
147:15

**5316**
131:9 143:14 155:2
157:8,15 159:7 186:14

### 6

**6**
157:3,4,12 158:16,22
159:12 160:7,10 167:20,
21 169:21 171:22,23
172:9,18,20,25 173:12

### 7

**7**
175:21,22 177:11 179:23
183:10 184:12 185:9,16

### 8

**8**
119:8

**866.715.7770**
109:8

### A

**a.m.**

109:10 144:9,12

**able**
152:1

**about**
112:18 113:3 117:22
118:3 119:14 122:12,13,
14,20,22 123:4,12,16
124:4 129:19 143:25
146:10 150:2,4,19 159:4
160:4 161:18,24 176:15
177:18 180:5 186:2
191:18

**above**
150:9,11

**accurate**
173:20

**across**
124:22 125:2 166:10
176:9,15 179:22

**action**
184:4

**actual**
144:21

**actually**
145:4 178:8 181:10
187:16 193:16

**adults**
178:2

**Advancedone**
109:6 110:14

**affect**
136:19

**after**
114:6,19 121:18 125:16
126:1,18 132:19 134:7,9,
11,12 135:16,17 136:8
142:4,22 148:20 154:2,9,

14 161:6 162:24 163:24
165:21 167:6 168:15,17
169:8 179:13 181:25
182:3 183:23 190:10
194:14 195:17,22

**afterwards**
111:19

**again**
111:1 112:1 114:25
122:19 126:1 142:11
166:2 171:2,13

**agreement**
110:20

**ahead**
126:5 137:7 140:3
149:13 153:13,20 173:19
175:25

**alcohol**
135:7,13 136:16

**all**
111:2,5 113:2,7,12
127:13 131:8 132:3
133:23 148:2,5 157:2,10
158:21 159:23 160:5,9
171:22 173:11 174:8,12
175:25 178:4 179:2,7
188:11 190:16 196:13

**almost**
154:20 179:22

**along**
152:20 181:12

**already**
114:2 146:17 163:19

**also**
173:25

**altercation**
118:12 119:11 134:12

135:17 137:17 140:20
141:5 144:22 154:4
159:2,14 162:25 163:4,
16 171:12 172:25 182:20
184:1 187:1,2 196:11

**an**
109:20 116:8 127:17
128:2,16 129:4 141:5
144:6,21 146:21,23
150:19 154:3 158:9
159:14 171:11 173:11
180:12 182:9 187:1

**and**
109:4,5,9,13,19 110:21
111:1,3,4,17,23 112:1,2,
7 113:2,4,7 114:22
115:10 118:1,16,18
119:5,7 121:4,24 122:15
123:1 124:18 125:5
126:21 129:2 130:12,25
131:14 132:25 133:13,20
134:1,2,21,25 136:1,6
137:15,21 138:2,15,21,
22 139:2,8,19 140:12,17,
19,21 141:1,2,4,13
142:1,10,11,19,20,23
143:5,8 144:16 145:21
146:2,10 147:2 148:5
150:6,10,19 151:7,8,11,
18 152:4,15,25 153:10,
17 154:3,18 156:3,12,22
157:22,24 158:23 159:1,
13 160:22 161:1 162:4
164:19 166:10,12 167:7,
11 168:1,18,20,22,23
169:3,5,8 170:1,4,24
171:7,15 172:22 173:19,
21 175:9 176:7 177:22
179:2,6,14 180:22,25
181:5,7,16 182:4,19
183:18 184:12,25

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

185:11,18 186:2 187:4,5,
6,11,13,22,25 188:5
189:17 190:14,24,25
191:4 192:3,4 194:1,19
195:7 196:10

**Angel**
113:12 114:5 119:7
131:14 133:15,25 134:4,
20 135:2,4 162:4,8
163:3,23 179:8

**another**
118:22 132:10 195:2

**answer**
112:23

**answered**
153:11,18

**answers**
113:8

**any**
111:12 123:15 125:14
132:16 134:19 135:7,19
136:11,20 140:10 141:20
166:24 168:16 174:8,9
178:2 194:11 195:16,21

**anybody**
110:10 118:4 125:12
131:23 137:12 139:1
145:3 162:6,10 177:13

**anyone**
126:10 128:11,24 129:13
132:23 177:23

**anything**
112:19,23 123:15 124:4
138:9 139:12 145:11
160:15 161:8 164:11
165:11,15,19 169:8
171:16 177:12 192:2

**anywhere**
125:9 186:5

**apart**
129:25 130:4,6,9,13

**apartment**
131:19 133:1 186:23
192:24

**apologize**
139:13

**appear**
123:4

**appeared**
124:2

**apple**
149:12 175:24

**apply**
112:17

**appointment**
112:3,4,5,8

**approach**
141:9 142:25 160:13
166:1 177:12 179:16
180:18

**approached**
182:4

**approaching**
160:15,17 170:13,17,21
178:19 187:13

**approximate**
185:10

**approximately**
109:10 122:15 158:18
160:2 172:6,15 173:12
176:4 180:13 181:5,16
183:13

**are**
109:19 113:8 115:21
129:25 137:25 144:11
146:10 147:16 163:12
164:24 165:13 184:17
192:13 196:23

**area**
157:11,21 158:12,23
159:17 160:25 171:23
172:9,15,24 173:13,16,
17,22 174:1,4,6 175:6,9
176:3,7,14 178:19
179:24 183:6,11,14
184:12,18,24 185:10,17

**argument**
140:1

**arm**
142:12,15 164:19,22
187:23 188:2,18 189:13,
16,19

**arm's**
182:9

**arms**
189:14,22 190:2

**around**
137:23 140:21 160:11
161:2 166:24 173:15,21
177:25 178:2 180:16
182:17

**arrest**
114:7 115:2,5,7,14

**arrested**
114:2 115:23

**arrow**
158:10 169:20 172:5
180:4 184:15

**as**

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

110:22 111:4 114:17
118:24 121:25 127:14,
15,25 128:15 129:3
138:6 139:8 150:2
154:13 155:1 157:3
160:17 164:13 173:20
175:20 178:18 188:2,23
189:2

**ask**
112:21 113:9 154:11

**asked**
111:25 139:5 140:25
141:2 142:24 153:10,17

**asking**
122:24

**asleep**
134:22 162:5,13,20,21
163:23

**ass**
137:11,14 138:8,11,20,
23 139:2,21 140:13,18
141:3,10 143:1 144:24
145:15 154:17 160:18,19
161:7 165:20 171:15
176:13,18 179:15,20,25
180:15

**assume**
112:24

**assumed**
170:5

**at**
109:6 111:15 112:17
113:18,19 114:13,15
115:13,16 116:20 117:10
119:10 123:1,3 125:14
131:9,14,16 133:24
134:2 138:1 140:11
142:15 143:11,13 145:20

146:12 147:23 150:3
156:18 157:7 158:5
159:4,7 160:9,21 161:20
162:1 164:13 165:5
167:20,22 171:2,4,8
173:9,21 177:21 179:9,
23 180:23 183:3,5,15
185:20 186:5,7,9,14
187:17 188:11,12,14,20
189:2 193:23 194:4
195:6,13,21 196:20

**ate**
136:1,2

**attempt**
125:9

**attending**
109:19

**attention**
145:1 177:17 178:12

**attorney**
110:3

**attorneys**
111:4

**away**
117:24 141:10,13 154:22
159:16,17 161:3 164:2
165:22,24 166:16,17,21
167:23 168:18,21,22
170:20 174:18 179:18
183:2 191:24

---

## B

**back**
114:5 116:7,10,13
125:18 137:24 140:21
141:16 142:21 144:12
152:4 154:18 156:20

161:2 163:8,13,14,17
168:23 170:14,25
171:11,13,17,20,25
172:11,16,22 174:15
175:5,16 178:23 180:5
181:19 185:6 186:22
190:12,15,18,25 191:4,6,
9,11 195:21 196:20

**backed**
187:5

**backing**
164:6 187:14 190:10

**bag**
130:4 146:9,11,14,18,21,
23,24 147:1

**bags**
146:12

**Basically**
155:15

**bath**
133:25

**bathroom**
132:7,10 162:4,10 163:3,
19,24

**batting**
188:20

**be**
123:4 124:2 134:20,21
135:5 145:2 152:1
163:20 169:16 175:15

**beat**
137:10,13 138:8 141:3
143:1 154:17 160:18,19
161:7 165:20

**because**
115:25 118:18 120:10
122:1 126:13 130:1,18,

ao AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

21 131:2 135:2,4 139:9,
14 140:7,25 144:25
145:18 148:7,11 151:17
153:7 160:21 162:5
163:14 187:4 188:4

**bed**
133:10,12,13,15,21,24
134:1,2,4,10,17 135:2,4,
5

**bedroom**
131:1,19,21,24 132:10,
12,19 133:16

**beds**
132:1,14

**been**
110:19 111:12 116:12
145:8 162:13,15 163:2,
15,18

**before**
113:22,24 115:2,5,7
117:6 119:24 120:4
134:7 136:8,10 137:12
138:10 139:1,5 160:15
161:8 163:2,23,25
165:11 169:17 191:18
196:1

**begin**
148:9

**beginning**
113:18,19

**behalf**
109:22 110:1,4,6,9

**behind**
172:3,12 173:7 175:16
183:8,16

**being**
109:17,22,25 113:4

115:16 136:16 145:17
151:12 161:10 171:13

**belief**
119:14

**believe**
117:3,14 119:8 123:17
124:3,15 125:4,22
126:13 136:7 149:10,20
150:25 151:17 157:17
165:25 175:1 176:6
177:8 179:12 183:1,20
185:21 186:11 187:15

**believed**
170:6

**bend**
152:25 153:5,6,9

**bent**
124:6,7,8,9 152:9,10,11,
12,14,20,23 153:8,21

**besides**
131:23 144:23 177:18
195:20

**between**
142:18 144:16 157:22
181:21

**big**
132:2 146:6

**bigger**
123:10

**bin**
128:2

**bit**
115:9 117:6 150:9,11
159:8 172:3 175:11
181:18 185:13 187:22

**bitch**
137:10,13 138:11,19,23

139:2,21 140:13,18
141:3,10 143:1 144:24
145:15 154:17 160:18,19
161:7 165:20 171:15
176:13,17 179:15,20,25
180:15

**bite**
149:11 175:24

**black**
123:17 153:23 155:17
156:6,14 185:4,5,24

**bleach**
147:10

**bleeding**
167:11

**blood**
111:18 112:2 113:3

**blue**
128:2 159:10,12 184:19,
24

**body**
122:22 123:3 182:12,16
183:19 190:13 194:2

**both**
134:2 166:12 187:3
189:14,22,24 196:3

**bother**
136:19

**bottles**
147:10

**bouncing**
121:6,7,11

**boyfriend**
131:14,16

**boys**
134:2,10,21 162:5,6,20,

24 163:22

**brand**
148:3

**break**
136:22 144:4

**bring**
163:22 168:13

**broke**
121:19 124:8 152:13
153:8

**brought**
127:5 162:16,19,23,24

**Brown**
110:6 111:6 118:24
119:25 120:5 126:3
136:22 137:5 139:12,16
144:5 149:2 153:10,17
157:25 158:6 164:15
196:16,19

**building**
167:23 169:12,17 171:21

**busy**
195:2

**but**
110:21 112:23 125:2
126:11 131:15 135:6
136:2 137:22 138:12
144:24 145:16 148:9
155:12,13 156:9 167:13
173:15 177:9 178:11,14
182:15 185:23,25 187:22
190:10,15 191:1 192:11
194:9,25

**buy**
146:12

**by**
109:17,20 110:20 111:10

115:21,23 116:12 119:1
120:2,8 126:4 127:12,21
128:7,20 129:9 136:24
137:6,9 139:17 141:16
143:9 144:13 149:4,16
153:12,19 154:7 157:6
158:8 159:5 164:18
169:3 175:15 176:2
184:2 185:4,6

---

**C**

**Cage**
186:2

**call**
114:9,19 132:21 137:16

**called**
111:20

**came**
116:9,13 117:13 118:18
120:19 121:2 148:8
151:3 154:18 168:23
170:14,25 171:10,13,17
172:16 174:15 178:23
190:13

