IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Washington, et al.,

Plaintiffs,

v.

City of Chicago, et al.,

Defendants.

Case No. 20-cv-00442
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants City of Chicago, Vincent Alonzo, Adrian Garcia, and Demosthenes Balodimas,

and against plaintiffs Tabatha Washington and Donte Howard.

Defendants shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:   7/22/2022                                   Thomas G. Bruton, Clerk of Court

                                                    /Susan McClintic , Deputy Clerk