**camera**
123:1,3

**can**
112:22 117:16 121:2
122:18 136:16 140:10
146:12 149:11 155:9
157:10,25 158:1,2,16
159:17,25 172:2,20,24
173:2 174:8 175:6,9,11,
24 176:10 177:3 179:23
183:10 184:11 190:1

**can't**
120:6 139:8 189:4

**cap**
123:23

**car**
130:1 154:5,7 156:12
174:23,25 175:4,16
185:5,6,24 187:5 190:7,
8,10,20,21,22,25 191:3,
12,16,21,23,25 192:8,10,
16,17,19 194:15 195:7,
13,17

**card**
147:24

**Carlton**
116:15 133:3 137:15,21,
23 138:1,9,14,15,19,23
139:2,20,23,25 140:12,
17,19 141:4,9,17,20,23
142:1,4,5,7,13,16,18,23
144:16,24 145:7,21
154:3,10 158:21 159:1,
13 161:23 177:21 185:20

**Carlton's**
138:7

**carry**
126:8,10,17 146:19

**carrying**
179:4

**cars**
192:4,5,23

**cartoons**
179:10

**case**
109:16

**caught**
190:16

**caused**
166:14 171:8,11



**cent**
147:15

**center**
125:7

**central**
196:19

**chair**
120:16,17,19,22,25
121:5,7,9,10,12,16,18,20
148:8 150:1 153:8

**characteristics**
123:16

**charged**
180:7

**charging**
165:7

**charter**
113:13,23 114:6 115:24

**chest**
124:18 125:5,7 166:10,
12

**Chicago**
109:14

**children**
132:16 133:10,20 140:10
161:25 162:1

**Christiane**
110:8

**Cicero**
118:1

**circle**
158:9 172:8,9,14 183:13
185:9,16

**City**
109:14

**clarify**
139:10,11

**clear**
145:2 169:16

**close**
143:4 155:24 160:23
164:4 165:6 174:15
179:21

**closed**
188:15,23 189:2

**closer**
155:23 174:9 180:4
185:15

**closest**
192:23

**color**
123:13 192:10

**come**
116:7,15 117:4 118:4
120:24 121:4 148:7
163:8,13,14,16 166:7
171:14,20,24 172:11
176:23 177:13 195:21
196:19

**comes**
146:17

**coming**
112:2 120:10 164:8
172:22 176:9 192:23

**comment**
138:21

**computer**
139:9

**concentrating**
192:14

**conditions**

111:13

**cone**
117:18 118:19 147:15

**cones**
141:11 143:11 144:15
150:11

**conferencing**
109:18

**confused**
115:21

**confusion**
158:6

**Congress**
118:1

**connection**
109:20

**consent**
111:2

**console**
129:4 130:20

**contact**
166:7 176:23 182:21,24
183:19 191:6,10 193:2,
11,17 194:1,11

**contacted**
184:9

**container**
146:3,6

**containers**
147:3,9

**continued**
121:20

**corner**
166:24 195:5,7

**correct**

109:23 111:5,6 112:25
126:19 130:14 139:4,21
141:14,18 150:3 151:16
153:23,24 158:24 160:7
164:14 169:13 170:2,3
171:5 192:24,25 195:14
196:4

**could**
120:1 122:3 132:21
145:8 149:19 156:12
166:19 178:14

**couldn't**
144:25 166:25

**counsel**
109:18 110:2,20

**counter**
136:12

**counting**
189:10

**couple**
116:1

**court**
109:15,19 110:13,15

**cousin**
137:23

**criminal**
127:5,9

**cross**
173:11

**crossing**
176:11

**cup**
135:9,10,11,15

**cups**
146:2 147:12,14,15,17

**curb**
177:5,6 180:25 181:2,7,
12

**currently**
172:5

**cursing**
141:2

**cut**
124:22

**CV**
109:16

**cylinder**
152:16

**Cynthia**
136:6 161:22 177:21
186:2

---

**D**

**dark**
116:11,12 117:7,8,13
181:4,11

**date**
109:8

**dating**
114:10,15,20,25

**daughter**
115:12,17 118:21,22
119:10

**daughters**
119:3

**Davis**
131:17

**day**
117:20 121:2 125:14
130:10,13 135:3,20,22

**daytime**
116:17

**decide**
134:22

**defendants**
109:24 110:1,5,9

**defended**
164:8

**defender**
127:1

**defining**
123:15 124:4

**deponent**
109:18 111:4

**deposition**
109:12,17,19 111:3,12,
15 112:17 113:5 127:18
128:4,17 129:6 157:4
175:22

**describe**
120:15 145:25 147:9,21
152:11 155:9 172:2
173:2 175:12 186:25
187:1,16 193:9

**detectives**
126:16

**diabetes**
113:3

**diagnosed**
111:12

**diaper**
128:15

**did**
111:19,23 113:12,17,21,
24 114:5,9,12,17,18,22
115:4,10,13 116:7,15,18

117:4,8,19,22,24 118:4,7
119:20 120:9,11,17,24
121:4,16,18 123:15
124:17 125:9,12,16,17,
23 126:1,8,10,11,12,17
127:8 128:11,21,24
129:10,13 130:22 131:23
132:1,14,16,23 133:9,12,
23 134:4,10 135:2,7,15,
19,22,24 136:5,20 137:3,
12 138:4,6,9,18 139:23,
25 141:20,23 142:1,7,12,
15,25 143:16,24 144:21
145:11,16,24 146:3,8,16
148:2,4,15,18,20 151:2,
11,14 152:8,25 153:15
154:4,7,11,16,19 160:11,
13,15,20 161:7,14 162:3,
19,24 163:9,22 164:5,11,
19,22 165:1,4,10,19,23
166:1,4,6,7,16,22,24
167:2,16,22,23 168:8,13,
16 169:6,8,18 170:8,13
171:1,16,18 174:14
176:23 177:12 178:8,16
179:15 180:17 182:21,24
183:18,21,23 187:16,19
188:11 189:9 190:4,6,8,
11,19,20,22 191:6,13
192:2 193:1,10,21,23
194:1,4,11,17 195:3,16,
21,25

**didn't**
114:13 132:4 136:19
139:12 140:4,5 144:25
145:5 148:7 158:4
160:21,22 161:1 163:8,
13,14,16 165:6 171:18
177:16 178:12 179:3
184:3 190:15

**different**
165:1

**dig**
148:11,15 152:6,14

**digging**
148:21

**dining**
150:3

**direction**
169:20,23 170:17
194:20,24 195:25

**directly**
132:6 143:12 156:25
157:7,19 159:6 172:12
186:13

**dirt**
148:12 149:20 152:7

**discussed**
112:17

**discussion**
127:11 144:2

**District**
109:15,16

**do**
112:9,16 113:9,10
115:16 116:5 117:12
118:16 119:3 120:22
125:17 126:12 127:16
128:1,15 129:3 131:8
136:22 137:9 139:25
144:3,5 148:20 153:4
155:1,4 157:7 158:9
160:20 163:9 166:22
168:1 171:23 176:7,13
181:11 184:2 187:24
189:9 191:13 196:16

**doctor**

111:19,20,24 112:7,14

**doctor's**
112:12

**does**
123:4 150:6 167:13

**doesn't**
112:22

**doing**
142:18 163:20 178:22
179:1,8

**don't**
112:10,13,18 116:21
117:9,21,23 118:6,8,10
120:6 121:1,3,23 122:13,
25 123:24 124:20 125:1,
25 126:6,11 130:2 134:5,
15 135:9,12,25 136:1
137:22 138:12 139:24
140:2 142:14,17 145:3
146:7 147:4,13,20 149:3,
19 150:18 151:14 152:11
153:1,3,5,14 154:1,24
158:1 161:23 163:1,5,7,
10 164:21,23 165:3
170:12,22 174:23 177:8,
15,17 185:25 186:4,6
187:9 189:10,12,15,18,
21,24 190:3,9 192:7,10
193:6,8 194:8

**done**
135:16 148:21 178:24

**Donte**
109:14 114:9,17,18
115:4 116:4 118:20
119:9,20 120:3 161:23
170:25 171:12,14,15
174:12,14,20 175:6,12
176:4,13,17,20 177:2,4,
13,19,22 178:9,16,19


(866) 715-7770
advancedONE.com

179:13,15,19 180:17,18,
25 181:5,6,12 182:4,10,
12,15,16,22,24 183:3,15,
19,23 184:12,25 185:11,
17 186:9 187:11,12,17
188:2,6,12,14 189:1,6,
13,20,22 191:13,15,19
192:3 193:1,10,11,16,23
194:1,4,12

**door**
131:18 132:6 143:13
155:16 156:4,11,14,24
159:7 185:7 186:14

**dot**
158:2

**down**
117:14 125:18 132:20
134:2 167:16 169:11
190:13 192:23 195:16

**draw**
158:15 160:5

**drawing**
159:10 172:8

**drawn**
158:22 159:12 176:3
180:12 181:4

**drew**
184:19

**drink**
135:7 136:16

**drinking**
135:12

**driver**
185:7

**drizzle**
178:25

**drizzling**
187:5 188:7

**drugs**
136:20

**drunk**
135:10

**DT**
114:11,17

**dug**
122:7

**duly**
110:19

**During**
116:17

**Dylan**
110:6 111:5 139:7

---

### E

**each**
145:21 151:10 184:7

**earlier**
130:10,13

**early**
111:16

**east**
196:3

**Edmondson**
118:12 119:11 120:9
121:25 124:11,17 125:17
126:18 127:23 128:9,11,
22,24 129:11,14 134:8
137:1,4,21 138:1,6,10,
17,18,22,25 139:19
140:12,17,19 141:9,18,
20,24 142:2,4,5,7,12,19,
22,25 143:24 144:23

145:8 153:16 154:2,3,10,
12,16 159:2,13,16 160:3,
6,11,24 161:7 162:25
164:2,14 165:5,11,19
168:16 171:2,5,10,16,20,
24 172:11,16,21,25
173:9,14,22,25 174:15
175:7 176:8,12,16,21
177:2,3,12 178:8,16,23
179:13,14,16,17,18,19,
24 180:6,14,17,24 181:6,
7,17,23,25 182:3,4,8,9,
13,21 183:3,14 184:13,
25 185:11,18 186:10
187:5,10,11,12,13,17
188:6,11,15 189:14,17,
19 190:5,19,20,24
191:12,16,19,20,25
192:3,9 193:2,11,17,23
194:4,11,14,21 195:3,12,
24

**Edmondson's**
178:18 183:18 194:2

**eight-pound**
146:21,23

**either**
154:4,5,7 175:3 190:1,4,
24 191:3

**else**
110:10 124:4 125:10,12
137:12 139:1 161:8
163:20 165:11,15 177:23

**Emily**
110:4 158:1

**end**
111:16,23 113:20,21
123:21,22 124:5,7
152:14,24 153:15,22
154:20,21 159:20

**ended**
177:10

**ends**
177:7

**engage**
137:12 138:15,25 171:11

**engaged**
139:6 140:19 141:4
144:15 145:21 159:2
172:24

**engaging**
139:1 159:13

**enough**
143:4 152:1,3 163:18
164:4 165:6

**entire**
178:18

**entrance**
143:13 155:13 159:21,24
186:22

**estimate**
117:16

**et al**
109:14

**even**
112:10 135:9

**ever**
114:5 116:18 119:17
126:1,8 133:3 171:2
195:16

**Everest**
113:13 114:6 115:24

**everyday**
118:3

**everything**
168:13

**evidence**
127:17 128:2,16 129:4

**exact**
134:5

**exactly**
125:1 138:13 177:9

**EXAMINATION**
111:9

**examined**
110:21

**Excuse**
151:4

**Exhibit**
127:14,16,18 128:1,4,15,
17 129:3,6,22 155:1,4,11
157:3,4,12 158:16,22
159:12 160:7,10 167:20,
21 169:21 171:22,23
172:9,18,20,25 173:12
175:5,9,21,22 177:11
179:23 183:10 184:12
185:9,16

**exhibited**
188:3

---

**F**

**face**
138:3,7 141:25 182:17
183:1,20

**facility**
112:14

**facing**
123:3 148:25 169:12,14,
17 186:19

**fall**
134:22 162:20 190:4,6,

11,16

**far**
117:24 143:16 154:22
157:18 164:1 170:20
174:18 179:18 183:2
191:24 195:3

**fast**
165:9 180:6,10

**feeding**
129:17,21,24 130:4

**feel**
162:5

**fell**
162:21 190:10,14,15,25
191:4,12,16,20,25 192:9
194:14 195:6,13,17

**felt**
143:5

**fence**
159:5

**few**
140:23 141:6,13,17
144:14 168:20 184:9
187:3

**fight**
170:25 180:9

**fighting**
140:2 184:13,18,25
185:3,11,18 186:8 192:3,
6,20,24 193:2 194:5

**filled**
160:6

**final**
132:25

**fine**
144:7 196:18

**first**
110:19 114:16 126:24 131:8 133:25 136:25 137:22 138:14,16 140:4, 5 141:9 145:6,9 158:5 160:21 165:4 171:19 182:22 187:7 188:6,12 189:16 196:8

**fist**
188:15,24 189:2

**five**
147:5,7,8

**flat**
149:9

**floor**
133:7

**fold**
147:22 151:11

**folding**
120:16,17,19,22,24 121:4 151:2,5

**follows**
110:22

**foot**
122:15

**for**
109:15 111:2 112:18 113:21 115:8 116:24,25 117:15,16 120:15 122:17,18,25 127:19 128:5,18 129:7 133:25 141:13 145:10,25 146:19 147:9,21 148:13 150:22 151:10 155:9 157:5 158:22 161:4,14 162:13 163:16,18 164:4 166:3,5 167:5 168:11,12,20 169:6 170:11 172:2

173:2 175:2,12,23 179:4 191:1 192:4 196:15,18

**Ford**
114:10

**form**
118:24 119:25

**forth**
152:4

**four**
129:4,16 130:12,19,23 147:25 148:2,5

**four-pound**
146:24 147:1

**from**
109:20 110:13 122:7 124:8 126:14 129:16,20 136:2 140:16 148:16 149:21 151:3 152:3 154:10,22 162:16 164:2 170:18,20 174:18 179:18 182:10 187:10 191:24 195:6,12 196:11

**front**
128:1 131:18 132:6 143:9,13 145:19,23 155:1,10,12,22 159:6 171:21,23 175:5 185:6,7 186:13

**full**
180:7 191:6

**further**
156:17,18,20,22,23 174:9 180:5 181:18

―――――――――――――
        **G**
―――――――――――――

**gap**
181:21

**gas**
146:12

**gate**
125:21 143:10,12 145:23 154:21 155:12,13 156:25 157:1 159:4,6,11,20 186:11,12,13

**Gentlemen**
109:4

**get**
113:2,24 116:4 117:13 118:7 119:24 120:4 136:5 154:4,7 165:6 168:25 174:15 186:22 191:22

**getting**
117:6,8 138:7 162:18 163:11

**girl**
171:14 174:21 175:13 176:5,21 177:14,20 178:10 179:14

**give**
115:20,22 116:8 121:2 122:12 123:9

**go**
113:12 114:5 116:4 117:19 126:5 134:4,22 137:7 140:3 143:16 149:13 153:13,20 162:3 163:3 164:12 165:10,13 166:24 167:2,16 168:5 169:18 170:4 173:19 174:21 175:13,25 176:5, 21 177:13,20 178:9 179:14 187:10 195:16,25 196:7

**goes**

135:4,5 157:15

**going**
113:17 117:14 127:9
138:8 144:8,12 153:9
158:15 160:5,22 171:22
175:11,20 188:2 192:5,
20 194:25 195:7 196:11,
23

**gone**
116:24 163:18,19 168:11
170:11

**good**
109:3 196:14

**got**
111:17 113:22 117:18
118:18 126:13 135:16
136:6 137:15,16 138:2
140:1 143:4 160:23
161:1 174:10 178:24
179:7 182:19 195:7

**grabbed**
160:23

**grass**
125:23 155:13,14,18,25
156:2,13 174:23 175:3,8

**grassy**
157:21 158:12,23

**green**
172:8,9,14 183:13
184:22

**ground**
112:16 122:8 124:12,13,
14,15 125:21 126:2
143:23 149:5,6,8,9
151:22 190:4,6,11,14
191:7,10

**guess**

112:18 122:14,23 132:21
136:18 137:16 145:14
149:24 161:18 180:5
184:1 188:1 195:5

**guessing**
121:22

**guys**
178:22 194:17

---

## H

**had**
111:16 112:8 116:12
118:11 121:24 122:1
123:17 131:14 135:3,9
139:14 143:18 145:4,12,
18 146:23 148:5,11
158:13 162:13,15,24
163:2,18 164:14 167:21
178:24,25 186:25 194:21
195:24

**half**
122:16 135:10 146:9,14,
25 150:19 151:11

**halfway**
159:23

**hallway**
132:20

**hand**
121:25 165:2 183:18
188:23 189:1

**handle**
147:11

**hands**
122:18 123:2

**happened**
111:15 140:24 142:23
143:3 154:13 164:7

170:24 171:11 181:25
182:3,18 194:15,17

**hard**
135:13 190:22 192:14

**have**
111:12 112:13 118:23
119:3,14,17 120:22
123:15 126:21 127:2
129:2 130:4 132:1,14
136:18 137:15 143:16
145:8 146:3 148:2,4
149:19 151:2 163:15
182:20 193:16

**having**
110:19 192:14

**he**
114:9,15 115:11,24
116:7,9,13,18,19,24
117:1 119:17,23,24
120:4,10 131:15 133:6,7
137:8,10,12,13 138:2,6,
10,12,13,19,25 139:1,6,
20 141:1,3,9 142:10,15,
21,25 143:2,4 154:11,18,
19,22 159:17 160:13,15,
17,22,23 161:1,3,7,10,
12,16 164:5,8,14 165:7,
8,9,21 166:1,3,5,16,18,
21,24 167:2,4,6,7,8,10,
11,16,22,23 168:1,3,5,7,
8,10,11,16,17,18,19,22,
23 169:3,5,6,8,12,14,18,
23 170:5,6,11,14,17,19,
20,22,25 171:10,13,15,
17,18 174:4,10,15,18,19,
21,22 175:3,8,13 176:5,
9,10,11,12,14,17,21,22
177:5,12,17 178:11,13
179:21,25 180:9,14,18
182:6,14,22,24 183:20

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

184:21 185:25 187:21,25
188:11,20,22 189:4,9,16,
17,22 190:6,7,8,9,10,11,
14,15,16,21,22 191:3,17,
22,25 193:13 194:9,19,
21 195:5,6,7,13,16,17,
22,25 196:1,3,6

**he's**
188:23 189:2

**head**
113:9 182:16

**hear**
139:8 144:21 145:11,16
171:18 177:16 178:8,12,
14

**heard**
114:19,24 119:17

**heavy**
146:18,19

**height**
150:2

**held**
146:3

**hematologist**
112:11

**her**
112:1 113:21 114:15
117:22 118:2 133:13,15,
25 134:20 135:6 163:11
164:15 179:12

**here**
125:6 156:12 165:14

**herein**
110:19

**highlighter**
159:25

**him**
114:16,17,19 115:8,13,
18,25 119:14 120:11
124:25 125:2,9 137:4,15
138:2 140:25 141:2
142:10,19,24 145:7,15
154:11,22 161:14,24
164:4,11,12 165:6,24
166:7,19,25 167:9 169:1,
2,9,11,25 170:4,8,13,21
171:8,11,14 172:22
174:3 176:15 178:14
179:17,21 183:20 187:22
188:1,20,23 189:3
193:13,14 195:21 196:10

**himself**
161:13 172:21

**his**
114:12,13,18,22 115:13,
18 116:1,4 119:14,24
120:4 124:18,19,21
125:3,5,7 138:2 166:10,
12 167:10,11,12 168:18,
19,25 169:3,5 182:17
183:1,20 187:23 188:22
189:1 190:12,13,14,15,
16,18,25 191:4,6,9

**hit**
134:7 142:10 150:6
166:12 179:17 183:20,24
190:20,21,22 193:13
194:14

**hold**
122:2,3,5,18 123:1
125:12 146:8 149:18
152:1 161:6 174:13
175:21 180:12

**holding**
122:6 152:15 155:5

**hole**
122:8 148:11,15,21
152:6

**hollow**
153:25

**hood**
190:7,8

**hour**
116:8

**house**
115:14,18 116:1 117:4,
10,19 121:13 143:9
161:24 178:6 179:7

**how**
112:9,10 115:4,10,13
116:12,24 117:10,12,24
118:2,7,16 119:2,5,7
121:4,18,21,24 122:9,11,
19 123:7 124:7 126:12
129:19 132:1,14 134:23,
25 140:16 141:4 142:1,9
143:16 146:6,8,18,20
147:2,3,12 149:22
150:15,17 152:10,11,16
153:4 154:9,22 157:18
160:24 161:14 162:13,
15,16,23 163:2 164:1,9
165:23 166:1 167:8,13
168:1,11 169:6 170:11,
20 174:18 179:4,18
180:6 183:2 189:9 190:1,
11 191:24 192:5 193:5
194:7 195:3

**Howard**
109:14 114:9 115:4
116:4 118:20 119:9,21
174:14,20 176:4,17,20
177:19 182:4,10,22,25
183:3,15,23 184:12,25



(866) 715-7770
advancedONE.com

185:11,17 187:11,12,17
188:7,12,14 189:1,6,13,
20,23 191:13,19 192:3
193:1,10,11,16,23 194:1,
4,12

**Howard's**
182:12,15,16 183:19
188:2

**Huh**
188:25

**huh-uh**
113:8 165:16

---

**I**

---

**I'LL**
113:9 137:13 138:10,19,
22 139:2,11,20 140:12,
17 141:3,9 143:1 144:23
145:14 154:16 160:17,
18,19 161:7 165:20
171:15 173:19 176:13,17
179:15,19,25 180:14

**I'M**
113:16 115:6,15 116:14,
25 121:22 122:9,17,24,
25 123:10 125:18
127:13,14,15,25 128:14
129:2,22 138:8 144:20
145:10 149:20 151:4,25
152:15 154:25 156:9,11
157:2 158:7,15 159:10
160:5 161:24 162:18
164:25 166:4 167:18,21
168:12,24,25 169:16
171:22 172:8 175:2,5,11,
20 179:6 182:2 188:10
191:1,18 194:13 195:11

**I'VE**

127:13,15 128:14 157:2
158:22 159:12 176:3
180:12 181:4

**ice**
122:2,3 146:4,8,11,14,22
147:1

**identification**
127:19 128:5,18 129:7
157:5 175:23

**identify**
110:2 140:10

**if**
112:21,23 113:2,9 124:3
125:18 132:20 133:8
139:10 145:3 148:5,25
149:20 150:1 151:15
153:5 156:12,18 161:23
163:15 167:18,20,22
169:12,14,17 171:18
186:19 190:9

**Illinois**
109:16

**immediately**
154:14

**in**
109:7,13,15 110:16
111:5,18,24 113:17,21,
24 117:25 119:5,7
121:13,24 122:8 123:20
125:7,14 127:2,8,16
128:1 130:1,3,25 131:11,
23,25 132:1,3,4,6,14,16,
23,25 133:8,13,14,15,20
135:11 138:2,14 139:23,
25 140:19 141:5,20
142:18,19 143:9,12,23
144:14 145:8,19,23
148:11 149:5,20 150:7,
22 151:6,11,22 152:7

153:9 154:3 155:1,4,10,
12,14,18,22,25 156:2
157:11,19,21 158:12,23
159:2,6,14 160:6,24
161:24 162:4,5,9,21
168:8,10 169:21,23,25
170:22 171:11,21,23
172:25 173:15 174:19,22
175:3,5,7,8,11 177:10
178:19 179:3,6,7 180:13,
24 181:7,17,23 182:19
183:10,20 184:6,11,13,
14,15 185:3,11,21,23
186:1,13 187:1,8 188:17
189:5,6,7 192:1,17,20
193:3 194:5,12 195:25

**Inaudible**
193:20

**incarcerated**
131:15

**inch**
150:19

**indicate**
145:11

**indicating**
119:10 122:13,21 123:9
124:24

**injuries**
166:14 171:8

**inside**
117:19 121:14 126:8,10,
17 153:25 162:3,6,10,11,
17,19,20,23,24 163:3,22
168:13 174:6,9 178:6
179:4,5

**instance**
112:18



**insulin**
135:22 136:14,17

**interact**
119:20

**internet**
109:20

**into**
124:14 137:15,16 140:1
148:16 151:8 154:5
166:7 176:23 186:23
187:5 190:10 191:12
192:9 194:14 195:6,13,
17

**is**
109:4,8,9,11,17,22,23,25
110:13 112:5,14 113:9,
24 118:22 121:24 124:25
126:19,24 127:22 128:8
129:16,19,22 130:14
131:19,21 132:6,10,12
139:4,9,20,21 141:11
142:5 144:6,9,12,15,16
146:11,18 152:6 153:22
155:16 156:4,13,14,24,
25 157:21,22,23 158:12,
18,23 159:6,11,12,21
160:2,7,10,23 168:3
169:20,23 172:3,5,9,14
173:2,12,20 176:4 177:6
180:4,13 181:4,11,16,22
182:1,4,5 183:6,13
184:15,21,22,24 185:5,8,
9,16,24 193:15 194:20
195:8 196:14,24

**it**
111:16 112:6 114:24
116:9,11,12,22 117:1,6,
8,12,16 118:9 120:7,13,
17,19,24 121:2,4,6,19,24
122:1,3,7,8 123:13,15,

16,17,20,23,25 124:2,6,
8,11,12,13,15,22 125:2,
3,17,18,23 126:2,7,14,18
127:8,17 128:3,16 129:5
130:10,18,21 131:2
132:21 134:6,7 135:13,
24,25 136:2,18 137:15,
16 138:15,17,21 139:11
143:6,8,12,20,23 145:25
146:1,2,8,16,17,21,25
148:2,3,5,8,22,25 149:5,
7,20,21 150:9,19,21
151:2,12,17,18,22 152:1,
3,13,23 153:2,7,8 154:13
156:17 157:21 158:4,5
159:6 161:14 162:15
163:2,6 164:2 167:8,12
168:21 169:5 171:18
172:2 173:2,15,20 175:1
177:6,16 178:6,12,25
182:15 183:1 184:3,20
187:4,6,22 188:4,7,15,17
190:22 191:1,9,14
192:11 194:16,18 196:21

**it's**
139:9 146:14 151:5
152:16 194:24,25 196:6,
19

**J**

**jail**
121:22

**jaw**
141:25 142:8,19 145:8

**juice**
146:1 147:3,9

**July**
113:23

**jumped**
142:21

**June**
113:22,24

**just**
111:1 112:2 117:12
118:3 138:21 140:14
141:7 146:1 149:9
150:21,22 157:25
161:10,13 163:7 165:7
166:3,5 168:17 175:11
176:15,22 178:24 180:12
181:1,4 182:14 184:19
188:3,17 189:4,7,24
191:15,19 193:10,15,21
196:6,21

**K**

**keep**
122:7 148:14 149:21

**kept**
152:3 164:6,8,12 165:7

**Kiana**
114:10,19,24

**kid's**
129:24

**kids**
121:6,7 131:13,25 132:3,
13 133:24 135:16 140:9,
14 141:1 145:19 161:22
165:13 177:25

**kids'**
133:8,16

**Kim**
118:12 119:11 120:9
121:25 124:11,17 125:16
126:18 127:23 128:8,11,

21,24 129:10,13 134:8
137:1,4 138:1,6,9,10,15,
22,25 139:19 140:12,16,
19 141:4,8,18,20,24
142:2,4,5,7,12,19,22,25
143:24 144:16 145:7,21
153:16 154:2,3,10,11,16
159:1,13,16 160:2,6,11,
24 161:6 162:25 164:2,
13 165:4,11,19 168:15
171:2,4,10,16,20,24
172:10,16,20,25 173:9,
13,21,25 174:14 175:7
176:7,12,16,20 177:3,11
178:8,16,18,22 179:13,
14,16,17,18,19,24 180:6,
14,17 181:6,7,17,22,25
182:3,4,9,13,21 183:2,
14,18 184:12,25 185:10,
18 186:9 187:10,11,13,
17 188:6,11,14 189:14,
17,19 190:19 191:12,15,
18,20,24 192:2,9 193:2,
11,17,23 194:2,4,11,14,
20 195:3,12,24

kind
136:12 147:14 187:21,25
192:11

kitchen
133:2

knew
115:24 153:7 194:18

knock
138:11,19,22 139:2,20
140:13,17 141:10 144:23
145:15 160:18 171:15
176:13,17 179:15,19,25
180:14

know
112:10,22 113:4 114:12,

13,17 115:4 117:9,12
118:16 121:23 122:13
126:11,12 134:5,6,15
137:22 140:2 142:14
145:3 147:4,13,20
152:11 163:7,10,12
168:1 170:22 177:9,15,
17 185:25 189:10,12
190:10 192:7 194:8

known
115:8

Konni
110:13

_____

**L**

label
109:11

Ladies
109:4

land
125:23

laptop
116:5 119:24 120:4

Laramie
194:19 195:1,2,4,8,14,
20,22 196:1,11

last
111:11,15,24 112:7,17
114:22 130:8 184:3

late
134:21 135:6

laying
149:5,9

leading
137:4

leaning
174:23 175:3 186:12

learn
114:18,22

least
115:16

leave
116:18 140:25 141:2
142:24 154:12 179:3

left
116:4 118:9 119:24
120:4 131:19 149:1
156:18,23 157:14,18
159:11 167:23 168:5
169:18 186:16,20 190:17
194:19 195:8,14,22
196:11

left-handed
164:24

leg
121:9,12 149:21 151:19

Legal
109:6 110:14

legs
148:2,5,16 150:24 151:2,
3,6,8

length
123:2 152:21

less
147:7

let
112:22 113:4 119:2
150:22 165:6 177:11
181:10

let's
144:5 196:21


AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**light**
116:9,22 117:1 118:9
157:22

**like**
124:22 141:25 145:24
146:10,11,17,20,21
147:10,16,24 150:7,23
151:17 152:8,25 153:6
154:20 157:19 174:9
175:14 177:15,16 179:6
186:12 187:20 188:18
189:2

**line**
176:4 177:6 178:20
180:13 181:4,11,12,16,
22 182:1,5

**lines**
184:16

**lip**
124:18,19,23,25 125:2,3
166:10,12 167:10,12
169:5

**lips**
124:21

**listening**
145:18

**little**
115:9 117:6 120:12
123:10 133:14 147:16
150:9,11 155:17 157:20
158:9 159:8 172:3 180:4,
5 181:18 185:13 187:22

**live**
117:25 131:9

**lived**
115:11,24 131:11

**living**

132:21

**located**
109:6 155:16,18 156:4,
13,24 157:22,23 159:3
172:10,21 174:25 178:20
182:1,5 183:7 185:24

**locations**
109:21

**long**
115:4 116:12,24 117:10,
11,16 121:18,21 122:11,
12,13,14,15,16,19,20
140:16 141:4 148:1
151:5 160:24 161:14,16
162:13,15,23 163:2,18
166:1 167:8,10,13,14
168:11 169:6 170:11
179:4 184:3 187:21
189:7

**look**
123:1 145:24 147:10
152:8,25 187:19

**looked**
140:21 153:6

**looking**
137:25 156:18 157:7
167:20,22 179:23

**Lorel**
167:18,19

**lot**
146:1 147:2

**low**
113:4

**lower**
191:9,11

**lunch**
196:15

**M**

**machine**
122:6

**made**
150:15,24 191:10

**Madison**
166:18,22 167:3,7,17
168:2,3,6 170:6 194:22
195:25 196:7

**main**
195:2

**make**
112:22 113:7 141:7
168:16 182:21,24 183:19
191:6 193:1,11 194:1,11
196:21

**making**
179:2 188:22 193:17

**man**
171:14 174:21 175:13
176:5,21 177:14,20
178:9 179:14

**manner**
188:17

**many**
115:10,13 119:2 132:1,
14 142:1,9 146:20 147:2,
3,12 165:23 189:9 190:1
192:5 193:5 194:7

**mark**
175:20

**marked**
127:14,15,18,25 128:4,
14,17 129:2,6 155:1
157:3,4 175:22

**marker**
127:17 128:2,16 129:4

**Market**
109:6

**Marquee**
131:17

**material**
123:25

**matter**
109:13 161:4

**may**
110:24 113:24,25 115:5
116:3,16 117:5,25 118:5
119:21 126:18 127:3
130:14 131:11 133:9
134:23 135:7 136:13,20,
25 137:3 139:18

**maybe**
135:9 150:19 169:7
181:18

**Mcdonald's**
136:4,5,6

**me**
111:25 112:2,13,22
113:4 117:17 119:2
120:10,15 121:2 131:25
136:19 137:8 141:3
143:2 145:19,25 146:19
147:9,21 151:4 155:9
160:17,22 161:11 164:4
170:25 172:2 173:2
175:12 177:11,21 181:10
185:23 187:23 193:12
196:18

**mean**
114:15 136:18 137:9
149:24 160:19 167:13
178:11 184:2 189:4

**media**
109:11

**medical**
111:13

**medication**
135:20 136:11

**memory**
193:16

**met**
114:16,17

**metal**
148:4

**middle**
123:20 127:16 182:16
184:14,15,16

**Mine**
131:22

**minute**
166:3,5 167:5

**minutes**
162:14 163:6

**missed**
142:11,20,23 154:10

**misstates**
164:15

**mistaken**
125:19 149:20 167:19

**more**
112:1 115:8 146:20
147:5,7,8 189:11 192:19
193:7,19,24 194:2,9

**morning**
109:4

**motion**
189:5 193:13

**movement**
168:16 188:22

**moving**
113:12 114:5,6 115:24
173:15,21 188:4

**MR**
110:6 111:6 118:24
119:25 120:5 126:3
136:22 137:5 139:12,16
144:5 149:2 153:10,17
157:25 158:6 164:15
196:16,19

**Ms**
109:24 110:4,8,11 111:1,
7,10,11 119:1 120:2,8
126:4 127:12,21 128:7,
20 129:9 136:24 137:6
139:7,13,17 144:3,7,13
149:4,13,15,16 153:12,
19 157:6 158:8 164:18
175:25 176:2 196:14,18,
21

**much**
118:2 138:5 146:8 154:9
162:16

**Murray**
110:8

**must**
163:20

**my**
109:4 111:18,20 112:3
115:21 122:3 127:1
129:17,21,24 130:18,21
131:2,13,25 133:13,14
137:23 143:9,10 149:24
150:7 152:15 159:25
162:1 169:16 172:5
174:23 175:24 184:15
192:13,16

AdvancedONE
LEGAL
(866) 715-7770
advancedONE.com

**myself**
164:8

**N**

**name**
109:4 112:10,12 114:12,
14,18,23

**napkins**
146:2

**naval**
150:7,11

**near**
115:24 156:3,13,20
175:14 185:24

**need**
136:22 139:10 144:3
193:22

**needed**
151:7

**new**
111:12 148:3,5

**next**
112:5 127:17 128:2,3,15,
16 129:4 132:19 135:3
139:20 140:24 143:20
156:11 164:7 170:24
182:18 184:4 185:22,23
196:7

**Nick**
109:4

**night**
133:4

**nipped**
187:25

**no**
110:11 111:14 112:1

113:8,10,22 114:8,16
115:22 116:11 118:13,15
119:16,19 120:18,23
125:11,13,15 126:9
127:4,24 128:13,23
129:1,12,15 131:10
132:24 133:25 134:18,20
135:4,21 136:15,21
138:17 139:5,16 146:13,
25 147:18 148:1 149:15
152:22 154:6,8 155:18,
24 156:5,7,16 157:3
162:12 165:17,18 166:3,
20 168:24 170:10 171:3
172:23 174:11,17 175:17
176:22 178:1,3,17
179:17 180:24 182:1
183:8 184:16,20 186:15
188:13,21 190:15,23
191:8,18,22 192:15,18,
22 193:20 194:23,25
195:18,20,23

**nodding**
113:8

**Nope**
139:3

**normally**
133:7 135:5

**north/south**
170:2,9

**Northern**
109:15

**not**
114:13,17 115:6,15
116:14,25 117:11
119:13,22 122:17,25
125:18 126:17 134:21
135:6 136:23 145:10
149:20 153:22 156:10,12

159:23 161:16,24 162:18
167:10,14,18 168:12
169:10 175:2 177:24
185:23 191:1 192:22
194:3,13

**nothing**
110:21 160:21 179:3

**notification**
113:3

**now**
109:9 144:8,11 157:3
158:4 181:22 185:16
196:23

**number**
109:8,11,16 128:3,12,16
129:4,16,19,23

**O**

**object**
152:16

**objection**
118:24 119:25 120:5
126:3 137:5 149:2
153:10,17 164:15

**occurred**
137:4,18

**of**
109:11,12,13,14,16,22
110:1,5,6,9,20 111:3
113:7,18,19,20 114:3,22
115:9,18,25 116:1
117:19,25 119:11
120:17,20,24 121:4,9,10,
12,19 122:2,22 123:2,4,
12,20,21 124:5,7,19
125:7,21 126:21,25
127:16 128:1 129:17

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

131:8,11,18 132:6,9,16
134:2,19 136:11 139:9
140:10 143:9,13 145:14,
16,19,23 146:1,9,11,12,
14,22,25 147:1,2,14,22,
24 148:16,18 149:11
150:4,15,24 151:5 152:6,
21 153:15,25 154:4,5,7,
21 155:2,10,12,22 156:7,
23 157:14,15 159:7,11,
20 161:4 171:21,23
173:17,22 174:1,4,6
175:6,16 176:23 180:22
182:16 183:6 184:12,18,
21 185:6 186:13 187:21,
25 190:1,4,7,8 191:22,23
192:10,11,12 193:16
195:25

**off**
116:19 120:16,17,19,24
121:2,4,19 127:11 144:2,
8 148:7,8 153:8 154:18,
19,23 161:23 167:7,9,11
168:17,18,20 169:3
186:15,16,19 190:7,25
191:3,17,19 196:23

**Oh**
139:13

**okay**
111:1,23 112:21 113:1,5
123:4 128:14 132:9
139:7 144:6,14 145:2
150:8 151:11 155:4
158:15 159:1,16,22
161:3 167:21 169:16,25
172:8,14,18 173:19,25
175:20 176:12 181:20,22
183:10 184:22 185:2
186:2 192:16 196:16,22

**old**
119:5,7 134:23,25

**older**
118:21,22 119:9

**oldest**
133:13

**on**
109:22 110:1,4,6,8 115:5
116:3,15 117:5 118:1,4
119:21 121:6,7,8,9,10,12
123:17,19,20 124:12,13,
15,21 125:2,3,5,21,23
126:2,17 127:9 129:3
130:13,19 133:7,9
134:20,23 135:5,7
136:13,16,20,25 137:3,8,
13,21 138:2,7 139:18
141:1 144:12 146:2,24
148:25 149:6,7,9 150:1
153:22 155:12,13,16,25
156:6,7,14 158:10,16,22
159:4,8,10,12 160:7,10
161:6 167:12 168:8
169:5 170:1,8 171:14,23
172:4,6,9,18,20,25
173:12 174:13,21,23
175:4,9,13,21 176:5,21
177:2,4,13,20 178:9
179:14 180:12,22,25
181:2,6 182:12 183:8,17
185:9,16,18 186:11,12
190:12,14,15,17 192:5,
11,21,22 195:8,14,22
196:3,6,11

**once**
142:3,10 165:25 167:10
171:4,13 187:7 193:2,24
194:2,5

**one**
109:12 127:17 128:12

129:17,23 130:12,16,25
132:2 135:1 142:19
144:6 145:12 146:12
147:22,24 148:1,16
151:5 166:6,11,14 169:3
171:7 173:4 175:17
187:21 190:2 191:1
192:8,19 193:7,15,19
194:9 196:6

**ones**
133:14

**only**
118:18 141:13 161:3
164:14 166:14 171:1,4
192:8,17

**onto**
190:11,13,25 191:4,16,
20,25

**opening**
156:25

**opposite**
156:7 194:24

**or**
112:18,23 113:3,8,10
115:20,22 116:8 120:13
121:7 122:12 123:9
124:13 125:23 133:7
134:7 136:8,12,19
143:25 146:23 149:1,5
150:9,23 153:9 155:25
156:18,22 161:23 162:20
163:11,24 164:24 167:23
168:5,8 169:18 173:8
174:23 175:3 177:18
185:6 186:12,16,20
190:9,17,20,24 191:3,9
195:16

**orange**
173:11,12,20 180:13



**order**
130:3

**other**
124:5 136:11,13 142:15
144:16 145:4,12,22
154:20,21 159:20,21
165:10,20 175:17 176:24
178:2 184:8,20 190:2
192:21 195:16

**out**
113:22,24 114:3 116:9,
22 117:2 118:9 130:1
138:11,20,23 139:2,21
140:13,18 141:1,10
144:24 145:15 147:22
148:4,9 151:8 153:9
160:18 161:20 162:1
163:8,13,15,17 165:14
171:15 175:1 176:13,18
177:21 179:3,6,7,15,20
180:1,15 191:22 192:4

**outside**
115:18,25 125:21 130:2
139:18 143:18 162:20,21
177:19 188:5,7

**over**
116:15 117:10,13,15
118:4 122:4 136:12
159:4 184:20 187:6
190:8 191:14 194:16,18

**own**
132:5 134:20 135:6

                      **P**

**p.m.**
196:24

**packed**
178:4

**paper**
147:17

**parked**
175:1

**parkway**
157:15

**part**
148:19 152:5,8,13
153:21

**parties**
111:2,4

**passed**
154:9 162:16

**passenger**
155:16 156:4,14,23

**past**
115:10,25 192:5,20

**paying**
144:25 177:16 178:12

**pen**
152:15

**Pennsylvania**
109:7

**people**
147:25

**Perry**
109:5

**person**
127:2

**personally**
140:18

**Philadelphia**
109:7

**phone**
109:8

**photograph**
126:25 127:17 156:19
186:19

**photographs**
126:21

**physical**
140:20 144:21 193:1,17

**physically**
184:7

**pick**
143:16 164:19

**picked**
124:11 143:5,7 161:8,21
162:17 164:1,2

**picnic**
147:23 150:23

**pinpoint**
174:8

**place**
151:8

**placed**
109:15

**plaintiff**
109:23

**plaintiffs**
110:7

**plastic**
150:16 151:1,20

**playing**
130:18,21,22 131:2,3

**playpen**
130:17

**please**
110:2,15 113:4 161:6
173:3 175:21

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

**point**
116:20 125:14 144:6
160:9 161:20 180:23
195:6,13,21 196:15

**pointed**
169:21

**pointer**
158:3

**pointing**
158:10

**pole**
120:12,13,14,15 121:8,
10,19,24 122:1,5,11,19
123:2,7,19,20,21 124:5,
7,9,10 125:12,17 126:1,
8,10,17,22,25 127:2,5,
16,22 128:2,8,12,15,21,
25 129:3,10,13,16,19,21,
23,24 130:4,19,22,25
134:8 143:25 144:1
148:4,9,15,18,20 149:17,
18 151:15 152:12,20,21
153:15,25 157:22 160:23
161:9,21 162:17 164:1,
10,13,20 165:1,12 169:1,
2 171:2,4,8 173:9,14,21
174:3 186:9

**poles**
129:18,25 130:2,6,9,12,
13 131:4

**positioned**
139:10

**pounds**
146:20

**pour**
135:15

**prescription**
135:19 136:12

**previously**
116:3 154:25

**prior**
115:14 164:16 165:24
167:9 177:13 178:9

**probably**
115:9 116:8 122:20
123:8 147:1,8 150:4
162:14 163:10

**problem**
149:15

**proceed**
110:25 132:20

**pronounce**
112:9,10

**public**
127:1

**pull**
120:17

**pulled**
151:8

**punch**
137:19,20,22,24 138:1
140:4,6 141:17,23 142:1,
5,7 145:6,7,9 187:7
189:5,6,14,20,22 190:2

**punched**
142:4 145:4,12 189:17

**punches**
187:3

**punching**
188:18

**purple**
176:3 177:6 178:20
181:4,11

**put**
133:9,12,23 134:2,10,16
167:12 168:22 169:5
171:22 173:11

**putting**
124:16 166:23 175:5
178:24

---

**Q**

**quarter**
123:11,12

**question**
112:21,24 115:21 119:2
162:18 169:17 192:13,16

**questioning**
110:3

**quick**
144:5

**quite**
139:8

---

**R**

**random**
138:21 140:14

**ranting**
141:1

**reach**
182:9

**react**
183:24

**reaction**
169:1

**ready**
180:9

**real**
  114:14 144:5 165:9

**realize**
  163:19

**realized**
  167:10

**really**
  145:18 174:24 177:9
  189:4

**reason**
  148:13

**recall**
  119:22 120:6,7 124:3
  125:1 126:6 135:25
  144:25 153:1 169:10
  177:9,24 192:10 194:3

**recess**
  144:10 196:25

**record**
  111:2 127:11 144:2,9,12
  158:22 196:24

**recording**
  111:3

**rectangle**
  158:23 173:5,8,10,17,23
  174:1,4,10 183:6 184:19

**red**
  158:15,22 173:4,5,7,8,
  10,17,22 174:1,4,9
  181:11,16,22 182:1,5
  183:6

**redo**
  181:10

**regular**
  112:3 149:24

**relatively**

153:2

**remember**
  115:16 116:5,21 117:21,
  23 118:6,8,10 121:1,3
  122:25 123:24 124:20
  125:25 126:6 135:12
  136:1 138:12 139:24
  142:17 146:7 149:3,19
  150:18 151:14 153:1,3,4,
  5,14 154:1,24 161:23
  163:1,5,7 164:21,23
  165:3 170:12,23 174:24
  185:25 186:4,6 187:9
  189:15,18,21,24 190:3,9
  193:6,8

**remotely**
  110:20

**remove**
  130:3 173:19

**repeat**
  112:23 120:1

**repeating**
  161:13

**rephrase**
  112:23 119:2

**reporter**
  109:19 110:13,15

**represent**
  109:5

**responded**
  169:3

**response**
  139:23,25

**restaurant**
  136:2,3

**returned**
  117:1

**right**
  112:19 113:2,7,12
  115:19 116:1 124:22,24
  125:6 127:13 132:9
  141:11 142:5 143:18,20
  144:17 145:4,5,9 149:1
  150:7 151:9 152:6,16
  155:12,22 156:18,22
  157:2,10,19 158:10,21
  160:4,5,9 161:1,2,4,22
  167:24,25 168:5,7
  169:12,13,15,18,19,21
  170:1,5 171:22 173:11
  174:8,12 175:2,14,15
  178:6 183:8,16 184:14
  186:17,18,20,21 188:20,
  24 189:3,7 190:17 195:1,
  8 196:1,6,8,13

**right-handed**
  164:24,25

**rocking**
  122:7 149:21 151:18
  152:4

**roll**
  190:8

**rolled**
  190:9,24 191:3

**room**
  111:5 132:5,19,22,25
  133:1,8,14 150:3 179:12

**round**
  153:2

**rubber**
  124:2

**Rubber-ish**
  124:1

**rugged**
  148:19 152:5,8

**rules**
112:16

**run**
154:5

**running**
165:8

**runs**
170:2,9

**Rush**
112:15

---

**S**

---

**said**
115:22 117:15 135:4
138:10,12,13,22 139:2,4,
5 140:12,17 141:9 143:1
144:24 147:2 151:17
152:5 160:17 161:7
162:9 167:4 174:21
175:13 176:5,13,17,21
177:15,16,17,19 179:13,
14,19,25 180:14 186:25
193:10 194:21

**same**
111:5 112:16 120:5
133:24 134:2 170:19
192:1 194:20,25

**sat**
150:11

**save**
177:11

**saw**
111:17 115:18 126:24
137:1 138:5,15 140:18
141:8 142:5 145:7
169:11,25 170:4,21
171:20,24 172:10,22

187:23 193:9,12,13
195:19

**say**
114:24 115:7 135:2
138:6,9,18 139:12,23
141:25 147:1 154:16
156:11 157:25 160:15,21
161:8,18 164:11 165:10,
19 166:4 169:8 171:16
173:20 175:2 177:12
190:1 192:2 193:21

**saying**
137:10,13 138:1 141:8
145:14,15 146:11 161:12
163:12 177:13 178:9,11,
13

**says**
139:20

**Schnidt**
109:24 110:4,11 111:1,7,
10 119:1 120:2,8 126:4
127:12,21 128:7,20
129:9 136:24 137:6
139:7,13,17 144:3,7,13
149:4,13,15,16 153:12,
19 157:6 158:8 164:18
175:25 176:2 196:14,18,
21

**school**
113:13,18,19,20,21,23
114:3,6 115:18,25 134:1
135:3

**seated**
155:19,20

**seats**
130:2 162:22

**second**
142:16,20,22 154:11

161:17,19 167:15 169:7
174:16 196:10

**seconds**
140:22,23 141:6,14,17
144:14 161:4 163:6
168:20

**sedan**
155:17 156:6,15

**see**
115:13 118:2 119:20
126:1 127:8,16 128:1,15
129:3 130:22 138:4
140:4,5 141:17 145:5
152:15 155:1,4 156:12
157:7,11 158:1,2,4,5,9,
16 159:17,25 160:9
166:19,25 169:20 170:8,
13 171:23 172:20,24
175:6,9 176:7,10,14
177:3 179:23 183:10,18,
21 184:11 187:16 193:1,
10 195:3,21

**seeing**
111:23 126:7

**seen**
126:21 127:2

**self**
190:16

**sell**
141:10 144:15 150:11
151:16

**selling**
139:19 140:7,11 143:10
145:3,13 155:5,10

**sense**
112:22

**separate**

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

109:20

**September**
109:9

**set**
130:10 145:20 158:13,
19,24 175:25

**setting**
131:5

**shaking**
113:9

**shave**
146:16

**shaved**
146:4,14

**Shaw**
117:4,25

**she**
111:25 112:2 113:17,19,
22,23,24 114:2 117:10,
13,15,18,19 118:4,7,9,
11,16,18 119:12,13,23
120:3 134:1,21 135:3,5
139:5,14 158:1 162:9
163:7,9,10,13,14,15,16,
18,20 179:9 186:3,5,6,7,
8,11

**she's**
158:2 163:19

**shirt**
167:11 168:18,20 169:3

**shoulders**
123:5

**Show**
187:23

**showed**
188:18 189:7

**showing**
127:13,15,25 128:14
129:2,22 154:25 157:2
167:21

**shows**
155:2

**sic**
152:6

**sick**
111:17

**side**
124:19 125:1 148:18
149:1 151:10 155:16
156:4,7,14,23 159:8,9
184:21 186:15,16,20
190:14,17 192:12,21,22

**sidewalk**
125:24 155:24 156:1,21
157:14,23,24 158:10
159:4,11 160:11 168:8
172:4,6 175:15,18
180:23 183:9,17

**Silver**
123:14

**since**
111:11 127:2 162:15
163:3

**sit**
150:2

**sits**
147:24

**sitting**
111:5 124:12,13,15
129:3 130:19,25 146:24
150:1,3 155:5,10,16

**size**
123:12 147:19 149:24

150:4

**slapping**
188:23 189:2

**sleep**
131:23 132:4,16,23
133:6,7 134:22

**sleeping**
133:15 162:7,11

**slept**
131:25 132:3

**slid**
190:7,9,25 191:3

**sliding**
187:4 188:5

**slight**
137:17

**slip**
188:11

**slipping**
187:4 188:5

**slow**
187:21,25 188:2,4 189:5
193:13

**slowed**
192:11

**small**
133:20

**snack**
163:11

**snapped**
151:6,8

**snow**
117:18 118:18 141:11
143:11 144:15 147:15
150:11

**snowball**
117:18 122:2,3,6 130:11
131:7 136:8,10 143:18
145:20,24 158:13,19,24
166:23 168:22 178:4

**snowballs**
139:19 140:7,11 145:3,
13 151:16 155:5,10

**so**
113:20 114:20 115:2,23
117:3 122:3,22 123:3,4
124:3 125:4 126:17
130:3,6,12 133:15 135:5,
17 137:25 138:14
139:10,18 140:16,22
141:7 143:20 144:14
145:2 146:20,23,25
148:4,15 149:10,17,22
150:1,10 151:5,14,17,19,
22 152:14,15 153:22
154:2,14 157:17 158:21
160:5 161:3,6,17 162:10
163:18 164:1,8,13
166:11,14,21 167:20
168:5,15,19 169:16,20
171:1,4 172:5 173:20
174:12 175:20 176:3,6,
16 177:8,11,17 178:8,18
179:23 181:22,25 183:23
186:22,25 187:10 189:6
190:13,19 191:3 192:22
193:15,21 195:6 196:3

**some**
158:6 186:15 192:12

**somebody**
126:11,12 145:12,16

**somebody's**
187:5

**Somehow**

140:1

**someone**
144:15

**something**
136:2 138:12 139:10
144:24 150:23 157:25
163:20 174:23 177:18
178:11 186:12

**sometime**
136:1

**Sometimes**
177:8

**somewhere**
152:20 164:12 165:10,13
180:16

**son**
130:18,21,22 131:2,3

**son's**
129:17,21

**soon**
154:13

**sorry**
113:16 122:9 123:10
127:14 144:20 151:4,25
155:7 158:7 166:4
174:12 180:12 182:2
185:14 188:10 195:11

**sound**
145:16

**space**
157:20,21

**speak**
110:20 111:19

**speculate**
112:18

**speed**
161:16

**spend**
133:3

**spoke**
138:16

**spot**
192:1

**square**
158:16,23 159:10,12
160:6,10,25 173:4
184:22,24

**stand**
130:11 131:7 136:9,10
145:24 158:13,19,24
169:6 178:4

**Standby**
109:3 144:11

**standing**
155:20,21,25 156:3,11
157:11 160:24 169:4
171:19,24 172:6,10,12,
15,22 173:7,13 174:4,10
175:3,7,12 176:5,8,10,22
180:18,25 181:1,5,6,7,
12,17,23 182:1,5 183:2,
4,5,11,14,16 185:2,4,10,
17,21 186:7 191:15,20
192:1

**Stapf**
110:13

**start**
109:11 113:17 117:8
162:25 179:15

**started**
113:19 117:6 124:16
140:2 143:2 163:4

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

166:23 177:12 178:25
183:25 187:4

**starting**
110:3 117:13 182:20

**station**
146:12

**stay**
161:1

**stayed**
173:22 178:19

**steady**
148:14 151:18

**stick**
112:2,3 120:12,13 143:5,
8,17,25 165:21,23
168:19

**sticking**
143:23 149:5,7 151:22

**still**
111:25 116:9,22 117:1,
16 119:23 120:22 121:16
131:9 141:1 148:22
153:2 161:11 166:19
180:24 183:4 192:1

**stood**
166:3,5 167:4,6,8
168:17,20

**stop**
113:4 192:4

**stopping**
144:6 196:15

**straight**
123:1,3 152:16 163:8,13,
14,17 195:1

**straws**
146:2

**street**
109:6 148:25 155:23
166:18,22 167:3,7,16,17
168:2,4,6,9,10 169:11,
14,25 170:1,6,8 174:19
175:7 176:9,11,15
177:10 180:13,24 181:8,
17,23 182:19 184:6,11,
13 185:3,12,18,21,23
186:1 187:1,8 192:6,12,
17,20,23 193:3 194:5,12,
25 195:2,17 196:7

**street all**
179:22

**stretch**
193:22

**strike**
115:12 120:9,11 122:9
124:11,17 125:9 127:14,
23 128:8,11,21,24
129:10,13 137:1,4
141:20 142:13 143:24
153:15 182:2 184:22

**striking**
126:18 169:1

**strong**
152:1

**struck**
121:25 124:25 125:2,16
142:19 145:17 154:4,7
168:15 169:2,9 171:1
173:13 174:3,10 179:17
187:12 188:6

**stuck**
124:14

**stuff**
124:16 131:5,6 141:2
143:18 161:11 166:23

168:23 178:24 179:2,5,7

**sturdy**
152:3

**Styrofoam**
147:18

**sugar**
113:4

**Suite**
109:7

**sun**
117:14

**support**
151:15,19

**sure**
113:7 115:6,15 116:14,
25 122:17,25 141:7
145:10 161:24 168:12
175:2 179:2 191:1
194:13

**swear**
110:15

**swing**
142:15 164:22 165:5,23
166:14 171:2 187:17,19
193:23 194:4

**swinging**
165:11 182:13,14 188:18
189:1,25

**switch**
165:1

**sworn**
110:19

**swung**
142:10,11,20,22 143:5,8
154:11 164:13 165:21
166:6,11 168:19 169:2

AdvancedONE
LEGAL

(866) 715-7770
advancedONE.com

171:4,7 173:9,21 182:6,
7,22 183:3,15 186:9
187:25 188:12,14 189:17
190:2 194:9

## T

**Tabatha**
109:12,13 110:18

**table**
122:3,6 146:1,24 147:19,
21 148:3,6,7,14,16,24
149:18,21,23 150:2,3,5,
6,10,21,22,25 151:4,7,
11,15,20 152:2,6 155:14,
18,22 156:8

**tables**
147:22,24 151:6

**tabletop**
150:15,17

**take**
115:20,22 116:8 122:12
123:9 130:2,4 135:19,22,
24 136:20 144:3 149:11
161:14

**taken**
109:17,22,25 129:25
144:10 184:5 196:25

**taking**
115:11 169:3 179:6

**Takyla**
117:4,24 118:20 119:5,
15,18,19,20

**talk**
117:22

**talked**
119:14 143:25

**talking**
139:14 146:10 161:10
178:9,14 191:18

**tall**
122:9 149:22

**Tammiron**
131:14 134:25

**tapped**
187:21

**Tell**
193:11

**telling**
164:12 171:14

**ten**
147:7,8

**testified**
110:22 116:4 118:20
119:9,17

**testimony**
164:16

**than**
115:8 123:10 136:13
146:20 147:5,7,8 165:10,
20 189:11 192:19 193:7,
19,24 194:2,9

**Thank**
110:11,12,24 111:7
149:14

**Thanks**
196:22

**that**
109:23 111:16 112:1,8,9,
13,17,21 113:2,9,10,22
114:19 115:12,24 116:4,
5,13 117:12,15,19
118:14,16,20,21,22
119:9,15,17,22 120:1,15,
22 121:18,24 122:6,10
123:3,4 124:10,25
125:12,14,17 126:1,8,10,
19,21,25 127:14,22
129:20 130:8,10,13,14
131:21,23 132:9,12
133:1 135:10,15,20,22
136:8,13 137:1,2,9
138:4,5,14,21 139:4,5,9,
14,21 140:11,14,18,24
141:11 142:5 143:12,17,
25 144:14,16 145:8,12,
15,20 146:3,6,11,17,18,
25 147:24 148:4,7,15,16,
20,21 150:6,10,21,22
151:6,15 152:2,5,6,14
153:4 154:10 155:2
156:9,10,13 157:15,20
158:1,2,12,16,18,23
159:11,12,19 160:2,7,9
162:1 163:7,12 166:6,11
167:4,8,13,18 168:1,3
169:10,23 170:8,9 171:7,
11 173:4,12,15,20 174:6
175:3,9,15 176:3,4
177:6,18,24 178:19
179:3,9 180:13,23 181:5,
10 182:1,2,5,22 183:6,
21,24 184:2,4,19,23
185:20,25 186:12,25
187:22 188:17 189:9,17
191:10 192:8,9,11,13,16,
19,23 193:9,13,15,16
194:3,17,18,20,21 195:8,
19

**that's**
126:13 137:16 141:3
142:24 144:7 159:6
160:4 168:21 169:19
171:14 174:21 175:2,13
176:5,21 177:14,20

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                           228
TABATHA WASHINGTON - VOLUME 2, 09/28/2021
                                                    Index: the..they

178:9 179:14 182:19
183:25 186:13 193:15
196:18

**the**
109:3,8,9,11,12,13,14,
15,18,19,22,25 110:1,3,
5,7,9,10,12,15,16,20,21,
24 111:2,4,5,15,24
112:7,8,9,10,12,14,16,
17,23,24 113:5,18,19,20
114:13,15,16 115:23
116:12,17 117:14,16
118:11 119:2,10,11
120:16,24 121:2,4,6,7,8,
9,10,12,13,16,19,20
122:1,2,5,6,8,11,19,22
123:1,2,3,4,7,12,19,20,
21,22,25 124:5,7,8,12,
13,14,15,22,24 125:2,7,
21,23 126:2,16,17,24
127:2,5,11,16,22 128:8
130:2,4,6,8,9,11,19
131:5,7,14,16,18,19
132:6,9,13,19,20,21,22,
25 133:2,3,7,8,13,15,20,
24 134:1,2,5,8,10,12,21
135:3,10,11,16,17 136:6,
8,10,12,23,25 137:22
138:14 139:9,20 140:4,5,
10,11,24 141:16,25
142:8,15,16,19,20,22
143:5,7,10,12,13,18,23,
25 144:2,8,9,11,12,14,16
145:3,4,5,8,12,14,16,20,
23 146:3,12,24 147:21
148:1,7,9,11,14,16,18,
19,24,25 149:1,5,6,7,9,
11,14,17,18,20,21 150:1,
4,10,15,17,22,24,25
151:3,6,7,8,11,15,16,19,
20,22 152:5,6,7,8,12,13,

20,21,24,25 153:5,8,9,
15,21,22,25 154:20,21
155:5,10,12,13,14,16,17,
18,22,23,24,25 156:1,2,
6,7,13,14,17,18,20,22,
23,25 157:1,11,14,15,18,
21,23,24 158:3,4,10,22,
23 159:4,5,6,8,9,10,11,
12,17,20,21,23,24
160:10,23,25 161:8,20,
21,24 162:4,5,6,9,17,18,
19,24 163:3,4,16,19,22,
23 164:1,10,13,20 165:1,
4,11,21,23 166:23
167:22,23,25 168:8,10,
19,22 169:2,11,12,13,14,
15,17,18,19,20,23,25
170:1,4,19,22 171:2,4,7,
21,23 172:4,6,9,12,14,
15,24,25 173:4,5,7,8,9,
10,12,14,17,19,21,22
174:1,3,4,15,19,22
175:3,4,6,7,8,14,16,17,
24 176:1,7,9,11,14,15,
23,24 177:5,6,10,22
178:6,18,19 179:2,3,7,
22,24 180:13,22,24,25
181:2,7,11,12,16,17,22,
23 182:16,19,20 183:6,8,
10,13,16,17 184:1,4,6,
11,13,14,15,16,19,20,24
185:3,4,5,6,7,9,11,15,17,
18,21,23,24 186:1,9,11,
12,13,15,16,18,19,20,21,
22 187:1,2,7,8,19 188:17
189:6,16 190:2,4,6,7,8,
10,11,13,16,17,19,20,21,
22,25 191:3,6,10,12,16,
20,22,23,25 192:1,5,8,
10,12,17,20,21,22,23
193:3,9,15 194:5,12,15,
20,24,25 195:5,6,7,13,

17,25 196:7,10,11,23,24

**their**
109:20 130:1,3 132:4
159:2 162:21 190:2

**them**
124:8 133:12 134:2,17,
19 141:17 147:22 151:8
154:4,5,7 162:16,19,23
176:23 180:22 181:21
190:2,4 192:4

**then**
132:6,9,25 134:1 139:23
140:16 141:21 142:10,20
143:3 145:9 147:21
153:4 154:18 160:23
168:23 169:11 170:1
180:17 183:23 187:16
190:24

**there**
112:1 113:17 115:16
118:7,11,17,21,22
119:10,13,15,18,23
120:3 124:4 131:11,19,
25 132:1,3,7,10,14,17,23
133:8 134:16 136:11
140:25 141:1 143:19
148:5,9,22 153:5,22
157:19 158:6,7 159:23
161:1,20,22 162:1
163:16 165:13 166:3,5
167:4,6,8 168:18,20,25
169:4,6 172:22 175:1,2
176:22 177:21,25 178:2
180:5,16 181:1,21
191:15,20 192:19,22
193:19

**these**
129:25 145:13

**they**

114:20,25 121:11
126:13,15 130:16 132:4,
18 133:8 134:21,22
136:18 140:1,14 147:10,
16,18 159:3 162:3,5,7,
10,13,21 163:23 177:9
182:19 183:25 184:6,7,9,
18 185:3 186:25 187:3,7
188:4,5 189:24 192:6,20,
24 193:2 194:5,12

**thick**
150:17,20

**thin**
120:16 150:21,22

**thing**
123:17 139:20 140:24

**think**
135:9 136:4 146:21
149:7 151:4 158:1
160:22 167:18 174:22
184:9 185:4 191:11
192:11 196:14,16

**this**
109:11,17,22,25 111:3
122:12,13,14,20 123:8
127:16,22 128:8,21,25
129:10,13 144:6 147:19
149:22 150:5 155:15
156:3,11,12,14,19
157:11,21,22 158:9
160:25 169:20 172:3
173:22 174:9 175:15,16,
18,20 176:3 179:5
184:18,22,24 185:9,16
196:14

**those**
130:9 131:3 146:12
147:9,16,24 151:5

**though**
111:4 134:14 145:25
150:2 180:8 188:23
189:2 191:4 195:2

**thought**
139:14 167:4

**threat**
145:14

**threatened**
143:5

**three**
128:16 129:19 130:12
131:4,13 132:3 133:24
189:11

**threw**
125:18 126:2 137:20,22
138:1 140:4,5 145:5
187:3,7 189:4,6

**through**
113:15 131:18 157:15

**throwing**
111:17,25 137:23

**thrown**
137:19

**tilting**
122:4

**time**
109:9 114:13,15 115:23
116:12 117:8,16 118:25
119:11 126:24 130:8
131:15,16 133:24 134:3,
5,6,14,16 135:25 137:1
138:14 140:11 142:16,
19,20,23 144:9,12
145:21 154:9,11 162:2,
16 166:7,11 169:3 171:7
174:16 177:22 178:18

179:9 182:22 185:20
189:16 192:14 193:7,9,
13,15,19 194:9 196:6,8,
10,24

**times**
115:10,13,17 116:1
142:1,9 165:23 184:10
189:9,11 190:1 193:5
194:7 196:3

**tip**
153:23

**tire**
185:15

**tired**
134:21 135:5

**to**
110:20 111:2,16,19
112:2,3,10 113:12 114:5
115:14,17 116:4 117:4,
13,22 118:25 119:14,24
120:4 121:20,22 122:2,5,
7 123:4 124:2,11 125:9
127:5,17,22 128:2,3,8,
15,16,21 129:4,10,13
130:3,4 131:19 132:4,9,
18 133:10,12,24 134:1,2,
4,10,17,22 135:2,4,5
137:4 138:8,9,23 139:1,
10,14,20 140:8,11,12,17,
25 141:2,7,9,10,25
142:12,15,24 143:4,13,
16,20 144:3,15 145:2,11
146:19 148:9,11,14,15
149:18,21,24 150:10
151:7,15,16,19 152:1,3,
6,11,14 154:12,16,19,20
155:13,23,24 156:9,11,
17,18,22,23 157:1,14,18
158:10,15 159:9,11,17,
23 160:3,5,7,22 161:8,14

162:4,9,17 163:3,19,23 164:4,11,12,19,22 165:1, 6,11,13,19,24 166:17 167:9,23,25 168:5,24,25 169:1,12,13,15,16,18,19 170:1,25 171:11,16,22 173:20 174:15 175:11,20 176:13 177:5,12,13,18 178:9,12,25 179:15,21 180:4,9 182:20 183:24 184:20 185:15,22,23 186:15,16,18,19,20,21, 22 187:10 189:14,19,22 190:2,4,6 191:22 192:4, 23 193:22 195:1,2,20 196:7,11

**today**
110:13 112:6

**Today's**
109:8

**together**
177:10

**told**
112:1,2 138:19 141:3 171:15

**too**
135:6 146:19

**took**
130:6,8,13 133:25 136:13 162:5 167:11 168:18,19

**top**
124:24

**touch**
164:4,5

**touching**
184:7

**towards**
120:10 141:16 143:2 156:20 159:20 160:22 161:11,15 164:14 166:18,21 167:3,7,17 168:2,6,16 170:4,5,6 176:16,20 178:16 182:15,16 186:22 194:19,22 195:4,24 196:7

**traffic**
192:11

**transcribing**
111:3

**trash**
179:2

**tree**
157:24 172:3,13 183:8, 17

**trial**
127:6,9

**triangle**
147:16 173:4

**truth**
110:21

**trying**
156:9,11 168:24,25 191:22

**turn**
123:2 160:11 170:1

**turned**
137:23 140:21 141:10, 13,16 144:15 161:2 168:5,7 195:5,7,14,22 196:1,6

**TV**
129:3 130:19 132:22

163:11

**two**
115:17 119:4 128:3 131:13 132:15 133:13,20 134:24 166:14 171:8 176:23 180:22

**Tyshawn**
131:13 134:23

---

## U

**U.S.**
109:15

**uh-huh**
113:8 133:17 143:21 144:18 150:4,12 151:23 152:17 173:18 180:2,19 181:13 188:8 195:9

**under**
115:9

**underneath**
130:16 151:3,6

**understand**
112:16 113:10 139:8 141:8 156:9,10 168:24, 25

**understood**
112:24

**until**
121:22 140:18 179:7 195:5,7,13

**up**
111:17,23,25 112:2 122:2,3,5,18 123:1 124:11,16 130:10 131:5 137:8,10,13,21 138:2,7, 8,22 139:1,19 140:12,15, 17 143:5,8,16 145:20



(866) 715-7770
advancedONE.com

WASHINGTON/HOWARD vs CITY OF CHICAGO,et al.                    231
TABATHA WASHINGTON - VOLUME 2, 09/28/2021          Index: upper..was

149:18 152:2,15 158:13,
19,24 161:8,21 162:17
164:1,3,6,19 166:23
168:23 175:5 177:2,4,5,
10 178:4,24 179:3
182:15 185:13 187:14
190:10 192:11 195:7,16

**upper**
124:24 125:3 191:9

**us**
130:2 189:7

**use**
121:18,20 128:21
129:10,13 142:12,15
148:15,18 151:7 162:4,9
163:23 164:19,22

**used**
127:22 128:8 151:12
152:5,14 164:10

**using**
122:1,5 149:17 150:10
151:15,16,19 158:2,3
189:13,16,19,22

**usual**
134:16

---

## V

**vagrant**
161:10

**vague**
118:24 126:3 149:2
171:13

**verbal**
113:8

**versus**
109:14

**very**
196:7

**video**
111:3

**videographer**
109:3,5,25 110:10,12,24
144:8,11 196:23

**videotaped**
109:12

**view**
157:7

**vomit**
111:18

---

## W

**waist**
149:25 150:2

**Wait**
157:10

**walk**
115:10,25 131:18 154:19
160:22 161:14 166:16
167:6,22,23 168:8
169:11,25 170:8 178:16
195:3

**walked**
116:19 131:8 137:21
138:2,22 139:1 140:12,
14,17 154:18,23 159:16,
17 160:3,6 161:3,23
164:14 165:21 166:16,
18,21 167:7,11 168:1,17,
18,21,22 177:2,3,5
191:17,19 194:19,21
195:24 196:3

**walking**
115:17 137:8,10,13

143:2 161:11,16 165:9,
24 167:9 170:5,6 176:16,
20 179:24,25 180:6,8,10

**walks**
139:19

**walkway**
154:21 175:14

**want**
132:4 141:7,25

**wanted**
132:18

**was**
110:21 111:25 112:1,6
113:23 114:2,10,15,18
116:9,11,22,24 117:1,10,
12,14,16 118:9,11,14,21
119:5,7,10,12,13,15,18,
23 120:3,10,13,19 121:6
122:1,6,9,11,19 123:7,
13,20,23,25 124:4,6,7,
10,12,13,15,22 125:2,3
127:5,8,9 130:8,10,16,
18,19,21,25 131:2,3,5,
15,16 133:1,13,15 134:6,
7,16,23,25 135:11,12,13,
25 136:1,2,8,11,25
137:8,10,13,19,23 138:6,
15,17,21,25 139:6,14
140:7,14,25 141:1
142:18 143:10,12,20,23
145:20 146:1,6,21,25
147:18,19 148:3,5,9,22,
25 149:5,7,20,22 150:15,
17,19,21,22,25 151:18,
22 152:1,3,12,13,14,20,
23 153:2,5,7,9,25 154:22
155:14,18,20 156:7,12,
17 158:6,19,24 159:19
160:17,22,24,25 161:3,
10,12,16,20,22 162:6,10

163:6,10 164:2 165:8,9
166:1 167:8,10,18
168:10,11 169:1,17
170:5,6,11,17,20,22
172:12,21 173:15,25
174:3,10,18,19,20,22,25
175:1,3,6,7,8,12 176:4,8,
9,10,11,12,14,16,20,22
177:15,19,21 178:4,6,11,
13,20 179:2,8,9,18,21,24
180:6,9,14,18,24,25
181:5,6,7,12,17,21,23
182:9,13,14,15,20 183:1,
4,16 184:4,6,20 185:4,20
186:1,3,5,6,8,11 187:2,4,
6,10,12,13,22 188:2,4,5,
7,14,15,17 189:13,16,19,
22,24 190:22 191:2,9,14,
15,19,22 192:1,8,16
193:19 194:16,18 196:1

**washed**
134:1

**Washington**
109:13 110:18 111:11
131:9 143:14 155:2
157:8,16 159:7 184:21
186:14 195:20 196:4

**wasn't**
117:15 118:16 133:8
138:25 144:25 145:18
151:12,18 155:20 177:16
178:12 188:20,22 189:1,
10 192:13

**watch**
192:4

**watched**
196:10

**watching**
163:11 179:9 195:12

**way**
139:9 141:21 159:23
168:3 170:19 179:22
189:7 190:16 191:22

**we**
111:16 112:17 124:16
130:2,10 143:25 144:3,
11 146:10 156:12 160:9
168:22 178:24 179:3,7
196:23

**we'll**
112:24 113:4 168:24

**we're**
130:1 144:8 167:20,22
169:12,14,17

**we've**
154:25

**web**
109:18

**week**
111:24

**weight**
122:2

**well**
113:19 115:12 117:24
122:18,24 137:1,16
139:8 145:11 147:21
149:22 153:4 154:2
159:8,23 162:9,15
163:12 165:4 166:1
169:14 170:5 171:1
174:14 183:23 184:4
190:19 193:9

**went**
121:22 134:1 135:2
136:6 148:16 161:24
162:4,9 163:3,23 167:16
168:3 169:13,15,23

170:19 194:21

**were**
111:4 114:2,20,25
115:11,17,23 121:7,11
122:5 130:12,16 133:20
140:11,19 141:4 143:7
145:2,13,21 148:21
150:1,10,24 151:15,16,
19 154:3 155:5,9,15,19,
21,25 156:3,10,13,17,22
157:11,14 159:2,13
161:25 162:7,10 163:23
165:4 171:19,24 172:6,
10,15,21 173:7,13,21
177:25 178:2,22 179:1,4
180:22 183:2,11,14
184:7,13,18,25 185:2,3,
10,11,17,18 186:8 187:8,
11 191:24 192:3,5,6,19,
20,22,23,24 193:2 194:5,
12 195:12

**weren't**
137:25 149:17 162:1

**West**
131:9 143:14 155:2
157:8,15 159:7 186:14

**wet**
188:5

**what**
111:15,21 112:14 114:9
116:20 117:8,22 118:14
120:11,13 123:13,25
125:1,17 127:13,15,25
128:14 129:2,16,22
130:3 131:6 133:1 134:6,
14 135:11,12,25 136:3
137:3,9,16,18 138:6,13,
18 139:4,23,25 141:8
142:18,23 143:3 145:20,
24 147:14,19 148:13,20



150:15,24 152:8,25
153:5 154:25 157:2
160:20 161:12,17 163:9
164:7 166:4,22 167:13,
16 168:25 170:24 171:11
177:15 178:12,22 179:1,
8 181:25 182:3,18 184:2
186:2 187:1,19,23
191:13 193:12,21
194:15,17 196:16

**what's**
112:12 132:19 140:24
184:4

**whatever**
170:1

**when**
112:5 113:12,15,17,21
114:2,9,16,18,22,24
115:11,18 116:7,9,15
117:1,4,13,15 118:9,11
119:23 120:3,24 121:11
124:8,10,16 126:24
127:8 130:1,8,10 131:3,
8,18 132:4,18 133:23
134:4,10,20 135:15,24
136:1,5,25 137:22,25
139:18 140:16 141:3,16
142:18,24,25 143:4,7
144:15 145:2,7,12,21
146:10 149:17 151:7,12
154:2,10,16,22 158:21
159:1,16 160:23 161:6
162:3,10,16,17,19,23
163:4 164:1,2 166:6,11,
16,21 167:6,16 168:15
170:4,14,20 171:10,17,
19,24 172:10,16,21
173:8,13 174:3,10,12,14,
15,21 175:7,12 176:5,12,
17,21 177:2,11,19

178:22 179:13,19,25
180:14 182:19,22 183:2,
14,25 185:2,10,17 186:8,
9 187:11 188:6,11,14
190:6,7,19 191:12,15,20,
25 194:12,21 195:24

**whenever**
134:22

**where**
109:18 115:11,17 117:24
121:11 123:18 124:10,
17,21,25 125:5,20
126:13 129:19 133:6,12
141:23 142:7 143:4,7,10
148:23 150:6 151:14
152:23 153:22 154:19
155:4,9,15,16,19,21
156:3,12,13,14,17,23,25
157:11,22 158:12,18,24
159:2,11,13,17,19,21
160:2,6,9,10,25 161:25
166:9,16,24 167:2,20
171:19 172:3,5,9,10,15,
20,24 173:2,13 174:9,20,
25 175:6,12 176:4,7,10,
14 177:1,3,6 178:19
179:11,24 180:3,4,14,18
181:5,12,17,22 182:1,5,
12,24 183:4,6,11,14
184:11,12,15,16,21,24
185:2,5,7,10,17,20,24
186:3,5,6,7,8 187:11
195:25

**whether**
136:12

**which**
124:19 142:12 148:18
153:15 161:20 164:19,22
170:17 182:12 189:7,13,
16,19 191:1 195:6,13

**while**
114:20,25 131:5 136:16
143:10 162:6 163:22
192:2,6,20,24

**white**
116:15 133:3 154:3,10
158:21 159:1,13 185:20
192:8

**who**
126:11 131:11,16
137:20,22 138:15 140:4,
5,8 145:5 161:20 177:17,
19 182:7 187:7

**who's**
112:7 126:15 182:1

**whole**
150:25 190:13

**Whose**
131:21 132:12

**why**
120:9 129:25 130:16,19,
25 140:5 148:4,9 163:12
175:2

**wide**
123:7,8

**width**
122:22 123:4

**will**
110:15 139:7

**with**
110:3 111:12 112:8,13,
14 118:4,12 119:11,20
120:11 122:8 123:2
124:11 125:17 126:18
127:17 128:2,11,16,24
129:4 130:2,18,21,22
131:2,3,11,25 134:8



135:16 137:12 139:1
143:25 144:16 145:21
146:1 147:10 148:10,20,
24 149:21 153:16 158:3,
9,15 162:6,25 166:7
169:1,2 171:12 172:8,25
173:14 174:3 176:15,24
182:21,24 183:19 187:6
188:15,22,23 189:2
191:6,10,14 193:2,11,17
194:1,11,16,18

**within**
141:17 154:9 173:8,10,
17,22,25 174:4 182:9
184:18

**without**
122:3

**witness**
110:16,19 122:12,20
123:8 136:23 149:11,14
158:4 175:24 176:1

**work**
121:16

**would**
110:2 115:7,25 118:2
122:14 133:3,6,7 134:16,
20,21 146:25 147:22
150:2 163:15 175:15

---

**Y**

---

**yard**
150:22 179:3

**yeah**
122:7 123:9 125:8
135:14 136:18 140:23
147:6 149:10 152:13
161:18 165:13 167:1
169:5 173:1 183:25

184:9 185:7 187:15,18
188:4 191:1 196:18

**year**
113:18,20 115:8,9

**yellow**
158:2 159:25 160:6,10,
25 184:16 185:9,16

**Yep**
161:5

**yes**
111:20,21,22 112:20
113:6,10,11 114:1,4,21
115:1,3,20,22 116:2,6,23
117:3 120:21 121:15,17
123:6 126:20,23 127:7,
10,20 128:6,10,19 129:8
130:5,7,15,24 131:20
132:8,11 133:5,11,18,19,
22 134:13 135:18,23
138:24 139:22 141:12,
15,19,22 142:6 143:15,
22 144:5,19,20 146:5,15
148:17 149:13 150:13,14
151:13,21,24,25 152:18,
19 154:15 155:3,6,8
157:9,13,17 158:11,14,
17,20,25 159:8,15,18
160:1,8,12,14 163:21
164:17 166:8,13,15
168:14 169:22,24 170:7,
15,16 171:6,9 172:1,7,
17,19 173:6,24 174:2,5,7
175:10,19 176:1,19,25
178:5,7,15,21 180:9,11,
20,21 181:3,9,14,15,18,
21,24 182:11,23 183:12,
16,22 185:1,19 186:24
188:9,10,16,19 189:8
191:5 192:21 193:4,10,
18,25 194:6,10 195:10,

11,15 196:2,5,9,12

**yet**
136:23

**you**
110:2,11,12,24 111:7,12,
19,23 112:8,16,21,22,23,
24 113:2,9,10 114:2,9,
12,15,18,22 115:4,7,10,
11,13,16,17,18,21,23,25
116:3,5 117:12,15,16,22
118:2,11,16,22 119:3,14,
17,20 120:1,9,11,17,22
121:2,18,24,25 122:5,18,
24 124:10,17,25 125:9,
16,17 126:1,2,8,12,17,
21,24 127:2,8,13,15,16,
22,25 128:1,8,14,15,21
129:2,3,10,22 130:4,6,8,
13,22 131:8,11,18,23
132:1,14,20,21 133:9,12,
23 134:7,10,16 135:2,7,
15,19,22,24 136:5,13,16,
20,22 137:1,4,9,13,16,25
138:4,15 139:8,14,15
140:5,10,11,18 141:8,10,
13,16,17 142:5,25 143:7,
16,20,24 144:14,21
145:2,3,7,11,12,14,16
146:3,12,16,23 147:2,22
148:4,15,18,20,21
149:14,17 150:1,6,10,21
151:7,14,15,16,19 152:5,
15 153:4,5,15 154:11,16,
25 155:1,2,4,5,9,15,19,
21,25 156:3,10,13,17,22
157:2,7,10,11,14 158:2,
9,12,16 159:17,25
160:13,16,20 161:8,15,
21 162:9,15,16,17,19,23,
24 163:12,19,22 164:1,2,
5,11,13,14,19,22,24

165:1,4,5,10,19,23
166:2,4,6,7,11,19,22,24
167:4,21 168:1,13,15,16,
19 169:1,2,8,11,20,25
170:4,5,6,8,13,20 171:1,
4,7,8,16,19,23,24 172:2,
6,10,15,20,21,24 173:2,
7,8,13,20,21,22 174:3,8,
15,18 175:6,9,12 176:7,
10,14 177:3,16 178:8,14,
22 179:1,4,23 183:2,10,
11,14,18,21 184:2,11
185:2,10,17,22 186:8,9,
25 187:16,23 188:3,17
189:7 190:1 191:24
192:2,13 193:1,9,10,12,
16,21 194:17,21 195:3,
12,19,21 196:10,16

**you'd**
115:7

**you're**
123:3 124:24 139:18
141:8 146:11 148:25
150:2 156:18 158:1
186:19

**your**
109:5 111:11 112:5
113:3,7,9 114:6 115:2,5,
7,11,14,17 117:4,10,19
118:21 119:9,11 120:19
121:25 122:18,22 123:2,
5 127:5,9 130:22 131:3,
16,19 132:16 133:9,20
134:7 135:22 136:13
137:11,14 138:8,11,19,
22 139:2,21 140:13,18
141:3,10 143:1,13
144:23 145:15,24 150:11
154:17 158:13,18,24
159:7 160:18,19 161:7,

25 165:20 171:15 174:25
176:13,17 178:4 179:15,
19,25 180:4,15 184:20
186:14,23 192:24 195:1

**yourself**
110:3 135:15 146:16

---

## Z

**zoom**
109:18 175:11